UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| ALL CASES | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF PLAINTIFFS' CENSUS OF CASES

COMES NOW The PSC and would show unto the Court as follows:

On December 21, 2011, the Court entered an Order Regarding Mediation (Rec. Doc. 23958). The Order required Mikal Watts on behalf of the PSC to prepare a list of Plaintiffs who have filed cases against defendants who were recommended for immediate remand.[1] The defendants who were subject to immediate remand at the time the Court entered the Order were, 1) Hy-Line Enterprises, Inc. n/k/a FRH, Inc., 2) Timberland RV Company d/b/a Adventure Manufacturing, 3) R. Vision, Inc., and 4) Monaco Coach Corporation. Rec. Doc. 23958, pp. 6-7.

The PSC would show that since the time of the Court's Order, 1) Hy-Line Enterprises, Inc. n/k/a FRH, Inc., 2) Timberland RV Company d/b/a Adventure Manufacturing, 3) R. Vision, Inc.,[2] and 4) Monaco Coach Corporation[3] individually or their

---

[1] Said remand to occur on January 30, 2012. See Rec. Doc. 23958, p. 7.

[2] R Vision is in bankruptcy, however one or more of their insurers has agreed to go to mediation on January 30, 2012. Plaintiffs have been informed that Ralph Hubbard will be attending on behalf of one or more of R Vision's insurers.

[3] Monaco Coach Corporation is in bankruptcy, however, one or more of their insurers has agreed to go to mediation on January 30, 2012. Plaintiffs have been informed that Charles Leche will be attending on behalf of one or more of Monaco's insurers.

insurers have agreed to go to mediation. Therefore, at this time there is no census of Plaintiffs to file with the Court.

Respectfully submitted,

/s/ Mikal C. Watts
**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 18th day of January, 2012.

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**

2