UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| ALL CASES | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF PLAINTIFFS' CENSUS OF JAYCO CASES

COME NOW Mikal C. Watts and Robert C. Hilliard ("Watts Hilliard"), Counsel for various Plaintiffs who have filed suits against Jayco, Inc. ("Jayco"), in this litigation and would show unto the Court as follows:

Attached on Exhibit "1" is a census of Plaintiffs in Jayco cases that have been filed by Watts Hilliard and that have been transferred to this Court by the MDL Panel.

Attached on Exhibit "2" is a census of Plaintiffs in Jayco cases that have been filed by Watts Hilliard directly in this Court or removed directly to this Court.

Respectfully submitted,

/s/ Mikal C. Watts
**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 18th day of January, 2012.

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**