# EXHIBIT 1

**Civil Action No 09-6157 -  Lorry Gilmore, et. al.  vs. Jayco, Inc., et. al.**

        Lorry Gilmore (222763)

**Civil Action No 09-6964  - Susan Baugh, et. al.  vs. Jayco, Inc., et. al.**

        Simon Arceneaux (211933)
        Frank Battaglia (215410)
        Susan Baugh (200029)
        David Baughman (207723)
        Lauren Bernard (210547)
        Penny Black-Buchert (208043)
        Michael Blaize (211090)
        Eddie Booker, as Representative of the Estate of Angelia Booker, deceased (211346)
        Eddie Booker (211349)
        Angelia  Booker, as Next Friend of E.B, a minor (211347)
        Sade Booker (211348)
        Theresa Bowes, as Next Friend of S.B, a minor (229438)
        Theresa Bowes  (229439)
        Andrea Bradley (212748)
        Sylvester Bradley (224912)
        Jason Brister (229463)
        Shanna Brister (229464)
        Kristy Budovec, as Next Friend of T.B, a minor (211786)
        Argentina Landor, as Next Friend of J.B, a minor (215480)
        Argentina Landor, as Next Friend of L.B, a minor (215481)
        James Butcher (224376)
        Gustave Cantrelle (208233)
        Kimberly Cantrelle (208237)
        Tiffany  Johnson , as Next Friend of W.C, a minor (231105)
        Jolene Roland, as Next Friend of E.C, a minor (212803)
        Amy Clay (215520)
        James Cole (221972)
        Robert Conder (210410)
        Barbara Cowart (229556)
        J.C. Crawford, as Next Friend of E.C, a minor (225970)
        Deborah Crawford (225971)
        J.C. Crawford, as Next Friend of J.C, a minor (225972)
        Jason Crawford (225973)
        J.C. Crawford, as Next Friend of M.C, a minor (225974)
        Toni Crosby, as Next Friend of J.C, a minor (223612)
        Rawland Crosby (223613)
        Rawland  Crosby, as Representative of the Estate of Toni Crosby, deceased (223614)
        Lessie Daves (211471)
        Olander Dedeaux (210550)
        Latoya Dedeaux (224918)
        Chiquita Dorsey (211605)
        Alberta Downs (226071)
        Norvell Downs (226073)
        Jeremy Elliott (214542)
        Rose Mary Elliott (214543)
        Marie Entrekin (215580)
        Dylan Fairley (208892)
        Ryan Fairley (208893)
        Tina Sanders, as Next Friend of K.F, a minor (222022)

Gregory Farve (211616)
Lynsey Farve (211617)
Harvey Faye (208960)
Paul Fisher (220136)
Terra Fisher (220137)
Quantina Riley, as Next Friend of K.G, a minor (226157)
Mitchell Gilley (216514)
Alan Goodyear (207011)
Phuong Griffin (207014)
Monica Guillory (209715)
Donna Harris (223753)
Sandra Harris (226248)
Sedonia Harris (229782)
William Harris (226249)
Latonya Hill (222070)
Theola Hill, as Next Friend of D.H, a minor (222071)
Theola Hill, as Next Friend of D.H, a minor (222068)
Eric Hill (222075)
Franquilla Hill (222072)
Franquilla Hill, as Next Friend of K.H, a minor (222073)
Theola Hill, as Next Friend of M.H, a minor (222069)
Orential Hill (222076)
Franquilla Hill, as Next Friend of R.H, a minor (222074)
Theola Hill (222067)
Trong Hoang (214362)
Kimberly Cantrelle, as Next Friend of K.H, a minor (208238)
Gregory Horridge (211053)
Chay Hua (213370)
Kara Humphrey (221805)
Thu Huynh (214393)
Billy Ray Jackson , as Representative of the Estate of Grady Jackson, deceased (222331)
Michael Jackson (209243)
Christi Johnson (214309)
Andrea Merrow, as Next Friend of K.J, a minor (208987)
Ella Kemp (207735)
Reginald Kemp (207734)
Shannon Khadaroo, as Next Friend of A.K, a minor (214321)
Shannon Khadaroo, as Next Friend of J.K, a minor (214323)
Kevin Khadaroo (214324)
Shannon Khadaroo (214325)
Theda Kuepers (212435)
Tara Kutz, as Next Friend of D.K, a minor (211052)
Steve Kutz (211050)
Tara Kutz (211051)
Donna Ladner, as Next Friend of D.L, a minor (214344)
Darryl Ladner (214345)
Donna Ladner (214346)
Donna Ladner, as Next Friend of D.L, a minor (214347)
Tammy Dalon, as Next Friend of Z.L, a minor (215731)
Argentina Landor (215735)
Argentina Landor, as Next Friend of B.L, a minor (215736)
Michael Landor (215737)
Robert Landor (215738)
Casey Landrum (213961)
Kyndra Lawless (207099)
Hung Le (212342)
Sandy Le (212344)

Angela  Lofton  (230017)
Joseph Mack (206830)
Jessica Mack (206828)
Joyce Mack (206829)
Drew Malley (213042)
Kyle Malley (213043)
Kyle Malley, as Next Friend of K.M, a minor (213044)
Theola Hill, as Next Friend of L.M, a minor (222136)
Thomas Mayne (212295)
Shirley Meeks (221835)
Andrea Merrow (208986)
Frank Battaglia, Jr., as Next Friend of C.M, a minor (215815)
Robert Milliner (210661)
Patricia Mingo (203517)
Barbara Mitchell (216753)
Bingley Mitchell (216754)
Bernice Montgomery (221841)
John Montgomery (221843)
Kaniesha Montgomery (221842)
Brandon Morris (213326)
Clint Morris (213782)
Virginia Morris, as Next Friend of J.M, a minor (213071)
Jessica Morris (213781)
Johnny Morris (213783)
Virginia Morris (213072)
Cao Nguyen (212239)
Patches Oliver, as Next Friend of C.O, a minor (213110)
Patches Oliver (213111)
Richard Oliver (213112)
Patches Oliver, as Next Friend of S.O, a minor (213113)
James Olsen (214887)
Malorie Olsen (214888)
Melanie Olsen (214889)
Alan Peters (213119)
Khanh Pham (213405)
Victor Piernas (224374)
Victor Piernas (224373)
Archie Poole (216832)
Diane Pritchett (224078)
Darrenda Rasco (211282)
Tinetra Rasco (211281)
Beverly  Reynolds  (230231)
Richard  Reynolds  (230233)
Quintina Riley (226788)
Cindy Rivera (213962)
Reco Roberts (224110)
Jolene Roland, as Next Friend of G.R, a minor (213168)
Jolene Roland (213169)
John Ross (216879)
Linda Ross (216881)
Paul Ross (216880)
Tina Sanders, as Next Friend of A.S, a minor (222197)
Sherman Sanders (222196)
Tina Sanders (222195)
Clinton Sargent (226835)
Rosie Sargent (226836)
Laurie Saucier, as Next Friend of A.S, a minor (210551)

Laurie Saucier (210549)
Steven Saucier (210548)
Paul Schmitz (210867)
Paul Schmitz, as Next Friend of Z.S, a minor (210868)
Luke Scianna, as Representative of the Estate of Janet Scianna, deceased (224843)
Luke Scianna (224842)
Rudolph Scipio (224371)
Brandon Scott (220428)
Marry Lou Yarbororgh, as Next Friend of D.S, a minor (222216)
John Smith (213466)
John Smith, as Next Friend of J.S, a minor (213467)
Shirley Smith (200377)
Julie Sprouse (216950)
Maya Stamper (213201)
ebony Stevenson (223032)
Travis Stevenson (221878)
Wardell Stevenson (221876)
Artie Stewart (210175)
Leonard Stewart (210177)
Lindsey Stewart (210178)
James Sutterfield (212165)
Joseph Sutterfield (224169)
Lori Sutterfield (212166)
Harold Suttles (230384)
Anna Swanier (224917)
LaToya Dedeaux, as Next Friend of T.S, a minor (224919)
Nykeshia Swaw (224170)
Mary Tarver (212061)
Carrie Taylor (211030)
Melody Taylor (211026)
Melody Taylor, as Next Friend of M.T, a minor (211028)
Melody Taylor, as Next Friend of S.T, a minor (211027)
Marian Thiac (213906)
Marian Thiac (224181)
Andrea Bradley, as Next Friend of D.T, a minor (213223)
Andrea Bradley, as Next Friend of D.T, a minor (213224)
Derrick Thomas (213225)
Marinda Thomas (222229)
Chinh Tran (215145)
Len Tran (213371)
Tam Tran (215158)
Thanh Tran (215159)
Thien Tran (215160)
Tam Tran, as Next Friend of T.T, a minor (215162)
Tam Tran, as Next Friend of V.T, a minor (215163)
Gustave Cantrelle, as Next Friend of D.W, a minor (208234)
Jessica White (208236)
Gustave Cantrelle, as Next Friend of S.W, a minor (208235)
Denise Wilkinson, as Next Friend of B.W, a minor (210052)
Denise Wilkinson, as Next Friend of D.W, a minor (210053)
Denise Wilkinson (210054)
Michael Wilkinson (210055)
Tristan Williams (205504)
Marry Lou Yarbororgh, as Next Friend of C.Y, a minor (222260)
Marry Lou Yarborough (222259)
David Young (209047)