**EXHIBIT 2**

**Civil Action No 09-4721 -  Roland  Ayo, et. al.  vs. Jayco, Inc., et. al.**

        Louis Ancalade (225097)
        Monette Ancalade (225117)
        Roland  Ayo (200099)
        Crystal Batiste (221914)
        Helain Batiste (221921)
        Thelma Batiste (221916)
        Crystal Batiste, as Next Friend of T.B, a minor (221915)
        Davinque Bienemy (224638)
        Kedra Bienemy (224636)
        Kevlin Bienemy (224637)
        Bobbie Black (205573)
        Crystal  Daughtry, as Representative of the Estate of Miranda Boyle, deceased (229450)
        Joanne Pentney, as Next Friend of T.C, a minor (199896)
        Phillip Carmouche (205607)
        Marie Cousin (221980)
        Tammy Dalon (215547)
        Crystal Daughtry (229575)
        Derek Daughtry (229576)
        Margaret Eustis (229680)
        Jennifer Fisher (220135)
        Ashley  Hamilton (201764)
        Dedra Harley (223750)
        Marsha' Hartley (223755)
        Rodney Hills (201507)
        Shawn Holland  (229833)
        Derek Howard (233055)
        Shelita  Johnson  (229922)
        Andrea Ladner (220263)
        Peter  Lord  (230023)
        Curtis Lundy (201198)
        Patrick McMannis  (230056)
        Lois Mitchell (209485)
        Wayne Naquin (226638)
        Cheryl Naquin, as Next Friend of B.N, a minor (226640)
        Cheryl Naquin (226641)
        Carl Pentney (200852)
        Joanne Pentney (200853)
        Jimmie Pepp (233054)
        Jerry Pierre (215897)
        Laverne Pinkney (205649)
        Whitney Pinkney, as Next Friend of S.P, a minor (205653)
        Torri Pinkney (205651)
        Violet Pinkney (205648)
        Sylvia Prevost (200759)
        Ezell Randle, as Next Friend of H.R, a minor (210336)
        Ezell Randle, as Next Friend of J.R, a minor (210335)
        Coey Robertson (200535)
        Miranda Sloan, as Next Friend of A.S, a minor (205446)
        Beverly Sloan (205447)
        Alvin Sloan (205449)
        Arthur Smooth (215987)
        Jimmy Sorina (222592)
        Micheal Theodore (207500)
        August Williams (213862)
        Deborah Williams (213863)
        Laverne Pinkney, as Next Friend of L.W, a minor (205596)

**Civil Action No 09-7083 -  Mark Stockman, et. al.  vs. Jayco, Inc., et. al.**

        Kayla Banas, as Representative of the Estate of Eric Banas, deceased (237240)

Kayla Banas (229357)
April Barkow (239203)
Janet Barkow (238812)
Deborah Barnes (199991)
Courtney Roberts, as Next Friend of A.B, a minor (239386)
Deonne Batiste (237985)
Gerald Batiste (225795)
M'Tisha Batiste (225799)
MTisha Batiste, as Next Friend of M.B, a minor (225798)
Tiesha Batiste (225800)
Crystal Batiste, as Next Friend of T.B, a minor (221502)
April Belle (237894)
April Belle, as Next Friend of K.B, a minor (237897)
Tracy Joseph, as Representative of the Estate of Paula Belle, deceased (237902)
DeJuan Bethencourt (239839)
Chenea Bilbo (211982)
Shanna Brister, as Next Friend of H.B, a minor (229462)
Sasson Brown (216146)
Venus Dossett (208212)
Venus Dossett, as Next Friend of V.B, a minor (208213)
Adam Casborn (239791)
Danielle Mitchell, as Next Friend of A.C, a minor (225939)
Hazel Crossley (223427)
Derek Daughtry, as Next Friend of A.D, a minor (239957)
Ronnie Davis (239446)
Catherine Doby (209870)
Robert Dossett (208211)
Jared Downs (226072)
Eva Durr (226095)
Tracy Watson, as Next Friend of T.D, a minor (238999)
Graven Encalade (238666)
Kimberly Encalade (238630)
Pamela Freeman, as Next Friend of K.F, a minor (226146)
Kyndra Lawless, as Next Friend of L.G, a minor (207008)
Chester George (207501)
Roger Giveans, as Next Friend of A.G, a minor (209253)
Roger Giveans, as Next Friend of C.G, a minor (209254)
Roger Giveans (209256)
Dianne Gordon (226184)
Brandon Harris (226243)
Iris Hartman (215343)
Gary Hawkins (226263)
Britni Haynes (226266)
Orlandria Hill (237250)
Wayne Hood, as Next Friend of J.H, a minor (229846)
Wayne Hood, as Next Friend of J.H, a minor (229847)
Lester Hueschen (239591)
Gayle Hursey (239762)
Francesca Isaac, as Representative of the Estate of Yolanda Isaac, deceased (239085)
Tanisha Johnson-White (239868)
Arthur Johnson (214308)
Robert Johnson (239804)
Tiffany Johnson (229923)
Martha Jones (238611)
Anthony Kneale (238013)
Rita Kneale (238000)
Katrina Krarup (238602)
Kenneth Lacy (237312)
Joyce LaFonta (238559)
Keith LaFonta (238560)
Valjon Lyons (224400)
Joyce Mack, as Next Friend of B.M, a minor (206827)
Gretchen Marston (226531)
Cheryl McGee (239316)
Paul Schmitz, as Next Friend of C.M, a minor (210869)

Alycia Miller (226608)
Cynthia Miller (226609)
Thomas Millet (237803)
Danielle  Mitchell, as Next Friend of A.M, a minor (226615)
Danielle Mitchell, as Next Friend of A.M, a minor (226616)
Danielle Mitchell (226618)
Monte Mitchell (215823)
Tira Nunally (237200)
Yoursheko Owens, as Next Friend of E.O, a minor (239607)
Yoursheko Owens (239571)
Tyrone Pearson (237251)
Amanda Pellegrin (237507)
Amanda Pellegrin, as Next Friend of K.P, a minor (237508)
Amanda Pellegrin, as Next Friend of K.P, a minor (237510)
Bryan Penn (239072)
Damian  Pittman  (230181)
Lamont Porterfield (237315)
Bertha Sherrod, as Next Friend of K.P, a minor (226732)
Austin Premeaux (239441)
Artie Randle (210199)
Marshall Richerson (238729)
Courtney Roberts (239360)
Randy Roberts (239385)
Cristen Rosenberg (209207)
Martha Roush (223291)
Richard  Roush (223290)
Cheryl Todd, as Next Friend of S.T, a minor (210588)
Donald Saunders (238753)
Crystal Schultz, as Next Friend of J.S, a minor (205439)
Chastity Shepheard (210149)
Abraham Sherrod (226868)
Bertha Sherrod (226869)
Christian Sherrod (226870)
Dwayne Sloan (205448)
Miranda Sloan (205450)
Velma Smooth (215989)
Mark Stockman (205663)
 Alexa  Stone  (230376)
Erika  Stone  (230377)
Joey Todd, as Next Friend of M.T, a minor (211428)
Kendrick Tinson (239495)
Athena Walstrum, as Next Friend of M.W, a minor (239808)
Janice Watson (238924)
Aubrey Watson (238909)
Ferdinand White (238988)

**Civil Action No 09-7804 - Donald Acker, et. al.  vs. Jayco, Inc., et. al.**

Donald Acker (205115)
Debra Barnes (199992)
Tameka Ward, as Next Friend of J.B, a minor (203303)
Tameka Ward, as Next Friend of J.B, a minor (203306)
Michele Branning (203327)
Oliver Branning (203326)
Deirdre Breland, as Next Friend of A.B, a minor (209354)
Deirdre Breland (209029)
Deirdre Breland, as Next Friend of H.B, a minor (209353)
Jeremy Breland (208967)
Kristy Budovec (211785)
Tracey Carreras (215493)
James Cenales (202252)
Willie Cenales (202258)
James Childs (216390)
Kimberly Collier, as Next Friend of B.C, a minor (209050)
Kimberly Collier (209397)

Kimberly Collier, as Next Friend of S.C, a minor (209049)
Johnny Cowan (202184)
David Cunningham (208100)
Karen Cunningham (208101)
Richard Dinon (220107)
Kimberly Hudson-Blanchard, as Representative of the Estate of Stephanie Dinon, deceased (220108)
Cherie' Drawdy (220114)
Jeffery Drawdy (220115)
Mark Fairley (208894)
Penny Fairley (208891)
Jessie Faulk (211416)
Samuel Faulk (211350)
Brittany Fortner (209794)
Krishonna Fortner, as Next Friend of E.F, a minor (209795)
Krishonna Fortner (209796)
Cherry Giveans (209255)
Melissa Goertzen, as Next Friend of J.G, a minor (220157)
Melissa Goertzen (220158)
Cynthia Vanpeski, as Next Friend of H.H, a minor (216543)
Devin Harwell (220205)
Deborah Howard (216205)
Stephen Howard (216204)
Harold Jackson (209244)
Janet Jean-Webb (209669)
Craig Jordan (201355)
Shannon Khadaroo, as Next Friend of D.K, a minor (214322)
Brenda Kirkland (212429)
Michele Knight (203490)
Shan'yeka Knight (203489)
Brittany Ladner (209273)
Thomas Ladner (209270)
Patricia Ladner (209272)
Thomas Ladner (209271)
Brittany Larter (216678)
Shannon Larter (205250)
Shannon Larter (216676)
Shannon Larter, as Next Friend of Y.L, a minor (216677)
Connie Lewis (201149)
Orlanda Lewis (201157)
Taishana Lewis (201158)
Betty Longmire (201179)
Judith McCall (201117)
Shirley Smith, as Next Friend of D.M, a minor (200894)
Arthur Morgan (203527)
Jaxene Morgan (212335)
Jeffrey Morgan (212336)
Dana Nicholson (212257)
Robert Nicholson (212259)
Dana Nicholson, as Next Friend of S.N, a minor (212258)
Ezell Randle (210204)
Shannon Larter, as Representative of the Estate of Elizabeth Reich, deceased (205192)
Rebecca Roush (220580)
Crystal Schultz, as Next Friend of A.S, a minor (205437)
Crystal Schultz (205438)
Shanika Smith (200375)
Daniel Spaulding (211390)
Herbert Taylor (211029)
Lewis Tillman (212559)
Cheryl Todd (210587)
Cheryl Todd, as Next Friend of D.T, a minor (210589)
Joey Todd (210074)
Cynthia Vanpeski (217022)
Kevin Vanpeski (217023)
Tameka Ward (203671)
Harvey Wilkins, as Next Friend of D.W, a minor (220523)

        Harvey Wilkins, as Next Friend of K.D, a minor (220525)
        Harvey Wilkins, as Next Friend of L.W, a minor (220526)
        Kimberly Collier, as Representative of the Estate of Mary Young, deceased (209048)

**Civil Action No 09-7887 - Sandy Barnes, et. al. vs. Jayco, Inc., et. al.**

        Lorena Alfred (248759)
        Mary Allison (246215)
        Latonya Arvie (248701)
        Reginald Arvie (248700)
        Artanette Banks (244357)
        Sandy Barnes (200001)
        Tessa Bellard (247973)
        Aaron Bennette (239273)
        Phillip Benoit (216148)
        Aquetta Bernard (248882)
        Wendy Bernard, as Next Friend of J.B, a minor (244424)
        Wendy Bernard, as Next Friend of J.B, a minor (244422)
        Warner Bernard (244612)
        Wendy Bernard (244392)
        Joyce Bethencourt (239863)
        Ruth Bolden (249070)
        Kenneth Bounds (244529)
        Kenneth Bounds , as Next Friend of K.B, a minor (244532)
        Sylvia Bounds (244517)
        Gloria Brignac (239982)
        Emma Broussard (247473)
        Beverly Carter (249617)
        Beverly Carter, as Representative of the Estate of Inola Carter, deceased (246137)
        Shelby Carter (250741)
        Valerie Ceasar (247609)
        Joseph Chapman (248551)
        Bethany Cochran (242922)
        Justin Cochran (242920)
        Brandon Daigle (248190)
        Kristen Daigle (245773)
        Von Dartez (249680)
        Roland Drounett (245273)
        Burnell Dunn (249104)
        James Farrell (221508)
        Judith Frank (242935)
        Chesshiara George (207502)
        Karren Gervais, as Next Friend of J.G, a minor (242108)
        Karren Gervais (241948)
        Karren Gervais, as Next Friend of T.G, a minor (242107)
        Tessa Bellard, as Next Friend of I.G, a minor (247147)
        Tessa Bellard, as Next Friend of J.G, a minor (246151)
        Tessa Bellard, as Next Friend of T.G, a minor (247146)
        Mary Allison, as Representative of the Estate of Marvin Hamilton, deceased (250886)
        Rhonda Hamilton (212905)
        Shirley Havens, as Representative of the Estate of Charles Havens, deceased (246153)
        Shirley Havens (246173)
        Zonaida Hinton (244976)
        Wayne Hood (229848)
        Wayne Hood, as Next Friend of J.H, a minor (229849)
        Ashley Huval (244575)
        Francesca Isaac, as Next Friend of C.I, a minor (245013)
        Francesca Isaac (245014)
        John January (250315)
        Lakesha January (250317)
        LaTosha January (250318)
        LaTrall January (249248)
        Victoria January (250935)
        Wendy January (250936)
        Kristen Daigle, as Next Friend of F.J, a minor (245759)

Roger King  (229952)
Jennifer Knight (249785)
Wayne Knight (249780)
August Lartigue (245931)
Carla Ledoux (249193)
Isaac LeDoux (244584)
Brittney Lewis (248338)
Helen Lewis, as Next Friend of D.L, a minor (249510)
Helen Lewis, as Next Friend of D.L, a minor (249509)
Helen Lewis (248736)
Helen Lewis, as Next Friend of K.L, a minor (249925)
LaToya Lewis (248339)
Latoya Lewis (248672)
Jewell Lumpkin (242938)
Billy  Lundy  (244384)
Antoine Lyons (224399)
Kristian Lyons (224398)
Christopher Mars, as Next Friend of B.M, a minor (242926)
Christopher Mars (242902)
Glenda Mars (242906)
Cherlyn Martin (251026)
Ed Martin (251027)
Eddie Martin (251028)
Cheryl Naquin, as Next Friend of C.N, a minor (226642)
Cheryl  Naquin, as Next Friend of W.N, a minor (226643)
Richard Olsen (214890)
Wayne Palmer (247141)
Tarsha Payne, as Next Friend of K.P, a minor (249654)
Payne Layne (249673)
Anthony Peranich  (244235)
Stacy Peranich, as Next Friend of E.P, a minor (243839)
Stacy Peranich, as Next Friend of K.P, a minor (244651)
Stacy Peranich (247110)
Marcel Perrie (237983)
Tarsha Payne, as Next Friend of M.P, a minor (249635)
Latrall January, as Next Friend of K.P, a minor (251127)
Mejel Pete (248409)
Lynette Pitre (247480)
Bertha Poullard, as Representative of the Estate of Arthur Poullard, deceased (248687)
Prater Tyrielle (237241)
Paul Richarson (238715)
Doris  Rogers  (245185)
Darius Siverand (246677)
David Siverand (246678)
Brian Smith (244981)
Mary Smith (244980)
Melissa  Smith  (230343)
Morris  Smith (244975)
Andrew Sonnier (245964)
Andrew Sonnier, as Next Friend of S.S, a minor (249188)
Byron Speaks (242071)
Gwendolyn Speaks (241819)
Kenneth Speaks (241818)
Rosalind Theodore (207499)
Jenia Thomas, as Next Friend of J.T, a minor (251272)
John Thomas (245184)
Nicole Thomas (246362)
Roderick Thomas (245959)
Von Dartez, as Next Friend of V.T, a minor (249677)
Judith Townley (248189)
Brenda Venable (244662)
Clyde Venable (245438)
John Venable (245439)
Ross Ventress (250023)
Shaun Walker (249423)

Shawntel Walker, as Next Friend of S.W, a minor (251323)
Shawntel Walker (248165)
Athena Walstrum (251325)
Lorry Gilmore, as Next Friend of S.W, a minor (223062)
Lorry Gilmore, as Next Friend of T.W, a minor (223063)
Michael Watkin (249970)
Pamela Watkins (248515)
Denene White (247277)
James White (245903)
Denene White, as Next Friend of J.W, a minor (246745)
Dianne Withers (246658)
James Withers (246659)
Flora Woodard (238728)
Sandy Wright (244507)

**Civil Action No 10-1277 - Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.**

Roland  Ayo (200098)
Kayana Beemon-Pittman (224881)
Andrea Bilbo (237548)
Chester Bilbo (211293)
Chester Bilbo , as Next Friend of T.B, a minor (211295)
Chester  Bilbo, as Next Friend of T.B, a minor (211294)
Ronda Campbell (199889)
Jasmin Ceasar (250747)
Jasmin  Ceasar, as Next Friend of L.C, a minor (250748)
Kevin Cenales (202253)
Marie Cousin, as Next Friend of D.C, a minor (220084)
Marie Cousin, as Next Friend of G.C, a minor (220085)
Pamela Freeman (226144)
Stacie Pierre, as Next Friend of K.G, a minor (226168)
Lass Hartman (211588)
Patrick  Hartman (215344)
Robert  Hartman (215345)
Sacha Hartman (214440)
Robert Hartman (211590)
Lass Hartman, as Next Friend of W.H, a minor (211589)
DeAnte Hinton (224885)
Fulston Hinton (224883)
Jabaree Hinton (224884)
Linda Hinton (224732)
Lenora Jones (205665)
Terrell Jones (205664)
Terrell Jones, Jr., as Next Friend of T.J, a minor (205666)
Ashley Petroski, as Next Friend of A.L, a minor (250386)
Kyndra Lawless, as Next Friend of N.L, a minor (207100)
Carleen Lee (251003)
James Lee (251004)
Michelle  Marasco  (243743)
Kelly Mays (201110)
Bingley Mitchell, as Next Friend of B.M, a minor (216755)
Bingley Mitchell, as Next Friend of J.M, a minor (216758)
Bingley Mitchell, as Next Friend of B.M, a minor (216756)
Bingley Mitchell, as Next Friend of K.M, a minor (216757)
Tarsha Payne, as Next Friend of W.P, a minor (249684)
Hugo Perez, as Next Friend of A.P, a minor (243808)
Hugo Perez (243747)
Ivan Perez (243748)
Hugo   Perez , as Next Friend of M.P, a minor (243742)
Ashley Petorski (251128)
Eric Petroski (250463)
Stacie  Pierre , as Next Friend of K.P, a minor (226703)
Stacie  Pierre , as Next Friend of K.P, a minor (226704)
 Stacie Pierre (226705)
Whitney Pinkney (205652)

Linda Hinton, as Next Friend of D.P, a minor (224734)
Linda Hinton, as Next Friend of K.P, a minor (224733)
Steven Dixon, as Representative of the Estate of Kellie Ponthieux, deceased (250467)
Brandon Reynolds (230232)
Rejean Robertson (200540)
China Sheldon (200479)
Gaysha Sheldon (200480)
Jail Sheldon (200481)
Xavier Sheldon (200482)
Lenora Jones, as Next Friend of C.S, a minor (205595)
Erika Stone, as Representative of the Estate of Twyla Stone , deceased (230378)
Jessie Thomas (251579)
Gizelda Toomer (244974)
Jamaal Toomer (244973)
Jasmin Ceasar, as Next Friend of L.T, a minor (251289)
Jasmine Ceasar, as Next Friend of L.T, a minor (251290)
Jasmin Ceasar, as Next Friend of L.T, a minor (251291)
Andrew Tran (215143)
Jessie Thomas, as Next Friend of A.T, a minor (251577)
Edward Turner (221887)
Marie Cousins, as Next Friend of A.C, a minor (220521)
Linda Hinton, as Next Friend of A.W, a minor (224735)

**Civil Action No 10-2228 - Sibbonai Williams, et. al. vs. Jayco, Inc., et. al.**

Britni Haynes, as Next Friend of I.H, a minor (226267)
Mary Ladner (212987)
Sabrina Williams (210820)
Sibbonai Williams (210819)
Teddy Williams (210822)

**Civil Action No 10-2238 - Charles Burns, et. al. vs. Jayco, Inc., et. al.**

Beverly McInnis, as Representative of the Estate of Dianna Barnett, deceased (237868)
Derek Daughtry, as Next Friend of A.B, a minor (229449)
Cynthia Brown (248603)
Jonathan Brown (248602)
James Brown (248601)
Charles Burns (199846)
Teresa Byrd (221943)
Dorothy Carr (250735)
Tiffany Chapman (250155)
Jermain Collins (225941)
Dorothy Dillon (207549)
Venus Dossett, as Next Friend of R.D, a minor (207489)
Quantina Riley, as Next Friend of E.G, a minor (226156)
Dianne Gordon, as Next Friend of A.G, a minor (226183)
Dianne Gordon, as Next Friend of D.G, a minor (226185)
Dianne Gordon, as Next Friend of J.G, a minor (226186)
Jatique Johnson (208066)
Swadrian Johnson (208052)
Tyesha Johnson (208068)
Brandy Necaise, as Next Friend of B.L, a minor (212992)
Stephanie Larsen (226438)
Brenda Lee (213006)
Kevin Lizana (216696)
Brandy Necaise (213073)
Brandy Necaise, as Next Friend of C.N, a minor (213074)
Brandy Necaise, as Next Friend of C.N, a minor (213075)
Scott Necaise (213077)
Alphonse Robinson (237867)
Desmond Robinson (208048)
William Seymour, as Next Friend of W.S, a minor (224839)
Samantha Seymour (224840)

William Seymour (224838)
James Smith (207550)
Yvonne Smith (205625)
Robert Taylor (200319)
Christy Theriot (248585)
Michael Thorn (222231)