# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) | SECTION: N (4) |
| *Bailey v. American International Specialty Lines, Co.* ) ) | |
| Docket No. 09-8445 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Willie P. Johnson ) Jamarcus Johnson ) | MAG.: ROBY |
| Kenshyri Johnson ) | |
| Miracle Johnson ) | |
| Takima Johnson ) | |
| Vontea Johnson ) | |
| Winter Johnson ) | |
| Ernnysia Johnson ) | |
| ) | |
| *Alexander v. Gulfstream Coach, Inc.* ) | |
| Docket No. 09-8646 ) | |
| Plaintiff: Helen Bridges ) | |
| ) | |
| *Ambeau v. Forest River, Inc.* ) | |
| Docket No. 09-8702 ) | |
| Plaintiff: Helen Bridges ) | |
| ) | |
| *Jones v. Gulfstream Coach, Inc.* ) | |
| Docket No. 09-8700 ) | |
| Plaintiffs: Gerty Richardson ) | |
| Montreal R. Farve ) | |
| ) | |
| *Brown v. Liberty Homes, Inc.* ) | |
| Docket No. 09-8689 ) | |
| Plaintiffs: Willie Brown ) | |
| Jakyris Honor, minor by Willie Brown ) | |
| Shakeira Honor, minor by Willie Brown ) | |
| Shavonda Honor ) | |
| Willie Honor, minor by Willie Brown ) | |
| ) | |
| *Dabon v. TL Industries, Inc.* ) | |
| Docket No. 09-8684 ) | |
| Plaintiff: Jules L. Dabon, Jr. ) | |
| ) | |
| *Louis v. Vanguard Industries of Michigan, Inc.* ) | |

| | |
|---|---|
| Docket No. 09-8673<br>Plaintiff: Jerry Louis | )<br>)<br>) |
| *Aubert v. Fleetwood*<br>Docket No. 09-8647<br>Plaintiff: Montreal R. Farve | )<br>)<br>)<br>) |
| *Bachemin v. Gulfstream Coach, Inc.*<br>Docket No. 09-8701<br>Plaintiff: Gerty Richardson | )<br>)<br>)<br>) |

## DEFENDANT, C. MARTIN COMPANY INC.'S RULE 12(b)(5) MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who moves this Honorable Court to dismiss the claims of the Plaintiffs in these suits with prejudice, pursuant to F.R.C.P. 12(b)(5) for failure to properly serve Defendant C. Martin Company, Inc. with process.

WHEREFORE, Defendant, C. Martin Company, Inc., prays that its Motion to Dismiss Pursuant to Rule 12(b)(5) be granted, dismissing the claims of Plaintiffs, with prejudice as against Defendant, C. Martin Company.

Respectfully submitted,

PROVOSTY & GANKENDORFF, L.L.C.

/s/ Edgar D. Gankendorff
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 19th day of January, 2012.

                                                 /s/ Edgar D. Gankendorff
                                                 Edgar D. Gankendorff

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on January 11, 2012, via email correspondences to counsel for the Plaintiffs, with the following results: first Plaintiffs' counsel, Bruno Law Firm, has advised that it does not opposed the within Motion; and second Plaintiff's counsel, Frank D'Amico was given a deadline to respond with opposition by January 13, 2012. To date, Frank D'Amico has failed to advise the undersigned of any opposition to the within motion.

                                                 /s/ Lena D. Giangrosso
                                                 Lena D. Giangrosso