# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) | SECTION: N (4) |
| *Bailey v. American International Specialty Lines, Co.* ) ) | |
| Docket No. 09-8445 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Willie P. Johnson ) | |
| Jamarcus Johnson ) | MAG.: ROBY |
| Kenshyri Johnson ) | |
| Miracle Johnson ) | |
| Takima Johnson ) | |
| Vontea Johnson ) | |
| Winter Johnson ) | |
| Ernnysia Johnson ) | |

*Alexander v. Gulfstream Coach, Inc.* )
Docket No. 09-8646 )
Plaintiff: Helen Bridges )
)
*Ambeau v. Forest River, Inc.* )
Docket No. 09-8702 )
Plaintiff: Helen Bridges )
)
*Jones v. Gulfstream Coach, Inc.* )
Docket No. 09-8700 )
Plaintiffs: Gerty Richardson )
   Montreal R. Farve )
)
*Brown v. Liberty Homes, Inc.* )
Docket No. 09-8689 )
Plaintiffs: Willie Brown )
   Jakyris Honor, minor by Willie Brown )
   Shakeira Honor, minor by Willie Brown )
   Shavonda Honor )
   Willie Honor, minor by Willie Brown )
)
*Dabon v. TL Industries, Inc.* )
Docket No. 09-8684 )
Plaintiff: Jules L. Dabon, Jr. )
)
*Louis v. Vanguard Industries of Michigan, Inc.* )

| | |
|---|---|
| Docket No. 09-8673 | ) |
| Plaintiff: Jerry Louis | ) |
| | ) |
| *Aubert v. Fleetwood* | ) |
| Docket No. 09-8647 | ) |
| Plaintiff: Montreal R. Farve | ) |
| | ) |
| *Bachemin v. Gulfstream Coach, Inc.* | ) |
| Docket No. 09-8701 | ) |
| Plaintiff: Gerty Richardson | ) |
| | ) |

## MEMORANDUM IN SUPPORT OF DEFENDANT, C. MARTIN COMPANY INC.'S RULE 12(b)(5) MOTION TO DISMISS FOR UNSUFFICIENCY OF SERVICE

MAY IT PLEASE THE COURT:

Defendant, C. Martin Company, Inc., through undersigned counsel, respectfully submits this Memorandum in support of its Rule 12(b)(5) Motion to Dismiss with Prejudice for failure to properly serve Defendant, C. Martin Company.

### I. Factual Background

The above-captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. The Plaintiffs in these matters initiated their lawsuits on December 29 and/or 30, 2009, by the filing of "Plaintiffs' Amending Complaint for Damages." The lawsuits were assigned the docket numbers referenced above. To date, none of the referenced lawsuits has been served upon Defendant, C. Martin Company.

### II. Law and Argument

Pursuant to the Federal Rules of Civil Procedure, "If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff-- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must

2

extend the time for service for an appropriate period." F.R.C.P. 4(m). To date, more than than one hundred twenty days have passed since the filing of these Complaints, but Defendant C. Martin Company has not been served with process in any of the above cases. Rather, Defendant was forced to undertake its own investigation to ascertain whether any additional claims had been filed against it in order to locate the above-referenced suits. As such, Defendant C. Martin Company herein seeks dismissal of the above referenced claims, with prejudice, pursuant to Rule 12(b)(5), based upon Plaintiffs' failure to comply with Federal Rule of Civil Procedure 4(m). At this time, Defendant, C. Martin Company is unsure as to whether these suits are all-inclusive of those which have been filed against it, but not served, but files the within Motion to Dismiss as to those claims it has located.

### III. Conclusion

WHEREFORE, Defendant, C. Martin Company, Inc., prays that its Rule 12(b)(5) Motion to Dismiss with Prejudice be granted, dismissing the claims of Plaintiffs, with prejudice as against Defendant, C. Martin Company, Inc.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

/s/ Edgar D. Gankendorff
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

3