IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) | SECTION: N (4) |
| *Bailey v. American International Specialty Lines, Co.* ) ) | |
| Docket No. 09-8445 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Willie P. Johnson ) | |
|     Jamarcus Johnson ) | MAG.: ROBY |
|     Kenshyri Johnson ) | |
|     Miracle Johnson ) | |
|     Takima Johnson ) | |
|     Vontea Johnson ) | |
|     Winter Johnson ) | |
|     Ernnysia Johnson ) | |
| ) | |
| *Alexander v. Gulfstream Coach, Inc.* ) | |
| Docket No. 09-8646 ) | |
| Plaintiff: Helen Bridges ) | |
| ) | |
| *Ambeau v. Forest River, Inc.* ) | |
| Docket No. 09-8702 ) | |
| Plaintiff: Helen Bridges ) | |
| ) | |
| *Jones v. Gulfstream Coach, Inc.* ) | |
| Docket No. 09-8700 ) | |
| Plaintiffs: Gerty Richardson ) | |
|     Montreal R. Farve ) | |
| ) | |
| *Brown v. Liberty Homes, Inc.* ) | |
| Docket No. 09-8689 ) | |
| Plaintiffs: Willie Brown ) | |
|     Jakyris Honor, minor by Willie Brown ) | |
|     Shakeira Honor, minor by Willie Brown ) | |
|     Shavonda Honor ) | |
|     Willie Honor, minor by Willie Brown ) | |
| ) | |
| *Dabon v. TL Industries, Inc.* ) | |
| Docket No. 09-8684 ) | |
| Plaintiff: Jules L. Dabon, Jr. ) | |
| ) | |
| *Louis v. Vanguard Industries of Michigan, Inc.* ) | |

| | |
|---|---|
| Docket No. 09-8673<br>Plaintiff: Jerry Louis | )<br>)<br>) |
| *Aubert v. Fleetwood*<br>Docket No. 09-8647<br>Plaintiff: Montreal R. Farve | )<br>)<br>)<br>) |
| *Bachemin v. Gulfstream Coach, Inc.*<br>Docket No. 09-8701<br>Plaintiff: Gerty Richardson | )<br>)<br>)<br>) |

## **ORDER**

Considering the foregoing Rule 12 Motion to Dismiss for Insufficiency of Service of Process filed by C. Martin Company;

**IT IS ORDERED THAT** the Unopposed Rule 12 Motion to Dismiss for Insufficiency of Service of Process be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs are dismissed with prejudice against Defendant, C. Martin Company, Inc. as to the listed causes of action:

- *Bailey v. American International Specialty Lines, Co.*, Docket No. 09-8445
  Plaintiffs: Willie P. Johnson, Jamarcus Johnson, Kenshyri Johnson, Miracle Johnson, Takima Johnson, Vontea Johnson, Winter Johnson, and Ernnysia Johnson

- *Alexander v. Gulfstream Coach, Inc.*, Docket No. 09-8646
  Plaintiff: Helen Bridges

- *Ambeau v. Forest River, Inc.*, Docket No. 09-8702
  Plaintiff: Helen Bridges

- *Jones v. Gulfstream Coach, Inc.*, Docket No. 09-8700
  Plaintiffs: Gerty Richardson and Montreal R. Farve

- *Brown v. Liberty Homes, Inc.*, Docket No. 09-8689
  Plaintiffs: Willie Brown; Jakyris Honor, minor by Willie Brown; Shakeira Honor, minor by Willie Brown; Shavonda Honor; and Willie Honor, minor by Willie Brown

- *Dabon v. TL Industries, Inc.*, Docket No. 09-8684
  Plaintiff: Jules L. Dabon, Jr.

*Louis v. Vanguard Industries of Michigan, Inc.*, Docket No. 09-8673
    Plaintiff: Jerry Louis

*Aubert v. Fleetwood*, Docket No. 09-8647
    Plaintiff: Montreal R. Farve

*Bachemin v. Gulfstream Coach, Inc.*, Docket No. 09-8701
    Plaintiff: Gerty Richardson

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE