FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JAN 19  AM 9: 21

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                        MDL No. 1873

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−52)

On October 24, 2007, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 964 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D Engelhardt.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Jan 19, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |
|---|

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

### SCHEDULE CTO-52 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SECT N/5 |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 11-00497 | Armstrong et al v. KZRV, LP et al. | 12-149 |
| MSS | 1 | 11-00498 | Degruy et al v. Layton Homes Corporation et al | 12-151 |
| MSS | 1 | 11-00526 | Dedeaux et al v. Liberty Insurance Corporation et al | 12-152 |
| MSS | 1 | 11-00533 | Smith et al v. Skyline Corporation et al | 12-153 |
| MSS | 1 | 11-00537 | Friendly et al v. Liberty Insurance Corporation et al | 12-154 |
| MSS | 1 | 11-00547 | Gardner et al v. Layton Homes Corporation et al | 12-155 |
| MSS | 1 | 11-00552 | Chapman et al v. Skyline Corporation et al | 12-157 |
| MSS | 1 | 11-00553 | Tate et al v. Heartland Recreational Vehicles, LLC et al | 12-158 |
| MSS | 1 | 11-00561 | Brown et al v. Dutchmen Manufacturing, Inc. et al | 12-159 |
| MSS | 1 | 11-00564 | Edwards et al v. Crossroads RV, Inc. et al | 12-160 |
| MSS | 1 | 11-00567 | Adams et al v. Thor California, Inc. et al | 12-161 |
| MSS | 1 | 11-00571 | Guthrie et al v. Crum &Forster Specialty Insurance Company et al | 12-162 |