UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO
10-2238, 10-2260, 09-8618, 09-3909

## ORDER REGARDING FILINGS IN CASES SEVERED FOR TRIAL

      This Court's Order Severing Certain Cases for Trial (Rec. Doc. 24164), severed the above referenced member cases from the MDL for purposes of trial only.  Pursuant to Pre-Trial Order No. 1 (Rec. Doc. 5) ¶2, they remain consolidated with all other member cases for pretrial purposes.  Thus, pursuant to Pre-Trial Order No. 1 (Rec. Doc. 5) ¶¶8-9, all filings in the above referenced member cases shall continue to be made in the master docket, with a notation listing the member cases to which the document applies.  However, given that these member cases are now being prepared for trial, it is appropriate that counsel handling the individual member cases receive service of all notices and filings directly.  Accordingly,

      **IT IS ORDERED** that all documents filed that relate to the above referenced member cases (10-2238, 10-2260, 09-8618 and 09-3909), shall be served electronically on all counsel enrolled in the member case, as well as on liaison counsel.

      New Orleans, Louisiana, this 18th day of January, 2012.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**