UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * | CIVIL ACTION NO. 1873 |
| | * | JUDGE ENGELHARDT |
| This Document Relates To: | * * | |
| *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3831) | * * | MAGISTRATE CHASEZ |

*********************************************

### UNOPPOSED MOTION TO WITHDRAW MORGAN'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

On December 19, 2011, defendant, Morgan Buildings & Spas, Inc. (Morgan), moved to dismiss the claims of Audrey Randazzo and Louis J. Randazzo, Sr., with prejudice, for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets. (See R. Doc. 23930). Morgan's motion was based on Mr. and Mrs. Randazzo's failure to provide information sufficiently identifying in which temporary housing unit they resided. On January 6, 2012, Mr. and Mrs. Randazzo filed an opposition to Morgan's motion wherein they provided supplemental plaintiff fact sheets identifying their THU by VIN number. (See R. Doc. 24062). Accordingly, Morgan has determined that Mr. and Mrs. Randazzo have now provided sufficient information concerning their THU and Morgan desires to withdraw its previously filed motion to dismiss.

Undersigned counsel certifies that she contacted plaintiffs' counsel on January 13, 2012, concerning Morgan's motion to withdraw and plaintiffs' counsel indicated that she had no opposition to the filing of this motion.

Accordingly, Morgan Building & Spas, Inc. respectfully moves the court to grant its motion to withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 32.

398708.1

1

        Respectfully submitted,

        */s/ Amanda S. Stout*
        Christine Lipsey (La. Bar Roll No. 1182), T.A.
        Dan E. West (La. Bar Roll No. 13372)
        Amanda S. Stout (La. Bar Roll No. 29001)
        McGLINCHEY STAFFORD, PLLC
        One American Place, 14th floor
        Baton Rouge, Louisiana 70825
        Telephone: (225) 383-9000
        Facsimile: (225) 343-3076

        ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC.

## Certificate of Service

I certify that, on January 19, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

        */s/ Amanda S. Stout*
        Amanda S. Stout

398708.1