UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Robert Moise Legendre, et al. v Morgan Buildings &* | * | MAGISTRATE CHASEZ |
| *Spas, Inc., et al. (10-3831)* | * | |

**********************************************

## Order

Considering the foregoing Unopposed Motion To Withdraw The Motion To Dismiss For Failure To Comply With Pre-Trial Order No. 32 (R. Doc. 23930) filed by Morgan Buildings & Spas, Inc.:

IT IS ORDERED that the Unopposed Motion To Withdraw The Motion To Dismiss For Failure To Comply With Pre-Trial Order No. 32 is GRANTED, and accordingly, the motion to dismiss (R. Doc. 23930) filed by Morgan Buildings & Spas, Inc. on December 19, 2011 will be withdrawn from the court's docket.

New Orleans, Louisiana, this _____ day of January , 2012.

                                                  Hon. Kurt D. Engelhardt
                                       Judge, United States District Court
                                          Eastern District of Louisiana

398720.1