UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br><br><br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * <br> * | |
| *Robert Moise Legendre, et al. v Morgan Buildings &*<br>*Spas, Inc., et al. (10-3831)* | * <br> * | MAGISTRATE CHASEZ |

*********************************************

## Order

Considering the foregoing Unopposed Motion To Withdraw The Motion To Dismiss For Failure To Comply With Pre-Trial Order No. 32 (R. Doc. 23930) filed by Morgan Buildings & Spas, Inc.:

IT IS ORDERED that the Unopposed Motion To Withdraw The Motion To Dismiss For Failure To Comply With Pre-Trial Order No. 32 is GRANTED, and accordingly, the motion to dismiss (R. Doc. 23930) filed by Morgan Buildings & Spas, Inc. on December 19, 2011 will be withdrawn from the court's docket.

New Orleans, Louisiana, this  19th   day of January , 2012.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

398720.1