UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bickham, et al. v. Gulf Stream Coach, et al.,* | * | MAG: CHASEZ |
| *LLC, et al., Civil Action No. 09-8475* | * | |
| Plaintiffs: Fayetta Justin, Christopher Justin, | * | |
| Clifton Justin, III | * | |

*************************************************************************

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of **FAYETTA JUSTIN, CHRISTOPHER JUSTIN AND CLIFTON JUSTIN, III**, with prejudice. Plaintiffs aver that they have learned Recreation by Design, LLC, and not Gulf Stream Coach, Inc., manufactured the travel trailer in which they resided following Hurricane Katrina. Accordingly, these three plaintiffs should be dismissed, with prejudice, from the instant matter against Gulf Stream.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        andreww@duplass.com
        jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2012, a copy of the foregoing Motion to Dismiss Certain Plaintiffs was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com