UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Bickham, et al. v. Gulf Stream Coach, et al., LLC, et al.*, Civil Action No. 09-8475<br>Plaintiffs: Fayetta Justin, Christopher Justin, Clifton Justin, III | * * * * | MAG: CHASEZ |

**********************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS

Plaintiffs in the above-entitled action, Fayetta Justin, Christopher Justin, and Clifton Justin, III, seek to be added to a matched claim against Recreation by Design, LLC. *See* Rec. Doc. 24015 (seeking leave to amend *Clara Anderson, et al., v. Recreation by Design, LLC, et al.*, Civil Action No. 09-8626, to add these three plaintiffs into that suit). Plaintiffs aver that they have learned Recreation by Design, LLC, and not Gulf Stream Coach, Inc., manufactured the travel trailer in which they resided following Hurricane Katrina. Accordingly, these three plaintiffs should be dismissed, with prejudice, from the instant matter against Gulf Stream.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com

00293581-1

jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2012, a copy of the foregoing Memorandum in Support of Motion to Dismiss Certain Plaintiffs was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00293581-1