UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Ora Brock, et al v. Recreation by Design, Llc, et al,* **No. 09-5847**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### COURT-ORDERED STATUS REPORT OF
### CO-LIAISON COUNSEL FOR PLAINTIFFS

**MAY IT PLEASE THE COURT:**

NOW INTO COURT, comes the undersigned Co-Liaison Counsel for Plaintiffs, who, pursuant to the Court's Order of January 4, 2012 (Doc. 24061), respectfully submit that:

(1) their office has searched electronic mail records to determine whether these contain a record of sending notice to Jonathan Andry of the Motion to Dismiss for Failure to Comply with Pretrial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets (Doc. 23080), filed by Recreation by Design, LLC on October 10, 2011; and

(2) as a result of this search, the undersigned have identified, and attach hereto a copy of, an e-mail of October 10, 2011 sent to Mr. Andry and others by Ms. Denise Martin, legal assistant to the undersigned, which e-mail, consistent with the practice and protocol of Co-Liaison Counsel for Plaintiffs, was the means by which the above-referenced motion, as an attachment, was forwarded to those

shown in receipt.

                Respectfully submitted:

                **FEMA TRAILER FORMALDEHYDE**
                **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:    504/528-9973
         gmeunier@gainsben.com

         s/Justin I. Woods
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:    504/528-9973
         jwoods@gainsben.com

         **COURT-APPOINTED PLAINTIFFS'**
         **STEERING COMMITTEE**
         ANTHONY BUZBEE, Texas # 24001820
         ROBERT M. BECNEL, #14072
         RAUL BENCOMO, #2932
         FRANK D'AMICO, JR., #17519
         MATT MORELAND, #24567
         DENNIS REICH, Texas #16739600
         MIKAL C. WATTS, Texas #20981820
         ROBERT C. HILLIARD, Texas ##09677700

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2012, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Gerald E. Meunier
                                              GERALD E. MEUNIER, #9471