UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JAN 20 AM 10: 52

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362

**PLEASE TAKE NOTICE** that on March 5, 2009 the following entities (collectively, the "Debtors") filed voluntary petitions for relief in bankruptcy under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"):

| DEBTOR | BANKRUPTCY NO. |
|---|---|
| MCC (f/k/a Monaco Coach Corporation) | 09-10750 |
| Signature Motorcoach Resorts, Inc. | 09-10751 |
| Naples Motorcoach Resort, Inc. | 09-10752 |
| Port of the Isles Motorcoach Resort, Inc. | 09-10753 |
| Outdoor Resorts of Las Vegas, Inc. | 09-10754 |
| Outdoor Resorts Motorcoach Country Club, Inc. | 09-10755 |
| Signature Resorts of Michigan, Inc. | 09-10756 |
| La Quinta Motorcoach Resorts, Inc. | 09-10757 |
| R-Vision Holdings L.L.C. | 09-10758 |
| R-Vision, Inc. | 09-10759 |
| R-Vision Motorized, LLC | 09-10760 |
| Bison Manufacturing, LLC | 09-10761 |
| Roadmaster LLC | 09-10762 |

___Fee _____
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____

WILMINGTON\148156\1 260884.000
1/19/12

On or about March 10, 2009 an Order was entered by the Bankruptcy Court jointly administering the above referenced bankruptcy cases.  A copy of the Notice of Bankruptcy filing by the Bankruptcy Court is attached hereto as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. §362 an automatic stay is in effect as a result of the bankruptcy filings of the Debtors including but not limited to a stay with respect to any act to create, perfect, or enforce any lien against property of the estate as defined in 11 U.S.C. §541, and, also with respect to commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was commenced before the commencement of the bankruptcy cases under Title 11, or, to recover a claim against the Debtors that arose before the commencement of the bankruptcy cases under Title 11.

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2009 the Chapter 11 cases of the Debtors were converted to cases under Chapter 7 of Title 11 and George L. Miller was appointed by the Office of the United States Trustee to serve as the duly qualified Chapter 7 Trustee (the "<u>Trustee</u>") for the bankruptcy estates of the Debtors.

This filing is for informational purposes only and does not constitute a notice of appearance by the undersigned attorney.

Dated:   January 19, 2012

                                        COZEN O'CONNOR

                            By:    _____
                                        John T. Carroll, III (DE No. 4060)
                                        1201 N. Market Street
                                        Suite 1400
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 295-2028
                                        Facsimile:  (302) 295-2013
                                        jcarroll@cozen.com

                                        *Counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the estates of the Debtors*