# EXHIBIT "A"

United States Bankruptcy Court
District of Delaware

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/05/2009 at 6:43 PM and filed on 03/05/2009.

**MCC (f.k.a Monaco Coach Corporation), et al.,**
91320 Coburg Industrial Way
Coburg, OR 97408
Tax ID / EIN: 35-1880244
*aka* **Monaco Coach**
*aka* **Monaco Division**
*aka* **Holiday Rambler Division**
*aka* **Holiday Rambler Motorized Division**
*aka* **Holiday Rambler Towables Division**
*aka* **Safari Division**
*aka* **Beaver Division**
*aka* **McKenzie Towables Division**
*aka* **McKenzie Division**
*aka* **Roadmaster Chassis Division**
*aka* **Nappanee Wood Products**
*aka* **Holiday Graphics**
*aka* **Salmon Acquisition, Inc.**
*aka* **SMC Corporation**
*aka* **Electronic Design and Assembly, Inc.**
*aka* **Safari Motor Coaches, Inc.**
*aka* **Beaver Motor Coaches, Inc.**
*aka* **Magnum Manufacturing, Inc.**
*aka* **Composite Technologies, Inc.**
*aka* **Electronic Design and Assembly Division**
*aka* **ED&A Division**
*aka* **Royale Coach by Monaco, Inc.**
*aka* **Harney County Operations, Inc.**
*fka* **Monaco Coach Corporation**



The case was filed by the debtor's attorney:

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
302 652-4100

The bankruptcy trustee is:

**George L. Miller**
8 Penn Center
1628 John F. Kennedy Boulevard

Suite 950
Philadelphia, PA 19103

The case was assigned case number 09-10750-KJC to Judge Kevin J. Carey.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

David D. Bird
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/19/2012 12:25:36 | | | |
| PACER Login: | co0086 | Client Code: | 260884.000 |
| Description: | Notice of Filing | Search Criteria: | 09-10750-KJC |
| Billable Pages: | 1 | Cost: | 0.08 |