UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**CERTIFICATION OF SERVICE REGARDING
NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362**

I, John T. Carroll, counsel to George L. Miller, in his capacity as Chapter 7 Bankruptcy Trustee for following entities (collectively, the "Debtors"):

| **DEBTOR** | **BANKRUPTCY NO.** |
|---|---|
| MCC (f/k/a Monaco Coach Corporation) | 09-10750 |
| Signature Motorcoach Resorts, Inc. | 09-10751 |
| Naples Motorcoach Resort, Inc. | 09-10752 |
| Port of the Isles Motorcoach Resort, Inc. | 09-10753 |
| Outdoor Resorts of Las Vegas, Inc. | 09-10754 |
| Outdoor Resorts Motorcoach Country Club, Inc. | 09-10755 |
| Signature Resorts of Michigan, Inc. | 09-10756 |
| La Quinta Motorcoach Resorts, Inc. | 09-10757 |
| R-Vision Holdings L.L.C. | 09-10758 |
| R-Vision, Inc. | 09-10759 |
| R-Vision Motorized, LLC | 09-10760 |
| Bison Manufacturing, LLC | 09-10761 |
| Roadmaster LLC | 09-10762 |

hereby certify that I am not less than 18 years of age, and further certify that on the date set forth below I caused a true and correct copy of the Notice of Bankruptcy and Automatic Stay of 11

U.S.C. Section 362 to be served via regular U.S. first class mail upon the parties identified on the service list attached hereto as Exhibit "A".

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 19, 2012

COZEN O'CONNOR

By: _____
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
jcarroll@cozen.com

*Counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the estates of the Debtors*

# EXHIBIT "A"

## SERVICE LIST

Amanda Jones Ballay
Amanda J. Ballay, Attorney at Law
P. O. Box 104
Belle Chasse, LA 70037
*Special Master*

Daniel Joseph Balhoff
Perry, Atkinson, Balhoff, Mengis & Burns, LLC
2141 Quail Run Dr.
Baton Rouge, LA 70808
*Special Master*

T. Christopher Pinedo, Esquire
Attorney at Law
719 S. Shoreline
Suite 500
Corpus Christi, TX 78401
*Plaintiff's Counsel*

Frank Jacob D'Amico, Jr.
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Floor
New Orleans, LA 70113
*Plaintiff's Counsel*

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
*Plaintiffs' Liaison Counsel*

Gerald Edward Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
*Plaintiffs' Liaison Counsel*

Ralph S. Hubbard, III, Esquire
Anne E. Briard, Esquire
Lugenbuhl, Wheaton, Peck, Rankin and Hubbard
601 Poydras Street
Suite 2775
New Orleans, Louisiana 70130
*Defendant's Counsel Insurer Liaison Counsel*

Charles E. Leche, Esquire
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130
*Defendant's Counsel Insurer Liaison Counsel*

Andrew D. Weinstock, Esquire
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
*Defendants' Liaison Counsel*

Henry Thomas Miller, Esquire
Dept. of Justice, Civil Division,
Torts Branch
P.O. Box 340
Ben Franklin Station
Washington, DC 20044
*Defendant's Counsel United States of America*

Adam Michael Dinnell
U. S. Department of Justice
Tax Division
P. O. Box 14198
Washington, DC 20044
*Defendant's Counsel United States of America*

John Adam Bain
U. S. Department of Justice
Civil Division, Torts Branch
Ben Franklin Station
P.O. Box 340
Washington, DC 20004
*Defendant's Counsel United States of America*

Jonathan Richard Waldron
U. S. Department of Justice
1331 Pennsylvania Avenue NW
Washington, DC 20004
*Defendant's Counsel United States of America*

Michelle George Boyle
U. S. Department of Justice
Tax Division
P. O. Box 14198
Washington, DC 20044
*Defendant's Counsel United States of America*

Michael David Kurtz, Esquire
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
*Defendant's Counsel Contractor Defendants*

Shalla Santos, Esquire
Allensworth & Porter, LLP
620 Congress Ave.
Suite 100
Austin, TX 78701
*Movant's Counsel Bureau Veritas North America, Inc.*

Matthew B. Cano, Esquire
Allensworth & Porter, LLP
620 Congress Ave.
Suite 100
Austin, TX 78701
*Movant's Counsel Bureau Veritas North America, Inc.*

John Karl Etter, Esquire
Rodney & Etter, LLC
620 N. Carrollton Avenue
New Orleans, LA 70119
*Plaintiff's Counsel*