UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>           FORMALDEHYDE PRODUCTS<br>           LIABILITY LITIGATION | MDL NO. 1873 |
| This document relates to: | JUDGE ENGELHARDT |
| *Suit No. 09-8696* | MAG. JUDGE CHASEZ |

*UNOPPOSED* MOTION TO
DISMISS FOR FAILURE TO COMPLY WITH PTO 2 AND 32

Defendant Keystone RV Company ("Keystone") moves to dismiss, with prejudice, the claims of the plaintiffs listed below. As explained more fully in Keystone's supporting memorandum, these plaintiffs have failed to comply with PTO Nos. 2 and 32 because they have not provided fully completed fact sheets within the deadlines for doing so, nor have they complied with Keystone's request to cure the deficiencies in their fact sheets.[1]

The plaintiffs for whom dismissal is sought are the following:

---

[1] Keystone has submitted three exhibits in support of this motion which demonstrate that it has properly notified the plaintiffs of the deficiencies and that the plaintiffs are unable to cure those deficiencies. *See* Exhibits 1 (deficiency letter), 2 (November 22, 2011 email), 3 (January 2012 email chain).

(1)  Gloria P. Byrd;

(2)  Henry J. Byrd;

(3)  Marie L. Chauvin;

(4)  Sandra V. Davis;

(5)  Luther C. Davis;

(6)  Rita L. Faulkner;

(7)  James Faulkner, Jr.;

(8)  James Faulkner, Sr.;

(9)  Jemell R. George;

(10) Linda L. Gumbs;

(11) Rondell Harris;

(12) Chantell A. Harris;

(13) Joycelyn Hayes;

(14) Lori A. Heim;

(15) Roderick L. Martinez;

(16) Ronnie Owens; and

(17) James T. White.

Plaintiffs' counsel has no opposition to this motion or the proposed dismissal these plaintiffs' claims. Keystone has submitted a proposed order in connection with this motion.

Therefore, for the reasons set out in this motion and Keystone's supporting memorandum, and based on the lack of opposition by plaintiffs, Keystone requests

that the Court dismiss the claims the plaintiffs referenced above, with prejudice, for failure to comply with the Court's orders, particularly PTO Nos. 2 and 32.

                  Respectfully submitted,

                     *s/ Ryan E. Johnson*
                _____
                James C. Percy (La. Bar No. 10413)
                Ryan E. Johnson (La. Bar No. 26352)
                **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
                Four United Plaza
                8555 United Plaza Boulevard
                Baton Rouge, LA  70809
                Telephone: (225) 248-2080
                Facsimile:  (225) 248-3080
                    -and-
                Madeleine Fischer (La. Bar No. 5575)
                **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
                201 St. Charles Avenue, 49th floor
                New Orleans, LA   70170
                Telephone:  (504) 582-8000
                Facsimile:  (504) 589-8208

                ***Counsel for Keystone RV Company***

Date:  January 20, 2012

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH PTO 10

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

I further certify that pursuant to PTO No. 10, I contacted counsel for the plaintiffs, as indicated in the attached exhibits, and he indicated that he had not been able to contact his clients, and thus, they were not able to cure the deficient fact sheets. Furthermore, I certify that plaintiffs' counsel have no objection or opposition to the proposed dismissals.

Baton Rouge, Louisiana, this 20th day of January, 2012.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson