# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER** **FORMALDEHYDE PRODUCTS** **LIABILITY LITIGATION** | **MDL NO. 1873** |
| **This document relates to:** | **JUDGE ENGELHARDT** |
| *Suit No. 09-8696* | **MAG. JUDGE CHASEZ** |

## NOTICE OF SUBMISSION

Notice is hereby given that Keystone's Unopposed Motion to Dismiss for Failure to Comply with PTO 2 and 32 and Memorandum in Support, related to suit number 09-8696, will be submitted for decision on **February 8, 2012**.

Baton Rouge, Louisiana, this 20th day of January, 2012.

                            *s/Ryan E. Johnson*
                       _____
                             Ryan E. Johnson