

**JONES WALKER**

Ryan E. Johnson
*Not admitted in Alabama*
Direct Dial 225-248-2080
Direct Fax 225-248-3080
rjohnson@joneswalker.com

June 30, 2011

**BY HAND DELIVERY ONLY**

Mr. Gerald Meunier, Esq.
Mr. Justin I. Woods, Esq.
Gainsburg, Benjamin
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800

Re:   In re FEMA Trailer Formaldehyde Products Liability Litigation
No. 07-MD-1873, Eastern District of Louisiana
Plaintiff Fact Sheet Deficiencies for Keystone RV Company

Dear Mr. Meunier and Mr. Woods:

Pursuant to PTO 86 (Rec. Doc. No. 20770) and previously issued orders
(PTOs 2 and 32), we have identified a number of deficient plaintiff fact sheets
associated with Defendant Keystone RV.

Enclosed, please find a disk containing copies of the deficient fact sheets that
we have identified thus far. Instead of producing a listing of deficiencies that would
have to be compared to the fact sheets themselves, we have instead identified the
deficiencies by highlighting, directly onto each PFS, the areas that are deficient.
Where appropriate, we have also inserted a highlighted note if the plaintiff has
failed to sign and/or or date the PFS Certification or has omitted the required
release forms. For your reference, we have also enclosed an index of the fact sheets
on the disk. *See* Attachment 1.

We ask that you cure the deficiencies as to these fact sheets within the delays
provided by the Court.

Thank you for your attention to these matters and please let us know if you
have any questions.

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 225-248-2000 • FAX 225-248-2010 • E-MAIL info@joneswalker.com
{B0736750.1}   ALABAMA   ARIZONA   DISTRICT OF COLUMBIA   FLORIDA   LOUISIANA   TEXAS

**EXHIBIT**

tabbies®

1

Sincerely yours,

Ryan E. Johnson

Cc:   Andy Weinstock
      Henry Miller
      David Kurtz
      Charles Leche
      (all w/enclosures, by US MAIL)

**ATTACHMENT 1**
**KEYSTONE DEFICIENCY LETTER DATED 06/30/11**

Atkins, Richard by Shirley Sinclair.pdf
Avery, Adriane.pdf
Avery, Lana.pdf
Avery, Lauren.pdf
Avery, Ronald.pdf
Avery, Shayla.pdf
Avery, Trenton.pdf
Azore, Devonte.pdf
Azore, Kevonte.pdf
Azore, Mary.pdf
Azore, Rashonda.pdf
Babineaux, Danielle.pdf
Badon, Tanya.pdf
Baehr, George, Sr..pdf
Bailey, Macy.pdf
Bailey, Mahmood.pdf
Bailey, Skyler.pdf
Bailey, Tommy, Jr..pdf
Banks, Adam.pdf
Banks, Darrell.pdf
Barksdale, Barry.pdf
Barksdale, Joshua.pdf
Barnes, Tanya.pdf
Barnett, Bessie, errata sheet.pdf
Barnett, Bessie.pdf
Barr, James by Jennifer Haskell.pdf
Barr, James, Jr..pdf
Bartholomew, Rahneisha.pdf
Bass, Devin.pdf
Bass, Donald.pdf
Bass, Endora.pdf
Bass, Laqueenasavakia Nicole.pdf
Bass, Laqueenasavakia, errata sheet.pdf
Bass, Marlene.pdf
Bass, Rodney.pdf
Bass, Zachary.pdf
Bates, Glenda.pdf
Bates, Heaven.pdf
Bates, Jennifer - errata sheet.pdf
Bates, Jennifer.pdf
Bates, Luke.pdf
Bates, Marilyn.pdf
Bates, Stephen - errata sheet.pdf
Bates, Stephen.pdf
Batiste, Ashley.pdf
Batiste, Dymonn.pdf
Batiste, Gail.pdf

Batiste, Griffin, IV.pdf
Batiste, Leoutha.pdf
Batiste, Retaivus.pdf
Batiste, Taurus.pdf
Beans, Antwone.pdf
Beans, Deanna.pdf
Beard, Berdia.pdf
Beard, Earnest W..pdf
Beaulieu, Cynthia.pdf
Beeman, Brian, Jr..pdf
Beeman, Brian.pdf
Beeman, Elizabeth.pdf
Belcher, Yurgeodsur.pdf
Bell, Diana - errata sheet.pdf
Bell, Diana.pdf
Bell, Raymond - errata sheet.pdf
Bell, Raymond, III.pdf
Bell, Raymond, Jr..pdf
Bellard, Courtney.pdf
Bellard, Tammy.pdf
Benjamin, Jordyn.pdf
Bennett, Carrie.pdf
Berry, Annie by Martha Anderson.pdf
Berry, Fabian.pdf
Bethley, Dimitrisu.pdf
Bett, Cherrie.pdf
Betts, Danny.pdf
Betts, Javarreo.pdf
Bible, Briane.pdf
Bickham, Keyonn.pdf
Bickham,, Johnathan.pdf
Bienemy, Herman.pdf
Biggs, Auryea by Tracey Biggs.pdf
Biggs, Charlie.pdf
Bilbo Deaundra by Warren Bilbo.pdf
Bilbo, Jerry.pdf
Bilbo, Ruby.pdf
Billings, Judy.pdf
Billings, Thomas.pdf
Bingham, Elizabeth - errata sheet.pdf
Bingham, Elizabeth.pdf
Blache, Erwin.pdf
Black, Bobbie.pdf
Black, Kai by Bobbie Black, mother.pdf
Black, Kaiya by Bobbie Black, mother.pdf
Blackmon, Rosie.pdf
Blackwell, Ada.pdf
Blanchard, Wayne.pdf
Bland, Kenny.pdf
Bolton, Mara.pdf
Bonner, Chantel.pdf

Bonner, Eric T..pdf
Bonner, Erica.pdf
Boone, Belinda.pdf
Boone, Jonathan.pdf
Booth, Deloris.pdf
Booth, Trevor.pdf
Borja, Patricia.pdf
Bosarge, Charles, errata sheet.pdf
Bosarge, Charles.pdf
Bosarge, Connie.pdf
Bosarge, Lamar Glennon.pdf
Bougere, LaBreisha.pdf
Bounds, Glenda.pdf
Bourdonnay, Michele.pdf
Bourgeois, Christina.pdf
Bourgeois, Colin T..pdf
Bourgeois, Karen.pdf
Bourgeois, Margaret.pdf
Bourgeois, Otto.pdf
Bourgeois, Owen T..pdf
Bourgeois, Robert by Kelly McDaniel.pdf
Bourgeois, Shyanne.pdf
Bourgeois, Taylor.pdf
Boyd, Jada.pdf
Boyd, Peggy.pdf
Bradburn, Bluffaid by C. Lott (POA).pdf
Bradburn, Jeanie.pdf
Brady, Jennifer by Teresa  Brady.pdf
Brady, Kyle by Teresa Brady.pdf
Brady, Nathan by Teresa Brady.pdf
Brady, Teresa.pdf
Braud, Joseph.pdf
Breland, Courtney.pdf
Breland, Cynthia.pdf
Breland, William II.pdf
Breland, William.pdf
Brickley, Godfrey.pdf
Brickley, Kim M..pdf
Brider, Antoine by Alecia Perrin, mother.pdf
Brider, Rejean.pdf
Brider, Shaunah by Alecia Perrin, mother.pdf
Bridges, Ashley M..pdf
Bridges, Chad.pdf
Bridges, Janero.pdf
Bridges, Jermaine.pdf
Bridges-Wagner, Janice.pdf
Britain, Harry.pdf
Brockley, Dustin.pdf
Brocks, Bryant by Christi Brocks, mother.pdf
Brocks, Christi (updated PFS).pdf
Brocks, Kirk.pdf

Brocks, Sean Marie.pdf
Brooks, Kashia by  Harold Callahan.pdf
Brou, Joey.pdf
Brou, Kiasha.pdf
Brown Deliesha by Gregory Brown.pdf
Brown,  Mary.pdf
Brown, Bruce 3-29-88.pdf
Brown, Bruce 6-16-62.pdf
Brown, Brushawn.pdf
Brown, Christopher, Jr..pdf
Brown, Christopher, Sr..pdf
Brown, Coretta.pdf
Brown, Deborah.pdf
Brown, George K..pdf
Brown, Gregory, Jr..pdf
Brown, Gregory.pdf
Brown, Inez.pdf
Brown, John by Kevin Smith.pdf
Brown, Joseph.pdf
Brown, Joyce L..pdf
Brown, Justis by Brushawn Brown.pdf
Brown, Larry.pdf
Brown, Loren by Lorenza Malancon.pdf
Brown, Madison by Alison Burton.pdf
Brown, Madison, errata sheet.pdf
Brown, Michael by Elray Clark, father.pdf
Brown, Nicole.pdf
Brown, Patrice.pdf
Brown, Patricia.pdf
Brown, Paul.pdf
Brown, Pauline.pdf
Brown, Quintin.pdf
Bruce, Janice.pdf
Brumfield, Mildred.pdf
Bruno, John, Jr..pdf
Bullock, Constance.pdf
Bullock,. Floyd.pdf
Buras, Caleb by Kelly Buras, mother.pdf
Buras, Katelyn by Kelly Buras, mother.pdf
Buras, Kelly.pdf
Burge, Christopher.pdf
Burkett, Mahala, errata sheet.pdf
Burkett, Mahala.pdf
Burks, Chanta.pdf
Burton,  Jasmine.pdf
Burton, Alfretta.pdf
Burton, Alison.pdf
Burton, Ashtyn by Jasmine Burton.pdf
Burton, Jasmine.pdf
Butler, Ripca (for self and 3 children).pdf
Butler, Saleta.pdf

Byrd, Gloria.pdf
Byrd, Henry J..pdf
Byrd, Valena.pdf
Caldwell, Evelyn.pdf
Callahand, Harold.pdf
Callahand, Hunter.pdf
Callahand, James.pdf
Callahand, Tarris.pdf
Calogero, Margaret.pdf
Campbell, Rickenya by Sheila Williams.pdf
Campsen, Allison by Dianne Campsen.pdf
Campsen, Dale by Dianne Campsen.pdf
Campsen, Dianne.pdf
Cao, Ban.pdf
Carbello, Dina.pdf
Carey, LaRay - errata sheet.pdf
Carson, Ava.pdf
Carson, Edward W., Sr..pdf
Carter, Barbara.pdf
Carter, Charles.pdf
Carter, Danielle by Barbara Carter, mother.pdf
Carter, Galen by Barbara Carter, mother.pdf
Carver, Vickie.pdf
Casanova, Gracelyn.pdf
Castillo, Brenda.pdf
Catchings, Sherry Lynn.pdf
Caylor, Brittany by Sonya Caylor, mother.pdf
Caylor, Heather by Sonya Caylor, mother.pdf
Caylor, Robbie, II.pdf
Caylor, Robert.pdf
Caylor, Sonya.pdf
Celestine, Bryson L., by April N.Moses.pdf
Celestine, Ira.pdf
Celestine, Lawson L., III by April Moses.pdf
Cenac, Dennis.pdf
Charles, Edward.pdf
Charles, Trequan by Anita Warren.pdf
Charlton, Christopher by Ricky Charlton.pdf
Charlton, Ricky.pdf
Chauvin, Marie Louise.pdf
Cherry, James.pdf
Cherry, Kendra by James Cherry.pdf
Cherry, Tammy.pdf
Cherry, Terandos.pdf
Cherry, Termorius by James Cherry.pdf
Chiasson, Ted S..pdf
Chizmadia, Renee.pdf
Clark, Betty.pdf
Clark, Elray - Amendment only.pdf
Clark, Harry, Jr..pdf
Clark, Patricia A..pdf

Clayborne, Angel.pdf
Clayborne, Cynthia.pdf
Clayton, James.pdf
Clement, Patricia.pdf
Clement, Richard.pdf
Clementin, Kerbie N..pdf
Clementin, Lana.pdf
Clifford, Carroll, III.pdf
Clifford, Doris.pdf
Clifford, Vesta.pdf
Cochran, Caden by Jeremy Cochran.pdf
Cochran, Connie.pdf
Cochran, Courtney.pdf
Cochran, Dakin by Rufus Cochran.pdf
Cochran, Hurley.pdf
Cochran, Jeremy.pdf
Cochran, Kesnie by Rufus Cochran.pdf
Cochran, Mary.pdf
Cochran, Rufus.pdf
Cochran, Teresa.pdf
Coe, Cole by Delores Booth.pdf
Coe, Don.pdf
Coleman, Constance.pdf
Coleman, Elmer, Jr..pdf
Coleman, Ethel G..pdf
Coleman, Gladys.pdf
Coleman, James, Jr..pdf
Coleman, Rashad by Constance Coleman.pdf
Coleman, Raven by Constance Coleman.pdf
Coleman, Robert.pdf
Coleman, Stephanie.pdf
Collins, Carlos.pdf
Collins, Demi by Donald Collins, father.pdf
Collins, Demi, errata sheet.pdf
Collins, Donald.pdf
Colton, Laird.pdf
Condoll, Charleen.pdf
Condoll, Marco (deceased) by mother.pdf
Condoll, Spurgeon.pdf
Condra, Glenn.pdf
Condra, Ian.pdf
Condra, Jayme.pdf
Condra, Nate.pdf
Connely, Brian, Sr..pdf
Connely, Connie.pdf
Connely, Stephanie by Connie Connely.pdf
Cook, Jakyious, errata sheet.pdf
Cook, Jakyious.pdf
Cook, Sequina.pdf
Cook, Tommy.pdf
Cooley, Dominique by Nina Wright.pdf

Cooley, Keith by Elzadia Cooley.pdf
Cooley, Kenneth by Elzia Cooley.pdf
Cooley, Lee.pdf
Cooper, Donald.pdf
Cosse, Dontri.pdf
Cosses, Jarvis.pdf
Coulter, Douglas.pdf
Coulter, Sherry.pdf
Cousin, Chavis.pdf
Cousin, G'anni by Chavis Cousin.pdf
Cousin, Geovanni by Chavis Cousin.pdf
Cousins, Tyler by Anna Skipper.pdf
Cowan, Leslie.pdf
Cowan, Michael, II, by Michael Cowan.pdf
Cowan, Michael.pdf
Cox, Herman.pdf
Craig, Tammy.pdf
Crawford, Donna.pdf
Crawford, Thomas.pdf
Crayton, Donald by Izella Crayton.pdf
Crayton, Dontrice.pdf
Crayton, Izella.pdf
Crear, Shauntrice, errata sheet.pdf
Crear, Shauntrice.pdf
Crockett, Corey, Jr..pdf
Crockett, Corey.pdf
Crowe, Judy.pdf
Crowe, Misty.pdf
Crump, Kayla by Nakyra Crump.pdf
Cuevas, Janice.pdf
Cuevas, Brendia.pdf
Cuevas, Dean.pdf
Cuevas, Dennis, III.pdf
Cuevas, Dennis, Jr. by Janice Cuevas.pdf
Cuevas, Dennis, Sr..pdf
Cuevas, Kendrick.pdf
Cummings, Brian.pdf
Cunningham, Clearance.pdf
Cunningham, Sylester.pdf
Curry, Byron.pdf
Curry, Evelyn.pdf
Dahl, Doyle.pdf
Dahmer, George.pdf
Dahmer, Grace.pdf
Dailey, Bria.pdf
Dalton, Garren Demoine.pdf
Dang, Lam Dang.pdf
Dang, Loan.pdf
Dang, Phong.pdf
Dang, Thuy.pdf
Darby, Cornell.pdf

Darby, Jamila.pdf
Darby, Kahya.pdf
Darby, Tahnee P..pdf
Dave, Diandrea J..pdf
Dave, Sandra B..pdf
Davenport, Dwayne.pdf
Davillier, Cassidy.pdf
Davillier, Pamela.pdf
Davillier, Ryan.pdf
Davis, David.pdf
Davis, Donald.pdf
Davis, Gail.pdf
Davis, LaTonya.pdf
Davis, Luther C..pdf
Davis, Mary E..pdf
Davis, Sandra V..pdf
Davis, Sirmarrion.pdf
Davison, Kadejiah Na'Dae.pdf
Davison, Khalil Marteze.pdf
Dawson, Makesha.pdf
Deadeaux, John.pdf
Dear, Jr., David M..pdf
Dear, Landon.pdf
Dear, Leigha.pdf
Dear, Trista.pdf
Dear, Yvonne L..pdf
Dedeaux, III, Eugene.pdf
Dedeaux, Reginald.pdf
Dedeaux, Richard.pdf
Delgado, Maria.pdf
Delmas, Hunter.pdf
Denning, Debra.pdf
Dernovsek, Kimberly.pdf
Dernovsek, Mark A..pdf
Dernovsek, Sunchong.pdf
Diaz, Sylvia Rita.pdf
Diaz, Theone.pdf
DiBendedetto, Brian.pdf
DiBenedetto, Margie.pdf
Diep, Christoper.pdf
Diep, Jackie.pdf
Diep, Tran.pdf
Diggs-Collins, Elizabeth.pdf
Dillon, Girlean.pdf
Dillon, James.pdf
Dillon, Santana.pdf
Dinkins, Sheilatha Y..pdf
Dixon, Gloria Jean.pdf
Dixon, Larry.pdf
Dixon, Ollie.pdf
Dixon, Patricia Ann (Estate of).pdf

Dixon, Sr. Kenneth E..pdf
Don'Monique Oliver by Keisha Marrero.pdf
Dotson, LaTasha.pdf
Dotson, LaTosha.pdf
Douglas, Mark J..pdf
Douglas, Nelsie Michelle.pdf
Dove, Joyce Marie (Ball).pdf
Downing, Sharon A..pdf
Doyle, Jaelyn.pdf
Draper, Dana.pdf
Draper, Mildred.pdf
Driver, Jessica L. (Jessie).pdf
Drumm, Deborah.pdf
Drumm, Sierra.pdf
Ducree, Aamanan.pdf
Ducree, Lyshanda.pdf
Dufrene, Sheila.pdf
Dupree, Cynthia H..pdf
Dupree, Davell.pdf
Dupuy, Lanell M..pdf
Durce, Anthony.pdf
Eanes, Pearline.pdf
Eaves, Cailey.pdf
Eaves, Clinton K..pdf
Eaves, Hailey.pdf
Edgerton, Darryl.pdf
Edgerton, Debbie.pdf
Edgerton, Justin.pdf
Edinburgh, John L..pdf
Egloff, Amolie.pdf
Egloff, Heidi.pdf
Ellis, Anthony.pdf
Ellis, Kathy M..pdf
Ellis, Natalie N..pdf
Ellis, Nathaniel.pdf
Epperly, Kristen M..pdf
Erving, Christopher.pdf
Erving, Jashawn.pdf
Erwin, Dallas.pdf
Erwin, James A..pdf
Erwin, Shirley.pdf
Eugene, Gail R..pdf
Eugene, Jr., Barry.pdf
Eugene, Krystal.pdf
Evans, Amar.pdf
Evans, Deven.pdf
Evans, Elijah.pdf
Evans, Jr., Chris.pdf
Evans, Lamar.pdf
Expose, Brenda O..pdf
Expose, Darell.pdf

Fagan, Jefferson Sr..pdf
Fagan, Rachel.pdf
Fairley, Doris.pdf
Fairley, Edward Jr..pdf
Fairley, Edward Sr..pdf
Fairley, Otis.pdf
Fairley, Shelman.pdf
Fairley, Stephanie.pdf
Farve, Aaron.pdf
Farve, Jacquline.pdf
Farve, Lakesha.pdf
Farve, Susan.pdf
Faulkner, James Jr..pdf
Faulkner, James Sr..pdf
Faulkner, Rita.pdf
Fava, Chad.pdf
Fava, Wyatt.pdf
Fazande, Shirley.pdf
Fells, Maris.pdf
Fernandez, Clade.pdf
Fernandez, Edwin Jr..pdf
Fernandez, Glenn John.pdf
Fernandez, Jean.pdf
Fernandez, Mary (Centola).pdf
Fernandez, Mary (Michael Watson).pdf
Fernandez, Nayonta.pdf
Fernandez, Rachel.pdf
Fields, Demetia.pdf
Fields, Janae.pdf
Fincher, Patricia.pdf
Flemming, Terrell.pdf
Flemming, Yvonne.pdf
Flot, Jenee.pdf
Flot, Karen L..pdf
Flot, Thomas.pdf
Floyde, Joseph.pdf
Fontenot, Justin.pdf
Fontenot, Raquel.pdf
Foreman, Adam.pdf
Foret, Kolby.pdf
Foret, Penny.pdf
Forrester, Jason.pdf
Forrester, Kaci.pdf
Forrester, Karli.pdf
Foster, Christa.pdf
Foster, Irma.pdf
Foster, Mario.pdf
Foster, Raymond.pdf
Fountain, Barthelia.pdf
Fountain, Donald.pdf
Fountain, Henry Jr.pdf

Fountain, Henry Sr..pdf
Fountain, Maya.pdf
Fountain, Moya.pdf
Fountain, Perry.pdf
Foxworth, Alerton.pdf
Foxworth, Billy.pdf
Frank, Ronaldo.pdf
Franklin, Kennetta.pdf
Franklin, Paula.pdf
Frazier, Dakarai.pdf
Frazier, Demetrius.pdf
Frazier, Jennifer (Bencomo).pdf
Frazier, Jennifer (Schmidt).pdf
Frazier, Jennifer (Watts).pdf
Frazier, Koryonna.pdf
Frazier, Makya.pdf
Frazier, Miyoshi.pdf
Frazier, Ny'Heem.pdf
Frazier, Ny'Keria.pdf
Frazier, Raishon.pdf
Frazier, Tyrik.pdf
Frazier, Zanan.pdf
Frazier, Zymond.pdf
Fricke, Sarah.pdf
Frierson, Jerry II.pdf
Frierson, Tracey.pdf
Fuller, Jeremy.pdf
Gable, Kenneth.pdf
Gable, Marlene.pdf
Gabriel, Richard.pdf
Gaddis, Brandon.pdf
Gaddis, Cornelia.pdf
Gaines, Laura.pdf
Galloway, Freddie.pdf
Galloway, Porscha.pdf
Gamblin, Linda.pdf
Gamblin, Robert.pdf
Gardner, Renay Marie.pdf
Garrison, Keonda.pdf
Garrison, Nadjah.pdf
Gates, William Jr..pdf
Gates, William.pdf
Gates. Shirley.pdf
Gaudin, Aliska.pdf
Gaudin, Dalton.pdf
Gaudin, Edith.pdf
George, Damecus.pdf
George, Jamell R..pdf
Gerac, Brendon.pdf
Gerac, Wendell.pdf
Gibbs, Rickey.pdf

Gibbs, Savannah.pdf
Gill, Eloise.pdf
Gill, Mario.pdf
Gillam, Charles.pdf
Gillam, Susan.pdf
Gilley, Kimberly.pdf
Gilley, Lisa.pdf
Gilley, Marvin.pdf
Godfrey, Alfred.pdf
Gonzalo, Caylina.pdf
Gonzalo, Cristion.pdf
Goodwin, Curry.pdf
Graffeo, Anthony.pdf
Graffeo, Betty.pdf
Graham, Louis Jr..pdf
Graham, Louis Sr..pdf
Graham, Steffani (minor).pdf
Graham, Steffani (parent).pdf
Grasty, Dewayne.pdf
Grasty, Jackie.pdf
Grasty, Marshall.pdf
Gray, Darren.pdf
Gray, Darryl.pdf
Grayam, Amy.pdf
Green, Alicia.pdf
Green, Belle.pdf
Green, Bettye.pdf
Green, Dwan.pdf
Green, Joanas.pdf
Green, Jovan.pdf
Green, Jovanda.pdf
Green, Julia.pdf
Green, Lawrence.pdf
Green, Linda.pdf
Green, Melissa.pdf
Green, Patrick.pdf
Green, Raquel.pdf
Green, Ronald.pdf
Green, Sarah.pdf
Green, Sharon.pdf
Green, Susan.pdf
Green-Hoskie, Angela.pdf
Greenlee, Ivan.pdf
Greenlee, Karisa.pdf
Greenlee, Michael.pdf
Greenlee, Theone (aka Cheone).pdf
Greer, Edward.pdf
Greer, Oscar.pdf
Griffin, Joseph.pdf
Griffin, Santina Maria.pdf
Griffin-Cosse, Dione.pdf

Gueronniere, Cynthia D..pdf
Guidry, Addie.pdf
Guidry, Brittany.pdf
Guillory, H. Michael.pdf
Guillroy, Vernice.pdf
Gumbs, Linda.pdf
Gwin, Willie A. Jr..pdf
Hall, Rhonda.pdf
Hall, Rufus.pdf
Hall, Sherry.pdf
Hamada, Dustin.pdf
Hamada, Lisa.pdf
Hamada, Megan.pdf
Hamilton, Darron.pdf
Hamilton, Jacobe.pdf
Hamilton, Kianna.pdf
Hamilton, Kishaun.pdf
Hamilton, Kiwan.pdf
Hamilton, Lisa.pdf
Hamilton, Odell.pdf
Hamilton, Randy.pdf
Hamilton, Sarah.pdf
Hamilton, Sharonda.pdf
Hammond, Malinda.pdf
Hammond, Mark.pdf
Hand, April.pdf
Hand, Chris.pdf
Hand, Daniel.pdf
Hand, Kristina.pdf
Hand, Rose.pdf
Hand, Shawn.pdf
Handy, Terrance.pdf
Hannah, Ambi.pdf
Hannah, LaDarrius.pdf
Hannah, Patricia.pdf
Hannah, Shequil.pdf
Harden, Frank.pdf
Harper, Alycia.pdf
Harper, Amber.pdf
Harper, Jasmine.pdf
Harper, Matthew.pdf
Harris, Chantell.pdf
Harris, Jason.pdf
Harris, Jennie.pdf
Harris, Martha.pdf
Harris, Ra'Shon.pdf
Harris, Rondell.pdf
Harris, Walter III.pdf
Harris, Walter IV.pdf
Harrison, Henry C..pdf
Harrison, Larry.pdf

Harry, Alicia.pdf
Harry, Amber.pdf
Harry, Gary.pdf
Hartford, Brushawn.pdf
Hartford, Ervin.pdf
Hartford, Gloria.pdf
Hartford, Lorraine.pdf
Hartley, Melisa.pdf
Hartman, Michael.pdf
Haskell, Jennifer.pdf
Hatcher, Ellalaine.pdf
Hatcher, Iesha.pdf
Hatcher, Keisha.pdf
Hatcher, Sarah.pdf
Hawkins, Derius.pdf
Hawkins, Jenard.pdf
Hawkins, Kayla.pdf
Hayes, Bert Jr..pdf
Hayes, Brandon.pdf
Hayes, Disha.pdf
Hayes, Joycelyn (Bruno).pdf
Hayes, Joycelyn (Buzbee).pdf
Hayes, Karen.pdf
Hayes, Samuel Jr..pdf
Hayes, Tiqua.pdf
Hayes, Tymira.pdf
Haynes, Alice.pdf
Heggins, Anthony Jr..pdf
Heggins, Anthony Sr..pdf
Heidelberg, Jermaine.pdf
Heidelberg, William Jr..pdf
Heim, Lori.pdf
Henry, Elizabeth.pdf
Henry, Joseph.pdf
Herrera, Darrell.pdf
Herrera, Kimberly.pdf
Herrera, Maria.pdf
Herrera, Susana.pdf
Herrington, Hannah.pdf
Herrington, Mark (Schmidt).pdf
Herrington, Mark (Watts Hilliard).pdf
Herrington, Paula (Schmidt).pdf
Herrington, Paula (Watts Hilliard).pdf
Hight, Debra.pdf
Hill, Alex.pdf
Hill, Donna.pdf
Hill, Jeremiah.pdf
Hill, Joan.pdf
Hill, Ronald (Jacobs).pdf
Hill, Ronald (Watts Hilliard).pdf
Hill, Truoy.pdf

Hills, Dedralyn.pdf
Hinton, Tracy.pdf
Holland, Rashawna.pdf
Holliman, Burnell.pdf
Holliman, Wanda.pdf
Holloway, Jamonica by Deanna Beans.pdf
Jackson, Ashley.pdf
Jackson, Jerry.pdf
Jackson, Laterrian.pdf
Jackson, Laura.pdf
Jackson, Shalonda.pdf
Jackson, Sharonda.pdf
Jackson, Victoria.pdf
Jackson, Vonniqua.pdf
Jacob, Ethan--Errata.pdf
Jacob, Ethan.pdf
James, Barbara.pdf
James, Bobby.pdf
James, Darrel.pdf
James, Ruthie.pdf
Jamie, Lillie.pdf
Jarrell, Floyd, Jr..pdf
Jarrell, Patricia.pdf
Jasmine Blue.pdf
Jenkins, Amanda.pdf
Jenkins, Cairon.pdf
Jenkins, Connie.pdf
Jenkins, Deshondria.pdf
Jenkins, Homer.pdf
Jenkins, Keldrick.pdf
Jenkins, Lauren.pdf
Jenkins, Rachel.pdf
Jenkins, Renee.pdf
Jenkins, Steven.pdf
Jepen, Roshod.pdf
Jiles, Clifford Sr..pdf
Joachim, Bradley.pdf
Joachim, Kayla.pdf
Joahcim, Barbara.pdf
Jobert, Edith.pdf
Jobert, Jamie.pdf
Jobert, Jared.pdf
Jobert, Louis, III.pdf
Jobert, Mason.pdf
Johns, Garland.pdf
Johnson, Daniel.pdf
Johnson, Deanna #1.pdf
Johnson, Deanna #2.pdf
Johnson, Devin.pdf
Johnson, Janessa.pdf
Johnson, Janice.pdf

Johnson, Jantrell.pdf
Johnson, Jarid #2.pdf
Johnson, Jarid.pdf
Johnson, Jessica.pdf
Johnson, Joshua.pdf
Johnson, Julius.pdf
Johnson, Keithon.pdf
Johnson, Kevin, Jr..pdf
Johnson, Lanell.pdf
Johnson, Lenora.pdf
Johnson, Mary #2.pdf
Johnson, Mary.pdf
Johnson, Melvin.pdf
Johnson, Natasha.pdf
Johnson, Norman.pdf
Johnson, Roger #1.pdf
Johnson, Roger.pdf
Johnson, Ronald.pdf
Johnson, Rontrell.pdf
Johnson, Savadra.pdf
Johnson, Tiffany.pdf
Johnson, Tinnie Mae.pdf
Johnson, Tinnie.pdf
Johnson, Tony.pdf
Jones, Dillon.pdf
Jones, Jeremy.pdf
Jones, Joe L..pdf
Jones, Kelly M..pdf
Jones, Kenneth.pdf
Jones, Mary.pdf
Jones, Samara.pdf
Jones, Shambrica.pdf
Jones, Thomas.pdf
Jones, Walter.pdf
Laird, John.pdf
MacKay, Connie.pdf
Mackay, David.pdf
Mackay, Laura.pdf
Mackey, Herman III.pdf
Magee, Burnis.pdf
Magee, Demario.pdf
Magee, Jerlon.pdf
Magee, Rodney, Jr.pdf
Magee, Rodney.pdf
Magee, Thelma.pdf
Major, Byron.pdf
Makay, Craig.pdf
Malone, Alicia.pdf
Mannion, Rachel.pdf
Mansfield, Joseph, Jr.pdf
Mansfield, Kimberly Smith.pdf

Manton, Brandy.pdf
Marshall, John, Jr.pdf
Marshall, Leana.pdf
Marshall, Orealia.pdf
Martin, Patricia D.pdf
Martinez, Julien.pdf
Martinez, Phyllis.pdf
Martinez, Roderick L, Jr.pdf
Martorony, Esteban R.pdf
Matherne, Mark, Sr.pdf
Matthews, Wendell - 2.pdf
Matthews, Wendell.pdf
Maurigi, Kayla.pdf
Maurigi, Kevin, Jr.pdf
Mayes, Frances - Duplicate 2.pdf
Mayes, Frances - Duplicate.pdf
Mayes, Frances.pdf
McCall, Hubert, IV.pdf
McCall, Michelle.pdf
McCarty, Kyle.pdf
McCarty, Madison.pdf
McCarty, Mason.pdf
McCord, Danvella.pdf
McCord, Jr., Robert.pdf
McDaniel, Cody E..pdf
McDonald, Sonia.pdf
McEwen, Shirley (2).pdf
McEwen, Shirley.pdf
McGee, Charlette.pdf
McGee, Dedriett.pdf
McGee, Gregory (2).pdf
McGee, Gregory.pdf
McGee, Trashawn.pdf
McGee, Tre'man.pdf
McGill, Bryce.pdf
McGill, Clayton.pdf
McGill, Demetria.pdf
McGill, Romona.pdf
McGill, Sr., Demond.pdf
McGill, Tevin.pdf
McInis, Jerremccus.pdf
McKey, Darnell by Charleen Condoll, mother.pdf
McMorris, Gregory.pdf
McQueen, Henry.pdf
McQueen, Mary.pdf
McQueen, Sandra.pdf
Meekins, Inger.pdf
Melton, Cynthia.pdf
Melton, Daniel R.pdf
Melton, Steven.pdf
Melton, Zackary.pdf

Merriell, Charles E.pdf
Messa, Noah.pdf
Michael, Zalvin.pdf
Michel. Emily.pdf
Michon, Amanda.pdf
Miller, Bridgit Coleen.pdf
Miller, Frank J.pdf
Miller, Imani.pdf
Miller, Lynda.pdf
Miller, Quintayla.pdf
Miller, Ryan.pdf
Miller, Taylor A.pdf
Milton, Ray.pdf
Mims, Dorothy.pdf
Mingo, Carla Denise.pdf
Mingo, Heather Faith.pdf
Mingo, Randy Bernard, Sr.pdf
Mingo, Randy, Jr.pdf
Mingo, Tremaine Renea.pdf
Mistich, Rosa.pdf
Mistretla, Austin.pdf
Mistretta, Joseph.pdf
Mistretta, Steven.pdf
Mitchell, Brandy.pdf
Mitchell, Cindy.pdf
Mitchell, Darlene.pdf
Mitchell, Karen.pdf
Mitchell, Timothy.pdf
Mixon, Julie.pdf
Mixon, Queen E.pdf
Monroe, Decuris.pdf
Moody, Jimmie H, III.pdf
Moody, Jr., Jimmy.pdf
Moody, LaRhonda.pdf
Moody, ShaRhonda.pdf
Moore, Alice.pdf
Moore, Chadwick.pdf
Moore, Dillon.pdf
Moore, Jonas.pdf
Moore, M. Alice.pdf
Moore, M. Daphne.pdf
Moore, Phillippe.pdf
Moore, Rose.pdf
Moore, Terri.pdf
Moore, Timonthy.pdf
Morace, Brenda.pdf
Morace, John.pdf
Morace, Lucas.pdf
Morah, Namyni.pdf
Moran, Sherri.pdf
Moran, Terrell, Jr.pdf

Morange, Floyd.pdf
Morden, Richard R.pdf
Morris, Vernon.pdf
Morvant, Lillian I.pdf
Mosby, Gaynell.pdf
Moye, Charles, III.pdf
Moye, Lorinda.pdf
Murphy, Gary.pdf
Murphy, Sheila.pdf
Murray, James.pdf
Murray, Robert.pdf
Murry, Annell.pdf
Murry, Bernard, Jr.pdf
Murry, Bernard, Sr.pdf
Myers, Iris A.pdf
Myers, Samantha.pdf
Necaise, Amanda.pdf
Necaise, Danna.pdf
Necaise, Garrett.pdf
Necaise, Gary.pdf
Necaise, Jimmy.pdf
Necaise, Katherine.pdf
Necaise, Kayla.pdf
Necaise, Lashea.pdf
Necaise, Nathaniel.pdf
Necaise, Norma K.pdf
Necaise, Selena.pdf
Nelson, Cherri L.pdf
Nelson, Tashshonda.pdf
Newbacker, Brandon.pdf
Newbacker, Joel C.pdf
Newbacker, Katheryn A.pdf
Newbacker, Mary C.pdf
Newbacker, Nathan.pdf
Nguyen, Aiden.pdf
Nguyen, Ann.pdf
Nguyen, Bich.pdf
Nguyen, Binh.pdf
Nguyen, Christy.pdf
Nguyen, Dai.pdf
Nguyen, Esther.pdf
Nguyen, Evan.pdf
Nguyen, Hai.pdf
Nguyen, Hang.pdf
Nguyen, Huyen.pdf
Nguyen, Kevin.pdf
Nguyen, Khai.pdf
Nguyen, Kimlin.pdf
Nguyen, Lap.pdf
Nguyen, Long.pdf
Nguyen, Lua.pdf

Nguyen, Mai.pdf
Nguyen, May.pdf
Nguyen, My.pdf
Nguyen, Nathaniel Dinh.pdf
Nguyen, Nhan.pdf
Nguyen, Nien.pdf
Nguyen, Nu.pdf
Nguyen, Ong.pdf
Nguyen, Phong.pdf
Nguyen, Phung.pdf
Nguyen, Phuong.pdf
Nguyen, Quoc.pdf
Nguyen, Tam.pdf
O'brien, Josephine.pdf
O'brien, Michael J.pdf
O'brien, Michael T.pdf
O'brien, Scott.pdf
O'Hern, Chelsea.pdf
O'hern, Rhonda.pdf
O'hern, Robert.pdf
Oatis, Carolyn.pdf
Odom, Deajah (Ezequiel Reyna).pdf
Odom, Deajah (Ronnie Penton).pdf
Odom, Derrion (Ezequiel Reyna).pdf
Odom, Derrion (Ronnie Penton).pdf
Oliver, Bianca (Errata).pdf
Oliver, Bianca.pdf
Oliver, Don'Monique.pdf
Oliver, Kelvin (Errata).pdf
Oliver, Kelvin.pdf
Oliver, Lillie (Errata).pdf
Oliver, Lillie.pdf
Oliver, Tonja (Errata).pdf
Oliver, Tonja.pdf
Oreily, Thomas.pdf
Ortiz, Fernando.pdf
Owens, Casey.pdf
Owens, Charlotte.pdf
Owens, Cody.pdf
Owens, Dakota.pdf
Owens, Gwendolyn.pdf
Owens, Haiden.pdf
Owens, Hailey.pdf
Owens, Hannah.pdf
Owens, Kenneth.pdf
Owens, Ronnie.pdf
Palmer, Clevana.pdf
Parker, Charles.pdf
Parker, Darlene.pdf
Parker, Jasmine.pdf
Parker, Raymond.pdf

Parker-Lockhart, Dawn.pdf
Perry, Miscarried Twins.pdf
Pruett, Ashley obo Caleb Territo.pdf
Pruett, Ashley.pdf
Radich, Delores (errata).pdf
Radich, Delores.pdf
Radich, John.pdf
Radich, Marc (errata).pdf
Radich, Marc.pdf
Rainey, Carl Jr..pdf
Rainey, Carl Sr..pdf
Rainey, Isaiah Myles.pdf
Rainey, Larissa.pdf
Ramos, Phillip.pdf
Ramos, Rita.pdf
Randall, Richard.pdf
Randall, Robert.pdf
Randall, Rosalind.pdf
Randall, Terecita.pdf
Rasmussen, William J..pdf
Rathcliff, Lavonne.pdf
Rayford, Marcus (errata).pdf
Rayford, Marcus.pdf
Raymond, Edrington.pdf
Raymond, Najyri.pdf
Raymond, Nicole (errata sheet).pdf
Raymond, Nicole.pdf
Raymond, Shyana.pdf
Reed, Herdie.pdf
Reed, Rita.pdf
Reese, Howard.pdf
Reeves, Alex.pdf
Reeves, Christopher.pdf
Register, Richard.pdf
Relayson, Jacquelyn.pdf
Relayson, Jeanne.pdf
Sabala, Lorraine (deceased).pdf
Salavant, III, Eddie.pdf
Sams, Brittany.pdf
Sander, Leo.pdf
Sander, Qiana.pdf
Sandifier, Johann.pdf
Santa-Marina, Mary M..pdf
SantaCruz, Cornell J..pdf
SantaCruz, Cornell J.pdf
SantaCruz, Tasiya J.pdf
Sarver, Alyxzandria.pdf
Sarver, Qamrhan.pdf
Saucier, Ann M..pdf
Saucier, Arther.pdf
Saucier, Lynn.pdf

Saul, Ernestine M..pdf
Saul, III, Joseph.pdf
Scarbrough, Levi.pdf
Scarbrough, Malva Leighann.pdf
Schivers, Bryant.pdf
Schoenecker, Brittney.pdf
Schoenecker, Christian.pdf
Schoenecker, Cleyton.pdf
Schoenecker, Heather.pdf
Schule, Stephen.pdf
Schultz, Justin.pdf
Scott, Casey.pdf
Scott, Dell (deceased).pdf
Scott, Ronnell L..pdf
Scott, Sheryl G..pdf
Scott, Sr., Dennis.pdf
Sellers, Brianna.pdf
Selmon, Shirley Ann.pdf
Serpas, James J..pdf
Serpas, Jamie.pdf
Serpas, Sarah E..pdf
Serpas, Sharon.pdf
Stewart, Jaxon.pdf
Tallent, Amanda.pdf
Tallent, Troy M..pdf
Tart, Annissa.pdf
Tart, Darmekia.pdf
Tassin, Eileen.pdf
Tatum, Patricia Marie (Carter).pdf
Tatum, Sr., Robert Glynn.pdf
Taylor, Bernadette.pdf
Taylor, Debra.pdf
Taylor, Robert T..pdf
Taylor, Romalice.pdf
Taylor, Sandra.pdf
Taylor, Sr., Ronald.pdf
Taylor, Taylor.pdf
Taylor, Ursula.pdf
Taylor, Xavier.pdf
Taylor, Xhalden.pdf
Thi, Tina.pdf
Thibodeaux, Jacinda.pdf
Thibodeaux, Lajasca.pdf
Thibodeaux, Lewana.pdf
Thibodeaux, Raymond.pdf
Thigpen, Calvin.pdf
Thigpen, Rhonda (deceased).pdf
Thomas, Alvin.pdf
Thomas, Bruce.pdf
Thomas, Clarence.pdf
Thomas, Dominique.pdf

Thomas, Ebony.pdf
Thomas, II, Eric.pdf
Thomas, Jervis W..pdf
Thomas, Shelita B. (deceased).pdf
Thomas, Sr., Ronnie L..pdf
Thomas, Stacy L..pdf
Thomas, Veronica.pdf
Thomas, Victoria M..pdf
Thomas, Winter.pdf
Thompson, Allan.pdf
Thompson, Darrius.pdf
Thompson, Destiny.pdf
Thompson, DeVante.pdf
Thompson, Jesse L..pdf
Thompson, Jr., Alex.pdf
Thompson, Stephanie.pdf
Thompson, Tina.pdf
Thompson, Vernelious.pdf
Thompson, Viola.pdf
Thorn, Jessica.pdf
Tillman, Sandy L. (Griffin).pdf
Tillman, Sr., Bernard.pdf
Tims, Douglas.pdf
Tims, Gerald J..pdf
Tims, Pamela Olivia.pdf
Todd, Justin E..pdf
Toncrey, Gwendolyn.pdf
Toncrey, Noll.pdf
Tran, Candie.pdf
Tran, Chin.pdf
Tran, Christina.pdf
Tran, Dinh.pdf
Tran, Hien.pdf
Tran, My.pdf
Tran, Nghieu.pdf
Tran, Nikki.pdf
Tran, Thieu T..pdf
Tran, Tien.pdf
Tran, Tuan Nick.pdf
Tran, Xuan.pdf
Travis, Joshua.pdf
Travis, Salisa.pdf
Trepagnier, Denise A..pdf
Trepagnier, III, Sidney M..pdf
Trepagnier, Leona.pdf
Troung, Phung.pdf
Turner, III, Luke C..pdf
Ubas, Demi.pdf
Ubas, Haven.pdf
Ubas, III, Frederick.pdf
Ubas, Natonya.pdf

Valasquez, Medardo.pdf
Van-Patten, Abigail.pdf
Vaughan, Jr., Hal G..pdf
Vaughan, Kimberly P..pdf
Vaughan, Pierce T..pdf
Vincent, Alexander.pdf
Vincent, Dexter.pdf
Vo, De.pdf
Vo, Leslie.pdf
Voss, Jr., Harold M..pdf
Voss, Sylvia.pdf
Vu, Hue.pdf
Weatherford, Avery.pdf
Weatherford, Diane.pdf
Welch, Derron.pdf
Welch, Kaleb.pdf
Welch, Leon.pdf
Welch, Leslie.pdf
Wells, Janiya.pdf
Wells, Lashawn.pdf
Wells, Markiya.pdf
Wells, Rogdrick.pdf
Wells, Trellis.pdf
Wells, Yanna.pdf
Westbrooks, Deon.pdf
Westbrooks, Paulette.pdf
Westbrooks, Steven.pdf
Weston, Alayviah.pdf
Weston, Bradley.pdf
Weston, Paris.pdf
White, Amanda.pdf
White, Anthony.pdf
White, Curtis.pdf
White, Frank.pdf
White, HP.pdf
White, James(1).pdf
White, James(2).pdf
White, Johanna.pdf
White, Keishona.pdf
White, Mijana.pdf
White, Miriam.pdf
White, Ronald.pdf
White, SomeDemetrail.pdf
White, Terry.pdf
White-Scott, Theresa.pdf
Wiggins, Darrell.pdf
Wiley, Brendan Errata.pdf
Wiley, Brendan.pdf
Wilkerson, Krisjan.pdf
William, Lucinda.pdf
Williams III, James.pdf

Williams Jr., Burnell.pdf
Williams Sr., Bruce.pdf
Williams, Ahnya.pdf
Williams, Angus.pdf
Williams, Arana.pdf
Williams, Barbara.pdf
Williams, Carl.pdf
Williams, Cassie.pdf
Williams, Charles.pdf
Williams, Eljim Errata.pdf
Williams, Eljim.pdf
Williams, Essie Mae Errata.pdf
Williams, Essie Mae.pdf
Williams, Glenn.pdf
Williams, Glynn.pdf
Williams, Huelondria.pdf
Williams, Jamie.pdf
Williams, John.pdf
Williams, Joseph.pdf
Williams, Jr., Bruce.pdf
Williams, Jr., James.pdf
Williams, Keith.pdf
Williams, Keturah.pdf
Williams, Kim.pdf
Williams, Kymee.pdf
Williams, Leland.pdf
Williams, Lorraine.pdf
Williams, Madeline.pdf
Williams, Marquis.pdf
Williams, Martha.pdf
Williams, Paul.pdf
Williams, Pauline.pdf
Williams, Robin.pdf
Williams, Sahaheen.pdf
Williams, Samuel.pdf
Williams, Sr., Burnell.pdf
Williams, Stella.pdf
Williams, Sylvia.pdf
Williams, Tavis.pdf
Williams, Terrance.pdf
Williams, Trenton.pdf
Williams, Zabryn L. by Coretta Brown.pdf
Willis, Fabron.pdf
Willis, John.pdf
Willis, Justin.pdf
Willis, Nathan.pdf
Wilson, Thomas.pdf
Woodridge, Edgar.pdf
Wooten, Jacob.pdf
Wray, Anita.pdf
Wright, Brenda.pdf

Wright, David.pdf
Wright, Nina.pdf
Wynn, Dwayna.pdf
Wynn, Troyial.pdf
Wynn, Tyler.pdf
YarlesIII, Tommie.pdf
YarlesJr, Tommie.pdf
Yates, Nettie.pdf
Young, Ashley.pdf
Young, Brenda.pdf
Young, Peggy.pdf
Zanders, John.pdf
Zappe, James.pdf