## Johnson, Ryan

| | |
|---|---|
| **From:** | Johnson, Ryan |
| **Sent:** | Tuesday, November 22, 2011 11:06 AM |
| **To:** | 'Stephanie Alexie' |
| **Cc:** | Hanegan, Amy |
| **Subject:** | RE: Formaldehyde--Deficiencies (Keystone) |

Ok, thanks for your response.   Given that information, I will represent that your firm doesn't oppose the motions to dismiss.  Please let me know if that presents a problem.

---

**From:** Stephanie Alexie [mailto:stephaniea@brunobrunolaw.com]
**Sent:** Tuesday, November 22, 2011 11:01 AM
**To:** Johnson, Ryan
**Subject:** RE: Formaldehyde--Deficiencies (Keystone)

Hi Mr. Johnson:

Unfortunately, we have been unsuccessful in contacting our clients to remedy the deficiencies on their PFS.

Very truly yours,


Stephanie Alexie
Executive Assistant to Joseph M. Bruno
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-1335
Direct Line: (504) 304-2640
Facsimile:   (504) 561-6775
stephaniea@brunobrunolaw.com

---

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Monday, November 21, 2011 11:25 AM
**To:** Stephanie Alexie
**Cc:** Joe Bruno; Chris M. Hatcher
**Subject:** RE: Formaldehyde--Deficiencies (Keystone)

Stephanie:

I'm writing to follow up on the status of our inquiry about the uncured deficiencies for your clients of your firm.

As you know, we sent your firm an email on Tuesday, Nov 15, 2011.   You and I then spoke on November 16 and you said that you'd have to get someone to try to contact your clients to get deficiency responses. I'm assuming that you haven't been able to do that. Please advise asap.

1

**EXHIBIT 2**

Ryan

---

ohnson, Ryan
ednesday, November 16, 2011 11:41 AM
phaniea@brunobrunolaw.com'
    Formaldehyde--Deficiencies (Keystone)

<< File: Keystone Deficiency Letter (6-30-11) (B0737150).PDF >>

Following up on our conversation and my email to your firm this morning at 10:13 a.m., attached is the deficiency letter that went with these names.


**Ryan E. Johnson | Jones Walker**
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70808
Direct Dial: 225-248-2080
rjohnson@joneswalker.com
http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

*****************************************************************
**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**
*****************************************************************

2