**Johnson, Ryan**

| | |
|---|---|
| **From:** | Stephanie Alexie <stephaniea@brunobrunolaw.com> |
| **Sent:** | Friday, January 20, 2012 4:27 PM |
| **To:** | Johnson, Ryan |
| **Subject:** | RE: Formaldehyde--Deficiencies (Keystone) |

We have no objection.

Very truly yours,

**Stephanie Alexie**
Executive Assistant to Joseph M. Bruno
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Direct Line: (504) 304-2640
Facsimile: (504) 561-6775
stephaniea@brunobrunolaw.com

---

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Friday, January 20, 2012 2:33 PM
**To:** Stephanie Alexie
**Cc:** Joe Bruno; Hanegan, Amy
**Subject:** RE: Formaldehyde--Deficiencies (Keystone)

Stephanie:

In an abundance of caution, I'm emailing once again to follow up. Mr. Bruno has not voiced any objections or opposition to our dismissal of these plaintiffs, and therefore we intend to move forward with the dismissal this afternoon. If you have an objection or opposition, please let us know asap.

Ryan

**Ryan E. Johnson | Jones Walker**
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70809
Direct Dial: 225-248-2080
rjohnson@joneswalker.com
http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

****************************************************************
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

EXHIBIT 3

*****************************************************************

**From:** Johnson, Ryan
**Sent:** Wednesday, January 18, 2012 2:21 PM
**To:** 'Stephanie Alexie'
**Cc:** jbruno@brunobrunolaw.com; Hanegan, Amy
**Subject:** RE: Formaldehyde--Deficiencies (Keystone)

Stephanie:

I'm writing to follow up on the email exchange below. Given your response on November 22, 2011, we intend to move to dismiss these plaintiffs' claims. I'm assuming that your firm will not oppose these dismissals. If that is not correct, and, in fact, your firm will oppose the dismissals, please advise by the close of business on January 19, 2012: (a) which of the dismissals you will oppose and (b) the basis for the opposition.

Thank you.

Ryan

**Ryan E. Johnson | Jones Walker**
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70809
Direct Dial: 225-248-2080
rjohnson@joneswalker.com
http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

*****************************************************************
**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**
*****************************************************************

**From:** Stephanie Alexie [mailto:stephaniea@brunobrunolaw.com]
**Sent:** Tuesday, November 22, 2011 11:01 AM
**To:** Johnson, Ryan
**Subject:** RE: Formaldehyde--Deficiencies (Keystone)

Hi Mr. Johnson:

Unfortunately, we have been unsuccessful in contacting our clients to remedy the deficiencies on their PFS.

Very truly yours,

**Stephanie Alexie**
Executive Assistant to Joseph M. Bruno
BRUNO & BRUNO, LLP

855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Direct Line: (504) 304-2640
Facsimile: (504) 561-6775
stephaniea@brunobrunolaw.com

---

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Monday, November 21, 2011 11:25 AM
**To:** Stephanie Alexie
**Cc:** Joe Bruno; Chris M. Hatcher
**Subject:** RE: Formaldehyde--Deficiencies (Keystone)

Stephanie:

I'm writing to follow up on the status of our inquiry about the uncured deficiencies for your clients of your firm.

As you know, we sent your firm an email on Tuesday, Nov 15, 2011. You and I then spoke on November 16 and you said that you'd have to get someone to try to contact your clients to get deficiency responses. I'm assuming that you haven't been able to do that. Please advise asap.

Ryan

---

on, Ryan
sday, November 16, 2011 11:41 AM
iea@brunobrunolaw.com'
Formaldehyde--Deficiencies (Keystone)

<< File: Keystone Deficiency Letter (6-30-11) (B0737150).PDF >>

Following up on our conversation and my email to your firm this morning at 10:13 a.m., attached is the deficiency letter that went with these names.


**Ryan E. Johnson | Jones Walker**
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70808
Direct Dial: 225-248-2080
rjohnson@joneswalker.com
http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

*****************************************************************
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.
*****************************************************************