# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH PTO 10

  I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

  I further certify that pursuant to PTO No. 10, I contacted counsel for the plaintiffs, as indicated in the attached exhibits, and he indicated that he had not been able to contact his clients, and thus, they were not able to cure the deficient fact sheets.  Furthermore, I certify that plaintiffs' counsel have no objection or opposition to the proposed dismissals.

  Baton Rouge, Louisiana, this 20th day of January, 2012.

        *s/Ryan E. Johnson*
       _____

        Ryan E. Johnson