UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION | MDL NO. 1873 |
| This document relates to: | JUDGE ENGELHARDT |
| *Suit No. 09-8696* | MAG. JUDGE CHASEZ |

ORDER

Considering the Unopposed Motion to Dismiss Claims for Failure to Comply with PTO Nos. 2 and 32 filed by Defendant Keystone RV Company,

IT IS HEREBY ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the claims of the following plaintiffs are dismissed, with prejudice:

(1) Gloria P. Byrd

(2) Henry J. Byrd

(3) Marie L. Chauvin

(4) Sandra V. Davis

(5) Luther C. Davis

(6) Rita L. Faulkner

(7) James Faulkner, Jr.

(8) James Faulkner, Sr.

{B0773722.1}

(9)     Jemell R. George;

(10)    Linda L. Gumbs;

(11)    Rondell Harris;

(12)    Chantell A. Harris;

(13)    Joycelyn Hayes;

(14)    Lori A. Heim;

(15)    Roderick L. Martinez;

(16)    Ronnie Owens; and

(17)    James T. White.

New Orleans, Louisiana, this _____ day of January, 2012.

_____
United States District Judge

{B0773722.1}