UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL NO. 1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

This document relates to:           JUDGE ENGELHARDT

*Suit No. 09-8696*           MAG. JUDGE CHASEZ

ORDER OF DISMISSAL

Considering the *Unopposed* Motion to Dismiss for Failure to Comply with PTO No. 2 and 32 filed by Keystone RV Company (Rec. Doc. No. 24227), including the pleadings, exhibits, arguments of counsel and applicable law,

**IT IS ORDERED** that Keystone RV Company's motion is granted.

**IT IS FURTHER ORDERED** that the claims of the following plaintiffs, asserted against Keystone RV Company, are hereby dismissed, with prejudice:

(1)     Gloria P. Byrd;

(2)     Henry J. Byrd;

(3)     Marie L. Chauvin;

(4)     Sandra V. Davis;

(5)     Luther C. Davis;

(6)     Rita L. Faulkner;

(7)  James Faulkner, Jr.;

(8)  James Faulkner, Sr.;

(9)  Jemell R. George;

(10) Linda L. Gumbs;

(11) Rondell Harris;

(12) Chantell A. Harris;

(13) Joycelyn Hayes;

(14) Lori A. Heim;

(15) Roderick L. Martinez;

(16) Ronnie Owens; and

(17) James T. White.

New Orleans, Louisiana, this _____ day of January, 2012.

_____
United States District Court Judge