UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bellazar, et al. v. Gulf Stream Coach, et al.,* | * | MAG: CHASEZ |
| *LLC, et al.,* Civil Action No. 09-4108 | * | |
| **Plaintiffs:  Jane Coleman and Kentrell Butler** | * | |

*******************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS

Plaintiffs in the above-entitled action, Jane Coleman and Kentrell Butler, seek to be added to a matched claim against Forest River, Inc. *See* Rec. Doc. 24016 (seeking leave to amend *Doris Tolliver, et al., v. Forest River, Inc., et al.*, Civil Action No. 09-8635, to add these plaintiffs into that suit). Plaintiffs aver that they have learned Forest River, Inc., and not Gulf Stream Coach, Inc., manufactured the travel trailer in which they resided following Hurricane Katrina. Accordingly, these three plaintiffs should be dismissed, with prejudice, from the instant matter against Gulf Stream.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        andreww@duplass.com
        jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2012, a copy of the foregoing Memorandum in Support of Motion to Dismiss Certain Plaintiffs was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00294030-1