UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3681 | * | |
| Plaintiff: Regina Evelyn Amato | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8217 | * | |
| Plaintiffs: Shauna Abner, Lulie Ainsworth, | * | |
| Maurice Ainsworth, Denise Anderson, | * | |
| Georgia Armstrong | * | |
| | * | |
| *Miller, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8474 | * | |
| Plaintiff: Curtis Anderson | * | |
| | * | |
| *Broussard, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2510 | * | |
| Plaintiffs: Roy Abron, Joseph Arceneaux | * | |
| | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8277 | * | |
| Plaintiffs: Ladrina Anderson, Vickie Anderson | * | |
| | * | |
| *Cade, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2494 | * | |
| Plaintiffs: Jourdan Acker, Mary Acker | * | |
| | * | |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8092 | * | |
| Plaintiff: Shelia Andres | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiffs: Donna Ackins, Michael Ackins, | * | |
| Donna Alexander | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |

Docket No. 10-2335                                          *
Plaintiff:  Leonard Alexander                               *
                                                            *
*Butler, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 09-8471                                          *
Plaintiffs:  Donna Ackins, Michael Ackins                   *
                                                            *
*Richard, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-3895                                          *
Plaintiff:  Brenda Antoine                                  *
                                                            *
*Ferguson, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 09-8134                                          *
Plaintiffs:  Johnny Adams, Tamara Adams, Victor             *
Adams                                                       *
                                                            *
*Abadie, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 09-8000                                          *
Plaintiff:  Wardell Ard                                     *
                                                            *
*Addison, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-8698                                          *
Plaintiff: Judy Addison                                     *
                                                            *
*Morgan, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 09-8473                                          *
Plaintiff: Louis Armour                                     *
                                                            *
*Rayfield, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 09-8468                                          *
Plaintiff:  Philip Arnold                                   *
                                                            *
*Akridge, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-8250                                          *
Plaintiffs:  Johnny Aguilar, Lee Aguilar, Deborah           *
A. Akridge, Lucy Alexander, Ladrina Anderson,               *
Ladrina Anderson o/b/o V.A., Vickie Anderson,               *
Collum Letrell Andrews, II                                  *
Leray Armstrong, Leray Armstrong o/b/o K.A.                 *
and A.A., Ollis Armstrong                                   *
                                                            *
*Lett, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 09-8135                                          *
Plaintiff:  Deborah Akridge                                 *
                                                            *
*Alberti, et al v. Gulf Stream Coach, Inc., et al*          *

Docket No. 09-4794                                       *
Plaintiffs:  Ernest Alberti, Milda Alberti, Andrell    *
Allen                                                    *
                                                        *
*Tate, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-4604                                       *
Plaintiffs:  Isaiah Alcorn, Jerome Alphonse             *
                                                        *
*Bennett, et al v. Gulf Stream Coach, Inc., et al*       *
Docket No. 09-8019                                       *
Plaintiffs:  Brandon Alexander, Keltashia Ambabam,*
Malik Ambabam, Charles E. Andres, Kentrell             *
Andres, Sheron Andres                                   *
                                                        *
*Allen, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 09-8203                                       *
Plaintiffs:  Chaka Allen, Louie Allen, Denise          *
Nicole Anderson, Christopher Armstrong,                *
Christopher Armstrong o/b/o A.A.                        *
                                                        *
*Alkurd, et al v. Gulf Stream Coach, Inc., et al*        *
Docket No. 10-3553                                       *
Plaintiff:  Kimberly Clark Alphonso                     *
                                                        *
*Ammentorp, et al v. Gulf Stream Coach, Inc., et al*     *
Docket No. 10-4120                                       *
Plaintiffs:  Kevin Ammentrop, individually and         *
o/b/o ECA and IRA, Madeleine Ammentrop o/b/o           *
ECA and IRA                                              *
*****************************************************************************

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have

failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so.

The plaintiffs include:

- Regina Evelyn Amatao, who filed suit in case(s) *Bader, et al v. Gulf Stream Coach,*

  *Inc., et al*, Docket No. 10-3681

- Shauna Abner, Lulie Ainsworth, Maurice Ainsworth, Denise Anderson, Georgia Amstrong, who filed suit in case(s) *Thomas, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8217

- Curtis Anderson, who filed suit in case(s) *Miller, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8474

- Roy Abron and Joseph Arceneaux, who filed suit in case(s) *Broussard, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-2510

- Ladrina Anderson and Vickie Anderson, who filed suit in case(s) *Cunningham, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8277

- Jourdan Acker and Mary Acker, who filed suit in case(s) *Cade, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-2494

- Shelia Andres, who filed suit in case(s) *Quinn, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8092

- Donna Ackins, Michael Ackins and Donna Alexander, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8467

- Leonard Alexander, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-2335

- Donna Ackins and Michael Ackins, who filed suit in case(s) *Butler, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8471

- Brenda Antoine, who filed suit in case(s) *Richard, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-3895

- Johnny Adams, Tamara Adams and Victor Adams, who filed suit in case(s)

*Ferguson, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8134

- Wardell Ard, who filed suit in case(s) *Abadie, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8000

- Judy Addison, who filed suit in case(s) *Addison, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8698

- Louis Armour, who filed suit in case(s) *Morgan, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8473

- Philip Arnold, who filed suit in case(s) *Rayfield, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8468

- Johnny Aguilar, Lee Aguilar, Deborah A. Akridge, Lucy Alexander, Ladrina Anderson, individually and o/b/o V.A., Vickie Anderson, Collum Letrell Andrews, II, Leray Armstrong, individually and o/b/o K.A. and A.A., Ollie Armstrong, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8250

- Deborah Akridge, who filed suit in case(s) *Lett, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8135

- Ernest Alberti, Milda Alberti and Andrell Allen, who filed suit in case(s) *Alberti, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-4794

- Isaiah Alcorn and Jerome Alphonse, who filed suit in case(s) *Tate, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-4604

- Brandon Alexander, Keltashia Ambabam, Malik Ambabam, Charles E. Andres, Kentrell Andres and Sheron Andres, who filed suit in case(s) *Bennett, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8019

- Chaka Allen, Louie Allen, Denise Nicole Anderson, Christopher Armstrong, individually and o/b/o A.A., who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8203

- Kimberly Clark Alphonso, who filed suit in case(s) *Alkurd, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-3553

- Kevin Ammentorp, individually and o/b/o ECA and IRA, Madeleine Ammentorp o/b/o ECA and IRA, who filed suit in case(s) *Ammentorp, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-4120

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 23rd day of January, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**