UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3681 | * | |
| Plaintiff: Regina Evelyn Amato | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8217 | * | |
| Plaintiffs: Shauna Abner, Lulie Ainsworth, | * | |
| Maurice Ainsworth, Denise Anderson, | * | |
| Georgia Armstrong | * | |
| | * | |
| *Miller, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8474 | * | |
| Plaintiff: Curtis Anderson | * | |
| | * | |
| *Broussard, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2510 | * | |
| Plaintiffs: Roy Abron, Joseph Arceneaux | * | |
| | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8277 | * | |
| Plaintiffs: Ladrina Anderson, Vickie Anderson | * | |
| | * | |
| *Cade, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2494 | * | |
| Plaintiffs: Jourdan Acker, Mary Acker | * | |
| | * | |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8092 | * | |
| Plaintiff: Shelia Andres | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiffs: Donna Ackins, Michael Ackins, | * | |
| Donna Alexander | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2335 | * | |
| Plaintiff: Leonard Alexander | * | |
| | * | |

00294037-1

| | |
|---|---|
| *Butler, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8471 <br> Plaintiffs:  Donna Ackins, Michael Ackins | * <br> * <br> * <br> * |
| *Richard, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-3895 <br> Plaintiff:  Brenda Antoine | * <br> * <br> * <br> * |
| *Ferguson, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8134 <br> Plaintiffs:  Johnny Adams, Tamara Adams, Victor Adams | * <br> * <br> * <br> * <br> * |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8000 <br> Plaintiff:  Wardell Ard | * <br> * <br> * <br> * |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8698 <br> Plaintiff: Judy Addison | * <br> * <br> * <br> * |
| *Morgan, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8473 <br> Plaintiff:  Louis Armour | * <br> * <br> * <br> * |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8468 <br> Plaintiff:  Philip Arnold | * <br> * <br> * <br> * |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8250 <br> Plaintiffs:  Johnny Aguilar, Lee Aguilar, Deborah A. Akridge, Lucy Alexander, Ladrina Anderson, Ladrina Anderson o/b/o V.A., Vickie Anderson, Collum Letrell Andrews, II <br> Leray Armstrong, Leray Armstrong o/b/o K.A. and A.A., Ollis Armstrong | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| *Lett, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8135 <br> Plaintiff:  Deborah Akridge | * <br> * <br> * <br> * |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-4794 | * <br> * |

| | |
|---|---|
| Plaintiffs: Ernest Alberti, Milda Alberti, Andrell Allen | * * * |
| *Tate, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-4604 <br> Plaintiffs: Isaiah Alcorn, Jerome Alphonse | * * * * |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8019 <br> Plaintiffs: Brandon Alexander, Keltashia Ambabam, Malik Ambabam, Charles E. Andres, Kentrell Andres, Sheron Andres | * * * * * * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8203 <br> Plaintiffs: Chaka Allen, Louie Allen, Denise Nicole Anderson, Christopher Armstrong, Christopher Armstrong o/b/o A.A. | * * * * * * |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 10-3553 <br> Plaintiff: Kimberly Clark Alphonso | * * * * |
| *Ammentorp, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 10-4120 <br> Plaintiffs: Kevin Ammentrop, individually and o/b/o ECA and IRA, Madeleine Ammentrop o/b/o ECA and IRA | * * * * * |

*******************************************************************************

## **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS**

**MAY IT PLEASE THE COURT:**

Gulf Stream Coach, Inc. ("Gulf Stream"), submits this Memorandum in Support of its Motion to Dismiss certain plaintiffs for failure to complete Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

- Regina Evelyn Amatao, who filed suit in case(s) *Bader, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-3681

- Shauna Abner, Lulie Ainsworth, Maurice Ainsworth, Denise Anderson, Georgia Amstrong, who filed suit in case(s) *Thomas, et al v. Gulf Stream Coach, Inc., et*

*al*, Docket No. 09-8217

- Curtis Anderson, who filed suit in case(s) *Miller, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8474

- Roy Abron and Joseph Arceneaux, who filed suit in case(s) *Broussard, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-2510

- Ladrina Anderson and Vickie Anderson, who filed suit in case(s) *Cunningham, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8277

- Jourdan Acker and Mary Acker, who filed suit in case(s) *Cade, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-2494

- Shelia Andres, who filed suit in case(s) *Quinn, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8092

- Donna Ackins, Michael Ackins and Donna Alexander, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8467

- Leonard Alexander, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-2335

- Donna Ackins and Michael Ackins, who filed suit in case(s) *Butler, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8471

- Brenda Antoine, who filed suit in case(s) *Richard, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-3895

- Johnny Adams, Tamara Adams and Victor Adams, who filed suit in case(s) *Ferguson, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8134

- Wardell Ard, who filed suit in case(s) *Abadie, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8000

- Judy Addison, who filed suit in case(s) *Addison, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8698

- Louis Armour, who filed suit in case(s) *Morgan, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8473

- Philip Arnold, who filed suit in case(s) *Rayfield, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8468

- Johnny Aguilar, Lee Aguilar, Deborah A. Akridge, Lucy Alexander, Ladrina Anderson, individually and o/b/o V.A., Vickie Anderson, Collum Letrell Andrews, II, Leray Armstrong, individually and o/b/o K.A. and A.A., Ollie Armstrong, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8250

- Deborah Akridge, who filed suit in case(s) *Lett, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8135

- Ernest Alberti, Milda Alberti and Andrell Allen, who filed suit in case(s) *Alberti, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-4794

- Isaiah Alcorn and Jerome Alphonse, who filed suit in case(s) *Tate, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-4604

- Brandon Alexander, Keltashia Ambabam, Malik Ambabam, Charles E. Andres, Kentrell Andres and Sheron Andres, who filed suit in case(s) *Bennett, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8019

- Chaka Allen, Louie Allen, Denise Nicole Anderson, Christopher Armstrong, individually and o/b/o A.A., who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-8203

- Kimberly Clark Alphonso, who filed suit in case(s) *Alkurd, et al v. Gulf Stream*

*Coach, Inc., et al*, Docket No. 10-3553

- Kevin Ammentorp, individually and o/b/o ECA and IRA, Madeleine Ammentorp o/b/o ECA and IRA, who filed suit in case(s) *Ammentorp, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 10-4120

I.   **CREATION OF MDL AND FACT SHEET PROCESS**

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. On January 30, 2008, the Court issued Pre-Trial Order No. 2, describing procedures for various case management issues. This Pre-Trial Order introduced the "Plaintiff Fact Sheet" (PFS), which would serve as the substitute for the initial rounds of Interrogatories and Requests for Production of Documents in a standardized and simple form. Rec. Doc. No. 87. The Order also established a process for "curing" these fact sheets when a particular plaintiff failed to provide one or more responses in his or her fact Sheet. In describing the curing process, the Order stated that when any plaintiff failed to materially comply with the obligation to submit a completed PFS within the timelines established, counsel for the defendants was to send the plaintiff's counsel a letter explaining the material deficiency in the PFS. *Id*. at p. 8—9. The letter would specifically list each alleged material deficiency, and state that the defendants would seek dismissal if the plaintiff failed to cure the deficiencies in his or her PFS within 30 days. *Id*.

Subsequently, on March 18, 2009, the Court amended Pre-Trial Order No. 2 with Pre-Trial Order No. 32 as to the issue of these fact sheets. Rec. Doc. No. 1180. Due to the large number of cases being filed in the summer of 2009, Pre-Trial Order No. 32 provided new deadlines for the provision of the sheets. Order 32 also retained the same curing procedure as was set forth in Order 2, including the 30-day deadline. *Id*. at p. 5.

Following the issuance of Order 32, the Court then issued Pre-Trial Order 86. Rec. Doc.

20,770. The Order, which applied to all PFS submitted before Jan. 1, 2011, required a third-party vendor to create a spreadsheet that listed pertinent information from each fact sheet. *Id.* at p. 6—8. Pre-Trial Order 88 subsequently ordered that the spreadsheet must include 23 distinct pieces of information that the defendants could evaluate. Rec. Doc. 22,153. Additionally, other than PFS actually produced before Jan. 1, 2011, <u>Order 88 specifically reserved the defendants' rights to dismiss for failure to comply with Pre-Trial Orders 2 and 32</u>. *Id.* at p. 3. It also extended the 30-day deadline to cure deficiencies to 60 days. *Id.* at p. 2.

While this spreadsheet "census" was being prepared, Gulf Stream sent correspondence to Plaintiff's Liaison Counsel providing several lists of plaintiffs for which Gulf Stream had **no** PFS whatsoever. *See*, e.g., correspondence from A. Weinstock to G. Meunier, dated July 13, 2011, attached as Exhibit "A." Plaintiffs responded by stating that the information Gulf Stream sought would be captured in the census. However, when the census was produced, Gulf Stream determined that several plaintiffs listed in the correspondence also failed to produce responses for the 23 questions listed in Pre-Trial Order 88. *Id.*; Census of Gulf Stream Plaintiffs, attached as Exhibit "B." Accordingly, Gulf Stream now moves to dismiss those plaintiffs for failing to comply with this Court's comprehensive and thorough pre-trial orders on the PFS process.

## II.   LAW AND ARGUMENT

Here, Gulf Stream respectfully submits that the plaintiffs identified above have failed to comply with these Orders, and therefore, this Court should dismiss his claims. Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases. *Berry v. CIGNA/RSI-CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992); *Colle v. Brazos County, Tex.,* 981 F.2d 237, 242-243 (5th Cir. 1993). Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to

comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against him." The established rule in the 5th Circuit is that dismissal under Rule 41(b) is appropriate when there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice.[1]

In this case, Gulf Stream sent correspondence to Plaintiff's Liaison Counsel on July 13, 2011, informing Counsel that the plaintiffs listed above had not produced a PFS at any time during the litigation. *See* Exhibit A. Because nothing was produced for these plaintiffs prior to Jan. 1, 2011, the normal procedure set forth in Pre-Trial Orders 2 and 32 for curing deficiencies applied. Rec. Doc. 22,153, p. 3. This procedure gave plaintiffs 60 days to cure the deficiencies by producing a PFS, but these plaintiffs failed to produce a PFS by that deadline. Consequently, their claims should be dismissed on the basis alone. Gulf Stream, however, waited longer than the 60-day period based on the assurance that these plaintiffs would provide their information in the census. Yet, they failed to provide this information, as well.

Accordingly, Gulf Stream moves to dismiss the claims for failure to comply with the Court's pre-trial orders. The time period to cure deficiencies has elapsed, and no information was contained in the census spreadsheet for these claims. Thus, these claims should be dismissed, with prejudice.

Respectfully Submitted,

---

[1] *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F.2d 1214 (5th Cir. 1970).

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 23rd day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com
