UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE<br>    PRODUCTS LIABILITY<br>    LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Bader, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3681<br>Plaintiff: Regina Evelyn Amato | * * * * * | MAG: CHASEZ |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8217<br>Plaintiffs: Shauna Abner, Lulie Ainsworth,<br>Maurice Ainsworth, Denise Anderson,<br>Georgia Armstrong | * * * * * * | |
| *Miller, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8474<br>Plaintiff: Curtis Anderson | * * * * | |
| *Broussard, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2510<br>Plaintiffs: Roy Abron, Joseph Arceneaux | * * * * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8277<br>Plaintiffs: Ladrina Anderson, Vickie Anderson | * * * * | |
| *Cade, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2494<br>Plaintiffs: Jourdan Acker, Mary Acker | * * * * | |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8092<br>Plaintiff: Shelia Andres | * * * * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8467<br>Plaintiffs: Donna Ackins, Michael Ackins,<br>Donna Alexander | * * * * * | |

| | |
|---|---|
| *Alexander, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2335<br>Plaintiff: Leonard Alexander | * <br> * <br> * <br> * |
| *Butler, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8471<br>Plaintiffs: Donna Ackins, Michael Ackins | * <br> * <br> * <br> * |
| *Richard, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-3895<br>Plaintiff: Brenda Antoine | * <br> * <br> * <br> * |
| *Ferguson, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8134<br>Plaintiffs: Johnny Adams, Tamara Adams, Victor Adams | * <br> * <br> * <br> * <br> * |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8000<br>Plaintiff: Wardell Ard | * <br> * <br> * <br> * |
| *Addison, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8698<br>Plaintiff: Judy Addison | * <br> * <br> * <br> * |
| *Morgan, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8473<br>Plaintiff: Louis Armour | * <br> * <br> * <br> * |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8468<br>Plaintiff: Philip Arnold | * <br> * <br> * <br> * |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8250<br>Plaintiffs: Johnny Aguilar, Lee Aguilar, Deborah A. Akridge, Lucy Alexander, Ladrina Anderson, Ladrina Anderson o/b/o V.A., Vickie Anderson, Collum Letrell Andrews, II Leray Armstrong, Leray Armstrong o/b/o K.A. and A.A., Ollis Armstrong | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| *Lett, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8135<br>Plaintiff: Deborah Akridge | * <br> * <br> * |

| | |
|---|---|
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4794 | * |
| Plaintiffs: Ernest Alberti, Milda Alberti, Andrell Allen | * |
| | * |
| *Tate, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4604 | * |
| Plaintiffs: Isaiah Alcorn, Jerome Alphonse | * |
| | * |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8019 | * |
| Plaintiffs: Brandon Alexander, Keltashia Ambabam, Malik Ambabam, Charles E. Andres, Kentrell Andres, Sheron Andres | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8203 | * |
| Plaintiffs: Chaka Allen, Louie Allen, Denise Nicole Anderson, Christopher Armstrong, Christopher Armstrong o/b/o A.A. | * |
| | * |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3553 | * |
| Plaintiff: Kimberly Clark Alphonso | * |
| | * |
| *Ammentorp, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-4120 | * |
| Plaintiffs: Kevin Ammentrop, individually and o/b/o ECA and IRA, Madeleine Ammentrop o/b/o ECA and IRA | * |

*****************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs.

Defendant submits in connection herewith a CD containing a copy of Exhibit "B."

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 23rd day of January, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00294040-1