UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE | * | |
|      PRODUCTS LIABILITY | * | SECTION: N(5) |
|      LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3681 | * | |
| Plaintiff:  Regina Evelyn Amato | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8217 | * | |
| Plaintiffs:  Shauna Abner, Lulie Ainsworth, | * | |
| Maurice Ainsworth, Denise Anderson, | * | |
| Georgia Armstrong | * | |
| | * | |
| *Miller, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8474 | * | |
| Plaintiff:  Curtis Anderson | * | |
| | * | |
| *Broussard, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2510 | * | |
| Plaintiffs:  Roy Abron, Joseph Arceneaux | * | |
| | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8277 | * | |
| Plaintiffs:  Ladrina Anderson, Vickie Anderson | * | |
| | * | |
| *Cade, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2494 | * | |
| Plaintiffs:  Jourdan Acker, Mary Acker | * | |
| | * | |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8092 | * | |
| Plaintiff:  Shelia Andres | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiffs:  Donna Ackins, Michael Ackins, | * | |
| Donna Alexander | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2335 | * | |

| | |
|---|---|
| Plaintiff:  Leonard Alexander | * |
| | * |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8471 | * |
| Plaintiffs:  Donna Ackins, Michael Ackins | * |
| | * |
| *Richard, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3895 | * |
| Plaintiff:  Brenda Antoine | * |
| | * |
| *Ferguson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8134 | * |
| Plaintiffs:  Johnny Adams, Tamara Adams, Victor Adams | * |
| | * |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8000 | * |
| Plaintiff:  Wardell Ard | * |
| | * |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8698 | * |
| Plaintiff: Judy Addison | * |
| | * |
| *Morgan, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8473 | * |
| Plaintiff:  Louis Armour | * |
| | * |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8468 | * |
| Plaintiff:  Philip Arnold | * |
| | * |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8250 | * |
| Plaintiffs:  Johnny Aguilar, Lee Aguilar, Deborah A. Akridge, Lucy Alexander, Ladrina Anderson, Ladrina Anderson o/b/o V.A., Vickie Anderson, Collum Letrell Andrews, II Leray Armstrong, Leray Armstrong o/b/o K.A. and A.A., Ollis Armstrong | * |
| | * |
| *Lett, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8135 | * |
| Plaintiff:  Deborah Akridge | * |
| | * |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4794 | * |

| | |
|---|---|
| Plaintiffs:  Ernest Alberti, Milda Alberti, Andrell Allen | * * * |
| *Tate, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-4604 <br> Plaintiffs:  Isaiah Alcorn, Jerome Alphonse | * * * * |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8019 <br> Plaintiffs:  Brandon Alexander, Keltashia Ambabam, Malik Ambabam, Charles E. Andres, Kentrell Andres, Sheron Andres | * * * * * * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8203 <br> Plaintiffs:  Chaka Allen, Louie Allen, Denise Nicole Anderson, Christopher Armstrong, Christopher Armstrong o/b/o A.A. | * * * * * * |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 10-3553 <br> Plaintiff:  Kimberly Clark Alphonso | * * * * |
| *Ammentorp, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 10-4120 <br> Plaintiffs:  Kevin Ammentrop, individually and o/b/o ECA and IRA, Madeleine Ammentrop o/b/o ECA and IRA | * * * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF SUBMISSION**

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain

Plaintiffs is hereby set for submission on the 8th day of February, 2012, at 9:30 a.m.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397)**
        3838 N. Causeway Boulevard, Suite 2900

Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com