UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO
10-2293

## ORDER NO. 4 SEVERING CERTAIN CASES FOR TRIAL

Considering this Court's prior Orders and statements to counsel at the most recent general status conference regarding the Court's intention to immediately schedule for trial cases directly filed in or removed to the Eastern District of Louisiana in the event that the manufacturing defendant is unable to reach a global resolution of the claims filed against it; accordingly,

**IT IS ORDERED** that:

      1) The following member case is hereby severed from the MDL for purposes of trial:

          *Scott Ihli, et al v. Sunnybrook RV, Inc.*, No.10-2293;

      2)  Trial will commence in this matter during the week beginning June 25, 2012 at 8:30 a.m., before the undersigned district judge with a jury.

      3) Motions to continue this trial date will be summarily denied.  Counsel are instructed to clear their calendars for sufficient days to complete a full jury trial.

      4) The Court will issue forthwith a Trial Scheduling Order, setting pre-trial deadlines.

      5) The above case is severed from the MDL for purposes of trial only and shall remain

consolidated with all other member cases for pretrial purposes. Accordingly, pursuant to Pre-Trial Order No. 1 (Rec. Doc. 5) ¶¶8-9, all filings in the above case shall continue to be made in the master docket, with a notation listing the member case to which the document applies. However, such filings shall be served electronically on counsel representing the parties in the member case, as well as on liaison counsel.

New Orleans, Louisiana, this 23rd day of January, 2012

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**