UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Alexander, et al. v. Gulf Stream Coach, et al.,* | * | MAG: CHASEZ |
| *LLC, et al., Civil Action No. 09-8470* | * | |
| **Plaintiff: Barbara Harris** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of **BARBARA HARRIS**, with prejudice. Plaintiffs aver that they have learned Forest River, Inc., and not Gulf Stream Coach, Inc., manufactured the travel trailer in which **BARBARA HARRIS** resided following Hurricane Katrina. Accordingly, **BARBARA HARRIS** should be dismissed, with prejudice, from the instant matter against Gulf Stream.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

                        **SCANDURRO & LAYRISSON**
                        **Timothy D. Scandurro #18424**
                        **Dewey M. Scandurro #23291**
                        607 St. Charles Avenue
                        New Orleans, LA 70130
                        (504) 522-7100
                        (504) 529-6199 (FAX)
                        tim@scanlayr.com
                        dewey@scanlayr.com
                        *Counsel for Gulf Stream Coach, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2012, a copy of the foregoing Motion to Dismiss Certain Plaintiffs was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                                        s/Andrew D. Weinstock
                                 _____
                                 ANDREW D. WEINSTOCK #18495
                                     andreww@duplass.com