UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 10-1041 | * | |
| | * | MAG. JUDGE CHASEZ |

******************************************************************************

## PLAINTIFF'S MOTION FOR RECONSIDERATION
## OF ORDER DISMISSING PLAINTIFF JAMES BURGE

COMES NOW, Plaintiff James Burge, by and through undersigned counsel, and pursuant to Fed. R. Civ. Proc. 60(b)(4) and Fed. R. Civ. Proc. 60(b)(6), respectfully submits this Opposed Motion for Reconsideration of the Order [24032] granting Defendant Forest River Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 relating to Plaintiff Fact Sheets [23795] for the reasons more fully set forth in the attached Memorandum in Support.

WHEREFORE, Plaintiff James Burge respectfully requests the Court reconsider its Order of December 30, 2011 [24032], vacate the same and deny the Defendants' Motion to Dismiss [23795].

RESPECTFULLY SUBMITTED, this the 23rd day of January, 2012,

PLAINTIFF, JAMES BURGE


BY:   *s/ Edward Gibson, Esq.*
EDWARD GIBSON, ESQ.
*HAWKINS, STRACENER & GIBSON, PLLC*
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be served via the Electronic Filing System, Facsimile and/or Electronic Mail a true and correct copy of the above and foregoing Motion for Reconsideration to all known counsel of record as indicated below:

Ernest P. Gieger, Jr., Esq. (egieger@glllaw.com)
Andrew A. Braun, Esq. (abraun@glllaw.com )
J. Michael Digiglia, Esq. ( mdigiglia@glllaw.com )
Geiger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Ste. 4800
New Orleans, Louisiana 70139-4800

Michael David Kurtz, Esq. ( dkurtz@bakerdonelson.com )
Baker, Donelson, Bearman, Caldwell & Berkowitz (New Orleans)
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170

Andrew D. Weinstock, Esq. ( andreww@duplass.com )
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd., Ste. 2900
Metairie, LA 70002

Charles E. Leche, Esq. ( cleche@dkslaw.com )
Deutsch, Kerrigan & Styles, LLP (New Orleans)
755 Magazine Street
New Orleans, LA 70130

Frank Jacob D'Amico, Jr., Esq. ( frank@damicolaw.com )
Frank J. D'Amico, Jr., APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113

Gerald Edward Meunier, Esq. ( gmeunier@gainsben.com )
Justin I. Woods, Esq. ( jwood@gainsben.com )
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Ste. 2800
New Orleans, LA 70163-2800

John Adam Bain, Esq. ( adam.bain@usdoj.gov )
U.S. Department of Justice
Civil Division, Torts Branch
Ben Franklin Station
P.O. Box 340
Washington, DC 20004

Adam Michael Dinnell, Esq. ( adam.dinnell@usdoj.gov )
U.S. Department of Justice
Tax Division
P.O. Box 14198
Washington, DC 20044

Henry Thomas Miller, Esq. ( henry.miller@usdoj.gov )
Dept. of Justice, Civil Division, Torts Branch
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Jonathan Richard Waldron, Esq. ( jonathan.waldron@usdoj.gov )
U.S. Department of Justice
1331 Pennsylvania Avenue NW
Washington, DC 20004

SO CERTIFIED, this the 23rd day of January, 2012.

                                                    *s/ Edward Gibson, Esq.*
                                                    EDWARD GIBSON, ESQ.