Case 2:07-md-01873-KDE-MBN Document 14229-1 Filed 06/03/12 Page 1 of 6
Case 1:09-cv-00819-HSO-JMR Document 34 Filed 04/23/12 Page 1 of 6

A CERTIFIED TRUE COPY
ATTEST
By Teresa Bishop on Apr 05, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR - 5 2010
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 19, 2010

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-23)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 640 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                      MDL No. 1873

### SCHEDULE CTO-23 - TAG-ALONG ACTIONS

|  |  | EDLA SEC.N/5 |
|---|---|---|
| **DIST. DIV. C.A.#** | **CASE CAPTION** |  |
| **LOUISIANA WESTERN** | | |
| LAW 6 09-1294 | Michelle Ursine-Seymour, et al. v. Gulf Stream Coach, Inc., et al. | 10-1038 |
| LAW 6 09-1524 | Bradley Henderson, et al. v. American International Group, Inc., et al. | 10-1039 |
| LAW 6 09-2177 | Jackie Bennett, et al. v. R-Vision, Inc., et al. | 10-1040 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-819 | James D. Burge v. Cavalier Home Builders, LLC, et al. | 10-1041 |
| MSS 1 09-834 | Sam Breland, et al. v. Forest River, Inc., et al. | 10-1042 |
| MSS 1 09-841 | Kathlene Murray, et al. v. Gulf Stream Coach, Inc., et al. | 10-1043 |
| MSS 1 09-857 | Genevieve Draper, et al. v. Southern Energy Homes, Inc., et al. | 10-1044 |
| MSS 1 10-55 | Amanda Cuevas, et al. v. Cavalier Homes, Inc., et al. | 10-1045 |
| MSS 1 10-76 | Juanita Foxworth, et al. v. Southern Energy Homes, Inc., et al. | 10-1049 |
| MSS 1 10-98 | Jacqueline Callahan v. CMH Manufacturing, Inc., et al. | 10-1050 |
| MSS 3 09-793 | Shamar Beasley v. Fleetwood Enterprises, Inc., et al. | 10-1052 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>David G. Trager<br>United States District Court<br>Eastern District of New York | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

April 5, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-23)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on March 19, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Teresa Bishop
    Teresa Bishop
    Deputy Clerk

Attachments
cc: Transferee Judge: Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION	MDL No. 1873

PANEL SERVICE LIST (CTO-23)

Ollie A. Cleveland
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-1183

Rose M. Hurder
HAWKINS STRACENER & GIBSON
544 Main Street
Bay St. Louis, MS 39520

Catherine H. Jacobs
FEMA TRAILER LITIGATION ANNEX
1161 Robinson Street
Ocean Springs, MS 39564

Michael David Kurtz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800

Lacey M. Moore
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

J. Rock Palermo, III
VERON BICE PALERMO & WILSON
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Catherine N. Thigpen
BAKER DONELSON BEARMAN
CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                             MDL No. 1873

## INVOLVED JUDGES LIST (CTO-23)

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                   MDL No. 1873

## INVOLVED CLERK'S LIST (CTO-23)

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552