UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 10-1041 | * | |
| | * | MAG. JUDGE CHASEZ |

*****************************************************************************

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.6, I do hereby certify that on January 17, 2012, we corresponded with Counsel for Forest River, Inc. requesting that they advise whether there is opposition to Plaintiff's Motion for Reconsideration Of Order and Reasons [24032]. Counsel for Forest River has advised that they do oppose said motion.

RESPECTFULLY SUBMITTED, this the 19th day of January, 2012,

PLAINTIFF, JAMES BURGE


BY:     *s/ Edward Gibson, Esq.*
EDWARD GIBSON, ESQ.
*HAWKINS, STRACENER & GIBSON, PLLC*
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212