UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 10-1041 | * | |
| | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff James Burge's *Motion for Reconsideration* will be submitted to the Honorable Kurt Englehardt, in the United States District Court for the Eastern District of Louisiana on February 22, 2012, at 9:30 a.m., or as soon thereafter as may be submitted.

RESPECTFULLY SUBMITTED, this the 23rd day of January, 2012,

PLAINTIFF, JAMES BURGE

BY:   *s/ Edward Gibson, Esq.*
EDWARD GIBSON, ESQ.
*HAWKINS, STRACENER & GIBSON, PLLC*
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that I have this day caused to be served via the Electronic Filing System, Facsimile and/or Electronic Mail a true and correct copy of the above and foregoing *Notice of Submission* to all known counsel of record as indicated below:

Ernest P. Gieger, Jr., Esq. (egieger@glllaw.com)
Andrew A. Braun, Esq. (abraun@glllaw.com )
J. Michael Digiglia, Esq. ( mdigiglia@glllaw.com )
Geiger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Ste. 4800
New Orleans, Louisiana 70139-4800

Michael David Kurtz, Esq. ( dkurtz@bakerdonelson.com )
Baker, Donelson, Bearman, Caldwell & Berkowitz (New Orleans)
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170

Andrew D. Weinstock, Esq. ( andreww@duplass.com )
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd., Ste. 2900
Metairie, LA 70002

Charles E. Leche, Esq. ( cleche@dkslaw.com )
Deutsch, Kerrigan & Styles, LLP (New Orleans)
755 Magazine Street
New Orleans, LA 70130

Frank Jacob D'Amico, Jr., Esq. ( frank@damicolaw.com )
Frank J. D'Amico, Jr., APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113

Gerald Edward Meunier, Esq. ( gmeunier@gainsben.com )
Justin I. Woods, Esq. ( jwood@gainsben.com )
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Ste. 2800
New Orleans, LA 70163-2800

John Adam Bain, Esq. ( adam.bain@usdoj.gov )
U.S. Department of Justice
Civil Division, Torts Branch
Ben Franklin Station
P.O. Box 340
Washington, DC 20004

Adam Michael Dinnell, Esq. ( adam.dinnell@usdoj.gov )
U.S. Department of Justice
Tax Division
P.O. Box 14198
Washington, DC 20044

Henry Thomas Miller, Esq. ( henry.miller@usdoj.gov )
Dept. of Justice, Civil Division, Torts Branch
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Jonathan Richard Waldron, Esq. ( jonathan.waldron@usdoj.gov )
U.S. Department of Justice
1331 Pennsylvania Avenue NW
Washington, DC 20004

SO CERTIFIED, this the 23rd day of January, 2012.

                                                  *s/ Edward Gibson, Esq.*
                                                  EDWARD GIBSON, ESQ.