UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 10-1041 | * | |
| | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

This matter having been brought before the Court through Plaintiff's Motion for Reconsideration and the Court having considered the matter finds that the motion is well taken and should be granted.  IT IS THEREFORE:

ORDERED and ADJUDGED that Plaintiff James Burge's Order for Reconsideration be and is hereby granted;

ORDER and ADJUDGED that the Order [24032] be and is hereby vacated;

ORDERED and ADJUDGED that the Motion to Dismiss [23795] be and is hereby denied.

SO ORDERED this the ___ day of January, 2012,

_____
HON. KURT D. ENGELHARDT
*JUDGE, UNITED STATES DISTRICT COURT*