UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8203 | * | |
| Plaintiffs:  Enjali Ausmer, LaShun G. Ausmer, | * | |
| Lawanda Austin, Angeline Ball, Tracey Ball, | * | |
| Louise Ball, Timothy D. Ball, Michael Ball, | * | |
| Lesia Ball, Willie J. Ball, Michael Barkley, | * | |
| Delvis Barnes, Elic Barnes, Paul Barnes, | * | |
| individually and o/b/o L.B., Stefanie Barnes, | * | |
| Latasha Barnett, Francine Barney | * | |
| | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8250 | * | |
| Plaintiffs:  David W. Aust, Jonice Baggett, | * | |
| individually and o/b/o M.B. and V.B., Michael P. | * | |
| Barial | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff:  Laron Austin | * | |
| | * | |
| *Azar, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2596 | * | |
| Plaintiff:  Alex Azar | * | |
| | * | |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8019 | * | |
| Plaintiffs:  Nicky T. Babb, Tometha Barris, | * | |
| Dariyona Barris | * | |
| | * | |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8479 | * | |
| Plaintiff:  Louis Babin, III | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiff:  June J. Bailey | * | |
| | * | |

00294594-1

*Abram, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 10-196                                                       *
Plaintiff:  Marguerite Bailey-Kelly                                     *
                                                                        *
*Thomas, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 09-8217                                                      *
Plaintiffs: Shell Latricee Baker, Eugene Barnes,                        *
Paula Barnes, Sannie Barnes                                             *
                                                                        *
*Acker, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 09-2962                                                      *
Plaintiffs:  Thomas Baker, Jr., individually and                        *
o/b/o Brideja Baker                                                     *
                                                                        *
*Abadie, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 09-8000                                                      *
Plaintiffs: Thomas Baker, Jr., Bridgette Baker                          *
o/b/o Brideja Baker, Shane Baker o/b/o Shawn                            *
Baker                                                                   *
                                                                        *
*Blackledge, et al v. Gulf Stream Coach, Inc., et al*                  *
Docket No. 09-8112                                                      *
Plaintiffs:  Willie J. Ball, Delvis Barnes, Paula                       *
Barnes, individually and o/b/o L.B.                                     *
                                                                        *
*Acosta, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 10-3679                                                      *
Plaintiff:  Marifar G. Baltazar                                         *
                                                                        *
*Badar, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 10-3681                                                      *
Plaintiffs:  Marifar G. Baltazar, Allen S. Barclay,                     *
Danielle S. Bastoe                                                      *
                                                                        *
*Domino, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 09-2934                                                      *
Plaintiff:  Kolby Bangham                                               *
                                                                        *
*Quinn, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 09-8092                                                      *
Plaintiffs:  Mae Helen Banks, Shakela Banks,                            *
Bradley Barnes, Emma J. Barnes                                          *


*Adams, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 09-8644                                                      *

Plaintiff:  Percy J. Barard, Jr.                                       *
                                                                        *
*Alexander, et al v. Gulf Stream Coach, Inc., et al*                    *
Docket No. 10-2335                                                      *
Plaintiff:  Gerald Bargeman                                            *
                                                                        *
*Alberti, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 09-4794                                                      *
Plaintiff:  Robin Barkins                                              *
                                                                        *
*Mosley, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 10-1356                                                      *
Plaintiffs:  Keith Barkley, Kevin Barkley                              *
                                                                        *
*Bartel, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 09-3943                                                      *
Plaintiffs:  Sherry Bartel, individually and o/b/o                     *
Anthony Bartel                                                         *
*****************************************************************************

## <u>MOTION TO DISMISS CERTAIN PLAINTIFFS</u>

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have

failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so.

The plaintiffs include:

- Enjali Ausmer, LaShun G. Ausmer, Lawanda Austin, Angeline Ball, Tracey Ball, Louise Ball, Timothy D. Ball, Michael Ball, Lesia Ball, Willie J. Ball, Michael Barkley, Delvis Barnes, Elic Barnes, Paula Barnes, individually and o/b/o L.B., Stephanie Barnes, Latasha Barnett and Francine Barney, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- David W. Aust, Jonice Baggett, individually and o/b/o M.B., V.B., Michael A. Barial, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8250

- Laron Austin, who filed suit in case(s) *Bernice, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4228

- Alex Azar, who filed suit in case(s) *Azar, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2596

- Nicky T. Babb, Tometha Barris, Dariyona Barris, who filed suit in case(s) *Bennett, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8019

- Louis Babin, III, who filed suit in case(s) *Aitkins, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8479

- June J. Bailey, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-742

- Marguerite Bailey-Kelly, who filed suit in case(s) *Abram, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-196

- Shell Latricee Baker, Eugene Barnes, Paula Barnes, Sannie Barnes, who filed suit in case(s) *Thomas, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8217

- Thomas Baker, Jr., individually and o/b/o Brideja Baker, who filed suit in case(s) *Acker, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-2962

- Thomas Baker, Jr., Bridgette Baker o/b/o Brideja Baker, Shane Baker o/b/o Shawn Baker, who filed suit in case(s) *Abadie, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8000

- Willie J. Ball, Delvis Barnes, Paula Barnes, individually and o/b/o L.B., who filed suit in case(s) *Blackledge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8112

- Marifar G. Baltazar, who filed suit in case(s) *Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3679

- Marifar G. Baltazar, Aleen S. Barclay, Danielle S. Bastoe, who filed suit in case(s) *Badar, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3681

- Kolby Bangham, who filed suit in case(s) *Domino, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-2934

- Mae Helen Banks, Shakela Banks, Bradley Barnes, Emma J. Barnes, who filed suit in case(s) *Quinn, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8092

- Percy J. Barard, Jr., who filed suit in case(s) *Adams, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8644

- Gerald Bargeman, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2335

- Robin Barkins, who filed suit in case(s) *Alberti, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4794

- Keith Barkley and Kevin Barkley, who filed suit in case(s) *Mosley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-1356

- Sherry Bartel, individually and o/b/o Anthony Bartel, who filed suit in case(s) *Bartel, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3943

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 23rd day of January, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK**