# DUPLASS
# ZWAIN
# BOURGEOIS
# PFISTER &
# WEINSTOCK

| | | |
|---|---|---|
| LAWRENCE J. DUPLASS | KEVIN R. DERHAM (3) | BEN S. DiPALMA |
| GARY M. ZWAIN (1) | JOSEPH E. BEARDEN, III | SHENDELLE T. POLK |
| DAVID J. BOURGEOIS | JAIME M. CAMBRE | |
| C. MICHAEL PFISTER | COREY M. OUBRE (1) | *SPECIAL COUNSEL* |
| ANDREW D. WEINSTOCK (1) | PAUL VERLANDER | DAVID M. CAMBRE |
| GUYTON H. VALDIN, JR. | NICOLE M. BOYER | |
| KELLY CAMBRE BOGART (1) | RYAN M. MALONE | (1) also admitted in Texas |
| CHRISTIAN B. BOGART (1) | PHILIP G. WATSON | (2) also admitted in Mississippi |
| JOSEPH G. GLASS (2) | | (3) also admitted in Maryland |

July 18, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **August 17, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| Marlanna J. Atlow | Watts Hilliard |
| Angelo Aubry | Watts Hilliard |
| Patricia Aubry | Watts Hilliard |
| Kathy Auceneaux | Watts Hilliard |
| Gianno Aucoin | Buzbee |
| Leonard William Aucoin, Jr. | Torres |
| Linda Audibert | Torres |
| Randi Audibert | D'Amico |
| Marilyn Audler | HLC |
| David Aufrecht | Buzbee |
| Dana Augillard | Bruno & Bruno |
| Jeffery Augillard | Bruno & Bruno |
| Sonja August | Watts Hilliard |
| Thais Joyce Augustine | Torres |
| Cornell Augustine, Jr. | D'Amico |
| Archie Augustus | Buzbee |

| | |
|---|---|
| Waren Auist | Watts Hilliard |
| Enjali Ausmer | John Eaves |
| LaShun Ausmer | John Eaves |
| Trevor Ausmer | Watts Hilliard |
| David Aust | John Eaves |
| Laron Austin | Penton |
| Lawanda Austin | John Eaves |
| Joseph E. Austin, III | Watts Hilliard |
| Joseph E. Austin, Jr. | Watts Hilliard |
| Calab Anthony Authement | Watts Hilliard |
| Sheila Ann Authement | Watts Hilliard |
| Shelby Lynn Authement | Watts Hilliard |
| Regan Autmon | John Eaves |
| Antoinette Auzenne | Watts Hilliard |
| Elsie M. Auzenne | Watts Hilliard |
| Jacqueline Auzenne | Watts Hilliard |
| Jasmyne S. Auzenne | Watts Hilliard |
| Paula Avant | John Eaves |
| Shawn Avist | Watts Hilliard |
| Roland Ayo, Jr. | Watts Hilliard |
| Alex Azar | D'Amico |
| Nicky Babb | John Eaves |
| Brandon Babb | Schmidt |
| Louis Babin, III | D'Amico |
| Angela Babineaux | Watts Hilliard |
| Charley Delane Babineaux | Watts Hilliard |
| Lillian G. Babineaux | Watts Hilliard |
| Carol Bachemin | Torres |
| David Bachemin, Jr. | Torres |
| David Bachemin, Sr. | Torres |
| Dorrell Bachemin | Schmidt |
| Jadore Bachemin | Schmidt |
| Richard Bacon | Watts Hilliard |
| Tammy Badeaux | HLC |
| Jahyra Bagent | Watts Hilliard |
| Jonice Baggett | John Eaves |
| Mary Baggett | John Eaves |
| Vernon Baggett | Eaves |
| Dale Baham | Bruno & Bruno |
| Ashley Marie bailey | Torres |
| Audrey Carol Bailey | Torres |
| Beatrice M. Bailey | Torres |
| Beverly Bailey | Torres |
| Dedra Bailey | HLC |
| John Bailey | HLC |

| | |
|---|---|
| **John Bailey o/b/o Brent Bailey** | **HLC** |
| **June J. Bailey** | **Torres** |
| **Kendaul Bailey** | **Buzbee** |
| **Kenidee Bailey** | **Buzbee** |
| **Louis Bailey** | **Torres** |
| **Paris Bailey** | **Buzbee** |
| **Ronette Bailey** | **Buzbee** |
| **Christian M. Bailey** | **Watts Hilliard** |
| **Erica Nicole Bailey** | **Watts Hilliard** |
| **Jahlissa Bailey** | **Watts Hilliard** |
| **Kelly Lynn Bailey** | **Watts Hilliard** |
| **Megale Bailey** | **Watts Hilliard** |
| **Perry Bailey** | **Watts Hilliard** |
| **Vanessa Bailey** | **Watts Hilliard** |
| **Aniya Bailey-Kelly** | **Buzbee** |
| **Daneetra Bailey-Kelly** | **Buzbee** |
| **Marguerite Bailey-Kelly** | **Buzbee** |
| **Mary Bain** | **John Eaves** |
| **Richard Bain** | **John Eaves** |
| **Brideja' Baker** | **Buzbee** |
| **Bridgeja Baker** | **Bechnel** |
| **Bridgette Baker** | **Buzbee** |
| **Charles Baker** | **D'Amico** |
| **Doris Baker** | **Schmidt** |
| **Joylene Baker** | **D'Amico** |
| **Monique Lejean Baker** | **Torres** |
| **Shane Baker** | **D'Amico** |
| **Shane Baker** | **Buzbee** |
| **Shawn Baker** | **D'Amico** |
| **Shawn Baker** | **Buzbee** |
| **Shell Baker** | **John Eaves** |
| **Thomas Baker** | **Becnel** |
| **Alan Baker, Jr.** | **D'Amico** |
| **Letha Baker** | **Watts Hilliard** |
| **Martin Baldwin** | **Becnel** |
| **Adica Baldwyn** | **John Eaves** |
| **Angeline Ball** | **John Eaves** |
| **Lesia Ball** | **John Eaves** |
| **Louise Ball** | **John Eaves** |
| **Michael Ball** | **John Eaves** |
| **Timothy Ball** | **John Eaves** |
| **Tracey Ball** | **John Eaves** |
| **Willie Ball** | **John Eaves** |
| **Alaishea Ball** | **Watts Hilliard** |
| **Barbara Ball** | **Watts Hilliard** |

| | |
|---|---|
| Deondrea Ball | Watts Hilliard |
| Kehuene Ball | Watts Hilliard |
| Amanda Ballam | Watts Hilliard |
| Carlos Ballard | Schmidt |
| Marifar G. Baltazar | HLC |
| Tiffany Bangham o/b/o Jasemine Bangham | D'Amico |
| Tiffany Bangham o/b/a Jovente Bangham | D'Amico |
| K Ray Bangham | D'Amico |
| Kolby Bangham | D'Amico |
| Michael Bangham | Schmidt |
| Nehamiah Bangham | Bencomo |
| Nehamiah Bangham | D'Amico |
| Rayshawn Bangham | D'Amico |
| Tenisha Bangham | D'Amico |
| Tevin Bangham | D'Amico |
| Tiffany Bangham | D'Amico |
| Dylan Banguer | John Eaves |
| Audrey Banks | John Eaves |
| Dondi Banks | Bruno & Bruno |
| Ellis Banks | Bruno & Bruno |
| LaToya Chevelle Banks | Torres |
| Mae Banks | John Eaves |
| Marshall Banks | Becnel |
| Shakela Banks | John Eaves |
| Troyasia Banks | Bruno & Bruno |
| Ulysses Ivory Banks, III | Torres |
| Eloise Banks | Watts Hilliard |
| Kia Banks | Watts Hilliard |
| Linda Ann Banks | Watts Hilliard |
| Milton Banks | Watts Hilliard |
| Lelie Mae Baptiste | HLC |
| Marshall Baquet | Bruno & Bruno |
| Salvador Barajas | Watts Hilliard |
| Yadira Barajas | Watts Hilliard |
| Percy Barard | Bruno & Bruno |
| Janice Barber | Watts Hilliard |
| Michael Barber | Watts Hilliard |
| Louie Barber, Sr. | Watts Hilliard |
| Aleen S. Barclay | Torres |
| Schaffer H. Barclay | Torres |
| Gerald Bargeman | Buzbee |
| Michael Barial | John Eaves |
| Audrey Barker | Watts Hilliard |
| Destiny Reena Barker | Watts Hilliard |
| Donna Lee Barker | Watts Hilliard |

| | |
|---|---|
| Katrina Michelle Barker | Watts Hilliard |
| Lesley Isaiah Barker | Watts Hilliard |
| Reagan Emily Barker | Watts Hilliard |
| Vaughn Anthony Barker | Watts Hilliard |
| Robin Barkins | Mobile FEMA Group- Harang |
| Keith Barkley | Hawkins Stracener & Gibson |
| Kevin Barkley | Hawkins Stracener & Gibson |
| Michael Barkley | John Eaves |
| Bradley Barnes | John Eaves |
| Delvis Barnes | John Eaves |
| Elic Barnes | John Eaves |
| Erma Barnes | John Eaves |
| Eugene Barnes | John Eaves |
| Jada Barnes | Bruno & Bruno |
| Ja'Kendrick Barnes | John Eaves |
| Karen Barnes | D'Amico |
| Latonya Barnes | John Eaves |
| Leo Charles Barnes, Jr. | Torres |
| Lynell Barnes | Bruno & Bruno |
| Mack Barnes | HLC |
| Maya Barnes | Bruno & Bruno |
| Melany Barnes | Buzbee Law Firm |
| Paula Barnes | John Eaves |
| Sannie Barnes | John Eaves |
| Stephanie Barnes | John Eaves |
| Victoria Barnes | Bruno & Bruno |
| Zelice Barnes Watkins | Watts Hilliard |
| David Barnes | Watts Hilliard |
| Pearl Barnes | Watts Hilliard |
| Raymorris Barnes | Watts Hilliard |
| Latasha Barnett | Schmidt |
| Francine Barney | John Eaves |
| Russell Barnhart | Watts Hilliard |
| Debbie Barquet | Bruno & Bruno |
| Justin Paul Barras | Torres |
| Antonio Barrera | John Eaves |
| Therese A. Barrett | Torres |
| Timothy L. Barrett | Watts Hilliard |
| Peter George Barrios | Torres |
| Dariyona Barris | John Eaves |
| Tometha Barris | John Eaves |
| Burnell Barrociere, Jr. | Watts Hilliard |
| Tryone Barrow | Bruno & Bruno |
| Marshall A. Barrow | Watts Hilliard |
| Liddie Bartee | Hall |

| | |
|---|---|
| **Anthony Bartel** | **Lambert & Nelson** |
| **Sherry Bartel** | **Lambert & Nelson** |
| **Theresa Barthelemy** | **D'Amico** |
| **Michael Bartholomew** | **Bruno & Bruno** |
| **Robert Bartholomew** | **HLC** |
| **Jerrica Bartie** | **Buzbee** |
| **Tara Bartie** | **Buzbee** |
| **Allen Bartie** | **Watts Hilliard** |
| **Angline Bartie** | **Watts Hilliard** |
| **Kevin Bartie** | **Watts Hilliard** |
| **Frank Bartley** | **Watts Hilliard** |
| **Daryl Bartney, III** | **D'Amico** |
| **Jamie Basco** | **Watts Hilliard** |
| **Luther Bass** | **Mobile FEMA Group – Harang** |
| **Tyrone Bastian, Sr.** | **PSC** |
| **Alyssa Bastoe** | **Torres** |
| **Andrew Bastoe** | **Torres** |
| **Danielle S. Bastoe** | **Torres** |
| **Regina B. Bastoe** | **Torres** |
| **Scott Bastoe** | **Torres** |
| **Asia Bates** | **John Eaves** |
| **Louis Bates** | **HLC** |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm\