UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8203 | * | |
| Plaintiffs: Enjali Ausmer, LaShun G. Ausmer, | * | |
| Lawanda Austin, Angeline Ball, Tracey Ball, | * | |
| Louise Ball, Timothy D. Ball, Michael Ball, | * | |
| Lesia Ball, Willie J. Ball, Michael Barkley, | * | |
| Delvis Barnes, Elic Barnes, Paul Barnes, | * | |
| individually and o/b/o L.B., Stefanie Barnes, | * | |
| Latasha Barnett, Francine Barney | * | |
| | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8250 | * | |
| Plaintiffs: David W. Aust, Jonice Baggett, | * | |
| individually and o/b/o M.B. and V.B., Michael P. | * | |
| Barial | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff: Laron Austin | * | |
| | * | |
| *Azar, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2596 | * | |
| Plaintiff: Alex Azar | * | |
| | * | |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8019 | * | |
| Plaintiffs: Nicky T. Babb, Tometha Barris, | * | |
| Dariyona Barris | * | |
| | * | |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8479 | * | |
| Plaintiff: Louis Babin, III | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiff: June J. Bailey | * | |
| | * | |

| | |
|---|---|
| *Abram, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-196<br>Plaintiff:  Marguerite Bailey-Kelly | *<br>*<br>*<br>* |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8217<br>Plaintiffs: Shell Latricee Baker, Eugene Barnes,<br>Paula Barnes, Sannie Barnes | *<br>*<br>*<br>*<br>* |
| *Acker, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-2962<br>Plaintiffs:  Thomas Baker, Jr., individually and<br>o/b/o Brideja Baker | *<br>*<br>*<br>*<br>* |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8000<br>Plaintiffs: Thomas Baker, Jr., Bridgette Baker<br>o/b/o Brideja Baker, Shane Baker o/b/o Shawn<br>Baker | *<br>*<br>*<br>*<br>* |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8112<br>Plaintiffs:  Willie J. Ball, Delvis Barnes, Paula<br>Barnes, individually and o/b/o L.B. | *<br>*<br>*<br>*<br>* |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3679<br>Plaintiff:  Marifar G. Baltazar | *<br>*<br>*<br>* |
| *Badar, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3681<br>Plaintiffs:  Marifar G. Baltazar, Allen S. Barclay,<br>Danielle S. Bastoe | *<br>*<br>*<br>*<br>* |
| *Domino, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-2934<br>Plaintiff: Kolby Bangham | *<br>*<br>*<br>* |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8092<br>Plaintiffs:  Mae Helen Banks, Shakela Banks,<br>Bradley Barnes, Emma J. Barnes | *<br>*<br>*<br>*<br>* |
| *Adams, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8644<br>Plaintiff:  Percy J. Barard, Jr. | *<br>*<br>* |

|  |  |
|---|---|
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2335 | * |
| Plaintiff: Gerald Bargeman | * |
| | * |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4794 | * |
| Plaintiff: Robin Barkins | * |
| | * |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-1356 | * |
| Plaintiffs: Keith Barkley, Kevin Barkley | * |
| | * |
| *Bartel, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3943 | * |
| Plaintiffs: Sherry Bartel, individually and o/b/o Anthony Bartel | * |

*****************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24230-3).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

00294691-1

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 23rd day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00294691-1