UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8203 | * | |
| Plaintiffs: Enjali Ausmer, LaShun G. Ausmer, | * | |
| Lawanda Austin, Angeline Ball, Tracey Ball, | * | |
| Louise Ball, Timothy D. Ball, Michael Ball, | * | |
| Lesia Ball, Willie J. Ball, Michael Barkley, | * | |
| Delvis Barnes, Elic Barnes, Paul Barnes, | * | |
| individually and o/b/o L.B., Stefanie Barnes, | * | |
| Latasha Barnett, Francine Barney | * | |
| | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8250 | * | |
| Plaintiffs: David W. Aust, Jonice Baggett, | * | |
| individually and o/b/o M.B. and V.B., Michael P. | * | |
| Barial | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff: Laron Austin | * | |
| | * | |
| *Azar, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2596 | * | |
| Plaintiff: Alex Azar | * | |
| | * | |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8019 | * | |
| Plaintiffs: Nicky T. Babb, Tometha Barris, | * | |
| Dariyona Barris | * | |
| | * | |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8479 | * | |
| Plaintiff: Louis Babin, III | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiff: June J. Bailey | * | |
| | * | |
| *Abram, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-196 | * | |

00294682-1

| | |
|---|---|
| Plaintiff: Marguerite Bailey-Kelly | * |
| | * |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8217 | * |
| Plaintiffs: Shell Latricee Baker, Eugene Barnes, Paula Barnes, Sannie Barnes | * |
| | * |
| *Acker, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-2962 | * |
| Plaintiffs: Thomas Baker, Jr., individually and o/b/o Brideja Baker | * |
| | * |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8000 | * |
| Plaintiffs: Thomas Baker, Jr., Bridgette Baker o/b/o Brideja Baker, Shane Baker o/b/o Shawn Baker | * |
| | * |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8112 | * |
| Plaintiffs: Willie J. Ball, Delvis Barnes, Paula Barnes, individually and o/b/o L.B. | * |
| | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3679 | * |
| Plaintiff: Marifar G. Baltazar | * |
| | * |
| *Badar, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3681 | * |
| Plaintiffs: Marifar G. Baltazar, Allen S. Barclay, Danielle S. Bastoe | * |
| | * |
| *Domino, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-2934 | * |
| Plaintiff: Kolby Bangham | * |
| | * |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8092 | * |
| Plaintiffs: Mae Helen Banks, Shakela Banks, Bradley Barnes, Emma J. Barnes | * |
| | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8644 | * |
| Plaintiff: Percy J. Barard, Jr. | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |

| | |
|---|---|
| Docket No. 10-2335 | * |
| Plaintiff: Gerald Bargeman | * |
| | * |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4794 | * |
| Plaintiff: Robin Barkins | * |
| | * |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-1356 | * |
| Plaintiffs: Keith Barkley, Kevin Barkley | * |
| | * |
| *Bartel, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3943 | * |
| Plaintiffs: Sherry Bartel, individually and o/b/o | * |
| Anthony Bartel | * |

*****************************************************************************

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs is hereby set for submission on the 8th day of February, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397**)
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)

         tim@scanlayr.com
         dewey@scanlayr.com
         ***Counsel for Gulf Stream Coach, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

         s/Andrew D. Weinstock
         _____
         ANDREW D. WEINSTOCK #18495
         andreww@duplass.com