UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * | CIVIL ACTION NO. 1873 |
| | * | |
| This Document Relates To: | * | JUDGE ENGELHARDT |
| *Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279) | * | MAGISTRATE CHASEZ |

**********************************

### UNOPPOSED PARTIAL MOTION TO WITHDRAW MORGAN'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

On December 121 2011, defendant, Morgan Buildings & Spas, Inc. (Morgan), moved to dismiss the claims of Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, Jerry Womack, and Kenny James Womack, with prejudice, for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets. (See R. Doc. 23954). Morgan's motion was based on Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, Jerry Womack, and Kenny James Womack's failure to provide information sufficiently identifying in which temporary housing unit they resided, among their failure to respond to other Plaintiff Fact Sheet questions. On January 17, 2012, the plaintiffs filed an opposition to Morgan's motion wherein Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, and Kenny James Womack provided supplemental plaintiff fact sheets identifying their THU by VIN number and answering other Plaintiff Fact Sheet questions. (See R. Doc. 24173). Accordingly, Morgan has determined that Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, and Kenny James Womack have now provided sufficient information concerning their THU and Morgan desires to withdraw its previously filed motion to dismiss as to these plaintiffs only.

399068.1

1

Undersigned counsel certifies that she contacted plaintiffs' counsel on January 23, 2012, concerning Morgan's motion to withdraw and spoke with plaintiffs' counsel's assistant. Plaintiffs' counsel's assistant indicated that they had no opposition to the filing of this motion.

Accordingly, Morgan Building & Spas, Inc. respectfully moves the court to grant its motion to withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 32, withdrawing the motion as to Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, and Kenny James Womack, only.  Morgan does not withdraw it's motion as to Jerry Womack.

>Respectfully submitted,
>
>*/s/ Amanda S. Stout*
>Christine Lipsey (La. Bar Roll No. 1182), T.A.
>Dan E. West (La. Bar Roll No. 13372)
>Amanda S. Stout (La. Bar Roll No. 29001)
>McGLINCHEY STAFFORD, PLLC
>One American Place, 14th floor
>Baton Rouge, Louisiana 70825
>Telephone:  (225) 383-9000
>Facsimile:  (225) 343-3076
>
>ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC.

**Certificate of Service**

I certify that, on January 23, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

>*/s/ Amanda S. Stout*
>Amanda S. Stout

399068.1