UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * | CIVIL ACTION NO. 1873 |
| | * | JUDGE ENGELHARDT |
| This Document Relates To: | * * * | |
| *Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279) | * * | MAGISTRATE CHASEZ |

**********************************************

## Order

Considering the foregoing Unopposed Partial Motion To Withdraw The Motion To Dismiss For Failure To Comply With Pre-Trial Order No. 32 (R. Doc. 23954) filed by Morgan Buildings & Spas, Inc.:

IT IS ORDERED that the Unopposed Partial Motion To Withdraw The Motion To Dismiss For Failure To Comply With Pre-Trial Order No. 32 is GRANTED, and accordingly, the motion to dismiss (R. Doc. 23954) filed by Morgan Buildings & Spas, Inc. on December 21, 2011, as to Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, and Kenny James Womack, only, will be withdrawn from the court's docket.  The motion will remain pending as to plaintiff Jerry Womack.

New Orleans, Louisiana, this _____ day of January , 2012.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

399067.1