UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * * * | CIVIL ACTION NO. 1873 |
| | * | JUDGE ENGELHARDT |
| This Document Relates To: | * * | |
| *Leanderous McClendon, et al.  v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279) | * * | MAGISTRATE CHASEZ |

*************************************

### Pre-Trial Order No. 10 Certificate of Compliance

In accordance with Pre-trial Order No. 10, I hereby certify that I contacted counsel for plaintiffs on January 20, 2012, concerning this motion. I spoke with plaintiffs' counsel's assistant, Dee, who advised that they have no opposition to the filing of this motion.

                 Respectfully submitted,

                 */s/ Amanda S. Stout*
                 Christine Lipsey (La. Bar Roll No. 1182), T.A.
                 Dan E. West (La. Bar Roll No. 13372)
                 Amanda S. Stout (La. Bar Roll No. 29001)
                 McGLINCHEY STAFFORD, PLLC
                 One American Place, 14th floor
                 Baton Rouge, Louisiana 70825
                 Telephone:  (225) 383-9000
                 Facsimile:  (225) 343-3076

                 Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.