UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279) | * MAGISTRATE CHASEZ <br> * |

*************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER 32 RELATING TO PLAINTIFF FACT SHEETS

Morgan Building Systems, Inc. (Morgan), respectfully requests that this Court grant it leave to file the attached Reply Memorandum in Support of its Motion To Dismiss With Prejudice For Failure To Comply With Pre-Trial Order 32 Relating To Plaintiff Fact Sheets. Morgan requests leave to briefly address the arguments raised in plaintiffs' opposition memorandum concerning plaintiff Jerry Womack (R. Doc. 24173). The reply brief will further assist the Court in analyzing the pertinent issues in this matter.

Plaintiffs' counsel has not responded as to whether plaintiffs oppose this motion.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC. AND MORGAN BUILDING
SYSTEMS, INC.

### Certificate of Service

I certify that, on January 23, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout

### Pre-Trial Order No. 10 Certification

Undersigned counsel certifies that she left a message with plaintiffs' counsel's assistant on January 23, 2012, to determine whether plaintiffs would oppose this motion. At the time of the filing of this motion, undersigned counsel had not received a response from plaintiffs' counsel.

*/s/ Amanda S. Stout*
Amanda S. Stout