UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * * * * | CIVIL ACTION NO. 1873 |
| | | JUDGE ENGELHARDT |
| This Document Relates To: | | |
| *Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279) | * * | MAGISTRATE CHASEZ |

******************************************

## ORDER

Considering Morgan Building Systems, Inc.'s Motion for Leave to File its Reply Memorandum in Support of its Motion To Dismiss With Prejudice For Failure To Comply With Pre-Trial Order 32 Relating To Plaintiff Fact Sheets:

IT IS ORDERED that the motion is GRANTED and the attached Reply Memorandum in Support of its Motion To Dismiss With Prejudice For Failure To Comply With Pre-Trial Order 32 Relating To Plaintiff Fact Sheets be filed into the record of this proceeding.

Thus done and signed on this _____ day of _____, 2012.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

399172.1