UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE | * | |
|      PRODUCTS LIABILITY | * | SECTION: N(5) |
|      LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8467 | * | |
| Plaintiff: Patrice Batiste | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8217 | * | |
| Plaintiffs: Jerry Battise, Jr., individually and o/b/o | * | |
| J.B., Jerry Battise, Marcus Beasley, Susan Beech, | * | |
| individually and o/b/o M.B. | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiffs: Dominique Baxter, Rodney Baxter, | * | |
| Paul Beason, Christopher Bendy | * | |
| | * | |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4794 | * | |
| Plaintiffs: June Baxter, Michael Beroid | * | |
| | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8320 | * | |
| Plaintiff: Octave Bazanac | * | |
| | * | |
| *Bazzelle, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2356 | * | |
| Plaintiff: Belinda Bazzelle, individually and | * | |
| o/b/o S.B. | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8645 | * | |
| Plaintiffs: Windell T. Bean, Calvin Bickham, III | * | |
| | * | |
| *Ables, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5597 | * | |
| Plaintiff: Issac Beard | * | |
| | * | |
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al* | * | |

00294853-1

| | |
|---|---|
| Docket No. 09-4938 | * |
| Plaintiff: David Beaulieu, individually and o/b/o | * |
| RJ.B., Wellington Beaulieu | * |
| | * |
| *Raymond, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3890 | * |
| Plaintiffs: Denetra Hall Beaulieu, Jerome Beaulieu, | * |
| Sr., Jerome Beaulieu o/b/o Alexander Hall, | * |
| Jerneka Beaulieu, Jerome Beaulieu | * |
| | * |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8250 | * |
| Plaintiffs: Linda Annette Beck, Steven Oneal | * |
| Bell, Cozert C. Berry | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2887 | * |
| Plaintiff: Darla Bell | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8203 | * |
| Plaintiffs: Sharonda Bell o/b/o X.B., Q.B., | * |
| Quentin Mark Bell, Sr., Markiesha Bennett, | * |
| individually and o/b/o A.B. | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2335 | * |
| Plaintiffs: Justin Bellard, Pattie Bennett | * |
| Sherell Bennett | * |
| | * |
| *Cain, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2030 | * |
| Plaintiff: April Bennett | * |
| | * |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8019 | * |
| Plaintiffs: Joyce Marie Bennett, Malcolm T. | * |
| Beshard, Sharron G. Beshard | * |
| | * |
| *Briggs, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-7956 | * |
| Plaintiff: Linye Bennett | * |
| | * |
| | |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8479 | * |

| | |
|---|---|
| Plaintiff: James Bertucci | * |
| | * |
| *Barras, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-5728 | * |
| Plaintiffs: Christopher Bickham, Azelean Bickham | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8646 | * |
| Plaintiff: Calvin Bickham, III | * |
| | * |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8665 | * |
| Plaintiff: Calvin Bickham, III | * |
| | * |
| *Rodriguez, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8303 | * |
| Plaintiff: Christopher Bickham | * |

*****************************************************************************

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

- Patrice Batiste, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8467

- Jerry Battise, Jr., individually and o/b/o J.B., Jerry Battise, Marcus Beasley, Susan Beech, individually and o/b/o M.B., who filed suit in case(s) *Thomas, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8217

- Dominique Baxter, Rodney Baxter, Paul Beason, Christopher Bendy, who filed suit in case(s) *Acklin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7304

- June Baxter and Michael Beroid, who filed suit in case(s) *Alberti, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4794

- Octave Bazanac, who filed suit in case(s) *Bazanac, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8320

- Belinda Bazzelle, individually and o/b/o S.B., who filed suit in case(s) *Bazzelle, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2356

- Windell T. Bean and Calvin Bickham, III, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8645

- Issac Beard, who filed suit in case(s) *Ables, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5597

- David Beaulieu, individually and o/b/o RJ.B., Wellingston Beaulieu, who filed suit in case(s) *Krivjanick, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4938

- Denetra Hall Beaulieu, Jerome Beaulieu, Sr., Jerome Beaulieu o/b/o Alexander Hall, Jerneka Beaulieu and Jerome Beaulieu, who filed suit in case(s) *Raymond, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3890

- Linda Annette Beck, Steven Oneal Bell and Cozert C. Berry, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8250

- Darla Bell, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2887

- Sheronda Bell o/b/o X.B., Q.B., Quentin Mark Bell, Sr., Markiesha Bennett, individually and o/b/o A.B., who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- Justin Bellard, Pattie Bennett, Sherell Bennett, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2335

- April Bennett, who filed suit in case(s) *Cain, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2030

- Joyce Marie Bennett, Malcolm T. Beshard, Sharron G. Beshard, who filed suit in case(s) *Bennett, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8019

- Linye Bennett, who filed suit in case(s) *Briggs, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7956

- James Bertucci, who filed suit in case(s) *Aitkins, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8479

- Christopher Bickham and Azelean Bickham, who filed suit in case(s) *Barras, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5728

- Calvin Bickham, III, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8646 and *Anderson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8665

- Christopher Bickham, who filed suit in case(s) *Rodriguez, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8303

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        Three Lakeway Center, Suite 2900
        3838 N. Causeway Boulevard
        Metairie, Louisiana  70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**