| DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK | LAWRENCE J. DUPLASS<br>GARY M. ZWAIN (1)<br>DAVID J. BOURGEOIS<br>C. MICHAEL PFISTER<br>ANDREW D. WEINSTOCK (1)<br>GUYTON H. VALDIN, JR.<br>KELLY CAMBRE BOGART (1)<br>CHRISTIAN B. BOGART (1)<br>JOSEPH G. GLASS (2) | KEVIN R. DERHAM (3)<br>JOSEPH E. BEARDEN, III<br>JAIME M. CAMBRE<br>COREY M. OUBRE (1)<br>PAUL VERLANDER<br>NICOLE M. BOYER<br>RYAN M. MALONE<br>PHILIP G. WATSON | BEN S. DiPALMA<br>SHENDELLE T. POLK<br><br>*SPECIAL COUNSEL*<br>DAVID M. CAMBRE<br><br>(1) also admitted in Texas<br>(2) also admitted in Mississippi<br>(3) also admitted in Maryland |
|---|---|---|---|

July 19, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

  I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

  Plaintiffs have thirty (30) days or until **August 18, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

  The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Samuel Bates** | **John Eaves** |
| **Shantaner Bates** | **John Eaves** |
| **Charles Edward Bates** | **Watts Hilliard** |
| **Glenda Bates** | **Watts Hilliard** |
| **Heaven Bates** | **Watts Hilliard** |
| **Palmer Bates** | **Watts Hilliard** |
| **Gary Batey** | **Buzbee** |
| **Gary Batey** | **Parker Waichman** |
| **Gabrielle Batiste** | **GBDM&W** |
| **Jaionne Batiste** | **D'Amico** |
| **Patrice Batiste** | **D'Amico** |
| **Shalita Batiste** | **Parker Waichman** |
| **Rachad Batiste, Sr.** | **Parker Waichman** |
| **Aimee Batiste** | **Watts Hilliard** |
| **Alex Batiste** | **Watts Hilliard** |
| **Althera Batiste** | **Watts Hilliard** |

00211191-1           1

| | |
|---|---|
| **Ariel Batiste** | **Watts Hilliard** |
| **Carrie Batiste** | **Watts Hilliard** |
| **CoraDena Batiste** | **Watts Hilliard** |
| **Darryl Batiste** | **Watts Hilliard** |
| **Joann Batiste** | **Watts Hilliard** |
| **Madeline Ann Batiste** | **Watts Hilliard** |
| **Mioshi Batiste** | **Watts Hilliard** |
| **Theresa Batiste** | **Watts Hilliard** |
| **Thomas Batiste** | **Watts Hilliard** |
| **Amber Battise** | **Eaves** |
| **Jerry Batitse, Jr.** | **Eaves** |
| **Jerry Battise, II** | **Eaves** |
| **Termaybe Battiste, Jr.** | **Watts Hilliard** |
| **Adron D. Battle** | **Watts Hilliard** |
| **Keith Battle, Jr.** | **Watts Hilliard** |
| **Kristopher Doylen Battle** | **Watts Hilliard** |
| **Nancy Patrice Battle** | **Watts Hilliard** |
| **Keith Charles Battle, Sr.** | **Watts Hilliard** |
| **Lucian Baud** | **Parker Waichman** |
| **Damian Baudier** | **Watts Hilliard** |
| **Angela Chimento Bauer** | **Torres** |
| **Nicky Chimento Bauer** | **Torres** |
| **Stephen Philip Bauer** | **Torres** |
| **Rayelynn Bawcom** | **Watts Hilliard** |
| **Dominique Baxter** | **Parker Waichman** |
| **Rodney Baxter** | **Parker Waichman** |
| June Baxter | Mobile FEMA Group – Harang |
| Cleveland Bayley | **Watts Hilliard** |
| Octave Bazanac | HLC |
| Belinda Bazzelle | Hawkins, Stracener & Gibson |
| Savannah Bazzelle | Hawkins, Stracener & Gibson |
| Jimmy Beal | **Watts Hilliard** |
| Veronica Beal | **Watts Hilliard** |
| Wanda Beal | **Watts Hilliard** |
| Tayna Bean | Bruno |
| Ta'Shania Bean | Bruno |
| Windell Bean | Bruno |
| Issac Beard | Ladner |
| Lillian Beard | **Watts Hilliard** |
| Lisa M. Beard | **Watts Hilliard** |
| Thomas A. Beard | **Watts Hilliard** |
| Walter Beard | **Watts Hilliard** |
| Bianka Beardon | **Watts Hilliard** |
| Justin Beardon | **Watts Hilliard** |
| Natisha Beardon | **Watts Hilliard** |

| | |
|---|---|
| Marcus Beasley | Eaves |
| Rhonda Beasley | Buzbee |
| Rhonda Beasley | Bruno |
| Anna Beasley | Watts Hilliard |
| Essie M. Beasley | Watts Hilliard |
| Jamie Leigh Beasley | Watts Hilliard |
| O'Tarik R. Beasley | Watts Hilliard |
| Omeka R. Beasley | Watts Hilliard |
| Paul Beason | Parker Waichman |
| Joanna Beatty | Buzbee |
| Larry Beauchamp | Watts Hilliard |
| Percy Beaugez | PSC |
| Deja M. Beaugh | Watts Hilliard |
| Jessica L. Beaugh | Watts Hilliard |
| Marie Lynetta Beaugh | Watts Hilliard |
| Verla Faye Beauth | Watts Hilliard |
| David Beaulieu | HLC |
| David Beaulieu o/b/o RJ. B. | HLC |
| Denetra Hall Beaulieu | HLC |
| Jerome Beaulieu o/b/o Alexander Hall | HLC |
| Jerome Beaulieu o/b/o Jerneka Beaulieu | HLC |
| Jerome Beaulieu o/b/o Jerome Beaulieu | HLC |
| Wellington Beaulieu | HLC |
| Jerome Beaulieu, Sr. | HLC |
| Jonathan Bechet | Buzbee |
| Linda Beck | Eaves |
| O'Neil Joseph Beckford | Watts Hilliard |
| Joseph Beckworth | Watts Hilliard |
| Margie Beckworth | Watts Hilliard |
| Trinity Beckworth | Watts Hilliard |
| Bobby Becnel | Watts Hilliard |
| William Beddingfield | Eaves |
| Melissa Beech | Eaves |
| Susan Beech | Eaves |
| Dennis Belcher | Bruno |
| Anita Belcher | Watts Hilliard |
| Anthony Belcher | Watts Hilliard |
| Charles Belcher | Watts Hilliard |
| Edward Belcher | Watts Hilliard |
| Eliska Belcher | Watts Hilliard |
| Robert Belcher | Watts Hilliard |
| Annie Bell | Penton |
| Columbus Bell | HLC |
| David Bell | HLC |
| Lavern Bell | D'Amico |

| | |
|---|---|
| Lula Bell | Eaves |
| Lusa Bell | Schmidt |
| Minor Bell | Lambert & Nelson |
| Stacy Bell | Buzbee |
| Steven Bell | Eaves |
| Tammy Bell | Bruno |
| Xavier Bell | Eaves |
| Carien Bell | Watts Hilliard |
| Christoph Bell | Watts Hilliard |
| Darla Bell | Mobile FEMA Group – Harang |
| Deana Bell | Watts Hilliard |
| Garmillia Bell | Watts Hilliard |
| Quentin Bell, Jr. | Eaves |
| Quentin Bell, Sr. | Eaves |
| Debra J. Bellamy | Watts Hilliard |
| Baby Bellanger | Watts Hilliard |
| Tynia Bellanger | Watts Hilliard |
| James A. Bellany | Watts Hilliard |
| Justin Bellard | Buzbee |
| Philbric Bellard, I | Watts Hilliard |
| Philbric Bellard, II | Watts Hilliard |
| Jasmine Bellard | Watts Hilliard |
| Chester Burton Bellard, Jr. | Watts Hilliard |
| Larry Joseph Bellard, Jr. | Watts Hilliard |
| Michelle Bellard | Watts Hilliard |
| Oneischa R. Bellard | Watts Hilliard |
| Peggy Bellard | Watts Hilliard |
| Tammy Bellard | Watts Hilliard |
| Frank Bellazer | HLC |
| Darius Isaiah Bellow | Watts Hilliard |
| Lesley Patrice Bellow, Jr. | Watts Hilliard |
| Wanda M. Bellow | Watts Hilliard V |
| Cynthia Freeman Belton | Watts Hilliard |
| Terrence Ben | Schmidt |
| Armando Benavidez | Watts Hilliard |
| Christopher Bendy | Parker Waichman |
| John Benezve | Watts Hilliard |
| Michael Joseph Benfatti | Torres |
| Louis Beneitez | Buzbee |
| Michael Bennet | Eaves |
| Adonia Bennett | Eaves |
| April Bennett | D'Amico |
| Charlie Bennett | Eaves |
| Jakob Bennett | Torres |
| Joyce Bennett | Eaves |

| | |
|---|---|
| Linye Bennett | Nexsen Pruet |
| Markiesha Bennett | Eaves |
| Nicole Bennett | Torres |
| Pattie Bennett | Buzbee |
| Shannon Bennett | Eaves |
| Sherell Bennett | Buzbee |
| Tony Bennett | Eaves |
| Tiffany Bennett | Penton |
| Angela Bennett | Watts Hilliard |
| Gloria Bennett | Watts Hilliard |
| Jeffrey Bennett | Watts Hilliard |
| Joshua Bennett | Watts Hilliard |
| Michelle Bennette | Watts Hilliard |
| Nathaniel Bennett | Watts Hilliard |
| Richard Bennett | Watts Hilliard |
| Sandra Bennett | Watts Hilliard |
| Tonjiria Bennett | Watts Hilliard |
| Jerren Seth Benoit | Watts Hilliard |
| James Benoit, Sr. | Watts Hilliard |
| Tashonda Benoit | Watts Hilliard |
| Bernice Beraud | Buzbee |
| Jesse Bergeron | Watts Hilliard |
| Karen Bergeron | Watts Hilliard |
| Andred Bernard | D'Amico |
| Angel Bernard | D'Amico |
| Antoneisha Bernard | D'Amico |
| Calvin Beard | GBDM&W |
| Eric Bernard | Torres |
| Ilena Bernard | Buzbee |
| Jelisle Bernard | Eaves |
| Laura Bernard | HLC |
| Leon Bernard | Buzbee |
| Mia Bernard o/b/o Mya Williams | GBDM&W |
| Norell Bernard | Buzbee |
| Ashley Dawn Bernard | Watts Hilliard |
| Donte Javon Bernard | Watts Hilliard |
| Felton Bernard | Watts Hilliard |
| Brian Bernard, III | D'Amico |
| Brian Bernard, Jr. | D'Amico |
| Kandice Bernard | Watts Hilliard |
| Michael Bernard | Watts Hilliard |
| Paris Bernard | Watts Hilliard |
| Paula Bernard | Watts Hilliard |
| Frank Berndt | Bruno |
| Frank Berndt | HLC |

| | |
|---|---|
| **Joseph Bernhartd, III** | Becnel |
| **Joseph Bernhartd, Jr.** | Becnel |
| **Michael Beroid** | Mobile FEMA Group – Harang |
| **Cloteel Bery** | HLC |
| **Cozert Berry** | Eaves |
| **James Berry** | Hawkins Stracener & Gibson |
| **Robin Berry** | Hawkins Stracener & Gibson |
| **Chrishell Berry** | Watts Hilliard |
| **Troy Berry, Jr.** | D'Amico |
| **Temikia Berry** | Watts Hilliard |
| **Louis Berteau** | D'Amico |
| **Minique berthelot** | Watts Hilliard |
| **Richard Bertrand** | Buzbee |
| **Derrick J. Bertrand, Jr.** | Watts Hilliard |
| **Kainen Paul Bertrand** | Watts Hilliard |
| **Kassie Bertrand** | Watts Hilliard |
| **Kendrick Paul Bertrand** | Watts Hilliard |
| **James Bertucci** | D'Amico |
| **Larry Berzat** | Bruno |
| **Malcolm Beshard** | Eaves |
| **Sharron Beshard** | Eaves |
| **Dorene Garcia Besse** | Torres |
| **Vernon Dugal Besse, Jr.** | Torres |
| **Tryone Beverly** | Bruno |
| **Vincent Beverly** | Bruno |
| **Vincent Beverly** | Schmidt |
| **Lynette Bevrotte** | Penton |
| **Lynette Bevrotte** | Schmidt |
| **Alfred Bickham** | PSC |
| **Azelean Bickham** | HLC |
| **Calvin Bickham** | Bruno |
| **Christopher Bickham** | HLC |
| **Debra Bickham** | PSC |
| **Vicki Bickham** | D'Amico |
| **Brian Bickham** | Watts Hilliard |
| **Lorraine Bickham** | Watts Hilliard |
| **Albert Biehl** | Watts Hilliard |
| **Brenda Biehl** | Watts Hilliard |
| **Derrick Bienemy** | Torres |
| **Donald Bienemy** | HLC |
| **Donald Bienemy o/b/o Amber Sellers** | HLC |
| **Donald Bienemy o/b/o Jasmine Sellers** | HLC |
| **Janae Bienemy** | D'Amico |
| **Tyson M. Bienemy** | Torres |
| **Vantrel Bienemy** | Torres |

| Davinque Bienemy | Watts Hilliard |
| --- | --- |
| Kedra Bienemy | Watts Hilliard |
| Kelvin Bienemy | Watts Hilliard |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm\