UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8467 | * | |
| Plaintiff: Patrice Batiste | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8217 | * | |
| Plaintiffs: Jerry Battise, Jr., individually and o/b/o | * | |
| J.B., Jerry Battise, Marcus Beasley, Susan Beech, | * | |
| individually and o/b/o M.B. | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiffs: Dominique Baxter, Rodney Baxter, | * | |
| Paul Beason, Christopher Bendy | * | |
| | * | |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4794 | * | |
| Plaintiffs: June Baxter, Michael Beroid | * | |
| | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8320 | * | |
| Plaintiff: Octave Bazanac | * | |
| | * | |
| *Bazzelle, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2356 | * | |
| Plaintiff: Belinda Bazzelle, individually and | * | |
| o/b/o S.B. | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8645 | * | |
| Plaintiffs: Windell T. Bean, Calvin Bickham, III | * | |
| | * | |
| *Ables, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5597 | * | |
| Plaintiff: Issac Beard | * | |
| | * | |

00294863-1

| | |
|---|---|
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-4938<br>Plaintiff: David Beaulieu, individually and o/b/o<br>RJ.B., Wellington Beaulieu | *<br>*<br>*<br>*<br>* |
| *Raymond, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-3890<br>Plaintiffs: Denetra Hall Beaulieu, Jerome Beaulieu, Sr., Jerome Beaulieu o/b/o Alexander Hall, Jerneka Beaulieu, Jerome Beaulieu | *<br>*<br>*<br>*<br>*<br>* |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8250<br>Plaintiffs: Linda Annette Beck, Steven Oneal Bell, Cozert C. Berry | *<br>*<br>*<br>*<br>* |
| *Allen, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2887<br>Plaintiff: Darla Bell | *<br>*<br>*<br>* |
| *Allen, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8203<br>Plaintiffs: Sharonda Bell o/b/o X.B., Q.B., Quentin Mark Bell, Sr., Markiesha Bennett, individually and o/b/o A.B. | *<br>*<br>*<br>*<br>*<br>* |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2335<br>Plaintiffs: Justin Bellard, Pattie Bennett<br>Sherell Bennett | *<br>*<br>*<br>*<br>* |
| *Cain, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2030<br>Plaintiff: April Bennett | *<br>*<br>*<br>* |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8019<br>Plaintiffs: Joyce Marie Bennett, Malcolm T. Beshard, Sharron G. Beshard | *<br>*<br>*<br>*<br>* |
| *Briggs, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-7956<br>Plaintiff: Linye Bennett | *<br>*<br>*<br>* |

| | |
|---|---|
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8479 | * |
| Plaintiff: James Bertucci | * |
| | * |
| *Barras, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-5728 | * |
| Plaintiffs: Christopher Bickham, Azelean Bickham | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8646 | * |
| Plaintiff: Calvin Bickham, III | * |
| | * |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8665 | * |
| Plaintiff: Calvin Bickham, III | * |
| | * |
| *Rodriguez, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8303 | * |
| Plaintiff: Christopher Bickham | * |

*****************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24230-3).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

00294863-1

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00294863-1