UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8467 | * | |
| Plaintiff: Patrice Batiste | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8217 | * | |
| Plaintiffs: Jerry Battise, Jr., individually and o/b/o | * | |
| J.B., Jerry Battise, Marcus Beasley, Susan Beech, | * | |
| individually and o/b/o M.B. | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiffs: Dominique Baxter, Rodney Baxter, | * | |
| Paul Beason, Christopher Bendy | * | |
| | * | |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4794 | * | |
| Plaintiffs: June Baxter, Michael Beroid | * | |
| | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8320 | * | |
| Plaintiff: Octave Bazanac | * | |
| | * | |
| *Bazzelle, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2356 | * | |
| Plaintiff: Belinda Bazzelle, individually and | * | |
| o/b/o S.B. | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8645 | * | |
| Plaintiffs: Windell T. Bean, Calvin Bickham, III | * | |
| | * | |
| *Ables, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5597 | * | |
| Plaintiff: Issac Beard | * | |
| | * | |
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4938 | * | |
| Plaintiff: David Beaulieu, individually and o/b/o | * | |

00294866-1

| | |
|---|---|
| RJ.B., Wellington Beaulieu | * |
| | * |
| *Raymond, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3890 | * |
| Plaintiffs: Denetra Hall Beaulieu, Jerome Beaulieu, Sr., Jerome Beaulieu o/b/o Alexander Hall, Jerneka Beaulieu, Jerome Beaulieu | * |
| | * |
| | * |
| | * |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8250 | * |
| Plaintiffs: Linda Annette Beck, Steven Oneal Bell, Cozert C. Berry | * |
| | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2887 | * |
| Plaintiff: Darla Bell | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8203 | * |
| Plaintiffs: Sharonda Bell o/b/o X.B., Q.B., Quentin Mark Bell, Sr., Markiesha Bennett, individually and o/b/o A.B. | * |
| | * |
| | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2335 | * |
| Plaintiffs: Justin Bellard, Pattie Bennett Sherell Bennett | * |
| | * |
| | * |
| *Cain, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2030 | * |
| Plaintiff: April Bennett | * |
| | * |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8019 | * |
| Plaintiffs: Joyce Marie Bennett, Malcolm T. Beshard, Sharron G. Beshard | * |
| | * |
| | * |
| *Briggs, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-7956 | * |
| Plaintiff: Linye Bennett | * |
| | * |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8479 | * |
| Plaintiff: James Bertucci | * |
| | * |
| *Barras, et al v. Gulf Stream Coach, Inc., et al* | * |

| | |
|---|---|
| Docket No. 09-5728 | * |
| Plaintiffs: Christopher Bickham, Azelean Bickham | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8646 | * |
| Plaintiff: Calvin Bickham, III | * |
| | * |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8665 | * |
| Plaintiff: Calvin Bickham, III | * |
| | * |
| *Rodriguez, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8303 | * |
| Plaintiff: Christopher Bickham | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs is hereby set for submission on the 8th day of February, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com