UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8250 | * | |
| Plaintiffs:  Tiffany Ann Biggs, Natasha Nicole | * | |
| Biggs, Chasity L. Biggs, Louretha Bolden, | * | |
| Toriano Bovastro, Taryll Demond Bovastro, | * | |
| Richard C. Broadus, Patricia A. Broadus, Necole | * | |
| Broughton, individually and o/b/o A.B., Tekeshia | * | |
| L. Broughton, Roy Broughton, Jr., Roy Broughton, | * | |
| Sr. | * | |
| | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3681 | * | |
| Plaintiffs:  Dexter M. Bigting, Susan Bigting | * | |
| o/b/o J.B., Justin B. Bigting, Brian C. Boudreaux | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiffs:  Joel Harvey Binder, Deloris Bolton, | * | |
| individually and o/b/o M.b., Deborah G. Bolton, | * | |
| Felicia Bolton o/b/o D.B., Derrick Bowie, Fredrick | * | |
| Bowie, Edwina G. Bowie, Elizabeth Bradshaw, | * | |
| Stephen Brauchle o/b/o S.B., Connie W. Breshers | * | |
| | * | |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8112 | * | |
| Plaintiff:  James D. Blackledge | * | |
| | * | |
| *Howard, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-6028 | * | |
| Plaintiffs:  Chadsidy Blackstone, individually and | * | |
| o/b/o Jaylyn Blackstone, Mandell Blackstone, | * | |
| Carl Bowman | * | |

*Krivjanick, et al v. Gulf Stream Coach, Inc., et al*    *

00294972-1

Docket No. 09-4938                                             *
Plaintiffs:  Shantell Blanchard, individually and             *
o/b/o S.G.                                                    *
                                                              *
*Handy, et al v. Gulf Stream Coach, Inc., et al*              *
Docket No. 09-4936                                            *
Plaintiffs:  Treva Blouin, individually and o/b/o             *
Christian Hamilton                                            *
                                                              *
*Ferguson, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 09-8134                                            *
Plaintiff:  Gary Bodine                                       *
                                                              *
*Acklin, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 09-7304                                            *
Plaintiffs:  Jo Boihem, Hayward Bourque                       *
                                                              *
*Bennett, et al v. Gulf Stream Coach, Inc., et al*            *
Docket No. 09-8019                                            *
Plaintiffs:  William E. Bolton, Jr., William                  *
Bolton, Sr., Irwin L. Bothe, Jr., Edward Bourgeois,           *
Mary Bourgeois                                                *
                                                              *
*Alexander, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-8646                                            *
*Anderson, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 09-8665                                            *
Plaintiff:  Brian M. Bonner                                   *
                                                              *
*Acosta, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 10-3551                                            *
*Acosta, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 10-3679                                            *
Plaintiff:  Brian C. Boudreaux                                *
                                                              *
*Mosley, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 10-1356                                            *
Plaintiffs:  Warren L. Bourgeois, Sr., Roosevelt              *
Breland                                                       *
                                                              *


*Butler, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 09-8471                                            *

*Alexander, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 09-8467        \*
Plaintiffs:  Lucille Breland, Ronald Breland  \*
                \*

*Boutte, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 10-2470        \*
Plaintiff:  Gerard Boutte       \*
                \*

*Rayfield, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 09-8468        \*
Plaintiff:   Demetrice Bowman     \*
                \*

*Ables, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 09-5597        \*
Plaintiff:  John A. Boyd       \*
                \*

*Bailey, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 09-8476        \*
Plaintiffs:  Cynthia Boykins, Gabrielle Boykins, \*
Emma Brock          \*
                \*

*Thomas, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 09-8217        \*
Plaintiffs:  Shannon Bracebridge, Beverly Breal \*
                \*

*Allen, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 10-2887        \*
Plaintiffs:  Thomas Bradfield, George Britton  \*
                \*

*Thomas, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 09-4631        \*
Plaintiffs:  Chelsea Brady, Tyshae Brady   \*
                \*

*Davis, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 09-8150        \*
Plaintiff:  Stephen K. Brauchle, Sr.    \*
                \*

*Sapp, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 09-2942        \*
Plaintiff:  Jammal Breaux      \*
                \*

*Silas, et al v. Gulf Stream Coach, Inc., et al*    \*
Docket No. 10-476         \*
Plaintiff:  Lashanda Y. Brent     \*

|  | * |
| --- | --- |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8667 | * |
| Plaintiff:  Ricky Blanchard | * |
|  | * |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4228 | * |
| Plaintiffs:   Kendrick Brook | * |
|  | * |
| *Cade, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2494 | * |
| Plaintiff: Jahmari Brooks | * |
|  | * |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8279 | * |
| Plaintiff:  Beatrice Brown | * |
|  | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8470 | * |
| Plaintiffs:  Dale Brown, Floyd Brown | * |
|  | * |
| *Au, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2572 | * |
| Plaintiff:  Darcell Brown | * |
|  | * |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3906 | * |
| Plaintiffs:  Jamal Brown, Jamar Brown | * |

**************************************************************************

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

- Tiffany Ann Biggs, Natasha Nicole Biggs, Chasity L. Biggs, Louretha Bolden, Toriano Bovastro, Taryll Demond Bovastro, Richard C. Broadus, Patricia A. Broadus, Necole Broughton, individually and o/b/o A.B., Tekeshia L. Broughton,

Roy Broughton, Jr., Roy Broughton, Sr., who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8250

- Dexter M. Bigting, Susan Bigting o/b/o J.B., Justin B. Bigting, Brian C. Boudreaux, who filed suit in case(s) *Bader, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3681

- Joel Harvey Binder, Deloris Bolton, individually and o/b/o M.B., Deborah G. Bolton, Felicia Bolton o/b/o D.B., Derrick Bowie, Fredrick Bowie, Edwina G. Bowie, Elizabeth Bradshaw, Stephen Brauchle o/b/o S.B., Connie W. Breshers, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- James D. Blackledge, who filed suit in case(s) *Blackledge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8112

- Chadsidy Blackstone, individually and o/b/o Jaylyn Blackstone, Mandell Blackstone, Carl Bowman, who filed suit in case(s) *Howard, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-6028

- Shantell Blanchard, individually and o/b/o S.G., who filed suit in case(s) *Krivjanick, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4938

- Treva Blouin, individually and o/b/o Christian Hamilton, who filed suit in case(s) *Handy, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4936

- Gary Bodine, who filed suit in case(s) *Ferguson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8134

- Jo Boihem, Hayward Bourque, who filed suit in case(s) *Acklin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7304

- William E. Bolton, Jr., William Bolton, Sr., Irwin L. Bothe, Jr., Edward Bourgeois,

Mary Bourgeois, who filed suit in case(s) *Bennett, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8019

- Brian C. Boudreaux, who filed suit in case(s) *Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3551 and *Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3679

- Warren L. Bourgeois, Sr. and Roosevelt Breland, who filed suit in case(s) *Mosley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-1356

- Lucille Breland and Ronald Breland, who filed suit in case(s) *Butler, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8471 and *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8467

- Gerard Boutte, who filed suit in case(s) *Boutte, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2470

- Demetrice Bowman, who filed suit in case(s) *Rayfield, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8468

- John A. Boyd, who filed suit in case(s) *Ables, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5597

- Cynthia Boykins, Gabrielle Boykins, Emma Brock, who filed suit in case(s) *Bailey, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8476

- Shannon Bracebridge, Beverly Breal, who filed suit in case(s) *Thomas, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8217

- Thomas Bradfield and George Britton, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2887

- Chelsea Brady and Tyshae Brady, who filed suit in case(s) *Thomas, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4631

- Stephen K. Brauchle, Sr., who filed suit in case(s) *Davis, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8150

- Jammal Breaux, who filed suit in case(s) *Sapp, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-2942

- Lashanda Y. Brent, who filed suit in case(s) *Silas, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-476

- Ricky Blanchard, who filed suit in case(s) *Blanchard, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8667

- Kendrick Brook, who filed suit in case(s) *Bernice, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4228

- Jahmari Brooks, who filed suit in case(s) *Cade, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2494

- Beatrice Brown, who filed suit in case(s) *Brown, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8279

- Dale Brown and Floyd Brown, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8470

- Darcell Brown, who filed suit in case(s) *Au, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2572

- Jamal Brown and Jamar Brown, who filed suit in case(s) *Camp, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3906

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of January, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK**