# DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON

BEN S. DiPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

July 21, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **August 22, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Albert Bierrio** | **HLC** |
| **Gwendolyn Bierrio** | **HLC** |
| **Chasity Biggs** | **Eaves** |
| **Natasha Biggs** | **Eaves** |
| **Norma Biggs** | **Torres** |
| **Tiffany Biggs** | **Eaves** |
| **Dwight Biggs** | **Watts Hilliard** |
| **Ida Mae Biggs** | **Watts Hilliard** |
| **Dexter M. Bigting** | **Torres** |
| **Joshua E. Bigting** | **Torres** |
| **Justin B. Bigting** | **Torres** |
| **Blake D. Bihm** | **Torres** |
| **Donald R. Bihm, Jr.** | **Torres** |
| **Nicholas Bijou** | **Buzbee** |
| **Martin J. Bilbo, Jr.** | **Watts Hilliard** |
| **Kydia K. Bilbo** | **Watts Hilliard** |

| | |
|---|---|
| **Kyla Edwards Bilbo** | **Watts Hilliard** |
| **Kyrel J. Bilbo** | **Watts Hilliard** |
| **Kyron Joseph Bilbo** | **Watts Hilliard** |
| **Shawn Bilbo** | **Watts Hilliard** |
| **Skyla Bilbo** | **Watts Hilliard** |
| **Jeffrey Billingsley** | **Watts Hilliard** |
| **Shanna Billingsley** | **Watts Hilliard** |
| **Bruce Billiot** | **D'Amico** |
| **Horace Billiot** | **Parker Waichman** |
| **Robert Logan Bimiom** | **Watts Hilliard** |
| **Cathy Binafegha admin Taylor Ashby** | **HLC** |
| **Joel Binder** | **Eaves** |
| **Mary McDonough o/b/o Dominic Bischone** | **Buzbee** |
| **Mary McDonough o/b/o Nicole Bischone** | **Buzbee** |
| **Tamara Bishop** | **Watts Hilliard** |
| **Geary Black** | **D'Amico** |
| **Kamin Black** | **Buzbee** |
| **Deborah Blackburn** | **Watts Hilliard** |
| **James Blackledge** | **Eaves** |
| **Carolyn Blackman** | **D'Amico** |
| **Ronzie Blackmon** | **Watts Hilliard** |
| **Chadsidy Blackstone** | **HLC** |
| **Chadsidy Blackstone o/b/o Jaylyn Blackstone** | **HLC** |
| **Mandell Blackstone** | **HLC** |
| **Clara Blackwell** | **Penton** |
| **Kenneth Blackwell** | **Penton** |
| **Lodgia Blaise** | **Watts Hilliard** |
| **Nathan Blaise, Sr.** | **Watts Hilliard** |
| **Eric Blaize** | **Watts Hilliard** |
| **Dejah Blanchard** | **Buzbee** |
| **Derek Blanchard** | **Buzbee** |
| **Shantel Blanchard** | **HLC** |
| **Shantel Blanchard o/b/o S.G. Blanchard** | **HLC** |
| **Alecia Yvette Blanchard** | **Watts Hilliard** |
| **Cameron Blankinchip** | **Watts Hilliard** |
| **Rob Blankinchip** | **Watts Hilliard** |
| **Ire Bledsoe** | **Eaves** |
| **Shanon Blouin** | **HLC** |
| **Treva Blouin o/b/o Christian Hamilton** | **HLC** |
| **Alice Blout** | **Parker Waichman** |
| **Howard Blue** | **HLC** |
| **Kevin Ray Blue** | **Watts Hilliard** |
| **Keyona Blue** | **Watts Hilliard** |
| **Laverne Blunt** | **Hall** |
| **Camenica Blunt** | **Watts Hilliard** |

| | |
|---|---|
| Christopher Blunt | Watts Hilliard |
| Frank Blunt, III | Watts Hilliard |
| Frank Blunt, Jr. | Watts Hilliard |
| Michael Blunt | Watts Hilliard |
| Rose Marie Blunt | Watts Hilliard |
| Madeline Boatmon | Watts Hilliard |
| Marcus Boatner | Watts Hilliard |
| Megan Bobbitt | Watts Hilliard |
| Corey Bobinger | Torres |
| Gary Bodine | Eaves |
| Richard Bogen (Bogan) | Hall |
| Maranda Bohome | Watts Hilliard |
| Niji Bohome | Watts Hilliard |
| Jo Boihem | Parker Waichman |
| Louretha Bolden | Eaves |
| Evamae Bolden | Watts Hilliard |
| ZaKyis Bolden | Watts Hilliard |
| ZaQuioya Bolden | Watts Hilliard |
| Zhyon Bolden | Watts Hilliard |
| Deborah Bolton | Eaves |
| Deloris Bolton | Eaves |
| DeQuaria Bolton | Eaves |
| Felicia Bolton | Eaves |
| Marcus Bolton | Eaves |
| William Bolton, Jr. | Eaves |
| William Bolton, Sr. | Eaves |
| Kathy Bond | FTLA - Jacobs |
| Renae Bond | FTLA - Jacobs |
| Amia' Bond | Watts Hilliard |
| Breona Bond | Watts Hilliard |
| Bruce Bond | Watts Hilliard |
| Brian bonner | Bruno |
| Kal J. Bonura | Torres |
| Lafrieda Booker | Eaves |
| Terrione Booker | Buzbee |
| Larry Booker | Watts Hilliard |
| Mary Booker | Watts Hilliard |
| Samuel Booker | Watts Hilliard |
| Sanyia Booker | Watts Hilliard |
| Shannon Booker | Watts Hilliard |
| Tyson M. Booker | Watts Hilliard |
| Wilda Booker | Watts Hilliard |
| Janice Boone | Eaves |
| Donovan Boone | Watts Hilliard |
| MyKayle Boone | Watts Hilliard |

| | |
|---|---|
| Nathan Boone | Watts Hilliard |
| Lawyer Boose, Jr. | Eaves |
| Ranice Booth | GBDM&W |
| Royale Booth | GBDM&W |
| T'Mea Booth | Watts Hilliard |
| Tamara J. Booth | Watts Hilliard |
| Tray D. Booth | Watts Hilliard |
| Lawrence M. Booze | Torres |
| Robin Booze | Torres |
| Yenan Booze | Torres |
| Ashley Bordelon | Watts Hilliard |
| Baron Borden | Schmidt |
| Golden Borden | Schmidt |
| Darryl Bordenave | HLC |
| Patricia Kay Borja | Torres |
| Amanda Borne | Watts Hilliard |
| Annette Borne | Watts Hilliard |
| Karalee Borne | Watts Hilliard |
| Keaira Borne | Watts Hilliard |
| Raquel Borne | Watts Hilliard |
| Cathy Bosarge | Buzbee |
| Hailey Bosarge | Watts Hilliard |
| Harlei Bosarge | Watts Hilliard |
| Holly S. Bosarge | Watts Hilliard |
| Terry Bosarge | Watts Hilliard |
| Brianna Bosco | Watts Hilliard |
| James Boston | Watts Hilliard |
| Bobby Boswell | Watts Hilliard |
| Irwin Bothe, Jr. | Eaves |
| Brian C. Boudreaux | Torres |
| Chloe' Boudreaux | Watts Hilliard |
| Jordan Boudreaux | Watts Hilliard |
| Scott Boudreaux, Jr. | Watts Hilliard |
| Rachelle Hudson Boudreaux | Watts Hilliard |
| Scott Andrew Boudreaux | Watts Hilliard |
| Steven A. Boudro | Watts Hilliard |
| Lorraine Boughton | Watts Hilliard |
| Johnathan Bouie | Watts Hilliard |
| Jonathon Boullion | Watts Hilliard |
| Krystian Grace Boullion | Watts Hilliard |
| Christopher Boudra, Jr. | Watts Hilliard |
| Charles L. Bourdonnay, Jr. | Watts Hilliard |
| Edward Bourgeois | Eaves |
| Glenn Bourgeois | Bruno |
| Judy Bourgeois | Hawkins, Stracener & Gibson |

| | |
|---|---|
| Mary Bourgeois | Eaves |
| Tammy Bourgeois | Bruno |
| Warren Bourgeois | Hawkins, Stracener & Gibson |
| Benjamin Bourgeois | Watts Hilliard |
| Brandi Bourgeois | Watts Hilliard |
| Brenda Bourgeois | Watts Hilliard |
| Khristian Bourgeois | Watts Hilliard |
| Michaela Bourgeois | Watts Hilliard |
| Nathaniel Bourgeois | Watts Hilliard |
| David Bourgeois, Jr. | Watts Hilliard |
| Jewel Bourn | Watts Hilliard |
| Michael Bourqeois | Watts Hilliard |
| Amanda R. Bourquard | Torres |
| Hayward Bourque | Parker Waichman |
| Jennifer Boutilier | Watts Hilliard |
| Paul Boutilier, Jr. | Watts Hilliard |
| Gerard Buotte | Becnel |
| Andrea Nicole Boutte | Watts Hilliard |
| Robert Boutte | Watts Hilliard |
| Tayle Brianne Boutte | Watts Hilliard |
| Tiana Nicole Boutte | Watts Hilliard |
| Alisha Boutwell | Watts Hilliard |
| Julian Boutwell | Watts Hilliard |
| Devon Bovastro | Eaves |
| Marcel Bovastro | Eaves |
| Taryll Bovastro | Eaves |
| Toriano Bovastro | Eaves |
| Karen Bowden | Watts Hilliard |
| Tyreal Bowens | Torres |
| Derrick Bowie | Eaves |
| Edwina Bowie | Eaves |
| Fredrick Bowie | Eaves |
| Larry Bowie | Schmidt |
| Carl Bowman | HLC |
| Demetrice Bowman | D'Amico |
| Hitler Bowman | D'Amico |
| Andrameka Bowman | Watts Hilliard |
| Aleigha Bowser | Eaves |
| Buford Box | Watts Hilliard |
| Crystal Box | Watts Hilliard |
| Hayley Box | Watts Hilliard |
| Skyla Box | Watts Hilliard |
| Gene Boyce | Penton |
| Gene Boyce | Hawkins, Stracener & Gibson |
| Donna Boyd | Buzbee |

| | |
|---|---|
| **James D. Boyd** | **Ladner** |
| **John A. Boyd, Jr.** | **Ladner** |
| **Natasha Marie Boyd** | **Ladner** |
| **Natasha Marie Boyd, guardian of Zion Cameron** | **Ladner** |
| **Natasha Marie Boyd, mother of Sydnee Cameron** | **Ladner** |
| **Perry Boyd** | **Bruno** |
| **Mary Boyd** | **Watts Hilliard** |
| **Cynthia Boykin** | **Penton** |
| **Garielle Boykin** | **Penton** |
| **Sheryl Boykins** | **Watts Hilliard** |
| **Shannon Bracebridge** | **Eaves** |
| **Tiffany Braden** | **Schmidt** |
| **Byron Braden** | **Schmidt** |
| **Tyron Braden** | **Schmidt** |
| **Myron Braden** | **Schmidt** |
| **Thomas Bradfield** | **Mobile FEMA Group - Harang** |
| **Cecilla Bradford** | **Eaves** |
| **Denise Bradford** | **Eaves** |
| **Melvin Bradford** | **Eaves** |
| **Eunice Bradley** | **Hawkins, Stracener & Gibson** |
| **Geneva Bradley** | **Hall** |
| **Joanelle Bradley** | **HLC** |
| **Kelaa Bradley** | **Hawkins, Stracener & Gibson** |
| **Kelijah Bradley** | **Hawkins, Stracener & Gibson** |
| **Loretta Bradley** | **Torres** |
| **Mary Bradley** | **Nexsen Pruet** |
| **Toya Bradley** | **HLC** |
| **Wilmont Bradley** | **Torres** |
| **Clauzell Bradley** | **Watts Hilliard** |
| **Cornell Bradley** | **Watts Hilliard** |
| **Daijah Bradley** | **Watts Hilliard** |
| **Debra Bradley** | **Watts Hilliard** |
| **Eunice Bradley** | **Watts Hilliard** |
| **Jamal Bradley** | **Watts Hilliard** |
| **James Bradley** | **Watts Hilliard** |
| **Jocelyn Bradley** | **Watts Hilliard** |
| **Kelaa Bradley** | **Watts Hilliard** |
| **Kelijah Bradley** | **Watts Hilliard** |
| **Summer Bradley** | **Watts Hilliard** |
| **Vincent Bradley** | **Watts Hilliard** |
| **Elizabeth Bradshaw** | **Eaves** |
| **Chelsea Brady** | **Hall** |
| **Gerald Brady** | **Bruno** |
| **Tyshae Brady** | **Hall** |
| **Corey Carrol Braendal** | **Torres** |

| | |
|---|---|
| **Dawn Marie Bramlett** | **Watts Hilliard** |
| **Jordan Allen Bramlett** | **Watts Hilliard** |
| **Lindsey Clifford Bramlett** | **Watts Hilliard** |
| **Tonya Bramlett** | **Watts Hilliard** |
| **Bradley Branam** | **Watts Hilliard** |
| **Brittini Branam** | **Watts Hilliard** |
| **Patricia Branam** | **Watts Hilliard** |
| **Brandi Branch** | **Schmidt** |
| **William Branch, Jr.** | **Watts Hilliard** |
| **Julie Branch** | **Watts Hilliard** |
| **Kendrick Branhe** | **HLC** |
| **Lisa M. Brannan** | **Watts Hilliard** |
| **Peggy Branniff** | **Watts Hilliard** |
| **Joesiah Brannon** | **Schmidt** |
| **Jeremiah Brantley** | **Watts Hilliard** |
| **Justin D. Brantley** | **Watts Hilliard** |
| **Nicholas S. Brantley** | **Watts Hilliard** |
| **Shannon Brantley** | **Watts Hilliard** |
| **Stevie Jo Brantley** | **Watts Hilliard** |
| **Tina D. Brantley** | **Watts Hilliard** |
| **Vivian Annette Brantley** | **Watts Hilliard** |
| **Stephen Brauchle, II** | **Eaves** |
| **Stephen Brauchle, Sr.** | **Eaves** |
| **Clarence Braxter, Sr.** | **Buzbee** |
| **Harriet Rochelle Braxter** | **Watts Hilliard** |
| **Novella N. Braxter** | **Watts Hilliard** |
| **Angela Braxton** | **Watts Hilliard** |
| **Ashley Braxton** | **Watts Hilliard** |
| **Braylon Braxton** | **Watts Hilliard** |
| **Heartsease Braxton** | **Watts Hilliard** |
| **Alfred Braxton, Jr.** | **Watts Hilliard** |
| **Justin Ray Braxton** | **Watts Hilliard** |
| **Mark Lynn Braxton** | **Watts Hilliard** |
| **Missy Mae Braxton** | **Watts Hilliard** |
| **Michael Brazile, Jr.** | **Watts Hilliard** |
| **Tisha Brazile** | **Watts Hilliard** |
| **Beverly Breal** | **Eaves** |
| **Demarco Breashears** | **Watts Hilliard** |
| **Eugene Breashears** | **Watts Hilliard** |
| **Kwan Breashears** | **Watts Hilliard** |
| **Albert Breaux** | **HLC** |
| **Albert Breaux o/b/o Sarah Breaux** | **HLC** |
| **Jammal Breaux** | **Hall** |
| **Terra Breazeale** | **Watts Hilliard** |
| **Jeffery P. Breenn** | **Watts Hilliard** |

| | |
|---|---|
| **Heath Breese** | **Watts Hilliard** |
| **Kim D. Breese** | **Watts Hilliard** |
| **Lucille Breland** | **D'Amico** |
| **Ronald Breland** | **D'Amico** |
| **Roosevelt Breland** | **Hawkins, Stracener & Gibson** |
| **Robert Brennan** | **Watts Hilliard** |
| **Earnie Brent** | **HLC** |
| **Lashanda Brent** | **Hawkins, Stracener & Gibson** |
| **Connie Breshers** | **Eaves** |
| **Charlotte Brewer** | **Eaves** |
| **Russell Brewer** | **Eaves** |
| **Caroline Angelique Brewer** | **Watts Hilliard** |
| **Keyondra Bridges** | **Schmidt** |
| **Melva Bridges** | **Parker Waichman** |
| **Annie Marie Bridges** | **Watts Hilliard** |
| **Noah Bridges** | **Watts Hilliard** |
| **Timethius Ecaroh Bridges** | **Watts Hilliard** |
| **Florence Briggs** | **Watts Hilliard** |
| **Monte R. Briggs** | **Watts Hilliard** |
| **Jasper Bright, Jr.** | **Watts Hilliard** |
| **Torres Bright** | **Watts Hilliard** |
| **Brittany L. Brightman** | **Torres** |
| **Dallas Brignac** | **Watts Hilliard** |
| **Reginald Brignac, Jr.** | **Watts Hilliard** |
| **Louise Brignac** | **Watts Hilliard** |
| **Precious Brignac** | **Watts Hilliard** |
| **Reginald Brignac** | **Watts Hilliard** |
| **Michael A. Briscoe** | **Watts Hilliard** |
| **Zydia Brister** | **Bruno** |
| **George Britton** | **Mobile FEMA Group - Harang** |
| **Zoe Broader** | **Watts Hilliard** |
| **Patricia Broadus** | **Eaves** |
| **Richard Broadus** | **Eaves** |
| **Ashley Broadus** | **Watts Hilliard** |
| **Bralyn Broadus** | **Watts Hilliard** |
| **William Broadus** | **Watts Hilliard** |
| **Chyna Broadway** | **Buzbee** |
| **Ricky Broadway** | **Bruno** |
| **Marshall Broadway** | **Watts Hilliard** |
| **Barbara Brocata-Duvall** | **HLC** |
| **Emma Brock** | **D'Amico** |
| **Tommie Brock, Jr.** | **Becnel** |
| **Cyrus Bronock** | **Watts Hilliard** |
| **Kendrick Brook** | **Penton** |
| **Otis Brooker** | **Eaves** |

| | |
|---|---|
| Elvin Brooks | D'Amico |
| Jahmari Brooks | D'Amico |
| Jamal Brooks | HLC |
| Loretta Brooks | Hall |
| Nicki Brooks | Hall |
| Claudia Brooks | Watts Hilliard |
| Gregory Brooks | Watts Hilliard |
| Gregory Demetrius Brooks | Watts Hilliard |
| Jimmy Brooks | Watts Hilliard |
| Michael Brooks, Jr. | Parker Waichman |
| Patricia Brooks | Watts Hilliard |
| Michael Brooks, Sr. | Parker Waichman |
| Al Brookter | HLC |
| Donna Brookter | HLC |
| Glenda Broomfield | D'Amico |
| John Brossette | Watts Hilliard |
| Ralph Brossette | Watts Hilliard |
| Tracy Broughten | Watts Hilliard |
| Antwan Broughton | Eaves |
| Necole Broughton | Eaves |
| Tekeshia Broughton | Eaves |
| Roy Broughton, Jr. | Eaves |
| Roy Broughton, Sr. | Eaves |
| MarleneBrouillette | Watts Hilliard |
| Helen (Helem) Broussard | PSC |
| Patricia (ROE) Broussard | Buzbee |
| Trevon Broussad | Buzbee |
| Armorian Broussard | Watts Hilliard |
| Ashley Broussard | Watts Hilliard |
| Christopher Broussard | Watts Hilliard |
| Geneia Marquea Broussard | Watts Hilliard |
| Jennifer Broussard | Watts Hilliard |
| Keith Broussard, Jr. | Watts Hilliard |
| Quincy D. Broussard, Jr. | Watts Hilliard |
| Kaden A. Broussard | Watts Hilliard |
| Kamden Broussard | Watts Hilliard |
| Katherine Broussard | Watts Hilliard |
| Kathy Broussard | Watts Hilliard |
| Keith Broussard | Watts Hilliard |
| Kemberly D. Broussard | Watts Hilliard |
| Krystlyn Broussard | Watts Hilliard |
| Lacey Jolene Broussard | Watts Hilliard |
| Lyle Broussard | Watts Hilliard |
| Quincy D. Broussard | Watts Hilliard |
| Stevie Broussard | Watts Hilliard |

| | |
|---|---|
| **Abigail Brouvillette** | **Watts Hilliard** |
| **Archange E. Brown** | Torres |
| **Aviance Brown** | Buzbee |
| **Barbara Brown** | Eaves |
| **Beatrice Brown** | Eaves |
| **Brian Brown** | HLC |
| **Brittany Brown** | Eaves |
| **Camryn Brown** | Becomo |
| **Camryn Brown** | D'Amico |
| **Cassius Brown** | Schmidt |
| **Christopher Brown** | Eaves |
| Dale Brown | D'Amico |
| **Darcell Brown** | Schmidt |
| **Delecia Brown** | Buzbee |
| **Delores Brown** | D'Amico |
| **Deshaun Brown** | Becnel |
| **Diane Brown** | D'Amico |
| **Dianne Brown** | Bruno |
| **Dohlman Brown** | D'Amico |
| **Dolham Brown, Jr.** | Torres |
| **Floyd Brown** | D'Amico |
| **Geneva Brown** | Buzbee |
| **Gladys brown** | D'Amico |
| **Helen Brown** | D'Amico |
| **Herbert Brown** | Bruno |
| **Ireane Brown** | Bruno |
| **Israel Brown** | PSC |
| **Jacqueline Brown** | Eaves |
| **Jacquelyn Brown** | HLC |
| **Jamal Brown** | HLC |
| **Jamar Brown** | HLC |
| **Jawanda Brown** | Bruno |
| **Jayden Brown** | Buzbee |
| **Jayla Brown** | Eaves |
| **Jazmine Brown** | Buzbee |
| **Jenevieve Brown** | PSC |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**

00211522-1                                  10

ANDREW D. WEINSTOCK

ADW/cvm\