UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8250 | * | |
| Plaintiffs: Tiffany Ann Biggs, Natasha Nicole | * | |
| Biggs, Chasity L. Biggs, Louretha Bolden, | * | |
| Toriano Bovastro, Taryll Demond Bovastro, | * | |
| Richard C. Broadus, Patricia A. Broadus, Necole | * | |
| Broughton, individually and o/b/o A.B., Tekeshia | * | |
| L. Broughton, Roy Broughton, Jr., Roy Broughton, | * | |
| Sr. | * | |
| | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3681 | * | |
| Plaintiffs: Dexter M. Bigting, Susan Bigting | * | |
| o/b/o J.B., Justin B. Bigting, Brian C. Boudreaux | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiffs: Joel Harvey Binder, Deloris Bolton, | * | |
| individually and o/b/o M.b., Deborah G. Bolton, | * | |
| Felicia Bolton o/b/o D.B., Derrick Bowie, Fredrick | * | |
| Bowie, Edwina G. Bowie, Elizabeth Bradshaw, | * | |
| Stephen Brauchle o/b/o S.B., Connie W. Breshers | * | |
| | * | |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8112 | * | |
| Plaintiff: James D. Blackledge | * | |
| | * | |
| *Howard, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-6028 | * | |
| Plaintiffs: Chadsidy Blackstone, individually and | * | |
| o/b/o Jaylyn Blackstone, Mandell Blackstone, | * | |
| Carl Bowman | * | |

00294979-1

| | |
|---|---|
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4938 | * |
| Plaintiffs:  Shantell Blanchard, individually and | * |
| o/b/o S.G. | * |
| | * |
| *Handy, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4936 | * |
| Plaintiffs:  Treva Blouin, individually and o/b/o | * |
| Christian Hamilton | * |
| | * |
| *Ferguson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8134 | * |
| Plaintiff:  Gary Bodine | * |
| | * |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-7304 | * |
| Plaintiffs:  Jo Boihem, Hayward Bourque | * |
| | * |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8019 | * |
| Plaintiffs:  William E. Bolton, Jr., William | * |
| Bolton, Sr., Irwin L. Bothe, Jr., Edward Bourgeois, | * |
| Mary Bourgeois | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8646 | * |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8665 | * |
| Plaintiff:  Brian M. Bonner | * |
| | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3551 | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3679 | * |
| Plaintiff:  Brian C. Boudreaux | * |
| | * |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-1356 | * |
| Plaintiffs:  Warren L. Bourgeois, Sr., Roosevelt | * |
| Breland | * |
| | * |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8471 | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8467 | * |
| Plaintiffs:  Lucille Breland, Ronald Breland | * |

00294979-1

|  |  |
|---|---|
|  | * |
| *Boutte, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2470 | * |
| Plaintiff:  Gerard Boutte | * |
|  | * |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8468 | * |
| Plaintiff:   Demetrice Bowman | * |
|  | * |
| *Ables, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-5597 | * |
| Plaintiff:  John A. Boyd | * |
|  | * |
| *Bailey, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8476 | * |
| Plaintiffs:  Cynthia Boykins, Gabrielle Boykins, | * |
| Emma Brock | * |
|  | * |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8217 | * |
| Plaintiffs:  Shannon Bracebridge, Beverly Breal | * |
|  | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2887 | * |
| Plaintiffs:  Thomas Bradfield, George Britton | * |
|  | * |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4631 | * |
| Plaintiffs:  Chelsea Brady, Tyshae Brady | * |
|  | * |
| *Davis, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8150 | * |
| Plaintiff:  Stephen K. Brauchle, Sr. | * |
|  | * |
| *Sapp, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-2942 | * |
| Plaintiff:  Jammal Breaux | * |
|  | * |
| *Silas, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-476 | * |
| Plaintiff:  Lashanda Y. Brent | * |
|  | * |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8667 | * |
| Plaintiff:  Ricky Blanchard | * |

| | |
|---|---|
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4228 | * |
| Plaintiffs:  Kendrick Brook | * |
| | * |
| *Cade, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2494 | * |
| Plaintiff: Jahmari Brooks | * |
| | * |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8279 | * |
| Plaintiff:  Beatrice Brown | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8470 | * |
| Plaintiffs:  Dale Brown, Floyd Brown | * |
| | * |
| *Au, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2572 | * |
| Plaintiff:  Darcell Brown | * |
| | * |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3906 | * |
| Plaintiffs:  Jamal Brown, Jamar Brown | * |

*****************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24230-3).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002

00294979-1

Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00294979-1