UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8250 Plaintiffs: Tiffany Ann Biggs, Natasha Nicole Biggs, Chasity L. Biggs, Louretha Bolden, Toriano Bovastro, Taryll Demond Bovastro, Richard C. Broadus, Patricia A. Broadus, Necole Broughton, individually and o/b/o A.B., Tekeshia L. Broughton, Roy Broughton, Jr., Roy Broughton, Sr. | * * * * * * * * * * | MAG: CHASEZ |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* Docket No. 10-3681 Plaintiffs: Dexter M. Bigting, Susan Bigting o/b/o J.B., Justin B. Bigting, Brian C. Boudreaux | * * * * * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8203 Plaintiffs: Joel Harvey Binder, Deloris Bolton, individually and o/b/o M.b., Deborah G. Bolton, Felicia Bolton o/b/o D.B., Derrick Bowie, Fredrick Bowie, Edwina G. Bowie, Elizabeth Bradshaw, Stephen Brauchle o/b/o S.B., Connie W. Breshers | * * * * * * * * | |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8112 Plaintiff: James D. Blackledge | * * * * | |
| *Howard, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-6028 Plaintiffs: Chadsidy Blackstone, individually and o/b/o Jaylyn Blackstone, Mandell Blackstone, Carl Bowman | * * * * * * | |
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-4938 Plaintiffs: Shantell Blanchard, individually and o/b/o S.G. | * * * * * | |
| *Handy, et al v. Gulf Stream Coach, Inc., et al* | * | |

00294983-1

| | |
|---|---|
| Docket No. 09-4936 | * |
| Plaintiffs: Treva Blouin, individually and o/b/o Christian Hamilton | * |
| | * |
| *Ferguson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8134 | * |
| Plaintiff: Gary Bodine | * |
| | * |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-7304 | * |
| Plaintiffs: Jo Boihem, Hayward Bourque | * |
| | * |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8019 | * |
| Plaintiffs: William E. Bolton, Jr., William Bolton, Sr., Irwin L. Bothe, Jr., Edward Bourgeois, Mary Bourgeois | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8646 | * |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8665 | * |
| Plaintiff: Brian M. Bonner | * |
| | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3551 | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3679 | * |
| Plaintiff: Brian C. Boudreaux | * |
| | * |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-1356 | * |
| Plaintiffs: Warren L. Bourgeois, Sr., Roosevelt Breland | * |
| | * |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8471 | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8467 | * |
| Plaintiffs: Lucille Breland, Ronald Breland | * |
| | * |
| *Boutte, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2470 | * |
| Plaintiff: Gerard Boutte | * |
| | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8468 | * |

Plaintiff:  Demetrice Bowman                     *
                                                 *
*Ables, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-5597                               *
Plaintiff:  John A. Boyd                         *
                                                 *
*Bailey, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8476                               *
Plaintiffs:  Cynthia Boykins, Gabrielle Boykins, *
Emma Brock                                       *
                                                 *
*Thomas, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8217                               *
Plaintiffs:  Shannon Bracebridge, Beverly Breal  *
                                                 *
*Allen, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 10-2887                               *
Plaintiffs:  Thomas Bradfield, George Britton    *
                                                 *
*Thomas, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-4631                               *
Plaintiffs:  Chelsea Brady, Tyshae Brady         *
                                                 *
*Davis, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8150                               *
Plaintiff:  Stephen K. Brauchle, Sr.             *
                                                 *
*Sapp, et al v. Gulf Stream Coach, Inc., et al*  *
Docket No. 09-2942                               *
Plaintiff:  Jammal Breaux                        *
                                                 *
*Silas, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 10-476                                *
Plaintiff:  Lashanda Y. Brent                    *
                                                 *
*Blanchard, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8667                               *
Plaintiff:  Ricky Blanchard                      *
                                                 *
*Bernice, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-4228                               *
Plaintiffs:  Kendrick Brook                      *


*Cade, et al v. Gulf Stream Coach, Inc., et al*  *
Docket No. 10-2494                               *
Plaintiff:  Jahmari Brooks                       *

|  |  |
|---|---|
|  | * |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8279 | * |
| Plaintiff:  Beatrice Brown | * |
|  | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8470 | * |
| Plaintiffs:  Dale Brown, Floyd Brown | * |
|  | * |
| *Au, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2572 | * |
| Plaintiff:  Darcell Brown | * |
|  | * |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3906 | * |
| Plaintiffs: Jamal Brown, Jamar Brown | * |

******************************************************************************

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs is hereby set for submission on the 8th day of February, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com