UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8250 | * | |
| Plaintiffs: Donna K. Button and Thomas L. Button | * | |
| | * | |
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4938 | * | |
| Plaintiffs: Dawn M. Byrd, individually and | * | |
| o/b/o J.B. | * | |
| | * | |
| *Graf, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3874 | * | |
| Plaintiffs: Jalicia Byrd, Keyana Byrd and Phillip | * | |
| Byrd | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff: Jamie Cabrera | * | |
| | * | |
| *BAiley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8476 | * | |
| Plaintiff: Shandra Cager | * | |
| | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8279 | * | |
| Plaintiff: Andrea Campbell | * | |
| | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8468 | * | |
| Plaintiff: Haddie Calorie | * | |
| | * | |
| *Green, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3896 | * | |
| Plaintiff: Eric Campbell | * | |

*Allen, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 10-2887      \*
Plaintiff:  Ella Johnson rep by Sardie Canaan      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

- Donna K. Button and Thomas L. Button, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8250

- Dawn M. Byrd, individually and o/b/o J.B., who filed suit in case(s) *Krivjanick, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4938

- Jalicia Byrd, Keyana Byrd and Phillip Byrd, who filed suit in case(s) *Graf, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3874

- Jamie Cabrera, who filed suit in case(s) *Bernice, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4228

- Sandra Cager, who filed suit in case(s) *Bailey, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8476

- Andrea Campbell, who filed suit in case(s) *Brown, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8279

- Haddie Calorie, who filed suit in case(s) *Rayfield, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8468

- Eric Campbell, who filed suit in case(s) *Green, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3896

- Ella Johnson rep by Sardie Canaan, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2887

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

        Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**