DUPLASS
ZWAIN
BOURGEOIS
PFISTER &
WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON

BEN S. DiPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

July 26, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **AUGUST 25, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| Kevin Bush | Watts Hilliard |
| Betty J. Bushnell | Watts Hilliard |
| Diedrick Bushnell | Watts Hilliard |
| Dietra Bushnell | Watts Hilliard |
| Cesar Bustillo | Watts Hilliard |
| Christopher Kenneth Butler | Torres |
| Jalana Butler | Buzbee |
| Noreen Butler | Bencomo |
| Noreen Butler | D'Amico |
| Rose Butler | Becnel |
| Ollie Butler | Watts Hilliard |
| Donna Button | Eaves |
| Thomas Button | Eaves |
| Robert Buuck, Jr. | Torres |
| Taylor N. Buxton | Watts Hilliard |
| Kendra Bynum | D'Amico |
| Carole Byrd | HLC |
| Chad Byrd | Buzbee |

| | |
|---|---|
| **Dawn Monroe Byrd** | HLC |
| **Dawn Monroe Byrd o/b/o J.B.** | HLC |
| **Jalicia Byrd** | HLC |
| **Kenyan Byrd** | HLC |
| **Phillip Byrd** | HLC |
| **Richard Byrd** | HLC |
| **Jonathan Byrd** | Watts Hilliard |
| **Kathey Byrd** | Watts Hilliard |
| **Madison Bryd** | Watts Hilliard |
| **Martiel Byrd** | Watts Hilliard |
| **Robert Byrd** | Watts Hilliard |
| **Susie A. Byrd** | Watts Hilliard |
| **Jamie Cabrera** | Penton |
| **Jeanette J. Cabrera** | Torres |
| **Shelia S. Cabrera** | Torres |
| **Sheyla Cabrera** | Torres |
| **Yolanda M. Cabrera** | Torres |
| **Sally Cade** | Watts Hilliard |
| **Marlon Cady** | Watts Hilliard |
| **Tamita o/b/o Deven Cage** | Becnel |
| **Sandra Cager** | D'Amico |
| **Kendell Cagler** | Watts Hilliard |
| **Robert Cagnolatti** | Mobile FEMA Group – Harang |
| **Owen Cahee, Sr.** | Watts Hilliard |
| **Steven Paul Cahee** | Watts Hilliard |
| **Angeline Caillouet** | Watts Hilliard |
| **Donald Caillouet, II** | Watts Hilliard |
| **Donald Caillouet, III** | Watts Hilliard |
| **Jeannie Davis Caillouet** | Watts Hilliard |
| **Kai Caillouet** | Watts Hilliard |
| **Melvin Cain** | Buzbee |
| **Wenisha Cain** | D'Amico |
| **Wendell Cain, Jr.** | D'Amico |
| **Wendell Cain, Sr.** | D'Amico |
| **Dustin D. Caldwell** | Watts Hilliard |
| **Regina L. Caldwell** | Watts Hilliard |
| **Willie Calhoun, Jr.** | Buzbee |
| **Alvin Caliste** | Bruno |
| **Shea Caliste** | D'Amico |
| **Harold Callahan, Jr.** | Eaves |
| **Dominic Calloway** | Bruno |
| **Philip Calloway** | Bruno |
| **Ronald Calloway** | Bruno |
| **Haddie Calorie** | D'Amico |
| **Kendrick A. Calvin** | Torres |

| | |
|---|---|
| **Crystal Camargo** | **Watts Hilliard** |
| **Margaret Cameron** | **FTLA – Catherine Jacobs** |
| **Don Cameron, Jr.** | **Watts Hilliard** |
| **Campella Camp** | **HLC** |
| **Andrea Campbell** | **Eaves** |
| **Eric Campbell** | **HLC** |
| **Sharon P. Campbell-Walter** | **Watts Hilliard** |
| **Carl C. Campo** | **HLC** |
| **Dennis Campo** | **D'Amico** |
| **Patrick C. Campo, Sr.** | **Torres** |
| **Peggy P. Campo** | **Torres** |
| **Raymond J. Campo** | **HLC** |
| **Herman G. Campo, Jr.** | **HLC** |
| **Vicki Campo** | **Watts Hilliard** |
| **Sardie Canaan o/b/o Ella Johnson (deceased)** | **Mobile FEMA Group - Harang** |
| **Sarah Cannette** | **Watts Hilliard** |
| **Tiffenie Cannette** | **Watts Hilliard** |
| **Jaliyah Cannon** | **Watts Hilliard** |
| **Latasha Cannon** | **Watts Hilliard** |
| **Tameka Marie Cannon** | **Watts Hilliard** |
| **Feancisco Canseco** | **Watts Hilliard** |
| **Ignasio Canseco** | **Watts Hilliard** |
| **Althea Cantrell** | **Watts Hilliard** |
| **Nikki Cao** | **HLC** |
| **Jade Cappie** | **Parker Waichman** |
| **Janet Cappie** | **Parker Waichman** |
| **Jade Cappie** | **Watts Hilliard** |
| **Janet Cappie** | **Watts Hilliard** |
| **Zenas Cappie** | **Watts Hilliard** |
| **Luis Caquias** | **Eaves** |
| **Martha Caradine** | **Eaves** |
| **Phillip Caradine, Jr.** | **Watts Hilliard** |
| **Phillip Caradine, Sr.** | **Watts Hilliard** |
| **Sara Carambat** | **Watts Hilliard** |
| **Richard T. Carbo, Jr.** | **Buzbee** |
| **Bertrand Cargo** | **Hall** |
| **Doniesha L. Cargo** | **Torres** |
| **Joe Cargo** | **D'Amico** |
| **Anthony Caronia** | **HLC** |
| **Anthony Caronia o/b/o Anthony Caronia** | **HLC** |
| **Anthony Caronia o/b/o Gabrielle Caronia** | **HLC** |
| **Chance Caronia** | **Torres** |
| **Charlene Caronia** | **GBDM&W** |
| **Christine Caronia** | **Torres** |
| **Christine Caronia** | **HLC** |

| | |
|---|---|
| **Evelyn Caronia** | Torres |
| **Ronnie Caronia** | Torres |
| **Brian Carpentar** | Hawkins, Stracener & Gibson |
| **Kerri Carpenter** | Watts Hilliard |
| **Haley Amelia Carpio** | Torres |
| **Mia Carradine** | Hall |
| **Darence Carradine, Jr.** | Hall |
| **Autatshia Carrier** | Watts Hilliard |
| **Brittany Carrier** | Watts Hilliard |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm