UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8250 | * | |
| Plaintiffs: Donna K. Button and Thomas L. Button | * | |
| | * | |
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4938 | * | |
| Plaintiffs: Dawn M. Byrd, individually and | * | |
| o/b/o J.B. | * | |
| | * | |
| *Graf, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3874 | * | |
| Plaintiffs: Jalicia Byrd, Keyana Byrd and Phillip | * | |
| Byrd | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff: Jamie Cabrera | * | |
| | * | |
| *BAiley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8476 | * | |
| Plaintiff: Shandra Cager | * | |
| | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8279 | * | |
| Plaintiff: Andrea Campbell | * | |
| | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8468 | * | |
| Plaintiff: Haddie Calorie | * | |
| | * | |
| *Green, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3896 | * | |
| Plaintiff: Eric Campbell | * | |

*Allen, et al v. Gulf Stream Coach, Inc., et al*       *
Docket No. 10-2887                                     *
Plaintiff:  Ella Johnson rep by Sardie Canaan          *
*******************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream

Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream

plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain

Plaintiffs (Rec. Doc. 24230-3).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,**
**PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com


and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream**
**Coach, Inc.**

00295040-1

<u>**CERTIFICATE OF SERVICE**</u>

**I DO HEREBY CERTIFY** that on this 24th day of January, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock

_____

ANDREW D. WEINSTOCK
andreww@duplass.com

00295040-1