UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8250 | * | |
| Plaintiffs: Donna K. Button and Thomas L. Button | * | |
| | * | |
| *Krivjanick, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4938 | * | |
| Plaintiffs: Dawn M. Byrd, individually and | * | |
| o/b/o J.B. | * | |
| | * | |
| *Graf, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3874 | * | |
| Plaintiffs: Jalicia Byrd, Keyana Byrd and Phillip | * | |
| Byrd | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff: Jamie Cabrera | * | |
| | * | |
| *BAiley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8476 | * | |
| Plaintiff: Shandra Cager | * | |
| | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8279 | * | |
| Plaintiff: Andrea Campbell | * | |
| | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8468 | * | |
| Plaintiff: Haddie Calorie | * | |
| | * | |
| *Green, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3896 | * | |
| Plaintiff: Eric Campbell | * | |

00295041-1

*Allen, et al v. Gulf Stream Coach, Inc., et al*   *
Docket No. 10-2887                              *
Plaintiff:  Ella Johnson rep by Sardie Canaan   *
**************************************************************************

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain

Plaintiffs is hereby set for submission on the 8th day of February, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of January, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock

_____

ANDREW D. WEINSTOCK #18495
andreww@duplass.com