UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-5847

## **SHOW CAUSE ORDER**

      Considering that counsel for Ora Brock has represented to the Court in Rec. Doc. 23689-1 at page 9 that "counsel for Plaintiff never received notice that a Motion to Dismiss had been filed," referring to the "Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos 2, 32 and 88 Relating to Plaintiff Fact Sheets," filed on October 10, 2011, by Recreation by Design, LLC ("RBD") (Rec. Doc. 23080);

      Considering that, pursuant to this Court's Order (Rec. Doc. 24061), Plaintiffs' Co-Liaison Counsel have searched their records and filed a Court Ordered Status Report (Rec. Doc. 24222) indicating that email notification of the motion to dismiss in question (Rec. Doc. 23080) was sent to Jonathan Andry, counsel for Ora Brock; and

      Considering further statements and frivolous legal arguments asserted by counsel for Ora Brock in Rec. Doc. 23689-1, as described by the Court in Rec. Doc. 24060, and considering the evidence presented by RBD in connection with Rec. Doc. 23940;

Accordingly,

**IT IS ORDERED** that <u>on or before Wednesday, February 22, 2012</u>, Jonathan Andry shall **SHOW CAUSE** in writing why his conduct in connection with the above has not violated Federal Rule of Civil Procedure 11(b) and why monetary sanctions should not be imposed upon him.

New Orleans, Louisiana, this 23rd day of January, 2012.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**