**U.S. Postal Service**
**CERTIFIED MAIL - RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7004 2510 0004 6657 0629

Sent To: **Jonathan Beauregard Andry**
Street, Apt. No.; or PO Box No. **Andry Law Firm**
**828 Barenne St.**
City, State, ZIP+4 **New Orleans, LA 70113**

PS Form 3800, June 2002          See Reverse for Instructions