UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS    MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Allen, et al v. Keystone RV Company, et al*
*Civil Action Number 09-5550*

**************************************************************

## MOTION TO WITHDRAW AND DISMISS PARTY PLAINTIFFS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Deanna Johnson and Norman Johnson, Sr., individually, and on behalf of their minor children, M.J. N.J., L.J., J.J.; and LaTasha Dotson, who do respectfully request:

**1.**

That their names be withdrawn as Party Plaintiffs and that they be dismissed from the above referenced litigation, as they are currently being represented by the Ware Clifford Law Firm, PLLC, 2625 Ridgewood Road, Suite 100, Jackson, Mississippi 39216, all as more specifically outlined in the attached Memorandum in Support of Motion to Withdraw and Dismiss Party Plaintiffs.

WHEREFORE, Plaintiffs, Deanna Johnson and Norman Johnson, Sr., individually, and on behalf of their minor children, M.J. N.J., L.J., J.J.; and LaTasha Dotson, pray that their names be withdrawn as Party Plaintiffs from the above referenced litigation and they be dismissed as Plaintiffs therein.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :       (985) 732-5651
FAX          :       (985) 735-5579
E-MAIL     :       fedcourtmail@rgplaw.com


s/MaryAnna Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

January 24, 2012.

                                                                                                      s/MaryAnna Penton
                                                                                                      MaryAnna Penton