UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS      MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Allen, et al v. Keystone RV Company, et al*
*Civil Action Number 09-5550*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW AND DISMISS PARTY PLAINTIFFS**

**MAY IT PLEASE THE COURT:**

      Plaintiffs, Deanna Johnson and Norman Johnson, Sr., individually, and on behalf of their minor children, M.J. N.J., L.J., J.J.; and LaTasha Dotson, respectfully request that their names be withdrawn as Party Plaintiffs and they are thereby dismissed from the above referenced litigation, for the reasons more specifically outlined herein.

      This lawsuit was originally filed on July 1, 2009 in the Southern District of Mississippi, Gulfport Division, on behalf of Movers herein, as well as numerous other individuals similarly situated, by the Ware Clifford Law Firm, PLLC, 2625 Ridgewood Road, Suite 100, Jackson, Mississippi 39216.

      Although at the time of the original filing, it was unknown to Mover, Plaintiffs were dually represented by The Penton Law Firm, as well as the Ware Clifford Law Firm, PLLC. Plaintiffs herein have made a decision to maintain their contract and agreement with the Ware Clifford Law Firm, PLLC.

1

Therefore, as they are currently represented and their interests protected in this class action litigation in a lawsuit filed by said Ware Clifford Law Firm, PLLC, Plaintiffs desire to withdraw their names from the above referenced litigation, filed by Mover herein, and to further dismiss them from the above referenced litigation.

Therefore, Plaintiffs, Deanna Johnson and Norman Johnson, Sr., individually, and on behalf of their minor children, M.J. N.J., L.J., J.J.; and LaTasha Dotson, hereby respectfully request that their names be withdrawn from the above referenced litigation and they be dismissed as Party Plaintiffs therein.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE     :     (985) 732-5651
> FAX       :     (985) 735-5579
> E-MAIL    :     fedcourtmail@rgplaw.com
>
>
> s/MaryAnna Penton
> Ronnie G. Penton (#10462)
> MaryAnna Penton (#32920)
> Trial Counsel for Plaintiff