UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES<br>TO THE FOLLOWING CASES:<br>*Allen, et al v. Keystone RV Company, et al*<br>*Civil Action Number 09-5550* | MDL NO. 07-1873<br><br>SECTION "N" (5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the names of Plaintiffs, Deanna Johnson and Norman Johnson, Sr., individually, and on behalf of their minor children, M.J. N.J., L.J., J.J.; and LaTasha Dotson, be removed as Party Plaintiffs in the above referenced litigation and that they be dismissed from said litigation.

Signed in New Orleans, Louisiana, this the _____ day of January, 2012.

_____
J U D G E