UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * | CIVIL ACTION NO. 1873 |
| | * | JUDGE ENGELHARDT |
| This Document Relates To: | * * | |
| *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3732) | * * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER 32 RELATING TO PLAINTIFF FACT SHEETS

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan), file this reply memorandum to address the opposition arguments to Morgan's motion to dismiss the claims of Petrina Bondio. The crux of Morgan's motion is that Ms. Bondio failed to provide information specifically identifying her THU, which would enable Morgan to confirm that Ms. Bondio actually resided in a Morgan-procured THU.

Ms. Bondio identified the manufacturer of her THU as Morgan, but responded "unknown" to the questions asking the THU's VIN number, her FEMA identification number, and the bar code number on her THU. (Section V(A)).[1] Though "unknown" can be an adequate response under certain circumstances, responding "unknown" to questions designed to identify a plaintiff's THU is not sufficient in this case.

---

[1] Exhibit A – Petrina Bondio's Plaintiff Fact Sheet, p. 8.

398951.1

As the Court is aware, Morgan did not construct THUs.[2] Morgan procured THUs directly from Fleetwood, Recreation by Design, and Monaco, and did not act as a general procuring agent for FEMA.[3] Ms. Bondio's responses prevent Morgan from determining whether or not Ms. Bondio actually resided in a Morgan-procured unit.

In her opposition, Ms. Bondio requests additional time to obtain the information about her THU. Ms. Bondio's eleventh-hour request should be denied, because she has been provided with more than adequate time to obtain this information. Ms. Bondio has been a plaintiff in this MDL since July 2009. She first appeared as a plaintiff in *Dianne Adams, et al. v. Alliance Homes, Inc., et al.*, E.D. La. Civil Action No. 09-4841, filed on July 31, 2009. She then became a plaintiff in *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al*, E.D. La. Civil Action No. 09-7985, filed December 29, 2009. Ms. Bondio is currently a plaintiff in this suit (the second suit filed by Jacklyn Aguilar and others against Morgan), filed October 15, 2010. Ms. Bondio has known for over two and one-half years of her obligation to produce completed plaintiff fact sheet responses. Morgan is unaware of any effort by Ms. Bondio to participate in the last-chance matching process (which has now ended), by which FEMA would provide information about an individual's THU.

Ms. Bondio has provided no information suggesting that she will be able to obtain the information about her THU from another source, and FEMA currently has no obligation to provide trailer information, assuming that Ms. Bondio could provide her FEMA identification number. The time for extensions of the discovery deadline is over. Because a complete and cured Plaintiff Fact Sheet has not been provided by Ms. Bondio, good cause exists for the Court

---

[2] Exhibit E - October 22, 2009 Morgan Buildings & Spas deposition excerpts, at 24:12-23.
[3] Exhibit F - August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13; Exhibit E, at 19:9-20:21.

398951.1

to prevent further prejudice to Morgan and dismiss Ms. Bondio's claims for failure to comply with Pre-Trial Order No. 32.

> Respectfully submitted,
>
> */s/ Amanda S. Stout*
> Christine Lipsey (La. Bar Roll No. 1182), T.A.
> Dan E. West (La. Bar Roll No. 13372)
> Amanda S. Stout (La. Bar Roll No. 29001)
> McGLINCHEY STAFFORD, PLLC
> One American Place, 14th floor
> Baton Rouge, Louisiana 70825
> Telephone: (225) 383-9000
> Facsimile: (225) 343-3076
>
> ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

## Certificate of Service

I certify that, on January 23, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

> */s/ Amanda S. Stout*
> Amanda S. Stout

398951.1

3