UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION,** | * | CIVIL ACTION NO. 1873 |
| | * | |
| | * | JUDGE ENGELHARDT |
| **This Document Relates To:** | * | |
| *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3702) (Henry H. Vandenborre, Jr. and Brian Joseph Dobronich) | * | MAGISTRATE CHASEZ |

*******************************************

### REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER 32 RELATING TO PLAINTIFF FACT SHEETS

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan), file this reply memorandum to address the opposition arguments to Morgan's motion to dismiss the claims of Brian Joseph Dobronich. The crux of Morgan's motion is that Mr. Dobronich failed to provide information specifically identifying his THU, which would enable Morgan to confirm that Mr. Dobronich actually resided in a Morgan-procured THU.

Mr. Dobronich identified the manufacturer of his THU as Morgan, but has not provided a VIN number, FEMA bar code number, or his FEMA identification number. He states that he did not receive a FEMA ID number and that he does not know the THU's VIN number or bar code number and that he was unable to obtain this information from FEMA.[1] Though "unknown" can be an adequate response under certain circumstances, responding "unknown" to questions designed to identify a plaintiff's THU is not sufficient in this case. Mr. Dobronich states in his

---

[1] Exhibit D – Brian Joseph Dobronich's amended Plaintiff Fact Sheet, p. 8.

398978.1

opposition that the THU was assigned to his father, who is refusing to provide Mr. Dobronich with the necessary information.

Responses to the questions identifying the THUs are essential for Morgan to determine that Mr. Dobronich actually resided in a Morgan-procured unit. As the Court is aware, Morgan did not construct THUs.[2] Morgan procured THUs directly from Fleetwood, Recreation by Design, and Monaco, and did not act as a general procuring agent for FEMA.[3] Mr. Dobronich's responses prevent Morgan from determining whether Mr. Dobronich actually resided in a Morgan-procured unit.

In his opposition, Mr. Dobronich requests additional time to obtain the information about his THU from his father. Mr. Dobronich's eleventh-hour request should be denied, because he has been provided with more than adequate time to obtain this information. Mr. Dobronich has been a plaintiff in this MDL since June 2009. He first appeared as a plaintiff in *Helen Albarado, et al. v. Morgan Buildings and Spas, Inc.*, *et al.*, E.D. La. Civil Action No. 09-3829, filed on June 11, 2009. Mr. Dobronich then became a plaintiff in the current suit, (one of several filed by Helen Albarado and others against Morgan), filed October 15, 2010. Mr. Dobronich has known for over two and one-half years of his obligation to produce completed plaintiff fact sheet responses. Morgan is unaware of any effort by Mr. Dobronich to participate in the last-chance matching process (which has now ended), by which FEMA would provide information about an individual's THU.

Mr. Dobronich has provided no information suggesting that he will be able to obtain the information about his THU from his father or any other source, and FEMA currently has no obligation to provide trailer information, assuming that Mr. Dobronich could provide his father's

---

[2] Exhibit E - October 22, 2009 Morgan Buildings & Spas deposition excerpts, at 24:12-23.

398978.1

2

FEMA identification number. The time for extensions of the discovery deadline is over. Because a complete and cured Plaintiff Fact Sheet has not been provided by Mr. Dobronich, good cause exists for the Court to prevent further prejudice to Morgan and dismiss Mr. Dobronich's claims for failure to comply with Pre-Trial Order No. 32.

       Respectfully submitted,

       */s/ Amanda S. Stout*
       Christine Lipsey (La. Bar Roll No. 1182), T.A.
       Dan E. West (La. Bar Roll No. 13372)
       Amanda S. Stout (La. Bar Roll No. 29001)
       McGLINCHEY STAFFORD, PLLC
       One American Place, 14th floor
       Baton Rouge, Louisiana 70825
       Telephone: (225) 383-9000
       Facsimile: (225) 343-3076

       ATTORNEYS FOR MORGAN BUILDINGS &
       SPAS, INC. AND MORGAN BUILDING
       SYSTEMS, INC.

### Certificate of Service

    I certify that, on January 23, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

       */s/ Amanda S. Stout*
       Amanda S. Stout

---

[3] Exhibit F - August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13; Exhibit E, at 19:9-20:21.

398978.1