FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JAN 23  AM II: 05

LORETTA G. WHYTE
CLERK

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−54)**

On October 24, 2007, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 964 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D Engelhardt.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation,</u> the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 23, 2012**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**                              MDL No. 1873

### SCHEDULE CTO−54 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SECT. N/5 |
|------|------|---------|--------------|----------------|

**MISSISSIPPI SOUTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SECT. N/5 |
|------|------|---------|--------------|----------------|
| MSS | 1 | 11−00479 | Brown et al v. American Camper Manufacturing, LLC et al | 12-194 |
| MSS | 1 | 11−00480 | Allen et al v. Forest River, Inc. et al | 12-195 |
| MSS | 1 | 11−00481 | Green et al v. Coachmen Industries, Inc. et al | 12-196 |
| MSS | 1 | 11−00489 | Johnson et al v. Stewart Park Homes, Inc. et al | 12-197 |
| MSS | 1 | 11−00491 | Flowers et al v. Timberland RV Company et al | 12-198 |
| MSS | 1 | 11−00500 | Dedeaux et al v. Liberty Insurance Corporation et al | 12-199 |
| MSS | 1 | 11−00501 | Brazzle et al v. Starcraft RV, Inc. et al | 12-200 |
| MSS | 1 | 11−00517 | Acklin v. Sunray RV, LLC et al | 12-201 |
| MSS | 1 | 11−00518 | Vanderburg v. Viking Recreational Vehicle Company, LLC et al | 12-202 |
| MSS | 1 | 11−00519 | Mathis et al v. Sunray RV, LLC et al | 12-203 |
| MSS | 1 | 11−00520 | Burrell et al vs Keystone Industries, Inc., et al | 12-204 |
| MSS | 1 | 11−00522 | Carter et al v. Forest River, Inc. et al | 12-205 |
| MSS | 1 | 11−00523 | Brown et al v. Jayco Enterprises, Inc. et al | 12-206 |
| MSS | 1 | 11−00525 | Davis et al v. American International Specialty Lines Insurance Company et al | 12-207 |
| MSS | 1 | 11−00527 | Dedeaux v. Hy−Line Enterprises, Inc. et al | 12-208 |
| MSS | 1 | 11−00532 | Cooley et al v. Timberland RV Company et al | 12-209 |
| MSS | 1 | 11−00534 | Crawford et al v. IVRBS, Inc. et al | 12-210 |
| MSS | 1 | 11−00535 | Thompson et al v. Starcraft RV, Inc. et al | 12-211 |
| MSS | 1 | 11−00536 | Alexander et al v. Stewart Park Homes, Inc. et al | 12-212 |
| MSS | 1 | 11−00538 | Brown et al v. Northwood Manufacturing, Inc. et al | 12-213 |
| MSS | 1 | 11−00543 | Hinchey et al v. Stewart Park Homes, Inc. et al | 12-214 |
| MSS | 1 | 11−00544 | Craven et al v. Coachmen Recreational Vehicle Company, LLC et al | 12-215 |
| MSS | 1 | 11−00546 | Beaugez et al v. Sunray RV, LLC et al | 12-216 |
| MSS | 1 | 11−00549 | Picone v. American International Specialty Lines Insurance Company et al | 12-218 |
| MSS | 1 | 11−00551 | Catchings et al v. Coachmen Recreational Vehicle Company, LLC et al | 12-219 |
| MSS | 1 | 11−00554 | Smith et al v. American Camper Manufacturing, LLC et al | 12-220 |
| MSS | 1 | 11−00555 | Gale et al v. Homestead Manufacturing et al | 12-221 |

| MSS | 1 | 11−00556 | Davison et al v. Lakeside Park Homes, Inc. et al | 12-222 |
| MSS | 1 | 11−00558 | Bradley et al v. Timberland RV Company et al | 12-223 |
| MSS | 1 | 11−00559 | Lachney et al v. Starcraft RV, Inc. et al | 12-224 |
| MSS | 1 | 11−00562 | Allen et al v. CH2M Hill Constructors, Inc. | 12-225 |
| MSS | 1 | 11−00565 | Jackson et al v. Coachmen Recreational Vehicle Company, LLC et al | 12-226 |
|  |  |  |  | 12-227 |
| MSS | 1 | 11−00566 | Cunningham et al v. Forest River, Inc. et al | 12-228 |
| MSS | 1 | 11−00568 | Booth et al v. Forest River, Inc. et al | 12-229 |
| MSS | 1 | 11−00569 | Bridges et al v. Jayco Enterprises, Inc. et al | 12-229 |
| MSS | 1 | 11−00572 | Allen et al v. Gulf Stream Coach, Inc. et al | 12-230 |
| MSS | 1 | 11−00576 | Anderson et al v. Gulf Stream Coach, Inc. et al | 12-231 |