## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:   FEMA TRAILER PRODUCTS** | *   **MDL NO. 07-1873** |
| **LIABILITY LITIGATION** | * |
| | * |
| | *   **SECTION:  N "5"** |
| **THIS DOCUMENT PERTAINS TO:** | *   **JUDGE: KURT D. ENGELHARDT** |
| ***Angelle Allen, et al. v. Layton Homes Corp., et al.,*** | * |
| **No. 09-5260.** | * |
| | *   **MAGISTRATE JUDGE:** |
| **Plaintiffs: Angelle Allen;** | *   **ALMA CHASEZ** |
| **Kenneth LaFrance** | * |
| **Asia Eboney Lane;** | * |
| **Arwvin Sino;** | * |
| **Arvine Tyrone Sino;** | * |
| **Donna Sino.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS FOR FAILURE TO COMPLY
## WITH PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS

Defendant, Layton Homes Corp. ("Layton") through undersigned counsel, moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to cure deficiencies in their Plaintiff Fact Sheets as required by the Court's Pre-Trial Orders. The plaintiffs to be dismissed are:

1.	Angelle Allen;

2.	Kenneth LaFrance;

3.	Asia Eboney Lane;

4.	Arwvin Sino;

5.	Arvine Tyrone Sino; and

6.	Donna Sino.

For the reasons set forth more fully in the memorandum in support, dismissal with prejudice is appropriate under Rules 37 and 41 of the Federal Rules of Civil Procedure and Pre-Trial Orders 2, 32, and 88 (as corrected).  (Rec. Docs. 87, 1180, and 22153.)

969068.1

WHEREFORE, Layton respectfully requests that the Court dismiss the claims of these plaintiffs with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

969068.1