UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>        LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Angelle Allen, et al. v. Layton Homes Corp., et al.*,<br>No. 09-5260.<br><br>Plaintiffs: Angelle Allen;<br>            Kenneth LaFrance<br>            Asia Eboney Lane;<br>            Arwvin Sino;<br>            Arvine Tyrone Sino;<br>            Donna Sino. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that he requested consent by telephone from plaintiffs' counsel of record, Michael Watson, to Layton Homes Corp.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets.  Mr. Watson indicated that he had left that firm and directed counsel to Jared Woodfill.  On January 19, 2012, undersigned counsel sent an e-mail to Mr. Woodfill requesting consent to this motion, but has received no response.

                                         s/ *Robert D. Sheesley*
                                         LARRY FELDMAN, JR., T.A. (La. #5503)
                                         ROBERT D. SHEESLEY (La. #31579)
                                         **McGLINCHEY STAFFORD, PLLC**
                                         601 Poydras Street, 12th Floor
                                         New Orleans, LA  70130
                                         Telephone:  (504) 586-1200
                                         Facsimile:  (504) 596-2800

                                         **ATTORNEYS FOR DEFENDANT**
                                         **LAYTON HOMES CORP.**

969068.1

-2-

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                              s/ *Robert D. Sheesley*
                                              ROBERT D. SHEESLEY

969068.1