# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

**Larry Feldman, Jr.**
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

**Robert D. Sheesley**
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

June 29, 2011

**Via U.S. Mail**

Michael C. Watson, Esq.
Michael C. Watson, Attorney at Law
2 Houston Center
909 Fannin St., Suite 1470
Houston, TX 77010

> RE: *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
> Member Case: 09-6570.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2, 32, 86, and 88. The PFS submitted by or on behalf of the following plaintiffs represented by you in the following action against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

*Angelle Allen et al. v. Layton Homes Corp.*, EDLA, 09-5260

are deficient for the following reasons:

| **Plaintiff** | **PFS Item** | **Deficiency** |
|---|---|---|
| Allen, Angelle as next friend of Arvine Tyrone | III.C.3 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.3 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Allen, Angelle as next friend of Eboney Lane | III.C.3 | No response |
| | III.C.9 | No response |

930419.1

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-272[?]

EXHIBIT A

June 29, 2011
Page 2

| Name | Section | Response |
|---|---|---|
| | IV.F.3 | No response |
| | V.A.3 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Allen, Angelle | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.3 | No response |
| | V.A.13 | No response |
| | VI.C | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (did not provide full address, phone number, or complete dates of treatment) |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Ducro, Cornelius | III.C2 | No response |
| | III.C.3 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.13 | No response |
| | VI.C | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Hawkins, Albert Sr. | III.C.2 | No response |

930419.1

June 29, 2011
Page 3

| | | |
|---|---|---|
| | III.C.3 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.3 | No response |
| | V.A.13 | No response |
| | VI.C | Incomplete (does not identify amount smoked or used) |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide address date full date of treatment) |
| | VIII.A-D | No response |
| | Sign. | No response (unsigned) |
| Hawkins, Phyllis | III.C.2 | No response |
| | III.C.3 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.3 | No response |
| | V.A.13 | No response |
| | VI.C | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide address) |
| | VIII.A-D | No response |
| | Sign. | No response (unsigned) |
| LaFrance, Kenneth | III.C2 | No response |
| | III.C.8 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.3 | No response |

930419.1

June 29, 2011
Page 4

|  | | |
|---|---|---|
|  | V.A.8 | No response |
|  | V.A.13 | No response |
|  | VI.D | No response |
|  | VI.F.1&4 | No response |
|  | VII.B | Incomplete (does not provide address or dates of treatment) |
|  | VIII.A-D | No response |
|  | Signature | No response (unsigned) |
| Lee, Genette as next friend of Spencer Jerome Jackson | III.C2 | No response |
|  | III.C.3 | No response |
|  | III.C.3 (2nd Question) | No response |
|  | III.C.9 | No response |
|  | IV.F.3 | No response |
|  | V.A.1 | Incomplete (does not identify defendant) |
|  | V.A.2 | Incomplete (does not identify defendant VIN) |
|  | V.A.3 | No response |
|  | V.A.7 | Incomplete (states "unknown") |
|  | V.A.13 | No response |
|  | VI.D | No response |
|  | VI.F.1&4 | No response |
|  | VII.B | No response |
|  | VIII.A-D | No response |
|  | Signature | No response (unsigned) |
| Lee, Genette | III.C.2 | No response |
|  | III.C.9 | No response |
|  | IV.F.3 | No response |
|  | V.A.1 | Incomplete (does not identify defendant) |
|  | V.A.2 | Incomplete (does not identify defendant VIN) |
|  | V.A.3 | No response |
|  | V.A.7 | No response (states "unknown") |
|  | V.A.13 | No response |
|  | VI.C | No response |

930419.1

June 29, 2011
Page 5

| | | |
|---|---|---|
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Mackey, Otis Kareem | III.C.2 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | VI.C | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Singleton, Ella Stein | III.C.2 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.3 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide full address, phone, or treatment) |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Singleton, Harry Dwayne | III.C.2 | No response |
| | III.C.3 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |

930419.1

June 29, 2011
Page 6

|  | | |
|---|---|---|
|  | V.A.3 | No response |
|  | V.A.1 | Incomplete (does not identify defendant) |
|  | V.A.2 | Incomplete (does not identify defendant VIN) |
|  | V.A.13 | No response |
|  | VI.D | No response |
|  | VI.F.1&4 | No response |
|  | VII.B | Incomplete (does not provide full address, phone, treatment, or dates of treatment) |
|  | VIII.A-D | No response |
|  | Signature | No response (unsigned) |
| Sino, Donna Lynn as next friend of Arwvin Sino | III.C.2 | No response |
|  | III.C.3 | No response |
|  | III.C.3 | No response |
|  | III.C.9 | No response |
|  | IV.C | No response |
|  | IV.F.3 | No response |
|  | V.A.3 | No response |
|  | V.A.6 | No response |
|  | V.A.7 | No response |
|  | V.A.8 | No response |
|  | V.A.13 | No response |
|  | VI.C | No response |
|  | VI.D | No response |
|  | VI.F.1&4 | No response |
|  | VII.B | No response |
|  | VIII.A-D | No response |
|  | Signature | No response (unsigned) |
| Sino, Donna | III.C.2 | No response |
|  | III.C.9 | No response |
|  | IV.F.3 | No response |
|  | V.A.3 | No response |
|  | V.A.13 | No response |
|  | VI.C | No response |

930419.1

June 29, 2011
Page 7

| | | |
|---|---|---|
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide phone or dates of treatment) |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Stewart, Carl Jr. as next friend of Dontesha Stewart | III.C.2 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | No response |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.3 | No response |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | V.E | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide full address, phone, treatment, or dates of treatment) |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Stewart, Carl Jr. | (III.C.2 | No response |
| | III.C.3 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.3 | No response |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | VI.C | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide full address or phone) |

930419.1

June 29, 2011
Page 8

| | | |
|---|---|---|
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Turner, Proma James | III.C.2 | No response |
| | III.C.3 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.3 | No response |
| | V.A.7 | No response (states "unknown") |
| | V.A.13 | No response |
| | VI.C | Incomplete (does not identify amount per day or time) |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide address, phone, treatment, or dates of treatment) |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Williams, Lynnae | III.C.2 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Williams, Nelson Clarence III | III.C.2 | No response |
| | III.C.9 | No response |

930419.1

| | | |
|---|---|---|
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | Incomplete (does not provide full address, phone, treatment, or dates of treatment) |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Williams, Shannon Devoura as next friend of Jace Williams | III.C.2 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Williams, Shannon Devoura as next friend of London Williams | III.C.2 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |

June 29, 2011
Page 10

| | | |
|---|---|---|
| Williams, Shannon Devoura as next friend of Nashae Williams | III.C.2 | No response |
| | III.C.9 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |
| Williams, Shannon Devoura | III.C.2 | No response |
| | III.C.9 | No response |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | Incomplete (does not identify defendant VIN) |
| | V.A.8 | No response |
| | V.A.13 | No response |
| | VI.D | No response |
| | VI.F.1&4 | No response |
| | VII.B | No response |
| | VIII.A-D | No response |
| | Signature | No response (unsigned) |

Please provide a corrected and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within sixty (60) days of this letter.

If fully-completed and verified Plaintiff Fact Sheets are not received within sixty (60) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

Skyline Corporation and/or Layton Homes Corp. reserve the right to identify additional deficiencies in any PFS.

930419.1

June 29, 2011
Page 11

                      Sincerely,

                      **McGlinchey Stafford, PLLC**

                      */s/ Robert Sheesley*

                      Larry Feldman, Jr.
                      Robert D. Sheesley

                      Attorneys for Skyline Corporation
                      and Layton Homes Corp.

cc (via email):

    Justin Woods, Esq.
    Andrew Weinstock, Esq.
    David Kurtz, Esq.
    Charles Leche, Esq.
    Henry Miller, Esq.

930419.1