UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS         LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Angelle Allen, et al. v. Layton Homes Corp., et al.*,<br>No. 09-5260.<br><br>**Plaintiffs:** Cornelius Ducro;<br>           Albert Hawkins, Sr.;<br>           Phyllis Hawkins;<br>           Spencer Jerome Jackson;<br>           Genette Lee;<br>           Otis Kareem Mackey;<br>           Ella Stein Singleton;<br>           Harry Dwayne Singleton;<br>           Carl Stewart, Jr.;<br>           Donesha Stewart;<br>           Proma James Turner;<br>           Lynnae Williams;<br>           Nelson Clarence Williams;<br>           Shannon Devoura Williams;<br>           Shannon Devoura Williams, a/n/f of<br>              Jace Williams;<br>           Shannon Devoura Williams, a/n/f of<br>              London Williams;<br>           Shannon Devoura Williams, a/n/f of<br>              Nashae Williams. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE
MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
<u>PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS</u>**

Defendant, Layton Homes Corp. ("Layton") through undersigned counsel, moves this Court for summary judgment, or, alternatively, dismissal with prejudice as to the claims of the claims by the plaintiffs listed below. The evidence establishes that none of these plaintiffs resided in a trailer manufactured by Layton. Alternatively, the claims of these plaintiffs should be dismissed, with prejudice, pursuant to Rules 37 and 56 of the Federal Rules of Civil

963811.4

Procedure for their failure to correct deficiencies in Plaintiff Fact Sheets as required by the Court's Pre-Trial Orders.  The plaintiffs subject to this motion are:

1. Cornelius Ducro;
2. Albert Hawkins, Sr.;
3. Phyllis Hawkins;
4. Spencer Jerome Jackson;
5. Genette Lee;
6. Otis Kareem Mackey;
7. Ella Stein Singleton;
8. Harry Dwayne Singleton;
9. Carl Stewart, Jr.
10. Donesha Stewart;
11. Proma James Turner;
12. Lynnae Williams;
13. Nelson Clarence Williams, III;
14. Shannon Devoura Williams;
15. Shannon Devoura Williams, a/n/f of Jace Williams;
16. Shannon Devoura Williams, a/n/f of London Williams; and
17. Shannon Devoura Williams, a/n/f of Nashae Williams.

WHEREFORE, Layton respectfully requests that the Court grant summary judgment and dismiss the claims of these plaintiffs, with prejudice, in their entirety.  In the alternative, Layton respectfully requests that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety, for failure to comply with the Court's Pre-Trial Orders.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**ATTORNEYS FOR DEFENDANT
LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY