UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *   MDL NO. 07-1873 <br> * <br> *   SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO: <br> *Angelle Allen, et al. v. Layton Homes Corp., et al.*, No. 09-5260. | *   JUDGE: KURT D. ENGELHARDT <br> * <br> *   MAGISTRATE JUDGE: <br> *   ALMA CHASEZ |
| **Plaintiffs:** Cornelius Ducro; <br> Albert Hawkins, Sr.; <br> Phyllis Hawkins; <br> Spencer Jerome Jackson; <br> Genette Lee; <br> Otis Kareem Mackey; <br> Ella Stein Singleton; <br> Harry Dwayne Singleton; <br> Carl Stewart, Jr.; <br> Donesha Stewart; <br> Proma James Turner; <br> Lynnae Williams; <br> Nelson Clarence Williams; <br> Shannon Devoura Williams; <br> Shannon Devoura Williams, a/n/f of Jace Williams; <br> Shannon Devoura Williams, a/n/f of London Williams; <br> Shannon Devoura Williams, a/n/f of Nashae Williams. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## STATEMENT OF UNDISPUTED MATERIAL FACTS
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Layton Homes Corp. ("Layton") submits this statement of undisputed material facts in support of its motion for summary judgment as to the foregoing plaintiffs:

1. **Cornelius Ducro** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. B.)

2. **Albert Hawkins, Sr.** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. C.)

963811.4

3.      **Phyllis Hawkins** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. D.)

4.      **Spencer Jerome Jackson** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. E.)

5.      **Genette Lee** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. F.)

6.      **Otis Kareem Mackey** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. G.)

**7.**      **Ella Stein Singleton** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. H.)

8.      **Harry Dwayne Singleton** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. I.)

9.      **Donesha Stewart** lived in a unit manufactured by Southern Energy Homes and did not live any product manufactured by Layton.  (*See* Ex. J; *see also* Ex. K.)

10.     **Carl Stewart, Jr.** lived in a unit manufactured by Southern Energy Homes and did not live any product manufactured by Layton.  (*See* Ex. K.)

11.     **Proma James Turner** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. L.)

12.     **Lynnae Williams** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. M.)

13.     **Nelson Clarence Williams** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. N.)

14.     **Jace Williams** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. O.)

15.     **London Williams** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. P.)

16.     **Nashae Williams** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. Q.)

17.     **Shannon Devoura Williams** lived in a unit manufactured by "Stewart Park Homes" and did not live any product manufactured by Layton.  (*See* Ex. R.)

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

963811.4