UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION:  N "5" |
| *Angelle Allen, et al. v. Layton Homes Corp., et al.*, No. 09-5260. | * JUDGE: KURT D. ENGELHARDT |
| | * MAGISTRATE JUDGE: ALMA CHASEZ |
| Plaintiffs: Cornelius Ducro; Albert Hawkins, Sr.; Phyllis Hawkins; Spencer Jerome Jackson; Genette Lee; Otis Kareem Mackey; Ella Stein Singleton; Harry Dwayne Singleton; Carl Stewart, Jr.; Donesha Stewart; Proma James Turner; Lynnae Williams; Nelson Clarence Williams; Shannon Devoura Williams; Shannon Devoura Williams, a/n/f of Jace Williams; Shannon Devoura Williams, a/n/f of London Williams; Shannon Devoura Williams, a/n/f of Nashae Williams. | * |

* * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that on January 19, 2012, he requested consent by telephone from plaintiffs' counsel of record, Michael Watson, to Layton Homes Corp.'s Motion for Summary Judgment and Alternative Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets. Mr. Watson indicated that he had left that firm and directed counsel to Jared Woodfill. On January 19, 2012, undersigned counsel sent an e-mail to Mr. Woodfill requesting consent to this motion, but has received no response.

963811.4

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

963811.4

2