# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *Angelle Allen, et al. v. Layton Homes Corp., et al.*, No. 09-5260. | *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT * * *  MAGISTRATE JUDGE: *  ALMA CHASEZ |
| Plaintiffs: Cornelius Ducro; Albert Hawkins, Sr.; Phyllis Hawkins; Spencer Jerome Jackson; Genette Lee; Otis Kareem Mackey; Ella Stein Singleton; Harry Dwayne Singleton; Carl Stewart, Jr.; Donesha Stewart; Proma James Turner; Lynnae Williams; Nelson Clarence Williams; Shannon Devoura Williams; Shannon Devoura Williams, a/n/f of Jace Williams; Shannon Devoura Williams, a/n/f of London Williams; Shannon Devoura Williams, a/n/f of Nashae Williams. | * * * * * * * * * * * * * * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Layton Homes Corp.'s Motion for Summary Judgment and Alternative Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets will be submitted to the Honorable Kurt D. Engelhardt, in the United States District Court for the Eastern District of Louisiana, on February 8, 2012 at 9:30 a.m., or as soon thereafter as may be submitted.

963811.4

        s/ *Robert D. Sheesley*
        LARRY FELDMAN, JR., T.A. (La. #5503)
        ROBERT D. SHEESLEY (La. #31579)
        **McGLINCHEY STAFFORD, PLLC**
        601 Poydras Street, 12th Floor
        New Orleans, LA 70130
        Telephone: (504) 586-1200
        Facsimile: (504) 596-2800

        **ATTORNEYS FOR DEFENDANT**
        **LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

        s/ *Robert D. Sheesley*
        ROBERT D. SHEESLEY