## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER PRODUCTS     \*   **MDL NO. 07-1873**
         LIABILITY LITIGATION     \*

                                       \*   **SECTION:  N "5"**
**THIS DOCUMENT PERTAINS TO:**     \*   **JUDGE: KURT D. ENGELHARDT**
*Robert Meshell v. Skyline Corporation, et al.,* **No.**     \*
**10-1362.**     \*

                                       \*   **MAGISTRATE JUDGE:**
**Plaintiff: Robert Meshell.**     \*   **ALMA CHASEZ**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## MOTION TO DISMISS FOR FAILURE TO COMPLY
## WITH PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS

      Defendant, Skyline Corporation ("Skyline") through undersigned counsel, moves this Court to dismiss the claims of plaintiff **Robert Meshell**, with prejudice, for failure to cure deficiencies in his Plaintiff Fact Sheet as required by the Court's Pre-Trial Orders.  For the reasons set forth in the memorandum in support, dismissal with prejudice is appropriate under Rules 37 and 41 of the Federal Rule of Civil Procedure and Pre-Trial Orders 2, 32, and 88 (as corrected).  (Rec. Docs. 87, 1180, and 22153.)

      WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of Robert Meshell, with prejudice, in their entirety.

                        Submitted by:

                        *s/ Robert D. Sheesley* _____
                        LARRY FELDMAN, JR., T.A. (La. #5503)
                        ROBERT D. SHEESLEY (La. #31579)
                        **McGLINCHEY STAFFORD, PLLC**
                        601 Poydras Street, 12th Floor
                        New Orleans, LA  70130
                        Telephone:  (504) 586-1200
                        Facsimile:  (504) 596-2800

                        **ATTORNEYS FOR DEFENDANT**
                        **SKYLINE CORPORATION**

963957.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

963957.1