UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION | *   MDL NO. 07-1873<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*Robert Meshell v. Skyline Corporation, et al.,* No.<br>10-1362.<br><br>**Plaintiff: Robert Meshell.** | *   SECTION:  N "5"<br>*   JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*   MAGISTRATE JUDGE:<br>*   ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that on January 19, 2012, he requested consent from plaintiffs' counsel to Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets by e-mail and has received no response from plaintiffs' counsel.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

963957.1