# M<sup>c</sup>GLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA  LOUISIANA  MISSISSIPPI  NEW YORK  OHIO  TEXAS

**Larry Feldman, Jr.**
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

**Robert D. Sheesley**
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

June 29, 2011

**Via U.S. Mail**

Paul Dominick, Esq.
Nexsen Pruett
205 King Street, Suite 400
Charleston, South Carolina 29401

J. Rock Palermo, III, Esq.
Veron, Bice, Palermo & Wilson
P.O. Box 2125
Lake Charles, LA 70601

   RE:   *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
         Member Case: 10-1362.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2, 32, 86, and 88. The PFS (including any amendments) submitted by or on behalf of the following plaintiff represented by you in the following action against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

   ***Robert Meshell v. Skyline Corporation, et al.*, EDLA, 10-1362**

is deficient for the following reasons:

| Plaintiff | PFS Item | Deficiency |
|---|---|---|
| Meshell, Robert | III.C.2 | No response |
| | III.C.3 | No response |
| | III.C.8 | Incomplete (states "N/A" to amount) |
| | III.C.9 | Incomplete (states "to be determined") |
| | V.A.4 | No response |
| | VI.D | No response |
| | VII.B | No response |
| | VIII.A-D | No SF95 attached as indicated |

   Please provide a corrected and verified Plaintiff Fact Sheet for the aforementioned individual and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within sixty (60) days of this letter.

931070.1

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728 • www.mcglinchey.com

EXHIBIT A

June 29, 2011
Page 2

If a fully-completed and verified Plaintiff Fact Sheet is not received within sixty (60) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

Skyline Corporation and/or Layton Homes Corp. reserve the right to identify additional deficiencies in any PFS.

Sincerely,

**McGlinchey Stafford, PLLC**

*[signature]*

Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

cc (via email):

Justin Woods, Esq.
Andrew Weinstock, Esq.
David Kurtz, Esq.
Charles Leche, Esq.
Henry Miller, Esq.

931070.1