Amendment to the Plaintiff Fact Sheet

Claimant Name: Meshell, Robert

Claimant's Attorney: Nicaud & Sunseri LLC/Nexen Pruet

Please note the following updates to the previously submitted Plaintiff Fact Sheet

## Section V.  FEMA Trailer or Mobile Home Unit

## Manufacturer:     Sent in as Nomad should be Skyline

MAR 2 3 2010

_____
**Plaintiff or Representative**                                    **Date**

EXHIBIT
C