UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *   MDL NO. 07-1873 <br> * <br> *   SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO: <br> *Robert Meshell v. Skyline Corporation, et al,* No. 10-1362 | *   JUDGE: KURT D. ENGELHARDT <br> * <br> *   MAGISTRATE JUDGE: |
| **Plaintiff: Robert Meshell.** | *   ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets will be submitted to the Honorable Kurt D. Engelhardt, in the United States District Court for the Eastern District of Louisiana, on February 8, 2012 at 9:30 a.m., or as soon thereafter as may be submitted.

> s/ *Robert D. Sheesley*
> LARRY FELDMAN, JR., T.A. (La. #5503)
> ROBERT D. SHEESLEY (La. #31579)
> **McGLINCHEY STAFFORD, PLLC**
> 601 Poydras Street, 12th Floor
> New Orleans, LA  70130
> Telephone:  (504) 586-1200
> Facsimile:   (504) 596-2800
>
> **ATTORNEYS FOR DEFENDANT
> SKYLINE CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

> s/ *Robert D. Sheesley*
> ROBERT D. SHEESLEY

963957.1