UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * * * * | CIVIL ACTION NO. 1873 |
| | | JUDGE ENGELHARDT |
| This Document Relates To: | | |
| *Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279) | * * | MAGISTRATE CHASEZ |

********************************************

## ORDER

Considering Morgan Building Systems, Inc.'s Motion for Leave to File its Reply Memorandum in Support of its Motion To Dismiss With Prejudice For Failure To Comply With Pre-Trial Order 32 Relating To Plaintiff Fact Sheets:

IT IS ORDERED that the motion is GRANTED and the attached Reply Memorandum in Support of its Motion To Dismiss With Prejudice For Failure To Comply With Pre-Trial Order 32 Relating To Plaintiff Fact Sheets be filed into the record of this proceeding.

New Orleans, Louisiana this 24th day of January, 2012.

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

399172.1