UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT RELATES TO:**<br>*Gary McCray, et al v. Pilgrim International, Inc., et al*, 09-5991<br>*Swanica Nero, et al v. Pilgrim International, Inc., et al*, 09-4730<br>*Henrietta Barnes, et al v. Pilgrim International, Inc. et al*, 09-7101<br>*Mae Aaron, as Next Friend of J.A., A minor, et al v. Pilgrim International, Inc. et al*, 09-7808<br>*Janice Currie, et al v. Pilgrim International, Inc., et al*, 09-7909<br>*Joan Martin, et al v. Pilgrim International, Inc., et al*, 10-1253<br>*Candy Dunnaway, as Next Friend of N.A., A minor et al v. Pilgrim International, Inc., et al*, 10-2189<br>*Kasinda Brumfield, as Next Friend of K.B., A minor, et al v. Pilgrim International, Inc., et al*, 10-2248 | * * * * * * * * * * * * * * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs submit this Reply Memorandum in support of Plaintiffs' Motion For Leave to File Amended Complaint and, in support, would show the following:

**ARGUMENT**

Plaintiffs requested leave to amend their complaint to clarify allegations regarding the insurers previously named and to add causes of action against Burlington Insurance Company ("Burlington"), which insured Pilgrim International, Inc. ("Pilgrim") from March 31, 2007 to March 31, 2009. Defendant Crum & Forster Specialty Insurance Company ("Crum") did not

oppose leave to amend with respect to the lawsuit *Gary McCray, et al v. Pilgrim International, Inc., et al*, No. 09-5991.  With respect to the other seven claimants, *Nero, Currie, Barnes, Brumfield, Dunnaway, Aaron, and Martin,* Defendant Crum objected adding Burlington to the lawsuit.  Crum alleged the aforementioned group of claimants included individuals whose trailers were situated in Mississippi.

However, Crum's factual allegations are incorrect, as all of the seven additional claimants are from Louisiana.  Unlike the State of Louisiana, the State of Mississippi does not provide plaintiffs with a direct action against liability insurance companies.  *See* Louisiana Revised Statutes 22:1269.  Plaintiffs do not challenge this assertion.  However, none of the amended motions, and none of the additional claimants, include individuals from the State of Mississippi. *See* Exhibit A, Affidavit of Watts Hilliard Project Coordinator Nicole Porter.  In fact, the aforementioned claimants are compromised of individuals from Louisiana, whose trailers were situated in Louisiana. *See* Exhibit A, Affidavit of Watts Hilliard Project Coordinator Nicole Porter.  Because all of the additional claimants are from the State of Louisiana, and because Defendant Crum did not object to the addition of Louisiana claimants, this Court should grant Plaintiffs' request for leave to amend their complaint.  *See* Rec. Doc. No. 24133 (Defendant conceded Louisiana "provides a direct action against liability insurance companies," while the State of Mississippi "gives plaintiffs no such right.").

## **CONCLUSION**

For all the above reasons, Plaintiffs respectfully request this Court grant their Motion for Leave to File Amended Complaints.

Respectfully submitted:

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**

Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**

Texas State Bar No. 20981820
MIKAL C. WATTS, P.C. 2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**

Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone: (225) 282-0600
Fax: (225) 282-0650

**DANIEL D. WARE**

Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of January, 2012.

                                    /s/ Robert C. Hilliard
                                    _____

                                    **ROBERT C. HILLIARD**