UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>　　　　　LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Jacklyn Aguilar, et al v. Layton Homes Corp., et al*,<br>No. 10-3686.<br><br>Plaintiffs: Loukevia M. Williams;<br>　　　　　　Loukevia M. Williams, on behalf of<br>　　　　　　J.W.;<br>　　　　　　Loukevia M. Williams, on behalf of<br>　　　　　　K.W.;<br>　　　　　　Vernon Williams. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE
MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
<u>PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS</u>**

Defendant, Layton Homes Corp. ("Layton") through undersigned counsel, , moves this Court for summary judgment, or, alternatively, dismissal with prejudice as to the claims of the claims by the plaintiffs listed below. The evidence establishes that none of these plaintiffs resided in a trailer manufactured by Layton. Alternatively, the claims of these plaintiffs should be dismissed, with prejudice, pursuant to Rules 37 and 56 of the Federal Rules of Civil Procedure for their failure to correct deficiencies in Plaintiff Fact Sheets as required by the Court's Pre-Trial Orders. The plaintiffs whose claims are to be dismissed are:

1. Loukevia M. Williams;
2. Loukevia M. Williams, on behalf of J.W.;
3. Loukevia Williams, on behalf of K.W.; and
4. Vernon Williams.

963025.3

-2-

For the reasons set forth more fully in the memorandum in support, dismissal with prejudice is appropriate under Rules 37, 41 and 56 of the Federal Rule of Civil Procedure and Pre-Trial Orders 2, 32, and 88 (as corrected).  (Rec. Docs. 87, 1180, and 22153.)

WHEREFORE, Layton respectfully requests that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

963025.3