UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 <br> * <br> * SECTION: N "5" <br> * JUDGE: KURT D. ENGELHARDT <br> * <br> * MAGISTRATE JUDGE: <br> * ALMA CHASEZ |
| THIS DOCUMENT PERTAINS TO: <br> *Jacklyn Aguilar, et al v. Layton Homes Corp., et al*, No. 10-3686. | |
| Plaintiffs: Loukevia M. Williams; <br> Loukevia M. Williams, on behalf of J.W.; <br> Loukevia M. Williams, on behalf of K.W.; <br> Vernon Williams. | |

* * * * * * * * * * * * * * * * * * * * * *

**STATEMENT OF UNCONTESTED FACTS**

Pursuant to Local Rule 56.1 of the U.S. District Court for the Eastern District of Louisiana, Layton Homes Corp. ("Layton") submits that there is no genuine issue concerning the following material facts.

1. **Loukevia Williams** lived in a unit manufactured by "cavelier [sic] and celebrity" and did not live in any product manufactured by Layton.[1]

2. **J.W.** resided in unit manufactured by "celebrity & cavelier [sic]" and did not live in any product manufactured by Layton.[2]

3. **K.W.** lived in a unit manufactured by "cavelier [sic] and celebrity" and did not live in any product manufactured by Layton.[3]

4. **Vernon Williams** lived in a unit manufactured by "celebrity and cavelier [sic]" and did not live in any product manufactured by Layton.[4]

---

[1] Ex. C.
[2] Ex. D.
[3] Ex. E.
[4] Ex. F.

963025.3

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
LAYTON HOMES CORP.**

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY