# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

**Larry Feldman, Jr.**
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

**Robert D. Sheesley**
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

June 30, 2011

**Via U.S. Mail**

Sidney D. Torres, III, Esq.
David Jarrell, Esq.
Roberta Burns, Esq.
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043

RE:  *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
     Member Case: 09-3730; 10-3686.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2, 32, 86, and 88. The PFS submitted by or on behalf of the following plaintiffs represented by you in the following actions against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, EDLA, 09-3730

*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, EDLA, 10-3686

are deficient for the following reasons:

| Plaintiff | PFS Item | Deficiency |
|---|---|---|
| Aguilar, Jacklyn | V.A.1 | Incomplete (does not identify defendant) |
|  | V.A.2 | Incomplete (does not identify defendant VIN) |
| Williams, Loukevia | III.C.2 | No response |
|  | III.C.3 | No response (question under checklist) |
|  | III.C.9 | Incomplete (states amount is "any") |
|  | IV.C | Incomplete (does not provide year) |
|  | V.A.1 | Incomplete (does not identify defendant) |
|  | V.A.2 | No response (states "don't know") |
|  | V.A.3 | No response (states "don't know") |
|  | V.A.4 | No response (states "don't know") |
|  | V.A.6 | No response (states "don't know") |
|  | V.A.7 | No response (states "don't know") |
|  | V.A.13 | No response (states "living hours") |
|  | VII.B | Incomplete (does not provide address) |

EXHIBIT A

June 30, 2011
Page 2

| | | |
|---|---|---|
| Williams, Loukevia on behalf of J▮ W▮ | III.C.3 | No response (question under checklist) |
| | III.C.9 | Incomplete (states amount is "as much as possible") |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | No response (states "don't know") |
| | V.A.3 | No response (states "don't know") |
| | V.A.4 | No response (states "don't know") |
| | V.A.6 | No response (states "don't know") |
| | V.A.7 | No response (states "don't know") |
| | V.A.13 | No response (states "living hours") |
| | VII.B | Incomplete (does not provide full name or address) |
| Williams, Loukevia on behalf of K▮ | III.C.2 | No response |
| | III.C.3 | No response (question under checklist) |
| | III.C.8 | Incomplete (does not provide full name or address) |
| | III.C.9 | Incomplete (states amount is "any") |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | No response (states "don't know") |
| | V.A.3 | No response (states "don't know") |
| | V.A.4 | No response (states "don't know") |
| | V.A.6 | No response (states "don't know") |
| | V.A.7 | No response (states "don't know") |
| | V.A.8 | No response |
| | V.A.13 | No response (states "living hours") |
| | VII.B | Incomplete (does not provide full name or address) |
| Williams, Vernon | III.C.3 | No response (question under checklist) |
| | III.C.9 | Incomplete (states amount is "as much as possible") |
| | V.A.1 | Incomplete (does not identify defendant) |
| | V.A.2 | No response (states "don't know") |
| | V.A.3 | No response (states "don't know") |
| | V.A.4 | No response (states "don't know") |
| | V.A.6 | No response (states "don't know") |
| | V.A.7 | No response (states "don't know") |
| | V.A.13 | No response (states "living hours") |
| | VI.C | No response (states "N/A") |
| | VII.B | Incomplete (does not provide full address) |

Please provide a corrected and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within sixty (60) days of this letter.

If fully-completed and verified Plaintiff Fact Sheets are not received within sixty (60) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of

931453.1

the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

Skyline Corporation and/or Layton Homes Corp. reserve the right to identify additional deficiencies in any PFS.

Sincerely,

**McGlinchey Stafford, PLLC**

*Robert Sheesley*
Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

cc (via email):

Justin Woods, Esq.
Andrew Weinstock, Esq.
David Kurtz, Esq.
Charles Leche, Esq.
Henry Miller, Esq.

931453.1