## Sheesley, Robert

| | |
|---|---|
| **From:** | Jessica Bastoe [jbastoe@torres-law.com] |
| **Sent:** | Wednesday, September 07, 2011 9:14 AM |
| **To:** | Sheesley, Robert |
| **Cc:** | Phyllis Michon; Roberta Burns |
| **Subject:** | FW: MDL 1873 - PFS Deficiencies - Skyline/Layton Homes |

Counsel:

The individuals that were listed in the response letter for 8/30/11 that were not on the CD were mistakenly added.

Loukevia Williams
J____ W_____
K____ W_____
Vernon Williams
Cynthia Douglas
Brandon Douglas


Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE:  INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.  This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed.  This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others.  Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments.  Thank you.

**From:** Roberta Burns
**Sent:** Tuesday, September 06, 2011 10:08 AM
**To:** Jessica Bastoe
**Cc:** Phyllis Michon
**Subject:** FW: MDL 1873 - PFS Deficiencies - Skyline/Layton Homes

See below!

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana  70043
Telephone: (504) 271-8422

EXHIBIT B

9/7/2011

Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Sheesley, Robert [mailto:rsheesley@mcglinchey.com]
**Sent:** Tuesday, September 06, 2011 10:07 AM
**To:** Roberta Burns
**Subject:** MDL 1873 - PFS Deficiencies - Skyline/Layton Homes

Roberta,

In your 8/30/11 response to our deficiency letter, you indicated that there were corrections for the several individuals on an enclosed CD. However, the following individuals were listed but the disc did not contain any information for them:

Loukevia Williams
J███ W███████
K███ W███
Vernon Williams
Cynthia Douglas
Brandon Douglas

If their corrections were inadvertently omitted from the disc, can you forward them please?

Thanks,
Robert


**Robert D. Sheesley**
McGlinchey Stafford PLLC
Direct: (504) 596-2701
Email: rsheesley@mcglinchey.com



12th Floor, 601 Poydras Street     PO Box 60643
New Orleans LA 70130                New Orleans LA 70160-0643

---

www.mcglinchey.com | www.CafaLawBlog.com

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

***IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or

9/7/2011

recommending to any other party any transaction or other matter.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer.html

9/7/2011