UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Duncan, et al v. Thor California, Inc, et al, 09-5249*
*McCrary v. Thor California, Inc., et al, 09-5975*
*Daigle v. Am. Int'l Specialty Lines, Co., et al, 09-7541*
*Keddy v. Am. Int'l Specialty Lines, Co., et al, 09-7542*
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
*Whitten, et al v. Thor Industries, Inc., et al, 11-0553*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN RESPONSE TO THOR CALIFORNIA, INC.'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully request an Order from this Honorable Court granting them leave to file a reply memorandum to Thor California, Inc.'s Opposition (Rec. Doc. 24188) to Motion for Leave to File Amended Complaints (Rec. Doc. 23959). A reply is necessary to address issues raised by Thor California, Inc., which are unaddressed in Plaintiffs' original memorandum in support. Counsel for Thor California, Inc. has been contacted and has expressed no opposition to this motion.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.

2800 Energy Centre<br>
1100 Poydras Street<br>
New Orleans, Louisiana  70163<br>
Telephone:     504/522-2304<br>
Facsimile:     504/528-9973<br>
gmeunier@gainsben.com<br>
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                       s/Justin I. Woods
                                                       JUSTIN I. WOODS, #24713