UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Duncan, et al v. Thor California, Inc, et al, 09-5249*
*McCrary v. Thor California, Inc., et al, 09-5975*
*Daigle v. Am. Int'l Specialty Lines, Co., et al, 09-7541*
*Keddy v. Am. Int'l Specialty Lines, Co., et al, 09-7542*
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
*Whitten, et al v. Thor Industries, Inc., et al, 11-0553*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints:

IT IS ORDERED that Plaintiffs' are hereby granted leave to file a Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints.

New Orleans, Louisiana, this _____ day of _____, 2012.


                                    _____
                                    JUDGE KURT D. ENGELHARDT