UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Davis v. Thor California, Inc, et al, 09-4962*
*Dupuy, et al v. Thor California, Inc., et al, 09-4986*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints:

IT IS ORDERED that Plaintiffs' are hereby granted leave to file a Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
JUDGE KURT D. ENGELHARDT