UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>Gary McCray, et al v. Pilgrim International, Inc., et al, 09-5991<br>Swanica Nero, et al v. Pilgrim International, Inc., et al, 09-4730<br>Henrietta Barnes, et al v. Pilgrim International, Inc. et al, 09-7101<br>Mae Aaron, as Next Friend of J.A., A minor, et al v. Pilgrim International, Inc. et al, 09-7808<br>Janice Currie, et al v. Pilgrim International, Inc., et al, 09-7909<br>Joan Martin, et al v. Pilgrim International, Inc., et al, 10-1253<br>Candy Dunnaway, as Next Friend of N.A., A minor et al v. Pilgrim International, Inc., et al, 10-2189<br>Kasinda Brumfield, as Next Friend of K.B., A minor, et al v. Pilgrim International, Inc., et al, 10-2248 | * * * * * * * * * * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' UNOPPOSED MOTION SEEKING LEAVE TO FILE
PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Comes now Plaintiffs and file this Motion Seeking Leave to File Reply Memorandum in Support of Plaintiffs' Motion For Leave to File Amended Complaint (Rec. Doc. 23984).

Plaintiffs' counsel has contacted Defense counsel and they have no opposition to this Motion.

Wherefore, Plaintiffs pray that this Honorable Court issue an Order granting Plaintiffs leave to file their Reply Memorandum in Support of Plaintiffs' Motion For Leave to File Amended Complaints.

Respectfully submitted:

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C. 2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone: (225) 282-0600
Fax: (225) 282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of January, 2012.

                       /s/ Robert C. Hilliard
                       _____
                       **ROBERT C. HILLIARD**