UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | * * | |
| Gary McCray, et al v. Pilgrim International, Inc., et al, 09-5991 | * * | |
| Swanica Nero, et al v. Pilgrim International, Inc., et al, 09-4730 | * * | |
| Henrietta Barnes, et al v. Pilgrim International, Inc. et al, 09-7101 | * * | |
| Mae Aaron, as Next Friend of J.A., A minor, et al v. Pilgrim International, Inc. et al, 09-7808 | * * * | |
| Janice Currie, et al v. Pilgrim International, Inc., et al, 09-7909 | * * * | |
| Joan Martin, et al v. Pilgrim International, Inc., et al, 10-1253 | * * | |
| Candy Dunnaway, as Next Friend of N.A., A minor et al v. Pilgrim International, Inc., et al, 10-2189 | * * * | |
| Kasinda Brumfield, as Next Friend of K.B., A minor, et al v. Pilgrim International, Inc., et al, 10-2248 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion Seeking Leave to File a Reply Memorandum in Support of Plaintiffs' Motion For Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this____day of_____, 2012.

_____
HONORABLE KURT D. ENGELHARDT