# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * * | |
| *Alex Magee, et al v. Thor Industries, Inc., et al,*<br>09-4743 | * * | |
| *Terry Davis, et al v. Thor Industries, Inc. et al,*<br>09-5987 | * * | |
| *Lowell Mitchell, et al v. Thor Industries, Inc. et al,*<br>09-6929 | * * | |
| *Mary Martinez, et al v. Thor Industries, Inc., et al,*<br>09-7099; | * * | |
| *Britney Bogan et al v. Thor Industries, Inc., et al,*<br>09-7812; | * * | |
| *Ella Mcgee, as Next Friend of J.J., a Minor, et al*<br>*v. Thor Industries, Inc., et al,*<br>09-7830; | * * * | |
| *Susan Pittman, as Next Friend of J.F., a Minor,*<br>*et al v. Thor Industries, Inc. et al,*<br>10-1294; | * * * | |
| *Inez Johnson, et al v. Thor Industries, Inc. et al,*<br>10-2275 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' UNOPPOSED MOTION SEEKING LEAVE TO FILE
### PLAINTIFFS' REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO
### MOTION FOR LEAVE TO SEVER EXISTING CLAIMS AND SUBSTITUTE A PARTY

Come now Plaintiffs and file this Motion Seeking Leave to File Reply to Memorandum in Opposition to Motion for Leave to Sever Existing Claims and Substitute a Party (24182).

Plaintiffs' counsel has contacted Defense counsel and they have no opposition to this Motion.

Wherefore, Plaintiffs pray that this Honorable Court issue an Order granting Plaintiffs leave to file their Reply to Memorandum in Opposition to Motion for Leave to Sever Existing Claims and Substitute a Party.

Respectfully submitted:
/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of January, 2012.

         /s/ Robert C. Hilliard
         _____
         **ROBERT C. HILLIARD**