## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     \*   MDL NO. 1873
FORMALDEHYDE PRODUCTS  \*
LIABILITY LITIGATION    \*   SECTION "N" (5)
             \*
             \*   JUDGE ENGELHARDT
             \*   MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO: \*
             \*

*Alex Magee, et al v. Thor Industries, Inc., et al,* \*
09-4743 \*
*Terry Davis, et al v. Thor Industries, Inc. et al,* \*
09-5987 \*
*Lowell Mitchell, et al v. Thor Industries, Inc. et al,* \*
09-6929 \*
*Mary Martinez, et al v. Thor Industries, Inc., et al,* \*
09-7099; \*
*Britney Bogan et al v. Thor Industries, Inc., et al,* \*
09-7812; \*
*Ella Mcgee, as Next Friend of J.J., a Minor, et al* \*
*v. Thor Industries, Inc., et al,* \*
09-7830; \*
*Susan Pittman, as Next Friend of J.F., a Minor,* \*
*et al v. Thor Industries, Inc. et al,* \*
10-1294; \*
*Inez Johnson, et al v. Thor Industries, Inc. et al,* \*
10-2275 \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

  IT IS ORDERED that the Plaintiffs' Unopposed Motion Seeking Leave to File a Reply to

Memorandum in Opposition to Motion for Leave to Sever Existing Claims and Substitute a Party

is GRANTED.

  New Orleans, Louisiana this_____day of_____, 2012.


        _____

        HONORABLE KURT D. ENGELHARDT