UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |

CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, *
09-4679, 09-4680, 09-4681, 09-4682, 09-4683, *
09-4684, 09-4685, 09-4686, 09-4687, 09-4688, *
09-4689, 09-4690, 09-4691, 09-4692, 09-4693, *
09-4694, 09-4695, 09-4696, 09-4697, 09-4698, *
09-4699, 09-4700, 09-4701, 09-4702, 09-4703, *
09-4704, 09-4705, 09-4706, 09-4707, 09-4708, *
09-4709, 09-4710, 09-4711, 09-4712, 09-4713, *
09-4714, 09-4716, 09-4717, 09-4718, 09-4719, *
09-4721, 09-4722, 09-4724, 09-4725, 09-4726, *
09-4727, 09-4728, 09-4729, 09-4730, 09-4731, *
09-4733, 09-4734, 09-4737, 09-4738, 09-4739, *
09-4741, 09-4743, 09-4744, 09-4746, 09-4747, *
09-4749, 09-4752, 09-4754, 09-4755, 09-4756, *
09-4757, 09-4758, 09-5984, 09-5989, 09-6162, *
09-6164, 09-6167, 09-6169, 09-6171, 09-6417, *
09-6418, 09-6496, 09-6502, 09-6503, 09-6505, *
09-6635, 09-6637, 09-6639, 09-6640, 09-6641 *
09-6642, 09-6718, 09-6719, 09-6916, 09-6917, *
09-6918, 09-6919, 09-6920, 09-6923, 09-6924, *
09-6925, 09-6926, 09-6927, 09-6928, 09-6929, *
09-6930, 09-6931, 09-6932, 09-6933, 09-6935, *
09-6936, 09-6937, 09-6938, 09-6939, 09-6940, *
09-6941, 09-6942, 09-6943, 09-6944, 09-6945, *
09-6946, 09-6947, 09-6948, 09-6951, 09-6954, *
09-6955, 09-6956, 09-6957, 09-6958, 09-6959, *
09-6960, 09-6962, 09-6964, 09-6965, 09-6966, *
09-7063, 09-7064, 09-7065, 09-7066, 09-7067, *
09-7068, 09-7069, 09-7070, 09-7072, 09-7073, *
09-7074, 09-7075, 09-7076, 09-7078, 09-7079, *
09-7080, 09-7081, 09-7083, 09-7084, 09-7085, *
09-7086, 09-7087, 09-7088, 09-7090, 09-7092, *
09-7093, 09-7094, 09-7095, 09-7096, 09-7099, *

EXHIBIT "B"

```
09-7100, 09-7101, 09-7102, 09-7104, 09-7106,  *
09-7107, 09-7108, 09-7109, 09-7110, 09-7112,  *
09-7115, 09-7118, 09-7119, 09-7120, 09-7122,  *
09-7123, 09-7124, 09-7398, 09-7399, 09-7400,  *
09-7401, 09-7402, 09-7403, 09-7404, 09-7405,  *
09-7406, 09-7411, 09-7412, 09-7413, 09-7414,  *
09-7415, 09-7416, 09-7417, 09-7418, 09-7419,  *
09-7420, 09-7421, 09-7422, 09-7423, 09-7425,  *
09-7426, 09-7427, 09-7428, 09-7429, 09-7430,  *
09-7439, 09-7530, 09-7531, 09-7532, 09-7533,  *
09-7534, 09-7535, 09-7536, 09-7792, 09-7794,  *
09-7796, 09-7797, 09-7798, 09-7799, 09-7800,  *
09-7802, 09-7804, 09-7806, 09-7808, 09-7813,  *
09-7814, 09-7815, 09-7816, 09-7818, 09-7819,  *
09-7822, 09-7823, 09-7824, 09-7827, 09-7828,  *
09-7830, 09-7831, 09-7833, 09-7835, 09-7837,  *
09-7838, 09-7840, 09-7841, 09-7842, 09-7843,  *
09-7845, 09-7846, 09-7853, 09-7854, 09-7855,  *
09-7856, 09-7857, 09-7858, 09-7859, 09-7887,  *
09-7889, 09-7890, 09-7891, 09-7892, 09-7893,  *
09-7894, 09-7895, 09-7896, 09-7897, 09-7898,  *
09-7899, 09-7903, 09-7904, 09-7905, 09-7907,  *
09-7909, 09-7910, 09-7911, 09-7912, 09-7916,  *
09-7918, 09-7919, 09-7921, 09-7922, 09-7924,  *
09-7925, 09-7960, 09-7962, 09-7963, 09-7965,  *
09-7973, 09-7980, 09-7983, 09-7984, 09-7987,  *
09-7990, 09-7991, 10-0534                     *
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WATTS/HILLIARD'S MOTION FOR EXTENSION OF TIME TO MATCH PLAINTIFFS PURSUANT TO PRETRIAL ORDER NOS. 40, 49 AND 53

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs listed on the attached Exhibit "A", who respectfully submit to this Honorable Court this motion for an extension of time to match certain limited plaintiffs in compliance with Pretrial Orders 40 49 and 53. Pretrial Order ("PTO") 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant and contractor within 45 days of the date of filing of the complaint. This deadline is subject to extension for good cause shown. Pretrial Order ("PTO") 53 ordered that third party contractor/installer defendants are

hereby incorporated into the matching requirements contained in Pretrial Order No. 40 and Pretrial Order No. 49 (Rec. Doc. 9073).

On or about September 15, 2009, the Court granted an indefinite extension of time for all Plaintiffs to file amended complaints matching the plaintiffs with a specific manufacturing defendant, pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Filed Maintained by FEMA by Magistrate Judge Chasez (Rec. Doc. 3324). On December 8, 2009, the Court vacated the September 15, 2009 Order and stated that all unmatched plaintiffs shall be matched with a specific manufacturing defendant within 45 days of the filing of the Complaint, or, if the Complaint has already been filed/transferred to this Court, within 20 days of the entry of this Order (Rec. Doc. 8908). The undersigned requested an extension for an additional 60 days to match their clients. On or about January 19, 2010, the Court granted the extension (Rec. Doc. 10386). Thereafter, on February 26, 2010, the undersigned requested an extension for an additional 60 days to match their clients. On or about March 1, 2010, the Court granted the extension until April 30, 2010 (Rec. Doc. 12008).

On April 30, 2010, Plaintiffs filed fifty-six (56) amended complaints matching 3,080 clients to a manufacturer and/or a contractor/installer.

The undersigned hereby requests an extension to match their remaining unmatched clients to a manufacturer and contractor/installer. For the reasons explained in the Memorandum in Support, it is submitted that good cause exists for an extension to file amended complaints matching the unmatched plaintiffs filed by the Watts Hilliard, L.L.P. group.

Respectfully submitted,

/s/ Robert C. Hilliard

---

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of April, 2010.

/s/ Robert C. Hilliard

**ROBERT C. HILLIARD**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * | |

CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, *
09-4679, 09-4680, 09-4681, 09-4682, 09-4683, *
09-4684, 09-4685, 09-4686, 09-4687, 09-4688, *
09-4689, 09-4690, 09-4691, 09-4692, 09-4693, *
09-4694, 09-4695, 09-4696, 09-4697, 09-4698, *
09-4699, 09-4700, 09-4701, 09-4702, 09-4703, *
09-4704, 09-4705, 09-4706, 09-4707, 09-4708, *
09-4709, 09-4710, 09-4711, 09-4712, 09-4713, *
09-4714, 09-4716, 09-4717, 09-4718, 09-4719, *
09-4721, 09-4722, 09-4724, 09-4725, 09-4726, *
09-4727, 09-4728, 09-4729, 09-4730, 09-4731, *
09-4733, 09-4734, 09-4737, 09-4738, 09-4739, *
09-4741, 09-4743, 09-4744, 09-4746, 09-4747, *
09-4749, 09-4752, 09-4754, 09-4755, 09-4756, *
09-4757, 09-4758, 09-5984, 09-5989, 09-6162, *
09-6164, 09-6167, 09-6169, 09-6171, 09-6417, *
09-6418, 09-6496, 09-6502, 09-6503, 09-6505, *
09-6635, 09-6637, 09-6639, 09-6640, 09-6641 *
09-6642, 09-6718, 09-6719, 09-6916, 09-6917, *
09-6918, 09-6919, 09-6920, 09-6923, 09-6924, *
09-6925, 09-6926, 09-6927, 09-6928, 09-6929, *
09-6930, 09-6931, 09-6932, 09-6933, 09-6935, *
09-6936, 09-6937, 09-6938, 09-6939, 09-6940, *
09-6941, 09-6942, 09-6943, 09-6944, 09-6945, *
09-6946, 09-6947, 09-6948, 09-6951, 09-6954, *
09-6955, 09-6956, 09-6957, 09-6958, 09-6959, *
09-6960, 09-6962, 09-6964, 09-6965, 09-6966, *
09-7063, 09-7064, 09-7065, 09-7066, 09-7067, *
09-7068, 09-7069, 09-7070, 09-7072, 09-7073, *
09-7074, 09-7075, 09-7076, 09-7078, 09-7079, *
09-7080, 09-7081, 09-7083, 09-7084, 09-7085, *
09-7086, 09-7087, 09-7088, 09-7090, 09-7092, *
09-7093, 09-7094, 09-7095, 09-7096, 09-7099, *

1

```
09-7100, 09-7101, 09-7102, 09-7104, 09-7106, *
09-7107, 09-7108, 09-7109, 09-7110, 09-7112, *
09-7115, 09-7118, 09-7119, 09-7120, 09-7122, *
09-7123, 09-7124, 09-7398, 09-7399, 09-7400, *
09-7401, 09-7402, 09-7403, 09-7404, 09-7405, *
09-7406, 09-7411, 09-7412, 09-7413, 09-7414, *
09-7415, 09-7416, 09-7417, 09-7418, 09-7419, *
09-7420, 09-7421, 09-7422, 09-7423, 09-7425, *
09-7426, 09-7427, 09-7428, 09-7429, 09-7430, *
09-7439, 09-7530, 09-7531, 09-7532, 09-7533, *
09-7534, 09-7535, 09-7536, 09-7792, 09-7794, *
09-7796, 09-7797, 09-7798, 09-7799, 09-7800, *
09-7802, 09-7804, 09-7806, 09-7808, 09-7813, *
09-7814, 09-7815, 09-7816, 09-7818, 09-7819, *
09-7822, 09-7823, 09-7824, 09-7827, 09-7828, *
09-7830, 09-7831, 09-7833, 09-7835, 09-7837, *
09-7838, 09-7840, 09-7841, 09-7842, 09-7843, *
09-7845, 09-7846, 09-7853, 09-7854, 09-7855, *
09-7856, 09-7857, 09-7858, 09-7859, 09-7887, *
09-7889, 09-7890, 09-7891, 09-7892, 09-7893, *
09-7894, 09-7895, 09-7896, 09-7897, 09-7898, *
09-7899, 09-7903, 09-7904, 09-7905, 09-7907, *
09-7909, 09-7910, 09-7911, 09-7912, 09-7916, *
09-7918, 09-7919, 09-7921, 09-7922, 09-7924, *
09-7925, 09-7960, 09-7962, 09-7963, 09-7965, *
09-7973, 09-7980, 09-7983, 09-7984, 09-7987, *
09-7990, 09-7991, 10-0534                    *
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF WATTS/HILLIARD'S MOTION FOR EXTENSION OF TIME TO MATCH PLAINTIFFS PURSUANT TO PRETRIAL ORDERS NOS. 40, 49 AND 53

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully submit to this Court for an extension of time to match plaintiffs pursuant to Pretrial Orders 40, 49 and 53. Pretrial Order ("PTO") 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant and contractor within 45 days of the date of filing of the complaint. Pretrial Order ("PTO") 53 ordered that third party contractor/installer defendants are hereby incorporated into the matching

2

requirements contained in Pretrial Order No. 40 and Pretrial Order No. 49 (Rec. Doc. 9073).

On or about September 15, 2009, the Court granted an indefinite extension of time for all Plaintiffs to file amended complaints matching the plaintiffs with a specific manufacturing defendant, pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Filed Maintained by FEMA by Magistrate Judge Chasez (Rec. Doc. 3324). On December 8, 2009, the Court vacated the September 15, 2009 Order and stated that all unmatched plaintiffs shall be matched with a specific manufacturing defendant within 45 days of the filing of the Complaint, or, if the Complaint has already been filed/transferred to this Court, within 20 days of the entry of this Order (Rec. Doc. 8908). The undersigned requested an extension for an additional 60 days to match their clients. On or about January 19, 2010, the Court granted the extension (Rec. Doc. 10386). Thereafter, on February 26, 2010, the undersigned requested an extension for an additional 60 days to match their clients. On or about March 1, 2010, the Court granted the extension until April 30, 2010 (Rec. Doc. 12008).

The Watts Hilliard Group has filed numerous complaints on behalf of approximately 30,113 clients. Of the 30,113 clients, approximately 4,036 remain unmatched with a trailer manufacturer and/or a no-bid contractor/installer. The undersigned hereby requests an additional sixty (60) day extension to match their unmatched clients to the manufacturer and contractor/installer. For the reasons explained below, it is submitted that good cause exists for an additional (60) day

extension of the deadline in PTO 40, PTO 49 and PTO 53 as to the unmatched plaintiffs filed by the Watts Hilliard, L.L.P. group.

On December 1, 2008, prior to the entry of Pretrial Order No. 38, 40 and 53, the undersigned filed one complaint (Civil Action No. 08-5031) on behalf of numerous plaintiffs (approximately 2500) against various manufacturers, which is essentially an unmatched complaint. Since then, most of those clients have since been severed from that complaint and placed in a "matched" complaint. All remaining clients are "unmatched".

On or about July 30, 2009 and July 31, 2009, the Watts Hilliard, L.L.P. group filed 175 complaints. Of those complaints 32 complaints were of "unmatched" clients and 143 were for clients "matched" to a manufacturer, some of which were matched to a contractor/installer and some of which were not matched to a contractor/installer.

On or about October 29, 2009, Plaintiffs filed 59 amended complaints matching 4,206 clients with manufacturers, some of which were matched to a contractor/installer and some which were not matched to a contractor/installer.

On or about November 20, 2009 Plaintiffs filed 29 complaints, all of "unmatched" to a manufacturer and/or contractor/installer.

On or about December 23, 2009, Plaintiffs filed 121 amended complaints matching 10,872 clients with manufacturers, some of which were matched to a contractor/installer and some which were not matched to a contractor/installer.

On April 30, 2010, Plaintiffs filed fifty-six (56) amended complaints matching 3,080 clients to a manufacturer and/or a contractor/installer.

Currently, approximately 4,036 clients of Watts/Hilliard group remain unmatched to a manufacturer and/or contractor/installer. Please see Exhibit "A" attached hereto indicating which clients remain unmatched to a manufacturer and/or contractor/installer, with their corresponding civil action numbers.

Plaintiffs' counsel has been diligently working with FEMA to obtain the matching information related to their clients. Since February of 2009, Plaintiffs' counsel have requested matching information from the Government on approximately eight (8) different occasions. More specifically, please see the following recent inquires:

On or about July 20, 2009, Plaintiffs' counsel, through the PLC, submitted approximately 5,704 clients for matching. On or about August 28, 2009, Plaintiffs' counsel received matching information for approximately 2,600 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about August 14, 2009, Plaintiffs' counsel, through the PLC, submitted 2,288 clients for matching. On or about September 18, 2009, Plaintiffs' counsel received matching information for approximately 1,723 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about October 17, 2009 Plaintiffs' counsel, through the PLC, submitted 2,561 clients for matching. On or about November 25, 2009, Plaintiffs' counsel received matching information for approximately 1,651 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about November 1, 2009 Plaintiffs' counsel, through the PLC, submitted 3,543 clients for matching. On or about December 8, 2009, Plaintiffs' counsel received matching information for approximately 2,793 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about November 8, 2009 Plaintiffs' counsel, through the PLC, submitted 1,224 clients for matching. On or about December 16, 2009, Plaintiffs' counsel received matching information for approximately 1,059 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about November 20, 2009 Plaintiffs' counsel, through the PLC, submitted 892 clients for matching. On or about December 30, 2009, Plaintiffs' counsel received matching information for approximately 783 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about January 29, 2010 Plaintiffs' counsel, through the PLC, submitted 734 clients for matching. On or about March 19, 2010, Plaintiffs' counsel received matching information for approximately 134 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about March 19, 2010 Plaintiffs' counsel, through the PLC, submitted 26 clients for matching. On or about April 22, 2010, Plaintiffs' counsel received matching information for approximately 20 of those clients. However, some of the information

received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

The undersigned submits most, if not all ,required information to FEMA with their requests.  If the undersigned is notified of any deficiency in their request, they promptly rectify the problem.  Plaintiffs contend that much of the information obtained back from FEMA is incomplete, inaccurate and/or contradictory.  For example, the undersigned will receive a Vehicle Identification Number from the government and a manufacturer for a client.  However, the VIN number provided does not match up to the VIN number of that particular manufacturer (based on the "Prefix Key" produced by the Liason Counsel for the Manufacturers).  Another example would be FEMA providing the undersigned with a partial VIN number.  Additionally, when the undersigned attempt to match the contractor in the IATCA databases, the VIN and/or barcode do not match the information that FEMA provided (ie. barcode may indicate Fluor Enterprises, Inc. but FEMA provided another no-bid contractor or one of the smaller contractors).

The undersigned continues to get insufficient/incomplete matching information from FEMA.  Attached hereto as Exhibit "B" is a true and correct copy of an email dated April 29, 2010 that was recently sent to the attorney for FEMA describing the incomplete information the undersigned continues to receive.

Plaintiffs' counsel currently has 790 clients that have never been submitted to FEMA for matching information because the undersigned is lacking information (FEMA ID number) required by FEMA to obtain the matching information.  Plaintiffs' counsel is diligently attempting to obtain FEMA ID numbers (as well as other pertinent and required information) from these clients.  In fact, the undersigned recently submitted the

information obtained from the government (Rec. Doc. 10795) to their clients who do not have FEMA number. The undersigned remains hopeful that this information will help their clients obtain their FEMA number.

As set forth above, Plaintiffs' counsel has been diligently attempting to obtain matching information for their clients. However, due to time restraints, as well as lacking information from the Government, Plaintiffs' counsel would respectfully request a extension of time to match plaintiffs listed on Exhibit "A" in compliance with Pretrial Orders 40, 49 and 53.

The undersigned, Mikal C. Watts, is on a Matching Problem Committee, which is currently trying to solve the multiple problems that plaintiffs in this MDL have reported to the Court and to FEMA with regard to the matching information they are receiving from FEMA. Plaintiffs would request the Court allow them an additional sixty day extension of time to comply with Pretrial Order Nos. 40, 49 and 53 in the above-numbered civil action numbers to allow the matching problem committee to address the current matching issues with Court.

**WHEREFORE,** Plaintiffs respectfully pray that this Honorable Court grant Watts/Hilliard's Motion for Extension of Time to Match Plaintiffs Pursuant to Pretrial Order Nos. 40, 49 and 53.

Respectfully submitted,

/s/ Robert C. Hilliard
_____

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of April, 2010.

/s/ Robert C. Hilliard

**ROBERT C. HILLIARD**