UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE | * | |
|       PRODUCTS LIABILITY | * | SECTION: N(5) |
|       LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| ***Blanchard, et al v. Gulf Stream Coach, Inc., et al*** | * | |
| Docket No. 09-8667 | * | |
| Plaintiff: Ricky Broadway | * | MAG: CHASEZ |

*************************************************************************

### MOTION TO AMEND MOTION TO DISMISS CERATIN PLAINTIFFS (Rec. Doc. 24243)

**NOW INTO COURT**, comes Defendant, Gulf Stream Coach, Inc., who respectfully requests that this Honorable Court issue an Order amending its Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24243) to correctly reflect the name Ricky Broadway instead of Ricky Blanchard.

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

                                  Respectfully Submitted:

                                  **DUPLASS, ZWAIN, BOURGEOIS,**
                                  **PFISTER & WEINSTOCK**

                                  s/Andrew D. Weinstock
                                  _____
                                  **ANDREW D. WEINSTOCK #18495**
                                  **JOSEPH G. GLASS #25397**
                                  3838 N. Causeway Boulevard, Suite 2900
                                  Metairie, Louisiana 70002
                                  (504) 832-3700
                                  (504) 837-3119 (FAX)
                                  andreww@duplass.com
                                  jglass@duplass.com
                                  **Counsel for Defendant, Gulf Stream Coach, Inc.**

00296177-1

## **C E R T I F I C A T E**

I hereby certify that on the 25th day of January, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                          s/Andrew D. Weinstock
                          _____
                          ANDREW D. WEINSTOCK #18495
                          andreww@duplass.com