UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| ***Blanchard, et al v. Gulf Stream Coach, Inc., et al*** | * | |
| Docket No. 09-8667 | * | |
| Plaintiff: Ricky Broadway | * | MAG: CHASEZ |

*************************************************************************

# ORDER

Considering the Motion to Amend Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24243) filed on behalf of Gulf Stream Coach, Inc.;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24243) is hereby **AMENDED**, to reflect the correct name of the Plaintiff as Ricky Broadway.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00296179-1