UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8279 | * | |
| Plaintiffs:  Kristopher Brown, Lucien Brown, | * | |
| Lucien Brown, III, Rita J. Burkham | * | |
| | * | |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8112 | * | |
| Plaintiff:  Landon Brown | * | |
| | * | |
| *Trosclair, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-2933 | * | |
| Plaintiff:  Renesha Brown | * | |
| | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8250 | * | |
| Plaintiff:    Steven Anthony Brown | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiff:  Vanquezz Markie Brown | * | |
| | * | |
| *Tate, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4604 | * | |
| Plaintiffs:  Imani Bryant and Jamal Bryant | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8470 | * | |
| Plaintiff:    Benjamin Bullot, III | * | |

*******************************************************************************

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have

failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so.

00296260-1

The plaintiffs include:

- Kristopher Brown, Lucien Brown, Lucien Brown, III and Rita J. Burkham, who filed suit in case(s) *Brown, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8279

- Landon Brown, who filed suit in case(s) *Blackledge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8112

- Renesha Brown, who filed suit in case(s) *Trosclair, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-2933

- Steven Anthony Brown, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8250

- Vanquezz Markie Brown, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- Imani Bryant and Jamal Bryant, who filed suit in case(s) *Tate, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4604

- Benjamin Bullot, III, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8470

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002

00296260-1                                    2

Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of January, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**