# DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

| | | |
|---|---|---|
| LAWRENCE J. DUPLASS | KEVIN R. DERHAM (3) | BEN S. DiPALMA |
| GARY M. ZWAIN (1) | JOSEPH E. BEARDEN, III | SHENDELLE T. POLK |
| DAVID J. BOURGEOIS | JAIME M. CAMBRE | |
| C. MICHAEL PFISTER | COREY M. OUBRE (1) | *SPECIAL COUNSEL* |
| ANDREW D. WEINSTOCK (1) | PAUL VERLANDER | DAVID M. CAMBRE |
| GUYTON H. VALDIN, JR. | NICOLE M. BOYER | |
| KELLY CAMBRE BOGART (1) | RYAN M. MALONE | (1) also admitted in Texas |
| CHRISTIAN B. BOGART (1) | PHILIP G. WATSON | (2) also admitted in Mississippi |
| JOSEPH G. GLASS (2) | | (3) also admitted in Maryland |

July 26, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS).  As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified.  However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **August 25, 2011** from receipt of this letter to cure and produce the missing PFS.  If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| Jermaine Brown | Buzbee |
| Joan Brown | Eaves |
| Joseph Brown | Buzbee |
| Julius Brown | D'Amico |
| Kevin Brown | Eaves |
| Kristin Brown | Buzbee |
| Kristopher Brown | Eaves |
| Kywanda Brown | HLC |
| Landon Brown | Eaves |
| Loren Brown | GBDM&W |
| Loretta Brown | D'Amico |
| Lucien Brown | Eaves |
| Mary Brown | HLC |
| Miguel Brown | Bruno |
| Mozella Brown | Eaves |
| Pamela Brown | Eaves |
| Percill Brown | D'Amico |
| Renesha Brown o/b/o Raheem Brown | D'Amico |

| | |
|---|---|
| Renesha Brown | D'Amico |
| Ruth Brown | HLC |
| Samaaz Brown | Buzbee |
| Steven Brown | Eaves |
| Ty'drick Brown | Becnel |
| Tyra Brown | PSC |
| Tryone Brown | Bruno |
| Vanquezz Brown | Eaves |
| Velda Brown | Penton |
| W.J. Brown | Eavese |
| Willie Brown | Buzbee |
| Willie Brown | D'Amico |
| Sherry Lee Brown-Fleming | Watts-Hilliard |
| Alex Blaze Brown | Watts-Hilliard |
| Aloysius Brown | Watts-Hilliard |
| Angel Marie Brown | Watts-Hilliard |
| Angie Brown | Watts-Hilliard |
| Aviance Marie Brown | Watts-Hilliard |
| Bailey Brown | Watts-Hilliard |
| Brienna Brown | Watts-Hilliard |
| Clement Brown | Watts-Hilliard |
| Delia Brown | Watts-Hilliard |
| Dominique T. Brown | Watts-Hilliard |
| Don Brown | Watts-Hilliard |
| Earnestine Brown | Watts-Hilliard |
| Eva Brown | Watts-Hilliard |
| Georgia Brown | Watts-Hilliard |
| Gloria Brown | Watts-Hilliard |
| Gloria M. Brown | Watts-Hilliard |
| Henry Brown | Watts-Hilliard |
| Herbert Brown | Watts-Hilliard |
| Morris Brown, II | Eaves |
| Lucien Brown, III | Eaves |
| Irene Brown | Watts-Hilliard |
| Jacobey Brown | Watts-Hilliard |
| Jonah Roy Brown | Watts-Hilliard |
| Abel Brown, Jr. | Watts-Hilliard |
| Clifford Brown, Jr. | Watts-Hilliard |
| Kin'dria Brown | Watts-Hilliard |
| Lorraine M. Brown | Watts-Hilliard |
| Lucille E. Brown | Watts-Hilliard |
| Martinez Francis Brown | Watts-Hilliard |
| Monicha Brown | Watts-Hilliard |
| Neilan Brown | Watts-Hilliard |
| Nelian L. Brown | Watts-Hilliard |

| | |
|---|---|
| Nikita L. Brown | Watts-Hilliard |
| Raineri Brown | Watts-Hilliard |
| Raymond Brown | Watts-Hilliard |
| Reginald G. Brown | Watts-Hilliard |
| Reyna Vashay Brown | Watts-Hilliard |
| Rhonda Brown | Watts-Hilliard |
| Ricky Anthony Brown | Watts-Hilliard |
| Rubbey Brown | Watts-Hilliard |
| Seveta Brown | Watts-Hilliard |
| Tommy Brown, Sr. | Penton |
| Thomas Brown | Watts-Hilliard |
| Thomas Leonard Brown | Watts-Hilliard |
| Valerie Denise Brown | Watts-Hilliard |
| Veronica Lynn Brown | Watts-Hilliard |
| Yolanda Faye Brown | Watts-Hilliard |
| Taylor Ann Brown | Watts-Hilliard |
| Sheryl Brown-Broaden | D'Amico |
| Brittany Ann Brownell | Torres |
| Carlos Browser | Eaves |
| Jediziah Broyard | Watts-Hilliard |
| Percy Broyard | Watts-Hilliard |
| Eunique S. Bruce | Watts-Hilliard |
| Sylvia Bruce | Watts-Hilliard |
| Toi Diamonique Bruce | Watts-Hilliard |
| Geralyn Brule' | Watts-Hilliard |
| Keela Brumfield | Buzbee |
| Riquel Brumfield | Hall |
| Bradrick Randall Brumfield | Watts-Hilliard |
| Donnie Brumfield | Watts-Hilliard |
| Louise J. Brumfield | Watts-Hilliard |
| Keith Brundy | HLC |
| Keith Brundy o/b/o Keivon Parker | HLC |
| Keith Brundy o/b/o Keuon Brundy | HLC |
| Wayne Brunious, Jr. | Watts-Hilliard |
| Christopher Bryan | Watts-Hilliard |
| Mason Bryan | Watts-Hilliard |
| Andrew Bryant | Buzbee |
| Brady Bryant individually a/n/f L.B. | GBDM&W |
| Imani Bryant | Hall |
| Jamal Bryant | Hall |
| Melissa Brady Bryant | GBDM&W |
| Christopher Bryant | Watts-Hilliard |
| Darrin Bryre | Buzbee |
| Isiah Buck | Watts-Hilliard |
| Kaleb Buck | Watts-Hilliard |

| | |
|---|---|
| Suprena Buck | Watts-Hilliard |
| William James Buckel, Jr. | Torres |
| Brenda M. Buckendahl | Watts-Hilliard |
| Rebecca V. Buckhalter | Watts-Hilliard |
| Cynthia A. Bucknor | Watts-Hilliard |
| Florine Bucknor | Watts-Hilliard |
| Julia Buff | Penton |
| John Bufkin | Watts-Hilliard |
| Joseph Bullins | D'Amico |
| Lakyn Bullins | D'Amico |
| Richard Bullins | D'Amico |
| Rose Bullins | D'Amico |
| Benjamin Bullot, III | D'Amico |
| Britney Bunch | Watts-Hilliard |
| Tyrone Bunch | Watts-Hilliard |
| Lexia Bunly | Watts-Hilliard |
| Maeta Bunly | Watts-Hilliard |
| Diana T. Buras | Torres |
| Gail C. Buras | Torres |
| Paula Buras | Torres |
| Ronald Buras, Sr. | Torres |
| Fineisha Burbank | Schmidt |
| Christy Burchette | Watts-Hilliard |
| Theresa Burge | Watts-Hilliard |
| Jody Burgin | Watts-Hilliard |
| Irvin J. Burke, Sr. | Torres |
| Lucille Burke | Buzbee |
| Lucille Burke | Torres |
| Cathryn Burkett | Eaves |
| Joyce Burkett | Buzbee |
| Kim Burkett | Buzbee |
| Merell Burkett, Jr. | HLC |
| Rita Burkham | Eaves |
| Alice Burkhardt | Watts-Hilliard |
| Zwilda Burke | D'Amico |
| Ceola Burks | Watts-Hilliard |
| Chernitee Burks | Watts-Hilliard |
| Jazmyn R. Burks | Watts-Hilliard |
| Lyngeria Burks | Watts-Hilliard |
| Salete R. Burks | Watts-Hilliard |
| September Burks | Watts-Hilliard |
| Tyshockki Burks | Watts-Hilliard |
| Donald Burnette | D'Amico |
| Cortez Burnett | Watts-Hilliard |
| Sharon Burnett | Watts-Hilliard |

| | |
|---|---|
| **Ethon Burnitt** | **Watts-Hilliard** |
| **Landon Burnitt** | **Watts-Hilliard** |
| **Sharlene Burnitt** | **Watts-Hilliard** |
| **Steve Burnitt** | **Watts-Hilliard** |
| **Andre Burns** | **D'Amico** |
| **Barbara Burns** | **HLC** |
| **Andre D. Burns** | **Watts-Hilliard** |
| **De'ante Burns** | **Watts-Hilliard** |
| **Ida Burns** | **Watts-Hilliard** |
| **Kameron Burns** | **Watts-Hilliard** |
| **Kenyatta Burns** | **Watts-Hilliard** |
| **Paula Ann Burns** | **Watts-Hilliard** |
| **Zayshaawn Burns** | **Watts-Hilliard** |
| **Velvet Lynette Burrell** | **Watts-Hilliard** |
| **Colton Burroughs** | **Watts-Hilliard** |
| **Lynn Burton** | **Bruno** |
| **Felecia Burton** | **Watts-Hilliard** |
| **Tyric Burton** | **Watts-Hilliard** |
| **Phillip Burts, Jr.** | **Watts-Hilliard** |
| **Keyshawn Burts** | **Watts-Hilliard** |
| **Nykeria Burts** | **Watts-Hilliard** |
| **Anika M. Bush** | **Watts-Hilliard** |
| **Billy R. Bush** | **Watts-Hilliard** |
| **Chris Wesley Bush** | **Watts-Hilliard** |
| **Freda D. Bush** | **Watts-Hilliard** |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm

00213925-1                                        5