UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8279 | * | |
| Plaintiffs: Kristopher Brown, Lucien Brown, | * | |
| Lucien Brown, III, Rita J. Burkham | * | |
| | * | |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8112 | * | |
| Plaintiff: Landon Brown | * | |
| | * | |
| *Trosclair, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-2933 | * | |
| Plaintiff: Renesha Brown | * | |
| | * | |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8250 | * | |
| Plaintiff: Steven Anthony Brown | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiff: Vanquezz Markie Brown | * | |
| | * | |
| *Tate, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4604 | * | |
| Plaintiffs: Imani Bryant and Jamal Bryant | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8470 | * | |
| Plaintiff: Benjamin Bullot, III | * | |

*************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream

00296262-1

plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24230-3).

    Respectfully Submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana  70002
    Telephone: (504) 832-3700
    Facsimile: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com

    and

    **SCANDURRO & LAYRISSON**
    **Timothy D. Scandurro #18424**
    **Dewey M. Scandurro #23291**
    607 St. Charles Avenue
    New Orleans, LA 70130
    (504) 522-7100
    (504) 529-6199 (FAX)
    tim@scanlayr.com
    dewey@scanlayr.com
    **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                          s/ Andrew D. Weinstock
                         _____
                             ANDREW D. WEINSTOCK
                               andreww@duplass.com