IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 1873 |
| This Document Relates to: | SECTION: N (4) |
| *Bailey v. American International Specialty Lines, Co.* | |
| Docket No. 09-8445 | JUDGE: ENGELHARDT |
| Plaintiffs: Willie P. Johnson | MAG.: ROBY |
| Jamarcus Johnson | |
| Kensyri Johnson | |
| Miracl Johnson | |
| Takima Johnson | |
| Vontea Johnson | |
| Winter Johnson | |
| Emnysia Johnson | |

[Diagonal strikethrough with annotation: **C. Martin Company is not a named defendant in case 09-8445.**]

*Alexander v. Gulfstream Coach, Inc.*
Docket No. 09-8646
Plaintiff: Helen Bridges

*Ambeau v. Forest River, Inc.*
Docket No. 09-8702
Plaintiff: Helen Bridges

*Jones v. Gulfstream Coach, Inc.*
Docket No. 09-8700
Plaintiffs: Gerty Richardson
           Montreal R. Farve

*Brown v. Liberty Homes, Inc.*
Docket No. 09-8689
Plaintiffs: Willie Brown
           Jakyris Honor, minor by Willie Brown
           Shakeira Honor, minor by Willie Brown
           Shavonda Honor
           Willie Honor, minor by Willie Brown

*Dabon v. TL Industries, Inc.*
Docket No. 09-8684
Plaintiff: Jules L. Dabon, Jr.

*Louis v. Vanguard Industries of Michigan, Inc.*

| | |
|---|---|
| Docket No. 09-8673<br>Plaintiff: Jerry Louis | )<br>)<br>) |
| *Aubert v. Fleetwood*<br>Docket No. 09-8647<br>Plaintiff: Montreal R. Farve | )<br>)<br>)<br>) |
| *Bachemin v. Gulfstream Coach, Inc.*<br>Docket No. 09-8701<br>Plaintiff: Gerty Richardson | )<br>)<br>)<br>)<br>) |

## ORDER

Considering the foregoing Rule 12 Motion to Dismiss for Insufficiency of Service of Process filed by C. Martin Company;

**IT IS ORDERED THAT** the Unopposed Rule 12 Motion to Dismiss for Insufficiency of Service of Process be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs are dismissed with prejudice against Defendant, C. Martin Company, Inc. as to the listed causes of action:  `C. Martin Company is not a named defendant in case 09-8445.`

*Bailey v. American International Specialty Lines, Co.*, Docket No. 09-8445
  Plain~~tiffs: Willie Robinson, Leamon Johnson, Kendrick Johnson, Miranda Jo~~hnson, Takim~~a Johnson, Vontea Johnson, Winter Johnson, and Ethrysia Johnson~~

*Alexander v. Gulfstream Coach, Inc.*, Docket No. 09-8646
  Plaintiff: Helen Bridges

*Ambeau v. Forest River, Inc.*, Docket No. 09-8702
  Plaintiff: Helen Bridges

*Jones v. Gulfstream Coach, Inc.*, Docket No. 09-8700
  Plaintiffs: Gerty Richardson and Montreal R. Farve

*Brown v. Liberty Homes, Inc.*, Docket No. 09-8689
  Plaintiffs: Willie Brown; Jakyris Honor, minor by Willie Brown; Shakeira Honor, minor by Willie Brown;  Shavonda Honor; and Willie Honor, minor by Willie Brown

*Dabon v. TL Industries, Inc.*, Docket No. 09-8684
  Plaintiff: Jules L. Dabon, Jr.

*Louis v. Vanguard Industries of Michigan, Inc.*, Docket No. 09-8673
    Plaintiff: Jerry Louis

*Aubert v. Fleetwood*, Docket No. 09-8647
    Plaintiff: Montreal R. Farve

*Bachemin v. Gulfstream Coach, Inc.*, Docket No. 09-8701
    Plaintiff: Gerty Richardson

New Orleans, Louisiana, this __19th__ day of __January__, 2012.

                                              UNITED STATES DISTRICT JUDGE