UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS           MDL NO. 07-1873
LIABILITY LITIGATION

                                SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Allen, et al v. Keystone RV Company, et al*
*Civil Action Number 09-5550*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that the names of Plaintiffs, Deanna Johnson and Norman

Johnson, Sr., individually, and on behalf of their minor children, M.J. N.J., L.J., J.J.; and

LaTasha Dotson, be removed as Party Plaintiffs in the above referenced member case and

that their claims in this member case are hereby dismissed without prejudice.

Signed in New Orleans, Louisiana, this the __24th__ day of January, 2012.

_____
United States District Judge