# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Bernard, et al v. Thor Industries, Inc., et al* | | |
| Civil Action No. 09-8681 | | |

*********************************************************************

## ORDER

Considering the foregoing motion;

IT IS ORDERED that Plaintiff's foregoing Motion for Leave to File Memorandum in Reply to Thor Industries, Inc.'s Opposition to motion for Leave to Amend Complaint is hereby GRANTED.

DATED this  25th  day of  January , 2012, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE