# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * **MDL NO. 07-1873** |
| **PRODUCTS LIABILITY LITIGATION** | * |
| | * **SECTION "N" (5)** |
| | * |
| **THIS DOCUMENT RELATES TO:** | * **JUDGE ENGELHARDT** |
| | * |
| *Monique Cambrice, et al., v. Jayco Enterprises Inc.,* | * |
| *et al.,* No. 09-8618. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

# FLUOR ENTERPRISES, INC.'S
# <u>CERTIFICATE OF CONSENT</u>

Undersigned counsel for Fluor Enterprises, Inc. ("FEI"), defendant in the above captioned civil action, hereby certifies that he personally contacted counsel for all parties to the above-captioned case and that they have no opposition to the Court severing FEI from the above-captioned matter.

Respectfully submitted,


**MIDDLEBERG, RIDDLE & GIANNA**



BY:            _/s/ Charles R. Penot, Jr._
                 Charles R. Penot, Jr. (La. Bar No. 1530 &
                 Tx. Bar No. 24062455)
                 717 North Harwood, Suite 2400
                 Dallas, Texas 75201
                 Tel: (214) 220-6334; Fax: (214) 220-6807
                 cpenot@midrid.com

                      _-and-_

                 Richard A. Sherburne, Jr., La. Bar No. 2106
                 450 Laurel Street, Suite 1101
                 Baton Rouge, Louisiana 70801
                 Telephone: (225) 381-7700
                 Facsimile: (225) 381-7730
                 rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all court-appointed liaison counsel, who are CM/ECF participants, and that I personally served all counsel in the case captioned above with this pleading by email.


　　　 */s/ Charles R. Penot, Jr.*　　　
**CHARLES R. PENOT, JR.**