## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Avants, et al v. Gulf Stream Coach, Inc. et al, 10-3922* | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO GULF STREAM'S OPPOSITION TO MOTION TO SEVER CLAIMS OF <u>BRENDA SHARETT, SANDRA BROOKS, AND SHARETT BROOKS</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Brenda Sharett, Sandra Brooks, and Sharett Brooks, who respectfully request an Order from this Honorable Court granting leave to file a reply memorandum to Gulf Stream Coach, Inc.'s Opposition (Rec. Doc. 24117) to Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks (Rec. Doc. 24066). A reply is necessary to address issues raised by Gulf Stream, which are unaddressed in Plaintiff's original memorandum in support. Counsel for Gulf Stream has been contacted and has expressed no opposition to this motion.

    Respectfully submitted:

    **GAINSBURGH, BENJAMIN, DAVID,**
    **MEUNIER & WARSHAUER, L.L.C.**

    BY:  /s/ Justin I. Woods
           GERALD E. MEUNIER, #9471
           JUSTIN I. WOODS, #24713
           Gainsburgh, Benjamin, David,
           Meunier & Warshauer, L.L.C.
           2800 Energy Centre

                                        1100 Poydras Street
                                      New Orleans, Louisiana  70163
                                      Telephone:     504/522-2304
                                      Facsimile:     504/528-9973
                                      gmeunier@gainsben.com
                                      jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        /s/ Justin I. Woods
                                        JUSTIN I. WOODS, #24713