# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Avants, et al v. Gulf Stream Coach, Inc. et al,*<br>10-3922 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Gulf Stream's Opposition to Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks:

IT IS ORDERED that Plaintiff is hereby granted leave to file a Memorandum in Reply to Gulf Stream's Opposition to Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JUDGE KURT D. ENGELHARDT