UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3681 | * | |
| Plaintiff:  Susan L. Hoste Chuppetta | * | |
| | * | |
| *Cheek, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5906 | * | |
| Plaintiff:  James Cheek | * | |
| | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8468 | * | |
| Plaintiffs:  Tammy Cheneau, Philip Celestine, Sr. | * | |
| | * | |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4794 | * | |
| Plaintiff:  Acqumeckia Cheneau | * | |
| | * | |
| *Akmin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4880 | * | |
| Plaintiffs:  Regina Chesterfield, Jessica Daniels | * | |
| | * | |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8019 | * | |
| Plaintiffs:  Marsha Christmas, Sylvia Charles, | * | |
| Tammie T. Crowe | * | |
| | * | |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3906 | * | |
| Plaintiff:  Freeman Christophe | * | |
| | * | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8644 | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8665 | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8698 | * | |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8701 | * | |

00296525-1

Plaintiff:  Elizabeth M. Clark                                       *
                                                                      *
*Alexander, et al v. Gulf Stream Coach, Inc., et al*                  *
Docket No. 09-8467                                                    *
Plaintiffs:  Harold Clark, Chanel Carter, Dionne                      *
Carter, Elenor Carter, James Carter, Marjorie Carter                 *
                                                                      *
*Butler, et al v. Gulf Stream Coach, Inc., et al*                     *
Docket No. 09-8471                                                    *
Plaintiffs:  Harold Clark, Chanel Carter, Dionne                      *
Carter, Elenor Carter, James Carter                                   *
                                                                      *
*Blackledge, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 09-8112                                                    *
Plaintiffs:  Lausunda Clark, Viola Ann Crawford                       *
                                                                      *
*Allen, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 09-8203                                                    *
Plaintiffs:  Steven Roger Clark, Lausunda Clark,                      *
Alex Carter, Denise Chambers, Arvis T. Cuevas,                        *
Jr., Christina Cunningham, individually and o/b/o                     *
D.C.                                                                  *
                                                                      *
*Cunningham, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 09-8277                                                    *
Plaintiffs:  Annie Maude Dailey, Willie John                          *
Dailey, Nelda Cunningham, Nelda M. Cunningham                         *
                                                                      *
*Allen, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 10-742                                                     *
Plaintiff:   Deborah Ann Dalon                                        *
                                                                      *
*Bernice, et al v. Gulf Stream Coach, Inc., et al*                    *
Docket No. 09-4228                                                    *
Plaintiff:   Shundrika Daniel                                         *
                                                                      *
*Tate, et al v. Gulf Stream Coach, Inc., et al*                       *
Docket No. 09-4604                                                    *
Plaintiffs: Jessica Daniels, Mary Daniels, Regina                     *
Chesterfield                                                          *
                                                                      *
*Duong, et al v. Gulf Stream Coach, Inc., et al*                      *
Docket No. 09-7893                                                    *
Plaintiff:  Mary Daniels                                              *
                                                                      *
*Chambliss, et al v. Gulf Stream Coach, Inc., et al*                  *

Docket No. 09-4891                                    *
Plaintiff:   Gerald Darensbourg                        *
                                                      *
*Agee, et al v. Gulf Stream Coach, Inc., et al*        *
Docket No. 09-8472                                    *
Plaintiffs:  John Darensburg, Dwayne Carter            *
                                                      *
*Basco, et al v. Gulf Stream Coach, Inc., et al*       *
Docket No. 09-4719                                    *
Plaintiff:   Rose D'Aunoy                              *
                                                      *
*Blanchard, et al v. Gulf Stream Coach, Inc., et al*   *
Docket No. 10-4022                                    *
*Candebat, et al v. Gulf Stream Coach, Inc., et al*    *
Docket No. 10-4024                                    *
Plaintiff:  Gladys Dauth                               *
                                                      *
*Alexander, et al v. Gulf Stream Coach, Inc., et al*   *
Docket No. 10-2335                                    *
Plaintiffs:  Bridgette Dave, James Crain, Jr.          *
                                                      *
*Acosta, et al v. Gulf Stream Coach, Inc., et al*      *
Docket No. 10-3551                                    *
*Alkurd, et al v. Gulf Stream Coach, Inc., et al*      *
Docket No. 10-3553                                    *
Plaintiffs:  Ricky Davidson o/b/o C.D. and H.D.,       *
Stacy Davidson o/b/o C.D. and H.D., Richard E.         *
Davidson, Stacy Ann Davidson                           *
                                                      *
*Alfonso, et al v. Gulf Stream Coach, Inc., et al*     *
Docket No. 10-3704                                    *
Plaintiffs:  Rickey Davidson o/b/o C.D. and H.D.,      *
Stacy Davidson o/b/o C.D. and H.D.                     *
                                                      *
*Quinn, et al v. Gulf Stream Coach, Inc., et al*       *
Docket No. 09-8092                                    *
Plaintiffs:  Pamela Carson, Autina Carter              *
                                                      *
*Morgan, et al v. Gulf Stream Coach, Inc., et al*      *
Docket No. 09-8473                                    *
Plaintiffs:  Chad Carter, Ray Charles, Chrishana       *
Charles rep by Shakena Jenkins, Devonte Charles        *
rep by Shakena Jenkins, Jeanne Crowell,                *
individually and o/b/o Stormie Crowell, George         *
Curtis, individually and o/b/o Donte Curtis            *
                                                      *

*Riley, et al v. Gulf Stream Coach, Inc., et al*                    *
Docket No. 09-8477                                                  *
Plaintiffs:  Dwayne Carter, Jeanne Crowell                         *
                                                                   *
*Akridge, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 09-8250                                                 *
Plaintiff:   Kimberly F. Catchings                                 *
                                                                   *
*Ferguson, et al v. Gulf Stream Coach, Inc., et al*                *
Docket No. 09-8134                                                 *
Plaintiffs:  Adelso Cedeno, Justin Chaney                          *
                                                                   *
*Pittman, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 10-2249                                                 *
Plaintiff:    Raymond Celestine                                    *
                                                                   *
*Abram, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 09-3906                                                 *
Plaintiff:  Chandrika Chambliss, individually and                  *
o/b/o Jessie Chambliss                                             *
                                                                   *
*Allen, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 10-2887                                                 *
Plaintiff:  Lucy Chambers                                          *
                                                                   *
*Johnson, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 10-3623                                                 *
Plaintiff:  Louis Charles                                          *
                                                                   *
*Aitkins, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 09-8479                                                 *
*Crawford, et al v. Gulf Stream Coach, Inc., et al*                *
Docket No. 10-2523                                                 *
*Raymond, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 09-3890                                                 *
Plaintiff:    Erma Crawford                                        *
                                                                   *
*Bailey, et al v. Gulf Stream Coach, Inc., et al*                  *
Docket No. 09-8476                                                 *
Plaintiff:  George Curtis                                          *

*Andrews, et al v. Gulf Stream Coach, Inc., et al*                 *
Docket No. 09-5688                                                 *
Plaintiffs:  Quynh Cushman and David Cushman                       *
                                                                   *

*Cutrer, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 10-3554                                          *
Plaintiff:   Cody Lawrence Cutrer                           *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have

failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so.

The plaintiffs include:

- Susan L. Hoste Chauppetta, who filed suit in case(s) *Bader, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3681

- James Cheek, who filed suit in case(s) *Cheek, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5906

- Tammy Cheneau and Philip Celestine, Sr., who filed suit in case(s) *Rayfield, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8468

- Acqumeckia Cheneau, who filed suit in case(s) *Alberti, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4794

- Regina Chesterfield and Jessica Daniels, who filed suit in case(s) *Akmin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4880

- Marsha Christmas, Sylvia Charles and Tammie T. Crowe, who filed suit in case(s) *Bennett, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8019

- Freeman Christophe, who filed suit in case(s) *Camp, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3906

- Elizabeth M. Clark, who filed suit in case(s) *Adams, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8644; *Anderson, et al v. Gulf Stream Coach, Inc., et al*; Docket

No. 09-8665; *Addison, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8698; *Bachemin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8701

- Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter, Marjorie Carter, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8467

- Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter, who filed suit in case(s) *Butler, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8471

- Lausunda Clark, Viola Ann Crawford, who filed suit in case(s) *Blackledge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8112

- Steven Roger Clark, Lausunda Clark, Alex Carter, Denise Chambers, Arvis T. Cuevas, Jr., Christina Cunningham, individually and o/b/o D.C., who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- Annie Maude Dailey, Willie John Dailey, Nelda Cunningham, Nelda M. Cunningham, who filed suit in case(s) *Cunningham, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8277

- Deborah Ann Dalon, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-742

- Shundrika Daniel, who filed suit in case(s) *Bernice, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4228

- Jessica Daniels, Mary Daniels, Regina Chesterfield, who filed suit in case(s) *Tate, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4604

- Mary Daniels, who filed suit in case(s) *Duong, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7893

- Gerald Darensbourg, who filed suit in case(s) *Chambliss, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4891

- John Darensburg, Dwayne Carter, who filed suit in case(s) *Agee, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8472

- Rose D'Aunoy, who filed suit in case(s) *Basco, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4719

- Gladys Dauth, who filed suit in case(s) *Blanchard, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-4022; *Candebat, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-4024

- Bridgette Dave and James Crain, Jr., who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2335

- Ricky Davidson o/b/o C.D. and H.D., Stacy Davidson o/b/o C.D. and H.D., Richard E. Davidson and Stacy Ann Davidson, who filed suit in case(s) *Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3551; *Alkurd, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3553

- Ricky Davidson o/b/o C.D. and H.D., Stacy Davidson o/b/o C.D. and H.D., who filed suit in case(s) *Alfonso, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3704

- Pamela Carson and Qutina Carter, who filed suit in case(s) *Quinn, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8092

- Chad Carter, Ray Charles, Chrishana Charles rep by Shakena Jenkins, Devonte Charles rep by Shakena Jenkins, Jeanne Crowell, individually and o/b/o Stormie Crowell, George Curtis o/b/o Donte Curtis, who filed suit in case(s) *Morgan, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8473

- Dwayne Carter and Jeanne Crowell, who filed suit in case(s) *Riley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8477

- Kimberly F. Catchings, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8250

- Adelso Cedeno and Justin Chaney, who filed suit in case(s) *Ferguson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8134

- Raymond Celestine, who filed suit in case(s) *Pittman, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2249

- Chandrika Chambliss, individually and o/b/o Jessie Chambliss, who filed suit in case(s) *Abram, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-196

- Lucy Chambliss, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2887

- Louis Charles, who filed suit in case(s) *Johnson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3623

- Erma Crawford, who filed suit in case(s) *Aitkins, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8479; *Crawford, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2523; *Raymond, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3890

- George Curtis, who filed suit in case(s) *Bailey, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8476

- Quynh Cushman and David Cushman, who filed suit in case(s) *Andrews, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5688

- Cody Lawrence Cutrer, who filed suit in case(s) *Cutrer, et al v. Gulf Stream Coach,*

*Inc., et al*; Docket No. 10-3554

The reasons supporting the Motion are more fully set forth in the attached memorandum in

support.

<div style="margin-left: 40%">

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

</div>

<u>**CERTIFICATE OF SERVICE**</u>

**I DO HEREBY CERTIFY** that on this 26th day of January, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK**