UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3681 | * | |
| Plaintiff: Susan L. Hoste Chuppetta | * | |
| | * | |
| *Cheek, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5906 | * | |
| Plaintiff: James Cheek | * | |
| | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8468 | * | |
| Plaintiffs: Tammy Cheneau, Philip Celestine, Sr. | * | |
| | * | |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4794 | * | |
| Plaintiff: Acqumeckia Cheneau | * | |
| | * | |
| *Akmin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4880 | * | |
| Plaintiffs: Regina Chesterfield, Jessica Daniels | * | |
| | * | |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8019 | * | |
| Plaintiffs: Marsha Christmas, Sylvia Charles, | * | |
| Tammie T. Crowe | * | |
| | * | |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3906 | * | |
| Plaintiff: Freeman Christophe | * | |
| | * | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8644 | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8665 | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8698 | * | |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8701 | * | |
| Plaintiff: Elizabeth M. Clark | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |

00296527-1

Docket No. 09-8467 *
Plaintiffs:  Harold Clark, Chanel Carter, Dionne *
Carter, Elenor Carter, James Carter, Marjorie Carter *
  *
*Butler, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8471 *
Plaintiffs:  Harold Clark, Chanel Carter, Dionne *
Carter, Elenor Carter, James Carter *
  *
*Blackledge, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8112 *
Plaintiffs:  Lausunda Clark, Viola Ann Crawford *
  *
*Allen, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8203 *
Plaintiffs:  Steven Roger Clark, Lausunda Clark, *
Alex Carter, Denise Chambers, Arvis T. Cuevas, *
Jr., Christina Cunningham, individually and o/b/o *
D.C. *
  *
*Cunningham, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-8277 *
Plaintiffs:  Annie Maude Dailey, Willie John *
Dailey, Nelda Cunningham, Nelda M. Cunningham *
  *
*Allen, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 10-742 *
Plaintiff:   Deborah Ann Dalon *
  *
*Bernice, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-4228 *
Plaintiff:  Shundrika Daniel *
  *
*Tate, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-4604 *
Plaintiffs:  Jessica Daniels, Mary Daniels, Regina *
Chesterfield *
  *
*Duong, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-7893 *
Plaintiff:  Mary Daniels *
  *
*Chambliss, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 09-4891 *
Plaintiff:    Gerald Darensbourg *
  *
*Agee, et al v. Gulf Stream Coach, Inc., et al* *

| | |
|---|---|
| Docket No. 09-8472 | * |
| Plaintiffs: John Darensburg, Dwayne Carter | * |
| | * |
| *Basco, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4719 | * |
| Plaintiff: Rose D'Aunoy | * |
| | * |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-4022 | * |
| *Candebat, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-4024 | * |
| Plaintiff: Gladys Dauth | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2335 | * |
| Plaintiffs: Bridgette Dave, James Crain, Jr. | * |
| | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3551 | * |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3553 | * |
| Plaintiffs: Ricky Davidson o/b/o C.D. and H.D., Stacy Davidson o/b/o C.D. and H.D., Richard E. Davidson, Stacy Ann Davidson | * * * |
| | * |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3704 | * |
| Plaintiffs: Rickey Davidson o/b/o C.D. and H.D., Stacy Davidson o/b/o C.D. and H.D. | * * |
| | * |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8092 | * |
| Plaintiffs: Pamela Carson, Autina Carter | * |
| | * |
| *Morgan, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8473 | * |
| Plaintiffs: Chad Carter, Ray Charles, Chrishana Charles rep by Shakena Jenkins, Devonte Charles rep by Shakena Jenkins, Jeanne Crowell, individually and o/b/o Stormie Crowell, George Curtis, individually and o/b/o Donte Curtis | * * * * * |
| | |
| *Riley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8477 | * |
| Plaintiffs: Dwayne Carter, Jeanne Crowell | * |

|  |  |
|---|---|
|  | * |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8250 | * |
| Plaintiff:   Kimberly F. Catchings | * |
|  | * |
| *Ferguson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8134 | * |
| Plaintiffs:  Adelso Cedeno, Justin Chaney | * |
|  | * |
| *Pittman, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2249 | * |
| Plaintiff:     Raymond Celestine | * |
|  | * |
| *Abram, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3906 | * |
| Plaintiff: Chandrika Chambliss, individually and | * |
| o/b/o Jessie Chambliss | * |
|  | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2887 | * |
| Plaintiff:  Lucy Chambers | * |
|  | * |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3623 | * |
| Plaintiff:  Louis Charles | * |
|  | * |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8479 | * |
| *Crawford, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2523 | * |
| *Raymond, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3890 | * |
| Plaintiff:    Erma Crawford | * |
|  | * |
| *Bailey, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8476 | * |
| Plaintiff: George Curtis | * |
|  | * |
| *Andrews, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-5688 | * |
| Plaintiffs:  Quynh Cushman and David Cushman | * |

*Cutrer, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 10-3554   \*
Plaintiff:   Cody Lawrence Cutrer   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS**

**MAY IT PLEASE THE COURT:**

Gulf Stream Coach, Inc. ("Gulf Stream"), submits this Memorandum in Support of its Motion to Dismiss certain plaintiffs for failure to complete Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

- Susan L. Hoste Chauppetta, who filed suit in case(s) *Bader, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3681

- James Cheek, who filed suit in case(s) *Cheek, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5906

- Tammy Cheneau and Philip Celestine, Sr., who filed suit in case(s) *Rayfield, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8468

- Acqumeckia Cheneau, who filed suit in case(s) *Alberti, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4794

- Regina Chesterfield and Jessica Daniels, who filed suit in case(s) *Akmin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4880

- Marsha Christmas, Sylvia Charles and Tammie T. Crowe, who filed suit in case(s) *Bennett, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8019

- Freeman Christophe, who filed suit in case(s) *Camp, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3906

- Elizabeth M. Clark, who filed suit in case(s) *Adams, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8644; *Anderson, et al v. Gulf Stream Coach, Inc., et al*;

Docket No. 09-8665; *Addison, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8698; *Bachemin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8701

- Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter, Marjorie Carter, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8467

- Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter, who filed suit in case(s) *Butler, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8471

- Lausunda Clark, Viola Ann Crawford, who filed suit in case(s) *Blackledge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8112

- Steven Roger Clark, Lausunda Clark, Alex Carter, Denise Chambers, Arvis T. Cuevas, Jr., Christina Cunningham, individually and o/b/o D.C., who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- Annie Maude Dailey, Willie John Dailey, Nelda Cunningham, Nelda M. Cunningham, who filed suit in case(s) *Cunningham, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8277

- Deborah Ann Dalon, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-742

- Shundrika Daniel, who filed suit in case(s) *Bernice, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4228

- Jessica Daniels, Mary Daniels, Regina Chesterfield, who filed suit in case(s) *Tate, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4604

- Mary Daniels, who filed suit in case(s) *Duong, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7893

- Gerald Darensbourg, who filed suit in case(s) *Chambliss, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4891

- John Darensburg, Dwayne Carter, who filed suit in case(s) *Agee, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8472

- Rose D'Aunoy, who filed suit in case(s) *Basco, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4719

- Gladys Dauth, who filed suit in case(s) *Blanchard, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-4022; *Candebat, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-4024

- Bridgette Dave and James Crain, Jr., who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2335

- Ricky Davidson o/b/o C.D. and H.D., Stacy Davidson o/b/o C.D. and H.D., Richard E. Davidson and Stacy Ann Davidson, who filed suit in case(s) *Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3551; *Alkurd, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3553

- Ricky Davidson o/b/o C.D. and H.D., Stacy Davidson o/b/o C.D. and H.D., who filed suit in case(s) *Alfonso, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3704

- Pamela Carson and Qutina Carter, who filed suit in case(s) *Quinn, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8092

- Chad Carter, Ray Charles, Chrishana Charles rep by Shakena Jenkins, Devonte Charles rep by Shakena Jenkins, Jeanne Crowell, individually and o/b/o Stormie Crowell, George Curtis o/b/o Donte Curtis, who filed suit in case(s) *Morgan, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8473

- Dwayne Carter and Jeanne Crowell, who filed suit in case(s) *Riley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8477

- Kimberly F. Catchings, who filed suit in case(s) *Akridge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8250

- Adelso Cedeno and Justin Chaney, who filed suit in case(s) *Ferguson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8134

- Raymond Celestine, who filed suit in case(s) *Pittman, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2249

- Chandrika Chambliss, individually and o/b/o Jessie Chambliss, who filed suit in case(s) *Abram, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-196

- Lucy Chambliss, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2887

- Louis Charles, who filed suit in case(s) *Johnson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3623

- Erma Crawford, who filed suit in case(s) *Aitkins, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8479; *Crawford, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2523; *Raymond, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3890

- George Curtis, who filed suit in case(s) *Bailey, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8476

- Quynh Cushman and David Cushman, who filed suit in case(s) *Andrews, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5688

- Cody Lawrence Cutrer, who filed suit in case(s) *Cutrer, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3554

I.      CREATION OF MDL AND FACT SHEET PROCESS

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. On January 30, 2008, the Court issued Pre-Trial Order No. 2, describing procedures for various case management issues. This Pre-Trial Order introduced the "Plaintiff Fact Sheet" (PFS), which would serve as the substitute for the initial rounds of Interrogatories and Requests for Production of Documents in a standardized and simple form. Rec. Doc. No. 87. The Order also established a process for "curing" these fact sheets when a particular plaintiff failed to provide one or more responses in his or her fact Sheet. In describing the curing process, the Order stated that when any plaintiff failed to materially comply with the obligation to submit a completed PFS within the timelines established, counsel for the defendants was to send the plaintiff's counsel a letter explaining the material deficiency in the PFS. *Id*. at p. 8—9. The letter would specifically list each alleged material deficiency, and state that the defendants would seek dismissal if the plaintiff failed to cure the deficiencies in his or her PFS within 30 days. *Id*.

Subsequently, on March 18, 2009, the Court amended Pre-Trial Order No. 2 with Pre-Trial Order No. 32 as to the issue of these fact sheets. Rec. Doc. No. 1180. Due to the large number of cases being filed in the summer of 2009, Pre-Trial Order No. 32 provided new deadlines for the provision of the sheets. Order 32 also retained the same curing procedure as was set forth in Order 2, including the 30-day deadline. *Id*. at p. 5.

Following the issuance of Order 32, the Court then issued Pre-Trial Order 86. Rec. Doc. 20,770. The Order, which applied to all PFS submitted before Jan. 1, 2011, required a third-party vendor to create a spreadsheet that listed pertinent information from each fact sheet. *Id*. at p. 6—8. Pre-Trial Order 88 subsequently ordered that the spreadsheet must include 23 distinct pieces of information that the defendants could evaluate. Rec. Doc. 22,153. Additionally, other than

PFS actually produced before Jan. 1, 2011, <u>Order 88 specifically reserved the defendants' rights to dismiss for failure to comply with Pre-Trial Orders 2 and 32</u>. *Id.* at p. 3. It also extended the 30-day deadline to cure deficiencies to 60 days. *Id.* at p. 2.

While this spreadsheet "census" was being prepared, Gulf Stream sent correspondence to Plaintiff's Liaison Counsel providing several lists of plaintiffs for which Gulf Stream had **no** PFS whatsoever. *See*, e.g., correspondence from A. Weinstock to G. Meunier, dated July 27, 2011, attached as Exhibit "A." Plaintiffs responded by stating that the information Gulf Stream sought would be captured in the census. However, when the census was produced, Gulf Stream determined that several plaintiffs listed in the correspondence also failed to produce responses for the 23 questions listed in Pre-Trial Order 88. *Id.*; Census of Gulf Stream Plaintiffs, attached as a manual attachment to Gulf Stream's Motion to Dismiss Certain Plaintiffs as Exhibit "B" (Rec. Doc. 24230-3). Accordingly, Gulf Stream now moves to dismiss those plaintiffs for failing to comply with this Court's comprehensive and thorough pre-trial orders on the PFS process.

## II.  LAW AND ARGUMENT

Here, Gulf Stream respectfully submits that the plaintiffs identified above have failed to comply with these Orders, and therefore, this Court should dismiss his claims. Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases. *Berry v. CIGNA/RSI-CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992); *Colle v. Brazos County, Tex.,* 981 F.2d 237, 242-243 (5th Cir. 1993). Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against him." The established rule in the 5th Circuit is that dismissal under Rule 41(b) is appropriate when there is a clear record of delay or contumacious conduct and lesser

sanctions would not serve the best interests of justice.[1]

In this case, Gulf Stream sent correspondence to Plaintiff's Liaison Counsel on July 27, 2011, informing Counsel that the plaintiffs listed above had not produced a PFS at any time during the litigation. *See* Exhibit A. Because nothing was produced for these plaintiffs prior to Jan. 1, 2011, the normal procedure set forth in Pre-Trial Orders 2 and 32 for curing deficiencies applied. Rec. Doc. 22,153, p. 3. This procedure gave plaintiffs 60 days to cure the deficiencies by producing a PFS, but these plaintiffs failed to produce a PFS by that deadline. Consequently, their claims should be dismissed on the basis alone. Gulf Stream, however, waited longer than the 60-day period based on the assurance that these plaintiffs would provide their information in the census. Yet, they failed to provide this information, as well.

Accordingly, Gulf Stream moves to dismiss the claims for failure to comply with the Court's pre-trial orders. The time period to cure deficiencies has elapsed, and no information was

---

[1] *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F.2d 1214 (5th Cir. 1970).

contained in the census spreadsheet for these claims. Thus, these claims should be dismissed, with prejudice.

          Respectfully Submitted,

          **DUPLASS, ZWAIN, BOURGEOIS,**
          **PFISTER & WEINSTOCK**

          s/Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK #18495**
          **JOSEPH G. GLASS #25397**
          Three Lakeway Center, Suite 2900
          3838 N. Causeway Boulevard
          Metairie, Louisiana  70002
          Telephone: (504) 832-3700
          Facsimile: (504) 837-3119
          andreww@duplass.com
          jglass@duplass.com

          and

          **SCANDURRO & LAYRISSON**
          **Timothy D. Scandurro #18424**
          **Dewey M. Scandurro #23291**
          607 St. Charles Avenue
          New Orleans, LA 70130
          (504) 522-7100
          (504) 529-6199 (FAX)
          tim@scanlayr.com
          dewey@scanlayr.com
          **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 26th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com
