# DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

| | | |
|---|---|---|
| LAWRENCE J. DUPLASS | KEVIN R. DERHAM (3) | BEN S. DiPALMA |
| GARY M. ZWAIN (1) | JOSEPH E. BEARDEN, III | SHENDELLE T. POLK |
| DAVID J. BOURGEOIS | JAIME M. CAMBRE | |
| C. MICHAEL PFISTER | COREY M. OUBRE (1) | *SPECIAL COUNSEL* |
| ANDREW D. WEINSTOCK (1) | PAUL VERLANDER | DAVID M. CAMBRE |
| GUYTON H. VALDIN, JR. | NICOLE M. BOYER | |
| KELLY CAMBRE BOGART (1) | RYAN M. MALONE | (1) also admitted in Texas |
| CHRISTIAN B. BOGART (1) | PHILIP G. WATSON | (2) also admitted in Mississippi |
| JOSEPH G. GLASS (2) | | (3) also admitted in Maryland |

July 27, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

      I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

      Plaintiffs have thirty (30) days or until **August 27, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

      The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Yen Thi Chau** | **Watts Hilliard** |
| **Susan LHoste Chauppetta** | **Torres** |
| **David Lee Thomas Chauvin** | **Watts Hilliard** |
| **Jeremy Chauvin** | **Watts Hilliard** |
| **Ebonie Chavais** | **Watts Hilliard** |
| **Evan Chavis** | **Watts Hilliard** |
| **Evonta Chavis** | **Watts Hilliard** |
| **Lane Mark Chavis** | **Watts Hilliard** |
| **Amesia Cheatam** | **HLC** |
| **Delta Cheatteam** | **Buzbee** |
| **James Cheek** | **PSC** |
| **Makhi Cheneau** | **Schmidt** |
| **Shawn Cheneau** | **Schmidt** |
| **Sheena Cheneau** | **Schmidt** |
| **Tammy Cheneau** | **D'Amico** |
| **Willie Cheneau** | **D'Amico** |
| **Acqumeckia Cheneau** | **Mobile FEMA Group – Harang** |
| **Sharon Cheneau** | **Watts Hilliard** |

| | |
|---|---|
| Joseph Chenier | Watts Hilliard |
| Mary Chenier | Watts Hilliard |
| Naomi Chenier | Watts Hilliard |
| Qhaddeus Chenier | Watts Hilliard |
| Jack Blanchard Cheramie, Jr. | Torres |
| Jeffery Cheramie | Torres |
| Harvey Cheramie, Jr. | Parker Waichman |
| Anicia Bernadette Cheri | Watts Hilliard |
| Doretha Cherry | Watts Hilliard |
| Willie M. Chester, Jr. | HLC |
| Willie M. Chester, Sr. | HLC |
| Regina Chesterfield | Hall |
| Bryce Chesting | Penton |
| Samuel Chesting | Penton |
| Selena Chesting | Penton |
| Mary Cheston | Watts Hilliard |
| Breonna Childress | Watts Hilliard |
| Leslie Childress | Watts Hilliard |
| Ryan Childress | Watts Hilliard |
| Tessa Childress | Watts Hilliard |
| Jacquelinn Childs | Watts Hilliard |
| Reggie Childs, Jr. | Watts Hilliard |
| Stephen M. Chilton, Jr. | Torres |
| Jessica L. Chizmadia | Watts Hilliard |
| Amaya Choyce | Penton |
| Carolyn Choyce | Penton |
| A'Maya Choyce | Watts Hilliard |
| Carolyn Choyce | Watts Hilliard |
| Eddie Choyce, Jr. | Penton |
| Eddie Choyce, Jr. | Watts Hilliard |
| Eddie Choyce, Sr. | Penton |
| Eddie Choyce, sr. | Watts Hilliard |
| Gregory Joseph Chretien | Watts Hilliard |
| Iris Chrisholm | D'Amico |
| Diane Christian | Watts Hilliard |
| Lloyds Christian, Jr. | Watts Hilliard |
| Karyn Christiansen | Watts Hilliard |
| Peter Harold Christiansen | Watts Hilliard |
| Samantha Christiansen | Watts Hilliard |
| Dana Christmas | D'Amico |
| Danielle Christmas | D'Amico |
| Marsha Christmas | Eaves |
| Freeman Christohe | HLC |
| Rosemary Churchill | Schmidt |
| Darlene A. Chustz | Torres |

| | |
|---|---|
| Michael Chustz | Torres |
| Allan Cisneros | Watts Hilliard |
| Crystal Cisneros | Watts Hilliard |
| Andrea Marie Citizen | Watts Hilliard |
| Joan Citizen | Watts Hilliard |
| Margarita Citizen | Watts Hilliard |
| Ralph A. Claflin | Watts Hilliard |
| Adrienne Clark | Eaves |
| Augusta Clark | GBDM&W |
| Brittney Clark | Buzbee |
| Daphne Clark | Buzbee |
| Elizabeth Clark | Bruno |
| Harold Clark | D'Amico |
| James Clark | Nexsen Pruet |
| James P. Clark | Nexsen Pruet |
| Jerrold Clark | Parker Waichman |
| Jessie Clark | D'Amico |
| Jessie Clark, III | Schmidt |
| Kierstin Clark | Torres |
| Lameika Clark | Buzbee |
| Lamonde Clark | Buzbee |
| Lausunda Clark | Eaves |
| Nykee Clark | Schmidt |
| Steven Clark | Eaves |
| Tomei Clark | Buzbee |
| Tomeika Clark | Buzbee |
| Betty Clark | Watts Hilliard |
| Brandy W. Clark | Watts Hilliard |
| Brian Clark | Watts Hilliard |
| Cathy Clark | Watts Hilliard |
| Charles Edward Clark | Watts Hilliard |
| Daelyn Briauna Clark | Watts Hilliard |
| Derran Clark | Watts Hilliard |
| Eric Clark | Watts Hilliard |
| G'Andre Clark | Watts Hilliard |
| Harry Clark, Jr. | Watts Hilliard |
| Kierstan B. Clark | Watts Hilliard |
| Kirtainika Clark | Watts Hilliard |
| Kyreionna Clark | Watts Hilliard |
| Cece D. Clark | Watts Hilliard |
| Mercedes L. Clark | Watts Hilliard |
| Michael Clark | Watts Hilliard |
| Rennell Clark | Watts Hilliard |
| Robin L. Clark | Watts Hilliard |
| John Clark, Sr. | Watts Hilliard |

| Iris Valeasa Clark | Watts Hilliard |
|---|---|
| Virgie Clark | Watts Hilliard |

        Sincerely,

        **DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER & WEINSTOCK**

        **Andrew Weinstock**

        ANDREW D. WEINSTOCK

ADW/cvm

| DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK | LAWRENCE J. DUPLASS<br>GARY M. ZWAIN (1)<br>DAVID J. BOURGEOIS<br>C. MICHAEL PFISTER<br>ANDREW D. WEINSTOCK (1)<br>GUYTON H. VALDIN, JR.<br>KELLY CAMBRE BOGART (1)<br>CHRISTIAN B. BOGART (1)<br>JOSEPH G. GLASS (2) | KEVIN R. DERHAM (3)<br>JOSEPH E. BEARDEN, III<br>JAIME M. CAMBRE<br>COREY M. OUBRE (1)<br>PAUL VERLANDER<br>NICOLE M. BOYER<br>RYAN M. MALONE<br>PHILIP G. WATSON | BEN S. DiPALMA<br>SHENDELLE T. POLK<br><br>*SPECIAL COUNSEL*<br>DAVID M. CAMBRE<br><br>(1) also admitted in Texas<br>(2) also admitted in Mississippi<br>(3) also admitted in Maryland |

July 27, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

    I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

    Plaintiffs have thirty (30) days or until **AUGUST 27, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

    The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Christopher J. Carrier** | **Watts Hilliard** |
| **Destiny Carrier** | **Watts Hilliard** |
| **Felicity Carrier** | **Watts Hilliard** |
| **Kelly Carrier** | **Watts Hilliard** |
| **Larry Carrier** | **Watts Hilliard** |
| **Markell Carrier** | **Watts Hilliard** |
| **Shelly Carrier** | **Watts Hilliard** |
| **Tevera Carrier** | **Watts Hilliard** |
| **Tevino Carrier** | **Watts Hilliard** |
| **Tracey Carrier** | **Watts Hilliard** |
| **Tysheanner Carrier** | **Watts Hilliard** |
| **Veronica Carrier** | **Watts Hilliard** |
| **Brelane Carriere** | **HLC** |
| **Brelane Carriere o/b/o Aalishiyana Carriere** | **HLC** |
| **Brelane Carriere o/b/o Charles Butler** | **HLC** |
| **Brelane Carriere o/b/o Sengua Jackson** | **HLC** |
| **Christopher Carriere** | **HLC** |
| **David Carriere** | **Bruno & Bruno** |

| | |
|---|---|
| **Joseph Carriere** | **HLC** |
| **Olivia Carriere** | **HLC** |
| **Sherinecia Carriere** | **HLC** |
| **Azierione Carriere** | **Watts Hilliard** |
| **Christopher Anthony Carriere** | **Watts Hilliard** |
| **Denise Carriere** | **Watts Hilliard** |
| **Pauline Carriere** | **Watts Hilliard** |
| **Brittany Carroll** | **Bruno & Bruno** |
| **Nygel Shane Carroll** | **Watts Hilliard** |
| **Sharonda Rene Carroll** | **Watts Hilliard** |
| **Pamela Carson** | **John A. Eaves** |
| **Alex Carter** | **John A. Eaves** |
| **Augusta Carter** | **Bruno & Bruno** |
| **Barbara C. Carter** | **HLC** |
| **Barbara R. Carter** | **Gill Ladner** |
| **Chad Carter** | **Frank D'Amico** |
| **Chanel Carter** | **Frank D'Amico** |
| **Corey Carter** | **Parker Waichman** |
| **Cynthia Carter** | **Frank D'Amico** |
| **Dionne Carter** | **Frank D'Amico** |
| **Dwayne Carter** | **Douglas M. Schmidt** |
| **Elenor Carter** | **Frank D'Amico** |
| **Ese Carter** | **Buzbee Law Firm** |
| **James Carter** | **Frank D'Amico** |
| **Keith Carter** | **Buzbee Law Firm** |
| **Marjorie Carter** | **Frank D'Amico** |
| **Qutina Carter** | **John A. Eaves** |
| **Tierri Carter** | **Becnel Law Firm** |
| **Aletha S. Carter** | **Watts Hilliard** |
| **Bria Germaine Carter** | **Watts Hilliard** |
| **Brianna Carter** | **Watts Hilliard** |
| **Chantel Carter** | **Watts Hilliard** |
| **Danielle Dominique Carter** | **Watts Hilliard** |
| **Donna Carter** | **Watts Hilliard** |
| **Doris Carter** | **Watts Hilliard** |
| **Dorothy J. Carter** | **Watts Hilliard** |
| **Eurnisolra Carter** | **Watts Hilliard** |
| **Freddie Carter** | **Watts Hilliard** |
| **Geneva Carter** | **Watts Hilliard** |
| **Ja'Niah Ariel Carter** | **Watts Hilliard** |
| **Jacoby Carter** | **Watts Hilliard** |
| **Jae'Kwon C. Carter** | **Watts Hilliard** |
| **Jarrell Billion Carter** | **Watts Hilliard** |
| **Jayme Carter** | **Watts Hilliard** |
| **Kayla Carter** | **Watts Hilliard** |

| | |
|---|---|
| Kayla L. Carter | Watts Hilliard |
| Lee Marvin Carter | Watts Hilliard |
| Morris Carter | Watts Hilliard |
| Natasha Carter | Watts Hilliard |
| Russell Carter | Watts Hilliard |
| Scott Carter | Watts Hilliard |
| Huey P. Carter, Sr. | Watts Hilliard |
| Theodora Jean Carter | Watts Hilliard |
| Yvonne Carter | Watts Hilliard |
| Brent Carver | Watts Hilliard |
| Corey Carver | Watts Hilliard |
| Linda Carver | Watts Hilliard |
| Timothy Carver | Watts Hilliard |
| Coren Casborn | Douglas M. Schmidt |
| Cori Casborn | Douglas M. Schmidt |
| Glenn Cascio, Jr. | Watts Hilliard |
| Savanna Cascio | Watts Hilliard |
| Blake Casnave | Watts Hilliard |
| Donna Casnave | Watts Hilliard |
| Serine Casnave | Watts Hilliard |
| Paul G. Cassou | Watts Hilliard |
| Mary Castille | Jim S. Hall |
| Myron Castle | PSC |
| Cordia Caston | Ronnie G. Penton |
| Daina Caston | Buzbee Law Firm |
| Dorothy Caston | Ronne G. Penton |
| Barbara Soileaux Catalanotto | Torres |
| Mark A. Catalanotto | Torres |
| Patrice A. Cataldo | Watts Hilliard |
| Courtney Catanese | Torres |
| Kimberly Catchtings | John A. Eaves |
| Kyla Catchings | Frank D'Amico |
| Michael Catledge | Watts Hilliard |
| Deyonte' Cato | Buzbee Law Firm |
| Aaron Causey | Buzbee Law Firm |
| Ariansha Causey | John A. Eaves |
| Darnell Causey | Bruno & Bruno |
| Calvin Causey | Watts Hilliard |
| Carrington Causey | Watts Hilliard |
| Freda Causey | Watts Hilliard |
| Hilda Causey | Watts Hilliard |
| Jeremy Causey | Watts Hilliard |
| Dan Cavalier | Becnel Law Firm |
| Calecas Ceasar | Jim S. Hall |
| Adrienne Ceasar | Watts Hilliard |

| | |
|---|---|
| Allison Azrielle Ceasar | Watts Hilliard |
| DaVanta Paul Ceasar | Watts Hilliard |
| Derrick Q. Ceasar | Watts Hilliard |
| Detra F. Ceasar | Watts Hilliard |
| Hilton R. Ceasar | Watts Hilliard |
| Joantranette Antrell Ceasar | Watts Hilliard |
| Melvin Ceasar, Jr. | Watts Hilliard |
| Katina Ceasar | Watts Hilliard |
| Leanne N. Ceasar | Watts Hilliard |
| Linda Faye Ceasar | Watts Hilliard |
| Nkeehan J. Ceasar | Watts Hilliard |
| Savanna Elise Ceasar | Watts Hilliard |
| Terrell Wayne Ceasar | Watts Hilliard |
| Edward Ceaser | Torres |
| Frank A. Ceaser, Sr. | Torres |
| Allison Ceaser | Watts Hilliard |
| Casey Scott Ceaser | Watts Hilliard |
| John Ceaser | Watts Hilliard |
| Kei'erra Ceaser | Watts Hilliard |
| Shannon Ann Ceaser | Watts Hilliard |
| Adelso Cedeno | John A. Eaves |
| Doris J. Celestine | Watts Hilliard |
| Jeremiah Trevon Celestine | Watts Hilliard |
| Raymond Celestine, Jr. | Watts Hilliard |
| Kiera O'Shay Celestine | Watts Hilliard |
| Kyla Celestine | Watts Hilliard |
| Leonard Celestine | Watts Hilliard |
| Mary Celestine | Watts Hilliard |
| Mary Jane Celestine | Watts Hilliard |
| Micaela Nikia Celestine | Watts Hilliard |
| Parris D. Celestine | Watts Hilliard |
| Perry Micheal Celestine | Watts Hilliard |
| Ragle Celestine | Watts Hilliard |
| Rikima M. Celestine | Watts Hilliard |
| Phillip Celestine, Sr. | Watts Hilliard |
| Syretta D. Celestine | Watts Hilliard |
| Warren Lee Celestine | Watts Hilliard |
| De'Borah Chairs | Douglas M. Schmidt |
| Debra Chairs | HLC |
| Landen Chaisson | Jim S. Hall |
| Matthew Joseph Chaisson | Torres |
| Keyona Arnell Chalk | Watts Hilliard |
| Denise Chambers | John A. Eaves |
| Lucy Chambers | Mobile FEMA Group - Harang |
| Chandrika Chambliss | Buzbee Law Firm |

00214711-1                                                  4

| | |
|---|---|
| **Jessie Chambliss, Jr.** | Buzbee Law Firm |
| **Quang Chan** | Watts Hilliard |
| **Vanna Chan** | Watts Hilliard |
| **Victoria Chan** | Watts Hilliard |
| **Denson Chancellor** | Bruno & Bruno |
| **Lemona Chandler** | HLC |
| **Mary Chandler** | Parker Waichman |
| **Tina Charlene Chandler** | Gill Ladner |
| **Tina Charlene Chandler o/b/o Sarah Ladnier** | Gill Ladner |
| **Justin Chaney** | John A. Eaves |
| **Anna Chang** | Watts Hilliard |
| **Patricia Chapman o/b/o Brandon Decuir** | HLC |
| **Patricia Chapman o/b/o Kristen Chapman** | HLC |
| **Calvin Chapman** | Jim S. Hall |
| **Christopher Chapman, Sr. o/b/o C.C.** | HLC |
| **Juanita Chapman** | Watts Hilliard |
| **Stanly Chapman** | Watts Hilliard |
| **Chrishana Charles** | Frank D'Amico |
| **Crishana Charles** | Frank D'Amico |
| **Devonte Charles** | Bencomo |
| **Devonte Charles** | Frank D'Amico |
| **Gail Charles** | Gainsburgh Benjamin |
| **Louis Charles** | Frank D'Amico |
| **Ray Charles** | Bencomo |
| **Ray Charles** | Frank D'Amico |
| **Sylvia Charles** | John A. Eaves |
| **Cecile Charles** | Watts Hilliard |
| **Clifton Charles** | Watts Hilliard |
| **Crystal Dionne Charles** | Watts Hilliard |
| **Eric Charles** | Watts Hilliard |
| **Jerin Joses Charles** | Watts Hilliard |
| **Leroy Charles** | Watts Hilliard |
| **Loretta Ann Charles** | Watts Hilliard |
| **Moses Branch Charles** | Watts Hilliard |
| **Odile Charles** | Watts Hilliard |
| **Shirley Ann Charles** | Watts Hilliard |
| **Shelley Ann Charlot** | Watts Hilliard |
| **Andree Charvet** | Bruno & Bruno |
| **Brenda A. Chatelain** | Torres |
| **Richard Benedict Chatelain, III** | Torres |
| **Zacarias Chatman** | FTLA - Catherine Jacobs |
| **Kerman Louis Chatman** | Watts Hilliard |
| **Mary Ritha Chatman** | Watts Hilliard |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm

| DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK | LAWRENCE J. DUPLASS<br>GARY M. ZWAIN (1)<br>DAVID J. BOURGEOIS<br>C. MICHAEL PFISTER<br>ANDREW D. WEINSTOCK (1)<br>GUYTON H. VALDIN, JR.<br>KELLY CAMBRE BOGART (1)<br>CHRISTIAN B. BOGART (1)<br>JOSEPH G. GLASS (2) | KEVIN R. DERHAM (3)<br>JOSEPH E. BEARDEN, III<br>JAIME M. CAMBRE<br>COREY M. OUBRE (1)<br>PAUL VERLANDER<br>NICOLE M. BOYER<br>RYAN M. MALONE<br>PHILIP G. WATSON | BEN S. DiPALMA<br>SHENDELLE T. POLK<br><br>*SPECIAL COUNSEL*<br>DAVID M. CAMBRE<br><br>(1) also admitted in Texas<br>(2) also admitted in Mississippi<br>(3) also admitted in Maryland |
|---|---|---|---|

July 27, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

     I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

     Plaintiffs have thirty (30) days or until **August 27, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

     The specific missing PFS are listed as follows:

| **PLAINTIFFS** | **PLAINTIFFS COUNSEL** |
|---|---|
| **James Crain, Jr.** | **Buzbee** |
| **Mary E. Crane** | **Watts Hilliard** |
| **Delesa Joyce Cratchan** | **Watts Hilliard** |
| **Michael Cratchan, Jr.** | **Watts Hilliard** |
| **Michael Cratchan, Sr.** | **Watts Hilliard** |
| **Thea Andretta Cratchan** | **Watts Hilliard** |
| **Betty R. Crawford** | **Torres** |
| **Erma Crawford** | **D'Amico** |
| **Erma A. Crawford** | **HLC** |
| **Greer Crawford** | **Nexsen Pruet** |
| **James D. Crawford** | **HLC** |
| **Kendall Crawford** | **Torres** |
| **Lawrence Crawford** | **Nexsen Pruet** |
| **Tenieaka Crawford** | **D'Amico** |
| **Teresa Crawford** | **Buzbee** |
| **Viola Crawford** | **Eaves** |
| **Renee' Crawford** | **Watts Hilliard** |
| **Ayanna Crear** | **FTLA - Catherine Jacobs** |

00216482-1            1

| | |
|---|---|
| Reginald Crear | FTLA - Jacobs |
| Daniel Creel | Watts Hilliard |
| Mary Creel | Watts Hilliard |
| Jessica Creer | Watts Hilliard |
| Justine Creppel | D'Amico |
| Mark Creppel | HLC |
| Beverly Criddle | Watts Hilliard |
| Nehemiah Criddle | Watts Hilliard |
| Emma M. Crifasi | Torres |
| Frank Jake Crifasi, Sr. | Torres |
| Gerald Crocklen | Buzbee |
| Kevante Crocklen | Buzbee |
| James G. Croker, II | Watts Hilliard |
| Ashanti Crosby | Eaves |
| Kaniyah Crosby | Eaves |
| Darrin Crowden | HLC |
| David Crowden | HLC |
| David Crowden o/b/o Darnell Crowden | HLC |
| Donna Crowden | HLC |
| Tammie Crowe | Eaves |
| Misty Crowe | Watts Hilliard |
| Trista Crowe | Watts Hilliard |
| Jeanne Crowell | Bencomo |
| Jeanne Crowell | D'Amico |
| Stormie Crowell | Bencomo |
| Stormie Crowell | D'Amico |
| Rickey Crump | Bruno |
| Terry Crump | Bruno |
| Angela Cruz | Eaves |
| Cassandra Cruz | Eaves |
| Minna Cruz | Eaves |
| Victor Cryen | Gainsburgh |
| Willie Cuevas | Buzbee |
| David Cuevas | Watts Hilliard |
| Arvis Cuevas, Jr. | Eaves |
| Kim Cuevas | Watts Hilliard |
| Margaret Cuevas | Watts Hilliard |
| Jennifer A. Culotta | Torres |
| Lemuel Cumberbatch | Watts Hilliard |
| Rosie Cumberbatch | Watts Hilliard |
| Angel Cumbie | Watts Hilliard |
| Christopher Cumbie | Watts Hilliard |
| Erna Cumbie | Watts Hilliard |
| Stacy Crumbie | Watts Hilliard |
| Reginald Cummings | HLC |

3

| | |
|---|---|
| **Harry Cummings, III** | **Watts Hilliard** |
| **Christina Cunningham** | **Eaves** |
| **Dimand Cunningham** | **Eaves** |
| **Nelda Cunningham** | **Eaves** |
| **Leona Cunningham** | **Watts Hilliard** |
| **Timothy Cunningham** | **Watts Hilliard** |
| **Charles Alan Curran** | **Watts Hilliard** |
| **Alexis Currie** | **Watts Hilliard** |
| **Alicia Currie** | **Watts Hilliard** |
| **Veroncia Curry-Farve** | **Bruno** |
| **Donte' Curtis** | **D'Amico** |
| **George Curtis** | **D'Amico** |
| **Gwendolyn Curtis** | **Hall** |
| **Joycelyn Curtis** | **Bruno** |
| **David Cushman** | **HLC** |
| **Quynh Cushman** | **HLC** |
| **Cody Lawrence Cutrer** | **Torres** |
| **Jean Cutrer** | **Buzbee** |
| **Kevin Cyres** | **Watts Hilliard** |
| **Glen Cyres, Sr.** | **D'Amico** |
| **Lester Daggs** | **Torres** |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm

# DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

| | | |
|---|---|---|
| LAWRENCE J. DUPLASS | KEVIN R. DERHAM (3) | BEN S. DiPALMA |
| GARY M. ZWAIN (1) | JOSEPH E. BEARDEN, III | SHENDELLE T. POLK |
| DAVID J. BOURGEOIS | JAIME M. CAMBRE | |
| C. MICHAEL PFISTER | COREY M. OUBRE (1) | *SPECIAL COUNSEL* |
| ANDREW D. WEINSTOCK (1) | PAUL VERLANDER | DAVID M. CAMBRE |
| GUYTON H. VALDIN, JR. | NICOLE M. BOYER | |
| KELLY CAMBRE BOGART (1) | RYAN M. MALONE | (1) also admitted in Texas |
| CHRISTIAN B. BOGART (1) | PHILIP G. WATSON | (2) also admitted in Mississippi |
| JOSEPH G. GLASS (2) | | (3) also admitted in Maryland |

July 27, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

    I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

    Plaintiffs have thirty (30) days or until **August 27, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

    The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Allison A. Daigre** | **Torres** |
| **Damon D. Daigre, Jr.** | **Torres** |
| **Annie Dailey** | **Eaves** |
| **Willie Dailey** | **Eaves** |
| **Kyra Dailey** | **Watts Hilliard** |
| **Leonie Dailey** | **Watts Hilliard** |
| **Deborah Ann Dalon** | **Torres** |
| **Ashley Dame** | **Watts Hilliard** |
| **Landon Dane** | **Watts Hilliard** |
| **Nicholas Dame** | **Watts Hilliard** |
| **Jason L. Dandrea** | **Watts Hilliard** |
| **Dianne Danflous** | **Hall** |
| **Anh Dang** | **Watts Hilliard** |
| **Brandyn Dang** | **Watts Hilliard** |
| **Bryan Dang** | **Watts Hilliard** |
| **Ngu Dang** | **Watts Hilliard** |
| **Siem Dang** | **Watts Hilliard** |
| **Erica Dangerfield** | **Buzbee** |

| | |
|---|---|
| Maudra Dangerfield | Buzbee |
| Shundrika Daniel | Penton |
| Jessica Daniels | Bencomo |
| Jessica Daniels | D'Amico |
| Mary Daniels | Schmidt |
| Mary Daniels | Bencomo |
| David Daniels | Watts Hilliard |
| Derrick Daniels | Watts Hilliard |
| Gwendolyn Chatrece Daniels | Watts Hilliard |
| Marion Hickman Daniels | Watts Hilliard |
| Mary Daniels | Watts Hilliard |
| Rossanette M. Daniels | Watts Hilliard |
| Samuel Daniels | Watts Hilliard |
| Shaquille Daniels | Watts Hilliard |
| Willie Therriel Daniels | Watts Hilliard |
| Trillis Danielson | Watts Hilliard |
| Charlene Dantley | Buzbee |
| Keeyana Dantley | Buzbee |
| Michael Dantley | Buzbee |
| Deborah DAntoni | Torres |
| Nghia Dao | Watts Hilliard |
| Valerie Hewlett Dapremont | Watts Hilliard |
| Abigail Darbonne | Watts Hilliard |
| Isabel Rose Darbonne | Watts Hilliard |
| Jayden N. Darbonne | Watts Hilliard |
| Jordan Darbonne | Watts Hilliard |
| Michael Bartett Darbonne | Watts Hilliard |
| Michael Darbonne, Sr. | Watts Hilliard |
| Edwin Thomas Darby, Jr. | Torres |
| Ella Darby | Eaves |
| Jimmy Darby | Eaves |
| Gerald Darensbourg | HLC |
| Rose Darensbourg | Watts Hilliard |
| John Darensburg | Bencomo |
| John Darensburg | D'Amico |
| Carlos Daris | Watts Hilliard |
| Clara Darjeen | Lambert & Nelson |
| Rose D'Aunoy | Buzbee |
| Rose D'Aunoy | Watts Hilliard |
| Theron Daunoy | Watts Hilliard |
| Gladys C. Dauth | Torres |
| Helen Duvall | Mobile FEMA Group – Harang |
| Bridgette Dave | Buzbee |
| Michael David, Sr. | Watts Hilliard |
| Carly M. Davidson | Torres |

3

| Harly Davidson | Torres |
|---|---|
| Richard E. Davidson | Torres |
| Stacy Ann Davidson | Torres |

      Sincerely,

      **DUPLASS, ZWAIN, BOURGEOIS,**
      **PFISTER & WEINSTOCK**

      **Andrew Weinstock**

      ANDREW D. WEINSTOCK

ADW/cvm