UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3681 | * | |
| Plaintiff: Susan L. Hoste Chuppetta | * | |
| | * | |
| *Cheek, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5906 | * | |
| Plaintiff: James Cheek | * | |
| | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8468 | * | |
| Plaintiffs: Tammy Cheneau, Philip Celestine, Sr. | * | |
| | * | |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4794 | * | |
| Plaintiff: Acqumeckia Cheneau | * | |
| | * | |
| *Akmin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4880 | * | |
| Plaintiffs: Regina Chesterfield, Jessica Daniels | * | |
| | * | |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8019 | * | |
| Plaintiffs: Marsha Christmas, Sylvia Charles, | * | |
| Tammie T. Crowe | * | |
| | * | |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3906 | * | |
| Plaintiff: Freeman Christophe | * | |
| | * | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8644 | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8665 | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8698 | | |

*Bachemin, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-8701      \*
Plaintiff:  Elizabeth M. Clark      \*
      \*
*Alexander, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-8467      \*
Plaintiffs:  Harold Clark, Chanel Carter, Dionne      \*
Carter, Elenor Carter, James Carter, Marjorie Carter \*
      \*
*Butler, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-8471      \*
Plaintiffs:  Harold Clark, Chanel Carter, Dionne      \*
Carter, Elenor Carter, James Carter      \*
      \*
*Blackledge, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-8112      \*
Plaintiffs:  Lausunda Clark, Viola Ann Crawford      \*
      \*
*Allen, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-8203      \*
Plaintiffs:  Steven Roger Clark, Lausunda Clark,      \*
Alex Carter, Denise Chambers, Arvis T. Cuevas,      \*
Jr., Christina Cunningham, individually and o/b/o      \*
D.C.      \*
      \*
*Cunningham, et al v. Gulf Stream Coach, Inc., et al* \*
Docket No. 09-8277      \*
Plaintiffs:  Annie Maude Dailey, Willie John      \*
Dailey, Nelda Cunningham, Nelda M. Cunningham \*
      \*
*Allen, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 10-742      \*
Plaintiff:   Deborah Ann Dalon      \*
      \*
*Bernice, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-4228      \*
Plaintiff:   Shundrika Daniel      \*
      \*
*Tate, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-4604      \*
Plaintiffs:  Jessica Daniels, Mary Daniels, Regina      \*
Chesterfield      \*
      \*
*Duong, et al v. Gulf Stream Coach, Inc., et al*      \*
Docket No. 09-7893      \*
Plaintiff:  Mary Daniels      \*

*Chambliss, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-4891                                            *
Plaintiff:   Gerald Darensbourg                              *
                                                             *
*Agee, et al v. Gulf Stream Coach, Inc., et al*              *
Docket No. 09-8472                                           *
Plaintiffs:  John Darensburg, Dwayne Carter                  *
                                                             *
*Basco, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 09-4719                                           *
Plaintiff:   Rose D'Aunoy                                    *
                                                             *
*Blanchard, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 10-4022                                           *
*Candebat, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 10-4024                                           *
Plaintiff:  Gladys Dauth                                     *
                                                             *
*Alexander, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 10-2335                                           *
Plaintiffs:  Bridgette Dave, James Crain, Jr.                *
                                                             *
*Acosta, et al v. Gulf Stream Coach, Inc., et al*            *
Docket No. 10-3551                                           *
*Alkurd, et al v. Gulf Stream Coach, Inc., et al*            *
Docket No. 10-3553                                           *
Plaintiffs:  Ricky Davidson o/b/o C.D. and H.D.,             *
Stacy Davidson o/b/o C.D. and H.D., Richard E.               *
Davidson, Stacy Ann Davidson                                 *
                                                             *
*Alfonso, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 10-3704                                           *
Plaintiffs:  Rickey Davidson o/b/o C.D. and H.D.,            *
Stacy Davidson o/b/o C.D. and H.D.                           *
                                                             *
*Quinn, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 09-8092                                           *
Plaintiffs:  Pamela Carson, Autina Carter                    *
                                                             *
*Morgan, et al v. Gulf Stream Coach, Inc., et al*            *
Docket No. 09-8473                                           *
Plaintiffs:  Chad Carter, Ray Charles, Chrishana             *
Charles rep by Shakena Jenkins, Devonte Charles              *
rep by Shakena Jenkins, Jeanne Crowell,                      *
individually and o/b/o Stormie Crowell, George               *
Curtis, individually and o/b/o Donte Curtis                  *

*Riley, et al v. Gulf Stream Coach, Inc., et al*                     *
Docket No. 09-8477                                                   *
Plaintiffs:  Dwayne Carter, Jeanne Crowell                          *
                                                                    *
*Akridge, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 09-8250                                                   *
Plaintiff:   Kimberly F. Catchings                                  *
                                                                    *
*Ferguson, et al v. Gulf Stream Coach, Inc., et al*                  *
Docket No. 09-8134                                                   *
Plaintiffs:  Adelso Cedeno, Justin Chaney                           *
                                                                    *
*Pittman, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 10-2249                                                   *
Plaintiff:     Raymond Celestine                                    *
                                                                    *
*Abram, et al v. Gulf Stream Coach, Inc., et al*                     *
Docket No. 09-3906                                                   *
Plaintiff:  Chandrika Chambliss, individually and                   *
o/b/o Jessie Chambliss                                              *
                                                                    *
*Allen, et al v. Gulf Stream Coach, Inc., et al*                     *
Docket No. 10-2887                                                   *
Plaintiff:  Lucy Chambers                                           *
                                                                    *
*Johnson, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 10-3623                                                   *
Plaintiff:  Louis Charles                                           *
                                                                    *
*Aitkins, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 09-8479                                                   *
*Crawford, et al v. Gulf Stream Coach, Inc., et al*                  *
Docket No. 10-2523                                                   *
*Raymond, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 09-3890                                                   *
Plaintiff:   Erma Crawford                                          *
                                                                    *
*Bailey, et al v. Gulf Stream Coach, Inc., et al*                    *
Docket No. 09-8476                                                   *
Plaintiff:  George Curtis                                           *
                                                                    *
*Andrews, et al v. Gulf Stream Coach, Inc., et al*                   *
Docket No. 09-5688                                                   *
Plaintiffs:  Quynh Cushman and David Cushman                        *

*Cutrer, et al v. Gulf Stream Coach, Inc., et al*        *
Docket No. 10-3554                                        *
Plaintiff:   Cody Lawrence Cutrer                         *
*************************************************************************

<u>**NOTICE OF MANUAL ATTACHMENT**</u>

    **NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream

Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream

plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain

Plaintiffs (Rec. Doc. 24230-3).

                         Respectfully Submitted,

                         **DUPLASS, ZWAIN, BOURGEOIS,**
                         **PFISTER & WEINSTOCK**

                         s/Andrew D. Weinstock
                         _____
                         **ANDREW D. WEINSTOCK #18495**
                         **JOSEPH G. GLASS #25397**
                         3838 N. Causeway Boulevard, Suite 2900
                         Metairie, Louisiana  70002
                         Telephone: (504) 832-3700
                         Facsimile: (504) 837-3119
                         andreww@duplass.com
                         jglass@duplass.com

                         and

                         **SCANDURRO & LAYRISSON**
                         **Timothy D. Scandurro #18424**
                         **Dewey M. Scandurro #23291**
                         607 St. Charles Avenue
                         New Orleans, LA 70130
                         (504) 522-7100
                         (504) 529-6199 (FAX)
                         tim@scanlayr.com
                         dewey@scanlayr.com
                         **Counsel for Defendant, Gulf Stream**
                         **Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of January, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00296529-1