UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3681 | * | |
| Plaintiff: Susan L. Hoste Chuppetta | * | |
| | * | |
| *Cheek, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5906 | * | |
| Plaintiff: James Cheek | * | |
| | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8468 | * | |
| Plaintiffs: Tammy Cheneau, Philip Celestine, Sr. | * | |
| | * | |
| *Alberti, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4794 | * | |
| Plaintiff: Acqumeckia Cheneau | * | |
| | * | |
| *Akmin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4880 | * | |
| Plaintiffs: Regina Chesterfield, Jessica Daniels | * | |
| | * | |
| *Bennett, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8019 | * | |
| Plaintiffs: Marsha Christmas, Sylvia Charles, | * | |
| Tammie T. Crowe | * | |
| | * | |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3906 | * | |
| Plaintiff: Freeman Christophe | * | |
| | * | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8644 | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8665 | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8698 | * | |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8701 | * | |
| Plaintiff: Elizabeth M. Clark | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |

00296531-1

| | |
|---|---|
| Docket No. 09-8467 | * |
| Plaintiffs:  Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter, Marjorie Carter | * |
| | * |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8471 | * |
| Plaintiffs:  Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter | * |
| | * |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8112 | * |
| Plaintiffs:  Lausunda Clark, Viola Ann Crawford | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8203 | * |
| Plaintiffs:  Steven Roger Clark, Lausunda Clark, Alex Carter, Denise Chambers, Arvis T. Cuevas, Jr., Christina Cunningham, individually and o/b/o D.C. | * |
| | * |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8277 | * |
| Plaintiffs:  Annie Maude Dailey, Willie John Dailey, Nelda Cunningham, Nelda M. Cunningham | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-742 | * |
| Plaintiff:  Deborah Ann Dalon | * |
| | * |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4228 | * |
| Plaintiff:  Shundrika Daniel | * |
| | * |
| *Tate, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4604 | * |
| Plaintiffs:  Jessica Daniels, Mary Daniels, Regina Chesterfield | * |
| | * |
| *Duong, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-7893 | * |
| Plaintiff:  Mary Daniels | * |
| | * |
| *Chambliss, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4891 | * |
| Plaintiff:   Gerald Darensbourg | * |
| *Agee, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8472 | * |

| | |
|---|---|
| Plaintiffs:  John Darensburg, Dwayne Carter | * |
| | * |
| *Basco, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-4719 | * |
| Plaintiff:   Rose D'Aunoy | * |
| | * |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-4022 | * |
| *Candebat, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-4024 | * |
| Plaintiff:  Gladys Dauth | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2335 | * |
| Plaintiffs:  Bridgette Dave, James Crain, Jr. | * |
| | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3551 | * |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3553 | * |
| Plaintiffs:  Ricky Davidson o/b/o C.D. and H.D., | * |
| Stacy Davidson o/b/o C.D. and H.D., Richard E. | * |
| Davidson, Stacy Ann Davidson | * |
| | * |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3704 | * |
| Plaintiffs:  Rickey Davidson o/b/o C.D. and H.D., | * |
| Stacy Davidson o/b/o C.D. and H.D. | * |
| | * |
| *Quinn, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8092 | * |
| Plaintiffs:  Pamela Carson, Autina Carter | * |
| | * |
| *Morgan, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8473 | * |
| Plaintiffs:  Chad Carter, Ray Charles, Chrishana | * |
| Charles rep by Shakena Jenkins, Devonte Charles | * |
| rep by Shakena Jenkins, Jeanne Crowell, | * |
| individually and o/b/o Stormie Crowell, George | * |
| Curtis, individually and o/b/o Donte Curtis | * |
| | * |
| *Riley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8477 | * |
| Plaintiffs:  Dwayne Carter, Jeanne Crowell | * |
| *Akridge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8250 | * |
| Plaintiff:   Kimberly F. Catchings | * |

|  |  |
|---|---|
|  | * |
| *Ferguson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8134 | * |
| Plaintiffs: Adelso Cedeno, Justin Chaney | * |
|  | * |
| *Pittman, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2249 | * |
| Plaintiff:    Raymond Celestine | * |
|  | * |
| *Abram, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3906 | * |
| Plaintiff: Chandrika Chambliss, individually and | * |
| o/b/o Jessie Chambliss | * |
|  | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2887 | * |
| Plaintiff: Lucy Chambers | * |
|  | * |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3623 | * |
| Plaintiff: Louis Charles | * |
|  | * |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8479 | * |
| *Crawford, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2523 | * |
| *Raymond, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3890 | * |
| Plaintiff:    Erma Crawford | * |
|  | * |
| *Bailey, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8476 | * |
| Plaintiff: George Curtis | * |
|  | * |
| *Andrews, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-5688 | * |
| Plaintiffs: Quynh Cushman and David Cushman | * |

*Cutrer, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 10-3554   \*
Plaintiff:   Cody Lawrence Cutrer   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain

Plaintiffs is hereby set for submission on the 22nd day of February, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____

**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com