**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Mae Aaron as Next Friend of Jarrell Aaron,* | * | |
| *a Minor, et al., v. Pilgrim International, Inc., et al.* | * | |
| Cause No. 09-7808 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED**
**COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their original and Amending Complaint for Damages to add a direct action cause of action against Burlington Insurance Company ("Burlington") as an insurer of Pilgrim International, Inc. ("Pilgrim") and to clarify matters related to the direct action against the Insurer Defendants.

Plaintiffs, through undersigned counsel, supplement and amend their original and Amending Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By amending Paragraph 8 to read as follows:

8. Plaintiffs aver that Insurer Defendants listed on the attached Exhibit B which is incorporated herein as if set forth *in extenso* and hereinafter collectively referred to as the "Insurer Defendants" had in full force and effect policies of liability insurance affording coverage to the Manufacturer Defendants(s) in Bankruptcy with respect to the matters,



risks and things for which these defendants are liable herein, thereby affording plaintiffs the right to proceed against Insurer Defendants under the provisions of the Louisiana Direct Action Statute LSA-R.S. 22:655 and LSA-R.S. 22:1269.

2.

By adding Count 3A to read under Section IV as follows:

**COUNT 3A:**
**CAUSE OF ACTION AGAINST CRUM & FORSTER, SENTRY, AND BURLINGTON**

3.

By adding the following paragraph under Count 3A to read:

125a.   The Insurer Defendants are liable as the insurers of Pilgrim pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269.

4.

By amending paragraph 127 under the Compensatory Damages Section in Section IV to read as follows:

**COMPENSATORY DAMAGES**

127.   In addition to and by way of summarizing the compensatory damages prayed for herein, each Plaintiff avers that the Manufacturing Defendants, as well as the Contractor Defendants and the Insurer Defendants individually and/or jointly are responsible for all damages which each Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and

2

future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

5.

By amending Exhibit B to include the following in the "Insurer" Section:


Burlington Insurance Company
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825

Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2011.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**


**PLEASE SERVE:**
Burlington Insurance Company
through:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

4