# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873<br>*<br>* SECTION "N" (5)<br>* |
| THIS DOCUMENT RELATES TO: | * JUDGE ENGELHARDT<br>* |
| *Dianne Griffin v. Skyline Corp., et al., No. 09-8487* | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FLUOR ENTERPRISES, INC.'S
## CERTIFICATE OF CONSENT

Undersigned counsel for Fluor Enterprises, Inc. ("FEI"), defendant in the above captioned civil action, hereby certifies that he personally contacted counsel for all parties to the above-captioned case and that they have no opposition to the Court severing FEI from the above-captioned matter.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:  /s/ *Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

   -*and*-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all court-appointed liaison counsel, who are CM/ECF participants, and that I personally served all counsel in the case captioned above with this pleading by email.

                                      */s/ Charles R. Penot, Jr.*
                                  **CHARLES R. PENOT, JR.**