## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 *  |
| | * SECTION "N" (5) * |
| THIS DOCUMENT RELATES TO: | * JUDGE ENGELHARDT * |
| *Dianne Griffin v. Skyline Corp., et al., No. 09-8487* | * * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering Fluor Enterprises, Inc.'s Unopposed Motion to Sever or, Alternatively, for Separate Trials, and acting pursuant to Federal Rule of Civil Procedure 21,

**IT IS HEREBY ORDERED** that Fluor Enterprises, Inc.'s Motion to Sever or, Alternatively, for Separate Trials is granted, and all claims of all plaintiffs in the case of *Dianne Griffin v. Skyline Corp., et al., No. 09-8487,* are hereby severed from the claims of the same plaintiffs against Skyline Corporation.

**New Orleans, Louisiana**, this _____ day of January, 2012.

_____
Kurt D. Engelhardt
United States District Judge

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     */s/ Charles R. Penot, Jr.*
          Charles R. Penot, Jr. (La. Bar No. 1530 &
          Tx. Bar No. 24062455)
          717 North Harwood, Suite 2400
          Dallas, Texas 75201
          Tel: (214) 220-6334; Fax: (214) 220-6807
          cpenot@midrid.com

              *-and-*

          Richard A. Sherburne, Jr., La. Bar No. 2106
          450 Laurel Street, Suite 1101
          Baton Rouge, Louisiana 70801
          Telephone: (225) 381-7700
          Facsimile: (225) 381-7730
          rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all court-appointed liaison counsel, who are CM/ECF participants, and that I personally served all counsel in the case captioned above with this pleading by email.

                                               */s/ Charles R. Penot, Jr.*
                                               **CHARLES R. PENOT, JR.**