UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE | * | |
|       PRODUCTS LIABILITY | * | SECTION: N(5) |
|       LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Barras, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-5728 | * | |
| Plaintiff: Aubrey Davis | * | |
| | * | |
| *Dantley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7998 | * | |
| Plaintiffs: Cheryl Davis, Kenneth Davis, Tameca | * | |
| Davis | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiffs: Cordell Davis, Velma Davis, | * | |
| Individually and o/b/o S.D., J.D., A.D. | * | |
| | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8277 | * | |
| Plaintiffs: Tiara S. Davis, Evelyn T. Davis, | * | |
| John Davis | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2471 | * | |
| Plaintiff: Garry Davis | * | |
| | * | |
| *Ashley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8469 | * | |
| Plaintiffs:   Melanie Davis, Joey Davis | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4631 | * | |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5397 | * | |
| Plaintiff: John Davis | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiff:   John Davis, Jr. | * | |
| | * | |

00296794-1

*Coleman-Polk, et al v. Gulf Stream Coach, Inc., et al*  *
Docket No. 09-8478                                       *
*Burns, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 10-2246                                       *
Plaintiff: Melanie Davis                                 *
                                                         *
*Allen, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-8645                                       *
Plaintiff: Victoria Davis                                *
*****************************************************************************

## MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

- Aubrey Davis, who filed suit in case(s) *Barras, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5728

- Cheryl Davis, Kenneth Davis, Tameca Davis, who filed suit in case(s) *Dantley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7998

- Cordell Davis, Velma Davis, individually and o/b/o S.D., J.D., A.D., who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- Tiara S. Davis, Evelyn T. Davis, John Davis, who filed suit in case(s) *Cunningham, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8277

- Garry Davis, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2471

- Melanie Davis, Joey Davis, who filed suit in case(s) *Ashley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8469

- John Davis, who filed suit in case(s) *Thomas, et al v. Gulf Stream Coach, Inc., et al*;

Docket No. 09-4631; *Abadie, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5397

- John Davis, Jr., who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8467

- Melanie Davis, who filed suit in case(s) *Coleman-Polk, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8478; *Burns, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2246

- Victoria Davis, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8645

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**

        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 26th day of January, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**