DUPLASS
ZWAIN
BOURGEOIS
PFISTER &
WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON

BEN S. DiPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

July 28, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **August 28, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Amiya Davis** | **Eaves** |
| **Aubrey Davis** | **HLC** |
| **Audrey Davis** | **Torres** |
| **Barbara Davis** | **D'Amico** |
| **Belinda Davis** | **Buzbee** |
| **Bruce Davis** | **Bruno** |
| **Celestine Davis** | **Buzbee** |
| **Cheryl Davis** | **Buzbee** |
| **Christopher Davis** | **D'Amico** |
| **Cindy Davis Admin Jada M. Davis** | **HLC** |
| **Cordell Davis** | **Eaves** |
| **Curtis Davis** | **HLC** |
| **Daphne Davis** | **HLC** |
| **Dennis Davis** | **GBDM&W** |
| **Deonta Davis** | **Penton** |
| **Dion Davis** | **HLC** |
| **Edgar Davis** | **Lambert & Nelson** |
| **Evelyn Davis** | **Eaves** |

| | |
|---|---|
| **Garry Davis** | **Becnel** |
| **Hester Davis** | **Bruno** |
| **Issac Davis** | **Eaves** |
| **Jennifer Davis** | **D'Amico** |
| **Jocelyn Davis** | **HLC** |
| **Joey Davis** | **D'Amico** |
| **Johanna Davis** | **Eaves** |
| **John Davis** | **Eaves** |
| **Johnell Davis** | **Lambert & Nelson** |
| **Keiara Davis** | **Lambert & Nelson** |
| **Kenneth Davis** | **Bruno** |
| **Latanya Davis** | **Bruno** |
| **Lolita Davis** | **D'Amico** |
| **Marshell Davis** | **Buzbee** |
| **Matthew Davis** | **D'Amico** |
| **Melanie Davis** | **Schmidt** |
| **Michelle Davis** | **Buzbee** |
| **Miriam Davis** | **Buzbee** |
| **Miriam Davis** | **D'Amico** |
| **Ora Davis** | **Buzbee** |
| **Ora Davis** | **D'Amico** |
| **Pearline Davis** | **Bruno** |
| **Ronnisha Davis** | **Bruno** |
| **Ruben Davis, Sr.** | **Torres** |
| **Rubin J. Davis, Jr.** | **Torres** |
| **Shelia Davis** | **Bruno** |
| **Sonya Davis** | **Eaves** |
| **Sujuan Davis** | **HLC** |
| **Susie A. Davis** | **Torres** |
| **Sylvia Davis** | **Becnel** |
| **Sylvia Davis** | **Lambert & Nelson** |
| **Tameca Davis** | **Bruno** |
| **Terrell Davis** | **D'Amico** |
| **Tiara Davis** | **Eaves** |
| **Velma Davis** | **Eaves** |
| **Victoria Davis** | **Eaves** |
| **Alexis Davis** | **Watts Hilliard** |
| **Ambreille Davis** | **Watts Hilliard** |
| **Angela Davis** | **Watts Hilliard** |
| **Antoinette Davis** | **Watts Hilliard** |
| **Ashlyn Davis** | **Watts Hilliard** |
| **Bertha H. Davis** | **Watts Hilliard** |
| **Braydon Davis** | **Watts Hilliard** |
| **Ceciley Davis** | **Watts Hilliard** |
| **Denise Davis** | **Watts Hilliard** |

3

| Felecie R. Davis | Watts Hilliard |

                    Sincerely,

                    **DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

                    **Andrew Weinstock**

                    ANDREW D. WEINSTOCK

ADW/cvm