UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Barras, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-5728 | * | |
| Plaintiff: Aubrey Davis | * | |
| | * | |
| *Dantley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7998 | * | |
| Plaintiffs: Cheryl Davis, Kenneth Davis, Tameca Davis | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiffs: Cordell Davis, Velma Davis, Individually and o/b/o S.D., J.D., A.D. | * | |
| | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8277 | * | |
| Plaintiffs: Tiara S. Davis, Evelyn T. Davis, John Davis | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2471 | * | |
| Plaintiff: Garry Davis | * | |
| | * | |
| *Ashley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8469 | * | |
| Plaintiffs: Melanie Davis, Joey Davis | * | |
| | * | |
| *Thomas, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4631 | * | |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5397 | * | |
| Plaintiff: John Davis | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiff: John Davis, Jr. | * | |

00296809-1

|   |   |
|---|---|
| *Coleman-Polk, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8478 | * |
| *Burns, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2246 | * |
| Plaintiff: Melanie Davis | * |
|   | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8645 | * |
| Plaintiff: Victoria Davis | * |

*****************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24230-3).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100

00296809-1

(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 26th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00296809-1