UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-8636

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum

in opposition to the "Motion for Leave to Amend to Add Plaintiffs" (Rec. Doc. 24017), filed by

plaintiffs, noticed for submission on January 25, 2012, was filed.  Accordingly,

**IT IS ORDERED** that the **"Motion for Leave to Amend to Add Plaintiffs" (Rec. Doc.

24017)**, filed by plaintiffs, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves

with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable

to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days

of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by

opposition memorandum to the original motion.  Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 25th day of January, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2