UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8277 | * | |
| Plaintiff:  Wanda Diane Dolan | * | |
| | * | |
| *Davis, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8150 | * | |
| Plaintiff:  Cubby Donston | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2335 | * | |
| Plaintiff:  Malian Dorman | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiffs:  Dianne Dorsey, Miranda Lynn DeHart | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiff:  Geneva Dorsey | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff:  Veronique Dorsey | * | |
| | * | |
| *Ashley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8469 | * | |
| Plaintiff:   Erica Doucet | * | |
| | * | |
| *Demoll, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3879 | * | |
| Plaintiffs:  Rebecca Demoll o/b/o Sue Singleton | * | |
| | * | |
| *Ferrara, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3894 | * | |
| Plaintiff:     Jeannie Clemons | * | |
| | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al* | * | |

00297010-1

Docket No. 09-8320                                          *
Plaintiff:  Mary Derezim                                    *
                                                            *
*Gabriel, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-3893                                          *
Plaintiff: Michelle Devzein                                 *
                                                            *
*Camp, et al v. Gulf Stream Coach, Inc., et al*             *
Docket No. 09-3906                                          *
Plaintiff:  Shawn Dickerson                                 *
                                                            *
*Broussard, et al v. Gulf Stream Coach, Inc., et al*        *
Docket No. 10-2510                                          *
Plaintiffs:  Raven Diggs, Cole Diggs, Crandle Diggs         *
                                                            *
*Clark, et al v. Gulf Stream Coach, Inc., et al*            *
Docket No. 10-2402                                          *
*Dilbert, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-7751                                          *
Plaintiff:    Jacklyn Dilbert                               *
                                                            *
*Dillon, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 10-2148                                          *
Plaintiff:  Willie E. Dillon                                *
                                                            *
*Mosley, et al v. Gulf Stream Coach, Inc., et al*           *
Docket No. 10-1356                                          *
Plaintiff:  Danita Davison                                  *
                                                            *
*Aitkins, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-8479                                          *
Plaintiff: Jerry Davison                                    *
                                                            *
*Johnson, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 10-3623                                          *
Plaintiff:  Raquel Dawson                                   *
                                                            *
*Booth, et al v. Gulf Stream Coach, Inc., et al*            *
Docket No. 09-7745                                          *
Plaintiff:  Kenyatte Deames                                 *
                                                            *
*Blackledge, et al v. Gulf Stream Coach, Inc., et al*       *
Docket No. 09-8112                                          *
Plaintiff: David Earl Dean                                  *
                                                            *
*Adams, et al v. Gulf Stream Coach, Inc., et al*            *

Docket No. 09-8644                                          *
*Anderson, et al v. Gulf Stream Coach, Inc., et al*        *
Docket No. 09-8665                                          *
*Addison, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 09-8698                                          *
*Bachemin, et al v. Gulf Stream Coach, Inc., et al*        *
Docket No. 09-8701                                          *
Plaintiff:  Irma Dean                                       *
                                                           *
*Acosta, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 10-3551                                          *
Plaintiffs:  Audrey Dejan, Earl Dejan, Sr.                 *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>MOTION TO DISMISS CERTAIN PLAINTIFFS</u>

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have

failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so.

The plaintiffs include:

- Wanda Diane Dolan, who filed suit in case(s) *Cunningham, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8277

- Cubby Donston, who filed suit in case(s) *Davis, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8150

- Malian Dorman, who filed suit in case(s) *Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2335

- Dianne Dorsey, Miranda Lynn DeHart, who filed suit in case(s) *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8203

- Geneva Dorsey, who filed suit in case(s) *Acklin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7304

- Veronique Dorsey, who filed suit in case(s) *Bernice, et al v. Gulf Stream Coach, Inc.,*

*et al*; Docket No. 09-4228

- Erica Doucet, who filed suit in case(s) *Ashley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8469

- Sue Singleton rep by Rebecca Demoll, who filed suit in case(s) *Demoll, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3879

- Jeannie Clemons, who filed suit in case(s) *Ferrara, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3894

- Mary Derezim, who filed suit in case(s) *Bazanac, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8320

- Michelle Devzein, who filed suit in case(s) *Gabriel, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3893

- Shawn Dickerson, who filed suit in case(s) *Camp, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-3906

- Raven Diggs, Cole Diggs, Crandle Diggs, who filed suit in case(s) *Cunningham, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2510

- Jacklyn Dilbert, who filed suit in case(s) *Clark, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2402; *Dilbert, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7751

- Willie E. Dillon, who filed suit in case(s) *Dillon, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2148

- Danita Davison, who filed suit in case(s) *Mosley, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-1356

- Jerry Dawson, who filed suit in case(s) *Aitkins, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8479

- Raquel Dawson, who filed suit in case(s) *Johnson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3623

- Kenyatte Deames, who filed suit in case(s) *Booth, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7745

- David Earl Dean, who filed suit in case(s) *Blackledge, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8112

- Irma Dean, who filed suit in case(s) *Adams, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8644; *Anderson, et al v. Gulf Stream Coach, Inc., et al*; Docket Nno. 09-8665; *Addison, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8698; *Bachemin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8701

- Audrey Dejan and Earl Dejan, Sr., who filed suit in case(s) *Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3551

The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

00297010-1                                                      5

andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**CERTIFICATE OF SERVICE**

   **I DO HEREBY CERTIFY** that on this 26th day of January, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


                    s/ Andrew D. Weinstock
            _____
                 **ANDREW D. WEINSTOCK**