DUPLASS
ZWAIN
BOURGEOIS
PFISTER &
WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON

BEN S. DIPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

July 29, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **August 29, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Hazele Davis** | **Watts Hilliard** |
| **Heath Davis** | **Watts Hilliard** |
| **Henry Wilson Davis, III** | **Watts Hilliard** |
| **Jesse L. Davis** | **Watts Hilliard** |
| **Harvey Davis, Jr.** | **Watts Hilliard** |
| **Patrick Davis, Jr.** | **Watts Hilliard** |
| **Judy Davis** | **Watts Hilliard** |
| **Klydenitta Davis** | **Watts Hilliard** |
| **Lenora Davis** | **Watts Hilliard** |
| **Loria Davis** | **Watts Hilliard** |
| **Marquisha Davis** | **Watts Hilliard** |
| **Noreen Davis** | **Watts Hilliard** |
| **Patrice Davis** | **Watts Hilliard** |
| **Paulette Davis** | **Watts Hilliard** |
| **Purlean Davis** | **Watts Hilliard** |
| **Steven Davis** | **Watts Hilliard** |
| **Trey Davis** | **Watts Hilliard** |
| **Valerie Shari Davis** | **Watts Hilliard** |

| | |
|---|---|
| **Danita Davison** | **Hawkins, Stracener & Gibson** |
| **Howard Dawsey, Jr.** | **Watts Hilliard** |
| **Gloria Dawson** | **Buzbee** |
| **Jerry Dawson** | **D'Amico** |
| **Raeshelle Dawson** | **Hall** |
| **Raquel Dawson** | **D'Amico** |
| **Jonae Dawson** | **Watts Hilliard** |
| **Monica Dawson** | **Watts Hilliard** |
| **Dae'Jenea Day** | **Buzbee** |
| **Nyla Deadeaux** | **Watts Hilliard** |
| **Latoya Deamer** | **Schmidt** |
| **Kenyatte Deames** | **GBDM&W** |
| **Alyssa Gabrial Dean** | **Torres** |
| **David Dean** | **Eaves** |
| **Irma Dean** | **Bruno** |
| **Thomas Dean** | **Hall** |
| **William G. Dean, III** | **Torres** |
| **Abby Danielle Dean** | **Watts Hilliard** |
| **Cardell Dean** | **Watts Hilliard** |
| **Jason Anthony Dean** | **Watts Hilliard** |
| **Jordan Anthony Dean** | **Watts Hilliard** |
| **Kevonte' Dean** | **Watts Hilliard** |
| **Malika Dean** | **Watts Hilliard** |
| **Shana Danielle Dean** | **Watts Hilliard** |
| **Tommy Dean, Sr.** | **Watts Hilliard** |
| **Tommia Dean** | **Watts Hilliard** |
| **Barbara Dearman** | **Watts Hilliard** |
| **Chrishawn Debose** | **Becnel** |
| **Dorothy DeClouet** | **Watts Hilliard** |
| **Craig Declouiet, Sr.** | **Watts Hilliard** |
| **Gerald DeClout, Sr.** | **Watts Hilliard** |
| **Marlon Decoud, Jr.** | **Watts Hilliard** |
| **Demeshia Dedeaux** | **Eaves** |
| **Brandon Dedeaux** | **Watts Hilliard** |
| **Charlena Dedeaux** | **Watts Hilliard** |
| **Domnick Dedeaux** | **Watts Hilliard** |
| **Faith Dedeaux** | **Watts Hilliard** |
| **Gwendolyn Dedeaux** | **Watts Hilliard** |
| **Herbert Dedeaux** | **Watts Hilliard** |
| **Eugene Dedeaux, III** | **Watts Hilliard** |
| **Eugiene Dedeaux, Jr.** | **Watts Hilliard** |
| **Linda DeDeaux** | **Watts Hilliard** |
| **Ronald Dedeaux** | **Watts Hilliard** |
| **Wendy Dedeaux** | **Watts Hilliard** |
| **Freidrich Ralph Deegen** | **Watts Hilliard** |

| **Raven Dees** | Penton |
|---|---|
| **Stephen Albert Defarzo** | Watts Hilliard |
| **Hilda Oliver Degruy** | HLC |
| **Michael DeGruy** | HLC |
| **Miranda DeHart** | Eaves |
| **Audrey Dejan** | Torres |
| **Austin Dejan** | HLC |
| **Earl Dejan, Sr.** | Torres |
| **Eugene John DeJean IV** | Torres |
| **Ricci Jean DeJean** | Torres |
| **Lola Dejean** | Watts Hilliard |
| **Maya Dejesus** | HLC |
| **Daomar Delafosse** | Watts Hilliard |
| **Fara Delaney** | Watts Hilliard |
| **Marci Delas** | Watts Hilliard |
| **Brandon Delatte** | HLC |
| **Anthony Delle** | Eaves |
| **Jack John Delle, III** | Watts Hilliard |
| **Jason Delle** | Watts Hilliard |
| **Justin Delle** | Watts Hilliard |
| **Stanley Delle** | Watts Hilliard |
| **Harry Dellihoue, Sr.** | Watts Hilliard |
| **Corey Delone o/b/o Corey Delone, Jr.** | HLC |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm

| DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK | LAWRENCE J. DUPLASS<br>GARY M. ZWAIN (1)<br>DAVID J. BOURGEOIS<br>C. MICHAEL PFISTER<br>ANDREW D. WEINSTOCK (1)<br>GUYTON H. VALDIN, JR.<br>KELLY CAMBRE BOGART (1)<br>CHRISTIAN B. BOGART (1)<br>JOSEPH G. GLASS (2) | KEVIN R. DERHAM (3)<br>JOSEPH E. BEARDEN, III<br>JAIME M. CAMBRE<br>COREY M. OUBRE (1)<br>PAUL VERLANDER<br>NICOLE M. BOYER<br>RYAN M. MALONE<br>PHILIP G. WATSON | BEN S. DiPALMA<br>SHENDELLE T. POLK<br><br>*SPECIAL COUNSEL*<br>DAVID M. CAMBRE<br><br>(1) also admitted in Texas<br>(2) also admitted in Mississippi<br>(3) also admitted in Maryland |
|---|---|---|---|

July 29, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **August 29, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Nicole A. DeMars** | **Watts Hilliard** |
| **Jordan Demma** | **Nexsen Pruet** |
| **Albert Demma** | **Watts Hilliard** |
| **Anthony Demma** | **Watts Hilliard** |
| **Rebecca Demol o/b/o Sue Singleton** | **HLC** |
| **Rebecca Demol o/b/o Damion Demoll** | **HLC** |
| **Terry R. Demoll** | **Watts Hilliard** |
| **Robert L. Demolle** | **Watts Hilliard** |
| **Jeannie Demons** | **HLC** |
| **Alyssa P. Demouey** | **Watts Hilliard** |
| **Heather Demouey** | **Watts Hilliard** |
| **Thomas Demouey** | **Watts Hilliard** |
| **Keith Demouy, Jr.** | **D'Amico** |
| **Henry Dale Dempsey, Jr.** | **Watts Hilliard** |
| **Tyaunna Lashae Dempsey** | **Watts Hilliard** |
| **Reshida DeMyers** | **Hall** |
| **Teon Denet** | **D'Amico** |
| **Erica Dennis** | **HLC** |

| | |
|---|---|
| **Genevieve Dennis** | **Mobile FEMA Group – Harange** |
| **Kenneth Dennis** | **Watts Hilliard** |
| **Adam Derbingy** | **HLC** |
| **Evan Derbigny** | **HLC** |
| **Sabrina Derbigny** | **HLC** |
| **Mary Derezim** | **HLC** |
| **Portia B. Deris** | **Watts Hilliard** |
| **Anthony DeRogers** | **Watts Hilliard** |
| **Ronald DeRogers** | **Watts Hilliard** |
| **Dorothy Deshauteurs** | **Watts Hilliard** |
| **Raweean Deshotel** | **Watts Hilliard** |
| **Hillary J. Desilva, Jr.** | **Watts Hilliard** |
| **Desiree Leshay Desrosier** | **Watts Hilliard** |
| **Wendy Annette Desrosier** | **Watts Hilliard** |
| **Donald Desselle** | **Watts Hilliard** |
| **Donna Desselle** | **Watts Hilliard** |
| **David DeStarkey** | **Watts Hilliard** |
| **Darren DeStevens** | **Watts Hilliard** |
| **Desiree Sompon Detvongsa** | **Watts Hilliard** |
| **Lorena Christen Detvongsa** | **Watts Hilliard** |
| **Somlith Detvongas** | **Watts Hilliard** |
| **Christine L. Deville** | **Watts Hilliard** |
| **Cody Lewis Deville** | **Watts Hilliard** |
| **Kameron Deville** | **Watts Hilliard** |
| **Michelle Devzein** | **HLC** |
| **Wallace Dewitt** | **Watts Hilliard** |
| **Dickerson D'Genelle** | **HLC** |
| **Katie Diar** | **Watts Hilliard** |
| **Placido Diaz** | **Torres** |
| **Amy Diaz** | **Watts Hilliard** |
| **Blake Diaz** | **Watts Hilliard** |
| **Cynthia Diaz** | **Watts Hilliard** |
| **Katherine Diaz** | **Watts Hilliard** |
| **Roxanne Diaz** | **Watts Hilliard** |
| **Audrey DiBetta** | **Torres** |
| **Frank DeBetta** | **Torres** |
| **James Dickens** | **Watts Hilliard** |
| **Jesse Dickens** | **Watts Hilliard** |
| **Annelle Dickerson** | **HLC** |
| **Annelle Dickerson o/b/o Iranelle Dickerson** | **HLC** |
| **Annelle Dickerson o/b/o Terrelle Dickerson** | **HLC** |
| **Annelle Dickerson o/b/o Tyrell Dickerson** | **HLC** |
| **Annelle Dickerson o/b/o Wynelle Dickerson** | **HLC** |
| **Antoinette Dickerson** | **HLC** |
| **Damiene Dickerson** | **HLC** |

| | |
|---|---|
| Esther Dickerson | HLC |
| Laterio Dickerson | HLC |
| Mattie Dickerson | HLC |
| Niadja Dickerson | HLC |
| Shawn Dickerson | HLC |
| Treshella Dickerson | HLC |
| Alaydrian Dickerson | Watts Hilliard |
| Alexis Dickerson | Watts Hilliard |
| Andrew Dickerson | Watts Hilliard |
| Camerson Dickerson | Watts Hilliard |
| Deianna Dickerson | Watts Hilliard |
| Michelle Denise Dickerson | Watts Hilliard |
| Linda Dickerson-Cain | Bruno |
| Jimmy Dicks | Watts Hilliard |
| Jeremy Dickson | Watts Hilliard |
| Kevin Dickson | Watts Hilliard |
| Halli Diecidue | Torres |
| Daniel C. Dier | Torres |
| Anthony Digeman | HLC |
| Cole Diggs | D'Amico |
| Crandle Diggs | D'Amico |
| Raven Diggs | D'Amico |
| Bartholomew Dike | Bruno |
| Cheryl Dilard | Watts Hilliard |
| Henry Dilbert | PSC |
| Henry Dilbert o/b/o Mandalee Dilbert | PCS |
| Jacklyn Dilbert | GBDM&W |
| Jacklyn Diblert | PSC |
| Briana Dillard | Eaves |
| Billye S. Dillard | Watts Hilliard |
| Justin Dillard | Watts Hilliard |
| Willie Dillon | Eaves |
| Biance Dillon | Watts Hilliard |
| Floyd Dillon | Watts Hilliard |
| Jaleesa Dillon | Watts Hilliard |
| Drakamis Dilworth | Eaves |
| Joseph Charles DiMagio, Jr. | Torres |
| Maria C. DiMaggio | Torres |
| Michelle Savoye DiMaggio | Torres |
| Shelah Dinet o/b/o Erica Dinet | HLC |
| Joseph Dingeman | HLC |
| Stanley Dinh | Watts Hilliard |
| Jason Divinity | Watts Hilliard |
| Barbara Dixon | D'Amico |
| Drborah Dixon | Bruno |

| | |
|---|---|
| **Ezell Dixon** | **D'Am,ico** |
| **Ernest Dixon, Sr.** | **Buzbee** |
| **Kedric Dixon, Jr.** | **Watts Hilliard** |
| **Perry Dixon, Jr.** | **Watts Hilliard** |
| **George Dixon, Sr.** | **Watts Hilliard** |
| **Toney T. Dllis** | **HLC** |
| **Andy Do** | **Watts Hilliard** |
| **Chau Do** | **Watts Hilliard** |
| **Duoc Do** | **Watts Hilliard** |
| **Kim Nha Do** | **Watts Hilliard** |
| **Kim Son Do** | **Watts Hilliard** |
| **Nancy Do** | **Watts Hilliard** |
| **Ngoc Linh Do** | **Watts Hilliard** |
| **Alice Phep Doan** | **Watts Hilliard** |
| **Jerry Doan** | **Watts Hilliard** |
| **John Doan** | **Watts Hilliard** |
| **Lan Doan** | **Watts Hilliard** |
| **Lily Ngoc Doan** | **Watts Hilliard** |
| **Nene Doan** | **Watts Hilliard** |
| **Ngoc Doan** | **Watts Hilliard** |
| **Thuy Doan** | **Watts Hilliard** |
| **Jennifer Doane** | **GBDM&W** |
| **Jennifer Doane o/b/o Bailey moore** | **GBDM&W** |
| **Jennifer Doane o/b/o Jessie (Jesse) Moore, III** | **GBDM&W** |
| **Jennifer Doane o/b/o Payton Moore** | **GBDM&W** |
| **David John Doar, III** | **Torres** |
| **David Joan Doar, IV** | **Torres** |
| **Julie Doar** | **Torres** |
| **Leanne Marie Doar** | **Torres** |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm

{00218668-1 }                4

| DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK | LAWRENCE J. DUPLASS<br>GARY M. ZWAIN (1)<br>DAVID J. BOURGEOIS<br>C. MICHAEL PFISTER<br>ANDREW D. WEINSTOCK (1)<br>GUYTON H. VALDIN, JR.<br>KELLY CAMBRE BOGART (1)<br>CHRISTIAN B. BOGART (1)<br>JOSEPH G. GLASS (2) | KEVIN R. DERHAM (3)<br>JOSEPH E. BEARDEN, III<br>JAIME M. CAMBRE<br>COREY M. OUBRE (1)<br>PAUL VERLANDER<br>NICOLE M. BOYER<br>RYAN M. MALONE<br>PHILIP G. WATSON | BEN S. DiPALMA<br>SHENDELLE T. POLK<br><br>*SPECIAL COUNSEL*<br>DAVID M. CAMBRE<br><br>(1) also admitted in Texas<br>(2) also admitted in Mississippi<br>(3) also admitted in Maryland |
|---|---|---|---|

July 29, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

    I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

    Plaintiffs have thirty (30) days or until **August 29, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

    The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Devin Dobbins** | **Watts Hilliard** |
| **Raven Dobbins** | **Watts Hilliard** |
| **Karen Sylvain Dobbins** | **Watts Hilliard** |
| **Carrie M. Dobose** | **Watts Hilliard** |
| **Steven Dobrowski** | **Watts Hilliard** |
| **Kayla Dobson** | **Torres** |
| **James Dogans** | **Bruno** |
| **Wanda Dolan** | **Eaves** |
| **Rudolf R. Dominguez** | **Watts Hilliard** |
| **Kevin Dominic** | **Watts Hilliard** |
| **Adrian Domino** | **Becnel** |
| **Pete Donate** | **Buzbee** |
| **Cubby Donston** | **Eaves** |
| **Mark Wayne Dorcett** | **Watts Hilliard** |
| **Malian Dorman** | **Buzbee** |
| **Dianne Dorsey** | **Eaves** |
| **Geneva Dorsey** | **Parker Waichman** |
| **Veronique Dorsey** | **Penton** |

{00218672-1 }    1

| | |
|---|---|
| **Deloris Dorsey** | Watts Hilliard |
| **Elese Dorsey** | Watts Hilliard |
| **Elexis Dorsey** | Watts Hilliard |
| **Ernest Dorsey** | Watts Hilliard |
| **Jean A. Dorsey** | Watts Hilliard |
| **Latasha Dorsey** | Watts Hilliard |
| **Waneene C. Dorsey** | Watts Hilliard |
| **Sharon Burnette Dorothy** | Watts Hilliard |
| **Peggy A. Dott** | Watts Hilliard |
| **Brenda Bushnell Doucet** | Torres |
| **Erica Doucet** | Schmidt |
| **Keanca Doucet** | D'Amico |
| **Patrick Doucet** | Torres |
| **Carolyn Doucette** | Bruno |
| **Glenn Doucette** | Bruno |
| **Jerome Doucette** | Watts Hilliard |
| **Tyler Doucette** | Watts Hilliard |
| **Reesee Nicole Dougherty** | Watts Hilliard |
| **Peter Dougherty, Sr.** | Watts Hilliard |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm