UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8277 | * | |
| Plaintiff: Wanda Diane Dolan | * | |
| | * | |
| *Davis, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8150 | * | |
| Plaintiff: Cubby Donston | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2335 | * | |
| Plaintiff: Malian Dorman | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiffs: Dianne Dorsey, Miranda Lynn DeHart | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiff: Geneva Dorsey | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff: Veronique Dorsey | * | |
| | * | |
| *Ashley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8469 | * | |
| Plaintiff: Erica Doucet | * | |
| | * | |
| *Demoll, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3879 | * | |
| Plaintiffs: Rebecca Demoll o/b/o Sue Singleton | * | |
| | * | |
| *Ferrara, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3894 | * | |
| Plaintiff: Jeannie Clemons | * | |
| | * | |

00297032-1

| | |
|---|---|
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8320 | * |
| Plaintiff:  Mary Derezim | * |
| | * |
| *Gabriel, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3893 | * |
| Plaintiff:  Michelle Devzein | * |
| | * |
| *Camp, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-3906 | * |
| Plaintiff:  Shawn Dickerson | * |
| | * |
| *Broussard, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2510 | * |
| Plaintiffs:  Raven Diggs, Cole Diggs, Crandle Diggs | * |
| | * |
| *Clark, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2402 | * |
| *Dilbert, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-7751 | * |
| Plaintiff:    Jacklyn Dilbert | * |
| | * |
| *Dillon, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-2148 | * |
| Plaintiff:  Willie E. Dillon | * |
| | * |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-1356 | * |
| Plaintiff:  Danita Davison | * |
| | * |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8479 | * |
| Plaintiff:  Jerry Davison | * |
| | * |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3623 | * |
| Plaintiff:  Raquel Dawson | * |
| | * |
| *Booth, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-7745 | * |
| Plaintiff:  Kenyatte Deames | * |
| | * |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8112 | * |
| Plaintiff:  David Earl Dean | * |
| | * |

| | |
|---|---|
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8644 | * |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8665 | * |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8698 | * |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8701 | * |
| Plaintiff:  Irma Dean | * |
| | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3551 | * |
| Plaintiffs:  Audrey Dejan, Earl Dejan, Sr. | * |

******************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Notice of Manual Attachment for the Census of Gulf Stream plaintiffs, which is Exhibit "B" to Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24230-3).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 26th day of January, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00297032-1