UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8277 | * | |
| Plaintiff: Wanda Diane Dolan | * | |
| | * | |
| *Davis, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8150 | * | |
| Plaintiff: Cubby Donston | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2335 | * | |
| Plaintiff: Malian Dorman | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8203 | * | |
| Plaintiffs: Dianne Dorsey, Miranda Lynn DeHart | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiff: Geneva Dorsey | * | |
| | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4228 | * | |
| Plaintiff: Veronique Dorsey | * | |
| | * | |
| *Ashley, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8469 | * | |
| Plaintiff: Erica Doucet | * | |
| | * | |
| *Demoll, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3879 | * | |
| Plaintiffs: Rebecca Demoll o/b/o Sue Singleton | * | |
| | * | |
| *Ferrara, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-3894 | * | |
| Plaintiff: Jeannie Clemons | * | |
| | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8320 | * | |
| Plaintiff: Mary Derezim | * | |

00297033-1

|                                                              |   |
|--------------------------------------------------------------|---|
|                                                              | * |
| *Gabriel, et al v. Gulf Stream Coach, Inc., et al*           | * |
| Docket No. 09-3893                                           | * |
| Plaintiff:  Michelle Devzein                                 | * |
|                                                              | * |
| *Camp, et al v. Gulf Stream Coach, Inc., et al*              | * |
| Docket No. 09-3906                                           | * |
| Plaintiff:  Shawn Dickerson                                  | * |
|                                                              | * |
| *Broussard, et al v. Gulf Stream Coach, Inc., et al*         | * |
| Docket No. 10-2510                                           | * |
| Plaintiffs:  Raven Diggs, Cole Diggs, Crandle Diggs          | * |
|                                                              | * |
| *Clark, et al v. Gulf Stream Coach, Inc., et al*             | * |
| Docket No. 10-2402                                           | * |
| *Dilbert, et al v. Gulf Stream Coach, Inc., et al*           | * |
| Docket No. 09-7751                                           | * |
| Plaintiff:    Jacklyn Dilbert                                | * |
|                                                              | * |
| *Dillon, et al v. Gulf Stream Coach, Inc., et al*            | * |
| Docket No. 10-2148                                           | * |
| Plaintiff:  Willie E. Dillon                                 | * |
|                                                              | * |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al*            | * |
| Docket No. 10-1356                                           | * |
| Plaintiff:  Danita Davison                                   | * |
|                                                              | * |
| *Aitkins, et al v. Gulf Stream Coach, Inc., et al*           | * |
| Docket No. 09-8479                                           | * |
| Plaintiff:  Jerry Davison                                    | * |
|                                                              | * |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al*           | * |
| Docket No. 10-3623                                           | * |
| Plaintiff:  Raquel Dawson                                    | * |
|                                                              | * |
| *Booth, et al v. Gulf Stream Coach, Inc., et al*             | * |
| Docket No. 09-7745                                           | * |
| Plaintiff:  Kenyatte Deames                                  | * |
|                                                              | * |
| *Blackledge, et al v. Gulf Stream Coach, Inc., et al*        | * |
| Docket No. 09-8112                                           | * |
| Plaintiff:  David Earl Dean                                  | * |
|                                                              | * |
| *Adams, et al v. Gulf Stream Coach, Inc., et al*             | * |
| Docket No. 09-8644                                           | * |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al*          | * |
| Docket No. 09-8665                                           | * |

| | |
|---|---|
| *Addison, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8698 | * |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8701 | * |
| Plaintiff:  Irma Dean | * |
| | * |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3551 | * |
| Plaintiffs:  Audrey Dejan, Earl Dejan, Sr. | * |

*****************************************************************************

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs is hereby set for submission on the 22nd day of February, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397**)
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                             s/Andrew D. Weinstock
                _____
                ANDREW D. WEINSTOCK #18495
                          andreww@duplass.com