**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Duncan, et al v. Thor California, Inc, et al, 09-5249*
*McCrary v. Thor California, Inc., et al, 09-5975*
*Daigle v. Am. Int'l Specialty Lines, Co., et al, 09-7541*
*Keddy v. Am. Int'l Specialty Lines, Co., et al, 09-7542*
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
*Whitten, et al v. Thor Industries, Inc., et al, 11-0553*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints:

IT IS ORDERED that Plaintiffs' are hereby granted leave to file a Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints.

New Orleans, Louisiana, this 26th day of January, 2012.

_____
JUDGE KURT D. ENGELHARDT