UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:  
*Davis v. Thor California, Inc, et al, 09-4962*  
*Dupuy, et al v. Thor California, Inc., et al, 09-4986*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints:

IT IS ORDERED that Plaintiffs' are hereby granted leave to file a Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to File Amended Complaints.

New Orleans, Louisiana, this 26th day of January, 2012.

JUDGE KURT D. ENGELHARDT