UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT RELATES TO:**<br>*Gary McCray, et al v. Pilgrim International, Inc., et al,* 09-5991<br>*Swanica Nero, et al v. Pilgrim International, Inc., et al,* 09-4730<br>*Henrietta Barnes, et al v. Pilgrim International, Inc. et al,* 09-7101<br>*Mae Aaron, as Next Friend of J.A., A minor, et al v. Pilgrim International, Inc. et al,* 09-7808<br>*Janice Currie, et al v. Pilgrim International, Inc., et al,* 09-7909<br>*Joan Martin, et al v. Pilgrim International, Inc., et al,* 10-1253<br>*Candy Dunnaway, as Next Friend of N.A., A minor et al v. Pilgrim International, Inc., et al,* 10-2189<br>*Kasinda Brumfield, as Next Friend of K.B., A minor, et al v. Pilgrim International, Inc., et al,* 10-2248 | * * * * * * * * * * * * * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion Seeking Leave to File a Reply Memorandum in Support of Plaintiffs' Motion For Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this 26th day of January, 2012.

_____
HONORABLE KURT D. ENGELHARDT