UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*Gary McCray, et al v. Pilgrim International, Inc., et al*, 09-5991<br>*Swanica Nero, et al v. Pilgrim International, Inc., et al*, 09-4730<br>*Henrietta Barnes, et al v. Pilgrim International, Inc. et al*, 09-7101<br>*Mae Aaron, as Next Friend of J.A., A minor, et al v. Pilgrim International, Inc. et al*, 09-7808<br>*Janice Currie, et al v. Pilgrim International, Inc., et al*, 09-7909<br>*Joan Martin, et al v. Pilgrim International, Inc., et al*, 10-1253<br>*Candy Dunnaway, as Next Friend of N.A., A minor et al v. Pilgrim International, Inc., et al*, 10-2189<br>*Kasinda Brumfield, as Next Friend of K.B., A minor, et al v. Pilgrim International, Inc., et al*, 10-2248 | |

* * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared David Watts, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

**EXHIBIT "A"**

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the amending process in reference to the Pilgrim insurances companies.

3.  Watts Hilliard, P.C. is not amending to add a direct action claim on behalf of any Mississippi Plaintiffs, rather all amendments are to add a direct action claim on behalf of Louisiana Plaintiffs.

Signed this the 24th day of January, 2012.

Nicole Porter

SWORN TO AND SUBSCRIBED before me by Nicole Porter on the 24th day of January, 2012, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2