UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * * | MAGISTRATE CHASEZ |
| *Alex Magee, et al v. Thor Industries, Inc., et al,* 09-4743 | * * | |
| *Terry Davis, et al v. Thor Industries, Inc. et al,* 09-5987 | * * | |
| *Lowell Mitchell, et al v. Thor Industries, Inc. et al,* 09-6929 | * * | |
| *Mary Martinez, et al v. Thor Industries, Inc., et al,* 09-7099; | * * | |
| *Britney Bogan et al v. Thor Industries, Inc., et al,* 09-7812; | * * | |
| *Ella Mcgee, as Next Friend of J.J., a Minor, et al v. Thor Industries, Inc., et al,* 09-7830; | * * * | |
| *Susan Pittman, as Next Friend of J.F., a Minor, et al v. Thor Industries, Inc. et al,* 10-1294; | * * * | |
| *Inez Johnson, et al v. Thor Industries, Inc. et al,* 10-2275 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion Seeking Leave to File a Reply to Memorandum in Opposition to Motion for Leave to Sever Existing Claims and Substitute a Party is GRANTED.

New Orleans, Louisiana this 26th day of January, 2012.

_____
HONORABLE KURT D. ENGELHARDT