# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Mary Martinez, et al v. Thor Industries, Inc., et al,*<br>09-7099;<br>*Britney Bogan et al v. Thor Industries, Inc., et al,*<br>09-7812;<br>*Ella Mcgee, as Next Friend of J.J., a Minor, et al v. Thor Industries, Inc., et al,*<br>09-7830;<br>*Susan Pittman, as Next Friend of J.F., a Minor, et al v. Thor Industries, Inc. et al,*<br>10-1294;<br>*Bertha Coleman, et al v. Thor Industries, Inc. et al,*<br>10-2275 | * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion Seeking Leave to File a Reply to Memorandum in Opposition to Motion for Leave to Amend Complaint and Substitute a Party is GRANTED.

New Orleans, Louisiana this 26th day of January, 2012.

_____
HONORABLE KURT D. ENGELHARDT