UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

*Mary Martinez, et al v. Thor Industries, Inc., et al,*
09-7099;
*Britney Bogan et al v. Thor Industries, Inc., et al,*
09-7812;
*Ella Mcgee, as Next Friend of J.J., a Minor, et al*
*v. Thor Industries, Inc., et al,*
09-7830;
*Susan Pittman, as Next Friend of J.F., a Minor,*
*et al v. Thor Industries, Inc. et al,*
10-1294;
*Bertha Coleman, et al v. Thor Industries, Inc. et al,*
10-2275

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF DAVID WATTS

STATE OF TEXAS           §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared David Watts, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is David Watts. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am the COO for Watts Guerra Craft LLP. I have been handling the matching process regarding the Katrina FEMA Trailer Litigation on behalf of Watts Hilliard, LLC.

3. Per Amended Pretrial Order No. 68 the Defendant, The United States of America, in December of 2009, agreed to assist in providing matching data to claimants with a FEMA ID number. At that time Watts Hilliard, P.C. began submitting spreadsheets to The United States of America in compliance with their request. In return, The United States of America would update the spreadsheets with manufacturer, VIN number, and/or

**EXHIBIT "A"**

contractor as per FEMA ID number listed on the spreadsheet. At times, we went back and forth with the United States of America, as we were receiving incomplete or contradictory information. For example, sometimes we received manufacturer only whereas other times we received a VIN that did not match up with the manufacturer as per the VIN shorts previously provided by the manufacturers. We continued to try and get clarification in order to proceed with filing until we were informed by The United States of America that there was no additional information they could provide.

4. During this matching process, Mikal Watts spoke in open court about the inconsistencies with the data being received from The United States of America. He notified the court that some of the data was either incomplete or contradictory in that the manufacturer did not match the VIN.

5. Lawsuits were filed based upon the information provided in the spreadsheets from The United States of America. If the spreadsheet identified a manufacturer, then a lawsuit was filed against that manufacturer regardless of the other information identified in the spreadsheet. If the spreadsheet did not provide a manufacturer yet a VIN was provided, then a lawsuit was filed based on the manufacturer identified using the VIN shorts.

6. On November 18, 2011, Watts Hilliard, P.C. received notification via E-mail from the Plaintiff's Steering Committee, that after discussions with Thor Industries, they have found that some claimants filed against Thor Industries should in fact be filed against Dutchment Manufacturing, Inc.

7. Watts Hilliard, P.C. immediately began researching this issue and determining the best way to rectify this matter.

Signed this the 24th day of January, 2012

DAVID WATTS

SWORN TO AND SUBSCRIBED before me by DAVID WATTS on the 24 day of January, 2012, to certify which witness my hand and seal of office.

PAM FLORES
MY COMMISSION EXPIRES
June 22, 2015

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS