UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Avants, et al v. Gulf Stream Coach, Inc. et al,*<br>10-3922 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN REPLY TO GULF STREAM'S OPPOSITION
TO MOTION TO SEVER CLAIMS OF BRENDA SHARETT,
SANDRA BROOKS, AND SHARETT BROOKS

MAY IT PLEASE THE COURT:

Plaintiffs have requested by motion that this Court sever their claims from those of other plaintiffs in the above-captioned matter. Gulf Stream has set forth no authority that in any way would allow it to oppose such motion, as it is not a party to the above-captioned matter.

If and when Plaintiffs seek leave to amend their severed claims to add the proper manufacturing defendant (Gulf Stream), Gulf Stream may then have an opportunity to oppose the amendment. If and when Plaintiffs show both that "justice so requires" such an amendment and that there is "good cause" for Plaintiffs' confusion over the naming of Gulf Stream Cavalier/Cavalier defendants, Gulf Stream will be added as a defendant in their severed claims. At that point in time, Gulf Stream may set forth the arguments outlined in its instant opposition memorandum, including but not limited to the defense of prescription.

Even if it had standing to oppose Plaintiff's Motion to Sever, Gulf Stream's opposition is without merit. The claim against Gulf Stream is timely for the following reasons:

1. Plaintiffs set forth allegations in their original Complaint which arise out of the same transaction, occurrence, or conduct as the allegations in the proposed amended pleading, thus falling within the "relation back" provisions of Federal Rule of Civil Procedure 15(c)(1)(B); and

2. Good cause exists under Federal Rule of Civil Procedure 16, because of the confusion caused by the same name of two different units (i.e., a Cavalier manufactured housing unit versus a Gulf Stream Cavalier travel trailer).

Under a Rule 16 analysis, Plaintiffs are in the process of attempting to timely correct their pleadings upon recent notice of the matching issue, which arose during submission of their manufactured housing claim. The extreme importance of the amendment to Plaintiffs is another factor, as the granting of the instant Motion will allow Plaintiffs to be in a posture wherein they may correct their pleadings to name the proper manufacturing entity. If this motion to sever is denied, Plaintiffs' cause of action will likely be dismissed, as Plaintiffs currently are a part of a manufactured housing suit that will be dismissed as a part of the manufactured housing settlement. Of further importance to Plaintiffs is the fact that meaningful settlement discussions are being held with Gulf Stream. Plaintiffs also note that this case is not set for trial; thus, no undue delay will follow from such amendments.

Therefore, it is respectfully submitted that Plaintiff's Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks should be granted.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   /s/ Justin I. Woods
        GERALD E. MEUNIER, #9471

JUSTIN I. WOODS, #24713  
Gainsburgh, Benjamin, David,  
Meunier & Warshauer, L.L.C.  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana  70163  
Telephone:     504/522-2304  
Facsimile:      504/528-9973  
gmeunier@gainsben.com  
jwoods@gainsben.com  

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/Justin I. Woods  
JUSTIN I. WOODS, #24713