UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
*Karla Estrada, et al v. Coachman Industries, Inc., et al*
Civil Action No. 09-8515
Plaintiff: Warren Hatcher

*************************************************************************

NOTICE OF VOLUNTARY DISMISSAL
OF WARREN HATCHER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Warren Hatcher, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal, without prejudice, of his claims asserted against the Defendants, Coachmen Industries, Inc., Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings. Upon recently obtained information, it has come to the attention of this office that Mr. Hatcher did not live in a trailer manufactured by Coachmen Industries, Inc. and should not have been filed in *Karla Estrada, et al v. Coachman Industries, Inc., et al Civil Action No. 09-8515*. He resided in a trailer manufactured by Gulfstream Coach, Inc. Plaintiff is correctly filed in *Alexander, et al v. Gulfstream Coach, Inc., et al Civil Action No. 09-4103*. The dismissal of this Plaintiff's claims does not in any way affect the claims of other plaintiffs in the above captioned matter.

Respectfully submitted,

*/s/Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr. T.A. (#17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA  70113
Telephone:   (504) 525-7272
Fax:              (504) 525-9522
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr.