UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24230 | * | |
| *Miller, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-8474 | * | |
| Plaintiff:  Curtis Anderson | * | |
| | * | |
| *Cade, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 10-2494 | * | |
| Plaintiffs:  Jourdan Acker and Mary Acker | * | |
| | * | |
| *Morgan, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-8473 | * | |
| Plaintiff:   Louis Armour | * | |
| | * | |
| REC. DOC. 24239 | * | |
| *Abram, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 10-196 | * | |
| Plaintiff:   Marguerite Bailey-Kelly | * | |
| | * | |
| *Bartel, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-3943 | * | |
| Plaintiffs:  Sherry Bartel, individually and o/b/o | * | |
| Anthony Bartel | * | |

*********************************************************************************

### MOTION TO PARTIALLY WITHDRAW MOTION TO DISMISS CERTAIN PLAINTIFFS (REC. DOC. NOS. 24230 & 24239)

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to partially withdraw earlier filed Motions to Dismiss (Rec. Docs. 24230 & 24239) in the above-captioned matter.  Mover sought dismissal of the claims of **Curtis Anderson, Jourdan Acker, Mary Acker and Louis Armour** in Gulf Stream's Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24230) and the claims of

00297417-1

**Marguerite Bailey-Kelly, Sherry Bartel, individually and o/b/o Anthony Bartel** in Gulf Stream's Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24239).  Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

      **WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motion to Partially Withdraw Motion to Dismiss Certain Plaintiffs be granted, **only** as to plaintiffs, **Curtis Anderson, Jourdan Acker, Mary Acker and Louis Armour** identified in Rec. Doc. 24230 and plaintiffs, **Marguerite Bailey-Kelly, Sherry Bartel, individually and o/b/o Anthony Bartel** identified in Rec. Doc. 24239.

      Respectfully Submitted,

      **DUPLASS, ZWAIN, BOURGEOIS,**
      **PFISTER & WEINSTOCK**

      s/Andrew D. Weinstock
      _____
      **ANDREW D. WEINSTOCK #18495**
      **JOSEPH G. GLASS #25397**
      3838 N. Causeway Boulevard, Suite 2900
      Metairie, Louisiana  70002
      Telephone: (504) 832-3700
      Facsimile: (504) 837-3119
      andreww@duplass.com
      jglass@duplass.com

      and

      SCANDURRO & LAYRISSON
      **Timothy D. Scandurro #18424**
      **Dewey M. Scandurro #23291**
      607 St. Charles Avenue
      New Orleans, LA 70130
      (504) 522-7100
      (504) 529-6199 (FAX)
      tim@scanlayr.com
      dewey@scanlayr.com
      **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 26th day of October, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      s/Andrew D. Weinstock
      _____
      **ANDREW D. WEINSTOCK**