UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24230 | * | |
| *Miller, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-8474 | * | |
| Plaintiff:  Curtis Anderson | * | |
| | * | |
| *Cade, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 10-2494 | * | |
| Plaintiffs:  Jourdan Acker and Mary Acker | * | |
| | * | |
| *Morgan, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-8473 | * | |
| Plaintiff:   Louis Armour | * | |
| | * | |
| REC. DOC. 24239 | * | |
| *Abram, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 10-196 | * | |
| Plaintiff:   Marguerite Bailey-Kelly | * | |
| | * | |
| *Bartel, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-3943 | * | |
| Plaintiffs:  Sherry Bartel, individually and o/b/o | * | |
| Anthony Bartel | * | |

*****************************************************************************

**ORDER**

Considering the foregoing Motion to Partially Withdraw Motion to Dismiss Certain Plaintiffs (Rec. Docs. 24230 & 24239);

2

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Motion to Dismiss Certain Plaintiffs (Rec. Docs. 24230 & 24239) is **GRANTED**, as to the following plaintiffs, as captioned above.

**REC. DOC. 24230**
*Miller, et al v. Cavalier Home Builders, LLC, et al*
Docket No. 09-8474
Plaintiff:  Curtis Anderson

*Cade, et al v. Cavalier Home Builders, LLC, et al*
Docket No. 10-2494
Plaintiffs:  Jourdan Acker and Mary Acker

*Morgan, et al v. Cavalier Home Builders, LLC, et al*
Docket No. 09-8473
Plaintiff:    Louis Armour

**REC. DOC. 24239**
*Abram, et al v. Cavalier Home Builders, LLC, et al*
Docket No. 10-196
Plaintiff:    Marguerite Bailey-Kelly

*Bartel, et al v. Cavalier Home Builders, LLC, et al*
Docket No. 09-3943
Plaintiffs:  Sherry Bartel, individually and o/b/o Anthony Bartel

_____
UNITED STATES DISTRICT JUDGE