# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT



No. 10-31045

01-md-1873 c/w 09-3251

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY
LITIGATION

----------------------------------------------------------------------------------------

EARLINE CASTANEL,

      Plaintiff - Appellant

v.

RECREATION BY DESIGN, LLC.,

      Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R :

    IT IS ORDERED that appellant's motion to dismiss the appeal without prejudice is Granted.

                    /s/ Lyle W. Cayce
                    LYLE W. CAYCE
                    CLERK OF COURT

      ENTERED AT THE DIRECTION OF THE COURT

A true copy
    Attest    2 4 JAN 2012
Clerk, U. S. Court of Appeals, Fifth Circuit
    By
           Deputy
New Orleans, Louisiana