## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 2 6 2012

LORETTA G. WHYTE
CLERK

January 24, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 10-31045,  In Re: FEMA Trailer
        USDC No. 2:07-MD-1873

Enclosed is a copy of the judgment issued as the mandate.

Exhibits are returned:

( ) Volumes    ( ) Envelopes ( 1 ) Box

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
   Mr. Lyon H. Garrison
   Mr. Gerald Edward Meunier
   Ms. Kelly Marie Morton
   Mr. Randall Craig Mulcahy
   Mr. Kevin Frank Truxillo
   Mr. Andrew D. Weinstock
   Mr. Justin I. Woods
   Ms. Shari Anne Wright