## Johnson, Ryan

**From:** Palmer Lambert <plambert@gainsben.com>
**Sent:** Thursday, November 10, 2011 10:11 AM
**To:** Johnson, Ryan
**Subject:** Thor VINs

Ryan,

I have received some VINs from other plaintiffs' counsel requesting clarification. After looking through the matching information received from FEMA, I can see why there is confusion. In the matching response, Thor Industries is listed as the manufacturer for 583 VINs that seem to be either Dutchmen or Thor Ca. trailer VINs. My understanding is that all VINs beginning with 47CT are Dutchmen Manufacturing, Inc. and all VINs beginning with 4XTT are Thor California, Inc. Is this understanding correct?

Thanks again for you assistance,
Palmer

M. Palmer Lambert, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Cell: 504-495-6857
Facsimile: 504-528-9973
Email: plambert@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

EXHIBIT A