UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Janice Crawford, et al. v. IVRBS, Inc., et al.* | * | |
| Docket No. 12-210 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Issha Stallworth, Sarah Stallworth | * | |
| and Willie Stallworth | * | |

### NOTICE OF VOLUNTARY DISMISSAL OF ISSHA STALLWORTH, SARAH STALLWORTH AND WILLIE STALLWORTH

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Issha Stallworth, Sarah Stallworth and Willie Stallworth, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of their claims asserted against the Defendants, IVRBS, Inc. (Formerly SunnyBrook RV, Inc.) and Bechtel National, Inc., in the Complaint previously filed in these proceedings. These claims are duplicative of claims asserted by Plaintiffs in No. 10-1370 and No. 10-1382. Additionally, plaintiffs have obtained representation by other counsel. The dismissal of these Plaintiffs' claims does not in any way affect the claims of other plaintiffs in the above captioned matter.

Respectfully submitted,

/s/ Maryanna Penton
MARYANNA PENTON (MSBA#102979)
209 Hoppen Place
Bogalusa, LA 70427
Phone: (985) 732-5651
Fax: (985) 732-5579
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 27 day of JANUARY, 2012, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

/s/ Maryanna Penton
MARYANNA PENTON