UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　＊　　MDL NO. 1873
　　　　FORMALDEHYDE　　　　　　　　＊
　　　　PRODUCTS LIABILITY　　　　　　＊　　SECTION:  N(5)
　　　　LITIGATION　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　　＊　　JUDGE: ENGELHARDT
**This Document Relates to:**　　　　　　＊
*Aitkins, et al v. Gulf Stream Coach, Inc., et al*　＊
Docket No. 09-8479　　　　　　　　　　　＊
Plaintiff:  Jerry Dawson　　　　　　　　　＊　　MAG: CHASEZ
*************************************************************************

## ORDER

Considering the Motion to Amend Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24305) filed on behalf of Gulf Stream Coach, Inc.;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24305) is hereby **AMENDED**, to reflect the correct name of the Plaintiff as Jerry Dawson.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00297696-1