UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24242 | * | |
| *Briggs, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-7956 | * | |
| Plaintiff: Linye Bennett | * | |
| | * | |
| REC. DOC. 24305 | * | |
| *Ashley, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-8469 | * | |
| Plaintiffs: Erica Doucet | * | |

**************************************************************************

### MOTION TO PARTIALLY WITHDRAW MOTION TO DISMISS CERTAIN PLAINTIFFS (REC. DOC. NOS. 24242 & 24305)

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to partially withdraw earlier filed Motions to Dismiss (Rec. Docs. 24242 & 24305) in the above-captioned matter. Mover sought dismissal of the claims of **Linye Bennett** in Gulf Stream's Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24242) and the claims of **Erica Doucet** in Gulf Stream's Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24305). Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

**WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motion to Partially Withdraw Motion to Dismiss Certain Plaintiffs be granted, **only** as to plaintiff, **Linye Bennett** identified in Rec. Doc. 24242 and plaintiff, **Erica Doucet** identified in Rec. Doc. 24305.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 27th day of October, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                    s/Andrew D. Weinstock
                            _____
                            **ANDREW D. WEINSTOCK**