UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24242 | * | |
| *Briggs, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-7956 | * | |
| Plaintiff: Linye Bennett | * | |
| | * | |
| REC. DOC. 24305 | * | |
| *Ashley, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 09-8469 | * | |
| Plaintiffs: Erica Doucet | * | |

******************************************************************************

## ORDER

Considering the foregoing Motion to Partially Withdraw Motion to Dismiss Certain Plaintiffs (Rec. Docs. 24242 & 24305);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Motion to Dismiss Certain Plaintiffs (Rec. Docs. 24242 & 24305) is **GRANTED**, as to the following plaintiffs, as captioned above.

**REC. DOC. 24242**
*Briggs, et al v. Cavalier Home Builders, LLC, et al*
Docket No. 09-7956
Plaintiff: Linye Bennett

**REC. DOC. 24305**
*Ashely, et al v. Cavalier Home Builders, LLC, et al*
Docket No. 09-8469
Plaintiffs: Erica Doucet

_____
UNITED STATES DISTRICT JUDGE

00297714-1