UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-3702) | * MAGISTRATE CHASEZ <br> * <br> * |
| *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-3968) | |

*******************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DUPLICATE CLAIMS UNDER RULE FRCP 41(a)(1)(A)(i)

Now into Court, through undersigned counsel, come the following Named Plaintiffs Linda Ellen Authement, Kenneth Blanchard, Linda Blanchard, William Hartman Bryant, Margaret Rhodes Bryant, Cora Leonard Desselle, Rene P. Desselle, Claude Drewes, Laurie Drewes, Raymond Patrick Keller, Louis E. Lund, Ora G. Lund, Albert Schmiderer, and Regina Fiorella Schmiderer who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims against all defendants in the captioned Complaints, on the basis that:

1. The claims of Kenneth Blanchard, Linda Blanchard, William Hartman Bryant, Margaret Rhodes Bryant, Cora Leonard Desselle, Rene P. Desselle, Claude Drewes, Laurie Drewes, Raymond Patrick Keller, Louis E. Lund, Ora G. Lund, Albert Schmiderer, and Regina Fiorella Schmiderer are duplicative of those set forth in the matter entitled *Charles Arbour, et al. v. Recreation By Design, LLC,*

*et al.*, C.A. No. 10-3715, and in the case of Kenneth Blanchard and Linda Blanchard, their claims are duplicative of those set forth in the matters entitled *Charles Arbour, et al. v. Recreation By Design, LLC, et al.*, C.A. No. 10-3715, *Kenneth Blanchard, et al. v. Recreation By Design, LLC, et al.*, C.A. No. 10-3795, and *Kenneth Blanchard, et al. v. Recreation By Design, LLC, et al.*, C.A. No. 10-3800; and,

2. The claims of Linda Ellen Authement are duplicative of those set forth *in Linda Ellen Authement, et al. v. TL Industries, LLC, et al.*, C.A. No. 10-3971, and *Linda Ellen Authement, et al. v. TL Industries, LLC, et al.*, C.A. No. 10-3692.

The dismissal of the claims of Linda Ellen Authement, Kenneth Blanchard, Linda Blanchard, William Hartman Bryant, Margaret Rhodes Bryant, Cora Leonard Desselle, Rene P. Desselle, Claude Drewes, Laurie Drewes, Raymond Patrick Keller, Louis E. Lund, Ora G. Lund, Albert Schmiderer, and Regina Fiorella Schmiderer is without prejudice and these plaintiffs reserve all rights and allegations they have made in the matters entitled *Charles Arbour, et al v. Recreation By Design, LLC, et al.*, C.A. No. 10-3715, *Kenneth Blanchard, et al. v. Recreation By Design, LLC, et al.*, C.A. No. 10-3795, *Kenneth Blanchard, et al. v. Recreation By Design, LLC, et al.*, C.A. No. 10-3800, *Linda Ellen Authement, et al. v. TL Industries, LLC, et al.*, C.A. No. 10-3971, and *Linda Ellen Authement, et al. v. TL Industries, LLC, et al.*, C.A. No. 10-3692. The remaining Named Plaintiffs in the above captioned matter maintain their claims against all defendants.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:       storres@torres-law.com
              rburns@torres-law.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that, on the 27th day of January, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

                    s/ Roberta L. Burns
                    **ROBERTA L. BURNS**