UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.* (E.D. La. Suit No. 10-3831); and, | * MAGISTRATE CHASEZ <br> * <br> * |
| *Robert Moise Legendre, et al. v. Recreation By Design, LLC., et al* (E.D. La. Suit No. 10-3804) | |

*******************************************

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DUPLICATE CLAIMS UNDER RULE FRCP 41(a)(1)(A)(i)**

Now into Court, through undersigned counsel, comes Named Plaintiff Robert Moise Legendre who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal, without prejudice, of his claims against all defendants in the captioned Complaints, on the basis that these claims are duplicative of those set forth in the matter entitled *Robert Moise Legendre, et al. v. Recreation By Design, LLC., et al* (E.D. La. Suit No. 10-3500).

The dismissal of the claims of Robert Moise Legendre is without prejudice and the plaintiff reserves all rights and allegations he has made in the matter entitled *Robert Moise Legendre, et al. v. Recreation By Design, LLC., et al*, C.A. No. 10-3500. The remaining Named Plaintiffs in the above captioned matters maintain their claims against all defendants.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:       storres@torres-law.com
              rburns@torres-law.com
**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I certify that, on the 27th day of January, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

         s/ Roberta L. Burns
         **ROBERTA L. BURNS**