UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873<br>*<br>* SECTION "N" (5)<br>* |
| THIS DOCUMENT RELATES TO: | * JUDGE ENGELHARDT<br>* |
| *Monique Cambrice, et al., v. Jayco Enterprises Inc.,*<br>*et al.,* No. 09-8618. | *<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering Flour Enterprises, Inc.'s Unopposed Motion to Sever or, Alternatively, for Separate Trials (Rec. Doc. 24285),

**IT IS ORDERED** that the motion is hereby granted, and the claims of the plaintiffs in the above referenced member case against Flour Enterprises, Inc. are hereby severed from the claims of those same plaintiffs against Jayco Enterprises, Inc.;

**IT IS FURTHER ORDERED** that the plaintiffs in the above referenced member case shall, no later than February 15, 2012, file an amended complaint asserting their claims as to Flour Enterprises, Inc.;

**IT IS FURTHER ORDERED** that such amended complaint: (1) shall be filed with the Clerk of Court on paper, not electronically; (2) shall contain in its caption no defendants other than Flour Enterprises, Inc.; and (3) shall be accompanied by (a) a copy of

the original Complaint in the above referenced member case and (b) a copy of this Order. Upon such filing, the Clerk will assign a new case number to the Amended Complaint and will allot the case to Section "N" (5) for consolidation with 07-md-1873, In Re: FEMA Trailer Formaldehyde Products Liability Litigation. No filing fee shall be required.

New Orleans, Louisiana this 27th day of January, 2012.

_____
Kurt D. Engelhardt
United States District Judge