# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. NOS. 24230, 24239, 24242, 24243, | * | |
| 24244, 24271, 24287, 24298, 24305 | * | |

*****************************************************************************

### MOTION TO WITHDRAW MOTION TO DISMISS CERTAIN PLAINTIFFS (REC. DOC. NOS. 24230, 24239, 24242, 24243, 24244, 24271, 24287, 24298, 24305)

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to withdraw earlier filed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 24230, 24239, 24242, 24243, 24244, 24271, 24287, 24298, 24305).

**WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motions to Withdraw Motion to Dismiss Certain Plaintiffs be granted.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

00297956-1

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

**I DO HEREBY CERTIFY** that on this 27th day of October, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**

00297956-1              2