UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. NOS. 24230, 24239, 24242, 24243, | * | |
| 24244, 24271, 24287, 24298, 24305 | * | |

*****************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Motions to Dismiss Certain Plaintiffs (Rec. Docs. 24230, 24239, 24242, 24243, 24244, 24271, 24287, 24298, 24305);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Withdraw Motions to Dismiss Certain Plaintiffs (Rec. Docs. 24230, 24239, 24242, 24243, 24244, 24271, 24287, 24298, 24305) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

00297959-1