**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Jonathan Beauregard Andry**
**Andry Law Firm**
**828 Baronne St.**
**New Orleans, LA 70113**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Jerri Gomez_   ☐ Agent
                   ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery
   Jerri Gomez                          1-25-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*    7004 2510 0004 6657 0629

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET  ROOM C-151
NEW ORLEANS, LA 70130

2012 JAN 26  PM 1: 55

07md 1873 "N"- doc# 24245