## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| DARRIUS HILL, et al | § | |
| | § | |
| | § | **C.A. NO. 10-4663** |
| VS. | § | |
| | § | |
| FOREST RIVER, INC. | § | |

### PARTIES' STIPULATION REGARDING INITIAL DISCLOSURES

Plaintiffs and Defendant hereby STIPULATE that Initial Disclosures pursuant to

FED. R. CIV. P. 26(a)(1) will not be conducted in the case.


Respectfully submitted,

## THE BUZBEE LAW FIRM


By: */s/Peter K. Taaffe*_____
     Anthony G. Buzbee
     Texas Bar No. 24001820
     Peter K. Taaffe
     Texas Bar No. 24003029
     600 Travis, Suite 7300
     Houston, Texas 77002
     Tel.:  (713) 223-5393
     Fax:  (713) 223-59009

     JOHN MUNOZ (#9830)
     GARNER & MUNOZ
     1010 Common Street, Suite 3000
     New Orleans, LA 70112-2411
     Tel: (504) 581-7070
     Fax: (504) 581-7083

**COUNSEL FOR PLAINTIFFS**

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY:   _/s/Ernest P. Gieger, Jr._
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com

**ATTORNEYS FOR FOREST RIVER, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this motion and order have been served upon counsel in accordance with the Federal Rules of Civil Procedure, on January 30, 2012 as indicated below.  Service on E-Filing Users will be automatically accomplished through the Notice of Electronic Filing; non-Filing Users will be served by certified mail, return receipt requested and/or via facsimile.

    _/s/Peter K. Taaffe_
    Peter K. Taaffe