UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the **9:00 a.m.** conference on **Friday, February 3, 2012**, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals who will be granted admittance to the 9:00 a.m. conference on February 3, 2012 are:

         Jerry Meunier
         Justin Woods
         Matt Moreland
         Raul Bencomo
         Frank D'Amico, Jr.
         Tony Buzbee
         Mikal Watts
         Dennis Reich
         Robert Becnel
         Robert Hilliard (attendance excused)
         Andy Weinstock
         Joe Glass
         Ernie Gieger
         Stewart Tharp
         Jim Percy
         Tim Scandurro

        Dave Kurtz
        Karen Whitfield
        Charlie Penot
        Gerry Barrios
        John Hainkel
        Lamont Domingue
        Tom Thagard
        Henry Miller (attendance optional)
        Adam Dinnell (attendance optional)
        Ralph Hubbard (attendance excused)
        Charles Leche
        John Perry (attendance optional)
        Dan Balhoff (attendance optional)
        Randi Ellis (attendance optional)
        Amanda Ballay

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10:00 a.m. conference on Friday, February 3, 2012, is open to all.

New Orleans, Louisiana, this 31st day of January, 2012.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**