UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : JUDGE KURT D. ENGELHARDT
   FORMALDEHYDE
   PRODUCT LIABILITY
   LITIGATION : DOCKET NO: MDL 1873 (N-5)

This Document Relates to:

*Felicia Harness, et al versus*
*Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 09-8090* : MAG. JUDGE ALMA L. CHASEZ

Plaintiffs: Felicia Harness
    Felicia Harness obo MH (Mylicia Harness)
    Felicia Harness obo TH (Tamacio Harness)
    Andreanna Magee
    Andreanna Magee obo JM(Jakiryanna Magee)
    Shirley A. Magee
    Katrina Santin

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

CONSIDERING THE FOREGOING Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiffs:

- Felicia Harness
- Felicia Harness obo MH (Mylicia Harness)
- Felicia Harness obo TH (Tamacio Harness)
- Andreanna Magee
- Andreanna Magee obo JM(Jakiryanna Magee)
- Shirley A. Magee
- Katrina Santin

New Orleans, Louisiana, this __31st__ day of _____January_____, 2012.

_____
United States District Judge