# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 |
| | * |
| | *  SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO: | *  JUDGE: KURT D. ENGELHARDT |
| *Barbara Bernard, et al. v. Layton Homes Corp., et al.*, No. 10-2262. | * |
| | *  MAGISTRATE JUDGE: |
| Plaintiff: Eunice Davenport. | *  ALMA CHASEZ |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * | * |

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS

Defendant, Layton Homes Corp. ("Layton"), through undersigned counsel, moves this Court to dismiss the claims of plaintiff Eunice Davenport, with prejudice, for failure to cure deficiencies in her Plaintiff Fact Sheet as required by the Court's Pre-Trial Orders. For the reasons set forth more fully in the memorandum in support, dismissal with prejudice is appropriate under Rules 37 and 41 of the Federal Rules of Civil Procedure and Pre-Trial Orders 2, 32, and 88 (as corrected). (Rec. Docs. 87, 1180, and 22153.)

WHEREFORE, Layton respectfully requests that the Court dismiss the claims of plaintiff Eunice Davenport, with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT LAYTON HOMES CORP.**

968857.1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and also served the foregoing by e-mail on trial counsel in this matter.

                                       s/ *Robert D. Sheesley*
                                       ROBERT D. SHEESLEY