UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *   MDL NO. 07-1873 * |
| | *   SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO: *   JUDGE: KURT D. ENGELHARDT |
| *Barbara Bernard, et al. v. Layton Homes Corp., et al.*, No. 10-2262. | * |
| | *   MAGISTRATE JUDGE: |
| Plaintiff: Eunice Davenport. | *   ALMA CHASEZ |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that he conferred with plaintiff's counsel regarding Layton Homes Corp.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets and plaintiffs' counsel indicated that this motion will be opposed.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
LAYTON HOMES CORP.**

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and also served the foregoing by e-mail on trial counsel in this matter.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

968857.1