# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION: N "5" |
| *Barbara Bernard, et al. v. Layton Homes Corp., et al.*, No. 10-2262. | * JUDGE: KURT D. ENGELHARDT |
| | * |
| Plaintiff: Eunice Davenport. | * MAGISTRATE JUDGE: ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Layton Homes Corp.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets will be submitted to the Honorable Kurt D. Engelhardt, in the United States District Court for the Eastern District of Louisiana, on February 22, 2012 at 9:30 a.m., or as soon thereafter as may be submitted.

                                                 s/ *Robert D. Sheesley*
                                                 LARRY FELDMAN, JR., T.A. (La. #5503)
                                                 ROBERT D. SHEESLEY (La. #31579)
                                                 **McGLINCHEY STAFFORD, PLLC**
                                                 601 Poydras Street, 12th Floor
                                                 New Orleans, LA  70130
                                                 Telephone:  (504) 586-1200
                                                 Facsimile:   (504) 596-2800

                                                 **ATTORNEYS FOR DEFENDANT LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and also served the foregoing by e-mail on trial counsel in this matter.

                                                 s/ *Robert D. Sheesley*
                                                 ROBERT D. SHEESLEY

968857.1