## McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

**Larry Feldman, Jr.**
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

**Robert D. Sheesley**
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

June 29, 2011

**Via U.S. Mail**

Robert C. Hilliard, Esq.
Robert C. Hilliard, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Mikal C. Watts, Esq.
Watts, Guerra, & Craft LLP
Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, TX 78205

Richard P. Ieyoub, Esq.
Hymel Davis & Petersen, LLC
10602 Coursey Blvd
Baton Rouge, LA 70816

Daniel D. Ware, Esq.
Carroll Louis Clifford, IV, Esq.
Ware Clifford Law Firm, PLLC
2625 Ridgewood Rd., Suite 100
Jackson, MS 39216

RE: *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
Member Case: 10-2262.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2, 32, 86, and 88. The PFS (including any amendments) submitted by or on behalf of the following plaintiff represented by you in the following action against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

*Barbara Bernard, et al. v. Layton Homes Corp., et al.*, **EDLA 10-2262**

is deficient for the following reasons:

| Plaintiff | PFS Item | Deficiency |
|---|---|---|
| Davenport, Eunice | III.C.8 | No response |
| | III.C.9 | No response |
| | IV.F.3 | No response |
| | V.A.2 | No response |
| | V.A.3 | No response |
| | V.A.4 | No response |
| | V.A.13 | No response |
| | V.E | No response |

EXHIBIT A

930605.1

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728 • www.mcglinchey.com

June 29, 2011
Page 2

| | | |
|---|---|---|
| VI.C | No response | |
| VI.D | No response | |
| VI.F.1&4 | No response | |
| VII.B | No response | |
| VII.A-D | No SF95 attached as indicated | |
| Signature | No response | |

Please provide a corrected and verified Plaintiff Fact Sheet for the aforementioned individual and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within sixty (60) days of this letter.

If a fully-completed and verified Plaintiff Fact Sheet is not received within sixty (60) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

Skyline Corporation and/or Layton Homes Corp. reserve the right to identify additional deficiencies in any PFS.

Sincerely,

**McGlinchey Stafford, PLLC**

*Robert Sheesley*

Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

cc (via email):

Justin Woods, Esq.
Andrew Weinstock, Esq.
David Kurtz, Esq.
Charles Leche, Esq.
Henry Miller, Esq.

930605.1