# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205716  **Cause No.** 10-2262
**Case Name** Davenport, Eunice  **Case Style** Barbara Bernard, et. al. vs. Layton Homes
**DOB** 12/19/1953  **SSN**

| Question # | Question |
|---|---|
| 1 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** 1804 | |
| **Def ID** 31 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I do not recall whether I am claiming mental and/or emotional damages as a result of residing in a FEMA trailer. |

| Question # | Question |
|---|---|
| 2 | Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** 1804 | |
| **Def ID** 31 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I do not recall whether anyone treated me for mental and/or emotional damages as a result of residing in a FEMA trailer. |

| Question # | Question |
|---|---|
| 3 | Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** 1804 | |
| **Def ID** 31 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I do not recall the understanding of the emotional and/or mental condition treated as a result of residing in the FEMA trailer. |

| Question # | Question |
|---|---|
| 4 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| **Pet ID** 1804 | |
| **Def ID** 31 | |
| **Notice #** | |



EXHIBIT B

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205716  **Cause No.** 10-2262
**Case Name** Davenport, Eunice  **Case Style** Barbara Bernard, et. al. vs. Layton Homes
**DOB** 12/19/1953  **SSN**

**Def 1**

**Answer**
I do not recall whether I am making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 5 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID** 1804
**Def ID** 31
**Notice #**
**Def 1**

**Answer**
I do not recall whether I am making a claim for loss of wages or lost earning capacity.

| Question # | Question |
|---|---|
| 6 | Did not provide the VIN Number, as required by Section V (A)(2). |

**Pet ID** 1804
**Def ID** 31
**Notice #**
**Def 1**

**Answer**
I do not recall the VIN Number.

| Question # | Question |
|---|---|
| 7 | Did not provide the FEMA Identification Number, as required by Section V (A)(3). |

**Pet ID** 1804
**Def ID** 31
**Notice #**
**Def 1**

**Answer**
I do not recall the FEMA identification number.

| Question # | Question |
|---|---|
| 8 | Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4). |

**Pet ID** 1804
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205716  **Cause No.** 10-2262
**Case Name** Davenport, Eunice  **Case Style** Barbara Bernard, et. al. vs. Layton Homes
**DOB** 12/19/1953  **SSN**

| | |
|---|---|
| | 31 |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not recall the bar code number on the FEMA housing unit.

| **Question #** | **Question** |
|---|---|
| 9 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |
| **Pet ID** | |
| 1804 | |
| **Def ID** | |
| 31 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not recall the average number of daily hours spent in the temporary housing unit,

| **Question #** | **Question** |
|---|---|
| 12 | Did not state the amount of plaintiff s claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| **Pet ID** | |
| 1804 | |
| **Def ID** | |
| 31 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not recall the amount for medical expenses.

| **Question #** | **Question** |
|---|---|
| 15 | Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E). |
| **Pet ID** | |
| 1804 | |
| **Def ID** | |
| 31 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not recall the information of other persons who resided with me in my FEMA housing unit.

| **Question #** | **Question** |
|---|---|
| 16 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |
| **Pet ID** | |
| 1804 | |
| **Def ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205716  **Cause No.** 10-2262
**Case Name** Davenport, Eunice  **Case Style** Barbara Bernard, et. al. vs. Layton Homes
**DOB** 12/19/1953  **SSN**

---

**Def ID**
31

**Notice #**
Def 1

**Answer**
I do not recall if I have ever suffered from lung or other respiratory disease.

---

| **Question #** | **Question** |
|---|---|
| 17 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |

**Pet ID**
1804

**Def ID**
31

**Notice #**
Def 1

**Answer**
I do not recall if I have ever suffered from skin disease.

---

| **Question #** | **Question** |
|---|---|
| 18 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID**
1804

**Def ID**
31

**Notice #**
Def 1

**Answer**
I do not recall whether any doctor(s) or health care provider(s) treated me for disease/illness/injury that I have suffered due to formaldehyde exposure.

---

| **Question #** | **Question** |
|---|---|
| 21 | Failed to attach medical records which plaintiff indicated were in plaintiff's possession as required by Section VIII (A). |

**Pet ID**
1804

**Def ID**
31

**Notice #**
Def 1

**Answer**
I do not have medical records in my possession.

---

| **Question #** | **Question** |
|---|---|
| 22 | Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B). |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 205716 | **Cause No.** 10-2262 |
| **Case Name** Davenport, Eunice | **Case Style** Barbara Bernard, et. al. vs. Layton Homes |
| **DOB** 12/19/1953   **SSN** | |

**Def ID** 31

**Notice #** Def 1

**Answer**
Please see the attach Standard Form 95.

| **Question #** | **Question** |
|---|---|
| 23 | Did not provide test results, which plaintiff indicated was in plaintiff's possession, as required by Section VIII (C). |

**Pet ID** 1804

**Def ID** 31

**Notice #** Def 1

**Answer**
I do not have test results in my possession.

| **Question #** | **Question** |
|---|---|
| 24 | . Did not provide medical bills, which plaintiff indicated was in plaintiff's possession, as required by Section VIII (D). |

**Pet ID** 1804

**Def ID** 31

**Notice #** Def 1

**Answer**
I do not have medical bills in my possession.

| **Question #** | **Question** |
|---|---|
| 25 | Did not sign the certification. |

**Pet ID** 1804

**Def ID** 31

**Notice #** Def 1

**Answer**
do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 26 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205716  **Cause No.** 10-2262
**Case Name** Davenport, Eunice  **Case Style** Barbara Bernard, et. al. vs. Layton Homes
**DOB** 12/19/1953  **SSN**

**Pet ID**
1804

**Def ID**
31

**Notice #**
Def 1

**Answer**
I do not recall whether I have ever smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

**Question #** | **Question**
27 | Did not provide other tobacco use history, as required by Section VI (D).

**Pet ID**
1804

**Def ID**
31

**Notice #**
Def 1

**Answer**
I do not recall whether anyone who resided with me used any kind of tobacco product.

_____   8/15/2011
Plaintiff or Representative   Date