# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION | *   MDL NO. 07-1873<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*Fenwick Hunter, et al. v. Skyline Corporation, et al.*, No. 10-2258. | *   SECTION:  N "5"<br>*   JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*   MAGISTRATE JUDGE:<br>*   ALMA CHASEZ |
| **Plaintiffs: Glenda Davenport;**<br>            **James Davenport;**<br>            **Kathy Davenport;**<br>            **Lisa Davenport;**<br>            **Vicki Davenport;**<br>            **Alton Fisher;**<br>            **Alvin Fisher;**<br>            **Blake Fisher;**<br>            **Charlene Fisher;**<br>            **Deljuana Fisher;**<br>            **Ralph Fisher;**<br>            **Raquel Fisher;**<br>            **Raymond Fisher;**<br>            **Yolanda Fisher.** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS FOR FAILURE TO COMPLY
## WITH PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS

Defendant, Skyline Corporation ("Skyline") through undersigned counsel, moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to cure deficiencies in their Plaintiff Fact Sheets as required by the Court's Pre-Trial Orders:

1. Glenda Davenport;

2. James Davenport;

3. Kathy Davenport;

4. Lisa Davenport;

5. Vicki Davenport;

6. Alton Fisher;

968890.1

7. Alvin Fisher;

8. Blake Fisher;

9. Charlene Fisher,

10. Deljuana Fisher;

11. Ralph Fisher;

12. Raquel Fisher;

13. Raymond Fisher; and

14. Yolanda Fisher.

For the reasons set forth more fully in the memorandum in support, dismissal with prejudice is appropriate under Rules 37 and 41 of the Federal Rules of Civil Procedure and Pre-Trial Orders 2, 32, and 88 (as corrected).  (Rec. Docs. 87, 1180, and 22153.)

WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of these plaintiffs with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800
**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and also served the foregoing by e-mail on trial counsel in this matter.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

968890.1