## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS<br>             LIABILITY LITIGATION | *   MDL NO. 07-1873<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*Fenwick Hunter, et al. v. Skyline Corporation, et al.*, No. 10-2258. | *   SECTION:  N "5"<br>*   JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*   MAGISTRATE JUDGE:<br>*   ALMA CHASEZ |
| **Plaintiffs: Glenda Davenport;**<br>             **James Davenport;**<br>             **Kathy Davenport;**<br>             **Lisa Davenport;**<br>             **Vicki Davenport;**<br>             **Alton Fisher;**<br>             **Alvin Fisher;**<br>             **Blake Fisher;**<br>             **Charlene Fisher;**<br>             **Deljuana Fisher;**<br>             **Ralph Fisher;**<br>             **Raquel Fisher;**<br>             **Raymond Fisher;**<br>             **Yolanda Fisher.** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that he conferred with plaintiffs' counsel regarding Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets and plaintiffs' counsel indicated that the motion would be opposed.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

968890.1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and also served the foregoing by e-mail on trial counsel in this matter.

                                     s/ *Robert D. Sheesley*
                                     ROBERT D. SHEESLEY