UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 <br> * <br> * SECTION:  N "5" <br> * JUDGE: KURT D. ENGELHARDT <br> * <br> * MAGISTRATE JUDGE: <br> * ALMA CHASEZ |
| THIS DOCUMENT PERTAINS TO: <br> *Fenwick Hunter, et al. v. Skyline Corporation, et al.*, No. 10-2258. | |
| Plaintiffs: Glenda Davenport; <br> James Davenport; <br> Kathy Davenport; <br> Lisa Davenport; <br> Vicki Davenport; <br> Alton Fisher; <br> Alvin Fisher; <br> Blake Fisher; <br> Charlene Fisher; <br> Deljuana Fisher; <br> Ralph Fisher; <br> Raquel Fisher; <br> Raymond Fisher; <br> Yolanda Fisher. | |

* * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets will be submitted to the Honorable Kurt D. Engelhardt, in the United States District Court for the Eastern District of Louisiana, on February 22, 2012 at 9:30 a.m., or as soon thereafter as may be submitted.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

968890.1

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and also served the foregoing by e-mail on trial counsel in this matter.

                                      s/ *Robert D. Sheesley*
                                      ROBERT D. SHEESLEY

968890.1