# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205715  **Cause No.** 10-2258
**Case Name** Davenport, Glenda  **Case Style** Fenwick Hunter, et. al. vs. Skyline Corporation,
**DOB** ▓1969  **SSN**

| Question # | Question |
|---|---|
| 1 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

**Pet ID** 1814
**Def ID** 49
**Notice #** Def 1

**Answer**
I do not recall whether I am claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 2 | III. C. 9 Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer |

**Pet ID** 1814
**Def ID** 49
**Notice #** Def 1

**Answer**
I do not recall whether I am making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 3 | IV.F.3 Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer |

**Pet ID** 1814
**Def ID** 49
**Notice #** Def 1

**Answer**
I do not recall whether I am making a claim for loss of wages or lost earning capacity.

| Question # | Question |
|---|---|
| 4 | V.A.1 Did not provide the name of the manufacturer of trailer or mobile home |

**Pet ID** 1814
**Def ID** 49


EXHIBIT C

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205715  
**Case Name** Davenport, Glenda  
**DOB** ▮▮/1969 **SSN**  
**Cause No.** 10-2258  
**Case Style** Fenwick Hunter, et. al. vs. Skyline Corporation,

**Notice #**  
Def 1

**Answer**  
Skyline Corporation

| Question # | Question |
|---|---|
| 5 | V. A. 3 Did not provide the FEMA Identification Number |

**Pet ID** 1814  
**Def ID** 49  
**Notice #** Def 1

**Answer**  
I do not recall the FEMA Identification Number.

| Question # | Question |
|---|---|
| 6 | V. A. 4 Did not provide the bar code number on the FEMA housing unit |

**Pet ID** 1814  
**Def ID** 49  
**Notice #** Def 1

**Answer**  
I do not recall the bar code number.

| Question # | Question |
|---|---|
| 7 | V. A.13 Did not indicate the average number of daily hours spent in the temporary housing unit |

**Pet ID** 1814  
**Def ID** 49  
**Notice #** Def 1

**Answer**  
I do not recall the average number of daily hours I spent in my FEMA housing unit.

| Question # | Question |
|---|---|
| 8 | VI. C Did not provide plaintiff s personal tobacco history |

**Pet ID** 1814

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205715  **Cause No.** 10-2258
**Case Name** Davenport, Glenda  **Case Style** Fenwick Hunter, et. al. vs. Skyline Corporation,
**DOB** ▬/1969  **SSN**

**Def ID**
49

**Notice #**
Def 1

**Answer**
I do not recall whether I have ever smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 9 | VI. D Did not provide other tobacco use history |

**Pet ID**
1814

**Def ID**
49

**Notice #**
Def 1

**Answer**
I do not recall whether anyone who resided with me used any kind of tobacco product.

| Question # | Question |
|---|---|
| 10 | VI F. 1. Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease |

**Pet ID**
1814

**Def ID**
49

**Notice #**
Def 1

**Answer**
I do not recall whether I have ever suffered from lung or other respiratory disease.

| Question # | Question |
|---|---|
| 11 | VII. B Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit |

**Pet ID**
1814

**Def ID**
49

**Notice #**
Def 1

**Answer**
I do not recall whether any doctor or health care provider treated me for disease/illness/injury that I have suffered due to formaldehyde exposure.

# Plaintiff Fact Sheet Deficiency Answers

WGC# 205715  
Case Name Davenport, Glenda  
DOB ▓▓▓ 1969   SSN  

Cause No. 10-2258  
Case Style Fenwick Hunter, et. al. vs. Skyline Corporation,

| Question # | Question |
|---|---|
| 12 | VIII. A. Failed to attach medical records which plaintiff indicated were in her possession |

Pet ID: 1814  
Def ID: 49  
Notice #: Def 1  

**Answer**  
I do not have these documents in my possession.

| Question # | Question |
|---|---|
| 13 | Did not sign the certification. |

Pet ID: 1814  
Def ID: 49  
Notice #: Def 1  

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 14 | III. C. 8 -- Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer. |

Pet ID: 1814  
Def ID: 49  
Notice #: Def 1  

**Answer**  
I do not recall the understanding of the emotional and/or mental condition treated as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 15 | III. C. 8 -- Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

Pet ID: 1814  
Def ID: 49  
Notice #

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205715  **Cause No.** 10-2258
**Case Name** Davenport, Glenda  **Case Style** Fenwick Hunter, et. al. vs. Skyline Corporation,
**DOB** ▓▓/1969  **SSN**

| Def 1 | |
|---|---|
| | **Answer** |
| | I do not recall whether anyone treated me for mental and/or emotional damages as a result of residing in a FEMA trailer. |

| Question # | Question |
|---|---|
| 16 | VI F. 4. -- Did not indicate whether plaintiff has ever suffered from skin disease. |
| **Pet ID** | |
| 1814 | |
| **Def ID** | |
| 49 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall any skin disease. |

| Question # | Question |
|---|---|
| 17 | VIII. B. Did not provide Standard Form 95. |
| **Pet ID** | |
| 1814 | |
| **Def ID** | |
| 49 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | Please see attached Standard Form 95. |

| Question # | Question |
|---|---|
| 18 | VIII. C. Did not provide test results, which plaintiff indicated was in his possession. |
| **Pet ID** | |
| 1814 | |
| **Def ID** | |
| 49 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 19 | VIII. D. Did not provide medical bills, which plaintiff indicated was in his possession. |
| **Pet ID** | |
| 1814 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205715  **Cause No.** 10-2258

**Case Name** Davenport, Glenda  **Case Style** Fenwick Hunter, et. al. vs. Skyline Corporation,

**DOB** ▅▅▅/1969   **SSN**

**Def ID**

49

**Notice #**

Def 1

**Answer**

I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

_____   8/19/2011

Plaintiff or Representative    Date