UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION  N (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO** | * | |
| *Whitmore, et al  v. Waverlee Homes, Inc.,* | * | |
| *et al   Case No. 09-8330* | * | **MAGISTRATE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs **Beverly Whitmore, Beverly Whitmore obo C.W. and Beverly Whitmore obo J.W.,** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss their claims against all defendants in the above captioned matter, thus dismissing this suit in its entirety.

This dismissal is without prejudice and **Beverly Whitmore, Beverly Whitmore obo C.W., and Beverly Whitmore obo J.W.,** reserve all rights and allegations in *Barnes, et al, v.  Waverlee Homes, Inc., et al,*  Case No. 2:09-cv-6928 (E.D. La 2009).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279
lcentola@hurricanelegal.com


**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2012 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.


 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.