UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

Docket No. 10-0712

### DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR ENTRY OF A FED. R. CIV. P. 54(b) JUDGMENT DISMISSING ALABAMA PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES OF AMERICA

Defendant the United States of America ("United States"), pursuant to Fed. R. Civ. P. 54(b), hereby submits this Motion for entry of judgment and dismissal of the above-referenced action. In its August 8, 2010, Order and Reasons (Rec. Doc. 15061), the Court held that it lacks subject matter jurisdiction over the Alabama Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims and, therefore, dismissed all Alabama Plaintiffs' claims against the United States. *See* Order and Reasons at 18-19 (Rec. Doc. 15061), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012). The above-referenced action that is the subject of this Motion asserts FTCA claims against the United States for money damages for alleged injuries resulting from occupying temporary emergency housing units ("EHUs") in the State of Alabama. *See* Exh.1, Dec. Troy D. Lowe. Consistent with the Court's August 8, 2010, Order and Reasons, and for all the reasons set forth in the Memorandum filed in support of this Motion, the Court should enter a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America, and Order that any and all

claims asserted by plaintiffs in these actions against the government are dismissed with prejudice with taxable costs assessed in the government's favor.

| | |
|---|---|
| Dated: February 1, 2012. | Respectfully Submitted, |
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | //S// *Henry T. Miller* |
| Director, Torts Branch, Civil Division | HENRY T. MILLER (D.C. Bar No. 411885) |
| | Senior Trial Counsel |
| DAVID S. FISHBACK | United States Department of Justice |
| Assistant Director | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| | Washington, D.C. 20004 |
| | Telephone No: (202) 616-4223 |
| | E-mail: Henry.Miller@USDOJ.Gov |
| | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

>	//S// *Henry T. Miller*
>	HENRY T. MILLER (D.C. Bar No. 411885)