UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER    *   CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION   *

    JUDGE ENGLEHARDT –DIV. N
  *

    MAGISTRATE CHASEZ – MAG. 5

*********************************************************************

## DECLARATION OF TROY D. LOWE

I, Troy D. Lowe, state and declare as follows:

1. I am employed as a Senior Paralegal and have been assigned to work on the above-referenced action. As part of my duties and responsibilities I was tasked with identifying Complaints/actions that assert claims by Plaintiffs against the United States for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Alabama.

2. I have reviewed the Complaints/actions that have been filed or transferred to the Eastern District of Louisiana and assigned by the Clerk of Court for the Eastern District of Louisiana Docket No. 10-0712.

3. The Complaint assigned Docket No. 10-0712 asserts that the Plaintiffs asserting claims through that action occupied temporary emergency housing units in the State of Alabama.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of January, 2012.

TROY D. LOWE
Senior Paralegal
Washington, D.C. 20004

Page 1 of 1