UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION N-5
                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

**Docket No. 10-0712**

## ORDER

Considering Defendant United States of America's Motion for Entry of Fed. R. Civ. P. 54(b) Judgment and this Court's August 8, 2010, Order and Reasons (Rec. Doc. 15061), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), dismissing all Alabama Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction, this Court finds that there is no just reason for delay, and

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b) judgment in favor of the defendant, United States of America, and that any and all claims asserted by plaintiffs in these actions are hereby ***DISMISSED WITH PREJUDICE***, with taxable costs assessed in the government's favor.

**DONE AND SIGNED** this _____ day of _____, 2012.

                                             _____
                                             **HONORABLE KURT D. ENGELHARDT**
                                             **JUDGE, UNITED STATES DISTRICT COURT**
                                             **EASTERN DISTRICT OF LOUISIANA**