UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION N-5

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

09-5559; 10-163; 10-184; 10-185; 10-186; 10-187; 10-188; 10-195; 10-234; 10-291; 10-292;
10-293; 10-294; 10-295; 10-307; 10-323; 10-324; 10-325; 10-326; 10-344; 10-345; 10-346;
10-347; 10-348; 10-349; 10-350; 10-351; 10-352; 10-354; 10-355; 10-356; 10-357; 10-358;
10-359; 10-360; 10-361; 10-362; 10-363; 10-364; 10-365; 10-366; 10-367; 10-368; 10-369;
10-370; 10-371; 10-372; 10-374; 10-375; 10-376; 10-377; 10-378; 10-379; 10-380; 10-381;
10-382; 10-383; 10-384; 10-408; 10-436; 10-437; 10-438; 10-439; 10-480; 11-553

**DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR
ENTRY OF A FED. R. CIV. P. 54(b) JUDGMENT DISMISSING MISSISSIPPI
PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES OF AMERICA**

Defendant the United States of America ("United States") hereby submits this Motion pursuant to Fed. R. Civ. P. 54(b) for entry of judgment and dismissal of the above-referenced actions. In its June 23, 2010, Order and Reasons (Rec. Doc. 14486), the Court held that it lacks subject matter jurisdiction over the Mississippi Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims and, therefore, dismissed all Mississippi Plaintiffs' claims against the United States. *See* Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012). In each of these actions plaintiffs assert Federal Tort Claims Act, 28 U.S.C. §1346(b)(1) claims against the United States for money damages for alleged injuries resulting from occupying temporary emergency housing units ("EHUs") in the State of Mississippi. *See* Exh.1, Dec. Troy D. Lowe. Consistent with the Court's June 23, 2010, Order and Reasons, and

for all the reasons set forth in the Memorandum filed in support of this Motion, the Court should enter a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America, and Order that any and all claims asserted by plaintiffs in these actions against the government in these actions are dismissed with prejudice with taxable costs assessed in the government's favor.

Dated: February 1, 2012.                    Respectfully Submitted,

TONY WEST                                   ADAM BAIN
Assistant Attorney General, Civil Division  Senior Trial Counsel

J. PATRICK GLYNN                            //S// *Henry T. Miller*
Director, Torts Branch, Civil Division      HENRY T. MILLER (D.C. Bar No. 411885)
                                            Senior Trial Counsel
DAVID S. FISHBACK                           United States Department of Justice
Assistant Director                          Civil Division – Torts Branch
                                            P.O. Box 340, Ben Franklin Station
                                            Washington, D.C. 20004
                                            Telephone No: (202) 616-4223
                                            E-mail: Henry.Miller@USDOJ.Gov

                                            Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                            //S// *Henry T. Miller*
                            HENRY T. MILLER (D.C. Bar No. 411885)