UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION N-5
                                                         JUDGE ENGELHARDT
                                                         MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

**09-5559; 10-163; 10-184; 10-185; 10-186; 10-187; 10-188; 10-195; 10-234; 10-291; 10-292; 10-293; 10-294; 10-295; 10-307; 10-323; 10-324; 10-325; 10-326; 10-344; 10-345; 10-346; 10-347; 10-348; 10-349; 10-350; 10-351; 10-352; 10-354; 10-355; 10-356; 10-357; 10-358; 10-359; 10-360; 10-361; 10-362; 10-363; 10-364; 10-365; 10-366; 10-367; 10-368; 10-369; 10-370; 10-371;10-372; 10-374; 10-375; 10-376; 10-377; 10-378; 10-379; 10-380; 10-381; 10-382; 10-383; 10-384; 10-408; 10-436; 10-437; 10-438; 10-439; 10-480; 11-553**

## ORDER

Considering Defendant United States of America's Motion for Entry of Fed. R. Civ. P. 54(b) Judgment and this Court's June 23, 2010 Order and Reasons (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012). dismissing Mississippi Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction, this Court finds that there is no just reason for delay, and

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b) judgment in favor of the defendant, United States of America, and that any and all claims asserted by plaintiffs in these actions against the United States of America are hereby

***DISMISSED WITH PREJUDICE***, with taxable costs assessed in the government's favor.

**DONE AND SIGNED** this _____ day of _____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**