UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Christine Kellsten v. Jayco, Inc.* | * | |
| Docket No. 10-0269 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Charlotte Paige | * | |
| Charlotte Paige obo I.N.P. | * | |
| Charlotte Paige obo I.D.P. | * | |
| Christopher Paige | * | |
| Jalisha Paige | * | |
| Jalisha Paige obo D.C. | * | |

*****************************************************************************

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. and Jayco Enterprises, Inc. (together as "The Jayco Defendants") and Bechtel National, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Charlotte Paige (Plaintiff in *Kellsten,* C.A. 10-0269)

- Charlotte Paige on behalf of I.N.P. (Plaintiff in *Kellsten,* C.A. 10-0269)

- Charlotte Paige on behalf of I.D.P. (Plaintiff in *Kellsten,* C.A. 10-0269)

- Christopher Paige (Plaintiff in *Kellsten,* C.A. 10-0269)

- Jalisha Paige (Plaintiff in *Kellsten,* C.A. 10-0269)

1

- Jalisha Paige on behalf of D.C. (Plaintiff in *Kellsten,* C.A. 10-0269)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

    Respectfully submitted,
    **WILLINGHAM, FULTZ & COUGILL LLP**

    By:   s/*Thomas L. Cougill*
         THOMAS L. COUGILL
         Texas State Bar No. 04877300
         Louisiana State Bar No. 31112
         R. MARK WILLINGHAM
         Texas State Bar No. 21641500
         JEFFREY P. FULTZ
         Texas State Bar No. 00790728
         Mississippi Bar No. 101058
         Niels Esperson Building
         808 Travis Street, Suite 1608
         Houston, Texas  77002
         (713) 333-7600 – Telephone
         (713) 333-7601 – Facsimile

         **Attorneys for Jayco, Inc. and Jayco Enterprises, Inc.**

**FRILOT L.L.C.**

    By:   s/*John J. Hainkel*
         JOHN J. HAINKEL, III – La. Bar No. 18246
         A.J. KROUSE – La. Bar No. 14426
         PETER R. TAFARO – La. Bar No. 28776
         3600 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone : (504) 599-8000
         Facsimile: (504) 599-8100

         **Attorneys for Bechtel National, Inc.**

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, Hawkins, Stracener & Gibson, opposes this motion.

                                         s/*Thomas L. Cougill*
                                         THOMAS L. COUGILL

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 1st day of February, 2012.

                                         s/Thomas L. Cougill
                                         THOMAS L. COUGILL