# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Christine Kellsten v. Jayco, Inc.* | * | |
| Docket No. 10-0269 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Charlotte Paige | * | |
| Charlotte Paige obo I.N.P. | * | |
| Charlotte Paige obo I.D.P. | * | |
| Christopher Paige | * | |
| Jalisha Paige | * | |
| Jalisha Paige obo D.C. | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco, Inc. and Jayco, Enterprises, Inc. (together as "The Jayco Defendants") and Bechtel National, Inc., is **Wednesday, February 22, 2012 at 9:30 a.m.,** before Judge Kurt Engelhardt; pertaining to plaintiffs: Charlotte Paige, individually and on behalf of I.N.P. abd I.D.P., Christopher Paige, and Jalisha Paige, individually and on behalf of D.C.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: _s/*Thomas L. Cougill*_
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile

     **Attorneys for Jayco, Inc. and Jayco Enterprises, Inc.**

**FRILOT L.L.C.**

By: _s/*John J. Hainkel*___
     JOHN J. HAINKEL, III – La. Bar No. 18246
     A.J. KROUSE – La. Bar No. 14426
     PETER R. TAFARO – La. Bar No. 28776
     3600 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone : (504) 599-8000
     Facsimile: (504) 599-8100

     **Attorneys for Bechtel National, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 1st day of February, 2012.

                                                                 s/Thomas L. Cougill
                                                                 THOMAS L. COUGILL