# Roslyn West

| | |
|---|---|
| **From:** | Roslyn West |
| **Sent:** | Thursday, April 14, 2011 4:53 PM |
| **To:** | 'andreww@duplass.com'; 'caccardo@duplass.com'; 'cmotes@duplass.com'; 'gmeunier@gainsben.com'; 'jwoods@gainsben.com'; 'Henry.Miller@usdoj.com'; 'egibson@hsglawfirm.net' |
| **Cc:** | Tom Cougill; Hal Roach; Renee Rubert |
| **Subject:** | Re: FEMA Trailer Litigation - Jayco/Starcraft missing PFS - Letter to Hawkins, Stracener & Gibson |
| **Attachments:** | PFS ltr HSG.pdf |

Good afternoon:

Attached is correspondence to plaintiff counsel regarding missing Plaintiff Fact Sheets in complaints that match or identify Jayco, Inc. and/or Starcraft RV.

Thank you,

**Roslyn West**

**WILLINGHAM, FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: roslynw@willingham-law.com

****************************************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**
**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**
****************************************************************************





# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS    LOUISIANA    MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                           *TomC@willingham-law.com*

April 13, 2011

C. Edward Gibson, IV                                    ***Via Email and Regular U.S. Mail***
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
egibson@hsglawfirm.net

Dear Edward:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Christine Kellsten v. Jayco, Inc.,*** **cause no. 10-0269**

1. Jimmy Bird
2. Judy Bird
3. Jalisha Paige (obo D.C.)
4. Lora Conway (obo K.C.)
5. Erine Chaffin
6. Lora Conway
7. Timothy Conway
8. Lionel Lee
9. Robbie L. Lee
10. Kendra Logan
11. Kendric Logan
12. Charlotte Paige (obo I.P.)
13. Charlotte Paige (obo I.D.P.)

*Christine Kellsten v. Jayco, Inc.*, **cause no. 10-0269 (cont'd)**

    14. Charlotte Paige
    15. Christopher Paige
    16. Jalisha Paige

*Jerry Wells v. Jayco, Inc.*, **cause no. 10-1425**

    1. Jerry J. Wells

*Amanda Aucoin v. Starcraft RV, Inc.*, **cause no. 10-2360**

    1. Amanda Aucoin (obo B.F.A.)
    2. Amanda Aucoin
    3. Amanda Aucoin (obo K.E.T.)

*James Chandler v. Starcraft RV, Inc.*, **cause no. 10-0264**

    1. Tina Lachney (obo S.D.L.)
    2. Tina Lachney (obo Z.C.L.)
    3. Tina Lachney
    4. Ruby Wallace
    5. Danny R. Wright, Jr.

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc:   Jerry Meunier (*via email*)
      Andrew Weinstock (*via email*)
      Henry Miller (*via email*)
      Gerald Meunier (*via email*)
      Justin Woods (*via email*)

## Roslyn West

| | |
|---|---|
| **From:** | Roslyn West |
| **Sent:** | Tuesday, May 17, 2011 2:58 PM |
| **To:** | 'chante@hsglawfirm.net' |
| **Cc:** | Tom Cougill; egibson@hsglawfirm.net |
| **Subject:** | FW: Re: FEMA Trailer Litigation - Jayco/Starcraft missing PFS - Letter to Hawkins, Stracener & Gibson |
| **Attachments:** | PFS ltr HSG.pdf |

Chante—

Per our earlier conversation, attached is the letter regarding the plaintiffs with missing plaintiff fact sheets. During our telephone conversation you inquired about a possible deadline for submitting the PFS to our office. In light of defendants' looming deadline regarding deficiency letters, we ask that all plaintiff fact sheets provided in response to this letter dated April 13th be submitted no later than the end of this month.

Please feel free to contact me regarding this letter or any other questions you may have.

Thank you,
Roslyn

---

**From:** Roslyn West
**Sent:** Thursday, April 14, 2011 4:53 PM
**To:** 'andreww@duplass.com'; 'caccardo@duplass.com'; 'cmotes@duplass.com'; 'gmeunier@gainsben.com'; 'jwoods@gainsben.com'; 'Henry.Miller@usdoj.com'; 'egibson@hsglawfirm.net'
**Cc:** Tom Cougill; Hal Roach; Renee Rubert
**Subject:** Re: FEMA Trailer Litigation - Jayco/Starcraft missing PFS - Letter to Hawkins, Stracener & Gibson

Good afternoon:

Attached is correspondence to plaintiff counsel regarding missing Plaintiff Fact Sheets in complaints that match or identify Jayco, Inc. and/or Starcraft RV.

Thank you,

**Roslyn West**
**WILLINGHAM, FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: roslynw@willingham-law.com

**********************************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**

1

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*