## Jayco Vehicle Identification Number
# 1UJBJ02R9918H0060
### (Jay Flight 30 BHDS Travel Trailer)

**1UJ B J02R9 918H0060**

**Last 8 Digits of VIN: 918H0060**

**Vehicle Type**
- A = Camping Trailer
- B = Travel Trailer
- C = Fifth Wheel

**Number of Axles**

**Jayco ID Number**
This will be used on all Jayco built coaches. NOTE: The first nine letters are required by government policies. The second group of eight letters and digits will identify the Jayco information.

**Model Year**

**Production Location**
- 1 = Middlebury
- 7 = Idaho
- 9 = Wakarusa

**Model Designator**

**Model Nomenclature**

**Number of Unit Produced**

**Jayco**
AMERICA'S MOST LIVEABLE RVS.

The Mysterious VIN Explained.cdr JM 7-08

**EXHIBIT C**