UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER ) MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
_____ ) SECTION: N(4)
)
) JUDGE: ENGELHARDT
THIS RELATES TO: ) MAG: ROBY
)
Plaintiff: _____ )
)
Charlotte M. Paige )

## PLAINTIFF FACT SHEET

### I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

**EXHIBIT E**

## II. PERSONAL INFORMATION

A. Name (person completing form): Charlotte M Paige

B. Maiden or other names used or by which you have been known: _____

C. Current Street Address: ~~332 Lorrain Ave~~ 24120 Annetts Lane Lot # 24   Pass Christian, MS 39571

D. Home Telephone No.: ~~228-452-7244~~ 228-210-3040
Cell Phone No.: ~~228-547-5531~~ 228-323-7832
Work Telephone No: 228-222-1886
Other Telephone Nos.: _____

E. Email address: _____

## III. CASE INFORMATION

A. If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1. State which individual or estate you are representing: _____

2. Maiden Or Other Names Used or By Which Such Person Has Been Known: _____

3. Address (or last known address if deceased): _____

4. Home Telephone No.: _____
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: _____

5. E-mail address: _____

6. If you were appointed as a representative by a court, state the:

2

Court: _____ Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? __self__

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:
   _____
   _____

B. Please state the name and address of the attorney representing you:

   EDWARD GIBSON     HAWKINS, STRACENER & GIBSON, PLLC
   Attorney's Name/Law Firm
   BAY ST. LOUIS, MS 39520
   City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

   1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
      Yes [X]    No [ ]

   2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? _allergies / sinus_

   3. <u>During the time that you lived</u> in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

[✓] irritation to eyes
[✓] burning of eyes
[✓] tearing of eyes
[ ] irritation to nasal membranes (inside of nose)
[ ] burning of nasal membranes (inside of nose)
[ ] bleeding of nasal membranes (inside of nose)
[ ] irritation or itching of skin
[ ] burning of skin
[ ] rashes on skin
[ ] drying or scaling of skin
[✓] scaling or itching of eyelids
[✓] irritation or swelling of eyelids or eye area

[ ] tingling or swelling of lips or face area
[✓] headaches
[ ] nausea
[ ] vomiting
[ ] bloody vomiting
[ ] abdominal pain
[ ] diarrhea
[ ] difficulty in breathing
[ ] wheezing
[ ] shortness of breath
[ ] persistent cough
[ ] tightness of the chest

3

## IV. FAMILY INFORMATION

A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐   No ☐   Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐   No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

## V. FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A. Please provide the following information regarding the FEMA trailer or mobile home:

1. Manufacturer of trailer or mobile home: Jayco

2. VIN: 5L4TF322463014283

3. FEMA Identification No.: 921177170

4. Bar Code Number on FEMA housing unit: 1250616

8

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    _CHARLOTTE PAIGE_____    _____
**Signature of Plaintiff**                **Print Your Name**                **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: _____ | ) ) ) | |
| I▮▮ N. P▮▮▮ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II. PERSONAL INFORMATION

A. Name (person completing form): Charlotte Paige

B. Maiden or other names used or by which you have been known: N/A

C. Current Street Address: ~~332 Lorrain Ave     Pass Christian, MS 39571~~ 24120 Annette Lane Lot #24

D. Home Telephone No.: ~~228-452-7244~~   228-216-3046
   Cell Phone No.: ~~228-547-5531~~   228-323-7832
   Work Telephone No:   228-222-1886
   Other Telephone Nos.:

E. Email address:

## III. CASE INFORMATION

A. If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1. State which individual or estate you are representing:
      I████ N. P████

   2. Maiden Or Other Names Used or By Which Such Person Has Been Known:
      N/A

   3. Address (or last known address if deceased): SAME

   4. Home Telephone No.: SAME
      Cell Phone No.:
      Work Telephone No:
      Other Telephone Nos.:

   5. E-mail address:

   6. If you were appointed as a representative by a court, state the:

2

Court: _____  Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? MOTHER

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____
_____

B. Please state the name and address of the attorney representing you:

EDWARD GIBSON     HAWKINS, STRACENER & GIBSON, PLLC
Attorney's Name/Law Firm
BAY ST. LOUIS, MS 39520
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes [X]    No [ ]

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? risk of Cancer

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

[X] irritation to eyes
[X] burning of eyes
[X] tearing of eyes
[ ] irritation to nasal membranes (inside of nose)
[ ] burning of nasal membranes (inside of nose)
[ ] bleeding of nasal membranes (inside of nose)
[ ] irritation or itching of skin
[ ] burning of skin
[ ] rashes on skin
[ ] drying or scaling of skin
[ ] scaling or itching of eyelids
[ ] irritation or swelling of eyelids or eye area

[ ] tingling or swelling of lips or face area
[ ] headaches
[ ] nausea
[ ] vomiting
[ ] bloody vomiting
[ ] abdominal pain
[ ] diarrhea
[ ] difficulty in breathing
[ ] wheezing
[ ] shortness of breath
[ ] persistent cough
[ ] tightness of the chest

3

IV. **FAMILY INFORMATION**

    A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐    No ☐    Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|-------------------------------|
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |

    B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐    No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V. **FEMA TRAILER OR MOBILE HOME UNIT**

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

    A. Please provide the following information regarding the FEMA trailer or mobile home:

        1. Manufacturer of trailer or mobile home: Jayco

        2. VIN: 5L4TF322463014283

        3. FEMA Identification No.: 921177170

        4. Bar Code Number on FEMA housing unit: 1250616

8

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Charlotte Paige | CHARLOTTE PAIGE | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |
| OBO J[redacted] P[redacted] | OBO J[redacted] P[redacted] | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER ) MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
_____ ) SECTION: N(4)
)
) JUDGE: ENGELHARDT
THIS RELATES TO: ) MAG: ROBY
)
Plaintiff: _____ )
)
I▉▉ D. P▉▉ )

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II. PERSONAL INFORMATION

A. Name (person completing form): Charlotte Paige

B. Maiden or other names used or by which you have been known: N/A

C. Current Street Address: 332 Lorrain Ave   Pass Christian, MS 39571

D. Home Telephone No.: 228-452-7244
Cell Phone No.: 228-547-5531
Work Telephone No:
Other Telephone Nos.:

E. Email address:

## III. CASE INFORMATION

A. If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1. State which individual or estate you are representing:
I▮▮▮ D. P▮▮▮

2. Maiden Or Other Names Used or By Which Such Person Has Been Known:
N/A

3. Address (or last known address if deceased): SAME

4. Home Telephone No.: SAME
Cell Phone No.:
Work Telephone No:
Other Telephone Nos.:

5. E-mail address:

6. If you were appointed as a representative by a court, state the:

2

Court: _____ Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? MOTHER

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:
_____
_____

B. Please state the name and address of the attorney representing you:

EDWARD GIBSON    HAWKINS, STRACENER & GIBSON, PLLC
Attorney's Name/Law Firm
BAY ST. LOUIS, MS 39520
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes [X]      No [ ]

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? _____

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

- [ ] irritation to eyes
- [ ] burning of eyes
- [ ] tearing of eyes
- [ ] irritation to nasal membranes (inside of nose)
- [ ] burning of nasal membranes (inside of nose)
- [ ] bleeding of nasal membranes (inside of nose)
- [ ] irritation or itching of skin
- [ ] burning of skin
- [ ] rashes on skin
- [ ] drying or scaling of skin
- [ ] scaling or itching of eyelids
- [ ] irritation or swelling of eyelids or eye area
- [ ] tingling or swelling of lips or face area
- [ ] headaches
- [ ] nausea
- [ ] vomiting
- [ ] bloody vomiting
- [ ] abdominal pain
- [ ] diarrhea
- [ ] difficulty in breathing
- [ ] wheezing
- [ ] shortness of breath
- [ ] persistent cough
- [ ] tightness of the chest

3

IV. **FAMILY INFORMATION**

    A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐    No ☐    Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

    B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐    No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V. **FEMA TRAILER OR MOBILE HOME UNIT**

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

    A. Please provide the following information regarding the FEMA trailer or mobile home:

        1. Manufacturer of trailer or mobile home: Jayco

        2. VIN: 5L4TF322463014283

        3. FEMA Identification No.: 921177170

        4. Bar Code Number on FEMA housing unit: 1250616

8

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Charlotte Paige_  _CHARLOTTE PAIGE_  _____
**Signature of Plaintiff**        **Print Your Name**        **Date**

OBO I█████ P█████         OBO I█████ P█████

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: _____ | ) ) ) | |
| Christopher J. Paige | ) | |

## PLAINTIFF FACT SHEET

### I.  INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II.  PERSONAL INFORMATION

A. Name (person completing form): Christopher Jamel Paige

B. Maiden or other names used or by which you have been known: _____

C. Current Street Address: ~~332 Lorrain Ave~~  24120 Annette Lane Lot # 24  Pass Christian, MS 39571

D. Home Telephone No.: ~~228-452-7244~~  228.222.0915
   Cell Phone No.: 228.216.3040
   Work Telephone No: _____
   Other Telephone Nos.: _____

E. Email address: _____

## III.  CASE INFORMATION

A.  If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1. State which individual or estate you are representing: _____

   2. Maiden Or Other Names Used or By Which Such Person Has Been Known: _____

   3. Address (or last known address if deceased): _____

   4. Home Telephone No.: _____
      Cell Phone No.: _____
      Work Telephone No: _____
      Other Telephone Nos.: _____

   5. E-mail address: _____

   6. If you were appointed as a representative by a court, state the:

2

Court: _____   Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? __self__

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

   _____
   _____

B. Please state the name and address of the attorney representing you:

   EDWARD GIBSON      HAWKINS, STRACENER & GIBSON, PLLC
   Attorney's Name/Law Firm
   BAY ST. LOUIS, MS 39520
   City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

   1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
      Yes [X]      No [ ]

   2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? __risk of can__

   3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| | |
|---|---|
| ☐ irritation to eyes | ☐ tingling or swelling of lips or face area |
| ☐ burning of eyes | ☐ headaches |
| ☐ tearing of eyes | ☐ nausea |
| ☐ irritation to nasal membranes (inside of nose) | ☐ vomiting |
| ☐ burning of nasal membranes (inside of nose) | ☐ bloody vomiting |
| ☐ bleeding of nasal membranes (inside of nose) | ☐ abdominal pain |
| ☐ irritation or itching of skin | ☐ diarrhea |
| ☐ burning of skin | ☐ difficulty in breathing |
| ☐ rashes on skin | ☐ wheezing |
| ☐ drying or scaling of skin | ☐ shortness of breath |
| ☐ scaling or itching of eyelids | ☐ persistent cough |
| ☐ irritation or swelling of eyelids or eye area | ☐ tightness of the chest |

3

IV. **FAMILY INFORMATION**

    A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐    No ☐    Don't Know ☐

    *If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

    B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐    No ☒

    *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V. **FEMA TRAILER OR MOBILE HOME UNIT**

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

    A. Please provide the following information regarding the FEMA trailer or mobile home:

        1. Manufacturer of trailer or mobile home: Jayco

        2. VIN: 5L4TF322463014283

        3. FEMA Identification No.: 921177170

        4. Bar Code Number on FEMA housing unit: 1250616

8

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   _Christopher Paige_____   _____
**Signature of Plaintiff**                **Print Your Name**             **Date**

18