# Roslyn West

| | |
|---|---|
| **From:** | Annarose Swersey |
| **Sent:** | Monday, November 07, 2011 9:06 AM |
| **To:** | 'egibson@hsglawfirm.net'; 'twise@hsglawfirm.net'; 'chante@hsglawfirm.net' |
| **Cc:** | Tom Cougill; Renee Rubert; Roslyn West |
| **Subject:** | RE: Notice of Voluntary Dismissal - Paige Family |
| **Attachments:** | Paige - Voluntary Dismissal.docx; Paige, Charlotte - PFS.pdf; Jayco VIN Description.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counselors,

I am following up on Tom Cougill's e-mail sent to you on 10/24/11 regarding 6 plaintiffs in the Christine Kellsten case (10-0269) who did not live in a travel trailer manufactured by Jayco. Please file the attached notice of voluntary dismissal and sue the correct entity.
Thank you for help in this matter.

*Annarose Swersey*



Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
713.333.7600 (Office)
713.333.7601 (Fax)
AnnaroseS@willingham-law.com
www.willingham-law.com

The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

---

**From:** Tom Cougill
**Sent:** Monday, October 24, 2011 12:05 PM
**To:** egibson@hsglawfirm.net; twise@hsglawfirm.net; chante@hsglawfirm.net
**Cc:** Renee Rubert; Roslyn West; Annarose Swersey
**Subject:** FW: Notice of Voluntary Dismissal - Paige Family

Counselors:

Please see the attached Notice of Voluntary Dismissal regarding plaintiffs Jalisha Paige (individually and obo D.C.), Charlotte Paige (individually and obo I.N.P and I.D.P.), and Christopher Paige.

Please keep in mind that all travel trailers and/or mobile homes manufactured by Jayco can be identified by the VIN beginning with "1UJB" (see attached document detailing how to identify a Jayco VIN).



The above-mentioned plaintiffs all provided the VIN "5L4TF322463014283" on their plaintiff fact sheets (also see attached) and have therefore incorrectly sued Jayco as the travel trailer manufacturer. We ask that you file this notice of voluntary dismissal and sue the correct entity.

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**



**Neil Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002**
(713) 333.7600 (office)
(713) 333.7601 (fax)
tomc@willingham-law.com

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**