UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Jessie Thomas v. Jayco, Inc.* | * | |
| Docket No. 10-1277 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Andrew Tran | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco, Inc. and CH2M Hill Constructors, Inc., is **Wednesday, February 22, 2012 at 9:30 a.m.,** before Judge Kurt Engelhardt; pertaining to plaintiff: Andrew Tran.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: _s/*Thomas L. Cougill*_
   THOMAS L. COUGILL
   Texas State Bar No. 04877300
   Louisiana State Bar No. 31112
   R. MARK WILLINGHAM
   Texas State Bar No. 21641500
   JEFFREY P. FULTZ
   Texas State Bar No. 00790728
   Mississippi Bar No. 101058
   Niels Esperson Building
   808 Travis Street, Suite 1608
   Houston, Texas  77002
   (713) 333-7600 – Telephone
   (713) 333-7601 – Facsimile

   **Attorneys for Jayco, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: _s/*Gerardo R. Barrios*_
   ROY C. CHEATWOOD (La. Bar No. 4010)
   GERARDO R. BARRIOS (La. Bar No. 21223)
   M. DAVID KURTZ (La. Bar No. 23821)
   KAREN KALER WHITFIELD (La. Bar No. 19350)
   WADE M. BASS (La. Bar No. 29081)
   No. 3 Sanctuary Boulevard, Suite 201
   Mandeville, La 70471
   (985) 819-8400 – Telephone
   (985) 819-8484 – Facsimile
   rcheatwood@bakerdonelson.com
   gbarrios@bakerdonelson.com
   dkurtz@bakerdonelson.com
   kwhitfield@bakerdonelson.com
   wbass@bakerdonelson.com

   **Attorneys for CH2M Hill Constructors, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 1st day of February, 2012.

                                                    s/Thomas L. Cougill  
                                                  THOMAS L. COUGILL