

# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS          LOUISIANA          MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                 *TomC@willingham-law.com*

April 13, 2011

Robert C. Hilliard                                         ***Via Email and Regular U.S. Mail***
Mikal C. Watts
Robert C. Hilliard, LLP
719 S. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
bobh@hmglawfirm.com
mcw@wgclawfirm.com

Dear Robert:

     Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Donald Acker v. Jayco, Inc.*, cause no. 09-7804**

1. James Childs

***Sandy Barnes v. Jayco, Inc.*, cause no. 09-7887**

1. Tyrielle Prater

***Charles Burns v. Jayco, Inc.*, cause no. 10-2238**

1. Dianna Barnett
2. Ariel Boyle
3. Cynthia Brown
4. James Brown
5. Jonathan Brown
6. Charles Burns



***Charles Burns v. Jayco, Inc.,* cause no. 10-2238 (cont'd)**

7. Teresa Byrd
8. Dorothy Carr
9. Tiffany Chapman
10. Jermain Collins
11. Dorothy Dillon
12. Robert Dossett
13. John Ellis
14. Endeya Garner
15. Ashlee Gordon
16. David Gordon
17. Joshua Gordon
18. Jatique Johnson
19. Swadrian Johnson
20. Tyesha Johnson
21. Brittany LaFontaine
22. Stephanie Larsen
23. Brenda Lee
24. Kevin Lizana
25. Brandy Necaise
26. Cambria Necaise
27. Cameron Necaise
28. Scott Necaise
29. Alphanse Robinson
30. Desmond Robinson
31. Samantha Seymour
32. William Seymour
33. William Seymour (obo William Seymour)
34. James Smith
35. Yvonne Smith
36. Robert Taylor
37. Christy Theroit
38. Michael Thorn

***Mark Stockman v. Jayco, Inc.,* cause no. 09-7083**

1. Joyce LaFonta

***Jessie Thomas v. Jayco, Inc.,* cause no. 10-1277**

1. Roland Ayo
2. Kayana Beemon-Pittman
3. Andrea Bilbo
4. Chester Bilbo
5. Terry Bilbo
6. Tyler Bilbo

*Jessie Thomas v. Jayco, Inc.*, cause no. 10-1277 (cont'd)

7. Marie Cousin (obo A.C.)
8. Marie Cousin (obo D.C.)
9. Marie Cousin (obo G.C.)
10. Ronda Campbell
11. Jasmine Ceasar
12. L'Trail Ceasar
13. Kevin Cenales
14. Pamela Freeman
15. Keinra Gates
16. Lass Hartman (obo W.H.)
17. Lass Hartman
18. Patrick Hartman
19. Robert Hartman (211590)
20. Robert Hartman (215345)
21. Sacha Hartman
22. Deante Hinton
23. Fulston Hinton
24. Jabaree Hinton
25. Linda Hinton
26. Terrell Jones (obo T.J.)
27. Lenora Jones
28. Terrell Jones
29. Amaree Lavine
30. Natalie Lawless
31. Carleen Lee
32. James Lee
33. Michelle Marasco
34. Kelly Mays
35. Bingley Mitchell
36. Branden Mitchell
37. Joshua Mitchell
38. Keith Mitchell
39. Stacie Pierre (obo K.P. – Pierre 1)
40. Stacie Pierre (obo K.P. – Pierre 2)
41. Stacie Pierre (obo K.P. – Pierre 3)
42. Linda Hinton (obo D.P.)
43. Warren Payne
44. Alana Perez
45. Hugo Perez
46. Ivan Perez
47. Manuel Perez
48. Ashley Petorski
49. Eric Petorski
50. Stacie Pierre

*Jessie Thomas v. Jayco, Inc.,* **cause no. 10-1277 (cont'd)**

51. Whitney Pinkney
52. Kellie Ponthieux
53. Brandon Reynolds
54. Lenora Jones (obo C.S.)
55. China Sheldon
56. Gaysha Sheldon
57. Jail Sheldon
58. Xavier Sheldon
59. Twyla Stone
60. Jessie Thomas
61. Gizelda Toomer
62. Jamaal Toomer
63. Lakoya Touson
64. Leaaji Touson
65. Leroy Touson
66. Andrew Tran
67. Asia Turner
68. Edward Turner
69. Linda Hinton (obo A.W.)

*Sibbonai Williams v. Jayco, Inc.,* **cause no. 10-2288**

1. Isaiah Haynes
2. Mary Ladner
3. Sabrina Williams
4. Sibbonai Williams
5. Teddy Williams

*Charlotte Bell v. Starcraft RV, Inc.,* **cause no. 09-0559**

1. Columbus Augustus
2. Henry Topps (obo E.B.)
3. Amanda Bailey (obo J.B.)
4. Amanda Bailey (obo R.B.)
5. Joseph Bui (obo V.B.)
6. Amanda Bailey
7. James Bailey
8. Charlotte Bell
9. David Bennett
10. Stacey Bennet
11. Julia Benoit
12. Kevin Benoit
13. Gloria Blakeney
14. Jonathan Blakeney
15. Ronald Blakeney

*Charlotte Bell v. Starcraft RV, Inc.*, cause no. 09-0559 (cont'd)

16. Szchonia Bonner
17. Desmine Brown
18. Exie Brown
19. Paul Brown
20. Joseph Bui
21. Denise Cameron (obo D.C.)
22. Exie Brown (obo D.C.)
23. Denise Cameron
24. Marlon Cameron
25. Carla Crane
26. Connie Crapeau
27. Joseph Crapeau
28. John Cullum
29. Cherry Nurse (obo B.D.)
30. Kevin Hill (obo S.D.)
31. Donnie Davis
32. James Davis
33. Jessica Davis
34. Samantha Farve
35. Darlene Farve
36. Shalon Fincher
37. Darlene Galloway, Sr. (obo D.G.)
38. Coriel Galloway
39. David Galloway
40. Randall Galloway
41. Tracy Gavney
42. Raymond Goins
43. Paige Gomillion
44. Stacey Goodole
45. Brenda Green
46. Mary Hall (obo D.H.)
47. Son Hoang (obo H.H.)
48. Kevin Hill (obo T.H.)
49. Sarah Hager
50. Thilbert Hager
51. Mary Hall
52. Ky Hoang
53. Ngan Hoang
54. Son Hoang
55. Robert Humphrey
56. April Jones (obo A.J.)
57. April Jones (obo C.J.)
58. Elliott Jackson
59. William Jackson

*Charlotte Bell v. Starcraft RV, Inc.*, cause no. 09-0559 (cont'd)

60. April Jones
61. Szchonia Bonner (obo A.K.)
62. Marsha King
63. Catherine Vincent (obo A.L.)
64. Angela Ladner
65. Hoang Le
66. Abry Liebig
67. Nicholas Lobello
68. Angel McKenzie (obo A.M.)
69. Gabrielle Mitchell (obo B.M.)
70. Angel McKenzie (obo M.M.)
71. Sandra Smith (obo S.M.)
72. Robert McClain
73. Angel McKenzie
74. Gabrielle Mitchell
75. Hoang Le (obo D.N.)
76. Hoang Le (obo J.N.)
77. Tony Nations
78. Dung Nguyen
79. Frank Nguyen
80. Hue Nguyen
81. My Nguyen
82. Ngoe Minh Nguyen
83. Cherry Nurse
84. Marsha King (obo K.P. 1)
85. Marsha King (obo K.P. 2)
86. George Powe (obo G.P.)
87. Eric Perkins
88. Roman Piernas
89. George Powe
90. Ronald Ramsey
91. Sylvia Rusch
92. Amanda Sawin
93. Jessica Shaw
94. Paul Shaw
95. Sandra Smith
96. William Smith
97. Hue Nguyen (obo C.T.)
98. Hue Nguyen (obo K.T.)
99. Henry Topps (obo K.T.)
100. Mary Thomas
101. Ronald Thompson
102. Henry Topps
103. Lola Topps
104. Dong Tran

*Charlotte Bell v. Starcraft RV, Inc.,* **cause no. 09-0559 (cont'd)**

    105. Alfred Vega
    106. Catherine Vincent
    107. Ruby Wallace
    108. Denese Williams

*Edwin Bennett v. Starcraft RV, Inc.,* **cause no. 09-7920**

    1. Steve Poyadou

*Rhonda Bowens v. Starcraft RV, Inc.,* **cause no. 09-4740**

    1. Jerry Banks
    2. Jarrel Bowens
    3. Rhonda Bowens
    4. Clifford Salter
    5. Inoka Salter
    6. Makayla Salter

*Linda Bradburry, ANF of L.A. v. Starcraft RV, Inc.,* **cause no. 10-2215**

    1. Lisa Autry
    2. Darrian Elliot
    3. Kiara Ellis
    4. La'Tarya Ellis
    5. Tiara Ellis
    6. Toocara Ellis
    7. Jaden McCray
    8. Karen Nettles
    9. Myangel Nettles
    10. Herbert Powe
    11. Josephine Powe
    12. Destin Swanson

*Thomas Morgan v. Starcraft RV, Inc.,* **cause no. 10-2260**

    1. Bobbi Allen
    2. Linda Bradbury
    3. Mitchell Dedeaux
    4. Deborah Goins
    5. James Harvey
    6. Lula Harvey
    7. Logan Kreeger
    8. Karen Lewis
    9. Makalia Mercadel
    10. Thomas Morgan

*Thomas Morgan v. Starcraft RV, Inc.*, **cause no. 10-2260 (cont'd)**

    11. Glenda Simpson
    12. Jerry Smith
    13. Nathan Spiers
    14. Winnifred Williams

*Inoka Salter, obo Caitlyn McDavell v. Starcraft RV, Inc.*, **cause no. 10-1291**

1. Eric Alligood
2. Joseph Boyd
3. Mary Boyd
4. Allison Cook
5. Walter Cousin
6. Chanel Dixon
7. Mary Boyd (obo J.E.)
8. Brianna Gintz
9. Carmen Gintz
10. Cheyenne Gintz
11. Dean Gintz
12. Joshua Gintz
13. Shilah Gintz
14. Bernilla Goodly
15. Mary Boyd (obo M.H.)
16. Mary Boyd (obo N.H.)
17. Crystal High
18. Tommy High
19. Ronald Kelly (237654)
20. Ronald Kelly, III
21. Ronald Kelly (237663)
22. Sarah May (obo B.M.)
23. Sarah May (obo L.M.)
24. Sarah May
25. Caitlyn McDavell
26. Mason Metz
27. Kathryn Tillison
28. Larry Tillison
29. Brittany Vaultz
30. Elizabety Webb
31. Juliet Webb
32. Quintin Webb
33. Seth Wolfe

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

              Regards,
              **Willingham, Fultz & Cougill, LLP**

              Tom L. Cougill

TLC/rmw

cc:    Jerry Meunier *(via email)*
       Andrew Weinstock *(via email)*
       Henry Miller *(via email)*
       Gerald Meunier *(via email)*
       Justin Woods *(via email)*