# Roslyn West

| | |
|---|---|
| **From:** | Annarose Swersey |
| **Sent:** | Tuesday, October 25, 2011 8:28 AM |
| **To:** | bobh@hmglawfirm.com; 'nporter@wgclawfirm.com' |
| **Cc:** | Tom Cougill; Renee Rubert; Roslyn West |
| **Subject:** | RE: Notice of Voluntary Dismissal - Andrew Tran |
| **Attachments:** | Tran - Voluntary Dismissal.docx; Tran, Andrew rec'd 042711 #408.pdf; Jayco VIN Description.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counselors,

I am following up on Tom Cougill's e-mail to you on 9/28/11 (see below) regarding plaintiff Andrew Tran in the Jessie Thomas case (10-1277), who provided a VIN that does not correspond to a travel trailer manufactured by Jayco. Please file the attached notice of voluntary dismissal and sue the correct entity, or provide supplemental information correcting the discrepancy. Thank you for your help.

Annarose

---

**From:** Tom Cougill
**Sent:** Wednesday, September 28, 2011 9:46 AM
**To:** bobh@hmglawfirm.com; tweitzel@wgclawfirm.com; nporter@wgclawfirm.com
**Cc:** Renee Rubert; Roslyn West; Annarose Swersey
**Subject:** FW: Notice of Voluntary Dismissal - Andrew Tran

Counselors:

Please see the attached Notice of Voluntary Dismissal regarding Plaintiff Andrew Tran.

Please keep in mind that all travel trailers and/or mobile homes manufactured by Jayco can be identified by the VIN beginning with "1UJB" (see attached document detailing how to identify a Jayco VIN).

Plaintiff Andrew Tran provided the VIN "SB4GA103061273" on his plaintiff fact sheet (also see attached) and identified Scot Bilt as the manufacturer, and has therefore incorrectly sued Jayco as the travel trailer manufacturer. We ask that you file this notice of voluntary dismissal and sue the correct entity.

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**



**WILLINGHAM, FULTZ & COUGILL LLP**

**Neil Esperson Building
808 Travis Street, Suite 1608**



**Houston, Texas 77002**
(713) 333.7600 (office)
(713) 333.7601 (fax)
tomc@willingham-law.com

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**