

**Allen & Gooch**
A Law Corporation

VIA FACIMMILE ONLY 601-355-0530

April 11, 2011

The Law Office of John Arthur Eaves
101 N. State Street
Jackson, MS 39201

RE:  FEMA Trailer Formaldehyde Product Liability Litigation
     MDL No. 1873    Section "N-5"
     Claim No. JY08J0372449 (Heartland)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Alfred Thomas** named in suit number 09-8147.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc:  Gerald Meunier, Esq. (via Email)
     Andrew Weinstock, Esq. (via Email)
     David Kurtz, Esq. (via Email)
     Henry Miller, Esq. (via Email)
     Ralph Hubbard III, Esq. (via Email)
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA


EXHIBIT A



Allen & Gooch
A Law Corporation

**VIA FACIMMILE ONLY**

September 7, 2011

Law Firm of John Arthur Eaves
101 N. State St.
Jackson, MS 39201

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873      Section "N-5"
Claim No. JY08J0372449 (Heartland)

Dear Sir:

Attached please find the deficiency notices regarding Savannah Finncy. previously sent to Frank D'Amico. After further review, we have discovered that your office filed a lawsuit on behalf of Ms. Finney (Finney v. Heartland 09-8157. However, we have not received a PFS from your office.

Please provide Plaintiff Fact Sheet for Ms. Fincy. Otherwise, we will move to dismiss your client's claim.

Your cooperation would be appreciated. Thanks.
Sincerely,

/s/ BMM

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Case 2:07-md-01873-KDE-MBN   Document 24363-3   Filed 02/02/12   Page 3 of 3
From: FAXmaker    To: Law office of John Arthur Eaves- April    Page: 3/3    Date: 9/7/2011 4:20:46 PM

From: FAXmaker    To: Frank D'Amico- Attn: Reed Bowman (Mrs    Page: 2/7    Date: 6/28/2011 5:31:10 PM



**Allen & Gooch**
A Law Corporation

**VIA FACIMMILE ONLY 504-525-1167**

June 28, 2011

Law offices of Frank J. D'Amico, Jr.
622 Barronne Street
New Orleans, LA 70113

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873     Section "N-5"
      <u>Claim No. JY08J0372449</u> (Heartland)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Heartland Recreational Vehicles LLC is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Savannah Finney.**

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

/s/ MR

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM/rgd
Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA