IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE         MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                                               SECTION N(5)

                                                               JUDGE ENGELHARDT

                                                               MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Jessica Hammons v. Vanguard Industries of Michigan a/k/a Palomino RV, Bechtel National, Inc. Madison Services, Inc., Civil Action No. 3:10-CV-529 HSO JMR, (U.S.D.C., So. Dist. Miss.); 10-4130

Catherine Mayes and James Mayes v. Madison Services, Inc., and John Doe 1 and John Does 2-50, Civil Action No. 1:10-CV-454 HSO JMR, (U.S.D.C., So. Dist. Miss.); 10-4128

Sheila Spiers v. Motex Enterprises, Inc., Keystone Industries, Inc., Sunnybrook RV, Inc., Madison Services, Inc., Bechtel National, Inc., and John Doe 1-50, Civil Action No. 1:10-CV-449 LG RHW, (U.S.D.C., So. Dist. Miss.); 10-4125

_____

**AMENDED UNOPPOSED MOTION TO DISMISS DEFENDANT,
MADISON SERVICES, INC., WITHOUT PREJUDICE**
_____

COMES NOW, the Defendant, Madison Services, Inc., by and through counsel, and submits this Amended Unopposed Motion to Dismiss Defendant, Madison Services, Inc., Without Prejudice in this matter and would show unto the Court that undersigned counsel has conferred with counsel for Plaintiffs, and he has agreed to the dismissal.

WHEREFORE, PREMISES CONSIDERED, Defendant Madison Services, Inc., respectfully requests that this Court grant this Motion to Dismiss Defendant Madison Services, Inc., Without Prejudice in each of the above referenced matters.

This the 2nd day of February, 2012.

                                        Respectfully submitted,

                                        MADISON SERVICES, INC.

                              By:    */s/ Rebecca B. Cowan*
                                        EDWARD J. CURRIE, JR., MSB #5546
                                        REBECCA B. COWAN, MSB#7735

OF COUNSEL:

CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive
Jackson, MS 39232
P. O. Box 750
Jackson, MS 39205-0750
Telephone: (601)969-1010
Facsimile: (601)969-5120

**CERTIFICATE OF SERVICE**

      I, Rebecca B. Cowan, do hereby certify that I have this day electronically filed with the Clerk of the Court using the ECF system a true and correct copy of the foregoing document, who sent notification to such filing to the following:

Edward Gibson, Esq.
Rose M. Hurder, Esq
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
228-469-0785
*Counsel for Plaintiffs*

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David, Meunier
   & Warshauer, LLC
1100 Poydras Street
New Orleans, LA. 70163
      *Plaintiffs' Liaison Counsel*

M. David Kurtz, Esq.
Karen K. Whitfield, Esq.
Catherine N. Thigpen, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
      *Contractors' Liaison Counsel*

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister &
   Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
      *Defendants' Liaison Counsel*

THIS the 2nd day of February, 2012.

                                              */s/ Rebecca B. Cowan*
                                             REBECCA B. COWAN