IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                                           SECTION N(5)

                                                           JUDGE ENGELHARDT

                                                           MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Jessica Hammons v. Vanguard Industries of Michigan a/k/a Palomino RV, Bechtel National, Inc. Madison Services, Inc., Civil Action No. 3:10-CV-529 HSO JMR, (U.S.D.C., So. Dist. Miss.); 10-4130

Catherine Mayes and James Mayes v. Madison Services, Inc., and John Doe 1 and John Does 2-50, Civil Action No. 1:10-CV-454 HSO JMR, (U.S.D.C., So. Dist. Miss.); 10-4128

Sheila Spiers v. Motex Enterprises, Inc., Keystone Industries, Inc., Sunnybrook RV, Inc., Madison Services, Inc., Bechtel National, Inc., and John Doe 1-50, Civil Action No. 1:10-CV-449 LG RHW, (U.S.D.C., So. Dist. Miss.); 10-4125

---

### AGREED ORDER OF DISMISSAL OF MADISON SERVICES, INC.

---

Upon the Court having been informed that the Plaintiffs have agreed to dismiss the Defendant, Madison Services, Inc., without prejudice in each of the above styled matters;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant, Madison Services, Inc., be and is hereby dismissed as a Defendant to the plaintiffs' complaint referenced above without prejudice.

SO ORDERED AND ADJUDGED, this the ___ day of _____, 2012.

                                                   _____
                                                   UNITED STATES DISTRICT  JUDGE

1

AGREED TO:

/s/ C. Edward Gibson, IV
C. Edward Gibson, IV, Esq., # 100640, Attorney for Plaintiffs

/s/ Rebecca B. Cowan
Rebecca B. Cowan, Esq., #7735, Attorney for Defendant, Madison Services, Inc.