UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:

*Lovella Hill, et al versus*
*Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 10-3955*    :    MAG. JUDGE ALMA L. CHASEZ

Plaintiffs: pertains to all plaintiffs
    Lovella Hill
    Roosevelt Hill

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiffs against Heartland, reserving claims against other Defendants:

- Lovella Hill
- Roosevelt Hill

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Judge