UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 10-3610

## ORDER AND REASONS

Before the Court is a Motion for Reconsideration and/or Relief from an Order Pursuant to Federal Rule of Civil Procedure 60(a) (Rec. Doc. 23899), in which plaintiff Precious Dundy asks the Court to vacate its Order and Reasons dated November 16, 2011 (Rec. Doc. 23546) denying the Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 23267). Defendant Sentry Insurance A Mutual Company ("Sentry") has filed a memorandum in opposition to the instant motion. *See* Rec. Doc. 23957. Having carefully considered the arguments presented by the parties and the applicable law,

**IT IS ORDERED** that the **Motion for Reconsideration and/or Relief from an Order Pursuant to Federal Rule of Civil Procedure 60(a) (Rec. Doc. 23899),** filed by Precious Dundy, is hereby **DENIED** for the reasons set forth in Sentry's opposition memorandum (Rec.Doc.23957).

New Orleans, Louisiana, this __2nd__ day of February, 2012.

                                **KURT D. ENGELHARDT**  
                                **United States District Court**