UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>　　　　FORMALDEHYDE PRODUCTS<br>　　　　LIABILITY LITIGATION | *   MDL NO. 1873<br>*<br>*   SECTION "N" (5)<br>*<br>*   JUDGE ENGELHARDT<br>*   MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| 09-2961  *Baquet, et al v. Forest River, Inc.*<br>09-8375  *Lazard, et al v. Vanguard Industries*<br>　　　　*of Michigan, Inc.*<br>10-2304  *Celestine, et al v. Vanguard Industries*<br>　　　　*of Michigan, Inc.*<br>10-2336  *Albert, et al v. Forest River, Inc.*<br>10-4663  *Hill, et al v. Forest River, Inc.*<br>11-850   *Jones, et al v. Forest River, Inc.* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTAIN PLAINTIFFS' MOTION FOR PARTIAL RELIEF FROM JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 60(b), Certain Plaintiffs John A. Davis, Cheryl A. Washington, individually and on behalf of Arthur Washington and Isaiah Washington, Brian Clayton, Julien Dennis, Hailey Fontenot, Johnathan Fontenot Jr., Justin Fontenot, Nyriel Davis, Ashley Johnson, Beatrice Jones, Arthur Lawrence, Arthur Parker, Gary Richard Sr., Earnest Russell, Sabrina Thompson, Jasmine Thompson, Quintrice Thompson, Tia Thompson, Dianne Thornton, James Washington, Keoka Johnson, George Slan III on behalf of Cedric Roger, and Larries McGrew, on behalf of D'Morris Hill respectfully request that this Court grant partial relief from the Order of Dismissal entered (Rec. Doc. 22956) in the above referenced cases, granting Defendant Forest River, Inc. and Vanguard LLC's Motion to Dismiss (Rec. Doc. 22607), for the reasons set out in more detail in the attached Memorandum.

Respectfully submitted,

### THE BUZBEE LAW FIRM

By: */s/ Peter K. Taaffe*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.: (713) 223-5393
    Fax: (713) 223-59009

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that on February 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    */s/ Peter K. Taaffe*
    Peter K. Taaffe