# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to:** Houston Office

June 8th, 2011

**Via Email and Regular U.S. Mail**
Carson W. Strickland
cstrickland@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA 70139

Re:     *In Re:  FEMA Trailer Products Liability Litigation*
        In the Eastern District of Louisiana, New Orleans Division, Cause No. MDL No. 1873

Dear Counsel:

We received your May 2nd, 2011 correspondence regarding missing Plaintiff Fact Sheets for our clients that lived in Forest River or Vanguard units.  We found that many had been previously submitted by the Claims Office, but either had their other trailer listed as manufacturer or had an unknown manufacturer.  Other Plaintiff Fact Sheets were submitted by our office but did not have the trailer information completed at that time.  Enclosed you will find a CD that contains some of the missing Plaintiff Fact Sheets as well as Errata Sheets that cure many of the trailer related deficiencies.  The Buzbee Law Firm clients on this CD are listed in Schedule A.

Yours Very Truly,

David Carr

DCC

Enclosure

cc:

**Via E-Mail**
Anthony G. Buzbee
Peter K. Taaffe
Andrew D. Weinstock
Gerald Meunier
Justin Woods

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

EXHIBIT
C

Schedule A

1.  Sarah Baham
2.  Eugene Barnes
3.  Arnold Basquine obo Arnold Greene
4.  Arnold Basquine obo Roy Lee
5.  Duran Battie Sr. obo Duran Michael Battie Jr.
6.  Duran Michael Battie Sr.
7.  Duran Battie Sr. obo Diamond Battie
8.  Duronte Battie
9.  Helen Hutchinson Battie
10. Jezmine M Battie
11. Tranace Battie obo Morrow Battie
12. Tranace Alicia Battie
13. Eugene Bibbins
14. Lionel Blakes
15. Gregory Bradley
16. Donna Brown obo Donna Lin Richardson
17. Gladys Brown
18. Latoya Lee Brown
19. Kelvin Willie Burnett
20. Antoinette Butler obo Anthony Ulmer
21. Mary Butler
22. Kayla Danyel Captain
23. Kayla Captain obo Kaleb Fontenot
24. Kayla Captain obo Randy Fontenot
25. Irma Casnaw
26. Betty Celestine
27. Betty Chester obo Lian Chester
28. Betty Chester obo Lion Chester
29. Brian Clayton
30. Benjamin I. Corsey Sr.
31. John A. Davis
32. Julien Maurice Dennis
33. Damien Dillon
34. Gwendolyn Faye Duhe
35. Annie Mae Dupree
36. Paulette S. Edward
37. Shontay Fontenot obo Hailey Fontenot
38. Shontay Fontenot obo Justin Fontenot
39. Shontay Laray Fontenot
40. Shontay Fontenot obo Johnathan Fontenot Jr.
41. Napoleon Foster obo Nyriel Nicole Davis
42. Karen R. Gardiner
43. Sheryl Diane Gilbert
44. Stephanie Gobert obo Shannon D'Bell Jr.
45. Sandra Goodman obo Chaundell Goodman

46. Sandra Goodman obo Dennis Goodman
47. Sandra Goodman obo Dennisha Goodman
48. Sandra Marie Goodman
49. Edmon Harris
50. LeRoy Richardson III
51. Jerron Jozy Henry
52. Laura Herbert
53. Laura Ann Hilton
54. Laura Hilton obo George Hilton
55. Laura Hilton obo Roy Hilton
56. Gilda Jetson
57. Ashley Terrilyn Johnson
58. Keoka Rocketta Johnson
59. Beatrice Jones
60. Cornelius Jones
61. Cornelius Jones obo Cornelius Jones
62. Latasha Jones-Dillon obo Greggionte Jones
63. Emma Jean Jones
64. Hoover Jones
65. Naomi M. Jones
66. Zavion Jones
67. Contance Jordan obo Bruce Lee Jordan
68. Constance Jordan
69. Consuella Jordan
70. Bobbie Kirk
71. Bobbie Kirk obo Carrie Kirk
72. Bobbie Kirk obo Joshua Smith
73. Betty Landry
74. Betty Landry obo Lauren Landry
75. Arthur Octave Lawrence
76. Yvonne A. Lazard
77. Roy Roger Lee
78. Timothy Ray Leonard
79. Carrie Watson Lewis
80. Latonya Sherrie London
81. LaTonya London obo Edbony London
82. LaTonya London obo Mary London
83. LaTonya London obo Darrell Madison
84. LaTonya London obo Darren Madison
85. LaTonya London obo Derrell Madison
86. Deborah London-Thomas obo Keyanna London
87. Deborah London-Thomas obo Rasheka London
88. Deborah Christine London-Thomas
89. Gloria McCall
90. Larries McGrew obo D'Morris T. Hill
91. Larries D. McGrew

92. Tracey Meador
93. Christine Myles obo Diamond Davenport
94. Christine Myles
95. Arthur Ellis Parker
96. Avis Payne
97. Miranda Payne
98. Charles J. Picot III
99. David W. Potts
100. Bridgette Reeves
101. Gary Richard Sr.
102. Nicole Riley obo Shikerian Demetrius Mason
103. Nicole Riley obo Nakia C.K. Picot
104. Nicole Denise Riley
105. Nicole Denise Riley obo Isis Simone Speights
106. Linda M.R. Robesten-Chase
107. Earnest J. Russell
108. George Slan III obo Cedric Roger
109. George Slan III
110. Edison Smith
111. Joshua Smith
112. Johnny Alvin Thomas
113. Quintrell Thompson
114. Sabrina Thompson obo Jasmine Thompson
115. Sabrina Thompson obo Quintrice Thompson
116. Sabrina Denise Thompson
117. Sabrina Thompson obo Tia Thompson
118. Dianne M. Thornton
119. Loretta G. Walker
120. Christopher R. Waller
121. James C. Waller
122. Jeanne F. Waller
123. Cheryl Washington obo Arthur W. Washington
124. Cheryl A. Washington
125. Cheryl Washington obo Isaiah Washington
126. James Washington
127. Paulette S. West
128. Warneshia Williams obo Bryant Williams
129. Warneshia Williams
130. Anthony J. Wilson
131. Charles Winston