UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| 09-2961  *Baquet, et al v. Forest River, Inc.* | * | |
| 09-8375  *Lazard, et al v. Vanguard Industries* | * | |
| *of Michigan, Inc.* | * | |
| 10-2304  *Celestine, et al v. Vanguard Industries* | * | |
| *of Michigan, Inc.* | * | |
| 10-2336  *Albert, et al v. Forest River, Inc.* | * | |
| 10-4663  *Hill, et al v. Forest River, Inc.* | * | |
| 11-850   *Jones, et al v. Forest River, Inc.* | * | |

### DECLARATION OF DAVID CARR

STATE OF TEXAS         §
COUNTY OF HARRIS    §

I, David Carr, make this declaration under penalty of perjury and state the following:

1. I am over 18 years of age and fully competent to make this declaration.

2. I graduated from Texas A&M University in 1990, served in the Marine Corps as an officer for four years, and obtained my MBA from Columbia University in 1997.

3. Since 2008, I have served as the Lead non-lawyer Case Administrator for the Buzbee Law Firm's formaldehyde trailer litigation cases.

4. One of my responsibilities as Case Administrator has been to assist the attorneys and clients in filling out Plaintiff Fact Sheets (PFS) as required by several Pre Trial Orders issued in this MDL.

5. The Buzbee Law Firm, like many other plaintiffs' firms, utilized the Claims Center office in New Orleans to assist with the completion of PFS. I understood that the Claims Center would transmit completed PFS forms to Manufacturing Liaison Counsel,

Andrew Weinstock, pursuant to Pre Trial Order 2.  When the Claims Center would make a transmission to Mr. Weinstock, they would advise my office as to the date of transmission of the PFS and the plaintiff(s) involved.

6. With some of this firm's clients, we did not utilize the Claims Office for PFS completion.  For those clients, our office completed the PFS and sent it directly to Mr. Weinstock's office, pursuant to Pre Trial Order 2.

7. Part of my work on PFS completion includes receiving and addressing deficiencies in PFS responses.

8. Over the course of 2011, I assisted Peter Taaffe, an attorney at the firm, in responding to over 2,000 claimed deficiencies.

9. I was provided with a deficiency letter from Forest River's counsel dated May 2, 2011.

10. I worked with attorneys at this office to prepare a response dated June 8, 2011.  In that response, this firm provided detailed information about the plaintiffs at issue, to Forest River's counsel.  This included "errata" sheets (supplements to the previously-submitted PFS forms), which stated that PFS forms had been previously submitted to Mr. Weinstock, from the Claims Center, along with the date of submission.

11. With respect to the Certain Plaintiffs at issue in this motion the following chart sets out when the PFS was submitted from the Claims Center to Mr. Weinstock's office (based on information provided to me by the Claims Center's staff) and when my office provided supplements directly to Forest River:

| Name | Date of Original Production of PFS / Date of Production of Supplement/Errata |
|---|---|
| John A. Davis | 3/2/1999 / 6/8/2011 |
| Cheryl A. Washington, individually | 7/16/2008 / 6/8/2011 |
| Cheryl Washington on behalf of Isaiah Washington | 12/30/2009 / 6/8/2011 |
| Brian Clayton | 7/28/2009 / 6/8/2011 |
| Julien Dennis | 7/16/2008 / 6/8/2011 |
| Hailey Fontenot | 8/1/2008 / 6/8/2011 |
| Johnathan Fontenot Jr. | 8/1/2008 / 6/8/2011 |
| Justin Fontenot | 8/1/2008 / 6/8/2011 |

2

| Nyriel Davis | 8/1/2008 |
| | 6/8/2011 |
| Ashley Johnson | 7/2/2009 |
| | 6/8/2011 |
| Beatrice Jones | 7/16/2008 |
| | 6/8/2011 |
| Arthur Lawrence | 7/16/2008 |
| | 6/8/2011 |
| Arthur Parker | 7/16/2008 |
| | 6/8/2011 |
| Gary Richard Sr. | 3/28/2009 |
| | 6/8/2011 |
| Earnest Russell | 7/16/2008 |
| | 6/8/2011 |
| Sabrina Thompson | 7/16/2008 |
| | 6/8/2011 |
| Jasmine Thompson | 7/16/2008 |
| | 6/8/2011 |
| Quintrice Thompson | 7/16/2008 |
| | 6/8/2011 |
| Tia Thompson | 7/16/2008 |
| | 6/8/2011 |
| Dianne Thornton | 7/16/2008 |
| | 6/8/2011 |
| James Washington | 5/6/2009 |
| | 6/8/2011 |
| Keoka Johnson | 7/5/2009 |
| | 6/8/2011 |

12. The following chart reflects when Certain Plaintiffs' PFS forms were submitted directly from the Buzbee Law Firm to Mr. Weinstock's office, based on Buzbee Law Firm records:

| Name | Date of Original Production of Fact Sheet Date of Production of Supplement/Errata |
|---|---|
| George Slan, III, on behalf of Cedric Roger | January 2010 |
| | 6/8/2011 |
| Cheryl Washington, on behalf of Arthur Washington | February 1, 2010 |
| | 6/8/2011 |
| Larries McGrew, on behalf of D'Morris Hill | January 2010 |
| | 6/8/2011 |

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2012.

                                           /s/David Carr
                                           David Carr