UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Boudreaux et al v. Dutchmen
Manufacturing, Inc., et al*
No. 10-2428

JURY DEMANDED

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs, Alyssa Boudreaux, Brandy Boudreaux, Christian Boudreaux, and Michael Boudreaux, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, the United States of America through the Federal Emergency Management Agency, Dutchmen Manufacturing, Inc., and Fluor Enterprises, Inc., in the Complaint previously filed in these proceedings on August 2, 2010, Case No. 10-cv-2428.  This dismissal does not affect Plaintiffs' suit against Defendants in *Ardon, et al v. Dutchmen Manufacturing, Inc., et al,* Suit No. 09-5366.

By:  /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084

>Telephone: (985) 536-1186
>Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

>/s/Matthew B. Moreland
>Matthew B. Moreland