UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO 10-2291
*Tuan Nguyen, et al v. Heartland Recreational*
*Vehicles, LLC, et al*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that plaintiffs in the referenced member case and defendant Heartland Recreational Vehicles, LLC have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the plaintiffs in the referenced member case against defendant Heartland Recreational Vehicles, LLC be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated.  The court retains jurisdiction to enforce the compromise agreed upon by the parties.  This Order of Dismissal shall not affect the claims of the plaintiffs against any defendants other than Heartland Recreational Vehicles, LLC.

**IT IS FURTHER ORDERED** that the jury trial, currently set for August 20, 2012, the final pretrial conference set for August 9, 2012, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 24343) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO**

**APPEAR.**

New Orleans, Louisiana, this 3rd day of February, 2012.

                        **KURT D. ENGELHARDT**
                        **UNITED STATES DISTRICT JUDGE**