UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                                     MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NO. 10-2248

## ORDER NO. 6 SEVERING CERTAIN CASES FOR TRIAL

Considering this Court's prior Orders and statements to counsel at the most recent general status conference regarding the Court's intention to immediately schedule for trial cases directly filed in or removed to the Eastern District of Louisiana in the event that the manufacturing defendant is unable to reach a global resolution of the claims filed against it; accordingly,

**IT IS ORDERED** that:

     1) The following member case is hereby severed from the MDL for purposes of trial:

          *Kasinda Brumfield, et al v. Pilgrim International, Inc., et al*, No. 10-2248.

     2)  Trial will commence in *Kasinda Brumfield, et al v. Pilgrim International, Inc., et al*, No. 10-2248, during the week beginning June 25, 2012 at 8:30 a.m., before the undersigned district judge with a jury.

     3) Motions to continue this trial date will be summarily denied.  Counsel are instructed to clear their calendars for sufficient days to complete a full jury trial.

     4) The Court will issue forthwith a Trial Scheduling Order, setting deadlines in the above

case.

    5) The above case is severed from the MDL for purposes of trial only and shall remain consolidated with all other member cases for pretrial purposes. Accordingly, pursuant to Pre-Trial Order No. 1 (Rec. Doc. 5) ¶¶8-9, all filings in the above case shall continue to be made in the master docket, with a notation listing the member cases to which the document applies. However, such filings shall be served electronically on counsel representing the parties in the member case, as well as on liaison counsel.

    New Orleans, Louisiana, this 3rd day of February, 2012

                                           **KURT D. ENGELHARDT**
                                           **UNITED STATES DISTRICT JUDGE**