UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE:  ENGELHARDT** |
| **This Document Relates to:** | * | |
| **All Cases** | * | **MAGISTRATE:  CHASEZ** |

*****************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

**MAY IT PLEASE THE COURT:**

Recreation by Design, LLC ("RBD") and TL Industries, Inc. ("TL") move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On January 20, 2012, the plaintiffs *via* the Plaintiffs Steering Committee, on the one hand, and RBD and TL and their insurer, Nautilus Insurance Company and Berkley Specialty Underwriting Managers, LLC, entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1]  In order to comply with the terms of the aforementioned MOU, RBD and TL request that their Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

WHEREFORE, RBD and TL respectfully move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

---

[1] Courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality.  *State Farm Fire and Casualty Company, et al v. Jim Hood, et al,* 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg,* 23 F.3d 772, 788 (3rd Cir. 1994).

        Respectfully submitted,

        */s/ Kelly M. Morton*
        LYON H. GARRISON, Bar No. 19591
        SCOTT P. YOUNT, Bar No. 22679
        RANDALL C. MULCAHY, Bar No. 26436
        DARRIN L. FORTE, Bar No. 26885
        KELLY M. MORTON, Bar No. 30645
        GARRISON, YOUNT, FORTE
        & MULCAHY, LLC
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana 70112
        Telephone: (504) 527-0680
        Facsimile: (504) 527-0686
        Attorneys for defendants,
        Recreation by Design, LLC
        TL Industries, Inc.
        Email: kmorton@garrisonyount.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 3, 2012, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

        */s/ Kelly M. Morton*
        KELLY M. MORTON, Bar No. 30645