UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: All Cases | * * | MAGISTRATE: CHASEZ |

***********************************************************************

# ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Recreation by Design, LLC, and TL Industries, Inc., are **GRANTED** leave of Court to file Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE