**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Hill, et al v. Forest River, Inc.* | * | |
| C.A. No. 10-4663 | * | |
| Plaintiff ADDIE HILL, only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF ADDIE HILL'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Addie Hill pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims, made in her individual capacity only, that she makes in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, any claims made by Addie Hill, in an individual or representative capacity, in any other complaints in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 3, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>        */s/ Peter K. Taaffe*        </u>
Peter K. Taaffe