UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | MAGISTRATE CHASEZ |
| *Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, | * | |
| EDLA No. 10-3686 (Loukevia M. Williams, individ. | * | |
| and o/b/o J.W., K.W., and Vernon Wiliams) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION/REPLY TO DEFENDANT LAYTON HOMES CORP.'S MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Plaintiffs, **Loukevia M. Williams, individually and o/b/o J.W., K.W., and Vernon Wiliams,** in the referenced matter respectfully opposes and replies to the defendant, Layton Homes Corp.'s ("Layton") MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS.

Counsel has conferred with opposing counsel since the filing of the referenced motion and he has consented to the proposed action as set forth herein and in the attached proposed Order.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph is without prejudice.  Counsel for the named plaintiffs at issue have consented to a dismissal *with prejudice solely as to the defendant, Layton*, while preserving all their claims against the other named defendants named in this matter

and those of these same plaintiffs as to other manufacturers named in other suits pending in this MDL proceeding (against Recreation By Design and Gulfstream).  The remaining Named Plaintiffs in the above captioned matter maintain their claims against all defendants. A proposed Order to this effect is attached as an exhibit to this Memorandum.

     Therefore, for the reasons discussed herein, the plaintiffs submit the Court should deny the defendant's motion for summary judgment and/or to dismiss the claims of **Loukevia M. Williams, individually and o/b/o J.W., K.W., and Vernon Wiliams**, and enter the attached proposed Order which has been consented to by the defendant Layton Homes Corp., as set forth herein.

                 Respectfully submitted,

                 LAW OFFICES OF SIDNEY D. TORRES, III,
                 *A PROFESSIONAL LAW CORPORATION*

                 By:    s/ Roberta L. Burns
                 SIDNEY D. TORRES, III, La. Bar No. 12869
                 ROBERTA L. BURNS, La. Bar No. 14945
                 Torres Park Plaza
                 8301 West Judge Perez Drive, Suite 303
                 Chalmette, LA 70043
                 Telephone: (504) 271-8421
                 Facsimile: (504) 271-1961
                 E-mail:    storres@torres-law.com
                                  rburns@torres-law.com
                 **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                              s/ Roberta L. Burns
                                                            **ROBERTA L. BURNS**