UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | MAGISTRATE CHASEZ |
| *Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, | * | |
| EDLA No. 10-3686 (Loukevia M. Williams, individ. | * | |
| and o/b/o J.W., K.W., and Vernon Wiliams) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing **PLAINTIFFS' MEMORANDUM IN OPPOSITION/REPLY TO DEFENDANT LAYTON HOMES CORP.'S MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**:

IT IS ORDERED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and with the consent of Mover, Layton Homes Corp., the claims of **Loukevia M. Williams, individually and o/b/o J.W., K.W., and Vernon Wiliams,** in the referenced matter are dismissed with prejudice solely as to the defendant, Layton Homes Corp., while preserving all their claims against the other named defendants named in this matter and those of these same plaintiffs as to other manufacturers named in other suits pending in this MDL proceeding (against Recreation By Design and Gulfstream).

The remaining Named Plaintiffs in the above captioned matter maintain their claims against all defendants.

New Orleans, Louisiana, this _____ day of _____, 2012.

               _____
               JUDGE KURT D. ENGELHARDT