# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | MAGISTRATE CHASEZ |

*Helen Albarado, et al. v. Keystone RV Company, et al.,*     *
**Suit No. 09-3731,  and**                                                         *
*Trina Ben, et al. v. Keystone RV Company, et al.,*            *
**Suit No. 10-3685**                                                               ,*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DUPLICATE CLAIMS UNDER RULE FRCP 41(a)(1)(A)(i)

Now into Court, through undersigned counsel, comes the following Named Plaintiff. Clifford W. Jiles, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,  hereby gives notice of his voluntary dismissal, without prejudice, of his claims against all defendant, Keystone RV Company only in the captioned Complaints, on the basis that his claims are duplicative of those set forth in the matter entitled *Foxworth, et al. v. Keystone RV Company, et al.*, Suit No. 09-7085, reserving all rights and allegations he has made in the captioned matters against all other named defendants and all claims asserted in *Foxworth, et al. v. Keystone RV Company, et al.*, Suit No. 09-7085. The remaining Named Plaintiffs in the above captioned matter maintain their claims against all defendants.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:      s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:          storres@torres-law.com
                     rburns@torres-law.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that, on the 4th day of February, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

              s/ Roberta L. Burns
              **ROBERTA L. BURNS**