# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Darryl Paul Lewis, Jr. v. Jayco, Inc.* | * | |
| Docket No. 09-5276 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: James McGuff | * | |
| Patsy Ann McGuff | * | |
| Patsy Ann McGuff a/n/f | * | |
| Malakian Turner | * | |
| Richard Oliver | * | |
| Sandra Oliver | * | |
| Sandra Oliver a/n/f Darryl Paul Lewis | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs James McGuff, Patsy Ann McGuff individually and as next friend of Malakian Turner, Richard Oliver, Sandra Oliver individually and as next friend of Darryl Paul Lewis, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ___3rd___ day of _____February_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1