UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                : JUDGE KURT D. ENGELHARDT
FORMALDEHYDE
PRODUCT LIABILITY
LITIGATION                         : DOCKET NO: MDL 1873 (N-5)

This Document Relates to:

*Savannah Finncy, et al versus*
*Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 09-8157*        : MAG. JUDGE ALMA L. CHASEZ

Plaintiffs: pertains to all plaintiffs
Savannah Finncy
Alfred Thomas

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

CONSIDERING THE FOREGOING Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiffs:

- Savannah Finncy
- Alfred Thomas

New Orleans, Louisiana, this __3rd__ day of ____February____, 2012.

_____
United States District Judge