IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Jessica Hammons v. Vanguard Industries of Michigan a/k/a Palomino RV, Bechtel National, Inc. Madison Services, Inc., Civil Action No. 3:10-CV-529 HSO JMR, (U.S.D.C., So. Dist. Miss.); 10-4130

Catherine Mayes and James Mayes v. Madison Services, Inc., and John Doe 1 and John Does 2-50, Civil Action No. 1:10-CV-454 HSO JMR, (U.S.D.C., So. Dist. Miss.); 10-4128

Sheila Spiers v. Motex Enterprises, Inc., Keystone Industries, Inc., Sunnybrook RV, Inc., Madison Services, Inc., Bechtel National, Inc., and John Doe 1-50, Civil Action No. 1:10-CV-449 LG RHW, (U.S.D.C., So. Dist. Miss.); 10-4125

## AGREED ORDER OF DISMISSAL OF MADISON SERVICES, INC.

Upon the Court having been informed that the Plaintiffs have agreed to dismiss the Defendant, Madison Services, Inc., without prejudice in each of the above styled matters;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant, Madison Services, Inc., be and is hereby dismissed as a Defendant to the plaintiffs' complaint referenced above without prejudice.

SO ORDERED AND ADJUDGED, this the 3rd day of _____February_____, 2012.

1

AGREED TO:

/s/ C. Edward Gibson, IV
C. Edward Gibson, IV, Esq., # 100640, Attorney for Plaintiffs

/s/ Rebecca B. Cowan
Rebecca B. Cowan, Esq., #7735, Attorney for Defendant, Madison Services, Inc.