UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO 10-2238
*Charles Burns, et al v. Jayco, Inc.*

## O R D E R

Due to a conflict in the calendar,

**IT IS ORDERED** that the jury trial, previously set to commence in this matter on July 30, 2012, is hereby continued to the week beginning **August 20, 2012 at 8:30 a.m.**

**IT IS FURTHER ORDERED** that the final pre-trial conference, previously scheduled for July 12, 2012, is hereby continued to **August 9, 2012 at 10:00 a.m.**

The Court will issue an Amended Trial Scheduling Order forthwith.

New Orleans, Louisiana, this  3rd  day of February, 2012.

                                                   KURT D. ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE