UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION N-5

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Alexander, et al v. Mitchell County Industries, LLC, et al*, Case No. 10-cv-02694
*Bradshaw v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02691
*Manning, et al v. Lakeside Park Homes, Inc., et al*, Case No. 10-cv-02693
*Robinson, et al v. Alliance Homes, Inc., et al*, Case No. 10-cv-02690
*Smith v. Frontier RV, Inc., et al*, Case No. 10-cv-02692
*Foxworth et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02696
*Bradford v. Alliance Homes, Inc.,et. al*, Case No. 10-cv-02884
*Allen, et al v. Gulfstream Coach, Inc., et al*, Case No. 10-cv-02887
*Bullard, et al v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02886
*Goudy, et al v. DS Corp. et al*, Case No. 10-cv-02885
*Sevin v. Northwood Manufacturing, Inc., et al*, Case No. 10-cv-02891
*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al,*
        Case No. 10-cv-02908
*Graves v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02910
*Slocum v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02909
*Williamson v. Hy-Line Enterprises, Inc.,et al*, Case No. 10-cv-03006
*Albright, v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03133
*Anderson, et al v. Forest River, Inc. et al*, Case No. 10-cv-03124
*Anderson, v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02898
*Anderson, et al v. Keystone RV Company, et al*, Case No. 10-cv-03148
*Babineau, et al v. Jayco Enterprises, Inc., et al*, Case No. 10-cv-02905
*Beaugez, et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03138
*Bullard, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03002
*Defendini, et al v. Bechtel National, Inc.*, Case No. 10-cv-03125
*Dillon, et al v. Forest River, Inc., et al*, Case No. 10-cv-02911
*Dorsey v. Starcraft RV, Inc., et al*, Case No. 10-cv-03132
*Easterling et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03122
*Everett v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02901
*Fairley, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03145
*Floyd, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03139
*Fountain, et al v. Keystone RV Company, et al*, Case No. 10-cv-03142
*Francisco et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-04116

*Gilmore et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03121**
*Guice v. Bechtel National, Inc., et al*, **Case No. 10-cv-03005**
*Heavy, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03003**
*Holloway v. CH2M Hill Constructors, Inc., et al*, **Case No. 10-cv-03130**
*Knauts v. Bechtel National, Inc., et al*, **Case No. 10-cv-03146**
*Knight, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03128**
*McCarroll v. Bechtel National, Inc., et al*, **Case No. 10-cv-02902**
*Morris v. Gulf Stream Coach, Inc., et al*, **Case No. 10-cv-03144**
*Mosely v. Dutchmen Manufacturing, Inc.*, et al, **Case No. 10-cv-02899**
*Newsome v. Gulf Stream Coach, Inc. et al*, **Case No. 10-cv-02906**
*Oliver v. DS Corp., et al*, **Case No. 10-cv-03134**
*Plaisance, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03147**
*Ralleigh, et al v. Bechtel National, Inc., et al.* **Case No. 10-cv-03136**
*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
    **Case No. 10-cv-04115**
*Smith v. Southern Energy Homes, Inc., et al*, **Case No. 10-cv-02897**
*Stumpf, et al v. TL Industries, Inc. et al*, **Case No. 10-cv-03135**
*Tart, et al v. Recreation By Design, LLC, et al*, **Case No. 10-cv-02896**
*Tedesco et al v. Dutchmen Manufacturing, Inc., et al*, **Case No. 10-cv-03004**
*Triplett v. Bechtel National, Inc., et al*, **Case No. 10-cv-03123**
*Walker v. Dutchmen Manufacturing, Inc. et al*, **Case No. 10-cv-03129**
*Walker v. Forest River, Inc., et al*, **Case No. 10-cv-02900**
*Wesley, et al v. CH2M Hill Constructors, Inc., et al*, **Case No. 10-cv-03137**
*Williams v. Destiny Industries, LLC, et al*, **Case No. 10-cv-03127**
*Willis, et al v. Cavalier Home Builders, LLC, et al*, **Case No. 10-cv-03131**
*Barnes, et al v. Forest River, Inc. et al*, **Case No. 10-cv-04117**
*Cooper, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04121**
*Goff, et al v. CH2M Hill Constructors, Inc.*, et al, **Case No. 10-cv-04122**
*Rodwell, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04123**
*Rogers, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04124**
*Mayes, et al v. Frontier RV, Inc., et al*, **Case No. 10-cv-00480**
*Taylor v. Bechtel National, Inc., et al*, **Case No. 10-cv-04129**
*Thomas v. Bechtel National, Inc., et al*, **Case No. 10-cv-04114**
*Whitten, et al v. Thor Industries, Inc., et al*, **Case No. 11-cv-00553**

### DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR ENTRY OF A FED. R. CIV. P. 54(b) JUDGMENT DISMISSING MISSISSIPPI PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES OF AMERICA

Defendant the United States of America ("United States") hereby submits this Motion pursuant to Fed. R. Civ. P. 54(b) for entry of judgment and dismissal of the above-referenced

actions. In its June 23, 2010, Order and Reasons (Rec. Doc. 14486), the Court held that it lacks subject matter jurisdiction over the Mississippi Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims and, therefore, dismissed all Mississippi Plaintiffs' claims against the United States. *See* Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012). In each of these actions plaintiffs assert Federal Tort Claims Act, 28 U.S.C. §1346(b)(1) claims against the United States for money damages for alleged injuries resulting from occupying temporary emergency housing units ("EHUs") in the State of Mississippi. *See* Exh.1, Dec. Troy D. Lowe. Consistent with the Court's June 23, 2010, Order and Reasons, and for all the reasons set forth in the Memorandum filed in support of this Motion, the Court should enter a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America, and Order that any and all claims asserted by plaintiffs in these actions against the government in these actions are dismissed with prejudice with taxable costs assessed in the government's favor.

Dated: February 6, 2012.                                   Respectfully Submitted,

TONY WEST                                                  ADAM BAIN
Assistant Attorney General, Civil Division                 Senior Trial Counsel

J. PATRICK GLYNN                                           //S// *Henry T. Miller*
Director, Torts Branch, Civil Division                     HENRY T. MILLER (D.C. Bar No. 411885)
                                                           Senior Trial Counsel
DAVID S. FISHBACK                                          United States Department of Justice
Assistant Director                                         Civil Division – Torts Branch
                                                           P.O. Box 340, Ben Franklin Station
                                                           Washington, D.C. 20004
                                                           Telephone No: (202) 616-4223
                                                           E-mail: Henry.Miller@USDOJ.Gov

                                                           Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                  *//S// Henry T. Miller*
                                  HENRY T. MILLER (D.C. Bar No. 411885)