UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT – DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 4 |

*********************************************************************

## DECLARATION OF TROY D. LOWE

I, Troy D. Lowe, state and declare as follows:

1. I am employed as a Senior Paralegal and have been assigned to work on the above-referenced action. As part of my duties and responsibilities I was tasked with identifying Complaints/actions that assert claims by Plaintiffs against the United States for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Mississippi.

2. I have reviewed the following Complaints/actions that have been filed or transferred to the Eastern District of Louisiana and assigned the following docket numbers by the Clerk of Court for the Eastern District of Louisiana:

| | |
|---|---|
| *Alexander, et al v. Mitchell County Industries, LLC, et al,* | Case No. 10-cv-02694 |
| *Bradshaw v. Cavalier Home Builders, LLC, et al,* | Case No. 10-cv-02691 |
| *Manning, et al v. Lakeside Park Homes, Inc., et al,* | Case No. 10-cv-02693 |
| *Robinson, et al v. Alliance Homes, Inc., et al,* | Case No. 10-cv-02690 |
| *Smith v. Frontier RV, Inc., et al,* | Case No. 10-cv-02692 |
| *Foxworth et al v. CH2M Hill Constructors, Inc., et al,* | Case No. 10-cv-02696 |
| *Bradford v. Alliance Homes, Inc.,et. al,* | Case No. 10-cv-02884 |
| *Allen, et al v. Gulfstream Coach, Inc., et al,* | Case No. 10-cv-02887 |
| *Bullard, et al v. Stewart Park Homes, Inc., et al,* | Case No. 10-cv-02886 |
| *Goudy, et al v. DS Corp. et al,* | Case No. 10-cv-02885 |
| *Sevin v. Northwood Manufacturing, Inc., et al,* | Case No. 10-cv-02891 |
| *Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al,* | Case No. 10-cv-02908 |

| Case | Case No. |
|---|---|
| *Graves v. CH2M Hill Constructors, Inc., et al,* | Case No. 10-cv-02910 |
| *Slocum v. Cavalier Home Builders, LLC, et al,* | Case No. 10-cv-02909 |
| *Williamson v. Hy-Line Enterprises, Inc., et al,* | Case No. 10-cv-03006 |
| *Albright, v. Cavalier Home Builders, LLC, et al,* | Case No. 10-cv-03133 |
| *Anderson, et al v. Forest River, Inc. et al,* | Case No. 10-cv-03124 |
| *Anderson, v. Stewart Park Homes, Inc., et al,* | Case No. 10-cv-02898 |
| *Anderson, et al v. Keystone RV Company, et al,* | Case No. 10-cv-03148 |
| *Babineau, et al v. Jayco Enterprises, Inc., et al,* | Case No. 10-cv-02905 |
| *Beaugez, et al v. Gulf Stream Coach, Inc., et al,* | Case No. 10-cv-03138 |
| *Bullard, et al v. CH2M Hill Constructors, Inc., et al,* | Case No. 10-cv-03002 |
| *Defendini, et al v. Bechtel National, Inc,* | Case No. 10-cv-03125 |
| *Dillon, et al v. Forest River, Inc., et al,* | Case No. 10-cv-02911 |
| *Dorsey v. Starcraft RV, Inc., et al,* | Case No. 10-cv-03132 |
| *Easterling et al v. Gulf Stream Coach, Inc., et al,* | Case No. 10-cv-03122 |
| *Everett v. Cavalier Home Builders, LLC, et al,* | Case No. 10-cv-02901 |
| *Fairley, et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-03145 |
| *Floyd, et al v. CH2M Hill Constructors, Inc., et al,* | Case No. 10-cv-03139 |
| *Fountain, et al v. Keystone RV Company, et al,* | Case No. 10-cv-03142 |
| *Francisco et al v. Gulf Stream Coach, Inc., et al,* | Case No. 10-cv-04116 |
| *Gilmore et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-03121 |
| *Guice v. Bechtel National, Inc., et al,* | Case No. 10-cv-03005 |
| *Heavy, et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-03003 |
| *Holloway v. CH2M Hill Constructors, Inc., et al,* | Case No. 10-cv-03130 |
| *Knauts v. Bechtel National, Inc., et al,* | Case No. 10-cv-03146 |
| *Knight, et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-03128 |
| *McCarroll v. Bechtel National, Inc., et al,* | Case No. 10-cv-02902 |
| *Morris v. Gulf Stream Coach, Inc., et al,* | Case No. 10-cv-03144 |
| *Mosely v. Dutchmen Manufacturing, Inc., et al,* | Case No. 10-cv-02899 |
| *Newsome v. Gulf Stream Coach, Inc. et al,* | Case No. 10-cv-02906 |
| *Oliver v. DS Corp., et al,* | Case No. 10-cv-03134 |
| *Plaisance, et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-03147 |
| *Ralleigh, et al v. Bechtel National, Inc et al* | Case No. 10-cv-03136 |
| *Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al,* | Case No. 10-cv-04115 |
| *Smith v. Southern Energy Homes, Inc., et al,* | Case No. 10-cv-02897 |
| *Stumpf, et al v. TL Industries, Inc. et al* | Case No. 10-cv-03135 |
| *Tart, et al v. Recreation By Design, LLC, et al,* | Case No. 10-cv-02896 |
| *Tedesco et al v. Dutchmen Manufacturing, Inc., et al,* | Case No. 10-cv-03004 |
| *Triplett v. Bechtel National, Inc., et al,* | Case No. 10-cv-03123 |
| *Walker v. Dutchmen Manufacturing, Inc. et al,* | Case No. 10-cv-03129 |
| *Walker v. Forest River, Inc., et al,* | Case No. 10-cv-02900 |

| | |
|---|---|
| *Wesley, et al v. CH2M Hill Constructors, Inc., et al,* | Case No. 10-cv-03137 |
| *Williams v. Destiny Industries, LLC, et al,* | Case No. 10-cv-03127 |
| *Willis, et al v. Cavalier Home Builders, LLC, et al,* | Case No. 10-cv-03131 |
| *Barnes, et al v. Forest River, Inc. et al,* | Case No. 10-cv-04117 |
| *Cooper, et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-04121 |
| *Goff, et al v. CH2M Hill Constructors, Inc., et al,* | Case No. 10-cv-04122 |
| *Rodwell, et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-04123 |
| *Rogers, et al v. Bechtel National, Inc., et al,* | Case No. 10-cv-04124 |
| *Mayes, et al v. Frontier RV, Inc., et al,* | Case No. 10-cv-00480 |
| *Taylor v. Bechtel National, Inc., et al,* | Case No. 10-cv-04129 |
| *Thomas v. Bechtel National, Inc., et al,* | Case No. 10-cv-04114 |
| *Whitten, et al v. Thor Industries, Inc., et al,* | Case No. 11-cv-00553 |

(collectively hereafter referred to as "actions" and/or "Complaints").

3. The Complaints in each of and everyone of these actions assert that the Plaintiffs in these actions occupied temporary emergency housing units in the State of Mississippi.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of February, 2012.

_____
TROY D. LOWE
Senior Paralegal
Washington, D.C. 20004