UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION N-5

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Alexander, et al v. Mitchell County Industries, LLC*, et al, Case No. 10-cv-02694
*Bradshaw v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02691
*Manning, et al v. Lakeside Park Homes, Inc.*, et al, Case No. 10-cv-02693
*Robinson, et al v. Alliance Homes, Inc.*, et al, Case No. 10-cv-02690
*Smith v. Frontier RV, Inc., et al*, Case No. 10-cv-02692
*Foxworth et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02696
*Bradford v. Alliance Homes, Inc.,et. al*, Case No. 10-cv-02884
*Allen, et al v. Gulfstream Coach, Inc., et al*, Case No. 10-cv-02887
*Bullard, et al v. Stewart Park Homes, Inc.*, et al, Case No. 10-cv-02886
*Goudy, et al v. DS Corp. et al*, Case No. 10-cv-02885
*Sevin v. Northwood Manufacturing, Inc., et al*, Case No. 10-cv-02891
*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
     Case No. 10-cv-02908
*Graves v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-02910
*Slocum v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02909
*Williamson v. Hy-Line Enterprises, Inc.,et al*, Case No. 10-cv-03006
*Albright, v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03133
*Anderson, et al v. Forest River, Inc. et al*, Case No. 10-cv-03124
*Anderson, v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02898
*Anderson, et al v. Keystone RV Company, et al*, Case No. 10-cv-03148
*Babineau, et al v. Jayco Enterprises, Inc., et al*, Case No. 10-cv-02905
*Beaugez, et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03138
*Bullard, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03002
*Defendini, et al v. Bechtel National, Inc.*, Case No. 10-cv-03125
*Dillon, et al v. Forest River, Inc., et al*, Case No. 10-cv-02911
*Dorsey v. Starcraft RV, Inc., et al*, Case No. 10-cv-03132
*Easterling et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03122
*Everett v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02901
*Fairley, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03145
*Floyd, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03139
*Fountain, et al v. Keystone RV Company, et al*, Case No. 10-cv-03142

*Francisco et al v. Gulf Stream Coach, Inc.*, et al, Case No. 10-cv-04116
*Gilmore et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03121
*Guice v. Bechtel National, Inc., et al*, Case No. 10-cv-03005
*Heavy, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03003
*Holloway v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03130
*Knauts v. Bechtel National, Inc., et al*, Case No. 10-cv-03146
*Knight, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03128
*McCarroll v. Bechtel National, Inc., et al*, Case No. 10-cv-02902
*Morris v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03144
*Mosely v. Dutchmen Manufacturing, Inc.*, et al, Case No. 10-cv-02899
*Newsome v. Gulf Stream Coach, Inc. et al*, Case No. 10-cv-02906
*Oliver v. DS Corp., et al*, Case No. 10-cv-03134
*Plaisance, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03147
*Ralleigh, et al v. Bechtel National, Inc., et al.* Case No. 10-cv-03136
*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, Case No. 10-cv-04115
*Smith v. Southern Energy Homes, Inc., et al*, Case No. 10-cv-02897
*Stumpf, et al v. TL Industries, Inc. et al*, Case No. 10-cv-03135
*Tart, et al v. Recreation By Design, LLC, et al*, Case No. 10-cv-02896
*Tedesco et al v. Dutchmen Manufacturing, Inc., et al*, Case No. 10-cv-03004
*Triplett v. Bechtel National, Inc., et al*, Case No. 10-cv-03123
*Walker v. Dutchmen Manufacturing, Inc. et al*, Case No. 10-cv-03129
*Walker v. Forest River, Inc., et al*, Case No. 10-cv-02900
*Wesley, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03137
*Williams v. Destiny Industries, LLC, et al*, Case No. 10-cv-03127
*Willis, et al v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03131
*Barnes, et al v. Forest River, Inc. et al*, Case No. 10-cv-04117
*Cooper, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04121
*Goff, et al v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-04122
*Rodwell, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04123
*Rogers, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04124
*Mayes, et al v. Frontier RV, Inc., et al*, Case No. 10-cv-00480
*Taylor v. Bechtel National, Inc., et al*, Case No. 10-cv-04129
*Thomas v. Bechtel National, Inc., et al*, Case No. 10-cv-04114
*Whitten, et al v. Thor Industries, Inc., et al*, Case No. 11-cv-00553

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel has contacted Plaintiffs' Liaison Counsel, Manufacturer's Liaison Counsel, Government Contractors' Liaison Counsel, and Insurers' Liaison Counsel via electronic mail. Plaintiffs' Liaison Counsel, Manufacturer's Liaison

Counsel and Government Contractors' Liaison Counsel do not oppose or object to the United States' Motion. However, Plaintiffs' Liaison Counsel has concerns that there may be some Plaintiffs' Counsel who may object and accordingly, the United States has filed it as an opposed Motion.

Dated: February 6, 2012.                    Respectfully Submitted,

TONY WEST                                    ADAM BAIN
Assistant Attorney General, Civil Division   Senior Trial Counsel

J. PATRICK GLYNN                             //S// *Henry T. Miller*
Director, Torts Branch, Civil Division       HENRY T. MILLER (D.C. Bar No. 411885)
                                             Senior Trial Counsel
DAVID S. FISHBACK                            United States Department of Justice
Assistant Director                           Civil Division – Torts Branch
                                             P.O. Box 340, Ben Franklin Station
                                             Washington, D.C. 20004
                                             Telephone No: (202) 616-4223
                                             E-mail: Henry.Miller@USDOJ.Gov

                                             Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                             //S// *Henry T. Miller*
                                             HENRY T. MILLER (D.C. Bar No. 411885)