UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 5 |

****************************************************************

### DECLARATION OF TROY D. LOWE

I, Troy D. Lowe, state and declare as follows:

1. I am employed as a Senior Paralegal and have been assigned to work on the above-referenced action. As part of my duties and responsibilities I was tasked with identifying Complaints/actions that assert claims by Plaintiffs against the United States for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Alabama.

2. I have reviewed the Complaint filed in *Hall et al v. Gulf Stream Coach, Inc. et al*, Case No. 11-cv-00211. This action was filed or transferred to the Eastern District of Louisiana and assigned by the Clerk of Court for the Eastern District of Louisiana Docket No. 11-cv-00211.

3. The Complaint assigned Docket No. 11-cv-00211 asserts that the Plaintiffs asserting claims through that action occupied temporary emergency housing units in the State of Alabama.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of February, 2012.

_____
TROY D. LOWE

Page 1 of 2

Senior Paralegal
Washington, D.C. 20004