UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel has contacted Plaintiffs' Liaison Counsel, Manufacturer's Liaison Counsel, Government Contractors' Liaison Counsel, and Insurers' Liaison Counsel via electronic mail. Plaintiffs' Liaison Counsel, Manufacturer's Liaison Counsel and Government Contractors' Liaison Counsel do not oppose or object to the United States' Motion. However, Plaintiffs' Liaison Counsel has concerns that there may be some Plaintiffs' Counsel who may object and accordingly, the United States has filed it as an opposed Motion.

| | |
|---|---|
| Dated: February 6, 2012. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |

                                              Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                        *//S// Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)