

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 31, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-30821,   In Re: FEMA Trailer, et al
        USDC No. 2:07-MD-1873

The electronic copy of the record has been recycled.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _Connie Brown_
        Connie Brown, Deputy Clerk
        504-310-7671

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____