UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT REPORT NO. 29 OF LIAISON AND GOVERNMENT COUNSEL**

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 29.

**I.      REPORT OF CLAIMS AND CASE INVENTORY:**

Since the inception of this MDL in 2007, 966 cases have been transferred in from other courts, pursuant to MDL panel orders. 795 of those cases are currently pending, and 171 cases have been closed. Further, 3632 cases have been filed in this court. 3086 cases of those are currently pending, and 546 cases have been closed. Still further, 123 cases have been removed to this Court from state courts. 118 cases of those are currently pending, and 5 cases have been closed. In all, 4721 cases are associated with this MDL. 3999 cases of those are currently pending, and 722 cases have been closed. The attached appendix lists the complaints that were filed or transferred into the MDL.

## II.     PLAINTIFF FACT SHEETS (PFS)

Counsel representing parties are obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87), 32 (Rec. Doc. 1180) and 88 (Rec. Doc. 22153) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines) and 94 (Rec. Doc. 24065) (further setting forth PFS requirements).  Plaintiff attorneys are required to forward copies of PFSs to the PSC, as well as Liaison and Government Counsel pursuant to Pretrial Order Nos. 2, 32 and 88.

## III.    MOTION PRACTICE

The following Motions are pending:

**SUBMITTED:**

| | |
|---|---|
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17825 | Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120) |
| Rec. Doc. 17826 | Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128) |
| Rec. Doc. 17827 | Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118) |
| Rec. Doc. 17834 | Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119) |
| Rec. Doc. 17836 | Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130) |
| Rec. Doc. 17882 | Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125) |
| Rec. Doc. 17884 | Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126) |

| | |
|---|---|
| Rec. Doc. 17885 | Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127) |
| Rec. Doc. 23498 | Plaintiff's Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone (*Taylor v. Keystone Coach, Inc., et al*; Docket No. 09-5976) |
| Rec. Doc. 23839 | Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (*Pohlmann, et al*; Docket No. 09-8660) |
| Rec. Doc. 23935 | Plaintiffs' Motion for Leave to File Third Supplemental and Amending Complaint (*Chasley, et al*; Docket No. 09-5553) |
| Rec. Doc. 23959 | Plaintiffs' Motion for Leave to File Amended Complaints (*Duncan, et al*; Docket No. 09-5249, *McCrary*; Docket No. 09-5975, *Daigle*; Docket No. 09-7541, *Keddy*; Docket No. 09-7542, *Hargis*; Docket No. 10-2412, *Whitten*; Docket No. 11-0553) |
| Rec. Doc. 23960 | Plaintiffs' Motion for Leave to File Amended Complaints (*Davis*; Docket No. 09-4962, *Dupuy*; Docket No. 09-4986) |
| Rec. Doc. 23990 | Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (*Bernard* - 09-8681) |
| Rec. Doc. 23992 | Plaintiffs' Motion for Leave to File Amended Complaint (*Mary Martinez* - 09-7099; *Britney Bogan* - 09-7812; *Ella Mcgee* - 09-7830; *Susan Pittman* - 10-1294; *Bertha Coleman* - 10-2275) |
| Rec. Doc. 23994 | Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint |
| Rec. Doc. 23995 | Plaintiffs' Motion to Sever Claims and to Join Existing Actions |
| Rec. Doc. 23997 | Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*Shakara Lombard* - 09-8572) |
| Rec. Doc. 23998 | Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*William Clark*; Docket No. 09-8573) |
| Rec. Doc. 23999 | Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*Shalam Scott*; Docket No. 09-8574) |
| Rec. Doc. 24000 | Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*Brenda Blair*; Docket No. 09-8576) |

| | |
|---|---|
| Rec. Doc. 24001 | Plaintiffs' Motion for Leave to Amend Complaint and Substitute Party |
| Rec. Doc. 24002 | Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party |
| Rec. Doc. 24006 | Plaintiffs' Motion for Leave to File Second Amended Complaint |
| Rec. Doc. 24008 | Plaintiffs' Motion for Leave to Amend to Add Plaintiffs |
| Rec. Doc. 24009 | Plaintiffs' Motion for Leave to Amend Complaint and Substitute Party |
| Rec. Doc. 24010 | Plaintiffs' Motion for Leave to Amend to Add Plaintiffs |
| Rec. Doc. 24066 | Plaintiffs' Motion to Sever Claims of Brenda Sharett, Sandra Brooks and Sharett Brooks (*Avants, et al*; Docket No. 10-3922) |

**PENDING SUBMISSION:**

| | |
|---|---|
| Rec. Doc. 24202 | Plaintiffs' Motion to Sever Claims and to Join Existing Action |
| Rec. Doc. 24120 | Plaintiffs', Inoka Salter, a/n/f/o Caitlyn McDavell, Motion for Reconsideration (*Inoka Salter, et al*; Docket 10-1291) |
| Rec. Doc. 24215 | Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (*Bickham, et al*; Docket No. 09-8475) |
| Rec. Doc. 24221 | Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (*Alexander, et al*; Docket No. 09-8467) |
| Rec. Doc. 24233 | Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (*Alexander, et al*; Docket No. 09-8470) |
| Rec. Doc. 24234 | Gulf Stream Coach, Inc.'s Motion to Dismiss Certain Plaintiffs (*Bellazar, et al*; Docket No. 09-4108) |
| Rec. Doc. 24238 | Plaintiff's Motion for Reconsideration of Order Dismissing Plaintiff James Burge (10-1041) |
| Rec. Doc. 24254 | Layton Homes Corp.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets (*Angelle Allen, et al*; Docket No. 09-5260) |

| | |
|---|---|
| Rec. Doc. 24255 | Layton Homes Corp.'s Motion for Summary Judgment and Alternative Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets (*Angelle Allen, et al*; Docket No. 09-5260) |
| Rec. Doc. 24256 | Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets (*Robvert Meshell, et al*; Docket No. 10-1362) |
| Rec. Doc. 24262 | Layton Homes Corp.'s Motion for Summary Judgment and Alternative Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets (*Jacklyn Aguilar, et al*; Docket No. 10-3686) |
| Rec. Doc. 24351 | Layton's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets (10-2262) |
| Rec. Doc. 24352 | Skyline's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets (10-2258) |
| Rec. Doc. 24356 | USA's Motion for Entry of Judgment under Rule 54(b) of Remaining Alabama Plaintiffs' Claims Against the United States of America |
| Rec. Doc. 24357 | USA's Motion for Entry of Judgment under Rule 54(b) of Remaining Mississippi Plaintiffs' Claims Against the United States of America |
| Rec. Doc. 24371 | Certain Plaintiffs' Motion for Partial Relief from Judgment |

### **MATTERS ON APPEAL**

| | |
|---|---|
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011 |
| Fifth Circuit No. 09-30821 | Preemption Appeal involving claims against the Manufactured Housing Defendants: On January 31, 2012, the parties requested that the pending appeal be removed from the docket by the Clerk of Court for the Fifth Circuit as all appellate delays related to the approved class settlement had expired. |

| | |
|---|---|
| Fifth Circuit No. 10-30921 and Fifth Circuit No. 10-30945 | On January 23, 2012, the U.S. Fifth Circuit Court of Appeals affirmed the court's judgment dismissing the FTCA claims of Alabama and Mississippi plaintiffs against the United States for lack of subject-matter jurisdiction. The appellate decision is a part of this Court's record at Rec Doc No. 24324. |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal involving claims against Recreation By Design was dismissed without prejudice. |

## IV. MANUFACTURED HOUSING NON-LITIGATION "TRACK"

The Court entered an Order approving the Special Master's Recommendations on Methodology and Allocations on January 13, 2012 (Rec Doc No. 24134). On January 16, 2012, the Special Master sent notices of individual allocation amounts and notice of rights to all identified settlement class members. The deadline to object to an individual allocation was January 31, 2012. A tentative date for a hearing to be held on the objections received by the Special Master has been scheduled for March 23, 2012.

Defendants who participated in the Non-Litigation Track settlement:

CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Horton Homes, Inc.; Athens Park Homes, LLC; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; and Indiana Building Systems, LLC d/b/a Holly Park Homes, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC.

## V. MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information had not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information was efficiently obtainable from other sources and to provide a date certain by which the matching effort would end. Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010. The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010. Counsel should consult amended PTO 68 (Rec. Doc. 14779) to ensure they are aware of its content. The Court has already begun to dismiss, on motion by the defendants, cases that remain unmatched. Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO #68 and as amended by PTO #83. The PLC does not represent that the listings are 100% accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed. The defendants do not agree with the PSC's information in this regard.

Amended Pretrial Order #68 required all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching. The deadline by which to comply with the particular provision of PTO #68 was March 24, 2011 per the Court's order (Rec. Doc. No. 20455). The PSC produced the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

Certain Manufacturer Defendants and Installation Contractor Defendants are awaiting the production of the searchable database contemplated pursuant to PTO #88 to aid in the accurate determination of claims pending against these manufacturers and the contractors. The PTO #88 spreadsheet contains no information concerning which contractor is sued by the plaintiffs. The PTO #68 database contained that information, but it is incomplete, and integrating the two spreadsheets may or may not result in meaningful data for the Contractor Defendants concerning plaintiff counts.

## VI. SCHEDULED JURY TRIALS

A.  Jury trials scheduled at this time:

1.  Trial will begin on June 11, 2012 in the matter of *Darrius Hill, et al v. Forest River, Inc.*; Docket No. 10-4663

2.  Trial will begin on June 18, 2012 in the matter of *Barbara Bernard, et al v. Layton Homes Corp.*; Docket No. 10-2262

3.  Trial will begin on July 23, 2012 in the matter of *Dianne Griffin, et al v. Skyline Corporation, et al*; Docket No. 09-8487

4.  Trial will begin on July 30, 2012 in the matter of *Charles Burns, et al v. Jayco, Inc.*; Docket No. 10-2238

5.  Trial will begin on August 13, 2012 in the matter of *Dominick Goodman, et al v. Layton Homes Corp.*; Docket No. 09-4901

7.  Trial will begin on August 27, 2012 in the matter of *Thomas Morgan, et al v. Starcraft RV, Inc.*; Docket No. 10-2260

8.  Trial will begin on September 4, 2012 in the matter of *Fenwick Hunter, et al v. Skyline Corporation*; Docket No. 10-2258

9. Trial will begin on September 24, 2012 in the matter of *Monique Cambrice v. Jayco Enterprises, Inc.*; Docket No. 09-8618

10. Trial will begin on October 15, 2012 in the matter of *Joyce Sylva, et al v. Skyline Corporation*; Docket No. 09-5648

11. Trial will begin on October 22, 2012 in the matter of *Joseph Quezergue, et al v. Jayco, Inc.*; Docket No. 09-3909

12. Trial will begin on November 26, 2012 in the matter of *Michelle Abram, et al v. Gulf Stream Coach, Inc.*; Docket No. 10-196

Previously scheduled trials involving claims against Sun Valley, Inc., Coachmen RV and KZRV, LLP have been taken off of the Court's trial docket pending finalization of settlement between those entities and Plaintiffs.

B. Discovery of Information such as Individual Assistance Files from FEMA

All requests for Individual Assistance Files from the United States/FEMA will be facilitated through Co-Liaison Counsel for Plaintiffs.

## VII. CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States pending before the District Court are Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and two actions involving three Texas Plaintiffs. On January 23, 2012, the Fifth Circuit Court of Appeals affirmed this Court's decision dismissing Alabama and Mississippi Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. 1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction ruling that "[b]ecause the Mississippi and Alabama emergency statutes abrogate the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, the

Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute.  *See* Miss. Code § 33-15-21(b) and Ala. Code § 31-9-17."  *In re FEMA Trailer Formaldehyde Products Liability Litigation*,  -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012).

Currently pending before the Court is the United States' opposed Fed. R. Civ. P. 12(b)(1), 12(b)(6), or in the alternative Rule 56, motion seeking to dismiss for lack of subject matter jurisdiction Louisiana Plaintiffs claims for gross negligence and willful and wanton misconduct.  That motion was taken under advisement by the District Court on January 25, 2011.

## VIII.   SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.

Settlement proceeds have been distributed to claimants however, Plaintiffs' Liaison counsel have been notified by the CADA that several claimants have incorrect mailing addresses and therefore certain settlement checks have been returned as undeliverable.  The CADA has contacted counsel of record for such individuals to alert them to these occurrences and to request proper mailing instructions.

## IX.   MEDIATION

Pursuant to the Court's Order of 12/21/11 (Rec. Doc. 23958), the following mediations have been held:

| | |
|---|---|
| Forest River: | Mediation held 1/19/12; to resume 2/10/12. |
| Gulf Stream: | Mediations held 1/4/12; 1/5/12; 1/19/12; to resume on 2/10/12. |
| Heartland: | Mediation held 1/27/12. |
| Jayco / Starcraft: | Mediations held 1/12/12; 1/13/12; 1/18/12. |

| | |
|---|---|
| Monaco Coach: | Mediation scheduled for 1/30/12 (postponed). |
| Skyline / Layton: | Mediation held 1/18/12. |
| Thor: | Mediation held 1/19/12; to resume on 2/10/12. |
| Pilgrim: | Mediation scheduled for 2/2/12 |
| Sunline: | Mediation scheduled for 2/3/12 |

**SETTLEMENT:**

The following defendants have settled as a result of the Court ordered mediations:

Allen Camper
Cruiser RV
Frontier RV
Hy-Line
Morgan Buildings and Spas
Northwood
Play'Mor
R-Vision
Recreation By Design/TL Industries
Sunnybrook RV
Sunray
Timberland
Heartland

X.   **MISCELLANEOUS**

    A.    John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all non-government defendants in this MDL (Rec. Doc. 13236 and Rec. Doc. 22206).

    B.    Amanda J. Ballay has been appointed as Special Master in this MDL (Rec. Doc. 23284).

    BY:   <u>s/Gerald E. Meunier</u>
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: 504/832-3700
Facsimile: 504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
**ATTORNEY FOR THE UNITED STATES OF AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Suite 800-S
Washington, D.C. 20004
Telephone: 202/616-4223
Henry.Miller@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

        201 St. Charles Ave., Ste. 3600
        New Orleans, LA 70170
        Telephone:  566-5259
        Facsimile: 636-5259
        dkurtz@bakerdonelson.com

        s/Ralph S. Hubbard, III
        RALPH S. HUBBARD, III
        **CO-LIAISON COUNSEL FOR INSURERS**
        LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
        601 Poydras Street, 27th Floor
        New Orleans, LA 70130
        phone: 504 568 1990
        fax: (504) 310-9195
        email: rhubbard@lawla.com

        s/Charles E. Leche
        CHARLES E. LECHE
        **CO-LIAISON COUNSEL FOR INSURERS**
        DEUTSCH, KERRIGAN & STILES, LLP
        755 Magazine Street
        New Orleans, LA 70130
        phone: 504 593 0790
        fax: 504 566 4078
        email: cleche@dkslaw.com