UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 95

On February 3, 2012, the Court held a status conference at 9:00 a.m. with liaison counsel and steering committee members. The following individuals were in attendance: Amanda Ballay, Gerardo Barrios, Robert Bechnel, Raul Bencomo, Anthony Buzbee, Frank D'Amico, Jr., Ernest Gieger, Jr., Joe Glass, John J. Hainkel, M. David Kurtz, Charles Leche, Gerald Meunier, Charles Penot, Jr., James Percy, Chris Pinedo, Dennis Reich, Tim Scandurro, John Stewart Tharp, Mikal Watts, Andrew Weinstock, Karen Whitfield, Justin Woods, and Diane Zinc.

Following that conference, at 10:00 a.m., the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)    On **Thursday, March 22, 2012, at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to

this meeting; and

    (2)    A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Thursday, March 22, 2012, at 10:00 a.m.**

New Orleans, Louisiana, this 3rd day of February, 2012.

                                          KURT D. ENGELHARDT
                                          UNITED STATES DISTRICT JUDGE