PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                   **07-1873**

_____  Magistrate: _____
DEFENDANT(S)

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **2-3-12**           TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Joe Glass | Duplass | GSCI |
| Ernie Gieger | Gieger et al | Forest River |
| James Percy | Jones Walker | Thor |
| Stewart Tharp | Taylor Porter | Coachmen |
| Amanda Ballay | | |
| Diane Zinic | Robert Becnel | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                       07-1873

_____  Magistrate: _____
DEFENDANT(S)

FEMA MDL

*********************************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: 2-3-12               TIME: 10 AM

## PLEASE PRINT | PLEASE PRINT | PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Raul R. Bencomo | Bencomo & Assoc. | PSC |
| Justin Woods | Gainsburgh | PSC |
| Charles Leche | Deutsch, Kerrigan | Charter |
| Gerald Meunier | Gainsburgh | PSC |
| Kevin Mancy | Musgrave | Atlas Hoars |
| Candice Sirmon | Lambert & Nelson | Plaintiffs |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                  **07-1873**

_____  Magistrate: _____
DEFENDANT(S)

**FEMA MDL**

*********************************************************

CONFERENCE: _____PRE-TRIAL   ✓ STATUS   _____SETTLEMENT

DATE: **2-3-12**         TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Gerry Barrios | Baker Donelson | CH2M HILL |
| David Kurtz | Baker Donelson | Shaw |
| Matt McCluer | Deutsch Kerrigan | Smith Research |
| Charles Penot | MRG | Fluor Enterprises, Inc. |
| Karen Whitfield | Baker Donelson | SHAW |
| Dennis Reich | Reich & Binstock | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**          **07-1873**

_____  Magistrate: _____
**DEFENDANT(S)**

**FEMA MDL**

*********************************************************

**CONFERENCE:** ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: **2-3-12**          TIME: **10 AM**

**PLEASE PRINT**        **PLEASE PRINT**        **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Mary Ayar | Degan Blanchard | Burlington |
| Emily K. Adler | Degan, Blanchard, Nash | T-mac Inc; TKTMJ |
| Denis Vega | HLC | Plaitff |
| Stephanie Dovalina | Galloway Johnson | Davis Prof Svcs |
| Meagan Messina | Galloway Johnson | Del Jen, Inc. |
| Randall Mulcahy | Garrison, Yount, etc | Reinfatter by Aslan, LLC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____ CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                    **07-1873**

_____ Magistrate: _____
DEFENDANT(S)

**FEMA MDL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **2-3-12**   TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Greg Currier | Adams, Hoefer | Arch |
| Ralph Aucoin | Porteous, Hainkel + Johnson | Turner |
| Eric B Berger | Lobman Carnahan | Crum + Forster |
| J.A. Stewart | Baldwin Haspel | Jacquet |
| Thomas Bubb | Hebert/Blue Williams | |
| Anne Briard | Lugenbuhl Wheaton | Liberty Mutual |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                       07-1873

_____  Magistrate: _____
DEFENDANT(S)

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: 2-3-12                 TIME: 10 AM

## PLEASE PRINT | PLEASE PRINT | PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| BRENT MAGGIO | Allen + Gooch | Heartland |
| Palmer Lambert | Gainsburgh | Plaintiffs |
| Tom Cougill | W, F & C | Jayco + Starcraft |
| Larry Feldman | McGlinchey | Skyline |
| Robert Sheesley | McGlinchey | Skyline/Lexington Homes |
| Jori Barker | Allen & Gooch | Heartland |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____
DEFENDANT(S)

Magistrate: _____

**FEMA MDL**

*************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **2-3-12**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Mikal Watts | Watts Guerra Craft | PSC |
| Jerry Saporito | Leake Andersson | D.C. Recovery |

PTO Received: _____

Trial Set: _____
　　　　　　　　　Jury/Non-Jury

_____
　　　　PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____
　　　　DEFENDANT(S)

Magistrate: _____

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **2-3-12**　　　　　　TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Dino Gankendorff | Provosty | C. Marlw |
| | | |
| | | |
| | | |
| | | |
| | | |