**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Hargis, et al v. Thor California, Inc., et al.,* | * | |
| *10-2412* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDED**
**COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their First and Second Supplemental and Amended Complaints for Damages to correct the name of the proper manufacturing defendant.

Plaintiffs supplement and amend their First and Second Supplemental and Amended Complaints for Damages in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein:

1.

By amending paragraph 3 in section I to read:

3. Defendant, Dutchmen Manufacturing, Inc., ("Dutchmen"), is, upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana.

2.

By replacing all references to "Thor" with "Dutchmen" to reflect the addition of Dutchmen and deletion of Thor.

WHEREFORE, Plaintiffs respectfully supplement their First and Second Supplemental and Amending Complaints in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:     s/Justin I. Woods
           GERALD E. MEUNIER, #9471
           JUSTIN I. WOODS, #24713
           Gainsburgh, Benjamin, David,
           Meunier & Warshauer, L.L.C.
           2800 Energy Centre
           1100 Poydras Street
           New Orleans, Louisiana  70163
           Telephone:     504/522-2304
           Facsimile:      504/528-9973
           gmeunier@gainsben.com
           jwoods@gainsben.com

**PLEASE SERVE:**

Dutchmen Manufacturing, Inc.
**through its Agent for Service of Process**
CT Corporation System
251 E. Ohio Street Suite 1100
Indianapolis , IN 46204

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          */s/Justin I. Woods*
                                          JUSTIN I. WOODS, #24713