# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Daigle v. Thor California, Inc., et al.,*  * | | |
| *09-7541* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, comes Plaintiff, who through undersigned counsel, supplements and amends her original Complaint for Damages to correct the name of the proper manufacturing defendant.

Plaintiff supplements and amends her original Complaint for Damages in the following respects and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein:

1.

By amending paragraph 6 in section I to read:

6. Defendant, Dutchmen Manufacturing, Inc., ("Dutchmen"), is, upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana.

2.

By replacing all references to "Thor" with "Dutchmen" to reflect the addition of Dutchmen and deletion of Thor.

WHEREFORE, Plaintiff respectfully supplements her original Complaint in the foregoing respects, and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com
        jwoods@gainsben.com

**PLEASE SERVE:**

Dutchmen Manufacturing, Inc.
**through its Agent for Service of Process**
CT Corporation System
251 E. Ohio Street Suite 1100
Indianapolis , IN 46204

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                    */s/Justin I. Woods*
                                                    JUSTIN I. WOODS, #24713