## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Davis v. Thor California, Inc., et al., 09-4962* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, comes Plaintiff, who through undersigned counsel, supplements and amends his original Complaint for Damages to correct the name of the proper manufacturing defendant.

Plaintiff supplements and amends his original Complaint for Damages in the following respects and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein:

1.

By amending paragraph 2 in section I to read:

2. Defendant, Dutchmen Manufacturing, Inc., ("Dutchmen"), is, upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana.

2.

By replacing all references to "Thor" with "Dutchmen" to reflect the addition of Dutchmen and deletion of Thor.

WHEREFORE, Plaintiff respectfully supplements his original Complaint in the foregoing respects, and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Justin I. Woods*
    GERALD E. MEUNIER, #9471
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:   504/522-2304
    Facsimile:   504/528-9973
    gmeunier@gainsben.com
    jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

2

**PLEASE SERVE:**

Dutchmen Manufacturing, Inc.
**through its Agent for Service of Process**
CT Corporation System
251 E. Ohio Street Suite 1100
Indianapolis , IN 46204

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<i>/s/Justin I. Woods</i><br>
JUSTIN I. WOODS, #24713