# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Civil Action No. 09-8681* | | |

*******************************************************************************

## SECOND ~~FIRST~~ SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on December 30, 2009.

1.

This First Supplemental and Amending Complaint for Damages names as defendant Thor California, Inc. in the place and stead the name Thor Industries, Inc. appears.

2.

Plaintiffs were originally placed in matched suits against an improperly named manufacturer and only recently were able to correctly identify the name of the manufacturer. Plaintiffs seek to remedy this and in doing so comply with the Court's goal of ending the

matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Previously Identified Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

>Respectfully submitted,
>
>/s/ Joseph M. Bruno
>JOSEPH M. BRUNO (#3604))
>Bruno & Bruno, LLP
>855 Baronne St.
>New Orleans, LA  70113
>Phone: (504) 525-1335
>Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>/s/ Joseph M. Bruno
>JOSEPH M. BRUNO (#3604)