UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND
DEADLINE TO PROVIDE PLAINTIFF FACT SHEETS
PURSUANT TO PRETRIAL ORDER NO. 94**

Pretrial Order No. 94 provides that Plaintiff Fact Sheets must be provided to opposing counsel by February 6, 2012. Since this deadline was first imposed on January 5, 2012, no extensions have been requested. However, it appears that a number of Plaintiff Fact Sheets being completed by plaintiffs pursuant to said Order, are not expected to be received by the February 6 deadline because of mail delivery delays.

The Plaintiffs Steering Committee (PSC) accordingly requests that an additional 30 days be granted within which to furnish opposing counsel with any Plaintiff Fact Sheets being provided under PTO 94. An email (Exhibit "A") was sent to all known defense counsel on Friday, February 3, 2012, requesting that an extension of 30 days be agreed to without opposition. To date, one defendant has voiced no objection and no other defendant has indicated that there is an objection to this request for an extension.

For the reasons stated herein, it is respectfully requested that the deadline established in

Pretrial Order No. 94 be extended for an additional 30 days.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

BY:    /s/ Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        PLAINTIFFS' CO-LIAISON COUNSEL
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, LLC
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, Louisiana 70163
        Telephone: (504) 522-2304
        Facsimile: (504) 528-9973
        gmeunier@gainsben.com

        /s/ Justin I. Woods
        JUSTIN I. WOODS, #24713
        PLAINTIFFS' CO-LIAISON COUNSEL
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, LLC
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, Louisiana 70163
        Telephone: (504) 522-2304
        Facsimile: (504) 528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas #24001820
        ROBERT M. BECNEL, #14072
        RAÚL R. BENCOMO, #2932
        FRANK D'AMICO, JR., #17519
        MATT MORELAND, #24567
        DENNIS REICH, Texas #16739600
        MIKAL C. WATTS, Texas #20981820
        ROBERT C. HILLIARD, Texas #09677700

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   /s/ Gerald E. Meunier  
                                                   GERALD E. MEUNIER, #9471