## Patricia Riegler

**From:** Maggio, Brent [BrentMaggio@AllenGooch.com]
**Sent:** Saturday, February 04, 2012 7:01 AM
**To:** Raul Bencomo
**Cc:** Barker, Lori
**Subject:** RE: MS PFS FORMS

Raul, no objection from me...Brent

---

**From:** Raul Bencomo [mailto:raul@bencomolaw.com]
**Sent:** Friday, February 03, 2012 4:34 PM
**To:** andreww@duplass.com; jglass@duplass.com; tim@scanlayr.com; dewey@scanlayr.com; lgarrison@garrisonyount.com; jsaporito@leakeandersson.com; richard.hines@nelsonmullins.com; stewart.tharp@taylorporter.com; Ernie Gieger; jbone@glllaw.com; rjohnson@joneswalker.com; jpercy@joneswalker.com; mfischer@joneswalker.com; eryan@lemle.com; tomc@willingham-law.com; bmayeaux@ln-law.com; gkoury@ln-law.com; tthagard@maynardcooper.com; mcraddock@cdklawfirm.com; clipsey@mcglinchey.com; slike.law@gmail.com; wkjamison@kgdlawllc.com; jhw@hsy.com; LPD@volalaw.com; DRK@bswllp.com; eplauche@hmhlp.com; dbach@hmhlp.com; lfeldman@mcglinchey.com; rsheesley@mcglinchey.com; tbuck@bluewilliams.com; Maggio, Brent; Roby.grocl@midconetwork.com; hkaplan@bernard-cassisa.com; Cynthia Thomas; Parker, William; JHainkel@frilot.com; PTafaro@frilot.com; cpenot@midrid.com; gbarrios@bakerdonelson.com; dkurtz@bakerdonelson.com; jkilpatrick@degan.com; rking@gjtbs.com; jstewart@bhbmlaw.com; sbarry@barrypiccione.com; gadams@phjlaw.com; ebb@lcba-law.com; rhubbard@lawla.com; 'Anne Briard'; tcgay@christovich.com; mjoffe@dkslaw.com; junsworth@hmhlp.com; Kathleen.Drew@arlaw.com; KKennedy@curriejohnson.com; mmentz@hmhlp.com; goc@ahhelaw.com; jsutterfield@swslaw.com
**Cc:** Gerald E. Meunier; Justin Woods; Denise Martin
**Subject:** MS PFS FORMS

Ladies and Gentlemen:

We continue to receive PFS forms and would like to obtain a 30-day extension within which to complete production of same. We would like to represent to the Court that this motion is unopposed and appreciate any courtesies that you can extend on this matter. I believe that our office is not the only one affected and propose to file a motion that would apply to everyone so that they could produce PFS' on a rolling basis to you within the next 30 days. Thanks.

Raúl R. Bencomo
BENCOMO & ASSOCIATES
Attorneys & Counselors At Law
2110 Entergy Building
639 Loyola Avenue
New Orleans, Louisiana 70113
Tel: 504-529-2929
Fax: 504-429-2018

**EXHIBIT "B"**