## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO** | * | |
| **ALL CASES** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE ABOVE AND FOREGOING:

IT IS HEREBY ORDERED that the plaintiffs be granted an additional 30 days within

which to furnish opposing counsel with any Plaintiff Fact Sheets that are received, pursuant to

Pretrial Order No. 94.

New Orleans, Louisiana this_____day of_____, 2012.


_____
HONORABLE KURT D. ENGELHARDT