UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NO. 09-5553

## **O R D E R**

Considering this Court's Order and Reasons, dated February 3, 2012 (Rec. Doc. 24396), granting Plaintiff's Motion for Leave to File Supplemental and Amending Complaint (Rec. Doc. 23935) and other motions;

**IT IS ORDERED** that the Clerk is instructed to re-open the above referenced member case.

New Orleans, Louisiana, this  6th  day of February, 2012.

                                               _____
                                               KURT D. ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE