MINUTE ENTRY
ENGELHARDT, J.
February 3, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES


　　　A status conference was conducted on Friday, February 3, 2012 at 8:45 a.m.  Participating were Justin I. Woods, Andrew D. Weinstock, Mikal C. Watts, Charles E. Leche, Joe Glass, James C. Percy, Gerald E. Meunier, Ernest P. Geiger, Jr.

JS10(0:25)