UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO 09-8382
*Antoine Turner, et al v. Sunline Acquisition Company*

### TRIAL SCHEDULING ORDER

Pursuant to this Court's Order No. 7 Severing Certain Cases for Trial, dated February 6, 2012 (Rec. Doc. 24424), the claims in this case against Sunline Acquisition Company have been severed from the MDL for purposes of trial.

Pre-trial deadlines are hereby set as follows:

Pleadings have been completed. Jurisdiction and venue are established.

All pre-trial motions, including dispositive motions, shall be filed and served in sufficient time to permit **submission date** thereon no later than **May 30, 2012.** Any motions filed in violation of this order shall be deemed waived unless good cause is shown.

All motions in limine shall be filed and served in sufficient time to permit **submission date** thereon no later than **July 11, 2012.**

Counsel shall complete all disclosure of information as follows:

It is suggested that the parties stipulate that initial disclosures pursuant to Fed. R.Civ. P. 26(a)(1) will not be conducted in this case. In the event that such a stipulation cannot be reached, initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **February 14, 2012**.

Depositions for use at trial shall be taken and all discovery shall be completed no later than **May 10, 2012**.

The deadline for amendments shall not be re-opened.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff fully setting forth all matters about which they will testify and

the basis therefor shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **March 1, 2012**.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **March 29, 2012**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **March 29, 2012**.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

A settlement conference will be scheduled at any time at the request of any party.

A final pre-trial conference will be held before the District Judge on  **July 12, 2012 at 10:30 a.m.**  . Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

**THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED, PAGINATED, AND SIGNED BY ALL COUNSEL.**

Trial will commence during the week beginning  **July 30, 2012 at 8:30 a.m.**  before the District Judge with a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.

It shall be assumed that <u>all</u> attorneys listed as counsel of record are, at all times, informed and conversant about the case, and have authority to discuss this matter with the Court.

**No cell phones, pagers, beepers, or other audible communication devices are allowed in Section "N" courtroom and chambers. Any audible electronic communication devices brought in to the Section "N" courtroom or chambers are subject to permanent confiscation, and/or sanction of the violator of this policy.** You may turn such devices in to Susan Adams, judicial assistant in Section "N", upon arriving, and pick them up when you have completed business in Section "N."

**All communication with Court staff is equivalent to communication directly with the undersigned, and shall be courteous and professional. Any conduct toward Court staff**

2

in deviation of this standard shall be promptly reported to the undersigned.

**COUNSEL ARE INSTRUCTED TO INCLUDE THEIR FAX NUMBERS AND EMAIL ADDRESSES ON ANY DOCUMENTS THAT ARE FILED WITH THIS COURT.**

New Orleans, Louisiana, this __6th__ day of February, 2012.

```
                        _____
                             KURT D. ENGELHARDT
                        UNITED STATES DISTRICT JUDGE
```

CLERK TO FORWARD COPY TO MAGISTRATE JUDGE