# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           *     MDL No. 1873
FORMALDEHYDE             *
PRODUCTS LIABILITY LITIGATION    *     JUDGE ENGELHARDT
                                             *
                                             *     MAGISTRATE CHASEZ
THIS DOCUMENT RELATED TO:        *
    *William Clark, et al., v. Dutchman Manufacturing, Inc.*
    *Civil Action No. 09-8573*
**********************************************************************

## SECOND
## PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their Complaint for Damages to add additional plaintiffs, who originally sued defendants in *Collin Duet, Sr., et al., v. Thor Industries, Inc., et al.,* E.D. La. No 09-8567 or *Jim Krause, et al., v. Thor Industries, Inc., et al.,* E.D. La. No 10-2489.

Plaintiffs supplement and amend their Complaint for Damages in the following respects and otherwise reiterate and re-aver all for the allegations, claims and prayers for relief contained therein:

1.

By adding the following individuals as named plaintiffs:

1. Levell Cooper, Jr.

2. Jim Krause

3. Gerald Humphrey

4. Ayanna Humphrey

5. Sean Humphrey

6. Vanessa Humphrey

7. Richard Parker, Jr.

8. Heather Fellon

9. Edward Nelson

10. Rhonda Nelson

WHEREFORE, Plaintiffs respectfully supplement their Complaint for Damages in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained herein.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____ _____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)