UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 <br><br> SECTION: N (4) <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: ***ALL CASES AS AGAINST SUNLINE ACQUISITION COMPANY, LTD.*** | * * * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the foregoing Motion filed by Sunline Acquisition Company, Ltd.;

IT IS ORDERED that Brent M. Maggio and Lori D. Barker, be and are added as additional Counsel of Record for Sunline Acquisition Company, Ltd., in this cause.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**United States District Judge**