UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 SECTION: N (4) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Antonie Turner, et al v. Sunline Acquisition Company (E.D. La. Suit No. 09-8382)* | * * * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion filed by Sunline Acquisition Company, Ltd.;

IT IS ORDERED that Brent M. Maggio and Lori D. Barker, be and are added as additional Counsel of Record for Sunline Acquisition Company, Ltd., in this cause.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**United States District Judge**