UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY<br>LITIGATION | *<br>*<br>*<br>*<br>* | MDL NO. 2:07-MD-1873<br><br>SECTION:  N (4)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Shelly Amos, et al v. Sunline Acquisition<br>Company, Ltd. (E.D. La Suit No. 09-7124)* | *<br>*<br>* | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Sunline Acquisition Company, Ltd., which moves this Court for an Order enrolling Brent M. Maggio and Lori D. Barker as its additional Counsel of Record, along with presently-enrolled counsel of record William H. Parker, of Allen & Gooch.

WHEREFORE, Sunline Acquisition Company, Ltd. prays that this Court enter an Order, enrolling Brent M. Maggio and Lori D. Barker, as additional Counsel of Record for Sunline Acquisition Company, Ltd.

Respectfully submitted:
ALLEN & GOOCH

    */s/ William H. Parker, III*
WILLIAM H. PARKER, III, T.A. (#10325)
2000 Kaliste Saloom Road, Suite 400 (70508)
Post Office Drawer 81129
Lafayette, LA.  70598-1129
Telephone: 337-291-1270
Facsimile: 337-291-1275

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Order to Enroll was electronically filed with the Clerk of Court using the CM/ECF system; which will send a notice of electronic filing to all counsel of record

Lafayette, Louisiana, this 7th day of February, 2012.

_/s/ William H. Parker, III_
WILLIAM H. PARKER, III