MINUTE ENTRY
ENGELHARDT, J.
February 3, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, February 3, 2012, at 9:00 a.m. with liaison counsel, steering committee members, and counsel for the Government.   Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass,  Mikal C. Watts, Dennis C. Reich, Karen Whitfield, Raul R. Bencomo, John Stewart Tharp, Amanda J. Ballay, Robert M. Becnel, Anthony G. Buzbee, Charles E. Leche, James C. Percy, Gerald E. Meunier, Timothy D. Scandurro, Chris Pinedo and Diane Zinc.

**Court Reporter: Susan Zielie**

JS10(0:45)