MINUTE ENTRY
ENGELHARDT, J.
February 3, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, February 3, 2012, at 10:00 a.m. with liaison counsel, steering committee members, and counsel for the Government.  Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass,  Mikal C. Watts, Dennis C. Reich, Karen Whitfield, Raul R. Bencomo, John Stewart Tharp, Amanda J. Ballay, Robert M. Becnel, Anthony G. Buzbee, Charles E. Leche, James C. Percy, Gerald E. Meunier, Timothy D. Scandurro, Chris Pinedo and Diane Zinc.

      A complete list of attendees is attached as a supplement to the Court's Pretrial Order #95 dated January 5, 2012 (Rec. Doc. No. 24395).

**Court Reporter:  Susan Zielie**

JS10(0:30)