**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
|   ALL CASES | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF PLAINTIFFS' CENSUS OF CASES
## REGARDING MANUFACTURING DEFENDANTS

COMES NOW the PSC and would show unto the Court as follows:

On December 21, 2011, the Court entered an Order Regarding Mediation (Rec. Doc. 23958).  The Court's Order indicated that the Court would issue a finalized list of manufacturing defendants whose cases will be recommended for remand after January 30, 2012. *Id.* at p. 7.  From that list, PSC Member Mikal Watts was to prepare a list of Plaintiffs who have filed cases against such defendants, together with the Civil Action Number, dividing the list into two sections: (1) those cases transferred to the Court by the MDL Panel, and (2) those filed directly in or removed directly to this Court.  *Id.*

The PSC would show that since the time of the Court's Order, the Court has not identified any manufacturing defendants whose cases are subject to remand after January 30, 2012.  Rather, the Court has set specific cases for trial.  Therefore, at this time there is no census of Plaintiffs to file with the Court.

Respectfully submitted,

/s/ Mikal C. Watts
**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 7th day of February, 2012.

/s/ Mikal C. Watts

**MIKAL C. WATTS**