UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Weary et al v. Skyline Corporation et al* | * | |
| No. 09-8399 | * | |
| Plaintiff Fenwick Hunter, Sr. only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF FENWICK HUNTER, SR.'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiff Fenwick Hunter, Sr. (only) hereby gives notice of his dismissal of all claims, made in his individual capacity only, that he makes in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, any claims made by Fenwick Hunter, Sr., in an individual or representative capacity, in any other complaints in this MDL.

                                                               Respectfully submitted:

                                                          By: */s/ Peter K. Taaffe*
                                                               Anthony G. Buzbee
                                                               Texas Bar No. 24001820
                                                               Peter K. Taaffe
                                                               Texas Bar No. 24003029
                                                               THE BUZBEE LAW FIRM
                                                               600 Travis, Suite 7300
                                                               Houston, Texas 77002
                                                               Tel.:  (713) 223-5393
                                                               Fax:  (713) 223-5909

JOHN MUNOZ (#9830)  
GARNER & MUNOZ  
1010 Common Street, Suite 3000  
New Orleans, LA 70112-2411  
Tel: (504) 581-7070  
Fax: (504) 581-7083  

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Peter K. Taaffe*  
                                                 Peter K. Taaffe