## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
|         **FORMALDEHYDE PRODUCTS** | * | |
|         **LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Cooper, et al  v. Thor California, Inc., et al* | * | |
| Docket No. 09-8198 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs:  Donald Chamberland, Gail Fairley | * | |
| Shelley Kopszywa, Richard Kopszywa, | * | |
| Kathleen Douglas, Frankie Fairley, | * | |
| Corian Fairley and Brandon Fairley | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

NOW INTO COURT, through undersigned counsel, come Plaintiff, Donald Chamberland, Gail Fairley, Shelley Kopszywa, Richard Kopszywa, Kathleen Douglas, Frankie Fairley, Corian Fairley and Brandon Fairley, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal without prejudice of claims asserted herein.

Respectfully submitted,
**JOHN ARTHUR EAVES LAW OFFICES**

By: */s/ John Arthur Eaves*
    John Arthur Eaves (MSB 8843)
    Jon-Marc King (MSB 9736)
    Shana D. Fondren (MSB 100762)
    Anders Ferrington (MSB 102444)
    Eaves Law Offices
    101 North State Street
    Jackson, MS 39201
    Phone: (601) 355-7961
    Fax: (601) 355-0530

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/John Arthur Eaves*
John Arthur Eaves