UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Daigle v. Am. Int'l Specialty Lines, Co., et al, 09-7541*
*Keddy v. Am. Int'l Specialty Lines, Co., et al, 09-7542*
*Whitten, et al v. Thor Industries, Inc., et al, 11-0553*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL OF THOR INDUSTRIES, INC.

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned matters who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal without prejudice of claims asserted against Thor Industries, Inc. Although Thor Industries, Inc. is the parent company of a named manufacturing defendant, it has been represented to the undersigned that Thor Industries, Inc. is not a proper party as it never manufactured travel trailers.

This dismissal in no way affects the claims of Plaintiffs against other defendants named in the above-captioned matters.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.
      2800 Energy Centre

2

1100 Poydras Street  
New Orleans, Louisiana  70163  
Telephone:     504/522-2304  
Facsimile:      504/528-9973  
gmeunier@gainsben.com  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Justin I. Woods  
                                              JUSTIN I. WOODS, #24713