UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bouie et al v. Dutchmen Manufacturing, Inc. et al* | * | |
| CA No. 09-8391 | * | |
| Plaintiff Curtis Westbrook only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF CURTIS WESTRBROOK'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiff Curtis Westbrook (only) hereby gives notice of his dismissal without prejudice of all claims, made in his individual capacity only, that he makes in this lawsuit against Dutchmen Manufacturing, Inc. and Shaw Environmental, Inc. This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Curtis Westbrook in an individual or representative capacity in this or any other complaints in this MDL.

                                                Respectfully submitted:

                                        By: */s/ Peter K. Taaffe*
                                              Anthony G. Buzbee
                                              Texas Bar No. 24001820
                                              Peter K. Taaffe
                                              Texas Bar No. 24003029
                                              THE BUZBEE LAW FIRM
                                              600 Travis, Suite 7300
                                              Houston, Texas 77002
                                              Tel.:  (713) 223-5393
                                              Fax:  (713) 223-5909

                JOHN MUNOZ (#9830)
                GARNER & MUNOZ
                1010 Common Street, Suite 3000
                New Orleans, LA 70112-2411
                Tel: (504) 581-7070
                Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                */s/ Peter K. Taaffe*
                Peter K. Taaffe