Jayco Vehicle Identification Number

# 1UJBJ02R9918H0060

(Jay Flight 30 BHDS Travel Trailer)

**1UJ** **B** **J02** **R9** **918H0060**

Last 8 Digits of VIN

**918H0060**

**Vehicle Type**
A = Camping Trailer
B = Travel Trailer
C = Fifth Wheel

**Number of Axles**

**Jayco ID Number**
This will be used on all Jayco built coaches. NOTE: The first nine letters are required by government policies. The second group of eight letters and digits will identify the Jayco information.

**Model Year**

**Production Location**
1 = Middlebury
7 = Idaho
9 = Wakarusa

**Model Designator**

**Model Nomenclature**

**Number of Unit Produced**

**Jayco**

AMERICA'S MOST LIVEABLE RVS.

The Mysterious VIN Explained.cdr  JM 7-08

**EXHIBIT B**