

# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS          LOUISIANA          MISSISSIPPI

## ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                    *TomC@Willingham-law.com*
Partner

April 24, 2009

Mr. Jim Hall                          ***Via Email and Regular U.S. Mail***
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd.
Metairie, LA 70001-5363

> Re:   In Re:  FEMA Trailer Formaldehyde
>        Products Liability Litigation
>        MDL No. 1873, Section "N" (4)
>        Plaintiff Fact Sheets

Dear Mr. Hall:

Enclosed please find a deficiency letter on behalf of Jayco, Inc. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office.  We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

**WILLINGHAM, FULTZ & COUGILL LLP**

*Thomas L. Cougill*

Thomas L. Cougill

cc:   Jerry Meunier (*via email*)
      Andrew Weinstock (*via email*)
      Henry Miller (*via email*)



## JAYCO, INC.

### MELDA CLARK

1.     In response to Section V (A) (1) and (2), the plaintiff identifies "Jayco" as the travel trailer manufacturer.   However, the VIN provided is not a VIN used by Jayco, Inc. Defendant requests clarification of the VIN and confirmation as to whether this unit was actually manufactured by Jayco.