ERRATA SHEET

Claimant Name:  Clark, Melda

Claimant's Attorney:  Jim Hall

1. In response to Section V(A)(1) and (2), the plaintiff indentifies "Jayco" as the travel trailer manufacturer. However, The VIN provided is not a VIN used by Jayco, Inc. Defendant requests clarification of the VIN and confirmation as to whether this unit was actually manufactured by Jayco.
   Manufacturer : Lakeside Park Homes.
   VIN: LSPH201269009GA06.

MAY 2 2 2009

_____          _____
Plaintiff or Representative                    Date

**EXHIBIT D**