**Roslyn West**

| | |
|---|---|
| **From:** | Sherrie Moseley |
| **Sent:** | Friday, November 20, 2009 12:13 PM |
| **To:** | jim@jimshall.com |
| **Subject:** | FEMA: Formaldehyde Litigation/Earnest Anthony v. Jayco Enterprises, Inc./Melda Clark |
| **Attachments:** | Letter Req.Dismissal Melda Clark 112009.doc; Clark, Melda eratta sheet 52209.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Please find attached correspondence from Tom Cougill regarding the above-referenced subject. Please do not hesitate to contact us if you have any questions. Thanks, Sherrie

Sherrie J. Moseley
Senior Paralegal to
Thomas L. Cougill
WILLINGHAM, FULTZ & COUGILL LLP
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: SherrieM@willingham-law.com
Website: www.willingham-law.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Privileged Attorney-Client Communication and/or Attorney Work Product:**

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**

1



# WILLINGHAM, FULTZ & COUGILL LLP
TEXAS    LOUISIANA    MISSISSIPPI
## ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                                              *TomC@Willingham-law.com*
Partner

November 20, 2009

Mr. Jim Hall                                                                    *Via Email and Regular U.S. Mail*
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd.
Metairie, LA 70001-5363

    Re:    In Re: FEMA Trailer Formaldehyde
            Products Liability Litigation
            MDL No. 1873, Section "N" (4)

            No. 09-4586; *Earnest Anthony, et al. vs. Jayco Enterprises, Inc., et al.*; In the
            United States District Court for the Eastern District of Louisiana.

Dear Mr. Hall:

    As you are probably aware, we represent Jayco, Inc. (incorrectly named as Jayco Enterprises, Inc.) in the above-referenced matter.

    On or about April 22, 2009, we received the Verified Plaintiff Fact Sheet for Ms. Melda Clark. She identified the manufacturer of the travel trailer she lived in as "Jayco." We responded with a deficiency letter stating that the VIN provided in the Fact Sheet was not a VIN used by Jayco. In response, Ms. Clark executed the attached Errata Sheet and confirmed the trailer she resided in was manufactured by "Lakeside Park Homes," VIN LSPH201269009GA06. Therefore, we respectfully request that a motion to voluntarily dismiss Jayco Enterprises, Inc. and Jayco, Inc., with prejudice, be filed in the above matter as soon as possible.

    Thank you for your cooperation and assistance in this matter. If you have any questions or comments, please do not hesitate to contact me.

                                Very truly yours,

                                **WILLINGHAM, FULTZ & COUGILL LLP**

                              *Thomas L. Cougill*

                              Thomas L. Cougill