## Roslyn West

| | |
|---|---|
| **From:** | Tom Cougill |
| **Sent:** | Thursday, September 22, 2011 1:16 PM |
| **To:** | jim@jimshall.com; jessica@jimshall.com |
| **Cc:** | Renee Rubert; Roslyn West; Annarose Swersey |
| **Subject:** | FW: Notice of Voluntary Dismissal - Clayton Clark & Trevor Clark |
| **Attachments:** | Clark - Notice of Voluntary Dismissal.docx; Clark, Clayton - PFS.pdf; Jayco VIN Description.pdf |

Counselors:

Please see the attached Notice of Voluntary Dismissal regarding Plaintiffs Clayton Clark and Trevor Clark.

Please keep in mind that all travel trailers and/or mobile homes manufactured by Jayco can be identified by the VIN beginning with "1UJB" (see attached document detailing how to identify a Jayco VIN).

Plaintiffs Clayton Clark and Trevor Clark both provided the VIN "LSTH201269009009009GA06" on their plaintiff fact sheets (also see attached), and have therefore incorrectly sued Jayco as the travel trailer manufacturer. We ask that you file this notice of voluntary dismissal and sue the correct entity.

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**

**WILLINGHAM, FULTZ & COUGILL LLP**

**Neil Esperson Building**
**808 Travis Street, Suite 1608**
**Houston, Texas 77002**
(713) 333.7600 (office)
(713) 333.7601 (fax)
tomc@willingham-law.com

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**

1



# Roslyn West

| | |
|---|---|
| **From:** | Tom Cougill |
| **Sent:** | Monday, October 24, 2011 10:17 AM |
| **To:** | jim@jimshall.com; jessica@jimshall.com |
| **Cc:** | Renee Rubert; Roslyn West; Annarose Swersey |
| **Subject:** | FW: Notice of Voluntary Dismissal - Melda Clark |
| **Attachments:** | Clark, Melda - Errata Sheet.pdf; Clark, Melda - Voluntary Dismissal.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counselors:

Please see the attached Notice of Voluntary Dismissal regarding plaintiff Melda Clark in the Ernest Anthony case (09-4586).

According to the attached errata sheet, Melda Clark resided in a travel trailer manufactured by Lakeside Park Homes, and has therefore incorrectly sued Jayco as the travel trailer manufacturer. We ask that you file this notice of voluntary dismissal and sue the correct entity.

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**

**WILLINGHAM, FULTZ & COUGILL LLP**

**Neil Esperson Building**
**808 Travis Street, Suite 1608**
**Houston, Texas 77002**
(713) 333.7600 (office)
(713) 333.7601 (fax)
tomc@willingham-law.com

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**