## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charles Causey v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-6180 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Alec Causey, Sr. | * | |
| Alec Causey, Jr. | * | |
| Charles Causey | * | |
| Dianna Causey | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco Enterprises, Inc. ("Jayco") and Shaw Environmental, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Alec Causey, Sr. (Plaintiff in *Causey,* C.A. 09-6180)
- Alec Causey, Jr. (Plaintiff in *Causey,* C.A. 09-6180)
- Charles Causey (Plaintiff in *Causey,* C.A. 09-6180)
- Dianna Causey (Plaintiff in *Causey,* C.A. 09-6180)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: __s/*Thomas L. Cougill*_____
 THOMAS L. COUGILL
 Texas State Bar No. 04877300
 Louisiana State Bar No. 31112
 R. MARK WILLINGHAM
 Texas State Bar No. 21641500
 JEFFREY P. FULTZ
 Texas State Bar No. 00790728
 Mississippi Bar No. 101058
 Niels Esperson Building
 808 Travis Street, Suite 1608
 Houston, Texas  77002
 (713) 333-7600 – Telephone
 (713) 333-7601 – Facsimile

 **Attorneys for Jayco Enterprises, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: __s/*M. David Kurtz*_____
 M. DAVID KURTZ  (#23821)
 KAREN KALER WHITFIELD (#19350)
 CATHERINE N. THIGPEN (#30001)
 201 St. Charles Avenue, Suite 3600
 (504) 566-5200 – Telephone
 (504) 636-4000 – Facsimile

 **Attorneys for Shaw Environmental, Inc.**

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, JIM HALL, opposes this motion.

                                                          s/*Thomas L. Cougill*
                                                          THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 8th day of February, 2012.

                                                           s/Thomas L. Cougill
                                                          THOMAS L. COUGILL