*SENT TO DEFENSE*

*NOV 06 2009*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER ) MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
_____ )
) SECTION: N(4)
)
THIS RELATES TO: Dianna Causey ) JUDGE: ENGELHARDT
              8/6/10 ) MAG: ROBY
Plaintiff: Alec James Causey )
)
_____ )
           Jr.)

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

**EXHIBIT C**

## II. PERSONAL INFORMATION

A. Name (person completing form): __Dianna Causey__

B. Maiden or other names used or by which you have been known: _____

C. Current Street Address: __4777 Elmwood Dr. Baton Rouge, La. 70814__

D. Home Telephone No.: __225-231-4704__
   Cell Phone No.: __504-481-1442__
   Work Telephone No: __504-570-3040__
   Other Telephone Nos.: _____

E. Email address: _____

## III. CASE INFORMATION

A. If you are completing this questionnaire in a representative capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1. State which individual or estate you are representing: __Alec James Causey__

2. Maiden Or Other Names Used or By Which Such Person Has Been Known: _____

3. Address (or last known address if deceased): __4777 Elmwood Dr. Baton Rouge, La. 70841__

4. Home Telephone No.: __225-231-4704__
   Cell Phone No.: __504-481-1442__
   Work Telephone No: __504-570-3040__
   Other Telephone Nos.: _____

5. E-mail address: _____

6. If you were appointed as a representative by a court, state the:

2

Court: _____

Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? __Mother__

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:
   __Aug. - 2007 Baton Rouge La.__

B. Please state the name and address of the attorney representing you:
   __JIM S. HALL & ASSOCIATES, LLC ATTORNEY AT LAW__
   Attorney's Name/Law Firm
   __800 N. CAUSEWAY BLVD., SUITE 100 METAIRIE, LA 70001__
   City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

   1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
      Yes ☑       No ☐

   2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? __Allergies__

   3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

☑ irritation to eyes
☑ burning of eyes
☑ tearing of eyes
☑ irritation to nasal membranes (inside of nose)
☑ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☑ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☐ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☑ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☐ diarrhea
☐ difficulty in breathing
☐ wheezing
☐ shortness of breath
☐ persistent cough
☐ tightness of the chest

3

## IV. FAMILY INFORMATION

A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☑   No ☐   Don't Know ☐

*If "Yes," provide the information below.*

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
| Dianna Causey | mother | 48 | Chest pain Cyst. Rash | |
| ~~father~~ Alec Causey | father | 50 | Stomach problem, Skin Rash | |
| Charles | Brother | 11 | Shortness of Breath, Rash | |
| Zion Jones | Nephew | 8 | Shortness of Breath | |

B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐   No ☑

*If "Yes," state the name of the deceased and fill out a separate form for the deceased.*
Name: _____

## V. FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A. Please provide the following information regarding the FEMA trailer or mobile home:

1. Manufacturer of trailer or mobile home: Sprinter / 2007
2. VIN: RB05AL9380 / 4Y0T307296A224220
3. FEMA Identification No.: 9118707C
4. Bar Code Number on FEMA housing unit: 1180121 / 1156889

8

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

X _Dianna Causey_  X _Dianna Causey_  _Sept 25, 2009_
Signature of Plaintiff           Print Your Name            Date
O.B.O: Alec Jones Causey

18

SENT TO DEFENSE

NOV 06 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER ) MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
_____ )
) SECTION: N(4)
)
) JUDGE: ENGELHARDT
THIS RELATES TO: ) MAG: ROBY
)
Plaintiff: Dianna Causey )
M. )
_____ )

## PLAINTIFF FACT SHEET

### I. INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II. PERSONAL INFORMATION

A. Name (person completing form): M. Dianna Causey

B. Maiden or other names used or by which you have been known: MOORE

C. Current Street Address: 4777 Elmwood Dr. Baton Rouge, La. 70814

D. Home Telephone No.: 225-231-4704
Cell Phone No.: 504-481-1442
Work Telephone No: 504-570-3040
Other Telephone Nos.:

E. Email address: diannacausey@cox.net

## III. CASE INFORMATION

A. If you are completing this questionnaire in a representative capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1. State which individual or estate you are representing: N/A

2. Maiden Or Other Names Used or By Which Such Person Has Been Known: Dianna Moore

3. Address (or last known address if deceased): N/A

4. Home Telephone No.: 225 231-4704
Cell Phone No.: 504 481-1442
Work Telephone No:
Other Telephone Nos.:

5. E-mail address: dianna causey@cox.net

6. If you were appointed as a representative by a court, state the:

2

Court: _____N/A_____ Date of Appointment: ___4___

7. What is your relationship to the deceased or represented person or person claimed to be injured? __Self__

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____
_____

B. Please state the name and address of the attorney representing you:

__JIM S. HALL & ASSOCIATES, LLC ATTORNEY AT LAW__
Attorney's Name/Law Firm
__800 N. CAUSEWAY BLVD., SUITE 100 METAIRIE, LA 70001__
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑   No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? __Cyst in Breast__

3. <u>During the time that you lived</u> in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

☐ irritation to eyes
☐ burning of eyes
☐ tearing of eyes
☑ irritation to nasal membranes (inside of nose)
☐ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☑ irritation or itching of skin
☐ burning of skin
☑ rashes on skin
☑ drying or scaling of skin
☑ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☑ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☐ diarrhea
☐ difficulty in breathing
☐ wheezing
☑ shortness of breath
☐ persistent cough
☑ tightness of the chest

3

IV. FAMILY INFORMATION

A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☑   No ☐   Don't Know ☐

If "Yes," provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
| Charles Causey | son | 11 | shortness of breath | NA |
| Annie Moore | mother | 69 | allergies | Natural |
| Johnnie Moore | father | 68 | lung disease | Natural |
| Zion Jones | grandson | 8 | allergies | " |
| Alec Causey | son | 16 | allergies | " |
| Alec Causey | husband | 50 | stomach pain, skin rash | |

B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐   No ☑

If "Yes," state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V. FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to <u>each</u> FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A. Please provide the following information regarding the FEMA trailer or mobile home:

1. Manufacturer of trailer or mobile home: Sprinter /2007
2. VIN: RB05AL9380 / 4YDT307296A224220
3. FEMA Identification No.: 9118707C
4. Bar Code Number on FEMA housing unit: 1180121 / 1156889

8

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

X _Dianna Causey_    X _Dianna Causey_    X _Sept 25 2009_
Signature of Plaintiff        Print Your Name        Date

Dianna M. Causey

18