

## WILLINGHAM, FULTZ & COUGILL LLP
TEXAS     LOUISIANA     MISSISSIPPI
### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                          TomC@Willingham-law.com
Partner

June 27, 2011

Mr. Jim Hall                                                               *Via Email*
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd.
Metairie, LA 70001-5363

  Re: In Re: FEMA Trailer Formaldehyde
     Products Liability Litigation
     MDL No. 1873, Section "N" (4)
     Plaintiff Fact Sheets

Dear Mr. Hall:

  Enclosed please find a deficiency letter on behalf of STARCRAFT RV, INC. and JAYCO, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

  Thank you for your cooperation and assistance in this matter. If you have any questions or comments, please do not hesitate to contact me.

            Very truly yours,

            **WILLINGHAM, FULTZ & COUGILL LLP**

            *Thomas L. Cougill*

            Thomas L. Cougill

cc: Jerry Meunier (*via email*)
   Andrew Weinstock (*via email*)
   Henry Miller (*via email*)


**EXHIBIT E**

## JAYCO, INC.

### DIANNA CAUSEY o/b/o CHARLES E. CAUSEY

1. In response to Section V (A) (2), the plaintiff failed to provide a VIN that corresponds to a unit manufactured by Jayco, Inc.

### ALEC CAUSEY

1. In response to Section V (A) (2), the plaintiff failed to provide a VIN that corresponds to a unit manufactured by Jayco, Inc.

## STARCRAFT RV, INC.

### LOU ETHEL SANTEE

1. The VIN plaintiff provided in response to Section V (A) (2) does not correspond to a unit manufactured by Starcraft RV, Inc.

### KERRY HARDY

1. The VIN plaintiff provided in response to Section V (A) (2) does not correspond to a unit manufactured by Starcraft RV, Inc.

### BRANDON WILLIAMS

1. The VIN plaintiff provided in response to Section V (A) (2) does not correspond to a unit manufactured by Starcraft RV, Inc.

### BRENDA MCCRARY

1. In response to Section V (A) (1), the plaintiff identified the manufacturer as "Sun Valley." The VIN plaintiff provided in response to Section V (A) (2) does not correspond to a unit manufactured by Starcraft RV, Inc.

2. Plaintiff failed to provide sufficient identifying information for the medical providers listed in response to Section IX (D) and (E), as well as the pharmacy listed in subsection (F).

### BRANDI WILLIAMS

1. The VIN plaintiff provided in response to Section V (A) (2) does not correspond to a unit manufactured by Starcraft RV, Inc.