**Roslyn West**

| | |
|---|---|
| **From:** | Annarose Swersey |
| **Sent:** | Wednesday, October 19, 2011 9:54 AM |
| **To:** | 'jim@jimshall.com'; 'jessica@jimshall.com' |
| **Cc:** | Tom Cougill; Renee Rubert; Roslyn West |
| **Subject:** | RE: Notice of Voluntary Disimissal - Causey |
| **Attachments:** | Causey - Voluntary Dismissal.docx; Causey, Alec Sr - PFS.pdf; Jayco VIN Description.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counselors,
I am following up on Tom Cougill's e-mail to you on 9/22/11 (see below) regarding the Causey family, who provided a VIN that does not correspond to a travel trailer manufactured by Jayco. Please file the attached notice of voluntary dismissal and sue the correct entity, or provide supplemental information correcting the discrepancy. Thank you for your help.
Annarose Swersey

**From:** Tom Cougill
**Sent:** Thursday, September 22, 2011 1:33 PM
**To:** jim@jimshall.com; jessica@jimshall.com
**Cc:** Renee Rubert; Roslyn West; Annarose Swersey
**Subject:** FW: Notice of Voluntary Disimissal - Causey

Counselors:

Please see the attached Notice of Voluntary Dismissal regarding plaintiffs Charles Causey, Dianna Causey, Alec Causey Sr., and Alec Causey Jr.

Please keep in mind that all travel trailers and/or mobile homes manufactured by Jayco can be identified by the VIN beginning with "1UJB" (see attached document detailing how to identify a Jayco VIN).

Plaintiffs Charles Causey, Dianna Causey, Alec Causey Sr., and Alec Causey Jr. all provided the VIN numbers "RB5AL9380" and "4Y0T307296A224220" on their plaintiff fact sheets (also see attached), and have therefore incorrectly sued Jayco as the travel trailer manufacturer. We ask that you file this notice of voluntary dismissal and sue the correct entity.

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**
**WILLINGHAM,**
**FULTZ & COUGILL LLP**
**Neil Esperson Building**
**808 Travis Street, Suite 1608**
**Houston, Texas 77002**
(713) 333.7600 (office)
(713) 333.7601 (fax)



tomc@willingham-law.com

The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.