

# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS        LOUISIANA        MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                                    *TomC@willingham-law.com*

April 13, 2011

John Arthur Eaves, Jr.                                              ***Via Email and Regular U.S. Mail***
Law Firm of John Arthur Eaves
101 N. State St.
Jackson, MS 39201
johnjr@eaveslaw.com

Dear John:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Jacqueline Anderson v. Jayco, Inc.,*** **cause no. 09-8160**

1. Jacqueline Anderson
2. Denise Kaye Kirkland
3. Otis Lee Kirkland
4. Samantha Nicole Kirkland
5. Victoria Leigh Kirkland
6. Leslie Moody
7. Timothy Tait, Jr.
8. Cicely Tatum
9. Johnnie M. Tatum
10. Robert Tatum
11. Rober Tatum, Jr.
12. Chevon Thompson
13. Antonio Trotter
14. Jocelyn Trotter



*Jacqueline Anderson v. Jayco, Inc.,* **cause no. 09-8160 (cont'd)**

15. Sharon E. Trotter
16. Cayden Warren
17. Damiracle Webb
18. Michael Webb
19. Natalie Webb
20. Nathaniel L. Williams

*Glorine Fields v. Jayco, Inc.,* **cause no. 09-8185**

1. Glorine M. Fields
2. Margaret Marie Grace
3. Paul Austin Grace, Sr.

*Antoinette Garrett v. Jayco, Inc.,* **cause no. 09-8039**

1. Antoinette Garrett
2. Cameron Garrett
3. Leo P. Garrett, III

*Leo P. Garrett v. Jayco, Inc.,* **cause no. 10-2174**

1. Jacqueline Anderson
2. Alisha Black
3. Chrishawn Black
4. Jonathan Black
5. Kevin Black
6. Kristen Black
7. Schuntel S. Bowden
8. Leo P. Garrett, Jr.
9. Ronnie W. George

*Janie Ruth Harvey v. Jayco, Inc.,* **cause no. 09-8179**

1. Janie Ruth Harvey
2. Mitchell O. Hutson
3. Ruth Lewis (obo T.L.)
4. Keith Lewis
5. Ruth Lewis
6. Ruby Michaels (obo B.M.)
7. Peter Manuel, IV
8. Ruby Michaels
9. Edward Perkins, III

*David Lee Haygood v. Jayco, Inc.*, **cause no. 09-8253**

1. Thomas Ferguson, III
2. Thomas Ferguson (obo T.F.)
3. Thomas Dixon Ferguson, Jr.
4. David Lee Haygood
5. Vivki Renea Haygood
6. Fikes Henry
7. James Earl Jefferson

*Dejuan T. Hobbs v. Jayco, Inc.*, **cause no. 09-8222**

1. Dejuan Hobbs
2. Travonn Hobbs
3. Dominique Jackson
4. Eugene Jackson
5. Pearl A. Miller
6. Carmen Denise Moffett
7. Fabian E. Moran
8. Lorraine Ruth Rodriguez

*Stephanie Johnson v. Jayco, Inc.*, **cause no. 09-8128**

1. Daphine Monique Johnson
2. Serria Johnson
3. Stephanie Marie Johnson
4. Zarial Johnson

*Areasa Keys v. Jayco, Inc.*, **cause no. 09-8056**

1. Arlitha Keys (obo A.K.1)
2. Arlitha Keys (obo A.K.2)
3. Areasa Keys
4. Arlitha Keys

*John Vincent Parker v. Jayco, Inc.*, **cause no. 09-8140**

1. John Vincent Parker
2. Jerry Devon Patterson

*Jerry Patterson v. Jayco, Inc.*, **cause no. 09—6971**

1. Leverette Williams
2. Jerry Devon Patterson
3. Eric Paul Pike
4. Gloria Sauk
5. Ella Louise Sparrow

### *Rokoyia Roper v. Jayco, Inc.,* cause no. 09-8280

1. Rokoyia Roper
2. Marcos Searight
3. Carlos Tate

### *Eliot Simpson v. Jayco, Inc.,* cause no. 09-8215

1. Geraldine Bradley
2. Eliot Simpson
3. Glorine Simpson
4. Jytireus Smith
5. Tasha Monique Smith
6. Jasmine Stewart
7. Jerry Stewart, Jr.
8. Mickel Stewart
9. Sharon Louis Stewart
10. Barbara Williams
11. Christopher Michael Williams
12. George Williams (obo) Christopher Williams
13. George D. Williams
14. George D. Williams, III
15. Pauline Young

### *Amanda Anderson v. Starcraft RV, Inc.,* cause no. 10-2138

1. Amanda Anderson

### *James Cuevas v. Starcraft RV, Inc.,* cause no. 09-8047

1. James Cuevas
2. Kevin Dame
3. Melanie Dame
4. Irene Stapleton

### *Melanie Dame v. Starcraft RV, Inc.,* cause no. 10-2157

1. Melanie Dame

### *Melanie Dame, obo B.D. v. Starcraft RV, Inc.,* cause no. 09-8200

1. Breanna Dame
2. Haidyn Mitchell Dame
3. Hunter Alexander Dame
4. Maddison Audrey Dame

*Aaron Fagan v. Starcraft RV, Inc.*, **cause no. 09-8108**

1. Aaron A. Fagan
2. Charlene Fagan
3. Misty Smith

*Alberta Floyd v. Starcraft RV, Inc.*, **cause no. 09-8226**

1. Alberta Floyd
2. Dessie Oselen

*Susan Rebecca Freeman v. Starcraft RV, Inc.*, **cause no. 09-8275**

1. Blakney Hart Freeman
2. Charles E. Freeman
3. Susan Rebecca Freeman
4. Nathan L. Gray
5. Nathan L. Gray, Jr.

*Dessie Oslele obo D.S. v. Starcraft RV, Inc.*, **cause no. 09-8282**

1. Deedra Switzer

*Marvin Phillips v. Starcraft RV, Inc.*, **cause no. 09-8241**

1. Marvin Phillips
2. Maichael Stowers, Jr.
3. Arlanderia Whitlock
4. Nora E. Whitlock

*David Franklin Scott v. Starcraft RV, Inc.*, **cause no. 10-2139**

1. David Franklin Scott

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc:  Jerry Meunier *(via email)*
     Andrew Weinstock *(via email)*
     Henry Miller *(via email)*
     Gerald Meunier *(via email)*
     Justin Woods *(via email)*