

*Trailer Info* — *Look up Manufacturer, VIN, Bar Code* — LA824

# PLAINTIFF FACT SHEET

## I. INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. IT MUST BE COMPLETED AND RECEIVED BACK IN OUR OFFICE WITHIN (1) ONE WEEK. FAILURE TO COMPLETE CORRECTLY CAUSE YOUR CLAIM TO BE REJECTED AND DISMISSED WITH **NO** COMPENSATION!

Please provide the following information for each person claiming a formaldehyde related injury as a result in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, PLEASE assume "You" means the person who resided in or lived in the housing unit.

If space is needed for any response, please attach additional sheets.



II.  PERSONAL INFORMATION

A. Name (person completing form): John V. Parker

B. Maiden or other names used or by which you have been known: _____

C. Current Street Address: 911 Krebs Ave Pascagoula, MS 39567

D. Home Telephone No.: 228-249-2037
   Cell Phone No.: 228-249-2037
   Work Telephone No: 228-938-9047
   Other Telephone Nos.: 228-327-5609

E. Email address: parkerjv88@yahoo.com

III.  CASE INFORMATION

A.  If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1. State which individual or estate you are representing: _____

2. Maiden Or Other Names Used or By Which Such Person Has Been Known: _____

3. Address (or last known address if deceased): _____

4. Home Telephone No.: _____
   Cell Phone No.: _____
   Work Telephone No: _____
   Other Telephone Nos.: _____

5. E-mail address: _____

6. If you were appointed as a representative by a court, state the:

2

Court: _____  Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? _____

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:
_____
_____

B. Please state the name and address of the attorney representing you:

   John Eaves
   Attorney's Name/Law Firm
   Jackson, MS
   City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

   1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
      Yes [✓]   No [ ]

   2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? _Toxic exposure inside trailer, and uncertain of future illness_

   3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| | |
|---|---|
| [ ] irritation to eyes | [ ] tingling or swelling of lips or face area |
| [ ] burning of eyes | [✓] headaches |
| [ ] tearing of eyes | [✓] nausea |
| [✓] irritation to nasal membranes (inside of nose) | [ ] vomiting |
| [ ] burning of nasal membranes (inside of nose) | [ ] bloody vomiting |
| [ ] bleeding of nasal membranes (inside of nose) | [ ] abdominal pain |
| [ ] irritation or itching of skin | [ ] diarrhea |
| [ ] burning of skin | [ ] difficulty in breathing |
| [ ] rashes on skin | [ ] wheezing |
| [ ] drying or scaling of skin | [ ] shortness of breath |
| [ ] scaling or itching of eyelids | [ ] persistent cough |
| [ ] irritation or swelling of eyelids or eye area | [ ] tightness of the chest |

3

IV. FAMILY INFORMATION

    A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes [✓]    No [✓]    Don't Know [ ]

*If "Yes," provide the information below.*

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
| Ora Garraway | Grandmother | 84 | Heart disease | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

    B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes [ ]    No [✓]

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V. FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to each FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

    A. Please provide the following information regarding the FEMA trailer or mobile home:

        1. Manufacturer of trailer or mobile home: Keystone
        2. VIN: 4YDT29B296G919910
        3. FEMA Identification No.: 1604 921144946
        4. Bar Code Number on FEMA housing unit: 1251721

8

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_John V. Parker_  _John V. Parker_  _3-3-10_
Signature of Plaintiff   Print Your Name   Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) |

Name:_____

Date of Birth:_____

Last Four Numbers of SSN:_____

I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002**, and/or to the law firm of _____ _____ and/or their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment