# WILLINGHAM, FULTZ & COUGILL LLP
TEXAS     LOUISIANA     MISSISSIPPI
### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                                       *TomC@Willingham-law.com*
Partner

June 27, 2011

Mr. John Arthur Eaves                                                  *Via Email: john@eaveslaw.com*
Ms. Shana D. Fondren                                                   *Via Email: shana@eaveslaw.com*
John Arthur Eaves Law Offices
101 North State Street
Jackson, MS 39201

Re:   In Re:  FEMA Trailer Formaldehyde
      Products Liability Litigation
      MDL No. 1873, Section "N" (4)
      Plaintiff Fact Sheets

Dear Mr. Eaves:

Enclosed please find a deficiency letter on behalf of JAYCO, INC. and STARCRAFT RV, INC., pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

Thank you for your cooperation and assistance in this matter. If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

**WILLINGHAM, FULTZ & COUGILL LLP**

*Thomas L. Cougill*

Thomas L. Cougill

TLC:rkr

cc:   Jerry Meunier (*via email*)
      Andrew Weinstock (*via email*)
      Henry Miller (*via email*)

**EXHIBIT D**

## JAYCO, INC.

### NATALIE N. WEBB

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

### BARBARA L. WILLIAMS

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

### ANTONIO TROTTER (By Sharon Trotter)

1. In response to Section V (A), the plaintiff identified the trailer manufacturer as "JAG "Forest River." The VIN's provided do not match a unit manufactured by Jayco.

### SHARON TROTTER

1. In response to Section V (A), the plaintiff identified the trailer manufacturer as "JAG "Forest River." The VIN's provided do not match a unit manufactured by Jayco.

### JOCELYN R. TROTTER (BY SHARON TROTTER)

1. Defendant seeks clarification on whether Sharon Trotter represents Jocelyn Trotter in some capacity, as Jocelyn Trotter is not a minor. The Plaintiff Fact Sheet was completed and signed by Sharon Trotter.

2. In response to Section V (A), the plaintiff identified the trailer manufacturer as "JAG "Forest River." The VIN's provided do not match a unit manufactured by Jayco.

### TIMOTHY TAIT, JR.

1. Plaintiff failed to provide date of birth in response to Section IV (C) and on the attached authorizations.

2. In response to Section V (A), the plaintiff identified the trailer manufacturer as "JAG "Forest River." The VIN's provided do not match a unit manufactured by Jayco.

### VICKI HAYGOOD

1. Plaintiff failed to provide a complete response to Section III (C) (8) regarding the claimed mental and/or emotional damages.

### SHARON STEWART

1. In response to Section V (A) (1) and (2), the plaintiff identified the trailer manufacturer as "Atwood Mobile Products." Defendant also seeks clarification of the VIN that does not correspond with a unit manufactured by Jayco, Inc.

### SHARON STEWART o/b/o JASMINE STEWART

1. In response to Section V (A) (1) and (2), the plaintiff identified the trailer manufacturer as "Atwood Mobile Products." Defendant also seeks clarification of the VIN that does not correspond with a unit manufactured by Jayco, Inc.

### SHARON STEWART o/b/o JERRY STEWART, JR.

1. In response to Section V (A) (1) and (2), the plaintiff identified the trailer manufacturer as "Atwood Mobile Products." Defendant also seeks clarification of the VIN that does not correspond with a unit manufactured by Jayco, Inc.

### ROKOYIA ROPER

1. Plaintiff's representative failed to provide any medical diagnosing or medical treatment information in response to Section VII and Section IX.

### JOHN PARKER

1. In response to Section V (A) (1) and (2), the plaintiff identified the trailer manufacturer as "Keystone" and provided a VIN that appears to correspond to Keystone.

### JAMES EARL JEFFERSON

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

2. Plaintiff failed to provide any medical diagnosing or medical treatment information in response to Section VII and Section IX.

### GEORGE WILLIAMS, JR.

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

### GEORGE WILLIAMS, III

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

3

### ELLA LOUISE SPARROW

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

2. Plaintiff failed to provide any medical diagnosing or medical treatment information in response to Section VII and Section IX.

### DAMIRACLE WEBB

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

### CHRISTOPHER M. WILLIAMS

1. Plaintiff failed to include Page 6 to Plaintiffs' Fact Sheet.

## STARCRAFT RV, INC.

### PATRICIA ANN SUIPKO

1. In response to Section V (A) (1) and (2), the plaintiff failed to provide a trailer manufacturer or VIN.

### PEGGY BANG o/b/o TYLER BANG, a Minor

1. In response to Section V (A) (1) and (2), the plaintiff identified the trailer manufacturer as "Fleetwood" and provided a VIN that does not correspond with a unit manufactured by Starcraft RV, Inc.

### NORA E. WITLOCK

1. Plaintiff's response to Section V (A) (13) through (20) regarding trailer occupancy information is obscured or has been redacted.