Jayco Vehicle Identification Number

# 1UJBJ02R9918H0060

*(Jay Flight 30 BHDS Travel Trailer)*

**1UJ B** J02R9 **918H0060**

Last 8 Digits of VIN

**9 1 8 H 0060**

**Vehicle Type**
A=Camping
   Trailer
B=Travel Trailer
C=Fifth Wheel

**Number of Axles**

**Jayco ID Number**
This will be used on all Jayco
built coaches.  NOTE: The first
nine letters are required by
government policies.  The second
group of eight letters and digits
will identify the Jayco information.

**Model Year**

**Production Location**
1=Middlebury
7=Idaho
9=Wakarusa

**Model Designator**

**Model Nomenclature**

**Number of Unit Produced**

## Jayco®

AMERICA'S MOST **LIVEABLE** RVS.

The Mysterious VIN Explained.cdr  JM.7-08

EXHIBIT C