**Roslyn West**
_____

| | |
|---|---|
| **From:** | Tom Cougill |
| **Sent:** | Tuesday, September 27, 2011 9:34 AM |
| **To:** | bobh@hmglawfirm.com; tweitzel@wgclawfirm.com; nporter@wgclawfirm.com |
| **Cc:** | Renee Rubert; Roslyn West; Annarose Swersey |
| **Subject:** | FW: Notice of Voluntary Dismissal - Hinton |
| **Attachments:** | Hinton - Voluntary Dismissal.docx; Hinton, Deante - PFS.pdf; Jayco VIN Description.pdf |

Counselors:

Please see the attached Notice of Voluntary Dismissal regarding Plaintiffs Kayana Beemon-Pittman, Deane Hinton, Fulston Hinton, Jabaree Hinton, and Linda Hinton o/b/o D.P. and A.W.

Please keep in mind that all travel trailers and/or mobile homes manufactured by Jayco can be identified by the VIN beginning with "1UJB" (see attached document detailing how to identify a Jayco VIN).

Plaintiffs Kayana Beemon-Pittman, Deane Hinton, Fulston Hinton, Jabaree Hinton, and Linda Hinton o/b/o D.P. and A.W. provided the VIN "ACBC06AL0136947" on their plaintiff fact sheets (also see attached) and identified Cavalier as the manufacturer, and have therefore incorrectly sued Jayco as the travel trailer manufacturer. We ask that you file this notice of voluntary dismissal and sue the correct entity.

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**

**WILLINGHAM, FULTZ & COUGILL LLP**

**Neil Esperson Building**
**808 Travis Street, Suite 1608**
**Houston, Texas 77002**
(713) 333.7600 (office)
(713) 333.7601 (fax)
tomc@willingham-law.com

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**

