UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Monique Cambrice v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-8618 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Raymond Lewis | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF RAYMOND LEWIS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco Enterprises, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named plaintiff in another lawsuit. The plaintiff at issue is:

- Raymond Lewis (Plaintiff in *Cambrice*, C.A. 09-8618)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of this plaintiff in this case.

                                                          Respectfully submitted,
                                                  **WILLINGHAM, FULTZ & COUGILL LLP**

                                              By:   *s/Thomas L. Cougill*
                                                         THOMAS L. COUGILL
                                                         Texas State Bar No. 04877300
                                                         Louisiana State Bar No. 31112
                                                         R. MARK WILLINGHAM
                                                         Texas State Bar No. 21641500
                                                         JEFFREY P. FULTZ
                                                         Texas State Bar No. 00790728
                                                         Mississippi Bar No. 101058
                                                         Niels Esperson Building
                                                         808 Travis Street, Suite 1608
                                                         Houston, Texas  77002
                                                         (713) 333-7600 – Telephone
                                                         (713) 333-7601 – Facsimile
                                                         **Attorneys for Jayco Enterprises, Inc.**

## CERTIFICATE OF CONFERENCE

     As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, FRANK D'AMICO, does not oppose this motion.

                                                                           *s/Thomas L. Cougill*
                                                                           THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 8th day of February, 2012.

                                                                           s/Thomas L. Cougill
                                                                           THOMAS L. COUGILL