UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Monique Cambrice v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-8618 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Raymond Lewis | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF RAYMOND LEWIS

**COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff, Raymond Lewis and in support they would respectfully show the court as follows:

I. On or about December 29, 2009, Plaintiff, Raymond Lewis, was named as a plaintiff in a case styled *Steven Bell v. Jayco Enterprises, Inc.*, Cause No. 09-8617. Subsequently, on or about December 29, 2009, Raymond Lewis was named as a plaintiff in a case styled *Monique Cambrice v. Jayco Enterprises, Inc.,* Cause No. 09-8618. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench

upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Raymond Lewis appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Raymond Lewis as filed in the case styled *Steven Bell v. Jayco Enterprises, Inc.,* Cause No. 09-8617.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of Raymond Lewis in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile
     **Attorneys for Jayco Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 8th day of February, 2012.

    *s/Thomas L. Cougill*
    THOMAS L. COUGILL