UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Monique Cambrice v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-8618 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Raymond Lewis | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Raymond Lewis filed by Jayco Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Raymond Lewis is **GRANTED** and the claims and causes of action of plaintiff, Raymond Lewis, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Raymond Lewis as filed in the case styled *Steven Bell v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8617.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE