UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 <br> * <br> * <br> * SECTION: N "5" |
| THIS DOCUMENT PERTAINS TO: <br> *Joyce Sylva, et al. v. Skyline Corporation*, No. 09-5648. | * JUDGE: KURT D. ENGELHARDT <br> * <br> * |
| Plaintiff: Joyce Sylva. | * MAGISTRATE JUDGE: <br> * ALMA CHASEZ <br> * |

* * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO DISMISS DUPLICATIVE CLAIMS

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, moves this Court to dismiss plaintiff, Joyce Sylva (a/k/a Joyce Silva) ("Sylva"), from this action that was recently set for trial. Sylva's claims are duplicative of claims by the same individual (as "Joyce Silva") in another lawsuit in this Multidistrict Litigation, *Evelena Sam, et al. v. Skyline Corporation*, 09-8485, in which lawsuit Sylva is represented by another attorney. Sylva desires to be represented by the attorney who filed the *Sam* lawsuit. Undersigned counsel conferred with counsel for Sylva in this member case and in the *Sam* case, who do not oppose this motion.

WHEREFORE, Skyline respectfully requests that Sylva be dismissed from this action without prejudice to her claims in *Evelena Sam, et al. v. Skyline Corporation*, 09-8485.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

971590.1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and that I served the foregoing on trial counsel by e-mail on February 8, 2012.

                                    s/ *Robert D. Sheesley*
                                    ROBERT D. SHEESLEY