UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 <br> * <br> *  SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO: <br> *Joyce Sylva, et al. v. Skyline Corporation*, No. 09-5648. | *  JUDGE: KURT D. ENGELHARDT <br> * <br> * |
| Plaintiff: Joyce Sylva. | *  MAGISTRATE JUDGE: <br> *  ALMA CHASEZ <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## UNOPPOSED MOTION TO DISMISS DUPLICATIVE CLAIMS

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, submits this memorandum in support of its unopposed motion to dismiss the claims of plaintiff, Joyce Sylva (a/k/a Joyce Silva) ("Sylva"), as duplicative of claims asserted by the same person (as "Joyce Silva") in another lawsuit in this Multidistrict Litigation, *Evelena Sam, et al. v. Skyline Corporation*, 09-8485.  Sylva is represented by different attorneys in each case.

### I.  FACTUAL BACKGROUND.

The instant case is one of five (5) trials recently set in the MDL involving Skyline or its subsidiary, Layton Homes Corp.  There are two plaintiffs in the instant case – Sylva and Jesse Palmore – who resided in different units and have no apparent connection to each other.  Mr. Palmore's claims are not affected by this motion.

Upon reviewing the plaintiffs' information in these cases, counsel for Skyline learned that Sylva was named in two actions against Skyline in the MDL that were filed by two different attorneys.  The instant action was filed as an amended complaint on August 14, 2009 by the Lawrence J. Centola, Jr. of the Hurricane Legal Center.  Sylva was originally named in the placeholder suit, *King, et al. v. Alliance Homes, Inc., et al.*, 09-4074, which was dismissed on

971590.1

January 19, 2011.  (Doc. 19856.)  The other action, *Evelena Sam, et al. v. Skyline Corporation*, 09-8485, was filed on December 29, 2009 by Frank J. D'Amico, Jr.

Undersigned counsel notified the Sylva's attorneys in this case that Sylva had asserted duplicative claims.  In response, undersigned counsel was informed that Sylva and "Joyce Silva" were the same person, and that Sylva desires to be represented by Mr. D'Amico and to proceed with the claims in the *Sam* case.  (Ex. A – Letter from Joyce Sylva.)

## II.   LAW & ARGUMENT

Generally, the Fifth Circuit follows a "first-filed" rule that provides for the dismissal of the later-filed suit where a party files multiple lawsuits concerning the same facts.  *See In re Katrina Canal Breaches Consol. Lit.*, 05-4182, 2009 WL 88612, at *1 (E.D. La. Jan. 7, 2009).  The discretionary rule serves "to eliminate wasteful duplicative litigation, to avoid rulings that may trench upon a sister court's authority, and to avoid piecemeal resolution of issues calling for a uniform result."  *Id.* (citing *Save Power Ltd. v. Synteck Fin. Corp.*, 121 F.3d 947, 950 (5th Cir. 1997)).

A district court has discretion to dismiss the earlier-filed lawsuit "where the interests of judicial economy would be served."  *Id.* (internal citations omitted).  Dismissal of the earlier-filed action may be appropriate if the parties consent, if the suits originated in the same courts, and are before the same judge.  *See id.*

Here, *Sam* – the action in which Sylva desires to maintain her claims against Skyline – is the later-filed suit.  However, Sylva wishes to be represented by the attorney who filed the *Sam* case.  Therefore, in the interests of expediency and preserving Sylva's choice of counsel, Sylva's claims in this action should be dismissed without prejudice to Sylva's claims in *Sam*.

971590.1

-3-

### III. CONCLUSION.

For the foregoing reasons, Skyline respectfully requests that Joyce Sylva be dismissed from this action without prejudice to her claims (as "Joyce Silva") in *Evelena Sam, et al. v. Skyline Corporation*, 09-8485.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and that I served the foregoing on trial counsel e-mail on February 8, 2012.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

971590.1