February 8, 2012

To Whom This May Concern,

My name is Joyce L. Sylva and I am writing this letter to confirm that I wish to have the Law Office of Frank J. D'Amico, Jr. (Frank J. D'Amico, Jr.) represent me in my lawsuit against Skyline Corporation (Case No. 09-8485).

I further wish the following:

(1) Release Hurricane Legal Center (Lawrence J. Centola, Jr., Esq.) from representing me; and

(2) Dismiss (without prejudice) my claim against Skyline Corporation (Case No. 09-5648.)

If additional information is need, I can be reached at (504) 908-2354


Joyce L. Sylva


EXHIBIT A