UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION: N "5" |
| *Joyce Sylva, et al. v. Skyline Corporation*, No. 09-5648. | * JUDGE: KURT D. ENGELHARDT |
| | * |
| Plaintiff: Joyce Sylva. | * MAGISTRATE JUDGE: |
| | * ALMA CHASEZ |

### ORDER

Considering the foregoing Unopposed Motion to Dismiss Duplicative Claims by defendant Skyline Corporation;

IT IS HEREBY ORDERED that the motion is **GRANTED** and that the claims of Joyce Sylva in this action are hereby dismissed without prejudice to the claims asserted by Joyce Sylva (as "Joyce Silva") in *Evelena Sam, et al. v. Skyline Corporation*, 09-8485.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

971590.1