UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 10-3686

## ORDER AND REASONS

Before the Court is a Motion for Summary Judgment and Alternative Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets" (Rec. Doc. 24262), filed by defendant Layton Homes Corp..  Plaintiffs Loudevia Williams, individually and on behalf of J.W. and K.W., and Vernon Williams, have filed a memorandum (Rec. Doc. 24382), in which they state that they do not oppose the entry of order dismissing their claims against Layton Homes Corp. with prejudice, provided that their claims against other defendants are protected and the claims of the other plaintiffs in this case are preserved against all defendants. Accordingly,

**IT IS ORDERED** that the **"Motion for Summary Judgment and Alternative Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets" (Rec. Doc. 24262)**, filed by defendant Layton Homes Corp., is hereby **DENIED AS MOOT**, and that the claims of the plaintiffs addressed therein shall be voluntarily dismissed as the

plaintiffs have requested in Rec. Doc. 24382.

**IT IS FURTHER ORDERED** that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and with the consent of Layton Homes Corp., the claims of Loukevia M. Williams, individually and on behalf of J.W. and K.W., and Vernon Wiliams, in the referenced case are dismissed with prejudice solely as to the defendant Layton Homes Corp., while preserving all their claims against the other named defendants named in this case and those of these same plaintiffs as to other manufacturers named in other cases pending in this MDL (against Recreation By Design and Gulfstream). This Order shall not affect the claims of the other named plaintiffs in the referenced case, who maintain their claims against all defendants.

New Orleans, Louisiana, this 8th day of February 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE