## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Geral Bowman, et al. vs. Thor California, Inc.,
et al.*, **C.A. No. 10-3473**

### PLAINTIFFS' NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DUPLICATE CLAIMS UNDER RULE FRCP 41(a)(1)(A)(i)

Now into Court, through undersigned counsel, comes the following Named Plaintiffs, Chrys E. Wallace and Clarence E. Wallace, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims against defendant **Thor California, Inc., doing business in California as Thor Manufacturing** *only in the captioned Complaint*, on the basis that their claims are duplicative of those set forth in the matter entitled *Anthony J. Barcia, et al. vs. Thor California, Inc., et al.*, **C.A. No. 10-3477**, reserving all rights and allegations they have made in this case against all other named defendants and all claims asserted in *Anthony J. Barcia, et al. vs. Thor California, Inc., et al.*, **C.A. No. 10-3477**. The remaining Named Plaintiffs in the above captioned matter maintain their claims against all named defendants.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:       storres@torres-law.com
              rburns@torres-law.com
**Attorneys for Plaintiffs**


## CERTIFICATE OF SERVICE

I certify that, on the 9th day of February, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

            s/ Roberta L. Burns
        **ROBERTA L. BURNS**

2