UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Cases listed in Rec.Doc. 24202

## ORDER AND REASONS

Before the Court is "Plaintiffs' Motion to Sever Claims and to Join Existing Action" (Rec. Doc 24202). Plaintiffs have filed claims in multiple member cases against Thor Industries, Inc. ("Thor"), Thor California, Inc., and Four Winds International, Inc. ("Four Winds"). They now seek to join in *Julie Cook, et al v. Dutchmen Manufacturing, Inc.*, No. 09-5957. Thor, Thor California, Inc., Four Winds, and Dutchmen have filed a memorandum in opposition (Rec. Doc. 24327). Having carefully considered the parties' arguments and the applicable law,

**IT IS ORDERED** that the **"Plaintiffs' Motion to Sever Claims and to Join Existing Action" (Rec. Doc 24202)** is **GRANTED** for substantially the reasons stated in Rec.Doc. 24396.

New Orleans, Louisiana, this 9th day of February 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**