Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO THE FOLOWING CASE:<br>*Dillon, et al. v. Dutchmen Manufacturing, Inc., et al.*<br>Civil Action No. 10-1376 | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## Notice of Voluntary Dismissal of Defendants

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above-captioned matter pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of Plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against all Defendants.  These claims are duplicative of claims asserted by Plaintiffs in No. 11-318 and No. 11-319.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)