UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER PRODUCTS** | * | **MDL NO. 07-1873** |
| **LIABILITY LITIGATION** | * | |
| | * | |
| | * | **SECTION:  N "5"** |
| **THIS DOCUMENT PERTAINS TO:** | * | **JUDGE: KURT D. ENGELHARDT** |
| *Joyce Sylva, et al. v. Skyline Corporation*, No. 09- | * | |
| **5648.** | * | |
| | * | **MAGISTRATE JUDGE:** |
| | * | **ALMA CHASEZ** |
| **Plaintiff: Joyce Sylva.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *   *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss Duplicative Claims by

defendant Skyline Corporation;

IT IS HEREBY ORDERED that the motion is **GRANTED** and that the claims of Joyce

Sylva in this action are hereby dismissed without prejudice to the claims asserted by Joyce Sylva

(as "Joyce Silva") in *Evelena Sam, et al. v. Skyline Corporation*, 09-8485.

New Orleans, Louisiana this ___9th___ day of ___February___, 2012.

_____
UNITED STATES DISTRICT JUDGE

971590.1