UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE ENGELHARDT |
| *John Vincent Parker v. Jayco, Inc.* | * | |
| Docket No. 09-8140 | * | MAG. JUDGE CHASEZ |
| Plaintiff: John Vincent Parker | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. ("Jayco"), Bechtel National, Inc., and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, **John Vincent Parker**, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____9th____ day of _____February_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1