UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N (4) |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES AS AGAINST SUNLINE* | * | MAGISTRATE JUDGE CHASEZ |
| *ACQUISITION COMPANY, LTD.* | * | |

*************************************************

**O R D E R**

Considering the foregoing Motion filed by Sunline Acquisition Company, Ltd.;

IT IS ORDERED that Brent M. Maggio and Lori D. Barker, be and are added as additional Counsel of Record for Sunline Acquisition Company, Ltd., in this cause.

New Orleans, Louisiana, this __9th__ day of _____February_____, 2012.

_____
United States District Judge