UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873<br><br>SECTION:  N (4)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Antonie Turner, et al v. Sunline Acquisition Company (E.D. La. Suit No. 09-8382)* | * * * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Motion filed by Sunline Acquisition Company, Ltd.;

IT IS ORDERED that Brent M. Maggio and Lori D. Barker, be and are added as additional Counsel of Record for Sunline Acquisition Company, Ltd., in this cause.

New Orleans, Louisiana, this __9th__ day of _____February_____, 2012.

_____
United States District Judge