UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2:07-MD-1873 SECTION: N (4) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Shelly Amos, et al v. Sunline Acquisition Company, Ltd. (E.D. La Suit No. 09-7124)* | * * | MAGISTRATE JUDGE CHASEZ |

*************************************************

### O R D E R

Considering the foregoing Motion filed by Sunline Acquisition Company, Ltd.;

IT IS ORDERED that Brent M. Maggio and Lori D. Barker, be and are added as additional Counsel of Record for Sunline Acquisition Company, Ltd., in this cause.

New Orleans, Louisiana, this __9th__ day of _____February_____, 2012.

_____
United States District Judge