UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                               SECTION "N"  (4)

THIS DOCUMENT RELATES TO 10-2238
*Charles Burns, et al v. Jayco, Inc.*

### **O R D E R**

Counsel have informed the Court that venue is not established in this District as to certain of the plaintiffs in this member case, but that venue is proper in this District for the plaintiffs named below.  Accordingly, with the agreement of plaintiffs and Jayco, Inc.,

**IT IS ORDERED** that, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the claims of the following plaintiffs are hereby bifurcated for purposes of trial from the claims of the other plaintiffs in this member case:

          1.       Cynthia Brown;

          2.       James Brown, Sr.;

          3.       Jonathan Brown;

          4.       Charles Burns;

          5.       Dorothy Carr;

          6.       Juanita Chapman o/b/o T.C.;

          7.       Brenda Lee;

          8.       Robert Taylor; and

          9.       Christy Theriot.

The claims of these plaintiffs only will be tried in the jury trial set to commence in this matter on August 20, 2012.

New Orleans, Louisiana, this __9th__ day of February, 2012.

                                                _____
                                                      KURT D. ENGELHARDT
                                                   UNITED STATES DISTRICT JUDGE