UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N"  (4)

THIS DOCUMENT RELATES TO 10-2260
*Thomas Morgan, et al v. Starcraft RV, Inc.*

## O R D E R

Counsel have informed the Court that venue is not established in this District as to certain of the plaintiffs in this member case, but that venue is proper in this District for the plaintiffs named below. Accordingly, with the agreement of plaintiffs and Starcraft RV,

**IT IS ORDERED** that, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the claims of the following plaintiffs are hereby bifurcated for purposes of trial from the claims of the other plaintiffs in this member case:

      1.    Karen Lewis; and

      2.    Karen Lewis o/b/o M.M.

The claims of these plaintiffs only will be tried in the jury trial set to commence in this matter on August 27, 2012.

New Orleans, Louisiana, this  9th  day of February, 2012.

                                              KURT D. ENGELHARDT
                                       UNITED STATES DISTRICT JUDGE