UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Mosley, et al v. Gulf Stream, Inc., et al* | * | |
| No. 10-1356 | * | |
| Plaintiffs: Warren L. Bourgeois, Sr., | * | |
| Roosevelt Breland | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' RESPONSE IN OPPOSITION TO GULF STREAM INC.'S MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Warren L. Bourgeois, Sr. and Roosevelt Breland, who for the reasons set forth in the attached memorandum respectfully request that the Court deny the Defendant Gulf Stream Coach, Inc.'s Motion to Dismiss (Rec. Doc. 24243) as it relates to the Plaintiffs Warren L. Bourgeois, Sr. and Roosevelt Breland.

**WHEREFORE**, premises considered, the Plaintiffs respectfully request that the Court enter an Order denying the Defendant Gulf Stream Coach, Inc.'s Motion to Dismiss Warren L. Bourgeois, Sr. and Roosevelt Breland.

Respectfully submitted:

/s/ Edward Gibson
EDWARD GIBSON, ESQ., LA State Bar No. 29053
HAWKINS, STRACENER, & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I caused to be electronically filed a true and correct copy of the foregoing Response in Opposition to Gulf Stream, Inc.'s Motion to Dismiss with the Clerk of Court via the CM/ECF system which then forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the 9th day of February, 2012.

/s/ Edward Gibson
**EDWARD GIBSON, ESQ.**