UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Mosley, et al v. Gulf Stream, Inc., et al* | * | |
| No. 10-1356 | * | |
| Plaintiffs: Warren L. Bourgeois, Sr., | * | |
| Roosevelt Breland | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TODEFENDANT'S MOTION TO DISMISS**

**COME NOW** Warren L. Bourgeois, Sr. and Roosevelt Breland, (hereinafter "Plaintiffs"), by an through undersigned counsel, and submit this Memorandum in Support of Plaintiff's Response to Defendant's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 relating to Plaintiff Fact Sheets (Rec. Doc. 24243).

With regard to Plaintiffs listed above, Plaintiffs' counsel would show that all Plaintiff Fact Sheets and Amendment sheets were submitted to Defense Liaison Counsel in a timely manner. With regard to Plaintiffs Warren L. Bourgeois, Sr. and Roosevelt Breland, Plaintiffs' counsel would state that the Plaintiffs originally submitted Plaintiff Fact Sheets to Defense Liaison Counsel without the Vehicle Identification Numbers and Barcodes on April 15, 2010. Thereafter, as directed by Pretrial Order 88, the Plaintiffs sent updated, complete, and conforming Plaintiff Fact Sheets for Warren L. Bourgeois, Sr. (Exhibit "A") and Roosevelt Breland (Exhibit "B") to Watts, Guerra, & Craft as directed by Pretrial Order 88 (Exhibit "C"). Counsel for the Movant was copied on that correspondence. Id. As such the Plaintiffs submit that they have complied with Pretrial Order 88 and that dismissal on the grounds alleged by the Defendant Gulf Stream, Inc. is unwarranted.

## I. LAW AND ARGUMENT

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However, as Defendant noted in its Memorandum [Rec. Doc. 24243-1, p. 8] dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe* 575 F.2d. 544, 546 (5th Cir. 1992). As to these particular Plaintiffs, there has been no clear record of delay. For these reasons, dismissal is not justified under Federal Rule of Civil Procedure 41(b).

## II. CONCLUSION

For the reasons set forth above, Plaintiffs Warren L. Bourrgeois, Sr. and Roosevelt Breland pray that Defendant's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Orders 2 & 32 relating to Plaintiff Fact Sheets in all things be denied and for all other relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Edward Gibson
EDWARD GIBSON, ESQ., LA State Bar No. 29053
HAWKINS, STRACENER, & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF system which then forwards same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the 9th day of February, 2012.

/s/ Edward Gibson
**EDWARD GIBSON, ESQ.**