UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Mosley, et al v. Gulf Stream, Inc., et al*<br>No. 10-1356<br>Plaintiffs: Warren L. Bourgeois, Sr.,<br>Roosevelt Breland | * * * * | |

### ORDER

Considering the above and foregoing Motion to Dismiss Certain Plaintiffs and the Plaintiffs' Response in Opposition to Gulf Stream, Inc.'s Motion to Dismiss;

IT IS ORDERED that the Defendant's Motion to Dismiss Plaintiffs Warren L. Bourgeois, Sr. and Roosevelt Breland be and is hereby denied.

New Orleans, Louisiana, this ____ day of _____, 2012

_____
JUDGE KURT D. ENGELHART