# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO**

09-2961  *Baquet, et al v. Forest River, Inc.*
09-8375  *Lazard, et al v. Vanguard Industries of Michigan, Inc.*
10-2304  *Celestine, et al v. Vanguard Industries of Michigan, Inc.*
10-2336  *Albert, et al v. Forest River, Inc.*
10-4663  *Hill, et al v. Forest River, Inc.*
11-850    *Jones, et al v. Forest River, Inc.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' MOTION FOR PARTIAL RELIEF FROM JUDGMENT

"Certain Plaintiffs" John A. Davis, Cheryl A. Washington, individually and on behalf of Arthur Washington and Isaiah Washington, Brian Clayton, Julien Dennis, Hailey Fontenot, Johnathan Fontenot Jr., Justin Fontenot, Nyriel Davis, Ashley Johnson, Beatrice Jones, Arthur Lawrence, Arthur Parker, Gary Richard Sr., Earnest Russell, Sabrina Thompson, Jasmine Thompson, Quintrice Thompson, Tia Thompson, Dianne Thornton, James Washington, Keoka Johnson, George Slan III on behalf of Cedric Roger, and Larries McGrew, on behalf of D'Morris Hill respectfully move to withdraw their Motion for Partial Relief from Judgment (Rec. Doc. 24371).

Counsel for Certain Plaintiffs and Counsel for Forest River have conferred and have resolved their dispute.  Counsel for a subset of the "Certain Plaintiffs" will file a separate Motion for Partial Relief from Judgment which is expected to be unopposed.

Respectfully submitted,

THE BUZBEE LAW FIRM


By: */s/ Peter K. Taaffe*_____
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.:  (713) 223-5393
    Fax:  (713) 223-59009

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 10, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                */s/ Peter K. Taaffe*_____
                Peter K. Taaffe