UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| 09-2961 *Baquet, et al v. Forest River, Inc.* | * | |
| 09-8375 *Lazard, et al v. Vanguard Industries of Michigan, Inc.* | * | |
| 10-2304 *Celestine, et al v. Vanguard Industries of Michigan, Inc.* | * | |
| 10-2336 *Albert, et al v. Forest River, Inc.* | * | |
| 10-4663 *Hill, et al v. Forest River, Inc.* | * | |
| 11-850 *Jones, et al v. Forest River, Inc.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 9, 2012, my office corresponded with counsel for Forest River via email requesting that they advise whether there is opposition to Certain Plaintiffs' Motion to Withdraw. Forest River's counsel advised that they did not oppose.

Respectfully submitted,

THE BUZBEE LAW FIRM

By: */s/ Peter K. Taaffe*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.: (713) 223-5393
    Fax: (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**COUNSEL FOR PLAINTIFFS**