UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| 09-2961  *Baquet, et al v. Forest River, Inc.* | * | |
| 09-8375  *Lazard, et al v. Vanguard Industries* | * | |
|       *of Michigan, Inc.* | * | |
| 10-2304  *Celestine, et al v. Vanguard Industries* | * | |
|       *of Michigan, Inc.* | * | |
| 10-2336  *Albert, et al v. Forest River, Inc.* | * | |
| 10-4663  *Hill, et al v. Forest River, Inc.* | * | |
| 11-850   *Jones, et al v. Forest River, Inc.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW CERTAIN
PLAINTIFFS' MOTION FOR PARTIAL RELIEF FROM JUDGMENT**

Considering the foregoing Unopposed Motion to Withdraw Certain Plaintiffs' Motion for Partial Relief from Judgment,

IT IS ORDERED that Certain Plaintiffs' Unopposed Motion to Withdraw Certain Plaintiffs' Motion for Partial Relief from Judgment is GRANTED and, accordingly, the previously filed Motion [Rec. Doc. No. 24371] is hereby withdrawn.

NEW ORLEANS, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT