UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| Kasinda Brumfield, et al v. Pilgrim | * | MAGISTRATE CHASEZ |
| International, Inc., et al | * | |
| No. 10-2248 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Crum & Forster Specialty Insurance Company move this Honorable Court to extend through, March 1, 2012 the time within which to file responsive pleadings in the above entitled and numbered cause, on the grounds that additional time is necessary for the obtaining of further information and completing of necessary investigation preparatory to filing responsive pleadings. Counsel has plaintiffs have been consulted and does not oppose.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __10TH_ DAY OF __FEBRUARY__, 2012.

_____/s Eric B .Berger_____

_____/s Eric B. Berger_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
   ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290