UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| Kasinda Brumfield, et al v. Pilgrim | * | MAGISTRATE CHASEZ |
| International, Inc., et al | * | |
| No. 10-2248 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

IT IS ORDERED, ADJUDGED AND DECREED that the Unopposed Motion for Extension of Time is granted and defendant, Crum & Forster Specialty Insurance Company be granted an additional 20 days in which to file responsive pleadings through March 1, 2012.

SIGNED this ___ day of _____, 2012.

_____
J U D G E