# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **THIS DOCUMENT IS RELATED TO** | * | |
| | * | |
| 09-2961  *Baquet, et al v. Forest River, Inc.* | * | |
| John A. Davis | * | |
| | * | |
| 09-8375  *Lazard, et al v. Vanguard Industries of Michigan, Inc.* | * | |
| Cheryl A. Washington, individually and on behalf of Arthur Washington and Isaiah Washington | * | |
| | * | |
| 10-2304  *Celestine, et al v. Vanguard Industries of Michigan, Inc.* | * | |
| George Slan III on behalf of Cedric Roger | * | |
| | * | |
| 09-8374  *Albert et al v. Forest River, Inc. et al* | * | |
| Hailey Fontenot, Johnathan Fontenot Jr., Justin Fontenot, Nyriel Davis | * | |
| | * | |
| 10-4663  *Hill, et al v. Forest River, Inc.* | * | |
| Larries McGrew, on behalf of D'Morris Hill | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTAIN PLAINTIFFS' UNOPPOSED
## MOTION FOR PARTIAL RELIEF FROM JUDGMENT

Pursuant to Federal Rule of Civil Procedure 60(b), Certain Plaintiffs John A. Davis, Cheryl A. Washington, individually and on behalf of Arthur Washington and Isaiah Washington, Hailey Fontenot, Johnathan Fontenot Jr., Justin Fontenot, Nyriel Davis, George Slan III on behalf of Cedric Roger, and Larries McGrew, on behalf of D'Morris Hill ("Certain Plaintiffs") respectfully request that this Court grant this Unopposed Motion for partial relief from the Order of Dismissal (Rec. Doc. 22956) entered in the above referenced cases, granting Defendant Forest

River, Inc. and Vanguard LLC's Motion to Dismiss (Rec. Doc. 22607).

The Order of Dismissal as to Certain Plaintiffs' claims was entered upon Forest River's Motion to Dismiss said claims because of Certain Plaintiffs' alleged failure to provide Plaintiff Fact Sheets. Since this issue has arisen, Counsel for Certain Plaintiffs and Counsel for Forest River have conferred about the fact sheet exchange discrepancies. The parties have resolved their dispute. Thus, Forest River does not oppose Certain Plaintiffs' Motion to Partially Vacate the Order of Dismissal.

    Respectfully submitted,

    **THE BUZBEE LAW FIRM**

    By: */s/ Peter K. Taaffe*
        Anthony G. Buzbee
        Texas Bar No. 24001820
        Peter K. Taaffe
        Texas Bar No. 24003029
        600 Travis, Suite 7300
        Houston, Texas 77002
        Tel.: (713) 223-5393
        Fax: (713) 223-59009

        JOHN MUNOZ (#9830)
        GARNER & MUNOZ
        1010 Common Street, Suite 3000
        New Orleans, LA 70112-2411
        Tel: (504) 581-7070
        Fax: (504) 581-7083

    **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>*/s/ Peter K. Taaffe*
>Peter K. Taaffe