UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| 09-2961  *Baquet, et al v. Forest River, Inc.* | * | |
| John A. Davis | * | |
| | * | |
| 09-8375  *Lazard, et al v. Vanguard Industries of Michigan, Inc.* | * | |
| Cheryl A. Washington, individually and on behalf of Arthur Washington and Isaiah Washington | * | |
| | * | |
| 10-2304  *Celestine, et al v. Vanguard Industries of Michigan, Inc.* | * | |
| George Slan III on behalf of Cedric Roger | * | |
| | * | |
| 09-8374  *Albert et al v. Forest River, Inc. et al* | * | |
| Hailey Fontenot, Johnathan Fontenot Jr., Justin Fontenot, Nyriel Davis | * | |
| | * | |
| 10-4663  *Hill, et al v. Forest River, Inc.* | * | |
| Larries McGrew, on behalf of D'Morris Hill | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF CONFERENCE

I hereby certify that on February 10, 2012, my office corresponded with counsel for Forest River via email requesting that they advise whether there is opposition to Certain Plaintiffs' Motion to Partially Vacate.  Forest River's counsel advised that they did not oppose.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Peter K. Taaffe*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.: (713) 223-5393
    Fax: (713) 223-59009

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**COUNSEL FOR PLAINTIFFS**