# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Thursday, November 17, 2011 4:10 PM |
| **To:** | egibson@hsglawfirm.net; john@hsglawfirm.net; rose@hsglawfirm.net |
| **Cc:** | Ernie Gieger; Mike DiGiglia; Megan Cambre; Karen B. Davis; Ashley Bouchon; Donna Uli |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River's draft Motion to Dismiss attached. |
| **Attachments:** | HSG-FR Motion.pdf; HSG-FR Memo.pdf; HSG-FR Order.pdf |
| **Importance:** | High |

Attached is a draft Motion to Dismiss along with Memorandum in Support which we intend to file on behalf of Forest River, Inc. on Wednesday, November 23, 2011. Please advise whether you will oppose or consent to the filing of the Motion to Dismiss. I have also attached a proposed Order for your review, however, if we do not hear from you by close of business on Tuesday, November 22, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



EXHIBIT A