# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Tuesday, December 06, 2011 4:19 PM |
| **To:** | egibson@hsglawfirm.net; john@hsglawfirm.net |
| **Cc:** | Ernie Gieger; Mike DiGiglia; Megan Cambre; ANDREW WEINSTOCK; Kurtz, David; Meunier, Gerald; Justin Woods; Ashley Bouchon; Karen B. Davis; Donna Uli |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss (Rec. Doc. No. 23795) attached |
| **Attachments:** | (23795) Motion to Dismiss.pdf; (23795) Memo in Support.pdf; (23795) Certificate of Compliance.pdf; (23795) Notice of Submission.pdf |

Attached please find Forest River's Motion to Dismiss, along with associated Memo in Support, Certificate of Compliance and Notice of Submission which were filed with the Court electronically at Rec. Doc. 23795.

Should you have any difficulty accessing the attached documents, please do not hesitate to contact me.

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glblaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



1