**Fran Jeblonski**

| | |
|---|---|
| **From:** | Edward Gibson [egibson@hsglawfirm.net] |
| **To:** | Fran Jeblonski |
| **Sent:** | Thursday, November 17, 2011 4:11 PM |
| **Subject:** | Read: FEMA Trailer Formaldehyde Litigation - Forest River's draft Motion to Dismiss attached. |

Your message was read on Thursday, November 17, 2011 10:11:01 PM UTC.



1