UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Branch, et al, v. Thor California, Inc., et al* | * | |
| *Case No. 09-5744* | * | |
| | * | **MAGISTRATE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF
PLAINTIFF GILLIS BRANCH UNDER FRCP 41(a)(1)(A)(i)**

The following Plaintiff hereby gives notice of Plaintiff's voluntary dismissal of all claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Gillis Branch

This dismissal is without prejudice and Plaintiff reserves all rights and allegations in *Faustermann, et al, v. Thor California, Inc., et al.,* Suite No. *2:09*-cv-5679 (E.D. La 2009).

The remaining Plaintiffs in the above captioned matter maintain their claims against all defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:     /s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:  (504) 525-1279

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2012 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.