UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION N (5) |
| | * * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| *Smith, et al v. Thor California, Inc. et al* Case No. 09-5640 | * * | |
| | * | MAGISTRATE CHASEZ |

**************************************************************************

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF LILLIE SMITH UNDER FRCP 41(a)(1)(A)(i)

The following Plaintiff hereby gives notice of Plaintiff's voluntary dismissal of all claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Lillie Smith

This dismissal is without prejudice and Plaintiff reserve all rights and allegations in *Bradley, et al, v. Thor California, Inc., et al., Suit No.* 2:09-cv-5651 (E.D. La 2009).

The remaining Plaintiffs in the above captioned matter maintain their claims against all defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:   */s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2012 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

*s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.