**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * MDL NO. 1873 <br> * LIABILITY LITIGATION <br> * <br> * JUDGE ENGELHARDT <br> * MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: <br> *Jessie Thomas, et. al. vs. Jayco, Inc., et. al.* <br> *Cause: 10-1277* <br> *Plaintiff: Andrew Tran* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Andrew Tran.

3. On November 10, 2011, December 15, 2011, and January 20, 2012 Plaintiff's attorney has performed "Person Searches" and on November 21, 2011 and December 28, 2011 performed "Accurints" in to attempt to locate the said client and have had no success.

4. On November 10, 2012 and Plaintiff's attorney began calling Andrew Tran twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. The phone numbers on file and the phone numbers retrieved from Person Searches appear to

be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   10/03/2006 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Letter
   01/29/2010 - FEMA Fleetwood Settlement Info Letter
   09/30/2010 - FEMA Fleetwood Not Need Plaintiff Fact Sheet Letter
   05/13/2011 - FEMA Status Letter
   11/08/2011 - FEMA Draft Dismiss Non Compliant
   12/02/2011 - No Contact Letter for Active Clients
   12/27/2011 - FEMA Draft Dismiss Non Compliant
   01/06/2012 - No Contact Letter for Active Clients
   01/20/2012 - No Contact Letter for Active Clients
   02/03/2012 - FEMA Motion to Dismiss Non Compliant

7. As of today's date Plaintiff's attorney has not heard from said client.

Signed this the 14th day of February, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 14th day of February, 2012 to certify which witness my hand and seal of office.



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS