UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER <br> FORMALDEHYDE PRODUCTS <br> SECTION "N" (5) | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br> LIABILITY LITIGATION <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: <br> *Fenwick Hunter, et al. v.* <br> *Skyline Corporation, et al.* <br> No. 10-2258 <br> Plaintiffs: <br>     Glenda Davenport <br>     James Davenport <br>     Kathy Davenport <br>     Lisa Davenport <br>     Vicki Davenport <br>     Alton Fisher <br>     Alvin Fisher <br>     Blake Fisher <br>     Charlene Fisher <br>     Deljuaja Fisher <br>     Ralph Fisher <br>     Raquel Fisher <br>     Raymond Fisher <br>     Yolanda Fisher | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Glenda Davenport, James Davenport, Kathy Davenport, Lisa Davenport, Vicki Davenport, Alton Fisher, Alvin Fisher, Blake Fisher, Charlene Fisher, Deljuana Fisher, Ralph Fisher, Raquel Fisher, Raymond Fisher and Yolanda Fisher (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets (Rec. Doc. 24352).

**A.   SPECIFIC PLAINTIFFS**

Defendant Skyline Corporation ("Skyline") claims that deficiencies remain in Plaintiffs' Fact Sheets.  Defendant's claims will be addressed in sequence.

**1.   Glenda Davenport**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "A".

**2.   James Davenport**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "B".

**3.   Kathy Davenport**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "C".

**4.   Lisa Davenport**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "D".

5. **Vicki Davenport**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "E".

6. **Alton Fisher**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "F".

7. **Alvin Fisher**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "G".

8. **Blake Fisher**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "H".

9. **Charlene Fisher**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to

the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "I".

### 10. Deljuana Fisher

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "J".

### 11. Ralph Fisher

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "K".

### 12. Raquel Fisher

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "L".

### 13. Raymond Fisher

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "M".

14.    **Yolanda Fisher**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "N".

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 14th day of February, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**