EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION |
| | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Fenwick Hunter, et. al. vs. Skyline Corporation, et. al.* Cause: 10-2258 Plaintiff: James Davenport | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff James Davenport.

3. On January 26, 2012 Plaintiff's attorney has performed "Person Searches" and on February 3, 2012 performed "Accurints" in to attempt to locate the said client and have had no success.

4. On January 27th, 2011 and Plaintiff's attorney began calling James Davenport twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. The phone numbers on file and the phone numbers retrieved from Person Searches appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a

message due to various reasons.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   01/25/2012 - FEMA Draft Dismiss Non Compliant
   02/02/2012 - FEMA Motion to Dismiss Non Compliant
   02/03/2012 - No Contact Letter for Active Clients

7. As of today's date Plaintiff's attorney has not heard from said client.

Signed this the 14th day of February, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 14th day of February, 2012, to certify which witness my hand and seal of office.


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS