UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
09-4950, 09-8602

## ORDER NO. 10 SEVERING CERTAIN CASES FOR TRIAL

        Considering this Court's prior Orders and statements to counsel at the most recent general status conference regarding the Court's intention to immediately schedule for trial cases directly filed in or removed to the Eastern District of Louisiana in the event that the manufacturing defendant is unable to reach a global resolution of the claims filed against it; accordingly,

**IT IS ORDERED** that:

        1) The following member cases are hereby severed from the MDL for purposes of trial:

               *Burt Sutton, et al v. Sunline Acquisition Company Ltd., et al*, No. 09-4950;

               *Beverly Jones, et al v. Sunline Acquisition Company Ltd., et al*, No. 09-8602.

        2) Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the claims of the plaintiffs in the above cases against Sunline Acquisition Company Ltd. are hereby bifurcated for purposes of trial from the claims of those same plaintiffs against Shaw Environmental, Inc., CH2M Hill Constructors, Inc., the United States of America, or any other defendant. The claims against Sunline Acquisition Company Ltd. only are hereby set for trial.

        3) Trials are scheduled as follows:

a)  Trial will commence in *Burt Sutton, et al v. Sunline Acquisition Company Ltd., et al*, No. 09-4950, during the week beginning June 18, 2012 at 8:30 a.m., before the undersigned district judge with a jury; and

b)  Trial will commence in *Beverly Jones, et al v. Sunline Acquisition Company Ltd., et al*, No. 09-8602, during the week beginning July 23, 2012 at 8:30 a.m., before the undersigned district judge with a jury.

4) Motions to continue these trial dates will be summarily denied.  Counsel are instructed to clear their calendars for sufficient days to complete a full jury trial in each of the above cases.

5) The Court will issue forthwith a Trial Scheduling Order, setting deadlines in each of the above cases.

6) The above cases are severed from the MDL for purposes of trial only and shall remain consolidated with all other member cases for pretrial purposes.  Accordingly, pursuant to Pre-Trial Order No. 1 (Rec. Doc. 5) ¶¶8-9, all filings in the above cases shall continue to be made in the master docket, with a notation listing the member cases to which the document applies.  However, such filings shall be served electronically on counsel representing the parties in the member case, as well as on liaison counsel.

New Orleans, Louisiana, this 13th day of February, 2012

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2