UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO

09-2961  *Baquet, et al v. Forest River, Inc.*
09-8375  *Lazard, et al v. Vanguard Industries of Michigan, Inc.*
10-2304  *Celestine, et al v. Vanguard Industries of Michigan, Inc.*
10-2336  *Albert, et al v. Forest River, Inc.*
10-4663  *Hill, et al v. Forest River, Inc.*
11-850  *Jones, et al v. Forest River, Inc.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' MOTION FOR PARTIAL RELIEF FROM JUDGMENT

Considering the foregoing Unopposed Motion to Withdraw Certain Plaintiffs' Motion for Partial Relief from Judgment,

IT IS ORDERED that Certain Plaintiffs' Unopposed Motion to Withdraw Certain Plaintiffs' Motion for Partial Relief from Judgment is GRANTED and, accordingly, the previously filed Motion [Rec. Doc. No. 24371] is hereby withdrawn.

NEW ORLEANS, Louisiana, this  14th  day of      February      , 2012.

_____
United States District Judge