# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N, 5 |
| This document relates to: | * * | JUDGE ENGELHARDT |
| Kasinda Brumfield, et al v. Pilgrim International, Inc., et al No. 10-2248 | * * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

IT IS ORDERED, ADJUDGED AND DECREED that the Unopposed Motion for Extension of Time is granted and defendant, Crum & Forster Specialty Insurance Company be granted an additional 20 days in which to file responsive pleadings through March 1, 2012.

New Orleans, Louisiana this 14th day of February, 2012.

_____
JUDGE