UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO 09-5648
*Joyce Sylva, et al v. Skyline Corporation*

### ORDER OF DISMISSAL

The Court having been advised by counsel that the parties in the referenced member case have firmly agreed upon a compromise;

**IT IS ORDERED** that the claims of the plaintiffs in the referenced case against Skyline Corporation be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the jury trial, currently set for October 15, 2012, the final pretrial conference set for September 27, 2012, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 24217) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED NOT TO APPEAR.**

New Orleans, Louisiana, this 14th day of February, 2012.

                                                     **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**