UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>           FORMALDEHYDE PRODUCTS<br>           LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO** | |
| 09-2961  *Baquet, et al v. Forest River, Inc.*<br>John A. Davis | |
| 09-8375  *Lazard, et al v. Vanguard Industries<br>of Michigan, Inc.*<br>Cheryl A. Washington, individually and on<br>behalf of Arthur Washington and Isaiah<br>Washington | |
| 10-2304  *Celestine, et al v. Vanguard Industries<br>of Michigan, Inc.*<br>George Slan III on behalf of Cedric Roger | |
| 09-8374  *Albert et al v. Forest River, Inc. et al*<br>Hailey Fontenot, Johnathan Fontenot Jr., Justin<br>Fontenot, Nyriel Davis | |
| 10-4663  *Hill, et al v. Forest River, Inc.*<br>Larries McGrew, on behalf of D'Morris Hill | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING UNOPPOSED CERTAIN PLAINTIFFS' MOTION FOR PARTIAL
RELIEF FROM JUDGMENT**

Considering the foregoing Certain Plaintiffs John A. Davis, Cheryl A. Washington, individually and on behalf of Arthur Washington and Isaiah Washington, Hailey Fontenot, Johnathan Fontenot Jr., Justin Fontenot, Nyriel Davis, George Slan III on behalf of Cedric Roger, and Larries McGrew, on behalf of D'Morris Hill's ("Certain Plaintiffs") Unopposed Motion for Partial Relief from the Order of Dismissal entered (Rec. Doc. 22956) in the above referenced cases,

IT IS ORDERED that Certain Plaintiffs' Unopposed Plaintiffs' Motion for Partial Relief from Judgment is GRANTED and, accordingly, the Order and Reasons entered at Rec. Doc. 22956 is VACATED IN PART, in that it is vacated with respect to Arthur Washington, Isaiah Washington, Hailey Fontenot, Johnathan Fontenot Jr., Justin Fontenot, Nyriel Davis, George Slan III on behalf of Cedric Roger, and Larries McGrew on behalf of D'Morris Hill.

NEW ORLEANS, Louisiana, this  14th  day of       February      , 2012.

_____
HONORABLE KURT D. ENGELHARDT