UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: No. 09-4710; *Amanda Williams et al. v. Dutchmen Manufacturing, Inc. et al.* | | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT FOR DAMAGES

On December 29, 2011, Plaintiff sought leave to sever the claims of various individuals from *Alex Magee et al. v. Thor Industries, et al*, 09-4743, and to have them join as Plaintiffs in *Amanda Williams, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-4710. (Rec. Doc. 23995). On February 3, 2012, the Court granted leave for said individuals to be severed from the *Alex Magee* case and to join *Amanda Williams, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-4710. Plaintiffs therefore file this Second Supplemental Exhibit "A" identifying additional claimants now added as Plaintiffs to *Amanda Williams, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-4710.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of February, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

| Plaintiff Name |
|---|
| Alex Magee (205267) |
| Monique Magee (205272) |
| Loretha Townsend (205469) |
| Richard Suttlett (213748) |
| Lucille Suttleff (213749) |
| Candice McCray (215785) |
| Lovell McCray (215786) |
| Lester Vaultz (216057) |
| Bruce Owens (216792) |
| Kenya Galloway (220147) |
| Kevin Maynard (220301) |
| Robbie Maynard (220302) |
| Chris Schultz (220425) |
| Kelly Casnave (222685) |
| Corey LaBostrie (222841) |
| Brenda Smith (223024) |
| Donald Smith (223026) |
| Shanna Coleman (223599) |
| Darrell Jenkins (214305) |
| Patrice Jenkins (214418) |
| Darin Callen (223561) |
| Rose Callen (223562) |
| Bruce Owens, Sr., as Next Friend of E.H, a minor (216548) |
| Bruce Owens, Sr., as Next Friend of J.H, a minor (216547) |
| Patrice Jenkins, as Next Friend of O.J, a minor (214417) |
| Kelly Casnave, as Next Friend of A.L, a minor (222839) |
| Kelly Casnave, as Next Friend of A.L, a minor (222840) |
| Kelly Casnave, as Next Friend of D.L, a minor (222842) |
| Shanna Coleman, as Next Friend of A.M, a minor (223969) |
| Shanna Coleman, as Next Friend of A.M, a minor (223970) |
| Shanna Coleman, as Next Friend of R.M, a minor (223971) |
| Kassaundra Coleman, as Next Friend of D.N, a minor (212260) |
| Bruce Owens (216793) |
| Janice Petetant (222964) |
| Tommy Petetant (222967) |
| Natalie Ross (213533) |
| Rose Callen, as Next Friend of D.R, a minor (224115) |
| Shanna Coleman, as Next Friend of L.V, a minor (224205) |
| Tammy Miller (231725) |
| Alan Pittman (214938) |
| Susan Pittman (214940) |
| Susan Pittman, as Next Friend of C.P, a minor (214939) |
| Susan Pittman, as Next Friend of T.P, a minor (214941) |

# SECOND SUPPLEMENTAL EXHBIT "A"
# NO. 09-4710; *Williams v. Dutchmen*