UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION |
| | | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: No. 09-4710; *Amanda Williams, et al. v. Dutchmen Manufacturing, Inc., et al.* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THIRD SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT FOR DAMAGES

On December 29, 2011, Plaintiff sought leave to sever the claims of various individuals from *Terri Davis, et. al. v. Thor Industries, et al*, 09-5987, and to have them join as Plaintiffs in *Amanda Williams, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-4710. (Rec. Doc. 23995). On February 3, 2012, the Court granted leave for said individuals to be severed from the *Terri Davis* case and to join *Amanda Williams, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-4710. Plaintiffs therefore file this Third Supplemental Exhibit "A" identifying additional claimants now added as Plaintiffs to *Amanda Williams, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-4710.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of February, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

| Plaintiff Name |
| --- |
| Terri Davis (202107) |
| Dale Griffin (207013) |

# THIRD SUPPLEMENTAL EXHBIT "A"
# NO. 09-4710; *Williams v. Dutchmen*