UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| No. 09-6942; | | * | |
| *Willie Brown, et al. v. Dutchmen* | | * | |
| *Manufacturing, Inc. et al.* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SECOND SUPPLEMENTAL EXHIBIT "A" TO
## PLAINTIFFS' COMPLAINT FOR DAMAGES

On December 29, 2011, Plaintiff sought leave to sever the claims of various individuals from *Lowell Mitchell, et al. v. Thor Industries, et al*, 09-6929, and to have them join as Plaintiffs in *Willie Brown, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-6942.  (Rec. Doc. 23995).  On February 3, 2012, the Court granted leave for said individuals to be severed from the *Lowell Mitchell* case and to join *Willie Brown, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-6942.  Plaintiffs therefore file this Second Supplemental Exhibit "A" identifying additional claimants now added as Plaintiffs to *Willie Brown, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-6942.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of February, 2012.


/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**

| Plaintiff Name |
| --- |
| Bernice Chissell (215515) |
| Japheth Chissell (215516) |
| Quang Le (214254) |
| Frederick Fields (209785) |

**SECOND SUPPLEMENTAL EXHBIT "A"**
**NO. 09-6942;** *Brown v. Dutchmen*