UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | * * * * * * * | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>No. 09-7922;<br>*Marrisa Collier, et al. v. Dutchmen Manufacturing, Inc., et al.* | | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FOURTH SUPPLEMENTAL EXHIBIT "A" TO
## PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES

On December 29, 2011, Plaintiff sought leave to sever the claims of various individuals from *Ella McGee, as Next Friend of J.J., a Minor, et. al. v. Thor Industries, et al*, 09-7830, and to have them join as Plaintiffs in *Marrisa Collier, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-7922. (Rec. Doc. 23995). On February 3, 2012, the Court granted leave for said individuals to be severed from the *Ella McGee* case and to join *Marrisa Collier, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-7922. Plaintiffs therefore file this Fourth Supplemental Exhibit "A" identifying additional claimants now added as Plaintiffs to *Marrisa Collier, et al. v. Dutchmen Manufacturing, Inc. et al*, 09-7922.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of February, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

| Plaintiff Name |
|---|
| Jordan Jackson (201589) |
| Tashell Jones, as Next Friend of E.J, a minor (201334) |
| Tashell Jones, as Next Friend of J.J, a minor (201338) |
| Tashell Jones, as Next Friend of L.J, a minor (201344) |
| Tashell Jones (201352) |
| Ella McGee (200991) |
| Brandon Taylor (200309) |
| Adera Weber (202475) |
| Ella Mcgee, as Next Friend of A.W, a minor (202476) |
| Natalie Ross, as Next Friend of N.C, a minor (213534) |
| Jamie Andrews (216164) |
| Tyrell Petetant (222968) |
| Craig Thibodeaux (239793) |
| Tamara Fobb (240217) |
| Tamara Fobb, as Next Friend of T.A, a minor (240218) |
| Rosemary Cannon (240240) |
| Terrence Anderson (240316) |
| Marcus Adams (241957) |
| Aisha Adams (241958) |
| Marcus Adams, as Next Friend of A.A, a minor (241968) |
| Marcus Adams, as Next Friend of M.A, a minor (241969) |
| Marcus Adams, as Next Friend of L.A, a minor (241970) |
| Marcus Adams, as Next Friend of J.A, a minor (241971) |
| Marcus Adams, as Next Friend of J.A, a minor (241973) |
| Sylvia Galleguillos (242852) |
| Joan Wood (243672) |
| Troy Sanders (243827) |

**FOURTH SUPPLEMENTAL EXHBIT "A"**
**NO. 09-7922;** *Collier v. Dutchmen*

| |
|---|
| Patty Richard (244393) |
| Leven Harmon (244560) |
| Bephanie Mitchell (244615) |
| Torrin White (244652) |
| Janet Karey (244700) |
| Cleveland Jones (244907) |
| Anastasia Bellow Jones, as Next Friend of A.B, a minor (24490) |
| Woodrow Karey (245068) |
| Mable Jack (245036) |
| Leonard Kately (245260) |
| Charmer Brown (245374) |
| Brandon Karey (245373) |
| Timothy Dangerfield (245486) |
| Joseph Gilbert (245474) |
| Jocelyn Willliams (245470) |
| Rose Gilbert (245681) |
| Robert Freeman (245698) |
| Anastasia Bellow Jones (245548) |
| Albert Vincent (245539) |
| Marty Daigle (245819) |
| Jamie Daigle (245818) |
| Katherine Freeman (245857) |
| TyRell Harmon (245856) |
| Faye Vincent (245829) |
| Sandra Weatheral (245808) |
| Christopher Weatherall (245908) |
| Joseph Gilbert (246135) |
| Dell Peters (246075) |
| Gloria Thomas (246087) |

**FOURTH SUPPLEMENTAL EXHBIT "A"
NO. 09-7922;** *Collier v. Dutchmen*

| |
|---|
| Vernell Henderson (246086) |
| Maranda Busby, as Next Friend of T.B, a minor (246220) |
| Maranda Busby (246219) |
| Greg Declouiet (246304) |
| Willie Patin (246331) |
| Amanda Atwell (246284) |
| Judy Atwell (246282) |
| Mark Atwell (246281) |
| Sherry DeBarge (246561) |
| Tiffany Gilbert, as Next Friend of D.G, a minor (246722) |
| Tiffany Gilbert (246723) |
| Richard Vital (246910) |
| Ashley Gilbert (246945) |
| Michael Ashworth (247014) |
| Stacy Ashworth, as Next Friend of A.H, a minor (247015) |
| Patricia Wilson (247016) |
| Darryl Helton (247017) |
| Ashley Helton (247087) |
| Stacy Ashworth (247088) |
| Brett Jack (247269) |
| Carolyn Miller, as Next Friend of S.H, a minor (247328) |
| Carolyn Miller (247329) |
| John August (247633) |
| Carl Washington (247634) |
| Nelson Charles (247685) |
| Phil Richard (247702) |
| Ebony Richard (247716) |
| Nelson Charles, as Next Friend of M.C, a minor (247717) |
| Chastity Rosette, as Next Friend of D.R, a minor (247804) |

# FOURTH SUPPLEMENTAL EXHBIT "A"
# NO. 09-7922; *Collier v. Dutchmen*

| |
|---|
| Chasisty Rosette (247828) |
| Trista Steward (247935) |
| Trista Steward, as Next Friend of A.C, a minor (247936) |
| Trista Steward, as Next Friend of D.W, a minor (247937) |
| Lula LeBlanc (247949) |
| Jo Daigle (248031) |
| Dorothy Cole (248038) |
| Bernandine Grindol (248065) |
| Latonia Cooper, as Next Friend of K.C, a minor (248089) |
| Michael Daigle (248099) |
| Christopher Monceaux (248131) |
| Eric Wyble (248135) |
| Jermaine Jones (248136) |
| Nolan Monceaux (248142) |
| Mary Monceaux (248143) |
| Allena Ellison (248323) |
| Zabrina Epps, as Next Friend of P.B, a minor (248428) |
| Zabrina Epps (248429) |
| Shelton Ellison (248456) |
| Tina Duhon (248565) |
| Micheal Porter (248833) |
| Eugene Fontenot (248888) |
| Patrice Fontenot (248889) |
| Russell Holloway (248979) |
| Russell Holloway, as Next Friend of R.H, a minor (248981) |
| Russell Holloway, as Next Friend of K.H, a minor (248985) |
| Lena Leday (249023) |
| Amberlyn Reney (249255) |
| Alisha Sanders, as Next Friend of A.R, a minor (249282) |

# FOURTH SUPPLEMENTAL EXHBIT "A"
# NO. 09-7922; *Collier v. Dutchmen*

| |
|---|
| Sonett Sanders (249283) |
| Jeremy Jones (249539) |
| Edna Ellison (249549) |
| LaTonya Jones, as Next Friend of D.J, a minor (249567) |
| Edna Ellison, as Next Friend of T.H, a minor (249569) |
| Pamela Parangan (249582) |
| Pamela Patin (249725) |
| Pamela Patin, as Next Friend of G.P, a minor (249726) |
| Irving Bush (249844) |
| Deanna Cretchen (249872) |
| Michael Thompson (249903) |
| Bernice Anderson (249914) |
| Cornell Mitchell (250012) |
| Jeannell Jones (250018) |
| Eddie Jones (250019) |
| James Babin (250042) |
| Alisha Sanders (250505) |
| Eva Jones, as Next Friend of S.J, a minor (250351) |
| Eva Jones, as Next Friend of J.J, a minor (250344) |
| Jeanette Jones (250342) |
| Cornell Jones (250338) |
| Adrian Jackson (250923) |
| Betty Tolbert (251287) |
| Jasmond White (251338) |
| Percy Frank (250846) |
| Diana Ceasar (250745) |
| Craig Declociet (250794) |
| Lashonda Frank (250845) |
| Diane Ceasar, as Next Friend of T.C, a minor (250749) |

**FOURTH SUPPLEMENTAL EXHBIT "A"
NO. 09-7922; *Collier v. Dutchmen***

| |
|---|
| Patricia Fontenot, as Next Friend of B.F, a minor (250830) |
| Eva Jones (250952) |
| Helen Sanders (251210) |
| Crystal Burrell (250728) |
| Leona Hopper (250913) |
| Shannon Eckler (251491) |
| Zelma Ellsworth (251527) |

# FOURTH SUPPLEMENTAL EXHBIT "A"
# NO. 09-7922; *Collier v. Dutchmen*