UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | * * * * * * * | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>No. 10-1270;<br>*Mary January, et al. v. Dutchmen*<br>*Manufacturing, Inc. et al.* | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES

On December 29, 2011, Plaintiff sought leave to sever the claims of various individuals from *Susan Pittman, as Next Friend of J.F., a Minor, et al. v. Thor Industries, et al*, 10-1294, and to have them join as Plaintiffs in *Mary January, et al. v. Dutchmen Manufacturing, Inc. et al*, 10-1270. (Rec. Doc. 23995). On February 3, 2012, the Court granted leave for said individuals to be severed from the *Susan Pittman* case and to join *Mary January, et al. v. Dutchmen Manufacturing, Inc. et al*, 10-1270. Plaintiffs therefore file this Supplemental Exhibit "A" identifying additional claimants now added as Plaintiffs to *Mary January, et al. v. Dutchmen Manufacturing, Inc. et al*, 10-1270.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of February, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

| Plaintiff Name |
| --- |
| Susan Pittman, as Next Friend of J.F, a minor (214560) |
| Nicole Chretien, as Next Friend of N.C, a minor (249594) |
| Nicole Chretien (250762) |
| Nelson Carmouche (250733) |
| Nathaniel Ryan (251207) |
| Barbara Geyen (245380) |
| Felicia Jack (245412) |
| Felecia Jack, as Next Friend of D.G, a minor (245411) |
| Gary Richard (248113) |
| Gary Goodly (249667) |
| Pamela Patin, as Next Friend of A.P, a minor (249727) |
| Sharon LaSalle (250986) |
| Michelle Patin (251115) |
| Marvin LaSalle (250985) |
| Loretha Townsend, as Next Friend of K.T, a minor (205270) |
| Loretha Townsend, as Next Friend of L.M, a minor (205271) |
| Monique Magee, as Next Friend of J.M, a minor (205268) |
| Kent Magee (205269) |
| John Romant (242992) |
| Keira Hathorn (242882) |
| Anthony Scott (242881) |
| Kendra Romant, as Next Friend of J.R, a minor (242973) |
| Naira Hathorn (242976) |
| Kendra Romant (242978) |
| Keila Smith, as Next Friend of L.S, a minor (242984) |
| Keynesia Hathorn (242985) |
| Jonquil Romant (242979) |

**SUPPLEMENTAL EXHBIT "A"**
**NO. 10-1270;** *January v. Dutchmen*

| |
|---|
| Michael Cratchan (243409) |
| Delesa Cratchan (243410) |
| Thea Cratchan (243411) |
| Michael Cratchan (243408) |
| Ethel Edwards (244307) |
| Keila Smith (244323) |
| Lanita Morvant, as Next Friend of H.M, a minor (244488) |
| Lanita Morvant, as Next Friend of C.M, a minor (244484) |
| Lanita Morvant (244483) |
| Joseph Morvant (244497) |
| Esther Augustine, as Next Friend of I.G, a minor (248644) |
| Jonathan January (248654) |
| Luther James (205601) |
| Johnnie Warner (237913) |
| Willie Miller (238545) |
| Tammy Miller, as Next Friend of K.M, a minor (238546) |
| Eric Edwards (243800) |
| Kissie Edwards, as Next Friend of K.E, a minor (243811) |
| Ira Bryant (243810) |
| Kissie Edwards, as Next Friend of K.E, a minor (243809) |
| Troy Fontenot (243752) |
| Kissie Edwards, as Next Friend of K.E, a minor (244218) |
| Kissie Edwards, as Next Friend of K.E, a minor (244826) |
| Anthony Fontenot (245356) |
| Nashonna Fontenot, as Next Friend of A.G, a minor (245355) |
| Nashonna Fontenot, as Next Friend of N.F, a minor (245354) |
| Robert Cook (245746) |
| Dawn Myers (247464) |
| Christian Myers (247465) |

**SUPPLEMENTAL EXHBIT "A"**
**NO. 10-1270;** *January v. Dutchmen*

| |
|---|
| Dawn Myers, as Next Friend of T.H, a minor (247476) |
| James Houston (247876) |
| Nashonna Fontenot (249522) |
| Ashley Wilson, as Next Friend of C.W, a minor (246904) |
| Ryan Owens (246905) |
| Raymond LeBlanc (246954) |
| Ashley Wilson (247948) |
| Felicha Whitlock (245909) |
| Heather Trimble (247319) |
| Hillary Weatherall (248119) |
| Jung Jackson, as Next Friend of D.M, a minor (250440) |
| Jung Jackson, as Next Friend of D.J, a minor (250307) |
| Sharon Porter (250468) |
| Jung Jackson (250310) |
| Mark Royster (251202) |
| Jung Jackson, as Next Friend of M.Y, a minor (251377) |
| Jung Jackson, as Next Friend of M.D, a minor (251536) |
| Harry Johnson (201465) |
| Phillip Carmouche (205607) |
| Marion Lee (213435) |
| Eugene Lee (213588) |

# SUPPLEMENTAL EXHBIT "A"
# NO. 10-1270; *January v. Dutchmen*