UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Member Case Nos. listed herein

O R D E R

For the defendants in the member cases listed below, the following service issues exist: (a)

service has not been made at all, (b) no return of service has been filed into the record, or (c)

summons has been returned "unexecuted":

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Stewart Park Homes, Inc. | 09-5403 | Becnel | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-5419 | Becnel | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-5420 | Becnel | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 08-4630 | Harang | | 785 | |

| **DEFENDANT** | **MEMBER CASE NO.** | **PLAINTIFF ATTORNEY** | **NO SERVICE OF SUMMONS** | **SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD** | **SUMMONS RETURNED "UNEXECUTED"** |
|---|---|---|---|---|---|
| Stewart Park Homes, Inc. | 09-4551 | Hall | | 3154 | |
| Stewart Park Homes, Inc. | 09-4607 | Hall | | 3154 | |
| Stewart Park Homes, Inc. | 09-4770 | Andry | | 3751 | |
| Stewart Park Homes, Inc. | 09-4806 | Harang | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-5271 | Watson | | Member Case, Rec. Doc. 3 | |
| Stewart Park Homes, Inc. | 09-5418 | Becnel | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-5573 | Gill | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 3 | |
| Stewart Park Homes, Inc. | 09-5941 | Meunier | ✓ | | |
| Stewart Park Homes, Inc. | 09-6153 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 09-6200 | Becnel | | 10222 | |
| Stewart Park Homes, Inc. | 09-6342 | Becnel | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-6838 | Palermo | | 8281, 9356 | |
| Stewart Park Homes, Inc. | 09-6934 | Palermo | | 8283 | |

2

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Stewart Park Homes, Inc. | 09-7092 | Hilliard | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-7260 | Becnel | | 11970 | |
| Stewart Park Homes, Inc. | 09-7264 | Becnel | ✓ | | |
| Stewart Park Homes, Inc. | 09-7265 | Becnel | | 11972 | |
| Stewart Park Homes, Inc. | 09-7839 | Hilliard | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-7916 | Hilliard | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-8014 | Eaves | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-8077 | Eaves | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-8254 | Eaves | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 09-8591 | D'Amico | | 12829 | |
| Stewart Park Homes, Inc. | 09-8592 | D'Amico | | 12830 | |
| Stewart Park Homes, Inc. | 09-8593 | D'Amico | | 12831 | |
| Stewart Park Homes, Inc. | 09-8594 | D'Amico | | 12832 | |
| Stewart Park Homes, Inc. | 09-8595 | D'Amico | | 12839 | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Stewart Park Homes, Inc. | 09-8596 | D'Amico | | 12840 | |
| Stewart Park Homes, Inc. | 09-8669 | Bruno | ✓ | | |
| Stewart Park Homes, Inc. | 09-8717 | Becnel | | 13356, 16569 | |
| Stewart Park Homes, Inc. | 09-8718 | Becnel | | 13358, 16570 | |
| Stewart Park Homes, Inc. | 10-576 | D'Amico | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 3 | |
| Stewart Park Homes, Inc. | 10-774 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-1292 | Hilliard | | Member Case, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 10-2026 | D'Amico | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 10-2135 | Eaves | | | 16030 |
| Stewart Park Homes, Inc. | 10-2137 | Eaves | | | 16029 |
| Stewart Park Homes, Inc. | 10-2173 | Eaves | | | 16028 |
| Stewart Park Homes, Inc. | 10-2315 | Buzbee | | 18012 | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Stewart Park Homes, Inc. | 10-2440 | Becnel | | 16486 | |
| Stewart Park Homes, Inc. | 10-2446 | Becnel | | 16523 | |
| Stewart Park Homes, Inc. | 10-2512 | D'Amico | ✓ | | |
| Stewart Park Homes, Inc. | 10-2552 | D'Amico | ✓ | | |
| Stewart Park Homes, Inc. | 10-2886 | Harang | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 2 | |
| Stewart Park Homes, Inc. | 10-2898 | Penton | | | 17817 |
| Stewart Park Homes, Inc. | 10-3440 | Lott | | Member Case, Rec. Doc. 3 | |
| Stewart Park Homes, Inc. | 10-3617 | D'Amico | | 18595 | |
| Stewart Park Homes, Inc. | 10-3695 | Torres | | Member Case, Rec. Doc. 3 | |
| Stewart Park Homes, Inc. | 10-3712 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3713 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3755 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3756 | Torres | ✓ | | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Stewart Park Homes, Inc. | 10-3773 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3785 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3787 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3789 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3793 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3796 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3797 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3817 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3835 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3856 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 10-3878 | Torres | ✓ | | |
| Stewart Park Homes, Inc. | 11-839 | Ladner | | Member Case, Rec. Doc. 1, Sub-part 1 | |
| Stewart Park Homes, Inc. | 11-1048 | Buzbee | ✓ | | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Lakeside Park Homes | 09-4560 | Hall | | 3154 | |
| Lakeside Park Homes | 09-4926 | Centola | | | 14530 |
| Lakeside Park Homes | 09-5416 | Becnel | | Member Case, Rec. Doc. 2 | |
| Lakeside Park Homes | 09-7302 | Becnel | ✓ | | |
| Lakeside Park Homes | 10-416 | Meunier | | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 12 |
| Lakeside Park Homes | 10-3844 | Torres | ✓ | | |
| Lakeside Park Homes | 08-4630 | Harang | | 785 | |
| Lakeside Park Homes | 09-3746 | Lambert | | | 3131 |
| Lakeside Park Homes | 09-3747 | Lambert | | | 3132 |
| Lakeside Park Homes | 09-3881 | Centola | | | 14526 |
| Lakeside Park Homes | 09-4041 | Centola | | | 14527 |
| Lakeside Park Homes | 09-4049 | Centola | | | 14528 |
| Lakeside Park Homes | 09-4054 | Centola | | | 14529 |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Lakeside Park Homes | 09-4341 | Meunier | | | 11236 |
| Lakeside Park Homes | 09-4455 | Lambert | | | 3221 |
| Lakeside Park Homes | 09-4576 | Hall | | 3157 | |
| Lakeside Park Homes | 09-4588 | Hall | | 3149 | |
| Lakeside Park Homes | 09-4595 | Hall | | 3157 | |
| Lakeside Park Homes | 09-4725 | Hilliard | | | 7610 |
| Lakeside Park Homes | 09-4791 | Harang | | Member Case, Rec. Doc. 2 | |
| Lakeside Park Homes | 09-4974 | Meunier | ✓ | | |
| Lakeside Park Homes | 09-5415 | Becnel | | Member Case, Rec. Doc. 2 | |
| Lakeside Park Homes | 09-5622 | Lambert | | | 3258 |
| Lakeside Park Homes | 09-5645 | Centola | | | 14531 |
| Lakeside Park Homes | 09-5671 | Centola | | | 14532 |
| Lakeside Park Homes | 09-6037 | Meunier | ✓ | | |
| Lakeside Park Homes | 09-6169 | Hilliard | | | 7615 |

8

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Lakeside Park Homes | 09-6403 | Lambert | | | 4622 |
| Lakeside Park Homes | 09-6962 | Hilliard | | | 7612, 23570 |
| Lakeside Park Homes | 09-7088 | Hilliard | ✓ | | |
| Lakeside Park Homes | 09-7301 | Becnel | | 12101 | |
| Lakeside Park Homes | 09-7683 | Palermo | ✓ | | |
| Lakeside Park Homes | 09-7750 | Meunier | | 10389 | |
| Lakeside Park Homes | 09-7753 | Meunier | | | 11058 |
| Lakeside Park Homes | 09-7842 | Hilliard | | Member Case, Rec. Doc. 2 | |
| Lakeside Park Homes | 09-7907 | Hilliard | | Member Case, Rec. Doc. 2 | |
| Lakeside Park Homes | 09-8327 | Centola | | | 14533 |
| Lakeside Park Homes | 09-8329 | Centola | | | 14534 |
| Lakeside Park Homes | 09-8387 | Buzbee | | 13721 | |
| Lakeside Park Homes | 09-8583 | D'Amico | | 12822 | |
| Lakeside Park Homes | 09-8584 | D'Amico | | 12821 | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Lakeside Park Homes | 09-8585 | D'Amico | | 12819 | |
| Lakeside Park Homes | 09-8586 | D'Amico | | 12818 | |
| Lakeside Park Homes | 09-8587 | D'Amico | | 12817 | |
| Lakeside Park Homes | 09-8654 | Bruno | ✓ | | |
| Lakeside Park Homes | 09-8710 | Becnel | | 16564 | |
| Lakeside Park Homes | 09-8721 | Becnel | | 13364 | |
| Lakeside Park Homes | 10-544 | Meunier | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 2 | |
| Lakeside Park Homes | 10-554 | Meunier | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 2 | |
| Lakeside Park Homes | 10-712 | Centola | | | 14535 |
| Lakeside Park Homes | 10-1262 | Hilliard | | Member Case, Rec. Doc. 2 | |
| Lakeside Park Homes | 10-2145 | Eaves | | | 16032 |
| Lakeside Park Homes | 10-2331 | Buzbee | | 18024 | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Lakeside Park Homes | 10-2363 | Gibson | | Member Case, Rec. Doc. 3 | |
| Lakeside Park Homes | 10-2377 | Meunier | | | 17816 |
| Lakeside Park Homes | 10-2378 | Meunier | | | 17815 |
| Lakeside Park Homes | 10-2414 | Meunier | | | 17814 |
| Lakeside Park Homes | 10-2432 | Becnel | | 16475 | |
| Lakeside Park Homes | 10-2469 | Becnel | | 16537 | |
| Lakeside Park Homes | 10-2477 | D'Amico | ✓ | | |
| Lakeside Park Homes | 10-2511 | D'Amico | ✓ | | |
| Lakeside Park Homes | 10-2539 | D'Amico | ✓ | | |
| Lakeside Park Homes | 10-2553 | D'Amico | ✓ | | |
| Lakeside Park Homes | 10-2594 | Becnel | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 2 | |
| Lakeside Park Homes | 10-2597 | Harang | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 2 | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Lakeside Park Homes | 10-2693 | Jacobs | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 3 | |
| Lakeside Park Homes | 10-3424 | Lott | | Member Case, Rec. Doc. 3 (unmarked) | |
| Lakeside Park Homes | 10-3461 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3463 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3468 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3470 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3601 | D'Amico | ✓ | | |
| Lakeside Park Homes | 10-3609 | D'Amico | | 18592 | |
| Lakeside Park Homes | 10-3718 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3745 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3747 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3751 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3753 | Torres | ✓ | | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Lakeside Park Homes | 10-3778 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3788 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3790 | Torres | ✓ | | |
| Lakeside Park Homes | 10-3850 | Torres | ✓ | | |
| Lakeside Park Homes | 10-4113 | Priest | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 3 | |
| Lakeside Park Homes | 11-370 | D'Amico | | 20552 | |
| Lakeside Park Homes | 11-374 | D'Amico | | 20578 | |
| Lakeside Park Homes | 11-375 | D'Amico | | 20590 | |
| Lakeside Park Homes | 09-5259 | Watson | ✓ | | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 08-4630 | Harang | | 785 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4633 | Hall | ✓ | | |

13

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4634 | Hall | ✓ | | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4724 | Hilliard | | | 7620 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4785 | Palermo | ✓ | | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4788 | Harang | ✓ | | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-5574 | Gill | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 3 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6012 | Hall | ✓ | | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6401 | Hall | ✓ | | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6568 | Centola | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6961 | Hilliard | | | 7621 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7062 | Hilliard | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7157 | Centola | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7317 | Becnel | ✓ | | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7800 | Hilliard | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8027 | Eaves | | Member Case, Rec. Doc. 2 | |

15

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8081 | Eaves | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8145 | Eaves | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8159 | Eaves | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8193 | Eaves | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8211 | Eaves | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8258 | Eaves | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8260 | Eaves | | Member Case, Rec. Doc. 2 | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8369 | Buzbee | | 13638 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8683 | Bruno | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-260 | Gibson | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 4 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-1276 | Hilliard | | Member Case, Rec. Doc. 2 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-1375 | Jacobs | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 3 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-1391 | | | | 14219 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2147 | Eaves | | | 16063 |

17

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2299 | Buzbee | ✓ | | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2893 | Lott | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 52 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2894 | Lott | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 49 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2895 | Lott | | Member Case, Rec. Doc. 1, Sub-part 2, Rec. Doc. 42 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-3437 | Lott | | Member Case, Rec. Doc. 3 | |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-4112 | Jacobs | ✓ | | |
| Williams Scotsman, Inc. | 09-8563 | D'Amico | | 12785 | |

18

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Williams Scotsman, Inc. | 09-8565 | D'Amico | | 12784 | |
| Clearspring Conversions | 09-6331 | Becnel | | Member Case, Rec. Doc. 2 | |
| Clearspring Conversions | 09-8378 | Buzbee | | 13619 | |
| Biscayne RV, Inc. | 09-8297 | Veron | | Member Case, Rec. Doc. 2 | |
| Biscayne RV, Inc. | 09-8648 | Bruno | | Member Case, Rec. Doc. 2 | |
| Biscayne RV, Inc. | 10-2152 | Eaves | | | 16175 |
| Atwood Mobile Products | 06-2576 | Veron | ✓ | | |
| Fall Creek Homes | 09-8535 | D'Amico | | Member Case, Rec. Doc. 3 | |
| Fall Creek Homes | 10-2160 | Eaves | | | 16015 |
| Flat Creek Lodges, Inc. | 09-8674 | Bruno | | Member Case, Rec. Doc. 2 | |
| B. Foster & Co., Inc. | 09-8663 | Bruno | | Member Case, Rec. Doc. 2 | |
| Golden West Homes | 08-4630 | Harang | | 785 | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|---|---|---|---|---|---|
| Integrity Midwest Inc., d/b/a U.S. Adventure RV | 08-4630 | Harang | | 785 | |
| 3-D Disaster Services Inc. | 09-8646 | Bruno | ✓ | | |
| 3-D Disaster Services Inc. | 09-8696 | Bruno | ✓ | | |
| 3-D Disaster Services Inc. | 09-8700 | Bruno | ✓ | | |
| 3-D Disaster Services Inc. | 09-8702 | Bruno | ✓ | | |
| AME Services, Inc. | 09-8681 | Bruno | ✓ | | |
| AME Services, Inc. | 09-8702 | Bruno | ✓ | | |

Fed R. Civ. P. 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, unless service is made on the named defendants within 15 days of this date or

unless within that time you show good cause **in writing** for having failed to do so, the plaintiff's

claims against the named defendants in the above member cases will be dismissed without further

notice.

The Court notes that this Order is the product of a massive undertaking (i.e., the review of over 24,500 documents in the record as well as a review of the documents in the above listed member cases). If a member case is listed in this Order in error, the applicable plaintiff attorney is instructed to contact Special Master Amanda Ballay by email at ajbfemamdl@gmail.com, with reference to applicable record document numbers to support the assertion that the member case was included in this Order in error.

New Orleans,  Louisiana, this 15th day of February, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE