UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER   MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Member Case Nos. Listed herein

## O R D E R

A review of the record indicates that service of the complaint has been made upon the defendants in the member cases listed below and the time to file responsive pleadings/Notice of Preservation of Defenses has expired:

| **DEFENDANT** | **MEMBER CASE NO.** | **PLAINTIFF ATTORNEY** | **REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED** |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-3922 | Lambert | 12013 |
| Stewart Park Homes, Inc. | 09-3993 | Centola | 13434 |
| Stewart Park Homes, Inc. | 09-3994 | Centola | 13433 |
| Stewart Park Homes, Inc. | 09-4016 | Centola | 13432 |

| **DEFENDANT** | **MEMBER CASE NO.** | **PLAINTIFF ATTORNEY** | **REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED** |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-4065 | Centola | 13431 |
| Stewart Park Homes, Inc. | 09-4741 | Hilliard | 7759 |
| Stewart Park Homes, Inc. | 09-4824 | Meunier | 12060 |
| Stewart Park Homes, Inc. | 09-4927 | Centola | 13435 |
| Stewart Park Homes, Inc. | 09-4975 | Meunier | 12061 |
| Stewart Park Homes, Inc. | 09-4993 | Meunier | 12057 |
| Stewart Park Homes, Inc. | 09-5251 | Meunier | 12065 |
| Stewart Park Homes, Inc. | 09-5523 | Centola | 13436 |
| Stewart Park Homes, Inc. | 09-5524 | Centola | 13438 |
| Stewart Park Homes, Inc. | 09-5738 | Centola | 7962, 13441 |
| Stewart Park Homes, Inc. | 09-5752 | Centola | 7960, 13440 |
| Stewart Park Homes, Inc. | 09-5767 | Centola | 13437 |
| Stewart Park Homes, Inc. | 09-5965 | Centola | 8695, 13439 |

| **DEFENDANT** | **MEMBER CASE NO.** | **PLAINTIFF ATTORNEY** | **REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED** |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-6167 | Hilliard | 7779 |
| Stewart Park Homes, Inc. | 09-6282 | Andry | 4233 |
| Stewart Park Homes, Inc. | 09-6572 | Centola | 8697, 13442 |
| Stewart Park Homes, Inc. | 09-6775 | Centola | 8711, 13443 |
| Stewart Park Homes, Inc. | 09-6930 | Hilliard | 7756 |
| Stewart Park Homes, Inc. | 09-7746 | Woods | 12059 |
| Stewart Park Homes, Inc. | 09-7757 | Meunier | 12064 |
| Stewart Park Homes, Inc. | 09-8310 | Centola | 13444 |
| Stewart Park Homes, Inc. | 09-8331 | Centola | 13445 |
| Stewart Park Homes, Inc. | 09-8389 | Buzbee | 13727 |
| Stewart Park Homes, Inc. | 10-228 | Meunier | Member Case, Rec. Doc. 7 |
| Stewart Park Homes, Inc. | 10-543 | Woods | 13922 |
| Stewart Park Homes, Inc. | 10-1377 | D'Amico | 21749 |

| **DEFENDANT** | **MEMBER CASE NO.** | **PLAINTIFF ATTORNEY** | **REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED** |
|---|---|---|---|
| Stewart Park Homes, Inc. | 10-2217 | Hilliard | 18756 |
| Stewart Park Homes, Inc. | 10-2269 | Hilliard | 18750 |
| Stewart Park Homes, Inc. | 10-2393 | Meunier | 16751 |
| Stewart Park Homes, Inc. | 10-3441 | Lott | 20310 |
| Lakeside Park Homes | 10-2242 | Hilliard | 18743 |
| Lakeside Park Homes | 10-2254 | Hilliard | 18747 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 09-7852 | Hilliard | 15382 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2177 | Hilliard | 18761 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 | Hilliard | 18745 |
| Biscayne RV, Inc. | 09-8304 | Centola | 12080 |
| Integrity Midwest Inc., d/b/a U.S. Adventure RV | 10-2273 | Hilliard | 18982 |
| Tom Stinnett Holiday RV Center | 10-2287 | Hilliard | 18986 |

4

Accordingly, **IT IS ORDERED** that on or before **Thursday, March 1, 2012**, the plaintiffs in the member cases listed above shall obtain a responsive pleading/Notice of Preservation of Defenses or preliminary default on the served defendants listed above. Failure to do so shall result in the DISMISSAL of any such defendant, for failure to prosecute, without any further notice, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

The Court notes that this Order is the product of a massive undertaking (i.e., the review of over 24,500 documents in the record as well as a review of the documents in the above listed member cases). If a member case is listed in this Order in error, the applicable plaintiff attorney is instructed to contact Special Master Amanda Ballay by email at ajbfemamdl@gmail.com, with reference to applicable record document numbers to support the assertion that the member case was included in this Order in error.

New Orleans, Louisiana, this 15th day of February, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE