UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Member Case Nos. listed herein

O R D E R

For the defendants in the member cases listed below, the following service issues exist: (a)

service has not been made at all, or (b) no return of service has been filed into the record:

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD |
|---|---|---|---|---|
| B & B Enterprises | 10-4126 | Gibson | | Member Case, Rec. Doc. 1, Sub-part 2 |
| B & B Enterprises | 10-4127 | Gibson | | Member Case, Rec. Doc. 1, Sub-part 2 |
| B & I Services, Inc. | 09-8646 | Bruno | ✓ | |
| B & I Services, Inc. | 09-8647 | Bruno | ✓ | |
| B & I Services, Inc. | 10-742 | Torres | ✓ | |
| B & I Services, Inc. | 10-3474 | Torres | ✓ | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD |
|---|---|---|---|---|
| B & I Services, Inc. | 10-3708 | Torres | ✓ | |
| B & I Services, Inc. | 10-3754 | Torres | ✓ | |
| B & I Services, Inc. | 10-3795 | Torres | ✓ | |
| B & I Services, Inc. | 10-3842 | Torres | ✓ | |
| B & I Services, Inc. | 10-3860 | Torres | ✓ | |
| B & I Services, Inc. | 10-3939 | Torres | ✓ | |
| Crown Roofing, Inc. | 09-8645 | Bruno | | Member Case, Rec. Doc. 2 |
| Crown Roofing, Inc. | 09-8695 | Bruno | ✓ | |
| Crown Roofing, Inc. | 09-8699 | Bruno | ✓ | |
| E.T.I., Inc. | 06-2576 | Veron | ✓ | |
| Home Choice USA, Inc. | 09-7692 | Raymond | | Member Case, Rec. Doc. 3 |
| Motex Enterprises, Inc. | 10-4125 | Hawkins | | 17882, Sub-part 3 |
| Oakland Enterprises, Inc. | 06-2576 | Veron | ✓ | |
| Oakland Enterprises, Inc. | 06-5659 | Woods | ✓ | |

| **DEFENDANT** | **MEMBER CASE NO.** | **PLAINTIFF ATTORNEY** | **NO SERVICE OF SUMMONS** | **SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD** |
|---|---|---|---|---|
| Razz Electrical Services | 09-8650 | Bruno | ✓ | |
| Razz Electrical Services | 09-8654 | Bruno | | 13409 |
| Razz Electrical Services | 09-8658 | Bruno | | Member Case, Rec. Doc. 2 |
| Razz Electrical Services | 09-8701 | Bruno | | Member Case, Rec. Doc. 2 |
| Razz Electrical Services | 09-3746 | Lambert | | Member Case, Rec. Doc. 2 |
| Razz Electrical Services | 09-4135 | Obioha | | Member Case, Rec. Doc. 2 |
| Razz Electrical Services | 09-4455 | Lambert | ✓ | |
| Sims Construction | 10-4126 | Gibson | ✓ | |
| Sims Construction | 10-4127 | Gibson | ✓ | |
| Thoroughbred Industries | 06-2576 | Veron | ✓ | |
| UFAS-Mu, Inc. | 10-3470 | Torres | ✓ | |
| UFAS-Mu, Inc. | 10-3481 | Torres | ✓ | |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD |
|---|---|---|---|---|
| UFAS-Mu, Inc. | 10-3531 | Torres | ✓ | |
| UFAS-Mu, Inc. | 10-3790 | Torres | ✓ | |
| UFAS-Mu, Inc. | 10-3962 | Torres | ✓ | |
| UFAS-TKTMJ, Inc. | 10-3461 | Torres | ✓ | |
| UFAS-TKTMJ, Inc. | 10-3527 | Torres | ✓ | |
| UFAS-TKTMJ, Inc. | 10-3540 | Torres | ✓ | |
| UFAS-TKTMJ, Inc. | 10-3788 | Torres | ✓ | |
| UFAS-TKTMJ, Inc. | 10-3958 | Torres | ✓ | |
| Von Briesen & Roper | 09-4860 | Hall | ✓ | |
| Von Briesen & Roper | 09-4872 | Hall | ✓ | |
| Alcatec | 09-8014 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8015 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8016 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8019 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8020 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8021 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8022 | Eaves | | Member Case, Rec. Doc. 2 |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD |
|---|---|---|---|---|
| Alcatec | 09-8035 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8037 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8038 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8039 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8041 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8042 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8043 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8044 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8045 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8048 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8049 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8053 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8054 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8055 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8056 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8057 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8058 | Ferrington | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8059 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8060 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8061 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8062 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8063 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8077 | Eaves | | Member Case, Rec. Doc. 2 |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD |
|-----------|-----------------|--------------------|-----------------------|------------------------------------------------|
| Alcatec | 09-8079 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8080 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8081 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8087 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8089 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8090 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8091 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8092 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8093 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8094 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8095 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8096 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8097 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8098 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8099 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8100 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8101 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8102 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8103 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8104 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8107 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8108 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8109 | Eaves | | Member Case, Rec. Doc. 2 |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD |
|-----------|-----------------|--------------------|-----------------------|-------------------------------------------------|
| Alcatec | 09-8110 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8111 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8112 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8113 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8114 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8115 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8116 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8117 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8118 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8119 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8120 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8123 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8124 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8125 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8126 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8127 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8129 | Eaves | | Member Case, Rec. Doc. 2 |
| Alcatec | 09-8130 | Eaves | | Member Case, Rec. Doc. 2 |

Fed R. Civ. P. 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for

an appropriate period.

Accordingly, unless service is made on the named defendants within 15 days of this date or unless within that time you show good cause **in writing** for having failed to do so, the plaintiff's claims against the named defendants in the above member cases will be dismissed without further notice.

The Court notes that this Order is the product of a massive undertaking (i.e., the review of over 24,500 documents in the record as well as a review of the documents in the above listed member cases). If a member case is listed in this Order in error, the applicable plaintiff attorney is instructed to contact Special Master Amanda Ballay by email at ajbfemamdl@gmail.com, with reference to applicable record document numbers to support the assertion that the member case was included in this Order in error.

New Orleans,  Louisiana, this 15th day of February, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE