UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

### EX PARTE/CONSENT MOTION FOR EXTENSION OF HEARING/SUBMISSION DATE FOR DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR ENTRY OF FED. R. CIV. P. 54(b) JUDGMENT DISMISSING REMAINING ALABAMA PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES OF AMERICA

Defendant United States of America's submits this Exparte/Consent Motion to extend the hearing/submission date for its Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Alabama Plaintiffs Claims Against the United States of America. That Motion is set for hearing/submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument on, the 22th day of February at 9:30 a.m.  The United States hereby moves and requests that the hearing/submission date for that Motion be modified and set for 9:30 am, March 7, 2012. The Court should grant this Motion for the reasons set forth in the government's Memorandum filed in support of thereof.

Dated: February 16, 2012.                              Respectfully Submitted,

TONY WEST                                              ADAM BAIN
Assistant Attorney General, Civil Division             Senior Trial Counsel

| | |
|---|---|
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division<br><br>DAVID S. FISHBACK<br>Assistant Director | *//S// Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                *//S// Henry T. Miller*
                HENRY T. MILLER (D.C. Bar No. 411885)