UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　　SECTION "N-5"
　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

**MEMORANDUM IN SUPPORT OF EX PARTE/CONSENT MOTION FOR
EXTENSION OF HEARING/SUBMISSION DATE FOR DEFENDANT UNITED
STATES OF AMERICA'S MOTION FOR ENTRY OF FED. R. CIV. P. 54(b)
JUDGMENT DISMISSING REMAINING ALABAMA PLAINTIFFS' CLAIMS
AGAINST THE UNITED STATES OF AMERICA**

　　　　Defendant United States of America's submits this Memorandum in support of its Exparte/Consent Motion to extend the hearing/submission date for its Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Alabama Plaintiffs Claims Against the United States of America.  That Motion is set for hearing/submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument on, the 22th day of February at 9:30 a.m.  The United States has requested that the hearing/submission date for that Motion be modified and set for 9:30 am, March 7, 2012.

　　　　Although no party has opposed in a timely manner the government's Motion requesting entry of a Fed. R. Civ. P. 54(b) Judgment dismissing the remaining Alabama Plaintiffs' claims against the government, because that action was transferred to this Multi-District Litigation Court

1

after this Court's Order dismissing all Alabama Plaintiffs' FTCA claims, it is unclear whether the Court's Order dismissing all Alabama Plaintiffs' claims against the government applies to these Alabama Plaintiffs' claims.  Accordingly, the United States requests that the Court modify the hearing/submission date to allow the United States to file and simultaneously submit to the Court a Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to dismiss these Alabama Plaintiffs claims for lack of subject matter jurisdiction.

Accordingly, for this reason the United States requests that the Court grant the Motion.

Dated: February 16, 2012.

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

//S// Henry T. Miller
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// Henry T. Miller
HENRY T. MILLER (D.C. Bar No. 411885)