UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel has contacted Plaintiffs' Liaison Counsel, Manufacturer's Liaison Counsel, Government Contractors' Liaison Counsel, and Insurers' Liaison Counsel via electronic mail. Plaintiffs' Liaison Counsel, Manufacturer's Liaison Counsel and Government Contractors' Liaison Counsel do not oppose or object to the United States' Motion to extend the hearing/submission date for its Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Alabama Plaintiffs Claims Against the United States of America.

Dated: February 16, 2012.                    Respectfully Submitted,

TONY WEST                                    ADAM BAIN
Assistant Attorney General, Civil Division   Senior Trial Counsel

J. PATRICK GLYNN                             //S// *Henry T. Miller*
Director, Torts Branch, Civil Division       HENRY T. MILLER (D.C. Bar No. 411885)
                                             Senior Trial Counsel
DAVID S. FISHBACK                            United States Department of Justice
Assistant Director                           Civil Division – Torts Branch
                                             P.O. Box 340, Ben Franklin Station
                                             Washington, D.C. 20004
                                             Telephone No: (202) 616-4223
                                             E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

     I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)