UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

### ORDER

Considering Defendant United States of America's Exparte/Consent Motion to extend the hearing/submission date for its Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Alabama Plaintiffs Claims Against the United States of America (Doc. Rec. 24392), and for good cause shown,

**IT IS ORDERED** that the February 22, 2012, hearing/submission date for Defendant United States of America's Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Alabama Plaintiffs Claims Against the United States of America (Doc. Rec. 24392), is extended and reset for hearing/submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, without oral argument on, the 7th day of March at 9:30 a.m.

**DONE AND SIGNED** this _____ day of _____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**