UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

### DEFENDANT UNITED STATES OF AMERICA'S FED. R. CIV. P. 12(b)(1) AND 12(h) MOTION TO DISMISS ALABAMA PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h), hereby moves to dismiss Plaintiffs' Federal Tort Claims Act, 28 U.S.C. §§1346(b)(1), 2671-80, claims in the above-referenced actions, for lack of subject matter jurisdiction. The Court should grant this Motion for the reasons set forth in the Memorandum filed in support of this Motion.

Dated: February 16, 2012.

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                  *//S// Henry T. Miller*
                                  HENRY T. MILLER (D.C. Bar No. 411885)