UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION N-5

                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

**DEFENDANT UNITED STATES OF AMERICA'S STATEMENT OF FACTS IN SUPPORT OF ITS FED. R. CIV. P. 12(b)(1) AND 12(h) MOTION TO DISMISS ALABAMA PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION**

1.   Plaintiffs in these actions assert claims against the United States for money damages for alleged injuries resulting from occupying temporary emergency housing units ("EHUs") in the State of Alabama.  *See* Exh.1, Dec. Tory D. Lowe.

2.   The United States incorporates by reference all facts set forth in the government's Statement of Facts previously filed with this Court in support of "Defendant United States' of America's Motion to Dismiss the Remaining FTCA Claims of All 'Alabama Plaintiffs' for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability" (Doc. Rec.10656 ) and Exhibits 1-10 Submitted in Support that Motion.  *See* Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Alabama Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 10656-2); Defendant United States of American's Exhibits 1-14 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc.

Rec.10656-4 to 10656-13).

| | |
|---|---|
| Dated: February 16, 2012. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                //S// *Henry T. Miller*
                                                HENRY T. MILLER (D.C. Bar No. 411885)