UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant United States of America's Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to Dismiss Alabama Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction is set for hearing before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument on, the 7th day of March at 9:30 a.m.

| | |
|---|---|
| Dated: February 16, 2012. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// Henry T. Miller<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                      *//S// Henry T. Miller*
                                      HENRY T. MILLER (D.C. Bar No. 411885)