UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

## ORDER

Considering Defendant United States of America's Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to Dismiss Alabama Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction, the Fifth Circuit's decision in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), and this Court's August 9, 2010, Order and Reasons (Rec. Doc. 15061), this Court grants the government's Motion, and

**IT IS ORDERED** that Plaintiffs claims against United States of America are dismissed for lack of subject matter jurisdiction.

**DONE AND SIGNED** this _____ day of _____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**