UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                   MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                          SECTION N-5

                                                      JUDGE ENGELHARDT
                                                      MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Alexander, et al v. Mitchell County Industries, LLC, et al*, Case No. 10-cv-02694
*Bradshaw v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02691
*Manning, et al v. Lakeside Park Homes, Inc., et al*, Case No. 10-cv-02693
*Robinson, et al v. Alliance Homes, Inc., et al*, Case No. 10-cv-02690
*Smith v. Frontier RV, Inc., et al*, Case No. 10-cv-02692
*Foxworth et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02696
*Bradford v. Alliance Homes, Inc.,et. al*, Case No. 10-cv-02884
*Allen, et al v. Gulfstream Coach, Inc., et al*, Case No. 10-cv-02887
*Bullard, et al v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02886
*Goudy, et al v. DS Corp. et al*, Case No. 10-cv-02885
*Sevin v. Northwood Manufacturing, Inc., et al*, Case No. 10-cv-02891
*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
     Case No. 10-cv-02908
*Graves v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02910
*Slocum v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02909
*Williamson v. Hy-Line Enterprises, Inc.,et al*, Case No. 10-cv-03006
*Albright, v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03133
*Anderson, et al v. Forest River, Inc. et al*, Case No. 10-cv-03124
*Anderson, v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02898
*Anderson, et al v. Keystone RV Company, et al*, Case No. 10-cv-03148
*Babineau, et al v. Jayco Enterprises, Inc., et al*, Case No. 10-cv-02905
*Beaugez, et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03138
*Bullard, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03002
*Defendini, et al v. Bechtel National, Inc.*, Case No. 10-cv-03125
*Dillon, et al v. Forest River, Inc., et al*, Case No. 10-cv-02911
*Dorsey v. Starcraft RV, Inc., et al*, Case No. 10-cv-03132
*Easterling et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03122
*Everett v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02901
*Fairley, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03145
*Floyd, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03139
*Fountain, et al v. Keystone RV Company, et al*, Case No. 10-cv-03142
*Francisco et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-04116

*Gilmore et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03121
*Guice v. Bechtel National, Inc., et al*, Case No. 10-cv-03005
*Heavy, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03003
*Holloway v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03130
*Knauts v. Bechtel National, Inc., et al*, Case No. 10-cv-03146
*Knight, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03128
*McCarroll v. Bechtel National, Inc., et al*, Case No. 10-cv-02902
*Morris v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03144
*Mosely v. Dutchmen Manufacturing, Inc.*, et al, Case No. 10-cv-02899
*Newsome v. Gulf Stream Coach, Inc. et al*, Case No. 10-cv-02906
*Oliver v. DS Corp., et al*, Case No. 10-cv-03134
*Plaisance, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03147
*Ralleigh, et al v. Bechtel National, Inc., et al.* Case No. 10-cv-03136
*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
     Case No. 10-cv-04115
*Smith v. Southern Energy Homes, Inc., et al*, Case No. 10-cv-02897
*Stumpf, et al v. TL Industries, Inc. et al*, Case No. 10-cv-03135
*Tart, et al v. Recreation By Design, LLC, et al*, Case No. 10-cv-02896
*Tedesco et al v. Dutchmen Manufacturing, Inc., et al*, Case No. 10-cv-03004
*Triplett v. Bechtel National, Inc., et al*, Case No. 10-cv-03123
*Walker v. Dutchmen Manufacturing, Inc. et al*, Case No. 10-cv-03129
*Walker v. Forest River, Inc., et al*, Case No. 10-cv-02900
*Wesley, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03137
*Williams v. Destiny Industries, LLC, et al*, Case No. 10-cv-03127
*Willis, et al v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03131
*Barnes, et al v. Forest River, Inc. et al*, Case No. 10-cv-04117
*Cooper, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04121
*Goff, et al v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-04122
*Rodwell, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04123
*Rogers, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04124
*Mayes, et al v. Frontier RV, Inc., et al*, Case No. 10-cv-00480
*Taylor v. Bechtel National, Inc., et al*, Case No. 10-cv-04129
*Thomas v. Bechtel National, Inc., et al*, Case No. 10-cv-04114
*Whitten, et al v. Thor Industries, Inc., et al*, Case No. 11-cv-00553

**MEMORANDUM IN SUPPORT OF EX PARTE/CONSENT MOTION FOR
EXTENSION OF HEARING/SUBMISSION DATE FOR DEFENDANT UNITED
STATES OF AMERICA'S MOTION FOR ENTRY OF FED. R. CIV. P. 54(b)
JUDGMENT DISMISSING REMAINING MISSISSIPPI PLAINTIFFS' CLAIMS
AGAINST THE UNITED STATES OF AMERICA**

Defendant United States of America's submits this Memorandum in support of its

Exparte/Consent Motion to extend the hearing/submission date for its Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Mississippi Plaintiffs Claims Against the United States of America.  That Motion is set for hearing/submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument on, the 22th day of February at 9:30 a.m. The United States has requested that the hearing/submission date for that Motion be modified and set for 9:30 am, March 7, 2012.

Although no party has opposed in a timely manner the government's Motion requesting entry of a Fed. R. Civ. P. 54(b) Judgment dismissing the remaining Mississippi Plaintiffs' claims against the government, because that action was transferred to this Multi-District Litigation Court after this Court's Order dismissing all Mississippi Plaintiffs' FTCA claims, it is unclear whether the Court's Order dismissing all Mississippi Plaintiff's claims against the government applies to these Mississippi Plaintiffs' claims.  Accordingly, the United States requests that the Court modify the hearing/submission date to allow the United States to file and simultaneously submit to the Court a Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to dismiss these Mississippi Plaintiffs' claims for lack of subject matter jurisdiction.

Accordingly, for this reason the United States requests that the Court grant the Motion.

Dated: February 16, 2012.                                    Respectfully Submitted,

TONY WEST                                                            ADAM BAIN
Assistant Attorney General, Civil Division            Senior Trial Counsel

J. PATRICK GLYNN                                                //S// *Henry T. Miller*
Director, Torts Branch, Civil Division                    HENRY T. MILLER (D.C. Bar No. 411885)

|  |  |
|---|---|
| DAVID S. FISHBACK<br>Assistant Director | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                              *//S// Henry T. Miller*
                                              HENRY T. MILLER (D.C. Bar No. 411885)