UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION N-5

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Alexander, et al v. Mitchell County Industries, LLC*, et al, Case No. 10-cv-02694
*Bradshaw v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02691
*Manning, et al v. Lakeside Park Homes, Inc.*, et al, Case No. 10-cv-02693
*Robinson, et al v. Alliance Homes, Inc.*, et al, Case No. 10-cv-02690
*Smith v. Frontier RV, Inc., et al*, Case No. 10-cv-02692
*Foxworth et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02696
*Bradford v. Alliance Homes, Inc.,et. al*, Case No. 10-cv-02884
*Allen, et al v. Gulfstream Coach, Inc., et al*, Case No. 10-cv-02887
*Bullard, et al v. Stewart Park Homes, Inc.*, et al, Case No. 10-cv-02886
*Goudy, et al v. DS Corp. et al*, Case No. 10-cv-02885
*Sevin v. Northwood Manufacturing, Inc., et al*, Case No. 10-cv-02891
*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
       Case No. 10-cv-02908
*Graves v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-02910
*Slocum v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02909
*Williamson v. Hy-Line Enterprises, Inc.,et al*, Case No. 10-cv-03006
*Albright, v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03133
*Anderson, et al v. Forest River, Inc. et al*, Case No. 10-cv-03124
*Anderson, v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02898
*Anderson, et al v. Keystone RV Company, et al*, Case No. 10-cv-03148
*Babineau, et al v. Jayco Enterprises, Inc., et al*, Case No. 10-cv-02905
*Beaugez, et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03138
*Bullard, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03002
*Defendini, et al v. Bechtel National, Inc.*, Case No. 10-cv-03125
*Dillon, et al v. Forest River, Inc., et al*, Case No. 10-cv-02911
*Dorsey v. Starcraft RV, Inc., et al*, Case No. 10-cv-03132
*Easterling et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03122
*Everett v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02901
*Fairley, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03145
*Floyd, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03139
*Fountain, et al v. Keystone RV Company, et al*, Case No. 10-cv-03142
*Francisco et al v. Gulf Stream Coach, Inc.*, et al, Case No. 10-cv-04116

*Gilmore et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03121**
*Guice v. Bechtel National, Inc., et al*, **Case No. 10-cv-03005**
*Heavy, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03003**
*Holloway v. CH2M Hill Constructors, Inc., et al*, **Case No. 10-cv-03130**
*Knauts v. Bechtel National, Inc., et al*, **Case No. 10-cv-03146**
*Knight, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03128**
*McCarroll v. Bechtel National, Inc., et al*, **Case No. 10-cv-02902**
*Morris v. Gulf Stream Coach, Inc., et al*, **Case No. 10-cv-03144**
*Mosely v. Dutchmen Manufacturing, Inc.*, **et al, Case No. 10-cv-02899**
*Newsome v. Gulf Stream Coach, Inc. et al*, **Case No. 10-cv-02906**
*Oliver v. DS Corp., et al*, **Case No. 10-cv-03134**
*Plaisance, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03147**
*Ralleigh, et al v. Bechtel National, Inc., et al.* **Case No. 10-cv-03136**
*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
     **Case No. 10-cv-04115**
*Smith v. Southern Energy Homes, Inc., et al*, **Case No. 10-cv-02897**
*Stumpf, et al v. TL Industries, Inc. et al*, **Case No. 10-cv-03135**
*Tart, et al v. Recreation By Design, LLC, et al*, **Case No. 10-cv-02896**
*Tedesco et al v. Dutchmen Manufacturing, Inc., et al*, **Case No. 10-cv-03004**
*Triplett v. Bechtel National, Inc., et al*, **Case No. 10-cv-03123**
*Walker v. Dutchmen Manufacturing, Inc. et al*, **Case No. 10-cv-03129**
*Walker v. Forest River, Inc., et al*, **Case No. 10-cv-02900**
*Wesley, et al v. CH2M Hill Constructors, Inc., et al*, **Case No. 10-cv-03137**
*Williams v. Destiny Industries, LLC, et al*, **Case No. 10-cv-03127**
*Willis, et al v. Cavalier Home Builders, LLC, et al*, **Case No. 10-cv-03131**
*Barnes, et al v. Forest River, Inc. et al*, **Case No. 10-cv-04117**
*Cooper, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04121**
*Goff, et al v. CH2M Hill Constructors, Inc.*, **et al, Case No. 10-cv-04122**
*Rodwell, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04123**
*Rogers, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04124**
*Mayes, et al v. Frontier RV, Inc., et al*, **Case No. 10-cv-00480**
*Taylor v. Bechtel National, Inc., et al*, **Case No. 10-cv-04129**
*Thomas v. Bechtel National, Inc., et al*, **Case No. 10-cv-04114**
*Whitten, et al v. Thor Industries, Inc., et al*, **Case No. 11-cv-00553**

## ORDER

Considering Defendant United States of America's Exparte/Consent Motion to extend the hearing/submission date for its Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Mississippit Plaintiffs Claims Against the United States of America (Doc. Rec.

24391), and for good cause shown,

**IT IS ORDERED** that the February 22, 2012, hearing/submission date for Defendant United States of America's Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment Dismissing Remaining Alabama Plaintiffs Claims Against the United States of America (Doc. Rec. 24391), is extended and reset for hearing/submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, without oral argument on, the 7th day of March at 9:30 a.m.

**DONE AND SIGNED** this _____ day of _____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**