UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                             MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION N-5

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Alexander, et al v. Mitchell County Industries, LLC*, et al, Case No. 10-cv-02694
*Bradshaw v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02691
*Manning, et al v. Lakeside Park Homes, Inc.*, et al, Case No. 10-cv-02693
*Robinson, et al v. Alliance Homes, Inc.*, et al, Case No. 10-cv-02690
*Smith v. Frontier RV, Inc., et al*, Case No. 10-cv-02692
*Foxworth et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02696
*Bradford v. Alliance Homes, Inc.,et. al*, Case No. 10-cv-02884
*Allen, et al v. Gulfstream Coach, Inc., et al*, Case No. 10-cv-02887
*Bullard, et al v. Stewart Park Homes, Inc.*, et al, Case No. 10-cv-02886
*Goudy, et al v. DS Corp. et al*, Case No. 10-cv-02885
*Sevin v. Northwood Manufacturing, Inc., et al*, Case No. 10-cv-02891
*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
      Case No. 10-cv-02908
*Graves v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-02910
*Slocum v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02909
*Williamson v. Hy-Line Enterprises, Inc.,et al*, Case No. 10-cv-03006
*Albright, v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03133
*Anderson, et al v. Forest River, Inc. et al*, Case No. 10-cv-03124
*Anderson, v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02898
*Anderson, et al v. Keystone RV Company, et al*, Case No. 10-cv-03148
*Babineau, et al v. Jayco Enterprises, Inc., et al*, Case No. 10-cv-02905
*Beaugez, et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03138
*Bullard, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03002
*Defendini, et al v. Bechtel National, Inc.*, Case No. 10-cv-03125
*Dillon, et al v. Forest River, Inc., et al*, Case No. 10-cv-02911
*Dorsey v. Starcraft RV, Inc., et al*, Case No. 10-cv-03132
*Easterling et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03122
*Everett v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02901
*Fairley, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03145
*Floyd, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03139
*Fountain, et al v. Keystone RV Company, et al*, Case No. 10-cv-03142
*Francisco et al v. Gulf Stream Coach, Inc.*, et al, Case No. 10-cv-04116

*Gilmore et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03121
*Guice v. Bechtel National, Inc., et al*, Case No. 10-cv-03005
*Heavy, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03003
*Holloway v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03130
*Knauts v. Bechtel National, Inc., et al*, Case No. 10-cv-03146
*Knight, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03128
*McCarroll v. Bechtel National, Inc., et al*, Case No. 10-cv-02902
*Morris v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03144
*Mosely v. Dutchmen Manufacturing, Inc.*, et al, Case No. 10-cv-02899
*Newsome v. Gulf Stream Coach, Inc. et al*, Case No. 10-cv-02906
*Oliver v. DS Corp., et al*, Case No. 10-cv-03134
*Plaisance, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03147
*Ralleigh, et al v. Bechtel National, Inc., et al.* Case No. 10-cv-03136
*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, Case No. 10-cv-04115
*Smith v. Southern Energy Homes, Inc., et al*, Case No. 10-cv-02897
*Stumpf, et al v. TL Industries, Inc. et al*, Case No. 10-cv-03135
*Tart, et al v. Recreation By Design, LLC, et al*, Case No. 10-cv-02896
*Tedesco et al v. Dutchmen Manufacturing, Inc., et al*, Case No. 10-cv-03004
*Triplett v. Bechtel National, Inc., et al*, Case No. 10-cv-03123
*Walker v. Dutchmen Manufacturing, Inc. et al*, Case No. 10-cv-03129
*Walker v. Forest River, Inc., et al*, Case No. 10-cv-02900
*Wesley, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03137
*Williams v. Destiny Industries, LLC, et al*, Case No. 10-cv-03127
*Willis, et al v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03131
*Barnes, et al v. Forest River, Inc. et al*, Case No. 10-cv-04117
*Cooper, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04121
*Goff, et al v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-04122
*Rodwell, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04123
*Rogers, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04124
*Mayes, et al v. Frontier RV, Inc., et al*, Case No. 10-cv-00480
*Taylor v. Bechtel National, Inc., et al*, Case No. 10-cv-04129
*Thomas v. Bechtel National, Inc., et al*, Case No. 10-cv-04114
*Whitten, et al v. Thor Industries, Inc., et al*, Case No. 11-cv-00553

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM
IN SUPPORT OF ITS FED. R. CIV. P. 12(b)(1) AND 12(h) MOTION TO
DISMISS MISSISSIPPI PLAINTIFFS' CLAIMS AGAINST THE UNITED
STATES FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant, the United States of America ("United States"), submits this Memorandum in support of its Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to dismiss Plaintiffs' Federal Tort

2

Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680, claims in the above referenced actions. The FTCA's limited waiver of sovereign immunity is expressly limited to "circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." 28 U.S.C. §§ 1346(b), 2674.   The undisputed facts show that the government after Hurricanes Katrina and Rita, voluntarily and without compensation, provided temporary emergency housing units that are the alleged cause of Plaintiffs injuries at issue in these actions.[1/]  The Court lacks subject matter jurisdiction because the Fifth Circuit and this Court have held that the Mississippi emergency statute, Miss. Code §33-15-21(b), "abrogate[s] the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, [and therefore] the Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute." *In re FEMA Trailer Formaldehyde Products Liability Litigation*, --F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012); Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----,

---

[1/] The United States incorporates by reference in support of its argument: (1) Defendant United States of America's Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-1); (2) Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-2); (3) Defendant United States of American's Exhibits 1-14 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec.7690-4 to 7680-17); and (4) Defendant United States of America's Reply Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 9828).

2012 WL 171898.

      Accordingly, for these reasons the Court should grant the United States' Motion and dismiss Plaintiffs' FTCA claims for lack of subject matter jurisdiction.

| | |
|---|---|
| Dated: February 16, 2012. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

### CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                    //S// *Henry T. Miller*
                                                    HENRY T. MILLER (D.C. Bar No. 411885)