UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION N-5

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Alexander, et al v. Mitchell County Industries, LLC*, et al, Case No. 10-cv-02694
*Bradshaw v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02691
*Manning, et al v. Lakeside Park Homes, Inc.*, et al, Case No. 10-cv-02693
*Robinson, et al v. Alliance Homes, Inc.*, et al, Case No. 10-cv-02690
*Smith v. Frontier RV, Inc., et al*, Case No. 10-cv-02692
*Foxworth et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02696
*Bradford v. Alliance Homes, Inc.,et. al*, Case No. 10-cv-02884
*Allen, et al v. Gulfstream Coach, Inc., et al*, Case No. 10-cv-02887
*Bullard, et al v. Stewart Park Homes, Inc.*, et al, Case No. 10-cv-02886
*Goudy, et al v. DS Corp. et al*, Case No. 10-cv-02885
*Sevin v. Northwood Manufacturing, Inc., et al*, Case No. 10-cv-02891
*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
     Case No. 10-cv-02908
*Graves v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-02910
*Slocum v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02909
*Williamson v. Hy-Line Enterprises, Inc.,et al*, Case No. 10-cv-03006
*Albright, v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03133
*Anderson, et al v. Forest River, Inc. et al*, Case No. 10-cv-03124
*Anderson, v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02898
*Anderson, et al v. Keystone RV Company, et al*, Case No. 10-cv-03148
*Babineau, et al v. Jayco Enterprises, Inc., et al*, Case No. 10-cv-02905
*Beaugez, et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03138
*Bullard, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03002
*Defendini, et al v. Bechtel National, Inc.*, Case No. 10-cv-03125
*Dillon, et al v. Forest River, Inc., et al*, Case No. 10-cv-02911
*Dorsey v. Starcraft RV, Inc., et al*, Case No. 10-cv-03132
*Easterling et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03122
*Everett v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02901
*Fairley, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03145
*Floyd, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03139
*Fountain, et al v. Keystone RV Company, et al*, Case No. 10-cv-03142
*Francisco et al v. Gulf Stream Coach, Inc.*, et al, Case No. 10-cv-04116

*Gilmore et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03121**
*Guice v. Bechtel National, Inc., et al*, **Case No. 10-cv-03005**
*Heavy, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03003**
*Holloway v. CH2M Hill Constructors, Inc., et al*, **Case No. 10-cv-03130**
*Knauts v. Bechtel National, Inc., et al*, **Case No. 10-cv-03146**
*Knight, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03128**
*McCarroll v. Bechtel National, Inc., et al*, **Case No. 10-cv-02902**
*Morris v. Gulf Stream Coach, Inc., et al*, **Case No. 10-cv-03144**
*Mosely v. Dutchmen Manufacturing, Inc.*, et al, **Case No. 10-cv-02899**
*Newsome v. Gulf Stream Coach, Inc. et al*, **Case No. 10-cv-02906**
*Oliver v. DS Corp., et al*, **Case No. 10-cv-03134**
*Plaisance, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-03147**
*Ralleigh, et al v. Bechtel National, Inc., et al.* **Case No. 10-cv-03136**
*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
      **Case No. 10-cv-04115**
*Smith v. Southern Energy Homes, Inc., et al*, **Case No. 10-cv-02897**
*Stumpf, et al v. TL Industries, Inc. et al*, **Case No. 10-cv-03135**
*Tart, et al v. Recreation By Design, LLC, et al*, **Case No. 10-cv-02896**
*Tedesco et al v. Dutchmen Manufacturing, Inc., et al*, **Case No. 10-cv-03004**
*Triplett v. Bechtel National, Inc., et al*, **Case No. 10-cv-03123**
*Walker v. Dutchmen Manufacturing, Inc. et al*, **Case No. 10-cv-03129**
*Walker v. Forest River, Inc., et al*, **Case No. 10-cv-02900**
*Wesley, et al v. CH2M Hill Constructors, Inc., et al*, **Case No. 10-cv-03137**
*Williams v. Destiny Industries, LLC, et al*, **Case No. 10-cv-03127**
*Willis, et al v. Cavalier Home Builders, LLC, et al*, **Case No. 10-cv-03131**
*Barnes, et al v. Forest River, Inc. et al*, **Case No. 10-cv-04117**
*Cooper, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04121**
*Goff, et al v. CH2M Hill Constructors, Inc.*, et al, **Case No. 10-cv-04122**
*Rodwell, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04123**
*Rogers, et al v. Bechtel National, Inc., et al*, **Case No. 10-cv-04124**
*Mayes, et al v. Frontier RV, Inc., et al*, **Case No. 10-cv-00480**
*Taylor v. Bechtel National, Inc., et al*, **Case No. 10-cv-04129**
*Thomas v. Bechtel National, Inc., et al*, **Case No. 10-cv-04114**
*Whitten, et al v. Thor Industries, Inc., et al*, **Case No. 11-cv-00553**

**DEFENDANT UNITED STATES OF AMERICA'S STATEMENT OF FACTS
IN SUPPORT OF ITS FED. R. CIV. P. 12(b)(1) AND 12(h) MOTION TO
DISMISS MISSISSIPPI PLAINTIFFS' CLAIMS AGAINST THE UNITED
STATES FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant, the United States of America ("United States"), submits this Statement of Fact in support of its Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to dismiss Plaintiffs' Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, claims in the above referenced actions

1. Plaintiffs in these actions assert FTCA claims against the United States for money damages for alleged injuries resulting from occupying temporary emergency housing units ("EHUs") in the State of Mississippi. *See* Exh.1, Dec. Tory D. Lowe.

2. The United States incorporates by reference all facts set forth in the government's Statement of Facts previously filed with this Court in support of "Defendant United States' of America's Motion to Dismiss the Remaining FTCA Claims of All 'Mississippi Plaintiffs' for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability" (Doc. Rec. 7690) and Exhibits 1-14 Submitted in Support that Motion. *See* Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-2); Defendant United States of American's Exhibits 1-14 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec.7690-4 to 7680-17).

Dated: February 16, 2012.

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                        *//S// Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)