**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT RELATES:**

*Alexander, et al v. Mitchell County Industries, LLC*, et al, Case No. 10-cv-02694
*Bradshaw v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02691
*Manning, et al v. Lakeside Park Homes, Inc.*, et al, Case No. 10-cv-02693
*Robinson, et al v. Alliance Homes, Inc.*, et al, Case No. 10-cv-02690
*Smith v. Frontier RV, Inc., et al*, Case No. 10-cv-02692
*Foxworth et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-02696
*Bradford v. Alliance Homes, Inc.,et. al*, Case No. 10-cv-02884
*Allen, et al v. Gulfstream Coach, Inc., et al*, Case No. 10-cv-02887
*Bullard, et al v. Stewart Park Homes, Inc.*, et al, Case No. 10-cv-02886
*Goudy, et al v. DS Corp. et al*, Case No. 10-cv-02885
*Sevin v. Northwood Manufacturing, Inc., et al*, Case No. 10-cv-02891
*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
     Case No. 10-cv-02908
*Graves v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-02910
*Slocum v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02909
*Williamson v. Hy-Line Enterprises, Inc.,et al*, Case No. 10-cv-03006
*Albright, v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03133
*Anderson, et al v. Forest River, Inc. et al*, Case No. 10-cv-03124
*Anderson, v. Stewart Park Homes, Inc., et al*, Case No. 10-cv-02898
*Anderson, et al v. Keystone RV Company, et al*, Case No. 10-cv-03148
*Babineau, et al v. Jayco Enterprises, Inc., et al*, Case No. 10-cv-02905
*Beaugez, et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03138
*Bullard, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03002
*Defendini, et al v. Bechtel National, Inc.*, Case No. 10-cv-03125
*Dillon, et al v. Forest River, Inc., et al*, Case No. 10-cv-02911
*Dorsey v. Starcraft RV, Inc., et al*, Case No. 10-cv-03132
*Easterling et al v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03122
*Everett v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-02901
*Fairley, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03145
*Floyd, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03139
*Fountain, et al v. Keystone RV Company, et al*, Case No. 10-cv-03142

*Francisco et al v. Gulf Stream Coach, Inc.*, et al, Case No. 10-cv-04116
*Gilmore et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03121
*Guice v. Bechtel National, Inc., et al*, Case No. 10-cv-03005
*Heavy, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03003
*Holloway v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03130
*Knauts v. Bechtel National, Inc., et al*, Case No. 10-cv-03146
*Knight, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03128
*McCarroll v. Bechtel National, Inc., et al*, Case No. 10-cv-02902
*Morris v. Gulf Stream Coach, Inc., et al*, Case No. 10-cv-03144
*Mosely v. Dutchmen Manufacturing, Inc.*, et al, Case No. 10-cv-02899
*Newsome v. Gulf Stream Coach, Inc. et al*, Case No. 10-cv-02906
*Oliver v. DS Corp., et al*, Case No. 10-cv-03134
*Plaisance, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-03147
*Ralleigh, et al v. Bechtel National, Inc., et al.* Case No. 10-cv-03136
*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*,
     Case No. 10-cv-04115
*Smith v. Southern Energy Homes, Inc., et al*, Case No. 10-cv-02897
*Stumpf, et al v. TL Industries, Inc. et al*, Case No. 10-cv-03135
*Tart, et al v. Recreation By Design, LLC, et al*, Case No. 10-cv-02896
*Tedesco et al v. Dutchmen Manufacturing, Inc., et al*, Case No. 10-cv-03004
*Triplett v. Bechtel National, Inc., et al*, Case No. 10-cv-03123
*Walker v. Dutchmen Manufacturing, Inc. et al*, Case No. 10-cv-03129
*Walker v. Forest River, Inc., et al*, Case No. 10-cv-02900
*Wesley, et al v. CH2M Hill Constructors, Inc., et al*, Case No. 10-cv-03137
*Williams v. Destiny Industries, LLC, et al*, Case No. 10-cv-03127
*Willis, et al v. Cavalier Home Builders, LLC, et al*, Case No. 10-cv-03131
*Barnes, et al v. Forest River, Inc. et al*, Case No. 10-cv-04117
*Cooper, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04121
*Goff, et al v. CH2M Hill Constructors, Inc.*, et al, Case No. 10-cv-04122
*Rodwell, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04123
*Rogers, et al v. Bechtel National, Inc., et al*, Case No. 10-cv-04124
*Mayes, et al v. Frontier RV, Inc., et al*, Case No. 10-cv-00480
*Taylor v. Bechtel National, Inc., et al*, Case No. 10-cv-04129
*Thomas v. Bechtel National, Inc., et al*, Case No. 10-cv-04114
*Whitten, et al v. Thor Industries, Inc., et al*, Case No. 11-cv-00553

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant United States of America's Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to Dismiss Mississippi Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction is set for hearing before the Honorable Kurt Engelhardt,

Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument on, the 7th day of March at 9:30 a.m.

Dated: February 16, 2012.                               Respectfully Submitted,

TONY WEST                                               ADAM BAIN
Assistant Attorney General, Civil Division              Senior Trial Counsel

J. PATRICK GLYNN                                        *//S// Henry T. Miller*
Director, Torts Branch, Civil Division                  HENRY T. MILLER (D.C. Bar No. 411885)
                                                        Senior Trial Counsel
DAVID S. FISHBACK                                       United States Department of Justice
Assistant Director                                      Civil Division – Torts Branch
                                                        P.O. Box 340, Ben Franklin Station
                                                        Washington, D.C. 20004
                                                        Telephone No: (202) 616-4223
                                                        E-mail: Henry.Miller@USDOJ.Gov

                                                        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

     I hereby certify that on February 16, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                   *//S// Henry T. Miller*
                                                   HENRY T. MILLER (D.C. Bar No. 411885)