IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Russell Beaty, Sr.and Courtney Beaty, | * | *DOCKET NO. 09-07692* |
| Individually and on behalf of | * | |
| BB, JB,RBJ and CB; | * | |
| Cyril Davillier, Sr., Bellanita Davillier; | * | |
| Jason Jump Sr., Individually and on behalf of | * | |
| JJJ and CJ: | * | |
| Melissa Hansford Jump and Richelle Mauroner, | * | |
| Individually and on behalf of AP; AP; DBJ; | * | |
| David Bennett Sr., Jason Melerine and | * | |
| Kelly Melerine, individually, | * | |
| and on behalf of SM, HM, JM and JM | * | |
| Melerine, and Brooke Jeanfreau; | * | |
| Gary Wilson, and | * | |
| Brandy Wilson, individually and on behalf of | * | |
| WFIV and LAJ; | * | |
| Timothy Perez, Jr., and Sandy Perez, individually | * | |
| and on behalf of TMP,TMPIII and FH; | * | |
| Donald Rush, Sr. and Charlotte Rush, | * | |
| individually and on behalf of LR, ER and DRJ; | * | |
| Jennifer Bradley and Perry Menesses Jr., | * | |
| individually and on behalf of PMIII and HM; | * | |
| Wilson Melerine; Ronald Arcement, | * | |
| Jr., individually and on behalf of EA; | * | |
| Arcement; Dawn M. Barrett; Alicia Schehr, and | * | |
| Mark Schehr individually and on behalf of and | * | |
| IS and Julia Raymond | * | |
| | * | |
| versus | * | |
| | * | |
| Home Choice USA, Inc. doing business as | * | |
| Fleetwood Homes of Slidell, and | * | |
| United States of America through | * | |
| Federal Emergency Management Agency | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ASCENSION

    **BEFORE ME,** the undersigned Notary, personally came and appeared:

1

## PAMELA J. ANGEL

Who, after being duly sworn, did depose and say:

That the Notice of a Lawsuit and Request to Waive Service of a Summons, Summons in a Civil Action and Complaint for Damages, all of which were filed on December 16, 2009 and mailed to Home Choice USA, Inc., Through its registered agent for service, Scott P. Kennedy, 469 Kathleen Drive, Ponchatoula, LA 70454, on the 13th day of January and received by Scott Kennedy on the 15th day of January, 2010, return receipt requested, as will appear by the copy of the letter, original return receipt card and postage receipt, along with the signed Summons by the Deputy Clerk attached hereto as Exhibit "A", "B" and "C" filed electronically.

_____
**PAMELA J. ANGEL, Paralegal for Charles M. Raymond**

**SWORN TO AND SUBSCRIBED** before me, this 26TH day of January, 2010 at New Orleans, Louisiana.

**ROSS M. MOLINA**
**NOTARY PUBLIC**
Parish of Orleans, State of Louisiana
Bar Number: 31880
Notary Number: 88036
My Commission is issued for Life.

2

# TAGGART MORTON, L.L.C.

ATTORNEYS AND COUNSELLORS AT LAW

**Pamela J. Angel**  
**Paralegal to Charles M. Raymond**  
TELEPHONE: (504) 599-8500  
E-MAIL: pangel@taggartmorton.com

2100 ENERGY CENTRE  
1100 POYDRAS STREET  
NEW ORLEANS, LA 70163-2100

TELEPHONE (504)599-8500  
FACSIMILE (504)599-8501  
DIRECT DAIL: (504)599-8506  
WWW.TAGGARTMORTON.COM

January 13, 2010

Home Choice USA, Inc.  
Through its registered agent for service  
Scott P. Kennedy  
469 Kathleen Drive  
Ponchatoula, LA 70454

**Certified : Return Receipt Requested**  
**Article Number: 7006 2760 0003 7557 3651**

Re: *Russell Beaty, Sr., et al vs. Home Choice USA, Inc., et al*  
United States District Court for the Eastern District of Louisiana  
Civil Action No. 09-7692 "N" (5)

Dear Sir/Madame:

I am a Paralegal for Attorneys' Charles Raymond and Charlotte Bordenave and the law firm of **Taggart Morton, L.L.C.**, in New Orleans, Louisiana. Pursuant thereto, please find enclosed a certified copy of the following:

1) Notice of a Lawsuit and Request to Waive Service of a Summons
2) Summons in a Civil Action
3) Complaint for Damages

All of which were filed on December 16, 2009

By copy of this letter and pursuant to the Louisiana Long Arm Statute, you have been served with the above listed pleadings and should seek legal counsel regarding this matter.

Sincerely,

Pamela J. Angel, Paralegal to  
Charles M. Raymond & Charlotte A. Bordenave

Attorneys for Plaintiffs'

/pja  
Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Home Choice USA, Inc
   attn: Scott P. Kennedy
   469 Kathleen Drive
   Ponchatoula, LA
   70454

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): S. KENNEDY
C. Date of Delivery: 1/15/10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   FEMA — Home Choice

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0003 7557 3651

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.73 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here: 1/13/10

Sent To: Home Choice
Street, Apt. No.; or PO Box No.: 469 Kathleen Drive
City, State, ZIP+4: Ponchatoula, LA 70454

PS Form 3800, August 2006    See Reverse for Instructions

7006 2760 0003 7557 3651



EXHIBIT B

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| Russell Beaty, Sr. Et. Al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-7692 "N" (5) |
| Home Choice USA, Inc. vs. FEMA, ET AL | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Home Choice USA, Inc.
Through its registered agent for service:
Scott P. Kennedy
469 Kathleen DrivePonchatoula, LA 70454

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Charles M. Raymond, Esq.
TAGGART MORTON, L.L.C.
2100 Energy Centre Building, 1100 Poydras Street
New Orleans, Louisiana 70163-2100

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Cherie Bourgeois*
Deputy clerk's signature

Date: Dec 16 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*


EXHIBIT C