## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Joseph Quezergue v. Jayco, Inc.* | * | |
| Docket No. 09-3909 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Joseph Quezergue | * | |

**********************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Joseph Quezergue, filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Joseph Quezergue is **GRANTED** and the claims and causes of action of plaintiff Joseph Quezergue in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Joseph Quezergue as filed in the case styled *Joseph Quezergue, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-3701.

New Orleans, Louisiana, this ___16th___ day of _____February_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1