UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE: CHASEZ |

*************************************************************************

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Play'Mor Trailers, Inc. ("Play'Mor"), and moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

Respectfully submitted,

/s/ Kelly M. Morton
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Play'Mor Trailers, Inc.
Email: kmorton@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

/s/ Kelly M. Morton
KELLY M. MORTON, Bar No. 30645