UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | : | JUDGE: ENGELHARDT |
| | : | DOCKET #.: MDL NO. 2:07-MD-01873 |
| This Document Relates to: All Cases | : | MAGISTRATE: Chasez |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO ENROLL
AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, SunRay Investments, LLC, who moves this Honorable Court for entry of an Order enrolling Lamont P. Domingue (La. Bar No. 20787) of the law firm of Voorhies & Labbé, 700 St. John Street, 5th Floor, Post Office Box 3527, Lafayette, Louisiana 70502 as additional counsel of record for SunRay Investments, LLC. in the above-captioned matter.

Respectfully submitted,

/s/ Thomas W. Thagard, IIII
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
TELEPHONE: (205) 254-1000
FAX: (205) 254-1999

        Voorhies & Labbé

_/S/ Lamont P. Domingue_
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:      337-232-9700**
**FAX:             337-235-4943**
E-Mail:  lpd@volalaw.com
**Attorneys for** SunRay Investments, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Enroll as Additional Counsel of Record has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 22nd day of February, 2012.

_/S/ Lamont P. Domingue_
Lamont P. Domingue