UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | : | JUDGE: ENGELHARDT |
| | : | DOCKET #.: MDL NO. 2:07-MD-01873 |
| This Document Relates to:<br>All Cases | : | MAGISTRATE: Chasez |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF
<u>MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD</u>

MAY IT PLEASE THE COURT:

Defendant, SunRay Investments, LLC, offers the following Memorandum in Support of Motion to Enroll Additional Counsel of Record:

SunRay Investments, LLC desires that Lamont P. Domingue of Voorhies & Labbé, be enrolled as additional counsel of record for SunRay Investments, LLC in the above captioned matter. Accordingly, SunRay Investments, LLC requests that this Honorable Court issue an order enrolling Lamont P. Domingue as additional counsel of record on behalf of SunRay Investments, LLC.

Respectfully submitted,

/s/ Thomas W. Thagard, IIII
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
TELEPHONE: (205) 254-1000
FAX: (205) 254-1999

Voorhies & Labbé

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for** SunRay Investments, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Memorandum in Support of Motion to Enroll as Additional Counsel of Record has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 22nd day of February, 2012.

/S/ Lamont P. Domingue
Lamont P. Domingue