UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                    :        JUDGE:  ENGELHARDT
FORMALDEHYDE
PRODUCT LIABILITY

                                        :        DOCKET #.:  MDL NO. 2:07-MD-01873

This Document Relates to:
All Cases                               :        MAGISTRATE:  Chasez

*     *     *     *     *     *     *     *     *     *     *     *     *

O R D E R

CONSIDERING THE FOREGOING, Motion to Enroll as Additional Counsel of Record filed by SunRay Investments, LLC.

IT IS HEREBY ORDERED that Lamont P. Domingue, La. Bar. No. 20787 of the law firm of Voorhies & Labbé be and is hereby added as additional counsel of record for SunRay Investments, LLC in this matter.

New Orleans, Louisiana, this _____ day of _____, 2012.


                                    _____
                                    United States District Judge.


Doc. #431364