CLOSED, CONSOL, TRAILER

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:09-cv-05847-KDE-ALC

Brock v. Recreation By Design, LLC et al
Assigned to: Judge Kurt D. Engelhardt
Referred to: Magistrate Judge Alma L. Chasez
Lead case: 2:07-md-01873-KDE-ALC
Member case: (View Member Case)
Case in other court: CDC, Parish of Orleans, 09-07920 "G"
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 08/21/2009
Date Terminated: 11/02/2011
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2011 | 3 | ORDER AND REASONS granting MOTION to Dismiss With Prejudice for Failure to Comply with Pre-Trial Order Nos. 2, 32 & 88 Regarding Plaintiff Fact Sheets as to Plaintiffs, Ora Brock and Ora Brock obo Lionel Brock, by Recreation by Design, LLC. FURTHER ORDERED that counsel should refer to and familiarize themselves with Pretrial Order No. 10, to the extent such rules are applicable to this particular instance. Signed by Judge Kurt D. Engelhardt on 11/2/2011. (filed in master case 07md1873, doc #23389) (blg) (Entered: 11/02/2011) |
| 08/27/2009 | 2 | DIRECTIVE BY THE CLERK re 1 Notice of Removal compliance with 28:1447(b) filed by Shaw Environmental, Inc. (kms, ) (Entered: 08/27/2009) |
| 08/21/2009 | 1 | NOTICE OF REMOVAL from CDC, Parish of Orleans, case number 2009-07920 "G". ( Filing fee $ 350 ) filed by Shaw Environmental, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2.1, # 3 Exhibit 2.2, # 4 Exhibit 2.3, # 5 Exhibit 2.4, # 6 Exhibit 2.5, # 7 Exhibit 3)(kms, ) (Additional attachment(s) added on 8/27/2009: # 8 Pre-Trial Order No. 1) (kms, ). (Entered: 08/27/2009) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/22/2012 13:31:59 | | |
| PACER Login: | sg0179 | Client Code: | JON ANDRY SHOW CAUSE ORDER |
| Description: | Docket Report | Search Criteria: | 2:09-cv-05847-KDE-ALC |
| Billable Pages: | 2 | Cost: | 0.16 |

