UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: Case No. 09-8635-*Tolliver v. Forest River* 09-8636-*Butler v. Forest River* | * * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FOREST RIVER'S MOTION FOR RECONSIDERATION OF ORDERS GRANTING PLAINTIFFS' MOTIONS FOR LEAVE TO AMEND TO ADD PLAINTIFFS

NOW INTO COURT comes Defendant, Forest River, Inc., who pursuant to Fed. R. Civ. Proc. 59(e) and 60(b) respectfully submits this Motion for Reconsideration of the Orders [Rec. Docs. 24301 and 24303] granting Plaintiffs' Motions for Leave to Amend to Add Plaintiffs [Rec Docs. 24016 (the "*Tolliver*" motion) and Rec. Doc. 24017 (the "*Butler*" motion)], for the reasons more fully set forth in the attached Memorandum in Support.

WHEREFORE, Defendant Forest River respectfully requests the Court reconsider its Orders of January 25, 2012 [Rec. Docs. 24301 and 24303], vacate the same and deny the Plaintiffs' Motions for Leave to Amend to Add Plaintiffs [Rec. Docs. 24016 and 24017].

RESPECTFULLY SUBMITTED, this the 22nd day of February, 2012,

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 22, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.