# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Monday, January 30, 2012 8:37 AM |
| **To:** | Kelly Moorman; Frank J. D'Amico |
| **Cc:** | Mike DiGiglia |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Tolliver (09-8635) and Butler (09-8636) |

We have received the amended complaints filed in the captioned matters. In your Rule 7.6 Certificate you indicate that you attempted to contact us prior to filing your Motions for Leave to Amend. Please provide a copy of those attempts to contact.



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.gjllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



EXHIBIT A

1