**Fran Jeblonski**

**Subject:** FW: Activity in Case 2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation Notice of Deficient Filing

---

**From:** CRYSTLE ACCARDO [mailto:caccardo@duplass.com]
**Sent:** Thursday, January 19, 2012 9:37 AM
**To:** Amanda Vonderhaar; Amber Jolly; Amy Hanegan; ANDREW WEINSTOCK; Annarose Swersey; Brent Maggio; Carmen Motes; Carson Strickland; Cynthia Thomas; Dewey Scandurro; Dianne Cashio; Donna Uli; Ed Sledge; Ernie Gieger; formaldehyde - jones walker; Fran Jeblonski; Heather Landry; James Percy; Jason Bone; Jerry Saporito; Jonathan Waller; JOSEPH G. GLASS; Josh Baker; Julie Gravois; Karen B. Davis; Katie Scheffer; Kelly Morton; Kim Marshall; L Feldman; Lamont Domingue; Lori Daigle; Lyon Garrison; MadeleineFischer; Mark Seamster; Mary Cooper; Megan Cambre; Mike DiGiglia; Nannie Daigle; Pat Zavoda; Rachel Delorimier; Randy Mulcahy; Rebeccka Coe; Regina Stancil; Renee Rubert; Richard Hines; Robert Sheesley; Ryan Johnson; Sherry Adams; Stephanie Skinner; Stewart Tharp; Ted Hosp; Timothy Scandurro; Tom Thagard; Victoria Simosa; Walter Jamison; Wanda Lamp; Willingham
**Subject:** FW: Activity in Case 2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation Notice of Deficient Filing

See below

Crystle A. Burns
Legal Assistant to Andrew D. Weinstock, Guyton H. Valdin, Jr.
and Joseph G. Glass
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 830-4409 (direct line)
(504) 837-3119 (FAX)
caccardo@duplass.com

*******************Disclaimer*******************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Thursday, January 19, 2012 9:19 AM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation Notice of Deficient Filing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United State
attorneys of record and parties in a case (including pro se litigants) to receive one fre

EXHIBIT
13

1

all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U. S. District Court

## Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2012 at 9:18 AM CST and filed on 1/19/2012
**Case Name:**            In Re: FEMA Trailer Formaldehyde Products Liability Litigation
**Case Number:**          2:07-md-01873-KDE-ALC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
NOTICE OF DEFICIENT DOCUMENT: re [24203] Amended Complaint. Reason(s) of deficiency: Leave of court is required to file this document. For corrective information, see section(s) D18 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm
Attention: Document must be refiled in its entirety within seven(7) calendar days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 1/26/2012. (Reference: 09-8635)(blg)


**2:07-md-01873-KDE-ALC Notice has been electronically mailed to:**

Charles E. Leche   cleche@dkslaw.com, gengolia@dkslaw.com

Gerald Edward Meunier   gmeunier@gainsben.com, dmartin@gainsben.com

Ralph Shelton Hubbard, III   rhubbard@lawla.com, lromeu@lawla.com, tmartin@lawla.com

Frank Jacob D'Amico, Jr   frank@damicolaw.net, danny@damicolaw.net

Andrew D. Weinstock   andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com

Daniel Joseph Balhoff   balhoff@pabmb.com

Michael David Kurtz   dkurtz@bakerdonelson.com, lvinson@bakerdonelson.com

John Karl Etter   jke@rodneylaw.com, etter.jke57@gmail.com

Justin I. Woods   jwoods@gainsben.com, hmccourtney@gainsben.com, plambert@gainsben.com

Amanda Jones Ballay   ajbfemamdl@gmail.com

Henry Thomas Miller   henry.miller@usdoj.gov, etl.files@usdoj.gov

Case 2:07-md-01873-KDE-MBN   Document 24598-3   Filed 02/22/12   Page 3 of 3

Adam Michael Dinnell adam.dinnell@usdoj.gov

Jonathan Richard Waldron jonathan.waldron@usdoj.gov, sean.m.quinn@usdoj.gov

John Adam Bain adam.bain@usdoj.gov, veronica.hubbard@usdoj.gov

**2:07-md-01873-KDE-ALC Notice has been delivered by other means to:**

3