# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Friday, February 17, 2012 4:09 PM |
| **To:** | Frank J. D'Amico; Kelly Moorman |
| **Cc:** | Ernie Gieger; Megan Cambre; Mike DiGiglia; Ashley Bouchon; Donna Uli; Karen B. Davis |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River's Draft Motion for Reconsideration of Orders Granting Pls' Motions for Leave to Add Plaintiffs |
| **Attachments:** | Motion for Reconsideration.pdf; Memo in Support.pdf; Opposition.pdf |
| **Importance:** | High |

Attached is a draft *Motion for Reconsideration of Orders Granting Plaintiffs' Motions for Leave to Amend to Add Plaintiffs* along with a *Memorandum in Support* and proposed *Memorandum in Opposition to Motion for Leave to Amend* which we intend to file on behalf of Forest River, Inc. in the afternoon of Wednesday, February 22, 2011. Please advise whether you will oppose or consent to the filing of the *Motion for Reconsideration*. If we do not hear from you by Noon on Wednesday, February 22, 2011, we will assume that you oppose and will advise the Court accordingly.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.



GIEGER, LABORDE & LAPEROUSE, L.L.C.

NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.gillaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



EXHIBIT
C