UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Keys v. Jayco, Inc.* | * | |
| Docket No. 09-8056 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Areasa Keys, Arlitha Keys individually | * | |
| And on behalf of A.K. and A.K. | * | |

*********************************************************************

## NOTICE OF SUBMISSION OF LEAVE TO FILE AMENDED COMPLAINT

TO:   ALL DEFENDANTS

PLEASE TAKE NOTICE that the Plaintiffs, by and through undersigned Counsel, submit a Motion for Leave to Amend Complaint in the above action.

Respectfully submitted, this the 23rd day of February, 2012.

                                                     **JOHN ARTHUR EAVES LAW OFFICES**

                                                     By:  */s/ John Arthur Eaves*
                                                           John Arthur Eaves (MSB 8843)
                                                           Jon-Marc King (MSB 9736
                                                           Shana D. Fondren (MSB 100762)
                                                           Anders Ferrington (MSB 102444)
                                                           Eaves Law Offices
                                                           101 North State Street
                                                           Jackson, MS 39201
                                                           Phone: (601) 355-7961
                                                           Fax: (601) 355-0530

                                                           **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, John Arthur Eaves, Jr., hereby certify that on February 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered attorneys.

                                              /s/ John Arthur Eaves, Jr.
                                              John Arthur Eaves, Jr.