```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

        Date: _____

        _____

            vs.

        _____

        Case No. _____   Section \_\_\_\_

Dear Sir:

  Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( \_\_\_ amended complaint) (third party complaint) (other : _____ ) to the following:

  1. (name) _____
   (address) _____
  2. (name) _____
   (address) _____
  3. (name) _____
   (address) _____
  4. (name) _____
   (address) _____

        Very truly yours,

        _____
          "Signature"

        Attorney for  _____

        Address  _____