# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  
info@fematrailerlitigation.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

November 2, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

RE:   Service for Terry Free, et al. v. Stewart Park Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7916, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Stewart Park Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Terry Free, et al. )
)
Plaintiff )
v. ) Civil Action No. 09-7916
Stewart Park Homes, Inc. )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ~~Oct 15 2010~~

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Stewart Park Homes, Inc.<br>A. Lucas Stewart, III<br>1207 Sunset Blvd<br>Thomasville, GA 31792<br><br>ID#1423 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>_Fenin Lr_<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0290 0000 0408 9824 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Watts Hilliard, L.L.C.
2536 N Port Ave. Corpus Christi, Texas 78401

Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

REFUSED

RECEIVED
NOV 15 2010
WATTS GUERRA CRAFT - MT