# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  
info@fematrailerlitigation.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

November 2, 2010

*<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>*
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

RE: Service for Candius Martin, as Next Friend of Z.B, a minor, et al. v. American Camper Manufacturing, LLC d/b/a AMERI-CAMP, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7800, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to American Camper Manufacturing, LLC d/b/a AMERI-CAMP. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Candius Martin, as Next Friend of Z.B, a minor, et al.
)
Plaintiff )
v. ) Civil Action No. 09-7800
American Camper Manufacturing, LLC d/b/a AMERI-CAMP )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  Oct 15 2010

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   American Camper Manufacturing, LLC
   Peter J. Recchio
   1406 Greenleaf Blvd.
   Elkhart, IN 46514

   ID#1376

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_
   ☐ Agent
   ☑ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:
   _Fema Sr._

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0001 7241 5951

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Watts Hilliard, L.L.C.**
2506 N Port Ave. Corpus Christi, Texas 78401

American Camper Manufacturing, LLC d/b/a A
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

RECEIVED
NOV 12 2010
WATTS GUERRA CRAFT - MT

MIXIE    2052  1    09  11/05/10

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER