# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free        2506 N. Port Avenue        Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401      Robert Hilliard, L.L.P.

May 21, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

RE:    Service for Ora Treaudo, et al. v. Stewart Park Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in
Cause No. 10-1292, in the USDC Eastern District of Louisiana.  This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Stewart Park Homes, Inc.. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sig

Track & Confirm         FAQ

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 0408 7240**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 1:33 PM on June 1, 2010 in CORPUS
CHRISTI, TX 78401.

| Track & Confirm |
|---|
| Enter Label/Receipt Number. |



Detailed Results:

- **Delivered, June 01, 2010, 1:33 pm, CORPUS CHRISTI, TX 78401**
- **Notice Left, May 27, 2010, 3:32 pm, THOMASVILLE, GA 31799**
- **Refused, May 26, 2010, 3:12 pm, THOMASVILLE, GA 31792**
- **Notice Left, May 26, 2010, 3:12 pm, THOMASVILLE, GA 31792**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Stewart Park Homes, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000004087240, Sent 5/24/2010,
Received . Registered Agent:  A. Lucas Stewart, III 1207 Sunset Blvd  Thomasville, GA 31792</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>7/14/2010</u>

                                        *Wynter Lee*
                                             Server's signature

                           Wynter Lee - Mass Tort Coordinator
                                   Printed name and title

                         2506 N. Port Ave. Corpus Christi, TX 78401
                                     Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
## USDC Eastern District of Louisiana

Ora Treaudo, et al.

| | |
|---|---|
| Plaintiff | ) |
| v. | ) |
| Stewart Park Homes, Inc. | ) |
| Defendant | ) |

Civil Action No. **10-1292**

**SECT.N MAG5**

**RETURN**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   **May 03 2010**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stewart Park Homes, Inc.
C. Lucas Stewart, III
2207 Sunset Blvd
Thomasville, GA 31792

CO #1632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent
    ☒ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

Amend Complaint
Service

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☒ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0290 0000 0408 7240

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

WATTS GUERRA CRAFT LLP
2506 NORTH PORT AVE.
CORPUS CHRISTI, TEXAS 78401

UNITED STATES
PITNEY BOWES
**$ 11.920**
02 1R
0006558202   MAY 24 2010
MAILED FROM ZIP CODE 78401

Priority Ma
CombaSpri

RECEIVED
JUN 07 2010
WATTS GUERRA CRAFT - MT

Watts Hilliard, L.L.C.
2506 N Port Ave. Corpus Christi , Texas 78401

**REFUSED**

RETURNED TO SENDER

