UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Keys v. Jayco, Inc.* | * | |
| Docket No. 09-8056 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Areasa Keys, Arlitha Keys individually | * | |
| And on behalf of A.K. and A.K. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiffs, Areasa Keys and Arlitha Keys, individually and on behalf of A.K. and A.K. minor children, by and through undersigned counsel, hereby moves the Court to grant their Motion for leave to amend their complaint based upon the following:

### Procedural Facts and Argument

On December 24, 2009, Plaintiffs filed their First Supplemental and Amended Complaint. Plaintiffs are all part of the original Complaint filed in the United States District Court, Southern District of Mississippi Eastern Division and under Civil Action Number 09-6214.

Tommie Keys, Sr. is the husband of Plaintiff, Arlitha Keys. Mr. Keys lived in the same travel trailer as his wife. The Keys family was divided among 2 travel trailers during their displacement due to Hurricane Katrina. A Forest River, Inc. travel trailer was the home for some members of the family and a Jayco, Inc. travel trailer was the home of Areasa Keys, Arlitha Keys, Tommie Keys, Sr. and 2 minor children, A.K. and A.K.

Tommie Keys, Sr. is illiterate and he requested his wife, who has only a sixth grade education, to provide his trailer information to the law firm of John Arthur Eaves. Inadvertently and unknowingly she detailed the wrong Defendant as the manufacturer of his FEMA travel trailer by confusing the VIN numbers for the 2 travel trailers issued to their family. Acting upon information provided by his wife, the law office of John Arthur Eaves included Mr. Keys in the Forest River, Inc. law suit, Case 09-8057. It has recently come to the attention of John Arthur Eaves Law Firm that Mr. Keys did not reside in a Forest River, Inc. travel trailer, but was in fact provided a travel trailer by Jayco, Inc.

Respectfully submitted this the 24th day of February, 2012.

Respectfully submitted,

**JOHN ARTHUR EAVES LAW OFFICES**

By: /s/ *John Arthur Eaves*
John Arthur Eaves (MSB 8843)
Jon-Marc King (MSB 9736
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
Eaves Law Offices
101 North State Street
Jackson, MS 39201
Phone: (601) 355-7961
Fax: (601) 355-0530

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing

- 3 -

document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  */s/John Arthur Eaves*
                                                  John Arthur Eaves