# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 SECTION N-5 JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:  ALL CASES

## MOTION TO WITHDRAW AS ATTORNEY

Defendant United States of America ("United States") moves to withdraw Jonathan R. Waldron as additional counsel for the United States in this matter.  The Court should grant this motion for the reasons set forth in the accompanying Memorandum.

Dated: February 24, 2012

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General, Civil Division | Respectfully Submitted,<br><br>HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Jonathan R. Waldron*<br>JONATHAN R. WALDRON<br>(Mo. Bar No. 58898) |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorney<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Attorney Telephone: (202) 307-2091<br>Jonathan.Waldron@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Jonathan R. Waldron*
JONATHAN R. WALDRON (Mo. Bar No. 58898)