UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:  ALL CASES

## UNITED STATES MEMORANDUM IN SUPPORT OF ITS MOTION TO WITHDRAW AS ATTORNEY

Defendant United States of America ("United States") moves to withdraw Jonathan R. Waldron as additional counsel for the United States in this matter.  Effective February 24, 2012, Mr. Waldron is resigning his employment with the United States Department of Justice to engage in private practice.  As a result, he can no longer represent the United States in this matter.  Henry T. Miller, the current lead counsel of record for this case, will continue to represent the United States in this in this matter as will additional counsel of record from the United States Department of Justice, Civil Division, Torts Branch.  For these reasons, the Court should grant the United States' motion and provide the requested relief.

Dated: February 24, 2012

TONY WEST
Assistant Attorney General, Civil Division

J PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

Respectfully Submitted,

HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel

//S// *Jonathan R. Waldron*
JONATHAN R. WALDRON
(Mo. Bar No. 58898)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Attorney Telephone: (202) 307-2091

                          Jonathan.Waldron@USDOJ.Gov

                          Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                          *//S// Jonathan R. Waldron*
                          JONATHAN R. WALDRON (Mo. Bar No. 58898)