UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION      SECTION N-5
                                                          JUDGE ENGELHARDT
                                                          MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:  ALL CASES

## ORDER

Defendant United States of America ("United States") motion to withdraw Jonathan R. Waldron as additional counsel for the United States in this matter is GRANTED.

Dated this __ day of _____, 2012.

                                                             _____

                                                             District Judge