UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| Kasinda Brumfield, et al v. Pilgrim | * | MAGISTRATE CHASEZ |
| International, Inc., et al | * | |
| No. 10-2248 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS, OR ALTERNATIVELY TO SEVER, DUE TO IMPROPER VENUE

Defendant, Crum & Forster Specialty Insurance Company moves this Honorable Court to dismiss the claims of plaintiff Sandra Braxter for bringing the above-captioned matter in an improper venue, pursuant to Federal Rule of Civil Procedure No. 12(b)(7), or in the alternative, to sever the claims of this plaintiff from the June 25, 2012 trial setting. For the reasons provided in the attached memorandum in support, the claims of Ms. Braxter must be dismissed, or at least, severed from the June 25, 2012 trial setting of other plaintiffs in the above-captioned matter.  Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed, and the motion is opposed.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __24th__ DAY OF __FEBRUARY__, 2012.<br><br>_____/s Eric B .Berger_____ | Respectfully submitted:<br><br>_____*/s Eric B. Berger*_____<br>SIDNEY J. ANGELLE, #1002<br>ERIC B. BERGER, #26196<br>LOBMAN, CARNAHAN, BATT,<br>  ANGELLE & NADER<br>400 POYDRAS STREET, SUITE 2300<br>NEW ORLEANS, LOUISIANA  70130<br>(504) 586-9292    FAX (504) 586-1290 |