UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| Kasinda Brumfield, et al v. Pilgrim | * | MAGISTRATE CHASEZ |
| International, Inc., et al | * | |
| No. 10-2248 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, comes Defendant, Crum & Forster Specialty Insurance Company ("Crum & Forster"), as insurer of Pilgrim International, Inc. ("Pilgrim"), and respectfully submits this Motion for Summary Judgment.[1]  For the reasons set forth in Crum & Forster's Memorandum in Support, the Plaintiffs listed in the attached Appendix "A" have no cause or right of direct action against Crum & Forster and their claims against Crum & Forster should be dismissed with prejudice.  Pursuant to

---

[1] Crum & Forster reserves any and all other defenses not presented in the instant motion, including, but not limited to the Plaintiffs' failure to provide evidence that they resided in a Pilgrim FEMA trailer or failure to provide completed and signed Plaintiff Fact Sheets as required by the Court's Pretrial Orders 2 and 32. Crum & Forster further reserves all of its coverage defenses and reserves the right to file additional motions for summary judgment for other plaintiffs without valid direct action claims.

the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed, and the motion is opposed.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __24th__ DAY OF __FEBRUARY__, 2012.

_____/s Eric B .Berger_____

_____*/s Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290

2