UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| Kasinda Brumfield, et al v. Pilgrim | * | MAGISTRATE CHASEZ |
| International, Inc., et al | * | |
| No. 10-2248 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Pursuant to Local Rule 56.1, Defendant Crum & Forster Specialty Insurance Company provides this list of uncontested material facts in support of its Motion for Summary Judgment:

1. The Crum & Forster Specialty Insurance Company policy was not issued in Louisiana.[1]

2. The Crum & Forster Specialty Insurance Company policy was not delivered in Louisiana.[2]

3. Pilgrim International, Inc., is not domiciled in Louisiana.[3]

4. The policy was delivered to Pilgrim international, inc., in Indiana.[4]

5. Plaintiff Monica Pittman resided in an Emergency Housing Unit located in Mississippi.[5]

---

[1] See Exhibit B.
[2] See Exhibit B.
[3] See Exhibit B.
[4] See Exhibit B.

6. Plaintiff Terrell Carter resided in an Emergency Housing Unit located in Mississippi.

7. Plaintiff Elaine Acker resided in an Emergency Housing Unit located in Mississippi.

8. Plaintiff Charles Cox resided in an Emergency Housing Unit located in Mississippi.

9. Plaintiff Steven Bogan resided in an Emergency Housing Unit located in Mississippi.

10. Plaintiff Forest Taylor resided in an Emergency Housing Unit located in Mississippi.

11. Plaintiff Terrance Fitzgerald resided in an Emergency Housing Unit located in Mississippi.

12. Plaintiff Oanh Vu on behalf of A.L. resided in an Emergency Housing Unit located in Mississippi.

13. Plaintiff Claire Tuepker resided in an Emergency Housing Unit located in Mississippi.

14. Plaintiff John Tuepker resided in an Emergency Housing Unit located in Mississippi.

15. Plaintiff Tequila Alexander resided in an Emergency Housing Unit located in Mississippi.

16. Plaintiff Betty Antoine resided in an Emergency Housing Unit located in Mississippi.

17. Plaintiff Jintrin Antoine resided in an Emergency Housing Unit located in Mississippi.

18. Plaintiff Lionel Antoine, Jr., resided in an Emergency Housing Unit located in Mississippi.

---

[5] See Exhibit C.  In lieu of attaching 58 Plaintiff Fact Sheets and/or amendments, Mover attaches correspondence of 2-16-12 from counsel for plaintiff proposing agreement on the states of residence/trailer location of the plaintiffs in this matter.  The listing of non-Louisiana plaintiffs and their states of domicile is not in dispute with Mover's listed in Exhibit A.

19. Plaintiff Lionel Antoine, Sr. resided in an Emergency Housing Unit located in Mississippi.

20. Plaintiff Barbara Dumas resided in an Emergency Housing Unit located in Mississippi.

21. Plaintiff Kristian Dumas resided in an Emergency Housing Unit located in Mississippi.

22. Plaintiff Hubert Gamble resided in an Emergency Housing Unit located in Mississippi.

23. Plaintiff Eric Manter resided in an Emergency Housing Unit located in Mississippi.

24. Plaintiff Robin Acevado resided in an Emergency Housing Unit located in Mississippi.

25. Plaintiff Sen Le resided in an Emergency Housing Unit located in Mississippi.

26. Plaintiff Duong Nguyen resided in an Emergency Housing Unit located in Mississippi.

27. Plaintiff Russell Gerald resided in an Emergency Housing Unit located in Mississippi.

28. Plaintiff Teresa Gerald resided in an Emergency Housing Unit located in Mississippi.

29. Plaintiff Lesly Azua resided in an Emergency Housing Unit located in Mississippi.

30. Plaintiff Francisca Ibarra resided in an Emergency Housing Unit located in Mississippi.

31. Plaintiff Sergio Ibarra resided in an Emergency Housing Unit located in Mississippi.

32. Plaintiff Abelardo Ibarra resided in an Emergency Housing Unit located in Mississippi.

33. Plaintiff Crystal Ibarra resided in an Emergency Housing Unit located in Mississippi.

34. Plaintiff Jemmie Greer resided in an Emergency Housing Unit located in Mississippi.

35. Plaintiff Jemmie Greer, as rep. of estate of Ina Greer resided in an Emergency Housing Unit located in Mississippi.

36. Plaintiff Jamie Grace resided in an Emergency Housing Unit located in Mississippi.

37. Plaintiff Jamie Grace, as next friend of L.S. resided in an Emergency Housing Unit located in Mississippi.

38. Plaintiff Jamie Grace, as next friend of J.S. resided in an Emergency Housing Unit located in Mississippi.

39. Plaintiff Josh Vannavylaythong, as next friend of J.B. resided in an Emergency Housing Unit located in Alabama.

40. Plaintiff Josh Vannavylaythong, as next friend of K.B. resided in an Emergency Housing Unit located in Alabama.

41. Plaintiff Josh Vannavylaythong, as next friend of T.B. resided in an Emergency Housing Unit located in Alabama.

42. Plaintiff Orramay Bouapha resided in an Emergency Housing Unit located in Alabama.

43. Plaintiff Ronald Earhart resided in an Emergency Housing Unit located in Mississippi.

44. Plaintiff Keosadeth Phakeovylay resided in an Emergency Housing Unit located in Alabama.

45. Plaintiff Mike Phakeovylay resided in an Emergency Housing Unit located in Alabama..

46. Plaintiff Joshua Vannavylaythong resided in an Emergency Housing Unit located in Alabama.

47. Plaintiff Josh Vannavylaythong, as next friend of L.V. resided in an Emergency Housing Unit located in Alabama.

48. Plaintiff Pusha Vannavylaythong resided in an Emergency Housing Unit located in Alabama.

49. Plaintiff Ricky Vannavylaythong resided in an Emergency Housing Unit located in Alabama.

50. Plaintiff Seemouang Vannavylaythong resided in an Emergency Housing Unit located in Alabama.

51. Plaintiff Joshua Vannavylaythong, as next friend of S.V. resided in an Emergency Housing Unit located in Alabama.

52. Plaintiff Thongma Vannavylaythong resided in an Emergency Housing Unit located in Alabama.

53. Plaintiff Arnold Chapman resided in an Emergency Housing Unit located in Mississippi.

54. Plaintiff Vera Chapman resided in an Emergency Housing Unit located in Mississippi.

55. Plaintiff Vera Chapman, as next friend of C.C. resided in an Emergency Housing Unit located in Mississippi.

56. Plaintiff Darraniek Graham resided in an Emergency Housing Unit located in Mississippi.

57. Plaintiff Vera Chapman, as rep of estate of Prentiss Lawrence resided in an Emergency Housing Unit located in Mississippi.

58. Plaintiff Hershel Marks resided in an Emergency Housing Unit located in Mississippi.

59. Plaintiff Laretta Marks resided in an Emergency Housing Unit located in Mississippi.

60. Plaintiff Sharde Marks resided in an Emergency Housing Unit located in Mississippi.

61. Plaintiff Robert Gray resided in an Emergency Housing Unit located in Mississippi.

62. Plaintiff Jason Bilbo resided in an Emergency Housing Unit located in Mississippi.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __24th__ DAY OF __FEBRUARY__, 2012.

_____/s Eric B .Berger_____

_____*/s Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290