# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to: | * * | JUDGE ENGELHARDT |
| Kasinda Brumfield, et al v. Pilgrim CHASEZ International, Inc., et al<br>No. 10-2248 | *<br>*<br>* | MAGISTRATE |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Crum & Forster Specialty Insurance Company's Motion for Summary Judgment will be brought on for hearing on the 21st day of March, 2012 at 9:30 a.m., before Judge Englehardt or other Judge of this Court, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted:

_/s Eric B. Berger_
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __24th_ DAY OF __FEBRUARY__, 2012.

_____/s Eric B .Berger_____