## Exhibit A

**Kasinda Brumfield v. Pilgrim International, Inc., et al**

**Non-Louisiana Plaintiffs filing suit against insurance defendants:**

1. Monica Pittman
2. Terrell Carter
3. Elaine Acker
4. Charles Cox
5. Steven Bogan
6. Forest Taylor
7. Terrance Fitzgerald
8. Oanh Vu on behalf of A.L.
9. Claire Tuepker
10. John Tuepker
11. Tequila Alexander
12. Betty Antoine
13. Jintrin Antoine
14. Lionel Antoine, Jr
15. Lionel Antoine, Sr.
16. Barbara Dumas
17. Kristian Dumas
18. Hubert Gamble
19. Eric Manter
20. Robin Acevado
21. Sen Le
22. Duong Nguyen
23. Russell Gerald
24. Teresa Gerald
25. Lesly Azua
26. Francisca Ibarra
27. Sergio Ibarra
28. Abelardo Ibarra
29. Crystal Ibarra
30. Jemmie Greer
31. Jemmie Greer, as rep. of estate of Ina Greer
32. Jamie Grace
33. Jamie Grace, as next friend of L.S.
34. Jamie Grace, as next friend of J.S.
35. Josh Vannavylaythong, as next friend of J.B.
36. Josh Vannavylaythong, as next friend of K.B.
37. Josh Vannavylaythong, as next friend of T.B.
38. Orramay Bouapha
39. Ronald Earhart
40. Keosadeth Phakeovylay
41. Mike Phakeovylay
42. Joshua Vannavylaythong
43. Josh Vannavylaythong, as next friend of L.V.
44. Pusha Vannavylaythong
45. Ricky Vannavylaythong
46. Seemouang Vannavylaythong
47. Joshua Vannavylaythong, as next friend of S.V.
48. Thongma Vannavylaythong
49. Arnold Chapman
50. Vera Chapman
51. Vera Chapman, as next friend of C.C.
52. Darraniek Graham
53. Vera Chapman, as rep of estate of Prentiss Lawrence
54. Hershel Marks
55. Laretta Marks
56. Sharde Marks
57. Robert Gray
58. Jason Bilbo