**EXHIBIT C**

## Eric Berger

**From:** Chris Pinedo [cpinedo@cpinedolaw.com]
**Sent:** Thursday, February 16, 2012 2:40 PM
**To:** Eric Berger; hvogt@vonbriesen.com; Johnson, Ryan; mcryar@degan.com
**Subject:** List of Brumfield Plaintiffs by State
**Attachments:** Copy of Brumfield Plaintiffs by State.xlsx

Counsel: here is my list of Brumfield v. Pilgrim Plaintiffs by state. Please let me know if you agree with me that the individuals identified as "LA" lived in their trailers while they were in Louisiana. This is the list I propose providing to the Court next Tuesday, therefore I appreciate your feedback.

Chris Pinedo
Attorney at Law
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Office (361) 882-1612
Cell (361) 244-2278

Confidentiality Statement:
This email transmission, and any documents, files or email messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is strictly prohibited. If you are receiving this transmission in error, please destroy the original transmission and its attachments without reading them.

| case_name | case_num | Trailer State |
|---|---|---|
| B( J; | 250694 | AL |
| B( , K | 250695 | AL |
| Bouapha, Orramay P. | 250696 | AL |
| B· . Ti | 250697 | AL |
| Phakeovylay, Keosadeth | 251129 | AL |
| Phakeovylay, Mike | 251130 | AL |
| Vannavilaithong, Joshua | 251298 | AL |
| V; _, L | 251300 | AL |
| Vannavylaythong, Phusa | 251303 | AL |
| Vannavylaythong, Ricky | 251304 | AL |
| Vannavylaythong, Seemou | 251305 | AL |
| V. , ,... . S | 251306 | AL |
| Vannavylaythong, Thongm | 251307 | AL |
| Allen, Shavette | 205707 | LA |
| Bi , J( | 242088 | LA |
| Braxter, Sandra Renae | 248744 | LA |
| Breaud, Keiva | 214797 | LA |
| B l, K( | 214798 | LA |
| B( . L( | 214799 | LA |
| B M | 214800 | LA |
| Briscoe, Andrew | 243689 | LA |
| Brown, Bridget Elize | 225854 | LA |
| Brown, Dashone | 207524 | LA |
| B ., D | 207525 | LA |
| B K( | 199824 | LA |
| Carter, Angela Marie | 202229 | LA |
| Carwell, Dana B. | 239748 | LA |
| C; , III, L( | 239775 | LA |
| Carwell, Jr., Lonie | 239777 | LA |
| C; , L | 239750 | LA |
| C; L' | 239747 | LA |
| Dominick, Kahili | 207542 | LA |
| D , K | 207543 | LA |
| D , K | 207544 | LA |
| Flowers, Beverly Michelle | 201933 | LA |
| Flowers, Kashala Cherel | 201934 | LA |
| Gould, Jonrina Kentrell | 220561 | LA |
| J , Ar | 223799 | LA |
| J; . A | 223800 | LA |
| Jackson, Austin | 223801 | LA |
| J· A | 223802 | LA |
| Jackson, Natesha | 223809 | LA |
| J J( | 220252 | LA |
| Journee, Regina | 220253 | LA |
| LeBrane, Myron | 222849 | LA |
| LeBrane, Rosemary | 222850 | LA |
| Magee, Javious | 201225 | LA |
| M , D | 237927 | LA |

| Name | ID | State |
|---|---|---|
| Mitchell, Sierra | 237928 | LA |
| Parker, Cierra | 216802 | LA |
| Parker, Ryan | 222943 | LA |
| Ragas, Jr., Troy | 216842 | LA |
| R⸱        ⸱, R | 207505 | LA |
| Renard, Reginald | 207504 | LA |
| Robertson, La' Darrel | 200539 | LA |
| S⸱     K⸱ | 239837 | LA |
| Stipe, Keokea Marie | 239835 | LA |
| V       , A | 239784 | LA |
| Vaughn, Angela B. | 239790 | LA |
| V           ., J | 239789 | LA |
| Vaughn, Juan G. | 239792 | LA |
| Weber, A'Chanta J. | 202474 | LA |
| Acevedo, Robin Lynn | 229328 | MS |
| Acker, Elaine | 211126 | MS |
| Alexander, Tequila | 220008 | MS |
| Antoine, Betty | 222324 | MS |
| Antoine, Jintrin | 222325 | MS |
| Antoine, Jr., Lionel | 222326 | MS |
| Antoine, Sr., Lionel | 221710 | MS |
| Azua, Lesly | 243634 | MS |
| Bilbo, Jason | 237304 | MS |
| Bogan, Steven | 211863 | MS |
| Carter, Terrell | 206940 | MS |
| Chapman, Arnold | 223577 | MS |
| Chapman, Vera | 223578 | MS |
| C⸱     , C⸱ | 223602 | MS |
| Cox, Charles | 211755 | MS |
| Dumas, Barbara | 223654 | MS |
| Dumas, Kristian | 223655 | MS |
| Earhart, Ronald | 250809 | MS |
| Fitzgerald, Terrance | 213890 | MS |
| Gamble, Hubert | 225187 | MS |
| Gerald, Russell | 243043 | MS |
| Gerald, Teresa Anne | 243050 | MS |
| Grace, Jamie | 245895 | MS |
| Graham, Darraniek | 223716 | MS |
| Gray, Robert E. | 229755 | MS |
| Greer, Ina | 244188 | MS |
| Greer, Jemmie | 244187 | MS |
| Ibarra, Abelardo | 243733 | MS |
| Ibarra, Crystal | 243735 | MS |
| Ibarra, Francisca | 243724 | MS |
| Ibarra, Sergio | 243725 | MS |
| Lawrence, Prentiss | 226439 | MS |
| L    Ar | 214357 | MS |
| Le, Sen T. | 229987 | MS |
| Manter, Eric | 226519 | MS |

| Name | ID | State |
|---|---|---|
| Marks, Hershel | 226524 | MS |
| Marks, Laretta | 226525 | MS |
| Marks, Sharde' | 226526 | MS |
| Nguyen, Duong Van | 230126 | MS |
| Pittman, Monica | 206804 | MS |
| S       , J | 245897 | MS |
| S       L | 245896 | MS |
| Taylor, Forest | 212593 | MS |
| Tuepker, Claire | 215187 | MS |
| Tuepker, John | 215188 | MS |
| Kasinda Brumfield, as Next | 315593 | N/A |