UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | : | JUDGE: ENGELHARDT |
| | : | DOCKET #.: MDL NO. 2:07-MD-01873 |
| This Document Relates to: All Cases | : | MAGISTRATE: Chasez |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING THE FOREGOING, Motion to Enroll as Additional Counsel of Record filed by SunRay Investments, LLC.

IT IS HEREBY ORDERED that Lamont P. Domingue, La. Bar. No. 20787 of the law firm of Voorhies & Labbé be and is hereby added as additional counsel of record for SunRay Investments, LLC in this matter.

New Orleans, Louisiana, this ___24th___ day of ___February___, 2012.

_____
United States District Judge.