UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Keys v. Jayco, Inc.* | * | |
| Docket No. 09-8056 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Tommie Keys, Sr. | * | |
| | * | |

*****************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a) (2), Plaintiff hereby moves the Court to grant his Motion for leave to amend his complaint based upon an inadvertent error.

Due to the fact that Plaintiff Tommie Keys, Sr. is illiterate he requested his wife, who has only a sixth grade education, to provide his trailer information to the law firm of John Arthur Eaves. Inadvertently and unknowingly she detailed the wrong Defendant as the manufacturer of their FEMA travel trailer. Acting upon information provided by the Plaintiff's wife, the law office of John Arthur Eaves included Mr. Keys in the above lawsuit against Forest River, Inc. It has recently come to the attention of John Arthur Eaves Law Firm that Mr. Keys did not reside in a Forest River, Inc. travel trailer, but was in fact provided a travel trailer by a different Defendant, Jayco, Inc.

Plaintiff, Tommie Keys, Sr., respectfully requests this honorable Court to grant him leave to amend his complaint to include Jayco, Inc.

Dated: February 24, 2012                    Respectfully submitted,

JOHN ARTHUR EAVES LAW OFFICES

By: /s/ John Arthur Eaves
John Arthur Eaves (MSB 8843)
Jon-Marc King (MSB 9736)
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
Eaves Law Offices
101 North State Street
Jackson, MS 39201
Phone: (601) 355-7961
Fax: (601) 355-0530

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/John Arthur Eaves
John Arthur Eaves