UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N-5" |
| THIS DOCUMENT RELATES TO:<br>*Keys v. Jayco, Inc.*<br>Docket No. 09-8056<br>Plaintiff: Areasa Keys, Arlitha Keys individually<br>And on behalf of A.K. and A.K. | * * * * * | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

*****************************************************************

## NOTICE OF SUBMISSION OF LEAVE TO FILE AMENDED COMPLAINT

TO:   ALL DEFENDANTS

PLEASE TAKE NOTICE that the Plaintiffs, by and through undersigned Counsel, will bring on for hearing its Motion for Leave to Amend Complaint before the Honorable Kurt D. Engelhardt, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C351, New Orleans, Louisiana, at 9:30 a.m. on the 21st day of March, 2012, or as soon thereafter as counsel may be heard.

Respectfully submitted, this the 24th day of February, 2012.

JOHN ARTHUR EAVES LAW OFFICES

By: */s/ John Arthur Eaves*
John Arthur Eaves (MSB 8843)
Jon-Marc King (MSB 9736
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
Eaves Law Offices
101 North State Street
Jackson, MS 39201
Phone: (601) 355-7961
Fax: (601) 355-0530

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I, John Arthur Eaves, Jr., hereby certify that on February 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered attorneys.

                                                                                   /s/ John Arthur Eaves, Jr.
                                                                                    John Arthur Eaves, Jr.