UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Kasinda Brumfield obo K.B et al. v.* | | * | |
| *Pilgrim International, Inc. et al.* | | * | |
| No. 10-2248 | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Plaintiffs' Counsel has informed the Court that venue is not established in this District as to certain of the plaintiffs in this member case, but that venue is proper in this District for the plaintiffs named below.  The purpose of this Order is to is to bifurcate and exclude from trial those plaintiffs as to whom venue is clearly improper without prejudice to the right of any defendant to challenge venue as to any of the plaintiffs named in this Order.

**IT IS ORDERED** that, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the claims of the following plaintiffs are hereby bifurcated for purposes of trial from the claims of the other plaintiffs in this member case:

1. Kasinda Brumfield obo K.B.
2. La' Darrel Robertson
3. Javious  Magee
4. Beverly Flowers
5. Kashala Flowers
6. Angela Carter
7. A'Chanta Weber
8. Shavette Allen
9. Reginald Renard

10.     Reginald Renard obo R.R.
11.     Dashone Brown
12      Dashone Brown obo D.B.
13.     Kahili Dominick
14.     Kahili Dominick obo K.D.
15.     Kahili Dominick obo K.D.
16.     Keiva Breaud
17.     Keiva Breaud obo K.B.
18.     Keiva Breaud obo L.B.
19.     Keiva Breaud obo M.B.
20.     Cierra Parker
21.     Troy Ragas
22.     Regina Journee obo J.J.
23.     Regina Journee
24.     Jonrina Gould
25.     Myron LeBrane
26.     Rosemary LeBrane
27.     Natesha Jackson obo A.J.
28.     Natesha Jackson obo A.J.
29.     Austin Jackson
30.     Natesha Jackson obo A.J.
31.     Natesha Jackson
32.     Bridget  Brown
33.     Dorothy Mitchell obo D.M.
34.     Sierra Mitchell
35.     Dana Carwell obo L.C.
36.     Dana Carwell
37.     Lonie Carwell obo L.C.
38.     Dana Carwell obo L.C.
39.     Lonie Carwell
40.     Angela Vaughn obo A.V.
41.     Angela Vaughn obo J.V.
42.     Angela Vaughn
43.     Juan Vaughn
44.     Keokea Stipe
45.     Keokea Stipe obo K.S.
46.     Lolitha Bickham obo J. B.
47.     Andrew  Briscoe

The claims of these plaintiffs only will be tried in the jury trial set to commence in this

matter on June 25, 2012.  If in the future it becomes apparent that venue is not established as to any of these Plaintiffs, Defendants are not prohibited from filing a motion with regard to the same.

New Orleans, Louisiana, this 24th day of February, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE