# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION:  N** |
| | * | |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\***

**This document relates to:**
*Kasinda Brumfield as Next Friend of K.B., a Minor,*
*Et al., v. Pilgrim International, Inc., et al.*
*Cause No. 10-2248*

## THE BURLINGTON INSURANCE COMPANY'S JOINDER IN CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS THE CLAIMS OF SANDRA BRAXTER

NOW COME Defendants, The Burlington Insurance Company and for joining in the Motion to Dismiss due to improper venue as to the claims of plaintiff Sandra Braxter filed by Crum & Forster Specialty Insurance Company ("Crum") [Rec. Doc. 24619] and for adopting the arguments made by Crum *in toto* as if copied herein, respectfully avers that the claims of Sandra Braxter should be dismissed, or in the alternative, severed from the case set for trial on June 25, 2012 in the above-captioned matter.

Respectfully submitted,


  /s/ Mary K. Cryar
Sidney W. Degan, III (No. 4804)
Mary K. Cryar (No. 24062)
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: 504-529-3333
Facsimile:  504-529-3337

**Attorneys for Burlington Insurance
Corporation**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served this  24th  day of
February, 2012, via fax and/or by placing same in the U.S. Mail, properly addressed and postage
prepaid, upon all counsel of record.

| | |
|---|---|
| Robert C. Hillard<br>**Robert C. Hilliard, L.L.P.**<br>719 S. Shoreline Boulevard, Suite 500<br>Corpus Christi, Texas 78401 | Mikal C. Watts<br>**Mikal C. Watts, P.C.**<br>2506 N. Port Ave.<br>Corpus Christi, Texas 78401 |
| Richard P. Ieyoub<br>Hymel, Davis & Petersen<br>10602 Coursey Blvd.<br>Baton Rouge, LA  70816 | Daniel D. Ware<br>The Ware Law Firm<br>2609 US Hwy 49 South<br>Florence MS  39073 |
| Carroll Louis Clifford IV<br>P.O. Box 1099<br>Jackson, MS  39215 | |

  /s/  Mary K. Cryar


L:\375\8371\Doc\04 Motion to Adopt Motion to DIsmiss Braxter.doc

## <u>EXHIBIT A</u>

1.    Kasinda Brumfield, as Next Friend of K.B., a minor

2.    La' Darrel Robertson

3.    Javious Magee

4.    Beverly Flowers

5.    Kashala Flowers

6.    Angela Carter

7.    A'Chanta Weber

8.    Shavette Allen

9.    Monica Pittman

10.   Terrell Carter

11.   Dashone Brown

12.   Dashone Brown, as Next Friend of D.B., a minor

13.   Kahili Dominick

14.   Kahili Dominick, as Next Friend of K.D., a minor

15.   Kahili Dominick, as Next Friend of K.D., a minor

16.   Elaine Acker

17.   Charles Cox

18.   Steven Bogan

19.   Forest Taylor

20.     Terrance Fitzgerald

21.     Oanh Vu, as Next Friend of A.L., a minor

22.     Keiva Breaud

23.     Keiva Breaud, as Next Friend of K.B., a minor

24.     Keiva Breaud, as Next Friend of L.B., a minor

25.     Keiva Breaud, as Next Friend of m.B., a minor

26.     Claire Tuepker

27.     John Tuepker

28.     Cierra Parker

29.     Troy Ragas

30.     Tequila Alexander

31.     Regina journee, as Next Friend of J.J., a minor

32.     Regina Journee

33.     Jonrina Gould

34.     Lionel Antoine

35.     Betty Antoine

36.     Jintrin Antoine

37.     Lionel Antoine

38.     Ryan Parker

39.     Barbara Dumas

40.     Kristian Dumas

41.     Natesha Jackson, as Next Friend of A.J., a minor

42.    Natesha Jackson, as Next Friend of A.J., a minor

43.    Austin Jackson

44.    Natesha Jackson, as Next Friend of A.J., a minor

45.    Natesha Jackson

46.    Hubert Gamble

47.    Eric Manter

48.    Robin Acevedo

49.    Sen Le

50.    Duong Nguyen

51.    Dorothy Mitchell, as Next Friend of D.M., a minor

52.    Sierra Mitchell

53.    Dana Carwell, as Next Friend of L.C., a minor

54.    Dana Carwell

55.    Lonie Carwell, as Next Friend of L.C., a minor

56.    Dana Carwell, as Next Friend of L.C., a minor

57.    Lonie Carwell

58.    Alexis Vaughn, as Next Friend of A.V., a minor

59.    Angela Vaughn, as Next Friend of J.V., a minor

60.    Angela Vaughn

61.    Juan Vaughn

62.    Keokea Stipe

63.    Keokea Stipe, as Next Friend of K.S., a minor

64.     Lolitha Bickham, as Next Friend of J.B., a minor

65.     Russell Gerald

66.     Teresa Gerald

67.     Lesly Azua

68.     Andrew Briscoe

69.     Francisca Ibarra

70.     Sergio Ibarra

71.     Abelardo Ibarra

72.     Crystal Ibarra

73.     Jemmie Greer

74.     Jemmie Greer, as representative of the Estate of Ina Greer, deceased

75.     Jamie Grace

76.     Jamie Grace, as Next Friend of L.S., a minor

77.     Jamie Grace, as Next Friend of J.S., a minor

78.     Josh Vannavylaythong, as Next Friend of J.B., a minor

79.     Josh Vannavylaythong, as Next Friend of K.B., a minor

80.     Orramay Bouapha

81.     Josh Vannavylaythong, as Next Friend of T.B., a minor

82.     Ronald Earhart

83.     Keosadeth phakeovylay

84.     Mike phakeovylay

85.     Joshua Vannavilaithong

86.   Josh Vannavylaythong, as Next Friend of L.V., a minor

87.   Phusa Vannavylaythong

88.   Ricky Vannavylaythong

89.   Seemouang Vannavylaythong

90.   Joshua Vannavylaythong, as Next Friend of S.V., a minor

91.   Thongma Vannavylaythong

92.   Reginald Renard

93.   Reginald Renard, as Next Friend of R.R., a minor

94.   Myron LeBrane

95.   Rosemary LeBrane

96.   Arnold Chapman

97.   Vera Chapman

98.   Vera Champman, as Next Friend of C.C., a minor

99.   Darraniek Graham

100.   Bridget Brown

101.   Vera Champan, as Representative of the Estate of Prentiss Lawrence, deceased

102.   Hershel Marks

103.   Laretta Marks

104.   Sharde' Marks

105.   Robert Gray

106.   Jason Bilbo

107.   Sandra Braxter