UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**This document relates to:**
*Kasinda Brumfield as Next Friend of K.B., a Minor,
Et al., v. Pilgrim International, Inc., et al.
Cause No. 10-2248*

# ORDER

Considering the Motion to Dismiss the Claims of Sandra Braxter [Rec. Doc. 24619] filed on behalf of The Burlington Insurance Company;

IT IS HEREBY ORDERED that The Burlington Insurance Company's Motion to Dismiss the Claims of Sandra Braxter is GRANTED.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

L:\375\8371\Doc\09 Order re Mtn to Adopt Motion to Dismiss Braxter.doc