UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * |  |
| LIABILITY LITIGATION | * | SECTION:  N |

* * * * * * * * * * * * * * * * * * * * * * * * **

**This document relates to:**
*Kasinda Brumfield as Next Friend of K.B., a Minor,*
*Et al., v. Pilgrim International, Inc., et al.*
*Cause No. 10-2248*

## ORDER

Considering the Motion for Summary Judgment seeking the dismissal of the non-Louisiana plaintiffs [Rec. Doc. 24620] filed on behalf of The Burlington Insurance Company;

IT IS HEREBY ORDERED that The Burlington Insurance Company's Motion Summary Judgment is GRANTED.

New Orleans, Louisiana this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

L:\375\8371\Doc\08 Order re Joinder in MSJ.doc

- 1 -