IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Kasinda Brumfield obo K.B., et al v.* | * | Magistrate: Chasez |
| *Pilgrim International, Inc., et al* | * | |
| *No: 10-2248* | * | |

*************************************************************************

### CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S MOTION TO QUASH NOTICE OF 1442 DEPOSITION OR ALTERNATIVELY, FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes Crum & Forster Specialty Insurance Company, and for moving to quash to Rule 30b6 Corporate deposition notice of Crum & Forster Specialty Insurance Company, respectfully avers that the deposition notice,[1] for February 28, 2012, should be quashed because (1) the deposition was noticed unilaterally, on short notice, and on a date on which for Crum & Forster is unavailable to be deposed (2) the deposition notice seeks testimony concerning non-discoverable material and production of the same in less than thirty days, and (3) the deposition notice is vague and overbroad. For these reasons and the reasons stated in the attached Memorandum in support, the deposition must be quashed and a protective order should be granted under Federal Rule of Civil Procedure 37. Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed, and the motion is opposed.

---

[1] See Exhibit A.

2

|  | Respectfully submitted: |
|---|---|
| **CERTIFICATE OF SERVICE** | ____/s Eric B. Berger__ |
| I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __24th__ DAY OF __February__, 2012.. ____/s Eric B. Berger_____ | SIDNEY J. ANGELLE, #1002 ERIC B. BERGER, #26196 LOBMAN, CARNAHAN, BATT, ANGELLE & NADER 400 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LOUISIANA  70130 (504) 586-9292   FAX (504) 586-1290 |