UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:  ALL CASES

# ORDER

Considering the motion to withdraw Jonathan R. Waldron as additional counsel, filed by the United States of America, IT IS ORDERED that the motion is hereby GRANTED.

New Orleans, Louisiana this 27th day of February, 2012.

_____
United States District Judge