# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: <br> *Sutton v. Sunline Acquisition Co. LTD d/b/a Sunline Coach Co., et al*, 09-4950 <br> *Tanner v. Sunline Acquisition Co. LTD d/b/a Sunline Coach Co., et al*, 09-7879 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced cases. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs seek to add to each complaint a direct cause of action against Crum & Forster Specialty Insurance Company for the damages caused by their insured, Sunline Acquisition Company LTD d/b/a Sunline Coach Company. Plaintiffs have contacted counsel for defendants and have been notified that defendants will file no opposition.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Justin I. Woods*
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:      504/528-9973

>gmeunier@gainsben.com
>jwoods@gainsben.com
>
>**COURT-APPOINTED PLAINTIFFS'
>STEERING COMMITTEE**
>ROBERT M. BECNEL #14072
>RAUL BENCOMO, #2932
>ANTHONY BUZBEE, Texas #24001820
>FRANK D'AMICO, JR., #17519
>ROBERT C. HILLIARD, Texas #09677700
>MATT MORELAND, #24567
>DENNIS C. REICH Texas #16739600
>MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

 I hereby certify that on February 27, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Justin I. Woods
>JUSTIN I. WOODS, #24713