UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Sutton v. Sunline Acquisition Co. LTD d/b/a* | * | |
| *Sunline Coach Co., et al*, 09-4950 | * | |
| *Tanner v. Sunline Acquisition Co. LTD d/b/a* | * | |
| *Sunline Coach Co., et al*, 09-7879 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

MAY IT PLEASE THE COURT:

Plaintiffs request leave to amend the complaints in the above-referenced cases to add causes of action against an insurance company defendant pursuant to Louisiana's Direct Action Statute. The entity to be added is Crum & Forster Specialty Insurance Company ("Crum & Forster"), which insured Sunline Acquisition Company LTD d/b/a Sunline Coach Company ("Sunline") from March 15, 2005 to March 15, 2007.

I.  INTRODUCTION

Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs may directly sue this insurance company for the damages caused by their insured, Sunline. The amendments to the complaints proposed by Plaintiffs add a direct cause of action against Sunline's insurer, Crum & Forster.

II.  ARGUMENT AND AUTHORITIES

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL Plaintiffs, justice requires leave to file their amended complaints to preserve the insurance coverage available to the Defendant Sunline.[1] Leave to amend Plaintiffs' complaints should therefore be granted. *See Id.*

Louisiana's "Direct Action Statue grants a procedural right of action against an insurer where the plaintiff has a substantive cause of action against the insured." *Green v. Auto Club Group Ins. Co.*, 24 So.3d 182, 184 (La. 2009). Plaintiffs, therefore have the right to sue Sunline's insurers directly. The proposed amended complaint adds a direct cause of action against Crum & Forster, one of Sunline's insurers. *See* attached proposed amended complaints. Because the added cause of action is necessary to assert Plaintiffs' right of direct action against Defendant Sunline's insurer, leave should be granted to file the proposed amended complaints. *Foman*, 371 U.S. at 182.

### III. CONCLUSION

For all of the above reasons, Plaintiffs respectfully request this Court grant their Motion for Leave to File Amended Complaints.

        Respectfully submitted:

        **FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

        BY:   */s/Justin I. Woods*
              GERALD E. MEUNIER, #9471
              JUSTIN I. WOODS, #24713
              **PLAINTIFFS' CO-LIAISON COUNSEL**
              Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
              2800 Energy Centre, 1100 Poydras Street
              New Orleans, Louisiana 70163
              Telephone:    504/522-2304

---

[1] Sunline filed for Chapter 7 bankruptcy protection in 2006.

Facsimile: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713