UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Considering that a mediation will be held in the Sunline and Pilgrim cases commencing on Tuesday, February 28, 2012 at 3:30 p.m., at the offices of Jones Walker in New Orleans;

 **IT IS ORDERED** that:

1) At least one attorney of record for each of the following parties shall attend such mediation in person, with full authority to advise the client, negotiate and recommend settlement, and take all necessary actions to confect a binding agreement should a settlement be reached: the PSC, Sunline Acquisition Company Ltd., Crum & Forster Specialty Insurance Company, Sentry Insurance a Mutual Company, and Burlington Insurance Company;

2) A company representative of Crum & Forster, who is above the level of Crum & Forster employee Therese Bissonette, shall attend such mediation in person; and

3) Failure of any of the above to appear at the mediation will require appearance in court before Judge Engelhardt at 9:00 a.m. on Wednesday, February 29, 2012.

New Orleans, Louisiana, this  27th   day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE