# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224732  **Cause No.** 1:09-cv-561 HSO JMR
**Case Name** Hinton, Linda  **Case Style** Kaunda Bradley, et. al. vs. Cavalier Home
**DOB** 4/6/1961  **SSN** 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

| Question # | Question |
|---|---|
| 1. | The most significant deficiency was that the Plaintiff Fact Sheet indicated that this plaintiff never resided in a travel trailer manufactured by Jayco, but instead indicated that she resided in a travel trailer manufactured by Coachmen. The vehicle identification number ("VIN") provided by plaintiff in her Plaintiff Fact Sheets is not a Jayco VIN, but that of another manufacturer. Plaintiff provided VIN "ACBC06AL0136947" (*See* Id.). Travel trailers manufactured by Jayco have vehicle identification numbers that begin with the sequence "1UJB". (*See* Jayco Vehicle Identification Number Description, attached as Exhibit "C"). |

**Pet ID** 1611
**Def ID** 26
**Notice #** MTD NC

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in was a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02R16EM0655. The barcode number was 1240519.

I moved into to the Jayco trailer n March of 2006.
I moved out of the Jayco trailer in May of 2006.

| Question # | Question |
|---|---|
| 2. | Signed Certification |

**Pet ID** 1611
**Def ID** 26
**Notice #** MTD NC

**Answer**

A Certification has been sent to client. Once received back will Forward to Defense.

_____   2/24/2012
Plaintiff or Representative   Date

**EXHIBIT "A"**