UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 <br><br> SECTION "N-5" <br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | |
| Civil Action No. 09-7792 *Chanta Burks, as Next Friend of K.B., a minor, et al. v. Keystone RV Company, et al.* | |

### ORDER ON PLAINTIFF'S, AMANDA LEMAY, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, AMANDA LEMAY, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
HONORABLE KURT ENGELHARDT