UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | §<br>§<br>§<br>§ | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | §<br>§ | |
| Civil Action No. 10-1269<br>*Clyde Mitchell, et al. v.*<br>*DS Corp. d/b/a CrossRoads RV, Inc., et al* | §<br>§<br>§ | |

### ORDER ON PLAINTIFF'S, PAUL ALEXANDER, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, PAUL ALEXANDER, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
HONORABLE KURT ENGELHARDT