UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE/CONSENT MOTION FOR APPROVAL OF
## PAYMENT OF CLASS ADMINISTRATION EXPENSES

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering

Committee (PSC), who, for the reasons more fully set forth in the Memorandum filed herewith,

respectfully move this Honorable Court for approval of payment of expenses associated with the

administration of the class settlement of all claims asserted in this MDL against the

Manufactured Home Defendants.  The undersigned certify that the Manufactured Home

Defendants and the other non-moving parties have been advised of this motion through Liaison

Counsel and there is no opposition to same.

                    Respectfully submitted:
                    **FEMA TRAILER FORMALDEHYDE**
                    **PRODUCT LIABILITY LITIGATION**

                    BY:    s/Gerald E. Meunier
                           GERALD E. MEUNIER, #9471
                           **PLAINTIFFS' CO-LIAISON COUNSEL**
                           Gainsburgh, Benjamin, David, Meunier &
                           Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served
upon counsel of record as indicated below in accordance with the Federal Rules of Civil
Procedure on February 28, 2012.

/s/Justin I. Woods
JUSTIN I. WOODS