UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*ALL CASES*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF EX PARTE/CONSENT MOTION FOR APPROVAL OF PAYMENT OF CLASS ADMINISTRATION EXPENSES

MAY IT PLEASE THE COURT:

The Plaintiffs' Steering Committee (PSC) respectfully request that this Honorable Court approve the payment of certain administrative expenses from the escrow account maintained by Regions Bank associated with the class settlement approved on November 17, 2011 as follows:

I. This Court appointed Dan Balhoff of the firm of Perry, Atkinson, Balhoff, Mengis & Burns, LLC as Special Master to perform certain duties associated with the administration of the class settlement. Mr. Balhoff has provided his firm's invoice for services rendered in the administration of the class settlement to date. The parties to the settlement have reviewed the invoice and request that after the Court has reviewed the Special Master's invoice, attached as Exhibit A, it issue an order directing Regions Bank to directly pay to the Special Master the sum of Thirty-Three Thousand Nine Hundred Eleven Dollars and Sixty-Five cents ($33,911.65).

II. This Court appointed the firm of Postlethwaite & Netterville (P&N) as the Court

Appointed Disbursing Agent (CADA) to perform certain duties associated with the administration of the class settlement. The CADA has provided its invoice for services rendered in the administration of the class settlement to date. The parties to the settlement have reviewed the CADA's invoice and request that after the Court has reviewed the invoice, attached as Exhibit B, it issue an order directing Regions Bank to directly pay to the CADA the sum of One Hundred Twenty-Four Thousand One Hundred Eighteen Dollars and Sixty-Six cents ($124,118.66).

WHEREFORE, the PSC respectfully requests that this Honorable Court grant its *Ex Parte/*Consent Motion for Approval of Payment of Class Administration Expenses.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com


      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

                                          **COURT-APPOINTED PLAINTIFFS'**
                                        **STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 28, 2012.

                                          /s/Justin I. Woods
                                          JUSTIN I. WOODS