# PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
## ATTORNEYS AT LAW

John W. Perry, Jr.
Daniel R. Atkinson, Jr.
Daniel J. Balhoff
Joseph W. Mengis †
Robert J. Burns, Jr.
Randi S. Ellis
John W. Perry, III

2141 Quail Run Drive
Baton Rouge, Louisiana 70808
Telephone: 225-767-7730
Fax: 225-767-7967

Mailing Address:
P. O. Drawer 83260
Baton Rouge, LA 70884-3260

Daniel R. Atkinson, Sr.
*Of Counsel*

†*Board Certified in Estate Planning
and Administration by the Louisiana
Board of Legal Specialization*

**Direct Dial: 225-767-8988**

E-Mail Address:
balhoff@pabmb.com

February 13, 2012

Mr. Lamont P. Domingue
P.O. Box 3527
Lafayette, LA 70502-3527

Re:     FEMA - Non-Litigation

Dear Lamont:

This is to follow-up on our telephone conversation of February 9.   I am enclosing our current invoices in the FEMA Non-Lit matter.  As I told you, it is the practice of my firm (including myself) to contemporaneously dictate our time in these cases.  When we dictate our time, we state the case with which the time is to be associated.  Given this, to the best of my belief, the time indicated in these invoices is associated with the Non-Lit case, and not with any other matter.

With kindest personal regards, I remain

Sincerely yours,

*Daniel J Balhoff*

Daniel J. Balhoff

DJB/sbr

Enclosure

cc:     Mr. Justin I. Woods

EXHIBIT A

**Perry, Atkinson, Balhoff, Mengis & Burns, L.L.C.**
Post Office Box 83260
2141 Quail Run Drive
Baton Rouge, LA 70884-3260
Telephone:  225-767-7730
Fax:  225-767-7967
Tax ID:  72-1310179

UNKNOWN - 99395

December 31, 2011

| | |
|---|---|
| File #: | 99395-0002 |
| Inv #: | 63767 |

**RE:**     FEMA - Non-litigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-26-11 | Receive and review e-mail from Justin Woods re: settlement agreement; review same. | 0.80 | 220.00 | DJB |
| Feb-01-11 | Communications to and from CADA re: settlement agreement. | 0.30 | 82.50 | DJB |
| Mar-11-11 | Receive and review Joint Motion for Preliminary Approval of Proposed Class Settlement, attachments thereto. | 1.00 | 275.00 | DJB |
| Mar-25-11 | Receive and review order from court re: submission without oral argument of preliminary approval of proposed class settlement. | 0.20 | 55.00 | DJB |
| Mar-30-11 | Receive and review draft affidavit for appointment of Special Master. | 0.20 | 55.00 | DJB |
| Mar-31-11 | Telephone conference with Wayne Henderson. | 0.30 | 82.50 | DJB |
| Apr-01-11 | Receive and review Motion to Extend Non-Lit Track. | 0.20 | 55.00 | DJB |
| Apr-04-11 | Execute and e-mail affidavit for appointment of Special Master. | 0.30 | 82.50 | DJB |
| Apr-05-11 | Telephone conversation with Justin Woods re: notice provisions. | 0.30 | 82.50 | DJB |

|  | | | | |
|---|---|---|---|---|
|  | Telephone conversation with CADA. | 0.40 | 110.00 | DJB |
|  | Receive and review preliminary approval order signed by Judge Englehardt. | 1.00 | 275.00 | DJB |
|  | Receive and review reasons for granting preliminary approval. | 0.20 | 55.00 | DJB |
|  | Receive and review order from court extending non-litigation track. | 0.10 | 27.50 | DJB |
| Apr-06-11 | Telephone conference with Lorrie Hargrove re: notice provisions. | 0.30 | 82.50 | DJB |
|  | Receive and review e-mail from Lorrie Hargrove re: radio advertisements. | 0.20 | 55.00 | DJB |
|  | E-mail from Dustin Mire re: CADA's responsibilities concerning notice. | 0.30 | 82.50 | DJB |
|  | Research constitutional and industry guidelines with respect to radio notice. | 0.70 | 192.50 | DJB |
|  | E-mail parties re: constitutional guidelines for radio notice. | 0.20 | 55.00 | DJB |
|  | Telephone conference with Lorrie Hargrove and Justin Woods re: radio notice. | 0.20 | 55.00 | DJB |
|  | E-mail from Palmer Lambert re: changes in spreadsheet. | 0.30 | 82.50 | DJB |
|  | E-mail from Dustin Mire re: supplemental Lambert claims. | 0.20 | 55.00 | DJB |
|  | E-mail from Palmer Lambert re: amendments to claimant list. | 0.20 | 55.00 | DJB |
| Apr-07-11 | Telephone conference with Wayne Henderson re: notice in newspapers. | 0.20 | 55.00 | DJB |
|  | Telephone conference with Dick Balhoff re: various issues. | 0.30 | 82.50 | DJB |
| Apr-08-11 | E-mail from Dustin Mire re: information needed from plaintiff's counsel. | 0.20 | 55.00 | DJB |
|  | E-mail from Wayne Henderson re: potential removal of pictures from publication notice. | 0.20 | 55.00 | DJB |

| | | | | |
|---|---|---|---|---|
| Apr-09-11 | E-mail to Wayne Henderson and Justin Woods re: potential changes to publication notice. | 0.30 | 82.50 | DJB |
| Apr-11-11 | E-mail Wayne Henderson re: public service announcements. | 0.10 | 27.50 | DJB |
| | E-mail Wayne Henderson re: language of public service announcements. | 0.10 | 27.50 | DJB |
| | Receive and review proofs of newspaper ads. | 0.40 | 110.00 | DJB |
| Apr-12-11 | Meeting with Wayne Henderson in our office to discuss notice issues, advertisement, radio ads, costs and numerous issues; telephone conference with Justin Woods re: same. | 0.80 | 220.00 | DJB |
| | Telephone conference with Justin Woods and Gerry Meunier to discuss additional information on notice and various means of accomplishing notice requirements. | 0.30 | 82.50 | DJB |
| | Conference with plaintiff attorneys re: notice issues and background information on accomplishing notifying claimants in various forms in class action suits. | 0.40 | 110.00 | DJB |
| | E-mail from Dustin Mire re: attorney contact list. | 0.20 | 55.00 | DJB |
| | E-mail from Justin Woods re: revision to public service announcement. | 0.10 | 27.50 | DJB |
| | E-mail from Dustin Mire re: public service announcement. | 0.10 | 27.50 | DJB |
| | Meeting with Wayne Henderson in our office to discuss notice issues, advertisement, radio ads, costs and numerous issues; telephone conference with Justin Woods re: same. | 0.80 | 200.00 | RSE |
| | Conference with plaintiff attorneys re: notice issues and background information on accomplishing notifying claimants in various forms in class action suits. | 0.40 | 100.00 | RSE |
| Apr-13-11 | E-mail from Wayne Henderson re: Palm Harbour Homes. | 0.20 | 55.00 | DJB |
| | E-mail from Dustin Mire re: distribution of claimant packets to attorneys. | 0.30 | 82.50 | DJB |

|  | | | | |
|---|---|---|---|---|
|  | E-mail from Justin Woods re: radio quotes. | 0.20 | 55.00 | DJB |
|  | E-mail from Wayne Henderson attaching affidavit of mailing; review same. | 0.20 | 55.00 | DJB |
|  | E-mail from Wayne Henderson re: radio spots. | 0.20 | 55.00 | DJB |
| Apr-14-11 | E-mail to Wayne Henderson re:radio quotes. | 0.10 | 27.50 | DJB |
|  | E-mail from Wayne Henderson re: radio spots. | 0.10 | 27.50 | DJB |
|  | Receive and review affidavit of mailing. | 0.20 | 55.00 | DJB |
|  | Receive and review e-mails concerning cost of newspapers advertisements. | 0.30 | 82.50 | DJB |
|  | Receive and review e-mail from Justin Woods re: radio advertisements. | 0.10 | 27.50 | DJB |
| Apr-15-11 | E-mail from Wayne Henderson attaching suggested public service announcement; listen to same. | 0.30 | 82.50 | DJB |
| Apr-18-11 | Receive and review order allowing substitution. | 0.20 | 55.00 | DJB |
|  | Receive and review e-mail re: estimated costs associated with call center. | 0.20 | 55.00 | DJB |
|  | Receive and review e-mail from Wayne Henderson re: call center. | 0.10 | 27.50 | DJB |
|  | Receive and review e-mail from Wayne Henderson re: public service announcement. | 0.20 | 55.00 | DJB |
|  | Receive and review e-mail from Wayne Henderson concerning call center. | 0.20 | 55.00 | DJB |
| Apr-19-11 | Receive and review e-mail from Dustin Mire re: call center. | 0.20 | 55.00 | DJB |
|  | E-mail from Justin Woods re: call center. | 0.10 | 27.50 | DJB |
|  | E-mail from Justin Woods re: call center and website. | 0.20 | 55.00 | DJB |
| Apr-20-11 | Receive and review e-mail from Wayne Henderson re: radio spot. | 0.20 | 55.00 | DJB |

| | | | | |
|---|---|---|---|---|
| Apr-21-11 | Multiple e-mails to and from CADA and PSC re: notice provisions. | 1.00 | 275.00 | DJB |
| Apr-26-11 | Multiple e-mails from parties concerning 800 number. | 0.70 | 192.50 | DJB |
| May-10-11 | Receive and review e-mail from Kelly Morman re: production of fact sheets. | 0.10 | 27.50 | DJB |
| May-12-11 | Receive and review letter from Judge Engelhardt. | 0.20 | 55.00 | DJB |
| May-13-11 | Telephone conference with Dustin Mire re: production of fact sheets. | 0.20 | 55.00 | DJB |
| May-18-11 | E-mail from Wayne Henderson re: letter to claimants. | 0.10 | 27.50 | DJB |
| May-24-11 | Telephone conversation with Wayne Henderson re: mailing claim forms to potential claimants. | 0.10 | 27.50 | DJB |
| | E-mails to and from Wayne Henderson re: Watts Hilliard claimants. | 0.20 | 55.00 | DJB |
| | E-mail to Justin Woods re: Watts Hilliard claimants. | 0.20 | 55.00 | DJB |
| | Telephone conference with Wayne Henderson re: Watts Hilliard claim forms. | 0.20 | 55.00 | DJB |
| | Receive and review affidavit on behalf of PSC concerning notice to claimants. | 0.20 | 55.00 | DJB |
| | Receive and review e-mail from Wayne Henderson re: Mikal Watts clients. | 0.10 | 27.50 | DJB |
| May-26-11 | Telephone conversation with Wayne Henderson re: claimants and spreadsheets. | 0.10 | 27.50 | DJB |
| | E-mail from Dustin Mire re: additional information needed. | 0.10 | 27.50 | DJB |
| | E-mail from Dustin Mire re: information to be provided on spreadsheet. | 0.20 | 55.00 | DJB |
| | Telephone conversation with Wayne Henderson re: claimants and spreadsheets. | 0.20 | 55.00 | DJB |
| Jun-03-11 | Receive e-mail from Justin Woods re: request for exclusion. | 0.10 | 27.50 | DJB |

| | | | | |
|---|---|---|---|---|
| | E-mail to Justin Woods re: request for exclusion. | 0.10 | 27.50 | DJB |
| | E-mail from Wayne Henderson re: claim forms. | 0.30 | 82.50 | DJB |
| Jun-09-11 | E-mail from Wayne Henderson re: possible opt-out. | 0.20 | 55.00 | DJB |
| Jun-10-11 | Multiple e-mails from Justin Woods and Wayne Henderson re: tax identification number for non-lit settlement. | 0.30 | 82.50 | DJB |
| | E-mail from Wayne Henderson re: escrow account. | 0.20 | 55.00 | DJB |
| | E-mail from Justin Woods re: escrow account. | 0.10 | 27.50 | DJB |
| | Telephone conversation with Wayne Henderson re: possible opt-out. | 0.20 | 55.00 | DJB |
| Jul-06-11 | Receive and review deposit agreement. | 1.00 | 275.00 | DJB |
| Jul-12-11 | Detailed review of preliminary approval order and outline of deadlines. | 0.30 | 75.00 | RSE |
| Jul-13-11 | E-mail correspondence to Jerry Meunier and Justin Woods regarding class member objection to settlement deadline; plan of action for handing objections if any. | 0.20 | 50.00 | RSE |
| Jul-14-11 | Telephone conversation with Jerry Meunier and Justin Woods. | 0.20 | 55.00 | DJB |
| | E-mail from Mark Staley. | 0.10 | 27.50 | DJB |
| Jul-15-11 | Telephone conversation with Mark Staley re: division of authority between CADA and LXMtrx. | 0.20 | 55.00 | DJB |
| | E-mail from Regions Bank re: deposit agreement. | 0.20 | 55.00 | DJB |
| Jul-27-11 | Receive and review draft CADA declaration from Wayne Henderson. | 0.30 | 82.50 | DJB |
| Jul-29-11 | Telephone conference with Justin Woods and Jerry Meunier. | 0.20 | 55.00 | DJB |

| | | | | |
|---|---|---|---|---|
| Jul-30-11 | E-mail Justin Woods re: revised CADA declaration. | 0.10 | 27.50 | DJB |
| | Revise declaration from CADA re: due process of notice. | 0.80 | 220.00 | DJB |
| | E-mails to and from Justin Woods re: declaration. | 0.20 | 55.00 | DJB |
| | Further revisions to declaration. | 0.40 | 110.00 | DJB |
| Aug-01-11 | E-mails to and from Wayne Henderson re: requirements of Rule 23.2. | 0.20 | 55.00 | DJB |
| | Receive and review Motion to Approve Deduction of Common Benefit Expenses. | 0.40 | 110.00 | DJB |
| | Receive and review e-mail from Wayne Henderson re: affidavit. | 0.10 | 27.50 | DJB |
| | Receive and review account statement from Regions Bank. | 0.30 | 82.50 | DJB |
| Aug-02-11 | Forward Motion to Approve Deduction of Common Benefit Expenses to CADA. | 0.10 | 27.50 | DJB |
| | Telephone conference with Justin Woods re: fairness hearing. | 0.30 | 82.50 | DJB |
| | E-mail from Wayne Henderson re: future fees. | 0.20 | 55.00 | DJB |
| | E-mail from Wayne Henderson re: amount of settlement. | 0.20 | 55.00 | DJB |
| Aug-03-11 | Receive and review e-mail from Wayne Henderson re: affidavit. | 0.20 | 55.00 | DJB |
| Aug-05-11 | Receive and review e-mail from Wayne Henderson re: revised affidavit. | 0.10 | 27.50 | DJB |
| | E-mail from Lamont Domingue re: dial-in information. | 0.20 | 55.00 | DJB |
| | Telephone conference with Watts Hilliard, attorney, re: claim forms. | 0.20 | 55.00 | DJB |
| | E-mail to Wayne Henderson re: conference call. | 0.20 | 55.00 | DJB |
| | Telephone conference with Wayne Henderson. | 0.20 | 55.00 | DJB |

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Aug-06-11 | Revise Wayne Henderson affidavit. | 0.50 | 137.50 | DJB |
| | E-mail revised affidavit to Justin Woods. | 0.10 | 27.50 | DJB |
| Aug-07-11 | E-mail to Wayne Henderson re: amount of settlement. | 0.20 | 55.00 | DJB |
| Aug-08-11 | Receive and review e-mail from Wayne Henderson re: parties on release form. | 0.20 | 55.00 | DJB |
| | E-mail to Wayne Henderson re: parties on release form. | 0.10 | 27.50 | DJB |
| | Participate in telephone conference with all attorneys -- preparation for fairness hearing. | 1.00 | 275.00 | DJB |
| | Prepare methodology. | 2.50 | 687.50 | DJB |
| | Multiple e-mails re: evidence for fairness hearing. | 1.00 | 275.00 | DJB |
| | E-mail from Dustin Mire re: verbal objection. | 0.20 | 55.00 | DJB |
| | E-mail from Lorrie Hargrove re: fairness hearing. | 0.20 | 55.00 | DJB |
| | E-mail from Mark Staley re: fairness hearing. | 0.20 | 55.00 | DJB |
| | E-mail from Lorrie Hargrove re: CAFA notice. | 0.20 | 55.00 | DJB |
| | E-mail from Lorrie Hargrove re: list of potential class members. | 0.20 | 55.00 | DJB |
| | E-mail from Justin Woods re: list of potential class members. | 0.30 | 82.50 | DJB |
| | E-mail from Mark Staley attaching spreadsheet concerning analysis of claimants (review same). | 0.40 | 110.00 | DJB |
| | Participate in telephone conference with all attorneys -- preparation for fairness hearing. | 1.00 | 250.00 | RSE |
| Aug-09-11 | Prepare methodology. | 3.50 | 962.50 | DJB |

| | | | | |
|---|---|---|---|---|
| | Telephone conference with Lorrie Hargrove re: CAFA issue. | 0.20 | 55.00 | DJB |
| | Telephone conversation with Amanda Ballay re: CAFA issue. | 0.20 | 55.00 | DJB |
| | Telephone conference with Lorrie Hargrove. | 0.30 | 82.50 | DJB |
| | E-mail to Amanda Ballay re: CAFA issue. | 0.40 | 110.00 | DJB |
| | Receive and review e-mail from Lorrie Hargrove attaching draft CAFA notice documents. | 0.50 | 137.50 | DJB |
| | Receive and review revised Henderson declaration. | 0.40 | 110.00 | DJB |
| | E-mail from Lorrie Hargrove attaching research concerning CAFA notice. | 0.40 | 110.00 | DJB |
| | Multiple e-mails re: evidence for fairness hearing. | 0.50 | 137.50 | DJB |
| Aug-10-11 | Revise draft recommendations. | 2.60 | 715.00 | DJB |
| | Telephone conference with Wayne Henderson re: methodolgy. | 0.30 | 82.50 | DJB |
| | Revisions and additional drafting to Special Master Report as well as conferences with DJB regarding same. | 0.60 | 150.00 | RSE |
| Aug-11-11 | Telephone conversation with Lorrie Hargrove re: recommendations.; e-mail to Lorrie Hargrove re: recommendations. | 0.40 | 110.00 | DJB |
| | Telephone conversation with CADA re: integrity of claims. | 0.30 | 82.50 | DJB |
| | Conference regarding Special Master recommendations on methodology and revisions to same. | 0.50 | 137.50 | DJB |
| | Conference regarding Special Master recommendations on methodology and revisions to same. | 0.50 | 125.00 | RSE |
| Aug-12-11 | Multiple e-mails to and from Lorrie Hargrove re: methodology. | 0.80 | 220.00 | DJB |

| | | | | |
|---|---|---|---|---|
| | Receive and review list of evidence for fairness hearing. | 0.50 | 137.50 | DJB |
| | E-mails to and from Lorrie Hargrove re: declaration. | 0.30 | 82.50 | DJB |
| | E-mail correspondence to Amanda Ballay regarding Special Master recommendations and methodology. | 0.20 | 50.00 | RSE |
| Aug-15-11 | Multiple e-mails to and from Lorrie Hargrove re: methodology and declarations. | 1.70 | 467.50 | DJB |
| | E-mail from Frank D'Amico's office re: potential participants in settlement. | 0.40 | 110.00 | DJB |
| Aug-16-11 | Telephone conference with Wayne Henderson. | 0.20 | 55.00 | DJB |
| | Participate in telephone conference call. | 1.20 | 330.00 | DJB |
| | Receive and review evidence list from Lorrie Hargrove. | 0.60 | 165.00 | DJB |
| | E-mail from Amanda Ballay re: CADA issue. | 0.20 | 55.00 | DJB |
| | E-mail from Amanda Ballay re: fairness hearing. | 0.20 | 55.00 | DJB |
| | E-mail from Lorrie Hargrove re: declaration. | 0.20 | 55.00 | DJB |
| | Receive and review draft brief concerning CAFA issue. | 1.20 | 330.00 | DJB |
| | E-mail from Lorrie Hargrove re: final order; review same (attached final order). | 0.60 | 165.00 | DJB |
| Aug-17-11 | Telephone conference with Lorrie Hargrove re: declaration and methodology. | 0.30 | 82.50 | DJB |
| | Prepare various documents for fairness hearing; conversations with various parties. | 5.50 | 1,512.50 | DJB |
| Aug-18-11 | E-mail to Denise Martin re: declaration. | 0.30 | 82.50 | DJB |
| | Multiple e-mails to and from Lorrie Hargrove and Denise Martin re: declaration. | 1.00 | 275.00 | DJB |
| Aug-23-11 | E-mail from Dustin Mire re: plaintiff fact sheets. | 0.20 | 55.00 | DJB |

| | | | | |
|---|---|---|---|---|
| | E-mail with chart concerning claimants; review same. | 0.30 | 82.50 | DJB |
| | E-mail from Doug Schmidt re: claim submissions. | 0.30 | 82.50 | DJB |
| Aug-25-11 | Discussions with Wayne Henderson and CADA regarding P&N agreements, Doug Schmidt issues, allocation letters, objection hearings and numerous other issues. | 0.80 | 220.00 | DJB |
| | E-mail from Wayne Henderson re: claim forms. | 0.20 | 55.00 | DJB |
| | E-mail from Dustin Mire re: Schmidt submissions. | 0.30 | 82.50 | DJB |
| | Discussions with Wayne Henderson and CADA regarding P&N agreements, Doug Schmidt issues, allocation letters, objection hearings and numerous other issues. | 0.80 | 200.00 | RSE |
| Aug-31-11 | Receive and review account statement from Regions. | 0.30 | 82.50 | DJB |
| Sep-08-11 | E-mail from Justin Woods re: objection. | 0.20 | 55.00 | DJB |
| Sep-13-11 | E-mail to Justin Woods re: objection. | 0.20 | 55.00 | DJB |
| Sep-15-11 | E-mail from Wayne Henderson re: late submissions. | 0.20 | 55.00 | DJB |
| Sep-19-11 | E-mail from Frank D'amico's office re: change of address of claimant. | 0.20 | 55.00 | DJB |
| | Receive and review e-mail from Drew Blanchard re: issues with Torres submissions. | 0.20 | 55.00 | DJB |
| Sep-21-11 | Receive and review e-mail from Justin Woods re: inventory spreadsheets. | 0.20 | 55.00 | DJB |
| Sep-22-11 | Receive and review e-mail from Dustin Mire. | 0.20 | 55.00 | DJB |
| | E-mail from Drew Blanchard re: Torres claims. | 0.30 | 82.50 | DJB |
| Sep-26-11 | E-mail from Tim Weitzel re: Watts clients. | 0.20 | 55.00 | DJB |
| | E-mail from Drew Blanchard re: Watts clients. | 0.20 | 55.00 | DJB |

| | | | | |
|---|---|---|---|---|
| Sep-28-11 | Telephone conference with Wayne Henderson. | 0.30 | 75.00 | RSE |
| Sep-30-11 | Receive and review escrow account statement. | 0.30 | 82.50 | DJB |
| Oct-03-11 | E-mail from Drew Blanchard re: Watts submissions. | 0.20 | 55.00 | DJB |
| | E-mail from Drew Blanchard re: additional estimates concerning claimant information. | 0.20 | 55.00 | DJB |
| | E-mail to Drew Blanchard re: handling of Torres claims. | 0.20 | 55.00 | DJB |
| | E-mail from Drew Blanchard re: handling of Torres claims. | 0.30 | 82.50 | DJB |
| | Telephone conference with Dustin Mire re: status. | 0.20 | 55.00 | DJB |
| Oct-04-11 | E-mail to Drew Blanchard re: deadlines. | 0.20 | 55.00 | DJB |
| Oct-06-11 | Telephone conversation with Wayne Henderson. | 0.30 | 82.50 | DJB |
| Oct-13-11 | Telephone conference with Judge's office re: draft motions. | 0.40 | 110.00 | DJB |
| Oct-17-11 | Telephone conference with Jerry Meunier. | 0.50 | 137.50 | DJB |
| | Telephone conference with Wayne Henderson. | 0.30 | 82.50 | DJB |
| Oct-18-11 | E-mail from Drew Blanchard re: Watts Hilliard claims. | 0.20 | 55.00 | DJB |
| | Receive and review e-mail from Nicole Porter of Watts Hilliard Firm re: new contact information. | 0.20 | 55.00 | DJB |
| | E-mail from Nicole Porter re: discussions with CADA. | 0.20 | 55.00 | DJB |
| | E-mail from Drew Blanchard re: additional information from Watts Hilliard. | 0.20 | 55.00 | DJB |
| Oct-19-11 | E-mail from Nicole Porter re: contacts with CADA re: Watts Hilliard information. | 0.20 | 55.00 | DJB |
| | Receive and review e-mail from Drew Blanchard re: late filed claimants. | 0.20 | 55.00 | DJB |

| Date | Description | | | |
|---|---|---|---|---|
| Oct-20-11 | Receive and review e-mail from Drew Blanchard re: potentially late allocations. | 0.20 | 55.00 | DJB |
| | E-mail to Drew Blanchard re: late filed claims. | 0.30 | 82.50 | DJB |
| Oct-21-11 | E-mail to Drew Blanchard re: Watts Williard claims. | 0.20 | 55.00 | DJB |
| | E-mail Drew Blanchard re: late filed claimants. | 0.20 | 55.00 | DJB |
| | E-mail from Drew Blanchard re: Watts Hilliard claims. | 0.20 | 55.00 | DJB |
| Oct-25-11 | E-mail from Denise Martin re: telephone contact from clients. | 0.20 | 55.00 | DJB |
| Oct-27-11 | E-mail from Drew Blanchard re: Watts Hilliard clients. | 0.20 | 55.00 | DJB |
| | E-mail to Drew Blanchard re: Watts Hilliard clients. | 0.20 | 55.00 | DJB |
| Oct-28-11 | Telephone conference with Wayne Henderson. | 0.30 | 82.50 | DJB |
| Oct-31-11 | E-mail from April Flanagan re: status. | 0.20 | 55.00 | DJB |
| | Receive and review escrow statement. | 0.30 | 82.50 | DJB |
| Nov-01-11 | E-mail from Jerry Meunier re: status. | 0.10 | 27.50 | DJB |
| | E-mail to Nicole Porter re: status of Watts Hilliard claimants. | 0.20 | 55.00 | DJB |
| | E-mail from Nicole Porter re: Watts Hilliard claimants. | 0.20 | 55.00 | DJB |
| Nov-03-11 | Telephone conversation with Wayne Henderson. | 0.30 | 82.50 | DJB |
| | E-mail from Wayne Henderson re: Watts claims. | 0.20 | 55.00 | DJB |
| | Receive and review and reply to e-mail from Dustin Mire concerning Hurricane Legal Center claimants. | 0.40 | 110.00 | DJB |
| Nov-06-11 | Receive and review e-mail from Nicole Porter of Watts Hilliard re: spreadsheet of clients. | 0.30 | 82.50 | DJB |

| | | | | |
|---|---|---|---|---|
| Nov-08-11 | E-mail from Wayne Henderson re: publication of notice. | 0.20 | 55.00 | DJB |
| | E-mail from Adele Owen re: publication of notice. | 0.10 | 27.50 | DJB |
| | Receive and review revised class representatives list. | 0.30 | 82.50 | DJB |
| Nov-14-11 | Receive and review order from court re: status conference. | 0.20 | 55.00 | DJB |
| Nov-15-11 | Prepare recommendations re: class representative awards. | 0.50 | 137.50 | DJB |
| Nov-17-11 | Travel to and from N.O.; attend several meetings with court and counsel before and after court scheduled status conference. | 7.00 | 1,925.00 | DJB |
| | Travel to and from N.O.; attend several meetings with court and counsel before and after court scheduled status conference. | 7.00 | 1,750.00 | RSE |
| Nov-18-11 | Receive and review Pretrial Order No. 92. | 0.30 | 82.50 | DJB |
| Nov-30-11 | Receive and review escrow statement. | 0.30 | 82.50 | DJB |
| | Meeting with Wayne Henderson and Dustin Mire at their office to review numerous issues, including duplicates; VIN number issues; other technical difficulties related to distribution, etc. | 2.00 | 550.00 | DJB |
| | Meeting with Wayne Henderson and Dustin Mire at their office to review numerous issues, including duplicates; VIN number issues; other technical difficulties related to distribution, etc. | 2.00 | 500.00 | RSE |
| Dec-01-11 | E-mail from Dustin Mire with spreadsheet concerning questionable claims. | 0.40 | 110.00 | DJB |
| | Telephone conference with Dustin Mire re: questionable claims. | 0.30 | 82.50 | DJB |
| Dec-06-11 | Email from Dustin Mire re: format of spreadsheet. | 0.20 | 55.00 | DJB |
| | Receive and review spreadsheet concerning accounting recap. | 0.40 | 110.00 | DJB |

|  | Receive and review email from Justin Woods re: billing procedures. | 0.20 | 55.00 | DJB |
|---|---|---|---|---|
|  | Extended telephone conference with CADA regarding numerous issues on allocations and reserves; Finalizing issues and plan of action with respect to filing orders and deadlines. | 0.50 | 137.50 | DJB |
|  | Extended telephone conference with CADA regarding numerous issues on allocations and reserves; Finalizing issues and plan of action with respect to filing orders and deadlines. | 0.50 | 125.00 | RSE |
| Dec-07-11 | Email from Wayne Henderson re: anticipated fees. | 0.20 | 55.00 | DJB |
| Dec-08-11 | Telephone conference with Wayne Henderson. | 0.20 | 55.00 | DJB |
|  | Receive and review multiple emails from CADA concerning allocations. | 0.40 | 110.00 | DJB |
| Dec-09-11 | E-mail from April Flanagan re: orders to be signed by court. | 0.20 | 55.00 | DJB |
| Dec-14-11 | Receive and review spreadsheets from CADA re: allocations. | 0.40 | 110.00 | DJB |
|  | Drafting and preparing Motion for Approval of Special Master's Recommendations on Methodology and Allocations, Motion to File Exhibit Under Seal, Notice of Hearing on Methodology, Notice of Submission, Motion for Court Approval, Orders to correspond with all motions; conferences with DJB regarding same as well as with CADA regarding deadlines and letters and exhibits. | 4.80 | 1,200.00 | RSE |
| Dec-15-11 | Prepare recommendations re: allocations. | 3.00 | 825.00 | DJB |
|  | Receive and review additions to Bencomo claimant list. | 0.30 | 82.50 | DJB |
|  | Receive and review updated spreadsheets re: allocations. | 0.40 | 110.00 | DJB |
|  | Email from D'Amico Law Firm re: additional claimants. | 0.30 | 82.50 | DJB |
|  | Receive and review email from Justin Woods re: billing procedure. | 0.20 | 55.00 | DJB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-16-11 | Additional revisions to all motions; email correspondences with April Flanagan regarding same; finalizing all motions, orders and exhibits. | 2.60 | 650.00 | RSE |
| Dec-19-11 | Finalizing and filing all orders and motions and sealing exhibit. | 1.40 | 350.00 | RSE |
| | Email correspondence with CADA regarding filed orders and deadlines for allocation letters and hearings. | 0.20 | 50.00 | RSE |
| Dec-23-11 | Email to Justin Woods re: procedure for billing. | 0.10 | 27.50 | DJB |
| | Email to Wayne Henderson re: outstanding fees. | 0.20 | 55.00 | DJB |
| Dec-27-11 | Drafting and revising allocation letters and Notice of Rights; numerous emails to and from CADA with revisions; finalizing deadline dates and resolving adress allocation issues. | 1.80 | 450.00 | RSE |
| | Totals | 117.60 | $31,705.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Daniel J. Balhoff | 92.20 | $275.00 | $25,355.00 |
| Randi S. Ellis | 25.40 | $250.00 | $6,350.00 |
| Totals | 117.60 | | $31,705.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Apr-26-11 | Michael T. Atkinson<br>Local Travel 04/20/11 P & N cpa 5.16 @ 0.51 | 2.63 |
| May-04-11 | Michael T. Atkinson<br>Local Travel travel  04/28/11 Postlethwaite & Netterville 7.27 @ 0.51 | 3.71 |
| Aug-31-11 | Fed Ex<br>Delivery services/messengers  Denise Martin 08/18/11 | 15.19 |

| | | |
|---|---|---|
| Oct-31-11 | Daniel J. Balhoff<br>Meals  08/22/11 | 25.59 |
| Dec-28-11 | Randi S. Ellis<br>Out-of-town travel  - 11/17/11 New Orleans, LA Fema non lit 155 @ 0.555 | 86.03 |
| | Randi S. Ellis<br>Out-of-town travel  - 11/17/11 New Orleans, LA parking Fema non-lit | 6.00 |

| | |
|---|---|
| Totals | $139.15 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$31,844.15** |

| | |
|---|---|
| **Balance Now Due** | **$31,844.15** |

# Perry, Atkinson, Balhoff, Mengis & Burns, L.L.C.

Post Office Box 83260
2141 Quail Run Drive
Baton Rouge, LA 70884-3260
Telephone:  225-767-7730
Fax: 225-767-7967
Tax ID:  72-1310179

UNKNOWN - 99395

January 27, 2012

| | |
|---|---|
| File #: | 99395-0002 |
| Inv #: | 63852 |

RE:    FEMA - Non-litigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-20-11 | Receive and review order granting motion to seal. | 0.10 | 27.50 | DJB |
| Dec-21-11 | Receive and review email from Dustin Mire re: form letters. | 0.20 | 55.00 | DJB |
| Dec-27-11 | Email from Dustin Mire re: allocation letters. | 0.20 | 50.00 | RSE |
| Dec-28-11 | Email from Dustin Mire re: allocation letters. | 0.20 | 55.00 | DJB |
| | Receive and review email from Dustin Mire re: draft email. | 0.20 | 55.00 | DJB |
| Jan-06-12 | Email from Wayne Henderson re: account information. | 0.20 | 55.00 | DJB |
| | Email from Justin Woods re: escrow account. | 0.20 | 55.00 | DJB |
| | Meeting with Wayne Henderson and Dustin Mire regarding deadlines; letters; objections and plan of action for hearings as well as other issues. | 0.60 | 165.00 | DJB |
| | Meeting with Wayne Henderson and Dustin Mire regarding deadlines; letters; objections and plan of action for hearings as well as other issues. | 0.60 | 150.00 | RSE |

|          |                                                                                                                      |      |        |     |
|----------|----------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|          | Final approval of claims allocation letter and notice of rights.                                                     | 0.20 | 50.00  | RSE |
|          | Email correspondence to April Flanagan regarding possible hearing dates and outline of status of non-lit deadlines.  | 0.20 | 50.00  | RSE |
| Jan-10-12 | Receive and review email from Justin Woods re: escrow account.                                                      | 0.10 | 27.50  | DJB |
| Jan-11-12 | Receive and review revised accounting and budget.                                                                   | 0.50 | 137.50 | DJB |
| Jan-12-12 | Receive and review email from Scott Deuver re: request for information in dealing with governmental entities.        | 0.30 | 82.50  | DJB |
| Jan-13-12 | Receive and review Order Adopting Special Master Recommendations.                                                   | 0.20 | 55.00  | DJB |
|          | Email from Dustin Mire re: mailing to claimants.                                                                    | 0.20 | 55.00  | DJB |
|          | Email from David Carr re: late claims.                                                                              | 0.30 | 82.50  | DJB |
|          | Email correspondences to and from April Flanagan re: notice of submission and whether or not order for motion on methodology had been signed. | 0.20 | 50.00  | RSE |
| Jan-14-12 | Email to David Carr re: late claims.                                                                                | 0.40 | 110.00 | DJB |
| Jan-16-12 | Email correspondences to and from Dustin Mire regarding Medicare/Medicaid requested information.                    | 0.20 | 50.00  | RSE |
|          | Email correspondences to and from Dustin Mire regarding non-lit information for Garretson.                          | 0.20 | 50.00  | RSE |
|          | E-mail correspondences from and to Scott Duever regarding non-lit information; spreadsheets and resolution of same. | 0.20 | 50.00  | RSE |
| Jan-17-12 | Email correspondences from and to Scott Duever regarding additional information on claimants for Medicare resolution. | 0.20 | 50.00  | RSE |
|          | Telephone conference with Dustin Mire regarding callers and questions regarding allocation letters.                 | 0.20 | 50.00  | RSE |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Email correspondences to and from Dustin Mire regarding non-lit objection letters. | 0.20 | 50.00 | RSE |
| Jan-18-12 | Email correspondence to April Flanagan regarding status of non-lit objections; letters; scheduling hearing and other matters. | 0.20 | 50.00 | RSE |
| Jan-20-12 | Email correspondences to and from April Flanagan regarding date for non-lit objection hearings. | 0.20 | 50.00 | RSE |
| Jan-23-12 | Email correspondences to and from CADA, April Flanagan and others organizing and setting FEMA non-lit objection hearing date. | 0.20 | 50.00 | RSE |
| | Receipt and review of numerous objection letters; scanning and response to CADA regarding same as well as drafting letter to respond to objection letters. | 0.60 | 150.00 | RSE |
| Jan-25-12 | Receipt and review of objection letters and email correspondences to CADA regarding same. | 0.20 | 50.00 | RSE |
| | Telephone conference with CADA re: returned letters; phone calls; objection response. | 0.20 | 50.00 | RSE |
| | Totals | 7.90 | $2,067.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Daniel J. Balhoff | 3.70 | $275.00 | $1,017.50 |
| Randi S. Ellis | 4.20 | $250.00 | $1,050.00 |
| Totals | 7.90 | | $2,067.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Totals | | $0.00 |

**Total Fee & Disbursements** — $2,067.50

**Balance Now Due** — $33,911.65