AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Margurita Hawkins, et al. *Plaintiff* v. Lakeside Park Homes, Inc., et al. *Defendant* | ) ) ) ) Civil Action No. 11-00370 ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lakeside Park Homes, Inc.
Through Its Registered Agent
Ben C. Jarvis
70 Peachstate Dr.
Adel, GA 31620

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Mar 18 2011

*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-00370

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lakeside Park Homes, Inc., Ben Jarvis
was received by me on *(date)* April 4, 2011.

☑ I personally served the summons on the individual at *(place)* 70 Peachstate Drive
Adel, GA 31620 on *(date)* April 7, 2011; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):*
7010 1670 0000 5165 1875

My fees are $ _____ for travel and $ _____ for services, for a total of $ 7.34.

I declare under penalty of perjury that this information is true.

Date: 7/13/2011

*Server's signature*

Frank J. D'Amico, Jr., Esq.
*Printed name and title*

4731 Canal St., New Orleans, LA 70119
*Server's address*

Additional information regarding attempted service, etc:





Home | Help | Sign In

Track & Confirm     FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7010 1670 0000 5165 1875**
Status: **Vacant**

Your item was returned to the sender on April 07, 2011 because the address was vacant and no further information was available. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >) (?)    (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)