Case 2:07-md-01873-KDE-MBN Document 24677 Filed 02/29/12 Page 1 of 4
Case 2:07-md-01873-KDE-ALC Document 12839 Filed 03/12/10 Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| MICHAEL JONES, et al <br><br> *Plaintiff* <br> v. <br> STEWART PARK HOMES, INC., et al <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 09-8595 ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stewart Park Homes, Inc.
Through its agent for Service of Process
A. Lucas Stewart, III
219 Industrial Blvd.
Thomasville, GA 31792

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Frank J. D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: __Mar 12 2010__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-8595

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stewart Park Homes
was received by me on *(date)* 4-22-10.

☒ I personally served the summons on the individual at *(place)* 219 Industrial Blvd
Thomasville, GA 31792 on *(date)* 5-6-10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail # 7008 0150 0000 0305 3558 Served on 5-6-10.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 7.17 .

I declare under penalty of perjury that this information is true.

Date: June 2, 2011

*Server's signature*

Frank J. D'Amico, Jr. Esq.
*Printed name and title*

Frank J. D'Amico, Jr., APLC
4731 Canal Street
New Orleans, LA 70119
*Server's address*

Additional information regarding attempted service, etc:





Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 0150 0000 0305 3558**
Status: **Delivered**

Your item was delivered at 1:44 pm on May 06, 2010 in NEW ORLEANS, LA 70113. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA