UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Ann M. Terrell v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 12-548 | * | |

*******************************************************************************

## ORDER

Considering the foregoing Motion to Join Defendant, Shaw Environmental Inc.'s Notice of Removal;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Join Defendant, Shaw Environmental Inc.'s Notice of Removal is hereby **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

00316557-1