UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE       MDL NO. 1873
PRODUCT LIABILITY LITIGATION

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed in Record Documents*
*24550, 24551, 24554, 24555 & 24587*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO ORDERS (REC. DOCS. 24550, 24551, 24554, 24555 & 24587) REGARDING SERVICE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the matters listed in Record Documents 24550, 24551, 24554, 24555 & 24587, who for the reasons set forth in the attached memorandum in support respectfully move the Court to extend the deadline to respond to Orders at Record Documents 24550, 24551, 24554, 24555 & 24587 for an additional sixty (60) days, or until May 1, 2012, pending responses to discovery issued to Co-Liaison Counsel for the Insurer Defendants in this MDL.

The undersigned has contacted liaison counsel, counsel for IA/TACs, and counsel for FEMA, and opposition to this Motion has been expressed only to the extent that Mississippi plaintiffs are involved. Therefore, the undersigned files this Motion as opposed.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion and extend the deadline to respond to Court Orders at 24550, 24551, 24554, 24555 & 24587 an additional sixty (60) days, or until May 1, 2012.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

<pre>
                    BY:    /s/Justin I. Woods
                           GERALD E. MEUNIER, #9471
                           JUSTIN I. WOODS, #24713
                           **PLAINTIFFS' CO-LIAISON COUNSEL**
                           Gainsburgh, Benjamin, David, Meunier &
                           Warshauer, L.L.C.
                           2800 Energy Centre, 1100 Poydras Street
                           New Orleans, Louisiana 70163
                           Telephone:    504/522-2304
                           Facsimile:    504/528-9973
                           gmeunier@gainsben.com
                           jwoods@gainsben.com


                           **COURT-APPOINTED PLAINTIFFS'
                           STEERING COMMITTEE**
                           ROBERT M. BECNEL #14072
                           RAUL BENCOMO, #2932
                           ANTHONY BUZBEE, Texas #24001820
                           FRANK D'AMICO, JR., #17519
                           ROBERT C. HILLIARD, Texas #09677700
                           MATT MORELAND, #24567
                           DENNIS C. REICH Texas #16739600
                           MIKAL C. WATTS, Texas #20981820
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<pre>
                                   s/Justin I. Woods
                                   JUSTIN I. WOODS, #24713
</pre>