UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER FORMALDEHYDE**   **MDL NO. 1873**
**PRODUCT LIABILITY LITIGATION**

**SECTION "N-5"**

**JUDGE ENGELHARDT**
**MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed in Record Documents*
*24550, 24551, 24554, 24555 & 24587*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION
OF DEADLINE TO RESPOND TO ORDERS (REC. DOCS. 24550,
24551, 24554, 24555 & 24587) REGARDING SERVICE**

MAY IT PLEASE THE COURT:

Plaintiffs in the matters listed in Record Documents 24550, 24551, 24554, 24555 & 24587 respectfully move the Court to extend the deadline to respond to Orders at Record Documents 24550, 24551, 24554, 24555 & 24587 for an additional sixty (60) days, or until May 1, 2012, pending responses to discovery issued to Co-Liaison Counsel for the Insurer Defendants in this MDL.

In support of their motion, Plaintiffs aver that undersigned counsel has issued discovery requests to Insurer Liaison Counsel and other insurer counsel, requesting any and all insurance information on the defendants listed in the Court's Orders at Record Documents 24550, 24551, 24554, 24555 & 24587. The undersigned issued discovery requests to Insurer Liaison Counsel on February 16, 2012, the day after Orders at Record Documents 24550, 24551, 24554 & 24555 were entered. The undersigned requested expedited consideration from Insurer Liaison Counsel; however, it was conveyed that responses to these requests would likely take more than two weeks to respond. Answers to this discovery are due on Monday, March 19, 2012. Plaintiffs have

also issued a subpoena to FEMA for any and all procurement or other contracts related to the entities listed in the above mentioned Orders.

Although summons have been returned executed against some of these defendants with no responsive pleadings filed (Rec. Docs. 24551, 24554), and thus the posture of these cases would suggest a default judgment is in order, most are defunct entities for which no insurance information is presently known by Plaintiffs. Therefore, a default judgment at this point in time would not necessarily lead to the recovery of alleged damages that Plaintiffs seek in their respective complaints. Furthermore, to the extent Mississippi plaintiffs are involved, the undersigned believes an answer on available insurance coverage will affect various plaintiffs' counsel's decisions regarding whether to respond to the Court's Orders with a request for entry of a default judgment.

If Plaintiffs are successful in discovering insurance information from the aforementioned discovery requests, Plaintiffs would presumably then request leave of this Court to add those insurers as direct action defendants and/or file a motion for entry of default judgment.

For all of these reasons, Plaintiffs respectfully request that this Honorable Court grant their Motion and extend the deadline to respond to Court Orders at 24550, 24551, 24554, 24555 & 24587 an additional sixty (60) days, or until May 1, 2012.

        Respectfully submitted:

        **FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

        BY:   */s/Justin I. Woods*
               GERALD E. MEUNIER, #9471
               JUSTIN I. WOODS, #24713
               **PLAINTIFFS' CO-LIAISON COUNSEL**
               Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

3