UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed in Record Documents*
*24550, 24551, 24554, 24555 & 24587*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that Plaintiffs Motion for Extension of Time to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587) Regarding Service is hereby GRANTED.

Accordingly, the deadline for Plaintiffs to respond to Orders at Record Documents 24550, 24551, 24554, 24555 & 24587 is extended to May 1, 2012.

THIS DONE the ____ day of _____, 2012, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHART