UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE           MDL NO. 1873
         PRODUCT LIABILITY LITIGATION

                                           SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*The Member Case Nos. Listed in Record Documents*
*24550, 24551, 24554, 24555 & 24587*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:    ALL COUNSEL OF RECORD

       **IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Extension of Deadline to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587) Regarding Service is hereby set for submission on the 21st day of March, 2012, at 9:30 a.m.


                              Respectfully submitted:

                              **FORMALDEHYDE TRAILER FORMALDEHYDE**
                              **PRODUCT LIABILITY LITIGATION**

                              BY:    */s/Justin I. Woods*
                                     GERALD E. MEUNIER, #9471
                                     JUSTIN I. WOODS, #24713
                                     **PLAINTIFFS' CO-LIAISON COUNSEL**
                                     Gainsburgh, Benjamin, David, Meunier &
                                     Warshauer, L.L.C.
                                     2800 Energy Centre, 1100 Poydras Street
                                     New Orleans, Louisiana 70163
                                     Telephone:   504/522-2304
                                     Facsimile:   504/528-9973
                                     gmeunier@gainsben.com
                                     jwoods@gainsben.com

                                          **COURT-APPOINTED PLAINTIFFS'**
                                        **STEERING COMMITTEE**
                                        ROBERT M. BECNEL #14072
                                        RAUL BENCOMO, #2932
                                        ANTHONY BUZBEE, Texas #24001820
                                        FRANK D'AMICO, JR., #17519
                                        ROBERT C. HILLIARD, Texas #09677700
                                        MATT MORELAND, #24567
                                        DENNIS C. REICH Texas #16739600
                                        MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Justin I. Woods
                                              JUSTIN I. WOODS, #24713