**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER FORMALDEHYDE         MDL NO. 1873
     PRODUCT LIABILITY LITIGATION

                                            SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed in Record Documents*
*24550, 24551, 24554, 24555 & 24587*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXPEDITED CONSIDERATION**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who, for the reasons

set forth in the attached memorandum in support, respectfully request that the Motion for

Extension of Deadline to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587)

Regarding Service be heard on an expedited basis.

                          Respectfully submitted:

                          **FEMA TRAILER FORMALDEHYDE**
                          **PRODUCT LIABILITY LITIGATION**

                          BY:     s/Justin I. Woods
                                            GERALD E. MEUNIER, #9471
                                            JUSTIN I. WOODS, #24713
                                          **PLAINTIFFS' CO-LIAISON COUNSEL**
                                          Gainsburgh, Benjamin, David, Meunier &
                                          Warshauer, L.L.C.
                                          2800 Energy Centre, 1100 Poydras Street
                                          New Orleans, Louisiana 70163
                                          Telephone:    504/522-2304
                                          Facsimile:    504/528-9973
                                          gmeunier@gainsben.com
                                          jwoods@gainsben.com

                                          **COURT-APPOINTED PLAINTIFFS'**

**STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 29, 2012.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2