UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE            MDL NO. 1873
PRODUCT LIABILITY LITIGATION

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed in Record Documents 24550, 24551, 24554, 24555 & 24587*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

MAY IT PLEASE THE COURT:

Plaintiffs respectfully request that the Motion for Extension of Deadline to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587) Regarding Service be heard on an expedited basis. Although the motion is presently set for March 21, 2012, the circumstances justify an expedited hearing because of the impending deadlines pertaining to the above-listed Orders. The requested relief will allow time for plaintiffs to potentially discover information regarding insurance coverage for the defunct and/or non-answering defendants at issue in these Orders.

Therefore, expedited consideration is required in advance of the Court's next regularly scheduled motion day. Accordingly, Plaintiffs respectfully request that this Motion for Expedited Consideration be granted.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Justin I. Woods

GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 29, 2012.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2