UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed in Record Documents*
*24550, 24551, 24554, 24555 & 24587*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's Motion for Expedited Consideration of its Motion for Extension of Deadline to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587) Regarding Service is hereby GRANTED. Plaintiff's Motion for Extension of Deadline to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587) Regarding Service will be heard on the _____ day of March, 2012.

New Orleans, Louisiana, this _____ day of March, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE