UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to: | * * | JUDGE ENGELHARDT |
| *Kasinda Brumfield, et al v. Pilgrim International, Inc., et al*<br>No. 10-2248 | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Crum & Forster Specialty Insurance Company ("Crum & Forster"), which respectfully moves this Honorable Court for Partial Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to declare an absence of liability insurance coverage under the policy of insurance issued by Crum & Forster Specialty Insurance Company to Pilgrim International, Inc. with reference to any plaintiff who moved into a trailer manufactured by Pilgrim International, Inc., provided as an Emergency Housing Unit (EHU) in Louisiana on or after April 1, 2006.[1]  The factual and legal basis for this Motion is set forth in the attached Memorandum in Support.

---

[1] A complete list of the plaintiffs to whom this motion is directed and the cases they belong to is attached as Exhibit "A".

1

2

Plaintiffs' Liaison Counsel was contacted pursuant to Pre-Trial Order 10 § 1.  No response was received and the motion is filed as opposed.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __1st_ DAY OF __March__, 2012.

_____/s Eric B .Berger_____

_____*/s Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290

2