# EXHIBIT A

# Plaintiffs Who Occupied Trailers in Louisiana After Crum & Forster Specialty Insurance Company's Policy Period Ended

*Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., et al (10-2248)*

- Angela Marie Carter  (10/1/2008)
- Cierra Parker  (2/08-7/08)
- Andrew Briscoe  (5/06-8/07)
- Kahili Dominick (6/06-1/08)
- Kahili Dominick on behalf of K.D. (6/06-1/08)
- Kahili Dominick on behalf of K.D. (6/06-1/08)
- Dashone Brown (6/06-7/08)
- Dashone Brown on behalf of D. B. (6/06-7/08 *and not born until 2008)
- Alexis Vaughn on behalf of A.V. (9/1/07-12/1/07)
- Angela Vaughn on behalf of J.V. (9/1/07-12/1/07)
- Angela Vaughn  (9/1/07-12/1/07)
- Juan Vaughn  (9/1/07-12/1/07)
- Kasinda Brumfield on behalf of K.B. (move-in and move-out dates unknown *but was not born until after Crum & Forster policy period ended)
- Regina Journee  (5/06-3/08)
- Regina Journee on behalf of J.J. (move-in and move-out dates unknown *but was not born until 2008 after Crum & Forster policy ended)
- Carwell, Dana (5/1/07 – 6/1/08)
- Carwell, Dana obo L.C. (1) (5/1/06 – 6/1/08)

- Carwell, Dana obo L.C. (2) (5/1/06 – 6/1/08)
- Carwell, Lonie Jr. (5/1/07 – 6/1/08)
- Carwell, Lonie obo L.C. (5/1/06 – 6/1/08)
- Kashala Flowers  (12/06 – 1/08)