UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| Kasinda Brumfield, et al v. Pilgrim | * | MAGISTRATE CHASEZ |
| International, Inc., et al | * | |
| No. 10-2248 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## II.  STATEMENT OF UNCONTESTED MATERIAL FACTS

A. Pilgrim International, Inc., manufactured travel trailers.[1]

B. Approximately 5,225 travel trailers manufactured by Pilgrim International, Inc., were ultimately purchased by FEMA for use as EHU's.

C. Crum & Forster issued a policy of insurance to Pilgrim.[2]

D. Crum & Forster issued policy #GLO081110 to Pilgrim.[3]

E. Crum & Forster policy #GLO081110 contained a policy period of March 31, 2005 through March 31, 2006.[4]

F. Crum & Forster policy #GLO081110 expired on March 31, 2006.[5]

G. 21 Louisiana plaintiffs alleged that they resided in Pilgrim trailers, but they did not move into them until after March 31, 2006.[6]

---

[1] See Amended Complaint for Damages, ¶ 2.
[2] See Exhibit "B", Insurance Policy.
[3] See Exhibit "B", Insurance Policy.
[4] See Exhibit "B", Insurance Policy.
[5] See Exhibit "B", Insurance Policy.
[6] See Exhibit "A" and "A-1" through "A-21".

H. These 21 plaintiffs, listed in Exhibit A, suing Crum & Forster did not reside in Pilgrim trailers during the Crum & Forster policy period.

I. These plaintiffs were not exposed to formaldehyde from a Pilgrim trailer during the Crum & Forster policy period.

J. No bodily injury occurred for these plaintiffs during the Crum & Forster policy period.

K. These plaintiffs did not have any injury manifest from formaldehyde exposure in a Pilgrim trailer during the Crum & Forster policy period.

Respectfully submitted:

____/s Eric B. Berger_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
   ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __28th__ DAY OF __FEBRUARY__, 2012.

_____/s Eric B .Berger_____