UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| *Kasinda Brumfield, et al v. Pilgrim* | * | MAGISTRATE CHASEZ |
| *International, Inc., et al* | * | |
| No. 10-2248 | * | |
| | * | |

\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO: All counsel of Record

PLEASE TAKE NOTICE that Defendant, Crum & Forster Specialty Insurance Company, will bring forth for hearing its Motion for Partial Summary Judgment to declare no coverage for the claims of any plaintiff who resided in a travel trailer manufactured by Pilgrim International, Inc., and first moved into that trailer on or after April 1, 2006, which will be brought for hearing on the 21st day of March at 9:00 o'clock a. m. before the Honorable Kurt Engelhardt in the United States District Court, Eastern District of Louisiana, Section N (5), 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted:

*/s Eric B. Berger*
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS   1st  DAY OF   March  , 2012.

/s Eric B. Berger

4