UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Jessie Thomas v. Jayco, Inc.* | * | |
| Docket No. 10-1277 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Linda Hinton | * | |

*****************************************************************************

### UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On February 8, 2012, Defendants Jayco, Inc. ("Jayco") and Bechtel National, Inc. (collectively "Defendants"), moved this Court to dismiss the claims of Plaintiff, Linda Hinton, against the Defendants [Rec. Doc. No. 24472] on the grounds that Plaintiff, Linda Hinton, failed to produce Plaintiff Fact Sheets ("PFS") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On May 31, 2011, Jayco sent correspondence to Plaintiff's counsel advising that although Jayco had possession of Plaintiff's Amendments to the PFS, Plaintiff failed to provide a completed PFS. Upon receipt of the PFS, counsel for Jayco reviewed it and deemed the PFS deficient notwithstanding the information provided by the amendment. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiff's counsel on December 21, 2011. Defendants never received a response regarding the proposed Motion to Dismiss.

On February 8, 2012, Defendants proceeded with filing the opposed Motion to Dismiss due to lack of response from Plaintiff's counsel. On February 24, 2012, Jayco received deficiency answers for Plaintiff Linda Hinton (*See* deficiency answers received from Plaintiff's counsel

1

February 24, 2012, attached as Exhibit A). The undersigned counsel certifies that he has contacted Plaintiff's counsel, who does not oppose this motion. Thus, Defendants move this Court to withdraw their previously filed Motion to Dismiss as to Plaintiff, Linda Hinton.

Accordingly, Jayco, Inc. and Bechtel National, Inc. respectfully move the Court to grant their Motion to Withdraw the Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**

**FRILOT L.L.C.**

By:  s/*John J. Hainkel*
JOHN J. HAINKEL, III – La. Bar No. 18246
A.J. KROUSE – La. Bar No. 14426
PETER R. TAFARO – La. Bar No. 28776
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone : (504) 599-8000
Facsimile: (504) 599-8100

**Attorneys for Bechtel National, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 1st day of March, 2012.

               s/*Thomas L. Cougill*
               THOMAS L. COUGILL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion, and Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

               s/*Thomas L. Cougill*
               THOMAS L. COUGIL