UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Jessie Thomas v. Jayco, Inc.* | * | |
| Docket No. 10-1277 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Linda Hinton | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. No. 24472) filed by Jayco, Inc., and Bechtel National, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** as to plaintiff Linda Hinton only.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1