ATTORNEY'S NAME
AND ADDRESS:   701 Magazine St,
               New Orleans, LA 70130-3629

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 - 05965   3                                    SECTION:   14 - I

SCOTT, BRIDGET ET AL VERSUS LAKESIDE PARK HOMES, INC. ET AL

## CITATION

TO:  RAZZ ELECTRIAL SERVICES, LLC
     THROUGH: TAMELA R. RASBERRY
     84 H. STRANGE ROAD

     LACOMPTE              LA    71346

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

***

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   June 11, 2009

Clerk's Office, Room 402, Civil Courts Building,        DALE N. ATKINS, Clerk of
421 Loyola Avenue                                       The Civil District Court
New Orleans, LA                                         for the Parish of Orleans
                                                        State of LA
                                                        by _____
                                                                Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE                                        DOMICILIARY SERVICE

On this _____ day of _____    On this _____ day of _____
_____ served a copy of the w/i petition     _____ served a copy of the w/i petition
PETITION FOR DAMAGES                                    PETITION FOR DAMAGES

**SHERIFF'S RETURN**
DATE: 6/23/09
PERSONAL SERVICE: ✓
DOMICILIARY SERVICE: ___
DEPARTMENTAL SERVICE: ___
PERSON SERVED: ___
RELATIONSHIP: ___
BY: ___
DEPUTY SHERIFF RAPIDES PARISH
MILEAGE: ___

On RAZZ ELECTRIAL SERVICES, LLC                         On RAZZ ELECTRIAL SERVICES, LLC

THROUGH: TAMELA R. RASBERRY                             THROUGH: TAMELA R. RASBERRY

                                                        by leaving same at the dwelling house, or usual place of abode, in the hands of _____
Returned same day                                       a person of suitable age and discretion residing therein as
                                                        a member of the domiciliary establishment, whose name
                    No. _____                           and other facts connected with this service I learned by
Deputy Sheriff of _____                               interrogating HIM / HER the said _____
Mileage: $_____                                       RAZZ ELECTRIAL SERVICES, LLC

____ / ENTERED / ____                                   being absent from the domicile at time of said service.
PAPER           RETURN                                  Returned same day
                  39                                                    No. _____
SERIAL NO.    DEPUTY    PARISH                          Deputy Sheriff of _____

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

VERIFIED
N 30 09