UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-4455 | | * | |
| *Bridget Scott, et al. vs. Lakeside Park Homes*, Inc., et al. | | * * | JUDGE ENGELHARDT |
| | | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiffs in the above-captioned matter; that on June 10, 2009, she filed a Petition for Damages with the Civil District Court for the Parish of Orleans, on behalf of plaintiffs, and requested that the civil sheriff serve all named defendants. Counsel for plaintiffs has received notification from the Civil District Court for the Parish of Orleans that defendant, Razz Electrical Services, LLC, through Tamela R. Raspberry, 84 H. Strange Road, Lacompte, Louisiana 71346, was served with a copy of the Petition for Damages on June 23, 2009.

The affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

*[signature]*

**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed
before me, this 1st day of
March, 2012.

*[signature]*

CAYCE C. PETERSON (LA Bar Roll #32217)
My commission expires with life.