UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE  PRODUCTS LIABILITY LITIGATION | *  MDL NO. 1873  *  *  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | * |
| 09-3746:  *Shallowhorne v. Lakeside Park Homes, Inc., et al.* | *  JUDGE ENGELHARDT  * |
| 09-3747:  *Vaughn v. Lakeside Park Homes, Inc., et al.* | *  *  MAGISTRATE CHASEZ |
| 09-4455:  *Scott v. Lakeside Park Homes, Inc., et al.* | * |
| 09-5622:  *Samuels v. Lakeside Park Homes, Inc., et al.* | *  * |
| 09-6403:  *Bowser v. Lakeside Park Homes, Inc.,* | *  * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSE TO ORDER (DOCUMENT NO. 24550) REGARDING SERVICE OF SUMMONS ON DEFENDANT LAKESIDE PARK HOMES, INC.**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced cases who submit the following as proof of good cause for the failure of Plaintiffs to serve Defendant, Lakeside Park Homes, Inc. ("Lakeside") and request that Plaintiffs be permitted additional time to identify and locate Lakeside's insurer:

**I.      09-3746: *Shallowhorne v. Lakeside Park Homes Inc., et al.***

On September 9, 2009, Plaintiffs filed with this Honorable Court an Affidavit of attempted service on Lakeside (Doc. 3131-2). Attached hereto as Exhibit A. In this affidavit counsel described their efforts to serve Lakeside. The service of summons was undeliverable at Lakeside's registered address and the Georgia Secretary of State provided information that Lakeside was involuntarily or administratively dissolved on May 16, 2008. Counsel also learned from Robert C. Hillard, that the registered address for Lakeside was a vacant building and the location of the former President of Lakeside, Ben C. Jarvis, was

unknown because he was "possibly" in jail.

### II.     09-3747: *Vaughn v. Lakeside Park Homes, Inc., et al.*

On September 9, 2009, Plaintiff filed with this Honorable Court an Affidavit of attempted service on Lakeside (Doc. 3132-2). Attached hereto as Exhibit A. In this affidavit counsel described their efforts to serve Lakeside. The service of summons was undeliverable at Lakeside's registered address and the Georgia Secretary of State provided information that Lakeside was involuntarily or administratively dissolved on May 16, 2008. Counsel also learned from Robert C. Hillard, that the registered address for Lakeside was a vacant building and the location of the former President of Lakeside, Ben C. Jarvis, was unknown because he was "possibly" in jail.

### III.    09-4455: *Scott v. Lakeside Park Homes, Inc., et al.*

On September 11, 2009, Plaintiffs filed with this Honorable Court an Affidavit of attempted service on Lakeside (Doc. 3221-2). Attached hereto as Exhibit A. In this affidavit counsel described their efforts to serve Lakeside. The service of summons was undeliverable at Lakeside's registered address and the Georgia Secretary of State provided information that Lakeside was involuntarily or administratively dissolved on May 16, 2008. Counsel also learned from Robert C. Hillard, that the registered address for Lakeside was a vacant building and the location of the former President of Lakeside, Ben C. Jarvis, was unknown because he was "possibly" in jail.

### IV.     09-5622: *Samuels v. Lakeside Park Homes, Inc., et al.*

On September 12, 2009, Plaintiff filed with this Honorable Court an Affidavit of attempted service on Lakeside (Doc. 3258-2). Attached hereto as Exhibit A. In this affidavit

counsel described their efforts to serve Lakeside. The service of summons was undeliverable at Lakeside's registered address and the Georgia Secretary of State provided information that Lakeside was involuntarily or administratively dissolved on May 16, 2008. Counsel also learned from Robert C. Hillard, that the registered address for Lakeside was a vacant building and the location of the former President of Lakeside, Ben C. Jarvis, was unknown because he was "possibly" in jail.

### V.     09-6403: *Bowser v. Lakeside Park Homes, Inc., et al.*

On October 5, 2009, Plaintiffs filed with this Honorable Court an Affidavit of attempted service on Lakeside (Doc. 4622-2). Attached hereto as Exhibit A. In this affidavit counsel described their efforts to serve Lakeside. The service of summons was undeliverable at Lakeside's registered address and the Georgia Secretary of State provided information that Lakeside was involuntarily or administratively dissolved on May 16, 2008. Counsel also learned from Robert C. Hillard, that the registered address for Lakeside was a vacant building and the location of the former President of Lakeside, Ben C. Jarvis, was unknown because he was "possibly" in jail.

### VI.    CONCLUSION

Plaintiffs assert that the above referenced affidavits and information contained therein are proof of good cause for Plaintiffs' failure to serve Lakeside. Therefore, Plaintiffs' respectfully request that their claims against Lakeside not be dismissed and Plaintiffs be permitted additional time to identify and locate Lakeside's insurer.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  1st  day of March, 2012.

 /s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)