UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Keys v. Jayco, Inc.* | * | |
| Docket No. 09-8056 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Tommie Keys, Sr. | * | |

NOTICE OF NO OBJECTION
SUBJECT TO A RESERVATION OF RIGHTS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco, Inc., who responds to Plaintiffs' Motion(s) for Leave to File Amended Complaint (Rec. Doc. No. 24624), which is set for submission on March 21, 2012, by submitting that Jayco, Inc. has contacted Plaintiffs' counsels to address the Motion for Leave and advised that Jayco, Inc. does not oppose the Motion for Leave subject to a full reservation of rights on behalf of Jayco, Inc. to raise any and all defenses and/or exceptions, including, but not limited to, prescription. Accordingly, should the Court grant Plaintiffs' Motion(s) for Leave to File Amended Complaints, Jayco, Inc. respectfully requests that the Order(s) reflect that Jayco, Inc. reserves its rights to raise any and all defenses and/or exceptions, including, but not limited to, prescription.

1

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 1st day of March, 2012.

     s/*Thomas L. Cougill*
     THOMAS L. COUGILL