UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | CIVIL ACTION<br><br>NO. 07-1873<br><br>RELATES TO: 09-7692 "N"(5) |

*********************************************************************

## ANSWER

NOW COMES Home Choice USA, Inc., defendant herein, (hereinafter "Home Choice"), who responds to the Complaint for Damages of Russell Beaty, Sr. et. seq. and all other complainants in this proceeding, as follows:

### FIRST AFFIRMATIVE DEFENSE

Complainants fail to state of cause of action against Home Choice from which relief can be granted.

I.

Home Choice denies Paragraphs 1 and 2 as those paragraphs do not require a response by Home Choice.

II.

Home Choice denies Paragraphs 3 and 6 except to admit that it was a domestic corporation authorized to do and doing business in the State of Louisiana and that it is no longer in business since July 2005.

1

III.

Home Choice denies Paragraphs 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66 of the Complaint for Damages of Russell Beaty, Sr, et. seq. for lack of sufficient information to justify a belief therein and calls for strict proof.

V.

Out of an abundance of caution, Home Choice denies all other Paragraphs of the Complaint for Damages, including the prayer, of which it has not yet given response.

**AND NOW, FURTHER RESPONDING TO THE COMPLAINT:**

VI.

Home Choice maintains that it was no longer in business after July 2005 and that at no time did it act as an manufacturer or distributor of Fleetwood Homes, rather, it acted as a retailer in the sale of Fleetwood Homes prior to July 2005. Further, Home Choice maintains that at no time did it enter into any agreement or contract with Federal Emergency Management Agency ("FEMA") for the distribution or sale of trailers, mobile homes, travel trailers, motor homes, manufactured houses, or any other product of any kind involving FEMA.

VII.

WHEREFORE Home Choice USA, Inc. prays that this Court deem it answer to the Complaint for Damages of Russell Beaty, Sr. et. seq. and all other complainants in this proceeding be deemed good and sufficient and after due proceedings that this Court dismiss, with prejudice, the claims and causes of action of Russell Beaty, Sr. et. seq. and all other complainants in this proceeding at their costs. Home Choice USA, Inc. further prays for all relief which is just and equitable.

Respectfully submitted,

*Antonio Le Mon, s/s*
Antonio Le Mon (17320)
321 North Vermont Street
CourthHouse Square
Covington, Louisiana 70433
TELEPHONE: (985) 898-0024
ATTORNEY FOR HOME CHOICE USA, INC.,
DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties and counsels of record, via U. S. Mail, properly addressed and postage pre-paid and via facsimile this 1st day of March 2012.

*Antonio Le Mon, s/s*
ANTONIO Le MON