STATE OF MISSISSIPPI
COUNTY OF HANCOCK

### AFFIDAVIT OF DAWN BREUN

1. I am over twenty-one years of age and of sound mind to make this deposition.

2. I am an assistant for Edward Gibson of the law firm of Hawkins, Stracener & Gibson, PLLC

3. I have reviewed the physical file of the lawsuit known as <u>Charlene M. McBroom v. America Camper Manufacturing, LLC d/b/a Ameri-Camp, et al</u>, Civil Action No. 1:09cv788 HSO-JMR, United States District Court, Southern District of Mississippi.

4. On March 15, 2010, Summons and Complaint were mailed to American Camper Manufacturing, LLC via U.S. First Class Certified Mail, Return Receipt Requested. Exhibit "A".

5. On or about March 30, 3010, said envelope was returned "unclaimed" to the office of Hawkins, Stracener & Gibson, PLLC. Exhibit "B".

6. On or about April 1, 2010, Summons and Complaint were mailed to American Camper Manufacturing, LLC vis U.S. Express Mail, Return Receipt Requested. Exhibit "C".

7. On or about April 17, 2010, said envelope was also returned "unclaimed" to the office of Hawkins, Stracener & Gibson, PLLC. Exhibit "D".

Further Affiant sayeth not.

Thus sworn and said this the 1st day of March, 2012.

_____
Dawn Breun

Sworn and subscribed before me
this the 1st day of <u>March, 2012</u>,

_____
Notary Public          (SEAL)

(Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 83934, TAMMIE L. WISE, Commission Expires Jan. 23, 2015, HANCOCK COUNTY)