

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: American Camper through Peter Recchio
Street, Apt. No.; or PO Box No.: 1406 Greenleaf Blvd
City, State, ZIP+4: Elkhart, IN 46514



EXHIBIT "A"