


American Camper Manufacturing LLC
d/b/a Ameri-Camp
through its Agent for Service of Process
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

```
RECC406  46514301O 1A08 12 03/19/10
FORWARD TIME EXP RTN TO SEND
RECCHIO
2100 E BRISTOL ST APT D214
ELKHART IN 46514-6809

           RETURN TO SENDER
```

7009 2820 0003 3955 7909

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
American Camper Mfg dba
   Americamp through
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0003 3955 7909

PS Form 3811, February 2004    Domestic Return Receipt


EXHIBIT "B"