| EXPRESS MAIL | Customer Copy |
| --- | --- |
| | Label 11-B, March 2004 |

**UNITED STATES POSTAL SERVICE®  Post Office To Addressee**

EH 913134915 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 39520
- Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day
- Postage: $18.30
- Date Accepted: Mo. 4 / Day 1 / Year 10
- Scheduled Date of Delivery: Month 4 Day 2
- Return Receipt Fee: $2.30
- Time Accepted: 305 ☐ AM ☒ PM
- Scheduled Time of Delivery: ☐ Noon ☑ 3PM
- COD Fee: $
- Insurance Fee: $
- Flat Rate ☐ or Weight: lbs. / 10 ozs.
- ☐ 2nd Day ☐ 3rd Day
- Int'l Alpha Country Code
- Total Postage & Fees: $20.60
- Acceptance Emp. Initials: BP

**FROM:** (PLEASE PRINT)  PHONE ( )
Hawkins, Stracener & Gibson
153 Main St
Bay St Louis, MS 39520

**DELIVERY (POSTAL USE ONLY)**

- Delivery Attempt: Mo. __ Day __  Time __ ☐AM ☐PM  Employee Signature
- Delivery Attempt: Mo. __ Day __  Time __ ☐AM ☐PM  Employee Signature
- Delivery Date: Mo. __ Day __  Time __ ☐AM ☐PM  Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)

NO DELIVERY ☐ Weekend ☐ Holiday  Mailer Signature

**TO:** (PLEASE PRINT)  PHONE ( )
American Camper Mfg
dba Americamp
through Peter J Cecchio
2100 E Bristol St Apt D214
Elkhart, IN 46514-6807

ZIP + 4: 4 6 5 1 4 +

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

EMS

EXHIBIT "C"