**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Camper Mfg, LLC
d/b/a Ameri-Camp
Through Agent Peter J. Recchio
2100 E. Bristol St. Apt D214
Elkhart, IN 46514-6809

2. Article Number (Transfer from service label)   EH 9131349150S

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☑ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

EXHIBIT "A"

FINAL NOTICE

U.S. POSTAGE PAID
BAY ST. LOUIS, MS
APR 01 10
AMOUNT $20.60

EXPRESS MAIL
Post Office To Addressee
Addressee Copy
Label 11-B, March 2004

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail.
Este embalaje es propiedad del Servicio Postal de los Estados Unidos y se proporciona sólo para el envío de co... infracciones del código penal federal.

FOR PICKUP OR TRACKING CALL 1-800-222-1811
Visit WWW.USPS.COM