**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER FORMALDEHYDE     MDL NO. 1873
      PRODUCT LIABILITY LITIGATION

                                   SECTION "N-5"

                                     JUDGE ENGELHARDT
                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*The Member Case Nos. Listed Herein*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION (IN THE ALTERNATIVE) FOR ENTRY OF DEFAULT JUDGMENT

MAY IT PLEASE THE COURT:

Plaintiffs in the below listed matters have previously moved to extend the deadline to respond to this Court's Orders (Rec. Doc. 24693) regarding service, including the Orders at issue in this Motion (Rec. Docs. 24551 & 24554). In the event that Plaintiffs' motion to extend the deadline is denied, Plaintiffs herein respectfully move the Court to enter a default judgment, pursuant to Rule 54 and 55 of the Federal Rules of Civil Procedure, against the below listed Defendants for failure to plead, answer or otherwise defend as required by law.

| Defendant | Member Case No. | Plaintiff Attorney | Rec. Doc. No. Showing Summons Returned Executed |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-3922 | Lambert | 12013 |
| Stewart Park Homes, Inc. | 09-3993 | Centola | 13434 |
| Stewart Park Homes, Inc. | 09-3994 | Centola | 13433 |
| Stewart Park Homes, Inc. | 09-4016 | Centola | 13432 |
| Stewart Park Homes, Inc. | 09-4065 | Centola | 13431 |
| Stewart Park Homes, Inc. | 09-4741 | Hilliard | 7759 |
| Stewart Park Homes, Inc. | 09-4824 | Meunier | 12060 |
| Stewart Park Homes, Inc. | 09-4927 | Centola | 13435 |
| Stewart Park Homes, Inc. | 09-4975 | Meunier | 12061 |
| Stewart Park Homes, Inc. | 09-4993 | Meunier | 12057 |

| | | | |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-5251 | Meunier | 12065 |
| Stewart Park Homes, Inc. | 09-5523 | Centola | 13436 |
| Stewart Park Homes, Inc. | 09-5524 | Centola | 13438 |
| Stewart Park Homes, Inc. | 09-5738 | Centola | 7962, 13441 |
| Stewart Park Homes, Inc. | 09-5752 | Centola | 7960, 13440 |
| Stewart Park Homes, Inc. | 09-5767 | Centola | 13437 |
| Stewart Park Homes, Inc. | 09-5965 | Centola | 8695, 13439 |
| Stewart Park Homes, Inc. | 09-6167 | Hilliard | 7779 |
| Stewart Park Homes, Inc. | 09-6282 | Andry | 4233 |
| Stewart Park Homes, Inc. | 09-6572 | Centola | 8697, 13442 |
| Stewart Park Homes, Inc. | 09-6775 | Centola | 8711, 13443 |
| Stewart Park Homes, Inc. | 09-6930 | Hilliard | 7756 |
| Stewart Park Homes, Inc. | 09-7746 | Woods | 12059 |
| Stewart Park Homes, Inc. | 09-7757 | Meunier | 12064 |
| Stewart Park Homes, Inc. | 09-8310 | Centola | 13444 |
| Stewart Park Homes, Inc. | 09-8331 | Centola | 13445 |
| Stewart Park Homes, Inc. | 09-8389 | Buzbee | 13727 |
| Stewart Park Homes, Inc. | 10-228 | Meunier | Member Case, Rec. Doc. 7 |
| Stewart Park Homes, Inc. | 10-543 | Woods | 13922 |
| Stewart Park Homes, Inc. | 10-1377 | D'Amico | 21749 |
| Stewart Park Homes, Inc. | 10-2217 | Hilliard | 18756 |
| Stewart Park Homes, Inc. | 10-2269 | Hilliard | 18750 |
| Stewart Park Homes, Inc. | 10-2393 | Meunier | 16751 |
| Stewart Park Homes, Inc. | 10-3441 | Lott | 20310 |
| Lakeside Park Homes | 10-2242 | Hilliard | 18743 |
| Lakeside Park Homes | 10-2254 | Hilliard | 18747 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 09-7852 | Hilliard | 15382 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2177 | Hilliard | 18761 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 | Hilliard | 18745 |
| Biscayne RV, Inc. | 09-8304 | Centola | 12080 |
| Integrity Midwest Inc., d/b/a U.S. Adventure RV | 10-2273 | Hilliard | 18982 |
| Tom Stinnett Holiday RV Center | 10-2287 | Hilliard | 18986 |
| Murillo Modular Group, Ltd. | 09-3745 | Lambert | 4647, 4651 |
| Murillo Modular Group, Ltd. | 09-8650 | Bruno | 10213 |
| Murillo Modular Group, Ltd. | 09-8654 | Bruno | 10213 |

| Murillo Modular Group, Ltd. | 09-8658 | Bruno | 10213 |

Although summons have been returned executed, as reflected in the Record Documents listed above, Defendants have failed to answer or otherwise defend as to Plaintiffs' Complaints, or serve a copy of any answer or other defense that they might have had upon attorneys of record for Plaintiffs.

Therefore, Plaintiffs respectfully request that this Court to make and enter a Judgment in favor of Plaintiffs and against above-listed Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     */s/Justin I. Woods*
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:     504/522-2304
         Facsimile:     504/528-9973
         gmeunier@gainsben.com
         jwoods@gainsben.com


         **COURT-APPOINTED PLAINTIFFS'
         STEERING COMMITTEE**
         ROBERT M. BECNEL #14072
         RAUL BENCOMO, #2932
         ANTHONY BUZBEE, Texas #24001820

FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods_____
JUSTIN I. WOODS, #24713