UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE      MDL NO. 1873
       PRODUCT LIABILITY LITIGATION

                                                        SECTION "N-5"

                                                        JUDGE ENGELHARDT
                                                        MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed in Record Documents*
*24551 & 24554*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

        **IT IS HEREBY ORDERED** that the Plaintiffs' Motion (in the Alternative) for Entry Default Judgment is hereby set for submission on the 21st day of March, 2012, at 9:30 a.m.

                                  Respectfully submitted:

                                  **FORMALDEHYDE TRAILER FORMALDEHYDE**
                                  **PRODUCT LIABILITY LITIGATION**

         BY:     */s/Justin I. Woods*
                       GERALD E. MEUNIER, #9471
                       JUSTIN I. WOODS, #24713
                       **PLAINTIFFS' CO-LIAISON COUNSEL**
                       Gainsburgh, Benjamin, David, Meunier &
                       Warshauer, L.L.C.
                       2800 Energy Centre, 1100 Poydras Street
                       New Orleans, Louisiana 70163
                       Telephone:     504/522-2304
                       Facsimile:      504/528-9973
                       gmeunier@gainsben.com
                       jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713