# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed Herein*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion (in the Alternative) for Entry of Default Judgment

against certain Defendants,

**IT IS ORDERED** that Plaintiffs Motion for Entry of Default Judgment against the below

listed Defendants in the below listed actions is hereby **GRANTED**:

| Defendant | Member Case No. | Plaintiff Attorney | Rec. Doc. No. Showing Summons Returned Executed |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-3922 | Lambert | 12013 |
| Stewart Park Homes, Inc. | 09-3993 | Centola | 13434 |
| Stewart Park Homes, Inc. | 09-3994 | Centola | 13433 |
| Stewart Park Homes, Inc. | 09-4016 | Centola | 13432 |
| Stewart Park Homes, Inc. | 09-4065 | Centola | 13431 |
| Stewart Park Homes, Inc. | 09-4741 | Hilliard | 7759 |
| Stewart Park Homes, Inc. | 09-4824 | Meunier | 12060 |
| Stewart Park Homes, Inc. | 09-4927 | Centola | 13435 |
| Stewart Park Homes, Inc. | 09-4975 | Meunier | 12061 |
| Stewart Park Homes, Inc. | 09-4993 | Meunier | 12057 |
| Stewart Park Homes, Inc. | 09-5251 | Meunier | 12065 |
| Stewart Park Homes, Inc. | 09-5523 | Centola | 13436 |
| Stewart Park Homes, Inc. | 09-5524 | Centola | 13438 |
| Stewart Park Homes, Inc. | 09-5738 | Centola | 7962, 13441 |
| Stewart Park Homes, Inc. | 09-5752 | Centola | 7960, 13440 |
| Stewart Park Homes, Inc. | 09-5767 | Centola | 13437 |

| | | | |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-5965 | Centola | 8695, 13439 |
| Stewart Park Homes, Inc. | 09-6167 | Hilliard | 7779 |
| Stewart Park Homes, Inc. | 09-6282 | Andry | 4233 |
| Stewart Park Homes, Inc. | 09-6572 | Centola | 8697, 13442 |
| Stewart Park Homes, Inc. | 09-6775 | Centola | 8711, 13443 |
| Stewart Park Homes, Inc. | 09-6930 | Hilliard | 7756 |
| Stewart Park Homes, Inc. | 09-7746 | Woods | 12059 |
| Stewart Park Homes, Inc. | 09-7757 | Meunier | 12064 |
| Stewart Park Homes, Inc. | 09-8310 | Centola | 13444 |
| Stewart Park Homes, Inc. | 09-8331 | Centola | 13445 |
| Stewart Park Homes, Inc. | 09-8389 | Buzbee | 13727 |
| Stewart Park Homes, Inc. | 10-228 | Meunier | Member Case, Rec. Doc. 7 |
| Stewart Park Homes, Inc. | 10-543 | Woods | 13922 |
| Stewart Park Homes, Inc. | 10-1377 | D'Amico | 21749 |
| Stewart Park Homes, Inc. | 10-2217 | Hilliard | 18756 |
| Stewart Park Homes, Inc. | 10-2269 | Hilliard | 18750 |
| Stewart Park Homes, Inc. | 10-2393 | Meunier | 16751 |
| Stewart Park Homes, Inc. | 10-3441 | Lott | 20310 |
| Lakeside Park Homes | 10-2242 | Hilliard | 18743 |
| Lakeside Park Homes | 10-2254 | Hilliard | 18747 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 09-7852 | Hilliard | 15382 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2177 | Hilliard | 18761 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 | Hilliard | 18745 |
| Biscayne RV, Inc. | 09-8304 | Centola | 12080 |
| Integrity Midwest Inc., d/b/a U.S. Adventure RV | 10-2273 | Hilliard | 18982 |
| Tom Stinnett Holiday RV Center | 10-2287 | Hilliard | 18986 |
| Murillo Modular Group, Ltd. | 09-3745 | Lambert | 4647, 4651 |
| Murillo Modular Group, Ltd. | 09-8650 | Bruno | 10213 |
| Murillo Modular Group, Ltd. | 09-8654 | Bruno | 10213 |
| Murillo Modular Group, Ltd. | 09-8658 | Bruno | 10213 |
| Superior RV Manufacturing | 09-4637 | Hall | 10195 |
| Superior RV Manufacturing | 10-758 | Torres | 10195 |

Accordingly, pursuant to Federal Rule of Civil Procedure 55(b)(2)(B), a hearing is set on

_____ , _____ , 2012 to determine the amount of damages

due Plaintiffs.

THIS DONE the ____ day of _____, 2012, New Orleans, Louisiana.


_____
HONORABLE KURT D. ENGELHART