UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Ann M. Terrell v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 12-548 | * | |

*************************************************************************

### ORDER

Considering the foregoing Motion to Join Defendant, Shaw Environmental Inc.'s Notice of Removal;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Join Defendant, Shaw Environmental Inc.'s Notice of Removal is hereby **GRANTED**.

New Orleans, Louisiana this 2nd day of March, 2012.

_____
United States District Judge

00316557-1