UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
         PRODUCT LIABILITY LITIGATION

                                          SECTION "N-5"

                                          JUDGE ENGELHARDT
                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*The Member Case Nos. Listed in Record Documents*
*24550, 24551, 24554, 24555 & 24587*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's Motion for Expedited Consideration of its Motion for Extension of Deadline to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587) Regarding Service is hereby GRANTED. Plaintiff's Motion for Extension of Deadline to Respond to Orders (Rec. Docs. 24550, 24551, 24554, 24555 & 24587) Regarding Service will be submitted to the Court on Friday, March 9, 2012, without oral argument. Opposition memoranda, if any, shall be filed on or before Thursday, March 8, 2012.

New Orleans, Louisiana this 2nd day of March, 2012.

_____
United States District Judge