## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Kasinda Brumfield obo K.B., et al v.* | * | Magistrate: Chasez |
| *Pilgrim International, Inc., et al* | * | |
| *No: 10-2248* | * | |

*************************************************************************

### MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company,[1] who moves this Honorable Court to dismiss the claims of the plaintiffs in this suit, **Myron LeBrane**, **Jonrina Gould, Kasinda Brumfield on behalf of K.B., and Sierra Mitchell** with prejudice for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed or unopposed and no response was received.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of **Myron**

---

[1] The above-captioned matter joins residents of Louisiana, Mississippi, and Alabama. The plaintiffs addressed in this Motion are, on information and belief, Louisiana residents. Crum & Forster Specialty Insurance Company

**LeBrane**, **Jonrina Gould, Kasinda Brumfield on behalf of K.B., and Sierra Mitchell**

from *Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., et al,* No. 10-2248, with prejudice for failure to comply with Pre-Trial Orders No. 2 and 32.

Respectfully submitted:

<u>CERTIFICATE OF SERVICE</u>

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  2nd   DAY OF   March  , 2012..
       /s Eric B. Berger

       /s Eric B. Berger
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

---

reserves the right to assert the lack of a right of direct action and corresponding lack of standing of the non-Louisiana plaintiffs in this matter to claim against it.