**EXHIBIT H**

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

**WWW.LCBA-LAW.COM**

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

March 24, 2011

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:   *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al*
*Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al*
*Joseph H. Turner  v. Crum & Forster Specialty Insurance Co., et al*
(In re: FEMA Trailer Formaldehyde Products Liability Litigation)
Our File No. :     2.09-9854

**REGARDING PLAINTIFF: Sierra Mitchell**

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above. However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets are treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within thirty days, or in no case longer than 60 days, after suit is filed or transferred into the MDL.  The following information or documentation omitted from your client's Plaintiff Fact Sheet is marked by a "⊙".  Please supplement your Plaintiff Fact Sheet to provide the missing information and/or documentation.  Also please include the enclosed medical authorization completed by your client.

1)   Name (person completing form): ☐
2)   Maiden or other names used or by which you have been known: ☐
3)   Current Street Address: ☐
4)   Home Telephone No.: ☐
5)   Cell Phone No.: ☐
6)   Work Telephone No: ☐
7)   Other Telephone Nos.: ☐
8)   Email address: ☐
9)   State which individual or estate you are representing: ☐
10)  Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11)  Address (or last known address if deceased): ☐
12)  Home Telephone No.: ☐
13)  Cell Phone No.: ☐
14)  Work Telephone No: ☐
15)  Date and court appointed by if representative of another: ☐
16)  What is your relationship to the deceased or represented person or person claimed to be ☐
     injured?
17)  If you represent a decedent's estate, state the date of death of the decedent and the place ☐
     where the decedent died
18)  Are you claiming that you have developed, or may have developed, a disease or illness ☐
     as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer
     or mobile home?
19)  What is your understanding of the illness or disease you claim you have developed, or ☐
     may in the future develop, from living in a FEMA trailer or mobile home?
20)  Did you experience any of the following symptoms?  If yes, place a check mark (✓) by ☐
     the symptom that you experienced.
21)  Since you moved into the FEMA trailer and up to the present date, have you been ☐
     diagnosed with cancer?
22)  If yes, which kind of cancer? ☐
23)  When do you claim this injury or disease first occurred? ☐
24)  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ☐
25)  If "Yes," when and who diagnosed the condition at that time? ☐
26)  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that ☐
     you already had or had in the past?
27)  If "Yes," set forth the illness, disease or condition; whether or not you had already ☐
     recovered from that illness, disease or condition before you began residing in a FEMA
     trailer or mobile home and the date of your recovery, if any
28)  Are you claiming mental and/or emotional damages as a result of residing in a FEMA ☐
     trailer or mobile home?
29)  If "Yes," for each provider; Contact Information, description of condition, medications: ☐
30)  Are you making a claim for medical expenses as a result of the injury, illness or disease ☐
     identified in above?
31)  If "Yes," state the amount of your claim: ☐
32)  Identify each address at which you have resided during the last five (5) years, and list ◉
     when you started and stopped living at each one
33)  State Driver's License Number and State Issuing License ◉

34) Date and Place of Birth: ☐
35) Sex: Male or Female ☐
36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded ☐
37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: ◉
38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: ◉
39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home ☐
40) *If "Yes,"* state your income from employment for 2008, 2007, 2006, 2005, 2004: ☐
41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost ☐
42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? ☐
43) *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease ☐
44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. ◉
45) *If "Yes,"* provide for each: Name, relationship current age or age at death, medical condition, cause of death. ◉
46) Are you are claiming the wrongful death of a family member related to formaldehyde? ☐
47) *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased. ☐
48) Manufacturer of trailer or mobile home: ◉
49) VIN: ☐
50) FEMA Identification No.: ☐
51) Bar Code Number on FEMA housing unit: ◉
52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? ☐
53) Move-in Date: ◉
54) Move-out Date ◉
55) Please state the mailing address and physical location for the FEMA trailer or mobile home unit. ☐
56) Was the FEMA trailer or mobile home located in a trailer park or on private property? ☐
57) State the reason you stopped living in the FEMA trailer or mobile home: ☐
58) Please state the approximate square footage of the FEMA housing unit: ☐
59) State the approximate length and width of the FEMA housing unit ☐
60) Average number of hours spent in the FEMA trailer of mobile home each ◉
61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? ☐
62) Is/was the FEMA housing unit hooked up to a sewer line? ☐
63) Is/was the FEMA housing unit hooked up to an electrical line? ☐
64) Is/was the FEMA housing unit hooked up to natural gas line? ☐
65) Is/was propane gas used in the FEMA housing unit? ☐

3

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? ◉

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: ☐

68) Where did you temporarily live? ☐

69) For what period of time did you temporarily live in another location? ☐

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home? ☐

71) If "Yes," please state when the test was performed and who prepared this testing: ☐

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? ☐

73) Date and reason for fumigation: ☐

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? ☐

75) If "Yes," please state the date and reason for repair, service or maintenance: ☐

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. ☐

77) Height: ☐

78) Current Weight: ☐

79) Weight prior to living in a FEMA trailer or mobile home: ☐

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. ☐

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. ☐

82) Date on which smoking/tobacco use ended: ☐

83) Amount smoked or used on average, per day, number of years: ☐

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. ☐

85) Amount currently smoked or used on average, per day, number of years: ☐

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history: ☐

87) Amount smoked or used on average, if you know, per day and number of years. ☐

88) Smoker's relationship to you: ☐

89) Whether the smoking occurred inside, outside or both. ☐

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? ☐

91) If yes, what was the date of birth? ☐

92) Did your pregnancy terminate in a miscarriage or a stillborn child? ☐

93) Have you ever suffered from lung or other respiratory disease? ◉

94) If yes, provide name, date and description of each illness, disease or abnormal condition ◉

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) ◉

96) If yes, provide name, date and description of each illness, disease or abnormal condition ◉

97) Have you ever suffered from long-term stomach or bowel disease? ☐

98) If yes, provide name, date and description of each illness, disease or abnormal condition ☐

99) Have you ever suffered from skin disease? ☐

100) If yes, provide name, date and description of each illness, disease or abnormal condition ☐

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? ☐

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken ☐

4

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty ☐

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations]**. ☐

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? ☐

106) If "yes," please provide the name and address of the health care professional. ☐

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses ☐

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet. ☐

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments. ☐

110) Any test results from any testing done on your FEMA trailer or mobile home. ☐

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses. ☐

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home. ☐

113) Decedent's death certificate, if applicable. ☐

114) Report of autopsy of decedent, if applicable. ☐

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations]**. ☐

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form.  **[if original authorizations have expired, you must complete new authorizations]**. ☐

117) Identify your current family and/or primary care physician, including address and telephone number. ☐

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number. ☐

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years ☐

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. ☐

121) Each pharmacy, including address that has dispensed medication to during the last seven (7) years. ☐

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Eric Berger or Heather Cheesbro on the 28th day of April, 2011, at 3:45 p.m. to hold our Rule 37.1 Conference.  In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/jmy

Cc:  Watts Hilliard

## AUTHORITY TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

→    I hereby authorize <u>Sidney J. Angelle and the law firm of Lobman, Carnahan, Batt, Angelle & Nader</u> to use or disclose the following protected health information (PHI) from the medical records of the patient listed below to:

Requestor Name:    Sidney J. Angelle
                                Lobman, Carnahan, Batt, Angelle & Nader
Requestor Address:    400 Poydras Street, Suite 2300
                                New Orleans, Louisiana  70130-3245

→    Patient Name:    **Sierra Mitchell**

Patient DOB:    ████/1985

Patient SSN:    ████)848
Patient Address:    _____

→    Disclose the following PHI for treatment dates _____ to Present

☐ Abstract/Pertinent  ☐ History & Physical  ☐ Discharge Summary  ☐ Consult
☐ Operative Report  ☐ Progress Notes  ☐ Physician Orders  ☐ Nurses Notes
☐ ER Report  ☐ Lab  ☐ X-ray  √**Entire Chart**

√ **Other Specified:**    <u>**All Records (past & present)**</u>

→    The above information is disclosed for the following purposes:

☐ Medical Care  √ **Legal**  ☐ Insurance  ☐ Personal  ☐ Other _____

> _____
> *Initials*
>     I acknowledge, and hereby consent to such, that the released information may contain alcohol and drug abuse, psychiatric, HIV or genetic information.

> This authorization shall expire upon this expiration date: _____
> ** If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed.

- I understand that I have the right to revoke this authorization at any time. I understand that I must do so in writing and present the written revocation to _____. I understand that the revocation will not apply to information that has already been released to this authorization.

- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.

- I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization

**EXHIBIT I**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237928                          **Cause No.** 10-2221
**Case Name** Mitchell, Sierra          **Case Style** Robert Taylor, et. al.  vs. Dutchmen
**DOB** ████ 1985   **SSN** ████ 0848

| Question # | Question |
|---|---|
| 1 | Identify each address at which you have resided during the last five (5)years, and list when you started and stopped living at each one |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I resided at 2161 Rue Racine. Marrero, LA 70072 and
220 Holmes Blvd Ave HwyTerrytown, LA 20056

Will Supplement.

| Question # | Question |
|---|---|
| 2 | State Driver's License Number and State Issuing License |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
Will Supplement.

| Question # | Question |
|---|---|
| 3 | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
Will Supplement.

| Question # | Question |
|---|---|
| 4 | List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |

**Pet ID**
1808

**Def ID**
42

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237928                                    **Cause No.** 10-2221

**Case Name** Mitchell, Sierra                     **Case Style** Robert Taylor, et. al.  vs. Dutchmen

**DOB** ▮1985   **SSN** ▮-0848

---

**Notice #**

| Def 2 |

**Answer**

| Will Supplement. |

---

| **Question #** | **Question** |
|---|---|
| 5 | To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

| I do not recall if any child, parent, sibling, or grandparent of mine suffered from any type of disease. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.<br><br>Will Supplement. |

---

| **Question #** | **Question** |
|---|---|
| 6 | Manufacturer of trailer or mobile home |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

| The Manufacturer of Mobile home is Golf Stream Coach, Inc.<br><br>Will Supplement. |

---

| **Question #** | **Question** |
|---|---|
| 7 | Bar Code Number on FEMA housing unit: |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

| Will Supplement. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237928        **Cause No.** 10-2221

**Case Name** Mitchell, Sierra       **Case Style** Robert Taylor, et. al.  vs. Dutchmen

**DOB** ██/1985   **SSN** ██ 0848

| Question # | Question |
|---|---|
| 8 | Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
Will Supplement.

| Question # | Question |
|---|---|
| 9 | How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
Will Supplement.

| Question # | Question |
|---|---|
| 10 | Have you ever suffered from lung or other respiratory disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I do not recall if I ever suffered from the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

Will Supplement.

| Question # | Question |
|---|---|
| 11 | Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
1808

**Def ID**
42

**Notice #**

# **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 237928

**Case Name** Mitchell, Sierra

**DOB** ████985   **SSN** ████-0848

**Cause No.** 10-2221

**Case Style** Robert Taylor, et. al.  vs. Dutchmen

**Notice #**

| Def 2 |
|-------|

**Answer**

I do not recall if I ever suffered from the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

Will Supplement.

_____          4/28/2011

Plaintiff or Representative                        Date

**EXHIBIT J**

Mitchell, Sierra - WGC#237928

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:  Mitchell, Sierra**

**Claimant's Attorney:  Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:     911879591

Defendants Named:     Dutchmen Manufacturing, Inc.
                      Gulf Stream Coach, Inc.
                      Pilgrim International, Inc.

**GOVERNMENT PROVIDED INFORMATION**

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   _____   _____
**Signature of Plaintiff**         **Print Your Name**              **Date**

**EXHIBIT K**

```
                    ********************
               ***   TX REPORT   ***
                    ********************


      TRANSMISSION OK

      TX/RX NO            1087
      RECIPIENT ADDRESS   98373119
      DESTINATION ID
      ST. TIME            01/28 09:52
      TIME USE            17'50
      PAGES SENT          66
      RESULT              OK
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES K. RUMULEY
ANGELA G. BECNEL
DANIEL M REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

**ATTORNEYS AT LAW**

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 31, 2011

<u>**Via Fax (361) 882-1261**</u>
Mikal Watts
Robert Hilliard
Watts Hilliard
2506 North Port Ave
Corpus Christi, TX 78401

Re:   *Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc.,*
      *Crum & Forster Specialty Ins. Co. and Sentry Insurance* (10-2248)
      c/w
      *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
      (07-MD-1873)
      Claim No.:   NJU00333825
      Insured:     Pilgrim International, Inc
      Our File No.: 2.09-9854

Dear Mikal:

    We are writing in reference the lawsuit captioned above, <u>*Kasinda Brumfield obo*</u>
<u>*K.B., et al v. Pilgrim International, Inc., Crum & Forster Specialty Ins. Co. and Sentry*</u>
<u>*Insurance.*</u>  One of the plaintiffs in this matter is <u>Juan Vaughn.</u>  To date we are unaware
of Mr. Vaughn filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

### ATTORNEYS AT LAW

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 31, 2011

<u>**Via Fax**</u> (361) 882-1261
Mikal Watts
Robert Hilliard
Watts Hilliard
2506 North Port Ave
Corpus Christi, TX 78401

Re:   *Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc.,*
      *Crum & Forster Specialty Ins. Co. and Sentry Insurance* (10-2248)
      c/w
      *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
      (07-MD-1873)
      Claim No.:   NJU00333825
      Insured:     Pilgrim International, Inc
      Our File No.: 2.09-9854

Dear Mikal:

    We are writing in reference the lawsuit captioned above, <u>*Kasinda Brumfield obo*</u> <u>*K.B., et al v. Pilgrim International, Inc., Crum & Forster Specialty Ins. Co. and Sentry*</u> <u>*Insurance.*</u>  One of the plaintiffs in this matter is <u>Kasinda Brumfield on behalf of K.B.</u>  To date we are unaware of Ms. Brumfield filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32.  Per Pre-Trial Order No. 32, page 4, § G, as someone added by any Complaint filed after November 30, 2009, the deadline for the production of Ms. Brumfield's Plaintiff Fact Sheet was within thirty (30) days of July 30, 2010, the date of filing.  No extensions were filed.

    As Section G of Pre-Trial Order No. 32 states:

        **"For any Complaint filed after November 30, 2009 and**
        **for which the individual has not completed a PFS, a completed**

Watts Hilliard
FEMA 9854
Page 2 of 2

> **and verified PFS form for each named plaintiff shall be served within thirty (30) days of filing of the individual claims, failing which said claims shall be dismissed with prejudice, absent a showing of good cause."**

As Ms. Brumfield is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court.   If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD.  Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 15th day of February, 2011 at 3:00 p.m. to hold our Rule 37.1 Conference.  If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Ms. Kasinda Brumfield on behalf of KB.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:    Andrew Weinstock          (via fax: 837-3119)
       Gerald Meunier            (via fax: 528-9973)
       Ryan Johnson              (via fax: 225-248-3080)

**EXHIBIT L**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: B█████ , K█████ | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

WGC#199824

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Kasinda Brumfield

B.   Maiden or other names used or by which you have been known: _____

C.   Current Street Address: 43288 Klein Rd Hammond, LA 70403

D.   Home Telephone No.: 985-419-8746
     Cell Phone No.:
     Work Telephone No:
     Other Telephone Nos.:

E.   Email address: _____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:

3    Address (or last known address if deceased): _____

     43288 Klein Rd
     Hammond, LA 70403

4.   Home Telephone No.:
     Cell Phone No.:
     Work Telephone No:
     Other Telephone Nos.:

5.   E-mail address:

6.   If you were appointed as a representative by a court, state the:

WGC#199824

Court: _____
Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

___ - ___, _____

_____

B.   Please state the name and address of the attorney representing you:

Watts Hilliard, LLC
_____
Attorney's Name/Law Firm
2506 N. Port Ave, Corpus Christi, TX 78401
_____
City, State and Zip Code

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒          No ☐

2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3.   During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

 ۱ - WGC#199824

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition: | Suffered Prior To Trailer? ☐ |
|---|---|
| Diagnosing Physician: | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |

- WGC#199824

4.     Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

     If yes, which kind of cancer?                           

5.     When do you claim this injury or disease first occurred? <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.     Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? <u>Please see table above</u>

7.     Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? <u>Please see table above</u>

     **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

ι - WGC#199824

8.   **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐          No ☐

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

| . |
|---|
|  |
|  |

To your understanding, describe the condition for which treated:

| . |
|---|
|  |
|  |

State when you were treated for this psychological, psychiatric or emotional problem

| . |
|---|
|  |
|  |

List the medications prescribed or recommended by the physician or counselor

| . |
|---|
|  |
|  |

9.   Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐          No ☐

*If "Yes,"* state the amount of your claim: _____

 - WGC#199824

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 43288 Klein Rd<br>Hammond, LA 70403 | |
| . | |
| | |
| | |
| | |

B.   State Driver's License Number and State Issuing License:_____
_____

C.   Date and Place of Birth: ███/2006 _____

D.   Sex:  Male ☐        Female ☐

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |
| | | | |

F.   Employment Information

   1.   Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Address | | | |

   2.   List the following for each employer you have had in the last ten (10) years:

 ι - WGC#199824

| Employer Name<br>Address | Dates | Job Title | Job Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

WGC#199824

3.      Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐          No ☐

*If "Yes,"* state the following:

a.      If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.      Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____
_____

G.    Previous Claims Information

1.      Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐          No ☐      Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

_____
_____
_____
_____
_____
_____
_____

ı - WGC#199824

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐          No ☐          Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|------|-------------|-------------|-------------------|----------------|
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐          No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

WGC#199824

## V.   FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named:   Plaintiff Unmatched to Specific Manufacturing Defendant

A.   Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.   Please provide your FEMA Identification No.: _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

VGC#199824

Manufacturer: Pilgrim International

VIN: 5L4TF32263025797

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: _____

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____
_____
_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

 ι - WGC#199824

E.   Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## VI.   MEDICAL BACKGROUND

A.   Height: _____

B.   Current Weight: _____

Weight prior to living in a FEMA trailer or mobile home: _____

C.   Personal Smoking/Tobacco Use History:  ***Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.***

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

h - WGC#199824

1. Date on which smoking/tobacco use ended:_____
2. Amount smoked or used on average:
  _____ per day for _____ years.

☐ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

  1. Amount currently smoked or used on average:
    _____ per day for _____ years.

D. Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

  1. Amount smoked or used on average, if you know:
    _____ per day for _____ years.
  2. Relationship to you: _____
  3. Please state whether the smoking occurred inside, outside or both._____

E. Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐  No ☐

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐  No ☐

F. Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

  1. Lung or other respiratory disease
   Yes ☐  No ☐

   *If "Yes,"* please indicate the following:

   Name and description of each illness, disease, or abnormal condition:
   _____
   _____

   The date of illness:
   _____
   _____

  2. Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
   Yes ☐  No ☐

WGC#199824

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.    Long-term stomach or bowel disease

Yes ☐       No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

4.    Skin disease

Yes ☐       No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

G.    Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.    To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

Yes ☐       No ☐       Don't Recall ☐

*If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

WGC#199824

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name:_____ _____
Specialty, if any: _____ _____
Address: _____ _____
Phone: _____ _____
Treatment received: _____ _____
Dates of treatment: _____ _____

**Please refer to Section III. Part C Question 3**

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____ _____
_____ _____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐          No ☐

*If "Yes,"* please provide the name and address of the health care professional.

_____
_____

 - WGC#199824

## VIII. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐          No ☒

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒          No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☒

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐          No ☒

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☒

F.  Decedent's death certificate, if applicable.
Yes ☐          No ☒

G.  Report of autopsy of decedent, if applicable.
Yes ☐          No ☒

## IX.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

WGC#199824

A.    Identify your current family and/or primary care physician:
      **Do Not Recall** ☐   **N/A** ☐

|  |
|--|
|  |

B.    Identify your primary care physicians for the last seven (7) years.
      **Do Not Recall** ☐   **N/A** ☐

| Name<br>Address | | Dates<br>City | ST | Zip |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

C.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.
      **Do Not Recall** ☐   **N/A** ☐

| Name<br>Address<br>Reason For Admission | | Admission Dates<br>City | ST | Zip |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

- WLF#199824

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.
**Do Not Recall** ☐   **N/A** ☐

| Name | | Admission Dates | | |
|---|---|---|---|---|
| Address | City | | ST | Zip |
| Reason For Admission | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.
**Do Not Recall** ☐   **N/A** ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| Name | | Dates | | |
|---|---|---|---|---|
| Address | City | | ST | Zip |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

WGC#199824

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☐

| Name | | | | |
|---|---|---|---|---|
| Address | City | ST | Zip | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

 - WGC #199824

## <u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Kasinda Brumfield, as Next Friend of K▨▨▨▨ ▨▨▨▨▨▨▨, a minor**

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: B_____ . K_____

Date of Birth: _____ 2006

Last Four Numbers of SSN: _____

    I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

 WGC#199824

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name: B█████ K█████

Date of Birth ████ 2006

Last Four Numbers of SSN: _____

    I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA
Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

 WGC#199824

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)**

Name: ▇▇▇▇ K▇▇▇▇▇

Date of Birth ▇▇▇ 2006

Last Four Numbers of SSN: _____

    I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

    I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: B_____ K_____ _____

Date of Birth_____2006_____

Last Four Numbers of SSN:_____

     I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

     Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

NAME OF FACILITY: _____

Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| B███████, K██████ | ██, ´2006 | |

| Address: 43288 Klein Rd | | Telephone No.: |
|---|---|---|
| City: Hammond | State: LA | Zip Code: 70403 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* . _____

*Title.* . _____

*Address.* _____

Purpose: To Protect My Legal Rights _____

For Treatment Date(s): All Available

| Type of Access Requested: | | | | | | |
|---|---|---|---|---|---|---|
| | q | Abstract/pertinent | q | Lab | q | Progress Notes |
| | q | Emergency Room | q | Imaging/Radiology | q | Physician's Orders |
| | q | H&P | q | Cardiac Studies | q | Entire Record |
| q Copies of the records & | q | Consult Report | q | Face Sheet | ❑ | Other _____ |
| | q | Operative Report | q | Nursing Notes | | |
| q Inspection of the record | q | Rehab Services | q | Medication Record | | |

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed): _____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**
Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____     _____
Signature of Patient/Legal Representative          Date
If signed by legal representative, relationship to patient: _____

 a - WGC#199824

## PRIVACY ACT RELEASE LANGUAGE

I, **Kasinda Brumfield, as Next Friend of K▆▆ B▆▆, a minor**_____ [insert name] understand that information maintained by the Federal Emergency Management Agency (FEMA) and contained in files related to disaster assistance provided to me by FEMA is subject to the Privacy Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

Watts Hilliard, L.LC._____, Plaintiffs' Liaison Counsel Justin Woods and Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit provided to me by FEMA.

Dated:_____

Name: **Kasinda Brumfield, as Next** Friend of K▆▆ B▆▆ a minor

Signature:_____

**EXHIBIT M**

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

### ATTORNEYS AT LAW

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

†ALSO ADMITTED IN TEXAS

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

**WWW.LCBA-LAW.COM**

March 23, 2011

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:   *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al
Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al
Joseph H. Turner v. Crum & Forster Specialty Insurance Co., et al*
(In re: FEMA Trailer Formaldehyde Products Liability Litigation)
Our File No. :     2.09-9854

**REGARDING PLAINTIFF: K▨▨▨▨   B▨▨▨▨▨▨**

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above.
However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets
are treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for
production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison
Counsel within thirty days, or in no case longer than 60 days, after suit is filed or
transferred into the MDL. The following information or documentation omitted from your
client's Plaintiff Fact Sheet is marked by a "▨". Please supplement your Plaintiff Fact
Sheet to provide the missing information and/or documentation. Also please include the
enclosed medical authorization completed by your client.

1) Name (person completing form): ☐
2) Maiden or other names used or by which you have been known: ☐
3) Current Street Address: ☐
4) Home Telephone No.: ☐
5) Cell Phone No.: ☐
6) Work Telephone No: ☐
7) Other Telephone Nos.: ☐
8) Email address: ☐
9) State which individual or estate you are representing: ☐
10) Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11) Address (or last known address if deceased): ☐
12) Home Telephone No.: ☐
13) Cell Phone No.: ☐
14) Work Telephone No: ☐
15) Date and court appointed by if representative of another: ☐
16) What is your relationship to the deceased or represented person or person claimed to be injured? ◉
17) If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died ☐
18) Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home? ☐
19) What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? ☐
20) Did you experience any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced. ◉
21) Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ☐
22) If yes, which kind of cancer? ☐
23) When do you claim this injury or disease first occurred? ☐
24) Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ◉
25) If "Yes," when and who diagnosed the condition at that time? ◉
26) Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? ◉
27) If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any ◉
28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? ◉
29) If "Yes," for each provider; Contact Information, description of condition, medications: ☐
30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? ◉
31) If "Yes," state the amount of your claim: ◉
32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one ◉
33) State Driver's License Number and State Issuing License ◉

34) Date and Place of Birth:

35) Sex: Male or Female

36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded

37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties:

38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties:

39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home

40) If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004:

41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost

42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

43) If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease

44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

45) If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death.

46) Are you are claiming the wrongful death of a family member related to formaldehyde?

47) If "Yes," state the name of the deceased and fill out a separate form for the deceased.

48) Manufacturer of trailer or mobile home:

49) VIN:

50) FEMA Identification No.:

51) Bar Code Number on FEMA housing unit:

52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?

53) Move-in Date:

54) Move-out Date

55) Please state the mailing address and physical location for the FEMA trailer or mobile home unit.

56) Was the FEMA trailer or mobile home located in a trailer park or on private property?

57) State the reason you stopped living in the FEMA trailer or mobile home:

58) Please state the approximate square footage of the FEMA housing unit:

59) State the approximate length and width of the FEMA housing unit

60) Average number of hours spent in the FEMA trailer of mobile home each

61) Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?

62) Is/was the FEMA housing unit hooked up to a sewer line?

63) Is/was the FEMA housing unit hooked up to an electrical line?

64) Is/was the FEMA housing unit hooked up to natural gas line?

65) Is/was propane gas used in the FEMA housing unit?

3

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

68) Where did you temporarily live?

69) For what period of time did you temporarily live in another location?

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?

71) If "Yes," please state when the test was performed and who prepared this testing:

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

73) Date and reason for fumigation:

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

75) If "Yes," please state the date and reason for repair, service or maintenance:

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.

77) Height:

78) Current Weight:

79) Weight prior to living in a FEMA trailer or mobile home:

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

82) Date on which smoking/tobacco use ended:

83) Amount smoked or used on average, per day, number of years:

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

85) Amount currently smoked or used on average, per day, number of years:

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

87) Amount smoked or used on average, if you know, per day and number of years.

88) Smoker's relationship to you:

89) Whether the smoking occurred inside, outside or both.

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

91) If yes, what was the date of birth?

92) Did your pregnancy terminate in a miscarriage or a stillborn child?

93) Have you ever suffered from lung or other respiratory disease?

94) If yes, provide name, date and description of each illness, disease or abnormal condition

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)

96) If yes, provide name, date and description of each illness, disease or abnormal condition

97) Have you ever suffered from long-term stomach or bowel disease?

98) If yes, provide name, date and description of each illness, disease or abnormal condition

99) Have you ever suffered from skin disease?

100) If yes, provide name, date and description of each illness, disease or abnormal condition

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

4

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations].**

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

106) If "yes," please provide the name and address of the health care professional.

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet.

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

110) Any test results from any testing done on your FEMA trailer or mobile home.

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.

113) Decedent's death certificate, if applicable.

114) Report of autopsy of decedent, if applicable.

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations].**

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. **[if original authorizations have expired, you must complete new authorizations].**

117) Identify your current family and/or primary care physician, including address and telephone number.

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number.

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

121) Each pharmacy, including address that has dispensed medication to during the last seven (7) years.

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Eric Berger or Heather Cheesbro on the 27th day of April, 2011, at 4:30 p.m. to hold our Rule 37.1 Conference.  In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/jmy

Cc:  Watts Hillard

# AUTHORITY TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

→   I hereby authorize <u>Sidney J. Angelle and the law firm of Lobman, Carnahan, Batt, Angelle & Nader</u> to use or disclose the following protected health information (PHI) from the medical records of the patient listed below to:

Requestor Name:   Sidney J. Angelle
                  Lobman, Carnahan, Batt, Angelle & Nader
Requestor Address:  400 Poydras Street, Suite 2300
                    New Orleans, Louisiana  70130-3245

→   Patient Name:   K█████ B█████
    Patient DOB:    ████2006
    Patient SSN:    _____
    Patient Address: _____
                    _____
                    _____

→   Disclose the following PHI for treatment dates _____ to Present

☐ Abstract/Pertinent      ☐ History & Physical   ☐ Discharge Summary   ☐ Consult
☐ Operative Report        ☐ Progress Notes       ☐ Physician Orders    ☐ Nurses Notes
☐ ER Report               ☐ Lab                  ☐ X-ray               √ **Entire Chart**

√ **Other Specified:**    <u>**All Records (past & present)**</u>

→   The above information is disclosed for the following purposes:

☐ Medical Care   √ **Legal**   ☐ Insurance   ☐ Personal   ☐ Other _____

_____
Initials    I acknowledge, and hereby consent to such, that the released information
            may contain alcohol and drug abuse, psychiatric, HIV or genetic information.

This authorization shall expire upon this expiration date: _____
** If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed.

- I understand that I have the right to revoke this authorization at any time.  I understand that I must do so in writing and present the written revocation to _____.  I understand that the revocation will not apply to information that has already been released to this authorization.

- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.

- I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization

**EXHIBIT N**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** ▉▉▉▉▉▉

**DOB** ▉▉▉ 2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| Question # | Question |
|---|---|
| 1 | What is your relationship to the deceased or represented person or person claimed to be injured? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | Will supplement. |

| Question # | Question |
|---|---|
| 2 | Did you experience any of the following symptoms? If yes, place a check mark by the symptom that you experienced. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | Will supplement. |

| Question # | Question |
|---|---|
| 3 | Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall if I ever suffered from the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4 | If "Yes," when and who diagnosed the condition at that time? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** ~~B____~~, K~~__~~

**DOB** ~~____~~ 006    **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| | Answer |
|---|---|
| | I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| | |
|---|---|
| **Question #** | **Question** |
| 5 | Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |

| | Answer |
|---|---|
| | Will supplement. |

| | |
|---|---|
| **Question #** | **Question** |
| 6 | If "Yes, " set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |

| | Answer |
|---|---|
| | Will supplement. |

| | |
|---|---|
| **Question #** | **Question** |
| 7 | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |

| | Answer |
|---|---|
| | I cannot provide the information requested at this time. If in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| | |
|---|---|
| **Question #** | **Question** |
| 8 | Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B▓▓▓▓ . K▓▓▓▓

**DOB** ▓▓▓006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**Notice #**
| Def 2 |

**Answer**

I cannot provide the information requested at this time. If in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
| 9 | If "Yes," state the amount of your claim. |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

I cannot provide the information requested at this time. If in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
| 10 | Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

In the last five years I have resided at 43288 Klein Rd. Hammond, LA 70403.

| **Question #** | **Question** |
| 11 | State Driver's License Number and State Issuing License |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

I do not have a driver's license.

| **Question #** | **Question** |
| 12 | Date and Place of Birth: |

**Pet ID**
| 1808 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824
**Case Name** B██████ K██████
**DOB** ██ 2006   **SSN**

**Cause No.** 10-2248
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| Def ID |
|--------|
| 42 |

**Notice #**

| Def 2 |
|-------|

**Answer**

| My date of birth is ████ 2006. Will supplement. |
|---|

| Question # | Question |
|------------|----------|
| 13 | Sex: Male or Female |

**Pet ID**

| 1808 |
|------|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 2 |
|-------|

**Answer**

| Will supplement. |
|---|

| Question # | Question |
|------------|----------|
| 14 | Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |

**Pet ID**

| 1808 |
|------|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 2 |
|-------|

**Answer**

| Will supplement. |
|---|

| Question # | Question |
|------------|----------|
| 15 | If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease |

**Pet ID**

| 1808 |
|------|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 2 |
|-------|

**Answer**

| Will supplement. |
|---|

| Question # | Question |
|------------|----------|
| 16 | To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |

**Pet ID**

| 1808 |
|------|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B████████K█████

**DOB** ██/██/2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

| I do not recall if any child, parent, sibling, or grandparent of mine suffered from any type of disease. |

---

**Question #** | **Question**

| 17 | If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

| This question does not pertain to me as I do not recall if any child, parent, sibling, or grandparent of mine suffered from any type of disease. |

---

**Question #** | **Question**

| 18 | Are you are claiming the wrongful death of a family member related to formaldehyde? |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

| Will supplement. |

---

**Question #** | **Question**

| 19 | If "Yes," state the name of the deceased and fill out a separate form for the deceased |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

| Will supplement. |

---

**Question #** | **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B███████, K████

**DOB** ███2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| 20 | Bar Code Number on FEMA housing unit: |
|----|----------------------------------------|

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I cannot provide the information requested at this time. If in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|------------|----------|
| 21 | Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
The temporary housing unit provided to me by FEMA was a travel trailer.

| Question # | Question |
|------------|----------|
| 22 | Move-in Date: |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I do not recall the move-in date.

| Question # | Question |
|------------|----------|
| 23 | Move-out Date |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I do not recall the move-out date.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B⬛⬛⬛⬛⬛K⬛⬛

**DOB** ⬛⬛/2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| Question # | Question |
|---|---|
| 24 | Please state the mailing address and physical location for the FEMA trailer or mobile home unit. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall the physical location for the FEMA trailer. |

| Question # | Question |
|---|---|
| 25 | Was the FEMA trailer or mobile home located in a trailer park or on private property? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall whether the FEMA trailer was located in a trailer park or on private property. |

| Question # | Question |
|---|---|
| 26 | State the reason you stopped living in the FEMA trailer or mobile home: |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall the reason I stopped living in the FEMA housing unit. |

| Question # | Question |
|---|---|
| 27 | Please state the approximate square footage of the FEMA housing unit: |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B████████ K████████

**DOB** ██/████2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| | |
|---|---|
| | I do not recall the approximate square footage of the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 28 | State the approximate length and width of the FEMA housing unit |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**

I do not recall the approximate length and width of the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 29 | Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**

I do not recall the number of hours spent in the FEMA housing unit.

| Question # | Question |
|---|---|
| 30 | Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**

I do not recall if the FEMA trailer was "jacked up" on blocks. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 31 | Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B███████K█████

**DO█** ███ 2006    **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

I do not recall if the FEMA trailer was hooked up to a sewer line.  If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 32 | Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

I do not recall if the FEMA trailer was hooked up to an electrical line. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 33 | Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

I do not recall if the FEMA trailer was hooked up to a natural gas line.  If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 34 | Is/was propane gas used in the FEMA housing unit? |

**Pet ID**
| 1808 |

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824  
**Case Name** B⬛⬛⬛ , K⬛⬛⬛  
**DOB** ⬛⬛ 2006   **SSN**

**Cause No.** 10-2248  
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

I do not recall if propane gas was used in the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 35 | How many days per week did you work outside of the home during the time you lived in E the FEMA trailer or mobile home? |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

I do not recall how many days per week I worked outside of the home during the time I lived in the FEMA trailer.

| **Question #** | **Question** |
|---|---|
| 36 | Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

I do not recall when or if I temporarily lived in another location during the time I resided in the FEMA trailer.

| **Question #** | **Question** |
|---|---|
| 37 | Where did you temporarily live? |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

I do not recall when or if I temporarily lived in another location during the time I resided in the FEMA trailer.

**Question #**   **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B████████, K████████

**DOB** ████ 2006    **SSN**

**Cause No.**  10-2248

**Case Style**  Kasinda Brumfield, as Next Friend of K.B, a

| Question # | Question |
|---|---|
| 38 | For what period of time did you temporarily live in another location? |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

I do not recall when or if I temporarily lived in another location during the time I resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 39 | Have any air quality tests ever been performed on your FEMA traileror mobile home? |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

I do not recall when or if any air quality tests were performed on the FEMA trailer.

| Question # | Question |
|---|---|
| 40 | If "Yes," please state when the test was performed and who prepared this testing: |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

I do not recall when or if any air quality tests were performed on the FEMA trailer.

| Question # | Question |
|---|---|
| 41 | Was your FEMA trailer or mobile home ever fumigated for insectsor any other reason? |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Cause No.** 10-2248

**Case Name** B⬛⬛ K⬛⬛

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**DOB** ⬛⬛2006   **SSN**

| | I do not recall if the FEMA trailer was ever fumigated for insects. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
|---|---|

| **Question #** | **Question** |
|---|---|
| 42 | Date and reason for fumigation: |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall if the FEMA trailer was ever fumigated for insects. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 43 | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall if any repairs, service, or maintenance performed on the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 44 | If "Yes," please state the date and reason for repair, serviceor maintenance: |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall if any repairs, service, or maintenance performed on the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B⬛⬛⬛, K⬛⬛

**DOB** ⬛⬛2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| 45 | The name and present address and telephone number of everyperson who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
|---|---|

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

| I do not recall the information of other persons who resided in the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
|---|

| **Question #** | **Question** |
|---|---|
| 46 | Height: |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

| Will supplement. |
|---|

| **Question #** | **Question** |
|---|---|
| 47 | Current Weight: |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

| Will supplement. |
|---|

| **Question #** | **Question** |
|---|---|
| 48 | Weight prior to living in a FEMA trailer or mobile home: |

**Pet ID**

| 1808 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 2 |
|---|

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B K

**DOB** ___006  **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| | |
|---|---|
| | Will supplement. |

| Question # | Question |
|---|---|
| 49 | Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 50 | Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 51 | Date on which smoking/tobacco use ended: |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**
I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 52 | Amount smoked or used on average, per day, number of years: |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Cause No.** 10-2248

**Case Name** B⬛⬛, K⬛

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**DO**⬛ 2006   **SSN**

I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
| --- | --- |
| 53 | Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. |

| Question # | Question |
| --- | --- |
| 54 | Amount currently smoked or used on average, per day, number of years: |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. |

| Question # | Question |
| --- | --- |
| 55 | If someone who resides or resided with you in your FEMA housing unit isor was a smoker of cigarettes/cigars/pipe tobacco oruser of chewing tobacco/snuff, please state the following concerning their smoking history: |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | No one who lived in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. |

| Question # | Question |
| --- | --- |
| 56 | Amount smoked or used on average, if you know, per day and number ofyears. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Cause No.** 10-2248

**Case Name** B~~_____~~l, K~~____~~

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**DOB** ~~____~~ 2006   **SSN**

| Answer |
|---|
| No one who lived in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, so therefore this question does not pertain to me. |

| Question # | Question |
|---|---|
| 57 | Smoker's relationship to you: |

**Pet ID**
| 1808 |
|---|

**Def ID**
| 42 |
|---|

**Notice #**
| Def 2 |
|---|

| Answer |
|---|
| No one who lived in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, so therefore this question does not pertain to me. |

| Question # | Question |
|---|---|
| 58 | Whether the smoking occurred inside, outsideor both. |

**Pet ID**
| 1808 |
|---|

**Def ID**
| 42 |
|---|

**Notice #**
| Def 2 |
|---|

| Answer |
|---|
| No one who lived in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, so therefore this question does not pertain to me. |

| Question # | Question |
|---|---|
| 59 | Have you ever suffered from lung or other respiratory disease? |

**Pet ID**
| 1808 |
|---|

**Def ID**
| 42 |
|---|

**Notice #**
| Def 2 |
|---|

| Answer |
|---|
| I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions.  If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 60 | If yes, provide name, date and description of each illness, diseaseor abnormal condition |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B█████ , K█████

**DOB** ████2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

---

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 61 | Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 62 | If yes, provide name, date and description of each illness, diseaseor abnormal condition |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

| Def 2 |

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 63 | Have you ever suffered from long-term stomach or bowel disease? |

**Pet ID**

| 1808 |

**Def ID**

| 42 |

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B [redacted] , K [redacted]

**DOB** [redacted]/2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

---

| Def 2 |

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 64 | If yes, provide name, date and description of each illness, diseaseor abnormal condition |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 65 | Have you ever suffered from skin disease? |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 66 | If yes, provide name, date and description of each illness, diseaseor abnormal condition |

**Pet ID**
| 1808 |

**Def ID**
| 42 |

**Notice #**
| Def 2 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Cause No.** 10-2248

**Case Name** B████K████

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**DOB** ███/2006   **SSN**

---

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| Question # | Question |
|---|---|
| 67 | To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**

I do not recall if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| Question # | Question |
|---|---|
| 68 | If you have had any such diagnostic tests, list thename, address, telephone number or provider and name and address of facility where taken |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**

I do not recall if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| Question # | Question |
|---|---|
| 69 | Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) sufferedas a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty |

**Pet ID**
1808

**Def ID**
42

**Notice #**
Def 2

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Cause No.** 10-2248

**Case Name** B███, K███

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**DOB** ██/2006   **SSN**

I do not recall the doctor or health care provider(s) who treated you for each disease, illness or injury as a result of living in the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 70 | If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 1808

**Def ID** 42

**Notice #** Def 2

**Answer**

I do not recall any physician from whom I have received psychological care any as a result of living in the FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 71 | Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? |

**Pet ID** 1808

**Def ID** 42

**Notice #** Def 2

**Answer**

I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 72 | If "yes," please provide the name and address of the healthcare professional. |

**Pet ID** 1808

**Def ID** 42

**Notice #** Def 2

**Answer**

I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Case Name** B⬛⬛⬛, K⬛⬛⬛

**DOB** ⬛⬛ 2006    **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| Question # | Question |
|---|---|
| 73 | For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |

| Question # | Question |
|---|---|
| 74 | Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |

| Question # | Question |
|---|---|
| 75 | Identify your current family and/or primary care physician, including address and telephone number. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall my current primary care physician.  If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 76 | Identify your primary care physicians for the lastseven (7) years, including address and telephone number. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199824

**Cause No.** 10-2248

**Case Name** B_., K

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**DO** /2006     **SSN**

| | |
|---|---|
| | I do not recall my primary care physician in the last seven years. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 77 | Each hospital, clinic, or healthcare facility whereyou have received inpatient treatment or been admitted as a patient during the last seven (7) years |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall when or if I received inpatient treatment. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 78 | Each hospital, clinic, or healthcare facility where you have received outpatienttreatment (including treatment in an emergency room) during the lastseven (7) years. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall when or if I received outpatient treatment. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 79 | Each pharrnacy, including address that has dispensed medication to during the last seven (7) years. |
| **Pet ID** | |
| 1808 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 2 | |
| | **Answer** |
| | I do not recall any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 199824

**Case Name** B ██████, K██████

**DOB** ████/2006   **SSN**

**Cause No.** 10-2248

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

_____
Plaintiff or Representative

5/25/2011
_____
Date

**EXHIBIT O**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: Mitchell, Sierra | )<br>)<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Sierra Mitchell

B.   Maiden or other names used or by which you have been known:_____

C.   Current Street Address: 2188 Caddy Dr.
Marrero , LA 70072

D.   Home Telephone No.: 504-667-0351
Cell Phone No.:_____
Work Telephone No:_____
Other Telephone Nos.:_____

E.   Email address: mtchll_srr@yahoo.com

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:
_____

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:
_____

3   Address (or last known address if deceased):_____
_____

4.   Home Telephone No.:_____
Cell Phone No.:_____
Work Telephone No:_____
Other Telephone Nos.:_____

5.   E-mail address:_____ _____

6.   If you were appointed as a representative by a court, state the:

Court: _____

Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.   Please state the name and address of the attorney representing you:

Watts Hilliard, LLC
Attorney's Name/Law Firm
2506 N. Port Ave, Corpus Christi, TX 78401
City, State and Zip Code

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒          No ☐

2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?  I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3.   During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.

| Burning of Eyes |
| Headaches |
| Persistent Cough |
| |
| Dizziness |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | |
|---|---|
| Condition: <u>Burning of Eyes</u> | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: Doctor in Tent outside | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |
| Condition: <u>Headaches</u> | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: Twice in 2006 went to see Doctor in Tent Outside | Condition Worsened By Trailer? ☐ |
| Address of Physician:   West Jefferson, | |
| Condition: <u>Persistent Cough</u> | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |
| Condition: | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |
| Condition: <u>Dizziness</u> | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: Ocsher Emergency  - Passed Out | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |
| Condition: | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? ☒ |
| Address of Physician: | |
| Condition: | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |

Mitchell, Sierra - WGC#237928

4.  Since you moved into the FEMA trailer and up to the present date, have you
    been diagnosed with Cancer? __No__

    If yes, which kind of cancer? _____

5.  When do you claim this injury or disease first occurred? __After moving into the
    trailer.__

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA
    trailer? __Please see table above__

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a
    condition that you already had or had in the past? __Please see table above__

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had
    already recovered from that illness, disease or condition before you began
    residing in a FEMA trailer or mobile home and the date of your recovery, if
    any. __After moving into the trailer. Please see table above.__

8.  **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
    Yes ☒          No ☐

    *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

    Name and address of each person who treated or counseled you:

    | 1. None |
    |---|
    |  |
    |  |

    To your understanding, describe the condition for which treated:

    | 1. |
    |---|
    |  |
    |  |

    State when you were treated for this psychological, psychiatric or emotional problem

    | 1. |
    |---|
    |  |
    |  |

    List the medications prescribed or recommended by the physician or counselor

    | 1. |
    |---|
    |  |
    |  |

9.  Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
    Yes ☐          No ☒

    *If "Yes,"* state the amount of your claim: _____

Mitchell, Sierra - WGC#237928

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 1901 James Dr. Marrero, LA | 2009 2010 |
| 2161 Rue Racine Marrero, LA 70072 | 2005 2009 |
| 2188 Caddy Dr. Marrero , LA 70072 | 2010 present |
| 220 Holmes Blvd Ave Hwy Terrytown, LA 70056 | 2004 2005 |

B.   State Driver's License Number and State Issuing License: _____

C.   Date and Place of Birth: __ /1985  Meadowcrest, Gretna

D.   Sex:  Male ☐      Female ☒

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Oliven Penny Walker High School | 2001-2002 | | |
| | | | |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Mcdonalds | 1/1/2004 - | Swing Manager | |
| **Address** 2556 Lafayette LaRue Highway , | | | |

2.   List the following for each employer you have had in the last ten (10) years:

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Mcdonalds | 1/1/2004 - | Swing Manager | |
| **Address** | | | |
| 2556 Lafayette LaRue Highway , | | | |

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Oscher Hospital | 1/1/2006 - 07/1/2006 | | |
| **Address** | | | |

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Rally's | 1/1/2005 – 8/31/2005 | float supervisor | |
| **Address** | | | |
| Gretna, LA | | | |

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| McDonalds | 1/1/2002 - 7/1/2002 | | |
| **Address** | | | |

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Not employed | 1/1/2002 - 1/1/2005 | | |
| **Address** | | | |

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Rally's | 08/01/2006 - 2/01/2007 | | |
| **Address** | | | |
| Gretna, | | | |

3.   Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
     Yes ☐          No ☒

If *"Yes,"* state the following:

a.   If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.   Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.   Previous Claims Information

1.   Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
     Yes ☐          No ☒     Don't recall ☐

If *"Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

_____

_____

_____

_____

_____

_____

_____

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☐         No ☒         Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|------|-------------|-------------|-------------------|----------------|
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐         No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named:   Dutchmen Manufacturing, Inc.
                    Gulf Stream Coach, Inc.
                    Pilgrim International, Inc.

A.   Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.   Please provide your FEMA Identification No.: 911879591

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Mitchell, Sierra - WGC#237928

Manufacturer: _____

VIN: 5H4TF33ZX63015082 _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel Trailer _____

Move-in Date: 10/1/2005 _____

Move-out Date: 10/1/2008 _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2161 Rue Racine _____

City: Marrero _____ State: LA ____ Zip: 70072 _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property _____

State the reason you stopped living in the FEMA trailer or mobile home:

Formaldehyde fema move us to hotel. _____

_____

Please state the approximate square footage of the FEMA housing unit: 320 _____

Please state the approximate length and width of the FEMA housing unit: 8 X 40 _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?

_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes _____

Is/was the FEMA housing unit hooked up to a sewer line? Yes _____

Is/was the FEMA housing unit hooked up to an electrical line? Yes _____

Is/was the FEMA housing unit hooked up to a natural gas line? No _____

Is/was propane gas used in the FEMA housing unit? Yes _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes _____

If "Yes," where did you temporarily live? In Texas at my aunt's house _____

For what period of time did you temporarily live in another location? 2 weeks _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Mitchell, Sierra - WGC#237928

## TRAILER 2 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: Gulf Stream

VIN: 1NL1GTR2661074252

Bar Code Number: 1108678

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: 10/1/2005

Move-out Date: 10/1/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2161 Rue Racine

City: Marrero                         State: LA      Zip: 70072

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?

_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

**TRAILER 3 (Section A. 1-2, 4-20, B, C, D)**

Mitchell, Sierra - WGC#237928

Manufacturer: Gulf Stream

VIN: 1NL1GTK2451068257

Bar Code Number: 118380

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: 10/1/2005

Move-out Date: 10/1/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2161 Rue Racine

City: Marrero                          State: LA      Zip: 70072

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?

_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

**TRAILER 4 (Section A. 1-2, 4-20, B, C, D)**

Mitchell, Sierra - WGC#237928

Manufacturer: _____

VIN: _47CTDER286G521338_____

Bar Code Number: _1304384_____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: _10/1/2005_____

Move-out Date: _10/1/2008_____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _2161 Rue Racine_____

City: _Marrero_____ State: _LA___ Zip: _70072_____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?

_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Mitchell, Sierra - WGC#237928

## TRAILER 5 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: _____

VIN: 5L4TF532X63015082 _____

Bar Code Number: 1242831 _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: 10/1/2005 _____

Move-out Date: 10/1/2008 _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2161 Rue Racine _____

City: Marrero _____   State: LA _____   Zip: 70072 _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?

_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Mitchell, Sierra - WGC#237928

E.   Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|---|
| | Sierra Mitchell | | 1261 Rue Racine Rd | | Yes | Refer to Fact Sheet |
| | D    M | | 1261 Rue Racine Rd | | Yes | Refer to fact sheet |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## VI.   MEDICAL BACKGROUND

A.   Height: _5'____

B.   Current Weight: _130___

Weight prior to living in a FEMA trailer or mobile home: _128_____

C.   Personal Smoking/Tobacco Use History:  *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

Mitchell, Sierra - WGC #237928

     1.     Date on which smoking/tobacco use ended:_____

     2.     Amount smoked or used on average:
          _____ per day for _____ years.

☒     Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

     1.     Amount currently smoked or used on average:
          __2 Cigarettes__ per day for _1/2__ years.

D.     Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

     1.     Amount smoked or used on average, if you know:
          _____ per day for _____ years.

     2.     Relationship to you: _____

     3.     Please state whether the smoking occurred inside, outside or both._____

E.     Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐     No ☒

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐     No ☒

F.     Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

     1.     Lung or other respiratory disease
          Yes ☐     No ☒

          *If "Yes,"* please indicate the following:

          Name and description of each illness, disease, or abnormal condition:
          _____
          _____

          The date of illness:
          _____
          _____

     2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
          Yes ☐     No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.    Long-term stomach or bowel disease
      Yes ☐          No ☒

      *If "Yes,"* please indicate the following.

      Name and description of each illness, disease, or abnormal condition:

      _____

      _____

      The date of illness:

      _____

      _____

4.    Skin disease
      Yes ☐          No ☒

      *If "Yes,"* please indicate the following.

      Name and description of each illness, disease, or abnormal condition:

      _____

      _____

      The date of illness:

      _____

      _____

G.    Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

      1.    To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

            Yes ☐          No ☒          Don't Recall ☐

            *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| nothing other than routine exams for | | | Meadowcrest Hospital Gretna | |
| | | | | |
| | | | | |
| | | | | |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

**Please refer to Section III. Part C Question 3**

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____

_____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

Yes ☐        No ☒

*If "Yes,"* please provide the name and address of the health care professional.

_____

_____

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐        No ☒

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒        No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐        No ☒

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐        No ☒

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐        No ☒

F.  Decedent's death certificate, if applicable.
Yes ☐        No ☒

G.  Report of autopsy of decedent, if applicable.
Yes ☐        No ☒

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

Mitchell, Sierra - WGC#237928

A.  Identify your current family and/or primary care physician:
    **Do Not Recall** ☐  **N/A** ☒

| Name | Address |
|------|---------|
| Do not have one | |

B.  Identify your primary care physicians for the last seven (7) years.
    **Do Not Recall** ☐  **N/A** ☒

| Name Do not have one | | Dates | | |
|------|------|------|------|------|
| Address | | City | ST | Zip |
| Name Have not had one | | Dates | | |
| Address | | City | ST | Zip |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

C.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.
    **Do Not Recall** ☐  **N/A** ☒

| Name Dr Ralph Lupin - Women's Medical Clinic | | Admission Dates | | |
|------|------|------|------|------|
| Address  515 #7 Westbank Express Way | | City Guethee | ST | Zip |
| Reason For Admission | | | | |
| Name Dr. Kaugen - formally with the Women's Clinic | | Admission Dates | | |
| Address | | City | ST | Zip |
| Reason For Admission | | | | |
| Name The Health Unit | | Admission Dates | | |
| Address  Almes Blvd. | | City Marrero | ST LA | Zip |
| Reason For Admission | | | | |
| | | | | |
| | | | | |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☒

| |
|---|
| |
| |
| |
| |
| |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☒

**Please see Section III C.3 and Section IX A, B, C and D**

| |
|---|
| |
| |
| |
| |
| |
| |
| |

Mitchell, Sierra - WGC#237928

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☐

|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |