AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Thomas L. Clark, et al.

*Plaintiff*

v.                                        Civil Action No.   09-8563 "N"

Williams Scotsman, Inc.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WILLIAM SCOTSMAN, INC.
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Frank J. D'Amico, Jr.
4731 Canal St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Feb 29 2012__

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   09-8563 "N"

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Williams Scotsman, Inc.**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail #: 7010 1670 0000 5164 9377
CT Corporation System
5615 Corporate Blvd., Ste 400B
Baton Rouge, LA 70808

My fees are $ _____ for travel and $ _____ for services, for a total of $ **7.20**.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Frank J D'Amico JR Attorney
*Printed name and title*

4731 Canal St. N.O. La. 70119
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent / ☐ Addressee

B. Received by (Printed Name): ALL HW    C. Date of Delivery: 7-2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 5164 9377

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BATON ROUGE LA 70808

| | |
|---|---|
| Postage | $1.90 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.20 |

Postmark Here   03/01/2012

Sent To: CT Corporation System
Street, Apt. No.; or PO Box No.: 5615 Corporate Blvd. S. 400B
City, State, ZIP+4: Baton Rouge LA 70808

PS Form 3800, August 2006    See Reverse for Instructions

English     Customer Service     USPS Mobile                                              Register / Sign In

USPS.COM                                                              Search USPS.com or Track Packages

Quick Tools             Ship a Package        Send Mail       Manage Your Mail       Shop         Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101670000051649377 | First-Class Mail® | Delivered | March 02, 2012, 9:59 am | BATON ROUGE, LA 70898 | Expected Delivery By: March 2, 2012 Certified Mail™ Return Receipt |
| | | Arrival at Unit | March 02, 2012, 9:31 am | BATON ROUGE, LA 70808 | |
| | | Acceptance | March 01, 2012, 3:24 pm | NEW ORLEANS, LA 70119 | |

### Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.