UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE PRODUCTS | * | |
| | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Ancar, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.*, No. 09-5430; | * | |
| *Bartholomew, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.*, No. 09-7262; | * | |
| *Black, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-6323; | * | |
| *Sorina v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-6346; | * | |
| *Stevenson v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-8704 | * | |

**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AND AMENDED COMPLAINTS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced cases. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs seek to add to each complaint a direct cause of action against Burlington Insurance Company ("Burlington") for the damages caused by their insured, Pilgrim International, Inc. Plaintiffs have contacted counsel for defendants and have been notified that defendants will file no opposition.

        Respectfully Submitted,

        By: ___/s/Matthew B. Moreland_____
        DANIEL E. BECNEL, JR. (La. Bar No.
        MATTHEW B. MORELAND (La. Bar No. 24567)
        Becnel Law Firm, LLC

106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail:mmoreland@becnellaw.com
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                      /s/Matthew B. Moreland
                                                      Matthew B. Moreland