Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Linda Mitchell et al. v. Forest River Inc. et al.* | * | |
| *Civil Action: 10-0425* | * | |

**************************************************************************

### MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above named suit, who for the reasons set forth in the attached memorandum in support respectfully move this Honorable Court for leave to amend their complaint to add the following plaintiffs to their Complaint:

1.   Charles Lepage, Sr.

2.   Charles Lepage, Jr.

Plaintiffs were unable to timely file suit due to a fire that occurred at counsel for the plaintiff's main office on May 29, 2010. The area of the office in which the files were stored was completely saturated with soot and water It was necessary to send the files out to be dried and fumigated. They were returned sometime in August 2010 and were not in the file folders the way they were originally sent in. It took several months to sort through the files and organize them into some order. Because of the time it took to complete this process, several deadlines had been expired. Consequently, it was not discovered until after the deadlines had passed that Charles

Lepage Jr. and Charles Lepage Sr. were not properly matched to the correct defendant. Because of circumstances beyond the control of the plaintiffs' counsel, these claims were amended late. So as not to manifest an injustice to the claimant, undersigned counsel ask the court to grant an extension to timely file these claims.

**WHEREFORE**, Plaintiffs pray that their Motion be granted and that the individuals listed above be added to their complaint.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)