## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Linda Mitchell et al. v. Forest River Inc. et al.* Civil Action: 10-0425 | * | |

**************************************************************************

## NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is hereby set for submission on the March 20, 2012, at 9:00 a.m.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

## CERTIFICATE OF SERVICE

      I hereby certify that on XXXXXXXX, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                /s/ Frank J. D'Amico, Jr.
                FRANK J. D'AMICO, JR. (LSBA# 17519)

Case 2:07-md-01873-KDE-MBN   Document 24722-3   Filed 03/05/12   Page 2 of 2
Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.