Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS  DOCUMENT RELATES TO THE FOLOWING CASE:<br>*Bracken, et al. v. Thor Industries, Inc., et al.*<br>Civil Action No. 10-0581 | MAGISTRATE CHASEZ |

**************************************************************************

### ORDER

**IT IS ORDERED**, that Plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against all Defendants in No. 10-0581 are **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT