## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE PRODUCTS | * | |
| | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Ancar, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.*, No. 09-5430; | * | |
| *Bartholomew, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.*, No. 09-7262; | * | |
| *Black, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-6323; | * | |
| *Sorina v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-6346; | * | |
| *Stevenson v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-8704 | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Supplemental and Amending Complaints,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this     6th     day of         March        , 2012.

_____
HONORABLE KURT D. ENGELHARDT