UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE PRODUCTS | * | |
| | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Sorina v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-6346 | * | |

**************************************************************************

### PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, comes Plaintiff, who through undersigned counsel, supplements and amends her Complaint for Damages to add a direct action cause of action against Burlington Insurance Company ("Burlington") as an insurer of Pilgrim International, Inc. ("Pilgrim").

Plaintiff, through undersigned counsel, supplements and amends her Complaint for Damages in the following respects and otherwise reiterates and reavers all of the allegations, claims and prayers for relief contained therein:

1.

By adding the following paragraph numbered 2.c. in section **I. PARTIES** to reflect the addition of Burlington as a defendant:

"2. c.   Defendant Burlington Insurance Company, is, upon information and belief, an entity incorporated in the state of North Carolina, with its principal place of business in the state of North Carolina.  Further, defendant Burlington provided insurance coverage for the risks involved herein of Pilgrim, which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of

Louisiana. Plaintiff has the right to proceed against this defendant insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S. 22:655."

2.

By amending the following paragraph numbered 9. in section **II. JURISDICTION AND VENUE** to reflect the addition of Burlington as a defendant:

"Pilgrim's insurers are subject to the in personam jurisdiction of this Court because they do sufficient business in the State of Louisiana and with this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

3.

By amending the Compensatory Damages section to read:

**COMPENSATORY DAMAGES**

117. In addition to and by way of summarizing the compensatory damages prayed for herein, each Named Plaintiff avers that the defendants, the United States of America through FEMA and Crum & Forster, Burlington and Sentry, as well as Fluor, individually and/or jointly are responsible for all damages which each Named Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of

displacement from a natural disaster, as well as, all general, special incidental and consequential damages as shell be proved at the time of trial."

4.

By amending the Prayer for Relief to read:

**PRAYER FOR RELIEF**

WHEREFORE, the Named Plaintiffs pray that the Complaint be amended to reflect the addition of Burlington as a defendant, and that Crum & Forster, Burlington, Sentry, Fluor, and the Federal Government be served with a copy of this Amended Complaint and the Original Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter,
2. there be specially included in the judgment in each Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:
   a. past and future physical injuries,
   b. past and future mental and physical pain and suffering,
   c. past and future physical impairments and disability,
   d. past and future reasonable and necessary medical expenses,
   e. past and future loss of earning capacity,
   f. past and future loss of enjoyment and quality of life,
   g. loss of consortium and/or society,

      h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

      i. costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

        Respectfully Submitted,

        By: ___/s/Matthew B. Moreland  
        DANIEL E. BECNEL, JR. (La. Bar No.  
        MATTHEW B. MORELAND (La. Bar No. 24567)  
        Becnel Law Firm, LLC  
        106 West 7th Street  
        P.O. Drawer H  
        Reserve, LA 70084  
        Telephone: (985) 536-1186  
        Facsimile: (985) 536-6445  
        E-mail:mmoreland@becnellaw.com  
        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland