UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Robin Griffin Hubbard and | * | |
| Astin Hubbard | * | |

------------------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL**
**OF ROBIN GRIFFIN-HUBBARD AND ASTIN HUBBARD**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Robin Griffin-Hubbard and Astin Hubbard, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of their claims asserted against the Defendant, Jayco Enterprises, Inc. and Bechtel National, Inc., in the Complaint previously filed in these proceedings.  These claims are duplicative of claims asserted by Plaintiffs in No. 09-0446. Additionally, plaintiffs have obtained representation by other counsel.  The dismissal of these Plaintiffs' claims does not in any way affect the claims of other plaintiffs in the above captioned matter.

         Respectfully submitted,

         s/s MaryAnna Penton
         MARYANNA PENTON (MSBA#102979)
         209 Hoppen Place
         Bogalusa, LA  70427
         Phone:  (985) 732-5651
         Fax:  (985) 732-5579
         COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2012, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

         /s/ MaryAnna Penton
         MARYANNA PENTON