# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | **SECTION "N-4"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs: Robin Griffin-Hubbard and | * | |
|         Astin Hubbard | * | |

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CONSIDERING THE FOREGOING, LET the claims of Plaintiffs, Robin Griffin-Hubbard and Astin Hubbard, be dismissed without prejudice.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Court Judge