UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL No. 1873 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |

**********************************************************************

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above captioned matter, who, respectfully request the court to withdraw Aaron Z. Ahlguist, Esq. as counsel from the matter and be removed from the electronic distribution as he is no longer with the firm or associated with the case.

**WHEREFORE**, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion to Withdraw as it relates to *In Re: FEMA Trailer Formaldehyde Litigation,* MDL No. 1873, in the Eastern District of Louisiana.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                     /s/ Frank J. D'Amico, Jr.
                                                    FRANK J. D'AMICO, JR. (LSBA# 17519)

Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.