Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL No. 1873** |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | **JUDGE ENGELHARDT** |
| | * | |
| | * | **MAGISTRATE CHASEZ** |
| | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiffs' Motion to Withdraw Counsel, Aaron Z. Ahlguist,

Esq., is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
HONORABLE KURT D. ENGELHARDT