UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE PRODUCTS | * | |
| | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Black, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-6323 | * | |

*******************************************************************************

### PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, come Plaintiffs, who through undersigned counsel, supplement and amend their Complaint for Damages to correct a typographical error in their previously filed Second Supplemental and Amended Complaint for Damages.

Plaintiffs, through undersigned counsel, supplement and amend their Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By amending the Compensatory Damages section to read:

### COMPENSATORY DAMAGES

117. In addition to and by way of summarizing the compensatory damages prayed for herein, each Named Plaintiff avers that the defendants, the United States of America through FEMA and Crum & Forster, Burlington and Sentry, as well as CH2M, individually and/or jointly are responsible for all damages which each Named Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages

include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special incidental and consequential damages as shell be proved at the time of trial."

2.

By amending the Prayer for Relief to read:

**PRAYER FOR RELIEF**

WHEREFORE, the Named Plaintiffs pray that the Complaint be amended to reflect the addition of Burlington as a defendant, and that Crum & Forster, Burlington, Sentry, CH2M, and the Federal Government be served with a copy of this Amended Complaint and the Original Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter,
2. there be specially included in the judgment in each Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:
    a. past and future physical injuries,
    b. past and future mental and physical pain and suffering,

      c. past and future physical impairments and disability,

      d. past and future reasonable and necessary medical expenses,

      e. past and future loss of earning capacity,

      f. past and future loss of enjoyment and quality of life,

      g. loss of consortium and/or society,

      h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

      i. costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

Respectfully Submitted,

By: \_\_\_/s/Matthew B. Moreland
DANIEL E. BECNEL, JR. (La. Bar No.
MATTHEW B. MORELAND (La. Bar No. 24567)
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail:mmoreland@becnellaw.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland