UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE PRODUCTS | * | |
| | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Ancar, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.*, No. 09-5430 | * | |

*************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to file a supplemental and amending complaint in the above-referenced case in order to correct a typographical error in Plaintiff's First Supplemental and Amended Complaint. Plaintiffs have contacted counsel for defendants and have been notified that defendants will file no opposition.

Respectfully Submitted,

By:  ___/s/Matthew B. Moreland
DANIEL E. BECNEL, JR. (La. Bar No.
MATTHEW B. MORELAND (La. Bar No. 24567)
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail:mmoreland@becnellaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 7, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                      /s/Matthew B. Moreland
                                                       Matthew B. Moreland