## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE PRODUCTS | * | |
| | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Ancar, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.,* No. 09-5430 | * | |

**************************************************************************

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiffs request leave to amend the complaint in the above-referenced case to correct a typographical error in paragraph 117. and in the Prayer for Relief. Plaintiffs erroneously included Fluor Enterprises, Inc. ("Fluor") in these two paragraphs when the proper defendant is CH2M Hill Constructors, Inc. ("CH2M"), and CH2M is included in the case caption as the proper defendant.

For the above reason, Plaintiffs respectfully request this Court grant their Motion for Leave to File their Second Supplemental and Amended Complaint.

Respectfully Submitted,

By:   /s/Matthew B. Moreland
DANIEL E. BECNEL, JR. (La. Bar No.
MATTHEW B. MORELAND (La. Bar No. 24567)
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084

Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail:mmoreland@becnellaw.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland