## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Stevenson v. Crum & Forster Specialty Ins. Co., et al*, No. 09-8704 | * | |

*************************************************************************

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER UNOPPOSED MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDED COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiff requests leave to amend the complaint in the above-referenced case to correct a typographical error in paragraph 117. and in the Prayer for Relief. Plaintiff erroneously included Fluor Enterprises, Inc. ("Fluor") in these two paragraphs when the proper defendant is Shaw Environmental, Inc. ("Shaw"), and Shaw is included in the case caption as the proper defendant.

For the above reason, Plaintiff respectfully requests this Court grant her Motion for Leave to File her Third Supplemental and Amended Complaint.

Respectfully Submitted,

By:     /s/Matthew B. Moreland
DANIEL E. BECNEL, JR. (La. Bar No.
MATTHEW B. MORELAND (La. Bar No. 24567)
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

        E-mail:mmoreland@becnellaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland