# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *Geraldine Anderson, et al v. Jayco Enterprises, Inc., et al* | | |
| *Civil Action No. 12-0181* | * | |
| **Plaintiffs:** | * | |
| **Tracey Davidson on behalf of A.D.** | * | |
| **Tracey Davidson on behalf of M.J.** | * | |
| **Tracey Davidson on behalf of N.J.** | * | |
| **Brandon Griffin** | * | |
| **Debra Griffin** | * | |
| **Bruce Hunter** | * | |

*************************************************************************

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Tracey Davidson on

behalf of the minor children, A. D., M.J., and N.J., Brandon Griffin, Debra Griffin, and Bruce

Hunter , who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby give Notice of Voluntary Dismissal, without prejudice, of his or her claims

asserted against the Defendants, Jayco Enterprises, Inc., Bechtel National, Inc., CH2MHill

Constructors, Inc., Fluor Enterprises, Inc., Shaw Environmental, Inc., and ABC Corporation

named in the Original Complaint previously filed in these proceedings. Upon recently obtained

information, it has come to the attention of this office that these plaintiffs have also been filed in

***Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229*** and their

claims will be protected in that case.

Tracey Davidson's claims on behalf of A. D. are preserved in the action captioned ***Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229***.

Tracey Davidson's claims on behalf of M.J. are preserved in the action captioned ***Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229***.

Tracey Davidson's claims on behalf of N.J. are preserved in the action captioned ***Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229***.

Brandon Griffin's claims are preserved in the action captioned ***Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229***.

Debra Griffin's claims are preserved in the action captioned ***Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229***.

Bruce Hunter's claims are preserved in the action captioned ***Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229***.

The dismissal of these Plaintiff's claims does not in any way affect the claims of other plaintiffs in ***Geraldine Anderson, et al v. Jayco Enterprises, Inc., et al   Civil Action No. 12-0181,*** the above captioned matter.

Respectfully submitted,

*s/Denis E. Vega*
Denis E. Vega
**DENIS E. VEGA**
Mississippi State Bar No. 100000
Louisiana Bar No. 26740

**DOUGLAS M. SCHMIDT, APLC**
335 City Park Ave.
New Orleans, LA  70119
Tel.  504-482-5711
Fax: 504-482-5755
***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2012, a true and correct copy of the foregoing

Motion was filed electronically using the CM/ECF system.  Notice of this filing will be sent to

all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,


<u>*s/Denis E. Vega*</u>
Denis E. Vega