UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION N-5
　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*Hall et al v. Gulf Stream Coach, Inc., et al*, Case No. 11-cv-00211

ORDER

Considering Defendant United States of America's Fed. R. Civ. P. 12(b)(1) and 12(h) Motion to Dismiss Alabama Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction, the Fifth Circuit's decision in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), and this Court's August 9, 2010, Order and Reasons (Rec. Doc. 15061), this Court grants the government's Motion, and

**IT IS ORDERED** that Plaintiffs claims against United States of America are dismissed for lack of subject matter jurisdiction.

New Orleans, Louisiana this 7th day of March, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF LOUISIANA