UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE ABOVE AND FOREGOING:

IT IS HEREBY ORDERED that the plaintiffs be granted an additional 30 days within which to furnish opposing counsel with any Plaintiff Fact Sheets that are received, pursuant to Pretrial Order No. 94.

New Orleans, Louisiana this 8th day of March, 2012.

_____
HONORABLE KURT D. ENGELHARDT