UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Ancar, et al v. Crum & Forster Specialty Ins. Co., et al.*, No. 09-5430 | * | |

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amended Complaint,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Second Supplemental and Amended Complaint is GRANTED.

New Orleans, Louisiana this __8th__ day of __March__, 2012.

_____
HONORABLE KURT D. ENGELHARDT