# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Stevenson v. Crum & Forster Specialty Ins. Co., et al,* No. 09-8704 | * | |

## ORDER

Considering the foregoing Motion for Leave to File Third Supplemental and Amended Complaint,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Third Supplemental and Amended Complaint is GRANTED.

New Orleans, Louisiana this    8th    day of    March   , 2012.

_____
HONORABLE KURT D. ENGELHARDT