UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| **Civil Action No. 09-7825** | § | |
| *Nisha Hyde, et al. v. Heartland* | § | |
| *Recreational Vehicles, L.L.C., et al.* | § | |

**ORDER ON PLAINTIFF'S, NISHA HYDE,
NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, NISHA HYDE, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  8th  day of        March         , 2012.

_____
HONORABLE KURT ENGELHARDT