**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| **Civil Action No. 09-7922** | § | |
| *Marissa Collier, et al. v.* | § | |
| *Dutchmen Manufacturing, Inc., et al* | § | |

### ORDER ON PLAINTIFFS', PAUL WATSON, SR. AND PATRICIA WATSON, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', PAUL WATSON, SR. and PATRICIA

WATSON, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  8th  day of _____ March _____, 2012.

_____
HONORABLE KURT ENGELHARDT