**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Robin Griffin-Hubbard and | * | |
| Astin Hubbard | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>**ORDER OF DISMISSAL WITHOUT PREJUDICE**</u>

CONSIDERING THE FOREGOING, LET the claims of Plaintiffs, Robin Griffin-Hubbard and Astin Hubbard, be dismissed without prejudice.

New Orleans, Louisiana, this __8th__ day of _____March_____, 2012.

_____
United States District Court Judge