# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiffs' Motion to Withdraw Counsel, Aaron Z. Ahlguist, Esq., is **GRANTED**.

New Orleans, Louisiana, this __8th__ day of ____March____, 2012.

_____
HONORABLE KURT D. ENGELHARDT