UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Kasinda Brumfield obo K.B et al. v.* | | * | |
| *Pilgrim International, Inc. et al.* | | * | |
| No. 10-2248; | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S
MOTION TO DISMISS OR ALTERNATIVELY TO SEVER DUE TO IMPROPER VENUE**

COMES NOW Sandra Braxter, a Plaintiff, in the above referenced matter, and files this Memorandum in Opposition to Crum & Forster Specialty Insurance Company's ("Crum & Forster") Motion to Dismiss, or Alternatively to Sever, Due to Improper Venue (24619), and, in support, would show:

Crum & Forster seeks to dismiss the claims of Sandra Braxter or alternatively to that the claims of Sandra Braxter should not be tried in the Eastern District of Louisiana. Sandra Braxter concedes that she did not live in Eastern District of Louisiana. Therefore, she does not oppose severance, but she would maintain that dismissal is not proper based upon Defendant's Motion. Plaintiff would note that the claims of Sandra Braxter were not a part of the Court's Order establishing venue for the Brumfield case (Rec. Doc. 24625), so it is not clear exactly what Defendant is talking about when they say her case must be "at least severed from the June 25, 2012 trial setting of other plaintiffs in the above captioned matter." Rec. Doc. 24619.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**DANIEL D. WARE**
State and Federal Bar No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi, 39073
Telephone: (601) 845-9273
Facsimile: (601) 845-0749

**ATTORNEYS FOR PLAINTIFFS**

3

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 9th day of March, 2012.

                                      /s/ Robert C. Hilliard
                                      _____
                                      **ROBERT C. HILLIARD**