## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Kasinda Brumfield obo K.B et al. v. Pilgrim International, Inc. et al.* No. 10-2248; | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
BURLINGTON INSURANCE COMPANY'S JOINDER IN
CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S
MOTION TO DISMISS THE CLAIMS OF SANDRA BRAXTER**

COMES NOW Sandra Braxter, a Plaintiff, in the above referenced matter, and files this Memorandum in Opposition to Burlington Insurance Company's Joinder in Crum & Forster Specialty Insurance Company's ("Crum & Forster") Motion to Dismiss the Claims of Sandra Braxter (Rec. Doc. 24626), and, in support, would show:

Burlington seeks to join in the Motion to Dismiss filed by Crum & Forster relating to Sandra Braxter (Crum & Forster Motion, 24619). Burlington maintains that the claims of Sandra Braxter "should be dismissed, or in the alternative, severed from the case that is set for trial on June 25, 2012 in the above captioned matter." Rec. Doc. 24626. Sandra Braxter concedes that she did not live in Eastern District of Louisiana. Therefore, she does not oppose severance, but she would maintain that dismissal is not proper based upon Crum & Forster's Motion or Burlington's Joinder. Plaintiff would note that the claims of Sandra Braxter were not a part of the Court's Order establishing venue for the

Brumfield case (Rec. Doc. 24625), so her claims are not set for trial in June 2012. Burlington is mistaken in asserting that they are.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**DANIEL D. WARE**
State and Federal Bar No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi, 39073
Telephone: (601) 845-9273
Facsimile: (601) 845-0749

**ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 9th day of March, 2012.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**