UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Kasinda Brumfield, as Next Friend of K.B, a minor, et. al. vs. Pilgrim International, Inc., et. al.* Cause: 10-2248 Plaintiff: Myron LeBrane | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES        §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Myron LeBrane.

3. On February 13, 2012 and Plaintiff's attorney began calling Myron LeBrane twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

02/16/2012 - No Contact Letter for Active Clients
02/16/2012 - FEMA Client Set for Trial

**EXHIBIT "A"**

02/24/2012 - FEMA Certification Page
03/02/2012 - FEMA Brumfield No Contact 3rd Letter
03/02/2012 - FEMA Brumfield No Contact 3rd Letter
03/06/2012 - FEMA Draft Dismiss Non Compliance
03/07/2012 - FEMA Motion to Dismiss Non Compliance
03/07/2012 - FEMA Defense Availability Letter

5. As of today's date Plaintiffs attorney has not heard from said client.

Signed this the 9th day of March, 2012.

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 9th day of March, 2012 to certify which witness my hand and seal of office.


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS