UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * * * * * * | CIVIL ACTION NO. 1873 |
| | | JUDGE ENGELHARDT |
| This Document Relates To: | | |
| *Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279): Jerry Womack | | MAGISTRATE CHASEZ |

*******************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Morgan Buildings and Spas, Inc., as successor by merger to Morgan Building Systems, Inc., will submit to the Court its Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact Sheets at 9:30 a.m. on April 18, 2012, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without the benefit of oral argument, unless the Court directs otherwise.

Respectfully submitted,

/*s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

403077.1

1