IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. No. 1873<br><br>Section: N (5)<br><br>Judge: Engelhardt |
| This Document Relates To:<br>*Kasinda Brumfield obo K.B., et al v.*<br>*Pilgrim International, Inc., et al*<br>*No: 10-2248* | * * * * | Magistrate: Chasez |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

CONSIDERING THE ABOVE AND FOREGOING Unopposed Motion to Withdraw, the Motions filed by Crum & Forster Specialty Insurance Company at Docket Nos. 24619, 24620, 24629, 24696 and 24717 in the above captioned matter are considered withdrawn.

This _____ day of _____, 2012,

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA