IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE VAUGHN JOHNSON, et al <br> together with all individuals and entities <br> whose names appear on the attached <br> "Exhibit A" <br><br> versus <br><br> PILGRIM INTERNATIONAL, INC., et al <br><br> This document relates to No: 09-4872 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | DOCKET NO. 07-1873 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS
### PURSUANT TO RULE 41(a)

Now come plaintiffs, through undersigned counsel and moves to dismiss as parties defendant Phillip C. Reid, Esq., and Von Briesen & Roper. As cause therefore, these parties were improperly named and should be dismissed. Opposing counsel has no objection to the motion.

Respectfully Submitted,

*JIM S. HALL & ASSOCIATES*

  s/ Jim S. Hall

*JIM S. HALL #2166* <br>
*JOSEPH W. RAUSCH #11394* <br>
*800 N. Causeway Blvd. Suite 100* <br>
*Metairie, Louisiana 70001* <br>
*Phone: (504) 832-8000* <br>
*Fax: (504) 832-1700* <br>
*Email: jim@jimshall.com*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 12th day of March, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Jim S. Hall