IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAKISHA KELLY, et al** <br> **together with all individuals and entities** <br> **whose names appear on the attached** <br> **"Exhibit A"** <br><br> **versus** <br><br> **PILGRAM INTERNATIONAL, INC. and SHAW** <br> **ENVIRONMENTAL, INC. and United States of** <br> **America through the Federal Emergency Management** <br> **Agency** <br><br> **This document relates to No: 09-4860** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **DOCKET NO. 07-1873** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing and lack of opposition thereto:

IT IS ORDERED that Phillip C. Reid, Esq. and Von Con Briesen & Roper are hereby dismissed as defendants from the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____

**JUDGE**

3