IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. No. 1873 |
| | | Section: N (5) |
| | * | Judge: Engelhardt |
| This Document Relates To: *Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., et al* *No: 10-2248* | * * * * | Magistrate: Chasez |

*************************************************************************

## ORDER

CONSIDERING THE ABOVE AND FOREGOING Unopposed Motion to Withdraw, the Motions filed by Crum & Forster Specialty Insurance Company at Docket Nos. 24619, 24620, 24629, 24696 and 24717 in the above captioned matter are considered withdrawn.

New Orleans, Louisiana this 12th day of March, 2012.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA