Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24721 | * | |
| *Doris Tolliver et al v Forest River, Inc et al* | * | |
| *Civil Action: 9-8635* | * | |
| | * | |
| REC. DOC. 24722 | * | |
| *Linda Mitchell et al. v. Forest River Inc. et al.* | * | |
| *Civil Action: 10-0425* | * | |
| | * | |
| REC. DOC. 24723 | * | |
| *Helmstetter et al v Forest River, Inc et al* | * | |
| *Civil Action 9-8630* | * | |

**************************************************************************

## MOTION TO WITHDRAW
## MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above named suits, who moves this Honorable Court to withdraw earlier, filed Motions for Leave to Amend Complaints to Add Plaintiffs (Rec. Doc. 24721, 24722, & 24723). Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

**WHEREFORE**, Plaintiffs pray that its Motion to Withdraw Motion for Leave to Amend to Add Plaintiffs in be granted.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)