## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 1873 SECTION "N" (5) |
| | * * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATED TO: | * * | MAG: CHASEZ |
| REC. DOC. 24721 *Doris Tolliver et al v Forest River, Inc et al* *Civil Action: 9-8635* | * * * * | |
| REC. DOC. 24722 *Linda Mitchell et al. v. Forest River Inc. et al.* *Civil Action: 10-0425* | * * * * | |
| REC. DOC. 24723 *Helmstetter et al v Forest River, Inc et al* *Civil Action 9-8630* | * * * | |

**************************************************************************

## **ORDER**

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiffs' Motion to Withdraw Motion for Leave to Amend to Add Plaintiffs is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT