IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873<br>SECTION "N" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE: ENGELHARDT |
| Lakisha Kelly, et al<br>versus<br>Pilgram International, Inc., et al<br>Civil Action No: 09-4860 | * * * * | MAG: CHASEZ |

*************************************************************************

## MOTION TO DISMISS
## PURSUANT TO RULE 41(a)

Now come plaintiffs, through undersigned counsel and moves to dismiss as parties defendant Phillip C. Reid, Esq., and Von Briesen & Roper. As cause therefore, these parties were improperly named and should be dismissed. Opposing counsel has no objection to the motion.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

  s/ Jim S. Hall  

*JIM S. HALL #2166*
*JOSEPH W. RAUSCH #11394*
*800 N. Causeway Blvd. Suite 100*
*Metairie, Louisiana 70001*
*Phone: (504) 832-8000*
*Fax: (504) 832-1700*
*Email: jim@jimshall.com*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 13th day of March, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            **s/ Jim S. Hall**