IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 1873 SECTION "N" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE: ENGELHARDT |
| Lee Vaughn Johnson, et al versus Pilgram International, Inc., et al Civil Action No. 09-4872 | * * * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS PURSUANT TO RULE 41(a)

Now come plaintiffs, through undersigned counsel and moves to dismiss as parties defendant Phillip C. Reid, Esq., and Von Briesen & Roper. As cause therefore, these parties were improperly named and should be dismissed. Opposing counsel has no objection to the motion.

Respectfully Submitted,

*JIM S. HALL & ASSOCIATES*

s/ Jim S. Hall

*JIM S. HALL #2166
JOSEPH W. RAUSCH #11394
800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001
Phone: (504) 832-8000
Fax: (504) 832-1700
Email: jim@jimshall.com*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 13th day of March, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                                                                                     s/ Jim S. Hall