IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "N" |
| THIS DOCUMENT RELATES TO: | * | JUDGE: ENGELHARDT |
| Lee Vaughn Johnson, et al | * | MAG: CHASEZ |
| versus | * | |
| Pilgram International, Inc., et al | * | |
| Civil Action No. 09-4872 | * | |

**************************************************************

## ORDER

Considering the foregoing and lack of opposition thereto:

IT IS ORDERED that Phillip C. Reid, Esq. and Von Con Briesen & Roper are hereby dismissed as defendants from the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**JUDGE**

3