UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case No. 09-8635-*Tolliver v. Forest River* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW FOREST RIVER'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes Forest River, Inc. ("Forest River"), who moves this Honorable Court to withdraw its earlier filed Memorandum in Opposition to Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (Rec. Doc. 24843). It is Forest River's understanding that plaintiffs' do not oppose the filing of this motion because plaintiffs' withdrew their Motion for Leave to Amend to Add Plaintiffs shortly before Forest River filed its opposition. (See Rec. Doc. 24842).

**WHEREFORE**, Forest River, Inc. prays that its Motion to Withdraw its Memorandum in Opposition to Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is hereby granted.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 13, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.