# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *Kim Brazzle o/b/o B.B., et al vs. Starcraft Rv, Inc., et al* | | |
| Docket No. *12-0200* | * | |
| Plaintiff:  Leo Asher | * | |

********************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL
## OF PLAINTIFF LEO ASHER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Leo Asher, who,

pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby

gives Notice of Voluntary Dismissal, without prejudice, of his claims asserted against the

Defendants, Starcraft RV, Inc., Bechtel National, Inc., CH2MHill Constructors, Inc., Fluor

Enterprises, Inc., Shaw Environmental, Inc., and ABC Corporation named in the Original

Complaint previously filed in these proceedings. Upon recently obtained information, it has

come to the attention of this office that this plaintiff has also been filed in *Tina Lachney, et al v.*

*Starcraft RV, Inc., et al, Civil Action No. 12-0224* and his claim will be protected in that case.

The dismissal of this Plaintiff's claims does not in any way affect the claims of other plaintiffs in

*Kim Brazzle o/b/o B.B., et al vs. Starcraft Rv, Inc., et al  Civil Action No. 12-0200,* the above

captioned matter.

Respectfully submitted,


*s/Denis E. Vega*
Denis E. Vega
**DENIS E. VEGA**
Mississippi State Bar No. 100000
Louisiana Bar No. 26740

**DOUGLAS M. SCHMIDT, APLC**
335 City Park Ave.
New Orleans, LA  70119
Tel.  504-482-5711
Fax: 504-482-5755
***Counsel for Plaintiff***




## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2012, a true and correct copy of the foregoing

Motion was filed electronically using the CM/ECF system.  Notice of this filing will be sent to

all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,


*s/Denis E. Vega*
Denis E. Vega