UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | | SECTION "N"(5) |
| This Document Relates to: All Cases | * * * | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Northwood Manufacturing, Inc. is granted leave of court to deposit settlement funds into the registry of the court.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
**U.S. DISTRICT JUDGE**