UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | | SECTION "N"(5) |
| This Document Relates to: All Cases | * * * | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

## UNOPPOSED MOTION TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Allen Camper Manufacturing Company, Inc. ("Allen Camper"), and moves this Honorable Court for leave to deposit settlement funds into the registry of the court in accord with the Memorandum of Understanding reached between Allen Camper and its insurers and the authorized representatives of the court appointed plaintiffs' steering committee. The Memorandum of Understanding sets forth the settlement agreement reached between Allen Camper and its insurers <u>and</u> all plaintiffs and related claimants including any and all claims against Allen Camper Manufacturing Company, Inc.

The reasons for the motion are more fully set forth in the attached memorandum in support. Additionally, the undersigned counsel has contacted plaintiffs' liason counsel regarding this motion, and counsel has stated there is no objection to the motion.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 14th day of March, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by **e-mailing, faxing or by mailing** the same by United States mail, properly addressed and first class postage prepaid.

_/s/ John C. Duplantier_

Respectfully submitted,
HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.

BY: _/s/_
MICHAEL P. MENTZ, BAR #9438
JOHN C. DUPLANTIER, BAR #18191
One Galleria Boulevard - Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Counsel for Defendant, Allen Camper Manufacturing Company, Inc.