UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
the Member Cases Listed in Rec. Docs.
24550, 24551, 24554, 24555, and 24587

## ORDER AND REASONS

Before the Court is Plaintiffs' Motion for Extension of Deadline to Respond to Orders [Rec. Docs. 24550, 24551, 24554, 24555, and 24587] Regarding Service (Rec. Doc. 24693). This motion is opposed by the Government. (See Rec. Doc. 24789). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that **Plaintiff's Motion for Extension of Deadline to Respond to Orders [Rec. Docs. 24550, 24551, 24554, 24555, and 24587] Regarding Service (Rec. Doc. 24693)** is **GRANTED** only to the extent that Plaintiffs are allowed until **Thursday, April 5, 2012** to respond to Court Orders at Rec. Docs. 24550, 24551, 24554, 24555, and 24587.

New Orleans, Louisiana, this 14th day of March, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**