UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION<br><br>This applies to *Burge*, No. 10-1041 | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**DEFENDANTS' RESPONSE TO COURT ORDER
AND OPPOSITION TO SUGGESTION OF REMAND**

Defendants Damon Corporation, DS Corp., Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company and KZRV, LP submit this response to the Court's ruling issued on March 8, 2011 (Rec. Doc. No. 24815). In that ruling, the Court indicated that it would make a suggestion of remand as to the claims asserted by plaintiff James Burge. *Id*. at p. 12. The Court directed any parties opposed to the suggestion of remand to file an opposition by March 14, 2012.

For all the reasons set forth in the opposition memorandum filed by Gulf Stream Coach (Rec. Doc. No. 24853) which is adopted herein, the Defendants listed above oppose the remand and suggest that the claims of Mr. Burge should remain part of this MDL.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)

{B0778639.1}

        Jones, Walker, Waechter, Poitevent,
          Carrère & Denègre, L.L.P.
        8555 United Plaza Blvd., 5th floor
        Building Four
        Baton Rouge, LA  70809
        Telephone: (225) 248-2000
        Facsimile:  (225) 248-3080

*Attorneys for Defendants* Damon Corporation, DS Corp., Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company and KZRV, LP

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel, via liaison counsel, by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of March, 2012.

        *s/Ryan E. Johnson*
        _____
        Ryan E. Johnson