UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: " N"(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *James Burge. v. Cavalier Home Builders, et al.,* | * | |
| *Case No. 10-1041* | * | MAG: CHASEZ |

******************************************************************************

## MOTION TO ADOPT GULF STREAM COACH INC.'S
## OPPOSITION TO MOTION TO REMAND

Now come defendants, Destiny Industries, LLC, Lexington Homes, LLC and TownHomes, LLC (hereinafter "Mobile Home / Manufactured Housing Defendants"), by and through their attorneys of record, who hereby join and adopt Gulf Stream Coach Inc.'s Opposition to Motion to Remand (Rec. Doc. No. 24853). Mobile Home / Manufactured Housing Defendants reviewed the Opposition, and hereby adopt and incorporate the grounds and arguments set forth therein. Accordingly, Mobile Home / Manufactured Housing Defendants respectfully submit that this Court should not remand Plaintiff's claims.

**Respectfully submitted**,

/s/ Joshua G. Keller
**ROBERT E. KERRIGAN, JR. (#7350)(T.A.)**
**JOSHUA G. KELLER (#29288)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
RKerrigan@dkslaw.com
*Counsel for Defendant, Destiny Industries, LLC,*
*Lexington Homes, LLC and TownHomes, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system for the United States District Court for the Eastern District of Louisiana. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non- CM/ECF participants on this the 16th day of March, 2012.

  **/s/ Joshua G. Keller**
**Joshua G. Keller**