UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 SECTION "N" (4) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *James Burge v. Cavalier Home Builders, etal.*, Case No.: 10-1041 | : | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ADOPT GULF STREAM COACH INC.'S OPPOSITION TO MOTION TO REMAND

Now come defendants, Cavalier Home Builders, L.L.C., Cavalier Homes, Inc., Liberty Homes, Inc., River Birch Homes, Inc., Scotbilt Homes, Inc., and Waverlee Homes, Inc. (hereinafter collectively referred to as "Defendants"), by and through their attorneys of record, who hereby join and adopt Gulf Stream Coach Inc.'s Opposition to Motion to Remand (Rec. Doc. 24853). Specifically, Cavalier Home Builders, L.L.C., Cavalier Homes, Inc., Liberty Homes, Inc., River Birch Homes, Inc., Scotbilt Homes, Inc., and Waverlee Homes, Inc., reviewed the Opposition, and hereby adopt and incorporate the grounds and arguments set forth therein. Accordingly, defendants respectfully submit that this Court should not remand Plaintiff's claim.

Respectfully submitted:
**VOORHIES & LABBÉ**
(A Professional Law Corporation)

/s/ Lamont P. Domingue
_____
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE** : 337-232-9700
**FAX** : 337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for** Cavalier Home Builders, L.L.C., Cavalier Homes, Inc., Liberty Homes, Inc., River Birch Homes, Inc., Scotbilt Homes, Inc., and Waverlee Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Adopt Gulf Stream Coach Inc.'s Opposition to Motion to Remand has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 16th day of March, 2012.

/s/ Lamont P. Domingue
_____
Lamont P. Domingue

Doc. #432566