UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:FEMA TRAILER      :  MDL NO. 2:07-MD-1873
   FORMALDEHYDE
   PRODUCT LIABILITY    :  SECTION "N" (4)
   LITIGATION

             :  JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO:
*James Burge v. Cavalier Home Builders,*
*etal., Case No.: 10-1041*    :  MAGISTRATE CHASEZ

*  *  *  *  *  *  *  *  *  *  *  *  *

MOTION TO ADOPT GULF STREAM COACH INC.'S
OPPOSITION TO MOTION TO REMAND

Now come defendant, SunRay Investments, LLC, by and through its attorneys of record, who hereby join and adopt Gulf Stream Coach Inc.'s Opposition to Motion to Remand (Rec. Doc. 24853).  Specifically, SunRay Investments, LLC, reviewed the Opposition, and hereby adopt and incorporate the grounds and arguments set forth therein.  Accordingly, defendants respectfully submit that this Court should not remand Plaintiff's claim.

Respectfully submitted:
**VOORHIES & LABBÉ**
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
_____

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE**  :  **337-232-9700**
**FAX**   :  **337-235-4943**
E-Mail: lpd@volalaw.com
**Attorneys for** SunRay Investments, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Adopt Gulf Stream Coach Inc.s Opposition to Motion to Remand has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this __16th__ day of March, 2012.

/s/ Lamont P. Domingue

_____

Lamont P. Domingue

Doc. #432566