UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (4) |
| | : | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: James Burge v. Cavalier Home Builders, etal., Case No.: 10-1041 | : | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Motion to Adopt,

IT IS ORDERED that Defendant, SunRay Investments, LLC,. be allowed to adopt and joint the Opposition to Motion to Remand filed by Gulf Stream Coach, Inc. (Rec.Doc. No. 24853).

New Orleans, Louisiana this _____ day of _____, 2012.

_____
Honorable Kurt D. Engelhardt

#432605