UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Bader, et al v. Gulf Stream Coach, Inc., et al* Docket No. 10-3681 Plaintiffs: Susan Chaupetta, Allen Barclay and Danielle Bastoe | * * * * | MAG: CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to Plaintiffs, **SUSAN CHAUPETTA, ALLEN BARCLAY AND DANIELLE BASTOE**, only.

_____
UNITED STATES DISTRICT JUDGE

00325946-1