UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Alkurd, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3553<br>Plaintiffs: Kimberly Clark Alphonso and Ashley Dusaules o/b/o D.D. | * * * * * | MAG: CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **KIMBERLY CLARK ALPHONSO AND ASHLEY DUSAULES O/B/O D.D.** only.

_____
UNITED STATES DISTRICT JUDGE

00325952-1