UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-742 | * | |
| Plaintiffs: Michael A. Fink, Bobby Jay Dwyer, | * | |
| Dekka Ducote, Dustan Ducote, Roger Estopinal, III | * | |
| o/b/o D.E., Roger Estopinal, III o/b/o D.E., Roger | * | |
| J. Estopinal, Lilly R. Eugene, Daniel J. Gauthier, | * | |
| Jesse Luke Gerkin, Donna R. Hasik, Zachary | * | |
| Henderson, Dreux Lafrance, Greg A. Lewis, | * | |
| Kendrall C. Lewis, Jerry Lopez, Brandin K. Miller, | * | |
| Devin E. Miller, Edmund Louis Miller, Sabrina | * | |
| Miller o/b/o A.M., David Morales, Bryant Joseph | * | |
| Murray, Brandy Ostendorf, Kentrell R. Peters, | * | |
| Paul Joseph Petitfils, Ellis G. Ranko, Anthony | * | |
| Rinkus | * | |

*****************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

1. Michael A. Fink
2. Bobby Jay Dwyer
3. Dekka Ducote
4. Dustan Ducote
5. Roger Estopinal, III o/b/o D.E.
6. Roger Estopinal, III o/b/o D.E.
7. Roger J. Estopinal
8. Lilly R. Eugene
9. Daniel J. Gauthier
10. Jesse Luke Gerkin
11. Donna R. Hasik
12. Zachary Henderson

13. Dreux Lafrance
14. Greg A. Lewis
15. Kendrall C. Lewis
16. Jerry Lopez
17. Brandin K. Miller
18. Devin E. Miller
19. Edmund Louis Miller
20. Sabrina Miller o/b/o A.M.
21. David Morales
22. Braynt Joseph Murray
23. Brandy Ostendorf
24. Kentrell R. Peters
25. Paul Joseph Petitfils
26. Ellis G. Ranko
27. Anthony Rinkus

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)

tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 18th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**