UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION: N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Allen, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-742<br>Plaintiffs: Michael A. Fink, Bobby Jay Dwyer, Dekka Ducote, Dustan Ducote, Roger Estopinal, III o/b/o D.E., Roger Estopinal, III o/b/o D.E., Roger J. Estopinal, Lilly R. Eugene, Daniel J. Gauthier, Jesse Luke Gerkin, Donna R. Hasik, Zachary Henderson, Dreux Lafrance, Greg A. Lewis, Kendrall C. Lewis, Jerry Lopez, Brandin K. Miller, Devin E. Miller, Edmund Louis Miller, Sabrina Miller o/b/o A.M., David Morales, Bryant Joseph Murray, Brandy Ostendorf, Kentrell R. Peters, Paul Joseph Petitfils, Ellis G. Ranko, Anthony Rinkus | * * * * * * * * * * * * * | MAG: CHASEZ |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Michael A. Fink
2. Bobby Jay Dwyer
3. Dekka Ducote
4. Dustan Ducote
5. Roger Estopinal, III o/b/o D.E.
6. Roger Estopinal, III o/b/o D.E.
7. Roger J. Estopinal
8. Lilly R. Eugene
9. Daniel J. Gauthier
10. Jesse Luke Gerkin
11. Donna R. Hasik
12. Zachary Henderson
13. Dreux Lafrance

00325954-1

14. Greg A. Lewis
15. Kendrall C. Lewis
16. Jerry Lopez
17. Brandin K. Miller
18. Devin E. Miller
19. Edmund Louis Miller
20. Sabrina Miller o/b/o A.M.
21. David Morales
22. Braynt Joseph Murray
23. Brandy Ostendorf
24. Kentrell R. Peters
25. Paul Joseph Petitfils
26. Ellis G. Ranko
27. Anthony Rinkus

_____
UNITED STATES DISTRICT JUDGE