UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-1356 | * | |
| Plaintiffs: Keith Barkley, Kevin Barkley, Lora G. | * | |
| Conway, Lora G. Conway o/b/o K.A.C., Timothy | * | |
| Conway, Aspin Heary, Antione Louberger, Amanda | * | |
| R. Swilley, Amanda Swilley o/b/o C.S.S., Amanda | * | |
| Swilley o/b/o K.R.S., Yvonne Plagge | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so. The plaintiffs include:

1. Keith Barkley
2. Kevin Barkley
3. Lora G. Conway
4. Lora G. Conway o/b/o K.A.C.
5. Timothy Conway
6. Aspin Heary
7. Antione Louberger
8. Amanda R. Swilley
9. Amanda Swilley o/b/o C.S.S.
10. Amanda Swilley o/b/o K.R.S.
11. Yvonne Plagge

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing

00325957-1

of this Motion.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock

        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        Three Lakeway Center, Suite 2900
        3838 N. Causeway Boulevard
        Metairie, Louisiana  70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 18th day of March, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**