UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Mosley, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-1356 | * | |
| Plaintiffs: Keith Barkley, Kevin Barkley, Lora G. | * | |
| Conway, Lora G. Conway o/b/o K.A.C., Timothy | * | |
| Conway, Aspin Heary, Antione Louberger, Amanda | * | |
| R. Swilley, Amanda Swilley o/b/o C.S.S., Amanda | * | |
| Swilley o/b/o K.R.S., Yvonne Plagge | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Keith Barkley
2. Kevin Barkley
3. Lora G. Conway
4. Lora G. Conway o/b/o K.A.C.
5. Timothy Conway
6. Aspin Heary
7. Antione Louberger
8. Amanda R. Swilley
9. Amanda Swilley o/b/o C.S.S.
10. Amanda Swilley o/b/o K.R.S.
11. Yvonne Plagge

_____
UNITED STATES DISTRICT JUDGE

00325958-1