UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | | MDL NO. 1873 |
|      FORMALDEHYDE      * | | |
|      PRODUCTS LIABILITY   * | | SECTION: N(5) |
|      LITIGATION         * | | |
|    * | | JUDGE: ENGELHARDT |
| This Document Relates to:      * | | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al*   * | | MAG: CHASEZ |
| Docket No. 09-4228           * | | |
| Plaintiffs:  Laron Austin, Kendrick Brook, Kelly   * | | |
| Cooks, Melonie Cooks, Shundrika Daniel,   * | | |
| Veronique, Dorsey, Jose Escobar, Stephanie Gary,   * | | |
| Markeisha Gibbs, Kimberly Greer, McKayla Green,   * | | |
| Richard Green, Enoch Harris, Jr., Eva Holmes,   * | | |
| Lionel Holmes, Jr., Oscar Holmes, Alice M.   * | | |
| Hussain, Patricia Johnson, Brian Kennedy, Jamale   * | | |
| Kennedy, Linda Kennedy, Beverly King, Malika   * | | |
| Magee, Willie Lee Price, Quintasha Rhea,   * | | |
| Quintasha Rhea o/b/o Anthony Rhea, Freddie   * | | |
| Robertson, III, Lionel Robinson, Mia Robinson,   * | | |
| Liana Sikaffy, Jason Smith, Omar Smith, Selena   * | | |
| Smith, Trinette Simon, Juliette Steward, Juliette   * | | |
| Steward o/b/o Heaven Stewart, Juliette Steward   * | | |
| o/b/o Malcolm Steward, III, Juliette Steward o/b/o   * | | |
| Unique Steward, Angela Taylor, Gloria Taylor,   * | | |
| Louise White, Louis White, Jr.           * | | |

********************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss certain plaintiffs who have

failed to produce Plaintiff Fact Sheets in accordance with the Court-ordered deadlines for doing so.

The plaintiffs include:

    1.    Laron Austin
    2.    Kendrick Brook
    3.    Kelly Cooks
    4.    Melonie Cooks
    5.    Shundrika Daniel
    6.    Veronique Dorsey
    7.    Jose Escobar

8. Stephanie Gary
9. Markeisha Gibbs
10. Kimberly Greer
11. McKayla Green
12. Richard Green
13. Enoch Harris, Jr.
14. Eva Holmes
15. Lionel Holmes, Jr.
16. Oscar Holmes
17. Alice M. Hussain
18. Patricia Johnson
19. Brian Kennedy
20. Jamale Kennedy
21. Linda Kennedy
22. Beverly King
23. Malika Magee
24. Willie Lee Price
25. Quintasha Rhea
26. Quintasha Rhea o/b/o Anthony Rhea
27. Freddie Robertson, III
28. Lionel Robinson
29. Mia Robinson
30. Liana Sikaffy
31. Jason Smith
32. Omar Smith
33. Selena Smith
34. Trinette Simon
35. Juliette Steward
36. Juliette Steward o/b/o Heaven Stewart
37. Juliette Steward o/b/o Malcolm Steward, III
38. Juliette Steward o/b/o Unique Steward
39. Angela R. Taylor
40. Gloria Taylor
41. Louise White
42. Louis White, Jr.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing

of this Motion.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 18th day of March, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**