UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-4228 | * | |
| Plaintiffs:  Laron Austin, Kendrick Brook, Kelly | * | |
| Cooks, Melonie Cooks, Shundrika Daniel, | * | |
| Veronique, Dorsey, Jose Escobar, Stephanie Gary, | * | |
| Markeisha Gibbs, Kimberly Greer, McKayla Green, | * | |
| Richard Green, Enoch Harris, Jr., Eva Holmes, | * | |
| Lionel Holmes, Jr., Oscar Holmes, Alice M. | * | |
| Hussain, Patricia Johnson, Brian Kennedy, Jamale | * | |
| Kennedy, Linda Kennedy, Beverly King, Malika | * | |
| Magee, Willie Lee Price, Quintasha Rhea, | * | |
| Quintasha Rhea o/b/o Anthony Rhea, Freddie | * | |
| Robertson, III, Lionel Robinson, Mia Robinson, | * | |
| Liana Sikaffy, Jason Smith, Omar Smith, Selena | * | |
| Smith, Trinette Simon, Juliette Steward, Juliette | * | |
| Steward o/b/o Heaven Stewart, Juliette Steward | * | |
| o/b/o Malcolm Steward, III, Juliette Steward o/b/o | * | |
| Unique Steward, Angela Taylor, Gloria Taylor, | * | |
| Louise White, Louis White, Jr. | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is

hereby **GRANTED**, as to the following Plaintiffs only:

1.    Laron Austin
2.    Kendrick Brook
3.    Kelly Cooks
4.    Melonie Cooks
5.    Shundrika Daniel
6.    Veronique Dorsey
7.    Jose Escobar
8.    Stephanie Gary

00325960-1

9.    Markeisha Gibbs
10.   Kimberly Greer
11.   McKayla Green
12.   Richard Green
13.   Enoch Harris, Jr.
14.   Eva Holmes
15.   Lionel Holmes, Jr.
16.   Oscar Holmes
17.   Alice M. Hussain
18.   Patricia Johnson
19.   Brian Kennedy
20.   Jamale Kennedy
21.   Linda Kennedy
22.   Beverly King
23.   Malika Magee
24.   Willie Lee Price
25.   Quintasha Rhea
26.   Quintasha Rhea o/b/o Anthony Rhea
27.   Freddie Robertson, III
28.   Lionel Robinson
29.   Mia Robinson
30.   Liana Sikaffy
31.   Jason Smith
32.   Omar Smith
33.   Selena Smith
34.   Trinette Simon
35.   Juliette Steward
36.   Juliette Steward o/b/o Heaven Stewart
37.   Juliette Steward o/b/o Malcolm Steward, III
38.   Juliette Steward o/b/o Unique Steward
39.   Angela R. Taylor
40.   Gloria Taylor
41.   Louise White
42.   Louis White, Jr.

_____
UNITED STATES DISTRICT JUDGE