UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8468 | * | |
| Plaintiffs:  Osborne Picou, Malik Price rep by | * | |
| Elouis Richardson, Derrick Price rep by Elouis | * | |
| Richardson | * | |

**************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who did not reside in a Gulf Stream trailer.

1. Osborne Picou

2. Malik Price rep by Elouis Richardson

3. Derrick Price rep by Elouis Richardson

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

                                    Respectfully Submitted,

                                    **DUPLASS, ZWAIN, BOURGEOIS,**
                                  **PFISTER & WEINSTOCK**

                                  s/Andrew D. Weinstock

                                  _____
                                  **ANDREW D. WEINSTOCK #18495**
                                  **JOSEPH G. GLASS #25397**
                                  Three Lakeway Center, Suite 2900
                                  3838 N. Causeway Boulevard
                                  Metairie, Louisiana  70002
                                  Telephone: (504) 832-3700

00326012-1

Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 19th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
───────────────────────────
**ANDREW D. WEINSTOCK**