UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Rayfield, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8468 Plaintiffs: Osborne Picou, Malik Price rep by Elouis Richardson, Derrick Price rep by Elouis Richardson | * * * * * | MAG: CHASEZ |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Osborne Picou

2. Malik Price rep by Elouis Richardson

3. Derrick Price rep by Elouis Richardson

_____
UNITED STATES DISTRICT JUDGE

00326013-1