40844

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| VS. | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*James Burge v. Cavalier Home Builders, LLC et al*
Case No. 2010-1041

******************************************************************************

## MOTION TO ADOPT GULF STREAM COACH INC.'S OPPOSITION TO MOTION TO REMAND

**NOW INTO COURT,** comes defendant Athens Park Homes, L.L.C. ("Athens"), by and through its attorneys of record, who hereby join and adopt Gulf Stream Coach Inc.'s Opposition to Motion to Remand (Rec. Doc. No. 24853). Athens reviewed the Opposition, and hereby adopts and incorporates the grounds and arguments set forth therein. Accordingly, Athens respectfully submits that this Court should not remand Plaintiff's claim.

40844

Respectfully submitted,

*/s/ Lisa A. McLachlan*
Lisa A. McLachlan, Bar No. 19050
R. Todd Musgrave, Bar No. 22840
Theresa S. Anderson, Bar No. 32321
Musgrave, McLachlan & Penn
1515 Poydras Street, Suite 2380
New Orleans, Louisiana 70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
Attorneys for Athens Park Homes, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of March, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by email through the court's electronic filing (ECF) system.

*/s/ Lisa A. McLachlan*
Lisa A. McLachlan