UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| VS. | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*James Burge v. Cavalier Home Builders, LLC et al*
*Case No. 2010-1041*

******************************************************************************

# ORDER

    Considering the Motion to Adopt,

    IT IS ORDERED that defendant Athens Park Homes, L.L.C. ("Athens"), be allowed to join and adopt the Opposition to Motion to Remand filed by Gulf Stream Coach Inc. (Rec. Doc. No. 24853).

    New Orleans, Louisiana this _____ day of _____, 2012.

                                                                                                        _____
                                                                                                   Honorable Kurt D. Engelhardt