UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the **9:00 a.m.** conference on **Thursday, March 22, 2012**, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court.  To be clear, the only individuals who will be granted admittance to the 9:00 a.m. conference on March 22, 2012 are:

                 Dan Balhoff (attendance optional)
                 Amanda Ballay
                 Gerry Barrios
                 Robert Becnel
                 Raul Bencomo
                 Jerry Meunier (attendance excused)
                 Tony Buzbee
                 Frank D'Amico, Jr.
                 Adam Dinnell (attendance optional)
                 Lamont Domingue
                 Randi Ellis (attendance optional)
                 Joe Glass
                 Ernie Gieger
                 John Hainkel

       Bob Hilliard
       Ralph Hubbard
       Ryan Johnson
       Dave Kurtz
       Charles Leche
       Henry Miller (attendance optional)
       Matt Moreland
       Charlie Penot
       Jim Percy
       John Perry (attendance optional)
       Dennis Reich
       Tim Scandurro
       Tom Thagard (attendance optional)
       Stewart Tharp
       Mikal Watts
       Andy Weinstock (attendance excused)
       Justin Woods

  Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10:00 a.m. conference on Thursday, March 22, 2012, is open to all.

  New Orleans, Louisiana, this 16th day of March, 2012.

                _____
                **KURT D. ENGELHARDT**
                **UNITED STATES DISTRICT JUDGE**