## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | * | SECTION "N"(5) |
| This Document Relates to: All Cases | * * * | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

### ORDER

Considering the foregoing Unopposed Motion to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Allen Camper Manufacturing Company, Inc. is granted leave of court to deposit settlement funds into the registry of the court.

New Orleans, Louisiana this 15th day of _____March_____, 2012.

U.S. DISTRICT JUDGE