UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | | SECTION "N"(5) |
| This Document Relates to: All Cases | * * * | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Northwood Manufacturing, Inc. is granted leave of court to deposit settlement funds into the registry of the court.

New Orleans, Louisiana this 15th day of March, 2012.

U.S. DISTRICT JUDGE