MINUTE ENTRY
ENGELHARDT, J.
March 14, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Wednesday, March 14, 2012. Participating were: (1) Gerald Meunier as Plaintiffs' Co-Liaison Counsel; (2) Justin Woods as Plaintiffs' Co-Liaison Counsel; (3) Andrew Weinstock as Manufacturing Defendants' Liaison Counsel; (4) Joseph Glass, also for the manufacturing defendants; (5) David Kurtz as Contractor Defendants' Liaison Counsel; (6) Charles Leche as Insurance Defendants' Liaison Counsel; (7) Henry Miller for the Government; (8) Jim Percy; and (9) Ryan Johnson.

*[signature]*

JS10(0:30)