UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: " N"(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *James Burge. v. Cavalier Home Builders, et al.,* | * | |
| Case No. 10-1041 | * | MAG: CHASEZ |

******************************************************************************

# ORDER

Considering the Motion to Adopt,

IT IS ORDERED that Defendants, Destiny Industries, LLC, Lexington Homes, LLC and TownHomes, LLC, be allowed to adopt and join the Opposition to Motion to Remand filed by Gulf Stream Coach, Inc. (Rec. Doc. No. 24853).

New Orleans, Louisiana this 16th day of March, 2012.

_____
HONORABLE KURT D. ENGELHARDT