UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873<br><br>SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24721 | * | |
| *Doris Tolliver et al v Forest River, Inc et al* | * | |
| Civil Action: 9-8635 | * | |
| | * | |
| REC. DOC. 24722 | * | |
| *Linda Mitchell et al. v. Forest River Inc. et al.* | * | |
| Civil Action: 10-0425 | * | |
| | * | |
| REC. DOC. 24723 | * | |
| *Helmstetter et al v Forest River, Inc et al* | * | |
| Civil Action 9-8630 | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiffs' Motion to Withdraw Motion for Leave to Amend to Add Plaintiffs is **GRANTED**.

New Orleans, Louisiana, this  15th  day of     March    , 2012.

_____
HONORABLE KURT D. ENGELHARDT