UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: Case No. 09-8635-*Tolliver v. Forest River* | * * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that Forest River Inc.'s Motion to Withdraw its Memorandum in Opposition to Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is **GRANTED**.

New Orleans, Louisiana, this  15th  day of     March   , 2012.

_____
HONORABLE KURT D. ENGELHARDT