IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873<br>SECTION "N" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE: ENGELHARDT |
| Lakisha Kelly, et al<br>versus<br>Pilgram International, Inc., et al<br>Civil Action No: 09-4860 | * * * * * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing and lack of opposition thereto:

IT IS ORDERED that Phillip C. Reid, Esq. and Von Con Briesen & Roper are hereby dismissed as defendants from the above captioned matter.

New Orleans, Louisiana, this ___15th___ day of ___March___, 2012.

_____
United States District Judge

3