United States Court of Appeals
Fifth Circuit
**FILED**
January 23, 2012

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30921

D.C. Docket No. 2:07-MD-1873   N
D.C. Docket No. 2:09-CV-3942
D.C. Docket No. 2:09-CV-3943
D.C. Docket No. 2:09-CV-3944
D.C. Docket No. 2:09-CV-5538
D.C. Docket No. 2:09-CV-5539
D.C. Docket No. 2:09-CV-5540
D.C. Docket No. 2:09-CV-5541
D.C. Docket No. 2:09-CV-5542
D.C. Docket No. 2:09-CV-5544
D.C. Docket No. 2:09-CV-5545
D.C. Docket No. 2:09-CV-5546
D.C. Docket No. 2:09-CV-5547
D.C. Docket No. 2:09-CV-5548
D.C. Docket No. 2:09-CV-5552
D.C. Docket No. 2:09-CV-5553
D.C. Docket No. 2:09-CV-5555
D.C. Docket No. 2:09-CV-5556
D.C. Docket No. 2:09-CV-5557
D.C. Docket No. 2:09-CV-5558
D.C. Docket No. 2:09-CV-5559
D.C. Docket No. 2:09-CV-5561
D.C. Docket No. 2:09-CV-5563
D.C. Docket No. 2:09-CV-5564
D.C. Docket No. 2:09-CV-5565
D.C. Docket No. 2:09-CV-5566
D.C. Docket No. 2:09-CV-5567
D.C. Docket No. 2:09-CV-5568
D.C. Docket No. 2:09-CV-5569
D.C. Docket No. 2:09-CV-5570
D.C. Docket No. 2:09-CV-5571
D.C. Docket No. 2:09-CV-5572
D.C. Docket No. 2:09-CV-5573
D.C. Docket No. 2:09-CV-5574

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 2 0 2012
LORETTA G. WHYTE
CLERK

D.C. Docket No. 2:09-CV-5575
D.C. Docket No. 2:09-CV-5576
D.C. Docket No. 2:09-CV-5577
D.C. Docket No. 2:09-CV-5578
D.C. Docket No. 2:09-CV-5579
D.C. Docket No. 2:09-CV-5580
D.C. Docket No. 2:09-CV-5581
D.C. Docket No. 2:09-CV-5582
D.C. Docket No. 2:09-CV-5583
D.C. Docket No. 2:09-CV-5584
D.C. Docket No. 2:09-CV-5585
D.C. Docket No. 2:09-CV-5586
D.C. Docket No. 2:09-CV-5587
D.C. Docket No. 2:09-CV-5588
D.C. Docket No. 2:09-CV-5589
D.C. Docket No. 2:09-CV-5590
D.C. Docket No. 2:09-CV-5592
D.C. Docket No. 2:09-CV-5593
D.C. Docket No. 2:09-CV-5595
D.C. Docket No. 2:09-CV-5596
D.C. Docket No. 2:09-CV-5597
D.C. Docket No. 2:09-CV-5598
D.C. Docket No. 2:09-CV-5599
D.C. Docket No. 2:09-CV-5600
D.C. Docket No. 2:09-CV-5601
D.C. Docket No. 2:09-CV-5602
D.C. Docket No. 2:09-CV-5603
D.C. Docket No. 2:09-CV-5604
D.C. Docket No. 2:09-CV-5605
D.C. Docket No. 2:09-CV-5606
D.C. Docket No. 2:09-CV-5607
D.C. Docket No. 2:09-CV-5608
D.C. Docket No. 2:09-CV-5609
D.C. Docket No. 2:09-CV-5610
D.C. Docket No. 2:09-CV-5611
D.C. Docket No. 2:09-CV-6016
D.C. Docket No. 2:09-CV-6017
D.C. Docket No. 2:09-CV-6018
D.C. Docket No. 2:09-CV-6211
D.C. Docket No. 2:09-CV-6212
D.C. Docket No. 2:09-CV-6412

D.C. Docket No. 2:09-CV-6419
D.C. Docket No. 2:09-CV-6643
D.C. Docket No. 2:09-CV-6716
D.C. Docket No. 2:09-CV-6717
D.C. Docket No. 2:09-CV-6721
D.C. Docket No. 2:09-CV-6722
D.C. Docket No. 2:09-CV-6886
D.C. Docket No. 2:09-CV-6887
D.C. Docket No. 2:09-CV-6888
D.C. Docket No. 2:09-CV-6890
D.C. Docket No. 2:09-CV-6891
D.C. Docket No. 2:09-CV-6894
D.C. Docket No. 2:09-CV-6895
D.C. Docket No. 2:09-CV-6896
D.C. Docket No. 2:09-CV-6897
D.C. Docket No. 2:09-CV-6899
D.C. Docket No. 2:09-CV-6901
D.C. Docket No. 2:09-CV-6902
D.C. Docket No. 2:09-CV-6903
D.C. Docket No. 2:09-CV-6904
D.C. Docket No. 2:09-CV-6905
D.C. Docket No. 2:09-CV-6907
D.C. Docket No. 2:09-CV-6908
D.C. Docket No. 2:10-CV-257
D.C. Docket No. 2:10-CV-258
D.C. Docket No. 2:10-CV-259
D.C. Docket No. 2:10-CV-260
D.C. Docket No. 2:10-CV-261
D.C. Docket No. 2:10-CV-262
D.C. Docket No. 2:10-CV-263
D.C. Docket No. 2:10-CV-264
D.C. Docket No. 2:10-CV-265
D.C. Docket No. 2:10-CV-266
D.C. Docket No. 2:10-CV-267
D.C. Docket No. 2:10-CV-268
D.C. Docket No. 2:10-CV-269
D.C. Docket No. 2:10-CV-270
D.C. Docket No. 2:10-CV-271
D.C. Docket No. 2:10-CV-272
D.C. Docket No. 2:10-CV-273
D.C. Docket No. 2:10-CV-473

D.C. Docket No. 2:10-CV-476
D.C. Docket No. 2:10-CV-478
D.C. Docket No. 2:10-CV-481
D.C. Docket No. 2:10-CV-482
D.C. Docket No. 2:10-CV-484
D.C. Docket No. 2:10-CV-485
D.C. Docket No. 2:10-CV-486
D.C. Docket No. 2:10-CV-487
D.C. Docket No. 2:10-CV-488
D.C. Docket No. 2:10-CV-489
D.C. Docket No. 2:10-CV-571
D.C. Docket No. 2:10-CV-572
D.C. Docket No. 2:10-CV-573
D.C. Docket No. 2:10-CV-574
D.C. Docket No. 2:10-CV-575
D.C. Docket No. 2:10-CV-576
D.C. Docket No. 2:10-CV-577
D.C. Docket No. 2:10-CV-578
D.C. Docket No. 2:10-CV-579
D.C. Docket No. 2:10-CV-580
D.C. Docket No. 2:10-CV-581
D.C. Docket No. 2:10-CV-582
D.C. Docket No. 2:10-CV-583
D.C. Docket No. 2:10-CV-584
D.C. Docket No. 2:10-CV-906
D.C. Docket No. 2:10-CV-908
D.C. Docket No. 2:10-CV-909
D.C. Docket No. 2:10-CV-910
D.C. Docket No. 2:10-CV-911
D.C. Docket No. 2:10-CV-912
D.C. Docket No. 2:10-CV-913
D.C. Docket No. 2:10-CV-914
D.C. Docket No. 2:10-CV-916
D.C. Docket No. 2:10-CV-917
D.C. Docket No. 2:10-CV-918
D.C. Docket No. 2:10-CV-919
D.C. Docket No. 2:10-CV-920
D.C. Docket No. 2:10-CV-921
D.C. Docket No. 2:10-CV-922
D.C. Docket No. 2:10-CV-1041
D.C. Docket No. 2:10-CV-1042

D.C. Docket No. 2:10-CV-1043
D.C. Docket No. 2:10-CV-1044
D.C. Docket No. 2:10-CV-1045
D.C. Docket No. 2:10-CV-1049
D.C. Docket No. 2:10-CV-1050
D.C. Docket No. 2:10-CV-1052
D.C. Docket No. 2:10-CV-1357
D.C. Docket No. 2:10-CV-1359
D.C. Docket No. 2:10-CV-1360
D.C. Docket No. 2:10-CV-1362
D.C. Docket No. 2:10-CV-1363
D.C. Docket No. 2:10-CV-1364
D.C. Docket No. 2:10-CV-1365
D.C. Docket No. 2:10-CV-1366
D.C. Docket No. 2:10-CV-1367
D.C. Docket No. 2:10-CV-1368
D.C. Docket No. 2:10-CV-1369
D.C. Docket No. 2:10-CV-1370
D.C. Docket No. 2:10-CV-1371
D.C. Docket No. 2:10-CV-1372
D.C. Docket No. 2:10-CV-1373
D.C. Docket No. 2:10-CV-1374
D.C. Docket No. 2:10-CV-1375
D.C. Docket No. 2:10-CV-1376
D.C. Docket No. 2:10-CV-1377
D.C. Docket No. 2:10-CV-1380
D.C. Docket No. 2:10-CV-1381
D.C. Docket No. 2:10-CV-1382
D.C. Docket No. 2:10-CV-1383
D.C. Docket No. 2:10-CV-1384
D.C. Docket No. 2:10-CV-1385
D.C. Docket No. 2:10-CV-1386
D.C. Docket No. 2:10-CV-1388
D.C. Docket No. 2:10-CV-1389
D.C. Docket No. 2:10-CV-1391
D.C. Docket No. 2:10-CV-1392
D.C. Docket No. 2:10-CV-1393
D.C. Docket No. 2:10-CV-1394
D.C. Docket No. 2:10-CV-1395
D.C. Docket No. 2:10-CV-1396
D.C. Docket No. 2:10-CV-1397

D.C. Docket No. 2:10-CV-1398
D.C. Docket No. 2:10-CV-1399
D.C. Docket No. 2:10-CV-1400
D.C. Docket No. 2:10-CV-1401
D.C. Docket No. 2:10-CV-1402
D.C. Docket No. 2:10-CV-1403
D.C. Docket No. 2:10-CV-1404
D.C. Docket No. 2:10-CV-1406
D.C. Docket No. 2:10-CV-1409
D.C. Docket No. 2:10-CV-1685
D.C. Docket No. 2:10-CV-1686
D.C. Docket No. 2:10-CV-1687

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION (MISSISSIPPI PLAINTIFFS),

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, STEWART, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that costs on appeal are to be taxed against plaintiffs.

ISSUED AS MANDATE: 16 MAR 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana
16 MAR 2012