United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

**FILED**
January 23, 2012

## FOR THE FIFTH CIRCUIT

Lyle W. Cayce
Clerk

No. 10-30945



D.C. Docket No. 2:07-MD-1873
D.C. Docket No. 2:09-CV-5970
D.C. Docket No. 2:09-CV-5971
D.C. Docket No. 2:09-CV-6144
D.C. Docket No. 2:09-CV-6145
D.C. Docket No. 2:09-CV-6146
D.C. Docket No. 2:09-CV-6147
D.C. Docket No. 2:09-CV-6494
D.C. Docket No. 2:09-CV-6495
D.C. Docket No. 2:09-CV-6497
D.C. Docket No. 2:09-CV-6632
D.C. Docket No. 2:09-CV-6634
D.C. Docket No. 2:09-CV-7526
D.C. Docket No. 2:09-CV-7528
D.C. Docket No. 2:10-CV-779

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION (ALABAMA PLAINTIFFS)

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, STEWART, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that costs on appeal are to be taxed against plaintiffs.

ISSUED AS MANDATE: 16 MAR 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana
16 MAR 2012