# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 16, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
     No. 10-30921,  In Re: FEMA Trailer, et al
          USDC No. 2:07-MD-1873
          USDC No. 2:09-CV-3942
          USDC No. 2:09-CV-3943
          USDC No. 2:09-CV-3944
          USDC No. 2:09-CV-5538
          USDC No. 2:09-CV-5539
          USDC No. 2:09-CV-5540
          USDC No. 2:09-CV-5541
          USDC No. 2:09-CV-5542
          USDC No. 2:09-CV-5544
          USDC No. 2:09-CV-5545
          USDC No. 2:09-CV-5546
          USDC No. 2:09-CV-5547
          USDC No. 2:09-CV-5548
          USDC No. 2:09-CV-5552
          USDC No. 2:09-CV-5553
          USDC No. 2:09-CV-5555
          USDC No. 2:09-CV-5556
          USDC No. 2:09-CV-5557
          USDC No. 2:09-CV-5558
          USDC No. 2:09-CV-5559
          USDC No. 2:09-CV-5561
          USDC No. 2:09-CV-5563
          USDC No. 2:09-CV-5564
          USDC No. 2:09-CV-5565
          USDC No. 2:09-CV-5566
          USDC No. 2:09-CV-5567
          USDC No. 2:09-CV-5568
          USDC No. 2:09-CV-5569
          USDC No. 2:09-CV-5570
          USDC No. 2:09-CV-5571
          USDC No. 2:09-CV-5572
          USDC No. 2:09-CV-5573
          USDC No. 2:09-CV-5574
          USDC No. 2:09-CV-5575
          USDC No. 2:09-CV-5576
          USDC No. 2:09-CV-5577
          USDC No. 2:09-CV-5578
          USDC No. 2:09-CV-5579
          USDC No. 2:09-CV-5580
          USDC No. 2:09-CV-5581
          USDC No. 2:09-CV-5582
          USDC No. 2:09-CV-5583
```

[RECEIVED MAR 20 2012 U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA DEPUTY CLERK]

```
USDC No. 2:09-CV-5584
USDC No. 2:09-CV-5585
USDC No. 2:09-CV-5586
USDC No. 2:09-CV-5587
USDC No. 2:09-CV-5588
USDC No. 2:09-CV-5589
USDC No. 2:09-CV-5590
USDC No. 2:09-CV-5592
USDC No. 2:09-CV-5593
USDC No. 2:09-CV-5595
USDC No. 2:09-CV-5596
USDC No. 2:09-CV-5597
USDC No. 2:09-CV-5598
USDC No. 2:09-CV-5599
USDC No. 2:09-CV-5600
USDC No. 2:09-CV-5601
USDC No. 2:09-CV-5602
USDC No. 2:09-CV-5603
USDC No. 2:09-CV-5604
USDC No. 2:09-CV-5605
USDC No. 2:09-CV-5606
USDC No. 2:09-CV-5607
USDC No. 2:09-CV-5608
USDC No. 2:09-CV-5609
USDC No. 2:09-CV-5610
USDC No. 2:09-CV-5611
USDC No. 2:09-CV-6016
USDC No. 2:09-CV-6017
USDC No. 2:09-CV-6018
USDC No. 2:09-CV-6211
USDC No. 2:09-CV-6212
USDC No. 2:09-CV-6412
USDC No. 2:09-CV-6419
USDC No. 2:09-CV-6643
USDC No. 2:09-CV-6716
USDC No. 2:09-CV-6717
USDC No. 2:09-CV-6721
USDC No. 2:09-CV-6722
USDC No. 2:09-CV-6886
USDC No. 2:09-CV-6887
USDC No. 2:09-CV-6888
USDC No. 2:09-CV-6890
USDC No. 2:09-CV-6891
USDC No. 2:09-CV-6894
USDC No. 2:09-CV-6895
USDC No. 2:09-CV-6896
USDC No. 2:09-CV-6897
USDC No. 2:09-CV-6899
USDC No. 2:09-CV-6901
USDC No. 2:09-CV-6902
USDC No. 2:09-CV-6903
USDC No. 2:09-CV-6904
USDC No. 2:09-CV-6905
USDC No. 2:09-CV-6907
USDC No. 2:09-CV-6908
USDC No. 2:10-CV-257
USDC No. 2:10-CV-258
USDC No. 2:10-CV-259
USDC No. 2:10-CV-260
USDC No. 2:10-CV-261
USDC No. 2:10-CV-262
USDC No. 2:10-CV-263
USDC No. 2:10-CV-264
```

```
USDC No. 2:10-CV-265
USDC No. 2:10-CV-266
USDC No. 2:10-CV-267
USDC No. 2:10-CV-268
USDC No. 2:10-CV-269
USDC No. 2:10-CV-270
USDC No. 2:10-CV-271
USDC No. 2:10-CV-272
USDC No. 2:10-CV-273
USDC No. 2:10-CV-473
USDC No. 2:10-CV-476
USDC No. 2:10-CV-478
USDC No. 2:10-CV-481
USDC No. 2:10-CV-482
USDC No. 2:10-CV-484
USDC No. 2:10-CV-485
USDC No. 2:10-CV-486
USDC No. 2:10-CV-487
USDC No. 2:10-CV-488
USDC No. 2:10-CV-489
USDC No. 2:10-CV-571
USDC No. 2:10-CV-572
USDC No. 2:10-CV-573
USDC No. 2:10-CV-574
USDC No. 2:10-CV-575
USDC No. 2:10-CV-576
USDC No. 2:10-CV-577
USDC No. 2:10-CV-578
USDC No. 2:10-CV-579
USDC No. 2:10-CV-580
USDC No. 2:10-CV-581
USDC No. 2:10-CV-582
USDC No. 2:10-CV-583
USDC No. 2:10-CV-584
USDC No. 2:10-CV-906
USDC No. 2:10-CV-908
USDC No. 2:10-CV-909
USDC No. 2:10-CV-910
USDC No. 2:10-CV-911
USDC No. 2:10-CV-912
USDC No. 2:10-CV-913
USDC No. 2:10-CV-914
USDC No. 2:10-CV-916
USDC No. 2:10-CV-917
USDC No. 2:10-CV-918
USDC No. 2:10-CV-919
USDC No. 2:10-CV-920
USDC No. 2:10-CV-921
USDC No. 2:10-CV-922
USDC No. 2:10-CV-1041
USDC No. 2:10-CV-1042
USDC No. 2:10-CV-1043
USDC No. 2:10-CV-1044
USDC No. 2:10-CV-1045
USDC No. 2:10-CV-1049
USDC No. 2:10-CV-1050
USDC No. 2:10-CV-1052
USDC No. 2:10-CV-1357
USDC No. 2:10-CV-1359
USDC No. 2:10-CV-1360
USDC No. 2:10-CV-1362
USDC No. 2:10-CV-1363
USDC No. 2:10-CV-1364
```

```
USDC No. 2:10-CV-1365
USDC No. 2:10-CV-1366
USDC No. 2:10-CV-1367
USDC No. 2:10-CV-1368
USDC No. 2:10-CV-1369
USDC No. 2:10-CV-1370
USDC No. 2:10-CV-1371
USDC No. 2:10-CV-1372
USDC No. 2:10-CV-1373
USDC No. 2:10-CV-1374
USDC No. 2:10-CV-1375
USDC No. 2:10-CV-1376
USDC No. 2:10-CV-1377
USDC No. 2:10-CV-1380
USDC No. 2:10-CV-1381
USDC No. 2:10-CV-1382
USDC No. 2:10-CV-1383
USDC No. 2:10-CV-1384
USDC No. 2:10-CV-1385
USDC No. 2:10-CV-1386
USDC No. 2:10-CV-1388
USDC No. 2:10-CV-1389
USDC No. 2:10-CV-1391
USDC No. 2:10-CV-1392
USDC No. 2:10-CV-1393
USDC No. 2:10-CV-1394
USDC No. 2:10-CV-1395
USDC No. 2:10-CV-1396
USDC No. 2:10-CV-1397
USDC No. 2:10-CV-1398
USDC No. 2:10-CV-1399
USDC No. 2:10-CV-1400
USDC No. 2:10-CV-1401
USDC No. 2:10-CV-1402
USDC No. 2:10-CV-1403
USDC No. 2:10-CV-1404
USDC No. 2:10-CV-1406
USDC No. 2:10-CV-1409
USDC No. 2:10-CV-1685
USDC No. 2:10-CV-1686
USDC No. 2:10-CV-1687
USDC No. 2:07-MD-1873
USDC No. 2:09-CV-5970
USDC No. 2:09-CV-5971
USDC No. 2:09-CV-6144
USDC No. 2:09-CV-6145
USDC No. 2:09-CV-6146
USDC No. 2:09-CV-6147
USDC No. 2:09-CV-6494
USDC No. 2:09-CV-6495
USDC No. 2:09-CV-6497
USDC No. 2:09-CV-6632
USDC No. 2:09-CV-6634
USDC No. 2:09-CV-7526
USDC No. 2:09-CV-7528
USDC No. 2:10-CV-779

No. 10-30945,  In Re: FEMA Trailer, et al
     USDC No. 2:07-MD-1873
     USDC No. 2:09-CV-5970
     USDC No. 2:09-CV-5971
     USDC No. 2:09-CV-6144
     USDC No. 2:09-CV-6145
```

```
USDC No. 2:09-CV-6146
USDC No. 2:09-CV-6147
USDC No. 2:09-CV-6494
USDC No. 2:09-CV-6495
USDC No. 2:09-CV-6497
USDC No. 2:09-CV-6632
USDC No. 2:09-CV-6634
USDC No. 2:09-CV-7526
USDC No. 2:09-CV-7528
USDC No. 2:10-CV-779
```

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: *[signature]*
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc: Honorable Kurt D. Engelhardt (email)
cc w/encl:
    Mr. John Adam Bain
    Mr. Adam Michael Dinnell
    Mr. Charles Edward Gibson IV
    Mr. Gerald Edward Meunier
    Mr. Henry Thomas Miller
    Mr. Justin I Woods

P.S. to Judge Engelhardt: A copy of the opinion was sent to your office via email the day it was filed.