UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER : MDL NO. 2:07-MD-1873
FORMALDEHYDE
PRODUCT LIABILITY : SECTION "N" (4)
LITIGATION
: JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO:
James Burge v. Cavalier Home Builders,
etal., Case No.: 10-1041 : MAGISTRATE CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Adopt,

IT IS ORDERED that Defendants, Cavalier Home Builders, L.L.C., Cavalier Homes, Inc., Liberty Homes, Inc., River Birch Homes, Inc., Scotbilt Homes, Inc., and Waverlee Homes, Inc. be allowed to adopt and joint the Opposition to Motion to Remand filed by Gulf Stream Coach, Inc. (Rec.Doc. No. 24853).

New Orleans, Louisiana this __20th__ day of _____March_____, 2012.

_____
Honorable Kurt D. Engelhardt

#432566