UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5)  JUDGE: ENGELHARDT |
| This Document Relates to: *Ables, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-5597 Plaintiff: Anna Gilliam o/b/o Joshawael Warner | * * * * | MAG: CHASEZ |

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **ANNA GILLIAM O/B/O JOSHAWAEL WARNER** only.

New Orleans, Louisiana this 20th day of March, 2012.

_____
United States District Judge

00325956-1