UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION:  N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Rayfield, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8468<br>Plaintiffs:  Osborne Picou, Malik Price rep by Elouis Richardson, Derrick Price rep by Elouis Richardson | * * * * * * | MAG: CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Osborne Picou

2. Malik Price rep by Elouis Richardson

3. Derrick Price rep by Elouis Richardson

New Orleans, Louisiana this 20th day of March, 2012.

_____
United States District Judge

00326013-1