UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION: N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Mosley, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-1356<br>Plaintiffs: Keith Barkley, Kevin Barkley, Lora G. Conway, Lora G. Conway o/b/o K.A.C., Timothy Conway, Aspin Heary, Antione Louberger, Amanda R. Swilley, Amanda Swilley o/b/o C.S.S., Amanda Swilley o/b/o K.R.S., Yvonne Plagge | * * * * * * * * | MAG: CHASEZ |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Keith Barkley
2. Kevin Barkley
3. Lora G. Conway
4. Lora G. Conway o/b/o K.A.C.
5. Timothy Conway
6. Aspin Heary
7. Antione Louberger
8. Amanda R. Swilley
9. Amanda Swilley o/b/o C.S.S.
10. Amanda Swilley o/b/o K.R.S.
11. Yvonne Plagge

New Orleans, Louisiana this 20th day of March, 2012.

_____
United States District Judge

00325958-1