UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION: N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Acosta, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3679<br>Plaintiff: Marifar G. Baltazar | * * * * | MAG: CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **MARIFAR G. BALTAZAR** only.

New Orleans, Louisiana this 20th day of March, 2012.

_____
United States District Judge

00325950-1