UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 <br> SECTION:  N(5) <br> JUDGE: ENGELHARDT |
| This Document Relates to: <br> *Bader, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 10-3681 <br> Plaintiffs:  Susan Chaupetta, Allen Barclay and Danielle Bastoe | * * * * * | MAG: CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to Plaintiffs, **SUSAN CHAUPETTA, ALLEN BARCLAY AND DANIELLE BASTOE**, only.

New Orleans, Louisiana this 20th day of March, 2012.

_____
United States District Judge

00325946-1