UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Bryant, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-4227 | * | |
| Plaintiff: Peggy Edgett | * | |

**************************************************************************

### UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss **PEGGY EDGETT** who has failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

                                              Respectfully Submitted,

                                              **DUPLASS, ZWAIN, BOURGEOIS,**
                                              **PFISTER & WEINSTOCK**

                                              s/Andrew D. Weinstock
                                              _____
                                              **ANDREW D. WEINSTOCK #18495**
                                              **JOSEPH G. GLASS #25397**
                                              Three Lakeway Center, Suite 2900
                                              3838 N. Causeway Boulevard
                                              Metairie, Louisiana  70002
                                              Telephone: (504) 832-3700
                                              Facsimile: (504) 837-3119
                                              andreww@duplass.com
                                              jglass@duplass.com

                                              and

          **SCANDURRO & LAYRISSON**
          **Timothy D. Scandurro #18424**
          **Dewey M. Scandurro #23291**
          607 St. Charles Avenue
          New Orleans, LA 70130
          (504) 522-7100
          (504) 529-6199 (FAX)
          tim@scanlayr.com
          dewey@scanlayr.com
          **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 21st day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

          s/ Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK**