UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  			MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. in Rec.Doc. 24708

## O R D E R

Considering that the "Motion (in the Alternative) for Entry of Default Judgment" (Rec. Doc. 24708), filed by plaintiffs, seeks default judgment only in the event that the plaintiffs' motion to extend deadline (Rec. Doc. 24693) is denied; and considering that the Court has granted the motion to extend deadline, *see* Rec. Doc. 24854; accordingly,

**IT IS ORDERED** that the "Motion (in the Alternative) for Entry of Default Judgment" (Rec. Doc. 24708), filed by plaintiffs, is hereby **DENIED AS MOOT** without prejudice.

New Orleans, Louisiana, this  21st  day of March, 2012.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**