UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-8056

## ORDER AND REASONS

　　　　Before the Court is "Plaintiffs' Motion for Leave to File Amended Complaint," (Rec. Doc. 24624), filed by plaintiffs.  Defendant Jayco, Inc. ("Jayco") has filed a "Notice of No Opposition Subject to a Reservation of Rights" (Rec. Doc. 24705), in which Jayco states that it does not oppose the instant motion, subject to a full reservation of its right to raise any and all defenses and/or exceptions, including, but not limited to, prescription.  No other memorandum in response to the instant motion was filed by any party.

　　　　Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  Considering that no memorandum in opposition to "Plaintiffs' Motion for Leave to File Amended Complaint," (Rec. Doc. 24624), noticed for submission on March 21, 2012, was filed; and considering that defendant Jayco has filed a "Notice of No Opposition Subject to a Reservation of Rights" (Rec. Doc. 24705), as described above; accordingly,

**IT IS ORDERED** that **"Plaintiffs' Motion for Leave to File Amended Complaint,"** (**Rec. Doc. 24624**), is hereby **GRANTED**, allowing plaintiffs to file their Second Amending Complaint, subject to a full reservation of rights by Jayco, as set forth in Rec. Doc. 24705.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by an opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 21st day of March, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**