UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-8635, 09-8636

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to "Forest River's Motion for Reconsideration of Orders Granting Plaintiffs' Motions for Leave to Amend to Add Plaintiffs" (Rec. Doc. 24598), noticed for submission on March 21, 2012, was filed.  Accordingly,

    **IT IS ORDERED** that:

    (1) **"Forest River's Motion for Reconsideration of Orders Granting Plaintiffs' Motions for Leave to Amend to Add Plaintiffs" (Rec. Doc. 24598)** is hereby **GRANTED**;

    (2) This Court's Order and Reasons at Rec. Doc. 24301 and this Court's Order and Reasons at Rec. Doc. 24303 are hereby **VACATED**; and

    (3) Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (Rec. Doc. 24016)

and Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (Rec. Doc. 24017) are hereby set

for submission without oral argument on April 18, 2012.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves

with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable

to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days

of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by

opposition memorandum to the original motion.  Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule

54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later

than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 21st day of March 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**