UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER            * | | MDL NO. 1873 |
|     FORMALDEHYDE       * | | |
|     PRODUCTS LIABILITY    * | | SECTION:  N(5) |
|     LITIGATION             * | | |
|                                                                * | | JUDGE: ENGELHARDT |
| This Document Relates to:             * | | |
| *Fetter, et al v. Gulf Stream Coach, Inc., et al*   * | | MAG: CHASEZ |
| Docket No. 10-3664                  * | | |
| Plaintiffs:  Raymond J. Frey, Shelli Lafrance  * | | |
| Gifford, Marie B. Harney, Catherine Hebert,   * | | |
| Netiokee Nekelia Hill, Brenetta Ann Hopkins,  * | | |
| Celeste Ann Hopkins, Edward Eugene Hopkins  * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Raymond J. Frey
2. Shelli Lafrance Gifford
3. Marie B. Harney
4. Catherine Hebert
5. Netiokee Nekelia Hill
6. Brenetta Ann Hopkins
7. Celeste Ann Hopkins
8. Edward Eugene Hopkins

_____
UNITED STATES DISTRICT JUDGE

00329840-1