UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Flynn, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3665 | * | |
| Plaintiffs:  Milton Gautreaux, Beverly Ann Hawkins, | * | |
| Phillip B. Hawkins | * | |

*******************************************************************************

## <u>ORDER</u>

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is

hereby **GRANTED**, as to the following Plaintiffs only:

1.   Milton Gautreaux
2.   Beverly Ann Hawkins
3.   Phillip B. Hawkins


_____
UNITED STATES DISTRICT JUDGE