UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Beaver, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8668 | * | |
| Plaintiffs: Michael Jones, Noelle A. Laderer, | * | |
| Alious D. Lee, Ida C. Lewis, Jules J. Lewis, | * | |
| Clarence S. Lombard, II, Jeffery D. Lopez, Lidia | * | |
| Lopez, Jerry Louis, Marie A. Magee, Wallace E. | * | |
| Magee, Wardell Magee, Sr., Michael M. Marcelle, | * | |
| Sr., Glenn J. Marshall, Jancy T. Marshall, Kirt G. | * | |
| Martin, Jr., Willie Martin, Ellen M. McGittigan, | * | |
| Lucien P. McGittigan, Thomas McMillian, Jr., | * | |
| Chase McNeal, Kenneth McNeal, Lisa M. McNeal, | * | |
| Tujuana L. Miller, Janice Murray, Therese Nealy- | * | |
| Smith, Augusta E. Nelson, Gaetano Nicosia, | * | |
| Roberta Nicosia, Alfred J. Oliver, Rosemary Oliver, | * | |
| Orlynthia L. Miller-White, Aisha D. Mitchell, | * | |
| Wilbert L. Parker, Harold R. Payne, Jr., Dana M. | * | |
| Payton, Marielise D. Payton, Annie G. Pierre, | * | |
| Betty Jean Porter, Yadira M. Pagan, Gloria Pajeaud, | * | |
| Keykiya Rhea, Glynn A. Riley, Kenyon Robair, | * | |
| Samuel Robertson, Jessica R. Roby, Kerry T. Roby, | * | |
| Jr., Kerry T. Roby, Sr., Mignonette L. Roby, | * | |
| Frederick Schule, Cynthia R. Scott, Edward Scott, | * | |
| Trenell M. Sinceno, Dedra R. Smith, Adrian L. | * | |
| Sims, Alvin Sims, Kiera K. Spears, John A. St. | * | |
| Angelo, Jr., Roxanna C. St. Angelo, Eldridge A. | * | |
| Tervalon, Glory C. Thomas, Joyce R. Thomas, | * | |
| Linda S. Thomas, Louis J. Thomas, Monique L. | * | |
| Thomas, Rosita P. Thomas, Craig J. Toney, Elsie | * | |
| C. Walker, Julie C. Wang, Leo S. Wang, Shelley S. | * | |
| Wang, Roosevelt Ward, Jr., Velma H. Turner, | * | |
| Wilbert Turner, Sr., Mykal P. White, Maleka | * | |
| Williams, Roby R. Williams, Willie L. Washington, | * | |

Emily S. Webster, Remedios R. Winchester-Simms, *
Beatrice B. Williams, Byron L. Wright            *
**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1.  Michael Jones
2.  Noelle A. Laderer
3.  Alious D. Lee
4.  Ida C. Lewis
5.  Jules J. Lewis
6.  Clarence S. Lombard, II
7.  Jeffery D. Lopez
8.  Lidia Lopez
9.  Jerry Louis
10. Marie A. Magee
11. Wallace E. Magee
12. Wardell Magee, Sr.
13. Michael M. Marcelle, Sr.
14. Glenn J. Marshall
15. Jancy T. Marshall
16. Kirk G. Martin, Jr.
17. Willie Martin
18. Ellen M. McGittigan
19. Lucien P. McGittigan
20. Thomas McMillian, Jr.
21. Chase McNeal
22. Kenneth McNeal
23. Lisa M. McNeal
24. Tujuana L. Miller
25. Janice Murray
26. Therese Nealy-Smith
27. Augusta E. Nelson
28. Gaetano Nicosia
29. Roberta Nicosia
30. Alfred J. Oliver
31. Rosemary Oliver
32. Orlynthia L. Miller-White
33. Aisha D. Mitchell
34. Wilbert L. Parker
35. Harold R. Payne, Jr.

36. Dana M. Payton
37. Marielise D. Payton
38. Annie G. Pierre
39. Betty Jean Porter
40. Yadira M. Pagan
41. Gloria Pajeaud
42. Keykiya Rhea
43. Glynn A. Riley
44. Kenyon Robair
45. Samuel Robertson
46. Jessica R. Roby
47. Kerry T. Roby, Jr.
48. Kerry T. Roby, Sr.
49. Mignonette L. Roby
50. Frederick Schule
51. Cynthia R. Scott
52. Edward Scott
53. Trenell M. Sinceno
54. Dedra R. Smith
55. Adrian L. Sims
56. Alvin Sims
57. Kiera K. Spears
58. John A. St. Angelo, Jr.
59. Roxanna C. St. Angelo
60. Eldridge A. Tervalon
61. Glory C. Thomas
62. Joyce R. Thomas
63. Linda S. Thomas
64. Louis J. Thomas
65. Monique L. Thomas
66. Rosita p. Thomas
67. Craig J. Toney
68. Elsie C. Walker
69. Julie C. Wang
70. Leo S. Wang
71. Shelley S. Wang
72. Roosevelt Ward, Jr.
73. Velma H. Turner
74. Wilbert Turner, Sr.,
75. Mykal P. White
76. Maleka Williams
77. Ruby R. Williams
78. Willie L. Washington
79. Emily S. Webster
80. Remedios R. Winchester-Simms
81. Beatrice B. Williams

82.     Byron L. Wright

 

                             _____
                                UNITED STATES DISTRICT JUDGE