## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| This Document Relates To: | *<br>* |
| *James Burge v. Cavalier Home Builders, LLC, et al.*<br>(E.D. La. 10-1041) | * MAGISTRATE CHASEZ<br>* |

**********************************************

### MOTION TO ADOPT GULF STREAM COACH, INC.'S OPPOSITION TO MOTION TO REMAND

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan), who, reserving all defenses including but not limited to, insufficient and lack of process and service of process, moves to join and adopt Gulf Stream Coach, Inc.'s opposition to motion to remand. (R. Doc. 24853). Morgan has reviewed the opposition and hereby adopts and incorporates the grounds and arguments set forth therein. Accordingly, Morgan respectfully submits that this Court should not remand the plaintiff's claim.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

## Certificate of Service

I certify that, on March 21, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout