UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE FEMA FORMALDEHYDE PRODUCT    *   CIVIL ACTION NO. 1873
LIABILITY LITIGATION,    *
   *
   *
   *
   *   **JUDGE ENGELHARDT**
   *
**This Document Relates To:**    *
   *
*James Burge v. Cavalier Home Builders, LLC, et al.*   *   **MAGISTRATE CHASEZ**
**(E.D. La. 10-1041)**    *
**********************************************

## <u>Order</u>

Considering the foregoing Motion to Adopt filed by Morgan Buildings & Spas, Inc. and

Morgan Building Systems, Inc.:

IT IS ORDERED that defendants, Morgan Buildings & Spas, Inc. and Morgan Building

Systems, Inc., be allowed to join and adopt the Opposition to Motion to Remand filed by Gulf

Stream Coach, Inc. (R. Doc. 24853).

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

403878.1