UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE KURT N. ENGELHARDT |
| *Valerie A. Cooper, et al. v.* | * | |
| *Forest River, Inc.* | * | MAGISTRATE JUDGE ALMA L. CHASEZ |
| *Civil Action No. 09-2921* | | |

# ORDER

Considering the foregoing *Motion to Substitute Counsel of Record* filed by defendant, Forest River, Inc.:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Andrew A. Braun, J. Michael DiGiglia and Megan A. Cambre of Gieger, Laborde & Laperouse, LLC be, and the same are, hereby enrolled as additional counsel of record for defendant, Forest River, Inc., in place of Jason D. Bone in the above numbered and entitled matter, and that they be sent all further notices of the Court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2012.

_____
HON. KURT N. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE