UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE KURT N. ENGELHARDT |
| *Johnnie Helmsetter, et al v.* | * | |
| *Forest River, Inc.* | * | MAGISTRATE JUDGE ALMA L. CHASEZ |
| *Civil Action No. 09-8630* | | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Forest River, Inc., and moves this Honorable Court for an Order substituting Andrew A. Braun, J. Michael DiGiglia and Megan A. Cambre of Gieger, Laborde & Laperouse, L.L.C. in place of Jason D. Bone as additional counsel of record in the above numbered and entitled matter, and that they be sent all further notices of the Court.  Defendant represents that the substitution of said counsel is necessary as Mr. Bone is no longer employed by said law firm.  Further, allowing the requested substitution of counsel will not delay this matter or prejudice any party.

WHEREFORE, defendant, Forest River, Inc., prays that this Honorable Court issue an Order substituting Andrew A. Braun, J. Michael DiGiglia and Megan A. Cambre of Gieger, Laborde & Laperouse, L.L.C. in place of Jason D. Bone as additional counsel of record for Forest River, Inc.

Respectfully submitted,

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
ANDREW A. BRAUN (3415)
Email: abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
MEGAN CAMBRE (33757)
Email: mcambre@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

Frank J. D'Amico, Jr., Esq.
Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113
Attorney for Plaintiffs

via the Court's e-filing system, this 22nd day of March, 2012.

/s/ Ernest P. Gieger, Jr.