UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Fetter, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3664 | * | |
| Plaintiffs: Raymond J. Frey, Shelli Lafrance | * | |
| Gifford, Marie B. Harney, Catherine Hebert, | * | |
| Netiokee Nekelia Hill, Brenetta Ann Hopkins, | * | |
| Celeste Ann Hopkins, Edward Eugene Hopkins | * | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Raymond J. Frey
2. Shelli Lafrance Gifford
3. Marie B. Harney
4. Catherine Hebert
5. Netiokee Nekelia Hill
6. Brenetta Ann Hopkins
7. Celeste Ann Hopkins
8. Edward Eugene Hopkins

New Orleans, Louisiana this 22nd day of March, 2012.

                                                                               United States District Judge