UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-5765 | * | |
| Plaintiff:  Gregg Schenck | * | |

*******************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss **GREGG SCHENCK** who has failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

                        Respectfully Submitted,

                        **DUPLASS, ZWAIN, BOURGEOIS,**
                        **PFISTER & WEINSTOCK**

                        s/Andrew D. Weinstock
                        _____
                        **ANDREW D. WEINSTOCK #18495**
                        **JOSEPH G. GLASS #25397**
                        Three Lakeway Center, Suite 2900
                        3838 N. Causeway Boulevard
                        Metairie, Louisiana  70002
                        Telephone: (504) 832-3700
                        Facsimile: (504) 837-3119
                        andreww@duplass.com
                        jglass@duplass.com

                        and

                    **SCANDURRO & LAYRISSON**
                    **Timothy D. Scandurro #18424**
                    **Dewey M. Scandurro #23291**
                    607 St. Charles Avenue
                    New Orleans, LA 70130
                    (504) 522-7100
                    (504) 529-6199 (FAX)
                    tim@scanlayr.com
                    dewey@scanlayr.com
                    **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 22nd day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                    s/ Andrew D. Weinstock
                    _____
                    **ANDREW D. WEINSTOCK**