UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Mash, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-5748 | * | |
| Plaintiffs:  Neva Varnado, Neva Varnado o/b/o | * | |
| Derrick Varnado, Neva Varnado o/b/o Artaja | * | |
| Varnado | * | |

**************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Neva Varnado
2. Neva Varnado o/b/oDerrick Varnado
3. Neva Varnado o/b/o Artaja Varnado

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

                                      Respectfully Submitted,

                                      **DUPLASS, ZWAIN, BOURGEOIS,**
                                      **PFISTER & WEINSTOCK**

                                      s/Andrew D. Weinstock
                                      _____
                                      **ANDREW D. WEINSTOCK #18495**
                                      **JOSEPH G. GLASS #25397**
                                      Three Lakeway Center, Suite 2900
                                      3838 N. Causeway Boulevard
                                      Metairie, Louisiana  70002
                                      Telephone: (504) 832-3700

Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com


and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 22nd day of March, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**

00330449-1                                                              2