UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  			MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
						SECTION "N" (5)

THIS DOCUMENT RELATES TO
09-6070, 09-2921, 10-2438, 10-2238,
10-2260, 09-4727, 09-8618, 09-8630,
10-1258, 09-3909, 10-196

## O R D E R

It has come to the Court's attention that responsive pleadings have not been filed in certain cases presently set for trial; accordingly,

**IT IS ORDERED** that in each of the above referenced cases, responsive pleadings shall be filed within fifteen (15) days from the date of this Order.

New Orleans, Louisiana, this  22nd  day of March, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**