UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## O R D E R

The Court having discussed the implementation of settlement with Plaintiffs' Co-Liaison Counsel and Defendants' Settlement Co-Liaison Counsel, and having been informed that certain Settling Defendants have not completed a memorandum of understanding and/or settlement agreement with the PSC; accordingly,

**IT IS ORDERED** that:

    1)   Each Settling Defendant shall complete a Memorandum of Understanding and Settlement Agreement with the PSC immediately, but in no event later than March 29, 2012;

    2)   Each Settling Defendant shall inform Defendants' Settlement Co-Liaison Counsel not later than March 29, 2012 as to whether it intends to implement its settlement agreement through a class settlement procedure; and

    3)   The deadline for filing a Joint Motion for Preliminary Approval of Class Settlement is extended to April 9, 2012.

New Orleans, Louisiana, this  22nd  day of March, 2012.

                                                            **KURT D. ENGELHARDT**
                                                            **UNITED STATES DISTRICT JUDGE**