UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * * | CIVIL ACTION NO. 1873 |
| | * | JUDGE ENGELHARDT |
| This Document Relates To: | * * | |
| *James Burge v. Cavalier Home Builders, LLC, et al.* (E.D. La. 10-1041) | * * | MAGISTRATE CHASEZ |

*********************************************

## Order

Considering the foregoing Motion to Adopt filed by Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.:

IT IS ORDERED that defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., be allowed to join and adopt the Opposition to Motion to Remand filed by Gulf Stream Coach, Inc. (R. Doc. 24853).

New Orleans, Louisiana, this  22nd  day of     March    , 2012.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

403878.1