UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                           SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 97

On March 22, 2012, the Court held a status conference at 9:00 a.m. with liaison counsel and steering committee members. The following individuals were in attendance: Amanda Ballay, Gerardo Barrios, Robert Bechnel, Tom Cougill, Frank D'Amico, Jr., Ernest Gieger, Jr., Joe Glass, John J. Hainkel, Bob Hilliard, Ralph Hubbard, III, Ryan Johnson, M. David Kurtz, Charles Leche, Matthew Moreland, Charles Penot, Jr., Tim Scandurro, John Stewart Tharp, Mikal Watts, and Justin Woods.

Following that conference, at 10:00 a.m., the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)      On **Friday, May 18, 2012, at 9:15 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting; and

(2) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, May 18, 2012, at 10:00 a.m.**

New Orleans, Louisiana, this 22nd day of March, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**