PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

MDL 1873

_____
DEFENDANT(S)

Magistrate: _____

***********************************************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: 3-22-12           TIME: 10:00 am

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| MIKAL WATTS | Watts Guerra Craft | PSC |
| Bob Hilliard | HMG | PSC |
| Joe Glass | Duplass | GSCI |
| Amanda Bullay |  |  |
| David Kurtz | Baker Donelson | Shaw |
| Justin Woods | Gainsburgh Benjamin | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

MDL 1873

Magistrate: _____

*************************************************************************

CONFERENCE: _____ PRE-TRIAL   ___✓___ STATUS   _____ SETTLEMENT

DATE: __3-22-12__   TIME: __10:00 am__

**PLEASE PRINT**       **PLEASE PRINT**         **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Gerardo R. Barrios | Baker Donelson | CH2M Hill |
| Matt Moreland | Becnel | π |
| Charles E. Leche | Deutsch, Kerrigan | Insur. Liaison |
| Ernie Gieger | Gieger Laborde | Forest River |
| Tom Cougill | W, F + C | Jayco & Starcraft |
| Robert M. Becnel | Becnel | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
**PLAINTIFF(S)**

**VERSUS**

CIVIL/CRIMINAL ACTION NO.:

MDL 1873

_____
**DEFENDANT(S)**

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFERENCE:** _____**PRE-TRIAL**   ✓ **STATUS**   _____**SETTLEMENT**

**DATE:** 3-22-12       **TIME:** 10:00 am

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| J. Sutterfield | Sutterfield + Lomb | Colony Ins Co |
| Janet MacDonell | same | Agbayani, SRS |
| R. Sheesley | McGlinchy | Skyline/Clayton Homes |
| Theresa Anderson | MMP | Athens |
| Laura Mayes | DBN | T-MAC |
| Jason Franco | Provosty + Gankendorff | C Martin Co. |

PTO Received: _____

Trial Set: _____
                        Jury/Non-Jury

_____
**PLAINTIFF(S)**

**VERSUS**

CIVIL/CRIMINAL ACTION NO.:

MDL 1873

_____
**DEFENDANT(S)**

Magistrate: _____

*************************************************************

CONFERENCE: _____ PRE-TRIAL   __✓__ STATUS   _____ SETTLEMENT

DATE: 3-22-12           TIME: 10:00 am

**PLEASE PRINT**        **PLEASE PRINT**        **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| K. Marksbury | Barry Law | MLU |
| John Hainkel | Frilot | Bechtel |
| Eric Berger | Lobman Carnahan | Crum + Forster |
| Denis Veac | HLC | Plantff |
| Amanda Vonderhaar | Leake & Anderson | DC Recovery |
| Stephanie Dovila | Galloway Johnson | Davis Acctg Svcs. |

PTO Received: _____

Trial Set: _____
             Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
  PLAINTIFF(S)
VERSUS                        __MDL 1873_____

_____          Magistrate: _____
  DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ___✓___ STATUS   _____ SETTLEMENT

DATE: __3-22-12__                TIME: __10:00 am__

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Paul Hole (?) | DKS | Smith Research |
| Randall Mulcahy | Garrison, Yount, et al | Recreation By Design, LLC |
| Christine Lipsey | McCluskey (?) | Morgan |
| Anne Briard | Lugenbuhl | Liberty Mutual |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

MDL 1873

Magistrate: _____

*************************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 3-22-12    TIME: 10:00 am

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Cheri Trites | EMC Ins. Co. | ~~HPH~~ / EMC Ins. |
| Meagan Messina | Galloway Johnson | Del Jen, Inc. |
| Palmer Lambert | Gainsburgh | TTs |
| Hugh Lambert | Lambert & Nelson | TTs |
| J.D. Stewart | Baldwin Haspel | Jacquet |
| Gregory Curoser | Adams, Hoefer | Arch |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                       MDL 1873

_____  Magistrate: _____
DEFENDANT(S)

*************************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 3-22-12                  TIME: 10:00 AM

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Ryan Johnson | Jones Walker | Defendn |
| Stewart Tharp | Taylor Porter | Coachmen |
| Jim Barker | Allen Gooch | Sunline Sunvalley Heartland |
| Richard Sherburne | E Middleberg | FEI |
| Jennifer Kilpatrick | Degan Blanchard | TL TMJ |
| Mary Cryan | LLC | Burlington |