UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION | * | MDL NO. 07-1873 |
| | * | |
| THIS DOCUMENT PERTAINS TO:<br>*All Cases*. | * | SECTION:  N "5" |
| | * | JUDGE: KURT D. ENGELHARDT |
| | * | |
| | * | MAGISTRATE JUDGE: |
| * * * * * * * * * * * * * * * * * * * * | * | ALMA CHASEZ |

### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO COURT REGISTRY

Defendants, Skyline Corporation and Layton Homes Corp. (collectively, "Skyline"), through undersigned counsel, move this Court to allow Skyline to file under seal, pursuant to Local Rule 5.6, their Motion for Authority to Deposit Settlement Funds into Court Registry because it contains confidential settlement information.  Plaintiffs' Liaison Counsel does not oppose this motion.

WHEREFORE, for the reasons set forth in the accompanying non-confidential memorandum in support, Skyline Corporation and Layton Homes Corp. respectfully requests that they be granted leave to file their Motion for Authority to Deposit Settlement Funds into Court Registry under seal.

                                                s/ *Robert D. Sheesley*
                                                LARRY FELDMAN, JR., T.A. (La. #5503)
                                                ROBERT D. SHEESLEY (La. #31579)
                                                **McGLINCHEY STAFFORD, PLLC**
                                                601 Poydras Street, 12th Floor
                                                New Orleans, LA  70130
                                                Telephone:  (504) 586-1200
                                                Facsimile:  (504) 596-2800
                                                lfeldman@mcglinchey.com
                                                rsheesley@mcglinchey.com

                                                **ATTORNEYS FOR DEFENDANTS**
                                                **SKYLINE CORPORATION AND LAYTON**
                                                **HOMES CORP.**

982821.1

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and that I served the foregoing on trial counsel by e-mail.

                                   s/ *Robert D. Sheesley*
                                   ROBERT D. SHEESLEY