UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>             LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*All Cases*. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION: N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ |

## NOTICE OF REQUEST TO SEAL

PLEASE TAKE NOTICE that Defendants, Skyline Corporation and Layton Homes Corp., have made a request to seal documents through their Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into Court Registry.

                                                                      s/ *Robert D. Sheesley*
                                                                      LARRY FELDMAN, JR., T.A. (La. #5503)
                                                                      ROBERT D. SHEESLEY (La. #31579)
                                                                      **McGLINCHEY STAFFORD, PLLC**
                                                                      601 Poydras Street, 12th Floor
                                                                      New Orleans, LA  70130
                                                                      Telephone:  (504) 586-1200
                                                                      Facsimile:  (504) 596-2800
                                                                      lfeldman@mcglinchey.com
                                                                      rsheesley@mcglinchey.com
                                                                      **ATTORNEYS FOR DEFENDANTS**
                                                                      **SKYLINE CORPORATION AND LAYTON**
                                                                      **HOMES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record, and that I served the foregoing on trial counsel by e-mail.

                                                                      s/ *Robert D. Sheesley*
                                                                      **ROBERT D. SHEESLEY**

982821.1