UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *All Cases*. | *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT * |
| * * * * * * * * * * * * * * * * * * * * * | *  MAGISTRATE JUDGE: *  ALMA CHASEZ |

## ORDER GRANTING LEAVE TO FILE UNDER SEAL

Considering the foregoing Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into Court Registry by Skyline Corporation and Layton Homes Corp. (collectively, "Skyline"), the Court finds as follows:

Skyline seeks to seal its Motion for Authority to Deposit Settlement Funds into Court Registry by Skyline Corporation and Layton Homes Corp. and any resulting order. Skyline contends that sealing is necessary to comply with confidentiality provisions of its Memorandum of Understanding.

"[T]he public has a common law right to access judicial records and proceedings, although the right is not absolute." *Bahwell v. Stanley-Bostitch, Inc.*, No. 00-0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002). This Court has discretion to seal judicial records, but "must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 599 (1978)). Here, the interest of the public in accessing the terms and conditions of the settlement is outweighed by the interests of Skyline and plaintiffs in this multidistrict litigation in protecting the confidentiality of the terms of the settlement. Therefore, the sealing of the above-referenced documents is necessary.

982821.1

2

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that Skyline Corporation and Layton Homes Corp. are granted leave to file under seal their Motion for Authority to Deposit Settlement Funds into Court Registry in the manner prescribed by Local Rule 5.6(E).

**IT IS FURTHER ORDERED** that the Clerk of Court shall maintain the Motion for Authority to Deposit Settlement Funds into Court Registry filed under seal until the final adjudication of this action, including the resolution of any appeals, at which time such documents are to be returned to Skyline or destroyed, except as otherwise provided by further order of this Court.

**IT IS FURTHER ORDERED** that no person other than Skyline, its counsel, Plaintiffs' Liaison Counsel, Court personnel and any special master appointed by this court shall be allowed access to the documents or records filed under seal pursuant to this Order, except as otherwise provided by further order of this Court.  Any person seeking to access the documents or records filed under seal pursuant to this Order shall seek leave by filing a contradictory motion.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE
