UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>All Cases | MAGISTRATE: CHASEZ |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT**, through undersigned counsel, come Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company, and move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court as it contains confidential settlement information. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Plaintiffs' liaison counsel does not oppose this motion.

WHEREFORE, for the reasons set forth in the accompanying non-confidential memorandum in support, Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company respectfully request that they be granted

leave to file their Motion for Authority to Deposit Settlement Funds into the Registry of the Court under seal.

Respectfully Submitted,

Of counsel:

Allen & Gooch

s/Brent M. Maggio
**BRENT M. MAGGIO (#19959)**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
Tel.:   (504) 836-5260
Fax:    (504) 836-5265
Email: BrentMaggio@AllenGooch.com
Counsel for Sun Valley Inc. d/b/a: Sun-Lite

Voorhies & Labbe

s/Lamont P. Domingue
**LAMONT P. DOMINGUE (#20787)**
700 St. John Street
P.O. Box 3527
Lafayette, LA 70502-3527
Tel.:   (337) 232-9700
Fax:    (337) 235-4943
Email: lpd@volalaw.com
Counsel for Sun Valley Inc. d/b/a: Sun-Lite

Larzelere Picou Wells
Simpson Lonero, LLC

s/G. Benjamin Ward
**G. BENJAMIN WARD (#20403)**
Two Lakeway Center, Suite 1100
3850 N. Causeway Blvd.
Metairie, LA  70002
Tel.:   (504) 834-6500
Fax:    (504) 834-6565
Email: bward@lpwsl.com
Counsel for
Westchester Surplus Lines Insurance Company

| | |
|---|---|
| Sutterfield & Webb, L.L.C. | s/James R. Sutterfield<br>**JAMES R. SUTTERFIELD (#12597)**<br>Sutterfield & Webb , LLC<br>650 Poydras Street, Suite 2715<br>New Orleans, LA 70130-6111<br>Tel.:   (504) 598-2715<br>Fax:   (504) 529-7197<br>Email: jsutterfield@swslaw.com<br>Counsel for Colony National Insurance Company |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/James R. Sutterfield
**JAMES R. SUTTERFIELD**