UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY　　　　　　　　　　　SECTION "N" (5)

　　　　　　　　　　　　　　　　　　　　JUDGE: ENGELHARDT

This Document Relates to:　　　　　　　　MAGISTRATE: CHASEZ
All Cases

## NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

MAY IT PLEASE THE COURT:

Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

### BACKGROUND

On October 27, 2011, the plaintiffs via the Plaintiffs Steering Committee, on the one hand, and Sun Valley Inc. d/b/a: Sun-Lite and its insurers, Colony National Insurance Company and Westchester Surplus Lines Insurance Company, entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement

reached between the parties as it concerns this MDL litigation. In order to comply with the terms of the aforementioned MOU, Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company request that their Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

## LAW AND ARGUMENT

"The public has a common law right to access judicial records and proceedings, although the right is not absolute." *Bahwell v. Stanley-Bostitch, Inc.*, No. 00-0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002). A district court has discretion to seal judicial records, but "must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 599 (1978)). However, courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al v. Jim Hood, et al*, 07-188, 2010 WL 3522445 at *2-3 (S.D. Miss. Sept. 2, 2010) (citing *Pansy v. Borough of Stroudsburg*, 23F.3d 772, 788 (3rd Cir. 1994)).

Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company request that their Motion for Authority to Deposit Settlement Funds into the Registry of the Court be filed under seal to comply with the confidentiality provisions of the MOU. It is necessary for the motion and order to be sealed to protect the confidentially of settlement. Confidentiality is an important provision in this negotiated settlement of many claims in this multidistrict litigation that have been pending for

several years. Therefore, preserving the confidentiality of the settlement terms significantly outweighs whatever slight interest the public may have in learning the terms of the settlement.

## DURATION OF SEALING AND PROCEDURES FOR HANDLING

Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company propose that the documents be maintained under seal until the final adjudication of this action, including the resolution of any appeals, at which time such documents are to be returned to Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and/or Colony National Insurance Company or destroyed, or upon the agreement of Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, Colony National Insurance Company, and Plaintiffs' Liaison Counsel on behalf of all plaintiffs, at which time such documents may be made public. Pursuant to Local Rule 5.6(E), each document filed under seal will be maintained in the clerk's office sealed in a manila envelope clearly labeled "UNDER SEAL" and bearing the case number, caption, a reference to the order granting leave to file under seal, and a description of the documents. Access to the sealed documents will be limited to Court personnel, special masters appointed by the Court, and counsel for Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, Colony National Insurance Company, and Plaintiffs' Liaison Counsel, unless otherwise ordered by the Court after a contradictory motion by any other person seeking access to the sealed documents.

## CONCLUSION

For the foregoing reasons, Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company respectfully request that they be

granted leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

                          Respectfully Submitted,

Of counsel:

Allen & Gooch

                          s/Brent M. Maggio
                          **BRENT M. MAGGIO (#19959)**
                          One Lakeway
                          3900 N. Causeway Blvd, Suite 1450
                          Metairie LA 70002
                          Tel.:   (504) 836-5260
                          Fax:   (504) 836-5265
                          Email: BrentMaggio@AllenGooch.com
                          Counsel for Sun Valley Inc. d/b/a: Sun-Lite

Voorhies & Labbe

                          _s/Lamont P. Domingue
                          **LAMONT P. DOMINGUE (#20787)**
                          700 St. John Street
                          P.O. Box 3527
                          Lafayette, LA 70502-3527
                          Tel.:   (337) 232-9700
                          Fax:   (337) 235-4943
                          Email: lpd@volalaw.com
                          Counsel for Sun Valley Inc. d/b/a: Sun-Lite

Larzelere Picou Wells
Simpson Lonero, LLC

                          s/G. Benjamin Ward
                          **G. BENJAMIN WARD (#20403)**
                          Two Lakeway Center, Suite 1100
                          3850 N. Causeway Blvd.
                          Metairie, LA  70002
                          Tel.:   (504) 834-6500
                          Fax:   (504) 834-6565
                          Email: bward@lpwsl.com
                          Counsel for
                          Westchester Surplus Lines Insurance Company

| | |
|---|---|
| Sutterfield & Webb, L.L.C. | s/James R. Sutterfield<br>**JAMES R. SUTTERFIELD (#12597)**<br>Sutterfield & Webb , LLC<br>650 Poydras Street, Suite 2715<br>New Orleans, LA 70130-6111<br>Tel.:   (504) 598-2715<br>Fax:   (504) 529-7197<br>Email: jsutterfield@swslaw.com<br>Counsel for Colony National Insurance Company |

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/James R. Sutterfield<br>
**JAMES R. SUTTERFIELD**
