UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY

MDL NO. 1873

SECTION "N" (5)

JUDGE: ENGELHARDT

This Document Relates to:
All Cases

MAGISTRATE: CHASEZ

## NOTICE OF REQUEST TO SEAL

PLEASE TAKE NOTICE that defendants, Sun Valley Inc. d/b/a: Sun-Lite, Westchester Surplus Lines Insurance Company, and Colony National Insurance Company, have made a request to seal documents through their Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully Submitted,

Of counsel:

Allen & Gooch

s/Brent M. Maggio
**BRENT M. MAGGIO (#19959)**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
Tel.:   (504) 836-5260
Fax:   (504) 836-5265
Email: BrentMaggio@AllenGooch.com
Counsel for Sun Valley Inc. d/b/a: Sun-Lite

| | |
|---|---|
| Voorhies & Labbe | s/Lamont P. Domingue<br>**LAMONT P. DOMINGUE (#20787)**<br>700 St. John Street<br>P.O. Box 3527<br>Lafayette, LA 70502-3527<br>Tel.:   (337) 232-9700<br>Fax:   (337) 235-4943<br>Email: lpd@volalaw.com<br>Counsel for Sun Valley Inc. d/b/a: Sun-Lite |
| Larzelere Picou Wells<br>Simpson Lonero, LLC | s/G. Benjamin Ward<br>**G. BENJAMIN WARD (#20403)**<br>Two Lakeway Center, Suite 1100<br>3850 N. Causeway Blvd.<br>Metairie, LA  70002<br>Tel.:   (504) 834-6500<br>Fax:   (504) 834-6565<br>Email: bward@lpwsl.com<br>Counsel for<br>Westchester Surplus Lines Insurance Company |
| Sutterfield & Webb, L.L.C. | s/James R. Sutterfield<br>**JAMES R. SUTTERFIELD (#12597)**<br>Sutterfield & Webb , LLC<br>650 Poydras Street, Suite 2715<br>New Orleans, LA 70130-6111<br>Tel.:   (504) 598-2715<br>Fax:   (504) 529-7197<br>Email: jsutterfield@swslaw.com<br>Counsel for Colony National Insurance Company |

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/James R. Sutterfield
**JAMES R. SUTTERFIELD**