UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Macalusa, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3510 | * | |
| Plaintiffs: Chad W. Macalusa, Duke Allen | * | |
| Mackles, Lawrence Magruder, Marylon Magruder, | * | |
| Stacie Mazur, Sidney J. Martin, Kenneth P. | * | |
| McDaniel, Bessie McDonald, Brittany Melara, Jerry | * | |
| Melerine, Jerilynn Pierce Melton, Sheryl Mocklin, | * | |
| Kelly Morton, Matthew Edward Mosteiro, Justin | * | |
| G. Nikolaus, Linda Coleman Nuschler, Norma K. | * | |
| Oalmann, Danny L. Olivieri, Kevin D. Olivieri, | * | |
| Louis E. Olivieri, Pamela B. Olivieri, Nora Lee | * | |
| Oracoy, Richard E. Oracoy, Richard Oracoy, Dona | * | |
| Faust Mills, Lee Sylvia Perez, John Perkins, | * | |
| Shelley Perschall, William G. Penny, Ralph J. | * | |
| Pitre, Brent Reilly, Brittany Roberts, Jenny Roberts, | * | |
| Jenny Roberts o/b/o J.R., Martin Roberts, Malynda | * | |
| Michelle Rome, Irvin Alonzo Roy | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

    1.    Chad W. Macalusa
    2.    Duke Allen Mackles
    3.    Lawrence Magruder
    4.    Marylon Magruder
    5.    Stacie Mazur
    6.    Sidney J. Martin
    7.    Kenneth P. McDaniel
    8.    Bessie McDonald
    9.    Brittany Melara

10. Jerry Melerine
11. Jerilynn Pierce Melton
12. Sheryl Mocklin
13. Kelly Morton
14. Matthew Edward Mosteiro
15. Justin G. Nikolaus
16. Linda Coleman Nuschler
17. Norma K. Oalmann
18. Danny L. Olivieri
19. Kevin D. Olivieri
20. Louis E. Olivieri
21. Pamela B. Olivieri
22. Nora Lee Oracoy
23. Richard E. Oracoy
24. Richard Oracoy
25. Dona Faust Mills
26. Lee Sylvia Perez
27. John Perkins
28. Shelley Perschall
29. William G. Penny
30. Ralph J. Pitre
31. Brent Reilly
32. Brittany Roberts
33. Jenny Roberts
34. Jenny Roberts o/b/o J.R.
35. Martin Roberts
36. Malynda Michelle Rome
37. Irvin Alonzo Roy

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com

<div style="margin-left: 2in;">

jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

</div>

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK**