UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Macalusa, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3510 | * | |
| Plaintiffs: Chad W. Macalusa, Duke Allen | * | |
| Mackles, Lawrence Magruder, Marylon Magruder, | * | |
| Stacie Mazur, Sidney J. Martin, Kenneth P. | * | |
| McDaniel, Bessie McDonald, Brittany Melara, Jerry | * | |
| Melerine, Jerilynn Pierce Melton, Sheryl Mocklin, | * | |
| Kelly Morton, Matthew Edward Mosteiro, Justin | * | |
| G. Nikolaus, Linda Coleman Nuschler, Norma K. | * | |
| Oalmann, Danny L. Olivieri, Kevin D. Olivieri, | * | |
| Louis E. Olivieri, Pamela B. Olivieri, Nora Lee | * | |
| Oracoy, Richard E. Oracoy, Richard Oracoy, Dona | * | |
| Faust Mills, Lee Sylvia Perez, John Perkins, | * | |
| Shelley Perschall, William G. Penny, Ralph J. | * | |
| Pitre, Brent Reilly, Brittany Roberts, Jenny Roberts, | * | |
| Jenny Roberts o/b/o J.R., Martin Roberts, Malynda | * | |
| Michelle Rome, Irvin Alonzo Roy | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Chad W. Macalusa
2. Duke Allen Mackles
3. Lawrence Magruder
4. Marylon Magruder
5. Stacie Mazur
6. Sidney J. Martin
7. Kenneth P. McDaniel
8. Bessie McDonald
9. Brittany Melara
10. Jerry Melerine

11. Jerilynn Pierce Melton
12. Sheryl Mocklin
13. Kelly Morton
14. Matthew Edward Mosteiro
15. Justin G. Nikolaus
16. Linda Coleman Nuschler
17. Norma K. Oalmann
18. Danny L. Olivieri
19. Kevin D. Olivieri
20. Louis E. Olivieri
21. Pamela B. Olivieri
22. Nora Lee Oracoy
23. Richard E. Oracoy
24. Richard Oracoy
25. Dona Faust Mills
26. Lee Sylvia Perez
27. John Perkins
28. Shelley Perschall
29. William G. Penny
30. Ralph J. Pitre
31. Brent Reilly
32. Brittany Roberts
33. Jenny Roberts
34. Jenny Roberts o/b/o J.R.
35. Martin Roberts
36. Malynda Michelle Rome
37. Irvin Alonzo Roy

_____
UNITED STATES DISTRICT JUDGE