UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Macaluso, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3737 | * | |
| Plaintiffs: Elizabeth Melton, Veronica Jane Mullet, | * | |
| Zina Mitchell, Lee Sylvia Perez, Morris Joseph | * | |
| Powers, Brittany Roberts, Jenny Roberts o/b/o J.R., | * | |
| Martin Roberts | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Elizabeth Melton
2. Veronica Jane Mullet
3. Zina Mitchell
4. Lee Sylvia Perez
5. Morris Joseph Powers
6. Brittany Roberts
7. Jenny Roberts o/b/o J.R.
8. Martin Roberts

_____
UNITED STATES DISTRICT JUDGE

00331311-1