UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Matheny, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3511 | * | |
| Plaintiffs: Sandy N. Pelas, Juliette Picquet | * | |

*****************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss **SANDY N. PELAS AND JULIETTE PICQUET** who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

00331295-1

                          **SCANDURRO & LAYRISSON**
                          **Timothy D. Scandurro #18424**
                          **Dewey M. Scandurro #23291**
                          607 St. Charles Avenue
                          New Orleans, LA 70130
                          (504) 522-7100
                          (504) 529-6199 (FAX)
                          tim@scanlayr.com
                          dewey@scanlayr.com
                          **Counsel for Defendant, Gulf Stream Coach, Inc.**

## **CERTIFICATE OF SERVICE**

     **I DO HEREBY CERTIFY** that on this 24th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                          s/ Andrew D. Weinstock
                          _____
                          **ANDREW D. WEINSTOCK**