UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Wilhelmus, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3848 | * | |
| Plaintiffs: Douglas James Wilhelmus, Harold | * | |
| Norman Wilhelmus | * | |

*****************************************************************************

**UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss **DOUGLAS JAMES WILHELMUS AND HAROLD NORMAN WILHELMUS** who has failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

                                                                                                                  Respectfully Submitted,

                                                           **DUPLASS, ZWAIN, BOURGEOIS,**
                                                           **PFISTER & WEINSTOCK**

                                                           s/Andrew D. Weinstock

                                                           _____
                                                           **ANDREW D. WEINSTOCK #18495**
                                                           **JOSEPH G. GLASS #25397**
                                                           Three Lakeway Center, Suite 2900
                                                           3838 N. Causeway Boulevard
                                                           Metairie, Louisiana  70002
                                                           Telephone: (504) 832-3700
                                                           Facsimile: (504) 837-3119
                                                           andreww@duplass.com
                                                           jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**