UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Wilhelmus, et al v. Gulf Stream Coach, Inc., et al* Docket No. 10-3848 Plaintiffs: Douglas James Wilhelmus, Harold Norman Wilhelmus | * * * * | MAG: CHASEZ |

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **DOULGAS JAMES WILHELMUS AND HAROLD NORMAN WILHELMUS** only.

_____
UNITED STATES DISTRICT JUDGE

00331263-1