UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Falgout, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3663 | * | |
| Plaintiffs: Adrienne Rome Frey, Alyssa Crystal Froeba, Robert Joseph Froeba, Julianna D. Gagliano, Mathew Gagliano, Johnalyn L. Gallardo, Luis O. Garcia, Myndi Gaspard, Sharon S. Geeck, Edward Anthony Gettys, Walter A. Gifford, Walter Henry Gifford, Charleyn Gilmore, Charleyn Gilmore o/b/o T.G., Ronald Richard Gilmore, Debora Ann Griffin, Norman J. Griffin, Joseph R. Gioe, Shirley B. Gioe, Michael A. Giovingo, Joseph M. Glenn, Margie Grace Glenn, Rusty Thomas Golay, Rusty Golay, Sr. o/b/o R.G., Darren Anthony Green, Darren Green, Sr. o/b/o J.G., Darren Green, Sr., o/b/o J.G., Leroy Guidry, Marsha Guidry | * | |

******************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Adrienne Rome Frey
2. Alyssa Crystal Froeba
3. Robert Joseph Froeba
4. Julianna D. Gagliano
5. Mathew Gagliano
6. Johnalyn L. Gallardo
7. Luis O. Garcia
8. Edward Anthony Gettys
9. Myndi Gaspard
10. Sharon S. Geeck

11. Walter A. Gifford
12. Walter Henry Gifford
13. Charleyn Gilmore
14. Charleyn Gilmore o/b/o T.G.
15. Ronald Richard Gilmore
16. Deborah Ann Griffin
17. Norman J. Griffin
18. Joseph R. Gioe
19. Shirley B. Gioe
20. Michael A. Giovingo
21. Joseph M. Glenn
22. Margie Grace Glenn
23. Rusty Thomas Golay
24. Rusty Golay, Sr. o/b/o R.G.
25. Darren Anthony Green
26. Darren Green, Sr. o/b/o J.G.
27. Darren Green, Sr. o/b/o J.G.
28. Leroy Guidry
29. Marsha Guidry

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**