UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-5397 | * | |
| Plaintiffs: Cecille Weathersby, Laura Young | * | |

*******************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss **CECILLE WEATHERSBY AND LAURA YOUNG** who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

                Respectfully Submitted,

                **DUPLASS, ZWAIN, BOURGEOIS,**
                **PFISTER & WEINSTOCK**

                s/Andrew D. Weinstock
                _____
                **ANDREW D. WEINSTOCK #18495**
                **JOSEPH G. GLASS #25397**
                Three Lakeway Center, Suite 2900
                3838 N. Causeway Boulevard
                Metairie, Louisiana 70002
                Telephone: (504) 832-3700
                Facsimile: (504) 837-3119
                andreww@duplass.com
                jglass@duplass.com

                and

00331399-1

                                      **SCANDURRO & LAYRISSON**
                                      **Timothy D. Scandurro #18424**
                                      **Dewey M. Scandurro #23291**
                                      607 St. Charles Avenue
                                      New Orleans, LA 70130
                                      (504) 522-7100
                                      (504) 529-6199 (FAX)
                                      tim@scanlayr.com
                                      dewey@scanlayr.com
                                      **Counsel for Defendant, Gulf Stream Coach, Inc.**

**CERTIFICATE OF SERVICE**

       **I DO HEREBY CERTIFY** that on this 24th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                             s/ Andrew D. Weinstock
                              _____
                                   **ANDREW D. WEINSTOCK**