UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          *              MDL NO. 1873
         FORMALDEHYDE                  *
         PRODUCTS LIABILITY            *             SECTION:  N(5)
         LITIGATION                       *
                                             *             JUDGE: ENGELHARDT

This Document Relates to:                *

*Dillon, et al v. Gulf Stream Coach, Inc., et al*      MAG: CHASEZ

Docket No. 10-2148                     *

Plaintiffs:  Willie E. Dillon, Barbara Grady, John    *

Grady, Antonio Holmes, Elshekita D. Holmes,     *

Annell D. Jones, Willie E. Jones              *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is

hereby **GRANTED**, as to the following Plaintiffs only

1.      Willie E. Dillon
2.      Barbara Grady
3.      John Grady
4.      Antonio Holmes
5.      Elshekita D. Holmes
6.      Annell D. Jones
7.      Willie E. Jones m

_____
UNITED STATES DISTRICT JUDGE