UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Jackson, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3549 | * | |
| Plaintiffs:  Brooke Jackson, Jennifer Longo | * | |
| Johnson, Tessie Ann Johnson, Contrada Lynn | * | |
| Junius, Maria Kellum, Marjorie A. Kelone, | * | |
| Lawrence Paul Kenney, Mark Kenney, Michelle | * | |
| M. Kenney, Judy B. Keiff, Rosa Leblanc, Chris | * | |
| Joseph Leydecker, Sue Ann Leydecker, Brennan | * | |
| Peter Longo, Joyce C. Lopez, Patrick P. Lopez, | * | |
| Ronald Lott | * | |

**************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who

have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for

doing so:

1.  Brooke Jackson
2.  Jennifer Longo Johnson
3.  Tessie Ann Johnson
4.  Contrada Lynn Junius
5.  Maria Kellum
6.  Marjorie A. Kelone
7.  Lawrence Paul Kenney
8.  Mark Kenney
9.  Michelle M. Kenney
10. Judy B. Kieff
11. Rosa Leblanc
12. Chris Joseph Leydecker
13. Sue Ann Leydecker
14. Brennan Peter Longo
15. Joyce C. Lopez
16. Patrick P. Lopez

17.     Ronald Lott

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing

of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com


and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of March, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____

**ANDREW D. WEINSTOCK**