UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5)  JUDGE: ENGELHARDT |
| This Document Relates to: *Jackson, et al v. Gulf Stream Coach, Inc., et al* Docket No. 10-3549 Plaintiffs: Brooke Jackson, Jennifer Longo Johnson, Tessie Ann Johnson, Contrada Lynn Junius, Maria Kellum, Marjorie A. Kelone, Lawrence Paul Kenney, Mark Kenney, Michelle M. Kenney, Judy B. Keiff, Rosa Leblanc, Chris Joseph Leydecker, Sue Ann Leydecker, Brennan Peter Longo, Joyce C. Lopez, Patrick P. Lopez, Ronald Lott | * * * * * * * * * * | MAG: CHASEZ |

*************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Brooke Jackson
2. Jennifer Longo Johnson
3. Tessie Ann Johnson
4. Contrada Lynn Junius
5. Maria Kellum
6. Marjorie A. Kelone
7. Lawrence Paul Kenney
8. Mark Kenney
9. Michelle M. Kenney
10. Judy B. Kieff
11. Rosa Leblanc
12. Chris Joseph Leydecker
13. Sue Ann Leydecker
14. Brennan Peter Longo
15. Joyce C. Lopez

00331662-1

16. Patrick P. Lopez
17. Ronald Lott

_____
UNITED STATES DISTRICT JUDGE