UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE | * | |
|       PRODUCTS LIABILITY | * | SECTION: N(5) |
|       LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Andrews, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-6894 | * | |
| Plaintiffs: Jacqueline Marie Flick, Cody J. Lucas, | * | |
| Landen C. Lucas, Elizabeth Melton, Anthony | * | |
| Morgan o/b/o Quinn Morgan, Paula Morgan, Lisa | * | |
| Stander o/b/o Diamond P. Stander, Lacey Pfiffner | * | |

**************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Jacqueline Marie Flick
2. Cody J. Lucas
3. Landen C. Lucas
4. Elizabeth Melton
5. Anthony Morgan o/b/o Quinn Morgan
6. Paula Morgan
7. Lisa Stander o/b/o Diamond P. Stander
8. Lacey Pfiffner

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

          Respectfully Submitted,

          **DUPLASS, ZWAIN, BOURGEOIS,**
          **PFISTER & WEINSTOCK**

          s/Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK #18495**
          **JOSEPH G. GLASS #25397**
          Three Lakeway Center, Suite 2900
          3838 N. Causeway Boulevard
          Metairie, Louisiana  70002
          Telephone: (504) 832-3700
          Facsimile: (504) 837-3119
          andreww@duplass.com
          jglass@duplass.com

          and

          **SCANDURRO & LAYRISSON**
          **Timothy D. Scandurro #18424**
          **Dewey M. Scandurro #23291**
          607 St. Charles Avenue
          New Orleans, LA 70130
          (504) 522-7100
          (504) 529-6199 (FAX)
          tim@scanlayr.com
          dewey@scanlayr.com
          **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**