UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Andrews, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-6894 | * | |
| Plaintiffs:  Jacqueline Marie Flick, Cody J. Lucas, | * | |
| Landen C. Lucas, Elizabeth Melton, Anthony | * | |
| Morgan o/b/o Quinn Morgan, Paula Morgan, Lisa | * | |
| Stander o/b/o Diamond P. Stander, Lacey Pfiffner | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is

hereby **GRANTED**, as to the following Plaintiffs only:

1. Jacqueline Marie Flick
2. Cody J. Lucas
3. Landen C. Lucas
4. Elizabeth Melton
5. Anthony Morgan o/b/o Quinn Morgan
6. Paula Morgan
7. Lisa Stander o/b/o Diamond P. Stander
8. Lacey Pfiffner

_____
UNITED STATES DISTRICT JUDGE

00331668-1