UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8468 | * | |
| Plaintiffs: Philip Arnold, Haddie Calorie, Tammy | * | |
| Cheneau, Philip Celestine, Sr., Demetrius Favaroth, | * | |
| King Hagen, Bertha James, Joyce Kennedy, Juan | * | |
| Shelmire, Curtis Tapp | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Philip Arnold
2. Haddie Calorie
3. Tammy Cheneau
4. Philip Celestine, Sr.
5. Demetrius Favaroth
6. King Hagen
7. Bertha James
8. Joyce Kennedy
9. Juan Shelmire
10. Curtis Tapp

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing

00331687-1

of this Motion.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
        Three Lakeway Center, Suite 2900
        3838 N. Causeway Boulevard
        Metairie, Louisiana  70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on this 25th day of March, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**