UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8468 | * | |
| Plaintiffs: Philip Arnold, Haddie Calorie, Tammy | * | |
| Cheneau, Philip Celestine, Sr., Demetrius Favaroth, | * | |
| King Hagen, Bertha James, Joyce Kennedy, Juan | * | |
| Shelmire, Curtis Tapp | * | |

***************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Philip Arnold
2. Haddie Calorie
3. Tammy Cheneau
4. Philip Celestine, Sr.
5. Demetrius Favaroth
6. King Hagen
7. Bertha James
8. Joyce Kennedy
9. Juan Shelmire
10. Curtis Tapp

_____
UNITED STATES DISTRICT JUDGE

00331688-1