UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Butler, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8471 Plaintiffs: Donna Ackins, Lucille Breland, Ronald Breland, Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter, Sarita Collins, Jamal Duncan, Geraldine Griffin, Jackie Griffin, Freddie Jackson, Donna Jackson, Lisa Jackson, Ether Jackson, Kathy Jackson, Nelson Jackson, Larry Hills, Jordan Hodges, Robert Hodges, Tammie Hodges, Roberta Jones, Jennifer Lehrmann, Juan Perez, Barnett Perkins, Joseph Penn, Joan Riley, Shelane Sears, Shirley Shell, Lloyd Smith, Theodore Thompson, Sr., Michael Veal, Viola Williams, Larry West, Shanel West | * * * * * * * * * * * * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Donna Ackins
2. Lucille Breland
3. Ronald Breland
4. Harold Clark
5. Chanel Carter
6. Dionne Carter
7. Elenor Carter
8. James Carter
9. Sarita Collins
10. Jamal Duncan
11. Geraldine Griffin
12. Jackie Griffin

00331685-1

13. Freddie Jackson
14. Donna Jackson
15. Lisa Jackson
16. Ether Jackson
17. Kathy Jackson
18. Nelson Jackson
19. Larry Hills
20. Jordan Hodges
21. Robert Hodges
22. Tammie Hodges
23. Roberta Jones
24. Jennifer Lehrmann
25. Juan Perez
26. Barnett Perkins
27. Joseph Penn
28. Joan Riley
29. Shelane Sears
30. Shirley Shell
31. Lloyd Smith
32. Theodore Thompson, Sr.
33. Michael Veal
34. Viola Williams
35. Larry West
36. Shanel West

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.


        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**