UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8471 | * | |
| Plaintiffs:  Donna Ackins, Lucille Breland, Ronald | * | |
| Breland, Harold Clark, Chanel Carter, Dionne | * | |
| Carter, Elenor Carter, James Carter, Sarita Collins, | * | |
| Jamal Duncan, Geraldine Griffin, Jackie Griffin, | * | |
| Freddie Jackson, Donna Jackson, Lisa Jackson, | * | |
| Ether Jackson, Kathy Jackson, Nelson Jackson, | * | |
| Larry Hills, Jordan Hodges, Robert Hodges, | * | |
| Tammie Hodges, Roberta Jones, Jennifer | * | |
| Lehrmann, Juan Perez, Barnett Perkins, Joseph | * | |
| Penn, Joan Riley, Shelane Sears, Shirley Shell, | * | |
| Lloyd Smith, Theodore Thompson, Sr., Michael | * | |
| Veal, Viola Williams, Larry West, Shanel West | * | |

**********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1.   Donna Ackins
2.   Lucille Breland
3.   Ronald Breland
4.   Harold Clark
5.   Chanel Carter
6.   Dionne Carter
7.   Elenor Carter
8.   James Carter
9.   Sarita Collins
10.   Jamal Duncan
11.   Geraldine Griffin
12.   Jackie Griffin
13.   Freddie Jackson

14.    Donna Jackson
15.    Lisa Jackson
16.    Ether Jackson
17.    Kathy Jackson
18.    Nelson Jackson
19.    Larry Hills
20.    Jordan Hodges
21.    Robert Hodges
22.    Tammie Hodges
23.    Roberta Jones
24.    Jennifer Lehrmann
25.    Juan Perez
26.    Barnett Perkins
27.    Joseph Penn
28.    Joan Riley
29.    Shelane Sears
30.    Shirley Shell
31.    Lloyd Smith
32.    Theodore Thompson, Sr.
33.    Michael Veal
34.    Viola Williams
35.    Larry West
36.    Shanel West


_____
UNITED STATES DISTRICT JUDGE