UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Broussard, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2510<br>Plaintiffs: Roy Abron, Joseph Arceneaux, Raven Diggs, Cole Diggs, Crandle Diggs, Riley Fontenot, Jordan Hodges, Phillip Hodges, Robert Hodges, Tammie Hodges, Sandra Johnson-Severin, Alfred Jones, Leonard Keasley, Sandra Malenez, Sabrina Malonez, Markela McCain, Emily Miller, Michael Narcisse, Carolyn Redmond, Stephanie Redmond, Sherman Singleton, Burley Simon, Tiffany Simon | * * * * * * * * * * * | MAG: CHASEZ |

*******************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Roy Abron
2. Joseph Arceneaux
3. Raven Diggs
4. Cole Diggs
5. Crandle Diggs
6. Riley Fontenot
7. Jordan Hodges
8. Phillip Hodges
9. Robert Hodges
10. Tammie Hodges
11. Sandra Johnson-Severin
12. Alfred Jones
13. Leonard Keasley
14. Sandra Malenez
15. Sabrina Malonez
16. Markela McCain

17. Emily Miller
18. Michael Narcisse
19. Carolyn Redmond
20. Stephanie Redmond
21. Sherman Singleton
22. Burley Simon
23. Tiffany Simon

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

00331689-1                                                                                           2

**I DO HEREBY CERTIFY** that on this 25th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**