UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     *   MDL NO. 1873
   FORMALDEHYDE    *
   PRODUCTS LIABILITY   *   SECTION:  N(5)
   LITIGATION     *
            *   JUDGE: ENGELHARDT
This Document Relates to:   *
*Broussard, et al v. Gulf Stream Coach, Inc., et al* *   MAG: CHASEZ
Docket No. 10-2510     *
Plaintiffs:  Roy Abron, Joseph Arceneaux, Raven *
Diggs, Cole Diggs, Crandle Diggs, Riley Fontenot, *
Jordan Hodges, Phillip Hodges, Robert Hodges, *
Tammie Hodges, Sandra Johnson-Severin, Alfred *
Jones, Leonard Keasley, Sandra Malenez, Sabrina *
Malonez, Markela McCain, Emily Miller, Michael *
Narcisse, Carolyn Redmond, Stephanie Redmond, *
Sherman Singleton, Burley Simon, Tiffany Simon *
*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is

hereby **GRANTED**, as to the following Plaintiffs only:

1. Roy Abron
2. Joseph Arceneaux
3. Raven Diggs
4. Cole Diggs
5. Crandle Diggs
6. Riley Fontenot
7. Jordan Hodges
8. Phillip Hodges
9. Robert Hodges
10. Tammie Hodges
11. Sandra Johnson-Severin
12. Alfred Jones
13. Leonard Keasley
14. Sandra Malenez
15. Sabrina Malonez
16. Markela McCain
17. Emily Miller

18.   Michael Narcisse
19.   Carolyn Redmond
20.   Stephanie Redmond
21.   Sherman Singleton
22.   Burley Simon
23.   Tiffany Simon


_____
UNITED STATES DISTRICT JUDGE