UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8467 | * | |
| Plaintiffs: Donna Ackins, Michael Ackins, Donna | * | |
| Alexander, Patrice Batiste, Lucille Breland, Ronald | * | |
| Breland, Harold Clark, Chanel Carter, Dionne | * | |
| Carter, Elenor Carter, James Carter, Marjorie | * | |
| Carter, Shannon Coble, Sarita Collins, Jamal | * | |
| Duncan, Frances Graf, Geraldine Griffin, Jackie | * | |
| Griffin, Freddie Jackson, Donna Jackson, Lisa | * | |
| Jackson, Kathy Jackson, Ether Jackson, Nelson | * | |
| Jackson, Larry Hills, Fitzgerald Johnson, Roberta | * | |
| Jones, Jennifer Lehrmann, Ashleigh Madine, | * | |
| Hoi Nguyen, Juan Perez, Barnett Perkins, Joseph | * | |
| Penn, Shelane Sears, Shirley Shell, Lloyd Smith, | * | |
| Michael Veal, Viola Williams, Larry West, Shanel | * | |
| West | * | |

*******************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Donna Acksin
2. Michael Ackins
3. Donna Alexander
4. Patrice Batiste
5. Lucille Breland
6. Ronald Breland
7. Harold Clark
8. Chanel Carter
9. Dionne Carter
10. Elenor Carter

11. James Carter
12. Marjorie Carter
13. Shannon Coble
14. Sarita Collins
15. Jamal Duncan
16. Frances Graf
17. Geraldine Griffin
18. Jackie Griffin
19. Freddie Jackson
20. Donna Jackson
21. Lisa Jackson
22. Kathy Jackson
23. Ether Jackson
24. Nelson Jackson
25. Larry Hills
26. Fitzgerald Johnson
27. Roberta Jones
28. Jennifer Lehrmann
29. Ashleigh Madine
30. Hoi Nguyen
31. Juan Perez
32. Barnett Perkins
33. Joseph Penn
34. Shelane Sears
35. Shirley Shell
36. Lloyd Smith
37. Michael Veal
38. Viola Williams
39. Larry West
40. Shanel West

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700

        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**