UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Alexander, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8467<br>Plaintiffs: Donna Ackins, Michael Ackins, Donna Alexander, Patrice Batiste, Lucille Breland, Ronald Breland, Harold Clark, Chanel Carter, Dionne Carter, Elenor Carter, James Carter, Marjorie Carter, Shannon Coble, Sarita Collins, Jamal Duncan, Frances Graf, Geraldine Griffin, Jackie Griffin, Freddie Jackson, Donna Jackson, Lisa Jackson, Kathy Jackson, Ether Jackson, Nelson Jackson, Larry Hills, Fitzgerald Johnson, Roberta Jones, Jennifer Lehrmann, Ashleigh Madine, Hoi Nguyen, Juan Perez, Barnett Perkins, Joseph Penn, Shelane Sears, Shirley Shell, Lloyd Smith, Michael Veal, Viola Williams, Larry West, Shanel West | * * * * * * * * * * * * * * * | MAG: CHASEZ |

******************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Donna Acksin
2. Michael Ackins
3. Donna Alexander
4. Patrice Batiste
5. Lucille Breland
6. Ronald Breland
7. Harold Clark
8. Chanel Carter
9. Dionne Carter
10. Elenor Carter
11. James Carter

00331692-1

12. Marjorie Carter
13. Shannon Coble
14. Sarita Collins
15. Jamal Duncan
16. Frances Graf
17. Geraldine Griffin
18. Jackie Griffin
19. Freddie Jackson
20. Donna Jackson
21. Lisa Jackson
22. Kathy Jackson
23. Ether Jackson
24. Nelson Jackson
25. Larry Hills
26. Fitzgerald Johnson
27. Roberta Jones
28. Jennifer Lehrmann
29. Ashleigh Madine
30. Hoi Nguyen
31. Juan Perez
32. Barnett Perkins
33. Joseph Penn
34. Shelane Sears
35. Shirley Shell
36. Lloyd Smith
37. Michael Veal
38. Viola Williams
39. Larry West
40. Shanel West

_____
UNITED STATES DISTRICT JUDGE