MINUTE ENTRY
ENGELHARDT, J.
March 22, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                    SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES


      A status conference was conducted on Thursday, March 22, 2012 at 8:30 a.m. Participating were Justin I. Woods, Mikal C. Watts, Robert Hilliard, Daniel J. Balhoff, and M. David Kurtz.

JS10(0:20)