MINUTE ENTRY
ENGELHARDT, J.
March 22, 2012

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                               SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Thursday, March 22, 2012 at 8:45 a.m. Participating were Justin I. Woods, Mikal C. Watts, Robert Hilliard, Daniel J. Balhoff, Joe Glass, and Ryan Johnson.

JS10(0:15)