MINUTE ENTRY
ENGELHARDT, J.
March 22, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A status conference was conducted on Thursday, March 22, 2012, at 10:00 a.m. Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Joe Glass, Mikal C. Watts, Matthew B. Moreland, John Stewart Tharp, Robert Hilliard, Amanda J. Ballay, Robert M. Becnel, Ralph S. Hubbard, III, Charles E. Leche, Thomas Cougill, Ryan Johnson and Tim Scandurro.

     A complete list of attendees is attached as a supplement to the Court's Pretrial Order #97 dated March 22, 2012 (Rec. Doc. No. 24924).

**Court Reporter: Toni Tusa**

JS10(0:30)