# LISKOW&LEWIS
A Professional Law Corporation

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979 Main
(504) 556-4108 Fax

www.Liskow.com

822 Harding Street
Post Office Box 52008
Lafayette, LA 70505
(337) 232-7424 Main
(337) 267-2399 Fax

First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
(713) 651-2900 Main
(713) 651-2908 Fax

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 MAR 23   AM 11:59

LORETTA G. WHYTE
CLERK

March 22, 2012

**David P. Curtis**                    Direct: (504) 299-6122
                                       dcurtis@liskow.com

Loretta G. Whyte
Clerk of Court
United States District Court
Room C151
500 Poydras Street
New Orleans, LA 70130

Re:   *Bartel et al v. GulfStream Coach, Inc., et al*, No. 2:09-cv-03943-KDE-ALC and
      *Kujawa et al v. Keystone RV Company, et al*, No. 2:09-cv-03944-KDE-ALC

Dear Madam:

I would like to be removed from receiving e-notices on the above two cases. My understanding from speaking to your office is that it is only necessary to write a letter in order to have this accomplished. In case it is needed, my Bar No. is 30880. Please do not hesitate to contact me at the above number should you have any questions.

Very truly yours,

David P. Curtis
DPC/lm

Fee _____
Process _____
X Dktd _____
_ CtRmDep _____
Doc. No. _____

1116453_11116453_1