UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N-5" |
| THIS DOCUMENT RELATES TO:<br>*Chambers v. Forest River, Inc.*<br>Docket No. 09-8057<br>Plaintiffs: Vanesta Chambers, Individually and on<br>Behalf of M.F., minor child, Ruben Green,<br>Maureen Roux, Alisha Keys, Individually and<br>On behalf of T.K. and T.K., minor children<br>And Areasa Keys | * * * * * * * * | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a) (2), Plaintiffs hereby move the Court to grant their Motion for leave to amend their complaint based upon an inadvertent error.

Tommie Keys, Jr. and Arneadra Keys', mother, Arlitha Keys, who has only a sixth grade education, provided Tommie Keys, Jr. and Arneadra Keys' trailer information to the law firm of John Arthur Eaves. At the time the information was provided, Tommie Keys, Jr. was a minor and his father, Tommie Keys, Sr., who is illiterate, filed on his behalf. Arneadra Keys was an adult who received information regarding which trailer she lived in from her mother, Arlitha Keys. Inadvertently and unknowingly Mrs. Keys detailed the wrong Defendant as the manufacturer of their FEMA travel trailer. Acting upon information provided by the Mrs. Keys for her children Tommie Keys, Jr. and Arneadra Keys, the law office of John Arthur Eaves agreed to dismiss Tommie Keys, Jr. from the Chambers v. Forest River, Inc. lawsuit. Arneadra Keys was not filed due to the error in her information provided. It has recently come to the attention of John Arthur

Eaves Law Firm that Tommie Keys, Jr. and Arneadra Keys resided in a Forest River, Inc. travel trailer.

Plaintiffs, respectfully request this honorable Court to grant them leave to amend their complaint to include Tommie Keys, Jr. and Arneadra Keys.

Dated: March 26, 2012

Respectfully submitted,

**JOHN ARTHUR EAVES LAW OFFICES**

By: /s/ *John Arthur Eaves*
John Arthur Eaves (MSB 8843)
Jon-Marc King (MSB 9736
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
Eaves Law Offices
101 North State Street
Jackson, MS 39201
Phone: (601) 355-7961
Fax: (601) 355-0530

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/John Arthur Eaves
John Arthur Eaves