UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-5" |
| THIS DOCUMENT RELATES TO: *Chambers v. Forest River, Inc.* Docket No. 09-8057 Plaintiffs: Vanesta Chambers, Individually and on Behalf of M.F., minor child, Ruben Green, Maureen Roux, Alisha Keys, Individually and On behalf of T.K. and T.K., minor children And Areasa Keys | * * * * * * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiffs, by and through undersigned counsel, hereby moves the Court to grant their Motion for leave to amend their complaint, based upon the following:

### Procedural Facts and Argument

On December 24, 2009, Plaintiffs filed their First Supplemental and Amended Complaint. Plaintiffs are all part of the original Complaint filed in the United States District Court, Southern District of Mississippi Eastern Division and under Civil Action Number 09-6214.

Tommie Keys, Sr. is the husband of Plaintiff, Arlitha Keys. Mr. Keys lived in the same travel trailer as his wife. The Keys family was divided among 2 travel trailers during their displacement due to Hurricane Katrina. A Forest River, Inc. travel trailer was the home for Tommie Keys, Jr. Alisha Keys, Areasa Keys, Arneadra Keys, and two minor children, T.K. and

T.K., and a Jayco, Inc. travel trailer was the home of Arlitha Keys, Tommie Keys, Sr. and 2 minor children, A.K. and A.K.

Tommie Keys, Jr. and Arneadra Keys', mother, Arlitha Keys, who has only a sixth grade education, provided Tommie Keys, Jr. and Arneadra Keys' trailer information to the law firm of John Arthur Eaves. At the time the information was provided, Tommie Keys, Jr. was a minor and his father, Tommie Keys, Sr., who is illiterate, filed on his behalf. Arneadra Keys was an adult who received information regarding which trailer she lived in from her mother, Arlitha Keys. Inadvertently and unknowingly Mrs. Keys detailed the wrong Defendant as the manufacturer of their FEMA travel trailer. Acting upon information provided by the Mrs. Keys for her children Tommie Keys, Jr. and Arneadra Keys, the law office of John Arthur Eaves agreed to dismiss Tommie Keys, Jr. from the Chambers v. Forest River, Inc. lawsuit. Arneadra Keys was not filed due to the error in her information provided. It has recently come to the attention of John Arthur Eaves Law Firm that Tommie Keys, Jr. and Arneadra Keys resided in a Forest River, Inc. travel trailer.

Respectfully submitted this the 26th day of March, 2012.

Respectfully submitted,

**JOHN ARTHUR EAVES LAW OFFICES**

By: /s/ *John Arthur Eaves*
John Arthur Eaves (MSB 8843)
Jon-Marc King (MSB 9736
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
Eaves Law Offices
101 North State Street
Jackson, MS 39201
Phone: (601) 355-7961
Fax: (601) 355-0530

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/John Arthur Eaves
John Arthur Eaves