MINUTE ENTRY
ENGELHARDT, J.
March 22, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                          SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Thursday, March 22, 2012, at 9:00 a.m. with liaison counsel, steering committee members, and counsel for the Government. Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Joe Glass, Mikal C. Watts, Matthew B. Moreland, John Stewart Tharp, Robert Hilliard, Amanda J. Ballay, Robert M. Becnel, Ralph S. Hubbard, III, Charles E. Leche, Thomas Cougill, Ryan Johnson and Tim Scandurro.

**Court Reporter: Toni Tusa**

JS10(0:45)