UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER           MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                     SECTION "N"  (5)

THIS DOCUMENT RELATES TO
08-1094, 08-4161, 09-2889, 09-2916,
09-2944, 09-2949, 09-4449, 09-4820,
09-5298, 09-5391, 09-6375, 09-7568,
09-7970, 09-8534, 09-8609, 09-8613

### ORDER NO. 13 SEVERING CERTAIN CASES FOR TRIAL

Considering this Court's prior Orders and statements to counsel at recent status conferences regarding the Court's intention to immediately schedule for trial cases directly filed in or removed to the Eastern District of Louisiana in the event that the manufacturing defendant is unable to reach a global resolution of the claims filed against it; accordingly,

**IT IS ORDERED** that:

   1) The following member cases are hereby severed from the MDL for purposes of trial:

     *Henry Gautreaux, et al v. Gulf Stream Coach, Inc., et al*, No. 08-1094;

     *Trang Dang, et al v. Gulf Stream Coach, Inc., et al*, No. 08-4161;

     *Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al*, No. 09-2889;

     *Hattie Wagner v. Gulf Stream Coach, Inc., et al*, No. 09-2916;

     *Stephanie A. Pizani v. Gulf Stream Coach, Inc., et al*, No. 09-2944;

     *Verna Major v. Gulf Stream Coach, Inc., et al*, No. 09-2949;

     *Dolores Joseph v. Forest River, Inc., et al*, No. 09-4449;

*Anna Babineaux, et al v. Forest River, Inc., et al*, No. 09-4820;

*George Ponthieux, et al v. Forest River, Inc., et al*, No. 09-5298;

*Latoya Bienemy, et al v. Jayco Enterprises, Inc.,* No. 09-5391;

*Tracy L. Simmons, Sr., et al v. Jayco, Inc.,* No. 09-6375;

*Donald Tanks v. Jayco, Inc., et al,* No. 09-7568;

*Jayne Phillpott, et al v. Forest River, Inc., et al*, No. 09-7970;

*Phillip Gioiello, et al v. Vanguard Industries of Michigan, Inc., et al*, 09-8534;

*Craig King, et al v. Starcraft RV, Inc.,* No. 09-8609; and

*Etta Varnado, et al v. Starcraft RV, Inc.,* No. 09-8613.

2) Trials in each of the referenced cases shall be scheduled at a telephone conference to be set by the Case Manager;

3) The referenced cases are severed from the MDL for purposes of trial only and shall remain consolidated with all other member cases for pretrial purposes. Accordingly, pursuant to Pre-Trial Order No. 1 (Rec. Doc. 5) ¶¶8-9, all filings in the above cases shall continue to be made in the master docket, with a notation listing the member cases to which the document applies. However, such filings shall be served electronically on counsel representing the parties in the member cases, as well as on liaison counsel.

New Orleans, Louisiana, this __26th__ day of March, 2012

                                      **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**