UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>      FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO 09-4950
*Burt Sutton, et al v. Sunline Acquisition Company Ltd., et al*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that plaintiffs in the referenced member case and defendant Sunline Acquisition Company Ltd. have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the plaintiffs in the referenced member case against defendant Sunline Acquisition Company Ltd. be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated.  The court retains jurisdiction to enforce the compromise agreed upon by the parties.  This Order of Dismissal shall not affect the claims of the plaintiffs against any defendants other than Sunline Acquisition Company Ltd.

**IT IS FURTHER ORDERED** that the jury trial, currently set for June 18, 2012, the final pretrial conference set for May 31, 2012, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 24526) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO**

**APPEAR.**

New Orleans, Louisiana, this 26th day of March, 2012.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**