UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO 09-7124
*Shelly Amos, et al v. Sunline Coach Company, et al*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that plaintiffs in the referenced member case and defendant Sunline Coach Company have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the plaintiffs in the referenced member case against defendant Sunline Coach Company be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated.  The court retains jurisdiction to enforce the compromise agreed upon by the parties.  This Order of Dismissal shall not affect the claims of the plaintiffs against any defendants other than Sunline Coach Company.

**IT IS FURTHER ORDERED** that the jury trial, currently set for October 9, 2012, the final pretrial conference set for September 6, 2012, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 24425) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO**

**APPEAR.**

New Orleans, Louisiana, this 26th day of March, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**