UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Davis, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8150 | * | |
| Plaintiffs: Stephen K. Brauchle, Sr., Cubby | * | |
| Donston, Larry Heard, Clyde Houston, Euweeka | * | |
| Jacobs, Euweeka Jacobs o/b/o A.J., Euweeka | * | |
| Jacobs o/b/o V.J., Lelar James, Ernest Matthews, | * | |
| Ernest Matthews o/b/o E.M., Alton P. Richard, Sr., | * | |
| Raymond Richardson, Jr., Taft W. Shaw, Earnest | * | |
| H. Stanton, Geoffery L. Tatum, Geoffery L. Tatum, | * | |
| Paula M. Tatum, Laurie Lynn Theriot, Toby S. | * | |
| Theriot, Jr., Toby S. Theriot, Sr., Kathy D. Walker, | * | |
| Verna Aegina Valentine, Millerree Varnado, Robbie | * | |
| Kay Vickery, November Hone Wallace, Tom | * | |
| Walley, Amanda Weathers, Amanda Weathers o/b/o | * | |
| K.G. and N.R., Wiley L. Wells, Rose Marie Willis | * | |

*******************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so.

1. Stephen K. Brauchle, Sr.
2. Cubby Donston
3. Larry Heard
4. Clyde Houston
5. Euweeka Jacobs
6. Euweeka Jacobs o/b/o A.J.
7. Euweeka Jacobs o/b/o V.J.
8. Lelar James
9. Ernest Matthews
10. Ernest Matthews o/b/o E.M.
11. Alton P. Richard, Sr.

00331935-1

12. Raymond Richardson, Jr.
13. Taft W. Shaw
14. Earnest H. Stanton
15. Geoffery L. Tatum
16. Geoffery L. Tatum
17. Paula M. Tatum
18. Laurie Lynn Theriot
19. Toby S. Theriot, Jr.
20. Toby S. Theriot, Sr.
21. Kathy D. Walker
22. Verna Aegina Valentine
23. Millerree Varnado
24. Robbie Kay Vikery
25. November Honey Wallace
26. Tom Walley
27. Amanda Weathers
28. Amanda Weathers o/b/o K.G. and N.R.
29. Wiley L. Wells
30. Rose Marie Willis

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

**I DO HEREBY CERTIFY** that on this 26th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**