UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8279 | * | |
| Plaintiffs:  Beatrice Brown, Kristopher Brown, | * | |
| Lucien Brown, Lucien Brown, III, Rita J. Burkham, | * | |
| Andrea Campbell, Patrick W. Clements, Charles | * | |
| Coffell, Charlena Coffell, Teresa Coffell, Ernestine | * | |
| Collier, Meicedes Compos, Nestor Compos, Ralph | * | |
| J. Cook, Theophilus G. Cook, Bobbie Nell Cooks, | * | |
| Jake Edwards, Katherine M. Edwards, Paula | * | |
| Edwards, Precious Edwards, Brimaze Elena, | * | |
| William G. Gober, Terri Lynn Guinther, Lois | * | |
| Anne Gutterman, Richard C. Harder, Richard | * | |
| Harder, Jr., Julius Hobbs, Mandy Johnson, Darlene | * | |
| Keys, Darlene Keys o/b/o D.K., Darlene Keys o/b/o | * | |
| D.K., Colin Long, Colin Long o/b/o A.L., Darci | * | |
| Lynn Long, Bonnie Jean Madden, Dathan R. | * | |
| McNeal, Gloria Moulds, Grayson D. Mundy, | * | |
| Philomena Quarto Murphy, Alice L. Moody, | * | |
| Louise Moore, Chi V. Nguyen, Khuyen Nguyen, | * | |
| Phi Van Nguyen, Jimmy Nguyen, Tuyet Thi Pham, | * | |
| William Ernest Parker, Sr., Jarionte Parkman o/b/o | * | |
| Dionte Parkman, Janny Moiera, Hazel L. Raley, | * | |
| Michelle Reed, Hieule Renter, Margaret O. Richard | * | |

***********************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who

have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for

doing so.

1.    Beatrice Brown
2.    Kristopher Brown
3.    Lucien Brown

00331734-1

4.	Lucien Brown, III
5.	Rita J. Burkham
6.	Andrea Campbell
7.	Patrick W. Clements
8.	Charles Coffell
9.	Charlena Coffell
10.	Teresa Coffell
11.	Ernestine Collier
12.	Meicedes Compos
13.	Nestor Compos
14.	Ralph J. Cook
15.	Theophilus G. Cook
16.	Bobbie Nell Cooks
17.	Jake Edwards
18.	Katherine M. Edwards
19.	Paula Edwards
20.	Precious Edwards
21.	Brimaze Elena
22.	William G. Gober
23.	Terri Lynn Guinther
24.	Lois Anne Gutterman
25.	Richard C. Harder
26.	Richard Harder, Jr.
27.	Julius Hobbs
28.	Mandy Johnson
29.	Darlene Keys
30.	Darlene Keys o/b/o D.K.
31.	Darlene Keys o/b/o D.K.
32.	Colin Long
33.	Colin Long o/b/o A.L.
34.	Darci Lynn Long
35.	Bonnie Jean Madden
36.	Dathan R. McNeal
37.	Gloria Moulds
38.	Grayson D. Mundy
39.	Philomena Quarto Murphy
40.	Alice L. Moody
41.	Louise Moore
42.	Chi V. Nguyen
43.	Khuyen Nguyen
44.	Phi Van Nguyen
45.	Jimmy Nguyen
46.	Tuet Thi Pham
47.	William Ernest Parker, Sr.
48.	Jarionte Parkman o/b/o Dionte Parkman
49.	Janny Moiera

00331734-1                                          2

50.    Hazel L. Raley
51.    Michelle Reed
52.    Hieule Renter
53.    Margaret O. Richard

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 26th day of March, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK**