UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Domino, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-2934 | * | |
| Plaintiffs: Kolby Bangham, Raymond Lumar, III, | * | |
| Curtis Tapp, Jr. | * | |

*****************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Kolby Bangham
2. Raymond Lumar, III
3. Curtis Tapp, Jr.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

00331711-1

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 26th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
───────────────────────────────
**ANDREW D. WEINSTOCK**