UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Jackson, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-4665 Plaintiffs: Juanita Nunez, L.H. Rooney | * * * * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **JUANITA NUNEZ AND L.H. ROONEY** only.

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331355-1