UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION: N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Abadie, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-5397<br>Plaintiffs: Cecille Weathersby, Laura Young | * * * * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **CECILLE WEATHERSBY AND LAURA YOUNG** only.

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331401-1