UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5)  JUDGE: ENGELHARDT |
| This Document Relates to: *Gray, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8099 Plaintiffs: Willie Jones, Sharon C. May, Juanita Slocum | * * * * | MAG: CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only

1. Willie Jones
2. Sharon C. May
3. Juanita Slocum

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331405-1