UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Chilton, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3714<br>Plaintiffs: Pamela Shepherd o/b/o B.S., Pamela Shepherd o/b/o S.S., Pamela L. Shepherd, Salvadore Shepherd | * * * * * | MAG: CHASEZ |

*****************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Pamela Shepherd o/b/o B.S.
2. Pamela Shepherd o/b/o S.S.
3. Pamela L. Shepherd
4. Salvadore Shepherd

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331285-1