UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Vaccarella, et al v. Gulf Stream Coach, Inc., et al* Docket No. 10-3824 Plaintiffs: Walter Valezquez, Donovan Wilkinson, Cameron Williams, Cash Williams, Stephanye Jane Wuertz | * * * * * * | MAG: CHASEZ |

***

### ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following plaintiffs only:

1. Walter Valezquez
2. Donovan Wilkinson
3. Cameron Williams
4. Cash Williams
5. Stephanye Jane Wuertz

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331283-1