UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                 *         MDL NO. 1873
       FORMALDEHYDE            *
       PRODUCTS LIABILITY       *         SECTION:  N(5)
       LITIGATION                 *
                                  *         JUDGE: ENGELHARDT
This Document Relates to:         *
*Andrews, et al v. Gulf Stream Coach, Inc., et al*   *        MAG: CHASEZ
Docket No. 10-3943              *
Plaintiffs:  Jacqueline Marie Flick, Cody J. Lucas,  *
Landen C. Lucas, Elizabeth Melton, Anthony    *
Morgan o/b/o Q.M., Paula Morgan, Lisa Stander  *
o/b/o D.S.                            *
*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Jacqueline Marie Flick
2. Cody J. Lucas
3. Landen C. Lucas
4. Elizabeth Melton
5. Anthony Morgan o/b/o Q.M.
6. Paula Morgan
7. Lisa Stander o/b/o D.S.

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331666-1