UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Macaluso, et al v. Gulf Stream Coach, Inc., et al* Docket No. 10-3737 Plaintiffs: Elizabeth Melton, Veronica Jane Mullet, Zina Mitchell, Lee Sylvia Perez, Morris Joseph Powers, Brittany Roberts, Jenny Roberts o/b/o J.R., Martin Roberts | * * * * * * | MAG: CHASEZ |

****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Elizabeth Melton
2. Veronica Jane Mullet
3. Zina Mitchell
4. Lee Sylvia Perez
5. Morris Joseph Powers
6. Brittany Roberts
7. Jenny Roberts o/b/o J.R.
8. Martin Roberts

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331311-1