UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Matheny, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3511 | * | |
| Plaintiffs: Sandy N. Pelas, Juliette Picquet | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **SANDY N. PELAS AND JULIETTE PICQUET** only.

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331296-1