UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION:  N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Dillon, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2148<br>Plaintiffs:  Willie E. Dillon, Barbara Grady, John Grady, Antonio Holmes, Elshekita D. Holmes, Annell D. Jones, Willie E. Jones | *<br>*<br>*<br>*<br>*<br>* | MAG: CHASEZ |

****************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only

1. Willie E. Dillon
2. Barbara Grady
3. John Grady
4. Antonio Holmes
5. Elshekita D. Holmes
6. Annell D. Jones
7. Willie E. Jones m

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331407-1