UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION: N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Alexander, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8470<br>Plaintiffs: Dale Brown, Benjamin Bullot, III, Keith Cook, Jr., Mark Ferran, Etta Guy, Alisha Jasmin, Tracey Love, Susan Moane, Robert Newman, Jr., Robert Newman, Jr. o/b/o R.N., III, Shanta Scott, Shanta Scott o/b/o J.S., Rhenyata Williams | * * * * * * * * * | MAG: CHASEZ |

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Dale Brown
2. Benjamin Bullot, III
3. Keith Cook, Jr.
4. Mark Ferran
5. Etta Guy
6. Alisha Jasmin
7. Tracey Love
8. Susan Moane
9. Robert Newman, Jr.
10. Robert Newman, Jr. o/b/o R.N., III
11. Shanta Scott
12. Shanta Scott o/b/o J.S.
13. Rhenyata Williams

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331694-1