UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     *     MDL NO. 1873
       FORMALDEHYDE     *
       PRODUCTS LIABILITY     *     SECTION: N(5)
       LITIGATION     *
           *     JUDGE: ENGELHARDT
This Document Relates to:     *
*Andrews, et al v. Gulf Stream Coach, Inc., et al*     *     MAG: CHASEZ
Docket No. 09-6894     *
Plaintiffs: Jacqueline Marie Flick, Cody J. Lucas,     *
Landen C. Lucas, Elizabeth Melton, Anthony     *
Morgan o/b/o Quinn Morgan, Paula Morgan, Lisa     *
Stander o/b/o Diamond P. Stander, Lacey Pfiffner     *
*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Jacqueline Marie Flick
2. Cody J. Lucas
3. Landen C. Lucas
4. Elizabeth Melton
5. Anthony Morgan o/b/o Quinn Morgan
6. Paula Morgan
7. Lisa Stander o/b/o Diamond P. Stander
8. Lacey Pfiffner

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge

00331668-1