UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Rayfield, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8468 | * | |
| Plaintiffs: Philip Arnold, Haddie Calorie, Tammy | * | |
| Cheneau, Philip Celestine, Sr., Demetrius Favaroth, | * | |
| King Hagen, Bertha James, Joyce Kennedy, Juan | * | |
| Shelmire, Curtis Tapp | * | |

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Philip Arnold
2. Haddie Calorie
3. Tammy Cheneau
4. Philip Celestine, Sr.
5. Demetrius Favaroth
6. King Hagen
7. Bertha James
8. Joyce Kennedy
9. Juan Shelmire
10. Curtis Tapp

New Orleans, Louisiana this 26th day of March, 2012.

United States District Judge

00331688-1