UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>　　　　FORMALDEHYDE<br>　　　　PRODUCTS LIABILITY<br>　　　　LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION:  N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Falgout, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3663<br>Plaintiffs:  Adrienne Rome Frey, Alyssa Crystal Froeba, Robert Joseph Froeba, Julianna D. Gagliano, Mathew Gagliano, Johnalyn L. Gallardo, Luis O. Garcia, Myndi Gaspard, Sharon S. Geeck, Edward Anthony Gettys, Walter A. Gifford, Walter Henry Gifford, Charleyn Gilmore, Charleyn Gilmore o/b/o T.G., Ronald Richard Gilmore, Debora Ann Griffin, Norman J. Griffin, Joseph R. Gioe, Shirley B. Gioe, Michael A. Giovingo, Joseph M. Glenn, Margie Grace Glenn, Rusty Thomas Golay, Rusty Golay, Sr. o/b/o R.G., Darren Anthony Green, Darren Green, Sr. o/b/o J.G., Darren Green, Sr., o/b/o J.G., Leroy Guidry, Marsha Guidry | * * * * * * * * * * * * * * | MAG: CHASEZ |

*****************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Adrienne Rome Frey
2. Alyssa Crystal Froeba
3. Robert Joseph Froeba
4. Julianna D. Gagliano
5. Mathew Gagliano
6. Johnalyn L. Gallardo
7. Luis O. Garcia
8. Edward Anthony Gettys
9. Myndi Gaspard
10. Sharon S. Geeck
11. Walter A. Gifford

00331208-1

12. Walter Henry Gifford
13. Charleyn Gilmore
14. Charleyn Gilmore o/b/o T.G.
15. Ronald Richard Gilmore
16. Deborah Ann Griffin
17. Norman J. Griffin
18. Joseph R. Gioe
19. Shirley B. Gioe
20. Michael A. Giovingo
21. Joseph M. Glenn
22. Margie Grace Glenn
23. Rusty Thomas Golay
24. Rusty Golay, Sr. o/b/o R.G.
25. Darren Anthony Green
26. Darren Green, Sr. o/b/o J.G.
27. Darren Green, Sr. o/b/o J.G.
28. Leroy Guidry
29. Marsha Guidry

New Orleans, Louisiana this 26th day of March, 2012.

_____
United States District Judge