UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | : | JUDGE: ENGELHARDT |
| | : | DOCKET #.: MDL NO. 2:07-MD-01873 |
| This Document Relates to: All Cases | : | MAGISTRATE: Chasez |

\* \* \* \* \* \* \* \* \* \* \* \* \*

UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT, through undersigned counsel, comes Defendant, SunRay Investments, LLC who moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

Respectfully submitted

Voorhies & Labbé
(A Professional Law Corporation)

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
**E-Mail: lpd@volalaw.com**
**Attorneys for** SunRay Investments, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion for Leave To File Under Seal Motion for Authority to Deposit Settlement Funds into the Registry of the Court has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 27th day of March, 2012.

/S/ Lamont P. Domingue
Lamont P. Domingue