UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24949 | * | |
| *Jackson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3549 | * | |
| Plaintiff:  Brennan Peter Longo | * | |

*******************************************************************************

## ORDER

Considering the foregoing Motion to Partially Withdraw Unopposed Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24949);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Unopposed Motion to Dismiss Certain Plaintiffs (Rec. Doc. 24949) is **GRANTED**, as to **Brennan Peter Longo** only.

New Orleans, Louisiana this 27th day of March, 2012.

_____
United States District Judge

00332014-1