UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION: N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Jackson, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3549<br>Plaintiffs: Brooke Jackson, Jennifer Longo Johnson, Tessie Ann Johnson, Contrada Lynn Junius, Maria Kellum, Marjorie A. Kelone, Lawrence Paul Kenney, Mark Kenney, Michelle M. Kenney, Judy B. Keiff, Rosa Leblanc, Chris Joseph Leydecker, Sue Ann Leydecker, Brennan Peter Longo, Joyce C. Lopez, Patrick P. Lopez, Ronald Lott | * * * * * * * * * * * | MAG: CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Brooke Jackson
2. Jennifer Longo Johnson
3. Tessie Ann Johnson
4. Contrada Lynn Junius
5. Maria Kellum
6. Marjorie A. Kelone
7. Lawrence Paul Kenney
8. Mark Kenney
9. Michelle M. Kenney
10. Judy B. Kieff
11. Rosa Leblanc
12. Chris Joseph Leydecker
13. Sue Ann Leydecker
14. ~~Brennan Peter Longo~~
15. Joyce C. Lopez

00331662-1

2

16. Patrick P. Lopez
17. Ronald Lott

New Orleans, Louisiana this 27th day of March, 2012.

_____
United States District Judge