UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Aitkins, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8479<br>Plaintiffs: Louis Babin, III, James Bertucci, Wallace Craft, Jr., Barkev Garabedian, Shannon Turner | * * * * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Louis Babin, III
2. James Bertucci
3. Wallace Craft, Jr.
4. Barkev Garabedian
5. Shannon Turner

New Orleans, Louisiana this 27th day of March, 2012.

_____
United States District Judge

00331710-1