UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Davis, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8150 Plaintiffs: Stephen K. Brauchle, Sr., Cubby Donston, Larry Heard, Clyde Houston, Euweeka Jacobs, Euweeka Jacobs o/b/o A.J., Euweeka Jacobs o/b/o V.J., Lelar James, Ernest Matthews, Ernest Matthews o/b/o E.M., Alton P. Richard, Sr., Raymond Richardson, Jr., Taft W. Shaw, Earnest H. Stanton, Geoffery L. Tatum, Geoffery L. Tatum, Paula M. Tatum, Laurie Lynn Theriot, Toby S. Theriot, Jr., Toby S. Theriot, Sr., Kathy D. Walker, Verna Aegina Valentine, Millerree Varnado, Robbie Kay Vickery, November Hone Wallace, Tom Walley, Amanda Weathers, Amanda Weathers o/b/o K.G. and N.R., Wiley L. Wells, Rose Marie Willis | * * * * * * * * * * * * * * * * | MAG: CHASEZ |

*********************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Stephen K. Brauchle, Sr.
2. Cubby Donston
3. Larry Heard
4. Clyde Houston
5. Euweeka Jacobs
6. Euweeka Jacobs o/b/o A.J.
7. Euweeka Jacobs o/b/o V.J.
8. Lelar James
9. Ernest Matthews
10. Ernest Matthews o/b/o E.M.
11. Alton P. Richard, Sr.
12. Raymond Richardson, Jr.

00331989-1

13. Taft W. Shaw
14. Earnest H. Stanton
15. Geoffery L. Tatum
16. Geoffery L. Tatum
17. Paula M. Tatum
18. Laurie Lynn Theriot
19. Toby S. Theriot, Jr.
20. Toby S. Theriot, Sr.
21. Kathy D. Walker
22. Verna Aegina Valentine
23. Millerree Varnado
24. Robbie Kay Vikery
25. November Honey Wallace
26. Tom Walley
27. Amanda Weathers
28. Amanda Weathers o/b/o K.G. and N.R.
29. Wiley L. Wells
30. Rose Marie Willis

New Orleans, Louisiana this 27th day of March, 2012.

_____
United States District Judge