UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Dantley, et al v. Gulf Steam Coach, Inc. et al* | * | |
| C.A. No. 09-7998 | * | |
| Plaintiffs Tameca Davis and Cheryl Davis ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS TAMECA DAVIS AND CHERYL DAVIS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiffs Tameca Davis and Cheryl Davis (only) hereby give notice of their dismissal of all claims, made in their individual capacity only, and against Defendant Gulf Stream Coach, Inc. only, that they make in this lawsuit, without prejudice. This does not affect any of the claims made by any other plaintiff in this lawsuit, any claims made by Tameca David or Cheryl Davis, in an individual or representative capacity, claims against any other defendants, or claims made in any other complaints in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.: (713) 223-5393
    Fax: (713) 223-5909

**1** of 2

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                  */s/ Peter K. Taaffe*
                                                                   Peter K. Taaffe