UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>        FORMALDEHYDE<br>        PRODUCTS LIABILITY<br>        LITIGATION | *<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Moore, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-7894<br>Plaintiff: Paula Mcafee | *<br>*<br>*<br>* | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **PAULA MCAFEE** only.

_____
UNITED STATES DISTRICT JUDGE

00333260-1