UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Graham, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8178 | * | |
| Plaintiffs: Idarean Shunta Hall, Renee Hall, John | * | |
| Hall, Miranda Hall o/b/o H.H., Judith K. Hamilton, | * | |
| John Hardy, Rodger Harris o/b/o A.H., Angela | * | |
| Hawthorne, Angela Hawthorne o/b/o M.H., Angela | * | |
| Hawthorne o/b/o A.H., Angela Hawthorne o/b/o | * | |
| K.H., Arthuer Hawthorne, Jerry Hawthorne, Freddie | * | |
| Hawthorne, Moshe Hawthorne, Clyde Houston, | * | |
| Clyde Houston o/b/o C.H., Ira Hutchenson, Annie | * | |
| James, Sedrick Joiner, Deondra Jones, Haley Jones, | * | |
| Yvonne Jones, Savannah Kemp, Andre C. Lang, | * | |
| Joseph Lamar Lee, Latanya LeGer, Latanya LeGer | * | |
| o/b/o K.L., Maurio Lindsey, Shemekia Lashea | * | |
| Lockhard, Ora Mays, Loyal E. McCanless, Charles | * | |
| McGee, Diane McGee, Janice McGill, Janice | * | |
| McGill o/b/o A.M., Janice McGill o/b/o T.M., | * | |
| Dorsi Susan Merritt-Matkin, Mario A. Miller, | * | |
| Steven Monroe, Christopher D. Morgan, Dion | * | |
| Moore, Doris Faye Perry, Karen Payne, Earnestine | * | |
| Williams o/b/o Z.J. | * | |

*************************************************************************

## **UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for doing so:

1. Idarean Shunta Hall
2. Renee Hall
3. John Hall
4. Miranda Hall o/b/o H.H.
5. Judith K. Hamilton

6. John Hardy
7. Rodger Harris o/b/o A.H.
8. Angela Hawthorne
9. Angela Hawthorne o/b/o M.H.
10. Angela Hawthorne o/b/o A.H.
11. Angela Hawthorne o/b/o K.H.
12. Arthuer Hawthorne
13. Jerry Hawthorne
14. Freddie Hawthorne
15. Moshe Hawthorne
16. Clyde Houston
17. Clyde Houston o/b/o C.H.
18. Ira Hutchenson
19. Annie James
20. Sedrick Joiner
21. Deondra Jones
22. Haley Jones
23. Yvonne Jones
24. Savannah Kemp
25. Andre C. Lang
26. Joseph Lamar Lee
27. Latanya LeGer
28. Latanya LeGer o/b/o K.L.
29. Maurio Lindsey
30. Shemekia Lashea Lockhard
31. Ora Mays
32. Loyal E. McCanless
33. Charles McGee
34. Diane McGee
35. Janice McGill
36. Janice McGill o/b/o A.M.
37. Janice McGill o/b/o T.M.
38. Dorsi Susan Merritt-Matkin
39. Mario A. Miller
40. Steven Monroe
41. Christopher D. Morgan
42. Dion Moore
43. Doris Faye Perry
44. Karen Payne
45. Earnestine Williams o/b/o Z.J.

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing

of this Motion.

                Respectfully Submitted,

                **DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

                s/Andrew D. Weinstock
                _____
                **ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com


                and

                **SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 28th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**