UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE<br>    PRODUCTS LIABILITY<br>    LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Graham, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-8178<br>Plaintiffs: Idarean Shunta Hall, Renee Hall, John Hall, Miranda Hall o/b/o H.H., Judith K. Hamilton, John Hardy, Rodger Harris o/b/o A.H., Angela Hawthorne, Angela Hawthorne o/b/o M.H., Angela Hawthorne o/b/o A.H., Angela Hawthorne o/b/o K.H., Arthuer Hawthorne, Jerry Hawthorne, Freddie Hawthorne, Moshe Hawthorne, Clyde Houston, Clyde Houston o/b/o C.H., Ira Hutchenson, Annie James, Sedrick Joiner, Deondra Jones, Haley Jones, Yvonne Jones, Savannah Kemp, Andre C. Lang, Joseph Lamar Lee, Latanya LeGer, Latanya LeGer o/b/o K.L., Maurio Lindsey, Shemekia Lashea Lockhard, Ora Mays, Loyal E. McCanless, Charles McGee, Diane McGee, Janice McGill, Janice McGill o/b/o A.M., Janice McGill o/b/o T.M., Dorsi Susan Merritt-Matkin, Mario A. Miller, Steven Monroe, Christopher D. Morgan, Dion Moore, Doris Faye Perry, Karen Payne, Earnestine Williams o/b/o Z.J. | * * * * * * * * * * * * * * * * * * * * * | MAG: CHASEZ |

*******************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Idarean Shunta Hall
2. Renee Hall
3. John Hall
4. Miranda Hall o/b/o H.H.
5. Judith K. Hamilton
6. John Hardy

00333284-1

7. Rodger Harris o/b/o A.H.
8. Angela Hawthorne
9. Angela Hawthorne o/b/o M.H.
10. Angela Hawthorne o/b/o A.H.
11. Angela Hawthorne o/b/o K.H.
12. Arthuer Hawthorne
13. Jerry Hawthorne
14. Freddie Hawthorne
15. Moshe Hawthorne
16. Clyde Houston
17. Clyde Houston o/b/o C.H.
18. Ira Hutchenson
19. Annie James
20. Sedrick Joiner
21. Deondra Jones
22. Haley Jones
23. Yvonne Jones
24. Savannah Kemp
25. Andre C. Lang
26. Joseph Lamar Lee
27. Latanya LeGer
28. Latanya LeGer o/b/o K.L.
29. Maurio Lindsey
30. Shemekia Lashea Lockhard
31. Ora Mays
32. Loyal E. McCanless
33. Charles McGee
34. Diane McGee
35. Janice McGill
36. Janice McGill o/b/o A.M.
37. Janice McGill o/b/o T.M.
38. Dorsi Susan Merritt-Matkin
39. Mario A. Miller
40. Steven Monroe
41. Christopher D. Morgan
42. Dion Moore
43. Doris Faye Perry
44. Karen Payne
45. Earnestine Williams o/b/o Z.J.

_____
UNITED STATES DISTRICT JUDGE