UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       *     MDL NO. 1873
    FORMALDEHYDE      *
    PRODUCTS LIABILITY     *     SECTION:  N(5)
    LITIGATION        *
              *     JUDGE: ENGELHARDT
This Document Relates to:      *
*Acklin, et al v. Gulf Stream Coach, Inc., et al*   *     MAG: CHASEZ
Docket No. 09-7304       *
Plaintiffs:  Alexandria Populis, Christopher Populis, *
Lee Populis          *
************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is

hereby **GRANTED**, as to **ALEXANDRIA POPULIS, CHRISTPHER POPULIS AND LEE**

**POPULIS** only.

_____
UNITED STATES DISTRICT JUDGE

00333307-1