UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**O R D E R**

**IT IS ORDERED** that Lamont P. Domingue is hereby appointed as Liaison Counsel for the Manufactured Housing Defendants to replace Thomas W. Thagard, III.

New Orleans, Louisiana, this 29th day of March, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**