UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER           * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS    * | |
| LIABILITY LITIGATION              * | SECTION "N" (5) |
| * | JUDGE ENGELHARDT |
| * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:  * | |
| *Bridges v. Jayco Enterprises, Inc.*       * | |
| C.A. No.  No. 12-0229                * | |
| Plaintiffs Cherie Drawdy, Jeffery Drawdy,   * | |
| Devin Harwell and Robert Milliner ONLY  * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTAIN PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiffs Cherie Drawdy Jeffery Drawdy Devin Harwell and Robert Milliner (only) hereby give notice of their dismissal of all claims, made in their individual capacity only, that they make in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit or any claims made by these plaintiff made in any other complaints in this MDL.

        Respectfully submitted:

        s/MaryAnna Penton
        MARYANNA PENTON (MSBA# 102979)
        209 Hoppen Place
        Bogalusa, LA 70427
        Phone: (985) 732-5651
        Fax: (985) 735-5579

        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 s/MaryAnna Penton_____
MaryAnna Penton