UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|             FORMALDEHYDE PRODUCTS | * | |
|             LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Barrow, et al v. Dutchmen Manufacturing, Inc., et al* | * | |
| Docket No. 09-8249 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Kakki L. Barrow and Wesley R. Barrow | * | |
| | * | |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Kakki L. Barrow and Wesley R. Barrow, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal without prejudice of claims asserted herein.

                              Respectfully submitted,
                              **JOHN ARTHUR EAVES LAW OFFICES**

                              By:  */s/ John Arthur Eaves*
                                     John Arthur Eaves (MSB 8843)
                                     Jon-Marc King (MSB 9736
                                     Shana D. Fondren (MSB 100762)
                                     Anders Ferrington (MSB 102444)
                                     Eaves Law Offices
                                     101 North State Street
                                     Jackson, MS 39201
                                     Phone: (601) 355-7961
                                     Fax: (601) 355-0530

                              **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/John Arthur Eaves
John Arthur Eaves