UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25025 | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4716 | * | |
| Plaintiff: Paula Mcafee | * | |
| | * | |
| REC. DOC. 25026 | * | |
| *Moore, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7894 | * | |
| Plaintiff: Paula Mcafee | * | |

*************************************************************************

**MOTION TO WITHDRAW MOTIONS TO DISMISS
CERTAIN PLAINTIFFS (REC. DOC. NOS. 25025 and 25026)**

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to withdraw its earlier filed Unopposed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 25025 and 25026) in the above-captioned matter. Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

00334299-1

**WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motion to Withdraw Unopposed Motions to Dismiss Certain Plaintiffs be granted (Rec. Docs. 25025 and 25026).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 30th day of March, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                  s/Andrew D. Weinstock
                                  _____
                                  **ANDREW D. WEINSTOCK**