UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25025 | * | |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4716 | * | |
| Plaintiff: Paula Mcafee | * | |
| | * | |
| REC. DOC. 25026 | * | |
| *Moore, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7894 | * | |
| Plaintiff: Paula Mcafee | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Unopposed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 25025 and 25026);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Withdraw Unopposed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 25025 and 25026) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

00334300-1