UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED:**
*Ann M. Terrell v. Gulf Stream Coach, et al.,* EDLA 12-0548
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ann M. Terrell, who, for the reasons set forth in the accompanying memorandum in support, respectfully requests that this Honorable Court remand this matter to the 24th Judicial District Court for the Parish of Jefferson, Louisiana, as this Court lacks subject matter jurisdiction over this matter.

WHEREFORE, Plaintiff respectfully prays that this matter be remanded to the 24th Judicial District Court for the Parish of Jefferson, Louisiana.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   */s/M. Palmer Lambert*
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        M. PALMER LAMBERT, #33228
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304
        Facsimile:      504/528-9973
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        /s/M. Palmer Lambert  
                                        M. PALMER LAMBERT, #33228