# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24956 | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiffs:  Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones | * | |
| | * | |
| REC. DOC. 24954 | * | |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8471 | * | |
| Plaintiffs:  Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO PARTIALLY WITHDRAW MOTIONS TO DISMISS CERTAIN PLAINTIFFS (REC. DOC. NOS. 24956 & 24954)

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to partially withdraw its previously filed Unopposed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 24956 & 24954) in the above-captioned matter.  Mover sought dismissal of the claims of **Viola Williams, Shirley Shell, Shelane Sears, Barnett Perkins, Juan Perez and Roberta Jones** in Gulf Stream's Unopposed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 24956 & 24954).  Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

**WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motion to Withdraw Unopposed Motions to Dismiss Certain Plaintiffs be granted (Rec. Docs. 25025 and 25026).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

**I DO HEREBY CERTIFY** that on this 1st day of April, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**