UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 24956 | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiffs: Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones | * | |
| | * | |
| REC. DOC. 24954 | * | |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8471 | * | |
| Plaintiffs: Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones | * | |

*****************************************************************************

## ORDER

Considering the foregoing Motion to Partially Withdraw Unopposed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 24956 & 24954);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Unopposed Motions to Dismiss Certain Plaintiffs (Rec. Docs. 24956 & 24954) is **GRANTED** as to the following Plaintiffs only:

1. Viola Williams
2. Shirley Shell
3. Shelane Sears
4. Barnett Perkins
5. Juan Perez
6. Roberta Jones

_____
UNITED STATES DISTRICT JUDGE

00335109-1