UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION: N(5)<br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Mash, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-5748<br>Plaintiffs: Neva Varnado, Neva Varnado o/b/o Derrick Varnado, Neva Varnado o/b/o Artaja Varnado | * * * * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following Plaintiffs only:

1. Neva Varnado
2. Neva Varnado o/b/o Derrick Varnado
3. Neva Varnado o/b/o Artaja Varnado

New Orleans, Louisiana this 2nd day of April, 2012.

_____
United States District Judge

00330454-1