UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Jones, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-5765 Plaintiff: Gregg Schenck | * * * * | MAG: CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **GREGG SCHENCK** only.

New Orleans, Louisiana this 2nd day of April, 2012.

_____
United States District Judge

00330303-1