UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER               *        MDL NO. 1873
          FORMALDEHYDE            *
          PRODUCTS LIABILITY      *        SECTION:  N(5)
          LITIGATION              *
                                  *        JUDGE: ENGELHARDT
This Document Relates to:         *
*Brown, et al v. Gulf Stream Coach, Inc., et al*  *   MAG: CHASEZ
Docket No. 09-8279                *
Plaintiffs:  Beatrice Brown, Kristopher Brown,  *
Lucien Brown, Lucien Brown, III, Rita J. Burkham, *
Andrea Campbell, Patrick W. Clements, Charles  *
Coffell, Charlena Coffell, Teresa Coffell, Ernestine  *
Collier, Meicedes Compos, Nestor Compos, Ralph  *
J. Cook, Theophilus G. Cook, Bobbie Nell Cooks,  *
Jake Edwards, Katherine M. Edwards, Paula  *
Edwards, Precious Edwards, Brimaze Elena,  *
William G. Gober, Terri Lynn Guinther, Lois  *
Anne Gutterman, Richard C. Harder, Richard  *
Harder, Jr., Julius Hobbs, Mandy Johnson, Darlene  *
Keys, Darlene Keys o/b/o D.K., Darlene Keys o/b/o  *
D.K., Colin Long, Colin Long o/b/o A.L., Darci  *
Lynn Long, Bonnie Jean Madden, Dathan R.  *
McNeal, Gloria Moulds, Grayson D. Mundy,  *
Philomena Quarto Murphy, Alice L. Moody,  *
Louise Moore, Chi V. Nguyen, Khuyen Nguyen,  *
Phi Van Nguyen, Jimmy Nguyen, Tuyet Thi Pham,  *
William Ernest Parker, Sr., Jarionte Parkman o/b/o  *
Dionte Parkman, Janny Moiera, Hazel L. Raley,  *
Michelle Reed, Hieule Renter, Margaret O. Richard *
********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is

hereby **GRANTED**, as to the following Plaintiffs only:

    1.      Beatrice Brown
    2.      Kristopher Brown
    3.      Lucien Brown
    4.      Lucien Brown, III

5.     Rita J. Burkham
6.     Andrea Campbell
7.     Patrick W. Clements
8.     Charles Coffell
9.     Charlena Coffell
10.    Teresa Coffell
11.    Ernestine Collier
12.    Meicedes Compos
13.    Nestor Compos
14.    Ralph J. Cook
15.    Theophilus G. Cook
16.    Bobbie Nell Cooks
17.    Jake Edwards
18.    Katherine M. Edwards
19.    Paula Edwards
20.    Precious Edwards
21.    Brimaze Elena
22.    William G. Gober
23.    Terri Lynn Guinther
24.    Lois Anne Gutterman
25.    Richard C. Harder
26.    Richard Harder, Jr.
27.    Julius Hobbs
28.    Mandy Johnson
29.    Darlene Keys
30.    Darlene Keys o/b/o D.K.
31.    Darlene Keys o/b/o D.K.
32.    Colin Long
33.    Colin Long o/b/o A.L.
34.    Darci Lynn Long
35.    Bonnie Jean Madden
36.    Dathan R. McNeal
37.    Gloria Moulds
38.    Grayson D. Mundy
39.    Philomena Quarto Murphy
40.    Alice L. Moody
41.    Louise Moore
42.    Chi V. Nguyen
43.    Khuyen Nguyen
44.    Phi Van Nguyen
45.    Jimmy Nguyen
46.    Tuet Thi Pham
47.    William Ernest Parker, Sr.
48.    ~~Jarionte Parkman o/b/o Dionte Parkman~~
49.    Janny Moiera
50.    Hazel L. Raley

51.    Michelle Reed
52.    Hieule Renter
53.    Margaret O. Richard


New Orleans, Louisiana this 2nd day of April, 2012.


_____
United States District Judge