UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>*Acklin, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-7304<br>Plaintiffs: Alexandria Populis, Christopher Populis, Lee Populis | * * * * * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to **ALEXANDRIA POPULIS, CHRISTPHER POPULIS AND LEE POPULIS** only.

New Orleans, Louisiana this 2nd day of April, 2012.

_____
United States District Judge

00333307-1