UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | : | JUDGE: ENGELHARDT |
| | : | DOCKET #.: MDL NO. 2:07-MD-01873 |
| This Document Relates to: All Cases | : | MAGISTRATE: Chasez |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

IT IS ORDERED that SunRay Investments, LLC is granted leave of Court to file Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana this 2nd day of April, 2012.

_____
United States District Court