UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| C.A. No. 10-2335 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTAIN PLAINTIFFS NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Certain Plaintiffs listed below only ("Certain Plaintiffs") hereby give notice of their dismissal of all claims made against Defendant Gulf Stream Coach, Inc. only, in this lawsuit without prejudice.  This does not affect any of the claims made by Certain Plaintiffs in any other complaint in this MDL or against any other defendants in this lawsuit, or the claims made by any other plaintiff in this lawsuit.

1. Gerald Bargeman
2. Justin Bellard
3. Pattie Bennett
4. Sherell Bennett
5. Malian Dorman
6. Allan Fogelquist
7. Marsha Fogelquist
8. Mark Guillory
9. Pamela Guillory, individually and on behalf of Jer'Reeka Williams
10. Thomas Lund
11. Latoya Mayne
12. Angie McBride
13. Jeannette Melton
14. Trinesha Melton
15. Lawrence Oneal
16. Risshawn Patterson
17. Katrina Portis, individually and on behalf of Kedrick Portis
18. Gerald Prejeant, Jr.
19. Alvin Rideaux
20. Shelton Rigmaiden
21. Jacqueline Robinson

22. John Stewart
23. Courtney Taylor
24. Nicholas Wells
25. Dorotha West

Respectfully submitted:

By: */s/ Peter K. Taaffe*
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax: (713) 223-5909

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

             */s/ Peter K. Taaffe*
              Peter K. Taaffe