UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25000 | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiffs:  Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones, | * | |
| Michael Veal | * | |
| | * | |
| REC. DOC. 25002 | * | |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8471 | * | |
| Plaintiffs:  Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones | * | |
| Michael Veal | * | |

******************************************************************************

## MOTION TO AMEND ORDERS (Rec. Docs. 25000 & 25002)

**NOW INTO COURT**, comes Defendant, Gulf Stream Coach, Inc., who respectfully requests that this Honorable Court amend its Orders (Rec. Docs. 25000 & 25002) to not include the following Plaintiffs as **DISMISSED with prejudice:**

1. Viola Williams
2. Shirley Shell
3. Shelane Sears
4. Barnett Perkins
5. Juan Perez
6. Roberta Jones
7. Michael Veal

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK, #18495
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:    504/837-3119
andreww@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## **C E R T I F I C A T E**

I hereby certify that on the 4th day of April, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00336782-1