UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25000 | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8467 | * | |
| Plaintiffs:  Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones, | * | |
| Michael Veal | * | |
| | * | |
| REC. DOC. 25002 | * | |
| *Butler, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8471 | * | |
| Plaintiffs:  Viola Williams, Shirley Shell, Shelane | * | |
| Sears, Barnett Perkins, Juan Perez, Robert Jones | * | |
| Michael Veal | * | |

**************************************************************************

<u>ORDER</u>

Considering the Motion to Amend Orders (Rec. Docs. 25000 & 25002);

**IT IS ORDERED** that the following plaintiffs will not be **DISMISSED with prejudice**

and will remain in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No.

1873:

1. Viola Williams
2. Shirley Shell
3. Shelane Sears
4. Barnett Perkins
5. Juan Perez
6. Roberta Jones
7. Michael Veal


_____
KURT D. ENGELHARDT

00336785-1