UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Geraldine Anderson, et al v. Jayco Enterprises, Inc., et al* Civil Action No. 12-0181 Plaintiff:  Lewis, Kianna and Davidson, Tracey | * * * * | |

*****************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Kianna Lewis and Tracey Davidson, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give Notice of Voluntary Dismissal, without prejudice, of their claims asserted against the Defendants, Jayco Enterprises, Inc., Bechtel National, Inc., CH2MHill Constructors, Inc., Fluor Enterprises, Inc., Shaw Environmental, Inc., and ABC Corporation named in the Original Complaint previously filed in these proceedings. Upon recently obtained information, it has come to the attention of this office that these plaintiff's claims have also been filed in *Sandra B. Bridges, et al v. Jayco Enterprises, Inc., et al, Civil Action No. 12-0229* and their claims will be protected in that case.

The dismissal of Plaintiffs' claims does not in any way affect the claims of other plaintiffs in *Geraldine Anderson, et al v. Jayco Enterprises, Inc., et al   Civil Action No. 12-0181,* the above captioned matter.

Respectfully submitted,


*s/Denis E. Vega*
Denis E. Vega
**DENIS E. VEGA**
Mississippi State Bar No. 100000
Louisiana Bar No. 26740

**DOUGLAS M. SCHMIDT, APLC**
335 City Park Ave.
New Orleans, LA  70119
Tel.  504-482-5711
Fax: 504-482-5755
***Counsel for Plaintiff***


## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,

*s/Denis E. Vega*
Denis E. Vega