UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| This Document Relates to All Cases | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court:

**IT IS ORDERED** that Timberland RV Company is granted leave of Court to file Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
United States District Court

L:\375\8362\Doc\06 Order re Mtn for Leave.doc

1