UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **This Document Relates to:** | * | |
| **All Cases** | * | **MAGISTRATE: CHASEZ** |

*****************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

**MAY IT PLEASE THE COURT:**

Frontier RV, Inc. ("Frontier") moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On March 29, 2012, the plaintiffs *via* the Plaintiffs Steering Committee, on the one hand, and Frontier and its insurers, Nautilus Insurance Company/Berkley Specialty Underwriting Managers, LLC, Arch Specialty Insurance Company, and Columbia Casualty Company entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1] In order to comply with the terms of the aforementioned MOU, Frontier requests that its Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

WHEREFORE, Frontier respectfully moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

---

[1] Courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al v. Jim Hood, et al,* 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg,* 23 F.3d 772, 788 (3rd Cir. 1994).

Respectfully submitted,

 */s/ Kelly M. Morton*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Frontier RV, Inc.
Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 */s/ Kelly M. Morton*
KELLY M. MORTON, Bar No. 30645