**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**2012 15TH STREET SUITE 403**
**GULFPORT, MS 39501**

April 4, 2012

EDWARD HOWARD
vs.
FRONTIER RV, INC., et al

2:12-cv-00054-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**FRONTIER RV, INC.**
Through its registered agent for service
Lawyer's Aid Service, Inc.
408 West 17th Street
Suite 101
Austin, TX 78701

**BECHTEL NATIONAL, INC.**
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

Very truly yours,

s/Denis E. Vega
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
**335 City Park Ave.**
**New Orleans, LA 70119**
**Telephone: (504) 482-5711**
**Counsel for Plaintiff**