OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

LACHANDRA MCCOVERY, Individually and o/b/o K.M.
vs.
TL INDUSTRIES, et al

2:12-cv-00055-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**TL INDUSTRIES**

Through its agent for service of process

Rebecca Butler Power

221 W. Lexington Avenue

Elkhart, IN 46516

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

Very truly yours,

s/Denis E. Vega
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
**335 City Park Ave.**
**New Orleans, LA 70119**
**Telephone:  (504) 482-5711**
**Counsel for Plaintiff**