OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

JERRY MARKHAM., et al
vs.
GULFSTREAM COACH, INC., et al
2:12-cv-00108-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**GULFSTREAM COACH, INC.**
through its registered agent for service:
Kenneth C. Brinker
503 South Oakland
Nappanee, Indiana 46550

**BECHTEL NATIONAL, INC.**
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

                                      Very truly yours,

                                      s/Denis E. Vega
                                      **DENIS E. VEGA**
                                      **(MS Bar No. 100000)**
                                      **(LA Bar No. 26740)**

                                  **DOUGLAS M. SCHMIDT, APLC**
                                      **335 City Park Ave.**
                                      **New Orleans, LA 70119**
                                    **Telephone:  (504) 482-5711**
                                      **Counsel for Plaintiff**