OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 12, 2012

BERNADITA ABNEY o/b/o B.A., et al

vs.

GULFSTREAM COACH, INC., et al

2:12-cv-00112-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**GULFSTREAM COACH, INC.**

through its registered agent for service:

Kenneth C. Brinker

503 South Oakland

Nappanee, Indiana 46550

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**

Corporation Service Company

320 Sumerulos Street

Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

                         Very truly yours,

                         <u>s/Denis E. Vega</u>
                         **DENIS E. VEGA**
                         **(MS Bar No. 100000)**
                         **(LA Bar No. 26740)**

                         **DOUGLAS M. SCHMIDT, APLC**
                         **335 City Park Ave.**
                         **New Orleans, LA 70119**
                         **Telephone: (504) 482-5711**
                         **Counsel for Plaintiff**