OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

2012 15TH STREET SUITE 403

GULFPORT, MS 39501

April 4, 2012

CORA DAVIS, et al

vs.

RECREATION BY DESIGN, LLC, et al

2:12-cv-00109-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**RECREATION BY DESIGN, LLC**

Through its agent for service of process

Randall K. Rush

21746 Buckingham Road

Elkhart, IN 46516

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**

Corporation Service Company

320 Sumerulos Street

Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**

C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

                    Very truly yours,

                    s/Denis E. Vega
                    **DENIS E. VEGA**
                    **(MS Bar No. 100000)**
                    **(LA Bar No. 26740)**

                    **DOUGLAS M. SCHMIDT, APLC**
                    **335 City Park Ave.**
                    **New Orleans, LA 70119**
                    **Telephone:  (504) 482-5711**
                    **Counsel for Plaintiff**