OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

                                                          KIMBERLY LEWIS, et al
                                                                           vs.
                          DUTCHMEN MANUFACTURING, INC., et al
                                                         2:12-cv-00111-KDE-ALC
                                          Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**DUTCHMEN MANUFACTURING, INC.**
C T Corporation System
251 E. Ohio Street
Suite 1100
Indianapolis, IN 46204


**BECHTEL NATIONAL, INC.**
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232


**CH2MHILL CONSTRUCTION, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**

Corporation Service Company

320 Sumerulos Street

Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808

**ABC CORPORATION**

WITHOLD SERVICE

                      Very truly yours,

                      s/Denis E. Vega

                      **DENIS E. VEGA**

                      **(MS Bar No. 100000)**

                      **(LA Bar No. 26740)**

                      **DOUGLAS M. SCHMIDT, APLC**

                      **335 City Park Ave.**

                      **New Orleans, LA 70119**

                      **Telephone: (504) 482-5711**

                      **Counsel for Plaintiff**