OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

CARLOS GOUDY, et al

vs.

HEARTLAND RECREATIONAL VEHICLES, LLC, et al

2:12-cv-00113-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**HEARTLAND RECREATIONAL VEHICLES, LLC**

Douglas Lantz

1001 All Pro Drive

Elkhart, IN 46514

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**

Corporation Service Company

320 Sumerulos Street

Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**

C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**<u>ABC CORPORATION</u>**
WITHOLD SERVICE

        Very truly yours,

                    <u>s/Denis E. Vega</u>
                      **DENIS E. VEGA**
                    **(MS Bar No. 100000)**
                    **(LA Bar No. 26740)**


               **DOUGLAS M. SCHMIDT, APLC**
                   **335 City Park Ave.**
                   **New Orleans, LA 70119**
                **Telephone:  (504) 482-5711**
                  **Counsel for Plaintiff**