OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

DEBRA ANDERSON, et al

vs.

KEYSTONE RV COMPANY, et al

2:12-cv-00114-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**KEYSTONE RV COMPANY**

Through its agent for service of process

David G. Thomas

2642 Hackberry Drive

Goshen, IN 46526

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**

Corporation Service Company

320 Sumerulos Street

Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

        Very truly yours,

            <u>s/Denis E. Vega</u>
            **DENIS E. VEGA**
            **(MS Bar No. 100000)**
            **(LA Bar No. 26740)**

            **DOUGLAS M. SCHMIDT, APLC**
            **335 City Park Ave.**
            **New Orleans, LA 70119**
            **Telephone: (504) 482-5711**
            **Counsel for Plaintiff**