OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

TAKQWANDA ALLEN, et al
vs.
CRUM & FORSTER SPECIALTY INSURANCE COMPAN, et al

2:12-cv-00115-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**CRUM & FORSTER SPECIALTY INSURANCE COMPANY**

Through the Secretary of State

State of Louisiana

8585 Archives Avenue

Baton Rouge, LA 70809

**SENTRY INSURANCE, A MUTUAL COMPANY**

Through the Secretary of State

State of Louisiana

8585 Archives Avenue

Baton Rouge, LA 70809

**BURLINGTON INSURANCE COMPANY**

Through the Secretary of State

State of Louisiana

8585 Archives Avenue

Baton Rouge, LA 70809

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

Very truly yours,

s/Denis E. Vega
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
**335 City Park Ave.**
**New Orleans, LA 70119**
**Telephone:  (504) 482-5711**
**Counsel for Plaintiff**