OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

LORETTA ALSWORTH, et al

vs.

THOR CALIFORNIA, INC. doing business in California as THOR MANUFACTURING, et al

2:12-cv-00117-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**THOR CALIFORNIA, INC. doing business in California as THOR MANUFACTURING**

through its agent for service of process

C T Corporation System

818 West Seventh Street

Los Angeles, CA 90017

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**FLUOR ENTERPRISES, INC.**
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

          Very truly yours,

                s/Denis E. Vega
                **DENIS E. VEGA**
               **(MS Bar No. 100000)**
               **(LA Bar No. 26740)**

             **DOUGLAS M. SCHMIDT, APLC**
                **335 City Park Ave.**
               **New Orleans, LA 70119**
              **Telephone:  (504) 482-5711**
               **Counsel for Plaintiff**