**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**2012 15TH STREET SUITE 403**
**GULFPORT, MS 39501**

April 4, 2012

KAREN ARMSTRONG, et al

vs.

KZRV, LP, et al

2:12-cv-00149-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**KZRV, LP**
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

**BECHTEL NATIONAL, INC.**
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

                Very truly yours,

                s/Denis E. Vega
                **DENIS E. VEGA**
                **(MS Bar No. 100000)**
                **(LA Bar No. 26740)**

                **DOUGLAS M. SCHMIDT, APLC**
                **335 City Park Ave.**
                **New Orleans, LA 70119**
                **Telephone: (504) 482-5711**
                **Counsel for Plaintiff**