OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

MICHAEL DEGRUY, et al

vs.

LAYTON HOMES CORPORATION, et al

2:12-cv-00151-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**LAYTON HOMES CORPORATION**

Through its agent for service of process

Linda Phillippsen

2520 By-Pass Road

Elkhart, IN 46514

**SKYLINE CORPORATION**

Through its agent for service of process

Linda Phillippsen

2520 By-Pass Road

Elkhart, IN 46514

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

Very truly yours,

<u>s/Denis E. Vega</u>
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
**335 City Park Ave.**
**New Orleans, LA 70119**
**Telephone: (504) 482-5711**
**Counsel for Plaintiff**