**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**2012 15TH STREET SUITE 403**
**GULFPORT, MS 39501**

April 4, 2012

GERALDINE ANDERSON, et al

vs.

JAYCO ENTERPRISES, INC., et al

2:12-cv-00181-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**JAYCO ENTERPRISES, INC.**

Through its agent for service of process

Glenn Killoren

217 W. Franklin Street

Suite 200 Elkhart, IN 46516

Elkhart, IN 46516

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

Very truly yours,

s/Denis E. Vega
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
**Counsel for Plaintiff**