OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

RICKY BASS, et al

vs.

LAKESIDE PARK HOMES, INC., et al

**2:12-cv-00182-KDE-ALC**
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**LAKESIDE PARK HOMES, INC.**

Through its agent for service of process
Ben C. Jarvis
70 Peachtree Drive
Adel, GA 31620

**BECHTEL NATIONAL, INC.**

C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

Very truly yours,

s/Denis E. Vega
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
**335 City Park Ave.**
**New Orleans, LA 70119**
**Telephone: (504) 482-5711**
**Counsel for Plaintiff**