OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

DARLENE ANDERSON, et al
vs.
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et al

2:12-cv-00183-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
Through the Secretary of State
State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
Through the Secretary of State
State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

LEXINGTON INSURANCE COMPANY
Through the Secretary of State
State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

BECHTEL NATIONAL, INC.
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

CH2MHILL CONSTRUCTION, INC.
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

FLUOR ENTERPRISES, INC.
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

SHAW ENVIRONMENTAL, INC.
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

ABC CORPORATION
WITHOLD SERVICE

                    Very truly yours,

                    s/Denis E. Vega
                    **DENIS E. VEGA**
                    **(MS Bar No. 100000)**
                    **(LA Bar No. 26740)**

                    **DOUGLAS M. SCHMIDT, APLC**
                    **335 City Park Ave.**
                    **New Orleans, LA 70119**
                    **Telephone: (504) 482-5711**
                    **Counsel for Plaintiff**