OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

DARNELL JACKSON, et al
MORGAN BUILDINGS & SPAS, INC., et al

2:12-cv-00184-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

MORGAN BUILDINGS & SPAS, INC.
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

MORGAN BUILDING SYSTEMS, INC.
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**BECHTEL NATIONAL, INC.**
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**FLUOR ENTERPRISES, INC.**
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

                Very truly yours,

                s/Denis E. Vega
                **DENIS E. VEGA**
                **(MS Bar No. 100000)**
                **(LA Bar No. 26740)**

                **DOUGLAS M. SCHMIDT, APLC**
                **335 City Park Ave.**
                **New Orleans, LA 70119**
                **Telephone:  (504) 482-5711**
                **Counsel for Plaintiff**