OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

DARNELL BOLTON, et al
vs.
SUNNY BROOK RV, INC., et al

2:12-cv-00185-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

SUNNY BROOK RV, INC.
Through its agent for service of process
Elvie J. Frey, Sr.
201 14th Street
Middlebury, IN 46540

**BECHTEL NATIONAL, INC.**
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

Very truly yours,

s/Denis E. Vega
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
**335 City Park Ave.**
**New Orleans, LA 70119**
**Telephone: (504) 482-5711**
**Counsel for Plaintiff**