OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

DAVID ALLEN o/b/o A.A., et al
vs.
FOREST RIVER, INC., et al

2:12-cv-00195-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:


**FOREST RIVER, INC.**

Through its agent for service of process

J. Richard Ransel

228 W. High Street

Elkhart, IN 46516


**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232


**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808


**FLUOR ENTERPRISES, INC.**

Corporation Service Company

320 Sumerulos Street

Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

                              Very truly yours,

                              s/Denis E. Vega
                              **DENIS E. VEGA**
                              **(MS Bar No. 100000)**
                              **(LA Bar No. 26740)**

                              **DOUGLAS M. SCHMIDT, APLC**
                              **335 City Park Ave.**
                              **New Orleans, LA 70119**
                              **Telephone:  (504) 482-5711**
                              **Counsel for Plaintiff**