OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

NATHANIEL GREEN, et al
vs.
COACHMEN INDUSTRIES, INC., et al

2:12-cv-00196-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**COACHMEN INDUSTRIES, INC.**

Corporation Service Company
251 East Ohio Street
Suite 500
Indianapolis, IN 46204


**COACHMEN RECREATION VEHICLE COMPANY, LLC**

Corporation Service Company
251 East Ohio Street
Suite 500
Indianapolis, IN 46204


**BECHTEL NATIONAL, INC.**

C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232


**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808


**FLUOR ENTERPRISES, INC.**

Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA 70802

**SHAW ENVIRONMENTAL, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**ABC CORPORATION**
WITHOLD SERVICE

                                Very truly yours,

                                <u>s/Denis E. Vega</u>
                                **DENIS E. VEGA**
                                **(MS Bar No. 100000)**
                                **(LA Bar No. 26740)**

                                **DOUGLAS M. SCHMIDT, APLC**
                                **335 City Park Ave.**
                                **New Orleans, LA 70119**
                                **Telephone:  (504) 482-5711**
                                **Counsel for Plaintiff**