OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

CHEETARA FLOWERS, et al

vs.

TIMBERLAND RV COMPANY d/b/a ADVENTURE MANUFACTURING, et al

2:12-cv-00198-KDE-ALC

Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**TIMBERLAND RV COMPANY d/b/a ADVENTURE MANUFACTURING**

Through its agent for service of process

Kean MacOwan

PO Box 1210

Peru, IN 46970

**BECHTEL NATIONAL, INC.**

C T Corporation System

645 Lakeland East Drive

Suite 101

Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**

C T Corporation System

5615 Corporate Blvd.

Suite 400B

Baton Rouge, LA 70808

Very truly yours,

s/Denis E. Vega
**DENIS E. VEGA**
**(MS Bar No. 100000)**
**(LA Bar No. 26740)**

**DOUGLAS M. SCHMIDT, APLC**
335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
**Counsel for Plaintiff**