OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

April 4, 2012

JEAN DEDEAUX, et al
vs.
LIBERTY INSURANCE CORPORATION, et al

2:12-cv-00199-KDE-ALC
Civil Action No. _____

**Dear Sir or Madame:**

Please issue summons to the following defendants:

**LIBERTY INSURANCE CORPORATION**

Through the Secretary of State
State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

**BECHTEL NATIONAL, INC.**

C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

**CH2MHILL CONSTRUCTION, INC.**
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

                Very truly yours,

                s/Denis E. Vega
                **DENIS E. VEGA**
                **(MS Bar No. 100000)**
                **(LA Bar No. 26740)**

                **DOUGLAS M. SCHMIDT, APLC**
                **335 City Park Ave.**
                **New Orleans, LA 70119**
                **Telephone:  (504) 482-5711**
                **Counsel for Plaintiff**