UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873 |
| ) | |
| _____ ) | SECTION: N(4) |
| ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: ) Plaintiff: *Chantelle Adams* ) ) ) | MAG: ROBY |

## PLAINTIFF FACT SHEET

### I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate** Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II. PERSONAL INFORMATION

A. Name (person completing form): _Chantelle Adams_

B. Maiden or other names used or by which you have been known: _____

C. Current Street Address: _412 Wallace Dr. New Orleans LA 70122_

D. Home Telephone No.: _504-245-3313_
   Cell Phone No.: _____
   Work Telephone No: _251-7327_
   Other Telephone Nos.: _____

E. Email address: _channie_adams_88@yahoo.com_

## III. CASE INFORMATION

A. If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1. State which individual or estate you are representing: _____

   2. Maiden Or Other Names Used or By Which Such Person Has Been Known: _____

   3. Address (or last known address if deceased): _____

   4. Home Telephone No.: _____
      Cell Phone No.: _____
      Work Telephone No: _____
      Other Telephone Nos.: _____

   5. E-mail address: _____

   6. If you were appointed as a representative by a court, state the:

2

Court: _____   Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? _____

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

   _____
   _____

B. Please state the name and address of the attorney representing you:

   Joseph M. Bruno / Bruno + Bruno
   Attorney's Name/Law Firm
   New Orleans, LA 70113
   City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

   1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
      Yes ☑   No ☐

   2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? _____

   3. <u>During the time that you lived</u> in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

✓ irritation to eyes
✓ burning of eyes
___ tearing of eyes
___ irritation to nasal membranes (inside of nose)
✓ burning of nasal membranes (inside of nose)
___ bleeding of nasal membranes (inside of nose)
✓ irritation or itching of skin
___ burning of skin
✓ rashes on skin
✓ drying or scaling of skin
✓ scaling or itching of eyelids
✓ irritation or swelling of eyelids or eye area sometimes

___ tingling or swelling of lips or face area
✓ headaches
✓ nausea
✓ vomiting a little
___ bloody vomiting
✓ abdominal pain sometimes
✓ diarrhea sometimes
✓ difficulty in breathing
✓ wheezing
✓ shortness of breath
✓ persistent cough
✓ tightness of the chest all the time

3

___bronchitis
✓ throat irritation
✓ hoarseness
___laryngitis
✓ pneumonia
___upper respiratory tract infections
___pulmonary edema
✓ asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
✓ allergies for the first time in your life
✓ worsening of allergies that you had previous to living in FEMA trailer

___allergic contact dermatitis
✓ dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
✓ miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _anxiety + tremors_

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _No_

   If yes, which kind of cancer?

5. When do you claim this injury or disease first occurred? _____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
   Yes ☐        No ☐

   *If "Yes,"* when and who diagnosed the condition at that time?

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
   Yes ☑        No ☐

   **If "Yes,"** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____

_____

8. Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?
Yes ☑    No ☐

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____

_____

_____

To your understanding, describe the condition for which treated:

_____

_____

_____

State when you were treated for this psychological, psychiatric or emotional problem

_____

_____

_____

List the medications prescribed or recommended by the physician or counselor

_____

_____

_____

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☑    No ☐

*If "Yes,"* state the amount of your claim: _Not sure at this time._

5

IV. **BACKGROUND INFORMATION**

A. Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 412 Wallace Dr New Orleans 70112 | Present |
| 6758 Bundy Rd. New Orleans 70117 | 2008 |
| 2110 Eads St New Orleans, 70117 | 1999-2005, 2007 |
| 1400 Fraizer Apt#124 Conroe TX 77301 | 2005-2007 |

B. State Driver's License Number and State Issuing License: 008864774

C. Date and Place of Birth: El Camino Hospital Mt. View California 9/15/88

D. Sex: Male ☐    Female ☑

E. Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Conroe High | 02-06 | | Not yet |
| | | | |

F. Employment Information

1. Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Bubba Gump Shrimp | 429 Decatur St. | Apr 20, 2010 | Server |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Huck Finns | | Nov 09 - Apr 10 | Server/Cashier |

6

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

3. Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☑    No ☐

*If "Yes,"* state the following:

a. If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| 2007 | $20,000 |
|      | $ |
|      | $ |
|      | $ |
|      | $ |

b. Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:
_1 year_

G. Previous Claims Information

1. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐    No ☑   Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

7

IV.  FAMILY INFORMATION

   A.  To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
   Yes ☑   No ☐   Don't Know ☐

   *If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
| Nicholas R. Adams | Grandparent | 61 | | Cancer |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

   B.  Are you are claiming the wrongful death of a family member related to formaldehyde?
   Yes ☐   No ☑

   *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
   Name: _____

V.  FEMA TRAILER OR MOBILE HOME UNIT

   Please respond to Sections V. A-E below, including all subparts, with respect to *each* FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

   A.  Please provide the following information regarding the FEMA trailer or mobile home:

   1.  Manufacturer of trailer or mobile home: Gulfstream
   2.  VIN: 1NL1VTR2561044312
   3.  FEMA Identification No.: 939588738
   4.  Bar Code Number on FEMA housing unit: 1351893

8

5. Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☐   Mobile Home ☐
   Notsure

6. Move-in Date: _Not Sure_

7. Move-out Date: _Not Sure_

8. Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
   _2110 Eads St New Orleans, LA 70117_

9. Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private Property_

10. State the reason you stopped living in the FEMA trailer or mobile home:
    _Break-ins_

11. Please state the approximate square footage of the FEMA housing unit: _Not Sure_

12. Please state the approximate length and width of the FEMA housing unit: _12' wide 30' or long_

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☑   No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☑   No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☑   No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐   No ☑

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☑   No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? __5__

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☑    No ☐

*If "Yes,"* please state the following:

Where did you temporarily live? __6758 Bundy Rd. New Orleans LA 70117__

For what period of time did you temporarily live in another location?
__Doesn't remember__

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☐    No ☐  __Doesn't remember__

*If "Yes,"* please state when the test was performed and who prepared this testing: _____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☑    No ☐

*If "Yes,"* please state the following:

Date and reason for fumigation: __insects (Doesn't remember date)__

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☑    No ☐

*If "Yes,"* please state the date and reason for repair, service or maintenance:

__Broken Windows from break-in (Doesn't remember date)__

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Chantelle Adams | 21 | 412 Wallace Dr. New Orleans, LA 70142 | From ____ To ____ | Yes ☑ No ☐ Don't Know ☐ | |
| | | | From ____ To ____ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From ____ To ____ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From ____ To ____ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From ____ To ____ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From ____ To ____ | Yes ☐ No ☐ Don't Know ☐ | |

### VI. MEDICAL BACKGROUND

A. Height: 5'0

B. Current Weight: 130

Weight prior to living in a FEMA trailer or mobile home: 145

C. Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☑ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

    1.     Date on which smoking/tobacco use ended: _____
    2.     Amount smoked or used on average:
           _____ per day for _____ years.

☐    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.     Amount currently smoked or used on average:
           _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

     If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.     Amount smoked or used on average, if you know:
           _____ per day for _____ years.
    2.     Relationship to you: _____
    3.     Please state whether the smoking occurred inside, outside or both. _____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☒     No ☒̶

*If "Yes,"* what was the date of birth: _____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☒     No ☐

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.     Lung or other respiratory disease
           Yes ☐     No ☒

           *If "Yes,"* please indicate the following:

           Name and description of each illness, disease, or abnormal condition:
           _____
           _____

           The date of illness:
           _____
           _____

    2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)