UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER ) <br> FORMALDEHYDE ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> ) <br> ) <br> THIS RELATES TO: ) <br> ) <br> Plaintiff: Rosa M Atles ) <br> ) <br> ) <br> _____ ) | MDL NO. 1873 <br><br> SECTION: N(4) <br><br> JUDGE: ENGELHARDT <br> MAG: ROBY |

## PLAINTIFF FACT SHEET

### I. INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

## II. PERSONAL INFORMATION

A. Name (person completing form): Rosa M. Alves

B. Maiden or other names used or by which you have been known: _____

C. Current Street Address: 8200 Palmetto Street, Apt 121 NOLA 70118

D. Home Telephone No.: _____
   Cell Phone No.: (504) 247-7519
   Work Telephone No: _____
   Other Telephone Nos.: _____

E. Email address: rosaMTalves@yahoo.com.BR

## III. CASE INFORMATION

A. If you are completing this questionnaire in a representative capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1. State which individual or estate you are representing: N/A

2. Maiden Or Other Names Used or By Which Such Person Has Been Known: N/A

3. Address (or last known address if deceased): N/A

4. Home Telephone No.: _____
   Cell Phone No.: _____
   Work Telephone No: N/A
   Other Telephone Nos.: _____

5. E-mail address: _____

6. If you were appointed as a representative by a court, state the:

2

Court: _____ Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? _____

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____
_____

B. Please state the name and address of the attorney representing you:

FJD/IRPINO
Attorney's Name/Law Firm
NOLA
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑   No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? respiratory problems

3. <u>During the time that you lived</u> in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

✓ irritation to eyes
✓ burning of eyes
✓ tearing of eyes
✓ irritation to nasal membranes (inside of nose)
✓ burning of nasal membranes (inside of nose)
✓ bleeding of nasal membranes (inside of nose)
✓ irritation or itching of skin
___ burning of skin
___ rashes on skin
___ drying or scaling of skin
✓ scaling or itching of eyelids
✓ irritation or swelling of eyelids or eye area

✓ tingling or swelling of lips or face area
✓ headaches
✓ nausea
___ vomiting
___ bloody vomiting
✓ abdominal pain
✓ diarrhea
✓ difficulty in breathing
✓ wheezing
✓ shortness of breath
✓ persistent cough
✓ tightness of the chest

3

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ✓ throat irritation | ✓ dizziness |
| ✓ hoarseness | ___ unconsciousness |
| ✓ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ✓ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ✓ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _none_

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _No_

   If yes, which kind of cancer?

5. When do you claim this injury or disease first occurred? _3/06_

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
   Yes ☐   No ☑

   *If "Yes,"* when and who diagnosed the condition at that time?

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
   Yes ☐   No ☑

   *If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

8. Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?
   Yes ☑    No ☐

   *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

   Name and address of each person who treated or counseled you:
   _did not seek treatment_

   To your understanding, describe the condition for which treated:
   _depression_

   State when you were treated for this psychological, psychiatric or emotional problem
   _did not seek treatment_

   List the medications prescribed or recommended by the physician or counselor
   _did not seek treatment_

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
   Yes ☑    No ☐

   *If "Yes,"* state the amount of your claim: _amount to be determined_

5

## IV. BACKGROUND INFORMATION

A. Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 8200 Palmetto St Apt 121 NOLA 70118 | 9/07 - present |
| 6232 Chef Menteur Hwy NOLA 70126 | 3/06 - 9/07 |
| 2908 S Carrollton Ave NOLA 70118 | 1/05 - 8/05 |
| various addresses - cannot recall | 8/05 - 3/06 |
| Maranahaõ, Brazil | 2004 - 1/05 |

*housing is no longer there* ← (note pointing to 2908 S Carrollton Ave)

B. State Driver's License Number and State Issuing License: 009280058 LA

C. Date and Place of Birth: Maranahaõ, Brazil 6/24/54

D. Sex: Male ☐   Female ☑

E. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Estacio de SA | 1979 | Tourism | degree |
| | | | |
| | | | |

F. Employment Information

1. Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Marriott | 555 Canal St. | 2006 - present | Banquettes |
| New Orleans Country Club | 5024 Pontchartrain Blvd NOLA 70118 | 2008 - present | Banquettes |
| Hilton | 2 Poydras NOLA | cannot recall - present | Banquettes |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Marriott | 555 Canal St. NOLA 70130 | 2006 - present | Banquettes |
| Sheraton | 500 Canal St. | 2005 | Banquettes |

6

| | | | |
|---|---|---|---|
| none/unemployed | | 2005-1999 | |
| NOrleans Country club | 5024 Pontchartrain Blvd Nola 70115 | 2008-present | banquette |
| Hilton | 2 Poydras St NOLA 70130 | cannot recall - Present | banquote |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
    Yes ☒    (No ☒)

    *If "Yes,"* state the following:

    a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

        | Year | Income |
        |---|---|
        | _____ | $_____ |
        | _____ | $_____ |
        | _____ | $_____ |
        | _____ | $_____ |
        | _____ | $_____ |

    b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:
        _____
        _____

G.  Previous Claims Information

    1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
        Yes ☐    No ☒    Don't recall ☐

        *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____
        _____
        _____

7.

IV. **FAMILY INFORMATION**

    A.    To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐    No ☑    Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

    B.    Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐    No ☑

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V. **FEMA TRAILER OR MOBILE HOME UNIT**

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

    A.    Please provide the following information regarding the FEMA trailer or mobile home:

        1.    Manufacturer of trailer or mobile home: _Gulf Stream_

        2.    VIN: _INLT6TR266~~0404647~~_ 1043647

        3.    FEMA Identification No.: _9119955527_

        4.    Bar Code Number on FEMA housing unit: _1294964_

5. Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☑   Mobile Home ☐

6. Move-in Date: 3/7/06

7. Move-out Date: ~~9/15/07~~   9/5/07

8. Please state the mailing address and physical location for the FEMA trailer or mobile home unit. 6232 Chef Menteur Hwy New Orleans LA 70126

9. Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer Park

10. State the reason you stopped living in the FEMA trailer or mobile home: I was assisted to move into an apt Because FEMA said I could move due to health reasons

11. Please state the approximate square footage of the FEMA housing unit: ~~8" x 23~~   ~~256sf~~ or ~~184~~ 321 sf

12. Please state the approximate length and width of the FEMA housing unit: 10 x 32 approx

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12 to 16 Hz after employed but for 1 to 6 month 24 Hrs. I had no trans.

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
Yes ☑   No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
Yes ☑   No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
Yes ☑   No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
Yes ☐   No ☑

18. Is/was propane gas used in the FEMA housing unit?
Yes ☑   No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? __2__

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☐    No ☑

*If "Yes,"* please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?
_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☐    No ☑

*If "Yes,"* please state when the test was performed and who prepared this testing: _____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐    No ☐

*If "Yes,"* please state the following:

Date and reason for fumigation: _____*don't know*_____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☐    No ☑

*If "Yes,"* please state the date and reason for repair, service or maintenance:
_____
_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| HELENDA HOLLAND | 59 | 206 Dunleith Rd, Destrehan (985) 872-0047 8174990 | From 10/06 To 10/06 | Yes ☐ No ☐ Don't Know ☒ | x2 ER visit Resp, dizziness |
|  |  |  | From 3/06 To 9/07 | Yes ☐ No ☐ Don't Know ☐ |  |
| Rosa Maria Alves | 54 | 8200 Palmetto St Apt 121 NOLA 70118 504-247-7519 | From 3/06 To 9/07 | Yes ☒ No ☐ Don't Know ☐ | formaldehyde |
|  |  |  | From ___ To ___ | Yes ☐ No ☐ Don't Know ☐ |  |
|  |  |  | From ___ To ___ | Yes ☐ No ☐ Don't Know ☐ |  |
|  |  |  | From ___ To ___ | Yes ☐ No ☐ Don't Know ☐ |  |

## VI. MEDICAL BACKGROUND

A. Height: __5__

B. Current Weight: __149__

Weight prior to living in a FEMA trailer or mobile home: __132__

C. Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☒ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☒ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

1. Date on which smoking/tobacco use ended: __N/A__
2. Amount smoked or used on average:
   _____ per day for _____ years.

☐ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

1. Amount currently smoked or used on average:
   _____ per day for _____ years.

D. Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

1. Amount smoked or used on average, if you know:
   _____ per day for _____ years.
2. Relationship to you: _____
3. Please state whether the smoking occurred inside, outside or both. _____

E. Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐    No ☒

If "Yes," what was the date of birth: _____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐    No ☐

F. Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

1. Lung or other respiratory disease
   Yes ☐    No ☒

   If "Yes," please indicate the following:

   Name and description of each illness, disease, or abnormal condition:
   ~~Brothr~~ Bronchitis, Laryngitis

   The date of illness:
   cannot recall dates

2. Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

12

Yes ☐        No ☑

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

The date of illness:

_____

3. Long-term stomach or bowel disease
   Yes ☐        No ☑

   *If "Yes,"* please indicate the following.

   Name and description of each illness, disease, or abnormal condition:

   _____

   The date of illness:

   _____

4. Skin disease
   Yes ☐        No ☑

   *If "Yes,"* please indicate the following.

   Name and description of each illness, disease, or abnormal condition:

   _____

   The date of illness:

   _____

G. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1. To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

      Yes ☐        No ☐        Don't Recall ☑

      *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

13

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   |   |

### VII. MEDICAL DIAGNOSIS

A. Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B. Doctor's Name: Dr. Bruni, Hamilton C./Dr Frederico Terran/Dr. Eboni Price
Specialty, if any: _____ Dr. Edith Gabor
611 N Rampart St  Address: ~~106 Smart Place Suite A Slidell LA 70458~~ Dr. Leia Frickey
NOLA 70112  Phone: 985-781-4747 _____ Dr. Khalil Imsais
Treatment received: respiratory/sinus/flu/eye problems ___ Dr. M Chambers
Dates of treatment: 3/06 18/06 - present _____ Dr. Glenn Barnett

Doctor's Name: Dr. William Perez
Specialty, if any: Ophthalmologist
Address: 4324 Veterans Blvd St 102 Metairie LA 70006
Phone: 504-455-8666
Treatment received: eye irritation
Dates of treatment: 12/06

Dr. Bruni ~~Federico Terran~~
Doctor's Name: ~~Tulane Community Health Center~~ / Victoria Smith
Specialty, if any: _____
Address: 106 Smart Place St A Slidell 70458 / 4228 Williams Blvd St 203 Kenner LA 70065
Phone: cannot recall / 504-496-0138
Treatment received: respiratory/sinus/flu / sinus/flu symptoms
Dates of treatment: 12/06 - present 18/06-present / 2007-present
3/06

C. If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.
did not seek treatment

D. Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☑   No ☐

If "Yes," please provide the name and address of the health care professional.
Dr. Bruni

14

## VIII. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach a copy of the documents and things to your responses to this Plaintiff Fact Sheet.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☒   No ☐

B. Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒   No ☐

C. Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐   No ☒

D. All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☒   No ☐

E. Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐   No ☒

F. Decedent's death certificate, if applicable.
Yes ☐   No ☐

G. Report of autopsy of decedent, if applicable.
Yes ☐   No ☒

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A. Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| Victoria Smith | 4228 Williams Blvd, Kenner LA 70065 ste 203 |
| | |

B. Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Victoria Smith | 4228 Williams Blvd #203 Kenner, LA 70065 | 2007 - present |
| none | | 2002 - 2007 |
| | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner | 1514 Jeff Hwy NOLA 70121 | 12/10/06 & 11/18/06 | eyes / upper respiratory inf. |
| LSU | 1541 Tulane NOLA 70112 | 8/06 | respiratory distress |
| Touro (various Dr.) Physician | 1401 Foucher St NOLA 70115 Health Center | 11/4/08 | car accident |
| Tulane Community | 611 N. Rampart NOLA 70112 | 3/06 - present | respiratory / nausea |
| Belle-Vue & Dr. M. Okole | 5500 Veterans Blvd Ste 208 Metairie LA 70006 | 3/09 | sinus infection |

E. Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Hamilton Bruin | 104 Smart Place #A Slidell | 3/06 - present |
| Tulane Community Healthcare | 611 N. Rampart NOLA | 3/06 - present |
| Belle-Vue Cammy M. Okole M.D. | 5500 Veterans Blvd Ste 208 Metairie 70006 | 3/09 |

16

| | |
|---|---|
| Dr. William Perez 4324 Veterans Blvd St 102 Metairie LA 70006 | 12/06 |
| Ochsner 1514 Jeff Hwy NOLA 70121 | 12/10/06 & 11/18/06 |
| LSU 1541 Tulane Ave NOLA 70112 | 8/06 |
| Touro 1401 Foucher St. NOLA 70115 | 11/08 |

F.  Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Wal-Mart | 8843 Veterans Metairie LA 70003 |
| Pharmacy City | 3805 Jeff Hwy Jefferson LA 70121 |
| Walgreens | 2418 S Carrollton NOLA 70118 |
| Sav-A-Center | 1000 W Esplanade Ave Kenner LA 70065 |
| Walgreens | 1801 St. Charles NOLA 70130 |
| Sam's Club Pharmacy | 1527 Manhattan Blvd Harvey LA 70058 |
| CVS pharmacy | 12589 Airline Hwy Destrehan LA 70047 |
| Rite Aid | 2669 Canal St NOLA 70119 |

17

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____  _____  06/10/09
**Signature of Plaintiff**             **Print Your Name**                **Date**

18