UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Alexander, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8470; | * | |
| Plaintiffs:  Alexander, Adrian; and Alves, Rosa | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets is hereby set for submission on the 2nd day of May, 2012, at 9:30 a.m.

                                        Respectfully submitted:

                                        **DUPLASS, ZWAIN, BOURGEOIS,**
                                        **PFISTER & WEINSTOCK**

                                        s/Andrew D. Weinstock
                                        _____
                                        **ANDREW D. WEINSTOCK (#18495)**
                                        **JOSEPH G. GLASS (#25397)**
                                        3838 N. Causeway Boulevard, Suite 2900
                                        Metairie, Louisiana 70002
                                        Telephone: (504) 832-3700
                                        andreww@duplass.com
                                        jglass@duplass.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com