# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Allen, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-6319; | * | |
| Plaintiffs: Allen, Denisha; and Allen, Ebony | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets is hereby set for submission on the 2nd day of May, 2012, at 9:30 a.m.

                Respectfully submitted:

                **DUPLASS, ZWAIN, BOURGEOIS,**
                **PFISTER & WEINSTOCK**

                s/Andrew D. Weinstock

                _____
                **ANDREW D. WEINSTOCK (#18495)**
                **JOSEPH G. GLASS (#25397)**
                3838 N. Causeway Boulevard, Suite 2900
                Metairie, Louisiana 70002
                Telephone: (504) 832-3700
                andreww@duplass.com
                jglass@duplass.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                s/Andrew D. Weinstock
              _____
              ANDREW D. WEINSTOCK #18495
              andreww@duplass.com