UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER )    MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
―――――――――――――――――― )    SECTION: N(4)
)
)    JUDGE: ENGELHARDT
THIS RELATES TO: )
)    MAGISTRATE: CHASEZ
Plaintiff: )
)
WITTKOPP, DIANA )
)

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Diana Witthopp

B.   Maiden or other names used or by which you have been known: none

C.   Current Street Address: 762 Pinewoost Slidell LA 70458

D.   Home Telephone No.: 985-690-0004
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: _____

E.   Email address: _____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1.   State which individual or estate you are representing:
   _____

   2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:
   _____

   3   Address (or last known address if deceased): _____
   _____

   4.   Home Telephone No.: _____
   Cell Phone No.: _____
   Work Telephone No: _____
   Other Telephone Nos.: _____

   5.   E-mail address: _____

   6.   If you were appointed as a representative by a court, state the:

Court: _____   Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person
     claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent
     and the place where the decedent died:

     _____

     _____

B.   Please state the name and address of the attorney representing you:

     _____Aaronson & Rash PLLC_____
               Attorney's Name / Law Firm
     _____6200 Savoy Ste 510, Houston, TX  77036_____
               City, State, and Zip Code

C.   Please state the following: (If you are a representative, please state this
     information for each such person being represented):

     1.   Are you claiming that you have developed, or may have developed, a
          disease or illness as a result of being exposed to formaldehyde while
          residing in a FEMA-provided trailer or mobile home?
          Yes ☐          No ☐

     2.   What is your understanding of the illness or disease you claim you have
          developed, or may in the future develop, from living in a FEMA trailer or
          mobile home?_____

     3.   During the time that you lived in your FEMA trailer, did you experience or
          report to a physician any of the following symptoms? If yes, place a check
          mark (✓) by the symptom that you experienced.

___irritation to eyes                                    ___tingling or swelling of lips or face area
___burning of eyes                                       ___headaches
___tearing of eyes                                       ___nausea
___irritation to nasal membranes (inside of nose)        ___vomiting
___burning of nasal membranes (inside of nose)           ___bloody vomiting
___bleeding of nasal membranes (inside of nose)          ___abdominal pain
___irritation or itching of skin                         ___diarrhea
___burning of skin                                       ___difficulty in breathing
___rashes on skin                                        ___wheezing
___drying or scaling of skin                             ___shortness of breath
___scaling or itching of eyelids                         ___persistent cough
___irritation or swelling of eyelids or eye area         ___tightness of the chest

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

Condition _____ Date of Diagnosis _____     Suffered Prior To Trailer? _____
Diagnosing Physician _____     Condition Worsened By Trailer? _____
  Address of Physician _____

4.    If you listed that a condition, disease or illness worsened, state whether or not you had already recovered from that condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____

_____

5.    **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐        No ☒

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____

_____

_____

To your understanding, describe the condition for which treated:

_____

_____

_____

State when you were treated for this psychological, psychiatric or emotional problem

_____

_____

List the medications prescribed or recommended by the physician or counselor

_____

_____

_____

6.    Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐        No ☒

*If "Yes,"* state the amount of your claim: _____

IV.   BACKGROUND INFORMATION

A.   Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
|  |  |
|  |  |
|  |  |
|  |  |

B.   State Driver's License Number and State Issuing License: _____

C.   Date and Place of Birth: 5\7\86 \ \

D.   Sex:  Male ☐      Female ☒

E.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
|  |  |  |  |
|  |  |  |  |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|----------------------|
|  |  |  |  |
|  |  |  |  |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|----------------------|
|  |  |  |  |
|  |  |  |  |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

Yes ☐          No ☐

*If "Yes,"* state the following:

a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.  Previous Claims Information

1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

Yes ☐          No ☐     Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

IV.    FAMILY INFORMATION

A.    To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐        No ☐        Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|-------------|-------------------------------|-------------------|-------------------------------|
|      |             |                               |                   |                               |
|      |             |                               |                   |                               |
|      |             |                               |                   |                               |
|      |             |                               |                   |                               |
|      |             |                               |                   |                               |

B.    Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐        No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V.    FEMA TRAILER OR MOBILE HOME UNIT

Please provide your FEMA Identification No.: 940773808 - 1603

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additioinal sheets if necessary.

<u>TRAILER</u>
Manufacturer: Golfstream
VIN: Cavalier
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel
Move-in Date: ~~July~~ July 06
Move-out Date: Nov 08
Please state the mailing address and physical location for the trailer or mobile home unit:

762 Pinetree St
Slidell LA 70458

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private
State the reason you stopped living in the FEMA trailer or mobile home: _____

Please state the approximate square footage of the FEMA housing unit: NA
Please state the approximate length and width of the FEMA housing unit: NA
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? ____
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes
Is/was the FEMA housing unit hooked up to a sewer line? Yes
Is/was the FEMA housing unit hooked up to an electrical line? Yes
Is/was the FEMA housing unit hooked up to a natural gas line? No
Is/was propane gas used in the FEMA housing unit? Yes
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? ____
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? NO
If "Yes," where did you temporarily live? NA

For what period of time did you temporarily live in another location? NO
Have any air quality tests ever been performed on your FEMA trailer or mobile home? NO
If "Yes," please state when the test was performed and who prepared this testing: NA

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? NO
If "Yes," please state the date and reason for fumigation: NA

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? NO
If "Yes," please state the date and reason for repair, service or maintenance: NA

<u>TRAILER 2</u>
Manufacturer:
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____
Move-in Date:
Move-out Date:
Please state the mailing address and physical location for the trailer or mobile home unit:


Was the FEMA trailer or mobile home located in a trailer park or on private property? _____
State the reason you stopped living in the FEMA trailer or mobile home: _____
_____
_____
Please state the approximate square footage of the FEMA housing unit: _____
Please state the approximate length and width of the FEMA housing unit: _____
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____
Is/was the FEMA housing unit hooked up to a sewer line? _____
Is/was the FEMA housing unit hooked up to an electrical line? _____
Is/was the FEMA housing unit hooked up to a natural gas line? _____
Is/was propane gas used in the FEMA housing unit? _____
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _____
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_____
If "Yes," where did you temporarily live? _____
_____
For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____
If "Yes," please state when the test was performed and who prepared this testing: _____
_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____
If "Yes," please state the date and reason for fumigation: _____
_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____
If "Yes," please state the date and reason for repair, service or maintenance: _____
_____

<u>TRAILER 3</u>

Manufacturer:

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date:

Move-out Date:

Please state the mailing address and physical location for the trailer or mobile home unit:


Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home: _____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

<u>TRAILER 4</u>
Manufacturer:
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____
Move-in Date:
Move-out Date:
Please state the mailing address and physical location for the trailer or mobile home unit:


Was the FEMA trailer or mobile home located in a trailer park or on private property? _____
State the reason you stopped living in the FEMA trailer or mobile home: _____
_____
_____
Please state the approximate square footage of the FEMA housing unit: _____
Please state the approximate length and width of the FEMA housing unit: _____
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____
Is/was the FEMA housing unit hooked up to a sewer line? _____
Is/was the FEMA housing unit hooked up to an electrical line? _____
Is/was the FEMA housing unit hooked up to a natural gas line? _____
Is/was propane gas used in the FEMA housing unit? _____
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _____
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_____
If "Yes," where did you temporarily live? _____
_____
For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____
If "Yes," please state when the test was performed and who prepared this testing: _____
_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____
If "Yes," please state the date and reason for fumigation: _____
_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____
If "Yes," please state the date and reason for repair, service or maintenance: _____
_____

Yes ☐          No ☑

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.   Long-term stomach or bowel disease
     Yes ☐          No ☑

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

4.   Skin disease
     Yes ☐          No ☑

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

G.   Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.   To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

     Yes ☐          No ☑          Don't Recall ☐

     *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: _Dr Roskos_

Specialty, if any: _____

Address: _Slidell LA_____

Phone: _____

Treatment received: _____

Dates of treatment: _____

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____

_____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

Yes ☐          No ☐

*If "Yes,"* please provide the name and address of the health care professional:

_____

_____

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of the** documents and things to your responses to this Plaintiff Fact Sheet.

A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐          No ☑

B.   Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☐          No ☑

C.   Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☑

D.   All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐          No ☑

E.   Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☑

F.   Decedent's death certificate, if applicable.
Yes ☐          No ☑

G.   Report of autopsy of decedent, if applicable.
Yes ☐          No ☑

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.     Identify your current family and/or primary care physician:

| Name | Address |
|------|---------|
| ROSKOS | SliDell LA |
| | |

B.     Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| | | |
| | | |
| | | |
| | | |
| | | |

C.     Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

D.     Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

E.     Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| | | |
| | | |

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
|  |  |
| WalGreen | Slidell LA |
|  |  |

## Additional Information

Client SSN# _0711_

Mailing Address: _762 Pinetree St_

City _Slidell_ State _LA_ Zip _70458_

## Spouse Information

Marital Status: _S_ Name: _____ Occupation: _____

DOB: _____ Age: _____ SSN: _____ Work Phone: (____) _____

Cell: (____) _____ Fax: (____) _____ Highest Level of Education: _____

1. Have you or a family member talked to FEMA or the manufacturer about the trailer? _no_

   If yes, please provide when and the name(s) of who was spoken with and a brief description of the conversation. Continue on reverse if needed.

   Trailer 1 - Yes ☐ No ☐ Details: _____
   Trailer 2 - Yes ☐ No ☐ Details: _____
   Trailer 3 - Yes ☐ No ☐ Details: _____
   Trailer 4 - Yes ☐ No ☐ Details: _____
   Trailer 5 - Yes ☐ No ☐ Details: _____

2. Has FEMA or any other party investigated the trailer? _no_

   If yes, please provide details
   Trailer 1 - Yes ☐ No ☐ Details: _____
   Trailer 2 - Yes ☐ No ☐ Details: _____
   Trailer 3 - Yes ☐ No ☐ Details: _____
   Trailer 4 - Yes ☐ No ☐ Details: _____
   Trailer 5 - Yes ☐ No ☐ Details: _____

3. Did you have insurance at the time of your damage? Yes ☐ No ☒

If yes, which insurance company? _____

4. Have you ever had Medicare?        Yes ☐    No ☒

5. Have you ever had Medicaid?        Yes ☐    No ☒

6. Have you ever filed bankruptcy?    Yes ☐    No ☒

If yes, please provide the following:

Bankruptcy Court: _____   Case No. _____

Bankruptcy Trustee name: _____

Additional Comments/Information:

_____

_____

_____

_____

_____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Diane Wittkopp_      _Diana Wittkopp_     _6/11/09_
**Signature of Plaintiff**        **Print Your Name**       **Date**