Amendment to the Plaintiff Fact Sheet

Claimant Name: Allen, Odell

Claimant's Attorney: Becnel Law Firm

Manufacturer: Gulfstream, previously submitted as ADF

Please note the following updates to the previously submitted Plaintiff Fact Sheet

## Section V. FEMA Trailer or Mobile Home Unit

## Manufacturer: Gulfstream

FEB 0 8 2010

_____

**Plaintiff or Representative**                                **Date**