UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

**All Louisiana Plaintiffs,** *see* **Exhibit 1.**

### *EX PARTE*/CONSENT MOTION TO DISMISS LOUISIANA PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America submits this *Ex Parte*/Consent Motion to dismiss Louisiana Plaintiffs' claims against the United States for lack of subject matter jurisdiction. This *Ex Parte*/Consent Motion applies to all actions listed in Exhibit 1. *See* Exhibits 1, List of Louisiana Complaints; Exhibit 2, Declaration of Troy Lowe; Exhibit 3, Declaration of Anna Kayser. In each of the actions listed n Exhibit 1, Plaintiffs assert either in their Complaint, or if not specified in the Complaint, in their Plaintiff Fact Sheet ("PFS"), that they occupied a temporary emergency housing unit in the State of Louisiana. *See* Exhibit 2, Declaration of Troy Lowe; Exhibit 3, Declaration of Anna Kayer.The Court should grant this *Ex Parte*/Consent Motion for the reasons set forth this Court's Orders addressing Louisiana Plaintiffs' claims against the United States. *See* Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); Order and Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671);

Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124).; Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961). *See also In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012).[1/]

The United States has conferred with Court appointed Liaison Counsel and neither the Plaintiffs' Liaison Counsel (Gerald Munier), nor the Private Party Defendants' Liaison Counsel

---

[1/] The United States incorporates by reference as further support, its arguments and exhibits submitted in support of its motions to dismiss Louisiana Plaintiffs' claims against the Government for lack of subject matter jurisdiction. *See* Motion to Dismiss for Lack of Jurisdiction or Alternatively, Motion for Summary Judgment by United States of America. Motion (Doc. Rec. 196); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction or Alternatively Motion for Summary Judgment (Doc. Rec. 419); Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction by United States of America (Doc. Rec. 1545); Ex Parte/Consent Motion to Amend/Correct Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 1551); Reply Memorandum in Support filed by United States of America re their Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 2064); Supplemental Memorandum filed by United States of America, in Support of Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 2505); Motion to Dismiss for Lack of Jurisdiction Plaintiff Alana Alexander and Chris Cooper's Remaining FTCA Claims by United States of America (Doc. Rec. 2718); Motion to Dismiss for Lack of Jurisdiction Based Upon No Analogous Private Liability by United States of America (Doc. Rec. 2733); Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability by United States of America (Doc. Rec. 6970); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 9824); Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" (Doc. Rec. 16598); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs", (in the Alternative) Motion for Summary Judgment (Doc. Rec. 19925).

(Andrew Weinstock, Ryan Johnson, David Kurtz, Lamont Domingue, Charles Leche) oppose entry of an Order dismissing these action, nor do they object to the entry of a Fed. R. Civ. P. 54(b) judgment.

Dated: April 9, 2012. Respectfully Submitted,

| | |
|---|---|
| STUART F. DELERY | ADAM BAIN |
| Acting Assistant Attorney General | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | //S// *Henry T. Miller* |
| Director, Torts Branch, Civil Division | HENRY T. MILLER (D.C. Bar No. 411885) |
| | Senior Trial Counsel |
| DAVID S. FISHBACK | United States Department of Justice |
| Assistant Director | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| | Washington, D.C. 20004 |
| | Telephone No: (202) 616-4223 |
| | E-mail: Henry.Miller@USDOJ.Gov |

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                              //S// *Henry T. Miller*
                                              HENRY T. MILLER (D.C. Bar No. 411885)