UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 4 |

*******************************************************************

## DECLARATION OF TROY LOWE

I, Troy Lowe state and declare as follows:

1. I am employed as a Senior Paralegal and have been assigned to work on the above-referenced action. As part of my duties and responsibilities, Anna Kayser, Law Clerk and I have been tasked with identifying Complaints/actions that assert claims by Plaintiffs against the United States for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Louisiana.

2. We have reviewed all of the Complaints and/or Plaintiff Fact Sheets filed in the actions that are listed on the document that is assigned identification numbers FEMA412-000001 to FEMA412-000030 and titled "Louisiana Case List."

3. The Complaints in each and every action listed on the Louisiana Case List assert that the Plaintiffs occupied temporary emergency housing units in the State of Louisiana.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of April, 2012.

TROY LOWE
Senior Paralegal
Washington, D.C. 20004