UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER               MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION N-5

                                  JUDGE ENGELHARDT
                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

All Louisiana Plaintiffs, *see* Exhibit 1.

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel contacted and conferred by e-mail with Plaintiffs' Liaison Counsel Gerald Meunier, Manufacturer's Litigation Liaison Counsel Andy Weinstock, Manufacturer's Settling Liaison Counsel Ryan Johnson, Government Contractors' Liaison Counsel David Kurtz, and Insurers' Liaison Counsel Charles Leche.  Liaison counsel have stated that the entities they represent do not object to the dismissal of Louisiana Plaintiffs' claims against the United States.

Dated:  April 9, 2012.                    Respectfully Submitted,

STUART F. DELERY                          ADAM BAIN
Acting Assistant Attorney General         Senior Trial Counsel

J. PATRICK GLYNN                          //S// *Henry T. Miller*
Director, Torts Branch, Civil Division    HENRY T. MILLER (D.C. Bar No. 411885)
                                          Senior Trial Counsel
DAVID S. FISHBACK                         United States Department of Justice
Assistant Director                        Civil Division – Torts Branch
                                          P.O. Box 340, Ben Franklin Station
                                          Washington, D.C. 20004
                                          Telephone No:  (202) 616-4223
                                          E-mail:  Henry.Miller@USDOJ.Gov

                                          Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)