UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

**All Louisiana Plaintiffs,** *see* **Exhibit 1.**

## ORDER

Considering United States of America's *Ex Parte*/Consent Motion for Entry of Fed. R. Civ. P. 54(b) Judgment and this Court's Order and Reasons dismissing Louisiana Plaintiffs' claims for lack of subject matter jurisdiction, *see* Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); Order and Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124); Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961);*see also In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012), this Court finds that there is no just reason for delay, and

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b)

judgment in favor of the defendant, United States of America, and that any and all claims asserted by plaintiffs in these actions against the United States of America are hereby **DISMISSED WITH PREJUDICE**.

      **DONE AND SIGNED** this _____ day of _____, 2012.

                              _____
                              **HONORABLE KURT D. ENGELHARDT**
                              **JUDGE, UNITED STATES DISTRICT COURT**
                              **EASTERN DISTRICT OF LOUISIANA**