# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202613  
**Case Name** Womack, Gary Toney  
**DOB** 9/18/1982   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

| Question # | Question |
|---|---|
| 1 | Plaintiff's Name II.A |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC  

**Answer**  
Plaintiffs name is Jerry Toney Womack.

| Question # | Question |
|---|---|
| 2 | Attorney III.B |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC  

**Answer**  
My attorney is Watts Hilliard, LLC located at 2506 N. Port Ave, Corpus Christi TX 78401.

| Question # | Question |
|---|---|
| 3 | Date of Birth IV.C |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC  

**Answer**  
My date of birth is 09/18/1982.

| Question # | Question |
|---|---|
| 4 | ManufacturerV.A.1 |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC  

**Answer**  
The manufacturer of the trailer was a Morgan Building Systems, Inc.

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202613  **Cause No.** 10-2279
**Case Name** Womack, Gary Toney  **Case Style** Leanderous McClendon, et. al. vs. Morgan
**DOB** 9/18/1982  **SSN** 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

| Question # | Question |
|---|---|
| 5 | VIN # V.A.2 |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
The VIN number of the trailer is LH01051972.

| Question # | Question |
|---|---|
| 6 | FEMA I.D # V.A.3 |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
I do not recall my FEMA I.D. number.

| Question # | Question |
|---|---|
| 7 | Bar Code V.A.4 |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
My bar code number is 1264732.

| Question # | Question |
|---|---|
| 8 | Move in Date V.A.6 |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
I moved into the FEMA housing unit on 04/11/2006.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202613  
**Case Name** Womack, Gary Toney  
**DOB** 9/18/1982   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

| Question # | Question |
|---|---|
| 9 | Move Out Date V.A.7 |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
My move out date was 12/14/2007.

| Question # | Question |
|---|---|
| 10 | Installation Address V.A.8 |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
We did not have a mailbox where the FEMA housing unit was located, we had to get a PO Box. The FEMA housing unit was located in the Buddy Morris Trailer Park in Pangipahoa, Louisiana. The mailing address was PO BOX 352 Kentwood, Louisiana 70444.

| Question # | Question |
|---|---|
| 11 | Names of all trailer residents V.E |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
The following persons resided with me in my FEMA housing unit:

Jerry Womack  
Natasha Womack: 6/8/1976 passed away 5/6/2006.  
Leanderous McLendon  
Kenny Womack

| Question # | Question |
|---|---|
| 12 | Plaintiff's Smoking History VI.C |

**Pet ID** 1836  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202613  
**Case Name** Womack, Gary Toney  
**DOB** 9/18/1982  **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Def ID:** 36
**Notice #:** MTD NC

**Answer:** I have smoked a pack per day for about 3-4 years.

**Question #** 13
**Question:** Smoking History of Other Trailer Residents VI.D
**Pet ID:** 1836
**Def ID:** 36
**Notice #:** MTD NC

**Answer:** I do not recall whether anyone who resided with me used any kind of tobacco product.

**Question #** 14
**Question:** Future Medical Claim III.C.2
**Pet ID:** 1836
**Def ID:** 36
**Notice #:** MTD NC

**Answer:** I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

**Question #** 15
**Question:** Diagnosed illness III.C.3
**Pet ID:** 1836
**Def ID:** 36
**Notice #:** MTD NC

**Answer:** I do not recall if I have any diagnosed illness.

**Question #** 16
**Question:** Treatment for Formaldehyde Related injury VII.B
**Pet ID:** 1836

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202613  
**Case Name** Womack, Gary Toney  
**DOB** 9/18/1982   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Def ID**
36

**Notice #**
MTD NC

**Answer**
I do not recall if I received any treatment for Formaldehyde Related injury.

| Question # | Question |
|---|---|
| 17 | Psychological Treatment III.C.8 |

**Pet ID**
1836

**Def ID**
36

**Notice #**
MTD NC

**Answer**
I did not seek psychological treatment.

| Question # | Question |
|---|---|
| 18 | Prior Medical History VII(F)(1&4) |

**Pet ID**
1836

**Def ID**
36

**Notice #**
MTD NC

**Answer**
I do not recall my prior medical history.

| Question # | Question |
|---|---|
| 19 | Produce Records VIII (A-D) |

**Pet ID**
1836

**Def ID**
36

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 20 | Checklist III.C |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202613  
**Case Name** Womack, Gary Toney  
**DOB** 9/18/1982   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
During the time I lived in the FEMA trailer I experienced the following symptoms.

Skin Rash/ Irritation  
Other damage Asthma  
Coughing / Shortness of breath  
Headaches  
Nausea  
Other damage Nose Bleeds  
Skin Rash/ Irritation  
Sinus Infections / Sinusitis  
Emphysema / Wheezing

| Question # | Question |
|---|---|
| 21 | Only if you are requesting reimbursement of medical expenses III.C.9 |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
I am not making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 22 | Only if you are making a wage claim IV.F.3 |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
I am not making a wage loss claim.

| Question # | Question |
|---|---|
| 23 | Number of hours spent in trailer each day V.13 |

**Pet ID** 1836

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202613  
**Case Name** Womack, Gary Toney  
**DOB** 9/18/1982    **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Def ID**  
36

**Notice #**  
MTD NC

**Answer**  
I spent 12 hours a day or more in the trailer.

_____  
Plaintiff or Representative

4/10/2012  
Date