UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Leanderous McClendon, et al. v.* | | * | |
| *Morgan Building Systems, Inc., et al.* | | * | |
| No. 10-2279 | | * | |
| Plaintiff:  Jerry Womack | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COMES NOW Jerry Womack (hereinafter "Plaintiff") and files this Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 24837).

Defendant Morgan Building and Spas, Inc., as successor by merger to Morgan Building Systems, Inc. ("Morgan")[1] claims that deficiencies remain in Plaintiff's Fact Sheet.

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on April 10, 2012, please see attached Exhibit "A". For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "B".  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore

---

[1] Morgan Building Systems, Inc. was named as the defendant in this matter.  However, Morgan Building Systems, Inc. merged into Morgan Buildings & Spas, Inc. on January 19, 1994, and no longer exists.

his claims should not be dismissed.

For the reasons set forth above, Plaintiff prays that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

                Respectfully submitted,

                /s/ Robert C. Hilliard
                **ROBERT C. HILLIARD**
                **Trial Attorney in Charge for Plaintiff**
                Texas State Bar No. 09677700
                Southern District of TX Federal ID No.  5912
                ROBERT C. HILLIARD, L.L.P.
                719 S. Shoreline Boulevard, Suite 500
                Corpus Christi, Texas 78401
                Telephone:  (361) 882-1612
                Facsimile:  (361) 882-3015

                **MIKAL C. WATTS**
                Texas State Bar No. 20981820
                Southern District of TX Federal ID No. 12419
                MIKAL C. WATTS, P.C.
                2506 N. Port Ave.
                Corpus Christi, Texas 78401
                Telephone: (800) 994-0019
                Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 10th day of April, 2012.

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**