UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Leanderous McClendon, et. al. vs. Morgan Building Systems, Inc., et. al.* Cause: 10-2279 Plaintiff: (Jerry)Gary Womack | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff (Jerry)Gary Womack.

3. On December 27, 2011, Plaintiff's attorney began calling Jerry Womack twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On December 28, 2011, Plaintiff's attorney performed "Person Searches" and Accurints on January 9, 2012 to attempt to locate Jerry Womack.

5. On January 10, 2012, Plaintiff's Attorney spoke with Jerry's Cousin Kenny Womack who stated that Jerry was in jail until February 7, 2012 and he said that he would have Jerry call

**EXHIBIT "B"**

6. On January 17, 2012, Plaintiff's attorney was given the contact number for Jerry's Wife, Jeanette Womack. Watts Hilliard was able to contact Mrs. Womack on January 18, 2012 and updated the contact information that Watts Hilliard had on File.

7. On January 23, 2012, Watts Hilliard was told by Mrs. Womack that she would get a letter written form Jerry to give her permission to speak on his case. Plaintiff's Attorney received this signed letter of permission signed on February 1, 2012.

8. Plaintiff's attorney continued to call the numbers on file twice daily to reach Mrs. Womack or Jerry Womack in order to fulfill the terms of the Order denying the Motion to Dismiss with a 45 deadline, however Watts Hilliard was unable to make contact with client or Mrs. Womack.

9. On February 3, 2012, Plaintiff's attorney performed additional "Person Searches" and Accurints on February 10, 2012 to attempt to locate Jerry Womack due to prolonged inabilities to make contact.

10. On March 27, 2012, Plaintiff's Attorney was able to contact Mrs. Womack. She stated that Jerry Womack was still incarcerated. She also stated that he was injured in jail and that he had become paralyzed and could not speak. She stated that all Jerry could do was "nod" his head.

11. Plaintiff's attorney attempted to contact Kenny Womack to obtain some information since he resided in the trailer with Jerry Womack, however Kenny could only confirm the trailer information, and could not confirm any other client specific questions.

Signed this the 10th day of April, 2012.

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 10th day of April, 2012, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014