UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|            FORMALDEHYDE PRODUCTS | * | |
|            LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Barry Rando | * | |

*****************************************************************************

NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss Duplicative Claims filed by defendant, Jayco Enterprises, Inc., pertaining to plaintiff Barry Rando, is **Wednesday, May 2, 2012 at 9:30 a.m.,** before Judge Kurt Engelhardt.

        Respectfully submitted,
        **WILLINGHAM, FULTZ & COUGILL LLP**

    By:   s/*Thomas L. Cougill*
           THOMAS L. COUGILL
           Texas State Bar No. 04877300
           Louisiana State Bar No. 31112
           R. MARK WILLINGHAM
           Texas State Bar No. 21641500
           JEFFREY P. FULTZ
           Texas State Bar No. 00790728
           Mississippi Bar No. 101058
           Niels Esperson Building
           808 Travis Street, Suite 1608
           Houston, Texas  77002
           (713) 333-7600 – Telephone
           (713) 333-7601 – Facsimile

    **Attorneys for Jayco Enterprises, Inc.**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

                                              s/Thomas L. Cougill
                                              THOMAS L. COUGILL