UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Barry Rando | * | |

**************************************************************************

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE
DUPLICATIVE CLAIMS OF PLAINTIFF BARRY RANDO**

    **COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff, Barry Rando, and in support they would respectfully show the court as follows:

I.    On or about December 8, 2009, Plaintiff, Barry Rando, was named as a plaintiff in a case styled *Christine Kellsten v. Jayco, Inc., et. al.,* Cause No. 10-0269. Subsequently, on or about December 29, 2011, Barry Rando was named as a plaintiff in a case styled *Sandra B. Bridges v. Jayco Enterprises, Inc.,* Cause No. 12-0229. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II.    In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Barry Rando appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Barry Rando as

filed in the case styled *Christine Kellsten v. Jayco, Inc., et. al.,* Cause No. 10-0269.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of Barry Rando in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

    Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
**Attorneys for Jayco Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

    s/*Thomas L. Cougill*
    THOMAS L. COUGILL