UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tina Lachney v. Starcraft RV, Inc.* | * | |
| Docket No. 12-0224 | * | MAG. JUDGE CHASEZ |
| Plaintiff: George Powe, on behalf of B.P. | * | |

*************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF GEORGE POWE ON BEHALF OF THE MINOR CHILD, B.P.

**COMES NOW**, Defendant, Starcraft RV, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff, George Powe on behalf of the minor child, B.P., and in support they would respectfully show the court as follows:

I. On or about October 20, 2009 Plaintiff, Augustine Powe as Next Friend of Bianca Powe, was named as a plaintiff in a case styled *Bruce Robinson v. Starcraft RV, Inc.*, Cause No. 09-7090. Subsequently, on or about December 29, 2011, George Powe on behalf of the minor child, B.P. was named as a plaintiff in a case styled *Tina Lachney v. Starcraft RV, Inc.,* Cause No. 12-0224. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because George Powe on behalf of the minor child, B.P. appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of

the plaintiff in this case. Defendant would further show that this motion has no effect on the claims of Augustine Powe as Next Friend of Bianca Powe as filed in the case styled *Bruce Robinson v. Starcraft RV, Inc.*, Cause No. 09-7090.

WHEREFORE, defendant, Starcraft RV, Inc. prays the Court dismiss without prejudice the claims of George Powe on behalf of the minor child, B.P. in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

    Respectfully submitted,
    **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
    **Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

    s/*Thomas L. Cougill*
    THOMAS L. COUGILL