UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Arthur Buckhaton v. Jayco, Inc.* | * | |
| Docket No. 10-3435 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Camron Yarborough | * | |

*************************************************************************

## NOTICE OF SUBMISSION

    Notice is hereby given that the submission date for the Motion to Dismiss Duplicative Claims filed by defendant, Jayco, Inc., pertaining to plaintiff Camron Yarborough, is **Wednesday, May 2, 2012 at 9:30 a.m.,** before Judge Kurt Engelhardt.

                                 Respectfully submitted,
                                 **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
          THOMAS L. COUGILL
          Texas State Bar No. 04877300
          Louisiana State Bar No. 31112
          R. MARK WILLINGHAM
          Texas State Bar No. 21641500
          JEFFREY P. FULTZ
          Texas State Bar No. 00790728
          Mississippi Bar No. 101058
          Niels Esperson Building
          808 Travis Street, Suite 1608
          Houston, Texas  77002
          (713) 333-7600 – Telephone
          (713) 333-7601 – Facsimile

          **Attorneys for Jayco, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

                                                    s/Thomas L. Cougill
                                                  THOMAS L. COUGILL