UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Mark Fairley | * | |

*****************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF MARK FAIRLEY

**COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff, Mark Fairley, and in support they would respectfully show the court as follows:

I. On or about December 23, 2009 Plaintiff, Mark Fairley, was named as a plaintiff in a case styled *Donald Acker v. Jayco, Inc.,* Cause No. 09-7804. Subsequently, on or about December 29, 2011, Mark Fairley was named as a plaintiff in a case styled *Sandra B. Bridges v. Jayco Enterprises, Inc.,* Cause No. 12-0229. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Mark Fairley appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff in this case. Defendant would

further show that this motion has no effect on the claims of Mark Fairley as filed in the case styled *Donald Acker v. Jayco, Inc.,* Cause No. 09-7804.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of Mark Fairley in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

                Respectfully submitted,
                **WILLINGHAM, FULTZ & COUGILL LLP**

                By:   s/*Thomas L. Cougill*
                      THOMAS L. COUGILL
                      Texas State Bar No. 04877300
                      Louisiana State Bar No. 31112
                      R. MARK WILLINGHAM
                      Texas State Bar No. 21641500
                      JEFFREY P. FULTZ
                      Texas State Bar No. 00790728
                      Mississippi Bar No. 101058
                      Niels Esperson Building
                      808 Travis Street, Suite 1608
                      Houston, Texas  77002
                      (713) 333-7600 – Telephone
                      (713) 333-7601 – Facsimile
                      **Attorneys for Jayco Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

                      s/*Thomas L. Cougill*
                      THOMAS L. COUGILL