UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Arthur Buckhaton v. Jayco, Inc.* | * | |
| Docket No. 10-3435 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Mary Yarborough | * | |

**************************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF MARY YARBOROUGH

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff, Mary Yarborough, and in support they would respectfully show the court as follows:

I. On or about July 31, 2009, Plaintiff, Marrylou Yarborough (Mary Yarborough), was named as a plaintiff in a case styled *Susan Baugh v. Jayco, Inc*., Cause No. 09-6964. Subsequently, on or about October 8, 2010, Mary Yarborough was named as a plaintiff in a case styled *Arthur Buckhaton v. Jayco, Inc.,* Cause No. 10-3435. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Mary Yarborough appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of

Marrylou Yarborough (Mary Yarborough) as filed in the case styled *Susan Baugh v. Jayco, Inc.*, Cause No. 09-6964.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Mary Yarborough in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

 s/*Thomas L. Cougill*
THOMAS L. COUGILL