UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tina Lachney v. Starcraft RV, Inc.* | * | |
| Docket No. 12-0224 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Reginald Fountain | * | |

*************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss Duplicative Claims filed by defendant, Starcraft RV, Inc., pertaining to plaintiff Reginald Fountain, is **Wednesday, May 2, 2012 at 9:30 a.m.,** before Judge Kurt Engelhardt.

                              Respectfully submitted,
                              **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
       THOMAS L. COUGILL
       Texas State Bar No. 04877300
       Louisiana State Bar No. 31112
       R. MARK WILLINGHAM
       Texas State Bar No. 21641500
       JEFFREY P. FULTZ
       Texas State Bar No. 00790728
       Mississippi Bar No. 101058
       Niels Esperson Building
       808 Travis Street, Suite 1608
       Houston, Texas  77002
       (713) 333-7600 – Telephone
       (713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

                 _s/Thomas L. Cougill_
                 THOMAS L. COUGILL