UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tina Lachney v. Starcraft RV, Inc.* | * | |
| Docket No. 12-0224 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Ruby Wallace | * | |

**************************************************************************

MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF
<u>RUBY WALLACE</u>

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named in another lawsuit. The plaintiff at issue is:

- Ruby Wallace (Plaintiff in *Lachney*, C.A. 12-0224)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: <u>s/*Thomas L. Cougill*</u>
  THOMAS L. COUGILL
  Texas State Bar No. 04877300
  Louisiana State Bar No. 31112
  R. MARK WILLINGHAM
  Texas State Bar No. 21641500
  JEFFREY P. FULTZ
  Texas State Bar No. 00790728
  Mississippi Bar No. 101058
  Niels Esperson Building
  808 Travis Street, Suite 1608
  Houston, Texas  77002
  (713) 333-7600 – Telephone
  (713) 333-7601 – Facsimile
  **Attorneys for Starcraft RV, Inc.**

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

                                                   s/*Thomas L. Cougill*
                                               THOMAS L. COUGILL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have sent plaintiffs' counsel, Ronnie Penton, numerous e-mails requesting dismissal of the duplicate filed plaintiff described in the foregoing motion and attached memorandum in support. As of this date, plaintiffs' counsel has not dismissed the duplicate filed plaintiff; therefore, it is believed that plaintiffs' counsel opposes the foregoing Motion to Dismiss.

                                               s/*Thomas L. Cougill*
                                               THOMAS L. COUGILL