UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Ruth Trehern | * | |

*****************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss Duplicative Claims filed by defendant, Jayco Enterprises, Inc., pertaining to plaintiff Ruth Trehern, is **Wednesday, May 2, 2012 at 9:30 a.m.,** before Judge Kurt Engelhardt.

                                                    Respectfully submitted,
                                                    **WILLINGHAM, FULTZ & COUGILL LLP**

                              By:   *s/Thomas L. Cougill*
                                       THOMAS L. COUGILL
                                       Texas State Bar No. 04877300
                                       Louisiana State Bar No. 31112
                                       R. MARK WILLINGHAM
                                       Texas State Bar No. 21641500
                                       JEFFREY P. FULTZ
                                       Texas State Bar No. 00790728
                                       Mississippi Bar No. 101058
                                       Niels Esperson Building
                                       808 Travis Street, Suite 1608
                                       Houston, Texas  77002
                                       (713) 333-7600 – Telephone
                                       (713) 333-7601 – Facsimile

                              **Attorneys for Jayco Enterprises, Inc.**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

                                                     s/Thomas L. Cougill
                                                   THOMAS L. COUGILL