UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Jamel Adams v. Jayco, Inc.* | * | |
| Docket No. 09-8407 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Julie LaFrance on behalf of | * | |
| Tatyana Washington | * | |

*************************************************************************

**MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF
<u>JULIE LAFRANCE ON BEHALF OF TATYANA WASHINGTON</u>**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named in another lawsuit. The plaintiff at issue is:

- Julie LaFrance on behalf of Tatyana Washington (Plaintiff in *Adams*, C.A. 09-8407)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

>Respectfully submitted,
>**WILLINGHAM, FULTZ & COUGILL LLP**
>
>By:   s/*Thomas L. Cougill*
>      THOMAS L. COUGILL
>      Texas State Bar No. 04877300
>      Louisiana State Bar No. 31112
>      R. MARK WILLINGHAM
>      Texas State Bar No. 21641500
>      JEFFREY P. FULTZ
>      Texas State Bar No. 00790728
>      Mississippi Bar No. 101058
>      Niels Esperson Building
>      808 Travis Street, Suite 1608
>      Houston, Texas  77002
>      (713) 333-7600 – Telephone
>      (713) 333-7601 – Facsimile
>      **Attorneys for Jayco, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

>  s/*Thomas L. Cougill*
>  THOMAS L. COUGILL

2

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have sent plaintiffs' counsel, Anthony Buzbee, numerous e-mails requesting dismissal of the duplicate filed plaintiff described in the foregoing motion and attached memorandum in support. As of this date, plaintiffs' counsel has not dismissed the duplicate filed plaintiff; therefore, it is believed that plaintiffs' counsel opposes the foregoing Motion to Dismiss.

                                                s/*Thomas L. Cougill*
                                                THOMAS L. COUGILL