UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Jamel Adams v. Jayco, Inc.* | * | |
| Docket No. 09-8407 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Julie LaFrance on behalf of | * | |
| Tatyana Washington | * | |

*************************************************************************

## MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF JULIE LAFRANCE ON BEHALF OF TATYANA WASHINGTON

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff, Julie LaFrance on behalf of Tatyana Washington, and in support they would respectfully show the court as follows:

I. On or about June 15, 2009, Plaintiff, Julie LaFrance on behalf of Tatyana Washington, was named as a plaintiff in a case styled *Michelle Dantoni v. Jayco, Inc*., Cause No. 09-3910. Subsequently, on or about December 28, 2009, Esmy LaFrance on behalf of Tatyana Washington was named as a plaintiff in a case styled *Jamel Adams v. Jayco, Inc.,* Cause No. 09-8407. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Tatyana Washington appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Julie

LaFrance on behalf of Tatyana Washington as filed in the case styled *Michelle Dantoni v. Jayco, Inc.*, Cause No. 09-3910.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Esmy LaFrance on behalf of Tatyana Washington in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

>Respectfully submitted,
>**WILLINGHAM, FULTZ & COUGILL LLP**
>
>By:   s/*Thomas L. Cougill*
>         THOMAS L. COUGILL
>         Texas State Bar No. 04877300
>         Louisiana State Bar No. 31112
>         R. MARK WILLINGHAM
>         Texas State Bar No. 21641500
>         JEFFREY P. FULTZ
>         Texas State Bar No. 00790728
>         Mississippi Bar No. 101058
>         Niels Esperson Building
>         808 Travis Street, Suite 1608
>         Houston, Texas  77002
>         (713) 333-7600 – Telephone
>         (713) 333-7601 – Facsimile
>         **Attorneys for Jayco, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of April, 2012.

>   s/*Thomas L. Cougill*
>THOMAS L. COUGILL