UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Lachney v. Starcraft RV, Inc,* | * | |
| C.A. No. 12-0224 | * | |
| Plaintiff George Powe, individually and | * | |
| on behalf of minor B.P. only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF GEORGE POWE'S NOTICE OF PARTIAL
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), Plaintiff George Powe, individually and on behalf of minor "B.P." only, hereby gives notice of his dismissal of all claims, made in his individual capacity, and on behalf of minor "B.P.", made in this lawsuit, without prejudice.  This does not affect the claims made by any other plaintiff in this lawsuit, or any claims made by Mr. Powe (in an individual or representative capacity) in any other complaints in this MDL.

Respectfully submitted:

s/MaryAnna Penton
MARYANNA PENTON (MSBA# 102979)
209 Hoppen Place
Bogalusa, LA 70427
Phone: (985) 732-5651
Fax: (985) 735-5579

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/MaryAnna Penton
MaryAnna Penton
