UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |
| THIS DOCUMENT IS RELATED TO: | | |

**REC. DOC. 25000**

*Alexander, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 09-8467
Plaintiffs:  Viola Williams, Shirley Shell, Shelane Sears, Barnett Perkins, Juan Perez, Robert Jones, Michael Veal

**REC. DOC. 25002**

*Butler, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 09-8471
Plaintiffs:  Viola Williams, Shirley Shell, Shelane Sears, Barnett Perkins, Juan Perez, Robert Jones Michael Veal

****************************************************************************

## ORDER

Considering the Motion to Amend Orders (Rec. Docs. 25000 & 25002);

**IT IS ORDERED** that the following plaintiffs will not be **DISMISSED with prejudice** and will remain in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873:

1. Viola Williams
2. Shirley Shell
3. Shelane Sears
4. Barnett Perkins
5. Juan Perez
6. Roberta Jones
7. Michael Veal

New Orleans, Louisiana this 10th day of April, 2012.

_____
United States District Judge

00336785-1