**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION "N-5"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Tina Lachney v. Starcraft RV, Inc.* | * | |
| Docket No. 12-0224 | * | **MAG. JUDGE CHASEZ** |
| Plaintiff: Tina Lachney | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF**
**TINA LACHNEY**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named in another lawsuit. The plaintiff at issue is:

- Tina Lachney (Plaintiff in *Lachney*, C.A. 12-0224)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas  77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile
        **Attorneys for Starcraft RV, Inc.**

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 11th day of April, 2012.

     s/*Thomas L. Cougill*
THOMAS L. COUGILL


**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have sent plaintiffs' counsel, Ronnie Penton, numerous e-mails requesting dismissal of the duplicate filed plaintiff described in the foregoing motion and attached memorandum in support. As of this date, plaintiffs' counsel has not dismissed the duplicate filed plaintiff; therefore, it is believed that plaintiffs' counsel opposes the foregoing Motion to Dismiss.

     s/*Thomas L. Cougill*
THOMAS L. COUGILL