UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandra B. Bridges v. Jayco Enterprises, Inc.* | * | |
| Docket No. 12-0229 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Yolanda Lewis | * | |

*****************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF YOLANDA LEWIS

**COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff, Yolanda Lewis, and in support they would respectfully show the court as follows:

I. On or about October 14, 2010, Plaintiff, Yolanda Lewis, was named as a plaintiff in a case styled *Yolanda Lewis v. Jayco, Inc., et. al.,* Cause No. 10-3604. Subsequently, on or about December 29, 2011, Yolanda Lewis was named as a plaintiff in a case styled *Sandra B. Bridges v. Jayco Enterprises, Inc.,* Cause No. 12-0229. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Yolanda Lewis appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Yolanda Lewis as

filed in the case styled *Yolanda Lewis v. Jayco, Inc., et. al.,* Cause No. 10-3604.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of Yolanda Lewis in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

    Respectfully submitted,
    **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas 77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile
    **Attorneys for Jayco Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 11th day of April, 2012.

     s/*Thomas L. Cougill*
     THOMAS L. COUGILL