UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N-5 |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Willis v. Redman Homes Inc., et. al*, Docket No. 09-4789
*Barbour et al v. Forest River, Inc. et. al*, Docket No. 09-6633

### *EX PARTE*/CONSENT MOTION TO DISMISS ALABAMA PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America submits this unopposed *Ex Parte*/Consent Motion to dismiss the above referenced actions for lack of subject matter jurisdiction. In each of the referenced actions Plaintiffs assert either in their Complaint, or if not specified in the Complaint, in their Plaintiff Fact Sheet ("PFS"), that they occupied a temporary emergency housing unit in the State of Alabama. *See* Exhibit 1, Declaration of Anna Kayser. The undisputed facts show that the government after Hurricanes Katrina and Rita, voluntarily and without compensation, provided temporary emergency housing units that are the alleged cause of Plaintiffs injuries at issue in these actions.[1] The Court lacks subject matter jurisdiction because

---

[1] The United States incorporates by reference in support of its argument: (1) Defendant United States of America's Memorandum in Support of its Motion to Dismiss for Lack of Jurisdiction the FTCA Claims of All "Alabama Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 10656-1); (2) Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Alabama Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 10656-2); (3) Defendant United States of America's Exhibits 1-10 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Alabama Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 10656-4 to 10656-

the Fifth Circuit and this Court have held that the Alabama emergency statute, Alabama Code § 31-9-17, "abrogate[s] the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, [and therefore] the Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute." *In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012); Order and Reasons (Rec. Doc. 15061), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898.

Accordingly, for these reasons the Court should grant this unopposed *Ex Parte*/Consent Motion and dismiss Plaintiffs' claims against the United States for lack of subject matter jurisdiction.

Dated: April 11, 2012.                                    Respectfully Submitted,

STUART F. DELERY                                          ADAM BAIN
Acting Assistant Attorney General                         Senior Trial Counsel

J. PATRICK GLYNN                                          //S// *Henry T. Miller*
Director, Torts Branch, Civil Division                    HENRY T. MILLER (D.C. Bar No. 411885)
                                                          Senior Trial Counsel
DAVID S. FISHBACK                                         United States Department of Justice
Assistant Director                                        Civil Division – Torts Branch
                                                          P.O. Box 340, Ben Franklin Station
                                                          Washington, D.C. 20004
                                                          Telephone No: (202) 616-4223
                                                          E-mail: Henry.Miller@USDOJ.Gov

---

13); and (4) Defendant United States of America's Reply Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Alabama Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec.11870).

                                                               Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                            *//S// Henry T. Miller*
                                            HENRY T. MILLER (D.C. Bar No. 411885)