UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Willis v. Redman Homes Inc., et. al*, Docket No. 09-4789
*Barbour et al v. Forest River, Inc. et. al*, Docket No. 09-6633

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel contacted and conferred by e-mail with Plaintiffs' Liaison Counsel Gerald Meunier, Manufacturer's Litigation Liaison Counsel Andy Weinstock, Manufacturer's Settling Liaison Counsel Ryan Johnson, Government Contractors' Liaison Counsel David Kurtz, Insurers' Liaison Counsel Charles Leche, and Manufactured Housing's Liaison Counsel Lamont Domingue. Liaison counsel have represented that their respective groups do not object to the dismissal of Alabama Plaintiffs' claims against the United States, nor do they oppose entry of a Fed. R. Civ. P. 54(b) judgment.

| | |
|---|---|
| Dated: April 11, 2012. | Respectfully Submitted, |
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223 |

        E-mail:  Henry.Miller@USDOJ.Gov

        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

        *//S// Henry T. Miller*
        HENRY T. MILLER (D.C. Bar No. 411885)

2