**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                         **MDL NO. 07-1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**                **SECTION N-5**
                                                **JUDGE ENGELHARDT**
                                                **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

*Willis v. Redman Homes Inc., et. al*, **Docket No. 09-4789**
*Barbour et al v. Forest River, Inc. et. al*, **Docket No. 09-6633**

**ORDER**

Considering Defendant United States of America's unopposed *Ex Parte*/Consent Motion

to Dismiss Alabama Plaintiffs' Claims Against the United States in the above-referenced actions,

the Fifth Circuit Court of Appeals decision in *In Re: FEMA Trailer Formaldehyde Products*

*Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), and this Court's August 9,

2010, Order and Reasons (Rec. Doc. 15061), this Court grants the government's the motion and

**IT IS ORDERED** that Plaintiffs' claims against United States of America are dismissed

for lack of subject matter jurisdiction.

**DONE AND SIGNED** this _____ day of _____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**