UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Willis v. Redman Homes Inc., et. al*, Docket No. 09-4789

*Barbour et al v. Forest River, Inc. et. al*, Docket No. 09-6633

*EX PARTE*/CONSENT MOTION FOR ENTRY OF A FED. R. CIV. P. 54(b) JUDGMENT DISMISSING ALABAMA PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES OF AMERICA

Defendant the United States of America ("United States") hereby submits this *Ex Parte*/Consent Motion and requests that the Court, pursuant to Fed. R. Civ. P. 54(b), enter judgment dismissing the above-referenced actions. The Court should grant this motion for the reasons set forth in the memorandum filed in support of this motion.

Dated: April 11, 2012.

STUART F. DELERY
Acting Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                    *//S// Henry T. Miller*
                                    HENRY T. MILLER (D.C. Bar No. 411885)