UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                       SECTION N-5

                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Bonner et al v. Coachmen Industries, Inc. et al.,* **Docket No. 09-5562**
*Ruff v. Southern Energy Homes, Inc.* et. al, **Docket No. 10-0274**
*Hill v. Waverlee Homes, Inc. et. al*, **Docket No. 10-0479**
*Schrader v. Allen Camper Manufacturing Company, Inc. et al*, **Docket No. 10-1081**
*Mosley et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-1356**
*Holden v. Cavalier Home Builders, LLC et. al*, **Docket No. 10-2345**
*Matthis et al v. Dutchmen Manufacturing, Inc et. al*, **Docket No. 10-2347**
*McNair et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2348**
*Holden et al v. Bechtel National Inc. et. al*, **Docket No. 10-2354**
*Bazzelle et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2356**
*Quinn v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2357**
*Peterson et al v. DS Corp. et. al*, **Docket No. 10-2358**
*Aucoin v. Starcraft RV, Inc. et. al*, **Docket No. 10-2360**
*Davis et al v. Forest River, Inc. et. al*, **Docket No. 10-2362**
*Holden v. Lakeside Park Homes, Inc. et. al*, **Docket No. 10-2363**
*Landrum et al v. Timberland RV Company et. al*, **Docket No. 10-2364**
*Bazzelle et al v. TL Industries, Inc. et. al*, **Docket No. 10-2366**
*Davison et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2603**
*King et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2882**
*Miller et al v. Keystone RV Company et. al*, **Docket No. 11-298**
*Carroll et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-299**
*Fairley et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-300**
*Anderson et al v. Forest River, Inc. et. al*, **Docket No. 11-301**
*Washington v. Forest River, Inc. et. al*, **Docket No. 11-302**
*Bracken et al v. Thor Industries, Inc. et. al*, **Docket No. 11-303**
*Seymour v. Thor Industries, Inc. et. al*, **Docket No. 11-304**
*Acker et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-305**
*Carroll et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-306**
*Caporelli et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-307**
*Powe et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-308**
*Causey et al v. KZRV, LP et. al*, **Docket No. 11-309**
*Hamilton et al v. KZRV, LP et. al*, **Docket No. 11-310**

*Breland et al v. Forest River, Inc. et. al*, Docket No. 11-311
*Lutrell et al v. Forest River, Inc. et. al*, Docket No. 11-312
*Cuevas et al v. Cavalier Home Builders, LLC et. al*, Docket No. 11-314
*Stewart v. Cavalier Home Builders, LLC et. al*, Docket No. 11-315
*Anders et al v. Gulf Stream Coach, Inc. et. al*, Docket No. 11-316
*Romero et al v. Gulf Stream Coach, Inc. et. al*, Docket No. 11-317
*Dillon et al v. Dutchmen Manufacturing, Inc. et. al*, Docket No. 11-318
*Smith v. Dutchmen Manufacturing, Inc. et. al*, Docket No. 11-319
*Breaux et al v. Gulf Stream Coach, Inc. et. al*, Docket No. 11-320
*Jack v. Gulf Stream Coach, Inc. et. al*, Docket No. 11-321
*Acevedo et al v. Bechtel National, Inc. et. al*, Docket No. 11-322
*Anderson et al v. CH2M Hill Constructors, Inc. et. al*, Docket No. 11-323
*Davison et al v. Bechtel National, Inc. et. al*, Docket No. 11-358
*Miller et al v. CH2M Hill Constructors, Inc. et. al*, Docket No. 11-359
*Benefield et al v. Bechtel National, Inc. et. al*, Docket No. 11-360
*Payne et al v. CH2M Hill Constructors, Inc.*, Docket No. 11-361
*Brown et al v. CH2M Hill Constructors, Inc. et. al*, Docket No. 11-362
*Cameron et al v. Gulf Stream Coach, Inc. et. al*, Docket No. 11-367
*Davis v. Jayco, Inc. et. al*, Docket No. 11-368
*Duckworth et al v. Cavalier Home Builders*, LLC et. al, Docket No. 11-369
*Hawkins v. Lakeside Park Homes, Inc. et. al*, Docket No. 11-370
*Ramsey et al v. Keystone RV Company et. al*, Docket No. 11-371
*Young et al v. Dutchmen Manufacturing, Inc. et. al*, Docket No. 11-373
*Lee et al v. Lakeside Park Homes, Inc. et. al*, Docket No. 11-374
*Manning v. Lakeside Park Homes, Inc. et. al*, Docket No. 11-375
*Booth et al v. CH2M Hill Constructors, Inc. et. al*, Docket No. 11-376
*Sanders v. Bechtel National, Inc. et. al*, Docket No. 11-377
*Antoine et al v. Bechtel National, Inc. et. al*, Docket No. 11-378
*Woodland v. CH2M Hill Constructors, Inc. et. al*, Docket No. 11-379

*EX PARTE*/CONSENT MOTION TO DISMISS MISSISSIPPI
PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES
FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America submits this unopposed *Ex Parte*/Consent Motion to dismiss the above referenced actions for lack of subject matter jurisdiction. In each of the referenced actions Plaintiffs assert either in their Complaint, or if not specified in the Complaint, in their Plaintiff Fact Sheet ("PFS"), that they occupied a temporary emergency housing unit in the State of Mississippi. *See* Exhibit 1, Declaration of Anna Kayser. The

undisputed facts show that the government after Hurricanes Katrina and Rita, voluntarily and without compensation, provided temporary emergency housing units that are the alleged cause of Plaintiffs injuries at issue in these actions.[1]  The Court lacks subject matter jurisdiction because the Fifth Circuit and this Court have held that the Mississippi emergency statute, Miss. Code §33-15-21(b), "abrogate[s] the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, [and therefore] the Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute." *In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012); Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898.

Accordingly, for these reasons the Court should grant this unopposed *Ex Parte*/Consent Motion and dismiss Plaintiffs' claims against the United States for lack of subject matter jurisdiction.

---

[1] The United States incorporates by reference in support of its argument: (1) Defendant United States of America's Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-1); (2) Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-2); (3) Defendant United States of American's Exhibits 1-14 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec.7690-4 to 7680-17); and (4) Defendant United States of America's Reply Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 9828).

Dated: April 11, 2012.

STUART F. DELERY
Acting Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)