UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 5 |

*******************************************************************

## DECLARATION OF ANNA KAYSER

I, Anna Kayser, state and declare as follows:

1. I am employed as a Law Clerk and have been assigned to work on the above-referenced action. As part of my duties and responsibilities I was tasked with identifying Complaints/actions that assert claims by Plaintiffs against the United States of America for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Alabama and State of Mississippi.

2. I have reviewed the Complaints, and or Amended Complaints, filed in the following actions:

| MDL Case Number | Original Case Number | Case Caption |
|---|---|---|
| 09-5562 | 09-00419 | *Bonner et al v. Coachmen Industries, Inc. et al* |
| 10-0274 | 09-00247 | *Ruff v. Southern Energy Homes, Inc. et al* |
| 10-0479 | 09-00268 | *Hill v. Waverlee Homes, Inc. et al* |
| 10-1081 | 10-1081 | *Schrader v. Allen Camper Manufacturing Co., Inc. et al* |
| 10-1356 | 09-00824 | *Mosley et al v. Gulf Stream Coach, Inc. et al* |
| 10-2345 | 10-2345 "N"(5) | *Holden v. Cavalier Home Builders, LLC et al* |
| 10-2347 | 10-2347 "N"(5) | *Matthis et al v. Dutchmen Manufacturing, Inc et al* |
| 10-2348 | 10-2348 "N"(5) | *McNair et al v. CH2M Hill Constructors, Inc. et al* |
| 10-2354 | 10-2354 "N"(5) | *Holden et al v. Bechtel National Inc. et al* |
| 10-2356 | 10-2356"N"(5) | *Bazzelle et al v. Gulf Stream Coach, Inc. et al* |
| 10-2357 | 10-2357 "N"(5) | *Quinn v. Gulf Stream Coach, Inc. et al* |

| MDL Case Number | Original Case Number | Case Caption |
|---|---|---|
| 10-2358 | 10-2358 "N"(5) | Peterson et al v. DS Corp. et al |
| 10-2360 | 10-2360 | Aucoin v. Starcraft RV, Inc. et al |
| 10-2362 | 10-2362 "N"(5) | Davis et al v. Forest River, Inc. et al |
| 10-2363 | 10-2363 "N"(5) | Holden v. Lakeside Park Homes, Inc. et al |
| 10-2364 | 10-2364 "N"(5) | Landrum et al v. Timberland RV Company et al |
| 10-2366 | 10-2366"N"(5) | Bazzelle et al v. TL Industries, Inc. et al |
| 10-2603 | 10-136 | Davison et al v. CH2M Hill Constructors, Inc. et al |
| 10-2882 | 10-199 | King et al v. CH2M Hill Constructors, Inc. et al |
| 11-298 | 10-00571 | Miller et al v. Keystone RV Company et al |
| 11-299 | 10-00578 | Carroll et al v. Coachmen Industries, Inc. et al |
| 11-300 | 10-00578 | Fairley et al v. Coachmen Industries, Inc. et al |
| 11-301 | 10-00579 | Anderson et al v. Forest River, Inc. et al |
| 11-302 | 10-00579 | Washington v. Forest River, Inc. et al |
| 11-303 | 10-00581 | Bracken et al v. Thor Industries, Inc. et al |
| 11-304 | 10-00581 | Seymour v. Thor Industries, Inc. et al |
| 11-305 | 10-00583 | Acker et al v. Gulf Stream Coach, Inc. et al |
| 11-306 | 10-00583 | Carroll et al v. Gulf Stream Coach, Inc. et al |
| 11-307 | 10-00917 | Caporelli et al v. Coachmen Industries, Inc. et al |
| 11-308 | 10-00917 | Powe et al v. Coachmen Industries, Inc. et al |
| 11-309 | 10-00922 | Causey et al v. KZRV, LP et al |
| 11-310 | 10-00922 | Hamilton et al v. KZRV, LP et al |
| 11-311 | 10-01042 | Breland et al v. Forest River, Inc. et al |
| 11-312 | 10-01042 | Lutrell et al v. Forest River, Inc. et al |
| 11-314 | 10-01045 | Cuevas et al v. Cavalier Home Builders, LLC et al |
| 11-315 | 10-01045 | Stewart v. Cavalier Home Builders, LLC et al |
| 11-316 | 10-01360 | Anders et al v. Gulf Stream Coach, Inc. et al |
| 11-317 | 10-01360 | Romero et al v. Gulf Stream Coach, Inc. et al |
| 11-318 | 10-01376 | Dillon et al v. Dutchmen Manufacturing, Inc. et al |
| 11-319 | 10-01376 | Smith v. Dutchmen Manufacturing, Inc. et al |
| 11-320 | 10-01380 | Breaux et al v. Gulf Stream Coach, Inc. et al |
| 11-321 | 10-01380 | Jack v. Gulf Stream Coach, Inc. et al |
| 11-322 | 10-02032 | Acevedo et al v. Bechtel National, Inc. et al |
| 11-323 | 10-02032 | Anderson et al v. CH2M Hill Constructors, Inc. et al |
| 11-358 | 10-02603 | Davison et al v. Bechtel National, Inc. et al |
| 11-359 | 10-02603 | Miller et al v. CH2M Hill Constructors, Inc. et al |
| 11-360 | 10-02604 | Benefield et al v. Bechtel National, Inc. et al |
| 11-361 | 10-02604 | Payne et al v. CH2M Hill Constructors, Inc. |
| 11-362 | 10-02606 | Brown et al v. CH2M Hill Constructors, Inc. et al |
| 11-367 | 10-02606 | Cameron et al v. Gulf Stream Coach, Inc. et al |
| 11-368 | 10-02606 | Davis v. Jayco, Inc. et al |

| MDL Case Number | Original Case Number | Case Caption |
|---|---|---|
| 11-369 | 10-02606 | *Duckworth et al v. Cavalier Home Builders, LLC et al* |
| 11-370 | 10-02606 | *Hawkins v. Lakeside Park Homes, Inc. et al* |
| 11-371 | 10-02606 | *Ramsey et al v. Keystone RV Company et al* |
| 11-373 | 10-02606 | *Young et al v. Dutchmen Manufacturing, Inc. et al* |
| 11-374 | 10-02693 | *Lee et al v. Lakeside Park Homes, Inc. et al* |
| 11-375 | 11-00375 | *Manning v. Lakeside Park Homes, Inc. et al* |
| 11-376 | 10-02695 | *Booth et al v. CH2M Hill Constructors, Inc. et al* |
| 11-377 | 10-02695 | *Sanders v. Bechtel National, Inc. et al* |
| 11-378 | 10-02878 | *Antoine et al v. Bechtel National, Inc. et al* |
| 11-379 | 10-02878 | *Woodland v. CH2M Hill Constructors, Inc. et al* |

All of the Complaints, and/or Amended Complaints in these actions assert claims for injuries resulting from occupation of temporary emergency housing units in the State of Mississippi.

3. I have reviewed the Complaints, and or Amended Complaints, filed in the following actions:

| MDL Case Number | Original Case Number | Case Caption |
|---|---|---|
| 09-4789 | 09-4789 "N" (5) | *Willis v. Redman Homes Inc et al* |
| 09-6633 | 09-00393 | *Barbour et al v. Forest River, Inc. et al* |

The Complaints, and/or Amended Complaints, in these actions assert claims for injuries resulting from the occupation of temporary emergency housing units in the State of Alabama.

4. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of April 2012.

ANNA KAYSER
Law Clerk
Washington, D.C. 20004