UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION N-5

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Bonner et al v. Coachmen Industries, Inc. et al.,* **Docket No. 09-5562**
*Ruff v. Southern Energy Homes, Inc.* et. al, **Docket No. 10-0274**
*Hill v. Waverlee Homes, Inc. et. al*, **Docket No. 10-0479**
*Schrader v. Allen Camper Manufacturing Company, Inc. et al*, **Docket No. 10-1081**
*Mosley et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-1356**
*Holden v. Cavalier Home Builders, LLC et. al*, **Docket No. 10-2345**
*Matthis et al v. Dutchmen Manufacturing, Inc et. al*, **Docket No. 10-2347**
*McNair et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2348**
*Holden et al v. Bechtel National Inc. et. al*, **Docket No. 10-2354**
*Bazzelle et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2356**
*Quinn v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2357**
*Peterson et al v. DS Corp. et. al*, **Docket No. 10-2358**
*Aucoin v. Starcraft RV, Inc. et. al*, **Docket No. 10-2360**
*Davis et al v. Forest River, Inc. et. al*, **Docket No. 10-2362**
*Holden v. Lakeside Park Homes, Inc. et. al*, **Docket No. 10-2363**
*Landrum et al v. Timberland RV Company et. al*, **Docket No. 10-2364**
*Bazzelle et al v. TL Industries, Inc. et. al*, **Docket No. 10-2366**
*Davison et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2603**
*King et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2882**
*Miller et al v. Keystone RV Company et. al*, **Docket No. 11-298**
*Carroll et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-299**
*Fairley et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-300**
*Anderson et al v. Forest River, Inc. et. al*, **Docket No. 11-301**
*Washington v. Forest River, Inc. et. al*, **Docket No. 11-302**
*Bracken et al v. Thor Industries, Inc. et. al*, **Docket No. 11-303**
*Seymour v. Thor Industries, Inc. et. al*, **Docket No. 11-304**
*Acker et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-305**
*Carroll et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-306**
*Caporelli et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-307**
*Powe et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-308**
*Causey et al v. KZRV, LP et. al*, **Docket No. 11-309**
*Hamilton et al v. KZRV, LP et. al*, **Docket No. 11-310**

*Breland et al v. Forest River, Inc. et. al*, **Docket No. 11-311**
*Lutrell et al v. Forest River, Inc. et. al*, **Docket No. 11-312**
*Cuevas et al v. Cavalier Home Builders, LLC et. al*, **Docket No. 11-314**
*Stewart v. Cavalier Home Builders, LLC et. al*, **Docket No. 11-315**
*Anders et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-316**
*Romero et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-317**
*Dillon et al v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-318**
*Smith v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-319**
*Breaux et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-320**
*Jack v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-321**
*Acevedo et al v. Bechtel National, Inc. et. al*, **Docket No. 11-322**
*Anderson et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-323**
*Davison et al v. Bechtel National, Inc. et. al*, **Docket No. 11-358**
*Miller et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-359**
*Benefield et al v. Bechtel National, Inc. et. al*, **Docket No. 11-360**
*Payne et al v. CH2M Hill Constructors, Inc.*, **Docket No. 11-361**
*Brown et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-362**
*Cameron et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-367**
*Davis v. Jayco, Inc. et. al*, **Docket No. 11-368**
*Duckworth et al v. Cavalier Home Builders*, **LLC et. al, Docket No. 11-369**
*Hawkins v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-370**
*Ramsey et al v. Keystone RV Company et. al*, **Docket No. 11-371**
*Young et al v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-373**
*Lee et al v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-374**
*Manning v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-375**
*Booth et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-376**
*Sanders v. Bechtel National, Inc. et. al*, **Docket No. 11-377**
*Antoine et al v. Bechtel National, Inc. et. al*, **Docket No. 11-378**
*Woodland v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-379**

**RULE 7.6 CERTIFICATE**

Undersigned counsel contacted and conferred by e-mail with Plaintiffs' Liaison Counsel Gerald Meunier, Manufacturer's Litigation Liaison Counsel Andy Weinstock, Manufacturer's Settling Liaison Counsel Ryan Johnson, Government Contractors' Liaison Counsel David Kurtz, Insurers' Liaison Counsel Charles Leche, and Manufactured Housing's Liaison Counsel Lamont Domingue. Liaison counsel have represented that their respective groups do not object to the dismissal of Mississippi Plaintiffs' claims against the United States, nor do they oppose entry of

a Fed. R. Civ. P. 54(b) judgment.

Dated: April 11, 2012.                                  Respectfully Submitted,

STUART F. DELERY                                        ADAM BAIN
Acting Assistant Attorney General                       Senior Trial Counsel

J. PATRICK GLYNN                                        //S// *Henry T. Miller*
Director, Torts Branch, Civil Division                  HENRY T. MILLER (D.C. Bar No. 411885)
                                                        Senior Trial Counsel
DAVID S. FISHBACK                                       United States Department of Justice
Assistant Director                                      Civil Division – Torts Branch
                                                        P.O. Box 340, Ben Franklin Station
                                                        Washington, D.C. 20004
                                                        Telephone No: (202) 616-4223
                                                        E-mail: Henry.Miller@USDOJ.Gov

                                                        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                        //S// *Henry T. Miller*
                                                        HENRY T. MILLER (D.C. Bar No. 411885)