UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Levy, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-5585; | * | |
| Plaintiffs:  Richards, Amy Rochelle; Richards, Amy | * | |
| Rochelle o/b/o Richards, De'Andre; Richards, Amy | * | |
| Rochelle o/b/o Richards, Dwight, Jr. | * | |

**************************************************************************

### NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets is hereby set for submission on the 2nd day of May, 2012, at 9:30 a.m.

      Respectfully submitted:

      **DUPLASS, ZWAIN, BOURGEOIS,**
      **PFISTER & WEINSTOCK**

      s/Andrew D. Weinstock
      _____
      **ANDREW D. WEINSTOCK (#18495)**
      **JOSEPH G. GLASS (#25397)**
      3838 N. Causeway Boulevard, Suite 2900
      Metairie, Louisiana 70002
      Telephone: (504) 832-3700
      andreww@duplass.com
      jglass@duplass.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com