UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## **O R D E R**

The Court held a telephone conference on Monday, April 9, 2012.  Participating were: (1) James Percy as Settling Defendants' Co-Liaison Counsel; (2) Ryan Johnson as Settling Defendants' Co-Liaison Counsel; (3) Gerald Meunier as Plaintiffs' Co-Liaison Counsel; and (4) Justin Woods as Plaintiffs' Co-Liaison Counsel.  Counsel informed the Court that the parties require additional time to prepare a joint motion.  Accordingly,

**IT IS ORDERED** that the deadline for filing a Joint Motion for Preliminary Approval of Class Settlement is extended to Friday, April 13, 2012.

New Orleans, Louisiana, this  11th  day of April, 2012.

                                                                  _____
                                                                   **KURT D. ENGELHARDT**
                                                                   **UNITED STATES DISTRICT JUDGE**