UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO 09-4730
 *Swanica Nero, et al v. Pilgrim International, Inc., et al*

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the plaintiffs have firmly agreed upon a compromise with Pilgrim International, Inc. and its insurers;

**IT IS ORDERED** that the claims of the plaintiffs in the referenced case against Pilgrim International, Inc., Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, and Burlington Insurance Company be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated.  The Court retains jurisdiction to enforce the compromise agreed upon by the parties.  This Order shall not affect the claims of the plaintiffs against any other defendants.

**IT IS FURTHER ORDERED** that the jury trial, currently set for August 13, 2012, the final pretrial conference set for August 2, 2012, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 24516) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED NOT TO APPEAR.**

New Orleans, Louisiana, this 11th day of April, 2012.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**
