UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Arthur Buckhaton v. Jayco Enterprises, Inc.* | * | |
| Docket No. 10-3435 | * | **MAG. JUDGE CHASEZ** |
| Plaintiff: Camron Yarborough | * | |

*****************************************************************************

### NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Camron Yarborough, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal without prejudice of claims asserted herein.

        Respectfully submitted,
        **LANGSTON & LOTT, P.A.**

    By:  /s/ *Casey L. Lott*
        Casey L. Lott
        Miss. Bar No. 101766
        Alabama Bar No. LOT007
        Post Office Box 382
        100 South Main Street
        Booneville, MS 38829

        **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ *Casey L. Lott*
Casey L. Lott