**Perry, Atkinson, Balhoff, Mengis & Burns, L.L.C.**
Post Office Box 83260
2141 Quail Run Drive
Baton Rouge, LA 70884-3260
Telephone: 225-767-7730
Fax: 225-767-7967
Tax ID: 72-1310179


Ex. A

UNKNOWN - 99395

April 5, 2012

File #: 99395-0002
Inv #: 64136

RE: FEMA - Non-litigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-17-12 | Email from Wayne Henderson re: payors. | 0.10 | 27.50 | DJB |
| | Email from Wayne Henderson re: USF issues. | 0.20 | 55.00 | DJB |
| | Email from Rebecca Brayman of Regions Bank. | 0.10 | 27.50 | DJB |
| | Multiple email from Lamont Domingue. | 0.30 | 82.50 | DJB |
| | Email from Justin Woods. | 0.10 | 27.50 | DJB |
| Jan-18-12 | Email from Justin Woods. | 0.10 | 27.50 | DJB |
| Jan-24-12 | Email from Justin Woods. | 0.10 | 27.50 | DJB |
| Jan-25-12 | Email from Wayne Henderson re: invoices. | 0.20 | 55.00 | DJB |
| Jan-27-12 | Email from Wayne Henderson. | 0.10 | 27.50 | DJB |
| Jan-31-12 | Email from Denise Martin. | 0.10 | 27.50 | DJB |
| | Receipt and review of numerous objection letters; email correspondences with Dustin Mire regarding same. | 0.50 | 125.00 | RSE |
| Feb-02-12 | Receipt and review of numerous objection | 0.40 | 100.00 | RSE |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | letters from various plaintiffs and attorneys; review of same and forwarding information to P & N. | | | |
| Feb-07-12 | Receive and review email from Justin Woods re: CADA invoice. | 0.10 | 27.50 | DJB |
| Feb-09-12 | Email from Wayne Henderson. | 0.10 | 27.50 | DJB |
| | Email from Justin Woods. | 0.10 | 27.50 | DJB |
| Feb-13-12 | Receive and review objection. | 0.30 | 82.50 | DJB |
| | Email from Justin Woods. | 0.10 | 27.50 | DJB |
| | Email from Justin Woods. | 0.10 | 27.50 | DJB |
| Feb-17-12 | Receive and review email from Dustin Mire attaching proposed objection notice. | 0.30 | 82.50 | DJB |
| Feb-20-12 | Email to Dustin Mire re: objection notice. | 0.30 | 82.50 | DJB |
| Mar-02-12 | Receive and review email re: CADA invoice. | 0.10 | 27.50 | DJB |
| | Telephone conference with plaintiff. | 0.20 | 55.00 | DJB |
| Mar-13-12 | Email correspondences to and from Dustin Mire regarding information on objection hearings and other issues. | 0.40 | 100.00 | RSE |
| Mar-20-12 | Email correspondences to and from CADA re: objections received to date and plan of action with respect to hearings. | 0.20 | 50.00 | RSE |
| Mar-21-12 | Email correspondences and telephone conversations with Judge's office re: objection hearings and accommodations for same. | 0.20 | 50.00 | RSE |
| Mar-22-12 | Preparing, drafting and revising objection forms, waiver of objection, under advisement and withdrawal of objection forms in addition to preparing for hearing set for tomorrow. | 1.50 | 375.00 | RSE |
| Mar-23-12 | Attending objection hearings. | 7.00 | 1,925.00 | DJB |
| | Preparing for and attending objection hearings and follow-up thereafter. | 9.00 | 2,250.00 | RSE |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Attending objection hearings. | 7.00 | 525.00 | PARA |
| Mar-30-12 | Email correspondences to and from Dustin Mire re: objection hearing information. | 0.30 | 75.00 | RSE |
| Apr-04-12 | Email correspondences to and from Justin Woods regarding updated bill; billing same and finalizing. | 0.20 | 50.00 | RSE |
| | Totals | 29.80 | $6,477.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Daniel J. Balhoff | 10.10 | $275.00 | $2,777.50 |
| Randi S. Ellis | 12.70 | $250.00 | $3,175.00 |
| Paralegal | 7.00 | $75.00 | $525.00 |
| Totals | 29.80 | | $6,477.50 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Feb-09-12 | Michael T. Atkinson<br>Local Travel - Postlethwaite and Netterville 02/03/12 6 @ 0.555 | 3.33 |
| | Michael T. Atkinson<br>Local Travel - Postlethwaite and Netterville 02/01/12 | 3.33 |
| Mar-29-12 | Michael T. Atkinson<br>Local Travel - CPA 03/12/12  6.06 @ 0.555 | 3.36 |
| Apr-02-12 | Janet Parker/Johns Pendleton, LLC<br>Court Fees | 300.00 |
| Apr-05-12 | Daniel J. Balhoff<br>Out-of-town travel - parking N.O. 03/23/12 | 6.00 |
| | Daniel J. Balhoff<br>Out-of-town travel - N.O. roundtrip 03/23/12 160 @ 0.555 | 88.80 |
| | Totals | $404.82 |
| | **Total Fee & Disbursements** | **$6,882.32** |

| | |
|---|---:|
| **Balance Now Due** | $6,882.32 |