**Postlethwaite & Netterville**



8550 United Plaza Blvd., Suite 1001
Baton Rouge, LA 70809
(225) 922-4600

**FEMA Trailer Formaldehyde**
Product Liability Litigation (Non-Litigation)
8550 United Plaza Blvd., #1001
Baton Rouge, LA 70809

Invoice No.   815734
Date          03/20/2012
Client No.    BFEM076

---

For services rendered 1/24/12-3/15/12:
Claims administration per line item detail attached.        $   43,432.65

Progress Bill                                                   43,432.65

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 43,432.65 | 0.00 | 0.00 | 0.00 | 0.00 | 43,432.65 |

Invoice is due upon receipt.

Please return a copy of this invoice with your payment.
Thank you for the privilege of working with you.

# FEMA Trailer Formaldehyde (Non-Lit)

Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 1/25/2012 | Barrett C, Christy | 7.70 | | $ 385.00 | Returned phone calls and processed returned mail to be remailed with updated address. |
| FEMA Trailer Formaldehyde | 1/26/2012 | Barrett C, Christy | 4.60 | | $ 230.00 | Returned calls to claimants and updated call log accordingly. Also remailed returned mail if updates were available. |
| FEMA Trailer Formaldehyde | 1/30/2012 | Barrett C, Christy | 5.60 | | $ 280.00 | Returned calls to claimants regarding case |
| FEMA Trailer Formaldehyde | 1/31/2012 | Barrett C, Christy | 6.30 | | $ 315.00 | Moved claimant calls to the appropriate folders internally and updated call log database as calls were returned. |
| FEMA Trailer Formaldehyde | 2/1/2012 | Barrett C, Christy | 7.40 | | $ 370.00 | Returned phone calls from claimants to claims line, processed returned mail. |
| FEMA Trailer Formaldehyde | 2/2/2012 | Barrett C, Christy | 4.50 | | $ 225.00 | Returned calls to claimants regarding their case, processed returned mail and updated information accordingly. |
| FEMA Trailer Formaldehyde | 2/3/2012 | Barrett C, Christy | 4.80 | | $ 240.00 | Returned calls to claimants and updated database accordingly. |
| FEMA Trailer Formaldehyde | 2/6/2012 | Barrett C, Christy | 1.10 | | $ 55.00 | Returned calls to claimants regarding case. |
| FEMA Trailer Formaldehyde | 2/7/2012 | Barrett C, Christy | 6.40 | | $ 320.00 | REturned calls to claimants regarding settlement funds. |
| FEMA Trailer Formaldehyde | 2/8/2012 | Barrett C, Christy | 1.50 | | $ 75.00 | Returned calls to claimants and updated the database accordingly. |
| FEMA Trailer Formaldehyde | 2/9/2012 | Barrett C, Christy | 4.00 | | $ 200.00 | Returned calls to claimants and updated call log accordingly. |
| FEMA Trailer Formaldehyde | 2/10/2012 | Barrett C, Christy | 0.25 | | $ 12.50 | Status update |
| FEMA Trailer Formaldehyde | 2/10/2012 | Barrett C, Christy | 0.50 | | $ 25.00 | returned calls to claimants |
| FEMA Trailer Formaldehyde | 2/13/2012 | Barrett C, Christy | 4.90 | | $ 245.00 | Returned calls to claimants and updated call log accordingly. |
| FEMA Trailer Formaldehyde | 2/14/2012 | Barrett C, Christy | 4.30 | | $ 215.00 | Returned calls to claimants and updated information in database as necessary. Processed returned mail. |
| FEMA Trailer Formaldehyde | 2/16/2012 | Barrett C, Christy | 7.80 | | $ 390.00 | Returned calls and updated database accordingly. |
| FEMA Trailer Formaldehyde | 2/17/2012 | Barrett C, Christy | 5.70 | | $ 285.00 | Continued returning calls and updating call log accordingly. |
| FEMA Trailer Formaldehyde | 2/20/2012 | Barrett C, Christy | 3.10 | | $ 155.00 | Revised update to call log message surrent status Updated call log database and returned unanswered calls accordingly. |
| FEMA Trailer Formaldehyde | 2/22/2012 | Barrett C, Christy | 2.90 | | $ 145.00 | Returned calls logged into the FLeetwood database but are actually Non-Lit Claimants. |
| FEMA Trailer Formaldehyde | 2/23/2012 | Barrett C, Christy | 2.20 | | $ 110.00 | Returned calls to claimants regarding their case. |
| FEMA Trailer Formaldehyde | 2/24/2012 | Barrett C, Christy | 2.50 | | $ 125.00 | Finishing up objection review letters. Sorted mail and logged in returned pieces. |
| FEMA Trailer Formaldehyde | 2/28/2012 | Barrett C, Christy | 3.20 | | $ 160.00 | Returned calls and updated call log accordingly. |
| FEMA Trailer Formaldehyde | 3/2/2012 | Barrett C, Christy | 3.40 | | $ 170.00 | Returned calls to claimants and updated call log. |
| FEMA Trailer Formaldehyde | 3/5/2012 | Barrett C, Christy | 3.30 | | $ 165.00 | Listened to, logged and returned phone calls from claimants. Logged findings and updates into database accordingly. |
| FEMA Trailer Formaldehyde | 3/6/2012 | Barrett C, Christy | 2.90 | | $ 145.00 | Listened, to messages, logged calls from claimants, returned phone calls and updated info as appropriate. |
| FEMA Trailer Formaldehyde | 3/7/2012 | Barrett C, Christy | 2.00 | | $ 100.00 | Listened to claimant messages, logged them into the call log and returned calls. Updated information as requested by claimants. |
| FEMA Trailer Formaldehyde | 3/8/2012 | Barrett C, Christy | 0.70 | | $ 35.00 | Updating returned mail log with bad address info. |
| FEMA Trailer Formaldehyde | 3/8/2012 | Barrett C, Christy | 0.60 | | $ 30.00 | Returned phone calls to claimants and answered questions, logged and updated database accordingly |
| FEMA Trailer Formaldehyde | 3/9/2012 | Barrett C, Christy | 2.50 | | $ 125.00 | Checked voicemails, logged calls and returned calls |
| FEMA Trailer Formaldehyde | 3/12/2012 | Barrett C, Christy | 1.00 | | $ 50.00 | Updated claim information and objection information per email from attny. |
| FEMA Trailer Formaldehyde | 3/12/2012 | Barrett C, Christy | 0.80 | | $ 40.00 | Followed up on updated claimant info from Dustin |
| FEMA Trailer Formaldehyde | 3/13/2012 | Barrett C, Christy | 0.20 | | $ 10.00 | Logged and returned calls, updated call log and database accordingly. |
| FEMA Trailer Formaldehyde | 3/14/2012 | Barrett C, Christy | 1.00 | | $ 50.00 | Print objection review letters. |
| FEMA Trailer Formaldehyde | 3/15/2012 | Barrett C, Christy | 0.20 | | $ 10.00 | Listened to messages from claimants, logged into the database and returned calls. |
| FEMA Trailer Formaldehyde | 1/25/2012 | Cangelosi K, Katie | 0.45 | | $ 49.50 | Objections Processing |
| FEMA Trailer Formaldehyde | 1/27/2012 | Caruso D, Daniel | | $ 5.33 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 1/27/2012 | Caruso D, Daniel | 0.50 | | $ 22.50 | p/u mail- perkins p.o. |
| FEMA Trailer Formaldehyde | 1/30/2012 | Caruso D, Daniel | | $ 2.55 | | p/u mail-perkins p.o. |

# FEMA Trailer Formaldehyde (Non-Lit)

Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 1/30/2012 | Caruso D, Daniel | 0.25 | | $ 11.25 | p/u mail- perkins p.o. |
| FEMA Trailer Formaldehyde | 2/1/2012 | Caruso D, Daniel | | $ 5.33 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/1/2012 | Caruso D, Daniel | 0.50 | | $ 22.50 | p/u mail- perkins p.o. |
| FEMA Trailer Formaldehyde | 2/2/2012 | Caruso D, Daniel | | $ 5.33 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/2/2012 | Caruso D, Daniel | 0.50 | | $ 22.50 | p/u mail- perkins p.o. |
| FEMA Trailer Formaldehyde | 2/14/2012 | Caruso D, Daniel | | $ 5.33 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/14/2012 | Caruso D, Daniel | 0.50 | | $ 22.50 | p/u mail- perkins p.o. |
| FEMA Trailer Formaldehyde | 2/21/2012 | Caruso D, Daniel | | $ 1.67 | | p.o. |
| FEMA Trailer Formaldehyde | 2/24/2012 | Caruso D, Daniel | | $ 5.33 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/24/2012 | Caruso D, Daniel | 0.50 | | $ 22.50 | p/u mail- perkins p.o. |
| FEMA Trailer Formaldehyde | 2/28/2012 | Caruso D, Daniel | | $ 2.94 | | p.o. |
| FEMA Trailer Formaldehyde | 2/28/2012 | Caruso D, Daniel | 0.25 | | $ 11.25 | p/u mail- perkins p.o. |
| FEMA Trailer Formaldehyde | 1/25/2012 | Conrad A, Ashlee | | $ 2.22 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 1/25/2012 | Conrad A, Ashlee | 0.40 | | $ 18.00 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 1/26/2012 | Conrad A, Ashlee | | $ 1.67 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 1/26/2012 | Conrad A, Ashlee | 0.30 | | $ 13.50 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/3/2012 | Conrad A, Ashlee | | $ 2.22 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/3/2012 | Conrad A, Ashlee | 0.40 | | $ 18.00 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/8/2012 | Conrad A, Ashlee | | $ 3.89 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/8/2012 | Conrad A, Ashlee | 0.55 | | $ 24.75 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/10/2012 | Conrad A, Ashlee | | $ 3.89 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/10/2012 | Conrad A, Ashlee | 0.50 | | $ 22.50 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 3/1/2012 | Conrad A, Ashlee | | $ 2.22 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 3/1/2012 | Conrad A, Ashlee | 0.25 | | $ 11.25 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 3/5/2012 | Conrad A, Ashlee | | $ 3.89 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 3/5/2012 | Conrad A, Ashlee | 0.55 | | $ 24.75 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 1/27/2012 | Deseamus L, Lindsey | | $ 47.25 | | Allocation Award letters |
| FEMA Trailer Formaldehyde | 1/27/2012 | Deseamus L, Lindsey | | $ 24.75 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 1/27/2012 | Deseamus L, Lindsey | | $ 3.15 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 1/27/2012 | Deseamus L, Lindsey | | $ 0.65 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 1/27/2012 | Deseamus L, Lindsey | | $ 1.35 | | Claimant award letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 20.70 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 0.65 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 3.60 | | Allocation award letters & attorney fees |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 0.45 | | allocation letter |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 21.15 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 18.00 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 11.05 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 10.80 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 7.15 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 2.55 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 0.85 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 1.30 | | Award letters |

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 0.90 | | Award letters |
| FEMA Trailer Formaldehyde | 2/2/2012 | Deseamus L, Lindsey | | $ 4.55 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/6/2012 | Deseamus L, Lindsey | | $ 27.90 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/6/2012 | Deseamus L, Lindsey | | $ 11.70 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/6/2012 | Deseamus L, Lindsey | | $ 7.65 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/6/2012 | Deseamus L, Lindsey | | $ 1.95 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/6/2012 | Deseamus L, Lindsey | | $ 0.85 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/6/2012 | Deseamus L, Lindsey | | $ 0.45 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 28.80 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 9.10 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 1.70 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 16.65 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 10.35 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 7.15 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 3.25 | | allocation letters |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 6.60 | | Allocation letters. |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | | $ 2.70 | | Self addressed envelopes |
| FEMA Trailer Formaldehyde | 2/8/2012 | Deseamus L, Lindsey | 1.50 | | $ 75.00 | Merge FEMA settlement letters and mail with self-addressed envelope. |
| FEMA Trailer Formaldehyde | 2/10/2012 | Deseamus L, Lindsey | | $ 25.20 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/10/2012 | Deseamus L, Lindsey | | $ 18.90 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/10/2012 | Deseamus L, Lindsey | | $ 27.00 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/10/2012 | Deseamus L, Lindsey | | $ 3.15 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/10/2012 | Deseamus L, Lindsey | | $ 0.85 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/10/2012 | Deseamus L, Lindsey | | $ 4.55 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | 2/10/2012 | Deseamus L, Lindsey | | $ 1.35 | | mail |
| FEMA Trailer Formaldehyde | 2/14/2012 | Deseamus L, Lindsey | | $ 0.90 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/14/2012 | Deseamus L, Lindsey | | $ 0.45 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 2/14/2012 | Deseamus L, Lindsey | | $ 19.35 | | Re-mail of allocation award letters |
| FEMA Trailer Formaldehyde | 2/14/2012 | Deseamus L, Lindsey | | $ 2.60 | | Re-mail of allocation award letters |
| FEMA Trailer Formaldehyde | 2/14/2012 | Deseamus L, Lindsey | | $ 21.15 | | Re-mail of allocation letter |
| FEMA Trailer Formaldehyde | 2/15/2012 | Deseamus L, Lindsey | 0.25 | | $ 12.50 | Merge and print Travelers letter, make copies and mail with self addressed envelope. |
| FEMA Trailer Formaldehyde | 2/16/2012 | Deseamus L, Lindsey | | $ 0.45 | | mail |
| FEMA Trailer Formaldehyde | 2/16/2012 | Deseamus L, Lindsey | | $ 3.60 | | remail of allocation letters |
| FEMA Trailer Formaldehyde | 2/16/2012 | Deseamus L, Lindsey | | $ 3.25 | | Remail of allocation letters |
| FEMA Trailer Formaldehyde | 2/16/2012 | Deseamus L, Lindsey | | $ 0.45 | | remail of allocation letters |
| FEMA Trailer Formaldehyde | 2/22/2012 | Deseamus L, Lindsey | | $ 8.10 | | Allocation award letters remailed |
| FEMA Trailer Formaldehyde | 2/22/2012 | Deseamus L, Lindsey | | $ 9.90 | | Remail allocation awards |
| FEMA Trailer Formaldehyde | 2/22/2012 | Deseamus L, Lindsey | | $ 2.25 | | Remailing of allocation award letters |
| FEMA Trailer Formaldehyde | 2/23/2012 | Deseamus L, Lindsey | | $ 77.40 | | mail - remailed award letters |
| FEMA Trailer Formaldehyde | 2/23/2012 | Deseamus L, Lindsey | | $ 0.45 | | Remailed allocation award letters |
| FEMA Trailer Formaldehyde | 2/28/2012 | Deseamus L, Lindsey | | $ 63.45 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/28/2012 | Deseamus L, Lindsey | | $ 2.25 | | Allocation letters |
| FEMA Trailer Formaldehyde | 2/28/2012 | Deseamus L, Lindsey | | $ 0.65 | | Allocation letters |

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 3/5/2012 | Deseamus L, Lindsey | | $ 0.45 | | allocation letter |
| FEMA Trailer Formaldehyde | 3/5/2012 | Deseamus L, Lindsey | | $ 49.50 | | allocation remail |
| FEMA Trailer Formaldehyde | 3/5/2012 | Deseamus L, Lindsey | | $ 6.50 | | Allocation remail. |
| FEMA Trailer Formaldehyde | 3/5/2012 | Deseamus L, Lindsey | | $ 2.25 | | objection review |
| FEMA Trailer Formaldehyde | 3/5/2012 | Deseamus L, Lindsey | | $ 0.90 | | objection review |
| FEMA Trailer Formaldehyde | 3/9/2012 | Deseamus L, Lindsey | | $ 0.90 | | Allocation award reprints |
| FEMA Trailer Formaldehyde | 3/9/2012 | Deseamus L, Lindsey | | $ 0.90 | | Remail award letter |
| FEMA Trailer Formaldehyde | 3/9/2012 | Deseamus L, Lindsey | | $ 21.60 | | remail award letters |
| FEMA Trailer Formaldehyde | 3/9/2012 | Deseamus L, Lindsey | | $ 21.60 | | remail award letters |
| FEMA Trailer Formaldehyde | 3/12/2012 | Deseamus L, Lindsey | | $ 2.25 | | Allocation award letters |
| FEMA Trailer Formaldehyde | 1/31/2012 | Dicharry J, Joshua | 1.10 | | $ 104.50 | POC receipt from attorney (MSG) |
| FEMA Trailer Formaldehyde | 2/1/2012 | Dicharry J, Joshua | 1.00 | | $ 95.00 | Claimant info updates |
| FEMA Trailer Formaldehyde | 2/2/2012 | Dicharry J, Joshua | 0.80 | | $ 76.00 | Address returns, attorney corrections |
| FEMA Trailer Formaldehyde | 2/3/2012 | Dicharry J, Joshua | 3.40 | | $ 323.00 | Claimant information updates processes, Address data batch prep and returns clean-up |
| FEMA Trailer Formaldehyde | 2/6/2012 | Dicharry J, Joshua | 0.30 | | $ 28.50 | Return mail updates |
| FEMA Trailer Formaldehyde | 2/7/2012 | Dicharry J, Joshua | 0.80 | | $ 76.00 | Batch data prep for remail |
| FEMA Trailer Formaldehyde | 2/8/2012 | Dicharry J, Joshua | 1.80 | | $ 171.00 | Address updates provided by Buzbee Law Firm |
| FEMA Trailer Formaldehyde | 2/9/2012 | Dicharry J, Joshua | 0.70 | | $ 66.50 | Call Log |
| FEMA Trailer Formaldehyde | 2/10/2012 | Dicharry J, Joshua | 0.30 | | $ 28.50 | Status Meeting |
| FEMA Trailer Formaldehyde | 2/15/2012 | Dicharry J, Joshua | 0.40 | | $ 38.00 | Objections overview |
| FEMA Trailer Formaldehyde | 2/16/2012 | Dicharry J, Joshua | 0.70 | | $ 66.50 | Objection Meeting Prep, Progress overview |
| FEMA Trailer Formaldehyde | 2/17/2012 | Dicharry J, Joshua | 1.40 | | $ 133.00 | Special Master Objection Review |
| FEMA Trailer Formaldehyde | 2/20/2012 | Dicharry J, Joshua | 0.50 | | $ 47.50 | LN Batch returns updates, Return mail prep |
| FEMA Trailer Formaldehyde | 2/22/2012 | Dicharry J, Joshua | 1.10 | | $ 104.50 | Return mail batch prep |
| FEMA Trailer Formaldehyde | 2/24/2012 | Dicharry J, Joshua | 1.60 | | $ 152.00 | Batch Prep, LN output data upload |
| FEMA Trailer Formaldehyde | 2/27/2012 | Dicharry J, Joshua | 0.50 | | $ 47.50 | Process review |
| FEMA Trailer Formaldehyde | 3/1/2012 | Dicharry J, Joshua | 0.80 | | $ 76.00 | Address Batch Prep |
| FEMA Trailer Formaldehyde | 3/5/2012 | Dicharry J, Joshua | 0.80 | | $ 76.00 | Batch results clean-up/upload |
| FEMA Trailer Formaldehyde | 3/6/2012 | Dicharry J, Joshua | 0.50 | | $ 47.50 | Returned Mail Report changes |
| FEMA Trailer Formaldehyde | 3/7/2012 | Dicharry J, Joshua | 1.50 | | $ 142.50 | Return Letter Report edit, Successor/Minor Affidavit Edit |
| FEMA Trailer Formaldehyde | 3/8/2012 | Dicharry J, Joshua | 2.00 | | $ 190.00 | LN Batch Cost breakdown, QC Report adjustment and Creation |
| FEMA Trailer Formaldehyde | 3/9/2012 | Dicharry J, Joshua | 0.30 | | $ 28.50 | Special Master Review of Deceased procedures |
| FEMA Trailer Formaldehyde | 3/15/2012 | Dicharry J, Joshua | 0.40 | | $ 38.00 | LN Deceased batch prep |
| FEMA Trailer Formaldehyde | 1/24/2012 | Dorsa C, Corey | 7.75 | | $ 736.25 | Returned Mail - Lexis Nexis Research |
| FEMA Trailer Formaldehyde | 1/25/2012 | Dorsa C, Corey | 6.50 | | $ 617.50 | Returned Mail - Lexis Nexis Research |
| FEMA Trailer Formaldehyde | 1/26/2012 | Dorsa C, Corey | 5.00 | | $ 475.00 | Objections - Logging/Data Management |
| FEMA Trailer Formaldehyde | 1/26/2012 | Dorsa C, Corey | 0.75 | | $ 71.25 | Returned Mail - Lexis Nexis Research Training (for Anna Gradney) |
| FEMA Trailer Formaldehyde | 1/31/2012 | Dorsa C, Corey | 0.50 | | $ 47.50 | Returned Mail - Lexis Nexis Research |
| FEMA Trailer Formaldehyde | 1/31/2012 | Dorsa C, Corey | 0.50 | | $ 47.50 | Updated POCs from attorneys |
| FEMA Trailer Formaldehyde | 2/3/2012 | Dorsa C, Corey | 4.00 | | $ 380.00 | Objection Log Entry (132-201) |
| FEMA Trailer Formaldehyde | 2/3/2012 | Dorsa C, Corey | 0.25 | | $ 23.75 | Returned Mail |
| FEMA Trailer Formaldehyde | 2/6/2012 | Dorsa C, Corey | 2.75 | | $ 261.25 | Logged obejctions from letters and attorneys |
| FEMA Trailer Formaldehyde | 2/6/2012 | Dorsa C, Corey | 1.25 | | $ 118.75 | Claimant address updates per attorney |

# FEMA Trailer Formaldehyde (Non-Lit)

Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 2/9/2012 | Dorsa C, Corey | 3.80 | | $ 361.00 | Call center return calls to claimants |
| FEMA Trailer Formaldehyde | 2/10/2012 | Dorsa C, Corey | 2.10 | | $ 199.50 | Status Meeting |
| FEMA Trailer Formaldehyde | 2/13/2012 | Dorsa C, Corey | 1.25 | | $ 118.75 | Returned Calls in Log |
| FEMA Trailer Formaldehyde | 2/14/2012 | Dorsa C, Corey | 0.70 | | $ 66.50 | Objections Log |
| FEMA Trailer Formaldehyde | 2/15/2012 | Dorsa C, Corey | 0.50 | | $ 47.50 | Objection Log Overview |
| FEMA Trailer Formaldehyde | 2/20/2012 | Dorsa C, Corey | 0.80 | | $ 76.00 | Lexis Nexis Research - Batch Verification |
| FEMA Trailer Formaldehyde | 3/5/2012 | Doucet R, Russ | 0.20 | | $ 30.00 | Data Structure Review |
| FEMA Trailer Formaldehyde | 3/6/2012 | Doucet R, Russ | 2.00 | | $ 300.00 | Data Structure Review |
| FEMA Trailer Formaldehyde | 3/7/2012 | Doucet R, Russ | 0.30 | | $ 45.00 | Data Strcuture Review |
| FEMA Trailer Formaldehyde | 3/8/2012 | Doucet R, Russ | 0.50 | | $ 75.00 | Data Structure Review |
| FEMA Trailer Formaldehyde | 1/25/2012 | Gradney A, Anna | 4.25 | | $ 191.25 | Return mail and update addresses in database |
| FEMA Trailer Formaldehyde | 1/25/2012 | Gradney A, Anna | 1.00 | | $ 45.00 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 1/26/2012 | Gradney A, Anna | 3.75 | | $ 168.75 | Return mail addresses and enter into database |
| FEMA Trailer Formaldehyde | 1/26/2012 | Gradney A, Anna | 1.25 | | $ 56.25 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 1/27/2012 | Gradney A, Anna | 3.25 | | $ 146.25 | Return mail addresses and input into database |
| FEMA Trailer Formaldehyde | 1/27/2012 | Gradney A, Anna | 1.00 | | $ 45.00 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 1/30/2012 | Gradney A, Anna | 2.75 | | $ 123.75 | Return addresses and enter into database |
| FEMA Trailer Formaldehyde | 1/30/2012 | Gradney A, Anna | 1.50 | | $ 67.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 1/31/2012 | Gradney A, Anna | 1.50 | | $ 67.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/1/2012 | Gradney A, Anna | 1.75 | | $ 78.75 | Lexis nexis and return mail |
| FEMA Trailer Formaldehyde | 2/1/2012 | Gradney A, Anna | 1.00 | | $ 45.00 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/2/2012 | Gradney A, Anna | 0.75 | | $ 33.75 | lexis nexis return addresses |
| FEMA Trailer Formaldehyde | 2/2/2012 | Gradney A, Anna | 0.75 | | $ 33.75 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/3/2012 | Gradney A, Anna | 3.50 | | $ 157.50 | Lexis nexis return mail |
| FEMA Trailer Formaldehyde | 2/3/2012 | Gradney A, Anna | 0.50 | | $ 22.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/6/2012 | Gradney A, Anna | 4.75 | | $ 213.75 | Updated addresses from lexis Nexis |
| FEMA Trailer Formaldehyde | 2/6/2012 | Gradney A, Anna | 0.50 | | $ 22.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/7/2012 | Gradney A, Anna | 0.75 | | $ 33.75 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/8/2012 | Gradney A, Anna | 0.25 | | $ 11.25 | Helped Patrick with return mail |
| FEMA Trailer Formaldehyde | 2/8/2012 | Gradney A, Anna | 0.25 | | $ 11.25 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/9/2012 | Gradney A, Anna | 0.25 | | $ 11.25 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/10/2012 | Gradney A, Anna | 3.50 | | $ 157.50 | lexis nexis return mail for non-lit |
| FEMA Trailer Formaldehyde | 2/10/2012 | Gradney A, Anna | 0.50 | | $ 22.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/13/2012 | Gradney A, Anna | 0.75 | | $ 33.75 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/14/2012 | Gradney A, Anna | 0.50 | | $ 22.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/15/2012 | Gradney A, Anna | 0.50 | | $ 22.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/16/2012 | Gradney A, Anna | 0.50 | | $ 22.50 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/17/2012 | Gradney A, Anna | 0.25 | | $ 11.25 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/24/2012 | Gradney A, Anna | 0.75 | | $ 33.75 | Objection Letters |
| FEMA Trailer Formaldehyde | 2/7/2012 | Harlock M, Mary | 1.75 | | $ 113.75 | Organize and alphabetize return mail |
| FEMA Trailer Formaldehyde | 2/1/2012 | Henderson W, Wayne | 0.25 | | $ 53.75 | Relation Back Statements |
| FEMA Trailer Formaldehyde | 2/6/2012 | Henderson W, Wayne | | $ 2,201.63 | | DMS 1/11 |
| FEMA Trailer Formaldehyde | 2/8/2012 | Henderson W, Wayne | 0.50 | | $ 107.50 | Relation Back letters |

# FEMA Trailer Formaldehyde (Non-Lit)

Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 2/9/2012 | Henderson W, Wayne | 0.25 | | $ 53.75 | emails re Relation Back, TIN, etc |
| FEMA Trailer Formaldehyde | 2/10/2012 | Henderson W, Wayne | 0.25 | | $ 53.75 | emails re taxation, Relation Back and W9's |
| FEMA Trailer Formaldehyde | 2/14/2012 | Henderson W, Wayne | 0.20 | | $ 43.00 | review TR |
| FEMA Trailer Formaldehyde | 2/22/2012 | Henderson W, Wayne | 0.25 | | $ 53.75 | issues with Travellers re Relation Back Statements |
| FEMA Trailer Formaldehyde | 3/5/2012 | Henderson W, Wayne | 0.25 | | $ 53.75 | call with Justin Woods re TIn, call with Balhoff, discussion with RJS & Brandon. |
| FEMA Trailer Formaldehyde | 3/14/2012 | Henderson W, Wayne | | $ 200.81 | | Lexis Nexis |
| FEMA Trailer Formaldehyde | 1/24/2012 | Hollis C, Christie | 1.00 | | $ 65.00 | Stamp and Sort Return Mail; Seal and Mail Allocation Letters |
| FEMA Trailer Formaldehyde | 1/25/2012 | Hollis C, Christie | 1.50 | | $ 97.50 | Return Mail |
| FEMA Trailer Formaldehyde | 1/26/2012 | Hollis C, Christie | 4.25 | | $ 276.25 | Return Mail |
| FEMA Trailer Formaldehyde | 1/27/2012 | Hollis C, Christie | 2.75 | | $ 178.75 | Return Mail; Lexis Nexis |
| FEMA Trailer Formaldehyde | 1/28/2012 | Hollis C, Christie | 2.00 | | $ 130.00 | Return Mail - Lexis Nexis Research |
| FEMA Trailer Formaldehyde | 1/30/2012 | Hollis C, Christie | 3.25 | | $ 211.25 | Entering and Alphabetizing return mail |
| FEMA Trailer Formaldehyde | 1/30/2012 | Hollis C, Christie | 1.75 | | $ 113.75 | Return Mail - Sent letters ready for remail |
| FEMA Trailer Formaldehyde | 2/1/2012 | Hollis C, Christie | 2.25 | | $ 146.25 | Resent updated Returned Mail; researched addresses on Lexis Nexis |
| FEMA Trailer Formaldehyde | 2/2/2012 | Hollis C, Christie | 4.50 | | $ 292.50 | Resent updated Returned Mail |
| FEMA Trailer Formaldehyde | 2/3/2012 | Hollis C, Christie | 2.75 | | $ 178.75 | Return Mail |
| FEMA Trailer Formaldehyde | 2/6/2012 | Hollis C, Christie | 2.00 | | $ 130.00 | Return Mail |
| FEMA Trailer Formaldehyde | 2/7/2012 | Hollis C, Christie | 3.00 | | $ 195.00 | Return Mail |
| FEMA Trailer Formaldehyde | 2/8/2012 | Hollis C, Christie | 1.50 | | $ 97.50 | Return Mail |
| FEMA Trailer Formaldehyde | 2/9/2012 | Hollis C, Christie | 0.75 | | $ 48.75 | Return Mail |
| FEMA Trailer Formaldehyde | 2/10/2012 | Hollis C, Christie | 0.75 | | $ 48.75 | Return Mail |
| FEMA Trailer Formaldehyde | 2/10/2012 | Hollis C, Christie | 0.25 | | $ 16.25 | Status Update |
| FEMA Trailer Formaldehyde | 2/20/2012 | Hollis C, Christie | 4.25 | | $ 276.25 | returned mail |
| FEMA Trailer Formaldehyde | 2/21/2012 | Hollis C, Christie | 0.50 | | $ 32.50 | Returned mail |
| FEMA Trailer Formaldehyde | 2/24/2012 | Hollis C, Christie | 1.50 | | $ 97.50 | Return Mail |
| FEMA Trailer Formaldehyde | 2/28/2012 | Hollis C, Christie | 0.50 | | $ 32.50 | Voicemail Recording |
| FEMA Trailer Formaldehyde | 1/25/2012 | LaBorde T, Thomas | 5.50 | | $ 247.50 | Return Mail |
| FEMA Trailer Formaldehyde | 1/31/2012 | LaBorde T, Thomas | 0.30 | | $ 13.50 | Return Mail |
| FEMA Trailer Formaldehyde | 2/1/2012 | LaBorde T, Thomas | 3.50 | | $ 157.50 | Call Log |
| FEMA Trailer Formaldehyde | 2/2/2012 | LaBorde T, Thomas | 0.75 | | $ 33.75 | Call Log |
| FEMA Trailer Formaldehyde | 2/8/2012 | LaBorde T, Thomas | 5.00 | | $ 225.00 | Return Mail |
| FEMA Trailer Formaldehyde | 2/9/2012 | LaBorde T, Thomas | 1.60 | | $ 72.00 | Return Mail |
| FEMA Trailer Formaldehyde | 2/9/2012 | LaBorde T, Thomas | 1.40 | | $ 63.00 | Call Log |
| FEMA Trailer Formaldehyde | 2/10/2012 | LaBorde T, Thomas | 4.30 | | $ 193.50 | entering objections into database |
| FEMA Trailer Formaldehyde | 2/14/2012 | LaBorde T, Thomas | 2.25 | | $ 101.25 | Objections |
| FEMA Trailer Formaldehyde | 2/15/2012 | LaBorde T, Thomas | 3.50 | | $ 157.50 | Ojection logging; mail |
| FEMA Trailer Formaldehyde | 2/16/2012 | LaBorde T, Thomas | 3.00 | | $ 135.00 | Objections and return mail |
| FEMA Trailer Formaldehyde | 1/24/2012 | Mire D, Dustin | 5.50 | | $ 605.00 | Non-Lit: objections processing; returned mail; database updates; attorney communications re: returned mail; call center mgmt |
| FEMA Trailer Formaldehyde | 1/25/2012 | Mire D, Dustin | 4.50 | | $ 495.00 | Non-Lit: Objections processing; attorney communications re: objections; duplicates updates; claimant information updates; allocation letter re-issues |
| FEMA Trailer Formaldehyde | 1/26/2012 | Mire D, Dustin | 4.20 | | $ 462.00 | NonLit - objections processing; returned mail; meetings w/ CHollis, CDorsa, and CBarrett; claimant information updates; attorney communications re: objections |
| FEMA Trailer Formaldehyde | 1/26/2012 | Mire D, Dustin | 0.20 | | $ 22.00 | Claimant call support |

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 1/27/2012 | Mire D, Dustin | 1.80 | | $ 198.00 | Non-Lit - returned mail processing, research, and reporting to attorneys; claimant information updates; attorney communications; claimant information updates process planning (meet w/ Yoke) |
| FEMA Trailer Formaldehyde | 1/27/2012 | Mire D, Dustin | 0.20 | | $ 22.00 | Claimant support |
| FEMA Trailer Formaldehyde | 1/30/2012 | Mire D, Dustin | 1.90 | | $ 209.00 | Non-Lit - call center status update; returned mail and reissues; attorney communications; claimant information updates |
| FEMA Trailer Formaldehyde | 1/31/2012 | Mire D, Dustin | 2.50 | | $ 275.00 | Non Lit: returned mail; claimant information updates; attorney communications |
| FEMA Trailer Formaldehyde | 1/31/2012 | Mire D, Dustin | 0.60 | | $ 66.00 | Claimant Call Center |
| FEMA Trailer Formaldehyde | 2/1/2012 | Mire D, Dustin | 2.20 | | $ 242.00 | Non-Lit - returned mail; document management; objections processing; attorney communications re: claimant information updates |
| FEMA Trailer Formaldehyde | 2/2/2012 | Mire D, Dustin | 1.00 | | $ 110.00 | Non-Lit - returned mail; letter re-issues; attorney communications (Watts) |
| FEMA Trailer Formaldehyde | 2/3/2012 | Mire D, Dustin | 2.20 | | $ 242.00 | NonLit - returned mail and claimant research process management; objections processing; claimant information updates |
| FEMA Trailer Formaldehyde | 2/6/2012 | Mire D, Dustin | 1.90 | | $ 209.00 | NonLit - objections processing; returned mail processing; attorney communications (Gibson); claimant research and information updates |
| FEMA Trailer Formaldehyde | 2/7/2012 | Mire D, Dustin | 0.80 | | $ 88.00 | NonLit - attorney communications re: bankruptcy procedures; claimant information updates; returned mail processing and updates |
| FEMA Trailer Formaldehyde | 2/8/2012 | Mire D, Dustin | 1.60 | | $ 176.00 | NonLit - claimant information updates; returned mail processing; objections processing |
| FEMA Trailer Formaldehyde | 2/8/2012 | Mire D, Dustin | 2.30 | | $ 253.00 | Non-Lit: claimant support |
| FEMA Trailer Formaldehyde | 2/9/2012 | Mire D, Dustin | 1.50 | | $ 165.00 | NonLit - returned mail; call log mgmt; status update w/ JDicharry and CHollis |
| FEMA Trailer Formaldehyde | 2/9/2012 | Mire D, Dustin | 1.20 | | $ 132.00 | Non-Lit claimant support |
| FEMA Trailer Formaldehyde | 2/10/2012 | Mire D, Dustin | 4.00 | | $ 440.00 | NonLit - status update re: returned mail; claimant information updates; call log; objections processing; returned mail research planning; status update w/ WHenderson; attorney and Special Master communications re: objections |
| FEMA Trailer Formaldehyde | 2/13/2012 | Mire D, Dustin | 2.50 | | $ 275.00 | NonLit - objections processing; claimant information updates; attorney communications |
| FEMA Trailer Formaldehyde | 2/14/2012 | Mire D, Dustin | 2.90 | | $ 319.00 | Non-Lit: Objections processing; attorney communications; claimant information updates |
| FEMA Trailer Formaldehyde | 2/15/2012 | Mire D, Dustin | 5.80 | | $ 638.00 | Non-Lit: objections processing; attorney communications; meet w/ Yoke re: objections log updates and POC viewing |
| FEMA Trailer Formaldehyde | 2/16/2012 | Mire D, Dustin | 2.80 | | $ 308.00 | Non-Lit: Objections processing; accounting/budget recap for SM reporting; meet w/ WHenderson re: objections meeting and accounting recap |
| FEMA Trailer Formaldehyde | 2/17/2012 | Mire D, Dustin | 2.60 | | $ 286.00 | Non-Lit: Objections review meeting with Dan Balhoff & Randi Ellis; Objections processing; attorney communications (DAmico); objection review letter updates; Special Master communications; call center management |
| FEMA Trailer Formaldehyde | 2/20/2012 | Mire D, Dustin | 2.10 | | $ 231.00 | Non-Lit: claimant information updates (addresses); returned mail processing; case update for call center management; objection review letter updates per SM; objections processing |
| FEMA Trailer Formaldehyde | 2/21/2012 | Mire D, Dustin | 2.50 | | $ 275.00 | Non-Lit: Objections processing and allocations updates (meet w/ Yoke); call center mgmt; returned mail processing |
| FEMA Trailer Formaldehyde | 2/22/2012 | Mire D, Dustin | 2.80 | | $ 308.00 | Non-Lit: Objections processing; tax requirements and PSC communications; allocations review; objection review letter setup and review; data/document management |
| FEMA Trailer Formaldehyde | 2/23/2012 | Mire D, Dustin | 1.10 | | $ 121.00 | Non-Lit: Objections processing re: objection review letters; meet w/ WHenderson re: budget review |
| FEMA Trailer Formaldehyde | 2/24/2012 | Mire D, Dustin | 6.20 | | $ 682.00 | Non-Lit: Objections processing and review; objection review letter mailings; claimant data review; attorney communications (DAmico) and objection adjustments re: claimant information updates; SM communications re: claimants pending approval (HLC); objection hearing planning |
| FEMA Trailer Formaldehyde | 2/27/2012 | Mire D, Dustin | 1.00 | | $ 110.00 | Non-Lit: attorney communications re: objection review letters (DAmico, Reich, Watts, Buzbee) |
| FEMA Trailer Formaldehyde | 2/28/2012 | Mire D, Dustin | 1.40 | | $ 154.00 | Non-Lit: call center mgmt; returned mail; full claimant listing per PSC request; updated allocations review per objections |
| FEMA Trailer Formaldehyde | 2/29/2012 | Mire D, Dustin | 1.30 | | $ 143.00 | Non-Lit: returned mail; attorney communications re: objection review letters |
| FEMA Trailer Formaldehyde | 3/1/2012 | Mire D, Dustin | 0.80 | | $ 88.00 | Non-Lit: attorney communications re: objection review letters; call center mgmt and review |
| FEMA Trailer Formaldehyde | 3/1/2012 | Mire D, Dustin | 0.70 | | $ 77.00 | Claimant Call Center |

# FEMA Trailer Formaldehyde (Non-Lit)

Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 3/2/2012 | Mire D, Dustin | 0.40 | | $ 44.00 | Non-Lit: discussion w/ CBarrett and EMurphy re: successor affidavits; discussion w/ MStaley and RPilcher re: billing |
| FEMA Trailer Formaldehyde | 3/5/2012 | Mire D, Dustin | 0.70 | | $ 77.00 | Non-Lit: meet w/ JDicharry re: deceased claimants and successor identification; meet w/ Yoke re: allocations QC process; attorney communications (Irpino); legal filing review re: fund administration |
| FEMA Trailer Formaldehyde | 3/6/2012 | Mire D, Dustin | 0.60 | | $ 66.00 | Non-Lit: data structure review w/ RDoucet and Yoke; returned mail discussion w/ Yoke; objections review |
| FEMA Trailer Formaldehyde | 3/7/2012 | Mire D, Dustin | 1.10 | | $ 121.00 | Non-Lit – LN research costs; database structure review; attorney/SM communications; minor and deceased affidavit updates; objections reporting |
| FEMA Trailer Formaldehyde | 3/8/2012 | Mire D, Dustin | 1.60 | | $ 176.00 | Non-Lit: claimants pending approval; attorney communications (DAmico) re: objections and claimant information updates; LN cost breakdown; claimant information review per attorney request (Watts) |
| FEMA Trailer Formaldehyde | 3/9/2012 | Mire D, Dustin | 0.60 | | $ 66.00 | Non-Lit: Meet w/ Dan Balhoff re: objections |
| FEMA Trailer Formaldehyde | 3/12/2012 | Mire D, Dustin | 1.90 | | $ 209.00 | Non-Lit: SM communications re: objections; objections processing and document management |
| FEMA Trailer Formaldehyde | 3/13/2012 | Mire D, Dustin | 1.60 | | $ 176.00 | Non-Lit: objections processing; objections hearing documentation and planning per SM request disbursement planning; claimant objection review letters |
| FEMA Trailer Formaldehyde | 3/14/2012 | Mire D, Dustin | | $ 75.00 | | LexisNexis |
| FEMA Trailer Formaldehyde | 3/14/2012 | Mire D, Dustin | 0.30 | | $ 33.00 | Non-Lit: objection review letter mailings and attorney contact; attorney communications (DAmico) |
| FEMA Trailer Formaldehyde | 3/15/2012 | Mire D, Dustin | 0.60 | | $ 66.00 | Non-Lit: Objections hearing planning and Special Master communications |
| FEMA Trailer Formaldehyde | 2/7/2012 | Murphy E, Erin | 6.00 | | $ 390.00 | processed allocation award letters in returned mail with updated address information |
| FEMA Trailer Formaldehyde | 2/8/2012 | Murphy E, Erin | 5.00 | | $ 325.00 | processed allocation award letters in returned mail with updated address information |
| FEMA Trailer Formaldehyde | 2/9/2012 | Murphy E, Erin | 3.30 | | $ 214.50 | processed allocation award letters in returned mail with updated address information |
| FEMA Trailer Formaldehyde | 2/10/2012 | Murphy E, Erin | 1.50 | | $ 97.50 | Entered returned mail into database and filed in correct location |
| FEMA Trailer Formaldehyde | 2/10/2012 | Murphy E, Erin | 0.75 | | $ 48.75 | File objection letters |
| FEMA Trailer Formaldehyde | 2/10/2012 | Murphy E, Erin | 0.50 | | $ 32.50 | processed allocation award letters in returned mail with updated address information |
| FEMA Trailer Formaldehyde | 2/10/2012 | Murphy E, Erin | 0.25 | | $ 16.25 | Status update |
| FEMA Trailer Formaldehyde | 2/13/2012 | Murphy E, Erin | 2.00 | | $ 130.00 | Process allocation award letters in return mail with updated address information and file and sort objection letters. |
| FEMA Trailer Formaldehyde | 2/14/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | processed allocation award letters in returned mail with updated address information. |
| FEMA Trailer Formaldehyde | 2/15/2012 | Murphy E, Erin | 1.50 | | $ 97.50 | entering return mail in database |
| FEMA Trailer Formaldehyde | 2/15/2012 | Murphy E, Erin | 0.50 | | $ 32.50 | Print and reamil allocation letters |
| FEMA Trailer Formaldehyde | 2/16/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Entered and prcess return mail |
| FEMA Trailer Formaldehyde | 2/16/2012 | Murphy E, Erin | 0.50 | | $ 32.50 | processed allocation award letters in returned mail with updated address information |
| FEMA Trailer Formaldehyde | 2/17/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | processed allocation award letters in returned mail with updated address information. |
| FEMA Trailer Formaldehyde | 2/21/2012 | Murphy E, Erin | 3.00 | | $ 195.00 | Processing returned mail |
| FEMA Trailer Formaldehyde | 2/22/2012 | Murphy E, Erin | 2.00 | | $ 130.00 | Logging and filing returned allocation letters |
| FEMA Trailer Formaldehyde | 2/23/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Remail of allocation letters |
| FEMA Trailer Formaldehyde | 2/23/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Scanning of POC not in database |
| FEMA Trailer Formaldehyde | 2/24/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Print and prepare for mailing objection review letters |
| FEMA Trailer Formaldehyde | 2/24/2012 | Murphy E, Erin | 2.50 | | $ 162.50 | Remail allocation letters to updated addresses |
| FEMA Trailer Formaldehyde | 2/27/2012 | Murphy E, Erin | 3.00 | | $ 195.00 | Remail of allocation letters |
| FEMA Trailer Formaldehyde | 2/27/2012 | Murphy E, Erin | 1.50 | | $ 97.50 | Call Log |
| FEMA Trailer Formaldehyde | 2/28/2012 | Murphy E, Erin | 2.00 | | $ 130.00 | Log and file returned allocation letters |
| FEMA Trailer Formaldehyde | 2/28/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Call Log |
| FEMA Trailer Formaldehyde | 2/29/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | remail objection letters, file returned mail allocation letters |
| FEMA Trailer Formaldehyde | 2/29/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Call Log |

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 3/1/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Processing returned mail |
| FEMA Trailer Formaldehyde | 3/1/2012 | Murphy E, Erin | 4.50 | | $ 292.50 | Returning calls from claim line |
| FEMA Trailer Formaldehyde | 3/2/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Process returned allocation and objection letters |
| FEMA Trailer Formaldehyde | 3/2/2012 | Murphy E, Erin | 0.50 | | $ 32.50 | Call Log |
| FEMA Trailer Formaldehyde | 3/5/2012 | Murphy E, Erin | 2.00 | | $ 130.00 | reprint and remail Allocation letters |
| FEMA Trailer Formaldehyde | 3/6/2012 | Murphy E, Erin | 3.00 | | $ 195.00 | Remail allocation letters (LN batch) |
| FEMA Trailer Formaldehyde | 3/9/2012 | Murphy E, Erin | 0.50 | | $ 32.50 | Remailing allocation letters |
| FEMA Trailer Formaldehyde | 3/12/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Filing and orgainizing returned mail |
| FEMA Trailer Formaldehyde | 3/13/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | processing returned mail |
| FEMA Trailer Formaldehyde | 3/13/2012 | Murphy E, Erin | 2.00 | | $ 130.00 | Scanning and entering objections into database |
| FEMA Trailer Formaldehyde | 3/14/2012 | Murphy E, Erin | 2.00 | | $ 130.00 | Mailing objections to attys. Mailing objection review letters to claimants as well as emailing copies to atty. |
| FEMA Trailer Formaldehyde | 3/14/2012 | Murphy E, Erin | 1.00 | | $ 65.00 | Process returned mail and file accordingly |
| FEMA Trailer Formaldehyde | 2/8/2012 | O'Regan P, Patrick | 1.00 | | $ 45.00 | Return Mail Processing |
| FEMA Trailer Formaldehyde | 2/20/2012 | Pilcher R, Robin | | $ 50.00 | | QAS Batch Address Look-up |
| FEMA Trailer Formaldehyde | 1/24/2012 | Staley M, Mark | 0.30 | | $ 64.50 | Discuss deadlines and open activities with DM |
| FEMA Trailer Formaldehyde | 1/25/2012 | Staley M, Mark | 2.00 | | $ 430.00 | Meetings with DM re: returned mail, deadlines, communications. Working with Wayne on phase planning and admin. |
| FEMA Trailer Formaldehyde | 1/30/2012 | Staley M, Mark | 0.20 | | $ 43.00 | Update w/ WH |
| FEMA Trailer Formaldehyde | 2/9/2012 | Staley M, Mark | 0.10 | | $ 21.50 | Update w/ DM |
| FEMA Trailer Formaldehyde | 2/16/2012 | Staley M, Mark | 0.30 | | $ 64.50 | Update w/ WH and DM |
| FEMA Trailer Formaldehyde | 2/17/2012 | Staley M, Mark | 1.50 | | $ 322.50 | Objection review w/ SM |
| FEMA Trailer Formaldehyde | 3/1/2012 | Staley M, Mark | 0.10 | | $ 21.50 | Update w/ WH |
| FEMA Trailer Formaldehyde | 3/13/2012 | Staley M, Mark | 0.10 | | $ 21.50 | Objections w/ DM |
| FEMA Trailer Formaldehyde | 2/18/2012 | Stephens R, Ralph | 0.20 | | $ 50.00 | |
| FEMA Trailer Formaldehyde | 2/20/2012 | Stephens R, Ralph | 0.10 | | $ 25.00 | sign |
| FEMA Trailer Formaldehyde | 1/24/2012 | Wanneevechaslip Y, Yoke | 1.20 | | $ 132.00 | Data Management/Data Maintenance |
| FEMA Trailer Formaldehyde | 1/24/2012 | Wanneevechaslip Y, Yoke | 4.80 | | $ 528.00 | Data Management/Quality Control - assist CB with returned mail process and database, perform returned mail update, discuss with DM, make updates to the Claim Management System and reports, design and implement returned check into the system |
| FEMA Trailer Formaldehyde | 1/25/2012 | Wanneevechaslip Y, Yoke | 3.00 | | $ 330.00 | Process remail update in DB, discuss with CB and DM, create an allocation letter report |
| FEMA Trailer Formaldehyde | 1/25/2012 | Wanneevechaslip Y, Yoke | 4.50 | | $ 495.00 | Returned check process, connect MAS to SQL, set up ODBC on PNC-TEST, create QC_MASUpdated report |
| FEMA Trailer Formaldehyde | 1/26/2012 | Wanneevechaslip Y, Yoke | 3.20 | | $ 352.00 | Update the reports for DM, walk CH through the current returned mail process, update remail info, update the returned mail procedure, QC review of the data and discuss issues found with CD |
| FEMA Trailer Formaldehyde | 1/27/2012 | Wanneevechaslip Y, Yoke | 2.50 | | $ 275.00 | returned mail and claimant info update, create a Potential Fraud report and add this feature to the database for CB, and fix report issues on the SP site |
| FEMA Trailer Formaldehyde | 1/30/2012 | Wanneevechaslip Y, Yoke | 0.80 | | $ 88.00 | Perform daily remail update and assist CB with the call log issue |
| FEMA Trailer Formaldehyde | 1/31/2012 | Wanneevechaslip Y, Yoke | 1.50 | | $ 165.00 | Perform daily remail update, info update, and publish reports to SP |
| FEMA Trailer Formaldehyde | 2/1/2012 | Wanneevechaslip Y, Yoke | 1.20 | | $ 132.00 | Update re-mail info, fix issue with the report for DM, train KC on how to update the re-mail info and walk her through the current returned mail process |
| FEMA Trailer Formaldehyde | 2/2/2012 | Wanneevechaslip Y, Yoke | 0.20 | | $ 22.00 | Returned Mail update |
| FEMA Trailer Formaldehyde | 2/3/2012 | Wanneevechaslip Y, Yoke | 0.50 | | $ 55.00 | Update remail info and set up database for Patrick O'Regan |
| FEMA Trailer Formaldehyde | 2/6/2012 | Wanneevechaslip Y, Yoke | 0.50 | | $ 55.00 | update re-mail info and returned mail status for JD |
| FEMA Trailer Formaldehyde | 2/7/2012 | Wanneevechaslip Y, Yoke | 0.70 | | $ 77.00 | Update re-mail info, discuss issues with DM and CB and resolve the zip code issue for CH |
| FEMA Trailer Formaldehyde | 2/8/2012 | Wanneevechaslip Y, Yoke | 0.30 | | $ 33.00 | Update re-mail info |

## FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 1/24/12 - 3/15/12

| Sort Name | Date | Employee | Hours | Expenses | Fees | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 2/9/2012 | Wanneevechasilp Y, Yoke | 0.30 | | $ 33.00 | Update re-mail info |
| FEMA Trailer Formaldehyde | 2/10/2012 | Wanneevechasilp Y, Yoke | 0.50 | | $ 55.00 | Update re-mail info and add totals to the Objection log for DM |
| FEMA Trailer Formaldehyde | 2/13/2012 | Wanneevechasilp Y, Yoke | 0.30 | | $ 33.00 | Update re-mail info |
| FEMA Trailer Formaldehyde | 2/14/2012 | Wanneevechasilp Y, Yoke | 0.30 | | $ 33.00 | Update remail info |
| FEMA Trailer Formaldehyde | 2/14/2012 | Wanneevechasilp Y, Yoke | 0.40 | | $ 44.00 | Discuss changes to the call log screen and call log history report with DM |
| FEMA Trailer Formaldehyde | 2/15/2012 | Wanneevechasilp Y, Yoke | 2.00 | | $ 220.00 | report and dicuss with DM |
| FEMA Trailer Formaldehyde | 2/16/2012 | Wanneevechasilp Y, Yoke | 1.80 | | $ 198.00 | update re-mail info, fix objection log on SP, update allocation points for DM |
| FEMA Trailer Formaldehyde | 2/17/2012 | Wanneevechasilp Y, Yoke | 0.30 | | $ 33.00 | update re-mail info |
| FEMA Trailer Formaldehyde | 2/20/2012 | Wanneevechasilp Y, Yoke | 2.00 | | $ 220.00 | database and reset the remail status |
| FEMA Trailer Formaldehyde | 2/21/2012 | Wanneevechasilp Y, Yoke | 4.50 | | $ 495.00 | Objection review, updates, and import |
| FEMA Trailer Formaldehyde | 2/21/2012 | Wanneevechasilp Y, Yoke | 0.30 | | $ 33.00 | Update re-mail info |
| FEMA Trailer Formaldehyde | 2/22/2012 | Wanneevechasilp Y, Yoke | 3.50 | | $ 385.00 | update the QC_Returned Letter report for JD, review objections, update and add objection adjustment to all the reports for DM |
| FEMA Trailer Formaldehyde | 2/23/2012 | Wanneevechasilp Y, Yoke | 2.80 | | $ 308.00 | update re-mail info and create the Objection Review Letter report for DM |
| FEMA Trailer Formaldehyde | 2/24/2012 | Wanneevechasilp Y, Yoke | 6.50 | | $ 715.00 | modify the Objection Review Letter report, assist EM with the letter maillings, objections processing and review (Exhibit1 and 2) with DM, and update addresses and deceased claimants for JD |
| FEMA Trailer Formaldehyde | 2/27/2012 | Wanneevechasilp Y, Yoke | 2.00 | | $ 220.00 | Update re-mail info and pull claimant listing for DM |
| FEMA Trailer Formaldehyde | 2/28/2012 | Wanneevechasilp Y, Yoke | 0.30 | | $ 33.00 | assist CB with database issues |
| FEMA Trailer Formaldehyde | 2/29/2012 | Wanneevechasilp Y, Yoke | 0.50 | | $ 55.00 | create the Objection Review Letter by Attorney report for DM |
| FEMA Trailer Formaldehyde | 3/2/2012 | Wanneevechasilp Y, Yoke | 1.20 | | $ 132.00 | clean up addresses for JD |
| FEMA Trailer Formaldehyde | 3/5/2012 | Wanneevechasilp Y, Yoke | 0.80 | | $ 88.00 | LN address and deceased updates for JD and re-mail info update |
| FEMA Trailer Formaldehyde | 3/6/2012 | Wanneevechasilp Y, Yoke | 1.20 | | $ 132.00 | update re-mail info and update the Objection Review report for DM |
| FEMA Trailer Formaldehyde | 3/7/2012 | Wanneevechasilp Y, Yoke | 2.50 | | $ 275.00 | discuss with JD, pull successor info and create the LN batch update report for JD |
| FEMA Trailer Formaldehyde | 3/8/2012 | Wanneevechasilp Y, Yoke | 0.70 | | $ 77.00 | discuss changes and update the LN Batch Update report for JD |
| FEMA Trailer Formaldehyde | 3/12/2012 | Wanneevechasilp Y, Yoke | 0.30 | | $ 33.00 | update re-mail info |
| FEMA Trailer Formaldehyde | 3/13/2012 | Wanneevechasilp Y, Yoke | 0.50 | | $ 55.00 | assist EM with adding objections to the database, assist DM with the ObjectionReviewLetterbyClaimIC report and update Objection Adjustments |
| FEMA Trailer Formaldehyde | 2/14/2012 | Woods M, Megan | 0.75 | | $ 75.00 | |
| | | | 517.75 | $ 3,303.40 | $ 40,129.25 | |

Grand Total  $ 43,432.65