UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Helmsetter et al v. Forest River, Inc. et al* | * | |
| Case No. 09-8630 | * | |
| | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## FOREST RIVER INC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") moves this Honorable Court for an Order granting Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets with respect to the claims of the Paula Helmstetter, with prejudice. The reasons for this Motion to Dismiss are more fully set forth in the attached Memorandum in Support.

WHEREFORE, defendant, Forest River prays that its Motion to Dismiss be granted, dismissing the claims of Paula Helmstetter from the above captioned matter, with prejudice, for failure to comply with Pre-Trial Order Nos. 2 and 32.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
ANDREW A. BRAUN (3415)
Email: abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
MEGAN CAMBRE (33757)
Email: mcambre@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on April 11, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.
