UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Helmstetter et al v. Forest River, Inc. et al* | * | |
| Case No. 09-8630 | * | |
| | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF DEFENDANT FOREST RIVER INC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") moves this Honorable Court for an Order granting Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets with respect to the claims of Paula Helmstetter, with prejudice.

### BACKGROUND - CREATION OF MDL AND FACT SHEET PROCESS

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. On January 30, 2008, the Court issued Pre-Trial Order ("PTO" or "Order") No. 2, describing procedures for various case management issues. This Pre-Trial Order introduced the "Plaintiff Fact Sheet" (PFS), which includes 122 questions that were to be answered by each plaintiff, relating to the claims asserted. The PFSs were to serve as the substitute for the initial rounds of Interrogatories and Requests for Production of Documents in a more standardized and simplified format. Rec.

Doc. No. 87. To date, Paula Helmstetter has failed to provide a PFS.  In the face of this matter's October 2012 trial date, Paula Helmstetter's claims should be dismissed.

## LAW AND ARGUMENT

*Helmsetter, et al v. Forest River Inc.,* was filed December 29, 2009.  In their complaint for damages, Plaintiffs, including Paula Helmstetter, made allegations against Forest River, claiming injuries as a result of residing in a trailer manufactured by Forest River.  *See* Plaintiffs' Complaint for Damages and Exhibit A attached to Plaintiffs' Complaint, Rec. Doc. 1.  This petition was filed on plaintiffs' behalf, by their attorney of record, Frank D'Amico.  As a result of this Court's March 16, 2012 Order severing this matter for trial, the undersigned requested the missing fact sheet of Paula Helmstetter.  *See* Rec. Doc. No. 3.  Plaintiffs' counsel indicated that they are unable to produce a PFS for Paula Helmstetter "due to the fact that she was never represented by [plaintiffs' counsel]" and "didn't live in the trailer made the subject of this current trial." [*See* email correspondence dated March 27-28, 2012, attached hereto as Exhibit "A"]. Furthermore, plaintiffs' counsel indicated that because they do not represent this plaintiff, they are unable to move to dismiss her, suggesting that the undersigned instead do so.  *Id.*

Thus, it is clear that Plaintiffs' counsel has no intention of providing Forest River with a copy of Plaintiff's PFS, which is the substitute document for the initial round of Interrogatories and Requests for Production of Documents.  Accordingly, Forest River respectfully submits that the Plaintiff listed above has failed and will not be able to comply with the production of a PFS pursuant to PTO Nos. 2 and 32, and therefore, this Court should dismiss her claims. Further, this Plaintiff was not listed in the Plaintiffs' comprehensive "India Database," which begs the question of whether this Plaintiff actually exists.

Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases. *Berry v. CIGNA/RSI-CIGNA*, 975 F.2d 1188, 1190 (5th Cir. 1992); *Colle v. Brazos County, Tex.*, 981 F.2d 237, 242-243 (5th Cir. 1993).

Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against him." The established rule in the Fifth Circuit is that dismissal under Rule 41(b) is appropriate when there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice. *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc*., 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F.2d 1214 (5th Cir. 1970).

Based on the failure of the above-listed Plaintiff to produce a PFS as required by PTO Nos. 2 and 32 and statements made by Plaintiffs' counsel indicating that he will not be providing a PFS, Forest River moves for an Order dismissing the claims brought by this Plaintiff. As it prepares for the upcoming trial of this matter, recently set by this court for the week beginning Tuesday, October 9, 2012, Forest River must be able to obtain information about the plaintiffs proceeding to trial.

The PFS serves as the best way to acquire such information, as the PFS acts as the initial round of discovery responses. Without this simulated discovery response, Forest River is significantly prejudiced, and there is good cause for the Court to discontinue any potential for further prejudice against Forest River by dismissing the claims of this plaintiff.

3

In accordance with Pre-Trial Orders 2 and 32, and Federal Rules of Civil Procedure Nos. 37(b)(2)VI and 41(b), the  Motion to Dismiss filed by Forest River should be granted, dismissing the claims of Paula Helmstetter, with prejudice.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
ANDREW A. BRAUN (3415)
Email: abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
MEGAN CAMBRE (33757)
Email: mcambre@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on April 11, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.