UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N-5" |
| THIS DOCUMENT RELATES TO:<br>*Helmsetter et al v. Forest River, Inc. et al*<br>Case No. 09-8630 | * * * * * | JUDGE ENGELHARDT<br><br><br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.6 and Pre-Trial Order No. 10, I hereby certify that on March 27-28, 2012, we corresponded with counsel for the plaintiff via email requesting that they advise whether there is opposition to Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets. [*See* email correspondence dated March 27-28, 2012, attached hereto as Exhibit "A"]. Plaintiffs' counsel indicated that they were unable to produce a Plaintiff Fact Sheet for Paula Helmstetter because they do not represent this plaintiff, and for this reason, are unable to dismiss her or consent to her dismissal as well.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
ANDREW A. BRAUN (3415)
Email: abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
MEGAN CAMBRE (33757)
Email: mcambre@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on April 11, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.