**Megan Cambre**

**From:** Frank J. D'Amico [mailto:frank@damicolaw.net]
**Sent:** Wednesday, March 28, 2012 2:25 PM
**To:** Ernie Gieger
**Cc:** Danny D. Russell
**Subject:** RE:

Ernie file a motion to dismiss if you so desire; this client didn't live in the trailer made the subject of this current trial that we have set in October. I can't locate her file, maybe due to the fire damage we sustained, but I am not in a position to agree to dismiss this case at this time. Cordially Frank

**From:** Ernie Gieger [mailto:egieger@glllaw.com]
**Sent:** Wednesday, March 28, 2012 2:18 PM
**To:** Frank J. D'Amico
**Subject:** RE:

You are counsel of record.

**From:** Frank J. D'Amico [mailto:frank@damicolaw.net]
**Sent:** Wednesday, March 28, 2012 2:00 PM
**To:** Ernie Gieger; Danny D. Russell; Mike DiGiglia; Donna Uli
**Cc:** Andy Braun
**Subject:** RE:

How can I send you a motion to dismiss for a plaintiff I don't represent?

**From:** Ernie Gieger [mailto:egieger@glllaw.com]
**Sent:** Wednesday, March 28, 2012 2:00 PM
**To:** Danny D. Russell; Mike DiGiglia; Donna Uli
**Cc:** Frank J. D'Amico; Andy Braun
**Subject:** RE:

So, you will be sending us a motion to dismiss with prejudice? When?

**From:** Danny D. Russell [mailto:danny@damicolaw.net]
**Sent:** Wednesday, March 28, 2012 10:47 AM
**To:** Mike DiGiglia; Ernie Gieger; Donna Uli
**Cc:** Frank J. D'Amico
**Subject:** RE:

Hey Mike,

We are unable to send a PFS for Paula Helmstetter at this time due to the fact that she was never represented by us and apparently never lived in the trailer unit related to this matter. Please feel free to contact me if you have any other questions. Thanks!

*Danny Russell*
*Law Clerk*
*Frank J. D'Amico, Jr., APLC*

1



*4731 Canal Street*
*New Orleans, LA 70119*
*Phone: (504) 525-7272 Ext. 233*
*Fax: (504) 525-9522*
*Email: danny@damicolaw.net*

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-9561 or by electronic mail and delete the original message from your e-mail system. Thank you.

**From:** Mike DiGiglia [mailto:mdigiglia@glllaw.com]
**Sent:** Tuesday, March 27, 2012 3:07 PM
**To:** Danny D. Russell; Ernie Gieger; Donna Uli
**Cc:** Frank J. D'Amico
**Subject:** RE:

Danny,

We still have not received the PFS for Paula Helmstetter that we asked for last week. When can we expect to receive that?

Thanks,

Mike



GIEGER, LABORDE & LAPEROUSE, L.L.C.
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**J. Mike DiGiglia**
**Of Counsel**
Direct Dial: 504-654-1347
Facsimile: 504-561-1011
Email: mdigiglia@glllaw.com
Website: www.glllaw.com
LinkedIn: http://www.linkedin.com/in/mikedigiglia

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



GIEGER, LABORDE & LAPEROUSE, L.L.C.
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001