UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION N-5
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*Willis v. Redman Homes Inc., et. al*, Docket No. 09-4789
*Barbour et al v. Forest River, Inc. et. al*, Docket No. 09-6633

ORDER

Considering Defendant United States of America's unopposed *Ex Parte*/Consent Motion
to Dismiss Alabama Plaintiffs' Claims Against the United States in the above-referenced actions,
the Fifth Circuit Court of Appeals decision in *In Re: FEMA Trailer Formaldehyde Products
Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), and this Court's August 9,
2010, Order and Reasons (Rec. Doc. 15061), this Court grants the government's the motion and

IT IS ORDERED that Plaintiffs' claims against United States of America are dismissed
for lack of subject matter jurisdiction.

New Orleans, Louisiana, this __11th__ day of _____April_____, 2012.

HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA