UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*Willis v. Redman Homes Inc., et. al*, **Docket No. 09-4789**
*Barbour et al v. Forest River, Inc. et. al*, **Docket No. 09-6633**

## JUDGMENT

Considering Defendant United States of America's unopposed *Ex Parte*/Consent Motion for Entry of Fed. R. Civ. P. 54(b) Judgment and this Court's Order and Reasons (Rec. Doc. 15061), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898, dismissing Alabama Plaintiffs' claims against the United States for lack of subject matter jurisdiction, this Court finds that there is no just reason for delay, and

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b) judgment in favor of the defendant, United States of America, and that any and all claims asserted by Plaintiffs in these actions against the United States of America are hereby *DISMISSED WITH PREJUDICE*.

New Orleans, Louisiana, this   11th   day of         April        , 2012.

                                        **HONORABLE KURT D. ENGELHARDT**
                                        **JUDGE, UNITED STATES DISTRICT COURT**
                                        **EASTERN DISTRICT OF LOUISIANA**