UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION N-5
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

*Bonner et al v. Coachmen Industries, Inc. et al.,* **Docket No. 09-5562**
*Ruff v. Southern Energy Homes, Inc.* **et. al, Docket No. 10-0274**
*Hill v. Waverlee Homes, Inc. et. al*, **Docket No. 10-0479**
*Schrader v. Allen Camper Manufacturing Company, Inc. et al*, **Docket No. 10-1081**
*Mosley et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-1356**
*Holden v. Cavalier Home Builders, LLC et. al*, **Docket No. 10-2345**
*Matthis et al v. Dutchmen Manufacturing, Inc et. al*, **Docket No. 10-2347**
*McNair et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2348**
*Holden et al v. Bechtel National Inc. et. al*, **Docket No. 10-2354**
*Bazzelle et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2356**
*Quinn v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2357**
*Peterson et al v. DS Corp. et. al*, **Docket No. 10-2358**
*Aucoin v. Starcraft RV, Inc. et. al*, **Docket No. 10-2360**
*Davis et al v. Forest River, Inc. et. al*, **Docket No. 10-2362**
*Holden v. Lakeside Park Homes, Inc. et. al*, **Docket No. 10-2363**
*Landrum et al v. Timberland RV Company et. al*, **Docket No. 10-2364**
*Bazzelle et al v. TL Industries, Inc. et. al*, **Docket No. 10-2366**
*Davison et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2603**
*King et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2882**
*Miller et al v. Keystone RV Company et. al*, **Docket No. 11-298**
*Carroll et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-299**
*Fairley et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-300**
*Anderson et al v. Forest River, Inc. et. al*, **Docket No. 11-301**
*Washington v. Forest River, Inc. et. al*, **Docket No. 11-302**
*Bracken et al v. Thor Industries, Inc. et. al*, **Docket No. 11-303**
*Seymour v. Thor Industries, Inc. et. al*, **Docket No. 11-304**
*Acker et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-305**
*Carroll et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-306**
*Caporelli et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-307**
*Powe et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-308**
*Causey et al v. KZRV, LP et. al*, **Docket No. 11-309**
*Hamilton et al v. KZRV, LP et. al*, **Docket No. 11-310**
*Breland et al v. Forest River, Inc. et. al*, **Docket No. 11-311**

*Lutrell et al v. Forest River, Inc. et. al*, **Docket No. 11-312**
*Cuevas et al v. Cavalier Home Builders, LLC et. al*, **Docket No. 11-314**
*Stewart v. Cavalier Home Builders, LLC et. al*, **Docket No. 11-315**
*Anders et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-316**
*Romero et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-317**
*Dillon et al v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-318**
*Smith v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-319**
*Breaux et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-320**
*Jack v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-321**
*Acevedo et al v. Bechtel National, Inc. et. al*, **Docket No. 11-322**
*Anderson et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-323**
*Davison et al v. Bechtel National, Inc. et. al*, **Docket No. 11-358**
*Miller et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-359**
*Benefield et al v. Bechtel National, Inc. et. al*, **Docket No. 11-360**
*Payne et al v. CH2M Hill Constructors, Inc.*, **Docket No. 11-361**
*Brown et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-362**
*Cameron et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-367**
*Davis v. Jayco, Inc. et. al*, **Docket No. 11-368**
*Duckworth et al v. Cavalier Home Builders*, **LLC et. al, Docket No. 11-369**
*Hawkins v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-370**
*Ramsey et al v. Keystone RV Company et. al*, **Docket No. 11-371**
*Young et al v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-373**
*Lee et al v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-374**
*Manning v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-375**
*Booth et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-376**
*Sanders v. Bechtel National, Inc. et. al*, **Docket No. 11-377**
*Antoine et al v. Bechtel National, Inc. et. al*, **Docket No. 11-378**
*Woodland v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-379**

## ORDER

Considering United States of America's unopposed *Ex Parte*/Consent Motion to Dismiss Mississippi Plaintiffs' Claims Against the United States in the above-referenced actions, the Fifth Circuit Court of Appeals decision in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), and this Court's Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898, this Court grants the government's motion and

**IT IS ORDERED** that Plaintiffs' claims against United States of America are dismissed for lack of subject matter jurisdiction.

New Orleans, Louisiana, this __11th__ day of _____April_____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**