UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION N-5
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

*Bonner et al v. Coachmen Industries, Inc. et al.,* **Docket No. 09-5562**
*Ruff v. Southern Energy Homes, Inc.* et. al, **Docket No. 10-0274**
*Hill v. Waverlee Homes, Inc. et. al*, **Docket No. 10-0479**
*Schrader v. Allen Camper Manufacturing Company, Inc. et al*, **Docket No. 10-1081**
*Mosley et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-1356**
*Holden v. Cavalier Home Builders, LLC et. al*, **Docket No. 10-2345**
*Matthis et al v. Dutchmen Manufacturing, Inc et. al*, **Docket No. 10-2347**
*McNair et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2348**
*Holden et al v. Bechtel National Inc. et. al*, **Docket No. 10-2354**
*Bazzelle et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2356**
*Quinn v. Gulf Stream Coach, Inc. et. al*, **Docket No. 10-2357**
*Peterson et al v. DS Corp. et. al*, **Docket No. 10-2358**
*Aucoin v. Starcraft RV, Inc. et. al*, **Docket No. 10-2360**
*Davis et al v. Forest River, Inc. et. al*, **Docket No. 10-2362**
*Holden v. Lakeside Park Homes, Inc. et. al*, **Docket No. 10-2363**
*Landrum et al v. Timberland RV Company et. al*, **Docket No. 10-2364**
*Bazzelle et al v. TL Industries, Inc. et. al*, **Docket No. 10-2366**
*Davison et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2603**
*King et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 10-2882**
*Miller et al v. Keystone RV Company et. al*, **Docket No. 11-298**
*Carroll et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-299**
*Fairley et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-300**
*Anderson et al v. Forest River, Inc. et. al*, **Docket No. 11-301**
*Washington v. Forest River, Inc. et. al*, **Docket No. 11-302**
*Bracken et al v. Thor Industries, Inc. et. al*, **Docket No. 11-303**
*Seymour v. Thor Industries, Inc. et. al*, **Docket No. 11-304**
*Acker et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-305**
*Carroll et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-306**
*Caporelli et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-307**
*Powe et al v. Coachmen Industries, Inc. et. al*, **Docket No. 11-308**
*Causey et al v. KZRV, LP et. al*, **Docket No. 11-309**
*Hamilton et al v. KZRV, LP et. al*, **Docket No. 11-310**
*Breland et al v. Forest River, Inc. et. al*, **Docket No. 11-311**

*Lutrell et al v. Forest River, Inc. et. al*, **Docket No. 11-312**
*Cuevas et al v. Cavalier Home Builders, LLC et. al*, **Docket No. 11-314**
*Stewart v. Cavalier Home Builders, LLC et. al*, **Docket No. 11-315**
*Anders et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-316**
*Romero et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-317**
*Dillon et al v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-318**
*Smith v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-319**
*Breaux et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-320**
*Jack v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-321**
*Acevedo et al v. Bechtel National, Inc. et. al*, **Docket No. 11-322**
*Anderson et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-323**
*Davison et al v. Bechtel National, Inc. et. al*, **Docket No. 11-358**
*Miller et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-359**
*Benefield et al v. Bechtel National, Inc. et. al*, **Docket No. 11-360**
*Payne et al v. CH2M Hill Constructors, Inc.*, **Docket No. 11-361**
*Brown et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-362**
*Cameron et al v. Gulf Stream Coach, Inc. et. al*, **Docket No. 11-367**
*Davis v. Jayco, Inc. et. al*, **Docket No. 11-368**
*Duckworth et al v. Cavalier Home Builders*, **LLC et. al, Docket No. 11-369**
*Hawkins v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-370**
*Ramsey et al v. Keystone RV Company et. al*, **Docket No. 11-371**
*Young et al v. Dutchmen Manufacturing, Inc. et. al*, **Docket No. 11-373**
*Lee et al v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-374**
*Manning v. Lakeside Park Homes, Inc. et. al*, **Docket No. 11-375**
*Booth et al v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-376**
*Sanders v. Bechtel National, Inc. et. al*, **Docket No. 11-377**
*Antoine et al v. Bechtel National, Inc. et. al*, **Docket No. 11-378**
*Woodland v. CH2M Hill Constructors, Inc. et. al*, **Docket No. 11-379**

## **JUDGMENT**

Considering Defendant United States of America's unopposed *Ex Parte*/Consent Motion for Entry of Fed. R. Civ. P. 54(b) Judgment and this Court's Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), dismissing all Mississippi Plaintiffs' claims against the United States for lack of subject matter jurisdiction, this Court finds that there is no just reason for delay, and

2

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b) judgment in favor of the defendant, United States of America, and that any and all claims asserted by Plaintiffs in these actions against the United States of America are hereby *DISMISSED WITH PREJUDICE*.

New Orleans, Louisiana, this __11th__ day of _____April_____, 2012.

                                  **HONORABLE KURT D. ENGELHARDT**
                                  **JUDGE, UNITED STATES DISTRICT COURT**
                                  **EASTERN DISTRICT OF LOUISIANA**