UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES<br>TO THE FOLLOWING CASES:<br>*Edgett v. Gulf Streem Coach, Inc., et al*<br>Number 09-4574 | |
| FILED: _____ | DY. CLERK_____ |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiffs who state that they desire to dismiss this litigation case against all Defendants herein, with prejudice.

All claims alleged in the above referenced litigation on behalf of all Plaintiffs were duplicative and are protected in another lawsuit.

WHEREFORE, Plaintiffs pray that this matter be dismissed, with prejudice.

       THE PENTON LAW FIRM
       209 HOPPEN PLACE
       BOGALUSA, LOUISIANA  70427
       PHONE : (985) 732-5651
       FAX  : (985) 735-5579
       E-MAIL : fedcourtmail@rgplaw.com


       Ronnie G. Penton
       Ronnie G. Penton (#10462)
       MaryAnna Penton (#32920)
       Trial Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 12, 2012.

                                              s/Ronnie G. Penton
                                              Ronnie G. Penton

## **CERTIFICATE OF NO OPPOSITION**

I do hereby certify that I have this date contacted Lori J. Hayward regarding the attached Motion to Dismiss. She advises me that she has no opposition to the filing of this Motion.

April 11, 2012.

                        s/Ronnie G. Penton
                        Ronnie G. Penton