UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: *Edgett v. Gulf Streem Coach, Inc., et al* Number 09-4574 | |

FILED: _____    DY. CLERK_____

### **O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claims against all Defendants herein, with prejudice.

Signed this \_\_\_ day of April, 2012, in New Orleans, Louisiana.

_____
J U D G E