UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
09-4449 - Dolores Joseph vs Forest River, et al

### PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** regarding this action will be held **BY TELEPHONE** on **MAY 2, 2012 AT 11:00 A.M.,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

April 12, 2012.

**( THE COURT WILL INITIATE CALL AND WILL BE HELD BY PAM RADOSTA, CASE MANAGER. ANY INQUIRES REGARDING THE CONFERENCE ARE TO BE DIRECTED TO THE CASE MANAGER, PAM RADOSTA)**

Issued by:
Pam Radosta
Case Manager, Section "N"(589-7683)

**NOTICE OF COMPLIANCE WITH Fed. R. .Civ. P. 26(a)(1) and 26(f) and LOCAL RULE 26 AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P.7.1 .**
**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f). COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.. (THIS PERTAINS TO CASES FILED AFTER DECEMBER 1, 2000)**

**NOTICE:**
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

# **IMPORTANT NOTICE TO COUNSEL**

## **COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.**

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?*

4. Have the corporate parties filed their corporate disclosure statements?

   *WRITTEN OBJECTIONS MUST BE FILED <u>THREE</u> DAYS PRIOR TO THE PRELIMINARY CONFERENCE.