## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement)

SETTLING SETTLOR:

Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

COUNSEL:

Lyon H. Garrison, Bar No. 19591
Scott P. Yount, Bar No. 22679
Randall C. Mulcahy, Bar No. 26436
Kelly M. Morton, Bar No. 30645
Garrison, Yount, Forte, Mulcahy, & Lehner, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

SETTLEMENT FUND:

Amount being deposited under seal per terms of Memorandum of Understanding.

OTHER APPLICABLE PROVISIONS:

Memorandum of Understanding executed on March 29, 2012.

_Justin L. Woods_                    4-12-2012
Plaintiffs' Counsel                      Date

_Kelly M. Morton_                    4/12/12
Settlors' Counsel                        Date

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement)

SETTLING SETTLOR:

Play'Mor Trailers, Inc., Nautilus Insurance Company and Berkley Specialty Underwriting Managers LLC.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

COUNSEL:

Lyon H. Garrison, Bar No. 19591
Scott P. Yount, Bar No. 22679
Randall C. Mulcahy, Bar No. 26436
Kelly M. Morton, Bar No. 30645
Garrison, Yount, Forte, Mulcahy, & Lehner, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

SETTLEMENT FUND:

Amount deposited under seal per terms of Memorandum of Understanding.

OTHER APPLICABLE PROVISIONS:

Memorandum of Understanding executed on February 16, 2012.

Plaintiffs' Counsel                    4-12-12
                                       Date

Settlors' Counsel                      4/12/12
                                       Date

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement)

SETTLING SETTLOR:                        Recreation by Design, LLC, TL Industries, Inc.,
Nautilus Insurance Company and Berkley Specialty
Underwriting Managers LLC.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

COUNSEL:                   Lyon H. Garrison, Bar No. 19591
Scott P. Yount, Bar No. 22679
Randall C. Mulcahy, Bar No. 26436
Kelly M. Morton, Bar No. 30645
Garrison, Yount, Forte, Mulcahy, & Lehner, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

SETTLEMENT FUND:          Amount deposited under seal per terms of
Memorandum of Understanding

OTHER APPLICABLE PROVISIONS:    Memorandum of Understanding executed on
January 20, 2012.

_____    4-12-2012
Plaintiffs' Counsel                        Date

_____    4/12/12
Settlors' Counsel                         Date

INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement)

NAME OF SETTLOR:
- A. Manufacturers
  - (1) Coachmen Industries, Inc.
  - (2) Coachmen Recreational Vehicle Company, LLC
  - (3) Coachmen Recreational Vehicle Company of Georgia, LLC
  - (4) Viking Recreational Vehicles, LLC
  - (5) Coachmen RV Licensed Products Division, LLC

- B. Insurers
  - (1) National Union Fire Insurance Company (AIG)
  - (2) Lexington Insurance Company
  - (3) Allied World Assurance
  - (4) American International Insurance Company
  - (5) St. Paul Surplus Lines Insurance Company
  - (6) Lexington Insurance Company
  - (7) Federal Insurance Company
  - (8) American International Specialty Lines
  - (9) Evanston Insurance Company
  - (10) Interstate Fire and Casualty Company

SETTLOR'S COUNSEL: John Stewart Tharp, Taylor Porter Brooks & Phillips LLP

SETTLEMENT AMOUNT: $1,000,974.16

_____        4-13-12
Plaintiffs' Counsel                     Date

_____        4/13/12
Settlors' Counsel                       Date

604434.1

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement )

NAME OF SETTLOR:  Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc.

SETTLOR'S COUNSEL:

**Ralph S. Hubbard III**
**Kristopher M. Redmann**
**Kristopher T. Wilson**
**Anne E. Briard**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

SETTLEMENT AMOUNT: $750,000.00

OPT OUT THRESHOLD (Per Section VII):

OTHER APPLICABLE PROVISIONS:

_Justin R. Woods_          _4-13-2012_
Plaintiffs' Counsel                Date

_[signature]_          _4/13/2012_
Settlors' Counsel                Date

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement)

SETTLING SETTLOR:

Cruiser RV, LLC, Doubletree RV, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, and Arch Specialty Insurance.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

COUNSEL:

Lyon H. Garrison, Bar No. 19591
Scott P. Yount, Bar No. 22679
Randall C. Mulcahy, Bar No. 26436
Kelly M. Morton, Bar No. 30645
Garrison, Yount, Forte, Mulcahy, & Lehner, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

SETTLEMENT FUND:

Amount being deposited under seal per terms of Memorandum of Understanding.

OTHER APPLICABLE PROVISIONS:

Memorandum of Understanding executed on March 29, 2012.

_Justin L. Woods_     4-12-2012
Plaintiffs' Counsel       Date

_Kelly M. Morton_     4/12/12
Settlors' Counsel       Date

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement )

<u>NAME OF SETTLOR</u>:    Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation, and Skyline Homes, Inc.)

<u>SETTLOR'S COUNSEL</u>:    Larry Feldman, Jr. & Robert D. Sheesley
McGlinchey Stafford, PLLC
12th Floor, 601 Poydras Street
New Orleans, LA  70130
Telephone:  (504) 596-2887
Facsimile:  (504) 910-9426

<u>SETTLEMENT AMOUNT</u>: Skyline Corporation ("Skyline") deposited the full settlement amount into the registry of the Court on March 29, 2012, pursuant to an order under seal granting leave to deposit the funds (Doc. No. 25031).

<u>OTHER APPLICABLE PROVISIONS</u>:     Skyline's subsidiaries, Homette Corporation, and Skyline Homes, Inc., are specifically included in the Settlement Agreement and the Memorandum of Understanding ("MOU") dated March 8, 2012 for Skyline and Layton Homes Corp. and included in this settlement.  EHUs manufactured by Homette Corporation or Skyline Homes, Inc. are included in the Stipulation of Settlement.

The terms and conditions of the MOU, including the amount of the settlement as well as the individual amounts determined through the allocation process, shall be kept confidential by all parties to the MOU, except as necessary to effectuate and finalize the settlement, as compelled or required to do so by subpoena or other order of a court of competent jurisdiction, or as Skyline, in its sole discretion, determines that it is advisable or required to do so under any statute, rule, or regulation applicable to Skyline as a public corporation.  The parties acknowledge that Skyline may disclose the amount of the settlement in any report that Skyline may file with the Securities Exchange Commission.  All proceedings reflecting the terms and conditions of the MOU shall be the subject of a request by the parties that the Court place such matters under seal.  All parties agree not to disclose to the media the amount, terms, or conditions of this settlement.

_Justin I. Woods_      _4-12-2012_
Plaintiffs' Counsel           Date

_Robert Sheesley_      April 12, 2012
Settlors' Counsel           Date

Individual Settlement Sheet for Skyline Corporation and Layton Homes Corp. (Exhibit A to Stipulation of Settlement)

# INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )

## NAME OF SETTLORS:

Thor Industries, Inc.
Citair, Inc.
Damon Motor Coach
DS Corp., d/b/a CrossRoads RV
Dutchmen Manufacturing, Inc.,
Four Winds International, Inc.
Keystone RV Company
Komfort Corp.
Thor Industries, Inc.
Thor California, Inc., a.k.a., MPV RV, Inc.

Chartis Specialty Insurance Company (formerly known as American International
       Specialty Lines Insurance Company)
National Union Fire Insurance Company of Pittsburg, Pa.

## SETTLOR'S COUNSEL:

James C. Percy
Ryan E. Johnson
Jones Walker
8555 United Plaza Blvd., Fifth Floor
Baton Rouge, Louisiana 70809

(Counsel for Citair, Inc., Damon Motor Coach, DS Corp, Dutchmen Manufacturing, Inc.,
Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor Industries,
Inc., Thor California, a/k/a MPV RV, Inc.)

Charles E. Leche
Deutsche, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
(Counsel for Chartis Specialty Insurance Company and National Union Fire Insurance
Company of Pittsburg, Pa.)

## SETTLEMENT AMOUNT:

$6,250,000

## OTHER APPLICABLE PROVISIONS:

This is Settlement Agreement is subject to and incorporates the provisions of the

February 10, 2012 Memorandum of Understanding executed between the parties.


_____          _____
Plaintiffs' Counsel                                          Date                     4-13-12


_____          _____
Settlors' Counsel                                          Date                     04-13-12
(Ryan E. Johnson)


_____ w/ permission REJ    _____
Settlors' Counsel                                          Date                     04-13-12
(Charles E. Leche)

**INDIVIDUAL SETTLEMENT SHEET**

(EXHIBIT A to Stipulation of Settlement)

NAME OF SETTLORS:    SunRay R.V., L.L.C., SunRay Investments, L.L.C. and the
Burlington Insurance Company

SETTLORS' COUNSEL:    Lamont P. Domingue, of Voorhies & Labbe, for SunRay R.V.,
L.L.C., and SunRay Investments, L.L.C.

Sidney W. Degan, III, and Mary K. Cryar, of Degan, Blanchard &
Nash, for the Burlington Insurance Company

SETTLEMENT AMOUNT:  $205,000.00

OPT OUT THRESHOLD (Per Section VII):    0

OTHER APPLICABLE PROVISIONS:

_____    4-13-12
Plaintiffs' Counsel    Date

_____    4/12/12
Counsel for SunRay R.V., L.L.C., and    Date
SunRay Investments, L.L.C.

_____    4/12/12
Counsel for the Burlington Insurance    Date
Company

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )


**NAME OF SETTLORS:**     Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise

Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line

Development Company, Inc., H L Enterprises, Inc., and its insurers The Burlington

Insurance Company, Nautilus Insurance Company, Axis Specialty Insurance Company

and Berkley Specialty Underwriting Managers, L.L.C.


**SETTLOR'S COUNSEL:  Thomas G. Buck, BLUE WILLIAMS, LLP**

**SETTLEMENT AMOUNT: $122,450.00**

**OTHER APPLICABLE PROVISIONS:**

This is Settlement Agreement is subject to and incorporates the provisions of the

Memorandum of Understanding executed between the parties.


_Justin R. Woods_     4-13-2012
Plaintiffs' Counsel        Date


_(signature)_     4|13|2012
Settlors' Counsel       Date
(Thomas G. Buck)


1

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )


**NAME OF SETTLORS:**

Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court)

Crum & Forster Specialty Insurance Company

Sentry Insurance a Mutual Company

The Burlington Insurance Company


**SETTLOR'S COUNSEL:**

Sidney J. Angelle
Eric B. Berger
Lobman, Carnahan, Batt & Angelle and Nader
400 Poydras Street
Suite 2300
New Orleans, Louisiana 70130
(Counsel for Crum & Forster Specialty Insurance Company)

Heidi Vogt
von Briesen & Roper, S.C.
411 East Wisconsin Avenue
Suite 700
Milwaukee, WI 53202
(Counsel for Sentry Insurance a Mutual Company)

Sidney W. Degan, III
Mary K. Cryar
Degan, Blanchard & Nash
400 Poydras Street
Suite 2600
New Orleans, Louisiana 70130
(Counsel for The Burlington Insurance Company)

**SETTLEMENT AMOUNT:**

$ 887,250, to be paid in the following shares:

| Defendant | Amount |
|---|---|
| C&F Specialty | $445,750 |
| Sentry | $276,500 |
| Burlington | $165,000 |

**OTHER APPLICABLE PROVISIONS:**

This is Settlement Agreement is subject to and incorporates the provisions of the March 29, 2012 Memorandum of Understanding executed between the parties. This Settlement Agreement includes Pilgrim International, Inc., a bankruptcy entity, and is conditioned upon approval of the United States Bankruptcy Court for the Northern District of Indiana (Case Number 08-33256 ), to the extent necessary.

_____    4-13-12
Plaintiffs' Counsel          Date

_____    4/12/12
Settlors' Counsel            Date
(Sidney J. Angelle)

_____    4/13/12
Settlors' Counsel            Date
(Heidi Vogt)

_____    4-12-12
Settlors' Counsel            Date
(Mary K. Cryar)

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )

### NAME OF SETTLORS:

KZRV, LP
Sentry Insurance a Mutual Company
Lexington Insurance Company

### SETTLOR'S COUNSEL:

James C. Percy
Ryan E. Johnson
Jones Walker
8555 United Plaza Blvd., Fifth Floor
Baton Rouge, Louisiana 70809
(Counsel for KZRV, LP)

Charles E. Leche
Deutsche, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
(Counsel for Lexington Insurance Company)

Heidi Vogt
von Briesen & Roper, S.C.
411 East Wisconsin Avenue
Suite 700
Milwaukee, WI 53202
 (Counsel for Sentry Insurance a Mutual Company)

### SETTLEMENT AMOUNT:

$1, 250,000

_____        5-28-12        _____        4-13-12
Plaintiffs' Counsel            Date            Settlor's Counsel              Date
                                               (Heidi Vogt for Sentry)

_____        4-13-12        _____        4-13-12
Settlor's Counsel              Date            Settlor's Counsel              Date
(Ryan E. Johnson for KZ)                       (Charles E. Leche for
                                               Lexington)

{B0789786.1}                        1

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )

**NAME OF SETTLORS:**     Timberland RV Company d/b/a Adventure Manufacturing

and Timberlodge Real Estate, L.L.C. and its insurer The Burlington Insurance Company

**SETTLOR'S COUNSEL:  Thomas G. Buck, BLUE WILLIAMS, LLP**

**SETTLEMENT AMOUNT: $443,300.00**

OTHER APPLICABLE PROVISIONS:

This is Settlement Agreement is subject to and incorporates the provisions of the

Memorandum of Understanding executed between the parties.


_____     4-13-2012
Plaintiffs' Counsel                              Date


_____     4-13-2012
Settlors' Counsel                                  Date
(Thomas G. Buck)

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )

**NAME OF SETTLORS:**   Heartland Recreational Vehicles, L.L.C.  and its insurers, The Burlington Insurance Company and Westchester Insurance Company.

**SETTLOR'S COUNSEL:**  Thomas G. Buck, BLUE WILLIAMS, LLP

**SETTLEMENT AMOUNT:** $552,600.00

### OTHER APPLICABLE PROVISIONS:

This is Settlement Agreement is subject to and incorporates the provisions of the Memorandum of Understanding executed between the parties.

_____     _____
Plaintiffs' Counsel                                      Date

_____     _____
Settlors' Counsel                                        Date
(Thomas G. Buck)

1

{B0789789.1} BW1543261

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )

NAME OF SETTLOR:

Forest River, Inc., Vanguard Industries of
Michigan, Inc., Vanguard, LLC, their liability
insurers and all released parties as set forth in their
Memorandum of Understanding executed on May
25, 2012.

Settling Settlor also includes, but is not limited to,
those Settlors, Released Parties, and/or Releasees as
more fully defined in the Stipulation of Settlement.

SETTLOR'S COUNSEL:

ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800

SETTLEMENT AMOUNT:

Amount being deposited under seal per terms of
Memorandum of Understanding executed on May
25, 2012.

OTHER APPLICABLE PROVISIONS:

Memorandum of Understanding executed on May
25, 2012.

_____   5/25/12
Plaintiffs' Counsel          Date

_____   May 24, 2012
Settlors' Counsel            Date

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )


NAME OF SETTLOR:

Gulf Stream Coach, Inc., Fairmont Homes, Inc., their liability insurers and all released parties as set forth in their Memorandum of Understanding executed on May 24, 2012.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.


SETTLOR'S COUNSEL:

ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002

and

Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
SCANDURRO & LAYRISSON
607 St. Charles Avenue
New Orleans, LA 70130


SETTLEMENT AMOUNT:

Amount being deposited per terms of Memorandum of Understanding.


OTHER APPLICABLE PROVISIONS:

Memorandum of Understanding executed on May 24, 2012.

This settlement is subject to the following conditions which supplement, and supersede where appropriate, the terms contained in the Stipulation of Settlement (R. Doc. 25226-1):

1.     To ensure that there is no ambiguity, the terms concerning settlement relief contained in Section III.B. and concerning Notice Cost contained in Section V.D. of the Stipulation of Settlement are intended to cap this Settlement Group's potential pro-rata contribution (divided by Settlement Groups) to a single $35,000.00 cap for the cost of class notice and charges of the Special Master,

combined (i.e., if 16 Settlement Groups, $35,000/16 = $2,187.50 total potential contribution for cost of class notice and charges of special master).

_____   5/25/12
Plaintiffs' Counsel                              Date

_____   5/25/2012
Settlors' Counsel                                 Date

00382148-1                                                2

INDIVIDUAL SETTLEMENT SHEET

(Exhibit A to Stipulation of Settlement)

SETTLING SETTLOR:                    Jayco, Inc., Jayco Enterprises, Inc., Jayco Corp.,
                                     Starcraft RV, Inc., Interstate Fire and Casualty
                                     Company, Lexington Insurance Company,
                                     Westchester Specialty Insurance Company and Arch
                                     Specialty Insurance Company

                                     Settling Settlor also includes, but is not limited to,
                                     those Settlors, Released Parties, and/or Releasees as
                                     more fully defined in the Stipulation of Settlement.


COUNSEL:                             Thomas L. Cougill, Bar No. 04877300
                                     R. Mark Willingham, Bar No. 21641500
                                     Willingham, Fultz, & Cougill, LLP
                                     Neil Esperson Building
                                     808 Travis Street, Suite 1608
                                     Houston, Texas 77002

SETTLEMENT FUND:                     Amount being deposited under seal per terms of
                                     Memorandum of Understanding


OTHER APPLICABLE PROVISIONS:         Memorandum of Understanding executed on May
                                     8th, 2012.


_____          _____
Plaintiff's Counsel                 Date

_____          _____
Settlors' Counsel                   Date

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement )


NAME OF SETTLOR:                   Monaco Coach Corporation, its liability insurers and all released parties as set forth in its Memorandum of Understanding executed on May 24, 2012.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

SETTLOR'S COUNSEL:         ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002

SETTLEMENT AMOUNT:       Amount being deposited per terms of Memorandum of Understanding.

OTHER APPLICABLE PROVISIONS:   Memorandum of Understanding executed on May 24, 2012.

This settlement is subject to the following conditions which supplement, and supersede where appropriate, the terms contained in the Stipulation of Settlement (R. Doc. 25226-1):

1.    To ensure that there is no ambiguity, the terms concerning settlement relief contained in Section III.B. and concerning Notice Cost contained in Section V.D. of the Stipulation of Settlement are intended to cap this Settlement Group's potential pro-rata contribution (divided by Settlement Groups) to a single $35,000.00 cap for the cost of class notice <u>and</u> charges of the Special Master, combined (i.e., if 16 Settlement Groups, $35,000/16 = $2,187.50 total potential contribution for cost of class notice and charges of special master).

2.    The settlement of Monaco Coach Corporation is contingent upon approval of the United States Bankruptcy Court for the District of Delaware.

*Justin A. Woods*     5/27/2012

Plaintiffs' Counsel               Date

_____                    5/27/2012

Settlors' Counsel                              Date