# EXHIBIT F

Class Representatives

| Defendant(s) | Class Representative | Case Information |
|---|---|---|
| Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Viking Recreational Vehicles, LLC. | Anthony Dixon | *Carey, et al v. Coachmen Recreational Vehicle Company, LLC, et al*, E.D. La. No. 09-5747 |
| Cruiser RV, LLC; Doubletree RV, L.L.C. | Kim Siverio | *Siverio v. Cruiser RV, LLC, et al*, E.D. La. No. 09-6069 |
| Forest River, Inc.; Vanguard Industries of Michigan, Inc.; Vanguard, Inc. | Abbie West | *Anderson, et al v. Forest River, Inc., et al*, E.D. La. No. 10-3124 |
| Frontier RV, Inc.; Frontier RV Georgia, L.L.C. | Glenda Moreland | *Balay, et al v. Frontier RV, Inc., et al*, E.D. La. No. 09-5384 |
| Gulf Stream Coach, Inc. | Clyde Bean | *Bean, et al v. Gulf Stream Coach, Inc., et al*, E.D. La. No. 09-6070 |
| Heartland Recreational Vehicles, LLC | Trina Brown | *Bradley, et al v. Heartland Recreational Vehicles, LLC., et al*, E.D. La. No. 09-8401 |
| Hy-Line Enterprises, Inc., n/k/a FRH, Inc. | Centra Myers | *Myers, et. al. v. Hy-Line Enterprises, Inc.*, S.D. Tx. No. 10-0637 |
| Jayco, Inc.; Jayco Enterprises, Inc.; Jayco Corp.; Starcraft RV, Inc. | Dorothy G. Carr | *Burns, et al v. Jayco, Inc., et al*, E.D. La. No. 10-2238 |
| KZRV, LP | Melvin Mackey | *Kisha Sellers, et al v. KZRV, LP, et al*, E.D. La. No. 09-4899 |
| Monaco Coach Corporation | Toni Garner | *Garner, et al v. Am. Int'l Specialty Lines, Co., et al*, E.D. La. No. 09-5226 |
| Pilgrim International, Inc. | Gregory Brown | *Brown, et al v. Pilgrim International, Inc., et al*, E.D. La. No. 09-3868 |
| Play'Mor Trailers, Inc. | Craig Ray, Sr. | *Ray, et. al. v. Play'Mor Trailers, Inc., et al*, E.D. La. No. 11-0345 |
| Recreation By Design, LLC; TL Industries, Inc. | Christopher Love | *Love v. Recreation By Design, LLC, et al*, E.D. La. No. 09-8623 |
| R-Vision, Inc. | Cynthia Devore | *Decou, et al v. Liberty Mutual Ins. Co., et al*, E.D. La. No. 09-8459 |
| Skyline Corporation, Inc.; Skyline Homes, Inc.; Layton Homes Corp.; Homette Corporation | Peter Daunoy, III | *Daunoy, III, et al v. Layton Homes Corp., et al*, E.D. La. No. 09-5942 |
| SunRay R.V., L.L.C., and SunRay Investments, L.L.C. | Mary Harris | *Harris, et al v. SunRay RV, LLC, et al*, E.D. La. No. 09-7665 |
| Thor Industries, Inc.; Thor California, Inc.; Citair, Inc.; Damon Motor Coach; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Four Winds International Corporation; Keystone RV Company; Komfort Corp.; | Raymond Bell, Jr. | *Davis, et al v. Keystone RV Co., et al*, E.D. La. No. 09-4947 |
| Timberland RV Company, Inc. d/b/a Adventure Manufacturing | Lisa Broome | *Brent, et al v. Timberland RV Co., Inc., et al*, E.D. La. No. 09-8400 |