UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>This applies to *All Cases* | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## AFFIDAVIT

Before me, the undersigned notary public came:

**James C. Percy**

who after being duly sworn, did say:

1. My name is James C. Percy. I am a partner with the law firm of Jones, Walker, Waechter, Poitevent, Carrere and Denegre, LP.

2. I was appointed as Co-Liaison Counsel for the Settling Defendants in the MDL proceeding referenced above. The matters in this affidavit are based on my personal knowledge.

3. In this litigation, issues of both fact and law are strenuously contested as between the plaintiffs, on the one hand, and defendants generally, on the other hand. Defendants would likely seek JNOV and/or appeal and/or otherwise vigorously oppose by all

{B0790195.1}

2

appropriate means any adverse jury verdict that might be obtained by any plaintiff in any matter now or formerly before this Court in the captioned MDL proceeding.

Baton Rouge, Louisiana, this 25th day of May, 2012.

_____
James C. Percy

Sworn and Subscribed before me,
this 25th day of May, 2012.

_____
Ryan E. Johnson, Notary
La. Bar Roll No. 26352
My Commission Expires at
Death