# INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement)

## NAME OF SETTLORS:

KZRV, LP
Sentry Insurance a Mutual Company
Lexington Insurance Company

## SETTLOR'S COUNSEL:

James C. Percy
Ryan E. Johnson
Jones Walker
8555 United Plaza Blvd., Fifth Floor
Baton Rouge, Louisiana 70809
(Counsel for KZRV, LP)

Charles E. Leche
Deutsche, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
(Counsel for Lexington Insurance Company)

Heidi Vogt
von Briesen & Roper, S.C.
411 East Wisconsin Avenue
Suite 700
Milwaukee, WI 53202
(Counsel for Sentry Insurance a Mutual Company)

## SETTLEMENT AMOUNT:

$1,250,000

_____  5-28-12
Plaintiffs' Counsel      Date

_____  4-13-12
Settlor's Counsel        Date
(Heidi Vogt for Sentry)

_____  4-13-12
Settlor's Counsel        Date
(Ryan E. Johnson for KZ)

_____  4-13-12
Settlor's Counsel        Date
(Charles E. Leche for Lexington)

{B0789786.1}                    1