# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *James Aldridge, et al v. Gulf Stream Coach, Inc.,* | * | JUDGE ENGELHARDT |
| *et al;* Civil Action No. 07-09228 | * | |
| | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## GULF STREAM COACH, INC.'S RULE 12(b)(6) MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR PRESCRIPTION

**NOW INTO COURT,** through undersigned counsel of record, comes Defendant, Gulf Stream Coach, Inc., who prays that this Court dismiss with prejudice the claims of certain Plaintiffs named in the lawsuit entitled *James Aldridge, et al. v. Gulf Stream Coach, Inc., et al.,* 2:07-09228, for prescription, the reasons therefore being more fully explained in the accompanying Memorandum in Support.

                                                         Respectfully Submitted,

                                                         **DUPLASS, ZWAIN, BOURGEOIS,**
                                                         **PFISTER & WEINSTOCK**

                                                         s/ Andrew D. Weinstock
                                                         _____
                                                         **ANDREW D. WEINSTOCK #18495**
                                                         **JOSEPH G. GLASS #25397**
                                                         3838 N. Causeway Boulevard, Suite 2900
                                                        Metairie, Louisiana  70002
                                                        Telephone: (504) 832-3700
                                                        Facsimile: (504) 837-3119
                                                        andreww@duplass.com
                                                        jglass@duplass.com
                                                        **Counsel for Defendant, Gulf Stream Coach, Inc.**

00341720-1

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of April, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                      s/ Andrew D. Weinstock
                      _____
                      **ANDREW D. WEINSTOCK**