UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5)* |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGELHARDT |
| *James Aldridge, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al;* Civil Action No. 07-09228 | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### GULF STREAM COACH, INC.'S MEMORANDUM IN SUPPORT OF ITS RULE 12(b)(6) MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR PRESCRIPTION

**MAY IT PLEASE THE COURT:**

Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), respectfully submits the following Memorandum in Support of its Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss for Prescription.

**A.     Background**

This litigation stems from claims made by multiple Plaintiffs against the United States of America, manufactures of temporary housing units, and contractors assigned to work on these temporary housing units, for their actions following Hurricanes Katrina and Rita which made landfall along the Texas and Gulf Coast in September of 2005. On May 18, 2006, the matter of *Keith Hillard, et al. v. The United States of America, et al.,* was filed in Louisiana's Eastern District making these initial claims cited above.[1] More importantly, *Hillard* was filed on behalf of a class of individuals with similar claims and sought class certification under F.R.C.P. 23.[2] On October 24, 2007, the above captioned Multi-District Litigation was created to allow for the consolidated resolution and completion of discovery and other pre-trial matters.[3]

---

[1] *See Hillard, et al. v. The United States of America, et al.,* 2:06-cv-02576
[2] *Id.* at paras. 2 and 64(I).
[3] *See* 2:07-md-01873, Rec. Doc. #1

00341718-1

On October 28, 2008, Plaintiff Liaison Counsel filed a Motion to Certify Class in accordance with Federal Rule of Procedure 23.[4] This Motion was denied by the Court on December 29, 2008.[5]

However, on November 30, 2007, prior to the Court ruling on the Motion to Certify Class, the above referenced, independent lawsuit of *James Aldridge, et al. v. Gulf Stream Coach, et al.,* 2:07-cv-09228, was filed outside of the putative class action asserting substantially similar claims.[6] Of the plaintiffs named in *Aldridge*, ninety-one (91) assert claims against Gulf Stream.[7] As seem below, sixty-nine (69) of these claims were prescribed at the time this suit was filed.

**B.   Law**

In a federal diversity action, Louisiana's one year statute of limitations for delictual actions applies. La.Civ.Code art. 3492; *Orleans Parish Sch. Bd. v. U.S. Gypsum Co.,* 892 F. Supp. 794, 797-98 (E.D. La. 1995) *aff'd sub nom. Orleans Parish Sch. Bd. v. Asbestos Corp. Ltd.*, 114 F.3d 66 (5th Cir. 1997). Under Louisiana law, prescription begins to run "when the person in whose favor a cause of action exists knows or should have known of the existence of his cause of action." *Trizec Properties, Inc. v. United States Mineral Products Co.,* 974 F.2d 602, 607 (5th Cir.1992); La. Civ. Code art. 3493. A person knows or should know of the existence of his cause of action once he has received sufficient notice to prompt a reasonable person to investigate further. *See Jordan v. Employee Transfer Corp.,* 509 So.2d 420, 423-24 (La.1987). Therefore, the above-cited claims have a prescription period of one year from the time the Plaintiff knows or should have known of the existence of the injury.

---

[4] *Id. at* Rec. Doc. #764
[5] *Id.* at Rec. Doc. #1014
[6] *Aldrigde v. Gulf Stream Coach, Inc.,* Civil Action No. 2:07-cv-09228.
[7] *Id.* at II

Furthermore, Plaintiffs' prescriptive periods were not suspended during the pendency of the putative class because Plaintiffs voluntary opted-out of the class, thereby forfeiting their right to suspend the prescriptive period.

Generally, prescription against members of a putative class is suspended prior to the certification of the class. La. Code Civ. Pro. art. 596. However, when members of the putative class "opt-out," they lose the suspensive protection against prescription. *Katz v. Allstate Ins. Co.,* 04-1133 (La. App. 4 Cir. 02/02/05) 917 So.2d 443. When a plaintiff, who is a putative class member, chooses to file suit on his own before the class certification decision is made, he is determined to have "opted-out" of the class and forfeits the benefit of Article 596 tolling. *Dixey v. Allstate Ins. Co.,* 09-4443, 2011 WL 4403988 (E.D. La. Sept. 21, 2011) *citing Lester v. Exxon Mobile Corp.,* 09-1105 (La. App. 5 Cir. 06/29/10) 42 So.3d 1071. *See also Duckworth v. Louisiana Farm Bureau Mut. Ins. Co.,* 2011-0837 (La. App. 4 Cir. 11/23/11) 2011 WL 5903854. Thus, the general prescription period of one year from the date Plaintiffs knew or should have known of their injury and potential cause of action applies here.

**C.     Prescribed Claims**

As stated above, sixty-nine (69) of the ninety-one (91) claims asserted in *Aldridge* are prescribed, entitling Gulf Stream to dismissal with prejudice. Specifically:

•     Plaintiff, Angela L. Aldridge, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as *"Exhibit A en globo."*

•     Plaintiff, Glen Airhart o/b/o Frank Airhart, alleges on the Plaintiff Fact Sheet that the injury occurred in "early 2006." This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as *"Exhibit A en globo."*

•     Plaintiff, Glen Airhart o/b/o Lydia Airhart, alleges on the Plaintiff Fact Sheet that the injury occurred in "early 2006." This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as *"Exhibit A en globo."*

•	Plaintiff, Randy Audibert, alleges on the Plaintiff Fact Sheet that the injury occurred in January of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Gordon Band, alleges on the Plaintiff Fact Sheet that the injury occurred in November of 2005. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Louise Berteaux, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Carolyn Blackmon, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Minnie Britton, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Carroll Britton Sr., alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Dianne Brown, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Julius Brown, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Lolita Davis, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Lolita Davis o/b/o Glendale Davis, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Joshua C. Davis, alleges on the Plaintiff Fact Sheet that the injury occurred in November of 2005. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

•	Plaintiff, Barbara Dixon, alleges on the Plaintiff Fact Sheet that the injury occurred in July of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Tronda Dixon, alleges on the Plaintiff Fact Sheet that the injury occurred in July of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Ezell Dixon, alleges on the Plaintiff Fact Sheet that the injury occurred in July of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Tronda Dixon o/b/o Ty'Julante Dixon, alleges on the Plaintiff Fact Sheet that the injury occurred in the Summer of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Tronda Dixon o/b/o Jermaine Hawkins, alleges on the Plaintiff Fact Sheet that the injury occurred in August of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Issac Frezel, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Carla Guichard, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Carla Guichard o/b/o Jamesha Guichard, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Carla Guichard o/b/o Larrisha Guichard, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006 . This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Judi P. Guth, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Kimberly Hamilton, alleges on the Plaintiff Fact Sheet that the injury occurred in January of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Shemekia Hamilton, alleges on the Plaintiff Fact Sheet that the injury occurred after February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Gerald Hampton, alleges on the Plaintiff Fact Sheet that the injury occurred in May of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Damian J. Hargrove o/b/o Damian J. Hargrove Jr., alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Leroy Hargrove, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, LaQuesta Higgins, alleges on the Plaintiff Fact Sheet that the injury occurred after November of 2005. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Veronica Hunter, alleges on the Plaintiff Fact Sheet that the injury occurred in November of 2005. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Gussie Mae Jones, alleges on the Plaintiff Fact Sheet that the injury occurred in January of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Leonard Jones III, alleges on the Plaintiff Fact Sheet that the injury occurred in November of 2005. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Carol Kennedy, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Danny V. Kennedy, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006 . This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Craig LaBeau, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Edward LaBeau, alleges on the Plaintiff Fact Sheet that the injury occurred after Mary of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Shirley LaBeau, alleges on the Plaintiff Fact Sheet that the injury occurred in May of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Gregory Laforge, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Keisha Landry, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Keisha Landry o/b/o Anisa Holiday, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Keisha Landry o/b/o Airiss White, alleges on the Plaintiff Fact Sheet that the injury occurred in. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Barbara Lawless, alleges on the Plaintiff Fact Sheet that the injury occurred in January of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Javery Mark, alleges on the Plaintiff Fact Sheet that the injury occurred in January of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Victorine Mattehws, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Freddie Matthews, Jr., alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Darryl Mercante, alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Charisse Millet, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Earl Millet , alleges on the Plaintiff Fact Sheet that the injury occurred in march of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Arthur Mitchell o/b/o Kenya Mitchell, alleges on the Plaintiff Fact Sheet that the injury occurred after October of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Daria Mouton, alleges on the Plaintiff Fact Sheet that the injury occurred in August of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Daria Mouton o/b/o Dymen Slaughter, alleges on the Plaintiff Fact Sheet that the injury occurred in July of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Rayfield Robinson Jr., alleges on the Plaintiff Fact Sheet that the injury occurred in May of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Rayfield Robinson Jr. o/b/o Holly Robinson, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Rayfield Robinson Jr. o/b/o Magic Robinson, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Rayfield Robinson Jr. o/b/o Smokey Robinson, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Rayfield Robinson Jr. o/b/o Sunny Robinson , alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Jackie Robinson, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Renice Robinson, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Sugar Ray Robinson, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Jimmy Sciurba, alleges on the Plaintiff Fact Sheet that the injury occurred in October of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

- Plaintiff, Michelle Smith, alleges on the Plaintiff Fact Sheet that the injury occurred after October of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Robert W. Self, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Christine Self o/b/o Tyler D. Self, alleges on the Plaintiff Fact Sheet that the injury occurred in February of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Jaycelyn J. Slater, alleges on the Plaintiff Fact Sheet that the injury occurred in January of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Valerie S. Taylor, alleges on the Plaintiff Fact Sheet that the injury occurred in April of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Chris R. Taylor Sr., alleges on the Plaintiff Fact Sheet that the injury occurred in June of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Larry White, alleges on the Plaintiff Fact Sheet that the injury occurred in April of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

• Plaintiff, Michael T. Wiseman, alleges on the Plaintiff Fact Sheet that the injury occurred in March of 2006. This suit was filed over a year later on November 30, 2007. Thus, the claim is prescribed. The Plaintiff Fact Sheet is attached as "*Exhibit A en globo.*"

**D.    Conclusion**

Clearly, each of the Plaintiff claims specifically addressed is prescribed. Thus, Defendant, Gulf Stream, prays that this Court dismiss these claims, with prejudice.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

00341718-1

<andreww@duplass.com>
<jglass@duplass.com>
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of April, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**

00341718-1