UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER )          MDL NO. 1873
FORMALDEHYDE          )
PRODUCT LIABILITY LITIGATION )
                              )
_____ )   SECTION: N(4)
                              )
                              )    JUDGE: ENGELHARDT
THIS RELATES TO:              )    MAG: ROBY
                              )
Plaintiff: _____    )
                              )
  BARBARA DIXON               )
_____ )

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☒ bronchitis  
☒ throat irritation  
☒ hoarseness  
☐ laryngitis  
☐ pneumonia  
☒ upper respiratory tract infections  
☒ pulmonary edema  
☐ asthma attacks for the first time in your life  
☒ asthma attacks that are recurrence of  
    childhood asthma  
☐ allergies for the first time in your life  
☐ worsening of allergies that you had previous  
    to living in FEMA trailer

☒ allergic contact dermatitis  
☒ dizziness  
☐ unconsciousness  
☐ convulsions or seizures  
☐ blood in urine  
☐ abnormal liver enzymes  
☐ nephritis (inflammation of kidneys)  
☐ low blood pressure  
☐ hypothermia (low body temperature)  
☐ miscarriage or stillbirth  
☐ abnormal laboratory tests on blood  
☐ abnormal laboratory tests on urine  

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
N/A_____

_____
_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a_____

5.    When do you claim this injury or disease first occurred? UNKNOWN_____

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐       No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
n/a_____
_____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒      No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

**Claimant Name:  Dixon, Barbara**

 **Attorney:  D'Amico**

1.  Did not provide  the date when plaintiff claims this injury or disease first occurred, as required by Section III C 5.

**July, 2006.**

2.  Plaintiff claims that living in a FEMA trailer worsened a pre-existing condition, but fails to set forth that condition or whether she had recovered from that condition prior to moving in to the trailer, as required by Section III C 7.

**Barbara Dixon had Asthma, but did not have an attached since 2005.  When she moved into the FEMA trailer, she began having Asthma attacks again.**

3.  Did not provide a complete date when repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V D.

**The repairs were done in 2007  Barbara Dixon does not have records of the repairs and 2007 is as precise as she can provide.**

4.  Did not provide dates when plaintiff suffered from lung or other respiratory disease, as required by Section VI F 1.

**Barbara Dixon suffered from Asthma until 2005 when she had her last attack prior to moving into the FEMA trailer.**

5.  Did not provide complete addresses for pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX F.

**The address for the Walgreens in New Orleans is 1801 St. Charles Ave., New Orleans, LA  70130 and the address for the Walgreens in Baton Rouge is 3550 Government, Baton Rouge, LA  70806.**

| CENTER | | |
|--------|--|--|
| | | |
| | | |
| | | |
| | | |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| WALGREENS DRUG STORE | NEW ORLEANS, LA |
| WALGREENS DRUG STORE | BARON ROUGE, LA |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.


_____        _____        _____
**Signature of Plaintiff**               **Print Your Name**              **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: *Tronda* | ) | |
| *Dixon* | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet** must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

✓ bronchitis
✓ throat irritation
✓ hoarseness
___ laryngitis
___ pneumonia
___ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
✓ asthma attacks that are recurrence of childhood asthma
___ allergies for the first time in your life
✓ worsening of allergies that you had previous to living in FEMA trailer

___ allergic contact dermatitis
✓ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. ___N|A_____

_____

_____

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ___until NO_____

If yes, which kind of cancer?
___N|A_____

5.  When do you claim this injury or disease first occurred? ___unknown___

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☑

If "Yes," when and who diagnosed the condition at that time?
___N|A_____

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☑          No ☐

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

ERRATA SHEET

Claimant Name:  Dixon, Tronda

Claimant's Attorney: D'Amico

1.  Did not provide  the date when plaintiff claims this injury or disease first occurred, as required by Section III C 5.

July, 2006

2. Did not provide dates when repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V D.

The locks were repaired on the FEMA trailer in 2007.

3. Did not identify any doctors or health care providers who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII A-B.

Tronda Dixon has not been treated for disease/illness/injury that plaintiff suffered as a result of living in a FEMA trailer.

4. Did not identify the doctors or health care providers that provided psychological health care to plaintiff as a result of living in a FEMA housing unit, as required by Section VII C.

Tronda Dixon did not receive psychological health care.

5. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII B.

The Form 95 was completed and it is attached.

6. Did not provide the specific addresses of the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX F.

The address of the Walgreens is 900 Canal,  New Orleans, LA 70112.  The address for the RiteAid is 3433 Government Street, Baton Rouge, LA 70806.

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | Nationwide |
| Rite Aid | Baton Rouge, LA. |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Rhonda Dixon_            _Trenda Dixon_            _5/27/08_
**Signature of Plaintiff**            **Print Your Name**            **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Ezell Dixon | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☒ bronchitis
☒ throat irritation
☒ hoarseness
☒ laryngitis
☒ pneumonia
☒ upper respiratory tract infections
☒ pulmonary edema
☒ asthma attacks for the first time in your life
☒ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☒ worsening of allergies that you had previous
    to living in FEMA trailer

☒ allergic contact dermatitis
☒ dizziness
☒ unconsciousness
☒ convulsions or seizures
☒ blood in urine
☒ abnormal liver enzymes
☒ nephritis (inflammation of kidneys)
☒ low blood pressure
☒ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☒ abnormal laboratory tests on blood
☒ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
not applicable _____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
not applicable _____

5. When do you claim this injury or disease first occurred?unknown_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
n/a _____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒        No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

**Claimant Name:  Dixon, Ezell**

**Claimant's Attorney:  D'Amico**

1.  Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III C 5.

**July, 2006.**

2.  Plaintiff claims that living in a FEMA trailer worsened a pre-existing condition, but failes to set forth that condition or whether he had recovered from that condition prior to moving in to the trailer, as required by Section III C 7.

**Ezell Dixon had a Skin Rash and Asthma prior to moving into the FEMA trailer.  Both of these conditions were made worse by living in the FEMA trailer.**

3 Did not provide dates when repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V D.

**The locks were repaired on the trailer in 2007.**

4.  Did not provide complete addresses for the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX F.

**The address of the Walgreens is 900 Canal  New Orleans, LA 70112.  The address for the Rite Aid is 2669 Canal, New Orleans, LA  70119.**

5.  Did not sign a valid certificate- Plaintiff did not sign the certification attached to the fact sheet which contains typed-responses;  plaintiff signed a separate certification with handwritten responses.

**If the database is "down" at the time the interview is conducted, a handwritten PFS is completed and after review, the claimant will sign the handwritten PFS. At a later time, the data is entered into the database and printed out.**

_____    9/24/08

**Plaintiff or Representative**                          **Date**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | Nationwide  , |
| Rite Aid | Canal and Broad Streets   New Orleans, LA |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**          **Print Your Name**          **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _Ty'Julaute'_ | ) | |
| _Dixon (MINOR)_ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

_/_ bronchitis
_/_ throat irritation
___ hoarseness
___ laryngitis
___ pneumonia
___ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood
_/_ asthma
_/_ allergies for the first time in your life
_✗_ worsening of allergies that you had previous to
    living in FEMA trailer

___ allergic contact dermatitis
_/_ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
n/a _____
_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ~~Yes~~ no

   If yes, which kind of cancer?
   ____n/a_____

5. When do you claim this injury or disease first occurred? _unknown_

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
   Yes ☐     No ☑

   *If "Yes,"* when and who diagnosed the condition at that time?
   ____n/a_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
   Yes ☐     No ☑

   *If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

**Claimant Name:  Dixon, Ty'Julante represented by Tronda Dixon**

 **Attorney:  D'Amico**

1.  Did not provide  the date when plaintiff claims this injury or disease first occurred, as required by Section III C 5.

**Ty'Julante Dixon's disease/injury first occurred in 2006.**

2. Did not provide adequate information about the period of time that plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V A 20.

**From July 2006 to July 2007, Ty'Julante Dixon lived in the FEMA trailer full time during the summer and during vacation periods (Christmas Break, Spring Break, etc).  During the school year-August to May, 2006-2007, when school was in session, Ty'Julante Dixon stayed at 3437 Canyon Lands, Baton Rouge, LA during the week-Monday-Friday, and then stayed at 8933 Dixon St., in the trailer, during weekends.**

3. Did not respond whether  air quality tests were performed on the FEMA housing unit, as required by Section V B.

**Air Quality tests were not performed on the FEMA housing unit.**

4.  Did not provide a complete date when repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V D.

**The repairs were done in 2007.**

5. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII B.

**The Form 95 is attached.**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | Nationwide |
| Rite Aid | Baton Rouge, La |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    _____    _____
Signature of Plaintiff                  Print Your Name                          Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) | MDL NO. 1873 |
| | ) | |
| ———————————— | ) ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: *Jermaine* | ) | |
| *Hawkins (MINOR)* | ) ) | |

PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

✓ bronchitis
✓ throat irritation
___ hoarseness
___ laryngitis
___ pneumonia
✓ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood
  ✓ asthma
✓ allergies for the first time in your life
___ worsening of allergies that you had previous to
  living in FEMA trailer

___ allergic contact dermatitis
✓ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _n/a_____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _no_____

If yes, which kind of cancer?
_n/a._____

5. When do you claim this injury or disease first occurred? _unknown_

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐         No ☒

If "Yes," when and who diagnosed the condition at that time?
_n/a_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐         No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

| | |
|---|---|
| **Claimant Name:** | **Hawkins, Jermaine represented by Tronda Dixon** |
| **Claimant's Attorney:** | **D'Amico** |

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
   **August 2006.**

2. Did not state the dates on which repairs, service or maintenance were performed on the FEMA housing unit, as required by Section V (D).
   **2007**

3. Did not state the dates on which plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G).
   **Nov 2007**

4. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
   **Not in plaintiffs possession.**

5. Did not provide the admission dates to the hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D).
   **Lady of the Lake – Nov 2007**
   **Children's Hospital – Feb 2008**

6. Did not provide the address of the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
   **Walgreens, 4485 Perkins Rd, Baton Rouge, LA**

   **Rite Aid, 7570 Jefferson Hwy, Baton Rouge, LA**

_____          9/4/08
**Plaintiff or Representative**                    **Date**

| | | |
|---|---|---|
| n|a | | |
| | | |
| | | |

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | nationwide |
| Rite Aid | Baton Rouge, LA |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Tronda Dixon_ | _Tronda Dixon_ | _5/27/08_ |
| Signature of Plaintiff | Print Your Name | Date |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 ) |
| _____ | ) ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: _____ | ) ) | |
| Isaac Frezel | ) ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☒ asthma attacks that are recurrence of
      childhood asthma
☐ allergies for the first time in your life
☒ worsening of allergies that you had previous
      to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☒ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

n/a _____

_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a _____

5.   When do you claim this injury or disease first occurred?_unknown_____

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒        No ☐

*If "Yes,"* when and who diagnosed the condition at that time?
asthma and allergies worsened after moving into trailer dates unknown_____

_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒        No ☐

If *"Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

**Claimant Name: Frezel, Isaac**

**Claimant's Attorney: Frank J. D'Amico, Jr. APLC**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

**March 2006**

2. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, specifically plaintiff did not provide the when and who diagnosed the condition, as required by Section III (C)(6).

**2007, Dr. Schneider, allergies and asthma**

3. Did not provide a response to whether FEMA trailer worsened a pre-existing condition, specifically plaintiff did not provide the date of recovery, as required by Section III (C)(7).

**2007, allergies and asthma**

4. Did not provide plaintiff's current employment information, specifically plaintiff did not provide the address of current employer, as required by Section IV (F)(1).

**City of New Orleans – Address – Civil District Court, 421 Loyola Ave., Poydras St., New Orleans, LA 70112**

5. Did not provide plaintiff's employment information for the past ten years, specifically plaintiff did not provide the address, as required by Section IV (F)(2).

**City of New Orleans – Address – Civil District Court, 421 Loyola Ave., Poydras St., New Orleans, LA 70112**
**3/2003-present**
**Armstrong International Airport – 900 Airline Drive, Kenner, LA**
**4/2001-2003**
**NO WORK**
**1994-2001**
**US Postal Service – 701 Loyola Ave., New Orleans, LA**
**1982-1994**

6. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date the repair, service or maintenance was performed, as required by Section V (D).

**Repairs, service and maintenance performed between March 2006 and November 2007.**

7. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, specifically plaintiff did not provide the reason for the MRI or the treating physician who administered the chest x-ray, as required by Section VI (G).

**Reason MRI – Bone Density Test**
**Treating Physician for chest x-ray – ER Physician**

| | | |
|---|---|---|
| Baptist Mem. Hosp | New Orleans, LA | 2003 - 2004 |
| | | |
| | | |

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| WALGREENS | CANAL Street, NEW ORLEANS, LA |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Isaac Frezel* | *Isaac Frezel* | *6/2/08* |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: ———————— | ) | |
| Carla G. Guichard | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
n/a_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a_____

5. When do you claim this injury or disease first occurred? June 2006_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a_____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐        No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| | |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Carla Guichard_          _Carla Guichard_          _6/30/08_
**Signature of Plaintiff**          **Print Your Name**          **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| Carla Guichard  O/B/O Carla Guichard | ) | |

(handwritten: Jamesha Guichard)

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be **completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a
FEMA trailer (not listed above) and any conditions for which you have
been diagnosed by a physician. _____
n/a _____
_____
_____

4.   Since you moved into the FEMA trailer and up to the present date, have
    you been diagnosed with cancer?_____No_____

    If yes, which kind of cancer?
    n/a _____

5.   When do you claim this injury or disease first occurred? June 2006

6.   Did you ever suffer this type of illness or disease prior to living in the
    FEMA trailer?
    Yes ☐      No ☒

    *If "Yes,"* when and who diagnosed the condition at that time?
    n/a _____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a
    condition that you already had or had in the past?
    Yes ☐      No ☒

    *If "Yes,"* set forth the illness, disease or condition; whether or not you had
    already recovered from that illness, disease or condition before you began

4

| | | |
|---|---|---|
| | | |
| | | |
| | | |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Carla Guichard | Carla Guichard | June 30, 2008 |
|---|---|---|
| Signature of Plaintiff | Print Your Name | Date |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Judi P. Guth | ) | |
| ———————————— | ) | |

### PLAINTIFF FACT SHEET

I.   **INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

- ☐ bronchitis
- ☐ throat irritation
- ☐ hoarseness
- ☐ laryngitis
- ☐ pneumonia
- ☐ upper respiratory tract infections
- ☐ pulmonary edema
- ☐ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☐ allergies for the first time in your life
- ☐ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☐ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☐ blood in urine
- ☐ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☐ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
N/A _____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _____ No _____

If yes, which kind of cancer?
N/A _____

5. When do you claim this injury or disease first occurred? March 21, 2006

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐       No ☒

If "Yes," when and who diagnosed the condition at that time?
N/A _____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐       No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Rite Source | 4302 West Buckeye Rd. suite 109   Phoenix, Az 85043 |
| Walgreens | Nationwide   New Orleans, La |
|  |  |
|  |  |
|  |  |

## CERTIFICATION

   I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.


**Signature of Plaintiff**          **Print Your Name**          **Date**

17

*Sent to defense*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: _____ | ) ) | |
| Carla Guichard  O/B/O Larrisha Guichard _____ | ) ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☒ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☒ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
n/a

_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a

5.    When do you claim this injury or disease first occurred? June 2006

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒    No ☐

If "Yes," when and who diagnosed the condition at that time?
asthma.  2001

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒    No ☐

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E.    Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| unknown |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens |  |
|  |  |
|  |  |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Carla Guichard          Carla Guichard          6-30-08
**Signature of Plaintiff**          **Print Your Name**          **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |

| | | |
|---|---|---|
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: ___Kimberly Hamilton___ | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A underline(separate) Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
     childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
     to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. To be determined

_____

_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____ No _____

      If yes, which kind of cancer?
      N/A
      _____

5.    When do you claim this injury or disease first occurred? 1/06 _____

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
      Yes ☐      No ☒

      *If "Yes,"* when and who diagnosed the condition at that time?

      _____

      _____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
      Yes ☐      No ☒

      **If *"Yes,"*** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Kimberly Hamilton | 1-25-2010 |
| | Print Your Name | Date |

# ERRATA SHEET

**Claimant Name:**　　　**Hampton, Shemekia**

## Claimant's Attorney:  D'Amico

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
   **After Feb 2006**

2. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V (D)- date not provided.
   **Feb 2006-June 2007**

3. Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A)- incomplete address.
   **Dr Bryan Washington 3720 Prytania St New Orleans, LA 70115**

4. Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B).
   **Dr Tang 4209 St Claude Ave New Orleans, LA 70117; 2001-2004**
   **Dr Bryan Washington 3720 Prytania St New Orleans, LA 70115; 2004-present**

5. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E)- incomplete addresses.
   **Dr Bryan Washington 3720 Prytania St New Orleans, LA 70115**
   **Ochsner Hospital 2500 Belle Chasse Hwy Gretna, LA 70058**

6. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F)- incomplete address.
   **Walgreens 4200 Chef Menteur Hwy New Orleans, LA 70126**

7. Did not sign a valid certification- Plaintiff did not sign the certification attached to the fact sheet which contains typed-responses; instead, plaintiff signed a separate certification with handwritten responses.
   **If the database is "down" at the time the interview is conducted, a handwritten PFS is completed and after review, the claimant will sign the handwritten PFS. At a later time, the data is entered into the database and printed out.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| Plaintiff: *Gerald Hampton* | ) | |
| | ) | |
| ——————————————— | ) | |

### PLAINTIFF FACT SHEET

I.   **INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☑ bronchitis
☑ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☑ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____NONE_____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?  Yes ☐   No ☑

If yes, which kind of cancer?

_____

5. When do you claim this injury or disease first occurred?_____5/06_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐   No ☑

If "Yes," when and who diagnosed the condition at that time?

_____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐   No ☑

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

X _Gerald Hampton_                X _Gerald Hampton_                X _8-31-09_
Signature of Plaintiff _Gerald_        Print Your Name                    Date
_Hampton_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: _____ | )<br>) | |
| Damian J. Hargrove  O/B/O Damian J. Hargrove Jr | ) | |

PLAINTIFF FACT SHEET

I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

- [ ] bronchitis
- [ ] throat irritation
- [ ] hoarseness
- [ ] laryngitis
- [ ] pneumonia
- [ ] upper respiratory tract infections
- [ ] pulmonary edema
- [ ] asthma attacks for the first time in your life
- [x] asthma attacks that are recurrence of childhood asthma
- [ ] allergies for the first time in your life
- [ ] worsening of allergies that you had previous to living in FEMA trailer

- [x] allergic contact dermatitis
- [ ] dizziness
- [ ] unconsciousness
- [ ] convulsions or seizures
- [ ] blood in urine
- [ ] abnormal liver enzymes
- [ ] nephritis (inflammation of kidneys)
- [ ] low blood pressure
- [ ] hypothermia (low body temperature)
- [ ] miscarriage or stillbirth
- [ ] abnormal laboratory tests on blood
- [ ] abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
ECZEMA_____
_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
N/A_____

5. When do you claim this injury or disease first occurred? 05/06_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒      No ☐

*If "Yes,"* when and who diagnosed the condition at that time?
ASTHMA AT 1 YEAR OF AGE, PEDIATRICIAN WITH IMG
HEALTHCARE_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒      No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**          **Print Your Name** Damian D. Hargrove          **Date** 6/25/08

18

*crw*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                )        MDL NO. 1873
FORMALDEHYDE                       )
PRODUCT LIABILITY LITIGATION       )
                                   )
_____  )        SECTION: N(4)
                                   )
                                   )        JUDGE: ENGELHARDT
THIS RELATES TO:                   )        MAG: ROBY
                                   )
Plaintiff: _____   )
                                   )
*Leroy Hargrove*_____   )

**PLAINTIFF FACT SHEET**

I.     **INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

*3/06*

___bronchitis
_✓_throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer

___allergic contact dermatitis
_✓_dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

*aggravation of high blood pressure; dry eyes;*

*(Rx) lycinloprince for kidneys (?)*

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?___ *NO* ___

If yes, which kind of cancer?
___ *N/A* ___

5. When do you claim this injury or disease first occurred?___ *3/06* ___

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒          No ☐

If "*Yes*," when and who diagnosed the condition at that time?
*high blood pressure    2003-2004    Charity Hospital*

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒          No ☐

If "*Yes*," set forth the illness, disease or condition; whether or not you already recovered from that illness, disease or condition before you began

4

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| St. Vincent de Paul | 1995 Gentilly Blvd   N.O. LA 70119 |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Mr. Leroy Hargrove | Leroy Hargrove | 6/19/08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| LaQuesta Higgins | ) | |
| _____ | ) | |

PLAINTIFF FACT SHEET

I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1