☒ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☒ pulmonary edema
☐ asthma attacks for the first time in your life
☒ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☒ worsening of allergies that you had previous
    to living in FEMA trailer

☒ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☒ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
anxeity attacks _____
_____
_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a _____

5.   When do you claim this injury or disease first occurred? exact date unknown

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a _____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒          No ☐

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

ERRATA SHEET

**Claimant Name:**        **Mark, Javery**

**Claimant's Attorney:  D'Amico**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
**Jan 2006**

2. Did not provide a response to whether FEMA trailer worsened a pre-existing condition, specifically plaintiff did not provide the date of recovery, as required by Section III (C)(7).
**Ongoing**

3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
**Plaintiff's claim is unavailable at this time**

4. Did not provide plaintiff's current employment information, specifically plaintiff did not provide the full address of her current employer and the dates of employment, as required by Section IV (F)(1).
**150 Northshore Blvd Ste 4042 Slidell, LA 70460; Apr 2008-present**

5. Did not provide plaintiff's employment information for the past ten years, specifically plaintiff did not provide the full address of employers or the dates of employment, as required by Section IV (F)(2).

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| CVS | Gauze Blvd, Slidell |
| The Medicine Shop | Robert Rd, Slidell, LA |
| Walgreens | Front St. + Gauze, Slidell, LA |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Savery Mark | Javery Mark | 5/21/08 |
|-------------|-------------|---------|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Victorine Matthews | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.     INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
sinus infection, tiredness
_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a

5. When do you claim this injury or disease first occurred? exact dates unknown

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a
_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐        No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

Claimant Name:  **Victorine Matthews**

Claimant's Attorney:  **Frank D'Amico**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

   **June 10, 2006**

2. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

   **This amount is still to be determined.**

3. Did not provide plaintiff's employment information for the past ten years, specifically plaintiff did not provide the address to prior employment, as required by Section IV (F)(2).

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| **Desire Community Housing Corporation** | **4298 Elysian Fields Avenue** **New Orleans, LA 70122** | **2007-present** | **Housing counselor and case manager** |
| **Food and Drug Administration** | **144 Research Drive** **Hampton, VA 23666** | **1976-1999** | **Consumer Complaints, Recall Coordinator** |

4. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date of the repairs, service or maintenance, as required by Section V(D).

   **Date: Between 7/06 and 11/07 - Reason: Plumbing was repaired.**

1 of 5

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Victorine D. Matthews        VicToRiNE MATTHews        9/18/08

**Signature of Plaintiff**        **Print Your Name**        **Date**

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          )        MDL NO. 1873
FORMALDEHYDE                 )
PRODUCT LIABILITY LITIGATION )
                             )
_____    )        SECTION: N(4)
                             )
                             )        JUDGE: ENGELHARDT
THIS RELATES TO:             )        MAG: ROBY
                             )
Plaintiff: _____  )
                             )
  FREDDIE MATTHEWS JR        )
_____    )

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
N/A
_____
_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____N/A_____

If yes, which kind of cancer?
N/A_____

5.   When do you claim this injury or disease first occurred? UNKNOWN_____

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐      No ☒

If "Yes," when and who diagnosed the condition at that time?
N/A_____
_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐      No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

Claimant Name:  **Freddie Matthews**

Claimant's Attorney:  **Frank D'Amico**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

   **June 10, 2006**

2. Did not provide plaintiff's current employment information, specifically plaintiff provided previous employment information instead of current employment information, as required by Section IV (F)(1).

   **Plaintiff correctly answered the question the originally submitted Plaintiff Fact Sheet. Plaintiff provided his last place of employment as required by Section IV (F)(1).**

3. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date of the repairs, service or maintenance, as required by Section V(D).

   **Date: Between 7/06 and 11/07 - Reason: Plumbing was repaired.**

4. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, specifically plaintiff did not provide the treating physician information, as required by Section VI (G).

   1. To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

      Yes ☒     No ☐     Don't Recall ☐

      *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| CHEST X-RAY | 12/2007 | ER Doctor | Touro Hospital | CHEST PAINS |
| MRI | 1989 | ER Doctor | Touro Hospital | BACK PROBLEMS |

| | | |
|---|---|---|
| TOURO | NEW ORLEANS, LA | 70007 |
| | | |
| | | |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | one Monticello Hwy, New Orleans, LA |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Freddie Matthews_                    Freddie Matthews, Jr    6/5/08
**Signature of Plaintiff**              **Print Your Name**         **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| DARRYL MERCANTE | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☒ bronchitis
☒ throat irritation
☒ hoarseness
☒ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☒ asthma attacks that are recurrence of childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous to living in FEMA trailer

☒ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
TROUBLE URINATING, PNEUMONIA BEFORE MOVING INTO TRAILER BUT MANY HAVE WORSENED CONDITION

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ___No___

If yes, which kind of cancer?
N/A

5. When do you claim this injury or disease first occurred? DATE UNKNOWN AT THIS TIME

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒    No ☐

If "Yes," when and who diagnosed the condition at that time?
AUGUST 2005/ER OF KATIE MEDICAL CENTER

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒    No ☐

If "Yes," set forth the illness, disease or condition; whether or not you already recovered from that illness, disease or condition before you began

4

ERRATA SHEET

**Claimant Name: Mercante, Darryl**

**Claimant's Attorney:  D'Amico Law Office**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

   **After June 2006**

2. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).

   **Plaintiff is not currently employed. His last employer was Jaegers in 2001.**

3. Did not respond whether air quality tests were performed on the FEMA housing unit, specifically plaintiff did not provide the date the air quality tests were performed, as required by Section V (B).

   **Dec. 23, 2007**

4. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date the repairs, service or maintenance was performed, as required by Section V (D).

   **Stove was repaired on 10/24/2006 and trailer was repaired on 6/7/2007.**

5. Did not provide information of other persons who resided in the FEMA housing unit, specifically plaintiff did not provide the nature of the personal injury, as required by Section V (E).

   **Formaldehyde Exposure is a sufficient answer for nature  of personal injury.**

6. Did not indicate whether plaintiff has ever suffered from an infectious disease, specifically plaintiff did not provide the date of illness, as required by Section VI (F)(2).

   **Aug. 2005**

| Name | Address | |
|---|---|---|
| East Jefferson | Houma Blvd. Metairie, LA | pneumonia |
| University | Rendon Street New Orleans, CA | pneumonia / breathing tests |

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | New Orleans, LA |
| CVS | New Orleans, CA on Severn Avenue |
| Rite Aid | Canal Street, N.O., LA |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff            Print Your Name            Date

DARYL MERCANTE            6/3/08

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ( | MDL NO. 1873 |
| FORMALDEHYDE | ( | |
| PRODUCT LIABILITY LITIGATION | ( | |
| | ( | SECTION: N(4) |
| THIS RELATES TO: | ( | |
| | ( | JUDGE: ENGELHARDT |
| | ( | MAG: ROBY |
| Plaintiff: | ( | |
| _____ | ( | |
| Charisse Millet | ( | |

PLAINTIFF FACT SHEET

**I.    INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a
FEMA trailer (not listed above) and any conditions for which you have
been diagnosed by a physician._____
n/a_____
_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have
you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a_____

5. When do you claim this injury or disease first occurred? March 2006_____

6. Did you ever suffer this type of illness or disease prior to living in the
FEMA trailer?
Yes ☐          No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
n/a_____
_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a
condition that you already had or had in the past?
Yes ☐          No ☒

*If "Yes,"* set forth the illness, disease or condition; whether or not you had
already recovered from that illness, disease or condition before you began

4

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

X _Charisse Reilly_           _Charisse C. Millet_    _June 24, 2008_
Signature of Plaintiff          Print Your Name         Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| Earl Millet | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
   childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
   to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. n/a _____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ____No____

If yes, which kind of cancer?
n/a _____

5. When do you claim this injury or disease first occurred? March 2006 _____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐   No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
n/a _____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐   No ☒

If *"Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

| | | |
|---|---|---|
| | | |
| | | |
| | | |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| | |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff          Print Your Name          Date

Edwn Millet Jr.          June 24, 2008

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER       )       MDL NO. 1873
FORMALDEHYDE              )
PRODUCT LIABILITY LITIGATION )
                          )
_____   )       SECTION: N(4)
                          )
                          )       JUDGE: ENGELHARDT
THIS RELATES TO:          )       MAG: ROBY
                          )
Plaintiff: _____   )
                          )
   DARIA MOUTON           )
_____   )

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☒ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
N/A _____

_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _____ No _____

If yes, which kind of cancer?
N/A _____

5. When do you claim this injury or disease first occurred? UNKNOWN _____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐      No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
N/A _____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒      No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

**Claimant Name:  Mouton, Daria**

**Claimant's Attorney:  D'Amico Law Firm**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required in Section III (C) (5).

   **August 2006**

2. Did not provide a response to whether FEMA trailer worsened a pre-existing condition, specifically plaintiff did not provide the date of recovery, as required in Section III (C) (7).

   **Plaintiff did not recover, the allergies worsened in August of 2006.**

3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C) (9).

   **Amount unknown at this time due to possible future medical expenses.**

4. Did not provide plaintiff's current employment information, specifically plaintiff did not provide the address, as required by Section IV (F) (1).

   **1415 Tulane Ave.**
   **New Orleans, LA 70112**

5. Did not provide the VIN Number, as required by Section V (A) (2).

   **Unknown at this time. Awaiting disaster file.**

6. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date the repairs, service or maintenance was performed, as requires by Section V (D).

   **Repairs were done between July 2006 and April 2008.**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | National |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Daria Mouton*          *DARIA Mouton*          6-13-08
Signature of Plaintiff          Print Your Name          Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ ____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| Daria Mouton on behalf of Dymen Slaughter | ) | |
| _____ _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED
WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-
TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION
OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.   ONCE
COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR
ATTORNEY.

    Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005 .  A **separate** Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

    If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☒ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☒ asthma attacks that are recurrence of
   childhood asthma
☐ allergies for the first time in your life
☒ worsening of allergies that you had previous
   to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____ _____
N/A
_____ _____
_____ _____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? No _____

If yes, which kind of cancer?
N/A _____ _____

5.   When do you claim this injury or disease first occurred? 7/2006 _____

6.   Did you ever suffer this type of illness or disease  prior to living in the FEMA trailer?
Yes ☒         No ☐

*If "Yes,"* when and who diagnosed the condition at that time?
Asthma-childhood _____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒          No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Daria Mouton obo Dymen Slaughter

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Rayfield Robinson Jr | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☒ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☒ asthma attacks for the first time in your life
☒ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☒ allergic contact dermatitis
☒ dizziness
☒ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
My allergies worsened, it made me vomit, I had to have my appendix removed, developed pneumonia, bronchitis and burning rashes.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a

5.    When do you claim this injury or disease first occurred? 05/06 _____

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
n/a

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐        No ☒

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |
| | Ray Fred Robinson | 7-24-08 |

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          )          MDL NO. 1873
FORMALDEHYDE                 )
PRODUCT LIABILITY LITIGATION )
                             )
_____    )          SECTION: N(4)
                             )
                             )          JUDGE: ENGELHARDT
THIS RELATES TO:             )          MAG: ROBY
                             )
Plaintiff: _____  )
                             )
Rayfield Robinson Jr. O/B/O Holly Robinson  )
_____    )

PLAINTIFF FACT SHEET

I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
n/a _____

_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a _____

5.    When do you claim this injury or disease first occurred? unknown _____

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐    No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a _____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐    No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

# ERRATA SHEET

**Claimant Name:**          **Robinson, Holly Rep by Robinson, Rayfield Jr.**

**Claimant's Attorney:**     **Frank J. D'Amico, Jr.**

1. **Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).**

   2/2006

2. **Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9)- date not provided.**

   The amount of claim is unavailable at this time due to possible future medical expenses.

3. **Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B)- dates not provided.**

   | Name | Address | Approximate Dates |
   |------|---------|-------------------|
   | Dr. Michael P. Haydel | 120 Meadowcrest, Suite 100  Gretna, LA 70056 | 11/22/1993 to present |
   | Dr. Barry Bordenave | 401 Hendee Street  New Orleans, LA 70114 | 2006 |

4. **Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E).**

   | Name | Address | Approximate Dates |
   |------|---------|-------------------|
   | Dr. Michael P. Haydel | 120 Meadowcrest, Suite 100  Gretna, LA 70056 | 11/22/1993 to present |
   | Dr. Barry Bordenave | 401 Hendee Street  New Orleans, LA 70114 | 2006 |

5. **Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F)- incomplete addresses.**

   | Name | Address |
   |------|---------|
   | Walgreens | 4110 General Degaulle Dr  New Orleans, LA 70131 |
   | CVS | 4500 GENERAL MEYER  New Orleans, LA 70131 |

6. **Did not sign a valid certification- Plaintiff did not sign the certification attached to the fact sheet which contains typed-responses; instead, plaintiff signed a separate certification with handwritten responses.**

   If the database is "down" at the time the interview is conducted, a handwritten PFS is completed and after review, the claimant will sign the handwritten PFS. At a later time, the data is entered into the database and printed out.

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | Nationwide |
| CVS | Blessed St, N.O., La |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____        _____        5-28-08
Signature of Plaintiff                    Print Your Name                        Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                )        MDL NO. 1873
FORMALDEHYDE                       )
PRODUCT LIABILITY LITIGATION )
                                   )
_____   )        SECTION: N(4)
                                   )
                                   )        JUDGE: ENGELHARDT
THIS RELATES TO:                   )        MAG: ROBY
                                   )
Plaintiff: _____         )
                                   )
Rayfield Robinson O/B/O Magic Robinson )

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☒ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
none
_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
N/A_____

5. When do you claim this injury or disease first occurred? 02/13/2006_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐   No ☒

If "Yes," when and who diagnosed the condition at that time?
N/A_____
_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐   No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Wallgreens | nationwide |
| CVS | Blessed St. N.O. LA. |
|  |  |

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Print Your Name | Date |
|---|---|---|
| *(signature)* | Rayfield Robinson | 5/28/08 |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Rayfield Robinson  O/B/O Smokey Robinson | ) | |
| _____ | ) | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☒ pneumonia
☐ upper respiratory tract infections
☒ pulmonary edema
☒ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☒ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☒ blood in urine
☒ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☒ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☒ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which have been diagnosed by a physician._____
Sickle Cell Crisis_____
_____
_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a_____

5.    When do you claim this injury or disease first occurred?<u>unknown at this time</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐      No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
n/a_____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐      No ☒

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

# ERRATA SHEET

Claimant Name:          Robinson, Smokey Rep by Robinson, Rayfield Jr.

Claimant's Attorney:    Frank J. D'Amico, Jr.

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

   2/2006

2. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

   The amount of claim is unavailable at this time due to possible future medical expenses.

3. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date the repairs, service or maintenance was performed, as required by Section V (D).

   Repairs, service or maintenance were performed on the FEMA housing unit between 2/13/2006 and 3/3/2008.

4. Did not indicate whether plaintiff has ever suffered from an infectious disease, specifically plaintiff did not provide the description of each illness, as required by Section VI (F)(2).

   Plaintiff's answer is no.

5. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, specifically plaintiff did not provide when the procedures were performed and did not provide the name of the treating physician, as required by Section VI (G).

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest X-Ray | between 1991 to present | Dr. Garden | Children's Hospital | Sickle Cell |
| MRI | between 1991 to present | Dr. Garden | Children's Hospital | Sickle Cell |
| CT Scan | between 1991 to present | Dr. Garden | Children's Hospital | Sickle Cell |

6. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, specifically plaintiff did not provide the full address of the pharmacies listed, as required by Section IX (F).

| Name | Address |
|---|---|
| Walgreens | 4110 General Degaulle Dr   New Orleans, LA 70131 |
| CVS | 4500 GENERAL MEYER   New Orleans, LA 70131 |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | nationwide |
| CVS | Blessed St., N.O., LA |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Rayfield Robinson_ (signature) | _Rayfield Robinson_ | _5/28/08_ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 | |
| FORMALDEHYDE | ) | | |
| PRODUCT LIABILITY LITIGATION | ) | | |
| | ) | | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | SECTION: N(4) | |
| | ) | | |
| | ) | JUDGE: ENGELHARDT | |
| THIS RELATES TO: | ) | MAG: ROBY | |
| | ) | | |
| Plaintiff: ⎯⎯⎯⎯⎯⎯⎯⎯ | ) | | |
| | ) | | |
| Rayfield Robinson, Jr.  O/B/O Sunny Robinson | ) | | |

**PLAINTIFF FACT SHEET**

I.      **INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a
FEMA trailer (not listed above) and any conditions for which you have
been diagnosed by a physician._____
n/a_____

_____
_____

4.    Since you moved into the FEMA trailer and up to the present date, have
you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a_____

5.    When do you claim this injury or disease first occurred? Unknown at this time

6.    Did you ever suffer this type of illness or disease prior to living in the
FEMA trailer?
Yes ☐     No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
n/a_____
_____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
condition that you already had or had in the past?
Yes ☐     No ☒

*If "Yes,"* set forth the illness, disease or condition; whether or not you had
already recovered from that illness, disease or condition before you began

4

## ERRATA SHEET

Claimant Name:                    Robinson, Sunny Rep by Robinson, Rayfield Jr.

Claimant's Attorney:              Frank J. D'Amico, Jr.

1. **Did not provide the represented party's information, specifically plaintiff did not provide the address, as required by Section III (A).**

   3017 General Meyers Street, New Orleans, LA 70114

2. **Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).**

   2/2006

3. **Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).**

   The amount of claim is unavailable at this time due to possible future medical expenses.

4. **Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date the repairs, service or maintenance was performed, as required by Section V (D).**

   Repairs, service or maintenance were performed on the FEMA housing unit between 2/13/2006 and 3/3/2008.

5. **Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, specifically plaintiff did not provide treatments received, as required by Section VII (A-B).**

   Plaintiff received a rib x-ray and issued medication.

6. **Did not provide the identity of plaintiff's primary care physicians for the last seven years, specifically plaintiff did not provide approximate dates of treatment, as required by Section IX (B).**

   1/19/1988 to present

7. **Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, specifically plaintiff did not provide the full address of the pharmacies listed, as required by Section IX (F).**

| Name | Address |
|---|---|
| Walgreens | 4110 General Degaulle Dr   New Orleans, LA 70131 |
| CVS | 4500 GENERAL MEYER   New Orleans, LA 70131 |

8. **Did not sign a valid certification- Plaintiff did not sign the certification attached to the fact sheet which contains typed-responses; instead, plaintiff signed a separate certification with handwritten responses.**

   If the database is "down" at the time the interview is conducted, a handwritten PFS is completed and after review, the claimant will sign the handwritten PFS. At a later time, the data is entered into the database and printed out.

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | nationwide |
| CVS | blessed st, N.O., La. |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          Rayfield Robinson, Jr.          5/26/08
**Signature of Plaintiff**                   **Print Your Name**                 **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| Jackie Robinson | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

**I.     INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

- ☐ bronchitis
- ☒ throat irritation
- ☒ hoarseness
- ☐ laryngitis
- ☐ pneumonia
- ☐ upper respiratory tract infections
- ☐ pulmonary edema
- ☐ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☒ allergies for the first time in your life
- ☒ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☒ dizziness
- ☐ unconsciousness
- ☒ convulsions or seizures
- ☒ blood in urine
- ☒ abnormal liver enzymes
- ☒ nephritis (inflammation of kidneys)
- ☒ low blood pressure
- ☒ hypothermia (low body temperature)
- ☒ miscarriage or stillbirth
- ☒ abnormal laboratory tests on blood
- ☒ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
Everything I listed above plus chest pains. _____
_____
_____

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _____No_____

If yes, which kind of cancer?
N/A _____

5.  When do you claim this injury or disease first occurred? unknown _____

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
N/A _____
_____

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒          No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

## ERRATA SHEET

**Claimant Name:**         **Robinson, Jackie**

**Claimant's Attorney:**      **Frank J. D'Amico, Jr.**

1. **Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).**

   2/2006

2. **Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer, as required by Section III (C)(8).**

   Dr. Evans treated the plaintiff for headaches and chest pains and Dr. Wichett counseled the plaintiff.

3. **Did not provide plaintiff's current employment information, as required by Section IV (F)(1).**

   Plaintiff has never been employed.

4. **Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).**

   Plaintiff has never been employed.

5. **Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V (D)- date not specified.**

   Repairs, service or maintenance were performed on the FEMA housing unit between 2/13/2006 and 3/3/2008.

6. **Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G)- treating physician not specified.**

   Plaintiff was treated by an E.R. physician at Ochsner Meadowcrest.

7. **Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B)- Incomplete dates.**

   | Name | Address | Approximate Dates |
   |---|---|---|
   | Dr. Barry Bordenave | 1704 Hendee Street   New Orleans, LA 70114 | from birth to Sept 2007 |
   | Dr. Evans | 1501 Newton Street   New Orleans, LA 70114 | Sept 2007 to present |

8. **Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E)- incomplete dates.**

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| Walgreens | West bank express Hwy. |
|  |  |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Arthur Robinson_                    _Jackie Robinson_          _5-28-08_
**Signature of Plaintiff**                  **Print Your Name**           **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          )          MDL NO. 1873
FORMALDEHYDE                 )
PRODUCT LIABILITY LITIGATION )
                             )
_____ )          SECTION: N(4)
                             )
                             )          JUDGE: ENGELHARDT
THIS RELATES TO:             )          MAG: ROBY
                             )
Plaintiff: _____ )
                             )
  Renice Robinson            )
_____ )

PLAINTIFF FACT SHEET

I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☒ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
blurred vision, Diabetes _____
_____

_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a _____

5.   When do you claim this injury or disease first occurred? unknown at this time

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐       No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a _____
_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐       No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4