**ERRATA SHEET**

**Claimant Name:**          **Robinson, Renice**

**Claimant's Attorney:**    **Frank J. D'Amico, Jr.**

1. **Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).**

   2/2006

2. **Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).**

   The amount of claim is unavailable at this time due to possible future medical expenses.

3. **Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the dates of repairs, service or maintenance, as required by Section V (D).**

   Repairs, service or maintenance were performed on the FEMA housing unit between 2/13/2006 and 3/3/2008.

4. **Did not provide information of other persons who resided in the FEMA housing unit, specifically plaintiff did not provide the nature of all personal injuries, as required by Section V (E).**

   The nature of all personal injuries was exposure to formaldehyde from the FEMA provided trailer.

5. **Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, specifically plaintiff did not provide dates of treatment, as required by Section VII (A-B).**

   Plaintiff was treated at different times between 2001-2007

6. **Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, specifically plaintiff did not provide dates of treatment, as required by Section IX (E).**

   Plaintiff was treated at different times between 2001-2007

7. **Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, specifically plaintiff did not provide the full address of pharmacy listed, as required by Section IX (F).**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | Nationwide |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Renice Robinson_            Renice Robinson            5|28|08
Signature of Plaintiff            Print Your Name            Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Sugar Ray Robinson | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
Living in a trailer made me start catching panic attacks and hard to breathe._____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _____No_____

If yes, which kind of cancer?
n/a_____

5.    When do you claim this injury or disease first occurred? unknown at this time

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐       No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a_____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐       No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

# ERRATA SHEET

**Claimant Name:**       **Robinson, Sugar Ray**

**Claimant's Attorney:**       **Frank J. D'Amico, Jr.**

1. **Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).**

   2/2006

2. **Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).**

   The amount of claim is unavailable at this time due to possible future medical expenses.

3. **Did not provide plaintiff's current employment information, specifically plaintiff did not provide the address, as required by Section IV (F)(1).**

   Vista World is located at 2637 Edenborn Ave., Metairie, LA 70001.

4. **Did not provide plaintiff's employment information for the past ten years, specifically plaintiff did not provide the full address, as required by Section IV (F)(2).**

   Jefferson Parish Sheriff's Office is located at 1233 Westbank Expressway, Harvey, LA 70058.
   Vista World is located at 2637 Edenborn Ave., Metairie, LA 70001.

5. **Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, specifically plaintiff did not provide the date the repairs, service or maintenance was performed, as required by Section V (D).**

   Repairs, service or maintenance were performed on the FEMA housing unit between 2/13/2006 and 3/3/2008.

6. **Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, specifically plaintiff did not provide the dates of treatment, as required by Section VII (A-B).**

   2007 to present

7. **Did not provide the identity of plaintiff's primary care physicians for the last seven years, specifically plaintiff did not provide the approximate dates of treatment, as required by Section IX (B).**

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Barry Bordenave | 1704 Hendee Street   New Orleans, LA 70114 | from birth to Sept 2007 |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          _Sugar Ray Robinson_     _5/28/09_
Signature of Plaintiff                          Print Your Name                Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | **MDL NO. 1873** |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Jimmy Sciurba | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☒ bronchitis
☐ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☒ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☒ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
n/a _____
_____
_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _____ No _____

If yes, which kind of cancer?
n/a _____

5.    When do you claim this injury or disease first occurred? exact dates unknown

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐    No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a _____
_____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐    No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

**Claimant Name: Sclurba, Jimmy**

**Claimant's Attorney: Frank J. D'Amico APLC**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

**October 2006**

2. Did not provide plaintiff's current employment information, as required by Section IV (F)(1)- incomplete address.

**8237 Oak Street, New Orleans, LA 70178**

3. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2)- incomplete address.

**8237 Oak Street, New Orleans, LA 70178**

4. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V (D)- date not provided.

**Repair to smoke alarm was performed between October 2006 and August 2007.**

5. Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A).

**None**

6. Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B).

**None**

7. Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C).

**None**

8. Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D)- incomplete address.

**1000 Ochsner Blvd., Covington, LA 70433**

9. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E) - incomplete address.

**1000 Ochsner Blvd., Covington, LA 70433**

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| B SAVON EXPRESS | HERMOSA BEACH , CA 90254 |
| WALLGREENS HWY 190 | MANDEVILLE , LA 70448 |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _____ | JIMMY SCIORBA | 6-12-08 |
|--------------------------|---------------|---------|
| Signature of Plaintiff | Print Your Name | Date |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff Michelle Smith | ) ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

_(checked)_ bronchitis
_(checked)_ throat irritation
_(checked)_ hoarseness
_(checked)_ laryngitis
___ pneumonia
___ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood asthma
_(checked)_ allergies for the first time in your life
_(checked)_ worsening of allergies that you had previous to living in FEMA trailer

___ allergic contact dermatitis
_(checked)_ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _N/A_

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _No_

If yes, which kind of cancer? _N/A_

5.  When do you claim this injury or disease first occurred? _Date unknown_

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐     No ☑

If "Yes," when and who diagnosed the condition at that time? _N/A_

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐     No ☑

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

# ERRATA SHEET

**Claimant Name:**        Smith, Michelle

**Claimant's Attorney:**      Frank J. D'Amico, Jr.

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
   **After Oct 2006**

2. Did not provide plaintiff's State Driver's License Number, as required by Section IV (B) (might not have one).
   **LA #009140671**

3. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2)- incomplete address provided.

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|--------------------|-----------------------|
| Guest Informant | 21200 Erwin St. Woodland Hills, CA 91367 | 1993-1998 | Assistant Office Manager |

   Plaintiff has been unemployed since.

4. Did not provide the VIN Number, as required by Section V (A)(2).
   **1NL1GTR2261030877**

5. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
   **911861090**

6. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V (D)- date not provided.
   **Oct 2006-Aug 2007**

7. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G)- incomplete hospital information.
   **1202 S Tyler Covington, LA 70433**

8. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
   **See attached.**

9. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F)- incomplete address.
   **1202 S Tyler Covington, LA 70433**

10. Did not sign a valid certification- Plaintiff did not sign the certification attached to the fact sheet which contains typed-responses; instead, plaintiff signed a separate certification with handwritten responses.
    **If the database is "down" at the time the interview is conducted, a handwritten PFS is completed and after review, the claimant will sign the handwritten PFS. At a later time, the data is entered into the database and printed out.**

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| Walgreens | ST Ann St.  Mandeville. |
|  |  |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Michelle Smith*                    *Michelle Smith*                    6-12-08
**Signature of Plaintiff**                    **Print Your Name**                    **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: ———————— | ) | |
| | ) | |
| ROBERT W. SELF | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.**

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
   childhood asthma
☐ allergies for the first time in your life
☒ worsening of allergies that you had previous
   to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
BLURRED VISION WHILE IN TRAILER
_____
_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
N/A_____

5.   When do you claim this injury or disease first occurred? FEB 2006_____

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒      No ☐

If "Yes," when and who diagnosed the condition at that time?
ALLERGIES 1983_____
_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒      No ☐

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| NA   |         |
|      |         |
|      |         |
|      |         |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Robert W. Self_ _6/18/2008_

Signature of Plaintiff          Print Your Name          Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: _____ Christine K. Self O/B/O Tyler D. Self | ) ) ) ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
sinusitis, viral infection and ear infection

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____ No

If yes, which kind of cancer?
n/a

5.    When do you claim this injury or disease first occurred? February 2006

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒    No ☐

*If "Yes,"* when and who diagnosed the condition at that time?
Had occasional colds as a child.

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒    No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| C's Pharmacy | 1401 Veterans Blvd., Met, LA 70005 |
| MAJORIA ♯ | 1805 Metairie Rd. Met, LA 70005 |
| SAm's | 3900 AIRLINE DRIVE   70001 |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Christine Khern Self_          _Christine Khern Self_          _6-18-08_
**Signature of Plaintiff**              **Print Your Name**                **Date**

17

*Slater, Joycelyn*
*1st PFS*
*(incomplete)*

*re Trailer #1 (of 3)*
*11/22/05 - 3/06*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER ) MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
——————————————————— ) SECTION: N(4)
)
) JUDGE: ENGELHARDT
THIS RELATES TO: ) MAG: ROBY
)
Plaintiff: *Jaycelyn J* )
*Slater* )
)

### PLAINTIFF FACT SHEET

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
     living in FEMA trailer

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____

If yes, which kind of cancer?

_____

5. When do you claim this injury or disease first occurred?_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☐

*If "Yes,"* when and who diagnosed the condition at that time?

_____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐          No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

**ERRATA SHEET**

**Claimant Name:  Slater, Joycelyn**

**Claimant's Attorney:  D'Amico**

1.  Did not provide response that disease/illness is claimed to be the result of formaldehyde while
residing in a FEMA trailer, as required by Section III C 1.

Jocelyn Slater is claiming that her disease or illness is the result of being exposed to formaldehyde
while residing in a FEMA trailer.

2.  Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from
because of living in a FEMA trailer, as required by Section III C 2.

Jocelyn Slater's understanding is that she is suffering from formaldehyde exposure because she lived
in a FEMA trailer where she was exposed to high levels of formaldehyde.

3.  Did not provide responses to the symptom check list for symptoms experienced or reported to a
physician during the time lived in a FEMA Trailer, as required by Section III C 3.

Jocelyn Slater experienced the following symptoms:  irritation to eyes, burning of eyes, tearing of
eyes, irritation to nasal membrane, burning of nasal membranes, bleeding of nasal membranes,
irritation or itching of skin, rashes on skin, drying of scaling of skin, scaling or itching of eyelids,
irritation or swelling of eyelids or eye area, headaches, nausea, vomiting, abdominal pain, diarrhea,
shortness of breath, persistent cough, tightness of the chest, throat irritation, hoarseness, upper
respiratory tract infections, worsening of allergies that you had previous to living in FEMA trailer,
dizziness, blood in urine, abnormal laboratory tests on urine.

4. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the
FEMA trailer, as required by Section III C 4.

Jocelyn Slater has not been diagnosed with cancer since moving into the formaldehyde constructed
FEMA trailer.

5. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by
Section III C 5.

The injury or disease first occurred in January, 2006.

6. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living
in a FEMA trailer, as required by Section III C 6.

*Slater, Joycelyn*
*6/25/08*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| | |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

X *Joycelyn Slater*          *Joycelyn J Slater*          *6-25-08*
Signature of Plaintiff          Print Your Name          Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: _____ | ) ) | |
| Valerie S.. Taylor _____ | ) ) | |

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☒ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
None
_____
_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____ No _____

If yes, which kind of cancer?
n/a_____

5.    When do you claim this injury or disease first occurred? unknown at this time

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☒      No ☐

*If "Yes,"* when and who diagnosed the condition at that time?
sinusitis from approx. 8-10 years _____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒      No ☐

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

ERRATA SHEET

**CLAIMANT NAME: Valerie Taylor**

**ATTORNEY: D'Amico**

<u>**Taylor, Valerie S. (D'Amico Law Firm)**</u>

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5)- date not provided.

   **April 2006**

2. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6)- physician who diagnosed condition not indicated.

   **Dr. Sciaaca**
   **1532 Tulane Ave.**
   **New Orleans, LA 70122**

3. Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B)- incomplete addresses and treatment dates.

   **Medical Center of Louisiana**
   **1532 Tulane Avenue**
   **New Orleans, LA 70112**
   **Dates of Treatment: 2006 - Present**

4. Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A)-incomplete address.

   **Dr. Cara Morgan**
   **1990 Industrial Road**
   **Houma, LA 70363**

5. Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B)-incomplete address.

   **Dr. Cara Morgan**
   **1990 Industrial Road**
   **Houma, LA 70363**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| WALGREENS | NEW ORLEANS, LA |
| WALMART | Slidell, LA |
| Medical Center Outpatient | NEW ORLEANS, LA |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Valerie S. Taylor_ | _VALERIE S. TAYLOR_ | _5-21-08_ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER       )    MDL NO. 1873
FORMALDEHYDE          )
PRODUCT LIABILITY LITIGATION )
                               )
_____ )    SECTION: N(4)
                               )
                               )    JUDGE: ENGELHARDT
THIS RELATES TO:           )    MAG: ROBY
                               )
Plaintiff: _____      )
                               )
  Chris R. Taylor Sr
_____ )

## PLAINTIFF FACT SHEET

I.    **INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

    Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

    If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

- ☐ bronchitis
- ☐ throat irritation
- ☒ hoarseness
- ☐ laryngitis
- ☐ pneumonia
- ☐ upper respiratory tract infections
- ☐ pulmonary edema
- ☐ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☐ allergies for the first time in your life
- ☐ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☒ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☐ blood in urine
- ☐ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☐ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a

5. When do you claim this injury or disease first occurred? Unknown at this time

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐          No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

Claimant Name:              CHRIS R TAYLOR SR

Claimant's Attorney:        D'Amico


Taylor, Sr., Chris R. (D'Amico Law Firm)


1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by
   Section III (C)(5)- date not provided.
   The plaintiff's injury or disease first occurred in 6/2006

2. Did not provide plaintiff's current employment information, as required by Section IV (F)(1)- no
   address.
   The plaintiff is self employed.  The address is 5525 Patio Way, New Orleans, LA 70129

3. Did not provide plaintiff's employment information for the past ten years, as required by Section
   IV (F)(2)- incomplete address.
   The plaintiff is self employed and the address is 5525 Patio Way, New Orleans, LA 70129.
   Fashion Quarters is located at 2703 Saint Claude Avenue, New Orleans, LA 70117

4. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by
   Section VI (G)- physicians not indicated.
   Plaintiff saw ER doctors at University Hospital. There is no referring physician so no names are
   needed.

5. Did not identify the doctor(s) or health care provider(s) who treated plaintiff for
   disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing
   unit, as required by Section VII (A-B)- incomplete address and treatment dates.
   Medical Center of Louisiana
   1532 Tulane Avenue
   New Orleans, LA 70112
   Treatment date: summer of 2006

6. Did not provide the identity of plaintiff's current primary care physician, as required by Section
   IX (A)- incomplete address.
   Dr. Cara Morgan
   1990 Industrial Blvd
   Houma, LA 70363

7. Did not provide the identity of plaintiff's primary care physicians for the last seven years, as
   required by Section IX (B)- incomplete list and addresses.
   Dr. Cara Morgan
   1990 Industrial Blvd
   Houma, Blvd 70363

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| WALGREENS | New Orleans, LA |
| WALMART | Slidell, LA |
| Medical Center OutPatient | New Orleans, LA |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Elvis R. Tyler Sr._      Chris R. Taylor, Sr.      5/21/08
**Signature of Plaintiff**            **Print Your Name**              **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Larry White | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

I.    **INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

- ☐ bronchitis
- ☒ throat irritation
- ☒ hoarseness
- ☒ laryngitis
- ☐ pneumonia
- ☒ upper respiratory tract infections
- ☐ pulmonary edema
- ☐ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☒ allergies for the first time in your life
- ☐ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☐ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☐ blood in urine
- ☐ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☐ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
n/a _____
_____
_____

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
n/a _____

5.  When do you claim this injury or disease first occurred? April 2006 _____

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☒

If "Yes," when and who diagnosed the condition at that time?
n/a _____
_____

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐        No ☒

If "Yes," set forth the illness, disease or condition; whether or not you already recovered from that illness, disease or condition before you began

4

| | | |
|---|---|---|
| | | |
| | | |
| | | |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| med co | |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

x - _Larry White_          _Larry White_          _June 23, 2008_
Signature of Plaintiff              Print Your Name              Date

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: _____ | ) ) | |
| MICHAEL T. WISEMAN | ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☒ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
     childhood asthma
☒ allergies for the first time in your life
☒ worsening of allergies that you had previous
     to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
ALL LISTED

_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _____Yes_____

If yes, which kind of cancer?
n/a _____

5. When do you claim this injury or disease first occurred? Unknown at this time

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐      No ☒

If "Yes," when and who diagnosed the condition at that time?
N/A _____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒      No ☐

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

ERRATA SHEET

Claimant Name:          Wiseman, Michael T.

Claimant's Attorney:    Frank J. D'Amico, Jr.

1. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4)- did not indicate what type of cancer.

   -Kidney Cancer

2. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

   -March 2006

3. Did not provide plaintiff's current employment information, as required by Section IV (F)(1)- mixed up answers with Section IV(F)(2).

   -Self Employed
   4858 Oak Drive, Lafitte, LA 70067
   Commercial Fisherman
   -Retired Early 2008

4. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2)- mixed up answers with Section IV(F)(1).

   -Douglas Gordon Association
   Lafitte, LA 70067
   Stopped working for them in the 1980's
   Freezer Inventory

5. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit, as required by Section V (D)- no dates provided.

   -May 2007

6. Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1)- no dates provided.

   -June 2007

7. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G) no dates provided.

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Teweoldes Lafitte Drug | Hwy 45 Lofitte, La. 70067 |
| | |
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Michael T. Wiseman_     _Michael T Wiseman_     _5-28-08_
Signature of Plaintiff          Print Your Name          Date

17