# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Tanika Woods, et al v. Gulf Stream Coach, Inc.,* | * | JUDGE ENGELHARDT |
| *et al;* Civil Action No. 10-02261 | * | |
| | * | MAGISTRATE CHASEZ |
| * * * * * * * * * * * * * * * * | * * * * * * * * * * * * | |

## GULF STREAM COACH, INC.'S RULE 12(b)(6) MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR PRESCRIPTION

**NOW INTO COURT,** through undersigned counsel of record, comes Defendant, Gulf Stream Coach, Inc., who prays that this Court dismiss with prejudice the claims of certain Plaintiffs named in the lawsuit entitled *Tanika Woods, et al. v. Gulf Stream Coach, Inc., et al.*, 2:10-02261, for prescription, the reasons therefore being more fully explained in the accompanying Memorandum in Support.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        andreww@duplass.com
        jglass@duplass.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

00339696-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00339696-1