# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Tanika Woods, et al v. Gulf Stream Coach, Inc.,* | * | JUDGE ENGELHARDT |
| *et al;* Civil Action No. 10-02261 | * | |
| | * | MAGISTRATE CHASEZ |

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription is hereby set for submission on the 2nd day of May, 2012, at 9:30 a.m.

                                          Respectfully submitted:

                                          **DUPLASS, ZWAIN, BOURGEOIS,**
                                          **PFISTER & WEINSTOCK**

                                          s/Andrew D. Weinstock
                                          _____
                                          **ANDREW D. WEINSTOCK (#18495)**
                                          **JOSEPH G. GLASS (#25397)**
                                          3838 N. Causeway Boulevard, Suite 2900
                                          Metairie, Louisiana 70002
                                          Telephone: (504) 832-3700
                                          andreww@duplass.com
                                          jglass@duplass.com
                                          **Counsel for Defendant, Gulf Stream Coach, Inc.**

00341738-1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com