**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25061 | * | |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8000 | * | |
| Plaintiffs:  Tammie D. Alfred, Paedra Andrus, | * | |
| Paedra Andrus o/b/o Bailey Andrus | * | |

*************************************************************************

<u>MOTION TO WITHDRAW MOTION TO DISMISS</u>
<u>CERTAIN PLAINTIFFS (REC. DOC. NO. 25061)</u>

     **NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to withdraw its earlier filed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25061) in the above-captioned matter.  Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

     **WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motion to Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25061).

                    Respectfully Submitted,

                    **DUPLASS, ZWAIN, BOURGEOIS,**
                    **PFISTER & WEINSTOCK**

                    s/Andrew D. Weinstock
                    _____
                    **ANDREW D. WEINSTOCK #18495**
                    **JOSEPH G. GLASS #25397**
                    3838 N. Causeway Boulevard, Suite 2900

Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of April, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK**

00341751-1                                         2