# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * * | MAG: CHASEZ |
| REC. DOC. 25061  *Abadie, et al v. Gulf Stream Coach, Inc., et al*  Docket No. 09-8000  Plaintiffs: Tammie D. Alfred, Paedra Andrus,  Paedra Andrus o/b/o Bailey Andrus | * * * * | |

*************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25061);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25061) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

00341752-1