# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Necaise, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-2229; | * | |
| Wilner, III George; Wilson, Elise; Winter, Alex | * | |
| o/b/o Winter, Brandy; Winter, Candida; Winter, | * | |
| Derick; Winter, Jackie; Winter, Jasmine; Winter, | * | |
| Kendrick; Winter, Greg; Winter, Keva; Winter, Lisa; | * | |
| Winter, Ronald; Winter, Sharon; Winter, Stacey; | * | |
| Winter, Tonya; Winters, Candace; Winters, | * | |
| Shawanda; Mitchell, Monique o/b/o Washington, | * | |
| Manaja; Acker, Michael; Adams, Betty; Adams, | * | |
| Varielyn; Allen, Dewight; Anderson, Gertrude; | * | |
| Washington, Brian and Washington, Latoya. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription is hereby set for submission on the 2nd day of May, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

00341757-1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                        s/Andrew D. Weinstock
                        _____
                        ANDREW D. WEINSTOCK #18495
                        andreww@duplass.com