### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Burns, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-2246; | * | |
| Plaintiffs: Stokes, Tina a/r/o Estate of Andrews, | * | |
| Tracey; and Watson, Theodore | * | |

*************************************************************************

### NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription is hereby set for submission on the 2nd day of May, 2012, at 9:30 a.m.

                                            Respectfully submitted:

                                            **DUPLASS, ZWAIN, BOURGEOIS,**
                                            **PFISTER & WEINSTOCK**

                                            s/Andrew D. Weinstock
                                            _____
                                            **ANDREW D. WEINSTOCK (#18495)**
                                            **JOSEPH G. GLASS (#25397)**
                                            3838 N. Causeway Boulevard, Suite 2900
                                            Metairie, Louisiana 70002
                                            Telephone: (504) 832-3700
                                            andreww@duplass.com
                                            jglass@duplass.com
                                            **Counsel for Defendant, Gulf Stream Coach, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com