**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | ) | **MDL NO. 1873** |
| **FORMALDEHYDE** | ) | |
| **PRODUCT LIABILITY LITIGATION** | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| **THIS RELATES TO:** | ) | MAG: ROBY |
| | ) | |
| **Plaintiff: Alford, Sr., Robert** | ) | |
| | ) | |
| _____ | ) | |

**<u>PLAINTIFF FACT SHEET</u>**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

## II.    PERSONAL INFORMATION

A.    Name (person completing form): Robert Alford  Sr.

B.    Maiden or other names used or by which you have been known:

C.    Current Street Address: 2311 Parsly Ave
       Pascagoula, MS 39567

D.    Home Telephone No.: 228-217-6088
       Cell Phone No.:
       Work Telephone No: 228-217-6088
       Other Telephone Nos.:

E.    Email address: Daddio'sgrls@yahoo.com

## III.   CASE INFORMATION

A.    If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1.    State which individual or estate you are representing:

   2.    Maiden Or Other Names Used or By Which Such Person Has Been Known:

   3    Address (or last known address if deceased):

   4.    Home Telephone No.:
          Cell Phone No.:
          Work Telephone No:
          Other Telephone Nos.:

   5.    E-mail address:

   6.    If you were appointed as a representative by a court, state the:

Court: _____

Date of Appointment: _____

7.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.  If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.  Please state the name and address of the attorney representing you:

Watts Hilliard, LLC
_____
Attorney's Name/Law Firm
2506 N. Port Ave, Corpus Christi, TX 78401
_____
City, State and Zip Code

C.  Please state the following: (If you are a representative, please state this information for each such person being represented):

1.  Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒        No ☐

2.  What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?  I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3.  During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.

| |
|---|
| Burning Sensation in Chest |
| Eye Irritation / Excessive Tears |
| Skin Rash / Irritation |
| Nausea |
| Headaches |
| Dizziness |
| Coughing / Shortness of Breath |
| Sinus Infections / Sinusitis |
| Irregular Heartbeat |
| Sinus Infections / Sinusitis |
| Diarrhea |
| Dizziness |
| Allergic Contact Dermatitis |
| Burning Sensation in Chest |
| Throat Irritation |
| Tightness of the Chest |
| Persistent Cough |
| Emphysema / Wheezing |
| Nausea |
| Headaches |

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | Suffered Prior To Trailer? | Condition Worsened By Trailer? |
|---|---|---|
| Condition: <u>Burning Sensation in Chest</u><br>Diagnosing Physician: Singing River Hospital<br>Address of Physician: Hospital St.   Pascagoula, MS 39581 | ☐ | ☐ |
| Condition: <u>Eye Irritation / Excessive Tears</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Skin Rash / Irritation</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Nausea</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Headaches</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Dizziness</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Coughing / Shortness of Breath</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Sinus Infections / Sinusitis</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Irregular Heartbeat</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Sinus Infections / Sinusitis</u><br>Diagnosing Physician:  Doster<br>Address of Physician:  Pascagoula, ms | ☐ | ☒ |
| Condition: <u>Diarrhea</u><br>Diagnosing Physician:<br>Address of Physician: | ☐ | ☐ |
| Condition: <u>Dizziness</u><br>Diagnosing Physician:  Doster<br>Address of Physician:  Pascagoula, ms | ☐ | ☒ |
| Condition: <u>Allergic Contact Dermatitis</u><br>Diagnosing Physician:  Doster<br>Address of Physician:  Pascagoula, ms | ☐ | ☒ |
| Condition: <u>Burning Sensation in Chest</u><br>Diagnosing Physician:  Doster<br>Address of Physician:  Pascagoula, ms | ☐ | ☒ |
| Condition: <u>Throat Irritation</u><br>Diagnosing Physician:  Doster<br>Address of Physician:  Pascagoula, ms | ☐ | ☒ |
| Condition: <u>Tightness of the Chest</u><br>Diagnosing Physician:  Doster<br>Address of Physician:  Pascagoula, ms | ☐ | ☒ |

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Have not recovered.

8.    **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
      Yes ☐          No ☒

      *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

      Name and address of each person who treated or counseled you:

      | 1. |
      |----|
      | . |
      |  |

      To your understanding, describe the condition for which treated:

      | 1. |
      |----|
      | . |
      |  |

      State when you were treated for this psychological, psychiatric or emotional problem

      | 1. |
      |----|
      | . |
      |  |

      List the medications prescribed or recommended by the physician or counselor

      | 1. |
      |----|
      | . |
      |  |

9.    Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
      Yes ☒          No ☐

      *If "Yes,"* state the amount of your claim: _____

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 2311 Parsly Ave<br>Pascagoula, MS 39567 | 6/1/2007<br>present |
| , | |
| | |
| | |
| | |

B.   State Driver's License Number and State Issuing License:_____
     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

C.   Date and Place of Birth: 10/28/1977  MS County, MS

D.   Sex:  Male ☒         Female ☐

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Pascagoula High | 12/12/1996 | General | Diploma |
| | | | |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| D/Z Atlantic | 08/01/2007 - | | Pipe Welding |
| **Address** | | | |
| 4401 Soin. , | | | |

2.   List the following for each employer you have had in the last ten (10) years:

Alford, Sr., Robert  - WGC#229336

| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
|---|---|---|---|
| D/Z Atlantic | 08/01/2007 - | | Pipe Welding |
| **Address** | | | |
| 4401 Soin. , | | | |

| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
|---|---|---|---|
| Ingalls Ponderay | 10/01/2005 - 10/01/2008 | | Welder |
| **Address** | | | |

| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
|---|---|---|---|
| | | | |
| **Address** | | | |

3.     Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

Yes ☐       No ☒

*If "Yes,"* state the following:

     a.     If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

     b.     Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.     Previous Claims Information

     1.     Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

Yes ☐       No ☒     Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

_____

_____

_____

_____

_____

_____

_____

Alford, Sr., Robert - WGC#229336

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐        No ☒        Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|------|-------------|-------------|-------------------|----------------|
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐        No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

## V.      FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: WAVERLEE
VIN/Serial #:  17L09866K
Barcode:       1200040
Unit:          MOBILE HOME

Manufacturer: WAVERLEE
VIN/Serial #:  1NL1GTR2761067228
Barcode:       1114796
Unit:          MOBILE HOME

Defendants Named:    Gulf Stream Coach, Inc.
                     Waverlee Homes, Inc.

A.      Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.      Please provide your FEMA Identification No.: 921229815_____

Alford, Sr., Robert - WGC#229336

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  <u>Travel</u>

Move-in Date:  <u>10/1/2005</u>

Move-out Date:  <u>7/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address:  <u>2311 Parsley Avenue</u>

City:  <u>Pascagoula</u>          State:  <u>MS</u>     Zip:  <u>39567</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property?  <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Moved from small trailer eo full size with wife.</u>
_____
_____

Please state the approximate square footage of the FEMA housing unit:  _____

Please state the approximate length and width of the FEMA housing unit:  _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  <u>15 hrs/day</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line?  <u>No</u>

Is/was propane gas used in the FEMA housing unit?  <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?  <u>5</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location?  <u>5</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Fixed steps, knob on stove covered water lose when cold.</u>

E.  Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|---|
| 1 | Robert Alfred | 32 | 2311 Parsly Ave. Pascagoula, 228-217-6088 | 10/01/2006 - 07/01/2007 | Don't Know | |
| 1 | Marisch Alford | 9 | 2311 Parsly Ave. Pascagoula, 228-217-6088 | 10/01/2005 - 07/01/2007 | | |
| | | | , | | | |
| | | | | | | |
| | | | | | | |

## VI.  MEDICAL BACKGROUND

A.  Height: _6'1"_

B.  Current Weight: _170_

Weight prior to living in a FEMA trailer or mobile home: _170_

C.  Personal Smoking/Tobacco Use History: **Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.**

☐ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    1.      Date on which smoking/tobacco use ended:_____

    2.      Amount smoked or used on average:
          _____ per day for _____ years.

☒      Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.      Amount currently smoked or used on average:
          _____ per day for _____ years.

**D.**    Other Smoking/Tobacco Use History:

    If someone who resides or resided with you in your FEMA housing unit is or  was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.      Amount smoked or used on average, if you know:
          _____ per day for _____ years.
    2.      Relationship to you: _____
    3.      Please state whether the smoking occurred inside, outside or both._____

**E.**    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
    Yes ☐        No ☒

    *If "Yes,"* what was the date of birth:_____.

    Did your pregnancy terminate in a miscarriage or a stillborn child?
    Yes ☐        No ☒

**F.**    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.      Lung or other respiratory disease
          Yes ☐        No ☒

          *If "Yes,"* please indicate the following:

          Name and description of each illness, disease, or abnormal condition:
          _____
          _____

          The date of illness:
          _____
          _____

    2.      Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
          Yes ☒        No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.   Long-term stomach or bowel disease
     Yes ☐          No ☒

     *If "Yes,"* please indicate the following.

     Name and description of each illness, disease, or abnormal condition:

     _____

     _____

     The date of illness:

     _____

     _____

4.   Skin disease
     Yes ☒          No ☐

     *If "Yes,"* please indicate the following.

     Name and description of each illness, disease, or abnormal condition:
     Exzost
     _____

     _____

     The date of illness:

     _____

     _____

G.   Please indicate to the best of your knowledge whether you have ever received any
     of the following treatments or diagnostic procedures:

     1.   To your knowledge, have you ever had any of the following tests
          performed: chest X-ray, CT scan, MRI.

          Yes ☒          No ☐          Don't Recall ☐

          *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest X Ray | 01/01/2006 | | SRH | Tightness |
| **Diagnostic Test** | **When** | **Treating Physician** | **Hospital** | **Reason** |
| MRI | | | SRH | |
| **Diagnostic Test** | **When** | **Treating Physician** | **Hospital** | **Reason** |
| | | | | |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name:_____ _____
Specialty, if any: _____ _____
Address: _____ _____
Phone: _____ _____
Treatment received: _____ _____
Dates of treatment: _____ _____

**Please refer to Section III. Part C Question 3**

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____ _____
_____ _____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐        No ☒

*If **"Yes,"*** please provide the name and address of the health care professional.

_____
_____

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking **"Yes"** or **"No."** Where you have indicated **"Yes,"** please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.    Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐          No ☒

B.    Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒          No ☐

C.    Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☒

D.    All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐          No ☒

E.    Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☒

F.    Decedent's death certificate, if applicable.
Yes ☐          No ☒

G.    Report of autopsy of decedent, if applicable.
Yes ☐          No ☒

## IX.    LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.     Identify your current family and/or primary care physician:
       **Do Not Recall** ☐   **N/A** ☐

|  |
|--|
|  |

B.     Identify your primary care physicians for the last seven (7) years.
       **Do Not Recall** ☐   **N/A** ☐

| Name | Dates | | |
|------|-------|---|---|
| **Address** | **City** | **ST** | **Zip** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

C.     Each hospital, clinic, or healthcare facility where you have received outpatient
       treatment or been admitted as a patient during the last seven (7) years.
       **Do Not Recall** ☐   **N/A** ☐

| Name | Admission Dates | | |
|------|-----------------|---|---|
| **Address** | **City** | **ST** | **Zip** |
| **Reason For Admission** | | | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

**Do Not Recall**  ☐    **N/A**  ☐

| **Name**  Singing River Hospital | | **Admission Dates**  01/01/2006 | | |
|---|---|---|---|---|
| **Address** | **City**  Pascagoula | | **ST**  MS | **Zip** |
| **Reason For Admission** | | | | |
| **Name** | | **Admission Dates** | | |
| **Address** | **City** | | **ST** | **Zip** |
| **Reason For Admission** | | | | |
| | | | | |
| | | | | |
| | | | | |

E.    Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

**Do Not Recall**  ☐    **N/A**  ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| **Name** | | **Dates** | | |
|---|---|---|---|---|
| **Address** | **City** | | **ST** | **Zip** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Alford, Sr., Robert  - WGC#229336

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.
        **Do Not Recall** ☐   **N/A** ☐

| Name | | | | |
|---|---|---|---|---|
| **Address** | | **City** | **ST** | **Zip** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | RobERT AlfoRd<br>**Print Your Name** | 4/8/09<br>**Date** |