UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER              * | | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS  * | | |
|       LIABILITY LITIGATION        * | | SECTION "N" (5) |
|                                                      * | | |
|                                                      * | | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:   * | | |
| *Trent, et al v. Gulf Stream Coach,*        * | | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-7895          * | | |
| Plaintiffs: Alfred, Daniel; and Alfred, Daniel o/b/o  * | | |
| Alfred, Dannon                               * | | |

**************************************************************************

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS
NO.2, 32, 86, AND 88 RELATING TO PLAINTIFFS FACT SHEETS**

NOW INTO COURT, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2, 32, 86, and 88 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

- Alfred, Daniel; and
- Alfred, Daniel o/b/o Alfred, Dannon

These Plaintiffs have submitted Plaintiff Fact Sheets, Proposed Corrected Fact Sheets, and information on the Plaintiff Census; however, even after evaluation of all of these documents, Plaintiffs are still deficient in six or more of the enumerated 23 key factors. For this reason, and the reasons more fully set forth in the attached Memorandum in Support, Defendant Gulf Stream Coach, Inc. requests dismissal, with prejudice of these Plaintiffs.

                                                                         Respectfully Submitted,

                                                                         **DUPLASS, ZWAIN, BOURGEOIS,
                                                                         PFISTER & WEINSTOCK**

*s/Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 15th day of April, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**

00338736-1

2