UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                            *           MDL NO. 1873
      FORMALDEHYDE PRODUCTS          *
      LIABILITY LITIGATION              *           SECTION "N" (5)
                                                     *
                                                     *           JUDGE: ENGELHARDT
THIS DOCUMENT IS RELATED TO:                    *
*Trent, et al v. Gulf Stream Coach,*              *           MAG: CHASEZ
*Inc., et al*; Docket No. 09-7895                 *
Plaintiffs: Alfred, Daniel; and Alfred, Daniel o/b/o  *
Alfred, Dannon                                  *
*********************************************************************************

NOTICE OF SUBMISSION

    **IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Rule 12(b)(6) Motion to

Dismiss Certain Plaintiffs' Claims for Prescription is hereby set for submission on the 2nd day of

May, 2012, at 9:30 a.m.

               Respectfully submitted:

               **DUPLASS, ZWAIN, BOURGEOIS,**
               **PFISTER & WEINSTOCK**

               s/Andrew D. Weinstock
               _____
               **ANDREW D. WEINSTOCK (#18495)**
               **JOSEPH G. GLASS (#25397)**
               3838 N. Causeway Boulevard, Suite 2900
               Metairie, Louisiana 70002
               Telephone: (504) 832-3700
               andreww@duplass.com
               jglass@duplass.com
               **Counsel for Defendant, Gulf Stream Coach, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com