OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 1 3 2012

LORETTA G. WHYTE
CLERK

Date: _____ 4/13/12 _____

_____ Acklin _____

vs.

_____ Sunray _____

Case No. 12-201 Section N

Dear Sir:

        Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

        1. (name) _____ Sunray _____
           (address) _____

        2. (name) _____
           (address) _____

        3. (name) _____
           (address) _____

        4. (name) _____
           (address) _____

                        Very truly yours,

                        _____
                                "Signature"

                        Attorney for _____ π _____

                        Address _____

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____