OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED APR 1 3 2012
LORETTA G. WHYTE
CLERK

Date: 4/13/12

_Vanderburg_

vs.

_Viking_

Case No. 12-202 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel
   (address) _____
2. (name) Viking Rec.
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for π

Address _____

Fee _____
Process _____
X Dkt'd _____
CtRmDep _____
Doc. No. _____