OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 1 3 2012

LORETTA G. WHYTE
CLERK

Date: _____4/13/12_____

_____Mathis_____

vs.

_____Sunray_____

Case No. 12-203  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _____Sunray_____
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

___ Fee_____
___ Process_BYCLSMS
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____