OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 4/13/12

Davis

vs.

American Ins.

Case No. 12-207 Section N

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 1 3 2012
LORETTA G. WHYTE
CLERK

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International
   (address) _____
2. (name) Ins. Co. of State of PA
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for ____ π

Address _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.