OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 13 2012
LORETTA G. WHYTE
CLERK

Date: 4/13/12

Jean Dedeaux

vs.

Liberty Insurance Corp.

Case No. 12-152   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   π

Address   _____

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____