OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED APR 13 2012
LORETTA G. WHYTE
CLERK

Date: 4/13/12

_Lynette Bech_

vs.

_TL Industries, Inc._

Case No. 12-122  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Bechtel_
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for _TL_

Address _____

___ Fee___
___ Process___ 15405ms
X   Dktd___
___ CtRmDep___
___ Doc. No.___