OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 1 3 2012
LORETTA G. WHYTE
CLERK

Date: __4/13/12__

__Mahzel Hebert__

vs.

__Crum + Forster__

Case No. __12-123__  Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Sentry Ins. Co.__
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for _____

Address _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.