OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 1 3 2012
LORETTA G. WHYTE
CLERK

Date: 4/13/12

_Crawford_

vs.

_IVRBS_

Case No. _12-210_ Section _N_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Bechtel_
   (address) _____
2. (name) _IVRBS_
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for _π_

Address _____

___ Fee _____
___ Process _5/1/12 SMS_
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____