OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED  APR 1 3 2012
LORETTA G. WHYTE
CLERK

Date: 4/13/12

Hinchey

vs.

Stewart Prk Homes

Case No. 12-214 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Stewart Prk Homes
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   π

Address   _____

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____