OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 13 2012
LORETTA G. WHYTE
CLERK

Date: __4/13/12__
__Gardner__

vs.

__Layton Homes__

Case No. __12-155__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Bechtel__
   (address) _____
2. (name) __Layton Homes__
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for __π__

Address _____