OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 4/13/12

Tito Davidson

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 1 3 2012
LORETTA G. WHYTE
CLERK

vs.

Lakeside Park Homes

Case No. 12-222 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel
   (address) _____
2. (name) Lakeside Park Homes
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   π

Address _____

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___