OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 4/13/12 Chapman

[FILED APR 1 3 2012 — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA — LORETTA G. WHYTE, CLERK]

vs. Skyline

Case No. 12-157   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for _____

Address _____

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.