OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

```
U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 1 3 2012
LORETTA G. WHYTE
     CLERK
```

Date: __4/13/12__

__Tate__

vs.

__Heartland__

Case No. __12-158__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Bechtel__
   (address) _____
2. (name) __Heartland__
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __TT__

Address _____

___ Fee_____
___ Process____
X   Dktd_____
___ CtRmDep____
___ Doc. No.___