OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 1 3 2012

LORETTA G. WHYTE
CLERK

Date:  4/13/12

Latoya Bradley

vs.

Timberland RV Co.

Case No. 12-223 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ___ amended complaint) (third party complaint)
(other : _____ ) to the following:

1. (name)  Bechtel
   (address) _____
2. (name)  Timberland RV Co.
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for  _____

Address  _____

___ Fee_____
___ Process____
_X_ Dktd._____
___ CtRmDep____
___ Doc. No.____