OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 1 3 2012

LORETTA G. WHYTE
CLERK

Date: _____4/13/12_____

_____James Anderson_____

vs.

_____Gulf Stream_____

Case No. _12-231_ Section _N_

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

    1. (name) _____Bechtel_____
       (address) _____
    2. (name) _____
       (address) _____
    3. (name) _____
       (address) _____
    4. (name) _____
       (address) _____

                    Very truly yours,

                    _____
                        "Signature"

                    Attorney for _____π_____

                    Address _____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____