OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 1 3 2012
LORETTA G. WHYTE
CLERK

Date: __4/13/12__

__Sandra Anderson__

vs.

__Gulf Stream, et al__

Case No. __12-256__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Bechtel__
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __π__

Address _____

___ Fee _____
___ Process _____
X  Dk'd _____
___ CtRmDep _____
___ Doc. No. _____