UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED:
*Ann M. Terrell v. Gulf Stream Coach, et al.,* EDLA 12-0548
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM
IN REPLY TO DEFENDANTS' OPPOSITION MEMORANDA
TO PLAINTIFF'S MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ann M. Terrell, who respectfully requests an Order from this Honorable Court granting her leave to file a reply memorandum to Gulf Stream Coach, Inc.'s Opposition (Rec. Doc. 25153) and Shaw's Opposition (Rec. Doc. 25156) to Plaintiff's Motion to Remand (Rec. Doc. 25037). A reply is necessary to address issues raised by Defendants in their respective memoranda. Counsel for Gulf Stream and Shaw have been contacted and have expressed no opposition to this motion.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

BY:  /s/M. Palmer Lambert
     GERALD E. MEUNIER, #9471
     JUSTIN I. WOODS, #24713
     M. PALMER LAMBERT, #33228
     2800 Energy Centre
     1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:  504/522-2304
     Facsimile:  504/528-9973
     ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                               */s/M. Palmer Lambert*
                                                               M. PALMER LAMBERT, #33228