UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED:
*Ann M. Terrell v. Gulf Stream Coach, et al.,* EDLA 12-0548
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

　　　Considering the above and foregoing Consent Motion for Leave to File Reply Memorandum:

　　　IT IS ORDERED that Plaintiff is hereby granted leave to file the attached reply memorandum.

　　　New Orleans, Louisiana, this ____ day of _____, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE KURT D. ENGELHARDT