OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

```
                                        U. S. DISTRICT COURT
                                      EASTERN DISTRICT OF LOUISIANA

                                         FILED   APR 1 3 2012

                                         LORETTA G. WHYTE
                                              CLERK
```

Date: __4/13/12__

__Emnett Acker__

vs.

__Gulf Stream__

Case No. __12-133__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Bechtel__
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for _____

Address _____

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____