OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 1 3 2012
LORETTA G. WHYTE
CLERK

Date: __4/13/12__
_Amanda Anderson_

vs.

__Bechtel__

Case No. __12-255__ Section __N__

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Bechtel__
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for _____

Address _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.