OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 1 3 2012
LORETTA G. WHYTE
CLERK

Date: 4/13/12

_Glora Adams_

vs.

_Thor California, Inc._

Case No. 12-161   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Bechtel_
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for _π_

Address _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.