OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED   APR 1 3 2012

**LORETTA G. WHYTE**
**CLERK**

Date: 4/13/12

Sasha Booth

vs.

Forest River, Inc.

Case No. 12-228 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) Bechtel
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep___
___ Doc. No.___