OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED   APR 1 3 2012
**LORETTA G. WHYTE**
**CLERK**

Date: __4/13/12__

__Sandra Bridges__

vs.

__Jayco Enterprises__

Case No. __12-229__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Bechtel__
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

__[Signature]__
"Signature"

Attorney for __π__

Address _____

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____