OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 13 2012

LORETTA G. WHYTE
CLERK

Date: 4/13/12

Tito Dardeen

vs.

Keystone Ind., Inc.

Case No. 12-186  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel
   (address) _____
2. (name) Keystone
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for _____

Address _____

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____