OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 13 2012
LORETTA G. WHYTE
CLERK

Date: 4/13/12

Gerald Jackson

vs.

Coachmen

Case No. 12-226 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel
   (address) _____
2. (name) Coachmen
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for  π

Address _____

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.