OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __4/13/12__

__Felix Chen__

*[FILED APR 13 2012 — LORETTA G. WHYTE, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA]*

vs.

__Amer. Inter. Spec. Lines Ins. Co.__

Case No. __12-254__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Bechtel__
   (address) _____
2. (name) __American International Specialty Lines Ins. Co.__
   (address) _____
3. (name) __Insurance Co. of the State of PA__
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for _____

Address _____

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____