OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  APR 16 2012

LORETTA G. WHYTE
CLERK

Date: 4/16/12

~~Sunray RV, LLC~~ Nancy Bezerges

vs.

Sunray RV, LLC

Case No. 12-216   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Sunray RV, LLC
   (address) _____
2. (name) Bechtel National, Inc.
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  π

Address _____

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____