**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:    FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | **JUDGE ENGELHARDT** |
| 09-4716 *Rhonda Brown, et al v. Gulf Stream, Inc. et al*; | * | |
| | * | **MAGISTRATE CHASEZ** |
| 09-4717 *Lester Davis, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-4718 *Dawn Esposito, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-4719 *Jamie Basco, as Next Friend of E. W., a minor, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7075 *Casey Brown, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7076 *Casey Brown, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7078 *Brandon McNair, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7079 *Timothy Lyons, et al v. Gulf Stream Coach, Inc. et al*; | * | |
| 09-7081 *Kahla Roach, as Next Friend of H. R., a minor, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7856 *Cynthia Abney, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7833 *Marguerite Jiles, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7831 *Cheryl Treaudo, as Next Friend of C. T., a minor, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7890 *George Burns, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7891 *LaSonia Davison, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7894 *Darris Moore, as Next Friend of A. M., a minor, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7893 *Von Duong, et al v. Gulf Stream Coach, inc., et al.*; | * | |
| 09-7904 *Crystal Charles, et al v. Gulfstream Coach, Inc., et al.*; | * | |
| 09-7903 *Linda Paz, et al v. Gulf Stream Coach, Inc., et al.*; | * | |
| 09-7899 *Rena Robinson, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7895 *Raymond Brown, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| 09-7896 *Roxanne Kellum, et al v. Gulf Stream* | | |

| | |
|---|---|
| *Coach, Inc., et al*; | * |
| 09-7925 *Stacy Allen, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-1282 *James Johnson, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-1281 *Marie Turner, et al v. Gulf Stream Coach, Inc., et al.*; | * |
| | * |
| 10-1280 *Shera Borne, as Next Friend of J. S., a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2249 *Angela Pittman, as Next Friend of C.R, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2261 *Tanika Woods, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2246 *George Burns, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2229 *Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et al v. Gulf Stream, Inc. et al*; | * |
| | * |
| 10-2231 *Jessica Jackson, as Next Friend of D.B, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2232 *David Pujol, et al versus Gulf Stream Coach, Inc. et al*; | * |
| | * |
| 10-2233 *Jessica Jackson, as Next Friend of D.B, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2234 *Carla Stevenson, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2297 *Joan Decourcy, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-2327 *Ashley Kelly, as Next Friend of G.B, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| | * |
| 10-3639 *Ryan Branger, et al v. Gulf Stream Coach, Inc., et al.* | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION TO SEVER CLAIMS AND IN THE ALTERNATIVE TO TRANSFER OR REMAND

**NOW INTO COURT**, through undersigned counsel, come certain Plaintiffs and pursuant to Rule 21 of the Federal Rules of Civil Proc. and PTO 96, Section III, B. (Rec. Doc. 24856), file this Motion to Sever and in the Alternative to Transfer or Remand. The complaints referenced above contain claims for plaintiffs who lived in their trailers in the Eastern District of Louisiana and plaintiffs who lived in trailers in other states and other districts. Plaintiffs who lived in other states and districts seek to have their claims

2

severed and/or transferred or remanded with an order tolling the applicable statutes of prescription/limitation. In support of this Motion, Plaintiffs would refer you to the Memorandum filed in support of the same. At time of the filing this Motion, no consent was reached.

    Respectfully submitted:

    /s/ Robert C. Hilliard
    _____
    **ROBERT C. HILLIARD**
    Texas State Bar No. 09677700
    ROBERT C. HILLIARD, L.L.P.
    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    Telephone: (361) 882-1612
    Facsimile: (361) 882-3015

    **MIKAL C. WATTS**
    Texas State Bar No. 20981820
    MIKAL C. WATTS, P.C.
    2506 N. Port Ave.
    Corpus Christi, Texas 78401
    Telephone: (800) 994-0019
    Facsimile: (361) 882-1261

    **RICHARD P. IEYOUB**
    Louisiana State Bar and
    Eastern District of Louisiana Federal ID No. 2217
    CARLETON DUNLAP OLINDE & MOORE, LLC
    One American Place, Suite 900
    Baton Rouge, LA 70825
    Phone 225-282-0600
    Fax 225-282-0650

    **DANIEL D. WARE**
    Mississippi State Bar and
    Southern District of Mississippi Federal ID No. 10847
    WARE LAW FIRM, PLLC
    2609 US Highway 49 South
    Florence, Mississippi 39073
    Phone: 601-845-WARE (9273)
    Fax: 601-845-0749
    **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of April, 2012.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**