## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

884

**Plaintiff** Rhonda Brown (199816)          **Address** 2116 Bayou Road  St. Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Louise Brumfield (199825)          **Address** 3537 W. Loyola Dr.  Kenner , LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Cesar Bustillo (199856)          **Address** 4539 Paris Ave.  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Sharon Campbell-Walter (199890)          **Address** 2304 Plaza Dr.  Chalmette, LA 70043

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Aviance Brown (199955)          **Address** 2912 Guerre Dr.  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** James Brown (199971)          **Address** 2116 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
1

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Lorriane Brown (199987)          **Address** 2912 Guerra Dr.   Violet , LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Anthony Adams (200201)          **Address** 4028 N. Miro  New Orleans, LA 70117

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Clayton Sullivan (200275)          **Address** 172 S  Kings Row  Slidell, LA 70461

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Karen Sullivan (200279)          **Address** 1725 Kings Row  Slidell, LA 70461

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Daniel Taylor (200310)          **Address** 3033 Tupelo St.  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  John Taylor (200314)          **Address** P.O. Box 820113  New Orleans, LA 70182

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Hastings Smith (200360)          **Address** 16112 Mirabeau Ave  New Orleans, LA 70122

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff** Darrell  Smith (200366)                    **Address** 3033 Tupelo St.   New Orleans, LA 70065

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff** Darrell  Smith (200378)                    **Address** 3033 Tupelo St.  New Orleans , LA 70065

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff** Brandon Robinson (200542)                    **Address** 6801 Press Drive Trailer G-2  New Orleans, LA 70126

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Lorenzo Robinson (200546)                    **Address** 7411 Crestmont Rd.   New Orleans , LA 70126

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Shelia Robinson (200548)                    **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff** Sylvia Robinson (200549)                    **Address** 7411 Crestmont Rd.   New Orleans , LA 70126

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Teresa Ross (200569)                    **Address** 6700 Deanne St.  New Orleans, LA 70126

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Betty Roussell (200570)　　　　**Address** 7561 Dune Dr.  New Orleans, LA 70128

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Darrin Roussell (200571)　　　　**Address** 7561 Dune Drive  New Orleans, LA 70128

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Brandy Poursine (200752)　　　　**Address** 2618 Myrtle Grove, Lot 89  Meraux, LA 70075

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff** Shawn Poursine (200754)　　　　**Address** 216 Myrtle Grove, Lot 89  Meraux, LA 70075

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff** Destiny Odin (200798)　　　　**Address** 1825 Miller Ln  Hammond, LA 70403

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Mandy Patingo (200830)　　　　**Address** 8006 West Judge Perez Lot # 22  Chalmatte, LA 70043

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Demetrius Payton (200847)　　　　**Address** 3144 De Saix Blvd.   New Orleans , LA 70119

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Johnnie Payton (200848)　　　　**Address** 3144 De Saix Blvd.  New Orleans , LA 70119

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff** Vantrelle Payton (200849)　　　　**Address** 3144 De Saix Blvd.  New Orleans , LA 70119

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff** Lydia Montgomery (200886)　　　　**Address** 4555 Weaver  Drive  Chalmette, LA 70043

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Angela Morris (200903)　　　　**Address** 4935 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Devin Naquin (200926)　　　　**Address** 2916 St. Roch ave.  New Orleans , LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff** Shelita Naquin (200928)　　　　**Address** 2916 St. Roch Ave.  New Orleans  , LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff** Frank  Nata (200936)　　　　**Address** 609 Phyllis Court  Avendale, LA 70094

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff** Tyrone McKinnis (201000)          **Address** 2403 West Lasoste Ln.  Chalmette, LA 70043

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Lantz Mathers (201100)          **Address** 3400 Piety st.  New Orleans, LA 70126

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

**Plaintiff** Nicole McCaskill (201124)          **Address** 4316 Rayne Drive  New Orleans, LA 70122

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Roybresha Lee (201313)          **Address** 7561 Dune Drive  New Orleans, LA 70128

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Daniel Kelly (201366)          **Address** 2412 Plaza Dr.  Chalmette, LA 70043

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Jeanne Ker (201372)          **Address** 7820 Venice Street  New Orleans, LA 70128

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Jerome Hilton (201508)          **Address** 8723 Pear Street  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Gloria Handy (201604)     **Address** 4054 W Loyola Dr  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Julius Hankton (201607)     **Address** 2359 Agriculture St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Sharon Hankton (201608)     **Address** 2359 Agriculture St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Jenae Duroncelay (201861)     **Address** 7321 Northgate Dr.  New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Tammy Duroncelay (201863)     **Address** 7321 Northgate Dr.  New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Robert Demolle (201953)     **Address** 43200 Bahama Lot 22  Hammond, LA 70403

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Floyd Dillon (201989)     **Address** 30999 Old Columbia Rd.  Franklinton, LA 70438

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Jason Divinity (202000)　　　　　**Address** 2105 Duels  New Orleans, LA 70119

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff** Keith Duplessis (202033)　　　　　**Address** 1522 Independence St.  New Orleans, LA 70117

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff** Jeffrey Duroncelay (202039)　　　　　**Address** 7321 Northgate Drive  New Orleans , LA 70128

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Valerie Davis (202110)　　　　　**Address** 302 Neil Ave.  New Orleans , LA 70131

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff** Paul Cassou (202248)　　　　　**Address** 8405 Livingston Ave  Chalmette, LA 70043

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Earnest Thorn (202332)　　　　　**Address** 176 N 11th St.  Ponchatoula, LA 70454

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff** Aletha Villanueva (202407)　　　　　**Address** 7701 Chef Hwy  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Raychell Waldon (202418)          **Address** 4054 W Loyola  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Derrick Weber (202478)          **Address** 3000 Touro St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Michael Wester (202507)          **Address** 3533 W. Loyola  KENNER, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Hattie White (202515)          **Address** 7561 Dune Dr.  New Orleans , LA 70128

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Lishunda White (202520)          **Address** 3039 Felician Street  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Robert Williams (202581)          **Address** 30285 Robertson Rd.  Franklinton, LA 70438

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Andra Wilson (202597)          **Address** 45368 Decon Road  Franklinton, LA 70438

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Latonyette Wilson (202604)          **Address**  45368 Decon Road  Franklinton, LA 70438

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Lygia Wyngaarde (202641)          **Address**  13510 N. Lemans St  New Orleans, LA 70129

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Farrow Wells (202706)          **Address**  2916 General Odgen St  New Orleans, LA 70118

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Bessie Wells (202707)          **Address**  2916 General Odgen St.  New Orleans, LA 70118

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Terry Williams (202721)          **Address**  1663-65 St. Denis Street  new orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Charlean Woods (202726)          **Address**  1201 31st St.  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  William Rouege (202736)          **Address**  2858 Allen St  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Marguerite Rouege (202739)          **Address** 2858 Allen St. New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Keith Rouege (202742)          **Address** 2858 Allen St  New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Lakeisha Rouege (202743)          **Address** 2858 Allen St  New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Margaret Rouege (202745)          **Address** 2858 Allen St. New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Corey Rouege (202748)          **Address** 2858 Allen St. New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Barbara Sampson (202752)          **Address** 3668 W. Loyola Dr. Kenner, LA 70065

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Gertrude Sanders (202753)          **Address** 3045 Utah St  Kenner , LA 70065

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** James Sanders (202754)　　　　**Address** 3045 Utah St  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Katherine Sandifer (202755)　　　　**Address** 8832 Fig St.  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Mariama Sandifer (202756)　　　　**Address** 8832 Fig St.  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Georganna Sandifer (202757)　　　　**Address** 8828 Fig St.  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Frankie Sandifer (202759)　　　　**Address** 8832 Fig Street  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Kendrick Sandifer (202760)　　　　**Address** 8832 Fig Street  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Eddie Taylor (202820)　　　　**Address** 3141 Jasper St.  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Lisa Amos (202901)                    **Address** 2346 N. Miro St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Carolyn Collins (202939)              **Address** 4800 Kendal Drive  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Michelle Horn (203072)                **Address** 7848 Briarwood Street  New Orleans  , LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Marqus Lendo (203114)                 **Address** 8832 Fig Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  August Banks (203290)                 **Address** 2716 Liverbend  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Shantrice Galle (203416)              **Address** 4642 Virgilian Stree4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tina Johnson (203467)                 **Address** 4545 Dale Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff** Bernadine Amar (205051)          **Address** 3638 Metropolitan St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Sharon Peterson (205186)          **Address** 5200 Press Drive  New Orleans, LA 70125

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Wilbert Landry (205245)          **Address** 357 Capital Dr.  Avondale, LA 70094

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Brian Frank (205281)          **Address** 3115 Clouet St  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Anicia Cheri (205352)          **Address** 6026 Baccich St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Dilan Duplessis (205394)          **Address** 2408 Caluda lane  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** J.C. Ross (205426)          **Address** 3000 Jasper St.  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Kendal Smith (205452)                    **Address**  1901 Monroe St.   New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

---

**Plaintiff**  Gloria Robinson (205658)                 **Address**  3000 General Ogden  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

---

**Plaintiff**  Kafi Robinson (205659)                   **Address**  3000 General Ogden  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

---

**Plaintiff**  Viola Dyson (205737)                     **Address**  69321 Charles McDaniel rd.  Kentwood, LA 70444

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  David Williams (205739)                  **Address**  2629 Tifton Street  Kenner, LA 70062

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

---

**Plaintiff**  Benita Freeman (205743)                  **Address**  1036 McDaniel Rd  Amite, LA 70422

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Wayne Treaudo (206686)                   **Address**  9018 Dixon St.  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Charlene Ricks (206713)                    **Address**  2152 Hwy 1045  Amite, LA 70422

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Katryna Ross (206729)                    **Address**  3049 Utah St.  Kenner , LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Gwendolyn Morris (206760)                    **Address**  8734 Pear St.  New Orleans , LA 70118

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Deana Bell (206884)                    **Address**  3630 Live Oak St.  New Orleans, LA 70118

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Melvin Joseph (207069)                    **Address**  3049 Utah St.  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Lorraine Irving (207535)                    **Address**  4921 Sierra Madre Dr.  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Joshua Treaudo (207567)                    **Address**  9018 Dixon St.  New Orleans, LA 70118

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Herbert Brown (207614)                    **Address** 4009 Hamilton St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Patricia George (207615)                  **Address** 2628 General Ogden St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Joshua Treaudo (207620)                   **Address** 9018 Dixon St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Arianne Imgram (207621)                   **Address** 1426 Paul Fredrick  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Michelle Ingram (207623)                  **Address** 1426 St. Charles Paulfredrick  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Sherwine Cooper (207644)                  **Address** 4009 Hamilton St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Barney Phillips (208079)                  **Address** 21211 Soell Dr.  Abita Springs, LA 70420

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Darlene Phillips (208080)          **Address**  21211 Soell Dr.  Abita Springs, LA 70420

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jamila Mason (208885)          **Address**  717 Turtle Creek Lane  St. Rose, LA 70047

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ryan Lee (209628)          **Address**  39203 Voters Rd.  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Roosevelt Ingram (209648)          **Address**  1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Trinesha Ingram (209649)          **Address**  1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Addie Jenkins (209670)          **Address**  106 S. Bengal Rd.  River Ridge , LA 70123

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Louis Jenkins (209672)          **Address**  106 Bengal Rd.  River Ridge, LA 70123

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Tamara Hemphill (209734)          **Address** 107 OakWood  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Diedra Ingram (209758)          **Address** 1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Ernest Ingram (209759)          **Address** 1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Kishawn Ingram (209761)          **Address** 1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Paulette Davis (209856)          **Address** 6105 Warfield St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Julius Young (210005)          **Address** 800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Natasha Webber (210032)          **Address** 2029 Waters Dr.  Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Verice Webber (210033)                **Address** 2029 Waters Dr.  Marrero, LA 70072

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff** Debbie Randall (210197)                **Address** 6033 Wales St.  New Orleans, LA 70187

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Alvin Patterson (210284)                **Address** 2515 S Prieur St.  New Orleans, LA 70125

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff** Semaj Robertson (210752)                **Address** 5511 Holley LN  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Curtis Cousin (210753)                **Address** 5511 Holley Ln.  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Eric Cousin (210772)                **Address** 5511 Holley Ln.  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Eugene Breashears (210776)                **Address** 3617 Metropolitan St. A  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Robert Collier (210777)          **Address** 5501 Holley St.  New Orleans, LA 70126

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  April Young (210780)          **Address** 16614 Hwy 90  Desallmands, LA 70030

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Kwan Breashears (210783)          **Address** 3617 Metropolitan St.  New Orleans, LA 70126

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Lisa Lewis (211098)          **Address** 58081 Carroll Road  Slidell, LA 70460

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Terrance Lewis (211381)          **Address** 58081 Carroll Road  Slidell, LA 70460

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Bobby Lewis (211495)          **Address** 58081 Carroll Road  Slidell, LA 70460

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Charlene Coleman (211728)          **Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Doncellia White (212013)                **Address** 56041 Hano Rd.  Independence, LA 70443

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Cleo Washington (212112)                **Address** 128 E. St. Peter St.  Belle Chasse, LA 70037

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Barbara Pitts (212181)                **Address** 159 Shaw St.  Hahnville, LA 70057

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Kima Richard (212206)                **Address** 1940 Purnell Line  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Keith Kent (212423)                **Address** 128 E. St. Peter St.  Belle Chasse, LA 70037

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Jasper Bright (212763)                **Address** 2736 Clark  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Betty Clark (212801)                **Address** 1128 Tupelo St.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Harry Clark (212802)          **Address** 1128 Tupelo St.  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Jalessa Mitchell (213062)          **Address** 1816 Paul Mallard  Boutte, LA 70039

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Leonard Mitchell (213065)          **Address** 1816 Paul Mallard  Boutte, LA 70039

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** David Malone (213311)          **Address** 36200 Martin Rd.  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Jarrell Williams (213331)          **Address** 59788 MLK Rd.  Lacombe, LA 70445

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Larry Ducree (213332)          **Address** 36309 Salmen St.  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Gwendolyn Nauarre (213334)          **Address** 58156 West St.  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Jennifer Jennings (213339)          **Address**  3224 William Tell  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rodney Nauarre (213343)          **Address**  58156 West St.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Kiana Smith (213355)          **Address**  1114 Daney St.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Annie McKendall (213436)          **Address**  58189 Vincent Rd.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Walter Mayer (213438)          **Address**  124 Brookter St.  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Morris Nauarre (213440)          **Address**  58156 West St.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sarah Jackson (213450)          **Address**  773 Danney St.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff**  Olivia Lundberg (213456)          **Address** 2628 4th St.  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Nevada Robinson (213480)          **Address** 2532 Tenth Street  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Elward Nelson (213505)          **Address** N/A  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Sally Cade (213508)          **Address** 955 Cleaveland Ave  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Wendy Ollier (213509)          **Address** 2779 10th St.  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Fredericka Gibson (213530)          **Address** 2751 Washginton  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Shannon Moragas (213535)          **Address** 35561 Home Estate Drive  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Sharon Acker (213539)                **Address** 57304 Hardin Road  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Nicole Robinson (213566)           **Address** 112 Mickel Street  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Charlotte Nelson (213570)          **Address** 35561 Home Estate Drive  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Brian Clark (213572)               **Address** 1128 Tupelo Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Luther Thomas (213573)             **Address** 750 Stanley Drive  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Torres Bright (213598)             **Address** 1633 Shylock Dr.  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Althea Cantrell (213609)           **Address** 40266 Dorsey Rd.  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Timothy Smith (213614)                    **Address** 1114 Daney Street  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Michael Jackson (213615)                  **Address** 7409 Burke Rd.  New Orleans, LA 70127

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Larry Pichon (213619)                     **Address** 35518 Oak Ridge Ave.  Slidell, LA 70460

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Hilda Causey (213621)                     **Address** 803 Schley St.  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Elaine Collins (213623)                   **Address** 57116 Pace St.  Slidell, LA 70461

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Charles Alfred (213624)                   **Address** 57346 Hardin Rd.  Slidell, LA 70461

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Harmon Warren (213625)                    **Address** Push Rd  Lacombe, LA 70445

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff** Freddy Pichon (213626)           **Address** 2523 10th St.  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Gerard Schuler (213636)           **Address** 905 Fairbanks Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Jessica Gilley (213637)           **Address** 905 Fairbanks Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Erica Tanner (213638)           **Address** 905 Fairbanks Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Charles Earl (213640)           **Address** 2920 Lincoln Avenue  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Debora Mayer (213648)           **Address** 124 Brookter Street  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Gail Mayer/Lowery (213649)           **Address** 124 Brookter Street  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff**  Erik Martin (213656)                    **Address**  40497 Hwy 190 East  Slidell, LA 70458

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Mary Alfred (213657)                    **Address**  57346 Hardin Road  Slidell, LA 70461

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Courtney Williams (213658)              **Address**  40457 Hwy 190 East  Slidell, LA 70461

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Carla Williams (213659)                 **Address**  40457 Hwy 190 East  Slidell, LA 70461

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Monica Martin (213660)                  **Address**  40497 Hwy 190 East  Slidell, LA 70461

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Lorraine Bickham (213670)               **Address**  57245 Square Road  Slidell, LA 70461

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Mildred Torregano (213686)              **Address**  57317 Mainegra Road  Slidell, LA 70460

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Kenneth Torregano (213687)          **Address** 57317 Mainegra Road  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Kenneth Torregano (213688)          **Address** 57317 Mainegra Road  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Catherine Miller (213713)          **Address** 37151 West Hill Crest Drive  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Nikita Smith (213714)          **Address** 25445 Batiste Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Nichole Ducre (213715)          **Address** 25445 Batiste Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Hilda Causey, as Representative of the          **Address** 803 Schley Street  Slidell, LA 70458
Estate of Eva Pichon, deceased
(213719)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** DeShanda Everfield (213742)          **Address** 2006 7th Street  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Alonzo Gonzales (213743)          **Address** 2006 7th Street  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Brian Bickham (213746)          **Address** 57245 Square Rd  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Felicia McKendall (213753)          **Address** 2019 Hempstead  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Patricia Smith (213858)          **Address** 1114 Daney St.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Timothy Smith (213860)          **Address** 1114 Daney St.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Roy Parker (213865)          **Address** 28129 Napoleon Rd.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Dwayne Evans (213866)          **Address** 41088 Hwy 190 E.  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Bobbie Roberts (214000)　　　**Address** 41489 West I55 Service Road Lot # 36
　　　　　　　　　　　　　　　　　　　　　　　　　Hammond, LA 70403

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Sandra Miller (214144)　　　**Address** 38201 Coast Blvd  Slidell, LA 70460

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Willie Miller (214146)　　　**Address** 38201 Coast Blvd  Slidell, LA 70460

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Marquel Mills (214148)　　　**Address** 57451 Ramona Road  Slidell, LA 70458

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Jisele Mills (214150)　　　**Address** 927 Daney st  Slidell, LA 70458

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Roderick Mills (214153)　　　**Address** 927 Daney st  Slidell, LA 70458

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Wyshonia Mills (214154)　　　**Address** 927 Daney st  Slidell, LA 70458

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Dennis Mitchell (214159)          **Address** 40253 Hwy 190 East  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Andrea Nelson (214190)          **Address** 36485 Salmen St.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Earline Marsema (214195)          **Address** 3711 Arrowhead Dr.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Andrea Melone (214232)          **Address** 36200 Martin Rd.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Melonie Lymuel-Hartley (214296)          **Address** 1401 Admiral Nelson  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Christopher Lymuel (214297)          **Address** 1401 Admiral Nelson Dr  Slydell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Judy King (214330)          **Address** 2519 Jay Street  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Lindsay King (214331)          **Address** 2519 Jay Street  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Phyllis Hopkins (214370)          **Address** 58180 W Street  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Frieda Jenkins (214415)          **Address** 750 S Military Road  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Joey Jenkins (214416)          **Address** 750 S Military Road  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Cementine Harris (214422)          **Address** 60215 Bryan Road  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Ruth Harrison (214435)          **Address** 1134 Horace Street  New Orleans, LA 70114

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Shirleen Harrison (214436)          **Address** 1134 Horace Street  New Orleans, LA 70114

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Adolph Hartley (214439)              **Address** 1401 Admiral Nelson  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Darryl Henry (214456)              **Address** 60228 Bryand rd  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Leonard Edwards (214538)              **Address** 3836 Metropolitan St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Dwell Faciane (214550)              **Address** 61106 N 15 St.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Kimberly Fleming (214565)              **Address** 29334 Rouville Rd.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Khalin Claude (214648)              **Address** 2770 10th Street  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Darlene Collins (214663)              **Address** 57484 Romana St  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Renee' Crawford (214694)                    **Address**  2809 Harris Street  Slidell, LA 70458

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Stephanie Ainsworth (214705)               **Address**  15 South Acorn  Pearl River, LA 70452

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Toya Ainsworth (214707)                    **Address**  15 South Acorn  Pearl River, LA 70452

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Alex Ainworth (214708)                     **Address**  15 South Acorn  Pearl River, LA 70452

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Emmanuel Arcement (214726)                 **Address**  113 A Canal St.  Slidell, LA 70458

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Dwayne Claude (214870)                     **Address**  2770 10th Street  Slidell, LA 70458

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Tiffany Pea (214909)                       **Address**  26071 E Jackson St.  Lacombe, LA 70445

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff** Tonia Perrie (214914)                    **Address** 1500 West Hall Ave.  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Jeffrey Pichon (214929)                  **Address** 1128 Tupelo Street  Slidell, LA 70458

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Irma Porter (214950)                     **Address** 1005 Sun Valleylane  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Reata Reynolds (214976)                  **Address** 61039 Charles st  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Craig Roberts (214983)                   **Address** 35534 Oakridge Avenue  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** James Robertson (214984)                 **Address** 1134 Horace Street  New Orleans, LA 70114

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff** Kimberly Robinson (214986)               **Address** 41662 Hwy 190 E  Slidell, LA 70461

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Aliska Schneider (215024)          **Address** 26071 E. Jackson  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Elvis Thompson (215133)          **Address** 61039 Charles st  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Demetrius Thornton (215134)          **Address** 36165 Martin Rd.  Slidell, LA 70459

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sandra Hambrick-Warren (215239)          **Address** 927 Daney st  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Barbara Wiley (215263)          **Address** 57451 Ramona Road  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Maranda Wiley (215264)          **Address** 57451 Ramona Road  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Elouise Williams (215266)          **Address** 26071 E. Jackson St.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Pamlet Williams (215272)          **Address** 3038 William Tell  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Nglege Williams (215275)          **Address** 60228 Bryand rd  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Latrice Wilson (215285)          **Address** 115 C Bosworth St.  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Micole Wilson (215289)          **Address** 60238 Bryan rd  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Michael Young (215306)          **Address** 27387 Barringer Road  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Paulette Young (215309)          **Address** 27387 Barringer Road  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Don Brown (215473)          **Address** 62273 Brown Rd.  Bogalusa, LA 70427

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Geneva Carter (215498)          **Address** 626 Hailey Ave.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Russell Carter (215501)          **Address** 626 Hailey Ave.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Barbara Dearman (215558)          **Address** 59244 N. Pearl, Lot #109  Slidell, LA 70459

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Taylor Johnson (215700)          **Address** 1711 McArthur Drive  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Paula Mcafee (215784)          **Address** 1711 McArthur Drive  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lucy Mitt (215826)          **Address** 186 Smith St.  Hahnville, LA 70057

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Rosia Bradford, as Representative of          **Address** 136 James Lane  Des Allemands, LA 70031
the Estate of Sedonia Mitt, deceased
(215827)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff** Sandra Spalding (215991)          **Address** 4177 Lowerline Street  Slidell, LA 70461

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Ronnie Strickland (216010)          **Address** 186 Smith St.  Hahnville, LA 70057

**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff** Lee Ann Sylvas (216020)          **Address** 2947 Harris Street  Slidell, LA 70458

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Bertrand Young (216110)          **Address** 4026 St. Claude Avenue  New Orleans, LA 70117

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Jamie Young (216114)          **Address** 26071 E. Jackson St.  Lacombe, LA 70445

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Jeremy Young (216116)          **Address** 26071 E. Jackson St.  Lacombe, LA 70445

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Ralph Brossette (216353)          **Address** 23 Jupiter Dr.  Meraux, LA 70075

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No.  09-4716

**Plaintiff**  Annamarie Coble (216393)          **Address**  1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Beverly Criddle (216424)          **Address**  4527 Feliciana Dr.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Beverly Criddle, as Representative of     **Address**  4527 Feliciana Dr.  New Orleans, LA 70126
the Estate of Nehemiah Criddle,
deceased (216425)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Hazele Davis (216448)          **Address**  1001 Paul Fredrick St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.