## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

885

**Plaintiff**  Lester Davis (216450)                    **Address**  1001 Paul Fredrick St  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Augie Lapara (216672)                    **Address**  2208 Riverland  Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Florence Larara (216673)                    **Address**  2208 Riverland Dr.  Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Mamie Lopez (216697)                    **Address**  1418 Admiral Nelson Dr.  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Lena Meyers (216738)                    **Address**  23 Jupiter Circle  Meraux, LA 70075

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Arthur Meyers (216739)                    **Address**  23 Jupiter Circle  Meraux, LA 70075

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**2**

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Betty Milton (216742)          **Address** 3800 Verrett St.  St. Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Issac Milton (216743)          **Address** 3800 Verret St.  St. Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Ashley Sonnier (216942)          **Address** 40 Maddison Avenue  Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Mary Taylor (216974)          **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Alice Taylor (216978)          **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Lillie Williams (217065)          **Address** 2115 Goodwill Dr.  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Marcus Young (217092)          **Address** 1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Nathan Blaise (220042)          **Address** 3750 Verrett St.  Verrett, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Anh Dang (220094)          **Address** 119 E. Collins Drive  Buras, LA 70041

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Ronald DeRogers (220100)          **Address** 3038 William Tell  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Stanley Dinh (220106)          **Address** 1400 Dwyer Blvd.  New Orleans, LA 70129

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Chau Do (220110)          **Address** 14001 Dwyer Blvd., Lot K19  New Orleans, LA 70129

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Lavar Edwards (220126)          **Address** 3836 Metroplition Street  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Lenace Edwards (220127)          **Address** 3836 Metroplition Street  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Leroy Fernandez (220132)                **Address**  3750 Verrett St.  Verrett, LA 70085

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Minh Ha (220182)                **Address**  14001 Dwyer Blvd.  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Quynh Ngo (220335)                **Address**  14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Can Nguyen (220338)                **Address**  119 E. Collins Drive  Buras, LA 70041

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Khan Nguyen (220344)                **Address**  14102 Willow Brook Drive  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Khang Nguyen (220345)                **Address**  14102 Willow Brook Drive  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Khuong Nguyen (220346)                **Address**  14102 Willow Brook Drive  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff**  Lam Nguyen (220349)                    **Address**  14102 Willow Brook Drive  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Nam Nguyen (220351)                    **Address**  14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Thu Nguyen (220353)                    **Address**  14102 Willow Brook Drive  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tung Nguyen (220355)                    **Address**  14000 Dwyer Dr. B 20  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Thuy Tran (220482)                    **Address**  14102 Willow Brook Drive  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Thomas Smith  (220550)                    **Address**  2901Elysian Fields T-12  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Matthew Torregano (221602)                    **Address**  3318 Effie St.   Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Wilhelmina Faciane (221635)          **Address**  36050 Shady Lane   Slidell, LA 70459

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Blaine Faciane (221636)          **Address**  36050 Shady Lane  Slidell, LA 70459

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Richard Whitehead (221707)          **Address**  58082 Apache St.  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Dorothy Whitehead (221708)          **Address**  58082 Apache St.  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Ahmad Batiste (221719)          **Address**  27229 SE Price Alley Road  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Darryl Batiste (221720)          **Address**  27229 SE Price Alley  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Noah Bridges (221728)          **Address**  62245 Nisa St  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Naman Casnave (221738)          **Address** 27175 Barringer Rd  Lacombe, LA 70445

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Earstine Casnave (221739)          **Address** 27169 Barringer Rd.  Lacombe, LA 70445

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Earstine Casnave, as Representative of          **Address** 27169 Barringer Rd.  Lacombe, LA 70445
the Estate of Naman Casnave, deceased
(221740)

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Doretha Cherry (221744)          **Address** 27711 St. Louis St.  Lacombe, LA 70445

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Dorothy DeClouet (221757)          **Address** 141 Golden Pheasant  Slidell, LA 70461

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Gerald DeClout (221758)          **Address** 141 Golden Pheasant Dr  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Jerome Doucette (221762)          **Address** 36287 Salmen St  Lacombe, LA 70445

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff** Emma Griffin (221797)          **Address** 1165 St. Joseph  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Debbie Jenkins (221806)          **Address** 62245 15th St  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Angel Johnson (221813)          **Address** 4501 Laine Ave  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Joann Batiste (221923)          **Address** 27229 South East Pice Alley  Lacombe, LA 70445

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Denise Jenkins (221936)          **Address** 62174 N. 1st Street  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Natasha Carter (221952)          **Address** 166 Boutte  Luling, LA 70070

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff** Serine Casnave (221960)          **Address** 27169 Barringer Rd.  Lacombe, LA 70445

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Donna Casnave (221962)　　　　**Address** 27175 Barringer Rd.  Lacombe, LA 70445

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff**  Charles Ducree (222014)　　　　**Address** 62174 N. 1st Street  Slidell, LA 70460

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff**  Denise Gray (222050)　　　　**Address** 366 Avondale Garden Rd.  Boutte, LA 70094

**Defendants**
　　Gulf Stream Coach, Inc.
　　Shaw Environmental, Inc

---

**Plaintiff**  Michael Gray (222051)　　　　**Address** 306 Avondale Garden Rd.  Boutte, LA 70094

**Defendants**
　　Gulf Stream Coach, Inc.
　　Shaw Environmental, Inc

---

**Plaintiff**  DeWanna Jenkins (222085)　　　　**Address** 62174 N. 1st Street  Slidell, LA 70460

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff**  Ricky Joseph (222089)　　　　**Address** 323 S. Kinler St.  Boutte, LA 70039

**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rashad Joseph (222091)　　　　**Address** 237 Goodchildren St. / P.O. Box 659  Boutte, LA 70039

**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Lance Joseph (222092)  **Address** Sewage & Water Board, Lamarque Road  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Tommy Landor (222115)  **Address** 28213 Sherry Sweet Shop Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Louis Malter, as Representative of the Estate of Calvin Malter, deceased (222131)  **Address** 36176 Oceola  Slidell, LA 70459

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Luther Nelson (222150)  **Address** 1632 E. West Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Derreck Nelson (222151)  **Address** 1632 E. West Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Claudette Paige (222159)  **Address** 705 Magnolia  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dwayne Scott (222201)  **Address** 166 Boutte Estate  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Lonnie Scott (222203)          **Address**  166 Boutte Estate Dr.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Susanne Singleton (222205)          **Address**  306 1/2 Avondale Garden Rd.  Avondale, LA
                                                              70094

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Wendy Williams (222258)          **Address**  166 Boutte  Metairie, LA 70009

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Huong Nguyen (222281)          **Address**  1400 Dwyer St. Lot F 3  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tam Tran (222287)          **Address**  1400 Dwyer St.  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michelle Mohammed (222314)          **Address**  5233 Basin View Dr.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Analesa Lewis (222400)          **Address**  25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Jalesa Lewis (222402)　　　　　**Address** 25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Leslie Russell (222437)　　　　　**Address** 25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Dolores Holley (222526)　　　　　**Address** 3210 William Tell Street  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  James Holley (222527)　　　　　**Address** 3210 William Tell Street  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Brittney Ray (222574)　　　　　**Address** 59308 Carroll Rd  Slidell, LA 70460

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Phat Bui (222666)　　　　　**Address** 14000 Dwyer Road  New Orleans, LA 70129

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Glenn Cousin (222704)　　　　　**Address** 28127 Neapolitan Road  Lacombe, LA 70445

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Loretta Ducre (222728)                    **Address** 27077 Barringer Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sammuel Ducre (222730)                    **Address** 27072 Barrainger Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Tamara Dunnaway (222731)                    **Address** 25626 W Sycamore Street  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Brittany Frank (222742)                    **Address** 26374 Pichon Road  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Rose Frank (222743)                    **Address** 26374 Pichon Road  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** James Gallo (222754)                    **Address** 25626 W Sycamore Street  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lamont Jones (222822)                    **Address** 38157 North Third Avenue  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Tammy Joseph (222833)          **Address** 4738 Warrington Drive  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Monica Lewis (222860)          **Address** 28127 Napoleon Street  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Iris Myers (222908)          **Address** 101 B Soniat Street  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Huyen Nguyen (222917)          **Address** 14000 Dwyer Rd  New Orleans, LA 70129

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Dwayne Parker (222934)          **Address** 13152 Hwy 23  Harvey, LA 70058

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Dwayne Parker (222935)          **Address** 13152 Hwy 23  Harvey, LA 70058

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Frank Parker (222937)          **Address** 59710 Parker Lane  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Trenice Parker (222944)                    **Address**  13152 Hwy 23  Harvey, LA 70058

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Davon Payton (222952)                    **Address**  5815 Congress Dr.  New Orleans, LA 70116

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Rayion Payton (222953)                    **Address**  5815 Congress Dr.  New Orleans, LA 70116

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Todd Payton (222954)                    **Address**  5815 Congress Dr.  New Orleans, LA 70116

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Kim Singleton (223019)                    **Address**  306 Avondale Garden  Avondale, LA 70094

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Annie Sylve (223036)                    **Address**  59308 Carrol Road  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Sharon Taylor (223040)                    **Address**  2915 Camillia Dr  Slidell, LA 70458

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Arthur Thomas (223048)          **Address**  4828 Eastview Dr.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Kim-Nu Tran (223053)          **Address**  4859 Savoie Court  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Marcus Young (223077)          **Address**  1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Amanda Ballam (223487)          **Address**  522 Esteban Avenue  Arabi, LA 70032

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Jabari Brown (223539)          **Address**  9115 Peach St  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Percy Broyard (223546)          **Address**  26088 E Beech St  Lacombe, LA 70445

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Anna/Marie Coble (223595)          **Address**  1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Rose Darensbourg (223623)          **Address**  4114 Gibson   New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Katie Diaz (223644)          **Address**  12 Woodchase Ct.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Denise Ducree (223652)          **Address**  106 Trafalgar Square  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Barbara Engolia (223663)          **Address**  50 Madison  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Marion Forbis (223677)          **Address**  2915 Camilla Drive  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jessica Franatovich (223682)          **Address**  1924 Andres Street  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Stacey Franatovich (223684)          **Address**  1924 Andres Street  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Delindayah Goines (223711)          **Address**  9115 Peach St.  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---

**Plaintiff**  Jerome Green (223719)          **Address**  3017 Danile Drive  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Bernice Hudson (223784)          **Address**  2425 St. Matthew Court  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Ronald Hudson (223786)          **Address**  2425 St. Matthew Court  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Ronald Hudson (223787)          **Address**  2425 St. Matthew Court  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Darrell Hughes (223789)          **Address**  2401 Nagar Drive  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Abbie Kennedy (223854)          **Address**  3040 Bruxells Street  New Orleans, LA 70119

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Nathan Lee (223896)                 **Address** P.O. Box 3184  Slidell, LA 70459

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** elizabeth Lewis (223907)           **Address** 40 Madison Avenue  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Mary Lewis (223916)                 **Address** 59798 MLK Jr. Drive  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Ivy Loup (223927)                   **Address** 2221 Edgar Dr.  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Angelique Mackles (223932)          **Address** 2201 Gillout  Saint Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Elaine Martin (223953)              **Address** 2013 Montegut Street  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Lawrence Martin (223954)            **Address** 2013 Montegut Street  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Mary Moore (223985)                    **Address** 210 Old Spanish Trail #179B  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Althea Muse (223995)                    **Address** 3150 N. Rockblade  New Orleans, LA 70117

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Thanh Nguyen (224019)                   **Address** 11121 North Forest Court  New Orleans, LA 70128

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Xe Nguyen (224022)                      **Address** 11121 North Forest Park  New Orleans, LA 70128

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Darlene Polk (224058)                   **Address** 39203 Voters Rd.  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Raymon Porter (224065)                  **Address** 3150 North Rockblade  New Orleans, LA 70117

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Ariel Ramos (224080)                    **Address** 2117 Delta Queen  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Ines Ramos (224081)                          **Address**  2117 Delta Queen Dr  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Rudy Reynolds (224095)                  **Address**  11621 Willow Drive  Arabi, LA 70032

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Chad Rinkos (224104)                      **Address**  522 Esteban Street  Chalmette, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Charles Rinkus (224105)                  **Address**  1900 Robert Drive  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kimberly Rinkus (224108)               **Address**  2221 Edgar Dr.   Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Rena Sookoo (224150)                      **Address**  26088 E. Beech Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Katherine Soule (224151)                **Address**  2614 St Anthony Street  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Lloyd Soule (224152)          **Address**  2614 St Anthony Street  New Orleans, LA 70119

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Gwendolyn Stallworth (224159)          **Address**  922 Eleanor  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Woodrow Taylor (224177)          **Address**  2915 Camillia Drive  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Woodrow Taylor (224178)          **Address**  2915 Camillia Drive  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Ciji Terrebonne (224179)          **Address**  24 Mason Street  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Timothy Terrebonne (224180)          **Address**  24 Mason Avenue  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Kathy Treadaway (224195)          **Address**  2009 Kingbird  Meraux, LA 70085

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Danny Treadway (224196)              **Address**  2009 Kingsbird  Meraux, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Crystal Wheeler (224219)              **Address**  8823 Fosche Street  New Orleans, LA 70118

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Earl Wheeler (224220)              **Address**  8823 Fosche   New Orleans, LA 70119

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Dillman Moree (224280)              **Address**  133 Whitehall Dr.  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Aida Moree (224281)              **Address**  133 Whitehall Dr.  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Janet Sherll (224284)              **Address**  2413 St. Paul Court  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Xavier Joseph (224286)              **Address**  4738 Warrington Drive  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Alicia Areas- David (224289)        **Address**  2108 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jaime Johnson (224292)        **Address**  5612 Fourth Street  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Michael David (224301)        **Address**  2108 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Alvin Johnson (224303)        **Address**  7717 Saro Lane  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Donald Johnson (224304)        **Address**  5612 Fourth Street  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jamie Basco (224309)        **Address**  2724 Reunion Drive  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Glenda Upright (224313)        **Address**  Yogi Bear Camp Ground   Robert , LA 70032

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Ernie Woods (224317)                **Address** 2724 Reunion Drive  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Joel Green (224339)                **Address** 1555 St. Frances, Lot G  St. Gabriel , LA 70080

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Charles Cornish (224403)                **Address** 3828 Cinwood  Harvey, LA 70058

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Gloria McGuire (224487)                **Address** 26320 E. Elm Street  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Jeanifer Mayo (224510)                **Address** 692 Carollo Dr  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Michelle Firth (224511)                **Address** 692 Carollo Dr  Robert, LA 70455

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Kurt Laurent (224563)                **Address** 59798 MLK Dr  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Kathey Byrd (224613)                    **Address**  26329 E Elm Street  Lacombe, LA 70445

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Christina Smith (224615)                **Address**  26329 E Elm Street  Lacombe, LA 70445

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Candice Jones (224616)                  **Address**  26329 E Elm Street  Lacombe, LA 70445

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Russell Lewis (224617)                  **Address**  59798 Martin Luther King Jr. Dtive  Lacombe, LA 70445

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Angelia Lewis (224620)                  **Address**  59798 M.L.K. Dr.  Lacombe, LA 70445

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Garionne Major (224631)                 **Address**  2337 Mary Ann Drive  Meraux, LA 70075

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Drionne Major (224632)                  **Address**  2337 Mary Ann Drive  Meraux, LA 70075

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff**  Anthony Neason (224634)                    **Address**  2337 Mary Ann Drive  Meraux, LA 70075

**Defendants**
>            Gulf Stream Coach, Inc.
>            Fluor Enterprises, Inc

**Plaintiff**  Roxanne Diaz (224643)                    **Address**  12 Woodchase Ct  Violet, LA 70092

**Defendants**
>            Gulf Stream Coach, Inc.
>            Fluor Enterprises, Inc

**Plaintiff**  Blake Diaz (224644)                    **Address**  12 Wood Chase St.  Violet, LA 70092

**Defendants**
>            Gulf Stream Coach, Inc.
>            Fluor Enterprises, Inc

**Plaintiff**  Mary Miller (224650)                    **Address**  40 Madison Ave Lot # 73  Chalmette, LA 70043

**Defendants**
>            Gulf Stream Coach, Inc.
>            Fluor Enterprises, Inc

**Plaintiff**  Gregory Foley (224685)                    **Address**  8823 Forshey Street  New Orleans, LA 70119

**Defendants**
>            Gulf Stream Coach, Inc.
>            Shaw Environmental, Inc

**Plaintiff**  Earl Lewis (224765)                    **Address**  8823 Forshey Street  New Orleans, LA 70126

**Defendants**
>            Gulf Stream Coach, Inc.
>            Shaw Environmental, Inc

**Plaintiff**  Nolan McKendall (224822)                    **Address**  2400 Annette  New Orleans, LA 70119

**Defendants**
>            Gulf Stream Coach, Inc.
>            Shaw Environmental, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Sandra Hubbard (224852)                 **Address** 3148 N. Roche Blave Street  New Orleans, LA
                                                                   70117

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  R. Hubbard (224855)                     **Address** 3148 N. Rocheblave  New Orleans, LA 70117

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Rosalie McKendall (224856)              **Address** 2422 Annett Street  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Susan Major (225038)                    **Address** Judge Perez  Violet, LA 70092

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Donald Harris (225042)                  **Address** 2420 St. Matthew Circle  Violet, LA 70092

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Enrique Howell (225071)                 **Address** 2986 Glenbrook Drive  Gretna, LA 70056

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Carolyn Harris (225094)                 **Address** 2420 St. Matthew Circle  Violet, LA 70092

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
### Original Civil Action No.  09-4717

**Plaintiff** Danielle Carter (225265)          **Address** 4308 S. Johnson   New Orleans, LA 70125

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc

**Plaintiff** Calvin Grinstead (225273)          **Address** 4843 Feliciana Dr.  New Orleans, LA 70126

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Rosalie Grinstead (225278)          **Address** 4843 Feliciana Dr.  New Orleans, LA 70126

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Andrew Kessler (225288)          **Address** 33 Normandy Dr.  Kenner, LA 70065

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc

**Plaintiff** Dale Kessler (225289)          **Address** 33 Normandy Dr  Kenner, LA 70065

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc

**Plaintiff** Debra Kessler (225290)          **Address** 33 Normandy  Kenner, LA 70065

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc

**Plaintiff** Dominick Scott (225301)          **Address** 7301 Benson St.  New Orleans, LA 70127

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff** Alexander Scott (225302)          **Address** 7301 Benson St.  New Orleans , LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Patricia Scott (225303)          **Address** 7301 Benson St.  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Valencia Scott (225305)          **Address** 7301 Benson St  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Daron Wright (225323)          **Address** 4308 S. Johnson St.  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Eugene Alphonso (225743)          **Address** 2208 Tiffany Court  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Vernette Wallis, as Representative of          **Address** 841 N. Broad st. Trail B  New Orleans, LA 70426
the Estate of Cary Andry, deceased
(225748)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Christopher Andry (225749)          **Address** 841 N. Broad st. Trouel A  New Orleans, LA
70126

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Vernette Andry (225750)          **Address** 841 N. Broad st.  New Orleans, LA 70426

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

---

**Plaintiff** Jude Bailey (225769)          **Address** 1801 Robert  St. Bernard, LA 70085

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Kelly Bailey (225771)          **Address** 1801 Robert Dr.  St. Bernard, LA 70085

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Timothy Barrett (225784)          **Address** 27368 Tag/A/Long Rd.   Lacombe, LA 70445

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Neilan Brown (225864)          **Address** 2053 Mary Ann/ St. Bernard Hwy (c36)  Meraux, LA 70075

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Tyrone Bunch (225875)          **Address** 3114 Laussat Place  New Orleans, LA 70117

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

---

**Plaintiff** Crystal Camargo (225896)          **Address** 1913 Robert Dr.  St. Bernard, LA 70085

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Patrice Cataldo (225908)               **Address**  1832 Robert dr  St. Bernard, LA 70085

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Lee Collins (225942)                    **Address**  2208 Centanni Dr.  St. Bernard, LA 70085

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Trenelle Collins (225946)               **Address**  2208  Centanni Dr  St. Bernard, LA 70085

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Raymond Dash (226011)                   **Address**  4341 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  David Davis (226013)                    **Address**  601 Kilona Drive  Killona, LA 70057

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Harvey Davis (226016)                   **Address**  601 Killona Dr.  Hahnville, LA 70057

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Amy Diaz (226050)                       **Address**  601 E. St.Bernard Hwy.  Chalmette, LA 70092

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** Brandy Evans (226105)          **Address** 2300 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Ronald Freels (226143)          **Address** 118 Soniat St.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Julie Gibson (226174)          **Address** 1800 Deborah Drive  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Alicia Goutierrez (226187)          **Address** 2014 Evans Street  St. Braithwaite, LA 70040

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Lorrie Grimaldi (226211)          **Address** P O Box 127  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Valerie Guy (226218)          **Address** 5700 Fourth st  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** June Hansford (226235)          **Address** 2008 Violet st.  Violet , LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Jeri Hooper (226306)           **Address** 2420 Highland Dr.  Violet, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Mia Johnson (226357)           **Address** 2408 Highlander Dr.  Violet, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  John Johnson (226361)           **Address** 2408 Highlander  Violet, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Tan Le (226445)           **Address** 1601 Franklin St  Gretna, LA 70053

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Ton Le (226448)           **Address** 1601 Franklin  St. Gretna, LA 70053

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Truc Le (226449)           **Address** 1601 Franklin St  Gretna, LA 70053

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Melissa Mayer (226559)           **Address** 2036 N River Park Dr.  Violet, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Alarence Nelson (226651)                **Address**  1632 E. West Drive  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Lai Ngo (226658)                **Address**  14000 Dwyer Dr.  New Orleans , LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Phu Nguyen (226661)                **Address**  405 Windward  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Ronnie Payne (226691)                **Address**  5700 Fourth  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Johnny Schneider (226846)                **Address**  1800 Deborah Dr  St. Bernard, LA 70085

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Shelton Thornton (226970)                **Address**  66231 Chris Kennedy Rd.  Pearl River, LA 70452

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Warren Whitney (227034)                **Address**  2216 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Russell Williams (227059)          **Address** 101 B Soniat St.   Slidell , LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Michael Wolfe (227076)          **Address** 11621 Willow Dr.   New Orleans , LA 70131

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Julie Branch (229452)          **Address** 805 Innerarity St.  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Danny  Collin (229552)          **Address** 63565 Ordage and Ruppert Rd  Lacombe, LA
                                               70445

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Gayle Fourtunia (229708)          **Address** 42276 Ridge Rd.  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Bobby Freire (229717)          **Address** 2801 Hopedale Highway  St. Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Leonard Freire (229718)          **Address** 2801 Hopedale Highway  St. Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Susan Freire (229719)                **Address**  2801 Hopedale Highway  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Shirley  Juneau (229938)              **Address**  2500 Gallo Rd.  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Angela  Melerine  (230062)           **Address**  2125 Farmsite Rd.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Eric  Melerine  (230064)             **Address**  2125 Farmsite  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Vincent  Murana  (230100)           **Address**  2502 Farmsite Rd  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michelle  Murana  (230101)         **Address**  2502 Farmsite Rd  violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Vincent  Murana  (230102)           **Address**  2502 Farmsite Rd  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff** Paul Perry (230174)          **Address** 27119 Price Alley  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Dawn  Reffells (230230)          **Address** 2205 6th St.  Slidell , LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Adam  Sarran  (230294)          **Address** 3703 Arrowhead Dr.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** John Smith  (230334)          **Address** 1836 Conti Sreet  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Lakeisha  Sylve (230388)          **Address** 60022 North 17th St  Slidell , LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Derrick  Sylves (230389)          **Address** 1478 Westhall  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Pansy Thurman (230417)          **Address** 1317 Homestead Ave.  Metairie, LA 70005

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Richard Thurman (230418)          **Address**  1317 Homestead Ave  Metairie, LA 70005

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  William Smith (231103)          **Address**  26329 E. Elm St.  Lacombe, LA 70445

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Larry Duplaisir (233058)          **Address**  1329 Carrollton St.  Metairie, LA 70005

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Debra Bradley (202872)          **Address**  10720 Kinneil Rd.   New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Cornell Bradley (202873)          **Address**  10720 Kinneil Rd  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Clauzell Bradley (202874)          **Address**  10720 Kinnel Rd.   New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Edward Gabriel (205289)          **Address**  5409 Mandeville St.  New Orleans, LA 70122

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff** Edward Gabriel (205290)            **Address** 5409 Mandeville St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Paulette Gabriel (205291)          **Address** 5409 Mandeville  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Railan Gabriel (205292)            **Address** 5409 Mandeville  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Georgia Wheat-Foster (205484)      **Address** 70465 Cook Lane  Tangipahoa, LA 70465

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Eron Wheat (205485)                **Address** 70465 Cook Lane  Tangipahoa, LA 70465

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Violet Pinkney (205648)            **Address** 3013 Gen Ogden  New Orleans , LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Laverne Pinkney (205649)           **Address** 3013 General Ogden  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

## Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff**  Yvonne Carter (207515)                    **Address**  702 Paul Fredrick St.  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Freddie Carter (207516)                    **Address**  702 Paul Fredrick St.  New Orleans, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.