## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

886

**Plaintiff**  Dawn Esposito (224646)                 **Address**  59428 Lacombe Street  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Eldora Madison (226502)                 **Address**  5616 Peoples  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Wilton Madison (226503)                 **Address**  5616 People   New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Brittany Riley (226783)                 **Address**  5616 Peoples Ave  New Orleans , LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Nyasha Smith (226908)                 **Address**  3722 Louisa St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Evelyn Bryant (199830)                 **Address**  41360 C Carken Rd  Franklinton, LA 70438

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
3

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
### Original Civil Action No.  09-4718

**Plaintiff**  Sherry  Johnson (199951)          **Address** 2112 Bayou Road  St. Bernard, LA 70085

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Chester Herbert (201670)          **Address** 650 Avenue A  Marrero, LA 70072

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  William Conner (202164)          **Address** 3198 Newton St.   New Orleans, LA 70114

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Rolandya Lewis (213023)          **Address** 128 Amp Circle  Edgard, LA 70049

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  John Hebert (216564)          **Address** 40 Maddison Ave  Chalmette, LA 70043

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Brittany Sonnier (216944)          **Address** 40 Maddison Ave  Chalmette, LA 70043

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Paula Bernard (220033)                **Address** 49 Maddison Ave.  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Daniel Sonnier (220452)               **Address** 40 Madison Ave.  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jessica Sonnier (220453)              **Address** 40 Maddison Ave.  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Lawrence Scott (222202)               **Address** 166 Boutte  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lisa Sherman (222582)                 **Address** 88 Concord Loop (I-59)  Pearl River, LA 70452

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Randy Sherman (222583)                **Address** 88 Concord Loop  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Marci Peralez (222957)                **Address** 105B Canal Street  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  David Peralez (222958)                **Address**  105B Canal Street  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Mandy Guivroz (223730)                **Address**  101 st. Bernard Hwy  Saint Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Corrine Moore (223983)                **Address**  93 Jean LaFitte Hwy  Saint Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Raymond Tircuit (224308)                **Address**  46049 Hwy 445 N.  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Jackilyn Tircuit (224318)                **Address**  46049 Hwy 445N  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Espy Encalade (225034)                **Address**  147 A Fredrick Lane Hwy 15  Davant, LA 70082

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Danny Washington (202450)                **Address**  2834 Myrtle Grove Dr. #123  Meraux, LA 70075

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Shermanda Washington (202456)          **Address**  2834 Myrtle Grove Dr.  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Coug Nguyen (215844)          **Address**  P.O. Box  9246  Westwego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Kadee Evans-Martinez (223669)          **Address**  25140 Karly Drive  Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Anthony Prats (224073)          **Address**  25140 Karly Drive  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Michael Bernard (220032)          **Address**  40 Maddison Ave.  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Amanda Fox (226138)          **Address**  2853 Mary Ann C99  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Melissa Fox (226140)          **Address**  2853 Bernard Hwy  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Kedra Bienemy (224636)          **Address**  129 Plaqumines Street  Brithmurte , LA 70043

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Denzel Acker (213540)          **Address**  57304 Hardin Road  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Toya Ainsworth, as Next Friend of T.A,     **Address**  15 South Acorn  Pearl River, LA 70452
a minor (214706)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Dwan Alexander (221900)          **Address**  306 Avondale Garden Rd.  Westwego, LA 70094

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---

**Plaintiff**  Cleo Washington, as Next Friend of H.     **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037
A, a minor (211919)

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Taylor Alexander (211920)          **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cindy Allen (214715)          **Address**  3836 Metropolitan st.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4718

**Plaintiff**  Nora Alvis (221903)                     **Address**  3039 Feliciana St.  Kenner, LA 70062

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Brad Anglada, as Next Friend of C.A, a          **Address**  5012 E. St. Bernard  Violet, LA 70092
minor (223479)

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Annie  Sylve, as Next Friend of J.B, a          **Address**  59308 Carroll Road  Slidell, LA 70460
minor (222630)

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Patricia Banks (200147)                  **Address**  1507 North Robertson Street  New Orleans, LA
                                                                     70116

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff**  Bobby Becnel (222645)                    **Address**  226 Avondale Garden Rd.  Westwego, LA 70094

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff**  Katrina Bell, as Next Friend of C.B, a          **Address**  58082  Apache St.  Slidell, LA 70460
minor (221623)

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Tonjiria Bennett (225807)                **Address**  601 Killona Dr.   Hahnville , LA 70057

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Christopher Peterson, as Next Friend of **Address** 5200 Press Dr.  New Orleans, LA 70125
C.B, a minor (205071)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Temikia Berry (205072) **Address** 5200 Press Dr.  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tom Brickham (213347) **Address** 57245 Square Rd.  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Natanya Bolden, as Next Friend of Z.B, **Address** 63538 Bolden Rd.  Pearl River, LA 70452
a minor (214788)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Natanya Bolden, as Next Friend of Z.B, **Address** 63538 Bolden Rd.  Pearl River, LA 70452
a minor (214789)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Natanya Bolden, as Next Friend of Z.B, **Address** 63538 Bolden Rd.  Pearl River, LA 70452
a minor (214790)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jamie Basco, as Next Friend of B.B, a **Address** 2724 Reunion Drive  Violet, LA 70092
minor (224312)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Toya Ainsworth, as Next Friend of J.B, a minor (214792)   **Address** 15 South Acorn  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jamal Bradley (221895)   **Address** 3034 Feliciana St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Nicole Robinson, as Next Friend of W. B, a minor (213568)   **Address** 112 Mickel Street  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kwan  Breashears, as Next Friend of D. B, a minor (210784)   **Address** 3617 Metropolitan St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dominique Brown (199961)   **Address** 2912 Guerra Dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kevin Brown (206911)   **Address** 2912 Guerre dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Rena  Sookoo, as Next Friend of J.B, a minor (223545)   **Address** 26088 E. Beech Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4718

**Plaintiff**  Donnie Brumfield (199823)                    **Address**  3537 W. Loyola Drive  Kenner, LA 70065

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc

**Plaintiff**  Nika Burns, as Next Friend of D.B, a          **Address**  4652 America St.  New Orleans, LA 70126
minor (211789)

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Kenyatta Burns, as Next Friend of K.B,        **Address**  128 E .St. Peters St.  Belle Chasse, LA 70037
a minor (211790)

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Kenyatta Burns (211791)                        **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Natasha  Carter, as Next Friend of D.C,        **Address**  166 Boutte Estate Dr  Luling, LA 70070
a minor (221953)

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Blake Casnave (221961)                         **Address**  27169 Barringer Rd.  Lacombe, LA 70445

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Eric Charles (202263)                          **Address**  1507 N. Robertson St.  New Orleans, LA 70116

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Tamara Dunnaway, as Next Friend of G.C, a minor (222689)    **Address** 25626 Sycamore Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nikkia  Clark, as Next Friend of K.C, a minor (224820)    **Address** 3148 Rocheblave Street  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Schwanda Clark, as Next Friend of R.C, a minor (224853)    **Address** 3148 N. Rocheblave  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Evin Claude (213620)    **Address** 35578 Oak Ridge Ave.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Deborah Cobbs (223594)    **Address** 2420 Delille Street  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Anthony Coleman (211729)    **Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Charlene Coleman, as Next Friend of D.C, a minor (211733)    **Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Charlene Coleman, as Next Friend of I. C, a minor (211734)    **Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Alanza Spokes, as Next Friend of N.C, a minor (221752)    **Address** 59244 N Pearl St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nicole Coleman (211738)    **Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Alanza  Spokes, as Next Friend of N.C, a minor (221751)    **Address** 59244 N. Pearl St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Eucharist Collins (214664)    **Address** 57484 Romana st  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jamal Collins (214660)    **Address** 37532 Timberline Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** James Cook (225950)    **Address** 601 Killana Dr  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Lydia Cook (225952)          **Address**  601 Killon Dr  Hahnville, LA 70057

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Sinda Cooper, as Next Friend of P.C, a          **Address**  2117 Delta Queen Dr  Violet, LA 70092
minor (223605)

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Sinda Cooper (223606)          **Address**  2117 Delta Queen  Violet, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Courtney Cousan (214677)          **Address**  135 North St.  Slidell, LA 70458

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Monica  Crawford, as Next Friend of B.          **Address**  2809 Harris St  Slidell, LA 70458
C, a minor (214697)

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Emelda Crawford, as Next Friend of B.          **Address**  2809 Harris Street  Slidell, LA 70458
C, a minor (214689)

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Kevin Cyres (221985)          **Address**  3039 Feliciana St  New Orleans, LA 70126

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Alicia David, as Next Friend of M.D, a minor (224290)   **Address**  2108 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Alicia L. David, as Next Friend of T.D, a minor (224291)   **Address**  2108 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Noreen Davis (202098)   **Address**  302 Neil Ave.   New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Pamlet Williams, as Next Friend of A. D, a minor (214617)   **Address**  3038 William Tell  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Chau Thi Do, as Next Friend of A.D, a minor (220109)   **Address**  14001 Dwyer Blvd., Lot K19  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Chau Do, as Next Friend of N.D, a minor (220113)   **Address**  14001 Dwyer Blvd., Lot K19  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lan Doan (226062)   **Address**  1601 Franklin St.  Gretna, LA 70053

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Angel Johnson, as Next Friend of T.D,  **Address** 36287 Salmen St  Lacombe, LA 70445
a minor (221763)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Alicia Ducre (213716)  **Address** 25445 Batiste Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Loretta Ducre, as Next Friend of C.D, a  **Address** 27077 Barringer Road  Lacombe, LA 70445
minor (222727)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Regina  Spencer , as Next Friend of D.  **Address** 62245 15th St.   Slidell, LA 70461
D, a minor (223651)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Ericca Ducre (213718)  **Address** 25445 Batiste Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Loretta  Ducre, as Next Friend of M.D,  **Address** 27077 Barringer Road  Lacombe, LA 70445
a minor (222729)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Wendy Ollier, as Next Friend of J.D, a  **Address** 2279 10th St.  Slidell, LA 70458
minor (213525)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Wendy Ollier, as Next Friend of J.D, a minor (213526)     **Address** 2779 10th St.  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Julius Duroncelay (201862)     **Address** 7231 Northgate Dr.  New Orleans , LA 70128

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Emma Griffen, as Next Friend of A.E, a minor (221769)     **Address** 1165 St. Joseph Dr  Slidell, LA 70460

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Christopher Edwards (214536)     **Address** 3836 Metropolitan

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Cameron Esposito (224648)     **Address** 59428 Lacombe Street  Slidell, LA 70460

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Dawn Esposito, as Next Friend of E.E, a minor (224647)     **Address** 59428 Lacombe Street  Slidell, LA 70460

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Channing Evans (213756)     **Address** 41088 Hwy 190 E.  Slidell, LA 70461

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Chase Evans (213757)                    **Address** 41088 Hwy 190 E.  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Dwayne Evans, as Next Friend of K.E,       **Address** 41088 Hwy 190 E.  Slidell, LA 70461
a minor (213867)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  DeShanda Everfield, as Next Friend of      **Address** 2006 7th Street  Slidell, LA 70458
W.E, a minor (213744)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Dwell  Faciane, as Next Friend of D.F,      **Address** 61106 N 15 st.  Lacombe, LA 70445
a minor (214549)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Edward Farnell (212855)                   **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Roland Fiffie (226126)                    **Address** 601 Killona Dr.  Hahnville, LA 70057

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Georgia Freels (224544)                   **Address** 118 Soniet St.  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Kendra Paige, as Next Friend of K.G, a minor (209806)     **Address** 1741 Independence St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Raina Gabriel (205293)     **Address** 5409 Mandeville   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Edward Gabriel (205294)     **Address** 5409 Mandeville   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Sherlyn Galle (203420)     **Address** 4642 Virgilian St.
New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Veraldine Garrison, as Next Friend of A.G, a minor (201827)     **Address** 209 W. St. Peter  Belle Chasse, LA 70037

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Fredericka Gibson, as Next Friend of D. G, a minor (213531)     **Address** 2751 Washginton  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Fredericka Gibson, as Next Friend of T. G, a minor (213532)     **Address** 2751 Washginton  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Peggy Gould, as Next Friend of J.g, a minor (203016)     **Address** 3025 Acron St.   Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Warren Guivroz, as Next Friend of W. G, a minor (223732)     **Address** 101 St. Bernard Hwy  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Warren Guivroz (223731)     **Address** 101 St. Bernard Hwy  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Carolyn Hambrick, as Representative of the Estate of Florence Hambrick, deceased (213558)     **Address** 2427 Second Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Sharon Hankton, as Next Friend of J.H, a minor (233059)     **Address** 2359 Agriculture Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Elizabeth  Lewis, as Next Friend of F. H, a minor (223756)     **Address** 40 Madison Avenue  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Yosuani Harvey (213745)     **Address** 2006 7th Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Brittany Sonnier, as Next Friend of J.H, a minor (216565)          **Address** 40 Maddison Ave  Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Cathy Holmes (207034)          **Address** 5127 Gallier Dr.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Erica Tanner, as Next Friend of K.H, a minor (213639)          **Address** 905 Fairbanks Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Ernest Honore (212472)          **Address** 3770 Verret St.  Verret, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Gloria Hooper (226303)          **Address** 2420 Highland Ave  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Jere' Hooper, as Next Friend of J.H, a minor (226304)          **Address** 2420 Highland Dr.  Violet , LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Phyllis Hopkins, as Next Friend of B.H, a minor (214367)          **Address** 58180 W Street  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Marlon Hudson (223785)                    **Address**  2425 St. Matthew Court  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lam Thi Dug, as Next Friend of J.H, a        **Address**  1400 Dwyer Drive,Vietamese Community Pewire
  minor (223794)                                        St  New Orleans, LA 70129

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lam Dung, as Next Friend of T.H, a          **Address**  Vietamese Community Davile St  New Orleans,
  minor (223796)                                        LA 70128

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lisa  Sherman, as Next Friend of D.I, a       **Address**  167 Southpark Drive  Slidell, LA 70460
  minor (222529)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lisa  Sherman , as Next Friend of H.I, a      **Address**  167 Southpark Drive  Slidell, LA 70460
  minor (222530)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Marilyn Ingram (222531)                     **Address**  167 Southpark Drive  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lisa  Sherman, as Next Friend of R.I, a       **Address**  167 South Park Drive  Slidell, LA 70460
  minor (222532)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Carine Jacques (201426)          **Address** 7820 Venice Street  New Orleans, LA 70128

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Gregory Jacques (201427)          **Address** 7820 Venice St.  New Orleans, LA 70128

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Carnell James (212942)          **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sharon Jasper (229896)          **Address** 3040 Bruxelles St.  New Orleans, LA 70128

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Evelyn Jefferson (225286)          **Address** 605 Kinler Street  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jennifer Jennings, as Next Friend of A. J, a minor (213342)          **Address** 3224 William Tell  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Jennifer Jennings, as Next Friend of P. J, a minor (213340)          **Address** 3224 William Tell  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Christine Johnson (233227)         **Address**  4630 Majestic Oaks Dr.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Paula Mcafee, as Next Friend of C.J., a minor (215694)        **Address**  1711 McArthur Drive  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jaime Johnson, as Next Friend of D.J, a minor (224294)        **Address**  5612 Fourth Street  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Elaine Johnson (212505)        **Address**  1940 Purnell Line  St. Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Margurite Johnson (224300)        **Address**  2209 Delta Queen  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Christopher Peterson, as Next Friend of M.J, a minor (205224)        **Address**  5200 Press Dr.   New Orleans, LA 70125

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Latonyette Wilson, as Next Friend of V. J, a minor (201503)        **Address**  45348 Decon Rd  Franklinton, LA 70438

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Paula Mcafee, as Next Friend of R.J, a minor (215705)    **Address**  1711 McArthur Drive  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  DeWanna Jenkins, as Next Friend of M. J, a minor (222088)    **Address**  62174 N. 1st Street  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Wayne  Joseph  (229937)    **Address**  4738 Warrington Dr.  New Orleans, LA 70122

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Lindsay King, as Next Friend of J.K, a minor (214329)    **Address**  2519 Jay Street  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Amy  Diaz, as Next Friend of C.K, a minor (226407)    **Address**  601 E. St.Bernard Hwy.  Chalmette, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Amy Diaz, as Next Friend of S.K, a minor (226409)    **Address**  601 E. St.Bernard Hwy.  Chalmette, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Clementine Harris, as Next Friend of B. K, a minor (214336)    **Address**  60215 Bryan Road  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Jasper Bright, as Next Friend of R.B, a minor (212724)    **Address** 2736 Clark  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kimberly Fleming, as Next Friend of J. L, a minor (214564)    **Address** 29334 Rouville Rd.  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kaylee Evans, as Next Friend of T.L, a minor (231104)    **Address** 2021 N. River Park  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Treshaun Lewis-Farnell (213029)    **Address** 120 Amp Circle  Gulfstream, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Monica Lewis, as Next Friend of A.L, a minor (222858)    **Address** 28127 Napoleon Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jalesa Lewis, as Next Friend of D.L, a minor (222401)    **Address** 25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Treshaun Farnell, as Next Friend of L. F, a minor (212857)    **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Monica Lewis, as Next Friend of M.L.,   **Address** 28127 Napoleon Street  Lacombe, LA 70445
a minor (222859)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Bobby Lewis, as Next Friend of T.L., a   **Address** 58081 Carroll Road  Slidell, LA 70460
minor (210745)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Paula Major, as Next Friend of J.M, a   **Address** 2337 Mary Ann Drive Apt C34  Meraux, LA
minor (224628)                                                    70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Drisheka Major, as Next Friend of Q.   **Address** 2337 Mary Ann Drive  Meraux, LA 70075
M, a minor (224630)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Wanda Maneau, as Next Friend of T.W,   **Address** 5200 Press Dr.  New Orleans, LA 70112
a minor (205125)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Wanda Maneau (205126)                   **Address** 5200 Press Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Monica Martin, as Next Friend of B.M,   **Address** 40497 Hwy 190 East  Slidell, LA 70461
a minor (213661)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Demetrius Thornton, as Next Friend of M.M, a minor (214196)   **Address** 36165 Martin Rd.  Slidell, LA 70459

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Andrea Nelson, as Next Friend of C.M, a minor (214222)   **Address** 36458 Salmen St.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Andre' McKendall (213754)   **Address** 2019 Hempstead  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Angela Melerine, as Next Friend of E.M, a minor (230063)   **Address** 2125 Farmsite Rd.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Darlene Collins, as Next Friend of D.M, a minor (214139)   **Address** 57484 Romana St.  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Darlene Collins, as Next Friend of D.M, a minor (214140)   **Address** 57484 Romana st  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Terence Miller (213651)   **Address** 37151 West Hall Crest Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Roderick Mills, as Next Friend of R.M, a minor (214151)     **Address** 927 Daney st  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Emelda Crawford, as Next Friend of E. M, a minor (214155)     **Address** 2809 Harris Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charlie Vanderhoff (223982)     **Address** 210 Old Spanish Trail #179B  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Angela Morris, as Next Friend of L.M, a minor (200910)     **Address** 4935 Metropolitan Drive.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rebecca Moss, as Next Friend of A.M, a minor (205142)     **Address** 9012 Ford  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Angelique Moss (205143)     **Address** 9012 Ford St.  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Rebecca Moss, as Next Friend of K.M, a minor (205144)     **Address** 9012 Ford  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Leroyana Moss (205145)          **Address** 9012 Ford  Kenner, LA 70062

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc

**Plaintiff** Thauh Nguyen, as Next Friend of A.N,   **Address** 11121 North Forest Court  New Orleans, LA
 a minor (224003)                               70128

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Can Nguyen, as Next Friend of C.N, a   **Address** 119 E. Collin Drive  Buras, LA 70041
 minor (220337)

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

**Plaintiff** Cang Nguyen (220339)          **Address** 14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Yen Linh Tram, as Next Friend of C.N,   **Address** 14001 Dwyer Blvd  New Orleans, LA 70129
 a minor (220340)

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Hung Nguyen (216784)          **Address** 306 Demaggio  Port Sulphur, LA 70083

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

**Plaintiff** Can Van Nguyen, as Next Friend of H.   **Address** 119 E. Collin Drive  Buras, LA 70041
 N, a minor (220342)

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**   Quynh Ngo, as Next Friend of K.N, a
minor (220343)

**Address**   14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Thanh Nguyen, as Next Friend of Q.N,
a minor (224017)

**Address**   11121 North Forest Park  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Quynh Ngo, as Next Friend of R.N, a
minor (220352)

**Address**   14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Wendy Ollier, as Next Friend of T.O, a
minor (213524)

**Address**   2279 10th St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Kendra Paige (210256)

**Address**   1741 Independence St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**   Raymond Pierre, as Next Friend of D.P,
a minor (216800)

**Address**   605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**   Tonia Perrie, as Next Friend of M.P, a
minor (214911)

**Address**   1500 West Hall Ave.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Tonia Perrie, as Next Friend of M.P, a minor (214912)     **Address** 1500 West Hall Ave  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tonia Perrie, as Next Friend of M.P, a minor (214913)     **Address** 1500 West Hall Ave.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Christopher Peterson (205184)     **Address** 5200 Press Dr  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kashawn Peterson (205185)     **Address** 5200 Press Drive  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Loan Phan (220385)     **Address** 14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tamara Dunnaway, as Next Friend of J. P, a minor (222969)     **Address** 25626 Sycamore Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tamara Dunnaway, as Next Friend of J. P, a minor (222971)     **Address** 25626 Sycamore Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Tamara Dunnaway, as Representative of the Estate of James Pichon, deceased (222970)

**Address** 25626 W Sycamore Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Freddy Pichon, as Representative of the Estate of Jerry Pichon, deceased (213627)

**Address** 2523 10th St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Paulette Young, as Next Friend of B.P, a minor (214936)

**Address** 27387 Barringer Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Whitney Pinkney, as Next Friend of S.P, a minor (205653)

**Address** 3013 General Ogden St.   New Orleans , LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Torri Pinkney (205651)

**Address** 3013 General Odgen   New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Latoya Polk (200725)

**Address** 3039 Feliciana Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kadee Evans, as Next Friend of J.P, a minor (224074)

**Address** 25140 Karly Drive  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Kadie Evans-Martinez, as Next Friend of A.P, a minor (224072)    **Address** 25140 Karly Drive  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Felicia McKendall, as Next Friend of T. P, a minor (213755)    **Address** 2019 Hempstead  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Melinda Wolfe, as Representative of the Estate of Angella Reynolds, deceased (224094)    **Address** 301 Perrin Drive  Arabi, LA 70032

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kimberly Rickus, as Next Friend of D. R, a minor (224106)    **Address** 2221 Edgar Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jennifer Jennings, as Next Friend of A. R, a minor (213341)    **Address** 3224 William Tell  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Earl Lewis, III, as Next Friend of E.R, a minor (224766)    **Address** 8823 Forshey Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Nicole Robinson, as Next Friend of K. R, a minor (213567)    **Address** 112 Mickel Street  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff** Brad Anglada, as Next Friend of T.R, a minor (224119)     **Address** 5012 East S. Bernard  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Andrea Nelson, as Next Friend of J.R, a minor (215015)     **Address** 36458 Salmen St.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Linda Brown, as Next Friend of D.R, a minor (200576)     **Address** 3653 West Loyola Drive  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Kendrick Sandifer, as Next Friend of J. s, a minor (202763)     **Address** 8832 Fig Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Kendrick Sandifer, as Next Friend of K. s, a minor (202761)     **Address** 8832 Fig Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Kendrick Sandifer, as Next Friend of K. s, a minor (202764)     **Address** 8832 Fig Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Kendrick Sandifer, as Next Friend of M.s, a minor (202762)     **Address** 8832 Fig Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4718

**Plaintiff**  Brandy  Schenck (226840)           **Address**  66231 Chris Kennedy Rd  Pearl River, LA 70452

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Patricia Scott, as Next Friend of D.S, a minor (225300)           **Address**  7301 Benson St.   New Orleans , LA 70126

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  William Shaw (202780)           **Address**  4763 Cerise St.  New Orleans, LA 70127

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Lisa Sherman, as Next Friend of D.S, a minor (222581)           **Address**  88 Concord Loop (I-59 Trail Park)  Pearl River, LA 70452

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Nate Singleton, as Next Friend of B.S, a minor (223014)           **Address**  306 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff**  Diana Singleton (222206)           **Address**  306 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff**  Nathaniel Singleton (222212)           **Address**  306 1/2 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Nate Singleton (223020)                **Address**  306 Avondale Garden  Avondale, LA 70094

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Kathy McGuire, as Next Friend of B.S,   **Address**  26329 E Elm Street  Lacombe, LA 70445
a minor (224614)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Darrell Smith, as Next Friend of D.S, a   **Address**  3033 Tupelo ST.   Kenner, LA 70065
minor (200356)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Timothy Smith, as Next Friend of D.S,   **Address**  1114 Daney St.  Slidell, LA 70458
a minor (213861)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Eric Smith (213717)                **Address**  25445 Batiste Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Nicole Richardson-Smith, as Next   **Address**  1901 Monroe Street  New Orleans, LA 70118
Friend of T.S, a minor (205609)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Latonyette Wilson, as Next Friend of Z.   **Address**  45368 Decon Rd.  Franklinton, LA 70438
S, a minor (200385)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Jared Sookoo (224148)                          **Address**  26088 E Beech St.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Alonzo Spoks (221872)                          **Address**  59244 N Pearl St.  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Shatasha  Stokes, as Next Friend of J.S,     **Address**  59244 N Pearl #110B  Slidell, LA 70458
a minor (222441)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Shatasha  Stokes, as Next Friend of L.S,     **Address**  59244 N Pearl #110B  Slidell, LA 70458
a minor (222442)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Courtney Cousan, as Next Friend of J.     **Address**  135 North St.  Slidell, LA 70458
S, a minor (215112)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jacob Taylor (224174)                          **Address**  2915 Camillia Drive  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Kristina Taylor (224175)                       **Address**  2915 Camillia Drive  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Demetrius Thornton, as Next Friend of N.T, a minor (215136)   **Address**  36165 Martin Rd.  Slidell, LA 70459

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jackilyn Tircuit, as Next Friend of L.T, a minor (224319)   **Address**  2024 N. Riverpark  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Darlene Toledano (224192)   **Address**  Evergreen F-16 Lynn Dean  Meraux, LA 70075

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Darlene Toledano, as Next Friend of P. T, a minor (224193)   **Address**  Evergreen F-16 Lynn Dean  Meraux, LA 70075

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Melonie Lymuel-Hartley, as Next Friend of J.J, a minor (215141)   **Address**  1401 Admiral Nelson  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Yen Linh Tram, as Next Friend of C.T, a minor (220481)   **Address**  14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Yen Linh Tran (220483)   **Address**  14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4718

**Plaintiff**  Amber Tydings (202393)                    **Address**  302 Neil Ave.  New Orleans, LA 70131

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Chloe' Villavaso, as Next Friend of B.     **Address**  6026 Baccich St.  New Orleans, LA 70122
V, a minor (223057)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Chloe' Villavaso (223059)                  **Address**  6026 Baccich St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Chloe' Villavaso, as Next Friend of J.     **Address**  6026 Baccich St.  New Orleans, LA 70122
W, a minor (223061)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Micole Wilson, as Next Friend of M.W,      **Address**  60238 Bryan rd  Slidell, LA 70460
a minor (215227)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Angel Johnson, as Next Friend of C.W,      **Address**  36287 Salmen St  Lacombe, LA 70445
a minor (221888)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Craig Washington (211999)                  **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Angel Johnson, as Next Friend of K.W,  **Address** 36287 Salmen St.  Lacombe, LA 70445
a minor (221889)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tevin Washington (210744)  **Address** 58081 Carroll Road  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Warren Watson (227875)  **Address** 9414 Colapissa St.   New Orleans , LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Lashandra Wells (203684)  **Address** 4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Lishunda  White, as Representative of  **Address** 3039 Feliciana St.  New Orleans, LA 70126
the Estate of Lovon White, deceased
(222248)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Dorian Williams (206625)  **Address** 9018 Dixion Street  New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Jamie Johnson, as Next Friend of G.W,  **Address** 5612 Fourth Street  Violet, LA 70092
a minor (224293)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Loukevia Williams, as Next Friend of J. W, a minor (224233)    **Address**  2821 Shannon Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  James Williams (205501)    **Address**  1 Drexel Dr  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Laverne Pinkney, as Next Friend of L. W, a minor (205596)    **Address**  3013 General Ogden Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Loukevia Williams, as Next Friend of K.W, a minor (224236)    **Address**  2821 Shannon Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Iris Williams, as Next Friend of M.W, a minor (227056)    **Address**  101 B Soniat St.  Slidell , LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Richardson Williams (202578)    **Address**  2912 Guerra Drive  Violet , LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Patrice Wilson, as Next Friend of D.W, a minor (215283)    **Address**  115 C Bosworth St.  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Melinda Wolfe (227075)                    **Address**  11621 Willow Drive  New Orleans, LA 70131

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.