## Jamie Basco, as Next Friend of E. W., a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 09-4719

887

**Plaintiff**  Tyrone Woods (227081)          **Address**  601 Kilona Drive  Killona, LA 70057

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Jamie Basco, as Next Friend of E.W, a minor (224311)          **Address**  2724 Reunion Drive  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jamie Basco, as Next Friend of K.W, a minor (224310)          **Address**  2724 Reunion Drive  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lawrence Woods (227083)          **Address**  601 Killona  Hahnville, LA 70057

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Tryone Woods (227084)          **Address**  601 Kilona Drive  Killona, LA 70057

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Tonya Woods (227086)          **Address**  601 Kilona Street  Killona, LA 70057

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 4

## Jamie Basco, as Next Friend of E. W., a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 09-4719

**Plaintiff** Steven Yost (210000) **Address** 2706 N.Roman  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Annamarie Coble, as Next Friend of N. Y, a minor (217091) **Address** 1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Anna Cobla, as Next Friend of N.Y, a minor (224250) **Address** 1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Leon Marco (227091) **Address** 2853 E St Benarnd Hwy Lot C99  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Milissa Fox, as Next Friend of Z.Z, a minor (227092) **Address** 2853 E. St. Bernard Hwy #C99  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Michael Bernard, as Next Friend of K. B, a minor (220031) **Address** 40 Maddison Ave.  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Davinque Bienemy (224638) **Address** 101 Lindine Lot 25  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-4719

**Plaintiff** Kevlin Bienemy (224637)  **Address** 101 Lindine Lot 25  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jessica Erwin, as Next Friend of J.B, a minor (199910)  **Address** 7701 Chef Meneur Hwy. # 61  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Jonah  Brown (199976)  **Address** 2116 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nadra Harrison, as Next Friend of A.H, a minor (214524)  **Address** 1134 Horace Street  New Orleans, LA 70114

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Robinette Harris (201631)  **Address** 7500 Chef Menteur Hwy # 1  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Karen  Montelongo, as Next Friend of A.M, a minor (230083)  **Address** 2028 north River Park  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Todd Pea (214908)  **Address** 26071E Jackson   Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-4719

**Plaintiff**  Hilda Causey, as Next Friend of H.P, a minor (213622)  **Address** 803 Schley St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Norman Poe (224056)  **Address** 2125 Mary Ann Drive Lot C-2  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kayla Rinkus (224107)  **Address** 522 Esteban Street  Arabi, LA 70032

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  William Shaw (202780)  **Address** 4763 Cerise St.  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Ashley Sonnier, as Next Friend of J.S, a minor (216943)  **Address** 40 Maddison Avenue  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Laura Tillison, as Next Friend of K.J, a minor (213747)  **Address** 37290 Ben Thomas Road  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Jamie Basco, as Next Friend of E. W., a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 09-4719

**Plaintiff** Quinnyon Wimberly, Sr., as Next Friend of Q.W, a minor (212033) **Address** 4652 America St. New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Vaugcheri Tillison, as Next Friend of J. T, a minor (213618) **Address** 37290 Ben Thomas Street Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Barron Moore (200893) **Address** 7800 Chef New Orleans , LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Hilda Magee (201223) **Address** 31240 Kat Pigott Rd Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Hillary Desilva (201966) **Address** 6801 Press Drive New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-4719

**Plaintiff** Vernon Treaudo (206684)  **Address** 4925 virgilian st.  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Patrice Washington (213257)  **Address** 208 L&L Court  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** April Jackson (215678)  **Address** 2709 Lincoln  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Phuong Dung Phu (216812)  **Address** 306 Demaggio  Port Sulphur, LA 70083

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Alanza Spoks (221870)  **Address** 59244 N Pearl St  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-4719

**Plaintiff**  Valerie Spoks (221871)  **Address**  59244 N Pearl St.  Slidell, LA 70458

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Alonzo Stokes (222261)  **Address**  900 Danny  Slidell, LA 70458

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Shatasha Stokes (222443)  **Address**  59244 N Pearl #110B  Slidell, LA 70458

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Lodgia Blaise (222652)  **Address**  3763 Verrett St.  Saint Bernard, LA 70085

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Bridget Lackey (222843)  **Address**  25012 Karly Drive  Picayune, MS 39466

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

## Jamie Basco, as Next Friend of E. W., a minor, et. al. vs. Gulf Stream Coach,
Original Civil Action No. 09-4719

**Plaintiff** Hai Huynh (223793)  **Address** 14000 Dwyer Drive  New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Dung Lam (223878)  **Address** 1400 Dwyer St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Patricia Horton (224864)  **Address** 4700 Eastview Lot # 2  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Eldora Madison (226502)  **Address** 5616 Peoples  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Wilton Madison (226503)  **Address** 5616 People  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-4719

**Plaintiff**  John Nguyen (226656)                **Address**  2264 Odin St.  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Brittany Riley (226783)                **Address**  5616 Peoples Ave  New Orleans , LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Coey Robertson (200535)                **Address**  2927 Spain St  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Frank Wimberly (212030)                **Address**  4652 America St.  New Orlenas, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Quinnyon  Wimberly (212035)                **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

## Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-4719

**Plaintiff**  Rose D'Aunoy (213730)    **Address**  642 Kostmayer Ave.  Slidell, LA 70458

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Arielle Fraino (223681)    **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Curtis Lundy (201198)    **Address**  2927 Spain St  New Orleans, LA 70122

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Erica Magee (201221)    **Address**  31240 Kat Pigott Rd  Franklinton, LA 70438

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Tammy  Miller (231725)    **Address**  41662 Hwy 190 E Lot 112B   Slidell, LA 70461

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-4719

**Plaintiff**  Rose D'Aunoy, as Next Friend of A.R, a minor (213731)   **Address**  P.O.Box 4074  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.