## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

1246

**Plaintiff** Casey Brown (199956)                 **Address** 2116 Bayou Rd.   St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Leon Robinson (200545)                 **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Corey Morris (200906)                 **Address** 4935 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Keisa Toussaint (202354)                 **Address** 7608 Mercier St  New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Mark Sandifer (202758)                 **Address** 8828 Fig Street  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Byron Coleman (202931)                 **Address** 4233 Mithra St.  New Orleans, LA 70172

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
5

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Calvin Collins (202938)          **Address** 4800 Kendall Drive  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Michael Galle (203419)          **Address** 4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Shacara Amar (205053)          **Address** 3638 Metropolitan St.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Anicia Cheri (205353)          **Address** 7904 Lafourche Street  New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Henry Johnson (205574)          **Address** 3852 North Timbers Ct.   Harvey , LA 70058

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Gwendolyn Morris , as Representative   **Address** 8734 Pear St.  New Orleans , LA 70118
of the Estate of Melvin Morris,
deceased (206763)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Carolyn Bell (206883)          **Address** 3630 Live Oak St.  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** James Brown (207514)                **Address** 4009 Hamilton st.   New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Joan Brown (207534)                 **Address** 4009 Hamilton St.  New Orleans, LA 70117

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Sheniqua Brown (207613)             **Address** 4009 Hamilton St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Joshua Treaudo (210757)             **Address** 9018 Dixon St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Darlene Kersh (213333)              **Address** 36309 Salmen St.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Arnold Vigne (213629)              **Address** 57116 Pace St.  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Walter Mayer (213647)              **Address** 124 Brookter Street  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  George Nelson (214191)            **Address**  142 South St.  Slidell, LA 70458

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Randell Donaldson (214627)            **Address**  37178 West Pinehill  Slidell, LA 70460

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Terrill Donaldson (214628)            **Address**  37178 West Pinehill  Slidell, LA 70460

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Toni Ladanne (215718)            **Address**  38215 Oak Street  Slidell, LA 70458

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Wilkerson Alfonso , as Representative            **Address**  2209 Guillot Drive  Saint Bernard, LA 70085
of the Estate of Michael Alfonso,
deceased (221902)

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Wilkerson Evans (222020)            **Address**  2209 Guillot Drive  Saint Bernard, LA 70085

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Peggy Evans (222021)            **Address**  2209 Guillot Drive  Saint Bernard, LA 70085

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Leslie Evans (223671)                     **Address**  41088 Hwy 190 E  Slidell, LA 70461

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Clayton Josephs (223839)                  **Address**  1251 Riviera Avenue  New Orleans, LA 70122

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Uyen Nguyen (224021)                      **Address**  2244 Mexico Street  New Orleans, LA 70122

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff**  George Assavedo (225761)                  **Address**  1901 Deborah Drive  St. Bernard, LA 70085

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Jamell  Butler, as Representative of the   **Address**  1606 Poland Ave.   New Orleans, LA 70117
Estate of Archille Butler , deceased
(225884)

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff**  Satin Rehm (226776)                       **Address**  27368 Tag-a-Long  Rd  Lacombe, LA 70445

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Paul Tardo  (230392)                    **Address** 2416 1/2 Farmsite Rd  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff** Derek Chaplain (221742)                    **Address** 2416 Lloyds Ave  Chalmette, LA 70043

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Debra Chaplain (221743)                    **Address** 2416 Lloyds Ave  Chalmette, LA 70043

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Darrin Smith (226896)                    **Address** 3722 Louisa St.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Joseph Hodges (201513)                    **Address** Unit C-100 Mary Ann (Trailer Park St. Bernard Hwy)  Meraux, LA 70075

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Jessica Erwin (201893)                    **Address** 7077 chef highway  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Glen Eugene (223667)                    **Address** 2209 Delta Queen  Violet, LA 70092

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Duy Nguyen (224006)                    **Address** 2244 Mexico Street  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Coug Nguyen (215844)                    **Address** P.O. Box  9246  Westwego, LA 70094

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Nikkia  Clark, as Next Friend of K.C, a        **Address** 3148 N Rocheblave  New Orleans, LA 70117
minor (224819)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Sandra  Hubbard, as Next Friend of L.        **Address** 3148 N. Rocheblave  New Orleans, LA 70117
C, a minor (224854)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Nikkia Clark (224818)                    **Address** 3148 N Rocheblave  New Orleans, LA 70117

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Erica Palmer, as Next Friend of M.P, a        **Address** 26074 E.Elm  Lacombe, LA 70445
minor (214902)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Erica Palmer, as Next Friend of M.P, a minor (214903)   **Address** 26074 E.Elm  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Erica Palmer, as Next Friend of M.R, a minor (215017)   **Address** 26074 E.Elm  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Elaine Alexander (234528)   **Address** 1732 Wellington Drive  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Ricardo Alexander (234529)   **Address** 1732 Wellington Dr.  Marrero , LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** TaJa Alexander (221901)   **Address** 306 Avondale Garden Rd.  Westwego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Bernadine Amar, as Next Friend of V.A, a minor (205054)   **Address** 3638 Metropolitan St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Emma August (205575)   **Address** 2600 West catawbu Dr.  Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Kelly Bailey, as Next Friend of J.B, a minor (225770)

**Address** 1801 Robert  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kelly Bailey, as Next Friend of S.B, a minor (225773)

**Address** 1801 Robert Dr.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nakia Banks, as Next Friend of A.B, a minor (220552)

**Address** 2901 Elysianfields Ave.  New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Nakia Banks, as Next Friend of T.B, a minor (220551)

**Address** 2901 Elysian Fields T-18  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Arlene Batt (238229)

**Address** 41662 Hwy 190E  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Dedica Bayer (225801)

**Address** 33 Normandy  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Dedica Bayer, as Next Friend of S.B, a minor (225802)  **Address** 33 Normandy Drive  Kenner , LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Dedica Bayer, as Next Friend of S.B, a minor (225803)  **Address** 33 Normandy Drive  Kenner , LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Angel Bean (237443)  **Address** 39482 Pittman Road  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tammy Black (237991)  **Address** 2077 Mather Drive   Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Chiquita Blaise (222649)  **Address** 3763 Verrett St.  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Jasmine Blaise (222650)  **Address** 3763 Verrett St.  Saint Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Jeremiah Blaise (222651)                    **Address**  3763 Verrett St.  Saint Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Glenn Braniff (237764)                    **Address**  2409 Judy Dr  Meraux, LA 70075

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Peggy Braniff (237435)                    **Address**  2409 Judy Drive  Meraux, LA 70075

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Theodore Bray (237646)                    **Address**  304 Olive Dr  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Melissa Breasheans (238724)               **Address**  3617 Metrtoplitan StTraier D  New Orleans , LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Trinesha Ingram, as Next Friend of A. B, a minor (209885)     **Address**  1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Trinesha Ingram, as Next Friend of K. B, a minor (209891)

**Address**  1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nicole Butler (238230)

**Address**  24421 Hwy 430  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Debra Cauvin (237411)

**Address**  64082 South Wood Lane  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Harry Chaney (202261)

**Address**  10700 S. Gibbons Place  Baton Rouge, LA 70807

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Trenelle  Collins, as Next Friend of L. C, a minor (225945)

**Address**  2208 Centanni Dr.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Lydia Cook, as Next Friend of J.C, a minor (225949)

**Address**  601 Killon dr.  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lydia Cook, as Next Friend of J.C, a minor (225951)

**Address**  601 Killon dr  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

| **Plaintiff** | Sherwine Cooper, as Next Friend of O. C, a minor (207533) | **Address** | 4009 Hamilton St,.  New Orleans, LA 70117 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Loretta Cooper (237987) | **Address** | 25645 Jackson St.  Lacombe, LA 70445 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| **Plaintiff** | Charles Cornish (224404) | **Address** | 3828 Cinwood  Harvey, LA 70058 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Norma Cornish (224271) | **Address** | 3828 Cinwood  Harvey, LA 70058 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Bridgette Cosey (238248) | **Address** | 2040 Governor Nicholls Street  New Orleans, LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Bridgette Cosey, as Representative of the Estate of Elsie Cosey, deceased (238250) | **Address** | 2040 Governor Nicholls Street  New Orleans, LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Michael Craft (237992) | **Address** | 1400 Dayance RD   New Orleans, LA 70129 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Daniel Cryer (238615)          **Address** 60351 Lake Rd  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Tony Dalgo (202219)          **Address** 3004-1/2 Annette Street  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Dallas Darmas (237275)          **Address** 60529 Ridgewood Rd  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Lenora Darmas (237299)          **Address** 60529 Ridgewood Drive  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Sidney Darmas (237300)          **Address** 60529 Ridgewood Dr  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Dallas Darmas, as Next Friend of T.D,          **Address** 60529 Ridgewood Dr  Slidell, LA 70460
a minor (237274)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Ambreille Davis (216449)          **Address**  1001 Paul Fredrick St.  Luling, LA 70070

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Antoinette Davis (238247)          **Address**  2040 Govern Nicholls Street  New Orleans, LA
70119

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc

---

**Plaintiff**  Harvery Davis, as Next Friend of H.D,          **Address**  601 Killona Dr.  Hahnville, LA 70057
a minor (226015)

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Fara Delaney (205380)          **Address**  5409 Mandeville   New Orleans, LA 70122

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

---

**Plaintiff**  Amy Diaz, as Next Friend of S.D, a          **Address**  604 E St. Bernard Hwy  Chalmette, LA 70092
minor (226051)

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

---

**Plaintiff**  Constance Dillon (237999)          **Address**  35 A Old Spanish Trail   Slidell , LA 70458

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Constructors, Inc.

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Lillie Dillon (237998)                    **Address** 35A Old Spain Trail Rd  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff** Wanette Tyson, as Next Friend of M.D,    **Address** P,O Box 120   Franklinton, LA 70438
a minor (238570)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Mychelle Dockery (237440)                **Address** 38128 Cleveland  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Phyllis Dorio (237439)                   **Address** 67369 Salt Lick Lane  Lacombe, LA 70445

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Delphine Ducre (238668)                  **Address** River Ridge  New Orleans, LA 70123

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Joyce Ducre (237981)                     **Address** 32053 S Poitvent Rd  Sidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Miranda Duplessis (237917)          **Address**  1944 Lisa Drive  Chalmette, LA 70043

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Antoine Duplessis (237915)          **Address**  1944 Lisa Drive  Chalemette, LA 70043

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Yolanda Duplessis (237919)          **Address**  1944 Lisa  Chalmette, LA 70043

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Tammy Duroncelay, as Next Friend of     **Address**  7321 Northgate Dr  New Orleans , LA 70128
          T.D, a minor (237934)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Joseph Duxworth (237763)          **Address**  2409 Judy Dr  Meraux, LA 70075

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Rickey Dyer (201870)          **Address**  3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Marguerite Rouege, as Next Friend of     **Address**  2858 Allen st.  New Orleans, LA 70119
          S.e, a minor (202973)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Stephen Encalarde (202974)　　　**Address**  1443 S. Laurel St.  Metairie, LA 70003

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff**  Antoinette Eubaire (234511)　　　**Address**  253 Cotton Wood Drive  Gretna, LA 70056

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff**  Medardo Ferrera (237424)　　　**Address**  208 Rowley Blvd.  Chalmette, LA 70092

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Martha Files-Brown (238621)　　　**Address**  4851 Hickory St  New Orleans , LA 70127

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Jamila Mason, as Next Friend of D.F, a minor (208886)　　　**Address**  717 Turtle Creek  St. Rose, LA 70087

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Keiondra Foster (205418)　　　**Address**  70465 Cook Lane  Tangipahoa, LA 70465

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Diane Roussel, as Next Friend of M.F, a minor (238685)　　　**Address**  9000 St. Bernard Hwy  Chalmette, LA 70092

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Aaron Fox (226137)                    **Address** 2853 Mary Ann C99  Meraux, LA 70075

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Denise Francois (215597)             **Address** 605 Kinlier St.  Luling, LA 70070

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Crystal Murphy, as Next Friend of J.F.,   **Address** 34042 Tupelo Lane  Slidell, LA 70458
a minor (237513)

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Michael Gauthier (237921)            **Address** 3020 Hamilton St  New Orleans, LA 70118

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Arliss George (234531)               **Address** 2628 General Ogden  New Orleans, LA 70118

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Cynthia Germain-Dockery (237378)     **Address** 1525 Lawes St  Slidell, LA 70458

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Peggy Gould, as Next Friend of J.g, a   **Address** 3025 Acron  Kenner, LA 70065
minor (203017)

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Denise Gray, as Next Friend of M.G, a minor (222052)   **Address** 306 Avondale Garden Rd.  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Angela Hansford, as Representative of the Estate of Camille Hansford, deceased (226234)   **Address** 2008 Violet St  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Randi Hartman (237381)   **Address** 115 Live Oak Dr  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Lishunda White, as Next Friend of J.H, a minor (201663)   **Address** 3039 Felciana Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Mary Herron (237416)   **Address** 4334 Ash Drive  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Larry Howard (226311)   **Address** 3717 Louisiana parkway   New Orleans, LA 70175

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Erica Huber (237268)   **Address** 772 Pinetree St  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Dorothy James (203092)                    **Address**  1725 Pauline Street  New Orleans, LA 70117

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nicholas  Jenkins  (229904)                **Address**  2125 Farmsite Rd.  Violet, LA 70092

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Jerome Edret (235333)                      **Address**  7820 Venice Street  New Orleans, LA 70128

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Donald Johnson (238225)                    **Address**  22795 Simmie Brumfield Road  Mt. Hermon, LA 70450

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Valenica Scott, as Next Friend of I.J, a minor (225287)     **Address**  7301 Benson St  New Orleans, LA 70127

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Johnnisha Johnson (226353)                 **Address**  2408 Highlander Dr.  Violet, LA 70092

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Earline Jones (201333)          **Address** 2902 St. Roch Ave.  New Orleans, LA 70122

**Defendants**
>      Gulf Stream Coach, Inc.
>      Shaw Environmental, Inc

**Plaintiff**  Sedonia Kendrick (237872)          **Address** 450 Angela Street  Arabi, LA 70032

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

**Plaintiff**  Tony Dalgo, as Next Friend of R.L., a          **Address** 3004 1/2 Annette St   New Orleans, LA 70122
minor (201293)

**Defendants**
>      Gulf Stream Coach, Inc.
>      Shaw Environmental, Inc

**Plaintiff**  Brenda Long (237988)          **Address** 10918 Dreux Ave.  New Orleans , LA 70127

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

**Plaintiff**  Ethel Lyle (235332)          **Address** 14000 Dwyer Blvd Trailer J-17  New Orleans, LA
70129

**Defendants**
>      Gulf Stream Coach, Inc.
>      Shaw Environmental, Inc
>      Fluor Enterprises, Inc
>      CH2M Hill Constructors, Inc.

**Plaintiff**  Matthew Lynch (226496)          **Address** 1811 Deborah Dr.  St. Bernard, LA 70085

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Eric Mayer (226557)                    **Address** 2036 N. River Park Drive  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Mariah Mayer (226558)                  **Address** 2036 N River Park Dr  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Lorrie Grimaldi, as Next Friend of L.M,   **Address** 1533 Bayou Rd.  St. Bernard, LA 70085
a minor (226593)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Angel  Bean, as Next Friend of C.M, a    **Address** 39482 Pittman Road  Pearl River , LA 70452
minor (237519)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Christopher Miller (237444)            **Address** 39482 Pittman Road  Pearl River, LA 70452

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Roderick Mills, as Next Friend of R.M,   **Address** 927 Daney st  Slidell, LA 70458
a minor (214152)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Sonja Miskell-Mathers (201044)         **Address** 3400 Piety St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Jacob Mitchell, as Representative of the
Estate of Angelus Mitchell, deceased
(213058)

**Address**  3524 Franklin Ave.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Aquiela Mitchell (234515)

**Address**  2161 Rue Racine  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Khadijah  Mitchell (212705)

**Address**  1816 Paul Mallard   Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Melvin Mitchell (210779)

**Address**  4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Quinn Mitchell (234516)

**Address**  2161 Rue Racine  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Shaquiela Mitchell (234517)

**Address**  2161 Rue Racine  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Laresha Moak, as Next Friend of B.M,
a minor (237481)

**Address**  304 Olive Drive  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Judy Moffet (237208)            **Address**  1750 Beth Dr  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Germaine Moon (238002)         **Address**  8358 Lake Forest Blvd E-5  New Orleans , LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Bryan Moore (237350)           **Address**  38254 De Roger s Lane   Slidell , LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Cathy Holmes, as Next Friend of K.M,   **Address**  5127 Gallier Drive  New Orleans, LA 70126
a minor (206761)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Murphy, as Next Friend of A.   **Address**  34042 Tupelo Lane  Slidell, LA 70460
M, a minor (237412)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Murphy (237469)        **Address**  34042 Tupelo Lane  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Murphy, as Next Friend of J.M,   **Address**  34042 Tupelo Lane  Slidell, LA 70460
a minor (237477)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Robert Myers (237553)　　　　　　**Address** 38128 Cleveland  Slidell, LA 70458

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Bessie Wells, as Next Friend of T.n, a minor (203201)　　　　　　**Address** 2916 General Ogden St.  New Orleans, LA 70118

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

---

**Plaintiff** Bessie Wells, as Next Friend of T.n, a minor (203202)　　　　　　**Address** 2908 General Odgen Street  New Orleans, LA 70118

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

---

**Plaintiff** Alarence Nelson, as Next Friend of A. N, a minor (226652)　　　　　　**Address** 1632 E. West Drive  Slidell, LA 70460

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Alarence Nelson, as Next Friend of D. N, a minor (226653)　　　　　　**Address** 1632 E. West Drive  Slidell, LA 70460

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Jasmine Nelson (226654)　　　　　　**Address** 1632 E. West Drive  Slidell, LA 70460

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Brandy Evans, as Next Friend of Y.R, a minor (226774)　　　　　　**Address** 2300 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Ricky Keligond (203571)                **Address**  4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Jermaine Richard (238009)                **Address**  Apostolic outreach Center  New Orleans , LA 70121

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Brenda Riley (238222)                **Address**  41662 Hwy 190 E  Slidell, LA 70461

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Kimeta Riley, as Next Friend of R.R, a minor (238223)                **Address**  10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Keith Riley (238252)                **Address**  41662 Hwy 190 E  Slidell, LA 70461

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kimeta Riley (238228)                **Address**  10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Rashad Riley (226789)          **Address** 5616 Peoples  New Orleans, LA 70122

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Blake Rizzuto (226794)          **Address** 2072 Ames Blvd  Marrero, LA 70072

**Defendants**
>           Gulf Stream Coach, Inc.
>           Shaw Environmental, Inc
>           Fluor Enterprises, Inc
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dylan Roberts (214001)          **Address** 41489 West I55-Service Road  Hammond, LA
                                                        70403

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Georgia Robert, as Next Friend of E.R,   **Address** Happy Acres Mobile Home Park, Lot 13
               a minor (200693)                                    Franklinton, LA 70438

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Georgia Robert, as Next Friend of K.R,   **Address** Happy Acres Mobile Home Park, Lot 13
               a minor (200701)                                    Franklinton, LA 70438

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Kafi Robinson, as Next Friend of J.R, a   **Address** 3000 General Ogden  New Orleans, LA 70118
               minor (205661)

**Defendants**
>           Gulf Stream Coach, Inc.
>           Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Joann Wilson, as Next Friend of M.R, a       **Address**  60238 Bryan Road  Slidell, LA 70460
minor (215006)

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Kim Rouege (202747)       **Address**  1957 Treasure  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Marsha Rouege (202746)       **Address**  2302 Ursulines Apt B  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Melissa Roussel (235331)       **Address**  3717 Marietta St.  Chalotte, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Iriyell Ruffin, as Next Friend of C.R, a       **Address**  900 Lockheed  New Orleans , LA 70062
minor (226811)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Princess Ruiz (224117)       **Address**  1421 Delacroix Hwy  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Linda Brown, as Next Friend of A.R, a       **Address**  3653 West Loyola Dr.  Kenner, LA 70065
minor (200575)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Michelle Dickerson, as Next Friend of D.R, a minor (200577)    **Address** 44021 Willie D Magee Rd.  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kayla Schmidt (226845)    **Address** 2036 N. River Pack Dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Quincy Scott (225304)    **Address** 7301 Benson Street  New Orleans  , LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tracy Segura, as Next Friend of T.S, a minor (238727)    **Address** 2077 Mather dr  Marrero , LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Ernestine Showers (212133)    **Address** 159 Shaw St.  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Eva Sigur (200487)    **Address** 1964 N. Roch  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Eva Sigur, as Representative of the Estate of George Sigur, deceased (200488)    **Address** 1964 N. Roch  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Betty Simmons (226879)          **Address**  605 Kinler  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Brittany Singleton (222211)          **Address**  306 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Corey Singleton (222208)          **Address**  306 1/2 Avondale Drive  Avondale, LA 70094

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Nina Addison, as Next Friend of D.S, a          **Address**  2040 Luther Dr.  Meraux, LA 70075
minor (200502)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Nina Addison, as Next Friend of D.S, a          **Address**  2040 Luther Dr.  Marrero, LA 70072
minor (200503)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Diana Singleton, as Next Friend of J.S,          **Address**  206 1/2 Avondale   Avondale, LA 70094
a minor (222207)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Raquel Borne, as Next Friend of C.S, a          **Address**  1119 Paul Fredrick St.  Luling, LA 70070
minor (215969)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Nakia Banks, as Next Friend of T.S, a minor (220553)    **Address** 2901 Elysian Fields Ave. #12  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kaysie Smith (200367)    **Address** 16112 Mirabeau Ave  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Voicell Smith (200382)    **Address** 2230 Mazant St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Rena Sookoo, as Next Friend of J.S, a minor (224149)    **Address** 26088 E. Beech Street  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Denise Spencer (237266)    **Address** 2208 Etienne Dr  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** John  (237525)    **Address** 2208 Etienne Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Juanell  Suren (200287)    **Address** 4555 Werner  Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Chantee  Landor- Sylve, as Next Friend    **Address** 27712 St Louis  Lacombe, LA 70445
of K.S, a minor (222222)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Rikita Alexander, as Next Friend of D.    **Address** 2 Summerton Dr. #384  St. Rose, LA 70087
T, a minor (200300)

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Tamara Tanner, as Next Friend of S.T,    **Address** 7824 Colapissa St.  New Orleans, LA 70125
a minor (205604)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Teresa  Ross, as Next Friend of J.T, a    **Address** 6700 Deanne St.  New Orleans, LA 70126
minor (235328)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Teresa Ross, as Next Friend of J.T, a    **Address** 6700 Deanne St.  New Orleans, LA 70126
minor (235329)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Myrtle Tate (238236)    **Address** 24421 Hwy 430  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Toya Tate (238235)    **Address** 24421 Hwy 430  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Sheri Taylor, as Next Friend of R.T, a minor (224395)   **Address** 3719 Cadillac St  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Merina Tillison (237660)   **Address** 117 Silverwood Drive   Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Clementine Tyson (203661)   **Address** 46238 Hwy 38  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Armeta Tyson, as Next Friend of J.T, a minor (238563)   **Address** Po Box 120   Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Brenda Washington (225309)   **Address** 605 Kinler St  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Lionel Wells (202708)   **Address** 3035 Akron St  Kennera, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Brian Westbrook (203688)   **Address** 4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Shawn White (213270)                    **Address** 3425 Franklin Ave.  New Orleans, LA 70117

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

---

**Plaintiff** Unetra William (238221)                    **Address** 41662 Hwy 190 E  Slidell, LA 70461

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Ashley Williams (238716)                    **Address** 34413 HWY 38  KENTWOOD , LA 70444

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Bradford Williams (227048)                    **Address** 601 Killona Dr.  Hahnville, LA 70057

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Chareen Williams (217062)                    **Address** 6408 Fourth St.  Violet, LA 70092

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Laureen Washington (215271)                    **Address** 390 Post St.  Killona, LA 70057

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Sandra Williams (238713)                    **Address** 34413 Hwy 38  Kentwood , LA 70444

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Rita Wilssens (237559)                    **Address**  2484 Gauze Blvd. Hwy 190 West  Slidell, LA
                                                                     70460

**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

---

**Plaintiff**  Frank Wimberly, as Next Friend of J.     **Address**  4652 America St.  New Orleans, LA 70126
           W, a minor (212034)

**Defendants**
           Gulf Stream Coach, Inc.
           Shaw Environmental, Inc
           Fluor Enterprises, Inc
           CH2M Hill Constructors, Inc.
           Bechtel National, Inc

---

**Plaintiff**  Joshua Wolfe (227074)                    **Address**  11621 Willow Dr  New Orleans, LA 70131

**Defendants**
           Gulf Stream Coach, Inc.
           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Joseph Woods (202725)                    **Address**  1201 31st St  Kenner, LA 70065

**Defendants**
           Gulf Stream Coach, Inc.
           Shaw Environmental, Inc

---

**Plaintiff**  Lisa Herbert, as Next Friend of D.H, a   **Address**  650 Avenue A  Marrero, LA 70072
           minor (201671)

**Defendants**
           Gulf Stream Coach, Inc.
           Bechtel National, Inc