## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7076

1247

**Plaintiff** Jarvis Abron (237986)     **Address** 25645 Jackson St  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Bernadine Altow (238618)     **Address** 3385 Effie St  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Latara Cloudet (202929)     **Address** 1201 31st Street  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Fara Delaney (205380)     **Address** 5409 Mandeville  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Gerogia Wheat-Foster, as Next Friend of B.F, a minor (205416)     **Address** 70465 Cook Lane  Tangipahoa, LA 70465

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** John Jones (237452)     **Address** 37049 Hwy 36  Pearl River, LA 70452

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
6

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7076

**Plaintiff** John Jones, as Representative of the Estate of Theresa Jones, deceased (237454)  
**Address** 37049 Hwy 36  Pearl River, LA 70452

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Hilda Magee, as Next Friend of A.L, a minor (201327)  
**Address** 31240 Kat Pigott rd  Franklinton, LA 70438

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Bernadine Major, as Next Friend of L. M, a minor (226506)  
**Address** 1900 Hi-Land Trailer Park  Violet, LA 70092

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Betty Matthews (238569)  
**Address** 4501 Lane Ave  NewOrleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Nikita McCaskill (238604)  
**Address** 216 Dream Ct  Slidell, LA 70461

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Ricky Keligond (203571)  
**Address** 4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7076

**Plaintiff** Diane Roussel (237946)      **Address** 9000 St, Bernard Hwy  Chalmette, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Eva Sigur (200487)      **Address** 1964 N. Roch  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc