## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

1249

**Plaintiff**  Larry Harris, as Next Friend of T.H, a        **Address**  Yail St  Metairie, LA 70001
minor (201636)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Andre Hodge (226291)        **Address**  1204 Doverville Court  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Sandra Gair-Stewart (225270)        **Address**  1101 Paul Frederick Rd  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Johnette Mistretta (238905)        **Address**  6066 Pastuer Blvd  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Latoya Alexius (239742)        **Address**  1780 Sullivan  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Desmond Alfred (239356)        **Address**  40592 Ranch Road  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
7

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff**  Keirston Alfred (239383)          **Address** 40592 Ranch Road  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Adam  Allen (239434)          **Address** 3017 Dawson Street  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Adam Allen, as Next Friend of C.A, a          **Address** 3017 Dawson St  Kenner, LA 70065
minor (238771)

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Jean Allen  (239437)          **Address** 3017 Dawson Street  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Adam Allen, as Next Friend of K.A, a          **Address** 3017 Dawson Street  Kenner, LA 70065
minor (239436)

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Kevin Allen (239448)          **Address** 296 Homewood Pl.  Reserve, LA 70081

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Adam Allen, as Next Friend of N.A, a          **Address** 3017 Dawson St  Kenner, LA 70065
minor (238767)

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Denise James, as Next Friend of S.A, a minor (239382)     **Address** 2607 Tifton St  Kenner, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Adam Allen, as Next Friend of X.A, a minor (238768)     **Address** 3017 Dawson St  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Kenny Andrew (239429)     **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Ursula Andrews (239872)     **Address** 9319 Stroelitz  New Orleans , LA 70118

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Brandon Atlow (239645)     **Address** 3385 Effie St  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Eric Atlow (239325)     **Address** 3385 Effie St  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Erica Atlow (239153)     **Address** 3385 Effie Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Marlanna Atlow (239280)　　　　**Address** 3385 Effie Street  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Megan Atlow (239753)　　　　**Address** 3385 Effie St  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Claudia Brown, as Next Friend of L.A, a minor (239471)　　　　**Address** 2026 Tenth Street  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Oliver Augillard (211827)　　　　**Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff** Leslie Carrell, as Next Friend of C.B, a minor (239159)　　　　**Address** 8006 W. Judge Perez Drive  Chalmette, LA 70043

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Leslie Carrell, as Next Friend of M.B, a minor (239138)　　　　**Address** 8006 W. Judge Perez Drive  Chalmette, LA 70043

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Michael Batiste (215409)　　　　**Address** 136 James Lane  Des Allemands, LA 70031

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Anika Beasley (239354)                    **Address**  7071 Whitmore Place  New Orleans, LA 70128

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Anika Beasley, as Next Friend of A.B,      **Address**  7071 Wihmore Place   New Orleans , LA 70128
a minor (239357)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Arthur Beasley (239425)                   **Address**  7071 Whitmore Pl  New Orleans, LA 70128

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Cedric Bell (225804)                      **Address**  58082 Apache St  Slidell , LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Hazel Bell (239870)                       **Address**  8800 S. Claiborne Ave. #13  New Orleans , LA
70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---

**Plaintiff**  Dorothy Bernard (212737)                  **Address**  4501 Flake Ave  New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Temechuis Reynolds, as Next Friend of     **Address**  405 Fox Croft  Slidell, LA 70460
W.B, a minor (239711)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Patricia Berry (239222)          **Address** 100 Intermost Drive  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Shawn Bezue (239776)          **Address** 2815 Lincoln Ave.   Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Stacey Ragan, as Next Friend of R.B, a          **Address** 3000  Ashley Dr.   Violet, LA 70092
minor (239657)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sherry Black (239865)          **Address** 2815 Lincoln Avenue  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Danielle Blaise (233246)          **Address** 5632 Fourth St.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Dianne Blaise (233247)          **Address** 5632 Fourth St.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Ronnie Blaise (233249)          **Address** 5632 Fourth St.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Dianna Blaise, as Next Friend of T.B, a minor (233250)  **Address**  5632 Fourth St.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Anthony Blossom (238636)  **Address**  501 Pacific Ave  New Orleans , LA 70114

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Adrian  Bolden  (239198)  **Address**  36272 Salmen St.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Adrian Bolden, as Representative of the Estate of Sam Bolden, deceased (239430)  **Address**  36272 Salmen St.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Diane Bourdonnay (239531)  **Address**  54148 Hwy 90  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Charles Bourdonnay (239533)  **Address**  54148 Hwy. 90  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Veann Bourgeois (239069)  **Address**  8605 Jeannette Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Juanita Bright (239877)  **Address** 2736 Clark St  Slidell, LA 70459

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Patricia Brooks (233782)  **Address** 3017 N. Tonti  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Brande' Brown (238929)  **Address** 19061 Old Gennessee Rd.  Tickfaw, LA 70466

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tonya Brown, as Next Friend of C.B, a  **Address** 4530 Gallier Dr.  New Orleans, LA 70126
minor (238831)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Claudia Brown (239473)  **Address** 2026 Tenth Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Deborah Brown (239475)  **Address** 32140 Bayou Paoyet Road  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Laney Brown (239477)          **Address**  2026 Tenth Street  Slidell, LA 70458

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Lyndsey Brown (239470)          **Address**  2026 Tenth Street  Slidell, LA 70458

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Tammara Brown (239427)          **Address**  32140 Bayou Papuet Road  Slidell, LA 70461

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Tonya Brown (239322)          **Address**  4530 Gallier Road  New Orleans, LA 70126

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Tyrone Brown (225867)          **Address**  3114 Laussat Place    New Orleans, LA 70117

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

---

**Plaintiff**  Laurie Burfield (239317)          **Address**  1630 Deborah Drive  Poydras, LA 70085

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Janeikqua  Butler (239154)          **Address**  2033 Qurra Drive  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jasmine Butler (239663)          **Address**  2033 Qurra Drive  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Regnie Butler (239129)          **Address**  2033 Qurra Drive  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Roland  Butler (239130)          **Address**  2033 Qurra Drive  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Daniel Camargo (225897)          **Address**  1913 Robet Dr.  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Leslie Carrell (239467)          **Address**  8006 W Judge Perez Dr  Chelmette , LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tiffany Carter (239468)          **Address**  106 Concord Loop  Pearl River, LA 70452

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Betty Casborn (239640)          **Address** 1723 West Hall Ave.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Larae Champagne, as Next Friend of J. C, a minor (211817)          **Address** 136 James Lane  Des Allemands, LA 70030

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Joneae' Champion (238911)          **Address** 6066 Pasteur Blvd.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Janice  Clark  (239266)          **Address** 60429 Amber St  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Randall Clark (215518)          **Address** 136 James Lane  Des Allemands, LA 70031

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Janice Clark, as Next Friend of T.C, a minor (239247)          **Address** 60429 Amber Street  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Tyrone Clark (239637)          **Address** 60429 Amber St.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Iris Clark (211723)          **Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Larry Clayton (233260)          **Address** 1737 Montbatten Dr  Marrero, LA 70072

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Patricia Clayton (233261)          **Address** 1737 Montbatten Dr.  Marrero, LA 70072

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Carolyn Collor (238895)          **Address** 3400 Touros St  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cassius Conater (239451)          **Address** 700 Jackson St.   Kenner , LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cassius Conater (239567)          **Address** 700 Jackson St.  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Keisha  Conaler, as Next Friend of J.C,
a minor (239578)          **Address** 700 Jackson St.  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Keisha Conaler (239588)　　　　**Address** 700 Jackson St. Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Obery Cooper III (207610)　　　　**Address** 4009 Hamilton St. New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Joseph Hodges, as Next Friend of J.C, a minor (202173)　　　　**Address** Unit C-100 Mary Ann (Trailer Park St. Bernard Hwy) Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Carmen Coste (239067)　　　　**Address** 4769 Sherwood Drive New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Herman Coste (239056)　　　　**Address** 4769 Sherwood Drive New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Vanessa County, as Next Friend of D.C, a minor (239626)　　　　**Address** 1330 Kings Row Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Joseph County (239729)　　　　**Address** 1330 Kings Row Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Vanessa County (238659)          **Address** 1330 Kings Row   Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lakeisha Sylve, as Next Friend of I.C, a    **Address** 62200 North 17th st  Slidell, LA 70460
  minor (229555)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Joseph Cousin (210759)          **Address** 5511 Holley St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Charley Cousin (239513)          **Address** 37464 E Pine Hill Dr  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Ashley Cox (239452)          **Address** 2610 Jasper St.   Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Amy Cryer (239449)          **Address** 60351 Lake Rd  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff** Amy Cryer, as Next Friend of G.C, a minor (239654)   **Address** 60351 Lake Rd  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Amy Cryer, as Next Friend of J.C, a minor (239620)   **Address** 60351 Lake Rd  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Amy  Cryer, as Next Friend of D.C, a minor (239615)   **Address** 60351 Lake Rd  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Raymond Dansby (239321)   **Address** 39258 Lank Street  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Debra Darensbourg (239908)   **Address** 4535 Bundy Road  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kevin Darensbourg (239907)   **Address** 4535 Bundt Road  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Alvin Davies (239221)                    **Address**  100 Inter Model Drive  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Salina Johnson, as Next Friend of A.P,    **Address**  1551 N. Roberson   New Orleans, LA 70117
a minor (203391)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Hilda DeRouen (238923)                    **Address**  3718 Virgil Blvd  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Travis Dillon (237936)                    **Address**  Old Spanish Trail 35 A  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Barbara Dowling (239347)                  **Address**  111 Dillon Dr  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Landry  Duchane  (239290)                 **Address**  7129 E Tamaron St  New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Dawnn Ducre (239311)                    **Address** 1780 Sullivan   Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Develin Ducre (239692)                  **Address** 2601 Old Spanish Trail  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Dollie Ducre (239312)                   **Address** 60063 Javery Road  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Karina Ducre (239879)                   **Address** 32053 St Poitevent Rd  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Ronnie Ducre, as Next Friend of R.D, a   **Address** 32053 St. Poitevent Road  Slidell, LA 70460
minor (239284)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Ronnie  Ducre  (239285)                 **Address** 32053 Poitevent Rd  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Tameica Ducree (239802)                 **Address** 62229 9th North St  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Tameica Ducree, as Next Friend of T.  **Address** 62229 9th North St.  Slidell , LA 70460
D, a minor (239629)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Ashley Pierre, as Next Friend of B.D, a  **Address** Amp Circle  Edgard, LA 70049
minor (213136)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Dustin Durapau (239601)  **Address** 2428 Farmsite Rd.  St. Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Kristi Durapau (238868)  **Address** 2428 Framsite Rd.  St. Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Daniel Eaglin (238986)  **Address** 1412 Alvar St.  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Jessica Eugene, as Next Friend of D.E,  **Address** 13050 Maplewood Dr.  New Orleans, LA 70128
a minor (238982)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Jasmin Eugene (238904)  **Address** 13150 Maple Wood Dr  New Orleans, LA 70129

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Jessica Eugene, as Next Friend of J.E, a   **Address** 13080 Maplewood Dr.  New Orleans, LA 70128
minor (238998)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Jessica Eugene (238994)   **Address** 13080 Maple Wood Dr.  New Orleans , LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** David Eugene (238983)   **Address** 13080 Maplewood Dr.  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Patricia Eugene (238997)   **Address** 13150 Maplewood Dr.  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** David Eugene (238875)   **Address** 13150 Maple Wood Dr.  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Eyonka Falls (239217)   **Address** 4015 Velie Street  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Devince Favalora (239782)　　　　**Address** 12329 Co Les Creek Blvd  Hammond , LA 70403

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Maria Fernandez (239799)　　　　**Address** 4817 E Judge Perez Drive  Violet , LA 70092

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Myra Fields (239834)　　　　**Address** 3925 Utah St  New Orleans , LA 70114

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Gladys  Graham , as Next Friend of S.　　　　**Address** 9432 Cabildo Lane   West Wego , LA 70094
F, a minor (239850)

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

---

**Plaintiff** Gladys Graham, as Next Friend of S.F,　　　　**Address** 9432 Cabildo Ln.  West Wego, LA 70094
a minor (239849)

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

---

**Plaintiff** Larry Franatovich (223683)　　　　**Address** 1924 Andress Street  Chalmette, LA 70043

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Priscilla Franklin (239049)　　　　**Address** 2845 Metropolitan Street  New Orleans, LA
　　　　70126

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Tiffany Carter, as Next Friend of C.F, a minor (239439)

**Address** 106 Concord Loop  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Candice Gatlin (239070)

**Address** 8600 S. Claiborne Avenue  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** James Gatlin, as Next Friend of E.G, a minor (239082)

**Address** 8600 South Claiborne Avenue  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** James Gatlin (239084)

**Address** 4850 Eunice Drive  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** James Gatlin, as Next Friend of J.G, a minor (239083)

**Address** 8600 South Claiborne Avenue  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Danny Giardina (239541)

**Address** 226 Coin Du Lestin Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Loren Giardina (239665)

**Address** 226 Coin Do Lestin Dr  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Mary Giardina (239539)                **Address** 70460 Coin Du Lestin Drive  Slidell, LA 70460

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

**Plaintiff** Ross Giardina (239667)                **Address** 226 Coin Du Lestin Dr  Slidell, LA 70460

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

**Plaintiff** Micah Glover (201854)                **Address** 38263 HWY 621 Oak Place RV Park Lot#43
>                                                            Gonzales, LA 70737

**Defendants**
>      Gulf Stream Coach, Inc.
>      Shaw Environmental, Inc
>      Fluor Enterprises, Inc
>      CH2M Hill Constructors, Inc.

**Plaintiff** Madge Goff (239929)                **Address** 1501 Pressburg St.  New Orleans , LA 70122

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

**Plaintiff** Tanya  Brown , as Representative of the    **Address** 4530 Gallier Dr.  New Orleans, LA 70126
Estate of June Gorden, deceased
(238830)

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

**Plaintiff** Stanshari Gorden (239587)                **Address** 4530 Gallier Road  New Orleans , LA 70126

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Bobby Gordon (239767)                    **Address**  2601 Old Spanish Trail   Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jacquelyn Gordon (238534)                **Address**  264 ols Spanish Trail  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jennie Gordon (239666)                   **Address**  4530 Gallier Drive  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Gladys Graham (239852)                   **Address**  9432 Cabildo Lane   West Wego , LA 70094

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Roger Graham (239851)                    **Address**  9432 Cabildo Lane   West Wego , LA 70094

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Brian Gray (238882)                      **Address**  3200 Perdido St  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Latanya Grinstead (225275)               **Address**  4893 Feliciana Dr.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Latanya Grinstead, as Next Friend of L. G, a minor (225277)   **Address** 4843 Feliciana Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Martha Guild, as Next Friend of G.G, a minor (239721)   **Address** 38254 De Roger s Lane   Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tiffany Carter, as Next Friend of B.H, a minor (239391)   **Address** 106 Concord Loop  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Carrese Hodges (239146)   **Address** 3563 Bacchus Street  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Danny Collins, as Next Friend of D.H, a minor (229851)   **Address** 63565 Ordoge and Ruppert Rd.   Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Danielle Hopkins (229852)   **Address** 63565 Ordoge-Ruppert Rd.  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Dina Savarese, as Next Friend of K.H, a minor (239583)   **Address** 3118 Jackson Ave.  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff** Shawna Huff, as Next Friend of C.H, a minor (239211)    **Address** 66510 Chris Kennedy Road  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rodney Huff (239264)    **Address** 66510 Chris Kennedy Road  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Shawna  Huff (239252)    **Address** 66510 Chris Kennedy Rd  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marvin Hutchinson, as Next Friend of H.H, a minor (238878)    **Address** 1300 Green Ave  Raydras, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marvin Hutchinson (238886)    **Address** 1300 Green Ave  Poydras, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marvin Hutchinson, as Next Friend of N.H, a minor (238884)    **Address** 1300 Green Ave  Poydras, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sharon Hutchinson (238890)    **Address** 1300 Green Ave  Poydras, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Michelle Jackson, as Next Friend of A.       **Address**  27129 Sycamore  Lacombe, LA 70445
J, a minor (239186)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Denise James, as Next Friend of C.J, a       **Address**  2607 Tifton Street  Kenner, LA 70062
minor (239144)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Denise James (239525)       **Address**  2605 Tifton Street  Kenner, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Denise James, as Next Friend of D.J, a       **Address**  2605 Tifton Street  Kenner, LA 70062
minor (239147)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Denise James, as Next Friend of D.J, a       **Address**  2607 Tifton Street  Kenner, LA 70062
minor (239527)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Montel James (239359)       **Address**  2607 Tifton St  Kenner, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Salina Johnson, as Next Friend of A.J, a       **Address**  101 Liberty Terrace Dr/ 1551 .Roberson N. O.
minor (203470)       La.70117  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Debra Johnson (239220)          **Address** 2001 Goodwill Dr  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Fabiola Johnson (212947)          **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Sabrina Johnson, as Next Friend of J.J., a minor (203468)          **Address** 30253 Nurcelia Cotton Rd.  Franklinton, LA 70438

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Adam Allen, as Next Friend of K.J, a minor (238822)          **Address** 3017 Dawson St.  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Natasha Johnson (239307)          **Address** 2001 Goodwill Dr  Violet , LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Sabrina Johnson (203469)          **Address** 30240 Notcelia Cotton Rd  Franklinton, LA 70438

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Salina Johnson (203471)          **Address** 1551 N Roberson  New Orleans, LA 70117

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Larry Johnson (239254)          **Address** 57475 Cypress Avenue  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Tommanica Johnson (239132)          **Address** 2104 Lircciardi Lance  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Adam  Allen, as Next Friend of V.J, a          **Address** 3017 Dawson St.  Kenner , LA 70065
    minor (239683)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Vicki Johnson (239279)          **Address** 57475 Cypress  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Morris Joiner (239071)          **Address** 2072 Ames   Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Nathaniel Jones (201346)          **Address** 2902 St. Roch Ave  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff** Marissa Kellum (226389)          **Address** 2113 River Queen  Violet, LA 70092

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.

**Plaintiff** Patrick Kennedy (239278)          **Address** 3179 Ettie Street  Slidell, LA 70458

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Ronald Kindle (239946)          **Address** 8836 Forshey St  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

**Plaintiff** Joann Kindle (239954)          **Address** 8836 Forshey St  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

**Plaintiff** Nydia McDermott, as Next Friend of B.    **Address** Lynnwood Trailer Park   St. Bernard, LA 70085
K, a minor (239661)

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Constructors, Inc.

**Plaintiff** Robert Klien (239342)          **Address** 1207 Cousin St  Slidell, LA 70460

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Sherri Klein (239408)　　　　　**Address** 1207 Cousin St  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Jessica Landreneau (239520)　　　**Address** 61338 Markham Drive  Pearl River, LA 70452

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Jarryl Laurent (239227)　　　　**Address** 3390 Effie Street  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Trimeaka Lee, as Next Friend of M.L., a　**Address** 4535 Dale St  New Orleans, LA 70126
minor (238698)

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Shakila Lee (238702)　　　　　**Address** 435 Dale St.  New Orleans, LA 70127

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Jarvis Lewis (212358)　　　　　**Address** 1490 Paul Malliard  Luling, LA 70070

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff** Eyonka Fall, as Next Friend of R.L., a minor (239671)          **Address** 4015 Velie Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Mary Lunn (239025)          **Address** 5836 Orleans Ave.  New Orleans, LA 70124

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Hang Luona (226494)          **Address** 1400 Dwyer Blvd. Lot 7  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Anthony Macky (203142)          **Address** 225 Macky Lane  Buras, LA 70041

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Joseph Major (239236)          **Address** 2001 Goodwill Dr  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Lolita  Major (239131)          **Address** 2104 Lircciardi Lance  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Stanley Major (239308)          **Address**  Chalemtete, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Adam Allen, as Next Friend of E.A, a minor (238772)          **Address**  3017 Dawson St  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Sammie Randell, as Next Friend of C. M, a minor (209547)          **Address**  6033 Wales St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Linda Martin (239044)          **Address**  3101 Bienville Square B-15  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Kyva Mason (201095)          **Address**  3537 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Gerald Massey (238990)          **Address**  6335 Painters St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Geraldlyn Massey (238989)          **Address**  6335 Painters St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Elouise Matthews (216716)          **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Tony Matthews (216717)          **Address**  305 Kinler St.  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Amber May (209553)          **Address**  6033 Wales St.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  John May, as Next Friend of C.M, a          **Address**  30409 Hwy 190  Lacombe, LA 70445
minor (239258)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  John May (239256)          **Address**  30409 Hw190  Lacombe, LA 70445

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Charles McCaskill (201123)          **Address**  4316 Rayne Drive  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Nikita McCaskill, as Next Friend of Z.          **Address**  216 Dreamcourt Court  Slidell, LA 70461
M, a minor (239142)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Robertina McCovins (239141)          **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Nydia McDermott (239125)          **Address** Lynnwood Trailer Park  St. Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Calvin McDonald (239500)          **Address** 2026 Tenth Street  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Ashley McGee (209573)          **Address** 800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Keisha  Conaler , as Next Friend of K. M, a minor (239586)          **Address** 700 Jackson St.  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Nikita McGee (209574)          **Address** 800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Brande' McKnight , as Next Friend of B.B, a minor (238930)

**Address** 15061 Old Gennessee Rd.  Tickfaw, LA 70466

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Derek Mclean (223302)

**Address** 1001 Paul Frederick  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Derek Mclean, as Next Friend of I.M, a minor (223301)

**Address** 1001 Paul Fredrick  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Trishenia Skidmore, as Next Friend of D.M, a minor (226607)

**Address** 51 Martin Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Regina Butler, as Next Friend of I.M, a minor (239664)

**Address** 2033 Qurra Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Laresha Moak (237413)

**Address** 304 Olive Dr  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Tanisha  Sylve (230077)          **Address** 1478 west hall  Slidell , LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Ernest Montgomery, as Next Friend of      **Address** 4555 Werner Drive  New Orlenas, LA 70126
  E.M, a minor (201057)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Ernest Montgomery (201058)        **Address** 4555 Werner Drive  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Keshana  Moore  (239584)          **Address** 700 Jackson St  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Kim Moore (239458)            **Address** 700 Jackson St.   Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lisa Moss (233285)            **Address** 9012 Ford St.  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Dawnn Ducre, as Next Friend of N.N, a      **Address** 1780 Sullivan  Slidell, LA 70458
  minor (239840)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Shelia Newton (239803)          **Address**  60283 Fenner Road  Slidell, LA 70460

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Eric Nicholas (215847)          **Address**  136 James Lane  Des Allemands, LA 70031

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.

**Plaintiff**  Adrian Parker (239370)          **Address**  60456 Dixie Ranch Rd  Slidell, LA 70460

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Adrianne Parker (239464)          **Address**  60456 Dixie Ranch Road  SLidell, LA 70460

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Mattie Parker (239917)          **Address**  1212 Martin Dr.   Marrero, LA 70072

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

**Plaintiff**  Tennaro Parker (238910)          **Address**  6066 Pasteur Blvd.  New Orleans, LA 70122

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Victor Parker (239764)          **Address**  60283 Fenner Road   Slidell, LA 70460

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Lisa Moss, as Next Friend of N.P, a minor (233288)          **Address** 9012 Ford St  Kenner, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Ruth Perrie (239734)          **Address** 1500 Westhall Avenue  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Wanda Pichon (239828)          **Address** 27151 Sycamore   Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  June Pierre (207532)          **Address** 4931 Frair Dr.  New Orleans, LA 70128

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Arthur Pierre (239073)          **Address** 3402 Cherry Street  New Orleans, LA 70118

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Ashley Pierre (213135)          **Address** Amp Circle  Edgard, LA 70049

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  George Pierre (222972)          **Address** 5815 Congress  New Orleans, LA 70128

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Patricia Pierre (239781)    **Address** 3402 Cherry St  New Orleans, LA 70118

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc

**Plaintiff** Jestin Quiett (239327)    **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** Stacey Ragan (239659)    **Address** 3000 Ashley Drive   Violet, LA 70092

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** Tamika Randleston (203249)    **Address** 4422 America st.  New Orleans, LA 70126

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** Mason Raoula (239514)    **Address** 908 S. Telemachus  New Orleans, LA 70125

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff** Geneva Ratcliff, as Representative of the Estate of Frank  Ratcliff, deceased (239709)    **Address** 1316 Forestwood Dr  Slidell, LA 70460

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Nikita McCaskill, as Representative of the Estate of Lamer Ratcliff, deceased (239682)

**Address**  216 Dream Court  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Nikita McCaskill, as Next Friend of X. R, a minor (239428)

**Address**  216 Dream Court Ct  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Stephanie Rayford, as Next Friend of K.R, a minor (203567)

**Address**  30240 Nurcelia Cotton Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Stephanie Rayford, as Next Friend of K.R, a minor (203566)

**Address**  30240 Nurcelia Cotton Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Kendrick Rayford (203568)

**Address**  30240 Nurcelia Cotton Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Stephanie Rayford, as Next Friend of K.R, a minor (203565)

**Address**  30240 Nurcelia Cotton Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Stephanie Rayford (203564)

**Address**  30240 Nurcelia Cotton Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Jamie Richardson (239676)   **Address** 3003 Daniel Dr.   Violet, LA 70092

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Trenice Parker, as Next Friend of J.R, a   **Address** 13152 Hwy 23  Belle Chasse, LA 70037
minor (222988)

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.