## Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

1250

**Plaintiff**  Kahla  Roach , as Next Friend of H.R, a minor (239180)

**Address**  55168 Hwy 433  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Danielle  Roach, as Next Friend of T.R, a minor (239231)

**Address**  69131 Adolft Craddock Rd  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tyler  Roach  (239257)

**Address**  69131 Adolft Graddock Rd  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Adam Allen, as Next Friend of D.R, a minor (239208)

**Address**  3017 Dawson Street  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Nigel Robinson (238888)

**Address**  7676 Chef Menteur Hwy Lot 17  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Brendan  Rodriguez (239592)

**Address**  2605 Farm Site Rd.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**8**

## Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Marletta Ross (239240)                **Address**  25645 Jackson Street  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Christopher Rouege (202738)          **Address**  2858 Allen St.
                                                              New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Kerry Roussel (225298)               **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dina Savarese (239633)               **Address**  3118 Jackson Ave  Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Dina Savarese, as Next Friend of K.S, a   **Address**  3118 Jackson Ave  Chalmette, LA 70043
               minor (239740)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Dina Savarese, as Next Friend of K.S, a   **Address**  3118 Jackson Ave.  Chalmette, LA 70043
               minor (239724)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Julie Gibson, as Next Friend of J.S, a   **Address**  1800 Deborah Drive  St. Bernard, LA 70085
               minor (226847)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff** Cora Scott (238703)          **Address** 1915 3rd St.  Kenner, LA 70062

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Eugene Scott (238689)          **Address** 1915 3rd St.  Kenner, LA 70062

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Randolph Scott (239329)          **Address** 46 Augusta Street  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Tracey Segura (239955)          **Address** 2077 Mather Dr  Marrero, LA 70072

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Jacqueline Self (239823)          **Address** 57056 N Cooper Road Lot 127  Loranger , LA 70446

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff** Jacqueline Self, as Next Friend of T.S, a minor (239814)          **Address** 57056 N Cooper Road lot 127  Lorander , LA 70446

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

## Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Debra Shaw (238926)  **Address** 4601 Coronado Dr.  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  William Shaw (238887)  **Address** 4601 Coronado St  New Orleans , LA 70127

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Lequana Shaw (238919)  **Address** 4601 Coronado Dr.  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Paul  Perry, as Next Friend of D.S, a minor (230311)  **Address** 27199 Prices Alley  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Paul Perry, as Next Friend of M.S, a minor (230312)  **Address** 27199 Prices Alley  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Ceola Sheperd (223009)  **Address** 5815 Congress Dr.  New Orleans, LA 70116

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Herman Shiloh (239935)  **Address** 2165 Brutus Street  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Rochelle Silve (239323)          **Address** 25645 Jackson  Lacombe, LA 70445

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Arthur Simms (239610)          **Address** 62229 9th North St.  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Ursula Sims (212146)          **Address** 1484 Paul Mallirad  Luling, LA 70070

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Charell Skidmore (226886)          **Address** 51 Martin Dr.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Trishenia Skidmore (226887)          **Address** 51 Martin Dr.  New Orleans, LA 70128

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Shantell Smith, as Next Friend of B.S, a minor (239505)          **Address** 1007 Lennon Court  Slidell, LA 70461

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Debra Shaw, as Next Friend of B.S, a minor (238918)          **Address** 4601 Coronado Dr  New Orleans, LA 70127

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Centrell Smith (239481)          **Address** 4745 Francis Drive  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jennie Smith (238899)          **Address** 13150 Maple Wood Dr  New Orleans, LA 70124

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jamar Smith, as Next Friend of J.S, a minor (239079)          **Address** 1007 Canal St.  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Oscar Smith (239054)          **Address** 111 A Canal Street  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Shantell Smith, as Next Friend of T.S, a minor (238828)          **Address** 1007 Lennon Court  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Shantell Smith (238829)          **Address** 1007 Lennon Court  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff** Jamar Smith (239063)                         **Address** 1007 Canal Street  Slidell, LA 70461

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Shantell Smith, as Next Friend of T.S, a       **Address** 1007 Lennon Court  Slidell, LA 70461
          minor (239504)

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Theran Smith (238827)                        **Address** 1007 Lennon Court  Slidell, LA 70461

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Velda Smith (239952)                         **Address** 8836 Forshey St.  New Orleans , LA 70118

**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc

**Plaintiff** Wanda Soniat (239899)                        **Address** 2102 Selma Street  New Orleans, LA 70122

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Jonathan Soraparu (239358)                   **Address** 8801 Chef Menteur Hwy  New Orleans , LA
                                                                    70127

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Valerie Sorina (239518)                      **Address** 57837 Benjamin Road  Slidell, LA 70460

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff** Johnette Mistretta, as Next Friend of M. S, a minor (238906)  **Address** 6066 Pasteur Blvd.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Dartanya Spottsville (239479)  **Address** 1212 Martin Dr.   Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Jerome Spottsville (239493)  **Address** 1212 Martin Dr.   Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Justin Stallworth (239760)  **Address** 922 Ellenor Dr.  Slidell , LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Briea Stamps (239752)  **Address** 766 Front St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Michele Staps (239763)  **Address** 766 Front St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jackie  Steele  (239201)  **Address** 2428 Farmsite Rd.  St.Bernard, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

Kahla Roach , as Next Friend of H. R., a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 09-7081

**Plaintiff** Kellie Steele (239210)          **Address** 2428 Farmsite Rd  St. Bernard, LA 70085

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tyree Steele (238848)          **Address** 1012 Lennon Ct.  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Arianne Ingram, as Next Friend of L.S, a minor (207622)          **Address** 1426 Paul Fredrick   Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Lakeisha Sylve, as Next Friend of B.S, a minor (230386)          **Address** 60022 N. 17th St.  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Lakeisha Sylve, as Next Friend of D.S, a minor (230387)          **Address** 60022 North 17th st.  Slidell , LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Veronica Taylor (239691)          **Address** 2933 Harris Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Christy Terry, as Next Friend of A.T, a minor (239145)          **Address** 2605 Farmsite Road  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff** Christy Terry (239528)          **Address** 2605 Farmsite Rd.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** William Terry (239561)          **Address** 2605 Farmsite Rd.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Alex Thibodeaux (238849)          **Address** 1012 Lennon Ct. Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sylvia Thibodeaux (238853)          **Address** 1012 Lennon  Ct.  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Briaira Thomas (223049)          **Address** 4828 Eastview Dr.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Arthur Thomas, as Next Friend of D.T,          **Address** 4828 Eastview Dr.  New Orleans, LA 70126
a minor (223050)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Stacey  Ragan, as Next Friend of H.T, a          **Address** 3000 Ashley Dr.  Violet, LA 70092
minor (239590)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Joshua Thomas (226955)          **Address** 41931 Hwy 190 E., Lot A15  New Orleans, LA
                                                          70461

**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff**  Samynthia Thomas, as Next Friend of     **Address** 7071 Whitmore Place  New Orleans, LA 70128
         K.T, a minor (239361)

**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff**  Kenneth  Thomas (239352)          **Address** 7071 Whitmore Place  New Orleans , LA 70128

**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff**  Samynthia Thomas (239349)          **Address** 7071 Whitmore  New Orleans, LA 70128

**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff**  Shelita Thompson, as Next Friend of A.     **Address** 3000 Jasper St.  Kenner, LA 70065
         T, a minor (205461)

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

**Plaintiff**  Armand Thompson (205462)          **Address** 3000 Jasper St  KENNER, LA 70065

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

**Plaintiff**  Shelita Thompson (205464)          **Address** 3000 Jasper St.  Kenner, LA 70065

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Ashley  Torregano (239397)          **Address**  2223 Pelican Street  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Dana Torregano (239398)          **Address**  2223 Pelican Street  Slidell, LA 70460

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Alvin  Townes (205606)          **Address**  7824 Colapissa Street  New Orleans, LA 70125

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Tiffany Carter, as Next Friend of H.T, a          **Address**  106 Concord Loop  Pearl River, LA 70452
minor (239490)

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tiffany Carter, as Next Friend of S.T, a          **Address**  106 Concord Loop  Pearl River, LA 70452
minor (239489)

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Travis Troxclair, as Next Friend of J.T,          **Address**  2428 Farmsite Road  St. Bernard, LA 70085
a minor (238764)

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Aaron Turner (239081)          **Address**  1610 Barriere Road  Belle Chasse, LA 70038

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Armetra Tyson (238558)                    **Address**  P.O.Box 120 / 45492 Willie J Wilson Rd.
                                                                     Franklinton, LA 70438

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Armetra Tyson, as Next Friend of D.T,      **Address**  45492 Willie J Wilson Rd  Franklinton, LA 70438
              a minor (238561)

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Wanette Tyson, as Next Friend of I.T, a    **Address**  45492 Willie J Wilson Rd  Franklinton, LA 70438
              minor (238565)

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Armetra Tyson, as Next Friend of K.T,      **Address**  45492 Willie J Wilson Rd  /  P.O. Box 102
              a minor (238556)                                        Franklinton, LA 70438

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Armetra Tyson, as Next Friend of M.T,      **Address**  45492 Willie J Wilson Rd  Franklinton, LA 70438
              a minor (238557)

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Armetra Tyson, as Next Friend of S.T,      **Address**  45492 Willie J. Wilson  / P.O. Box 120
              a minor (239933)                                        Jancklinton   Franklinton, LA 70438

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Tyechia Tyson (238564)                    **Address**  P.O Box 120  Franklinton, LA 70438

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

| **Plaintiff** | Wanette Tyson, as Next Friend of Z.T, a minor (239930) | **Address** | 45492 Willie J Wilson Rd, Po Box 120 Franklinton, LA 70438 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| **Plaintiff** | Alaine Victoriana (239498) | **Address** | 111 Dillion Drive  Slidell, LA 70461 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| **Plaintiff** | Laurie Burfield, as Next Friend of E.V, a minor (239979) | **Address** | 1630 Deborah Drive  Poydras, LA 70085 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

| **Plaintiff** | John Victoriana (239371) | **Address** | 111 Dillon Drve   Slidell, LA 70461 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| **Plaintiff** | James Wallace (239695) | **Address** | 6049 Amber Street  Lacombe, LA 70445 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| **Plaintiff** | Benjamin Warren (238548) | **Address** | 600 S Pierrie St  New Orleans, LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Sierra Warren (239883)                **Address**  57056 N Cooper Rd.   Loranger, LA 70446

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

**Plaintiff**  Cornell Washington (211998)            **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Markeisha Songy (212003)               **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Ronald Washington (239045)             **Address**  2601 Franklin Avenue  New Orleans, LA 70117

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Marie Watts (207611)                   **Address**  8809 Heaton St.  New Orleans, LA 70118

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Gail White (239961)                    **Address**  10910 Chef Mentuer Hwy  New Orleans, LA
                                                                    70127

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff** Christy Winston, as Next Friend of A.  **Address** 605 Kinler St.  Luling, LA 70070
W, a minor (217046)

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Iris Myers, as Next Friend of A.W, a  **Address** 101 B. Soniat Street  Slidell, LA 70461
minor (227046)

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Chanel Williams (227049)  **Address** 601 Killona Dr.  Killona, LA 70057

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Francis  Williams  (239600)  **Address** 27043 NW Price Alle  Lacombe, LA 70445

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

---

**Plaintiff** Gaynell Williams (239126)  **Address** 3563 Bacchus Street  New Orleans, LA 70131

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Nydia McDermott, as Next Friend of  **Address** Lynnwood Trailer Park   St. Bernard, LA 70085
M.W, a minor (239656)

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Jama Williams (238547)                    **Address** 3113 Lakewood Dr.  Violet, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Jaren Williams (227051)                    **Address** 601 Killona Dr.  Killona, LA 70057

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Michael Williams (239156)                    **Address** Lynnwood Trailer Park  St. Bernard, LA 70085

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nydia McDermott, as Next Friend of M.W, a minor (239658)                    **Address** Lynn Wood trailer park   St. Bernard, LA 70085

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Williby Verkeese (239326)                    **Address** 7071 Whitemore Place  New Orleans , LA 70128

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Verkell Williby (239355)                    **Address** 7071 Whitmore  New Orleans, LA 70128

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Verleka Williby (239350)          **Address** 7071 Whitmore Place  New Orleans, LA 70128

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Christy Winston, as Next Friend of S.          **Address** 605 Kinler St.  Luling, LA 70070
W, a minor (217081)

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Polanda Woodard (210773)          **Address** 4642 Virgilian St.  New Orleans, LA 70126

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Joseph Woods (202727)          **Address** 1201 31st. St.   Kenner, LA 70065

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc

**Plaintiff**  Julius Young (208887)          **Address** 800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Wilbert Young (208874)          **Address** 702  Paul Fredrick St.  Luling, LA 70070

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Leslie Carrell, as Next Friend of L.Z, a          **Address** 8006 W. Judge Perez Drive  Chalmette, LA 70043
minor (239161)

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff** Desmond Alfred, as Next Friend of K. A, a minor (239669)   **Address** 40592 Ranch Road  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Sara Bailey, as Next Friend of D.B, a minor (200107)   **Address** 38263 HWY 621 Oak Place RV Park Lot#43 New Orleans, LA 70737

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Janiya  Bailey (200110)   **Address** 2401 N Roman ST   New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Alzola Ducre (239580)   **Address** 27070 North West Price Alley  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Casmer Ducre (239866)   **Address** 27070 North West Price Alley  Lacombe, LA 70445

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Johnny Hilton (201509)   **Address** 7800 Chef Menteur Hwy. # 16 # 16 New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Larry  Johnson (239223)   **Address** 57475 Cypress   Slidell , LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Temechius Reynolds, as Next Friend of       **Address** 405 Fox Croft  Slidell, LA 70461
K.K, a minor (239826)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Johnnie Kirsha (239680)          **Address** 405 Fox Croft   Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cari May (239244)            **Address** P.O. Box 2007  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  John May, as Next Friend of J.M, a      **Address** P.O. Box 2007  Lacombe, LA 70445
minor (239245)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kata Pichon (239270)          **Address** 29243 Erindale Dr.  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Vickie Rainone (239315)          **Address** P.O. Box 4133  Slidell, LA 70459

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Ruth Jessie, as Next Friend of D.R, a      **Address** 1500 Westhall Avenue  Slidell, LA 70460
minor (239232)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff** Theresa Ray (239880)           **Address** P.O. Box 1197  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Temechius Reynolds (239888)      **Address** 405 Fox Croft Street  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Kahla  Roach , as Next Friend of G.R, a minor (239263)      **Address** 55168 Hwy 433  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Danielle  Roach, as Next Friend of M. R, a minor (239706)      **Address** 66346 Chris Kennedy Rd  Pearl River, LA 70452

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Katina Silve (239262)           **Address** 62178 Sylve St.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Gwendolyn   Stallworth (239148)      **Address** 922 Ellenor Drive  Slidell, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Samynthia Thomas, as Next Friend of K.T, a minor (239351)      **Address** 7071 Whitmore Pl  New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Robert Reynolds, as Next Friend of S.          **Address**  405 Fox Croft  Slidell, LA 70461
G, a minor (239833)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Temechius Reynolds, as Next Friend of         **Address**  405 Fox Croft  Slidell, LA 70461
D.W, a minor (239822)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Stephen Harvey (201644)          **Address**  3716 Downman Road  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc