## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

1334

**Plaintiff**  Nina Addison (200211)   **Address**  2040 Luther Dr.  Marrero, LA 70072

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Michael Alexander (211922)   **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Cleo Washington, as Next Friend of X. A, a minor (211921)   **Address**  128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Nakia Banks (200146)   **Address**  2901 Elysianfields Ave.  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Judy Bell (200041)   **Address**  3000 Touro St.  New Orleans, LA 70112

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Stanley Berniard (209962)   **Address**  700 Mack Moore St.  Hammond , LA 70401

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
9

## Cynthia Abney, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7856

**Plaintiff** Chris Bourgeois, as Next Friend of C.B, a minor (199915)  **Address** 4935 Metropolitan Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Lekeshia Bradley, as Next Friend of D.b, a minor (202876)  **Address** 10720 Kinneil Rd  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Lekeshia Bradley (202875)  **Address** 10720 Kinneil Rd.  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Raynika Broussard (211768)  **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Henry Brown (199966)  **Address** 3653 West Loyola Dr.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Aviance Brown, as Next Friend of J.B, a minor (199975)  **Address** 2912 Guerra Dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kevin Brown (199979)  **Address** 3653 West Loyola Dr  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Linda Brown (199986)  **Address**  3653 West Loyola Dr. kenner , LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Reginald Brown (199815)  **Address**  3653 West Loyola Dr. Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Larry Busby (202893)  **Address**  3037 General Ogden St. New Orleans, LA 70118

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  James Cage (199871)  **Address**  7301 Northgate Drive  New Orleans, LA 70128

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Andrea Claude (214869)  **Address**  2770 10th Street  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Albert Claude (214840)  **Address**  2770 10th Street  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Denitra Collins (214659)  **Address**  37532 Timberline Drive  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Denitra Collins, as Next Friend of J.C, a minor (214661)  **Address**  37152 W. Timberline Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Denitra Collins, as Next Friend of J.C, a minor (214662)  **Address**  37532 Timberline Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Anthonesha Cousin (210751)  **Address**  5511 Holley Lane  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Belinda  Cousin (210750)  **Address**  5511 Holley St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Irby Darensbourg (207512)  **Address**  2830 Carver St.  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Ashley Davidson (205377)  **Address**  6026 Baccich St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Dorthy Davillier (214610)  **Address**  63538 Bolden  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Cynthia Abney, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7856

**Plaintiff** Carolyn Collins, as Representative of the Estate of Gerald Davis, deceased (202956)  
**Address** 4800 Kendall Drive  New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Glenn Davis (202084)  
**Address** 302 Neil Ave  New Orleans, LA 70131

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Grace Demolle (201952)  
**Address** 322 Di Maggio  Port Sulphur, LA 70083

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Michelle Dickerson, as Next Friend of A.D, a minor (201976)  
**Address** 44021 Willie B Magee Rd  Franklinton, LA 70438

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Michelle Dickerson, as Next Friend of B.D, a minor (201977)  
**Address** 44021 Willie D Magee Road  Franklinton, LA 70438

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Irionne Dickerson (201978)  
**Address** 44021 Willie D Magee Road  Franklinton, LA 70438

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Michelle Dickerson, as Next Friend of J.D, a minor (201979)  
**Address** 44021 Willie D Magee Road  Franklinton, LA 70438

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Curtis   Dickerson (201980)  **Address** 824  Pleasant St.  New Orleans, LA 70115

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Yvonne Dyson (205598)  **Address** 69321 Charles McDaniel Road  Kentwood, LA 70444

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Terrell Edwards (202971)  **Address** 107 Maryland  Metairie, LA 70003

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kendrick Evans (216478)  **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Anthony Fiffie (215587)  **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Mott Fleming (201922)  **Address** 2109 Bayou Road  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Charlette White, as Next Friend of L.g, a minor (203026)  **Address** 107 Maryland Ave  Matairie, LA 70003

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Donnah Hawkins (205336)  **Address** 44158 Booker Road  Hammond, LA 70403

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Zineki Hawkins (205346)  **Address** 44158 Booker #2 Rd  Hammond, LA 70403

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Joseph   Henderson (201661)  **Address** 3000 Touro  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Lisa Herbert (201672)  **Address** 650 Avenue A  Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Gloria Hill (214464)  **Address** 709 Dewey St.  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Ronald Hill (214466)  **Address** 709 Dewey St.  Slidell , LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Lakisha Hopkins (214369)  **Address** 58180 W Street  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Cynthia Abney, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7856

**Plaintiff** Darnell Ingram (215676)  **Address** 605 Kinler St. Luling, LA 70070

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Deatrice Jackson (215680)  **Address** 2709 Lincoln Slidell, LA 70458

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Rosland Jackson (215681)  **Address** 2709 Lincoln Slidell, LA 70458

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Monique Morris, as Next Friend of C.J, a minor (201439)  **Address** 302 Neil St. New Orleans, LA 70131

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Palma Jefferson (201440)  **Address** 2237 Mazant St. New Orleans, LA 70117

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Paul Jefferson (201441)  **Address** 2237 Mazant St. New Orleans, LA 70117

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

Cynthia Abney, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7856

**Plaintiff**  Henry Jenkins (209671)  **Address** 106 S. Bengal  River Ridge, LA 70123

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Roy Jenkins (209673)  **Address** 106 S.Bengal Rd.  River Ridge, LA 70123

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Troy Jenkins (209674)  **Address** 106 S.Bengal Rd.  River Ridge, LA 70123

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc