## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

1335

| | | |
|---|---|---|
| **Plaintiff** Dan Johnson (200188) | **Address** | 4569 Bonita Dr.  New Orleans, LA 70126 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Lee Ann Sylvas, as Next Friend of J.J, a minor (215695) | **Address** | 2947 Harris Street  Slidell, LA 70458 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Lester Johnson (210839) | **Address** | 390 Post St.  Killona, LA 70057 |

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

| | | |
|---|---|---|
| **Plaintiff** Rudolph Johnson (210307) | **Address** | 610 Adam St.  Killona, LA 70057 |

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

| | | |
|---|---|---|
| **Plaintiff** Lee Ann Sylvas, as Next Friend of S.J, a minor (215699) | **Address** | 2947 Harris Street  Slidell, LA 70458 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Melissa Joseph, as Next Friend of J.J, a minor (207067) | **Address** | 3049 Litein Str.  Kenner, LA 70065 |

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT
10

## Marguerite Jiles, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7833

**Plaintiff** Melissa Joseph (207068)　　　**Address** 3049 Utah Street  Kenner, LA 70065

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc

---

**Plaintiff** Doris Kenney (201380)　　　**Address** 4807 Ray Ave.  New Orleans, LA 70126

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

---

**Plaintiff** Frederick King (209591)　　　**Address** 700 Mack Moore St.  Hammond, LA 70401

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** George Ladanne (215717)　　　**Address** 38215 Oak Street  Slidell, LA 70458

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Lawrence Laffargue (216669)　　　**Address** 3860 E Judge Perez Drive  Chalmette, LA 70043

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Kenyetta Lands (209606)　　　**Address** 6033 Wales St.  New Orleans, LA 70126

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Hershell Lee (203132)          **Address**  3668 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Ginger Lewis (205261)          **Address**  6026 Baccich St.  New Orleans, LA 70122

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Ginger Lewis, as Next Friend of R.L, a minor (205262)          **Address**  4325 St. Anthony Ave.  New Orleans, LA 70122

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Renard Lewis (205263)          **Address**  4325 St. Anthony Ave.   New Orleans, LA 70122

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Vera Lewis (201159)          **Address**  4028 N. Miro St  New Orleans, LA 70117

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

**Plaintiff**  Kermit Lindsey (201162)          **Address**  302 Neil Ave.  New Orleans, LA 70131

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7833

**Plaintiff** Katrica Magee (201226)    **Address** 30285 Robertson Rd.  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Robin McClendon (201134)    **Address** 3718 Virgil Blvd   New Orleans , LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Robrid Miller (214143)    **Address** 38201 Coast Blvd  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Giovanna Mitchell (213059)    **Address** 1816 Paul Mallard Rd. P.O. Box 807  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Lisa Mitchell (213066)    **Address** 2534 Franklin Ave.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Dennis Moore (203181)    **Address** 10720 Kinneil Rd  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Desiree Morgan (203192)    **Address** 1663 Denis St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marguerite Jiles, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7833

**Plaintiff** Patricia Morgan - Williams (203193)    **Address** 1663-65 st. Denis St.  New Orleans, LA 70122

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Adrian Morris (200902)    **Address** 4935 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Lisa Morris, as Representative of the Estate of Broderick Morris, deceased (203530)    **Address** 3107 Carondetel St  New Orleans, LA 70115

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Elbert Morris (200907)    **Address** 4935 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Melania Morris (200911)    **Address** 4935 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Monique Morris (200912)    **Address** 302 Neil Ave.  New Orleans, LA 70131

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Rozelia Morris (200913)    **Address** 4935 Metropolitan Drive.  New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Oscar Morton (210761)         **Address** 5511 Holley St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Rebecca Moss (205146)        **Address** 9012 Ford St.  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Louis Murry (203199)         **Address** 4477 America Street  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Aisha Pierre (215895)        **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Aisha Pierre, as Next Friend of D.P, a minor (215896)   **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Raymond Pierre, III, as Next Friend of R.P, a minor (216818)   **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Raymond Pierre (215898)      **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7833

**Plaintiff** Theresa Pierre (215899)    **Address** 605 Kinler St. Luling, LA 70070

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Whitney Pinkney (205652)    **Address** 3013 Gen Ogden New Orleans, LA 70058

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Sammie Randall (210198)    **Address** 6033 Wales St. New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Maurice Rendon (200639)    **Address** 41931 Hwy. 190 E
Slidell, LA 70461

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** John Robertson (210760)    **Address** 5511 Holley St. New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Catina Roscoe (215008)    **Address** 38201 Coast Blvd. Slidell, LA 70460

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Mary Ross (205427)    **Address** 3000 Jasper St. Kenner, LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

## Marguerite Jiles, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7833

**Plaintiff** Charlette White, as Next Friend of D.s, a minor (202783)  **Address** 107 Maryland Ave  Matairie, LA 70003

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Gerald Singleton (200504)  **Address** 2069 Abundance Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Gerineka Singleton (200505)  **Address** 2069 Abundance Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Teri Smith (212153)  **Address** 128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Willie Spears (206646)  **Address** 7231 Boston Dr.  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tamara Tanner, as Next Friend of J.T, a minor (205605)  **Address** 7824 Colapissa Street  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Tamara Tanner (205602)  **Address** 7824 Colapissa St.  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Tamara Tanner, as Next Friend of T.T, a minor (205603)  **Address**  7824 Colapissa St.  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  James Taylor (216977)  **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Phillip Taylor (216022)  **Address**  1001 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Hilton Taylor (200321)  **Address**  45691 anthony rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Vikki Taylor (200324)  **Address**  45691Anthony Rd.  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Paulette Thomas (216029)  **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jonathan Thompson (206673)  **Address**  3049 Utah St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Thelma Torregano (215140)     **Address** 40497 Hwy 190 E  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Cheryl Treaudo (206680)     **Address** 9018 Dixon   New Orleans , LA 70118

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc