**Cheryl Treaudo, as Next Friend of C. T., a minor, et. al. vs. Gulf Stream Coach,**
Original Civil Action No. 09-7831

1336

**Plaintiff** Cheryl Treaudo, as Next Friend of C.T, a minor (206681)    **Address** 910 Dixon St.  New Orleans , LA 70118

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Gennive Treaudo (206682)    **Address** 9018 Dixon St.  New Orleans, LA 70118

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Ora Treaudo (210756)    **Address** 9018 Dixon St.  New Orleans, LA 70118

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Wayne Treaudo (206685)    **Address** 9018 Dixon st.  New Orleans, LA 70118

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Shineta Turner (206687)    **Address** 3049 Utah St.  Kenner , LA 70065

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

---

**Plaintiff** Mary Upton (202397)    **Address** 3533 W Loyola Dr  Kenner, LA 70065

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc

PLAINTIFF'S
EXHIBIT
11

**Cheryl Treaudo, as Next Friend of C. T., a minor, et. al. vs. Gulf Stream Coach,** Original Civil Action No. 09-7831

| | | | |
|---|---|---|---|
| **Plaintiff** Willie Upton (202398) | | **Address** 3533 West Loyole Drive Kenner, LA 70065 | |

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Linda Wester (202506)   **Address** 3533 W. Loyola Dr. Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** A.d White (202709)   **Address** 3531 East LA State Drive Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Charlette White (202710)   **Address** 107 Maryland Ave Matairie, LA 70003

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Jasmin White (203690)   **Address** 3728 Gen. Pershing St. New Orleans, LA 70125

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Lanettie White (202518)   **Address** 3728 Gen. Pershing St. New Orleans , LA 70125

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Althea Williams (202543)   **Address** 3000 Touro St Metairie, LA 70010

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7831

**Plaintiff**  James Williams (205500)         **Address**  1 Drexel Dr.  New Orleans, LA 70125

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Deidre Willis (210068)         **Address**  700 Mack Moore St.  Hammond, LA 70401

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Felicia Wilson (210458)         **Address**  2520 Bell St.  New Orleans, LA 70119

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Joann Wilson (215284)         **Address**  60238 Bryan Road  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Franklin Wimberly (212031)         **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Irene Wimberly (212032)         **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Carl Windmon (202610)         **Address**  2040 Luther Dr.  Marrero, LA 70072

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7831

**Plaintiff**  Christy Winston (217080)  **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  John Winters (217082)  **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Mary Winters (217083)  **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Mildred Winters (202612)  **Address**  45702 Anthony Rd.  Franklinton, LA 70438

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Kanisha Woods (217084)  **Address**  1001 Paul Frederick  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.