## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

1393

**Plaintiff** Michael Amos (200240)          **Address** 4407 Eastern St.  New Orleans, LA 70122

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

---

**Plaintiff** Natasha Angelin (200085)          **Address** 18325 Miller Lane Lot # 43  Hammond , LA 70403

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Jessica Erwin, as Next Friend of S.B, a minor (199911)          **Address** 7701 Chef Menteur Hwy #61  New Orleans , LA 70126

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

---

**Plaintiff** Connie Boulieu (199913)          **Address** 7210 Bunker Hill  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Chris Bourgeois (199914)          **Address** 4935 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Evelyn Bryant, as Next Friend of B.B, a minor (199827)          **Address** 41360  C Carken Rd  Franklinton, LA 70438

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**12**

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7890

| **Plaintiff** | Evelyn Bryant, as Next Friend of D.B, a minor (199828) | **Address** | 41360 C Carken Rd  Franklinton, LA 70438 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| **Plaintiff** | Kirtainika Clark  (202280) | **Address** | 4935 Metropolitan Drive.  New Orleans, LA 70126 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| **Plaintiff** | Ashley Coleman, as Next Friend of A. C, a minor (202305) | **Address** | 3520 W. Loyola Dr  Kenner, LA 70065 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Ashley Coleman, as Next Friend of A. C, a minor (202306) | **Address** | 3520 W. Loyola Dr  Kenner, LA 70065 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Ashley Coleman (202307) | **Address** | 3520 W. Loyola Dr  Kenner, LA 70065 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Ashley Coleman, as Next Friend of A. C, a minor (202308) | **Address** | 3520 W. Loyola Dr  New Orleans, LA 70065 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| **Plaintiff** | Kirstin Coleman (202135) | **Address** | 302 Neil Ave.  New Orleans, LA 70131 |

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Angela Dyer (201864)  **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc

**Plaintiff** Cedric Dyer, as Next Friend of C.D, a minor (201865)  **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc

**Plaintiff** Angela Dyer, as Next Friend of D.D, a minor (201866)  **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc

**Plaintiff** Angela Dyer, as Next Friend of D.D, a minor (201867)  **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc

**Plaintiff** Cedric Dyer, as Next Friend of C.D, a minor (201868)  **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc

**Plaintiff** Cedric Dyer, as Next Friend of K.D, a minor (201869)  **Address** 3520 W. Loyola Dr  70065                          Kenner, LA

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc

**Plaintiff** Cedric  Dyer (201871)  **Address** 3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Angela Morris, as Next Friend of B.E, a       **Address**  4935 Metropolitan Dr.  New Orleans , LA 70126
minor (201899)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Glynn Fuertes (201803)                       **Address**  4807 Ray Ave  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Oscar Gaines (201809)                        **Address**  2237 Mazant St.  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Anthony Garrison (201826)                    **Address**  209 W St. Peter  Belle Chasse, LA 70037

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Raychell Waldon, as Next Friend of S.        **Address**  4054 W Loyola  Kenner, LA 70065
G, a minor (201691)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff**  Larry Harris, as Next Friend of A.H, a       **Address**  Yail St  Metairie, LA 70001
minor (201621)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Larry Harris (201629)                    **Address** Yail St  Metairie, LA 70001

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

**Plaintiff** Byron Horton (201530)                    **Address** 6535 Foch Rd  New Orleans, LA 70126

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Georgia Robert, as Next Friend of E.J, a        **Address** 2301 Carlie St.   Franklinton, LA 70438
minor (201430)

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** Ekeshia  James (201431)                  **Address** 2301 Carlie Street  Franklinton, LA 70438

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff** April Johnson (201447)                   **Address** Yail St  Metairie, LA 70001

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

**Plaintiff** Albert Joseph (201358)                   **Address** 3000 Touro St.  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff** Schwanda Coates, as Next Friend of K.        **Address** Happy Acre Park Lot 12  Franklinton, LA 70438
L, a minor (201156)

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Clinton Magee (201219)                    **Address**  31240 Kat Pigott Rd  Franklinton, LA 70438

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Erica Magee, as Next Friend of F.M, a
minor (201222)                                         **Address**  31240 Kat Pigott Rd  Franklinton, LA 70438

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Erica Magee, as Next Friend of J.M, a
minor (201224)                                         **Address**  31240 Kat Pigott Rd  Franklinton, LA 70438

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Erica Magee, as Next Friend of P.M, a
minor (201230)                                         **Address**  31240 Kat Pigott Rd  Franklinton, LA 70438

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Victor Magee (201231)                    **Address**  31240 Kat Pigott Rd.  Franklinton, LA 70438

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

| | |
|---|---|
| **Plaintiff** Lydia Montgomery, as Next Friend of G.M, a minor (201059) | **Address** 4555 Werner Drive  New Orleans, LA 70126 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

| | |
|---|---|
| **Plaintiff** Ketera Naquin (200927) | **Address** 2916 St. Rock ave.  New Orleans, LA 70122 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

| | |
|---|---|
| **Plaintiff** Raphel  Parker (200821) | **Address** 2107 Elysian Fields Ave.  New Orleans, LA 70117 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

| | |
|---|---|
| **Plaintiff** Vettice Payton (200850) | **Address** 3144 DeSaix  New Orleans , LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

| | |
|---|---|
| **Plaintiff** Clenard Pigott (200716) | **Address** 31244 Katherine Pigott Rd  Franklinton, LA 70438 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

| | |
|---|---|
| **Plaintiff** Brandy Poursine, as Next Friend of K. P, a minor (200753) | **Address** 2618 Myrtle Grove Lot # 89  Meraux, LA 70075 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Jermaine Roberts (200698)                    **Address**  Happy Acres Trailer Park, Lot #12  Franklinton, LA 70438

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Carla Simmons (200491)                    **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Charlie Simmons (200492)                    **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Debra Simmons (200493)                    **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Angela Dyer, as Next Friend of D.S, a minor (200513)                    **Address**  3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Angela Dyer, as Next Friend of D.S, a minor (200514)                    **Address**  3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Angela Dyer, as Next Friend of P.S, a minor (200515)                    **Address**  3520 W. Loyola Dr  Kenner, LA 70065

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Charleen Smith (200528)                    **Address** Downman Rd  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Diego Struiken, as Next Friend of D.S,          **Address** 13150 N. Lemans St.  New Orleans, LA 70129
a minor (200269)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Diego Struiken (200270)                    **Address** 13510 N. Lemans St  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Nancy Struiken (200271)                    **Address** 13510 R. Lemans st.  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Lydia Montgomery, as Next Friend of          **Address** 4555 Werner Drive  New Orleans, LA 70129
J.S, a minor (200288)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Shirley Taboney (200298)                    **Address** 2120 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Doris Taylor (200311)                    **Address** 4407 Eastern Street  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Shermay Washington, as Next Friend of A.T, a minor (202357)   **Address** 2834 Myrtle Grove Dr. #123  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Shermay Washington, as Next Friend of L.T, a minor (202358)   **Address** 2834 Myrtle Grove Dr. # 123  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Shermay Washington, as Next Friend of T.T, a minor (202359)   **Address** 2834 Myrtle Grove Dr. # 123  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** David Walter (202432)   **Address** 2304 Plaza Dr.   Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Phylicia Washington (202454)   **Address** 302 Neil Ave  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Fred Weary (202472)   **Address** 31240 Kathryn Piggot Rd. Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Charlene Weber (202477)              **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Leon Winters (202611)               **Address**  4935 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Louis Cloudet (202928)              **Address**  2124 Williamsburg Dr  LaPlace, LA 70068

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Rodney Coleman (202932)             **Address**  7848 Briarwood St  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Michelle Horn, as Next Friend of K.c, a      **Address**  3115  Clouet Street  New Orleans, LA 70126
minor (202933)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Michelle Horn, as Next Friend of R.c, a      **Address**  7848  Briarwood St  New Orleans, LA 70126
minor (202934)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Kenneth Evans (202975)              **Address**  4800 Kendle Dr.  New Orleans, LA 70176

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  John Gould (203012)                    **Address**  3441 Delaware Ave.  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Peggy Gould (203013)                   **Address**  3035 Akron St  Kennera, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Jarmira Gould (203014)                 **Address**  3025 Acron St.  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Peggy Gould, as Next Friend of J.g, a    **Address**  3025 Acron St  Kenner, LA 70065
      minor (203015)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Peggy Gould, as Next Friend of J.g, a    **Address**  3025 Acron St  Kenner, LA 70065
      minor (203018)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Bessie Wells, as Next Friend of K.h, a   **Address**  2916 General Ogden st.  New Orleans, LA 70118
      minor (203044)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Bessie Wells, as Next Friend of C.h, a   **Address**  2916 General Ogden St.  New Orleans, LA 70118
      minor (203045)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Michelle Horn, as Next Friend of D.h, a minor (203073)        **Address** 7848 Briarwood St  New Orleans, LA 70128

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Madiere Moore (203182)        **Address** 4800 Kendrall Dr.  New Orleans, LA 70126

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  William Moore (203183)        **Address** 4800 Kendall Dr.  New Orleans, LA 70126

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Lakitra Woods (202728)        **Address** 1201 31st Street  Kenner, LA 70065

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

---

**Plaintiff**  Tandy Woods (202729)        **Address** 1201 31st Street  Kenner, LA 70065

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

---

**Plaintiff**  Louis Woods (202730)        **Address** 1201 31st Street  Kenner, LA 70065

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

---

**Plaintiff**  Gabrielle Horn, as Next Friend of B.F, a minor (203415)        **Address** 311 Clouet St.  New Orleans, LA 70126

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Gabrielle Horn (203453)          **Address**  311 Clovet St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Laurean Johnson (203466)          **Address**  4545 Dale   New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Meyer (203515)          **Address**  4545 Dale  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Tina Johnson, as Next Friend of J.M, a          **Address**  4545 Dale  New Orleans, LA 70124
minor (203516)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Broderick   Morris (203528)          **Address**  3107 Carondelet St  New Orleans, LA 70115

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Lisa Morris (203529)          **Address**  3107 Carondelet St  New Orleans, LA 70115

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Lashandra Wells, as Next Friend of Q.          **Address**  4642 Virgilian St.  New Orleans, LA 70126
W, a minor (203685)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** August Banks, as Next Friend of A.B, a minor (205063)     **Address** 5500 Press St  New Orleans , LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tiffany Johnson (205231)     **Address** 4630 Majestic Oaks  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tiffany Johnson, as Next Friend of A.J, a minor (205216)     **Address** 4630 Majestic Oaks  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tiffany Johnson, as Next Friend of J.J, a minor (205221)     **Address** 4630 Majestic Oaks  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tiffany Johnson, as Next Friend of J.C, a minor (205368)     **Address** 4630 Majestic Oak Dr.   New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** James Hawkins (205338)     **Address** 830 Majestic Oaks Dr.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Gail Harden (205330)     **Address** 3425 Edenborn Ave  Metairie, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Keenan Harden (205331)                     **Address**  1 Drexel Dr  New Orleans, LA 70125

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

---

**Plaintiff**  Bernadette Cheri, as Next Friend of S. C, a minor (205111)      **Address**  7904 LaFourche Street  New Orleans, LA 70127

**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

---

**Plaintiff**  Shirley Landry (205244)                     **Address**  357 Capital Dr.  Avondale, LA 70094

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

---

**Plaintiff**  Gary Landry (205241)                     **Address**  145 Madera St  Avondale, LA 70094

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

---

**Plaintiff**  Gary Landry, as Next Friend of A.L, a minor (205240)      **Address**  145 Madera St  Avondale, LA 70094

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

---

**Plaintiff**  Gary Landry, as Next Friend of M.L, a minor (205242)      **Address**  145 Madera St  Avondale, LA 70094

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

---

**Plaintiff**  Morris Landry (205243)                     **Address**  357 Capital Dr.  Avondale, LA 70094

**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Patricia Johnson (205226)                    **Address**  357 Capital Dr.  Avondale, LA 70094

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

**Plaintiff**  Willis Hawkins (205341)                    **Address**  44158 Booker Rd.  #2  Hammond, LA 70403

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Cierra Amar (205052)                    **Address**  3638 Metropolitan  New Orleans, LA 70126

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Dennis Garrison (205307)                    **Address**  5200 Press Dr.  New Orleans, LA 70125

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Frank Williams (205499)                    **Address**  5200 Press Dr.  New Orleans, LA 70125

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  August Banks, as Next Friend of A.B, a            **Address**  5500 Press Dr  New Orleans, LA 70126
minor (205571)

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Violla Dyson, as Next Friend of D.D, a            **Address**  69321 Charles McDaniel Rd.  Kentwood, LA
minor (205738)                                                                       70444

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
### Original Civil Action No.  09-7890

**Plaintiff** Barbra Feltus (205740)                **Address** 2629 Tifton St  Kenner, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Terris Dotson (205741)                **Address** 2629 Trifton St.  Kenner , LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Rondishe' Dotson (205742)                **Address** 2629 Trifton St.  Kenny, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Nicole Richardson-Smith (205608)                **Address** 1901 Monroe Street  New Orleans, LA 70118

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Darrielle Ingram (207624)                **Address** 1426 St. Charles Paulfredrick  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Joia Ingram (207625)                **Address** 1426 Paul Frederick   Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Shawn Brown (207645)                **Address** 4009 Hamilton St.  New Orleans, LA 70118

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Sherwine Cooper, as Next Friend of R. B, a minor (207646)

**Address** 4009 Hamilton St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Sherwine Cooper, as Next Friend of B. B, a minor (207589)

**Address** 4009 Hamilton St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Steve Gabriel (207546)

**Address** 4919 Dannel St.  New Orleans, LA 70115

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Leona Hurlie (207509)

**Address** 2832 Carver St.    New Orleans , LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Darren Foley (208884)

**Address** 717 Turtle Creek  St. Rose, LA 70047

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Millie Young (208888)

**Address** 207 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tamara Hemphill, as Next Friend of J. B, a minor (209468)

**Address** 107 Oakwood  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Mildred Bennett (209947)               **Address** 5913 La Faye St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Trinesha Ingram, as Next Friend of C.   **Address** 1426 Paul Fredrick St.  Luling, LA 70070
B, a minor (209886)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Trinesha Ingram, as Next Friend of I.B,   **Address** 1426 Paul Fredrick St.  Luling, LA 70070
a minor (209890)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Tamara Hemphill, as Next Friend of C.   **Address** 107 OakWood  Slidell, LA 70460
H, a minor (209732)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Tamara Hemphill, as Next Friend of K.   **Address** 107 OakWood  Slidell, LA 70460
H, a minor (209733)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Michelle  Ingram, as Next Friend of D.   **Address** 1426 Paul Fredrick St.  Luling, LA 70070
I, a minor (209757)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Kerionda Ingram (209760)                     **Address**  1426 Paul Fredrick St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Kathleen Paige (210255)                       **Address**  1741 Independence St.  New Orleans, LA 70117

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Kasheena Pierre (210291)                      **Address**  800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Veronica Young (210008)                       **Address**  800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Veronica Young, as Next Friend of D.         **Address**  800 Paul Fredrick St.  Luling, LA 70070
Y, a minor (210002)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Veronica Young, as Next Friend of T.         **Address**  800 Paul Fredrick St.  Luling, LA 70070
Y, a minor (210007)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Veronica Young, as Next Friend of A.         **Address**  800 Paul Fredrick St.  Luling, LA 70070
Y, a minor (210001)

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Jennifer Young (210004)　　　　**Address**  800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Veronica  Young, as Next Friend of N.　**Address**  800 Paul Fredrick St.  Luling, LA 70070
Y, a minor (210339)

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Kawanda Thompson, as Next Friend of　**Address**  100 School House Road  Killona, LA 70057
J.P, a minor (210861)

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Raymond Stipe (210805)　　　　**Address**  602 Killona Dr.  Killona, LA 70057

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Carolyn Smith (210457)　　　　**Address**  931 Kerlerec St.  New Orleans, LA 70122

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Rashad Allen (211923)　　　　**Address**  1490 Paul Malliard  Luling, LA 70070

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Jarmine Bennett (211853)　　　　**Address**  159 Shaw ST.  Avondale, LA 70094

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Majorie Bennett (211854)          **Address** 159 Shaw St.  Avondale, LA 70094

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Orleyl Bennett (211855)          **Address** 159 Shaw St. Hahnville, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Sandra Bennett (211857)          **Address** 159 Shaw St. Hahnville, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Terriell Borne (211864)          **Address** 254 Post St.  Killona, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Kenyatta Burns, as Next Friend of C.B, a minor (211788)          **Address** 128 E. St.Peters St.  Belle Chasse, LA 70037

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Nika Burns, as Next Friend of K.B, a minor (211792)          **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Nika Burns (211793)          **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Larae Champagne (211818)          **Address**  136 James Lane  Des Allemands, LA 70030

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Larae Champagne, as Next Friend of L.          **Address**  136 James Lane  Des Allemands, LA 70030
C, a minor (211819)

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Jeffery Coleman (211735)          **Address**  1490 Paul Malliard  Luling, LA 70070

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.