## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

1394

**Plaintiff**  Roland Francois (211634)          **Address**  254 Post St.  Killona, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Terriell Borne, as Next Friend of R.F, a          **Address**  254 Post St.  Killona, LA 70057
minor (211635)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Yvonne Green, as Next Friend of J.G, a          **Address**  1490 Paul Malliard  Luling, LA 70070
minor (211562)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Yvonne Green, as Next Friend of L.G, a          **Address**  1490 Paul Malliard  Luling, LA 70070
minor (211564)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Otis Green (211568)          **Address**  1498 Paul Malliard  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Yvonne Green (211569)          **Address**  1490 Paul Maillard  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**13**

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Diamielle Griffin (211575)          **Address**  1484 Paul Malliard  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Breyon Jackson (212485)          **Address**  159 Shaw St.  Hahnville, LA 70057

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Britney Jackson (212486)          **Address**  159 Shaw St.  Hahnville, LA 70057

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Lashana Jackson (212488)          **Address**  159 Shaw St.  Hahnville, LA 70057

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Nika Burns, as Next Friend of C.J., a          **Address**  4652 America St.  New Orleans, LA 70126
minor (212498)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Javonna Johnson (212501)          **Address**  1484 Paul Malliard  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Louis Johnson (212401)          **Address**  1490 Paul Malliard  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Jeffery Johnson (212416)          **Address** 1490 Paul Mallard  Luling, LA 70070

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Alexis Milton (212307)          **Address** 3800 Verrett St.  Verrett, LA 70085

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Alexis Milton, as Next Friend of S.M, a          **Address** 3800 Verrett St.  Verrett, LA 70085
minor (212308)

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Alexis Milton, as Next Friend of S.M, a          **Address** 3800 Verrett St.  Verrett, LA 70085
minor (212309)

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Annie O'Field (212269)          **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Raitisha O'Field (212270)          **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Wallace O'Field (212271)          **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Charles Pitts (212183)          **Address** 259 Post St.  Killona, LA 70057

**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.

**Plaintiff** Roushel Pitts (212187)          **Address** 254 Post St.  Killona, LA 70057

**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.

**Plaintiff** Keva Richard (212205)          **Address** 1940 Purnell Line  St. Bernard, LA 70085

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff** Kori Richard (212207)          **Address** 1940 Purnell Line  St. Bernard, LA 70085

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff** Ronald Selders (212126)          **Address** 56041 Hano Rd.  Independence, LA 70443

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff** Demond Washington (212000)          **Address** 390 Post Street  Killona, LA 70057

**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.

**Plaintiff** Doncellia White, as Next Friend of C. W, a minor (212012)          **Address** 56041 Hano Rd.  Independence, LA 70443

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7891

**Plaintiff** Mia White (212014)                          **Address** 56041 Hano Rd.  Independence, LA 70443

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Lavon  Smith  (212678)                      **Address** 3617 Metropolitan Street  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Michael Bourqeois (212747)                  **Address** 4935 Metropolitan Dr.  New Orleans , LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Geralyn Brule' (212774)                     **Address** 1712 McArthur Dr.  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Treshaun Farnell, as Next Friend of J.L.,   **Address** 120 Amp Circle  Edgard, LA 70049
a minor (212856)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Yvette Jack (212931)                        **Address** Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Daphine Johnson (212945)                    **Address** Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Nedra Johnson, as Next Friend of D.J, a minor (212946)          **Address**  120 Amp Circle Alvin Perret  Edgard, LA 70049

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Nedra Johnson (212951)          **Address**  120 Amp Circle Alvin Perrett  Edgard, LA 70049

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Firdella Jones (212955)          **Address**  7129 E Tamaron  New Orleans, LA 70128

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Genevia Gabriel (212957)          **Address**  2321 1/2 Milan Street  New Orleans, LA 70115

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Rosetta Lewis, as Next Friend of A.L, a minor (213013)          **Address**  120 Amp Circle  Edgard, LA 70049

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Damone Lewis (213014)          **Address**  P.O. Box 448  Edgard, LA 70049

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Rosetta Lewis, as Next Friend of D.L, a minor (213015)          **Address**  120 Amp Circle  Edgard, LA 70049

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Delores Lewis (213016)                **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Joseph Lewis (213017)                **Address** 120 Amp Circle  Vacherie, LA 70090

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lacchristia Lewis (213019)                **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lakeedra Lewis (213020)                **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Laneka Lewis (213021)                **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Quaneisha Lewis (213022)                **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Rosetta Lewis (213024)                **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Taylor Lewis (213026)                  **Address**  P.O. Box 448  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tyler Lewis (213027)                   **Address**  128 Amp P Cr.  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Roland Lewis (213028)                  **Address**  120 Amp Circle  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  La'Ron Louis (213030)                  **Address**  120 Amp Circle Alvin Perrett  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  LaTroy Louis (213031)                  **Address**  120 Amp Circle  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cleveland Lumar (213036)               **Address**  077 Collins St.  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Shirley Lumar (213038)                 **Address**  007 Colins St.  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Lovenia Ross (213170)          **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Thomas Smith (213195)          **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Connie Young (213296)          **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Rolanda Young (213302)          **Address** 110 Brooklyn  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Ronald Young (213303)          **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Wilcous Pichon (213632)          **Address** 2774 10th Street  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Julie Stipe (215099)          **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Loretta Lumar (214294)          **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Kelly Young (215303)          **Address**  120 Amp Circle  Edgard, LA 70049

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Ronald Young, as Next Friend of S.Y, a          **Address**  120 Amp Circle  Edgard, LA 70049
minor (215312)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Ronald Young, as Next Friend of P.Y, a          **Address**  120 Amp Circle  Edgard, LA 70049
minor (215310)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Ronald Young, as Next Friend of P.Y, a          **Address**  120 Amp Circle  Edgard, LA 70049
minor (215308)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Traje Williams, as Next Friend of D.S,          **Address**  258 Amp Circle  Edgard, LA 70049
a minor (215097)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Tasha Washington, as Next Friend of T.          **Address**  390 Post St.  Killona, LA 70060
W, a minor (215246)

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Tasha Washington, as Next Friend of T.  **Address** 390 Post St.  Killona, LA 70060
S, a minor (215060)

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Keyon Washington, as Next Friend of  **Address** 390 Post St.  Killona, LA 70060
D.F, a minor (214573)

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Kevin Bailey (214751)  **Address** P.O. Box 494  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Derrick Lewis (214275)  **Address** 1404 St.Louis St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Chanel Lewis (214274)  **Address** 1404 St.Louis St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Elisha Allen (214714)  **Address** 6135 Chater St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Terry Bell (214776)  **Address** 1404 St.Louis St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Lucy Mitt, as Next Friend of R.W, a minor (215245)

**Address**  Smith St.  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ledell Robinson (214987)

**Address**  60238 Bryan Road  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Joann Wilson, as Next Friend of M.R, a minor (215007)

**Address**  60238 Bryan Road  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Kelly Young, as Next Friend of F.Y, a minor (216113)

**Address**  120 Amp Circle Ct.  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Rosalee Strickland (216011)

**Address**  188 Smith St.  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Devin Strickland (216008)

**Address**  186 Smith St.  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dontrell Strickland (216009)

**Address**  186 Smith St.  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Denise Francois, as Next Friend of D.F, a minor (215598)  **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Adrian Raymond (215922)  **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Amanda Borne, as Next Friend of T.B, a minor (215449)  **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Elcid Raymond (215923)  **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Zaneae Phillips (215894)  **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Preston Brown (215472)  **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Raquel  Borne, as Next Friend of A.B, a minor (215442)  **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  John Brossette (216352)          **Address**  2302 Myrtle Grove Lot 32  Meraux, LA 70075

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Carol Brown (216361)          **Address**  6408 Fourth St.  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Charles Brown (216362)          **Address**  6408 Fourth St  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lauren Becnel, as Next Friend of D.G,          **Address**  2505 Lloyds Avenue  Chalmette, LA 70043
a minor (216518)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lauren Becnel, as Next Friend of M.G,          **Address**  2505 Lloyals Lane  Chalmette, LA 70043
a minor (216519)

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Charisse Williams (217063)          **Address**  6408 Fourth St.  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Shonda Clark (221745)          **Address**  28106 Neapoleen Rd.  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Demter Carter (221951)　　　　**Address**  166 Boutte  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Craig Jenkins (222084)　　　　**Address**  62174 N. 1st Street  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Lance  Joseph, as Next Friend of L.J, a minor (222093)　　　　**Address**  Lamarque Rd.  New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Andrew Newman (222914)　　　　**Address**  5815 Congress  New Orleans, LA 70117

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Dylan Parker (222936)　　　　**Address**  13152 Hwy 23  Harvey, LA 70058

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Julian Richard (222986)　　　　**Address**  9115 Peach Street  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---

**Plaintiff**  Branden Villavaso (223058)　　　　**Address**  6026 Baccich St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Chareen Williams (223071)          **Address**  6408 Fourth St.  Violet, LA 70092

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Charisse Williams (223072)          **Address**  6408 Fourth St.  Violet, LA 70092

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Rebecca Caldemeyer (223559)          **Address**  8720 Midway Rd  Buras, LA 70041

**Defendants**
>  Gulf Stream Coach, Inc.
>  Shaw Environmental, Inc
>  Fluor Enterprises, Inc
>  CH2M Hill Constructors, Inc.

**Plaintiff**  Salvadone Duhe (223653)          **Address**  2201 Guillout  Saint Bernard, LA 70085

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Kadee Evans-Martinez (223669)          **Address**  25140 Karly Drive  Picayune, MS 39466

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Ruby Josephs (223840)          **Address**  1251 Riviera Avenue  New Orleans, LA 70122

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Julius McKaskill (223946)          **Address**  1251 Riviera Road  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Leatrice Mitchell (223980)          **Address**  608  Kinler St.  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sheri Taylor-Lewis (224394)          **Address**  3719 Cadillac St  New Orleans, LA 70119

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Pamela Bailey (225264)          **Address**  605 Kinler Street  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Laciana Davis (225267)          **Address**  1001 Paul Fredrick St.   Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Latanya Grinstead, as Next Friend of K.          **Address**  4843 Feliciana Drive  New Orleans, LA 70126
G, a minor (225274)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Latanya Grinstead, as Next Friend of L.          **Address**  4843 Feliciana Drive  New Orleans, LA 70126
G, a minor (225276)

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Latanya Grinstead, as Next Friend of S. K, a minor (225279)   **Address** 4843 Feliciana Dr  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rose Pierre (225294)   **Address** 608 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Dwayne Bradley (225839)   **Address** 601 Killona  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Crystal Camargo, as Next Friend of I.C, a minor (225898)   **Address** 1913 Robert Dr.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Crystal  Camargo, as Next Friend of P. C, a minor (225899)   **Address** 1913 Robert Dr.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Garielle Celestine (225911)   **Address** 2208 Centanni Dr.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Brandy Evans, as Next Friend of B.E, a minor (226104)   **Address** 2300 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Leann Frank (226142)          **Address**  165 Metalmous  Slidell, LA 70458

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Avriane Hooper, as Next Friend of A.     **Address**  34 Madison Ave.  Chalmette, LA 70043
H, a minor (226301)

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Ireon Simmons, as Next Friend of R.J, a     **Address**  605 Kinler St.  Luling, LA 70070
minor (226355)

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Melissa  Duet, as Next Friend of J.K, a     **Address**  2113 River Queen  Violet, LA 70092
minor (226388)

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Melissa  Duet, as Next Friend of Z.K, a     **Address**  2113 River Queen  Violet, LA 70092
minor (226390)

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Tien Le (226447)          **Address**  1601 Franklin St.  Gretna, LA 70128

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc

**Plaintiff**  Tuong-Vi  Le (226450)          **Address**  1601 Franklin St  Gretna, LA 70053

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Tuan Le (226451)                    **Address**  1601 Franklin St  Gretna, LA 70053

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Crystal Loescher (226468)           **Address**  2300 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  George Loescher (226469)            **Address**  2300 Tiffany Court  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rose Loescher, as Next Friend of M.L,   **Address**  2300 Tiffany Ct  St. Bernard, LA 70085
a minor (226470)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rose Loescher (226471)              **Address**  2300  Tiffany Ct.   St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rose Loescher, as Next Friend of T.L, a   **Address**  2300 Tiffany Ct.  St. Bernard, LA 70085
minor (226472)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Bernadine Major, as Next Friend of D.   **Address**  1900 Hi-Land Trailer Park   Violet, LA 70092
M, a minor (226505)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Kiaron Odomes (226676)               **Address**  841 N. Broad st.  New Orleans, LA 70426

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Trishenia Skidmore, as Next Friend of     **Address**  51 Martin Dr.  New Orleans, LA 70126
A.P, a minor (226702)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jeremy Porter (226721)               **Address**  601 Killon Dr  Hahnville, LA 70057

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Robert Reed (226772)               **Address**  2300 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Ireon Simmons (226880)               **Address**  605 Kinler St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Schwand Thomas (226958)               **Address**  41931 Hwy 190 E., Lot A15  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Rose  Loescher , as Representative of     **Address**  2300 Tiffany Ct.  St. Bernard, LA 70085
the Estate of Warren Whitney, deceased
(227035)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Chanel Williams, as Next Friend of J. W, a minor (227050)

**Address**  601 Killona Dr.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Chanel Williams, as Next Friend of J. W, a minor (227052)

**Address**  601 Killona Dr.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Don Woods (227080)

**Address**  601 Killona Dr.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Tyrone  Woods, as Next Friend of T.W, a minor (227085)

**Address**  601 Killona Dr.  Killona, LA 70037

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Mosslean Wells (227872)

**Address**  4800 Kendall Dr.   New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lacy Bailey  (229352)

**Address**  1704 Suzi Dr.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Natanya Bolden (229422)

**Address**  63538 Bellen  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Dawn  Reffells, as Next Friend of C.C, a minor (229509)  **Address** 2205 6th St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marvon Calyen (229510)  **Address** 2205 6th Sunset Dr.   Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kawana Jasper (229895)  **Address** 3040 Bruxells St.  New Orleans , LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Kaylee Evans, as Next Friend of D.L, a minor (229988)  **Address** 2021 N River Park  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kenisha  Lewis  (230000)  **Address** 25566 W sycamore  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Adam  Meyer (230067)  **Address** 2416 Moncesquiell  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Florence  Moore  (230089)  **Address** 62206 North 17th St.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Dawn Reffells, as Next Friend of C.R, a minor (230229)   **Address** 2205 6th Street  Slidell, LA 70458

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Larrissa  Young, as Next Friend of J.R, a minor (230287)   **Address** 25566 West Sycamore  Lacombe, LA 70445

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Larissa Young (230505)   **Address** 25566 West Sycamore  Lacombe, LA 70445

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Sheila Scott, as Next Friend of C.B, a minor (233254)   **Address** 1915 3rd St.  Kenner, LA 70062

**Defendants**
　　Gulf Stream Coach, Inc.
　　Shaw Environmental, Inc

**Plaintiff** Harry Butler (233255)   **Address** 1915 3rd St.  Kenner, LA 70062

**Defendants**
　　Gulf Stream Coach, Inc.
　　Shaw Environmental, Inc

**Plaintiff** Darrel Gonzales (233265)   **Address** 2505 Llyods Ave  Chalmette , LA 70043

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Dorothy Mitchell (233282)   **Address** 2161 Rue Racine St  Marrero, LA 70072

**Defendants**
　　Gulf Stream Coach, Inc.
　　Shaw Environmental, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Larry Rowan (233290)                    **Address** 198 W. Oakville St.  Belle Chasse, LA 70037

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Diane Blaise, as Next Friend of T.T, a     **Address** 5632 4th St.  Violet, LA 70092
minor (233293)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sylvia Copelin (233784)                 **Address** 6700Deanne St   New Orleans , LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Nathalie Shaw (233792)                  **Address** 4763 Cerise St.  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Mervin Wiltz (233795)                   **Address** 3730 Virigil Blvd  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Delisha Lee (234513)                    **Address** 1915 Third Street  Kenner, LA 70062

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Michael Roussel (234521)                **Address** 3629 Corinne Ave  Chalmette, LA 70043

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Kendall Smith, as Next Friend of K.S, a minor (234532)     **Address**  1901 Monroe St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Tacuma Burt (237206)     **Address**  424 Olive Dr  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Erica Huber, as Next Friend of C.H, a minor (237267)     **Address**  772 Pinetree St  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Andre Powell (237288)     **Address**  38254 De Roger s Lane   Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lenora Darman, as Next Friend of A.T, a minor (237301)     **Address**  60529 Ridgewood Dr  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc