## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

1395

**Plaintiff**  Darris Moore, as Next Friend of A.M, a minor (237303)      **Address**  38254 De Roger s Lane   Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Susan Ferrera (237364)      **Address**  208 Rowley Blvd/ St. Bernard Parish  Chalmette, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Dallas Darmas, as Next Friend of L.B, a minor (237365)      **Address**  60529 Ridgewood Dr  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Huber (237366)      **Address**  772 Pinetree St  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Erica Huber, as Next Friend of C.H, a minor (237367)      **Address**  772 Pinetree St.   Slidell , LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Randi  Hartman, as Next Friend of N.H, a minor (237368)      **Address**  115 Live Oak Dr.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**14**

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Jordon Hartman (237383)                **Address**  115 Live Oak Dr  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Woodrow Long (237384)                **Address**  10918 Dneux Ave   New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Shirley Burt, as Next Friend of K.B, a minor (237407)        **Address**  424 Olive Dr.  Slidell, LA 70458

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Cathian Benjamin (237423)                **Address**  60529 Ridgewood Drive  Slidell, LA 70460

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Shirley Burt, as Next Friend of K.B, a minor (237429)        **Address**  424 Olive Drive  Slidell, LA 70458

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Andre Caire (237441)                **Address**  62159 North Fort Street  Pearl River, LA 70452

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Mary Coppola, as Representative of the Estate of Joseph Coppola, deceased (237445)        **Address**  350 Jacob St  Slidell, LA 70458

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** Stacy Bakos (237456)   **Address** 1516 Cherry Street  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Shirley  Burt, as Next Friend of K.B, a minor (237478)   **Address** 424 Olive Drive  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Dorissa Guild (237530)   **Address** 38254 De Roger s Lane   Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Martha Guild (237534)   **Address** 38254 De Roger s Lane   Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Mary Coppola (237544)   **Address** 350 Jacob Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Llewellyn Cousin (237545)   **Address** 62159 North Fort Street  Pearl River, LA 70452

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Cara Jenkins (237552)   **Address** 62159 North Fort Street  Pearl River, LA 70452

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Debra Cauvin, as Next Friend of D.P, a minor (237561)      **Address**  64082 Southwoods Lane  Pearl River, LA 70452

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Martha Guild, as Next Friend of D.G, a minor (237578)      **Address**  38254 De Roger s Lane   Slidell, LA 70460

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Daris Moore (237662)      **Address**  38254 De Roger s Lane   Slidell, LA 70460

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Shirley Burt (237673)      **Address**  38254 De Roger s Lane   Pearl River, LA 70452

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Shirley Burt, as Next Friend of K.B, a minor (237674)      **Address**  38254 De Roger s Lane   Pearl River, LA 70452

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Paul Cousin (237675)      **Address**  62159 North Fort St  Pearl River, LA 70452

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Chad Bailey (237668)      **Address**  101 Marilyn Dr  Slidell, LA 70461

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Chaz Kendrick (237866)                    **Address**  450 Angela St  Arabi , LA 70032

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Wayne  Kendrick (237879)                **Address**  450 Angela Street  Arabi, LA 70032

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Sedonia Kendrick, as Next Friend of C. K, a minor (237873)           **Address**  450 Angela Street  Arabi, LA 70032

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  David Gauthier (237920)                 **Address**  3020 Hamilton  New Orleans, LA 70118

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

---

**Plaintiff**  McNarry Kimbrough (237924)         **Address**  3617 Metropolitan Street Trailer D   New Orleans , LA 70126

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Troy Alvis (237933)                      **Address**  4501 Laine Avenue  New Orleans, LA 70126

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Janie Allen (237935)                     **Address**  2606 West Catawba Drive  Harvey, LA 70058

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Kelvin Pigott (237942)          **Address**  31240 Kat Pigott Rd  Franklinton, LA 70438

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brittany Collier (237949)          **Address**  900 Lockheed Drive   New Orleans , LA 70119

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Robert Taylor (237978)          **Address**  2933 Harris Street   Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Ivory Robinson (238003)          **Address**  2301 Carlie St  Franklinton, LA 70438

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Betty Grauen (238006)          **Address**  Happy Acres Mobile Home Park Lot 13  Franklinton, LA 70438

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Joshua Dickerson (238007)          **Address**  44021 Willie D Magee Rd  Franklinton, LA 70438

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Gary Magee (238008)  **Address**  31244 Kat Pigott Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gregory Hart (238231)  **Address**  41360 C, Corkern Road, Lot 12  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Myrtle Tate, as Next Friend of T.H, a minor (238232)  **Address**  24421 Hwy 430  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Toni Graves (238233)  **Address**  24421 Hwy 430  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tyra Tate (238234)  **Address**  24421 Hwy 430  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Maxine Miller (238244)  **Address**  4438 S. Rocheblare Street  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Dynitra Robinson (238249)                **Address**  2040 Governor Nicholls Street  New Orleans, LA 70119

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Hardesty Humphrey (238251)                **Address**  2040 Govern Nicholls Street  New Orleans, LA 70119

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Mervin Wiltz, as Representative of the Estate of Marjolet Wiltz, deceased (238254)                **Address**  3730 Virgil Blvd.  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Willie Miller (238545)                **Address**  41662  Hwy 190E, Lot 112B  Sildell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Tammy Miller, as Next Friend of K.M, a minor (238546)                **Address**  41662 Hwy 190E, Lot 112B  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Jeffery Mason (238584)                **Address**  908 S Telemachus  New Orleans, LA 70125

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Ernest Montgomery (238620)                    **Address**  4555 Werner Dr  New Orleans , LA 70112

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Geneva Ratcliff (238642)                    **Address**  1316 Forestwood Dr  Slidell, LA 70460

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Deshone Jones (238647)                    **Address**  7129 E Tamaron  New Orleans, LA 70128

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Mary Rachal (238667)                    **Address**  1212 Newton St  River Ridge , LA 70123

**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc

**Plaintiff**  Jacqueline Blossom (238676)                    **Address**  501 Pacific Ave  New Orleans , LA 70114

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Shy-Lo Butler (238677)                    **Address**  1915 Third St Kenner   Kenner, LA 70062

**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc

**Plaintiff**  Walter Graham (238678)                    **Address**  2216 Kenner Ave  Kenner, LA 70062

**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** Diane Roussel, as Next Friend of S.R, a minor (238686)   **Address** 9000 St. Bernard Hwy  Chalmette, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Ricky Roussel (238687)   **Address** 9000 St. Bernard Hwy.  Chalmette, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sheila Scott (238688)   **Address** 1915 3rd St.  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Christian Collor (238894)   **Address** 3400 Touro St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nakina Eugene (238900)   **Address** 13150 Maple Wood Dr  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Ly Dao (238917)   **Address** 1400 Dwyer Blvd., Lot D4  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Robert Jones (238969)   **Address** 253 Cottonwood Dr.  Gretna, LA 70056

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** KaraLee Borne, as Next Friend of M.P, a minor (238970)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Mary Miller, as Representative of the Estate of Paul Miller, deceased (238985)   **Address** 40 Madison Ave., Lot #73  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sharon Cheneau (238995)   **Address** 1220 Sunset Ave  New Orleans, LA 70114

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tashiba Butler, as Next Friend of J.D, a minor (239062)   **Address** 6105 Warfield Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nashawn Scott (239149)   **Address** 3150 Augusta St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Natril Johnson-Scott (239175)   **Address** 3150 Augusta Street  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Randolph Scott, as Next Friend of R.S, a minor (239178)   **Address** 46 Augusta Street  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Aimee Batiste (239381)                    **Address**  27672 St. Louis St.  Lacome, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michelle  Jackson  (239200)              **Address**  27129 Sycamore Drive  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Katina  Silve, as Next Friend of I.B, a minor (239214)    **Address**  62178 Sylve   Lacombe , LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jasmine Torregano (239363)             **Address**  2223 Pelican St  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Lacresha  Johnson (239234)             **Address**  2001 Goodwill Drive  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michelle Jackson, as Next Friend of R. C, a minor (239785)    **Address**  27129 Sycamore Drive  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Kathy Byrd, as Next Friend of D.B, a minor (239754)    **Address**  26329 E. Elm St.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Calvin Kaufmann (239796)          **Address**  105 Sugar Hill  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Chantal Kaufmann (239798)          **Address**  105/107 Sugar Mill   Slidell, LA 70459

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Merline Hinkson (239771)          **Address**  8605 Jeannette St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Robert Reynolds (239805)          **Address**  405 Fox Croft  Slidell, LA 70461

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Delmonique Brown (239774)          **Address**  6105 Warfield St.   New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Valerie  Hills, as Next Friend of T.M, a          **Address**  #4 Victorian Court   Violet , LA 70092
minor (239457)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Dawnn Ducre, as Next Friend of K.N, a          **Address**  P.O. Box 1197  Lacombe, LA 70445
minor (239831)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Salaesha  Allen (239283)          **Address** 2815 Lincoln Ave.   Slidell , LA 70461

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Nola Green, as Next Friend of A.B, a minor (239642)          **Address** 4 Victorian Ct.   Violet , LA 70092

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Nola  Green, as Next Friend of Q.W, a minor (239644)          **Address** 4 Victorian Ct  Violet, LA 70092

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Nola Green, as Next Friend of C.B, a minor (239646)          **Address** 4 Victorian  Violet, LA 70092

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Kelvin Collor (239841)          **Address** 3400 Touro St  New Orleans, LA 70122

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Anne Jo Lassalle (239296)          **Address** 8006 W Judge Perez Dr.  Chalmette, LA 70043

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Tiffany Ray (239886)          **Address** 1500 Westhall Avenue  Slidell, LA 70460

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 09-7894

**Plaintiff** Rashonna Darensbourg (239858)          **Address** 1001 Paul Fredrick Street  Luling, LA 70070

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Barbara Dowling, as Next Friend of N. D, a minor (239891)          **Address** 111 Dillon Drive  Slidell, LA 70461

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Aaron Jackson (239417)          **Address** 27129 Sycamore Drive  Lacome, LA 70445

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Jessica Troxclair, as Next Friend of T. T, a minor (239420)          **Address** 2428 Farm Site Rd  St. Bernard, LA 70085

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Paula McAfee, as Next Friend of R.J, a minor (239737)          **Address** 1711 McArthur Dr  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Michelle Jackson, as Next Friend of C. J, a minor (239749)          **Address** 27129 Sycamore Drive  Lacombe, LA 70445

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Sandra Kaufmann (239606)          **Address** 105 Sugar Mill  Slidell, LA 70458

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,**
**Original Civil Action No.  09-7894**

**Plaintiff** Priscilla Newton (239616)          **Address** 60283 Fenner Road  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Tisha Braziel  (239309)          **Address** 2815 Lincoln Ave.   Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Barry Gordon (239622)          **Address** 927 N. Walnut  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Shawn James (239523)          **Address** 2607 Tifton St  Kenner, LA 70062

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff** Valerie Hills, as Next Friend of J.M, a          **Address** 4 Victorian Ct.  Violet, LA 70092
minor (239547)

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Valerie Hills (239551)          **Address** 4 Victorian Ct.  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Brian Mouton (239679)          **Address** 2815 Lincoln Avenue  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Nola Green (239526)                    **Address**  4 Victorian Ct.  Violet, LA 70092

**Defendants**

      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Ruth Mason (239480)                    **Address**  908 S Telemachus St.  New Orleans, LA 70126

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cornell Falls (239700)                  **Address**  4015 Velie Street  New Orleans, LA 70126

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nola Green, as Next Friend of N.B, a      **Address**  4 Victorian Ct.  Violet, LA 70092
minor (239538)

**Defendants**

      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Nola Green, as Next Friend of K.G, a      **Address**  4 Victorian Ct  Violet, LA 70092
minor (239540)

**Defendants**

      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Ashley Torregano, as Next Friend of A.    **Address**  2223 Pelican St.  Slidell, LA 70445
T, a minor (239494)

**Defendants**

      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** Denise James, as Next Friend of K.J, a minor (239472)   **Address** 2607 Tifton St  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Gary Nelson (239896)   **Address** 2779 10th Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Veronica Pichon (239905)   **Address** 35578 Oak Ridge Avenue  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Linda McAfee (239913)   **Address** 1711 McArthur Drive  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Brady (239924)   **Address** 4758 Mandeville St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cierra Brady (239925)   **Address** 4758 Mandeville St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Alma Smith (239938)   **Address** 601 Oakwood Drive  Gretna, LA 70056

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** Janet Williams (239941)　　　　**Address** 302 Neil Ave  New Orleans, LA 70131

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Edward Williams (239943)　　　　**Address** 302 Neil Ave  New Orleans, LA 70131

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Diaries Thomas (239956)　　　　**Address** 4828 East view Dr.   New Orleans , LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Irene Narcisse (240183)　　　　**Address** 35495 Laurent Rd  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Michael Harris (240220)　　　　**Address** 212 Post St  Killona, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Brandy Harris (240230)　　　　**Address** 212 Post St.  Killona, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Tiona  Harris  (240231)　　　　**Address** 212 Post St  Killona, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Darlynn Harris, as Next Friend of K.H, a minor (240232)  **Address**  212 Post St  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Darlynn Harris  (240234)  **Address**  212 Post St.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Darlynn Harris , as Next Friend of D.R, a minor (240235)  **Address**  212 Post St  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brandy  Harris, as Next Friend of K.H, a minor (240238)  **Address**  212 Post St.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Laura Lacey (240248)  **Address**  4758 Mandeville St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Cassandra Harris (240286)  **Address**  212 Post St.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brandy Harris , as Next Friend of A.H, a minor (240243)  **Address**  212 Post St.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Dana Torregano (241821)          **Address** 40497 Highway 190 East  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Braciera Jordan (241765)          **Address** 5913 LaFaye St  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Abel Brown (241812)          **Address** 2500 Gallo Dr  Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Kelly Funderburk (241711)          **Address** 41931 Hwy 190 E., Lot A15  Slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Jarrett Narcisse (241766)          **Address** 35495 Laurent Rd.  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  ReOinne Gifford (241801)          **Address** 13081 New Hampshire Dr  New Orleans, LA 70129

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** Elizabeth Tyler, as Next Friend of I.T, a minor (241800)   **Address** 13081 New Hampshire Dr  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Vincent Navarre (241706)   **Address** 58154 West Street  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Treshella Williams  (241795)   **Address** 122 Newsoma Drive  Davant , LA 70082

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Ann Schaefer-Mumm (241700)   **Address** 4429 Meadowdale Street  Metairie, LA 70006

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Ambree Gifford (241796)   **Address** 13081 New Hampshire Drive  New Orleans , LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Elizabeth Tyler (241798)   **Address** 13081 New Hampshire Drive  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Willie Jean Strickland (241789)   **Address** 13081 New Hampshire Drive  New Orleans, LA 70129

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Spencer Williams  (241790)                    **Address**  122 Newsome   Davant, LA 70082

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Ashlyn Schaefer  (240317)                    **Address**  4429 Meadowdale Street  Metairie, LA 70006

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Ashley Williams  (241792)                    **Address**  122 Newsome Drive  Davant, LA 70082

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Joycelyn Williams  (241793)                    **Address**  122 Newsom Drive  Davant, LA 70082

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Joe Morris  (241794)                    **Address**  122 Newsome Dr.  Davant, LA 70082

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Ivan Tyler  (241788)                    **Address**  13081 New Hampshire Dr.  New Orleans, LA 70129

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michael Schaefer  (240306)                    **Address**  4429 Meadowdale Street  Metairie, LA 70006

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Kim Schaefer (240305)                    **Address** 4429 Meadowdale Street  Metairie, LA 70006

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Alice Reed (240302)                    **Address** 7520 Means Avenue  New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Dennis Reed (240301)                    **Address** 7520 Means Avenue  New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Lloyd Lacey (240294)                    **Address** 758 Mandeville Street  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Cynthia Flemings (242094)                **Address** 4921 Francisco Verrett Dr.  New Orleans, LA
>                                                             70126

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Barbara James (242093)                  **Address** 21270 Eden St  Covington, LA 70435

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Kenneth Dennis (242092)                 **Address** 21270 Eden St  Covington, LA 70435

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Mioshi Batiste (242070)           **Address** 28173 Bell Park Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jimmy Lee (242057)           **Address** 1517 Lancaster Dr  Marrero, LA 70072

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Ernestine Lee (242056)           **Address** 1517 Lancasler Dr.   Marrero, LA 70072

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Karl Joseph (242053)           **Address** 7439 Garfield St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Alfred Gillum (242022)           **Address** 2550 Webster Street  Mandeville, LA 70470

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Lenora Davis  (242023)           **Address** 26087 East Elm St.  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Luminder Pierre (242024)           **Address** 28219 Shirely Sweet Shop Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,**
Original Civil Action No.  09-7894

**Plaintiff**  Brianna Collins (242020)                **Address** 2550 Webster Drive  Mandeville, LA 70448

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Madeline Batiste (242025)               **Address** 28173 Bell Park Road  Lacombe, LA 70445

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Morris  Price (242026)                  **Address** 10910 Chef Mentour Hwy  New Orleans, LA
                                                    70127

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Irma Gillum (242019)                    **Address** 2550 Webster St.  Mandeville, LA 70448

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sylena Joseph, as Next Friend of M.K,   **Address** 7439 Garfield St.  New Orleans, LA 70118
         a minor (242027)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Wanda Amar (242015)                     **Address** 3638 Metropolitan Street  New Orleans, LA
                                                    70126

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sylena Joseph, as Next Friend of K.J, a  **Address** 7439 Garfield St.  New Orleans, LA 70118
         minor (242028)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

**Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,**
Original Civil Action No. 09-7894

**Plaintiff**  Sylena Joseph (242029)                    **Address**  7439 Garfield   New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Madaline Henry (242032)                 **Address**  7129 East Tamaron   New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Monica Jones  (242033)                   **Address**  7129 E. Tamaron  New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jaime Robinson-Johnson (242009)          **Address**  5612 Fourth Street  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Andrea Taylor (242006)                   **Address**  1976 Law Street Trailer B28  New Orleans, LA
      70119

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Leshay Taylor (242005)                   **Address**  1974 Law Street  Trailer  B28  New Orleans, LA
      70119

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Lamonica Clayton, as Next Friend of J.   **Address**  1737 Montbatton Dr.  Marerro, LA 70072
L, a minor (242000)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** LaMonica Clayton (241998)          **Address** 1737 Montbatten Dr.  Marrero, LA 70072

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff** Tracey Clayton (241999)          **Address** 1737 Montbatten Dr.  Marrero, LA 70072

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff** Milton Coleman (242182)          **Address** 2601 Franklin Ave   New Orleans, LA 70122

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff** Chantal Thibodeaux, as Next Friend of A.T, a minor (242190)          **Address** 105 Sugar Mill Dr  Slidell, LA 70458

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Monique Coleman (242199)          **Address** 1490 Paul Mallard Rd.  Luling, LA 70070

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff** Marc Coleman (242200)          **Address** 1490 Paul Mallard Rd.  Luling, LA 70070

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.