## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

1396

**Plaintiff**  Frank  Parker (242989)     **Address**  2417 Governor Nicholls   New Orleans, LA 70119

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  John  Romant (242992)     **Address**  8801 Chef Menteur Hwy   New Orleans, LA 70127

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Eddie  Costict (242993)    **Address**  35643 Garden Drive  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Keira  Hathorn (242882)    **Address**  8801 Chef Menteur Hwy   New Orleans, LA 70127

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Anthony Scott (242881)    **Address**  8801 Chef Menteur Hwy   New Orleans, LA 70127

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Stanley Stovall (242875)    **Address**  1605 Mayfield Street  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

PLAINTIFF'S EXHIBIT
15

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Patricia Aubry, as Next Friend of A.A, a minor (242872)  **Address** 6426 Franklin Avenue  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Patricia Aubry (242869)  **Address** 6426 Franklin Avenue  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Eunique Bruce (242954)  **Address** 3860 E. Loyola Drive  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Auguste Nelson (242865)  **Address** 1808 Mazant Street  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Roslyn Gatlin, as Next Friend of S.G, a minor (242955)  **Address** 1605 Mayfield Street  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Troy Tobias (242956)  **Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Janae Sapp (242858)  **Address** 7636 Shorewood Blvd  New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Debra Tobias (242855)          **Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Allsee Tobias (242958)          **Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Roslyn Gatlin, as Next Friend of K.G, a minor (242847)          **Address** 1605 Mayfield St  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Angelo Albers (242840)          **Address** 4142 W Louisiana State Dr  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Roslyn Gatlin, as Next Friend of J.S, a minor (242839)          **Address** 1605 Mayfield St.  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Roslyn Gatlin (242836)          **Address** 1605 May Hied St.  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff** Lillie Williams (242965)          **Address** 71493 St. Charles Street  Abita Springs, LA 70420

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Terrell Watts, as Next Friend of Z.W, a minor (242966)  
**Address** 71493 St. Charles Street  Abita Springs, LA 70420

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rose Williams (242818)  
**Address** New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Terrell Watts, as Next Friend of L.W, a minor (242967)  
**Address** 71493 St. Charles Street  Abita Springs, LA 70420

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Meleeseia Watts (242968)  
**Address** 71493 St. Charles Street  Abita Springs  , LA 70420

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rose Williams, as Next Friend of B.L, a minor (242806)  
**Address** 7636 Shorewood Blvd.  New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Ceola Martin (242804)  
**Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Terrell Watts (242969)  
**Address** 71493 St. Charles Street  Abita Springs, LA 70420

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Andrea Green (242970)    **Address** 1 Avenger Playground, 101 East Drive New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Percy Mathews (242971)    **Address** 4823 A.P. Tourau New Orleans, LA 70116

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Kendra Romant, as Next Friend of J.R, a minor (242973)    **Address** 8801 Chef Menteur Hwy New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Angelle Mason (242974)    **Address** Lion Center Louisian Avenue New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Brandon Mason (242975)    **Address** Lion Center, Louisiana Avenue New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Naira Hathorn (242976)    **Address** 8801 Chef Menteur Hwy New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Kendra Romant (242978)  **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Shirley Roach (242802)  **Address** 38380 Salt Bayou Road  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Sylvia Bruce (242961)  **Address** 3860 E. Loyola Dr.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Keila Smith, as Next Friend of L.S, a minor (242984)  **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Keynesia Hathorn (242985)  **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Lawrence Nelson (242986)  **Address** 1808 Mazant St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Jonquil Romant (242979)  **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff** Nakia Hooks (242983)  **Address** 2604 Cleveland Ave. New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Marenthia McFarland (243038)  **Address** 6809 Lockneer  Kenner , LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Bernadette House (243037)  **Address** 6809 Lockneer  Kenner , LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** John Mosley (243419)  **Address** 6801 Press Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michael Cratchan (243409)  **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Delesa Cratchan (243410)  **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Thea Cratchan (243411)  **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Patricia Hilton (243414)          **Address**  8723 Pear St.   New Orleans , LA 70118

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc

**Plaintiff**  Andra Rounds (243403)          **Address**  7439 Garfied St.   New Orleans , LA 70118

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc

**Plaintiff**  Michael Cratchan (243408)       **Address**  8801 Chef Menteur Hwy  New Orleans , LA 70127

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc

**Plaintiff**  Alfred Franklin (243396)        **Address**  5619 Campus Blvd.  New Orleans, LA 70126

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

**Plaintiff**  Ricardo Paz (243333)            **Address**  4068 E. Louisiana State Drive  Kenner, LA 70065

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc

**Plaintiff**  Jocelyn Paz (243365)            **Address**  4068 East Louisiana State Drive  Kenner, LA 70065

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Jocelyn Paz, as Next Friend of J.P, a minor (243366)  
**Address** 4068 E. Louisisna State Drive  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Mattie Womble (243388)  
**Address** 4802 Lynburke Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Monique Womble (243389)  
**Address** 4802 Lynhuber Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Monique Womble, as Next Friend of S. L, a minor (243390)  
**Address** 4802 Lynhuber Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Monique Womble, as Next Friend of M.R, a minor (243391)  
**Address** 4802 Lynhuber Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Evans Hatcher (243459)  
**Address** 701 Old Gentilly Road Lot 12  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Jarred Kirsh (243469)  
**Address** 405 Fox Croft  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Inez Rowel (243478) **Address** 131 Jefferson Davis Parkway  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Charlotte Hatcher (243479) **Address** 701 Old Gentilly Rd. Lot 12  New Orleans , LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Danielle Smith (243576) **Address** 5736 Florien Road  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Gayle Smith (243577) **Address** 5736 Florien Road  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Gayle Smith, as Next Friend of A.S, a minor (243578) **Address** 57365 Florien Road  Sllidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Anthony Rowell (243604) **Address** 131 South Jefferson Davis Prkwy  New Orleans , LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Sonja August (243663)  **Address** 4646 Virgillian St. New Orleans, LA 70125

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

**Plaintiff** Mark Duskin, as Next Friend of M.D, a minor (243667)  **Address** 1908 Pauline St New Orleans, LA 70117

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

**Plaintiff** Charles Clark (243659)  **Address** 8509 Palm Street New Orleans, LA 70112

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc

**Plaintiff** Johnelle Rivas (243660)  **Address** 1908 Pauline Street New Orleans, LA 70117

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

**Plaintiff** Mark Duskin (243670)  **Address** 1908 Pauline Street New Orleans, LA 70117

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

**Plaintiff** Hope Dawson, as Next Friend of J.D, a minor (243675)  **Address** 37141 W. Hillcrest Drive Slidell, LA 70460

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Linda Tolbort-Mosley (243677)  **Address** 6801 Press Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Patricia Hilton, as Next Friend of M.D, a minor (243680)  **Address** 8723 Pear Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Patricia  Hilton (243704)  **Address** 8723 Pear St.  New Orleans , LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Raineri Brown (243697)  **Address** 5326 Royal St.  New Orleans , LA 70117

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Mary  Daniels  (243695)  **Address** 2705 Varnado St  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Don  Cameron (243693)  **Address** 127 Moonraker Dr  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Monica  Dawson  (243688)  **Address** 37141 Westhill Crest Drive   Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Mark Duskin, as Next Friend of S.D, a minor (243686)    **Address** 1908 Pauline St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** David Daniels (243683)    **Address** 2705 Varnado St.  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Aberlrazzak Elsamra (243801)    **Address** 4030 W. Louisiana State  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Sally Elsamra (243813)    **Address** 4030 W. Louisiana St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Waheed Elsamra (243757)    **Address** 4030 W. Louisiana  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Laurie Wilks (243824)    **Address** 3284 College St  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Andria House (243845)    **Address** 6809 Lockheer   Kenner, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Marenthia McFarland, as Next Friend of C.L, a minor (243842)    **Address** 6809 Lockheer   Kenner, LA 70062

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Bernadette House, as Next Friend of A.H, a minor (244186)    **Address** 6809 Lockheer   Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Ethel Edwards (244307)    **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Elois Coleman (244306)    **Address** 832 Sheree Lyn Ct.  Gretna, LA 70056

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Sheryl Boykins, as Representative of the Estate of Norwood Smith, deceased (244305)    **Address** 3634 Lauvel St  New Orleans, LA 70115

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Darryl Foley (244301)    **Address** 6 Princeton Place  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Pearline Foley (244299)  **Address** 6 Princeton Place  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Billy Paddio (244316)  **Address** 2641 A. J Brumfield  Mount Hermon, LA 70450

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Glenn & Eloise Coleman, as Next Friend of B.F, a minor (244315)  **Address** 832 Sheree Lynn Court  Gretna , LA 70056

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Glenn Coleman (244314)  **Address** 832 Sheree Lynn Court  Gretna , LA 70056

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Gail Wilson (244313)  **Address** 3033 Dawson Street  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Eve Smith-Miller (244312)  **Address** 1769 Rousselin Drive  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Marlene Brouillette (244311)  **Address** 304 Markham Drive  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Sheryl Boykins (244310)     **Address** 3634 Laurel Streeet  New Orleans, LA 70115

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Almedia Smith (244309)     **Address** 1729 Rousselin Drive  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Almedia Smith, as Next Friend of A.B, a minor (244308)     **Address** 1769 Rousselin Drive  New Orleans , LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Kendal Smith, as Next Friend of K.S, a minor (244325)     **Address** 1901 Monore St  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Bradrick Brumfield (244324)     **Address** 26411 AJ Brumfield Rd  MT. Hermon, LA 70450

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Keila Smith (244323)     **Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Jaleesa Dillon (244322)     **Address** 4743 Virgilian St  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Angela Howard (244321)  **Address** 4743 Virgilian St. New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Annie Lawson (244318)  **Address** 3634 Laurel Street New Orleans, LA 70115

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Darlene Brown (244328)  **Address** 1904 Estalote Street Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Darlene Brown, as Next Friend of E.B, a minor (244342)  **Address** 1904 Estalote Street Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Ellis Brown (244340)  **Address** 1904 Estalote St Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Lerone Hilton (244339)  **Address** 8723 Pear St. New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Alecia Blanchard (244334)  **Address** 1932 Bradford Pl Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Tanya Ross (244352)  **Address** 41931 Hwy 190 East #5  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dietrich Smith (244351)  **Address** 41931 Hwy 190 E  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jonel McGee (244348)  **Address** 7801 Britt Street  Westwego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Iriona Lucas (244360)  **Address** 7543 Forest Glen Rd  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Iriona Lucas, as Next Friend of B.B, a minor (244359)  **Address** 7453 Forest Glen Rd  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Nathaniel Prather (244358)  **Address** 1932 Bradford Pl  Harvey , LA 70058

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Wanda Brown (244356)  **Address** 7543 Forest Glen Rd  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Ettiene Roby (244355)     **Address**  16525 Plaza Drive   Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Ramona Roby (244354)     **Address**  1652 Plaza Drive  Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Clifford Brown (244353)     **Address**  7543 Forest Glen Rd  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc