## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

1400

**Plaintiff**  Rafeal Johnson, as Next Friend of F.J, a minor (248909)   **Address**  2759 Madrid St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Trachelle Morton, as Next Friend of K.W, a minor (248910)   **Address**  302 Neil Ave.  New Orleans , LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lisa Smith (248911)   **Address**  4100 St Claude  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Leslie Trufant, as Next Friend of A.T, a minor (248912)   **Address**  302 Neil Ave.  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Leslie Trufant, as Next Friend of T.T, a minor (248913)   **Address**  302 Neil Ave  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Leslie Trufant (248914)   **Address**  302 Neil Ave.  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT
16

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Sidney Patterson (248915)         **Address**  1309 Tennesse St  New Orleans, LA 70117

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Gwendolyn Wilson (248918)        **Address**  4620 Majestic Oaks Drive  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lezonia Jackson (248919)          **Address**  323 E. 27th St.  Reserve, LA 70084

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Thelma Patterson, as Next Friend of C. S, a minor (249119)     **Address**  2010 General Meyer  New Orleans, LA 70114

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Michelle Jones, as Next Friend of D.F, a minor (249180)     **Address**  4607 Virgilian St.  New Orleans , LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Michelle Jones (249183)          **Address**  4607 Virgilian St.  New Orleans , LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Raven Mitchell (249225)          **Address**  2759 Madrid  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Raymond Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7895

**Plaintiff** Rafeal Johnson, as Next Friend of K.B, a minor (249273)  **Address** 2761-59 Madred St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rafeal Johnson, as Next Friend of R.S, a minor (249274)  **Address** 2759/61 Madrid St  ?New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rafeal Johnson, as Next Friend of R.J, a minor (249323)  **Address** 2759 Madrid St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Thelma Patterson, as Next Friend of K.S, a minor (249428)  **Address** 2010 Gen. Meyer  New Orleans, LA 70114

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Braylon Patterson (249429)  **Address** 2010 Gen. Meyer Ave.  New Orleans, LA 70114

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Michael Johnson (249437)  **Address** 2759-61 Madrid St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rechelle Lindsey (249438)  **Address** 2761 Madrid St.  New Orleans , LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Raymond Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7895

**Plaintiff** Michael Johnson, as Next Friend of I. W, a minor (249439)  **Address** 2761 Madrid St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cindy Patterson (249587)  **Address** 2010 Gen Meyer  New Orleans, LA 70114

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Trachelle Morton (249643)  **Address** 302 Neil Ave  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Rafeal Johnson (249790)  **Address** 2759 Madrid St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nadine Osborne (249792)  **Address** 2064 Tuskegee Dr.  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Nadine Osborne, as Next Friend of A. O, a minor (249793)  **Address** 2064 Tuskegee Dr.  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Racquel Solomon (249794)  **Address** 3717 Shannon Dr.  Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Raymond Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7895

**Plaintiff** Sharon Dorthey (249798)  **Address** 1901 Monroe St. New Orleans, LA 70118

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Michael Johnson, as Next Friend of M. L, a minor (249857)  **Address** 2759-2761 Madrid St. New Orleans , LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Willie Holmes (249866)  **Address** 5306 Mexico St. New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc