## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

1398

**Plaintiff** Linda Paz (245801)  **Address** 4068 E. LA. State Dr.  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Anthony Albers (245797)  **Address** 4142 W Louisiana State Dr  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Crystal Savwoir (245795)  **Address** 6200 Franklin Avenue  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Cynara Andrews (245889)  **Address** 2945 Clouet St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Gregory Andrews (245888)  **Address** 2945 Clouet st.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Sharon Burnett (245981)  **Address** 316 Cumberland Dr.  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
17

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Leonard Polk (246012)     **Address** 1031 Tricou St.  New Orleans, LA 70117

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Brenda Gusman (246024)     **Address** 8017 W. Laverne   New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Herbert Gusman (246014)     **Address** 8017 W. Laverne St.  New Orleans, LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Kevin Garrison (246033)     **Address** 4934 Donna Dr.  New Orleans, LA 70127

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Raychell Patterson, as Next Friend of A.P, a minor (246032)     **Address** 2010 Gen. Meyer Ave  New Orleans, LA 70114

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Thelma Patterson (246031)     **Address** 2010 Gen. Meyer Ave.  New Orleans, LA 70114

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Diana Harris, as Next Friend of K.H, a minor (246051)     **Address** 2733 Bayou Lours Court  Marrero , LA 70072

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Raychelle Patterson (246050)  **Address** 2010 General Meyer Ave.  New Orleans, LA 70114

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Mattie Parker (246049)  **Address** 1212 Martin Dr.  Marrero , LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Shantrelle LaBranch (246046)  **Address** 349 Alexander Street  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Andrew Waters (246063)  **Address** 4728 Marjorie Lane  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** John Tibbet (246062)  **Address** Marjorie Lane  New Orleans , LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Patricia Waters (246061)  **Address** 4728 Marjorie Lane  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Dartanya Spottsville (246058)  **Address** 1212 Martin Dr.  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Jerome Spottsville (246057)    **Address** 1212 Martin Dr.  Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Yoen Reyes (246082)    **Address** 4113 West Louisiana  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Gloria Williams (246076)    **Address** 2221 Music  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Amy Hamilton (246491)    **Address** 2200 Sauvage Ave  Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Yoen Reyes, as Next Friend of I.R, a minor (246670)    **Address** 4113 West Louisiana  Kenner , LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** Jacquelyn Wilks, as Representative of the Estate of James Wilks, deceased (246673)    **Address** 3284 College St.  Slidell , LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Ronnie Walker (246674)    **Address** 38 La Barre Place  Jefferson , LA 70121

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Josephine Phillips (246681)  **Address** 672 Cameron St. Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Chauncey Phillips (246682)  **Address** 672 Cameron Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Trenise Smith, as Next Friend of J.S, a minor (246897)  **Address** 2400 N. Johnson Street New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Trenise Smith, as Next Friend of J.S, a minor (246898)  **Address** 2400 N. Johnson Street New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Trenise Smith, as Next Friend of J.S, a minor (246899)  **Address** 2400 N. Johnson St. New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Vanessa Wilson (246990)  **Address** Hwy 190 Hammond, LA 70401

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Todd Wilson (246991)  **Address** Hwy 190 Hammond, LA 70401

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Je'da Sanders (246992)   **Address** 3819 Paris Ave   New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Klydenitta Davis (246993)   **Address** 3819 Paris Ave   New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Trenise Smith (247005)   **Address** 2400 N. Johnson St.  New Orleans, LA 70117

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Jerolyn Thomas (247006)   **Address** 2400 North Johnson St.  New Orleans, LA 70117

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Rick Thomas (247007)   **Address** 2400 N. Johnson St.  New Orleans, LA 70117

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Sohrer Elsamra (247101)   **Address** 4030 W Louiana State  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

1399

**Plaintiff**  Thomas Brown (247373)  **Address**  4607 Virgilan St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Valerie Brown (247374)  **Address**  4607 Virgilian St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Valerie Brown, as Next Friend of C.T, a minor (247375)  **Address**  4607 Virgilian St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Aaron Smith (247380)  **Address**  1733 Westminster Blvd  Marerro, LA 70072

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Brian McCollum (247383)  **Address**  824 Camborrow   New Orleans, LA 70118

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Brian McCollum, as Next Friend of B. M, a minor (247384)  **Address**  824 Camborrow  New Orleans, LA 70128

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

## Rena Robinson, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7899

**Plaintiff** Joann King, as Representative of the Estate of Gloria Brown, deceased (247387)  **Address** 8836 Forshey St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Fredia Lacey (247393)  **Address** 4501 General Early Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Murray Lacey (247396)  **Address** 4501 General Early Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jacqueline Parkman (247397)  **Address** Hwy. 190  Hammond, LA 70401

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Elizabeth Whitman (247403)  **Address** 1316 Aris Ave  Metairie, LA 70005

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Joyce Hookfin (247404)  **Address** 3844 W. Tulane  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Rena Robinson, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7899

**Plaintiff** Donna Myers (247409)   **Address** 2907 General Pershing  New Orleans, LA 70115

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Toi Bruce (247410)   **Address** 2907 General Pershing St.  New Orleans, LA 70115

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Keshann Mariani (247493)   **Address** 3413 River Rd  Bridge City, LA 70094

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Cassandra Harris, as Next Friend of A. H, a minor (247498)   **Address** 317 Post Street  Killona, LA 70057

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Diana Harris (247499)   **Address** 2733 Bayou Lours Ct.  New Orleans, LA 70122

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Lashonda Ingram (247500)   **Address** 2733 Boyou Louis Lot  Marrero, LA 70075

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

## Rena Robinson, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7899

**Plaintiff** James Myers (247503)     **Address** 2907 General Pershing  New Orleans, LA 70115

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Leo Mariani (247507)     **Address** 3413 River Road  Bridge City, LA 70094

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Keshann Mariani, as Next Friend of T.S, a minor (247508)     **Address** 3413 River Road  Bridge City, LA 70094

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Elona Mariani (247509)     **Address** 3413 River Rd  Bridge City, LA 70094

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Keshann Mariani, as Next Friend of D.S, a minor (247510)     **Address** 3413 River Road  Bridge City, LA 70094

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Keshann Mariani, as Next Friend of J.S, a minor (247511)     **Address** 3413 River Road  Bridge City, LA 70094

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Marion Daniels, as Representative of the Estate of Willie Daniels, deceased (247517)

**Address**  2917 Milan St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  James Seaberry (247518)

**Address**  7146 Warfield St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Bennie Hookfin (247519)

**Address**  3844 Tulane dr.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Lynda Still (247520)

**Address**  7146 Warfield Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Willie Wilson (247592)

**Address**  4620 Majestic Oaks Ct.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Marion Daniels (247593)

**Address**  2912 Milan St.  New Orleans, LA 70115

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Roy Washington (247594)

**Address**  13200 Willow Brook Dr.  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Mary Washington (247595)  **Address** 13200 Willow Brook Dr.  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Toni Seaberry (247596)  **Address** 5035 Corinne St.  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charles Bates (247597)  **Address** 5035 Corinne St.  New Orleans , LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Fiordaliza Peralta (247720)  **Address** 256 Joe Town Dr.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Josephine Phillips, as Representative of the Estate of Alvin Smith, deceased (247910)  **Address** 672 Cameron St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Carmen Hamilton (247964)  **Address** 1620 MAYFIELD RD  KENNER, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** John Hamilton (247965)  **Address** 1620 Mayfield Street  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Rena Robinson, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7899

**Plaintiff** Mario Espinal (248062) **Address** 4113 W. Louisiana   Kenner, LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Yolanda Espinal (248063) **Address** 4115 West Louisiana Street   Kenner , LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Yoen Reyes, as Next Friend of M.R, a minor (248064) **Address** 4113 West Louisanna  Kenner, LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Leroy Miller (248100) **Address** 746 Market St. New Orleans, LA 70130

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Michelle Jones, as Next Friend of D.F, a minor (248527) **Address** 4607 Virgilian St. New Orleans , LA 70126

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc