## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

1397

**Plaintiff**  Darnell Rachad (244598)          **Address**  241 East 26th St  Reserve, LA 70084

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Danielle Rachal (243834)         **Address**  241 East 26th St  Reserve, LA 70084

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Deaneal Rachal (244599)          **Address**  241 East 26th St  Reserve, LA 70084

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Helen Brown (244602)             **Address**  285 Cottonwood Drive  New Orleans, LA 70156

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Fiordaliza Peratte, as Next Friend of E. A., a minor (244909)    **Address**  842 Joe Yenni Blvd #10  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Darlyn Alvarado (244908)         **Address**  842 Joe Yenni Blvd #10  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT
18

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Harry Dellihoue (244914)     **Address** 1300 La Marpone St  New Orleans, LA 70114

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Phillip Heisser (244952)     **Address** 59418 Barringer Rd  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Norris Thomas (244958)     **Address** 1131 St. Anthony St.  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Norris Thomas, as Next Friend of T.D, a minor (244959)     **Address** 1131 St. Anthony St.  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Norris Thomas, as Next Friend of P.D, a minor (244960)     **Address** 1131 St. Anthony St.  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Greta Thomas (244961)     **Address** 1131 St. Anthony St.  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Glenn Cascio (244962)     **Address** 1928 Suzi Drive   St. Bernard, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff** Phillip Heisser (244951)　　**Address** 59418 Barringer rd  Lacombe, LA 70445

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Connie Heisser (244948)　　**Address** 59418  Burrinjer Rd  Lacombe, LA 70445

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Krysti Rivet, as Next Friend of S.C, a minor (244938)　　**Address** 18 Carroll Drive  Chalmette, LA 70043

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Arianne Melancon (245005)　　**Address** 1516 Westbrook Drive  New Orleans, LA 70112

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

---

**Plaintiff** Mark Melancon, as Next Friend of A. M, a minor (245007)　　**Address** 1516 Westbrook Drive  New Orleans, LA 70112

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

---

**Plaintiff** Jacqueline Melancon (245006)　　**Address** 1516 Westbrook Drive  New Orleans, LA 70122

**Defendants**
　Gulf Stream Coach, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Mack Melancon (245008)     **Address** 1516 Westbrook Drive  New Orleans, LA 70122

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Frank Bartley (245002)     **Address** 1212 Martin Dr.  Marrero, LA 70072

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Cheryl Valley (244993)     **Address** 1132 Westminister Blvd  Marrero, LA 70072

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Maria Frierson (244994)     **Address** 59467 Bayou Dr  Lacombe, LA 70445

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Alvin Frierson (244995)     **Address** 59467 Bayou Dr.  Lacombe, LA 70445

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Alvin Frierson (244996)     **Address** 59467 Bayou Dr.  Lacombe, LA 70445

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Fellman Pierre (244987)  **Address** 3018 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Michelle Thompson, as Next Friend of D.T, a minor (244988)  **Address** 1732 Westminister Blvd. Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Danielle Thompson (244989)  **Address** 1732 Westminister Blvd  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Darnell Thompson (244990)  **Address** 1732 Westminister Blvd  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Dariel Thompson (244991)  **Address** 1732 Westminister Blvd  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Michelle Thompson (244992)  **Address** 1732 Westminister Blvd  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Dolores Pierre (244984)  **Address** 3018 Touro Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Skilar Pierre (244985)     **Address** 3018 Touro St. New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Elizabeth Johnwell (245098)     **Address** 3631 Forest Park Lane New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Ceola Burks, as Representative of the Estate of Lyngeria Burks, deceased (245102)     **Address** 6901 Franklin A-2 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ceola Burks, as Next Friend of P.B, a minor (245103)     **Address** 6901 Franklin Ave A-2 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ceola Burks, as Next Friend of A.L, a minor (245104)     **Address** 6901 Franklin Ave, A-2 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Chernitee Burks (245105)     **Address** 6901 Franklin Ave Unit A02 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ceola Burks (245106)     **Address** 6901 Franklin Ave. Unit A02 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Jamaal Toomer (244973)  **Address** 4742 Gabriel Drive  New Orleans, LA 70127

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Gizelda Toomer (244974)  **Address** 4742 Gabriel Drive  New Orleans , LA 70127

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Chassity Jefferson (244964)  **Address** 25618 S. Mimosa  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Perpetula Jefferson (244965)  **Address** 25618 S. Mimosa  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Patricia Thompson (245124)  **Address** 1212 Martin Dr.  Marrero , LA 70072

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Don Rivas (245142)  **Address** 1908 Pauline St.  New Orleans, LA 70117

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** September Burks (245144)    **Address** 6901 Franklin Avenue Trailer A-2 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tyshockki Burks (245145)    **Address** 6901 Franklin A-2 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tyshockki Burks, as Next Friend of D.M, a minor (245149)    **Address** 6901 Franklin,A-2 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Nicole LaGrande (245158)    **Address** 323 E 27th St. Reserve, LA 70084

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tameka Cannon, as Next Friend of J.C, a minor (245161)    **Address** 1769 Rousselin Dr New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Tameka Cannon (245342)    **Address** 1769 Rousselin Dr. New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Cheryl Harold (245341)    **Address** 7521 Weaver Ave. New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Suzette Lewis (245340)   **Address** 61209 Honey Bee Rd  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Eva Johnwell (245322)   **Address** 3631 Forest Prk  New Orleans, LA 70131

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Deena Elsamra (245601)   **Address** 4030 W. Louisiana State Dr  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Charles Fulton (245712)   **Address** 6200 Franklin Ave.  New Orleans, LA 70124

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jeffrey Bruce (245711)   **Address** 3860 E. Loyola Dr.  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Jarred Savwoir (245794)   **Address** 6200 Franklin Avenue  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc