## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

1401

**Plaintiff**  Lezonia Jackson, as Next Friend of B.J, a minor (250306)    **Address** 323 E 27th St.  Reserve, LA 70084

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Lezonia Jackson, as Next Friend of F.J, a minor (250308)    **Address** 323 E. 27th St.  Reserve, LA 70084

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Smith (250528)    **Address** 4100 St. Claude  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nicole LaGrande, as Next Friend of M. N, a minor (250454)    **Address** 323 E 27th St  Reserve, LA 70084

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Mark LaGrande (250365)    **Address** 323 E. 27th  Reserve, LA 70084

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Morris LaGrande (250366)    **Address** 323 E 27th  Reserve, LA 70084

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
19

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** Torrie Harris (250283)  **Address** 2733 Bayou Lour   Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Rossanette Daniels (250788)  **Address** Old Gentilly Rd.  New Orleans , LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Dario Alvarado (250652)  **Address** 2536 Idaho Avenue  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Yinet Perolta (251123)  **Address** 842 Joe Yenni Blvd Apt 10 Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Amy Hamilton, as Next Friend of D.H, a minor (250885)  **Address** 2200 Sauvage Ave.  Marrero , LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Shantrelle LaBranch, as Next Friend of A.M, a minor (251072)  **Address** P.O. Box 1335  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Shantrelle LaBranch, as Next Friend of A.M, a minor (251074)  **Address** P.O. Box 1335  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7896

**Plaintiff** Shantrelle LaBranch, as Next Friend of A.M, a minor (251073)    **Address** 349 S. Alexander Boutte, LA 70039

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Shantrelle LaBranch, as Next Friend of P.N, a minor (251081)    **Address** P.O. Box 1335 Boutte, LA 70039

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Angelo Albers, as Next Friend of J.A, a minor (250648)    **Address** 4142 W Louisiana State Dr Kenner, LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc

**Plaintiff** Kenneth Alexander (251495)    **Address** 317 Post St. Killona, LA 70057

**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Angelo Albers (251581)    **Address** 4142 W Louisiana State Dr Kenner, LA 70063

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc