## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

1445

| | | | |
|---|---|---|---|
| **Plaintiff** | Scott Boudreaux (199912) | **Address** | 7701 Chef Mentuer Hwy #61  New Orleans, LA 70126 |

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Dwayne Russell (200578) | **Address** | 7701 Chef Menteur Hwy  New Orleans, LA 70126 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Christopher Sadler (200584) | **Address** | 7701 Chef Hwy # 2  New Orleans, LA 70119 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Dylsia Sadler (200585) | **Address** | 7701 Chef Highway  New Orleans, LA 70126 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Henry Sadler (200586) | **Address** | 7701 Chef Highway  New Orleans, LA 70126 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Henry Sadler (200587) | **Address** | 7701 Chef Menteur Hwy  New Orleans, LA 70126 |

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
**20**

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Georgia Robert (200694)  **Address** Happy Acres Mobile Home Park, Lot 13 Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Swanica Nero (200946)  **Address** 3000 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Michelle Dickerson (201981)  **Address** 44021 Willie D Magee Rd.  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Marco Thompson (202324)  **Address** 7701 CHEF HWY #2  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Robin Thompson (202325)  **Address** 7701 Chef Hwy # 2  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Robert Thompson (202331)  **Address** 6801 Old Gentily Rd  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tiffany Thorotorn (202333)  **Address** 7701 Chef Hwy # 2  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Christopher Thortorn (202334)  **Address** 7701 Chef Hwy # 2  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Hector Villanueva (202408)  **Address** 7701 Chef Hwy #2  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ocenetta Williams (202576)  **Address** 3000 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Teresa Williams (202585)  **Address** 3000 Touro St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Antoine Ricks (206711)  **Address** 2152 Hwy 1045  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Bryan Ricks (206712)  **Address** 2152 Hwy 1045  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Charlene Ricks, as Next Friend of C.R, a minor (206714)  **Address** 2152 HWY 1045  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Keanna Ricks (206716)　　　**Address** 2152 Hwy 1045  Amite, LA 70422

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Martha Ricks (206717)　　　**Address** 2145 Hwy 1045  Amite, LA 70422

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Martha Ricks, as Next Friend of A.D, a minor (206968)　　　**Address** 2125 Hwy 1045   Amite , LA 70422

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Martha Ricks, as Next Friend of H.D, a minor (206969)　　　**Address** 2152 Hwy 1045  Amite , LA 70422

**Defendants**
　Gulf Stream Coach, Inc.
　Fluor Enterprises, Inc

---

**Plaintiff** Vaugcheri Tillison (213617)　　　**Address** 37290 Ben Thomas Street  Slidell, LA 70458

**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

---

**Plaintiff** Laura Tillison (213653)　　　**Address** 37290 Ben Thomas Road  Slidell, LA 70460

**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

---

**Plaintiff** Joshua Newton (213864)　　　**Address** 37290 Ben Thomas Rd.  Slidell, LA 70460

**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Erica Palmer (214901)   **Address** 26074 E.Elm  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Amanda Borne (215443)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Annette Borne (215444)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Karalee Borne (215445)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Keaira Borne (215446)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Raquel Borne (215447)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Shera Borne (215448)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Deshanda Griffin, as Next Friend of B. G, a minor (216535)  **Address** 59545 Joseph Rd.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Rita Young (217094)  **Address** 1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** CoraDena Batiste (221918)  **Address** 27712 St Louis Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** CoraDena Batiste, as Next Friend of A. B, a minor (221919)  **Address** 27715 St Louis Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Alex Batiste (221920)  **Address** 27712 St Louis Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jerme Landor (222113)  **Address** 27712 St Louis  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jerme Landor, as Next Friend of J.L, a minor (222114)  **Address** 27712 St Louis  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7925

**Plaintiff**  Christopher Major (222127)  **Address**  237 Good Children St.  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Brad Anglada (223478)  **Address**  5012 East St. Bernard  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Brenda Bourgeois (223523)  **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Vicki Campo (223566)  **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Barry Esler (223664)  **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  John Esler (223665)  **Address**  2257 Maryann Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Kevin Esler (223666)  **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Beverly Melton (223976)  **Address** 2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Nomakia Moore (223986)  **Address** 2821 Shannon Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Duyen Nguyen (224007)  **Address** 2244 Mexico Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Dwayne Roberts (224109)  **Address** 2201 Gillout  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Loukevia Williams (224237)  **Address** 2821 Shannon Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Vernon Williams (224241)  **Address** 2821 Shannon Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Georgina Albis (225731)  **Address** 2216 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Keyora Duplessis, as Next Friend of N. B, a minor (225863)  **Address** 2053 Maryann Trailer (c36)  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Melissa Duet (226076)  **Address** 2113 River Queen  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Keyora Duplessis (226086)  **Address** 2053 Mary Ann/ St. Bernard Hwy (c36)  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Avriane Hooper (226302)  **Address** 34 Madison Ave. # B22  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jan Rizzuto-Kinkella (226795)  **Address** 2072 Ames Blvd Lot B-10  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Iriyell Ruffin (226813)  **Address** 900 Lockheed Dr., Lot B82  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Iriyell Ruffin, as Next Friend of K.S, a minor (226884)  **Address** 900 Lockheed Dr., Lot B-82  Kenner , LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Linda Meyers (230068)     **Address** 2416 Moncesquill Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Richard Montelongo (230084)     **Address** 59216 Amber St. slidell, LA 70461

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc