## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

1606

**Plaintiff**  Angela Pittman (203244)  **Address**  2858 Allen St.  New Orleans, LA 70119

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Angela Pittman, as Next Friend of A.r, a minor (202741)  **Address**  2858 Allen St.  New Orleans, LA 70119

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Keisha LeBlanc (201302)  **Address**  4307 N. Johnson  New Orleans, LA 70125

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Kevin Ruffin (200573)  **Address**  1944 N. Dorgenois St.  New Orleans , LA 70119

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Emma Hampton (207617)  **Address**  2630 Gen. Odgen St.  New Orleans, LA 70118

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Keisha  LeBlanc, as Next Friend of M. L, a minor (225291)  **Address**  1758 Gayoso St.  New Orleans, LA 70119

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT
21

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff** Jamell Butler (234530)     **Address** 1606 Poland Ave  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Sandra LaMantz (237943)     **Address** 601 Oakwood Drive  Gretna, LA 70056

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Leonard Jones (239080)     **Address** 2072 Amos Blvd  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Gabrielle Flemings, as Next Friend of R.W, a minor (242096)     **Address** 4921 Francesco Verrot Dr  New Orleans , LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Gabrielle Flemings (242095)     **Address** 4921 Francisco Verrett Dr  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Alethra Lee (243412)     **Address** 1915 Third St.  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Merlinda Lee (243413)     **Address** 1915 Third  St.  Kenner , LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff** Michael Lee (243397)  **Address** 1915 Third St.  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Joshua Rounds (243402)  **Address** 7439 Garfield St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Natasha Hawkins (246038)  **Address** 6400 press dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Mary Severin (247590)  **Address** 3413 River Rd.  Bridge City, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Valerie Dapremont (247591)  **Address** 3413 River Rd.  Bridge City, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Tremayne Severin (248452)  **Address** 3413 River Rd.  Bridge City, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Delores Andrews (250654)  **Address** 3001 Dawson Street  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Lucille Brown (250724)  **Address**  3001 Dawson St.  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Eddie Banks (251555)  **Address**  827 Wayne St. Trailer #47  Westwego, LA 70094

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Stephan Moore (251571)  **Address**  917 Bengal   Metairie, LA 70003

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Rikita Alexander, as Next Friend of M. T, a minor (200318)  **Address**  2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Nguyen Nguyen (224014)  **Address**  2244 Mexico Street  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Kendall Rand (203248)  **Address**  2858 Allen St  New Orleans, LA 70119

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Warren Roland (203264)  **Address**  2858 Allen St.  New Orleans, LA 70119

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Ariane Rouege (202737)  **Address**  2858 Allen st.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Lakeisha Rouege, as Next Friend of T.r, a minor (202744)  **Address**  2858 Allen St.
New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Brandon Rouege (202749)  **Address**  2858 Allen St.
New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Betty Rollins (207612)  **Address**  4009 Hamilton St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Felton Morris (241823)  **Address**  4910 Hollier Road Lot D29  Baton Rouge, LA 70807

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Felton Morris (241822)  **Address**  4910 Hollier Road Lot D29  Baton Rouge, LA 70807

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Waren Auist  (243666)  **Address**  777 W. Expressway #42  Westwego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Patricia Erwin (203400)  **Address** 7701 Chef Hwy #61  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Rejean Robertson (200540)  **Address** 2927 Spain St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Rikita Alexander, as Next Friend of J. A, a minor (200220)  **Address** 2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Rikita Alexander (200223)  **Address** 2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Ell Taylor (200312)  **Address** 3000 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Rikita Alexander, as Next Friend of M. T, a minor (200316)  **Address** 2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Altis Williams (202566)  **Address** 3000 Touro st  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Danielle Jones (201330)  **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Danny Philson (200883)  **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Lisa Williams (202570)  **Address**  33 Honeysuckee Lane  Waggaman, LA 70094

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Nikia Jones (216637)  **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Anjene' Treaudo (206679)  **Address**  9018 Dixon St.  New Orleans , LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff**  Lionel Sims (246104)  **Address**  3151 Utah St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Darryl Steele (251256)  **Address**  2428 Farmsite Rd  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al. Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Nisheca Coleman (202136)  **Address** 7210 Bunker Hill   New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Ya'Trell Coleman (202140)  **Address** 2901 Elysian Fields Ave.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Akimma McClendon, as Next Friend of A.C, a minor (202208)  **Address** 3718 Virgil Blvd   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Janelle Downs (202016)  **Address** 1541 Iberville St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Paul Downs (202017)  **Address** 1541 Iberville St.  New Orleans, LA 70130

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Akimma Millan, as Next Friend of A.M, a minor (201130)  **Address** 3718 Virgil Blvd   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Akimma McClendon (201131)  **Address** 3718 Virgil Blvd  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al. Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Akimma McClendon, as Next Friend of C.M, a minor (201132)  **Address** 3718 Virgil Blvd   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Akimma Millan, as Next Friend of E.M, a minor (201006)  **Address** 3718 Virgil Blvd   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Melania Morris, as Next Friend of C.M, a minor (200904)  **Address** 4935 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Melania Morris, as Next Friend of C.M, a minor (200905)  **Address** 4935 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Gretchen Bradford (202871)  **Address** 4233 Mithra Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Gwendolyn Mckinght (203160)  **Address** 722 Josephine St.  New Orleans, LA 70116

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Keisha Mcknight (203161)  **Address** 722 Josephine St.  New Orleans, LA 70116

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Sharon Mcknight (203162)   **Address** 722 Josephine St. New Orleans, LA 70116

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Craig Mcknight (203163)   **Address** 722 Josephine St. New Orleans, LA 70116

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Emmanuel Harden (203431)   **Address** 5500 Press Dr. New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Keionta Foster (205419)   **Address** 70465 Cook Lane Tangipahoa, LA 70465

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Georgia Wheat-Foster, as Next Friend of B.F, a minor (205417)   **Address** 70465 Cook Lane Tangipahoa, LA 70465

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jamie Wright (205509)   **Address** 70465 Cook Lane Tangipahoa, LA 70465

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Darlene Craton (205361)   **Address** St. Roch Ave New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Darlene Craton, as Next Friend of K.C, a minor (205363)  **Address** St. Roch Ave  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Darlene Craton, as Next Friend of I.C, a minor (205362)  **Address** St. Roch Ave  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cierra Doucet (206964)  **Address** 3344 N. Robertson   New Orleans , LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cierra Doucet, as Next Friend of D.D, a minor (206967)  **Address** 3344 N. Robertson   New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cierra Doucet, as Next Friend of D.D, a minor (206966)  **Address** 3344 N. Robertson   New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cierra Doucet, as Next Friend of D.D, a minor (206965)  **Address** 3344 N. Robertson   New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Mollie Gabriel (206997)  **Address** 334 N Robertson  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al. Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Melvin Morris (206762)  **Address** 5127 Gallier Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kenisha Conway (209835)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kenisha Conway, as Next Friend of J.C, a minor (209833)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kenisha Conway, as Next Friend of J.C, a minor (209834)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dana Jackson (209656)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dana Jackson, as Next Friend of L.J, a minor (209661)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dana Jackson, as Next Friend of K.J, a minor (209660)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff** Dana Jackson, as Next Friend of D.J, a minor (209657)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Johnny Leon (212352)  **Address** 3800 Verrett St.  Verrett, LA 70085

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** April Washington (213255)  **Address** 208 L&L Court  Edgard, LA 70049

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Dorothy Washington (213256)  **Address** 208 L&L Court  Edgard, LA 70049

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Raymond Washington (213258)  **Address** 208 L&L Court  Edgard, LA 70049

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Larry Gabriel (214576)  **Address** 44 Assuption St.  New Orleans, LA 70129

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Derrick Johnson (214311)  **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Kim Monae (216760)               **Address**  Hammond, LA 70401

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff**  Larry Monae (216761)             **Address**  Hammond, LA 70401

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff**  Don Monae (216762)               **Address**  Hammond, LA 70401

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff**  Patrice Webster (217034)         **Address**  St. Roch Park  New Orleans, LA 70117

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff**  Patrice Webster, as Next Friend of D. W, a minor (217035)   **Address**  St. Roch Park  New Orleans, LA 70117

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff**  Patrice Webster, as Next Friend of L. W, a minor (217036)   **Address**  St. Roch Park  New Orleans, LA 70117

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff**  Jamal Webster (217037)           **Address**  St. Roch Park  New Orleans, LA 70117

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Irma Casnave (221959)  **Address** 28106 Napoleon Rd  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Robert Jones (222825)  **Address** St. Roch Park  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Corey Magee (222876)  **Address** 340 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Corey Magee, as Next Friend of C.M, a minor (222877)  **Address** 340 N. Robertson St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Diane Magee (222878)  **Address** New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Dianza Magee (222879)  **Address** Hammond, LA 70401

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Diane Magee, as Next Friend of J.M, a minor (222880)  **Address** New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al. Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Melvin Magee (222881)  **Address** New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Nadia Magee (222882)  **Address** Hammond, LA 70401

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Diane Magee, as Next Friend of R.M, a minor (222883)  **Address** New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Wanda Magee (222884)  **Address** Hammond, LA 70401

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Todd Diaz (224645)  **Address** 12 Wood Chase Ct  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Helena Korwdorffer (229958)  **Address** 2502 Farmsile rd  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ronald Williams (233300)  **Address** 2018 Goodwill Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al. Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No. 10-1282

**Plaintiff** Cora Jenkins, as Next Friend of E.C, a minor (237422)  **Address** 62159 North Fort Street  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Verdell Ross (237551)  **Address** 62159 N. Forth Street  Pearl River, LA 70452

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Stacy Dillon (237997)  **Address** Old Spaniel Trail 35A  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kantrelle Gorden (238606)  **Address** 4530 Gallier Dr  new Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Alexis Dillon (239820)  **Address** Old Spanish Trail #35A  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jeffrey Pierre (239719)  **Address** 28063 Joe Rd  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kendrick Gorden (239413)  **Address** 4531 Gallier Dr.  New Orleans, LA 70165

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Stacy Dillon, as Next Friend of H.D, a minor (239969)  **Address**  35-A Old Spanish Trail  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Frank  Blunt  (243694)  **Address**  4763 Camelot Dr.  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Rose Blunt (244337)  **Address**  4763 Camelot Drive  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Carmonica Blunt, as Next Friend of C. B, a minor (244345)  **Address**  4763 Camelot Drive  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Frank Blunt (244343)  **Address**  6763 Camelot Drive  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Michael Blunt (244361)  **Address**  4763 Camelot Dr  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Ernest Perkins (244597)  **Address**  3628 Clements   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Nakia Pierre (244982)  **Address**  3018 Touro St.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Nielan Pierre (244983)  **Address**  3018 Touro St  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Stephanie Martin (245159)  **Address**  61209 Honey Bee Rd.  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Oscar Foster (250837)  **Address**  7725 Lehiegh St.  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lynne Foster (250838)  **Address**  7725 Lehiegh St  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Wayne Foster (250839)  **Address**  7725 Lehiegh St  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Gregory Brooks (250720)  **Address**  7851 W. Cavelier Dr.  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc