## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

1607

**Plaintiff**  Rashane Favors (251505)     **Address**  321-1 E 27th St.   Reserve, LA 70084

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Shirley Beverly (212738)    **Address**  3036 Tifton Ave  Kenner, LA 70065

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Anthony Young (217093)    **Address**  1418 Admiral Nelson Dr.   Slidell, LA 70461

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Lauren Becnel (216309)    **Address**  2505 Lloyals Lane  Chalmette, LA 70043

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Angela Hansford (226233)    **Address**  2008 Violet Street  Violet, LA 70092

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Georgia Robert, as Next Friend of K.A, a minor (200243)    **Address**  Happy Acres Mobile Home Park, Lot 13  Franklinton, LA 70438

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 22

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Schwanda Coates, as Next Friend of D.D, a minor (202052)  
**Address** Happy Acres Park Lot 12 Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Georgia Robert, as Next Friend of E.J, a minor (201429)  
**Address** 2301 Carlie St. Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jasmine Roberts (200697)  
**Address** 2301 Carlie Street Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Georgia Roberts, as Next Friend of J.R, a minor (200699)  
**Address** Happy Acres Mobile Home Park, Lot 13 Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Georgia Robert, as Next Friend of J.R, a minor (200700)  
**Address** Happy Acres Mobile Home Park, Lot 13 Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Georgia Robert, as Next Friend of K.R, a minor (200702)  
**Address** Happy Acres Mobile Home Park, Lot 13 Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kana Roberts (200703)  
**Address** Happy Acres Mobile Home Park, Lot 13 Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Kasey Roberts (200705)  **Address**  Happy Acres Mobile Home Park, Lot 12  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kentrell Roberts (200706)  **Address**  Happy Acres Mobile Home Park  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Georgia Robert, as Next Friend of R.R, a minor (200532)  **Address**  Happy Acres Mobile Home Park, Lot 12  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Sabrina Roberts (200533)  **Address**  Happy Acres Trailer Park #12  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Georgia Robert, as Next Friend of J.R, a minor (200536)  **Address**  Happy Acres Mobile Home Park, Lot 11 + 12  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Veronica Thomas (202330)  **Address**  4935 Metropolitan Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kafi Robinson, as Next Friend of J.R, a minor (205662)  **Address**  3000 General Ogden  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Martha Ricks, as Next Friend of S.D, a minor (206718)  **Address** 2152 HWY 1045  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ivy Ricks (206715)  **Address** 2152 Hwy 1045  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jasper Bright, as Next Friend of J.B, a minor (212762)  **Address** 2736 Clark  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tasha Bibbins (221927)  **Address** 77712 St Louis Road  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Chantee Landor-Sylve (222116)  **Address** 27712 St Louis  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ronald Ruiz (224118)  **Address** 1421 Delacrouix Hwy  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Milissa Fox, as Next Friend of C.F, a minor (226139)  **Address** 2853 Mary Ann Drived  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Nathan Fox (226141) **Address** 2853 E. St. Bernard Hwy Lot #C99  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** John Johnson (226354) **Address** 2408 Highlander Dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Julie Gibson, as Next Friend of S.S, a minor (226839) **Address** 1800 Deborah Drive  St. Bernard, LA 70085

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jesse Schmidt (226842) **Address** 2036 N River Park Dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Karen Montelongo (230085) **Address** 59216 Amber St.  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Fred Lewis (237537) **Address** 67369 Salt Lick Lane  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Georgia Tillison (237657) **Address** 117 Silverwood Dr  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Inna Tillison (237658)  **Address** 117 Silverwood Dr  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Oscar Garcia (237659)  **Address** 117 Silver Wood Drive  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Georgia Tillison, as Next Friend of G. T, a minor (237661)  **Address** 117 Silverwood Drive  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Schwanda Coates (237989)  **Address** 45295 Jamieson Creek Road  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Georgia Robert, as Next Friend of J.R, a minor (238010)  **Address** Happy Acres Trailer Park #11212  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Wanette Tyson (238562)  **Address** 45492 Willie J Wilson Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Orlando Brown (238633)  **Address** 1944 Lisa  Chalmette, LA 70043

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Howard Roberts (238709)  **Address** Happy Acres Mobile Park Lot 13  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charity Guy (238710)  **Address** Happy Acres Moblie Home Park Lot 13  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Angela Briggs (238712)  **Address** Happy Acres Trailer Park Lot.13  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Verdia Dickerson (238714)  **Address** 44021 Willie D Magee Rd  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Karen Flot (238824)  **Address** 28586 Violet St.  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** James Flot, as Next Friend of G.B, a minor (238825)  **Address** 28586 Violet St.  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jenee' Flot (238826)  **Address** 28586 Violet St.  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Thomas Flot (239414)    **Address**  28586 Violet St.  Lacombe, LA 70445

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff**  Roy Oliney (242829)    **Address**  3151 Utah St  Kenner , LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff**  Mattie Oliney (242770)    **Address**  3151 Utah Street  Kenner, LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff**  Roy Jackson (246089)    **Address**  3151 Utah Street  Kenner, LA 70065

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff**  Edward  James (201434)    **Address**  Happy Acres Park Lot # 13  Franklinton, LA 70438

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff**  Doris Batiste (239612)    **Address**  27672 St. Louis Street  Lacombe, LA 70445

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff**  Joseph Hodges, as Next Friend of J.C, a minor (202172)    **Address**  Unit C-100 Mary Ann (Trailer Park St. Bernard Hwy)  Meraux, LA 70075

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Elvis Hodges (201512)  **Address** Unit C-100 Maryann (Trailer Park St. Bernard Hwy) Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Laneka Lewis, as Representative of the Estate of Donna Lumar, deceased (213037)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Cynthia Washington (215241)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Evamae Bolden (214786)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Julie Green, as Next Friend of J.G, a minor (214505)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dana Stipe (215101)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Harry Stipe (215098)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Elvin Green (214504)  **Address** 420 Central Ave  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Alexander Bolden (214785)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Renata Washington (215249)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Renata Washington, as Next Friend of J.W, a minor (215242)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Renata Washington, as Next Friend of L.W, a minor (215244)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Renata Washington, as Next Friend of J.O, a minor (214886)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Lavora Washington (215243)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Eva Washington (215248)    **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Russell Jack (251557)    **Address** 128 AM P. Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Bernell Clements (202288)    **Address** 2608 Mary Ann Trailer, Lot 33  Mareaux, LA 70044

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Laquetta Cole, as Next Friend of B.s, a minor (202766)    **Address** Packham Trailer Park E. St. Bernard Hwy  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Bernard Santiago (202767)    **Address** 2608 Mary Ann Trailer Park #33  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tamika Santiago (202765)    **Address** 2608 Mary Ann  Chalmette, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Rudolph Williams (202567)    **Address** 2608 Maryann Trailer Lot #33  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** LaQuetta Cole (202930) **Address** 2608 Maryann Trailer  Meraux, LA 70075

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Tamika Santiago, as Next Friend of E. h, a minor (203056) **Address** Packham Trailer Park E. St. Bernard Hwy  Meraux, LA 70075

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Brandy Scherick, as Next Friend of L. T, a minor (226969) **Address** 66231 Chris Kenneelyrd  Pearl River, LA 70452

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Chamika Holmes (209745) **Address** 702 Paul Fredrick  Luling, LA 70070

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Verna Ricard (251487) **Address** 1239 Laurdel Dr.  New Orleans, LA 70114

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** William Eskridge (201897) **Address** 218 Irving-Diamond Park  Port Sulphur, LA 70083

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Jessie Lee (201309) **Address** 717 Turtle Creek Ln.  St. Rose, LA 70087

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Brittany Tyler (202394)  **Address** 218 Irvin  Port Sulphur, LA 70083

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Doris Parker (207511)  **Address** 3400 Garden Oak Dr.  New Orleans, LA 70114

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Margaret Marshall (212387)  **Address** 1492 Paul Malliard  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Roosevelt Simmons (225306)  **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Wilhelmina Simmons (225307)  **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Jennifer Young, as Next Friend of K.Y, a minor (210006)  **Address** 800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Nadra Harrison (238001)  **Address** 1134 Horace St  New Orleans , LA 70114

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Raquel Borne, as Next Friend of M.S, a minor (215977)  **Address** 1119 Paul Fredrick St. Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.