23

## Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

1608

| | | | |
|---|---|---|---|
| **Plaintiff** | Shera Borne, as Next Friend of J.S, a minor (215974) | **Address** | 1119 Paul Fredrick St.  Luling, LA 70070 |

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Shera Borne, as Next Friend of J.S, a minor (215973) | **Address** | 1119 Paul Fredrick St.  Luling, LA 70070 |

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Thelma Thomas (216030) | **Address** | 1119 Paul Fredrick St.  Luling, LA 70070 |

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Tyrone Pierre (238726) | **Address** | 4807 Raye Ave  New Orleans , LA 70126 |

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Leo Jones (201343) | **Address** | Packham Trailer Park E. St. Bernard Hwy.  New Orleans, LA 70175 |

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Dominque Johnson (201459) | **Address** | 2608 Mary Ann Trailer Park, Lot 33  Meraux, LA 70075 |

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
23

## Shera Borne, as Next Friend of J. S., a minor, et. al. vs. Gulf Stream Coach, Inc., Original Civil Action No. 10-1280

**Plaintiff** Asha Clements (202287)   **Address** 2608 Mary Ann Trailer, Lot 33  Meraux, LA 70075

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Brandy Schenck, as Next Friend of S.S, a minor (226841)   **Address** 66231 Chris Kennedy Rd  Pearl River, LA 70452

**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc