## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

1740

**Plaintiff**  Angela Pittman, as Next Friend of C.r, a minor (202740)

**Address**  2858 Allen St.
New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  David Boykins (199919)

**Address**  4935 Metropolitan Drive  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  David Robinson (203262)

**Address**  2838 Allen St.   New Orleans , LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Lisa Brown (205090)

**Address**  3736 Piedmont Dr   New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Helen Dyson (205736)

**Address**  69321 Charles McDaniel Road  Kentwood, LA 70444

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Deanna Bell, as Next Friend of B.W, a minor (206639)

**Address**  3630 Live Oak St.   New Orleans , LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT
24

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2249

**Plaintiff** Kenyatta Burns, as Next Friend of Z.B, a minor (211794)  **Address** 128 E.St.Peters St.  Belle Chasse, LA 70037

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Markeisha Songy, as Next Friend of C.S, a minor (212154)  **Address** 4122 Maple Leaf Drive, Apt D  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Markeisha Songy, as Next Friend of T.R, a minor (212196)  **Address** 128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Monique Mitchell (212314)  **Address** 434 Smith St.  Hahnville, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Ellis Collins (212817)  **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Marsha Collins (212818)  **Address** 1816 Paul Malliard Dr.  Boutte, LA 70037

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Trudy Lewis (214278)  **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff** Phyllis Matthews (225024)　　**Address** 8025 Curran Rd  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Helena Korndorffer, as Next Friend of M.H, a minor (229866)　　**Address** 2502 Farmsite Rd  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Helen Korndorffer, as Next Friend of V.M, a minor (230099)　　**Address** 2502 Farmsile rd  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Carol Becnel (233240)　　**Address** 2505 LLOYDS AVENUE  CHALMETTA , LA 70043

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Mary Benfatti (233242)　　**Address** 101 Coney Drive  Arabi, LA 70032

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Trimeaka Lee (233789)　　**Address** 4535 Dale St.  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Ronald Riley (238243)　　**Address** 10279 N. Hardy Street  New Orleans, LA 70127

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff** Kimeta Riley, as Next Friend of K.R, a minor (238253)  
**Address** 10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff** Kineta Riley, as Next Friend of K.R, a minor (238256)  
**Address** 10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff** Tyron Causey (238259)  
**Address** 41662 Hwy 190 E  Slidell, LA 70458

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff** James Flot (239086)  
**Address** 28586 Violet Street  Lacombe, LA 70445

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff** Lucy Pierre (239720)  
**Address** 28063 Joe Rd   Lacombe, LA 70445

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff** Frank Bartley (239918)  
**Address** 1212 Martin Dr.   Marrero, LA 70072

**Defendants**  
Gulf Stream Coach, Inc.  
Shaw Environmental, Inc

---

**Plaintiff** Donna Washington (239936)  
**Address** 2765 Harris St.  Slidell, LA 70458

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff** Alfred Gillum, as Next Friend of B.C, a minor (242021)  
**Address** 2550 Webster Street  Mandeville, LA 70448

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

**Plaintiff** Sharone Knight (242980)  
**Address** 4817 Babylon St.  New Orleans , LA 70126

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

**Plaintiff** Edward  Tate (242994)  
**Address** 2201 Alvar Street  New Orleans, LA 70117

**Defendants**  
Gulf Stream Coach, Inc.  
Shaw Environmental, Inc

**Plaintiff** Sharone Knight , as Next Friend of S.K, a minor (243001)  
**Address** 4817 Babylon Street  New Orleans, LA 70126

**Defendants**  
Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

**Plaintiff** Tonya   Johnwell (244438)  
**Address** 3631 Forrest Park Lane  New Orleans, LA 70131

**Defendants**  
Gulf Stream Coach, Inc.  
CH2M Hill Constructors, Inc.

**Plaintiff** Wanda  Johnwell (244703)  
**Address** 3631 Forest Road  New Orleans, LA 70131

**Defendants**  
Gulf Stream Coach, Inc.  
CH2M Hill Constructors, Inc.

**Plaintiff** Karen Dobbins-Sylvain (245556)  
**Address** 3631 Gulfpark  New Orleans, LA **70131**

**Defendants**  
Gulf Stream Coach, Inc.  
CH2M Hill Constructors, Inc.

Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2249

**Plaintiff** Andrew Hogan (246002)  **Address** 956 S. Telemachus St.  New Orleans, LA 70125

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Katherine Ford (246009)  **Address** 41 Perry St. Wharf  Gretna, LA 70056

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Mary Reyes (248920)  **Address** 3717 Shannon Dr.  Harvey, LA 70058

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

**Plaintiff** Julian Guillory (250270)  **Address** 3631 Forest Park Lane  New Orleans, LA 70131

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.