## Tanika Woods, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 10-2261

1741

**Plaintiff**  Ricky Kinkella (226408)   **Address** 2092 Ames Rd.  Marrero, LA 70072

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Ronald Riley (238243)   **Address** 10279 N. Hardy Street  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimeta Riley, as Next Friend of K.R, a minor (238253)   **Address** 10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Kineta Riley, as Next Friend of K.R, a minor (238256)   **Address** 10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Tyron Causey (238259)   **Address** 41662 Hwy 190 E  Slidell, LA 70458

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Chad Victoriana (239179)   **Address** 2100 Centanni Dr  St. Bernard, LA 70085

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Chad Victoriana, as Next Friend of A.V, a minor (251313)   **Address** 1630 Deborah Dr  Paydras, LA 70085

**Defendants**
   Gulf Stream Coach, Inc.

PLAINTIFF'S EXHIBIT
25