## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
## Original Civil Action No.  10-2246

1793

**Plaintiff**  Darren Callhan (199886)

**Address** 1950 North Rocheblave  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Lester Bradley (199926)

**Address** 4555 Dale St.   New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Kerry Brooks (199943)

**Address** 718 Central Ave Apt, 201  Jefferson, LA 70121

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Shatoyar Johnson, as Next Friend of R. B, a minor (199999)

**Address** 4555 Dale St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Richonna Barnes (200000)

**Address** 1950 N. Rocheblave Street  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Robert   Barnes (200002)

**Address** 7011 Yorktown Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Andre Bethley (200052)

**Address** 204 Warrington Drive  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.

---

PLAINTIFF'S
EXHIBIT
**26**

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
### Original Civil Action No.  10-2246

**Plaintiff**  Leroy Blackwell (200061)                    **Address**  2512 Acacia St.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Tina Stokes, as Representative of the          **Address**  Pontchartrain Park
        Estate of Tracey Andrews, deceased
        (200084)
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Kobina Aquil (200087)                         **Address**   New Orleans, LA 70129

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  James Baker (200119)                          **Address**  3417 W Metairie Rd  Metairie, LA 70062

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Sandra Baker (200122)                         **Address**  1385 Broad St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Tammy Baker (200124)                          **Address**  204 Warrington Drive   New Orleans , LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Constance Barley (200164)                     **Address**  812 Wilshire Blvd   Metairie, LA 70003

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Adonna Barnes (200165)                        **Address**  1950 N. Rocheblave St  New Orleans , LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Joseph Simmons (200174)                    **Address**  2444 Mazant st.  New Orleans, LA 70117

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Preslyn Adams (200208)                    **Address**  1052 Terry St.  New Orleans, LA 70114

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Chacedi Allen (200226)                    **Address**  1665 N. Rocheblave  New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Gawanna Bethley (200260)                    **Address**  204 Warrington Drive  New Orleans, LA 70122

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Miochi Sumling (200282)                    **Address**  1002 Silver Lily lane  Marrero, LA 70072

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Gaynelle Sylve (200297)                    **Address**  825 Filmore St.  Kenner, LA 70062

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Ruby Taylor (200320)                    **Address**  2510 Acacia St  New Orleans, LA 70122

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Aaron Thomas (200328)                    **Address**  2401 Houma Blvd. Apt #327  Metairie, LA 70001

**Defendants**
     Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Danieal Thomas (200332)          **Address** 9300 Dinkins  New Orleans, LA 70127

**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Danny Thomas (200333)          **Address** 9300 Dinkins  New Orleans, LA 70127

**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Danny Thomas, as Next Friend of D.T,     **Address** 9300 Dinkins  New Orleans, LA 70127
a minor (200335)

**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Gloria Smith (200359)          **Address** 503 S. Genois St  New Orleans, LA 70119

**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Woodrow Smith (200384)          **Address** 503 south Gerios St  New Orleans, LA 70119

**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Yvonne Sinclair (200501)          **Address** 2510 Acacia St.  New Orleans, LA 70122

**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Ida Robinson (200544)          **Address** 2107 Elysian Fields Ave.   New Orleans, LA
70117

**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Necole Robinson (200547)          **Address** 8830 Morrison Rd.  New Orleans, LA 70127

**Defendants**
>        Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  George Reine (200633)                    **Address** 7571 Morel St.  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Lucille Pierce (200710)                    **Address** 5526 Pasteur Blvd.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Shatoyar Johnson, as Next Friend of T.        **Address** 7011 Yorktown Dr / 4555 Dale St.  New Orleans,
P, a minor (200756)                                                          LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jessica Perkins (200856)                    **Address** 2203 Annette St.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Danny Nelson (200939)                    **Address** 1420 Pelican St.  New Orleans, LA 70114

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Frank  Nelson (200941)                    **Address** 1385 Broad St  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael Nickson (200951)                    **Address** 3048 Edith Weston  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Chester McKnight (201001)                    **Address** Trailer Park 1 1535 Canal St.
70112  New Orleans, LA 70112

**Defendants**
      Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Kathy Mercadel (201020)                    **Address**  8830 Morrison Rd  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Elaine Miller (201028)                    **Address**  2512 Acacia St.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Drieon Martin (201073)                    **Address**  1519 New Orleans St.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Edgar Martin (201074)                    **Address**  1301 Simon Bolivar  # 226 New Orleans, LA 70113

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Gary   Martin (201088)                    **Address**  1301 Simon Bolivar  # 226 New Orleans, LA 70113

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Rosa Mason (201096)                    **Address**  503 S. Genois st.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Ethel Mayfield (201108)                    **Address**  1213 Alabo St.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  James Mayfield (201109)                    **Address**  1213 Alabo St.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Maurice  McCormick (201137)     **Address** 6037 Old Gentilly Rd  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Hazel Lewis (201153)     **Address** 2 Virginia Ct   New Orleans, LA 70056

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Amber Marine (201239)     **Address** 1950 N. Rocheblave Street  New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Sierra Lambert (201276)     **Address** 1809 Touro Street  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Devin Lane (201285)     **Address** 2220  1/2 Ursuline   New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Danny Thomas, as Next Friend of D.L., a minor (201290)     **Address** 9300 Dinkins  New Orleans, LA 70127

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Errol Lazard (201296)     **Address** 2149 Carol Sue  Gretna, LA 70115

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  George Jones (201336)     **Address** 3039 Feliciana Ave  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Michael   Jones (201340)          **Address** 2118 Clio 2C  New Orleans, LA 70113

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Tasha Jones (201351)          **Address** 2512 Acacia St.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Marion Jackson (201418)          **Address** 501 S. Genois St  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Phillip Jackson (201420)          **Address** 501 S. Genois St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** LaToya Jackson, as Next Friend of T.J,          **Address** 1500 Press Dr.  New Orleans, LA 70126
a minor (201422)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Yvonne Jackson (201423)          **Address** 3417 Upperline St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Keisha Jacobs (201424)          **Address** 3406 Clematis St.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Troy Jacobs (201425)          **Address** 3406 Clematis St.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Leonard Jasper (201436)  **Address** 2310 Allen St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Debbie Johnson (201457)  **Address** 1980 N, Rocheblave St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Montresa Johnson (201485)  **Address** 3039 Felician Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Shatoyar Johnson (201495)  **Address** 4552 Dale Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Lowell Horne (201528)  **Address** 13510 N. Leman St.  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Alvin Jackson (201577)  **Address** 4555 Dale St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Jessica Jackson (201586)  **Address** 503 S. Genois St.  New Orleans , LA 70119

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  LaToya Jackson, as Next Friend of K.J, a minor (201593)  **Address** 1500 Press Dr.  New Orleans , LA 70126

**Defendants**
Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  LaToya Jackson (201594)                    **Address** 1500 Press Dr.  New Orleans , LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Marshall Hampton (201600)                **Address** 5916 Providence Place  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tristen Harris (201638)                     **Address** 184 W. Oakville St  Belle Chasse, LA 70037

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kevin Gross (201735)                        **Address** 14175 Hwy. 190 West  Hammond, LA 70401

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Cedric Foster (201772)                      **Address** 204 Warrington Drive  New Orleans, LA 70122

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Amadius Ellsworth (201883)               **Address** 9300 Dinkins St.  New Orleans, LA 70127

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Ericka Conerly, as Next Friend of J.E, a   **Address** 7316 Hickman St.  New Orleans, LA 70127
minor (201886)

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Myron Encalade (201889)                   **Address** # 2 Virginia Ct.  Gretna, LA 70056

**Defendants**
     Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Lacey Evans (201901)                    **Address**  3520 W. Loyola Drive        Kenner, LA 70065

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Montresa Johnson, as Next Friend of R.    **Address**  4116 Duplessis  New Orleans, LA 70122
F, a minor (201915)

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Theron Daunoy (202074)                **Address**  2431 New Orleans St  New Orleans, LA 70119

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Carolyn Davis (202080)                **Address**  2237 Mazant Street  New Orleans, LA 70117

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Gaynelle Davis (202083)               **Address**  1541 Cleveland St.  New Orleans, LA 70116

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Keisha Davis (202089)                 **Address**  1541 Cleveland St.  New Orleans, LA 70116

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Melanie Davis (202097)                **Address**  2508 Acacia st  New orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Shandry Davis (202103)                **Address**  2508 Acacia St  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Shywanda Coleman (202138)          **Address** 2101 Allen St  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Ericka Conerly (202162)          **Address** 7316 Hickman St.  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Raven  Conerly (202163)          **Address** 7316 Hickman St.  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Jonathan Conway (202165)          **Address** 204 Warrington Dr.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Deborah Cotton (202174)          **Address** 712 Josephine St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Sharelle Cotton (202175)          **Address** 712 Josephine St.   New Orleans , LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Aretha County (202177)          **Address** 10825 Curran St.  New Orleans, LA 70128

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Leonard Curtis (202209)          **Address** 1541 Cleveland St.  New Orleans, LA 70116

**Defendants**
    Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Cornelia Carrie (202222)          **Address** 1875 N. Rocheblave  St. New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Cash (202245)          **Address** 2512 Acacia St.  New Orleans, LA 70122

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Sherman Clarke (202282)          **Address** 4736 Ellysian Fields  New Orleans, LA 70122

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Jason Clegg (202286)          **Address** 2444 Mazant  New Orleans, LA 70127

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Maldanno Thompson (202323)          **Address** 3039 Felician Street  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Virgil (202410)          **Address** 10711 Roger Dr.  New Orleans, LA 70127

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Donald Washington (202451)          **Address** 1385 Broad St  New Orleans, LA 70119

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Montresa Johnson, as Next Friend of T.          **Address** 3039 Felician St.  New Orleans, LA 70126
W, a minor (202479)

**Defendants**
     Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Lillie Wells (202499)                **Address**  3421 Macon St.  Kenner, LA 70062

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Terrica Weston (202509)            **Address**  2310 Allen St.  New Orleans, LA 70119

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Danny White (202511)              **Address**  305 Neil St.  New Orleans, LA 70131

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Lillie White (202519)              **Address**  305 Neil St.  New Orleans, LA 70131

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Neitia White (202522)             **Address**  3429 Cambronne St.  New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Chantel Williams (202548)        **Address**  1581 Iberville St  New Orleans, LA 70112

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Diane Williams (202554)          **Address**  581 Iberville St  New Orleans, LA 70112

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Lester Williams (202568)         **Address**  9300 Dinkins St.  New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Nathanial Williams (202574)          **Address** 827 N. Roman Street  New Orleans, LA 70116

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Ronnie Williams (202582)          **Address** 9300 Dinkins St.  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** James Wright (202637)          **Address** 1422 Liberty St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Kathy Wright (202638)          **Address** 1422 Liberty St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Terry Walker (202683)          **Address** 5500 Press Dr.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Catrina Smith (202792)          **Address** 4436 America St.  New Orleans , LA 70187

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Nicole  Strahan, as Next Friend of N.s,          **Address** 4436 America St.  New Orleans, LA 70126
a minor (202801)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Nicole Strahan (202808)          **Address** 4436 America St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Michael Strahan (202809)                **Address** 4436 America St.  New Orleans, LA 70126

**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Perryonna Barbarian (202827)                **Address** 4436 America St  New Orleans, LA 70126

**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Twanna Armstead (202906)                **Address** 4436 America St  New Orleans, LA 70126

**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Twanna Armstead, as Next Friend of T.      **Address** 4436 America St  New Orleans, LA 70126
          a, a minor (202907)

**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Aretha Dillon (202964)                **Address** 3421 Keithway Dr.  Harvey, LA 70058

**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Cynthia Dillon (202965)                **Address** 3421 Keithway Dr.  Harvey, LA 70058

**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Monique Dillon (202966)                **Address** 3421 Keithway Dr.  Harvey, LA 70058

**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Eric Fair (202976)                **Address** 4436 America St  New Orleans, LA 70126

**Defendants**
          Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Anna Fair (202977)          **Address** 4436 America St  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff** Catrina Smith, as Next Friend of E.f, a   **Address** 4436 Amercia St.  New Orleans, LA 70126
      minor (202978)

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff** Airelle Jackson, as Next Friend of D.f,   **Address** 5500 Press Drive  New Orleans, LA 70126
      a minor (202981)

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff** Kandi George (202997)          **Address** 1535 Canal Street  #19  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff** Raynesha George (202998)          **Address** 1335 Canal Street  #19  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff** Trinese Jackson (203083)          **Address** 5500 Press Drive  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff** Trinese Jackson, as Next Friend of F.j,   **Address** 5500 Press Drive  New Orleans, LA 70126
      a minor (203084)

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff** Billie Jackson (203085)          **Address** 5500 Press Drive  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Clarence Jackson (203086)                    **Address**  5500 Press Drive  New Orleans, LA 70126

**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Airielle Jackson (203087)                    **Address**  5500 Press Drive  New Orleans, LA 70126

**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Airelle Jackson, as Next Friend of D.j, a            **Address**  5500 Press Drive  New Orleans , LA 70126
         minor (203088)

**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Kandi George, as Next Friend of N.m, a            **Address**  1335 Canal Street  #19  New Orleans, LA 70122
         minor (203195)

**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Nathaniel Morris (203196)                    **Address**  1535 Canal Street  New Orleans, LA 70112

**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Paula Moses, as Representative of the            **Address**  1535 New Orleans  New Orleans, LA 70112
         Estate of Gloria Moses, deceased
         (203197)

**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Paula Moses (203198)                    **Address**  1535 Canal Street #19  New Orleans, LA 70122

**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Alton Rivers (203258)                    **Address**  338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
         Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Tina Rivers (203259)          **Address** 338 N. Robertson St.  New Orleans, LA 70112

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Tygee Blake (203317)          **Address** 4233 Milhra St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Cathy Coulon (203360)          **Address** 5620 4th St.   Violet, LA 70092

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Cathy Coulon, as Next Friend of A.C, a
minor (203361)          **Address** 5620 4th Street  Violet, LA 70092

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Dixie Manuel, as Next Friend of D.D, a
minor (203373)          **Address** 107 Manuel Lane  Port Sulphur, LA 70083

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Gabrielle Horn, as Next Friend of B.F,
a minor (203414)          **Address** 311 Clouet St.   New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Shantrice Galle, as Next Friend of S.G,
a minor (203417)          **Address** 4642 Vivrgillian Street  New Orleans  , LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Corey Galle (203418)          **Address** 4642 Virgilian Street
New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Jerry Manuel (203506)                    **Address** 107 Manuel Lane  Port Sulphur, LA 70083

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Dixie Manuel (203507)                    **Address** 107 Manuel Lane  Port Sulphur, LA 70083

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Warren Santinac (203592)                 **Address** 5034 Press St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Dixie Manuel, as Next Friend of D.S, a minor (203640)    **Address** 107 Manuel Lane  Port Sulphur, LA 70083

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Shantrice Galle, as Next Friend of B.W, a minor (203686)    **Address** 4642 Virgillian Street
    New Orleans, LA 70172

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Shantrice Galle, as Next Friend of B.W, a minor (203687)    **Address** 4642 Virgilian Street  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Dixie  Manuel , as Next Friend of D.D, a minor (205033)    **Address** 107 Manuel Lane  Port Sulphur, LA 70083

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Colin Bess (205073)                      **Address** 6101 Tullis Dr.  New Orleans, LA 70131

**Defendants**
    Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Lender Brown (205088)                **Address**  128 N. Galvez  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Leroy Brown (205089)                 **Address**  125 S. Hennessey St.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Victoria Brown (205094)              **Address**  2401 D'Abadie St.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.