Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

1794

| **Plaintiff** | Willie Nunnery (205167) | **Address** 204 Warrington   New Orleans, LA 70122 |

**Defendants**
Gulf Stream Coach, Inc.

---

| **Plaintiff** | Quillis Johnson (205227) | **Address** 3111 Clouet St.  New Orleans, LA 70126 |

**Defendants**
Gulf Stream Coach, Inc.

---

| **Plaintiff** | John Goldman (205315) | **Address** 2321 Bienville St  New Orleans, LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.

---

| **Plaintiff** | Ronald Weaver (205483) | **Address** 246 Marmandie Dr.  River Ridge, LA 70123 |

**Defendants**
Gulf Stream Coach, Inc.

---

| **Plaintiff** | Katelynn White, as Next Friend of J.W, a minor (205487) | **Address** St. Roch Ave.  New Orleans, LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.

---

| **Plaintiff** | Katelynn White, as Next Friend of J.W, a minor (205488) | **Address** St. Roch Ave.  New Orleans, LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.

---

| **Plaintiff** | Katelynn White (205489) | **Address** St. Roch Ave.  New Orleans, LA 70119 |

**Defendants**
Gulf Stream Coach, Inc.

---

PLAINTIFF'S
EXHIBIT
**27**

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Dana Walls (205581)                      **Address** 2541 Acacia St  New Orleans, LA 70116

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Samuel Walls (205582)                   **Address** 2041 Acacia  New Orleans, LA 70116

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Samuel Walls, as Next Friend of S.W, a     **Address** 2041 Acacia  New Orleans, LA 70116
minor (205583)

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Samuel Walls, as Next Friend of S.W, a     **Address** 2041 Acacia  New Orleans, LA 70116
minor (205584)

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Johnny Taylor (205589)                   **Address** 1581 Iberville  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Eyvonn Taylor (205590)                   **Address** 1581 Iberville Sreet  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Eyvonn Taylor, as Next Friend of K.T,     **Address** 1581 Iberville Sreet  New Orleans, LA 70112
a minor (205591)

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Eyvonn Taylor, as Next Friend of N.T,     **Address** 1581 Iberville Sreet  New Orleans, LA 70112
a minor (205592)

**Defendants**
Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff** Eyvonne Taylor, as Next Friend of B.T., a minor (205593)   **Address** 1581 Iberville Sreet  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Perry Gregory, as Next Friend of P.G, a minor (205594)   **Address** 1581 Iberville St  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Yvonne Dyson, as Next Friend of L.D, a minor (205599)   **Address** 69321 McDaniel Rd.  Kentwood, LA 70444

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Marcus Lewis (205600)   **Address** 69321 Chas. McDaniel Rd.  Kentwood, LA 70444

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Kafi Robinson, as Next Friend of K.R, a minor (205660)   **Address** 3000 General Ogden  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Perry Gregory (205671)   **Address** 1581 Iberville St  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jerome Martinez (205725)   **Address** 1631 S. Rendon  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Charles Davenport (205726)   **Address** 7924 Trout St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Jose  Martinez (205729)  **Address** 1631 Rendon   New Orleans , LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Connie Martinez (205730)  **Address** 16315 S.Rendon   New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Jose Martinez (205731)  **Address** 1631 Rendon  New Orleans , LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Martinez (205732)  **Address** 1631 S. Rendon  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  JoJo Martinez (205733)  **Address** 1631 S. Rendon  New Orleans , LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Jamie Martinez (205734)  **Address** 1631 S. Rendon  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Beverly Martinez (205735)  **Address** 16315 Rendon  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Hazel Stewart (206649)  **Address** 932 N. Gayoso  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Henry Stewart (206650)                    **Address**  932 N. Gayoso  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Kiandra Stewart (206652)                 **Address**  932 Gayoso  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Kim Stewart (206653)                      **Address**  932 N. Gayoso  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Lakeisha Stewart (206654)                **Address**  932 Gayoso  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Gwendolyn Morris, as Next Friend of       **Address**  8734 Pear St.  New Orleans , LA 70118
M.M, a minor (206758)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Gwendolyn Morris, as Next Friend of       **Address**  8734 Pear St.  New Orleans , LA 70118
N.M, a minor (206759)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Becky Madison (206831)                    **Address**  11041 Roger Drive  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Rose Madison (206832)                     **Address**  11041 Roger Drive  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.

---

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Sandra Madison (206833)          **Address** 11041 Roger Dr  New Orleans, LA 70127

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  StellaMae Madison (206834)          **Address** 11041 Roger  New Orleans, LA 70112

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Tracey Madison (206835)          **Address** 11041 Roger Dr  New Orleans, LA 70127

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Casheba Magee (206836)          **Address** 4826 Conti  New Orleans, LA 70119

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  David Magee (206837)          **Address** 620 Robert E. Lee  New Orleans, LA 70124

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Barbara Moore (206870)          **Address** 2411 Athis St.  New Orleans , LA 70122

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  James Bradley (206904)          **Address** 334 N. Robertson  New Orleans, LA 70112

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Dietrich Coleman (206946)          **Address** 1580 Iberville St.  New Orleans, LA 70112

**Defendants**
         Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Shelia Davenport (206959)          **Address**  11041 Roger Dr.  New Orleans , LA 70127

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Shirley Davenport (206960)          **Address**  11041 Roger Dr.  New Orleans , LA 70127

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Gwendolyn Morris, as Representative     **Address**  8734 Pear St.
of the Estate of Terrance Dennis,                New Orleans , LA 70118
deceased (206962)

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Dietrich Coleman, as Next Friend of L.   **Address**  1580 Iberville St.  New Orleans, LA 70112
J, a minor (207050)

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Dietrich Coleman, as Next Friend of L.   **Address**  1580 Iberville St.  New Orleans, LA 70112
J, a minor (207051)

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Dietrich Coleman, as Next Friend of S.   **Address**  1580 Iberville St.  New Orleans, LA 70112
J, a minor (207052)

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Varielyn Adams (207494)          **Address**  2620 Franklin Ave.  New Orleans, LA 70127

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Ciara Blanks (207495)          **Address**  2620 Franklin Ave#a3 and b13  New Orleans, LA
70127

**Defendants**
     Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

**Plaintiff** Alvin O'Conner (207496)          **Address** 2620 Franklin Ave#a3 and b13  New Orleans , LA 70127

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** David Duffin (207497)          **Address** 2620 Franklin Ave #a3 and b13  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Chiara Blanks (207498)          **Address** 2620 Franklin Ave#a3 and b13  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Alvin Blanks (207503)          **Address** 2620 Franklin Ave#a3 and b13  New Orleans, LA 70127

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Cedra Lewis (207506)          **Address** 1445 Palmetto  Metairie, LA 70003

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Chenae Lewis (207507)          **Address** 1420 Meadow Street  Metairie, LA 70003

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Laneetra Vernon (207508)          **Address** 1420 Meadow St.  Metairie, LA 70003

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Danielle Horn (207526)          **Address** 1242 Alabo St.  New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff** Danielle Horn, as Next Friend of D.H, a minor (207527)                    **Address** 1242 Alabo St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Danielle Horn, as Next Friend of D.H, a minor (207528)                    **Address** 1242 Alabo St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Larry Mayfield (207529)                    **Address** 1213 Alabo St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Elise Wilson (207530)                    **Address** 1242 Alabo St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Clark (207531)                    **Address** 1912 St. Roch Ave.  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Ashley Johnson (207552)                    **Address** 380 Post St.  Killona, LA 70060

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Cornell Johnson (207553)                    **Address** 380 Post St.  Killona, LA 70060

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** E.J. White (207554)                    **Address** 380 Post St.  Killona, LA 70060

**Defendants**
Gulf Stream Coach, Inc.

---

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No.  10-2229

**Plaintiff**  Clarence Johnson (207555)           **Address** 380 Post St.  Killona, LA 70060

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Helen Johnson (207556)           **Address** 380 Post St. Killona, LA 70060

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Joyce White (207557)           **Address** 380 Post St.  Killona, LA 70060

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Ashley Johnson, as Next Friend of J.T,           **Address** 380 Post St. Killona, LA 70060
        a minor (207558)

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Renata Howard (207559)           **Address** 380 Post St.  Killona, LA 70060

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Oville Johnson (207560)           **Address** 380 Post St.  Killona, LA 70060

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Natalie Duplessis (207576)           **Address** 5169 Wilton St.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Duplessis (207577)           **Address** 5169 Wilton Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

**Plaintiff**  Brian Duplessis (207578)                    **Address** 5169 Wilton Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Janice Duplessis (207579)                   **Address** 5169 Wilton Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Lucien Duplessis (207580)                   **Address** 5169 Wilton Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Lolita Duplessis (207581)                   **Address** 5169 Wilton Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Melina Duplessis (207582)                   **Address** 5169 Wilton Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Wanda Duplessis (207585)                    **Address** 5169 Wilton Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Alexis Cornelious (208880)                  **Address** 4911 Feliciana St.  New Orleans, LA 70117

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Alexis Cornelious, as Next Friend of R.     **Address** 4911 Feliciana Dr.  New Orleans, LA 70126
              E, a minor (208881)

**Defendants**
        Gulf Stream Coach, Inc.

---

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Alexis Cornelious, as Next Friend of L. J, a minor (208882)   **Address** 4911 Feliciana Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Gertrude Anderson (209437)   **Address** 1562 Conti St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jovan Anderson (209438)   **Address** 1562 Conti St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Ann Minor (209480)   **Address** 5500 Press Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Staci Harrison, as Representative of the Estate of Dyamond McDaniels, deceased (209568)   **Address** 9013 Dion St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Staci Harrison, as Representative of the Estate of Terry McDaniels, deceased (209569)   **Address** 9013 Dixon St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Marilyn Harrison-Jackson (209724)   **Address** 9013 Dixon St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Staci Harrison (209725)   **Address** 9013 Dion St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

**Plaintiff** Traci Harrison (209726)          **Address** 9013 Dion St.  New Orleans, LA 70118

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Derrick Gabriel (209805)          **Address** 2601 Bartholomew St.  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Ray Davis (209857)          **Address** 9018 Dixon St.  New Orleans, LA 70118

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Cherly Bruno (209892)          **Address** 1635 Bartholomew St.  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Latasha Cannon, as Next Friend of A.C,          **Address** 1517 Bienville St.  New Orleans, LA 70112
a minor (209913)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Latasha Cannon (209916)          **Address** 1517 Bienville St.  New Orleans, LA 70112

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Latoya Washington (210013)          **Address** 4710 N. Rendon St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Roy Washington (210014)          **Address** 2332 Ursulines Ave  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No.  10-2229

**Plaintiff**  Shawn Washington (210015)          **Address** 1039 Marais St.  New Orleans, LA 70116

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Shelia Washington (210016)          **Address** 2332 Ursulines Ave  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Tanya Washington (210017)          **Address** 1039 Marais St.  New Orleans, LA 70116

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Tawanna Washington (210018)          **Address** 2332 Ursulines St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Viola Washington (210019)          **Address** 1039 Marais St.  New Orleans, LA 70116

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Casey White (210039)          **Address** 610 Wallace Dr.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Demond White (210042)          **Address** 610 Wallace Dr.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Lester White (210045)          **Address** 610 Wallace Dr.  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

---

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Lovie White (210046)                     **Address** 610 Wallace Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Rita White (210047)                      **Address** 610 Wallace Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Wanda White (210048)                     **Address** 610 Wallace Dr.  New Orleans, LA 70122

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Calvin Tarleton (210075)                 **Address** 1576 Conti St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Darlene Wallace (210115)                 **Address** 1122 Adams St.  New Orleans, LA 70118

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Leon Wallace (210116)                    **Address** 1122 Adams St.  New Orleans, LA 70118

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Linda Wallace (210117)                   **Address** 1122 Adams St.  New Orleans, LA 70118

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Louis Wallace (210118)                   **Address** 1122 Adams St.  New Orleans, LA 70118

**Defendants**
        Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Marques Wallace (210119)          **Address**  1122 Adams St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Nakisha Wallace (210120)          **Address**  1122 Adams St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Richard Wallace (210122)          **Address**  1122 Adams St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Bobby Washington (210125)          **Address**  1039 Marais St.  New Orleans, LA 70116

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Brain Washington (210126)          **Address**  1039 Marais St.  New Orleans, LA 70116

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Reynard Stewart (210179)          **Address**  1517 Bienville St.  New Orleans, LA 70112

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Ran'Jon Robinson (210224)          **Address**  2320 Madrid St.  New Orleans, LA 70118

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Re'iona Robinson (210225)          **Address**  3800 N. Galves  New Orleans, LA 70117

**Defendants**
      Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Brandon Hall (210437)                    **Address**  2231 Dreux  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Dewight Allen (210438)                   **Address**  1427 New Orleans St.  New Orleans, LA 70117

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jeanne Hall (210439)                     **Address**  2538 Gen Pershing St.  New Orleans, LA 70115

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jeannine Hall (210440)                   **Address**  2231 Dreux Ave.  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Hall (210441)                   **Address**  2231 Dreux  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kim Hall (210442)                        **Address**  2231 Dreux  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Latasha Hall (210443)                    **Address**  2231 Dreux  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Donald Hall (210444)                     **Address**  2231 Dreux  New Orleans, LA 70122

**Defendants**
      Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff** Ashley Hall (210445)                    **Address** 2231 Dreaux  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Mark Hall (210446)                    **Address** 2231 Dreux Ave.  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** William Hall (210447)                    **Address** 2231 Dreux  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Teresa Hall (210448)                    **Address** 2231 Dreux  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Edward Hall (210449)                    **Address** 2231 Dreux  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Frank Hall (210450)                    **Address** 2231 Dreux  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Keith Hall (210451)                    **Address** 2231 Dreux  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Brenda Hall (210452)                    **Address** 2231 Dreux Ave.  New Orleans, LA 70122

**Defendants**
　　　Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff** Brandy Hall (210453)                    **Address** 610 Wllace Dr.  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Wanda Hall (210454)                    **Address** 2231 Dreux Ave.  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Tracy Hall (210455)                    **Address** 2231 Dreux  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Tammy Hall (210456)                    **Address** 2231 Dreux  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Nathaniel Bartley, as Next Friend of N.    **Address** 254 Post St.  Killona, LA 70057
B, a minor (210477)

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Jacqueline Bouie (210755)                    **Address** 9018 Dixon St.  New Orleans, LA 70118

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Jacqueline Bouie, as Representative of    **Address** 9018 Dixon St.  New Orleans, LA 70118
the Estate of Johnathan Bouie, deceased
(210758)

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Larry Moses (210762)                    **Address** 5500 Press  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Alex Minor (210763)                          **Address**  5500 Press  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Vernon Treaudo (210774)                 **Address**  4925 Virgillian  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Trelaya Shorter (210781)                 **Address**  4925 Virgilian St.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Trelaya Shorter, as Next Friend of K.T,   **Address**  4925 Virgillian  New Orleans, LA 70126
    a minor (210782)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Calotta Greene (210786)                 **Address**  489 Killona Dr.  Killona, LA 70057

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  I'geal Griffin (211576)                     **Address**  1484 Paul Malliard  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Dominick Griffin (211577)               **Address**  1484 Paul Malliard Rd.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Monique Mitchell, as Next Friend of M.   **Address**  434 Smith St.  Hahnville, LA 70057
    W, a minor (212002)

**Defendants**
    Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Alex Winter (212038)                **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Brandon Winter (212039)            **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Brandy Winter (212040)             **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Candida Winter (212041)            **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Derick Winter (212042)             **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jackie Winter (212043)             **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jasmine Winter (212044)            **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Kendrick Winter (212045)           **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
        Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Greg Winter (212046)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff**  Keva Winter (212047)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff**  Lisa Winter (212048)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff**  Ronald Winter (212049)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff**  Sharon Winter (212050)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff**  Stacey Winter (212051)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff**  Tonya Winter (212052)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

**Plaintiff**  Candace Winters (212053)                    **Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Shawanda Winters (212054)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Adam Walker (212098)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Bruce Walker (212099)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Colby Walker (212100)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Dewayne Walker (212101)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Lacy Walker (212102)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Rosa Walker (212103)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tiffany Walker (212104)          **Address**  5521 Clements St.  New Orleans, LA 70126

**Defendants**
     Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Wahida Walker (212105)　　　　　**Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Wanda Walker (212106)　　　　　**Address** 5521 Clements St.  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Monique Mitchell, as Next Friend of M. M, a minor (212312)　　　　　**Address** 434 Smith St.  Hahnville, LA 70057

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Monique Mitchell, as Next Friend of M. M, a minor (212313)　　　　　**Address** 434 Smith St.  Hahnville, LA 70057

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Tyrone Johnson (212412)　　　　　**Address** 1484 Paul Malliard  Luling, LA 70070

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Clarence Jones (212421)　　　　　**Address** 4817 Dail St.  New Orleans, LA 70126

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jemel Johnson (212509)　　　　　**Address** 1484 Paul Malliard  Luling, LA 70070

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberly Johnson (212511)　　　　　**Address** 1484 Paul Malliard  Luling, LA 70070

**Defendants**
　　　　Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff** Betty Adams (212718)          **Address** 1026 E. 6tH St.  Bogalusa, LA 70427

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Tazya Bailey (212723)          **Address** P.O. Box 1576  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Edna Barbarin (212726)          **Address** 2901 Maryland Dr  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Kizzy Batiste (212732)          **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Robert Benitez (212736)          **Address** 3600 Houma Blvd  Metairie, LA 70006

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Ernest Bradley (212750)          **Address** 1825 Marigny St.  New Orleans, LA 70116

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Joseph Breaux (212759)          **Address** 935 Loiusa St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Mattie Breaux (212760)          **Address** 935 Louisa St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.