## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

1795

**Plaintiff** Jessica Jackson, as Next Friend of D.B, a minor (212771)   **Address** 007 Collins St.  Vacherie, LA 70090

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jelettea Celestine (212790)   **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Junita Savage, as Next Friend of J.C, a minor (212791)   **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Leonard Celestine (212793)   **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Leonard Celestine (212794)   **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Juanita Savage, as Next Friend of S.C, a minor (212795)   **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tiffany Celestine (212796)   **Address** 1816 Paul Fredrick  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.

---

PLAINTIFF'S
EXHIBIT
**28**

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Reginald Dewey (212839)                          **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Raymond Fiffie (212868)                          **Address** Collins St.  Vacherie, LA 70090

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Lloyd Griffin (212891)                           **Address** 1490 Paul Mallard Road  Luling, LA 70070

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Jessica Jackson, as Next Friend of D.J,           **Address** 077 Collins St.  Vacherie, LA 70090
              a minor (212932)

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Jessica Jackson (212936)                          **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Josephine Johnson (212948)                        **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Mark Johnson (212950)                             **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Patrick Johnson (212952)                          **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
   Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Ron Johnson (212954)                    **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Latoya Julien (212966)                  **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Lyndell Julien (212967)                 **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Patrick Julien (212968)                 **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Rasheda Julien (212969)                 **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Sharon Julien (212970)                  **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Labarrin Lewis (213018)                 **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Seritha Mitchell, as Next Friend of J.M,   **Address** 007 Collins St.  Edgard, LA 70049
               a minor (213061)

**Defendants**
     Gulf Stream Coach, Inc.

**Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,**
Original Civil Action No.  10-2231

**Plaintiff**  Janet Mitchell (213063)                    **Address**  007 Collins St.  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Seritha Mitchell, as Next Friend of K.      **Address**  007 Collins St.  Edgard, LA 70049
        M, a minor (213064)

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Seritha Mitchell (213067)                   **Address**  007 Collins St.  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Junita Savage (213174)                      **Address**  1816 Paul Mallad  Boutte, LA 70039

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Erica Stipe (213203)                        **Address**  319 Post St.  Killona, LA 70060

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Joseph Stockman (213204)                    **Address**  266 West 1st St.  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Valerie Torregano (213228)                  **Address**  120 Amp Circle  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Gregory Wilfred (213283)                    **Address**  P.O.Box 641638  Kenner, LA 70064

**Defendants**
        Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff** Erica Stipe, as Next Friend of K.W, a minor (213288)   **Address** 319 Post St.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Erica Stipe, as Next Friend of K.W, a minor (213289)   **Address** 319 Post St.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Erica Stipe, as Next Friend of K.W, a minor (213293)   **Address** 319 Post St., Lot 1  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Dexter Young (213297)   **Address** 262 West 1st St.  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Mark Young (213300)   **Address** P.O. Box 1376  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sharon Young (213304)   **Address** Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Quiana Martin (213553)   **Address** St. Tammany Mobile Home  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Carey Martin (213554)   **Address** St. Tammany Mobile Home  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Carey Martin, as Next Friend of K.M, a minor (213555)    **Address**  St. Tammany Mobile Home  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Carey Martin, as Next Friend of C.M, a minor (213556)    **Address**  St. Tammany Mobile Home  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Jared Harrison (213557)    **Address**  St. Tammany Mobile Home  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Dominique Acker (213634)    **Address**  1710 Admiral Nelson Drive  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Rhonda Woods (213722)    **Address**  803 Schlay Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Farrell Pichon (213723)    **Address**  803 Schlay Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Farrell Pichon, as Next Friend of A.P, a minor (213724)    **Address**  803 Schlay Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Johnny Moll (214167)    **Address**  120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Ronika Lloyd (214284)                          **Address**   Kenner, LA 70064

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  James Lumar (214293)                          **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Allen Johnson (214307)                          **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Lillie Johnson (214310)                          **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Raymond Kinkaid (214332)                          **Address**  647 Solomon Dr.  Covington, LA 70433

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Kinkaid (214333)                          **Address**  647 Solomon Dr.  Covington, LA 70433

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Anna Hudson (214374)                          **Address**  2323 Jackson Ave  New Orleans, LA 70113

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Delilah Hudson (214375)                          **Address**  2323 Jackson Ave  New Orleans, LA 70113

**Defendants**
       Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Joe Hudson (214376)                    **Address** 5845 Cadillac St.  New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Kathy Hudson (214377)                    **Address** 2323 Jackson Ave  New Orleans, LA 70113

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Rosana Hudson (214378)                    **Address** 2323 Jackson Ave  New Orleans, LA 70113

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Yvonne Hudson (214379)                    **Address** 2323 Jackson Ave  New Orleans, LA 70113

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Ashante Isaac (214400)                    **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Dionne Jackson, as Next Friend of D.J,    **Address** 1028 Melopomene St.  New Orleans, LA 70130
               a minor (214403)

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Dionne Jackson (214404)                    **Address** 1028 Melopomene St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Dionne Jackson, as Next Friend of J.J, a    **Address** 1028 Melopomene St.  New Orleans, LA 70130
               minor (214405)

**Defendants**
    Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Dionne Jackson, as Next Friend of K.J,   **Address**  1028 Melopomene St.  New Orleans, LA 70130
a minor (214406)

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Dionne Jackson, as Next Friend of L.J,   **Address**  1028 Melopomene St.  New Orleans, LA 70130
a minor (214407)

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Earnest Herbert (214457)   **Address**  1816 Lowerline St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Edward Herbert (214458)   **Address**  1816 Lowerline St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Tyrone Hebert (214459)   **Address**  1816 Lowerline St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Tevince Gordon (214498)   **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Ashante Isaac, as Next Friend of T.G, a   **Address**  077 Collins St.  Vacherie, LA 70090
minor (214499)

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Ashante Isaac, as Next Friend of T.G, a   **Address**  077 Collins St.  Vacherie, LA 70090
minor (214500)

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff** Shelita Griffith, as Next Friend of D.G, a minor (214508)      **Address** 934 Melpomene St.  New Orleans, LA 70130

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Darrlyn Griffith (214509)      **Address** 934 Melpomene St.  New Orleans, LA 70130

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jocelyn Griffith (214510)      **Address** 934 Melpomene St.  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Shelita Griffith (214511)      **Address** 934 Melpomene St.  New Orleans, LA 70130

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Gwen Fleming, as Next Friend of B.F, a minor (214561)      **Address** 1320 Admiral Nelson Drive  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Elmer Fleming (214562)      **Address** 1320 Admiral Nelson Dr.  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Gwen Fleming (214563)      **Address** 1320 Admiral Nelson Dr.  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Bernice Colin (214655)      **Address** 909 Odeon St.  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Cheryl Colin (214657)                  **Address**  909 Odeon St.  New Orleans, LA 70131

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Ronald Colin (214658)                  **Address**  909 Odeon St.  New Orleans, LA 70131

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Dakota Cowden (214678)                **Address**  10001 Lake Forest Blvd  New Orleans, LA 70126

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Parents of Gabriel Cowden , as Next     **Address**  10001 Lake Forest Blvd  New Orleans, LA 70126
         Friend of G.C, a minor (214680)

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  James Cowden (214681)                 **Address**  10001 Lake Forest Blvd  New Orleans, LA 70126

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Marie Cowden (214682)                 **Address**  10001 Lake Forest Blvd  New Orleans, LA 70126

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Serina Cowden (214683)                **Address**  10001 LakeForest Blvd  New Orleans, LA 70126

**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Keisha Banks, as Next Friend of J.B, a  **Address**  3218 Pauger St.  New Orleans, LA 70119
         minor (214701)

**Defendants**
         Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Ether Banks (214756)                   **Address**  3128 Pauger St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Keisha Banks (214757)                  **Address**  3218 Pauger St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Keisha Banks, as Next Friend of K.B, a   **Address**  3218 Pauger St.  New Orleans, LA 70119
minor (214758)

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Keisha Banks, as Next Friend of K.B, a   **Address**  3218 Pauger St.  New Orleans, LA 70119
minor (214759)

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Milton Banks (214760)                  **Address**  3218 Pauger St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Victor Batiste (214769)                **Address**  334 Central Ave  Edgard, LA 70049

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Nolan Black (214782)                   **Address**  1581 Iberville St.  New Orleans, LA 70112

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Lonnie Borne (214791)                  **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
    Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Kathy Brock, as Next Friend of K.B, a        **Address**  1404 St.Louis St.  New Orleans, LA 70112
minor (214805)

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Kathy Brock (214806)              **Address**  1404 St.Louis St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Bobby Calloway (214839)           **Address**  1301 Simon Bolivar # 114  New Orleans, LA
70115

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Odile Charles (214862)            **Address**  1301 Simon Bolivar # 114  New Orleans, LA
70115

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Shantell Pablo (214898)           **Address**  334 Central Ave  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Victor Pablo (214899)             **Address**  344 Central Ave  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Victoria Pablo (214900)           **Address**  334 Central Ave  Edgard, LA 70049

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Vincent Pierre (214937)           **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Robin Raymond (214967)                **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Theron Roussell (215009)               **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Tia Roussell (215010)                  **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Lisa Roussell (215011)                 **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Raven Shepherd, as Next Friend of A.S,  **Address**  077 Collins St.  Vacherie, LA 70090
               a minor (215039)

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Anthony Shepherd (215040)              **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Ashley Shepherd (215041)               **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Keith Shepherd (215044)                **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff** Kentrell Shepherd (215045)                **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Owanda Shepherd, as Next Friend of L.S, a minor (215046)                **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Shepherd (215048)                **Address** 077 Collins St.   Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Owanda Shepherd, as Next Friend of M.S, a minor (215050)                **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Owanda Shepherd (215052)                **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Raven Shepherd (215053)                **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Raven Shepherd, as Next Friend of R.S, a minor (215054)                **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Rekeita Shepherd (215055)                **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
     Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Roderick Shepherd (215056)          **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Ron Shepherd (215057)          **Address** 077 Collins St.  Vacherie, LA 70096

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Sherrie Shepherd (215059)          **Address** 077 Collins St.  Vacherie, LA 70090

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Donna Washington (215247)          **Address** 077 Collins St.  Vacherie, LA 70092

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Tammy Williams (215250)          **Address** 077 Collins St.  Vacherie, LA 70049

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Tayza Bailey, as Next Friend of M.Y, a minor (215304)          **Address** 077 Collins St.  Vacherie, LA 70049

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Angela Bell (215412)          **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Betty Bell (215413)          **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
       Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff** Calvin Bell (215414)                    **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Casey Bell (215415)                     **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Dewitt Bell (215416)                    **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Erica Bell (215417)                     **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Gloria Bell (215418)                    **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Jamal Bell (215419)                     **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Kim Bell (215423)                       **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff** Louis Bell (215424)                     **Address** 2035 Marigny St.  New Orleans, LA 70116

**Defendants**
     Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Nyra Bell (215426)                    **Address**  2035 Marigny St.  New Orleans, LA 70116

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Rashad Bell (215427)                  **Address**  2035 Marigny St.  New Orleans, LA 70116

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Yashica Bell (215428)                 **Address**  2035 Marigny St.  New Orleans, LA 70116

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Zeph Bell (215429)                    **Address**  2035 Marigny St.  New Orleans, LA 70116

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberly Young, as Next Friend of L.   **Address**  118 B Kahn St.  Raceland, LA 70394
               B, a minor (215438)

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Leroy Booth (215439)                  **Address**  118 B Kahn St.  Raceland, LA 70394

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Amy Cooper (215530)                   **Address**  931 Louisa St.  New Orleans, LA 70119

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Angela Cooper (215531)                **Address**  931 Louisa St.  New Orleans, LA 70119

**Defendants**
       Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff** Bobby Cooper (215532)          **Address** 931 Louisa St.  New Orleasn, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** James Cooper (215533)          **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Joseph Cooper (215534)          **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Marie Cooper (215535)          **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Mya Cooper (215536)          **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Nancy Cooper (215537)          **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Nyra Cooper (215538)          **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Rashad Cooper (215539)          **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Regina Cooper (215540)                    **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Shirley Cooper (215541)                    **Address** 931 Louisa St.  New Orleans, LA 70119

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Bernice Greenidge (215629)                 **Address** 8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Calvin Greenidge (215630)                  **Address** 8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Cheryl Greenidge (215631)                  **Address** 8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Irma Greenidge (215632)                    **Address** 8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Joe Greenidge (215633)                     **Address** 8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Pearly Greenidge (215634)                  **Address** 8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Robert Greenidge (215635)                    **Address**  8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Rosie Greenidge (215636)                    **Address**  8731 Pear St.  New Orleans, LA 70112

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Demoine Gros (215639)                    **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Andrinika Lewis (215746)                    **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Michael Lewis (215747)                    **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Trudy Lewis, as Next Friend of M.L., a          **Address**  120 Amp Circle  Edgard, LA 70049
           minor (215748)

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Romona Lewis, as Next Friend of M.L,          **Address**  077 Collins St.  Vacherie, LA 70090
           a minor (215749)

**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Romona Lewis (215750)                    **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Thristian Lewis (215751)          **Address**  077 Collins St.  Vacherie, LA 70090

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberly Young, as Next Friend of C.          **Address**  J.B. Green St.  Des Allemands, LA 70030
S, a minor (215990)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary Stovall (216003)          **Address**  4800 Washington Ave  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Willie Stoval (216004)          **Address**  4800 Washington Ave  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Sumlin, as Next Friend of D.S, a          **Address**  J.B. Green St.  Des Allemands, LA 70030
minor (216016)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Sumlin (216017)          **Address**  J.B. Green St.  Des Allemands, LA 70030

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Lester Vaultz, as Next Friend of I.V, a          **Address**  2794 H St.  Slidell, LA 70458
minor (216055)

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Lester Vaultz (216056)          **Address**  2794 H St.  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff** Kimberly Young, as Next Friend of A.      **Address** J.B. Green St.  Des Allemands, LA 70030
Y, a minor (216109)

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Betty Young (216111)      **Address** 118 B Khan St.  Raceland, LA 70394

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Dottie Young (216112)      **Address** 136 James Lane  Des Allemands, LA 70031

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Jennie Young (216115)      **Address** J.B. Green St.  Des Allemands, LA 70030

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Jennie Young, as Next Friend of K.Y, a      **Address** J.B. Green St.  Des Allemands, LA 70030
minor (216117)

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Jennie Young, as Next Friend of K.Y, a      **Address** J.B. Green St.  Des Allemands, LA 70030
minor (216118)

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Kimberly Young (216119)      **Address** J.B. Green St.  Des Allemands, LA 70030

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Kimberly Young (216120)      **Address** 118 B Kahn St.  Raceland, LA 70394

**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff** Kimberly Young, as Next Friend of K. Y, a minor (216121)   **Address** 118 B Kahn St.  Raceland, LA 70394

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Nolan Young (216122)   **Address** 118 B Kahn St.  Raceland, LA 70394

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Nolan Young (216123)   **Address** 118 B Khan St.  Raceland, LA 70394

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Vick Dickens (216456)   **Address** St Taminay Trailer Park 28A  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Keisha Donblack (216464)   **Address** 4010 Baroni Dr.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Brandy Jackson (216606)   **Address** 2136 Piety St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Brandy Jackson, as Next Friend of B.J, a minor (216607)   **Address** 2136 Piety St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Brandy Jackson, as Next Friend of B.J, a minor (216608)   **Address** 2136 Piety St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Kevin Jackson (216609)                    **Address** 2136 Piety St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  David Jackson, as Next Friend of D.J, a         **Address** 2136 Piety St.  New Orleans, LA 70119
    minor (216610)

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  David Jackson (216611)                    **Address** 2136 Piety St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Marie Jackson (216612)                    **Address** 2136 Piety St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Josefea Manuel (216702)                   **Address** 1605 Buccola Dr.  Marrero, LA 70072

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Claudette Morris (220327)                 **Address** 119 Old Superior Ave  New Orleans, LA 70427

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Andriana Watson (220491)                  **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Anna Watson (220492)                      **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Anna Mae Watson (220493)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Brittany Watson (220494)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Chris Watson (220495)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Donald Watson (220496)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Eddie Watson (220497)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Edna Watson (220498)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Eugene Watson (220499)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Flora Watson (220500)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
     Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Frankie Watson (220501)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Gloria Watson (220502)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Jacob Watson (220503)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Jamal Watson (220504)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Leroy Watson (220505)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Mattie Watson (220506)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Merline Watson (220507)          **Address** 950 Josephine St.  New Orleans, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Remy Watson (220508)          **Address** 950 Josephine St.  New Orleasn, LA 70130

**Defendants**
    Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2231

**Plaintiff**  Velma Watson (220510)                    **Address**  950 Josephine St.  New Orleans, LA 70130


**Defendants**
        Gulf Stream Coach, Inc.


**Plaintiff**  Willie  Lewis (221603)                    **Address**  41024 Hwy 190 East  Slidell, LA 70461


**Defendants**
        Gulf Stream Coach, Inc.