## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

1796

**Plaintiff** Lakesha Robinson (221863) **Address** P.O. Box 1494 Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Lindsay Landor (222108) **Address** 28113 Bell Park

28113 Bell Park Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Lindsay Landor, as Next Friend of A.L, a minor (222109) **Address** 28113 Bell Park Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Linday Landor, as Next Friend of J.L, a minor (222110) **Address** 28113 Bell Park Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Justin McGhee (222413) **Address** 28224 Sherily Sweet Shop Road Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Thomas Palmer (222558) **Address** 28344 Bell Park Rd Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Ruben Taylor (222600) **Address** 59308 Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

PLAINTIFF'S EXHIBIT
**29**

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** George William (222610)     **Address** 36470 Shady Ln. Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Lisa Anderson (222624)     **Address** Manderville, LA 70448

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Emanuel Docks (222721)     **Address** St. Roch Park New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Eric Doucet (222725)     **Address** St. Roch Park New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Chris Evans (222733)     **Address** 161 Carr Drive Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Shenelle Jenkins (222810)     **Address** 38147 North Third Avenue Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Janet Johnson (222815)     **Address** Mandeville, LA 70448

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Janet Johnson, as Next Friend of J.J, a minor (222816)     **Address** Mandeville, LA 70448

**Defendants**
Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Cynthia Marshall (222890)     **Address** St. Roch Park  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Cynthia Marshall, as Next Friend of J. M, a minor (222891)     **Address** St. Roch Park  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Mykiara Marshall (222892)     **Address** St. Roch Park  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Melanie Nelson (222913)     **Address** Hammond , LA 70403

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Dominique Williams (223073)     **Address** St. Roch Park  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Arnold Jones (223831)     **Address** 2427 Feliciana St  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Roosevelt Lafayette (223876)     **Address** 1550 Canal Rd. Lot # 17  New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Curtis Lewis (223904)     **Address** 2427 Feliciana St  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Quinetta Magee, as Next Friend of C. M, a minor (223935)    **Address** 2427 Feliciana St  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Quinetta Magee, as Next Friend of C. M, a minor (223936)    **Address** 2427 Feliciana St  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Quinetta Magee, as Next Friend of I.M, a minor (223938)    **Address** 2427 Feliciana St  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Quinetta Magee (223942)    **Address** 2427 Feliciana St  New Orleans, LA 70117

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Kirk Lewis (224396)    **Address** 3719 Cadillac  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Herman Stevens (224397)    **Address** 3719 Cadilac St  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Numa Leboues (224653)    **Address** 2021 N. River Park  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Toria McDaniel (224810)    **Address** 4821 Shindler Drive  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Toria McDaniel, as Next Friend of K. M, a minor (224811)    **Address** 4821 Shindler Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Toria McDaniel, as Next Friend of D.C, a minor (224812)    **Address** 4821 Shindler Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Toria McDaniel, as Next Friend of L.C, a minor (224813)    **Address** 4821 Shindler Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Toria McDaniel, as Next Friend of D. M, a minor (224814)    **Address** 4821 Shinder Drive  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Herbert Ravy (224875)    **Address** 4500 Lane Avenue  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Rose Allen, as Next Friend of W.A, a minor (225742)    **Address** 3677 Metal Dale Dr.  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Dexter Calvey (225895)    **Address** 120 Ampst  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sameka Crawford (225978)    **Address** 2830 Myrtle Grove  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff** Wayne Johnson (226362)    **Address** 120 A.M P. Circle St.  Edgard , LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Laura Kindrick (226403)    **Address** A. M. P. Circle St.  Edgard , LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sameka Crawford, as Next Friend of J. L, a minor (226480)    **Address** 2830 Myrtle Grove  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sonya Maas, as Representative of the Estate of Henry Maas, deceased (226498)    **Address** 3025 Munster  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Miranda Maas (226499)    **Address** 3025 Munster  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Domonique Navarre (226647)    **Address** 1204 Dovernillie court  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Vonree Navarre (226648)    **Address** 1204 Doveville Cort  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Yahshikar Parlow (226688)    **Address** 3722 Louisa St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Domonique Navarre, as Next Friend of A.T, a minor (226963)  **Address** 1204 Doverville Court  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Dominque Navarre, as Next Friend of Z.T, a minor (226967)  **Address** 1204 Dovernillie court  Slidell, LA 70461

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Brandy Schenek, as Next Friend of F.T, a minor (226968)  **Address** 66231 Chris Kennedy Rd.  Pearl River, LA 70452

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Lyndell Williams (227055)  **Address** 12855 Hwy. 15  Braithwaite, LA 70040

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Kaylee Evans (229682)  **Address** 2021 N River Park  Violet, LA 70092

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Kristin Williams (231722)  **Address** 7576 Stonewood  New Orleans, LA 70128

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Robert Becnel (233241)  **Address** 2505 LLOYDS AVENUE  CHALMETTE , LA 70043

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Delisha Lee, as Next Friend of D.C, a minor (233262)  **Address** 1915 Third St.  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Henry Harris (233266)     **Address** 9423 Fig Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Charles Smith (233291)     **Address** 317 Clay St.  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Laura Watson (233294)     **Address** 9423 Fig Street  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Neitia White, as Next Friend of B.W, a minor (233295)     **Address** Old Gentilly Rd  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Leo Williams (233298)     **Address** 3429 Cambronne St  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Lorraine James (233788)     **Address** 640 Clay St.  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Lafayette Brown (234509)     **Address** 2721 August St  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Shannon Brown (234510)     **Address** 1216 31st St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Schoen Favorite (234512)　　**Address** 2723 Augusta St   Kenner, LA 70062

**Defendants**
　　Gulf Stream Coach, Inc.

**Plaintiff** Melvin Smith (234522)　　**Address** 200 Deckbar Ave.  Jefferson , LA 70121

**Defendants**
　　Gulf Stream Coach, Inc.

**Plaintiff** Miochi Sumling, as Next Friend of C.S, a minor (237235)　　**Address** 1002 Silver Lilly Lane  Marrero, LA 70072

**Defendants**
　　Gulf Stream Coach, Inc.

**Plaintiff** Miochi Sumling, as Next Friend of T.G, a minor (237236)　　**Address** 1002 Silver Lilly Lane  Marrero, LA 70072

**Defendants**
　　Gulf Stream Coach, Inc.

**Plaintiff** George Williams (237283)　　**Address** 36070 Shady Lane  Slidell, LA 70460

**Defendants**
　　Gulf Stream Coach, Inc.

**Plaintiff** Vernetra Pratt (237297)　　**Address** 1911 Wellington lane  Sidell, LA 70461

**Defendants**
　　Gulf Stream Coach, Inc.

**Plaintiff** Vernetra Pratt, as Next Friend of J.P, a minor (237298)　　**Address** 1911 Wellington Lane  Slidell, LA 70461

**Defendants**
　　Gulf Stream Coach, Inc.

**Plaintiff** Joseph Huber (237560)　　**Address** 2622 Jackson Blvd  Chalmette, LA 70043

**Defendants**
　　Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Odell Perkins, as Next Friend of L.M, a minor (237671)  **Address** 2723 Augusta St  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Vernetra Pratt, as Next Friend of J.W, a minor (237773)  **Address** 1911 Wellington Lane  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Kristin Williams, as Next Friend of C.W, a minor (237914)  **Address** 7576 Stonewood  New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Kristin Williams, as Next Friend of M.W, a minor (237922)  **Address** 7576 Stonewood  New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sierra Mitchell, as Next Friend of D.M, a minor (237927)  **Address** 2161 Rue Racine  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sierra Mitchell (237928)  **Address** 2161 Rue Racine  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sierra Mitchell, as Next Friend of D.M, a minor (237929)  **Address** 2161 Rue Racine  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Demetrious Lewis (237930)  **Address** 2161 Rue Racine  Marerro, LA 70092

**Defendants**
Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Carolyn Dyson (238224)  **Address** 22791 Simmie Brumfield Rd  Mt. Hermon, LA 70450

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** James Vernon (238255)  **Address** 22791 Simmie Brumfield Rd  Mount Hermon, LA 70450

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Jawanna Bethley, as Next Friend of A.B, a minor (238623)  **Address** 204 Warrington Dr  New orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Dionne Weaver (238624)  **Address** 246 Marmandie Ave  River Ridge, LA 70123

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Gertrude Doucette (238766)  **Address** 32140 Bayou Paquet Rd  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Ly Dao, as Next Friend of K.D, a minor (238916)  **Address** 1400 Dwyer Blvd., LOT D4  New Orleans, LA 70129

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Elliott Cheneau (238922)  **Address** 2925 Clovet St.  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Shannon Dugas (238928)  **Address** 14175 Hwy 190W  Hammound, LA 70401

**Defendants**
Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Sondra Freels (238968) **Address** UNO Maestir Ball Field, Lot C09 (Franklin Ave & Press Dr)  New Orleans, LA 70126

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Robyn Williams, as Next Friend of I.D, a minor (238976) **Address** 14175 Hwy 190W  Hammound, LA 70401

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Lisa Knox (239031) **Address** 29 E. Airline Hwy  Kenner, LA 70062

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Allison Ellendor (239137) **Address** 34082 Longleaf Lane  Slidell, LA 70460

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Beatrice Ducre, as Next Friend of L.K, a minor (239176) **Address** 27053 Barringer Road  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Beatrice Ducre (239196) **Address** 27053 Barringer  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Bradley Newman (239233) **Address** 23508 St Marie Dr  New Orleans , LA 70119

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Eric Kelly (239269) **Address** 27053 Barringer Road  Lacombe, LA 70445

**Defendants**
  Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

| | | | |
|---|---|---|---|
| **Plaintiff** | Stacey Campora (239298) | **Address** | 209 Coney Drive  Arabi, LA 70032 |

**Defendants**
  Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Christian Bailey, as Next Friend of S.S, a minor (239301) | **Address** | 2121 Allomum Phrey  Violet, LA 70092 |

**Defendants**
  Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Steven Pierce, as Next Friend of R.M, a minor (239344) | **Address** | 18325 Miller Lane #48  Hammond , LA 70404 |

**Defendants**
  Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Flora Shaw (239395) | **Address** | 1711 Rousselin Drive  New Orleans, LA 70119 |

**Defendants**
  Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Victor Doucette (239402) | **Address** | 32140 Bayou Paquet Road   Slidell , LA 70460 |

**Defendants**
  Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Betty Allen (239455) | **Address** | 1720 Ursy Lines Avenue  New Orleans, LA 70116 |

**Defendants**
  Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Nolan Hills (239460) | **Address** | #4 Victorian Court  Violet, LA 70092 |

**Defendants**
  Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Leslie Green (239483) | **Address** | 209 P Cir.  Edgard, LA 70049 |

**Defendants**
  Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Walter Ricks (239510)  **Address**  700 Jackson Street  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Broderika Parker (239521)  **Address**  Judge Perez DriveLot C-35  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Leslie Green, as Next Friend of M.D, a minor (239530)  **Address**  209 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Leslie Green, as Next Friend of L.G, a minor (239532)  **Address**  209 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Brodenka Parker, as Next Friend of K. P, a minor (239542)  **Address**  Judge Perez C 35  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Perry Bailey (239544)  **Address**  2121 Allomumphrey  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.