## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2233

1797

**Plaintiff** Lanell Parker (239653) **Address** Judge Perez C-35  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Broderika Parker, as Next Friend of V. P, a minor (239660) **Address** Judge Perez Dr. Lot C-35  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Christian Bailey (239701) **Address** 2121 Alomumphrey   Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Angela Vaughn, as Next Friend of A.V, a minor (239784) **Address** 1606 Poland Ave.  New Orleans , LA 70117

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Angela Vaughn, as Next Friend of J.V, a minor (239789) **Address** 1606 Poland Ave.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Angela Vaughn (239790) **Address** 1606 Poland Ave  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Juan Vaughn (239792) **Address** 1606 Poland Ave.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.

PLAINTIFF'S EXHIBIT
**30**

## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2233

**Plaintiff** Alvin Johnson (239818)     **Address** 2561 Woodmere Blvd. Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Keith Dowling (239889)     **Address** 111 Dillon Dr Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Lance Washington (239937)     **Address** 2765 Harris ST Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Lauren Washington (239939)     **Address** 2765 Harris St Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Mary Troullier (240182)     **Address** 35528 Laurent Rd Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Theresa Batiste (240284)     **Address** 23251 Shirley Sweet Shop Rd Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Brazile (240295)     **Address** 14210 S. Johnson Street New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Brooke Morrison (240297)     **Address** 112 Maple Street West Wego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Bree Morrison (240298)  **Address** 112 Maple Street  West Wego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Trina Morrison (240299)  **Address** 112 Maple Court  West Wego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Helen Green (240303)  **Address** 1328 St. Denis Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Gena James (240304)  **Address** 1328 St. Denis Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Britney Bunch (241714)  **Address** 112 Maple Ct  Westwego, LA 70094

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Vendora  Thomas (241720)  **Address** 14210 S Johnson St  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Nina  Thomas  (241721)  **Address** 4210 S. Johnson St  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Tamaya Steen (241997)  **Address** 121 Marilyn Drive  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2233

**Plaintiff** Blanche Martin (242030) **Address** 802 Adair St. Mandeville, LA 70448

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Sandra Wiley (242034) **Address** 121 Marilyn Dr. Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Wayne Brunious (242037) **Address** 2431 New Orleans Street New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Tracey Carrier (242789) **Address** 3711 Power Blvd Metairie, LA 70003

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** David Garrett (242798) **Address** 3000 Maryland Avenue Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Gloria Brown (242964) **Address** 209 Providence Street Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Venessa Parker (242988) **Address** 2417 Governor Nicholls Street New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Gloria Ross, as Next Friend of R.L, a minor (243766) **Address** 200-D-2 Aburn Place Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff** Gloria Ross (243792) **Address** 200-02 Aburn Place  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Mervin Wiltz (244608) **Address** 3730 Virgil Blvd  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Stephanie  Martin, as Next Friend of C. M, a minor (245097) **Address** 61209 Honey Bee Rd   Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Irma Casnave (245132) **Address** 28016 Napoleon Rd  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Sarah Green (245154) **Address** 28231 Shirley Sweetshop Rd  Lacombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Jayme Carter (245165) **Address** 3631 Forest Pk Lane  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Larry Carrier (245554) **Address** 3711 Power Blvd.  Metairie, LA 70003

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Larry Beauchamp (245558) **Address** 3711 Power Blvd  Metairie, LA 70003

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff** Louis Rancifer (245800)     **Address** 7133 Chelt Hwy. Lot #3  New Orleans , LA 70125

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Shawn Avist (246003)     **Address** 8804 Harrington St.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Justin Beardon (246015)     **Address** 7640 Trapier   New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Natisha Beardon (246016)     **Address** 7640 Trapier  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Bianka Beardon (246034)     **Address** 7640 Trapier Ave.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Florestine Hawkins (246039)     **Address** 6400 Press Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Quintrell Miller (246822)     **Address** 746 Market St.  New Orleans, LA 70130

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Quintrell Miller, as Next Friend of Q. M, a minor (247330)     **Address** 746 Market Street  New Orleans, LA 70130

**Defendants**
Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff** Isaac Roberts (247388)  
**Address** Port of New Orleans Trailer Park   New Orleans , LA 70128

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** James Myers, as Next Friend of J.M, a minor (247502)  
**Address** 2907 General Pershing  New Orleans, LA 70125

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Brandon Hunter (247599)  
**Address** 4926 Schindles Dr  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Florence Briggs (247938)  
**Address** 4110 West Louisianna State Dr.  Kenner , LA 70065

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Monte Briggs (247951)  
**Address** 4110 West Louisianna State Dr.  Kenner , LA 70065

**Defendants**
Gulf Stream Coach, Inc.