## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

1798

| | | | |
|---|---|---|---|
| **Plaintiff** | Columbus Stewart (248916) | **Address** | 1444 Lincoln Ave.  Marrero, LA 70072 |
| **Defendants** | Gulf Stream Coach, Inc. | | |
| **Plaintiff** | Francios Robinchaux, as Next Friend of P.R, a minor (248978) | **Address** | 7073 W. Tamaron  New Orleans, LA 70128 |
| **Defendants** | Gulf Stream Coach, Inc. | | |
| **Plaintiff** | Gloria Ross, as Next Friend of K.L, a minor (249515) | **Address** | 200-02 Auburn Place  Kenner, LA 70065 |
| **Defendants** | Gulf Stream Coach, Inc. | | |
| **Plaintiff** | Gloria Ross, as Next Friend of R.L, a minor (249918) | **Address** | 200-02 Auburn Place  Kenner, LA 70065 |
| **Defendants** | Gulf Stream Coach, Inc. | | |
| **Plaintiff** | Jehn Wells (250040) | **Address** | 3015 Albany  Kenner, LA 70065 |
| **Defendants** | Gulf Stream Coach, Inc. | | |
| **Plaintiff** | Angela Manduburg (250412) | **Address** | 3631 Forest Park Lane  New Orleans, LA 70131 |
| **Defendants** | Gulf Stream Coach, Inc. | | |
| **Plaintiff** | Kalesha Wells, as Next Friend of K.R, a minor (251180) | **Address** | 3137 Tupelo St.  Kenner, LA 70065 |
| **Defendants** | Gulf Stream Coach, Inc. | | |

PLAINTIFF'S EXHIBIT 31

## Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 10-2234

**Plaintiff** Kalesha Wells (251331) **Address** 3137 Tupelo St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Kalesha Wells, as Representative of the Estate of Odell Wells, deceased (251332) **Address** 3137 Tupelo St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Sanders (200591) **Address** 7500 Chef Menteur Hwy  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jacqueline Miller (201029) **Address** 6027 Chef Menteur Hwy  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Helen Howell (210754) **Address** 16614 Hwy.  Desallmends, LA 70030

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jacqueline Bouie, as Representative of the Estate of Johnathan Bouie, deceased (210758) **Address** 9018 Dixon St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Calotta Greene, as Next Friend of T.G, a minor (210787) **Address** 489 Killona Dr.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Calotta Greene, as Next Friend of S.G, a minor (210788) **Address** 412 B Adams St.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

## Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 10-2234

**Plaintiff** Calotta Greene, as Next Friend of A.B, a minor (210789)   **Address** 412 B Adams St. Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Eddie Crawford, as Representative of the Estate of Tommie Crawford, deceased (212825)   **Address** 2739 Lincoln Ave. Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tayza Bailey, as Next Friend of M.B, a minor (214752)   **Address** 007 Collins St. Vacherie, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Dorothy Simoneaux, as Next Friend of C.S, a minor (215068)   **Address** 6401 Acres Rd. Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Dorothy Simoneaux (215069)   **Address** Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Dorothy Simoneaux, as Next Friend of T.S, a minor (215070)   **Address** 17905 RiverRoad Apt D Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Samuel Lafayette (223877)   **Address** 1550 Canal Street Lot 17, Canal 2 New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Christina Chopin (224545)   **Address** 1540 Canal St Park New Orleans, LA 70112

**Defendants**
Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Cindy Paul (224567)  **Address**  1540 Canal Street Park  New Orleans, LA 70112

**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff**  Scott Lee (224568)  **Address**  1540 Canal St. PK  New Orleans, LA 70112

**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff**  Linda Lee (224767)  **Address**  1540 Canal Street Park  New Orleans, LA 70112

**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff**  Tionna Tennyson, as Next Friend of J. T, a minor (224768)  **Address**  1540 Canal Street  New Orleans, LA 70126

**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff**  Tionna Tennyson, as Next Friend of J. T, a minor (224769)  **Address**  1540 Canal Street  New Orleans, LA 70126

**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff**  Tionna Tennyson, as Next Friend of J. T, a minor (224770)  **Address**  1520 Canal Street  New Orleans, LA 70126

**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff**  Linda Lee, as Representative of the Estate of Leona Lee, deceased (224771)  **Address**  1535 Canal Street Park  New Orleans, LA 70126

**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff**  Lynn Lee, as Next Friend of N.L, a minor (224772)  **Address**  Canal St Park 1533 Canal Street  New Orleans, LA 70126

**Defendants**
 Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Tiffany Paul (224773)  **Address**  Canal Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Linda Lee, as Next Friend of D.C, a minor (224774)  **Address**  1540 Canal Street  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Dianne  Gordon, as Next Friend of D.G, a minor (226185)  **Address**  20017 S. River Park Dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Dianne Gordon, as Next Friend of J.G, a minor (226186)  **Address**  2017 S. River Park Dr.  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Sameka Crawford, as Next Friend of J.L, a minor (226481)  **Address**  2830 Myrtle Grove  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Odell Perkins, as Next Friend of C.M, a minor (231721)  **Address**  2723 Augusta Streeet  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Joseph Wilkerson (233060)  **Address**  43169 S. Airpoint Rd  Hammond, LA 70403

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Tavaria Campbell (233256)  **Address**  2433 St. Paul Court  Violet , LA 70092

**Defendants**
Gulf Stream Coach, Inc.

## Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 10-2234

**Plaintiff** Odell Perkins (234520)     **Address** 2723 Augusta St  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Leah Ellender (237793)     **Address** 34082 Long Leaf Lane  Slidell, LA 70460

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kalesha Wells, as Next Friend of K.R, a minor (251181)     **Address** 3137 Tupelo St.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kenneth Bolden (214787)     **Address** 120 Amp Circle  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Pauletta Graham (233258)     **Address** 613 Clay St.  Kenner, LA 70062

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Clinton Lampton (237878)     **Address** 2108 Mesa Via  Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Jarone Lampton (237870)     **Address** 2108 Mesa Via  Harvey , LA 70058

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Tannika Lewis, as Next Friend of K.L, a minor (237877)     **Address** 2108 Mesa Via  Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.

Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Tannika Lewis (237871)           **Address**  2108 Mosa Via  Harvey , LA 70058

**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Tannika Lewis, as Next Friend of Z.L, a minor (237876)           **Address**  2108 Mesa Via  Harvey, LA 70058

**Defendants**
  Gulf Stream Coach, Inc.