## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

1845

**Plaintiff** Kenneth Hagans, as Next Friend of D. H, a minor (201748)  **Address** 13155 Brickyard Rd.  Independence, LA 70443

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kenneth Hagans, as Next Friend of D. H, a minor (201749)  **Address** 13155 Brickyard Rd.  Independence, LA 70443

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kenneth Hagans, as Next Friend of K. H, a minor (201750)  **Address** 13155 Brickyard Rd.  Independence, LA 70443

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Eric Pierre (210290)  **Address** 1730 Paul Fredrick St.  Boutte, LA 70039

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Shentra Smith (210165)  **Address** 332 Killona Dr.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Shentra Smith, as Next Friend of S.W, a minor (210063)  **Address** 332 Killona Dr.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Patricia Causey, as Next Friend of M.C, a minor (210767)  **Address** 416 Lac Bienville #B Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.

PLAINTIFF'S EXHIBIT
**32**

## Joan Decourcy, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 10-2297

**Plaintiff** Patricia Causey, as Next Friend of L.C, a minor (210768) — **Address** 800 Paul Fredrick   Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Patricia Causey, as Next Friend of L.C, a minor (210769) — **Address** 800 Paul Fredrick   Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Patricia Causey, as Next Friend of P.C, a minor (210770) — **Address** 416 Lac Bienville #B Harvey, LA 70058

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Charles Causey (210771) — **Address** 800 Paul Fredrick   Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Carrie Batiste (212731) — **Address** 186 West 1 St.  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Carrie Batiste, as Next Friend of R.B, a minor (212734) — **Address** 186 West 1st St.  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Thomas Batiste (212735) — **Address** 186 West 1st St.  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Carrie Batiste, as Next Friend of R.T, a minor (213241) — **Address** 186 West 1st St  Edgard, LA 70049

**Defendants**
Gulf Stream Coach, Inc.

## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

| | | | |
|---|---|---|---|
| **Plaintiff** | Rechell Hall (214527) | **Address** | 120 Amp Circle  Edgard, LA 70049 |

**Defendants**
Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Rechell Hall, as Next Friend of C.H, a minor (214529) | **Address** | 120 Amp Circle  Edgard, LA 70049 |

**Defendants**
Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Rechell Hall, as Next Friend of Z.H, a minor (214528) | **Address** | 120 Amp Circle  Edgard, LA 70049 |

**Defendants**
Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Rechell Hall, as Next Friend of D.H, a minor (214526) | **Address** | 120 Amp Circle  Edgard, LA 70049 |

**Defendants**
Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Craig Hall (214525) | **Address** | 120 Amp Circle  Edgard, LA 70049 |

**Defendants**
Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Shannon Octave (215873) | **Address** | 194 Post St.  Killona, LA 70057 |

**Defendants**
Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Shantel Octave (215874) | **Address** | 194 Post St.  Killona, LA 70057 |

**Defendants**
Gulf Stream Coach, Inc.

| | | | |
|---|---|---|---|
| **Plaintiff** | Shantel Octave, as Next Friend of S.O, a minor (215875) | **Address** | 194 Post St.  Killona, LA 70057 |

**Defendants**
Gulf Stream Coach, Inc.

## Joan Decourcy, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 10-2297

**Plaintiff** Shantel Octave, as Next Friend of S.O, a minor (215872)  
**Address** 194 Post St. Killona, LA 70057

**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Zesia Smith (215986)  
**Address** 52 Ridgewood Dr Laplace, LA 70068

**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Ronald Delaney (223289)  
**Address** 1319 S. Genois Apt A New Orleans, LA 70125

**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Johnnie Dominguez, as Representative of the Estate of Rudolf Dominguez, deceased (229633)  
**Address** 4905 S Claiborne Ave New Orleans, LA 70125

**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Delorse Smith (233292)  
**Address** 2417 Highland Drive Violet, LA 70092

**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Nicholas Williams (233299)  
**Address** 8633 Current Rd New Orleans, LA 70126

**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Darrell Woods (233301)  
**Address** 1832 Bienvillen Street Apt B New Orleans, LA 70119

**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Jon Trosclair (239662)  
**Address** 3508 Mumphrey Rd Chalmette, LA 70043

**Defendants**  
Gulf Stream Coach, Inc.