## Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

884

**Plaintiff** Gaysha Sheldon (200480)   **Address** 1700 Groom Rd  Baton Rouge, LA 70714

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

---

**Plaintiff** Pierre LaFrance (201272)   **Address** 7185 Greenwell St. TRLR 70  Baton Rouge, LA 70812

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Kenneth Albus (205754)   **Address** 205 Dorries Street  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

---

**Plaintiff** Tanasha Minor (210460)   **Address** 115 S.LHS.Dr.#8  Lumberton, TX 77657

**Proposed Judicial District** Eastern District of Texas
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Grace Reid (211884)   **Address** 1812 Cherokee Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 33

Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
Original Civil Action No. 09-4716

**Plaintiff**  Charlotte Garcia (214580)       **Address**  3711 Hwy 1036  Holden, LA 70744

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc