Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

885

**Plaintiff**  Nicole Morris (216775)     **Address**  760 North Riveria Cir.  Greenville, MS 38701

**Proposed Judicial District**  Northern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Lee Morris (216776)     **Address**  403 Morris St  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Linh Nguyen (220350)     **Address**  501 E. North Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Dianne Morris (221846)     **Address**  403 Morris St.  Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT
34

Lester Davis, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4717

**Plaintiff** George McClelland (224439)   **Address** Bay Hied Away Camp ground Lot 24  Lawrenceburg, TN 38464

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Patricia McClelland (224440)   **Address** 8360 Lakeshore Rd #24  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Courtney Major (224625)   **Address** 2840 Houston Street  Alexandria, LA 71303

**Proposed Judicial District** Western District of Louisiana
**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Joseph Major (224626)   **Address** 1900 Highland  Alexandria, LA 71303

**Proposed Judicial District** Western District of Louisiana
**Defendants**
- Gulf Stream Coach, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Cassandra Coliver (225068)   **Address** 102 Melody Lane  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

## Lester Davis, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff** John Clark (225929)  **Address** 228 Gyther Fairley  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff** Jeffery Breenn (229456)  **Address** 112 Greenview Dr.  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Wyanasca Coleman (229551)  **Address** Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff** Kameka Galloway (229721)  **Address** 286 New Home Church Rd.  Jayess, MS 39641

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Casie Harris (229779)  **Address** 822 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

## Lester Davis, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4717

**Plaintiff** Lonnie Hale, as Representative of the Estate of Felice O'Conner, deceased (230134)

**Address** 314 Huff Alley  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Robert Odom (230136)

**Address** Trailer Park  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.