## Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

886

**Plaintiff**  Donna Watts (207689)   **Address**  21633 Lawrence Ladner Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff**  Craig Williams, as Next Friend of R.W, a minor (208098)   **Address**  637 Edna St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff**  Chasidey Goldman (209815)   **Address**  Hopper Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff**  Amanda Miles, as Next Friend of L.M, a minor (211973)   **Address**  110 Tuck Rd  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 35

## Dawn Esposito, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-4718

**Plaintiff** Linh Nguyen, as Representative of the Estate of Cuong Ly, deceased (220292)  **Address** 501 E. North Street  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Grace Reid, as Next Friend of D.R, a minor (211885)  **Address** 1812 Cherokee Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Cassandra Collier, as Next Friend of M.H, a minor (225070)  **Address** 102 Melody Lane  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Cssandra Collier, as Next Friend of M.P, a minor (225069)  **Address** 102 Melody Lane  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Michael Poyadou (224069)  **Address** Trailer park next to Bross Anchor Hwy. 90  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

Dawn Esposito, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-4718

**Plaintiff**  Baby Bellanger (222646)     **Address**  1110 James Sudduth Park  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Lakesha Mayon (223957)     **Address**  605 Kinler St.  Opelousas, LA 70570

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.