**Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach,**
Original Civil Action No.  09-4719

887

**Plaintiff**  Eugene Habisreitinger (208078)  **Address**  8045 Maple St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Casey Habisreitinger (208103)  **Address**  8045 Maple St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Charles Gosnell (215615)  **Address**  Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Casey Habisreitinger, as Next Friend of E.H, a minor (208090)  **Address**  8045 Maple St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT
36

Jamie Basco, as Next Friend of E. W., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-4719

**Plaintiff**  Tynia Bellanger (216316)  **Address**  1100 James Suddith Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Patsy Raybon (226766)  **Address**  16 Prather Ln.  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.