## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

1246

**Plaintiff**  Joushua Guidry (209219)   **Address**  6027 1st St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Donna Barnhill (205066)   **Address**  2695 County Rd 1371  Vinmont, AL 35179

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kenneth Barnhill (205067)   **Address**  2695 County Rd. 1371  Vinmont, AL 35179

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sonny Freeman (210064)   **Address**  2402 Taft Ave  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Donette Cuevas (214590)   **Address**  10190 Edwin Ladner  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT 37

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Jeffery Cuevas (214591)  **Address** 10190 Edwin Ladner Rd. Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Alfredo Hurd (216594)  **Address** 403 Morris Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Halcyon Hurd (216595)  **Address** 403 Morris Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Jack Berry (220034)  **Address** 8307 - A Leak St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Anthony Polk (224057)  **Address** 1792 Cheun Trailer Park  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Rose Thompson (224191)  **Address** 402 Olivari St  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Herman Rieux (207715)  **Address** 617 Booker St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Bonny Stewart (224792)  **Address** 6512 Chisholm Drive SW  Summit, MS 39666

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff** Kaci Carver (225905)  **Address** 406 Old Spanish Trail  Waveland , MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Kevin Clark (225926)  **Address** 7331 Mahoney Dr  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Carla Riley (226784)                **Address**  24 Tut Rd  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Karen  Singleton  (230317)          **Address**  502 Easterbook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Kenisha Kelly (223852)              **Address**  6145 Kinvus Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Marcia Barber (202831)              **Address**  6974 Westchester Rd.  Mobile, AL 36619

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Phuoc Tran (222288)                 **Address**  11301 Yellow Jacket Blvd Lot 51  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff** Huey  Phan (230175)     **Address** 4600 Hollier Rd. Airport One CT - 19  Baton Rouge, LA 70807

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Ethel Curry, as Representative of the Estate of Fredrick  Smith , deceased (230329)     **Address** 262 Midway st.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alfredo Hurd, as Next Friend of K.H, a minor (216593)     **Address** 403 Morris Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Harry Bellanger (222647)     **Address** 1100 James Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Hiwanis Adams, as Next Friend of A.A, a minor (200200)     **Address** 25250 Pardue Dr Lot 18  Springfield, LA 70462

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Hiwanis Adams, as Next Friend of M. A, a minor (200207)  **Address** 25250 Pardue Dr Lot 18  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff** Reginald Bellanger (216317)  **Address** 1100 James Suddith Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Brian Davis (202076)  **Address** 3939 Victoria Dr, Lot 31  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff** Gerald Russell (215016)  **Address** 2321 11th St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** China Sheldon (200479)  **Address** 1700 Groom Rd, #F25  Baton Rouge, LA 70704

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Travion Tanner (200306)   **Address** 9681 Hwy 449  Greensburg, LA 70441

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Marvin Tanner, as Next Friend of T.T, a minor (200307)   **Address** 9681 Hwy 449  Greensburg, LA 70441

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Letlanva Hawkins, as Next Friend of V.T, a minor (200323)   **Address** 25250 Pardue Road, Lot 17  Springfield, LA 70462

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Vicky Thomas, as Next Friend of J.T, a minor (200345)   **Address** 25250 Pardue Rd. Lot 1-G (West Street) Springfield, LA 70462

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff** Baby Bellanger, as Next Friend of J.T, a minor (223051)   **Address** 1100 James Suddith Parkway  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7075

**Plaintiff**  Carolyn Roberson, as Next Friend of T. T, a minor (205460)  **Address**  7185 Greenwell Street  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jama Williams, as Next Friend of M.W, a minor (238670)  **Address**  Oak Place Tralier Park   Gonzales, LA 70737

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Felton Bernard (224420)  **Address**  350 Grayson Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Marlana Carattini, as Next Friend of J. C, a minor (229518)  **Address**  3414 Nathan Hale   Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Mary McNamara (226586)  **Address**  2702 14th St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Levon Free (205874)  **Address** Ingalls Avenue  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Ross Barrington (225785)  **Address** P.O. Box 178  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff** Samekia Martin (226543)  **Address** 2312 Heritage Drive  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Darrell Fairley (224410)  **Address** 18297 Old Hwy 49  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Tericka Mingo (230073)  **Address** 4127 Ceola Taylor Rd.  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Rishel Waymire, as Next Friend of C.J, a minor (201456)    **Address** 1221 John Dailey Dr. Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Glen Edwards (226099)    **Address** 7801 Grierson St Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Jason Fricke, as Next Friend of K.F, a minor (206991)    **Address** 4173 Old Gainsville Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Brandy Hebert (229808)    **Address** 7070 Woolmarket Road Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Britney Hebert (229809)    **Address** 7070 Woolmarket Rd. Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Angel Hurry (226316)  **Address** 1244 Henry Cochran  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Phillip McCullom, as Next Friend of P.M, a minor (200974)  **Address** 3717 Harrison Dr  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Michael Brown, as Next Friend of M.B, a minor (215340)  **Address** 3404 Marlin Cove  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Debra Bennett (223504)  **Address** 15926 John Clark Road  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff** Brent Nicholson (200947)  **Address** 1409 Hwy 90 Lot 300  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

## Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7075

**Plaintiff** Gerald Nicholson (200949) **Address** 1409 Hwy 90 Lot 300  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff** Tammy Kern, as Next Friend of T.K, a minor (209097) **Address** 6017-41 Lower Bay Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc