## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

1247

**Plaintiff** Richard Chatman (223585)          **Address** 616 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc

---

**Plaintiff** Randi Cuevas, as Next Friend of W.B, a          **Address** 29215 Faye Rd.  Pass Christian, MS 39571
minor (208919)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc

---

**Plaintiff** Madisen Bogard (229421)          **Address** 3315 Charlie Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc

---

**Plaintiff** Derin Dedeaux, as Next Friend of D.D,          **Address** 123 Clark Street  Pass Christian, MS 39571
a minor (203384)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc

---

**Plaintiff** Derin Dedeaux, as Next Friend of J.D, a          **Address** 11 Clark Street  Pass Christian, MS 39571
minor (203379)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc

---

**PLAINTIFF'S EXHIBIT**
**38**

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Derin Dedeaux, as Next Friend of J.D, a minor (203380)  **Address** 123 Clark Street  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Derin Dedeaux, as Next Friend of J.D, a minor (203388)  **Address** 123 Clark Street  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jeneshia James, as Next Friend of D.I, a minor (209652)  **Address** 4907 Wilson St  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kenneth Jordan (209689)  **Address** 6095 Dean Rd.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Richard Fusglier (238644)  **Address** Hwy 397 Cry Eagle Fema Trailer Park   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Sandra Williams, as Next Friend of J. W, a minor (238718)    **Address**  34413 HWY 38  Kentwood , LA 70441

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Marlana Carattini, as Next Friend of J. C, a minor (229518)    **Address**  3414 Nathan Hale  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Levon Free (205874)    **Address**  Ingalls Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Jason Fricke, as Next Friend of K.F, a minor (206991)    **Address**  4173 Old Gainsville  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  John Galloway, as Next Friend of G.G, a minor (225272)    **Address**  615 St. Francis Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Aaron  Maillet, as Next Friend of A.M,   **Address**  P.O. Box 973  Lakeshore, MS 39558
a minor (212613)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Margaret Creel (223611)   **Address**  6251 Carco Road  Hohenwald, TN 38462

**Proposed Judicial District**  Middle
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Everett Laforce (223335)   **Address**  413 Cadillac Dr  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Lacey Hebert (201657)   **Address**  10243 Bayou Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Sandra Hebert (201658)                    **Address** 10243 Bayou Drive  Bay St Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Rene Acker, as Next Friend of M.A, a minor (205121)          **Address** 646 Union St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Michael Brown, as Next Friend of M.B, a minor (215340)          **Address** 3404 Marlin Cove  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Lavon Lollar, as Next Friend of A.L, a minor (201169)          **Address** 1409 HWY 90 Lot # 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Avon Graham (226191)                    **Address** 4607 Burns St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Colleen Bosarge (202868)          **Address** 6600 Neshoba St  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Alton Bosarge (202869)          **Address** 6600 Neshoba St  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Corey Brown (203335)          **Address** 329 Seal Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Janet Alexander (205123)          **Address** 323 Saucier Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Jody Bond (208086)          **Address** 6410 Wendell Ladner Road  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7076

**Plaintiff** Jody Bond, as Next Friend of B.B, a minor (208087)     **Address** 6410 Wendell Ladner Road  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Jody Bond, as Next Friend of L.B, a minor (208088)     **Address** 6410 Wendell Ladner Road  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Jody Bond, as Next Friend of A.B, a minor (208089)     **Address** 6410 Wendell Ladner Road  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Jessey Bellias (208917)     **Address** 7338 Firetower Road  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

---

**Plaintiff** Sharon Antoine (209443)     **Address** 716 Amar Street, Lake shore Dr. ( By Gulfview Elem. School ) Bay St. Louis, MS 39520 Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Shelia Brantley (211878)                 **Address**  5224 General McArthur St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Shelia Brantley, as Representative of the Estate of Willie Brantley, deceased (211879)                 **Address**  5224 General McArthur St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Sandie Bourgeois (212566)                 **Address**  4010 Caspian Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Melody Bourgeois , as Representative of the Estate of David Bourgeois, deceased (212575)                 **Address**  4010 Caspian St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jeffrey Billingsley (214780)                 **Address**  2725 Pleasant  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Michael  Brown (215341)              **Address** 3404 Marlin Cove   Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Nicole Brown (215342)              **Address** 3404 Marlin Cove   Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Lapronica Taylor, as Next Friend of R.     **Address** 1125 Hardy Avenue  Gulfport, MS 39501
B, a minor (221938)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Dwight Beck (222643)              **Address** 4413 Kreole Ave  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Carlos Bogan (223416)              **Address** 1221 Bay Louis St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Robin Ambrosa (223469)                **Address**  212 Lynn Circle  Gulfport, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Fredrick Boike (223521)                **Address**  6016 Rd 382  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Reva Brown (224422)                **Address**  6570 Rd 317  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Reva Brown, as Next Friend of K.B, a        **Address**  6570 Rd 317  Pass Christian, MS 39571
minor (224423)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Jeffery Bennett (224558)                **Address**  15926 John Clark Rd  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Kim Arnold (225754)                    **Address** 4143 Cassimir Dr  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Jimmy McDowll, as Next Friend of D.      **Address** 123 Lady Joy Rd.  Lucedale, MS 39452
B, a minor (225781)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Susan Bowes (225833)                    **Address** 22119 Turan Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Barbara Bryant (225869)                 **Address** 5733 McDonald Cr.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Ramon Balius, as Next Friend of L.B, a   **Address** 7200 TeakWood Dr.   Biloxi, MS 39532
minor (229354)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Ramon Balius (229355)                    **Address**  7200 Teakwood Dr  Biloxi, MS 39532


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Ramon Balius, as Next Friend of V.B, a          **Address**  7200 TeakWood Dr.    Biloxi, MS 39532
minor (229356)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Debra Bellamy, as Next Friend of E.B,          **Address**  4607 Seminole Avenue  Pascagoula, MS 39581
a minor (229388)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Debra Bellamy, as Next Friend of S.B,          **Address**  4607 Seminole Ave  Pascagoula, MS 39581
a minor (229389)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Kiwanes Redmon, as Next Friend of T.          **Address**  348 Main Street  Biloxi, MS 39530
B, a minor (229428)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Kiwanes Redman, as Next Friend of T.     **Address**  348 Main Street  Biloxi, MS 39530
B, a minor (229429)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Tray Booth, as Next Friend of T.B, a     **Address**  1004 Spanish Acres Drive  Bay St. Louis, MS
minor (229431)                                                                 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Albert Bowser (229441)     **Address**  208 Lynn Circle  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Ymonne Bridges (229461)     **Address**  4936 Huntington Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Bridget Brown (229470)     **Address**  3315 Charlie Ave  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Cindy Brown (229471)          **Address**  11301 Yellow Jacket Blvd. #56  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brandy Hebert, as Next Friend of M.B, a minor (231106)          **Address**  7070 Woolmarket Road  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Brandy Hebert, as Next Friend of M.B, a minor (231108)          **Address**  7070 Woolmarket Road  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Sheena Acker (237243)          **Address**  6269 8th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  David Bui (237417)          **Address**  131 Maple Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  John Bui (237496)                    **Address**  131 Maple Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Regina Brown (238510)              **Address**  23311 Standard Cemetary Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  David Brown (238511)               **Address**  23311 Stanadard Cemetery Rd   Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Christopher Broussard (238522)    **Address**  300 Annette Lane  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Lacey Broussard (238645)          **Address**  300 Annette Lane   D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Kori Cabell (199870)                    **Address**  2101 Springwood Rd.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Jeanette Davis (202087)                 **Address**  268 Nixon Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Shalena Dailey, as Next Friend of J.D, a   **Address**  322 Seal Avenue  Pass Christian, MS 39571
minor (202215)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Derin Dedeaux (203386)                  **Address**  339 Clark Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Betty Cluck (205827)                    **Address**  4217 Salvador Drive  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Ceciley  Davis , as Next Friend of A.D,        **Address** 583 Henderson Ave.  Pass Christian, MS 39571
a minor (205998)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Dell Claflin (208260)              **Address** 1260 Rd 326  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Randi Cuevas (208918)            **Address** 7338 Firetower Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Christina Cuevas (211662)          **Address** 11078 Manhattan st.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Cherie Taylor, as Next Friend of M.C, a    **Address** 800 Birch Street  Waveland, MS 39576
minor (214854)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Eric Cowart (220088)                **Address**  551 Fairview Rd. Lot 1  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Shirley Cowart (220089)             **Address**  551 Fairview Rd. Lot 1  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Portia Deris, as Representative of the    **Address**  304 Turner St.  Bay St. Louis, MS 39520
Estate of Timothy Deris, deceased
(223336)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Desiree Chatman (223584)            **Address**  616 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Tonya Chatman (223586)             **Address**  616 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7076

**Plaintiff** Whitney Chatman (223587)          **Address** 616 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Joshua Diffrey (224557)          **Address** 15926 John Clark Rd  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Pamela Collins (225078)          **Address** 852 Hwy 90 Bay Village  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Zenas Cappie, as Next Friend of Z.C, a minor (225901)          **Address** 9441 vidaliard   Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Takeia Craft (225964)          **Address** 1007 Church Street  Gulfport, MS 39507

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Harvis Cuevas (225995)             **Address**  14730 Cable Bridge Rd.   Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Melanie Dedeaux, as Next Friend of E.        **Address**  7034 Oak Rd.   Pass Christian, MS 39571
D, a minor (226030)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Henry Dukes (226079)              **Address**  Airport Rd.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Margaret Bush (229496)             **Address**  1605 East Village Pkwy   Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Billy  Bush , as Next Friend of U.B, a        **Address**  1605 East Village  Gautier, MS 39553
minor (229497)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Barbara Thompson, as Next Friend of T.C, a minor (229507)          **Address**  183 Orange Court Lot A  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Marlana Carattini (229519)          **Address**  3414 Nathan Hale  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Jeffery Cline (229546)          **Address**  1211 22nd St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Pamela Cole, as Next Friend of K.C, a minor (229550)          **Address**  215 Clarence Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jesse Davis (229587)          **Address**  353 Morton Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Joseph DeBoever (229606)　　　　**Address** 102 Shady Dr.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Zachery Devers (229622)　　　　**Address** 3315 Charlie Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Deborah Drummond (229649)　　　　**Address** 4608 Agnes Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Nyema Drummond (229650)　　　　**Address** 4608 Agnes St.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Charles Dubose (229656)　　　　**Address** 1513 E. Village Pkwy.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Paula Carter, as Next Friend of J.C, a minor (237225)  **Address** 106 Kelly Lane  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Paula Carter (237226)  **Address** 106 Kelly Lane  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Eric Crawford (237269)  **Address** 15060 Jefferson St  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Eric Crawford, as Next Friend of T.C, a minor (237270)  **Address** 15060 Jefferson St  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Eric Crawford, as Next Friend of S.C, a minor (237271)  **Address** 15060 Jefferson St  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Bobbie Cline (237318)                    **Address**  1211 22nd St  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  James Cline (237343)                    **Address**  1211 22nd Street   Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Rickie Darden (237799)                    **Address**  13000 McNease Ln  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Rosemary Colmer (237809)                    **Address**  1411 Bates Ave  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Felecie Davis (238497)                    **Address**  1204 Norwood Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Carlton Crouse (238507)                **Address**  4471 CC Rd   Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Petula Fairley (201913)                **Address**  Hwy 63 S. Deerpark Lot 37
                                                                    Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Camala Fant, as Next Friend of C.F, a        **Address**  1612 E. Railroad St.  Gulfport, MS 39501
            minor (203407)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Camala Fant, as Next Friend of L.F, a        **Address**  1612 E. Railroad St.   Gulfport, MS 39501
            minor (203408)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Euguene Garcia, as Next Friend of E.G,       **Address**  6231 Lander Ave   Bay St. Louis, MS 39520
            a minor (205297)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Catina Gyins, as Next Friend of I.F, a minor (205872)          **Address**  901 Edna Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jason Fricke, as Next Friend of J.F, a minor (206994)          **Address**  4173 Old Gainsville Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Edward Haynes (207021)          **Address**  14343 Old Hwy 49  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Kim Haynes (207022)          **Address**  2041 Road 534  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Mary Grant, as Next Friend of J.G, a minor (207993)          **Address**  11301 Yellow Jacket Blvd. Lot # 73  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Kimberly Grimes, as Next Friend of I.            **Address**  21047 Robinson Rd  Gulfport, MS 39503
G, a minor (210935)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Iris Hartman (215343)            **Address**  5112 Fern  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Carmen Hall (220189)            **Address**  9119 Oak St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Carmen Hall, as Next Friend of C.H, a            **Address**  9119 Oak St.  Bay St. Louis, MS 39520
minor (220190)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Carmen Hall, as Next Friend of N.H, a            **Address**  9119 Oak St.  Bay St. Louis, MS 39520
minor (220192)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Linda Favre (221638)          **Address**  Rd. 140 Ladner Chailer Park 1044  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Terrance Goff (222503)          **Address**  628 Pine St  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Harry Grey (223724)          **Address**  1260 Rd.326 Lot 410  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Glen Edwards, as Next Friend of A.E, a minor (226096)          **Address**  7801 Grieson Street  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Glen Edwards, as Next Friend of C.E, a minor (226098)          **Address**  7801 Grieson Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Anthony Farris (226120)          **Address**  7034 Oak Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Willie Hanshaw (226236)          **Address**  1640 Kelly Ct  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Carol Hart (226254)          **Address**  26100 Pecan Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Billie Ford (229702)          **Address**  3315 Charlie Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Thomas Ford (229703)          **Address**  6724 Brown St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Timothy Ford (229704)                **Address** 6724 Brown Ave  Moss Point, MS 39563


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.
           Bechtel National, Inc

---

**Plaintiff** Christopher Frederic  (229713)                **Address** 2018  Normanoy Ct.  Pascagoula, MS 39567


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.
           Bechtel National, Inc

---

**Plaintiff** Robert Frederic  (229714)                **Address** 2018 Normanay Ct.  Pascagoula, MS 39567


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.
           Bechtel National, Inc

---

**Plaintiff** Talvesha Glaude, as Next Friend of B.        **Address** 3612 Mac Phelah Road  Moss Point, MS 39563
G, a minor (229733)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.
           Bechtel National, Inc

---

**Plaintiff** Talvesha Glaude, as Next Friend of C.        **Address** 3612 Mac Phelah Road  Moss Point, MS 39563
G, a minor (229735)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.
           Bechtel National, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Melinda Goss, as Next Friend of B.G, a          **Address** 2123 Cleveland Ave.  Pascagoula, MS 39567
minor (229742)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Melinda Goss, as Next Friend of B.G, a          **Address** 2123 Cleveland Ave.  Pascagoula, MS 39567
minor (229743)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Melinda Goss, as Next Friend of C.G, a          **Address** 2123 Cleveland Ave.  Pascagoula, MS 39567
minor (229744)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Darren Goss (229745)          **Address** 2123 Cleveland Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Melinda Goss (229746)          **Address** 2123 Cleveland Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Casie Harris, as Next Friend of T.H, a minor (229784)          **Address**  822 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Casie Haris, as Next Friend of L.H, a minor (231107)          **Address**  822 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Garry  Grant, as Next Friend of K.G, a minor (237263)          **Address**  2115 Live Oak St  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Briggitte Hardy (237308)          **Address**  501 Wilson Blvd  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Erica Grant (237356)          **Address**  2115 Live Oak St  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Deven Galloway, as Next Friend of D. G, a minor (237466)     **Address** 25359 St. Stevens Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Kevin Hamilton (237488)     **Address** 146 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Jimmy Guyton (237514)     **Address** 1569 West Railroad   Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Charo Herrington, as Next Friend of D. G, a minor (237515)     **Address** 1569 West Railroad Street  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Garry Grant (237770)     **Address** 2115 Lane Oak St  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Frank Hamilton (237797)          **Address**  146 Holy circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Alfred Fisher (237806)          **Address**  5021 Sage Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Janelle Pearson, as Next Friend of M.G.,     **Address**  307 Baltic St.  Waveland , MS 39576
a minor (237856)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Bobbie Formica, as Next Friend of D.     **Address**  763 Sharon Hill DR  Biloxi, MS 39532
G, a minor (238512)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Bobbie Formica (238528)          **Address**  763 Sharon Hill Dr  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Bobbie Formica, as Next Friend of M.       **Address**  763 Sharon Hill  Biloxi, MS 39532
F, a minor (238529)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Cierra Formica (238530)       **Address**  763 Sharon Hill Dr  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Joseph Hands (238664)       **Address**  4415 Ohio Ave   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Jessie Holley , as Next Friend of S.H, a       **Address**  310 Yellow Jacket Rd. Lot #49  St. Martin, MS
minor (205924)                                                                   39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Jessie Holley, as Next Friend of J.H, a       **Address**  310 Yellow Jacket Rd. Lot #49  St. Martin, MS
minor (205925)                                                                   39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Jessie Holley, as Next Friend of M.H, a minor (205926)     **Address** 310 Yellow Jacket Rd. Lot #49  Gulfport, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Jessie  Holley , as Next Friend of C.H, a minor (205927)     **Address** 310 Yellow Jacket Rd. Lot #49  St. Martin, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Shirley Johnson (207953)     **Address** 1910 8th St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff** Shirley Johnson, as Next Friend of J.J, a minor (207954)     **Address** 1910 8th St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff** Nicole Kael, as Next Friend of H.K, a minor (208941)     **Address** 8114 Lower Bay Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Betty Ladner, as Next Friend of J.L., a minor (209241)     **Address**  15538 Tounel Road  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Jeneshia James, as Next Friend of A.I, a minor (209650)     **Address**  4907 Wilson St  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Dallas Isham (209651)     **Address**  4907 Wilson St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Jeneshia James (209665)     **Address**  4907 Wison St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Sheila Jordan (209692)     **Address**  6095 Dean Rd.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.
>       Bechtel National, Inc

---

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Dietra Burton (209746)                    **Address**  6028 Pine Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Dietra Holmes (Burton), as Next Friend    **Address**  6028 Pine Street  Pearlington, MS 39572
of K.H, a minor (209747)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Dietra Holmes Burton, as Next Friend    **Address**  6028 Pine Street  Pearlington, MS 39572
of K.H, a minor (209748)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Dakota Jordan (210326)                    **Address**  6095 Dean Rd.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Sheila Jordan, as Next Friend of H.J, a    **Address**  6095 Dean Rd.  Pearlington, MS 39572
minor (210327)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Trinh Huynh (210613)                    **Address**  115 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Louise Jackson, as Next Friend of T.J, a          **Address**  16135 10th Street  Pearlington, MS 39572
minor (211045)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Ha Huynh (211362)                    **Address**  115 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Khien Huynh (211363)                    **Address**  115 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Hong Tran, as Next Friend of T.H, a          **Address**  115 Spanish Cove  Waveland, MS 39576
minor (211364)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Kimberly Kennedy (213838)          **Address** 406 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

---

**Plaintiff**  Kimberly Kennedy, as Next Friend of          **Address** 406 Old Spanish Trail  Waveland, MS 39576
G.K, a minor (213840)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

---

**Plaintiff**  Ida Lee (213888)          **Address** 7037 Rd 140 ( Ladner trailer park # 11 )
Lakeshore , MS 39558

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

---

**Plaintiff**  Hugh  Lee (223282)          **Address** 816 Ingalls Ave #108  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      Bechtel National, Inc

---

**Plaintiff**  Reva Brown, as Next Friend of K.L, a          **Address** 6570 Rd 317  Pass Christian, MS 39571
minor (224424)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Terri Hoffman (226295)                    **Address**  732 Ahia Ct.   Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Alvin Holmes (226298)                    **Address**  11301 Yellow Jacket Blvd. Lot 32  Ocean
                                                                  Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Walter Howard (226310)                    **Address**  26100 Pecan Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Beverly McDowell, as Next Friend of          **Address**  123 Lady Joy Rd.  Lucedale, MS 39452
M.J, a minor (226337)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Graci  Jordan, as Next Friend of C.J, a          **Address**  43 Shelton Pierson Rd.  Picayune, MS 39466
minor (226382)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Graci Jordan (226383)          **Address**  114 North Shimmering Lane  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Graci Jordan, as Next Friend of M.J, a minor (226384)          **Address**  114 North shimmering Lane  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  James Kelly (226391)          **Address**  106 Kelly Lane     Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Crystal Holmes (229842)          **Address**  42 11th Street  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  G. Hoye, as Representative of the Estate of Jimmye Hoye, deceased (229858)          **Address**  2117 Resca Dela Palma  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Audrey Hughes (229861)          **Address**  707 Canal St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff**  Jesse Hughes (229862)          **Address**  707 Canal St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff**  Lisa Hughes (229864)          **Address**  707 Canal St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff**  Lisa Hughes, as Next Friend of O.H, a          **Address**  707 Canal St.  Pass Christian, MS 39571
minor (229865)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff**  Edna  Hyatt (229868)          **Address**  6100 Rolling Hills Dr   Van Cleave, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.
 Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Tericka Mingo, as Next Friend of S.J, a minor (229875)  **Address** 4127 Ceola Taylor Road  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Brett Jarrell (229888)  **Address** 3307 Barb Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Clayton Jarrell (229889)  **Address** 3100 Spruce Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Jennifer  Jarrell, as Next Friend of T.J, a minor (229894)  **Address** 3307 Douglas Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Wanda  Jones  (229935)  **Address** 3414 Nathan Hale Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Clark Greer, as Next Friend of J.J, a
minor (229939)                                      **Address**  4936 Hunnington Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Joyce Legier (237248)                 **Address**  1603 Rich Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Melissa Hudson (237264)               **Address**  9021 Box Rd  Vancleave , MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Bryan Hudson (237347)                 **Address**  9021 Box Road   Vancleave , MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Willean Johnson (237425)              **Address**  10409 Hutter Road  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  George Johnson (237426)          **Address**  10409 Hutter Road  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Barbara Johnson (237462)          **Address**  397 Felicity Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Gregory Johnson (237464)          **Address**  397 Felicity Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kerra Ladner (237506)          **Address**  3121 V-Bar Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kevin Hiep (237535)          **Address**  131 Maple Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Patricia Hood (237798)                    **Address** 1411 Bates St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Larry Johnson (237855)                    **Address** 397 Felicity St.   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Rodney Hodges (238526)                    **Address** 1304 Dupont Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Judith Ladnier (238542)                    **Address** 10168 Church Ave  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Amanda Watson, as Representative of    **Address** 1304 Dupont St  Pascagoula, MS 39567
the Estate of Beverly Hodges, deceased
(238576)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Martha Nicholson (200950)          **Address** 1409 Hwy 90 Lot 300  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff** Alexander McCullom (200973)          **Address** 2601 Harrison Dr.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Lonnie Lyles, as Next Friend of H.M, a minor (200990)          **Address** 260 Howard Ave. Lot # 121  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff** Jennifer Berry, as Next Friend of A.M, a minor (203518)          **Address** 222 E North  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Christopher Mizell, as Next Friend of A.M, a minor (203521)          **Address** 15465  Hwy 67  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Dave Myers (205149)                    **Address** 315 4th St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Emelie Myers (205150)                    **Address** 315 4th St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Arthur  Johnson, as Next Friend of A.         **Address** 190 61 Hwy 53 Lot 8  Gulfport, MS 39501
M, a minor (205745)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Cindy Malone (205828)                    **Address** 4217 Salvador Drive  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Crystal Malone (205830)                    **Address** 4217 Salvador Drive  Bay St. Louis, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Cecsley Davis, as Next Friend of J.M, a minor (205997)    **Address**  Pass Christian   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Helen Lombardo (209144)    **Address**  Lakeshore Rd  Gulfview, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Annette Lombardo, as Representative of the Estate of Betty Lombardo, deceased (209266)    **Address**  Lakeshore Road  Gulfview, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Oren Lewis (209533)    **Address**  Lakeshore Dr. (by Gulfview Elem. School)  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Courtney Lett (211259)    **Address**  4730  Donovan St.   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Lucille Martin, as Next Friend of D.M, a minor (211373)   **Address** 212 Oak Leaf R.V. Park Lot 11  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff** Sherri Metzger, as Next Friend of J.M, a minor (212304)   **Address** 303 Victoria St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Sherri Metzger, as Next Friend of S.M, a minor (212306)   **Address** 303 Victoria St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Luan Nguyen (212563)   **Address** 5247 Lakeshore Road  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff** Tuan Nguyen (213380)   **Address** 330 Crawford st.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** Duong Nguyen (214104)          **Address** 4109 Magnolia Lane  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Lac Nguyen (214132)          **Address** 4109 Mangolia Place  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Darrell McCrory (214208)          **Address** 4307 Locksley Ave.  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Deborah McCrory (214209)          **Address** 4307 Locksley Ave  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Deborah McCrory, as Next Friend of J.          **Address** 4307 Locksley Ave  Pascagoula, MS 39581
M, a minor (214210)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Joshua McCrory (214211)                    **Address**  4307 Locksley Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Lacey Lofton, as Next Friend of C.L., a        **Address**  2603 Convent Avenue  Pascagoula, MS 39567
minor (214291)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Phuoc  Nguyen (215354)                    **Address**  274 Kuhn ST.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  John Martin (221521)                    **Address**  113 Shady Dr.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Diane Martin (221664)                    **Address**  10029 Quail Way  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff** john Martin (221665)                    **Address** 10029 Quail Way  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff** Natalie  Lowe, as Next Friend of D.L., a minor (226482)        **Address** 105 Phillips St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Claude Martin (226537)                    **Address** 2312 Heritage  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Louann Oglesby, as Next Friend of C. O, a minor (226677)        **Address** 422 Thomas Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Robert Oglesby (226679)                    **Address** 422 Thomas St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Mary  Marallo (230030)                    **Address**  273 DeBuys Lot 89  Biloxi, MS 39507

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Monica  Lusk, as Representative of the        **Address**  1163 Crenshaw Rd. Lot 3  Lucedale , MS 39452
Estate of Judy  Monge , deceased
(230081)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Barbara Moore, as Next Friend of A.M,        **Address**  13352 Martin Ct.  Gulfport, MS 39503
a minor (230086)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Betty  Moore  (230088)                   **Address**  525 Jefferson St. Apt. B  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Cynthia  Buckner, as Next Friend of S.        **Address**  1121 Lewis Avenue  Gulfport, MS 39501
M , a minor (230092)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7076

**Plaintiff**  Cynthia  Buckner , as Next Friend of T.          **Address**  1121 Lewis Avenue  Gulfport, MS 39501
M, a minor (230093)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Cynthia  Buckner , as Next Friend of T.          **Address**  1121 Lewis Ave  Gulfport , MS 39501
M, a minor (230094)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Sadie Moss (230098)          **Address**  613 Division St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Gartina Magee (237194)          **Address**  3504 Boston Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc