## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

1248

**Plaintiff**  Brandon McNair (237307)                    **Address**  501 Wilson Blvd  Gulfport, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Brook McNair (237309)                    **Address**  501 Wilson Blvd  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Woodrow McGehee (237311)                    **Address**  Russell Drive Fema Trailer Park  Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Hau Nguyen (237475)                    **Address**  4606 Suffolk St.   Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Karen McKinley (237493)                    **Address**  8016 Maple Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

PLAINTIFF'S
EXHIBIT
**39**

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Hannah Miller (238496)                **Address**  23311 Standard Cemetary Road  Kiln , MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lan Nguyen (238513)                **Address**  261 Keller Ave   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Nhieu Nguyen (238514)                **Address**  261 Keller Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Nhieru Nguyen, as Next Friend of C.N,    **Address**  261 Keller Ave  Biloxi, MS 39530
a minor (238515)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Nhieu  Nguyen, as Next Friend of K.N,    **Address**  261 Keller  Ave.  Biloxi, MS 39530
a minor (238516)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Nhieu Nguyen, as Next Friend of T.N, a minor (238517)          **Address**  261 Keller Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Xuyen Nguyen (238590)          **Address**  6037 West Pike St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Jerry Ryals, as Next Friend of D.R, a minor (200579)          **Address**  5346 Cronier Avenue     Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Jerry Ryan (200581)          **Address**  5346 Cronier Avenue     Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Jeremy Petitt (203238)          **Address**  6611 Neshobia St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Kim Haynes, as Next Friend of K.S, a minor (207023)   **Address**  14143 Old Hwy 49   Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Jody Bond, as Next Friend of C.P, a minor (207986)   **Address**  6410 Wendell Ladner Road  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Larry Parker (210272)   **Address**  6145 7th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Kimberly Grimes, as Next Friend of M.R, a minor (211033)   **Address**  1905 Robinson Rd  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Lucille Parker, as Representative of the Estate of Timothy Parker, deceased (211374)   **Address**  212 Oak Leaf R.V. Park Lot 11  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Donald Shavers (212128)                    **Address**  3711 Robert  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Irene Sandrock (212225)                    **Address**  607 Russel Drive  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tyrone Riley (213160)                    **Address**  21 Tuck Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Maggie Shavers (213181)                    **Address**  3711 Roberts Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Brian Owle (214897)                    **Address** 1550 Waveland Avenue  Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Brandi Shavers (215036)                 **Address** 3711 Roberts Rd.  Escatapa, MS 39562


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Darren Shavers (215037)                 **Address** 3711 Roberts Rd.  Pascagoula, MS 39562


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Donald Shavers (215038)                 **Address** 3711 Roberts Rd.  Pascagoula, MS 39562


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Paulette Rhodes (216855)                    **Address**  212 S. Woodward St.  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  ShaRonda Rhodes (216856)                    **Address**  212 S. Woodward St.  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Jerry Peeples (223434)                    **Address**  7501 Old Kiln Picyune Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Mary Peeples (223435)                    **Address**  7501 Old Kiln Picyune Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Amelia Peeples (223436)                    **Address**  7501 Old Kiln Picyune Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Jacqueline Sebring, as Next Friend of J.     **Address**  15926 John Clark Road  Gulfport, MS 39503
S, a minor (224125)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Debra Bennett, as Next Friend of J.S, a     **Address**  15926 John Clark Road  Gulfport, MS 39503
minor (224126)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Long Pham (224353)     **Address**  343 Church Avenue   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Jennifer Reinhardt (226777)     **Address**  319 Oak Street  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Perry Reinhardt (226778)     **Address**  319 Oak Street  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Gloria  Russell, as Next Friend of M.R,   **Address**  2321 11th Street  Pascagoula, MS 39567
a minor (226822)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Roxanne Russell (226823)   **Address**  2321 11th Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Gloria Russell, as Next Friend of S.R, a   **Address**  2321 11th Street  Pascagoula, MS 39567
minor (226824)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Anloris Patton, as Next Friend of J.P, a   **Address**  8281 Texas Ave.  Gulfport , MS 39501
minor (230161)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Denise  Tallman , as Next Friend of D.   **Address**  2413 Clevland Ave  Pass Christian, MS 39571
P, a minor (230200)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Kiwanes Redmon, as Next Friend of Z.   **Address**  348 Main St.  Biloxi, MS 39530
R, a minor (230226)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Johnathan  Romain  (230279)   **Address**  247 Clark St.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Christopher Schwartz (237257)   **Address**  863 Chiniche Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Jason Piernas (237359)   **Address**  330 Davis Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Carol Pugh (237460)   **Address**  601 Washington St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Johnnie Pugh (237512)                    **Address**  601 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Jerrett Pry (237800)                    **Address**  1411 Bates St   Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Gloria Russell (237815)                    **Address**  2321 11th St  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Janelle Pearson (237898)                    **Address**  307 Balte Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Tri Phu (238591)                    **Address**  6037 West Pike St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff**  Troy Saunders (238616)              **Address**  2517 N.10Th St  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff**  Ashley Stringfellow, as Next Friend of    **Address**  1800 Pecan Rd  Moss Point, MS 39562
C.B, a minor (200268)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Peggy Todd (202346)              **Address**  1409 Hwy 90 Lot 42  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Kymberely Treadaway (202674)          **Address**  102 Sycamore Dr.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff**  Betty Ward (202684)              **Address**  7372 Mahoney  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.
>        Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Joshua Stephens, as Next Friend of K.    **Address** 5267 A South Beach Blvd  Bay St. Louis, MS
w, a minor (202705)                                               39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Yolanda Wansley (203666)    **Address** 1018 Keller Lane  Magnolia, MS 39652

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Aquarius Wansley (203667)    **Address** 1018 Keller Ln.  Magnolia, MS 39652

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Yolanda Wansley, as Next Friend of K.    **Address** 1018 Keller Lane  Magnolia, MS 39652
W, a minor (203669)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Derin Dedeaux, as Next Friend of T.W,    **Address** 123 Clark Street  Pass Christian, MS 39571
a minor (203674)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Marcus Watson, as Next Friend of M. W, a minor (203676)          **Address** 5124 Potomac Dr.   Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Catina Gyins, as Next Friend of J.S, a minor (205871)          **Address** 901 Edna Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Hong Tran (210614)          **Address** 115 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** La Kendra Thompson, as Representative of the Estate of Aaron Thompson, deceased (211969)          **Address** 4402 Ladnier Ave  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Mary Mauffray, as Next Friend of N.W, a minor (212107)          **Address** Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Tami Vega (215200)                    **Address** 6265 Carcord Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Carol Walters (215231)                 **Address** 1201 Gallery Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Ryan Walters (215236)                  **Address** 1201 Gallery  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Hazel Smith (216931)                   **Address** 212 S. Woodward St.  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Lowell Spiers, as Next Friend of A.S, a    **Address** 1013 River Road  Nicholson, MS 39463
minor (221869)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Lapronica Taylor (222226)                 **Address**  1125 Hardy Avenue  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>            Gulf Stream Coach, Inc.
>            CH2M Hill Constructors, Inc.
>            Bechtel National, Inc

**Plaintiff**  Kevin Taylor (222227)                 **Address**  1125 Hardy Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>            Gulf Stream Coach, Inc.
>            CH2M Hill Constructors, Inc.
>            Bechtel National, Inc

**Plaintiff**  Blanca Danis (224194)                 **Address**  112 Jack Moss Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>            Gulf Stream Coach, Inc.
>            CH2M Hill Constructors, Inc.
>            Bechtel National, Inc

**Plaintiff**  Donna Sides (226878)                 **Address**  9546 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>            Gulf Stream Coach, Inc.
>            CH2M Hill Constructors, Inc.

**Plaintiff**  Melissa Stone (226929)                 **Address**  11301 Yellow Jacket Blvd. Lot 32  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>            Gulf Stream Coach, Inc.
>            Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Turner Staight (226934)           **Address** 2730 Camino Grande  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Eric Turner (226985)           **Address** 1949  Pascagoula St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Spellman Varnado (226987)           **Address** 107 Lynn Circle  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Mandy Wallis (227016)           **Address** 10000 Gorenfic Rd. Lot 55  Diberville, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Lawrence Webb (227025)           **Address** 25313 St. Stephens Rd.  Desile, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Dewonda Wells (227028)                    **Address**  4019 Sue Ellen  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Jonathan  Smith  (230335)                 **Address**  21632 HWY 63  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Carrie  Strauss, as Next Friend of B.S, a    **Address**  5901 Shortcut Rd  Moss Point, MS 39563
minor (230380)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Carrie  Strauss, as Next Friend of M.S,    **Address**  5901 Shortcut Rd.  Moss Point, MS 39563
a minor (230382)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Tristan Mitchell, as Next Friend of D.T,    **Address**  3630 Howze Ave.  Moss Point, MS 39563
a minor (230393)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Annie Thompson (230406)                    **Address** 4631 General  McArthur    Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Norman Thompson (230411)                   **Address** 4631 General McArthur  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Robert Thompson (230412)                   **Address** 6078 West Hind Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Paul  Watson, as Next Friend of P.W, a       **Address** 2310 Passley Avenue  Pascagoula, MS 39562
minor (230448)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Paul Watson, as Next Friend of J.W, a       **Address** 2310 Parsley Ave.  Pascagoula, MS 39567
minor (230450)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Augstine Underwood (231102)          **Address** 143 A Howard Rd  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Larry Silas (237237)          **Address** 121 Greenview Drive   Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Mary Weaver (237332)          **Address** 515 Easterbrook St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Richard Tran (237473)          **Address** 4607 Saratoga Ave.  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Thinh Tran (237474)          **Address** 4606 Suffolk St.  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Richard Tran, as Next Friend of K.T, a    **Address** 4607 Saratoga Avenue  Pascagoula, MS 39581
minor (237476)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Jimmy Shoemaker, as Next Friend of B.    **Address** 23443 Jones Rd  Pass Christian, MS 39571
S, a minor (237787)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Jimmy Shoemaker, as Next Friend of J.    **Address** 23443 Jones Rd  Pass Christian, MS 39571
S, a minor (237788)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Theresa  Van Scolk, as Next Friend of    **Address** 5021 Sage Street  Bay St. Louis, MS 39520
L.V, a minor (237796)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Theresa Van Scolk (237805)    **Address** 5021 Sage St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Misty Vo (238499)                    **Address**  636 E.R.R ST.  Gulfport , MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Cuong Vo (238500)                    **Address**  636 East Rd  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Misty Vo, as Next Friend of G.V, a          **Address**  636 East Railroad St  Gulfport , MS 39501
minor (238501)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Amanda Watson, as Next Friend of C.          **Address**  1304 Dupount Ave  Pascagoula, MS 39567
W, a minor (238537)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Renee Weaver (238648)                    **Address**  6065 E. Grenada St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff**  W.M. Williams (202587)                    **Address**  3212 Brazil St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Alexander Wischmann (206629)          **Address**  7701 Hancock Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  John Yoder (207722)                       **Address**  251 Main Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Shelia Brantley, as Next Friend of K.W.,   **Address**  5224 General McArthur St.  Moss Point, MS
a minor (212028)                                          39633

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Shelia Brantley, as Next Friend of X.W.,   **Address**  5224 General McArthur St.  Moss Point, MS
a minor (212029)                                          39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Kacey Whitney (213276)   **Address** 9003 Kiln/Waveland Cut Off  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff** Kevin Whitney (213277)   **Address** 9003 Kiln/Waveland Cut Off  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff** Kacey Whitney, as Next Friend of M. W, a minor (213278)   **Address** 9003 Kiln/ Waveland Cut Off  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff** Kacey Whitney, as Next Friend of T.W, a minor (213279)   **Address** 9003 Kiln/Waveland Cut Off  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff** Margie Henderson, as Next Friend of N.W, a minor (227039)   **Address** 390 market St.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Kevin Woods (227082)    **Address** 386 Morton Ave  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Clementine Williams (237216)    **Address** 526 Easterbrooks St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Michael Williams (237228)    **Address** 6269 8th Ave  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Alisha Travis (237360)    **Address** 25443 Jones Rd  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Alisha Wright, as Next Friend of L.W,    **Address** 23443 Jones Rd  Pass Christian, MS 39571
a minor (237789)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Robert Saurage, as Next Friend of R.a,   **Address**  501 Gladstone  Waveland, MS 39576
a minor (202895)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Robert Saurage, as Next Friend of G.a,   **Address**  501 Gladstone  Waveland, MS 39576
a minor (202896)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Christopher Burge (205099)   **Address**  10337 Lower Bay Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Rene Acker, as Next Friend of J.A, a   **Address**  646 Union St  Bay St. Louis, MS 39520
minor (205118)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Jeffrey Billingsley (214780)   **Address**  2725 Pleasant  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Tong Bui (214826)                    **Address**  315 Oak St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Michael  Brown (215341)            **Address**  3404 Marlin Cove   Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Nicole Brown (215342)            **Address**  3404 Marlin Cove   Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Carlos Bogan (223416)            **Address**  1221 Bay Louis St.   Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Robert Alford, as Next Friend of G.A, a   **Address**  2311 Parsley Avenue  Pascagoula, MS 39567
minor (229331)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Mandy  Alford (229334)                    **Address** 2308 Parsley Avenue  Pascagoula, MS 39567


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Robert  Alford, as Next Friend of M.A,        **Address** 2308 Parsley Avenue  Pascagoula, MS 39567
a minor (229335)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Robert Alford  (229336)                    **Address** 2311 Parsley Avenue  Pascagoula, MS 39567


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Kiwanes Redmon, as Next Friend of T.        **Address** 348 Main Street  Biloxi, MS 39530
B, a minor (229428)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Kiwanes Redman, as Next Friend of T.        **Address** 348 Main Street  Biloxi, MS 39530
B, a minor (229429)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Tray Booth, as Next Friend of T.B, a minor (229431)   **Address** 1004 Spanish Acres Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Cindy Brown (229471)   **Address** 11301 Yellow Jacket Blvd. #56  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Kim Akridge (237455)   **Address** 335 Courtenay Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Regina Brown (238510)   **Address** 23311 Standard Cemetary Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** David Brown (238511)   **Address** 23311 Stanadard Cemetery Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Christopher Broussard (238522)          **Address** 300 Annette Lane  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Lacey Broussard (238645)          **Address** 300 Annette Lane  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Melody Pearce, as Next Friend of D.D, a minor (205386)          **Address** 11036 Iowa St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Melody Pearce, as Next Friend of S.D, a minor (205387)          **Address** 11036 Iowa St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Eric Cowart (220088)          **Address** 551 Fairview Rd. Lot 1  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Shirley Cowart (220089)     **Address** 551 Fairview Rd. Lot 1  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Takeia Craft (225964)     **Address** 1007 Church Street  Gulfport, MS 39507

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Marlana Carattini (229519)     **Address** 3414 Nathan Hale  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Cameron Clay (229543)     **Address** 2308 Pasrsley Avenue  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Jeffery Cline (229546)     **Address** 1211 22nd St.  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Jesse Davis (229587)  **Address** 353 Morton Ave  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Earl Conway (237227)  **Address** 393 Morton Ave  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Bobbie Cline (237318)  **Address** 1211 22nd St  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** James Cline (237343)  **Address** 1211 22nd Street  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Rickie Darden (237799)  **Address** 13000 McNease Ln  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff** Felecie Davis (238497)                    **Address** 1204 Norwood Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Nahor  Green (201724)                    **Address** 578 Park St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Petula Fairley (201913)                    **Address** Hwy 63 S. Deerpark Lot 37
> Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Tami Garcia, as Next Friend of H.G, a minor (205299)                    **Address** 8500 HWY 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Jessica Garcia (205300)                    **Address** 8500 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Jason Fricke, as Next Friend of J.F, a minor (206994)  **Address** 4173 Old Gainsville Road  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Kyndra Lawless, as Next Friend of L.G, a minor (207008)  **Address** 28445 W. Dubuisson Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Lauren Harris, as Next Friend of M.H, a minor (207020)  **Address** 1260 Rd 326 lot 332  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Kimberly Grimes, as Next Friend of I. G, a minor (210935)  **Address** 21047 Robinson Rd  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Sandra Nesom, as Next Friend of J.G, a minor (211537)  **Address** 7124 Union Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Sandra Nesom, as Next Friend of C.G,   **Address**  7124 Union Street  Bay St. Louis, MS 39520
a minor (211649)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Sandra Nesom, as Next Friend of M.G,   **Address**  7124 Union Street  Bay St. Louis, MS 39520
a minor (211650)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Carol Hart (226254)   **Address**  26100 Pecan Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Natasha  Hemingway (229810)   **Address**  14508 Rippy Rdlot 19  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Jimmy Guyton (237514)   **Address**  1569 West Railroad  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff**  Charo Herrington, as Next Friend of D. **Address** 1569 West Railroad Street  Long Beach, MS
G, a minor (237515)                                                    39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Christopher Legg, as Next Friend of A. **Address** 20377 28th St  Long Beach, MS 39560
L, a minor (205252)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Christopher Legg, as Next Friend of J. **Address** 20377 28th St  Long Beach, MS 39560
L, a minor (205254)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Amanda Loisel, as Next Friend of S.J, a **Address** 5866 Lower Bay Rd.  Bay St. Louis, MS 39520
minor (207064)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Amanda Loisel, as Next Friend of T.J, a **Address** 5866 Lower Bay Rd  Bay St. Louis, MS 39520
minor (207065)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Lyle Hoffer (208906)          **Address**  1223 McKinley  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Walter Howard (226310)          **Address**  26100 Pecan Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Kim Jones (226373)          **Address**  17151 Cedar Drive  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  James Kelly (226391)          **Address**  106 Kelly Lane   Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Audrey Hughes (229861)          **Address**  707 Canal St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Jesse Hughes (229862)                    **Address**  707 Canal St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Lisa Hughes (229864)                    **Address**  707 Canal St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Lisa Hughes, as Next Friend of O.H, a         **Address**  707 Canal St.   Pass Christian, MS 39571
minor (229865)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Edna  Hyatt (229868)                    **Address**  6100 Rolling Hills Dr   Van Cleave, MS 39565

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Brett Jarrell (229888)                    **Address**  3307 Barb Ave.   Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff**  Trent  Jeffries  (229902)   **Address**  445 Clarence Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Belinda Nix, as Next Friend of B.J, a minor (229912)   **Address**  8263 Georgia Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Tina  Lewis, as Next Friend of T.J, a minor (229934)   **Address**  8332 South Carolina Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Wanda  Jones  (229935)   **Address**  3414 Nathan Hale Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Kermit Lafontaine (237334)   **Address**  9062 Road 556  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Willean Johnson (237425)          **Address**  10409 Hutter Road  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  George Johnson (237426)          **Address**  10409 Hutter Road  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Selina Jacobs, as Next Friend of E.J, a          **Address**  25141 Cuevas Delisle Rd.  Pass Christian, MS
minor (237453)                                              39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Selena Jacobs, as Next Friend of R.J, a          **Address**  25141 Cuevas Delisle Road  Pass Christian, MS
minor (237457)                                              39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Rodney Hodges (238526)          **Address**  1304 Dupont Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Judith Ladnier (238542)                **Address** 10168 Church Ave  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Amanda Watson, as Representative of     **Address** 1304 Dupont St  Pascagoula, MS 39567
the Estate of Beverly Hodges, deceased
(238576)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** John  Lollar (201171)                  **Address** 1409 HWY 90 Lot# 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Richard  Lollar (201173)               **Address** 1409 HWY 90 Lot # 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Tiffany  Lollar (201174)               **Address** 1409 Hwy 90 Lot # 57  Gaultier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Jessica Nesom (212234)  **Address** 7124 Union Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Hong Nguyen, as Next Friend of S.N, a minor (212251)  **Address** 15812 Rue Dauphin Circle   Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Sherri Metzger, as Next Friend of J.M, a minor (212304)  **Address** 303 Victoria St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Sherri Metzger, as Next Friend of S.M, a minor (212306)  **Address** 303 Victoria St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Lacey Lofton, as Next Friend of C.L, a minor (214291)  **Address** 2603 Convent Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Phuoc  Nguyen (215354)          **Address** 274 Kuhn ST.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  George Michael (226645)          **Address** 4607 Burns St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  George Nash (226646)          **Address** 4225 Long Ave. Lot 31  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Barbara Moore, as Next Friend of A.M,          **Address** 13352 Martin Ct.  Gulfport, MS 39503
a minor (230086)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Belinda Nix, as Next Friend of G.N, a          **Address** 8263 Georgia Ave  Gulfport, MS 39501
minor (230130)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Ashley Pierce (200709)              **Address** 1409 HWY 90 Lot#57 Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Paula Pierce (200711)              **Address** 1409 HWY 90 Lot#57 Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Robert Saurage, as Next Friend of A.s,      **Address** 501 Gladstone Waveland, MS 39576
a minor (202770)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Britian Patmon (208865)              **Address** 10 bay Park Way #124 Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Sharon Saucier (225053)              **Address** 111 Lynn Circle Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Teresa  Rowell  (230283)          **Address**  Road 140 Lot 53 Kiwerbay Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Elliott Simpson, as Next Friend of C.S, a minor (203613)          **Address**  14269  County Farm Road  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Melody Pearce, as Next Friend of S.S, a minor (205442)          **Address**  11036 Iowa St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Sarah Tillman, as Next Friend of A.T, a minor (212072)          **Address**  1550 Magic St  Wavland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Sara Tillman, as Next Friend of A.T, a minor (212073)          **Address**  1550 Margie Street  Wavland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Em Truong (215181)                    **Address**  315 Oak St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

---

**Plaintiff**  Jeremy Stiglets (226928)             **Address**  13701 South St  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

---

**Plaintiff**  Karen Surtain, as Next Friend of R.S, a     **Address**  615 Liz Circle  Gulfport, MS 39501
minor (226945)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kariell Washington (227022)          **Address**  615 Liz Circle  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Karion Washington (227023)          **Address**  615 Liz Circle  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Oletha Stewart (230373)                 **Address** 238 Leovy Ave.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Paulette Straight, as Next Friend of B.          **Address** 324 E. Elmer St.  Biloxi, MS 39530
W, a minor (230447)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Greer Toups (237669)                 **Address** 904 Shipp St  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Robert Toups (237670)                 **Address** 904 Shipp St  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Joseph Staehling (237827)                 **Address** 3081 Gabel St.  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff** Joseph Staehling, as Representative of the Estate of Betty Staehling, deceased (237831)  **Address** 3801 Gable St.  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Kristan Whitney, as Next Friend of K. W, a minor (205491)  **Address** 11036 Iowa Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Natasha Hemingway, as Next Friend of A.W, a minor (230484)  **Address** 93 29th St. Lot 139  Gulfport, MS 39507

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Natasha Hemingway, as Next Friend of W.W, a minor (230485)  **Address** 145058 Rippm   Gulf Port, MS 39503

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Wayne Windham (230486)  **Address** 14508 Ripply Rd lot 19  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Natasha Hemingway, as Next Friend of    **Address**  93 29th St. Lot 139  Gulfport, MS 39507
W.W, a minor (230487)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Mandy Alford, as Next Friend of S.W,    **Address**  2308 Parsley Ave.  Pascagoula, MS 39567
a minor (230488)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Robin Brown (199817)    **Address**  10045 Fernland Road  Lot B   Grand Bay, AL
36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Martha Cleveland (211726)    **Address**  10050 C Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Dennis Collier (202145)    **Address**  14421 Railroad Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff**  Lynda Craig (202187)                    **Address**  12074 Zirlot Trail Park  Bayou La Batre, AL
                                                                    36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Ruby Crockett (211652)                   **Address**  1715 Bass  Mobile, AL 36005

**Proposed Judicial District**  Middle District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Frances Fleming (226129)                 **Address**  1717 E. Dog River Dr.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Laura Followell (201937)                 **Address**  16024-A Malry Rd   Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Melina Fountain (209798)                 **Address**  13040 Airport Rd  Bay Minette, AL 36507

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7078

**Plaintiff** Debra Goff (221793)                    **Address** 1709 Parkway Dr  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Ralph Harbison (201617)                **Address** Alabama Port RV Park 15440 DIP  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Trula Henson (223761)                  **Address** 8720 Midway Rd  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Tammy Hosey (201532)                   **Address** 13001 Ken Dr.  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Gloria Dixon, as Representative of the Estate of Fannie Johnson, deceased (201462)                    **Address** 11435 Johnson Alley Road  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

## Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7078

**Plaintiff**  Jones Simon (206752)                    **Address**  10045 Fernland Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Eva Ladnier (201257)                    **Address**  8831 Satsuma St  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Allen LaForce (201267)                    **Address**  13361 North Wintzell Ave   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Emily Lee (201308)                    **Address**  3770 Texas Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Henry Lyons (201202)                    **Address**  3770 Michigan Ave  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.