## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

1249

**Plaintiff**  Timothy Lyons (238761)    **Address**  15800 Herin Bay Loop  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Kelly McCard (233279)    **Address**  3520 Sand Island Road, Lot 1-B  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Billy Nelson (200940)    **Address**  7610 Marie Rd.  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Constance Parrish (228090)    **Address**  9241 Hwy 188 Lot 41  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Ruby Peters (200866)    **Address**  4021 Johnson Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 40

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Ernestine Phalo (212170)  **Address** 8275 Hemley Street  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Bruce Place (200717)  **Address** 9421 Hwy 188 Lot 23  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Gary Randall (209386)  **Address** 7351 Tara Dr. S.  Mobile, AL 36619

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Jessie Roberson (200690)  **Address** 3600 Oregon Ave  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Walter Rocker (230277)  **Address** 1415 Tampa Dr.  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Clinton Seaman (202776)   **Address** 1011 Padgett Rd   Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Terence Simon (223421)   **Address** 3850 Lloyd Station   Mobile, AL 36693

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Criner South (221868)   **Address** Padgett Switch Rd.   Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Lydia Swift (200294)   **Address** 7944 Seedling Ct.   Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Jacqueline Ward (202440)   **Address** 8611 Williams Drive   Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff** Jeanell Watson (202463)    **Address** 12937 Hwy 188  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Jean Wells (202492)    **Address** 7645 Two Mile Rd  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Joanne Wescovich (206603)    **Address** 6910 Taylor Ave.  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Deridre Cole-Craig (225938)    **Address** 1714 Perch Dr  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Elzy Little, as Next Friend of A.L, a minor (226461)    **Address** 10185 Lot # Strickland   Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
- Gulf Stream Coach, Inc.
- CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No.  09-7079

**Plaintiff**  Elzy Little (226462)　　**Address**  10185 Strickland Lot # 3  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

**Plaintiff**  Timothy Lyons (238763)　　**Address**  15800 Herin Bay Loop  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

**Plaintiff**  Jeffery Sullivan (200278)　　**Address**  4261 Johnson Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

**Plaintiff**  Cory Leblanc (239758)　　**Address**  1801 Shady Ln.  Erath, LA 70533

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff**  Carla Mingo (238949)　　**Address**  7231 Burgundy Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　Gulf Stream Coach, Inc.
　　Shaw Environmental, Inc
　　Fluor Enterprises, Inc
　　CH2M Hill Constructors, Inc.

## Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc. et. al
Original Civil Action No. 09-7079

**Plaintiff**  Heather Mingo (238958)   **Address** 7231 Burgundy Dr. Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

**Plaintiff**  Randy Mingo (238940)   **Address** 7231 Burgundy Dr. Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

**Plaintiff**  Randy Mingo (238938)   **Address** 7231 Burgundy Dr. Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.

**Plaintiff**  Tremaine Mingo (238941)   **Address** 7231 Burgundy Dr. Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.