Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

1250

**Plaintiff**  Paris Weston, as Next Friend of A.W, a      **Address**  4231 Burgundy Dr.  Lake Charles , LA 70607
minor (238960)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Paris Weston, as Next Friend of B.W, a      **Address**  7231 Burgundy Dr.  Lake Charles , LA 70607
minor (238979)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Paris Weston (238978)      **Address**  7231 Burgundy Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Michael Williams (238671)      **Address**  Oak Place Trailer Park 21  Praireville , LA 70769

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

PLAINTIFF'S
EXHIBIT
**41**

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Delrick Dugas (239960)                    **Address**  715 North Thompson  Iowa, LA 70647


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Betty Minor (210462)                    **Address**  115 S.LHS. Dr. #8  Lumberton, TX 77657


**Proposed Judicial District**  Eastern District of Texas
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tammy Barnett (239207)                    **Address**  304 Lee Street  Biloxi, MS 39530


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Harry Bennett (229391)                    **Address**  6116 D. Bennett  Long Beach, MS 39560


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Earl Booth (225827)                    **Address**  530 Herlihy St.  Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Carolyn Bowers (225832)                    **Address**  16123 4th St.  Pearlington, MS 39572


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Sandra Broussard (238854)                 **Address**  300 Annette Lane  D'Iberville, MS 39540


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Earnestine Brown (238480)                 **Address**  8317 Louisana Ave  Gulfport, MS 39501


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Ellis Brown (238533)                       **Address**  273 Bowen Street  Biloxi, MS 39532


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Thomas Brown (238485)                      **Address**  273 Debuys Rd., Lot #84  Gulfport, MS 39507


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff** Nhiem Thi, as Next Friend of A.B, a minor (238491)    **Address** 131 Maple St.  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** John Bui (238493)    **Address** 131 Maple St.  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Kevin Bui (238494)    **Address** 131 Maple St.  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Wallace Carter (239630)    **Address** 1824 Popps Ferry Road Lot #95  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff** Darryl Cole (229549)    **Address** 215 Clarence Ave  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Moneeshea Dailey (202216)         **Address**  6100 Orange Grove  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Lawrence Dedeaux (239509)         **Address**  808 35th St  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Michael Desselle (238814)         **Address**  6060 E Newton St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Tiffany Dunning, as Next Friend of A. D, a minor (239648)         **Address**  4 Laudu Ct.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Tiffany Dunning, as Next Friend of B. D, a minor (239650)         **Address**  4 Laudu Ct.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Jerry Elvin-Sams (229674)              **Address**  517 Brewer Town Rd.  Richton, MS 39476

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Jessica Feasel (221510)              **Address**  6101 E. Jones  Bay St. Louis, MS 39520

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Steven Feasel (221593)              **Address**  6101 E. Jones  Bay St. Louis, MS 39520

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Bobbie Formica, as Next Friend of C.F,     **Address**  763 Sharon Hill Dr  Biloxi, MS 39532
a minor (238531)

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Pietro Formica (238527)              **Address**  763 Sharon Hill Dr  Biloxi, MS 39532

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Bobbie Formica, as Next Friend of G.     **Address**  763 Sharon Hill Dr.  Biloxi, MS 39532
G, a minor (238525)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Felton George (226172)     **Address**  1003 14th St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Antoinette Gines (201849)     **Address**  253 Nixon st  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Priscilla Rosado, as Next Friend of D.     **Address**  373 Davis St  Biloxi, MS 39530
H, a minor (238609)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Latandira Hathorn, as Next Friend of X.     **Address**  4407 Gene St.  Moss Point, MS 39563
H, a minor (229805)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Errol Haynes (238469)                    **Address**  83 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Charo Herrington (237461)              **Address**  1569 West Railroad St.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Donna Herrington (239725)             **Address**  815 Amar St  Waveland, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Christa Holifield (229826)              **Address**  1301 Elizabeth St.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Linda Howard (239404)                  **Address**  3437 Howze Street  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  David  Harold (229860)                    **Address** 4207 Bryant Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Vilma Ingram (226319)                    **Address** 105 Phillip St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Danmarcus Jackson (226326)                    **Address** 123 Lady Joy Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Ariana Johnson (238861)                    **Address** 343 Lynn Dr.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Charlotte Johnson (238862)                    **Address** 343 Lynn Dr.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff** James Johnson (238864)        **Address** 343 Lynn Dr.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Charlotte Johnson, as Next Friend of J.        **Address** 343 Lynn Dr.  Biloxi, MS 39531
J, a minor (238860)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Lucas Johnson (226356)        **Address** 809 Edna St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff** Dollie  Jones  (239173)        **Address** 273 Bowen Street  Biloxi, MS 39534

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Donna Kowalski (239801)        **Address** 2515 Washington Ave.  Gufport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Kristina Swan, as Next Friend of G.L, a minor (223451)          **Address**  23 Nites EZ Lane  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  John Larkowski (223450)          **Address**  23 Nites EZ Lane  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Diamond Legier (238858)          **Address**  343 Lynn Dr.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Charlotte Johnson, as Next Friend of E. L, a minor (238859)          **Address**  343 Lynn Dr.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Nicholas Lowe (226484)          **Address**  105 Phillips St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Charles Lyons (238846)                    **Address**  300 Annette Lane  D'Iberville, MS 39540


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc


**Plaintiff**  Mildred Lyons (239638)                    **Address**  300 Annette Lane  D'Iberville, MS 39540


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc


**Plaintiff**  Adrian Magee (239328)                    **Address**  5224 Pentagon  Pascagoula, MS 39581


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc


**Plaintiff**  Jenay Magee (239333)                    **Address**  5224 Pentagon Drive  Pascagoula, MS 39581


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc


**Plaintiff**  Jennifer Magee (239314)                    **Address**  5224 Pentagon  Pascagoula, MS 39581


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Carlos Matthews (226555)                    **Address**  3601 Vine St.   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

---

**Plaintiff**  Jimmy McDowell (239717)                    **Address**  2119 Hopper Road 1B  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

---

**Plaintiff**  Verlyn McDowll (226576)                    **Address**  123 Lady Joy Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

---

**Plaintiff**  Da'Jun McKay (230054)                    **Address**  502 Easterbrook   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

---

**Plaintiff**  Karen McKay, as Next Friend of D.M,            **Address**  502 Easterbook Street  Bay St. Louis, MS 39520
a minor (230055)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

---

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff**  Mary Wilson, as Next Friend of T.M, a minor (239124)   **Address**  808 35th Street  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Anthony  Moffett (230075)   **Address**  1411 Stewart Ave.   Gulf Port , MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Robert  Moore  (230091)   **Address**  405 Dr. Gilbert Mason  Dr.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Kay Morris (239456)   **Address**  104 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Rod Morris (239589)   **Address**  104 Spanish Cove  Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Bobbie Formica, as Next Friend of S.   **Address**  763 Sharon Hills   Biloxi, MS 39532
M, a minor (238532)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Nhieu Nguyen, as Next Friend of A.N,   **Address**  231 Keller Ave.  Biloxi, MS 39530
a minor (238524)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Nhieu  Nguyen, as Next Friend of L.N,   **Address**  261 Keller Ave.  Biloxi, MS 39530
a minor (238523)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Mai Nguyen (237472)   **Address**  4607 Saratoga Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Madonna Peterson (239778)   **Address**  906 Shipp St.   Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Nhiem Thi (238492)                    **Address**  131 Maple St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Anthony Polk (224057)                 **Address**  1792 Cheun Trailer Park   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shirley  Redmon  (230225)            **Address**  348 Main st.    Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Mary Riner (226793)                   **Address**  2057 Waveland Ave., Apt. 153  Waveland, MS
                                                         39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  De'Andrelas Robinson (239440)        **Address**  373 Davis St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Priscilla Rosado, as Next Friend of J.R,          **Address**  373 Davis Street  Biloxi, MS 39530
a minor (239558)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Priscilla Rosado (239564)          **Address**  373 Davis Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Glen Saunders (238752)          **Address**  211 Graham Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Glen Saunders (238750)          **Address**  211 Graham ave.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Loretta Saunders (238754)          **Address**  2517  N 10Th St  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Lucy Saunders (238751)           **Address**  211 Graham ave  Biloxi, MS 39530


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kristin Schwartz (226850)           **Address**  809 Edna St  Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Betty Smith (239728)           **Address**  27361 Bradley Rd  Pascagoula, MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kyrsten  Smith  (230340)           **Address**  539 North Jackson st.  Brook Haven, MS 39601


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Tommy Spires (237204)           **Address**  121 Greenview Dr  Picayune, MS 39466


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Marlanne Stovall (239369)                **Address**  808 35th St.  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Doris Sumrall (226937)                **Address**  334 Borries  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.
          Bechtel National, Inc

**Plaintiff**  Krystle Sumrall (226938)                **Address**  334 Borries  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.
          Bechtel National, Inc

**Plaintiff**  Staci Sumrall (226939)                **Address**  334 Borries St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.
          Bechtel National, Inc

**Plaintiff**  Traci Sumrall (226940)                **Address**  334 Borries St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.
          Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Kristina Swan (223452)                    **Address**  23 Nites EZ Lane  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Kori Thomas (231608)                    **Address**  1409 Hwy. 90 Kampers Kove  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Alfred Watkins (239372)                    **Address**  273 Bowen St  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Paul  Watson, as Next Friend of J.W, a
minor (230449)                    **Address**  2310 Parsley Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Paul Watson (230451)                    **Address**  2310 Parsley Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Terrian White (239367)                     **Address**  373 Davis St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Robert Whitlock, as Next Friend of K.      **Address**  23614 Showers Rd.  Saucier, MS 39574
W, a minor (238468)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Renea Whitlock (238466)                    **Address**  23614 Shavers Rd.  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Robert Whitlock (238467)                   **Address**  23614 Shavers Rd.  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Stephanie  Williams, as Next Friend of    **Address**  3204 Lanier St.  Pascagoula , MS 39567
A.W, a minor (223374)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7081

**Plaintiff** Stephanie Williams, as Next Friend of A.W, a minor (223376)     **Address** 3204 Lanier St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Stephanie Williams, as Next Friend of H.W, a minor (223375)     **Address** 3204 Lanier St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Stephanie Williams (223373)     **Address** 2418 Lanier St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Mary Wilson, as Next Friend of J.W, a minor (239435)     **Address** 111 Evans St  Waynesboro, MS 39367

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Mary Wilson (239432)     **Address** 808 35th St  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7081

**Plaintiff**  Jo Ann Windham (239444)                    **Address**  2214 Glendale Circle  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Candice Willis, as Next Friend of E.C,           **Address**  18695 Palmer Creek Drive  Saucier, MS 39574
        a minor (202233)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Roy Golmon (239559)                    **Address**  309 Moffett Rd  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Bernard Rosado (239605)                    **Address**  373 Davis St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Tierre Tony (230420)                    **Address**  405 Dr. Gilbert Mason Dr.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc