## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

1335

**Plaintiff**  Marguerite Jiles (203465)          **Address**  23180 Jones Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      Bechtel National, Inc

---

**Plaintiff**  Lisa Gates, as Next Friend of A.J, a minor (212652)          **Address**  6133 Hinds  Bay St. Louis, MS 39522

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      Bechtel National, Inc

---

**Plaintiff**  Shaterra  Paschall, as Representative of the Estate of Barbara Johnson, deceased (203098)          **Address**  271 Hiern Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Gulf Stream Coach, Inc.

      Bechtel National, Inc

---

**Plaintiff**  Levera  Johnson, as Representative of the Estate of Bobby Johnson, deceased (201450)          **Address**  4325 Heron Bay Loop  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

      Gulf Stream Coach, Inc.

      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Connie Johnson (201455)          **Address**  8580 E. Davenport Street  Bayou La Batre, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

      Gulf Stream Coach, Inc.

      CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**42**

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Jean Johnson (211420)                    **Address**  1220 Oliver Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  William Johnson  (201473)               **Address**  4319 Heron Bay Loop Rd  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Levera Johnson (201474)                 **Address**  4325 Heron Bay Loop Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Marvin Johnson (201479)                 **Address**  8860 Little River RD  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Carolyn Jones (209279)                  **Address**  4360 Thirty Fifth Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Cleopatra Jones (201505)          **Address**  9684 A- Mose Lane  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Samantha Jones, as Next Friend of D.J.,   **Address**  389 Lee St.  Biloxi, MS 39530
a minor (201331)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Felicia Jones (201335)          **Address**  9589 Oakfarms Dr.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Juanita Jones (201341)          **Address**  9684 a mose lane  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Pearl Jones (209683)          **Address**  892 Herrin Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Valerie Jones (201353)  **Address** 9684 A Mose Lane Rd.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.

**Plaintiff**  Elizabeth Hoffman, as Representative  **Address** 7058 Lower Bay Rd. 137  Bay St. Louis, MS
of the Estate of Samantha Kassab,  39520
deceased (205110)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.

**Plaintiff**  Shirley Kendrick (201375)  **Address** 913 Canal St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>  Gulf Stream Coach, Inc.
>  Bechtel National, Inc

**Plaintiff**  Kristen Kennedy (213839)  **Address** 406 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.
>  Bechtel National, Inc

**Plaintiff**  Ann Kern (201381)  **Address** 9589 Oak Farms Dr. S  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Tammy Kern, as Next Friend of J.K, a minor (209098)      **Address** 6044 First Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Chester Kern  (201382)      **Address** 9589 Oak Farm Dr  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Melissa  Kern (201383)      **Address** 9589 Oak Farms Dr. S.  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Tammy Kern (209096)      **Address** 6044 First Street   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Joan Cobb, as Next Friend of W.K, a minor (201384)      **Address** 9589 Oak Farms Rd. S.  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Joseph Keys (209590)                    **Address**  6097 11th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Donald Kidd (201388)                    **Address**  8470 Luckway  Bayou La Batre, AL 36507

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Brian Kientz (201389)                    **Address**  5200 Hwy 90 West #46  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Joy Kimble (214328)                    **Address**  4102 Emerson St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Delois King (213500)                    **Address**  10026 Willow St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  John King (205856)                    **Address**  4032 43rd Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Margie King (205855)                   **Address**  4032 43rd Street   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Marilyn King (201399)                  **Address**  7690 Bellingrath Rd  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  John King (205857)                     **Address**  4032 43rd Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Phillip Kinney (201403)                **Address**  9589 Cak Farms Drive S.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  David Knight (209216)                    **Address**  222 Iris St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  Patti Kost (215715)                    **Address**  10087 Bancroft Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Paul Kost (215716)                    **Address**  10087 Bancroft Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Monique LaBauve (212437)                    **Address**  17401 Hwy 1603  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Murphy Labauve (212438)                    **Address**  17392 Hwy 603  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Jeremiah LaBrosse (210941)　　　　　**Address**  705 Cedar  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Betty Ladner (209239)　　　　　**Address**  18181 Rd. 428  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Bradley Ladner (203111)　　　　　**Address**  22221 Pineville Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Brian Ladner (208990)　　　　　**Address**  7152 Happy Trails  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Bridgette Ladner (209290)　　　　　**Address**  7152 Happy Trails  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Bronwin Ladner (206031)                    **Address**  #3 Hwy 90   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Brooke Ladner (208992)                    **Address**  7152 Happy Trails  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Jacob Ladner (207659)                    **Address**  16980 Joe Moran  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Linda Ladner (203110)                    **Address**  22221 Pineville Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Lisa Ladner (207662)                    **Address**  16980 Old Joe Moran Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Mary Ladner (210957)                    **Address**  814 Jackson Blvd.   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Richie Ladner (213777)                  **Address**  25521 Standard Dedeaux  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Gerald Ladner (203113)                  **Address**  22221 Pineville Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Robert Ladnier (201263)                 **Address**  13935 Harding Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tiffany Lafontaine (209095)             **Address**  6045 1st St.  LakeShore, MS 39558

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.
>       Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Tammy  Kern, as Next Friend of T.L, a          **Address**  6044 First Street  Bay St. Louis, MS 39520
minor (210313)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Barbara Floyd, as Next Friend of M.L,          **Address**  1708 Monroe St.  Pascagoula, MS 39567
a minor (207097)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  William LaPrine (208040)          **Address**  108 Beach St.  Waveland, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  LaTosha LeBlanc (216680)          **Address**  6040 W. Adams   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Danyelle Lee (209617)          **Address**  6117 7th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Lionel Lee (209627)                    **Address**  6065 4th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.

**Plaintiff**  Maxine Lee (201311)                    **Address**  9330 Midway st.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.

**Plaintiff**  Robyn Leitz (205256)                    **Address**  4280 Kiln-Delisle Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

**Plaintiff**  Rose Lewis, as Next Friend of D.L, a        **Address**  235 Sycamore St.   Bay St. Louis, MS 39520
minor (211224)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

**Plaintiff**  Barbara Lilley (201160)                    **Address**  3879 Highway 188  coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Fred Lincoln (212367)          **Address** 244 Henley Pl.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Trudy Lincoln (212366)          **Address** 244 Henley Pl.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Francis Lombardo (210573)          **Address** 2217 Hudson  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Christopher  Loper (201181)          **Address** 4860 Jackson Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Neptonya Loper, as Next Friend of M.          **Address** 4860 Jackson Street  Moss Point, MS 39563
L, a minor (201182)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Iris Willis, as Next Friend of J.L., a minor (212377)   **Address**  209 Heart Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

**Plaintiff**  Iris Willis, as Next Friend of J.L., a minor (212378)   **Address**  209 Heart Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

**Plaintiff**  Hoa Luong (215760)   **Address**  186 Kuhn St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

**Plaintiff**  Ngan Luong (215761)   **Address**  186 Kuhn St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

**Plaintiff**  Jamilah Madyun (212385)   **Address**  1715 Bass  Mobile, AL 36005

**Proposed Judicial District**  Middle District of Alabama

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Elizabeth Magee (205966)          **Address**  852  HWY 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Adrian Marsalis (201061)          **Address**  3612 Rollins St  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Alice Marsalis (201062)          **Address**  3612 Rollins St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Carlos Marsalis (201063)          **Address**  3612 Rollins St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Kayla Marshall (201068)          **Address**  8580 E. Davenport St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Sarah Marshall, as Next Friend of N.M,     **Address** Padgett Switch Rd.  Bayou La Batre, AL 36509
a minor (201070)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Sarah Marshall (201071)     **Address** Padgett Smiten Rd  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Angela Martin (211036)     **Address** Texas Flat  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Linda Martin (209551)     **Address** 6027 Shaw  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Lucille Martin (211372)     **Address** 212 Oak Leaf RV Park Lot # 11  Waveland, MS
39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Louis Matranga (211360)          **Address**  5126 Ioor Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Jeanne McCollister (209559)          **Address**  6205 E. Kemper St.   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Jeanne McCollister, as Next Friend of          **Address**  6205 E, Kemper St.   Bay St. Louis, MS 39520
T.M, a minor (209560)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Alvin McCovery (201141)          **Address**  10175 N. Summit Ct. Lot 31  Grandbay, AL
36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Derwin  McKoy  (201142)          **Address**  2101 Springwood Road  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Rick McDonald (200987)                    **Address**  158 Walnut Count   Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Michael McGee (211971)                    **Address**  Bay Villiage Rt. 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Deborah McGowan (209377)                    **Address**  5301 Trailwood Drive  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Keesha McInnis (203512)                    **Address**  4402 Saratoga St  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Joshua McIntyre, as Representative of         **Address**  6170 Boykin Rd Lot 7  Theodore, AL 36582
the Estate of Roy Mcintyre, deceased
(200992)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Sean McIntyre (208077)          **Address**  8045 Maple St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Thomas Mckay (203159)          **Address**  #3 Merge Ave Fema Trailer Park  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Daniel McKee (214230)          **Address**  1304 Loraine Street  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  David McKee (214231)          **Address**  1304 Loraine St.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Heather Ladner, as Representative of          **Address**  85 Luke Lane  Picayune, MS 39466
the Estate of Harold McKee, deceased
(207773)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Imogene McNeely (209577)          **Address**  217 Olivari St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Christine Miller (209584)          **Address**  4215 Ingalls Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Nellie Miller (201032)          **Address**  Suburban Park Lot #6   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  LaTanya Mills (201039)          **Address**  3506 Warwick St  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Latanya Mills, as Next Friend of S.M, a          **Address**  3506 Warwick St  Pascagoula, MS 39581
minor (201040)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Jason Moak (210572)      **Address** 10104 Quail Way  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Francisco Molina (203525)      **Address** 8095 Menge Ave.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Soledad Molina (203524)      **Address** 8095 Menge Ave.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Latessa Moody, as Next Friend of B.M, a minor (200889)      **Address** 8860 Little River Road  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Latessa Moody, as Next Friend of J.M, a minor (200890)      **Address** 8860 Little River Road  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Latessa Moody (200891)          **Address**  8860 Little River Rd  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Latessa Moody, as Next Friend of R.M,          **Address**  8860 Little River Road  Bayou La Batre, AL
a minor (200892)                                                     36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Kadishia Moore (206756)          **Address**  10045 Fernand Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Hellon Moran (209492)          **Address**  9210 Henry Shubert Rd.  Bay St. Louis, MS
                                                            39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Mary Morgan (203191)          **Address**  12876 Paradise Lane  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Marcia Tassinari, as Next Friend of G.      **Address** 814 Hwy 90  Bay St. Louis, MS 39520
M, a minor (216781)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** James Myers (209513)      **Address** 16061 6th Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Sherry Necaise, as Next Friend of F.N,      **Address** 16034 Apia Road  Pearlington, MS 39572
a minor (211009)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Sherry Necaise, as Next Friend of P.N,      **Address** 16034 Apia Road  Pearlington, MS 39572
a minor (211010)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Raymond Necaise (213913)      **Address** 6192 Road 135  Lakeshore, MS 39558

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Tayna Necaise (209079)                    **Address**  Bay Village Trailer Pk 14-5  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Chung Nguyen (214090)                    **Address**  338 Haise St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Duc Nguyen (212242)                    **Address**  6111 Rd.  135  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Chung Nguyen, as Representative of the Estate of Khoa Nguyen, deceased (214130)            **Address**  338 Haise St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Tuyet Nguyen (215846)                    **Address**  178 Rosetti St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Vinh Nguyen (214871)                    **Address**  338 Haise St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Robbie Norvel (200967)                    **Address**  620 Magnolia Tree Dr.  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  June Olsen (215877)                    **Address**  2613 Gladys Watkins Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Cynthia Orr (200805)                    **Address**  10835 Webb Rd.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nathan Orr (206775)                    **Address**  10835 Webb Rd.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Tristian Pace (213915)                    **Address**  6192 Road 135  Lakeshore, MS 39558

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Anthony Page (212274)                    **Address**  Bay Village  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Lelar Parker (210732)                    **Address**  16135 10th Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Aaron Parks (212276)                    **Address**  9062 Fricke Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Stacey Parks (212277)                    **Address**  9062 Fricke Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Debbie Kennedy, as Representative of the Estate of Raymond Parrish, deceased (213116)     **Address** 1503 Cherokee St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Paula Parson (200828)     **Address** 1520 Willowbend Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Rudolph Parson (200829)     **Address** 1520 Willowbend Dr.  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Emilyanne Pertuit (213837)     **Address** 5501 Lancaster Lane  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Dominique Peyton (200872)     **Address** 10045 Fernland Rd Lot B  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Phyllis Peyton (206795)          **Address**  10045 Fernland Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Reginald Peyton (206796)          **Address**  10045 Fernland Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Nong Pham (212173)          **Address**  1021 Wright Avenue  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Maurice Plustache (212188)          **Address**  5022 7th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Cynthia Pope (213138)          **Address**  8304 Sunflower Ln.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  William Pope (213139)                    **Address**  8304 Sunflower Ln.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Ethel Presley (200758)                    **Address**  8470 Lucky Way  Bayou La Batre, AL 36507

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Jeffery Reilly (213149)                    **Address**  4027 Alantic St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Chinikki Richardson (200651)                    **Address**  10301 Mchegee Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Seternea Harris, as Next Friend of D.R,                    **Address**  10301 McGehee Rd.  Grand Bay, AL 36541
a minor (200652)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Jamell Richardson (200654)　　　　**Address** 10571 Hwy. 188  Grand Bay , AL 36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
>　Gulf Stream Coach, Inc.
>　CH2M Hill Constructors, Inc.

---

**Plaintiff** Sarah Dixon, as Next Friend of T.R, a minor (200655)　　　　**Address** 10571 Hwy 188  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
>　Gulf Stream Coach, Inc.
>　CH2M Hill Constructors, Inc.

---

**Plaintiff** Winchell Richardson (200656)　　　　**Address** 10571 HWY 188  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
>　Gulf Stream Coach, Inc.
>　CH2M Hill Constructors, Inc.

---

**Plaintiff** Mona Theriot, as Next Friend of D.R, a minor (200658)　　　　**Address** 9589 Oak Farms Dr. S  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama

**Defendants**
>　Gulf Stream Coach, Inc.
>　CH2M Hill Constructors, Inc.

---

**Plaintiff** Edward Richey (200659)　　　　**Address** 9589 Oak Farms Rd. S  Irvington , AL 36544

**Proposed Judicial District** Southern District of Alabama

**Defendants**
>　Gulf Stream Coach, Inc.
>　Shaw Environmental, Inc
>　Fluor Enterprises, Inc
>　CH2M Hill Constructors, Inc.

---

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff** Zatasha Smith, as Next Friend of A.R, a minor (213158)          **Address** Tut Road  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Georgette Riley (211245)          **Address** 24 Tut Rd  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Latasha Smith, as Next Friend of T.R, a minor (213161)          **Address** 110 Tuck Road  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Georgette Riley, as Next Friend of T.R, a minor (211887)          **Address** 24 Tut Rd  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** John Riser (203256)          **Address** 20131 Paeviler Rd  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Virginia Riser (203257)                **Address**  20131 Poneville Rd.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Joseph  Ritchie, as Next Friend of A.R,      **Address**  Gulfview Trailer Park, 7034 W. Marion  Bay St.
a minor (209288)                                                                                Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Joseph Ritchie (209287)                **Address**  Gulfview Trailer Park, 7034 W. Marion  Bay St.
Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Rita Riviere (214981)                **Address**  6100 Pollock Ferry Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Elizabeth Magee, as Next Friend of Q.      **Address**  852 Hwy 90  Bay St. Louis, MS 39520
R, a minor (205967)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Charlotte Roche' (216867)                **Address**  501 East 2nd St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Alejandro Rodriquez (216868)                **Address**  8133 Magnolia St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Ashley Ward, as Next Friend of G.R, a minor (200555)                **Address**  7690 Bellingraph Road, Lot #2, Space #48 Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Heather  Rogers, as Next Friend of S.R, a minor (214998)                **Address**  24184 Standard Dedeaux, Trailer B  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Heather Rogers, as Next Friend of B.R, a minor (215001)                **Address**  24184 Standard Dedeaux, Trailer B  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Loretta Rogers (200559)                    **Address**  10571 Hwy 188   Grand Bay, AL 36541


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lacey  Rosendale (200564)                    **Address**  9589 Oak Farms Drive South  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Misty  Rosendale (200565)                    **Address**  9589 Oak Farms Drive South   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sandra Rupple (205428)                    **Address**  19331 28th   Long Beach, MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Ronnie Ryan (211019)                    **Address**  21047 Robinson Rd.  Gulfport, MS 39503


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Betty Sanders (205433)                    **Address**  19331 28th  St.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.
>        Bechtel National, Inc

---

**Plaintiff**  Dennis Sanders (212223)                    **Address**  16267 7th Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

---

**Plaintiff**  Janet Sanders (200589)                    **Address**  4240 Reese Drive   Diberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

---

**Plaintiff**  William Sandofer (205434)                    **Address**  9331 28th Street   Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.
>        Bechtel National, Inc

---

**Plaintiff**  Lynn Santhuff (211287)                    **Address**  Buccaneer State Park  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Brenda Sartin (200598)                    **Address**  13537 Lakeview Dr. Lot.4  Denham Springs, LA 70726

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Candice  Sartin (200599)                    **Address**  13537 Lakeview Dr. Lot #4  Denham Springs, LA 70726

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Christopher  Sartin (200600)                    **Address**  13537 Lakeview Dr. Lot  #4  Denham Springs, LA 70726

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Frank  Sartin (200601)                    **Address**  13537 Lakeview dr.Lot.4  Denham Springs, LA 70726

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Kince Saucier (200607)                    **Address**  2625 Cunningham Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Adam Schneider (216902)          **Address**  6070 W Quitman Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Harry Schwab (215031)          **Address**  4811 Seminole  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Rebecca Schwab (215032)          **Address**  4811 Seminole  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Lora Serpas (210741)          **Address**  7270 Bayou La Croix Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Lora Serpas, as Next Friend of T.S, a minor (210743)          **Address**  7270 Bayou La Croix Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Lora Serpas, as Next Friend of T.S, a minor (210742)          **Address**  7270 Bayou La Croix Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Aaron Sheck (203609)          **Address**  14289 County Farm Rd.   Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Eric Sheck (203608)          **Address**  14269 County Farm Rd.   Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Joan Cobb, as Next Friend of A.S, a minor (200483)          **Address**  9589 Oak Farms Dr  Irrigngton, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jennifer Shoemaker (200484)          **Address**  9589 Oak Farmer's Dr. South  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Jimmy Shoemaker (221616)                    **Address**  23443 Jones Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Joan Cobb, as Next Friend of J.S, a          **Address**  9589 Oak Farms Dr. South  Irvington, AL 36544
minor (200485)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Amber Simolke (207866)                    **Address**  6177 Wiley Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Jennifer Sims, as Next Friend of M.S, a     **Address**  702 Edna Street  Waveland, MS 39576
minor (215074)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Shaquille  Sims (200500)                    **Address**  2101 Springwood Rd.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Charlene Smith (200529)  **Address**  450 Church Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Dana Smith (211334)  **Address**  6063 9th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Danette Smith (202791)  **Address**  6611 Neshobia St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Derek Smith (202790)  **Address**  6611 Neshoba St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Jeffrey Smith (200363)  **Address**  450 Church Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  LaTasha Smith (213189)                    **Address**  21 Tuck Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Lutricia Smith (216930)                   **Address**  212 S. Woodward St.  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Michael Smith (209094)                    **Address**  6045 1st. St.  LakeShore, MS 39558

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Michael Smith (215978)                    **Address**  5474 Hoda Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Jennifer Stahl -Sims (215085)             **Address**  702 Edna Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Annie Stallworth (200395)                **Address**  1509 Kingfisher Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

**Plaintiff**  Issac Stallworth (200396)                **Address**  1509 Kingfisher Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

**Plaintiff**  Susan Starita (207675)                **Address**  1535 Margie St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

**Plaintiff**  Stephanie Steele (215089)                **Address**  6037 W. Forrest  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.
 Bechtel National, Inc

**Plaintiff**  Charlotte Sterling (216954)                **Address**  1509 Niagra Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Larry Sterling (216953)          **Address**  1509 Niagra Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Christopher  Stiger  (208276)          **Address**  207 Pine Ridge rd.  Waveland, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Karen Stocki (200423)          **Address**  808 Klondyke Rd.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Phylenghia Stokes (200425)          **Address**  4607 Mill Street   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Sharunda Stokes (200426)          **Address**  4607 Mill St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Brian Stork (213209)                    **Address**  3313 Lanier Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Karen Stork, as Next Friend of J.S, a minor (213210)                    **Address**  3313 Lanier Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Karen Stork (213211)                    **Address**  3313 Lanier Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Karen Stork, as Next Friend of M.S, a minor (213212)                    **Address**  3313 Lanier Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Karen Stork, as Next Friend of M.S, a minor (213213)                    **Address**  3313 Lanier Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7833

**Plaintiff**  Ashley Stringfellow (200267)        **Address**  10800 Pecan rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Keesha McInnis, as Next Friend of K.T,        **Address**  4402 Saratoga Ave.  Pascagoula, MS 39581
a minor (203641)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Edna Taylor (216975)        **Address**  124 RaceTrack Lane  Greensburg, LA 70441

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Mona Theriot (200327)        **Address**  9589 Oak Farms Dr. S  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Allen Thomas (208927)        **Address**  608 Herlihy St.  Waveland, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Marguerite Jiles, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7833

**Plaintiff**  Peggy Tillman-Young (210675)          **Address** 4630 Allemand Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>   Gulf Stream Coach, Inc.
>   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary Tolbert (202348)          **Address** 10435 Ramsey Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>   Gulf Stream Coach, Inc.
>   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jasmine Bosarge, as Next Friend of J.T,          **Address** 14281 Christian Acres Rd  Grand Bay, AL 36541
a minor (202351)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>   Gulf Stream Coach, Inc.
>   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lien  Tran (216129)          **Address** 186 Kuhn St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>   Gulf Stream Coach, Inc.
>   Bechtel National, Inc

---

**Plaintiff**  Lisa Treadaway (202673)          **Address** 103 Scyamore Dr.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>   Gulf Stream Coach, Inc.
>   Bechtel National, Inc

---