**43**

**Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach,**
Original Civil Action No.  09-7831

1336

**Plaintiff**  Jane Tureaud (217009)            **Address**  3240 Road 113 #48  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Jerome McDonald (202381)         **Address**  158 Walnut CRT  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Arthur Turner  (202383)          **Address**  158 Walnut Court  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Reginald Turner (202387)         **Address**  158 Walnut Court  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  David Valdez (202400)            **Address**  808 Klondyke Rd.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

PLAINTIFF'S EXHIBIT
**43**

## Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7831

**Plaintiff** Rita Veara (210412)　　　　**Address** 4806 Larimore Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

**Plaintiff** Randy Walters (215234)　　　　**Address** 1201 Gallery  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.
　　Bechtel National, Inc

**Plaintiff** Ashley Ward (202438)　　　　**Address** 7690 Bellingrath Rd Lot #2 Space # 48  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

**Plaintiff** Cynthia Ward (202439)　　　　**Address** 12995 Moreland Dr.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

**Plaintiff** Chemekia Washington (216070)　　　　**Address** 125 Green View Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.
　　Bechtel National, Inc

## Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7831

**Plaintiff**  Stephanie Washington (216074)  **Address**  125 Green View Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Vivian Wells (202505)  **Address**  11620 Wheatcroft Rd. N.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  James Wheat (210036)  **Address**  16240 7th Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Seternea Harris, as Next Friend of I.W, a minor (202516)  **Address**  10301 Mcghee Rd  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Joyce Jackson, as Next Friend of R.W, a minor (213282)  **Address**  18125 Hwy 26  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 09-7831

**Plaintiff** William Wiley (205496)  **Address** 6065 Wiley Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kendra Wilkerson (210051)  **Address** Lot #52  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Craig Williams (208097)  **Address** 637 Edna St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Georgette Riley, as Next Friend of D. W, a minor (211905)  **Address** 24 Tut Rd  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Dustin Williams (208099)  **Address** 637 EDNA St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7831

**Plaintiff**  Geraldine Williams (220529)       **Address**  8100 March Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Iris Willis (212025)       **Address**  209 Heart Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Thomas Willliams (220530)       **Address**  8100 March Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Pamela  Faulkner , as Next Friend of C. W, a minor (211474)       **Address**  1706 13th St.  Pascagoula, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Frances Wittmann (209077)       **Address**  18220 Old Joe Moran  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Cheryl Treaudo, as Next Friend of C. T., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 09-7831

**Plaintiff**  Kentrick Woods (202616)            **Address**  8630E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Shada Woods (202622)            **Address**  8630 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Charles Young (213834)            **Address**  5501 Lancaster Lane  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  John Young (213836)            **Address**  5501 Lancaster Lane  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Charles Young (213835)            **Address**  5501 Lancaster Lane  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Cheryl Treaudo, as Next Friend of C. T., a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 09-7831

**Plaintiff** Kenneth Young (210676) **Address** 4630 Allemand Street Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Ashley Zimmerman, as Next Friend of L.Z, a minor (210698) **Address** 814 Jackson Blvd Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff** Russell Zirlott (202649) **Address** 4820 A, Highway 188 Coden , AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.