## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

1393

**Plaintiff**  Seternea Harris, as Next Friend of T.A,  **Address**  10301 McGehee Rd.  Grand Bay, AL 36541
a minor (200198)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Roland  Ayo (200098)  **Address**  1700 Groom Rd # F25  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Brady Banks  (200137)  **Address**  8471 E Alba St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jacqueline Ward, as Next Friend of C.  **Address**  8611 Williams Drive  Irvington, AL 36544
B, a minor (200138)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jean Wells, as Next Friend of D.B, a  **Address**  7645 Two Mile Road  Irvington, AL 36544
minor (200139)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**44**

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Lawanda Banks (200143)                **Address**  8471 East Alba St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Deeshon Banks  (200151)              **Address**  7645 Two Mile Rd.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Tammy Hosey, as Next Friend of J.B, a    **Address**  13001 Kandr  Grand Bay, AL 36541
              minor (200023)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Shekinah Bennett (200045)             **Address**  9183 Satsuma St  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Colin Brown (199959)                  **Address**  10045 Fernland Rd Lot B  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Michael Brown (199990)              **Address**  10045 Ferland Road  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Catherine Cain, as Next Friend of N.C,      **Address**  9380 Faith Street  Coden, AL 36523
a minor (199874)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Norwood  Cain  (199877)              **Address**  9380 Faith Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Dennis Collier, as Representative of the      **Address**  14421 Railroad Street  Codem, AL 36523
Estate of Lana Collier, deceased
(202153)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Walter  Craig (202188)              **Address**  12074 Zirlot Trail Park  Bayou La Batre, AL
                                                   36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Donna Crane (202189)          **Address** 7601 Marie Rd  Theordore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Leonard Davis (202092)          **Address** 268 Nixon St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff** Lawanda Banks, as Next Friend of J.D.,          **Address** 8471 East Alba St  Bayou La Batre, AL 36509
a minor (202111)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Jean Wells, as Next Friend of C.D, a          **Address** 7645 Two Mile Rd  Irvington, AL 36544
minor (202021)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Jean Wells, as Next Friend of F.D, a          **Address** 7645 Two Mile Rd.  Irvington , AL 36544
minor (202022)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Dyan Flood (201926)                    **Address**  9405 Cody Drishell Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Floyd Flood (201927)                    **Address**  9405 Cody Drisckell Rd  Grand bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Iman Flood (201928)                    **Address**  9405 Cody Driscoll Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Idi Flood (201930)                    **Address**  9405 Cody Driskell Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Jalita Flood (201931)                    **Address**  1101 Rhett Drive  Mobile, AL 36608

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Mario Flood (201932)                          **Address**  9405 Cody Driskell Rd.   Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Gary Followell (201935)                      **Address**  16024-A Mabry Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Jacob Followell (201936)                     **Address**  16024 A Mabry Road  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Kathy Franklin (201789)                      **Address**  10175 N Summit Court Lot 31  Grandbay, AL
                                                                         36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Aaron  Gaynard  (201832)                     **Address**  3939 Victoria Dr, Lot 31  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Deavon  Gill (201846)                    **Address**  7610 Marie Rd  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donna Crane, as Next Friend of J.G, a          **Address**  7610 Marie Rd  Theodore, AL 36582
minor (201847)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Justin  Gill (201848)                    **Address**  7610 Marine Rd  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Justin  Girley (201851)                    **Address**  3770 Texas St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Eluid Godwin (201856)                    **Address**  8351 Murray Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Thomas Guillotte (201741)          **Address** 8500 E. Davenport Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Sema Hall (201756)          **Address** 5224 General McAuthur St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Steven Harris (201633)          **Address** 10301 McGehee Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Letlanva Hawkins, as Next Friend of K. H, a minor (201646)          **Address** 25250 Pardue Road, Lot 17  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Nellie Miller, as Next Friend of S.H, a minor (201652)          **Address** Suburban Trailer Park Lot #6  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Virginia Henson (201669)           **Address**  3715 Delaware Ave.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Anthony Hogue (201514)            **Address**  817 13th street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Jerome Holloway (201516)          **Address**  8611 Williams Drive  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Luther Hosey (201531)             **Address**  1301 Ken Dr.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Agnes Johnson, as Next Friend of A.H,     **Address**  13570 Slater Avenue  Bayou La Batre, AL 36509
a minor (201537)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Tami Israel (201575)                          **Address**  13361 North Witntzell  Bayou La Batre, AL
36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Idi Flood, as Next Friend of K.I, a            **Address**  9405 Cody Driskell Rd  Grand Bay, AL 36541
minor (201576)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Agnes Johnson (201445)                        **Address**  13570 Slater Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Floyd Johnson (201463)                        **Address**  16020 Williams Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Agnes Johnson, as Next Friend of J.J, a       **Address**  13570 Slater Avenue  Bayou La Batre, AL 36509
minor (201467)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Matthew  Johnson (201480)                    **Address**  16020 Williams Rd  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Michael Johnson (201481)                    **Address**  16020 Williams Rd  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  William Johnson  (201497)                    **Address**  4325 Heron Bay Loop Rd. S  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tammy Johnson (201498)                    **Address**  8860 Little River Road  Bayou La Batre, AL
36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Timothy Johnson (201500)                    **Address**  13570 Slater Avenue  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Juanita Jones, as Next Friend of N.J, a minor (201347)       **Address**  9684 A Mose Lane   Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ivy Jordan (201356)       **Address**  4319 Heron Bay Loop Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Claudia Kennedy (201378)       **Address**  8263 Suzie Circle East  Denham Springs, LA 70726

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Johnitha Kersh (201385)       **Address**  10571 Hwy 188  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donna Ladnier (201256)       **Address**  14421 Railroad Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Robert  Ladnier, as Next Friend of N.L, a minor (201261)      **Address** 13935 Harding Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Randy Mackey (201214)      **Address** 13537 Lakeview Dr, Lot 20  Denham Springs, LA 70726

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Letlanva Hawkins, as Next Friend of K. M, a minor (201102)      **Address** 25250 Pardue Road, Lot 17  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Cynthia McNealy (201013)      **Address** 3770 Michigan Ave  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Joseph Merrick (201023)      **Address** 25250 Pardue Rd, Lot 18  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Bria Narduzzi (200934)                    **Address**  8831 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Tara  Nelson (200942)                    **Address**  7610 Marie Road  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Billy Nelson, as Next Friend of T.N, a         **Address**  7610 Marie Road  Theodore, AL 36582
minor (200943)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Billy Nelson, as Next Friend of T.N, a         **Address**  7610 Marie Road  Theodore, AL 36582
minor (200944)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Debra Patronas (200836)                    **Address**  1309 Olive Ln   Dauphin Island, AL 36652

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** LaClara  Peyton (200873)          **Address** 11435 Johnson Alley Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff** Travis Peyton (200874)          **Address** 10045 Fernard Rd Lot B  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff** Bruce  Place, as Representative of the          **Address** 9421 Hwy 188 Lot 23   Irvingtong, AL 36544
Estate of Hilda Place, deceased
(200718)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff** Winslow Richardson (200657)          **Address** 10571 Hwy 188  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff** Ashley Ward, as Next Friend of J.R, a          **Address** 7690 Bellingrath Rd Lot #2 Space # 48  Theodore,
minor (200556)                                                          AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Jail Sheldon (200481)          **Address**  1700 Groom Rd   Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff**  Xavier Sheldon (200482)          **Address**  1700 Groom Rd   Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff**  Terry Sirmon (200511)          **Address**  6301 Boykin Road  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Florine Bucknor, as Next Friend of A.S,   **Address**  578 Park St.  Lucedale, MS 39452
a minor (200517)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Daisy Smith (200352)          **Address**  10571 Hwy 88  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Demetrius Stanley (200400)                **Address**  2765 Faure Drive South  Mobile, AL 36605


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Debra Sullivan (200276)                  **Address**  4261 Johnson Rd, Po. Box 532  Coden, AL
                                                                     36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Vicky Thomas, as Next Friend of D.T,      **Address**  25250 Pardue Rd. Lot 1-G (West Street)
               a minor (200334)                                      Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Steven Harris, as Next Friend of A.H, a   **Address**  10301 McGehee Rd  Grand Bay, AL 36541
               minor (202335)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  David Todd (202345)                       **Address**  6301 Boykin Rd  Theodore, AL 36582


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Randal Todd (202347)                      **Address**  6301 Boykin  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Melvin  Turberville (202375)              **Address**  3879 Highway 188  coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Melvin Turberville  (202376)              **Address**  3879 Highway 188  coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Kaila Ward (202441)                       **Address**  8611 Williams Drive  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Nellie Miller, as Next Friend of S.W, a    **Address**  Surburban Trailer Park, Lot # 6  Irvington, AL
minor (202457)                                                       36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Keenen  Wells (202496)                    **Address**  11620 Wheatcroft Rd. N.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Letlanva Hawkins, as Next Friend of D.      **Address**  25250 Pardue Road, Lot 72  Springfield, LA
W, a minor (202552)                                            70462

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Idi Flood, as Next Friend of F.W, a        **Address**  9405 Cody Driskell Rd  Grand Bay, AL 36541
minor (202557)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sandy Williams, as Next Friend of M.       **Address**  9183 Satsuma St  Coden, AL 36523
W, a minor (202572)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Melvin Williams  (202584)                  **Address**  9182 Satsuma St  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Candice Willis, as Next Friend of K.W,        **Address** 18695 Palmer Creek Drive  Saucier, MS 39574
a minor (202595)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff** Karen Artis (202910)        **Address** 2011 Ladner St   Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff** Alonzo Artis (202823)        **Address** 2011 Ladner St   Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff** Marcia Barber , as Representative of        **Address** 6974 W. Chester Rd.  Mobile, AL 36619
the Estate of Kevin Barber, deceased
(202828)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

---

**Plaintiff** Tia Barber (202830)        **Address** 6974 W. Chestar Rd.

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Marcia Barber, as Representative of the Estate of Ben Barber, deceased (202832)  **Address**  6974 W. Chestar Dr.

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Danette Smith, as Next Friend of G.p, a minor (203237)  **Address**  6611 Neshobia St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Amanda Tanguis (202815)  **Address**  547 Gladstone  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Tara Tanguis Lafontaine (202816)  **Address**  547 Gladstone  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Courtney Tanguis (202817)  **Address**  547 Gladstone  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7890

**Plaintiff** Demetria Tubbs (202678)                    **Address** 166 Tulip Rd  Greensboro, AL 36744

**Proposed Judicial District** Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff** Demetria Tubbs, as Next Friend of D.t,    **Address** 166 Tulip Rd  Greensboro, AL 36744
         a minor (202679)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff** Demetria Tubbs, as Next Friend of D.t,    **Address** 166 Tulip Rd  Greensboro, AL 36744
         a minor (202680)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff** Jeanne Alexander, as Next Friend of J.   **Address** 323 Saucier Ave.  Pass Christian, MS 39571
         G, a minor (203425)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Darrell Johnson (203477)                   **Address** 404 Oliveri St  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.**
Original Civil Action No.  09-7890

**Plaintiff**  Albert Murphy (203540)                          **Address**  202 Cedar Drive  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Yolanda Wansley, as Next Friend of D.      **Address**  1018 Keller Ln.   Magnolia, MS 39652
W, a minor (203668)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Theresa Burge, as Next Friend of C.B, a      **Address**  10337 Lower Bay Rd.  Bay St. Louis, MS 39520
minor (205098)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Edward Wescovich (206602)                    **Address**  6910 Taylor Ave.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Joanne Wescovich, as Next Friend of      **Address**  6910 Taylor Ave.  Irvington, AL 36544
K.W, a minor (206604)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Joanne Wescovich, as Next Friend of      **Address**  6910 Taylor Avenue  Irvington, AL 36544
A.W, a minor (206601)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Joanne Wescovich, as Next Friend of R.      **Address**  6910 Taylor Ave  Irvington, AL 36544
W, a minor (206606)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Trina Adam (206920)      **Address**  15420 Highland Circle  Foley, AL 36535

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Nathan Orr, as Next Friend of N.O, a      **Address**  10835 Webb Rd.  Grand Bay, AL 36541
minor (206774)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Rosann Wescovich (206605)      **Address**  6910 Taylor Ave.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Darnell Orr (206773)                          **Address**  10835 Webb Rd.   Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Kyndra Lawless, as Next Friend of N.L,        **Address**  28445 W. Dubuisson Road  Pass Christian, MS
a minor (207100)                                                        39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Bronstine Miller (208054)                     **Address**  1403 Tucker Avenue  Pascagoula, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Leroy Johnson (208060)                        **Address**  1403 Tucker Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff**  Lawrence Hinkley (207931)                     **Address**  15908 McClellan Rd  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Stephney Lawton (207647)     **Address** 112 Alicia St.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Stephney Lawton, as Next Friend of S.     **Address** 112 Alicia Street  Pass Christian, MS 39571
L, a minor (207648)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** William Tudury (209310)     **Address** 147 Felicity St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Carolyn Randall (209021)     **Address** 7351 Tara Dr. S.  Mobile, AL 36619

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff** Melina Fountain, as Next Friend of P.F,     **Address** 13040 Airport Rd  Bay Minette, AL 36507
a minor (209799)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Melina Foutanin, as Next Friend of T.F,   **Address** 13040 Airport Rd  Bay Minette, AL 36507
a minor (209800)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Michael Green (209712)   **Address** 318 Victoria St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Ethel Oldham (210246)   **Address** 4111 Emerson  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Johnnie Robinson (210223)   **Address** 3102 3rd Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Virgil Robinson (210227)   **Address** 3102 3rd Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff**  Francis Fairchild (210341)          **Address**  6145 7th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Linda Lenain (210556)          **Address**  15017 Reynolds Road  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

---

**Plaintiff**  Matthew McCarty (211254)          **Address**  Deerfield Trailer Park 18125 Hwy. 63  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Rocqel Novel (210459)          **Address**  115 S.LHS.Dr.#8  Lumberton, TX 77657

**Proposed Judicial District**  Eastern District of Texas

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Tanasha Minor, as Next Friend of T.M, a minor (210461)          **Address**  115 S.LHS.Dr.#8  Lumberton, TX 77657

**Proposed Judicial District**  Eastern District of Texas

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7890

**Plaintiff** Toni Arnold (211824)                    **Address** 1107 Oliver st.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Sandra Lewis, as Next Friend of S.B, a minor (211838)                    **Address** 1715 Bass Drive  Mobile, AL 36005

**Proposed Judicial District**  Middle District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Curtis Crockett (211764)                    **Address** 1715 Bass Drive  Mobile, AL 36005

**Proposed Judicial District**  Middle District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.