## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

1334

**Plaintiff**  Cynthia Abney (200192)          **Address**  2300 Farmington Dr.   Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Eric  Abney (200193)          **Address**  2300 Farmington Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Larry Abney (200194)          **Address**  2300 Farmington Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Michael Abney (200195)          **Address**  2300 Farmington Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Seternea Harris, as Next Friend of C.A,          **Address**  10301 McGehee Rd.  Grand Bay , AL 36541
a minor (200196)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**45**

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Frank Abston (200197)                    **Address**  10301 McGehee Rd.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Angel Acker (209470)                    **Address**  6269 8th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Debra Acker (208873)                    **Address**  Road 220 #6046  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Larry Adkison (200212)                    **Address**  3879 Hwy 188  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Clifford Akpotosevwe (200216)                    **Address**  816 Ingalls Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Jeanne Alexander, as Next Friend of J.    **Address** 323 Saucier Ave.  Pass Christian, MS 39571
A, a minor (203281)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Crystal Alexander (214712)    **Address** 4503 Cauley Lane  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Jeanne Alexander (203280)    **Address** 323 Saucier Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Phillip Alexander (214713)    **Address** 4503 Cauley Lane  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Raymond Alexander (203279)    **Address** 323 Saucier Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Beverly Almond (214717)                 **Address** 810 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.
>        Bechtel National, Inc

**Plaintiff** Crystal Anderson (202904)                 **Address** 5200 Highway 90 Lot # 52  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff** Phillip Anderson  (200252)                 **Address** 9589 Oak Farms Dr. S  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff** Louis Arceneaux, as Representative of     **Address** 8035 Clarke St.  Bay St. Louis, MS 39520
the Estate of Catherine Arceneaux,
deceased (206871)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff** Louis Arceneaux (206872)                 **Address** 8035 Clarke St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Linda Banks, as Representative of the Estate of Kent Banks, deceased (211837)     **Address**  Zirlot Park, Lot 5  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Linda Banks (200144)     **Address**  8630 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Patrick Banks (200148)     **Address**  8630 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Carla Barnes (200169)     **Address**  2107 Springwood Dr.  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

---

**Plaintiff**  Carla Barnes, as Next Friend of J.B, a minor (199996)     **Address**  2107 Springwood  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Derek Bateman (200015)                    **Address**  4319  Heron Bay Coop  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Dillon  Bateman (200017)                    **Address**  4319 Heron Bay Loop Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Josette Bateman (200018)                    **Address**  4319 Heron Bay Loop Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Lindsey  Bateman (200020)                    **Address**  4319 Heron Bay Lood Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Jennifer Bates (214765)                    **Address**  9015 Orange St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Jonas Bates (215406)                    **Address** 1221 Baylous Street  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Charles Bates (215407)                    **Address** 1221 Baylous  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Palmer  Bates, as Representative of the    **Address** 1221 Baylous Street  Picayune, MS 39466
Estate of Jonas Bates, deceased
(215408)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Stephen Bates (214766)                    **Address** 9015 Orange St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Donna Baughman (206881)                    **Address** 7607 Lower Bay Rd  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Martha Bean (211851)                    **Address**  1912 Parsley Ave.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Marilyn Beard (202840)                  **Address**  25240 E. Dubuisson Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Mai Bell (200042)                        **Address**  3212 Brazil Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

---

**Plaintiff**  Claude Bello (211142)                    **Address**  6010 9th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Tanya Bennett (209954)                   **Address**  5331 Hwy 604 Apt. 1  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Brittany Bentley (209956)          **Address**  5132 4th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Jeffrey Bentley (209957)          **Address**  5132 4th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Jethro Bentley (209958)          **Address**  5132 4th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Linda Bentley (209959)          **Address**  5132 4th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Anita Bernard (209260)          **Address**  6159 East Jackson Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Christian Berry (220035)          **Address** 8295 Leak St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Christina Berry (220036)          **Address** 8295 Leake St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Jennifer Berry (203307)          **Address** 222 E. North St.   Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Orlanda Booker (203320)          **Address** 25531 Elmer Ladner Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Jasmine Bosarge (200079)          **Address** 14281 Christian Acres Rd.  Grand Bay , AL 36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Russell Bosarge (210897)                **Address** 2903 Fernwood St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Tracey Boston, as Next Friend of C.B, a          **Address** 2302 Walker Street  Picayune, MS 39466
       minor (215452)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Tracey Boston (215453)                **Address** 2302 Walker Street  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Flora Boulton (205822)                **Address** 104 Cheney Lane  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Linda Bourg (211869)                **Address** 115 Santiago Lane  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  James Bowie (211985)                    **Address**  8185 Harrison St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Tommy Bradshaw (199927)                 **Address**  1701 Mills Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Catherine Blaize-Briggs (209967)        **Address**  15729 Cemetary Rd.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Orry Brown (199813)                     **Address**  260 Howard Ave. Lot # 121  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Carmel Bufkin (211335)                  **Address**  251 Pine Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Deedra Burton, as Next Friend of D.B,    **Address** 16006 Washington St  Pearlington, MS 39572
a minor (208976)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Deedra Burton, as Next Friend of D.B,    **Address** 16006 Washington St  Pearlington, MS 39572
a minor (208975)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Deedra Burton (209320)    **Address** 16006 Washington St  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Jordan Bush (212779)    **Address** 437 Sycamore  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Shilden Bush (212780)    **Address** 437 Sycamore  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Cheryl Hubbard, as Next Friend of C.B,      **Address** 14281 Christian Acres Road  Grand Bay, AL
a minor (199860)                                                                      36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

**Plaintiff** Jessica  Byers (199861)              **Address** 14281 Christian Acier Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

**Plaintiff** Tamara  Byers (199862)              **Address** 14281 Christian Acres Road
                                                                            Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

**Plaintiff** Thurman Byers (199863)              **Address** 14281 Christian Acres  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

**Plaintiff** Catherine Cain (199872)              **Address** 9380 Faith Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Norwood Cain (199880)                    **Address**  14351 Shell Belt Road  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Phyllis Cain (199881)                    **Address**  14351 Shell Belt Rd  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff**  James Cannette (212783)                    **Address**  12525 Hudson Krohn  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Tiffenie  Cannette, as Next Friend of J.      **Address**  12525 Hudson Krohn  Biloxi, MS 39532
C, a minor (212784)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  Bruce Cantu (205103)                    **Address**  6004 W. Lamar  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Allen Capps (199894)                    **Address**  16040 Williams Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Brandis Capps (199895)                  **Address**  16040 Williams Rd.
                                                                    Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Carla Capps (207696)                    **Address**  6086 E Grenada St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Herbert Capps (207698)                  **Address**  6086 E Grenada St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Katherine Capps (207697)                **Address**  6086 E Grenada St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Melvin Cash (202243)                    **Address**  13570 Siater Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Mavis Cash (202244)                      **Address**  13570 Slater Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Mandy Caspolich (205108)                 **Address**  7058 Road 137 Gulfview School Lot 11  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Leslie Chasez (211709)                   **Address**  409 Cadillac Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Conrad Chatman (202266)                  **Address**  305 Nixon St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Tony Childress (209822)                    **Address**  3514 Olga Dr  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Vita Christophe (202276)                    **Address**  629 Division St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Ashley Clark (209827)                    **Address**  7037 Row 140 Lot 10  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Ashley Clark, as Next Friend of J.C, a         **Address**  7037 Row 140 Lot 10  Bay St. Louis, MS 39520
minor (209828)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Jaime Clay (220077)                    **Address**  3013 Dantzler Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  James Clay (220078)                    **Address**  3013 Dantzler Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Linda Clay (220079)                    **Address**  3013 Dantzler Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Sylvia Clayter (211939)                    **Address**  4825 Fordham Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Calvin Cleveland (211724)                    **Address**  10050 C Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Javante Cleveland (211725)                    **Address**  10050 C Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Barbara Floyd, as Next Friend of S.C, a minor (206945)          **Address**  1708 Monroe St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Jerry Cobb (202292)          **Address**  9589 Oak Farms Dr. S  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Joan Cobb (202293)          **Address**  95889 Oak Farms Drive  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Paula Coffey (209303)          **Address**  11240 Texas St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Denna Cooper (209837)          **Address**  6065 4th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Tonya Cooper (215542)                    **Address**  4479 Robinhood Drive  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Clara Morris, as Representative of the       **Address**  P.O. Box 402  Pearlington, MS 39572
Estate of Victoria Cox, deceased
(211483)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Arther Creer (211760)                    **Address**  4206 West Bayou Avenue  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Rosie Creer (211762)                    **Address**  4206 W. Bayou  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Sheena Creer (211763)                    **Address**  4206 W. Bayou  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** April Crosby (209259)                  **Address** 10218 Rd. 556  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Daniel Daigrepont (202212)            **Address** Padget Switch Rd.  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Lisa Beard, as Next Friend of A.D, a    **Address** 5346 Cronier Ave.  Long Beach, MS 39560
minor (202048)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Martha Cleveland, as Next Friend of L.  **Address** 10050 C Boe Rd  St. Elmo, AL 36568
D, a minor (211683)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Bessie Davis (216443)                 **Address** 5537 Shingle Mill Landing Road  Moss Point, MS
39562

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7856

**Plaintiff** Shirley Kendrick, as Next Friend of B. D, a minor (202077)   **Address** 913 Canal St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Shirley Kendrick, as Next Friend of D. D, a minor (202081)   **Address** 913 Canal St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Shirley Kendrick, as Next Friend of G. D, a minor (202082)   **Address** 913 Canal St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Rodney Davis (205378)   **Address** 268 Nixon St.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff** Shirley Kendrick, as Next Friend of T. D, a minor (202109)   **Address** 913 Canal St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  LaKeith Davison (211689)          **Address**  10050D-C Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Amy Deakle (202116)          **Address**  4314 Heron Bay Loop Rd.  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Evan Deakle (202119)          **Address**  4314 Heron Bay Loop Rd.  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Amy Deakle, as Next Friend of J.D, a          **Address**  4314 Heron Bay Loop Rd.  Coden, AL 36523
minor (202121)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tayna Necaise, as Next Friend of D.D,          **Address**  852 Hwy 90 14-5 Bay Village Trailer Park  Bay
a minor (208953)                                        St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Kriket Diaz (211598)               **Address**  5115 Florida Blvd  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Cynthia Diaz, as Representative of the       **Address**  5115 Florida Blvd  Pearlington, MS 39572
Estate of Raymond Diaz, deceased
(211599)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Sylvia Dimitry (202968)             **Address**  6723 Neshoba Street  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Thomas Dimitry (202967)             **Address**  6723 Neshoba Street  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Heidi Flood, as Next Friend of G.D, a       **Address**  9405 Cody Driskell Rd.  Grand Bay, AL 36541
minor (202003)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Heidi Flood, as Next Friend of I.D, a          **Address**  9405 Cody Driskell Rd
minor (202004)                                                        Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Murry Dixon  (202005)          **Address**  10571 Hwy 188  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Heidi Flood, as Next Friend of N.D, a          **Address**  7405 Cody Driskoll rd.  Grand Bay, AL 36541
minor (202006)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sarah Dixon (202008)          **Address**  10571 Hwy 188  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Heidi Flood, as Next Friend of T.D, a          **Address**  9405 Cody Driskell rd.  Grand Bay , AL 36541
minor (202009)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Heidi Flood, as Next Friend of Z.D, a          **Address**  9405 Cody Driskell rd.  Grand Bay, AL 36541
minor (202010)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff**  Lonnie Dominique (211602)          **Address**  4034 Ocean St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff**  Robert Domke, as Next Friend of C.D,          **Address**  9011 Hibiscus Drive  Bay St. Louis, MS 39520
a minor (207927)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff**  Arie Downing (202015)          **Address**  8178 Texas Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff**  Herman Dunklin (207806)          **Address**  313 South Necaise Avenue  Bay St. Louis, MS
39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  James Edwards (206975)                    **Address**  5147 Heron Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Irvin  Edwards, as Representative of the    **Address**  16423  Whites Rd PO Box 261  Pearlington, MS
Estate of Patricia Edwards, deceased                   39572
(210936)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Kimberlana Elkins (211610)               **Address**  130 Felicity Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Robert Elkins (211611)                   **Address**  130 Felicity  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  William Evans (216477)                   **Address**  5801 Orange Road #90  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Roma Fagan (201909)                    **Address**  222 Magee Hill Rd  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Petula Fairley, as Next Friend of F.F, a          **Address**  Hwy 63 S. Deerpark Lot 37  Lucedale, MS 39452
minor (201911)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Petula Fairley, as Next Friend of F.F, a          **Address**  Hwy 63 S. Deerpark Lot 37  Lucedale, MS 39452
minor (201912)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Carley Farve (212858)                    **Address**  4027 Atlantic St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Bevalie Favre (211620)                    **Address**  10060 Old Lower Bay Road  Bay St. Louis, MS
39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Agnes Feigel (208845)                    **Address**  3013 4th Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Charles Feigel (208853)                   **Address**  3013 4th Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Dustin Ferguson, as Next Friend of M.     **Address**  10060 Old Lower Bay Road  Bay St. Louis, MS
F, a minor (211628)                                                   39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Dustin Ferguson, as Next Friend of M.     **Address**  10060 Old Lower Bay Road  Bay St. Louis, MS
F, a minor (211629)                                                   39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Charlene Ferrill (205412)                 **Address**  Hwy 43  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Richard Ferrill (205413)                    **Address**  Hwy 43  Kiln , MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Victoria Ferrill (205415)                   **Address**  537 Commagere  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Christopher Flood (201924)                  **Address**  Hwy 90  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Diane Flood (201925)                        **Address**  9405 Cody Driskell Rd.  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Heidi Flood (201929)                        **Address**  9405 Cody Driskell Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Barbara Floyd (206983)                    **Address**  1708 Monroe Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Jerry Floyd (206984)                       **Address**  1708 Monroe St.  Pascagoula, MS 39568

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Jennifer Forrester (209792)            **Address**  5110 Daytona Drive  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Allen Forrester (209793)               **Address**  17085 Cedar Dr.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Kathy Franklin, as Next Friend of A.F,    **Address**  10175 N. Summit Ct Lot 31  Grand Bay, AL
a minor (201784)                                                      36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Kathy Franklin, as Next Friend of H.F,   **Address** 10175 N Summit Ct. , Lot 31  Grand Bay, AL
a minor (201786)                                                   36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Kathy Franklin, as Next Friend of Q.F,   **Address** 10175 N. Summit Ct. Lot 31  Grandbay, AL
a minor (201792)                                                   36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Priscilla  Freeman, as Next Friend of H.   **Address** 245 Trout street  waveland, MS 39576
F, a minor (211301)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Priscilla Freeman, as Next Friend of O.   **Address** 245 Trout Street  Waveland, MS 39576
F, a minor (211300)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Priscilla Freeman (211947)   **Address** 245 Trout Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Stephen Freeman (211299)                    **Address** 245 Trout  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Robert Fulton (208856)                    **Address** Rd. 220 # 6046  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Charles Galloway (211642)                    **Address** 286 New Home Church Rd.  Jayes , MS 39641

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff** Eugene Garcia (205298)                    **Address** 6231 Lander Ave   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Kelly Garriga, as Next Friend of C.G, a minor (201823)                    **Address** 120 n. ida lane  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Kelly Garriga, as Next Friend of K.G, a          **Address** 102 n. ida ln.  Long Beach, MS 39560
minor (201825)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Russell Gatlin (220155)          **Address** 7033 Road 140 Ladner Park Trailer 86  Bay St.
Louis, MS 39521

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Chris Gelpi (207009)          **Address** Scenic Trails  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Pearlene Gildersleeve (211542)          **Address** 2114 Rescadela Palma St.  Pascagoula, MS
39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Gilbert Gildersleeve (211543)          **Address** 2114 Resca De La Palma  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Frances Gines (201850)                **Address**  629 Division St.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

**Plaintiff**  Demetrous Goff (220160)              **Address**  1709 Parkway Drive  Mobile, AL 36005

**Proposed Judicial District**  Middle District of Alabama

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.

**Plaintiff**  Michael Gourgues (209250)          **Address**  Scenic trails  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

**Plaintiff**  Cecil Graham (220168)                **Address**  9211 Queensland St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

**Plaintiff**  Jason Gray (203426)                    **Address**  4402 Saratoga St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Keesha McInnis, as Next Friend of K.     **Address** 4402 Saratoga Ave.  Pascagoula, MS 39581
G, a minor (203427)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

**Plaintiff** Myranda Green, as Next Friend of G.G,     **Address** 6528 E. Newton St.  Bay St. Louis, MS 39520
a minor (211570)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Myranda Green (211567)     **Address** 6258 E. Newton  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Louis Grey (216534)     **Address** 24975 Hwy 603  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

**Plaintiff** Robert Grey (216533)     **Address** 1580 Joe Wheeler State Park Drive  Rodgersville,
AL 35652

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Ashley Griffin (211342)                **Address**  814 Jackson Blvd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.
          Bechtel National, Inc

**Plaintiff**  Kimberly Grimes (211031)                **Address**  2104 Robinson Dr.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Patrina Guy (214521)                **Address**  309 Lee Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Shayla Guy (214522)                **Address**  3309 Lee Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Anna Habisreitinger (207919)                **Address**  8045 Maple St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Dorothy Hall (207805)   **Address**  313 South Necaise Avenue  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Ashley Stringfellow, as Next Friend of   **Address**  10800 Pecan Rd.  Moss Point, MS 39562
J.H, a minor (201614)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Justin Harbison (201615)   **Address**  10800 Pecan Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Michael Hardy (216544)   **Address**  236 Wisteria Lane  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Jessica Hargrove (211582)   **Address**  409 Cadillac Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Kamara Harper (201619)          **Address**  629 Division St.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Seternea Harris (201632)          **Address**  10301 McGehace Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Patrina Guy, as Next Friend of J.H, a          **Address**  3309 Lee Street  Biloxi, MS 39530
minor (214434)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Samantha Hart (215654)          **Address**  1221 Baylous St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Vivian Wells, as Next Friend of D.H, a          **Address**  11620 Wheatcroft Road N.  Grand Bay, AL 36541
minor (201640)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Danette  Petitt-Smith, as Representative   **Address**  6620 Neshoba Street  Biloxi, MS 39532
of the Estate of Randall Hartman,
deceased (203046)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Sheena Henry, as Next Friend of A.h, a   **Address**  378 Market St  Pass Christian, MS 39571
minor (203058)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Stephanie Washington, as Next Friend   **Address**  125 Green View Dr.  Picayune, MS 39466
of M.H, a minor (215662)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Dorothy Henson (201666)   **Address**  3715 Delaware Ave.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Edward Henson (201667)   **Address**  3715 Delaware Ave.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Lucinda  Henson (201668)                    **Address** 3715 Delaware Ave  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Patsy Herrell (215664)                    **Address** 1013 River Road  Nicholson, MS 39463

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Brandon Hess (214460)                    **Address** 9048 Niagra St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Donna Hess, as Next Friend of D.H, a minor (214462)                    **Address** 9048 Niagra St.  Bay St. Louis, MS 39521

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Donna Hess (214463)                    **Address** 9048 Niagra St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Ramanda Hicks, as Next Friend of J.H, a minor (220216)          **Address**  5034 Gem Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Ramanda Hicks (220219)          **Address**  5034 Gem Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Daniel Hill (216581)          **Address**  8012 Hwy 90 Lot 5  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Marguerite Jiles, as Next Friend of M. H, a minor (203446)          **Address**  23180 Jones Rd.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Syble Hill (216580)          **Address**  8012 Hwy 90 #5  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff** Sally Hobbs (214363)                    **Address** 1714 Williams  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Elizabeth Hoffman (205205)                    **Address** 7058 Lower Bay Rd.  Bay St. Louis, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff** Dorothy Hopkins (203070)                    **Address** 108 A North Islandier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Dorothy Hopkins, as Next Friend of K. h, a minor (203071)     **Address** 218 White Harbor Road  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

**Plaintiff** Jewel Horton, as Next Friend of J.h, a minor (203075)     **Address** 3106 E. Ave. Apt # 1  Gulfport , MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Jewel Horton (203074)          **Address**  880 Cedar Lake Rd, Lot 181  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff**  Joan Howard (215674)          **Address**  15003 Ponotoc Dr.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff**  Juliette Howard (201540)          **Address**  23204 Enchanted Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff**  Robert Howard (215675)          **Address**  15003 Ponotoc Dr.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff**  Cheryl Hubbard (201545)          **Address**  14281 Christian Acres  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Gerald Hudson (211273)                **Address**  119 Red Top Lane  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jennifer Hudson (210397)              **Address**  119 Redtop  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jennifer Hudson, as Next Friend of J.H.,    **Address**  119 Redtop  Lucedale, MS 39452
a minor (210399)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charles Hudson (220229)               **Address**  Gulf View Trailer Pk. #41  Bay St. Louis, MS
39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Gulf Stream Coach, Inc.
>          Bechtel National, Inc

---

**Plaintiff**  Jennifer Hudson, as Next Friend of K.    **Address**  119 Redtop  Lucedale, MS 39452
H, a minor (210398)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Howard Hughes (216591)          **Address**  Tombigbee St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Neptonya Loper, as Next Friend of D.I,          **Address**  4860 Jackson St.  Moss Point, MS 39563
a minor (201571)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  C. H. Jackson (211375)          **Address**  6063 Nineth Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Nakita Jackson, as Next Friend of J.J, a          **Address**  Evaston Trail  Lucedale, MS 39452
minor (212933)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  James Jackson (211042)          **Address**  16135 10th St.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Nakita Jackson, as Next Friend of J.J, a          **Address**  18125 Hwy. 26 # 34  Lucedale, MS 39452
minor (212937)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Joyce Jackson (212938)          **Address**  Evaston Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Louise Jackson (211043)          **Address**  16135 10th St.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Nakita Jackson (212940)          **Address**  150 Evaston Trail Rd  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Lisa Gates, as Next Friend of T.J, a          **Address**  6133 Hinds  Bay St. Louis, MS 39522
minor (212654)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

## Cynthia Abney, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7856

**Plaintiff**  Wanda Jackson (211379)                **Address**  5006 Hodges St.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Peggy Jacobson (209664)                **Address**  8065 Maple St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc