## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

1394

**Plaintiff**  LaSonia Davison (211688)        **Address**  10050D-C Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Linda Bolten (229424)        **Address**  4425 Gautier St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Brittany Lewis (212353)        **Address**  1715 Bass Drive  Mobile, AL 36005

**Proposed Judicial District**  Middle District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sherri Metzger (212305)        **Address**  303 Victoria St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Abraham Winston (212037)        **Address**  10050D-C Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**46**

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Sherri Metzger, as Next Friend of S.M,   **Address**  303 Victoria St.  Bay St. Louis, MS 39520
a minor (212535)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Steven Metzger (212655)   **Address**  303 Victoria St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Annie Wilson (213294)   **Address**  2017 Glen Cove  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Son Le (213391)   **Address**  275 4th St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Theresa Kirk (213963)   **Address**  313 Ballentine Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Wayne Farve (213889)                    **Address**  432 St. George St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Michelle Nguyen (213471)                    **Address**  346 Keller Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Loan Ha (214523)                    **Address**  220 Crawford St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Marrissa Harris (214427)                    **Address**  800 Birch  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Sem Truong (215184)                    **Address**  432 Dacey St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Hau Vo (215366)                **Address** 274 Kuhn St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Patrick  Hartman (215344)         **Address** 5112 Fern St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Robert  Hartman (215345)         **Address** 5112 Fern Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Clinton Ball (215400)           **Address** 1204 Roosevelt Street  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff** Donald Hartfield, as Next Friend of A.    **Address** 11620 Wheat Cross Road N.  Grand Bay, AL
H, a minor (215656)                                            36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

---

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Vicky Conner (216133)          **Address**  205 Pierre St  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  David Conner (216134)          **Address**  205 Pierre St  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Vicky Conner, as Next Friend of D.C, a          **Address**  P.O. Box 1381  Cameron , LA 70631
minor (216140)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Victoria Conner (216141)          **Address**  P.O. Box 1381  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Chadrick Andrews (216163)          **Address**  715 N. Thompson Unit 64  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Jairred Andrews (216165)　　　　　**Address** P.O. Box 49  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>　Gulf Stream Coach, Inc.
>　Fluor Enterprises, Inc

---

**Plaintiff** Rose Andrews (216168)　　　　　**Address** 1100 Jane Sudduth Pkwy Lot C-28  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>　Gulf Stream Coach, Inc.
>　Fluor Enterprises, Inc

---

**Plaintiff** Susie Johnson McKensie (216626)　　　　　**Address** 24 Sam Mitchell Road  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>　Gulf Stream Coach, Inc.
>　Bechtel National, Inc

---

**Plaintiff** Clade McKenzie (216731)　　　　　**Address** 24 Sam Mitchell Road  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>　Gulf Stream Coach, Inc.
>　Bechtel National, Inc

---

**Plaintiff** Bingley Mitchell, as Next Friend of B. M, a minor (216755)　　　　　**Address** 47 Fred Johnson Road High Hill Stables  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>　Gulf Stream Coach, Inc.
>　Fluor Enterprises, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Bingley Mitchell, as Next Friend of B. M, a minor (216756)    **Address**  47 Fred Johnson Road  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Bingley Mitchell, as Next Friend of K. M, a minor (216757)    **Address**  47 Fred Johnson Road High Hill Stables  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Bingley Mitchell, as Next Friend of J. M, a minor (216758)    **Address**  47 Fred Johnson Road High Hill Stables  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Maria Rodriquez, as Next Friend of A. R, a minor (216870)    **Address**  1801 Hwy 11 South #76  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jasmine Goff (220161)    **Address**  1709 Parkway Dr.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Marquise Goff (220162)                    **Address** 1709 Parkway Dr.  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Eddie Weaver (220514)                    **Address** 8420 Bayou Cumbest  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Dewanna Robinson (220412)                    **Address** 8100 March Road  St. Elmo, AL 36568

**Proposed Judicial District** Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Patrice Tolbert, as Next Friend of Z.S, a         **Address** 10301 McAehee Rd  Grand Bay, AL 36541
minor (221598)

**Proposed Judicial District** Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Patrice Tolbert (221600)                    **Address** 10301 McGehee Rd.  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Patrice Tolbert, as Next Friend of A.H, a minor (221606)   **Address**  10301 McGehee Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Patrice Tolbert, as Next Friend of K.H, a minor (221607)   **Address**  10301 McGehee Rd.  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Cortez Goff (221794)   **Address**  1763 LaPine Dr  Mobile, AL 36618

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Criner South (221867)   **Address**  Padsett Switch Rd  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Bryan Simon (222198)   **Address**  3850 Lloyd Statton rd  Mobile, AL 36693

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Pearline Lewis (222406)          **Address** 281 Bowen Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Faith Dedeaux, as Next Friend of D.D,          **Address** 7084 Lobouy Road  Pass Christian, MS 39571
a minor (222482)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Faith Dedeaux (222483)          **Address** 7084 Lobouy Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Michelle Flood (223296)          **Address** 9405 Cody Driscoll Rd.  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Yasmeen Flood (223295)          **Address** 9405 Cody Driscoll rd.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Michelle Flood, as Next Friend of Y.F,          **Address**  9405 Cody Driscoll rd  Grand Bay, AL 36541
a minor (223294)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Alicia Simon (223422)          **Address**  3850 Lloyd Station Rd.   Mobile, AL 36693

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Terence Simon (223423)          **Address**  3850 Lloyd Station Rd.  Mobile, AL 36693

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kristina Swan, as Next Friend of C.S, a          **Address**  23 Nites EZ Lane  Poplarville, MS 39470
minor (223453)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Tanya Boudreaux (223522)          **Address**  14104 Yellow Jacket Road  St. Martin, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Ronald Caldemeyer (223560)          **Address** 8720 Midway Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Constructors, Inc.

**Plaintiff** Jeremy Henson (223760)          **Address** 8720 Midway Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff** Larrone Lewis, as Next Friend of I.L., a minor (223909)          **Address** 527 Hurlihy Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff** Laronne Lewis (223914)          **Address** 527 Hurlihy Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff** Larone  Lewis, as Next Friend of L.L., a minor (223915)          **Address** 527 Herlihy Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Tameka Henderson (224541)          **Address**  260 Howard Ave Apt 19  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff**  Jermaine Major (224633)          **Address**  801 21st Apt 2  Alexandria, LA 71303

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>       Gulf Stream Coach, Inc.
>       Fluor Enterprises, Inc

**Plaintiff**  Alfred Lewis (224783)          **Address**  11089 Ellis Dr.  Gulfport, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff**  Tracy Melbourne (225074)          **Address**  Hideaway Park  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff**  Tracy Melbourne, as Next Friend of E.          **Address**  Hideaway Park  Waveland, MS 39576
Y, a minor (225075)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Tracy Melbourne, as Next Friend of B.   **Address**  Hideawy Park  Waveland, MS 39576
Y, a minor (225076)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Joy Panks (225079)   **Address**  852 HWY 90 Bay Village  Bay St. Louis, MS
39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

**Plaintiff**  Kaci  Carver, as Next Friend of A.B, a   **Address**  406 Old Spanish Trail  Waveland, MS 39576
minor (225828)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Inge Broderick (225849)   **Address**  334 Borries St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

**Plaintiff**  Betsy Cole (225935)   **Address**  1714 Perch Street  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Cleophas Cole (225936)                 **Address**  1714 Percher  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

---

**Plaintiff**  Leah Cole (225937)                 **Address**  1714  Perch Dr  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

---

**Plaintiff**  Davia Craig (225965)                 **Address**  1714 Peach Dr  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

---

**Plaintiff**  Deridre Craig, as Next Friend of D.C, a     **Address**  1714 Peach Dr.  Mobile, AL 36605
minor (225966)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

---

**Plaintiff**  Marcus Craig (225967)                 **Address**  1714 Perch Dr.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

---

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7891

**Plaintiff**  Deridre Craig, as Next Friend of M.C, a   **Address**  1714 Perch Dr.  Mobile, AL 36605
minor (225968)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Sanchez Craig-Lawson (225969)   **Address**  1714 Perch dr.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Morgan Crozier (225986)   **Address**  10571 Hwy 188   Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Melanie Dedeaux (226037)   **Address**  7034 Oak Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Victoria Fleeton (226128)   **Address**  1714 Perch Dr  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Mary Gray (226197)                         **Address**  1917 East Dog River Dr.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Meagan Greene (226200)                     **Address**  1714 Perch Dr.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Walter  Howard, as Next Friend of B.H.,     **Address**  26100 Pecan Rd  Pass Christian, MS 39571
a minor (226308)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Delina Jackson (226327)                    **Address**  530 Herling St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Deridre Craig , as Next Friend of M.K,      **Address**  1714 Perch Dr  Mobile, AL 36605
a minor (226393)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Deridre Craig , as Next Friend of Z.K, a minor (226394)   **Address** 1714 Perch Dr  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Elzy Little, as Next Friend of E.L, a minor (226463)   **Address** 10185 Strickland Lot # 3  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Lakisha Preyer, as Next Friend of J.M, a minor (226551)   **Address** 3601 Vine St.  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Lakisha Preyer, as Next Friend of J.M, a minor (226552)   **Address** 3601 Vine St  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Lakisha  Preyer, as Next Friend of C.M, a minor (226553)   **Address** 3601 Vine St.  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Lakisha Preyer, as Next Friend of L.M,      **Address**  3601 Vine St.  Moss Point, MS 39563
a minor (226554)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff**  Louann Oglesby (226678)      **Address**  422 Thomas St.   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff**  Nicole Pittman, as Next Friend of S.P, a      **Address**  93 29th St. Lot 145  Gulfport, MS 39507
minor (226697)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Nicole Pittman (226706)      **Address**  93 29th St. Lot 145  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Tracy Sanders (226831)      **Address**  7045 Sunflower St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Eliska Stafford (226918)          **Address**  96 Timber Bluff  Lumberton, MS 39455

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  John Stafford (226919)          **Address**  96 Timber Bluff  Lumberton, MS 39455

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Lauria Williams (227054)          **Address**  10571 Hwy 188  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Anika Bush, as Next Friend of D.B, a      **Address**  1605 East Village Parkway  Gautier, MS 39553
minor (229494)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Tina  Dorsey, as Next Friend of J.D, a      **Address**  331 Long Ave  Pass Christian, MS 39571
minor (229634)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Tina Dorsey (229636)                          **Address**  331 Lang Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Davonte  Major  (230028)                      **Address**  801 21st Apt 2  Alexandria, LA 71303

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Donna  Meiselbach  (230060)                   **Address**  3414 Nathan Hale  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Mark  Meiselbach  (230061)                    **Address**  3414 Nathan Hale  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Patricia Money, as Representative of         **Address**  370 Croesus Street  Biloxi, MS 39530
the Estate of Harold  Money, deceased
(230078)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff** Kameka Galloway, as Next Friend of J. **Address** 286 New Home Church Rd.  Jayess, MS 39641
P, a minor (230171)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Kameka  Galloway, as Next Friend of **Address** 286 New Home Church Rd.  Jayess , MS 39641
R.P, a minor (230172)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Geavoni  Reese  (230227) **Address** 444 easterbrook st.    Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Michael  Taylor  (230396) **Address** 3630 Howze Ave.  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Natasha Williams (230471) **Address** 183 Orange Ct.  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Billy Wright (230496)                    **Address**  156 Hoxie St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Robert Marcet (231731)                    **Address**  5640 Alice Dr.  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Donald Watts (231730)                    **Address**  5640 Alice Drive  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Eula McCary (231729)                    **Address**  5640 Alice Drive  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Bernice Huff (231727)                    **Address**  7690 Bellingraft Rd Lot#27  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Derrick Huff (233048)                **Address**  7690 Dellingraft Rd Lot#27  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

**Plaintiff**  Kelly McCard, as Next Friend of D.M,    **Address**  3520 Sand Island Road, Lot 1-B  Theodore, AL
a minor (233277)                                              36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

**Plaintiff**  Kelly McCard, as Next Friend of D.M,    **Address**  3520 Sand Island Road, Lot 1B  Theodore, AL
a minor (233278)                                             36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

**Plaintiff**  Forrest McCard (233280)                **Address**  3520 Sand Island Road, Lot 1b  Theodore, AL
                                                             36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.

**Plaintiff**  Larry  Perryman  (235863)             **Address**  1891 Popps Ferry Road  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>          Gulf Stream Coach, Inc.
>          CH2M Hill Constructors, Inc.
>          Bechtel National, Inc

## LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7891

**Plaintiff**  Cheri Smith (237259)                    **Address**  863 Chiniche St  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc