Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

1395

**Plaintiff**  Janice Seymour (238608)          **Address**  10935 Sabra lane  Ocean Springs, MS 39565

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.
         Bechtel National, Inc

---

**Plaintiff**  Chien Bui (237442)          **Address**  131 Maple Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.
         Bechtel National, Inc

---

**Plaintiff**  Roderick Robertson (237520)          **Address**  373 Davis St  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.
         Bechtel National, Inc

---

**Plaintiff**  Brennan Bell (237522)          **Address**  732 Dick Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.
         Bechtel National, Inc

---

**Plaintiff**  Manuella Caire Moore (237528)          **Address**  111 Whitfield Street  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**47**

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Leo Garnett (237556)                                    **Address**  521 Easterbrook Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Henry Legier (237766)                                   **Address**  1603 Rich Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Janell Pearson, as Next Friend of P.G, a      **Address**  307 Battle St.  Waveland , MS 39576
minor (237857)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Renee Reese, as Representative of the        **Address**  1100 James Suddith Parkway  Lake Charles, LA
Estate of Carla Reese, deceased                                    70607
(237945)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Joshua Dipprey, as Next Friend of L.D,       **Address**  15926 John Clark Rd.  Gulfport, MS 39503
a minor (238488)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Constructors, Inc.
>    Bechtel National, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Alyssa Lyons (238520)  **Address**  15800 Herin Bay Loop  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kendrell Hawkins (238553)  **Address**  25250 Pardue Road, Lot 17  Springfeild , LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Raymond Brown (238554)  **Address**  25250 Pardue Road, Lot 17  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Martinez Brown (238566)  **Address**  25250 Pardue Road, Lot 17  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Kendrell Hawkins, as Next Friend of K. H, a minor (238572)  **Address**  25250 Pardue Road, Lot 17  Springfeild, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 09-7894

**Plaintiff** Kendrell Hawkins, as Next Friend of K. H., a minor (238574)   **Address** 25250 Pardue Road, Lot 17  Springfield , LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Alisha Dillard (239150)   **Address** 3208 Harris  Pascagoula, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Angela LeGier (239194)   **Address** 2906 Brookwood Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff** Clearance Freeman (239242)   **Address** 1231 Pine Hill Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** David  Bass (239783)   **Address** 1231 Pine Hill Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Shirley Freeman (239811)            **Address**  1231 Pine Hill Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Alisha Dillard, as Next Friend of J.D, a     **Address**  3208 Harris  Pascagoula, MS 39562
          minor (239529)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Katherine LeGier (239688)            **Address**  2906 Brookwood Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Charles Lyons (239710)            **Address**  300 Annette Lane  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Linda Kihneman (240221)            **Address**  1118 NorthShore Drive
                                                      Bay St. Louis, MS 39521

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Shirley Arrington (240222)            **Address**  24255 Thomas Lawton Rd  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Lloyd  Achee (240250)            **Address**  3307 Wall Ave  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Guadalupe Achee (240251)            **Address**  3307 Wall Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Barbara Winch  (240239)            **Address**  4203 20th Ave.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Christopher Carriere (240259)            **Address**  209 N Lang  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Pauline Carriere (240260)          **Address**  209 N Lang Ave.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Donna Maurice  (240283)          **Address**  1219 36th Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Shirley Arrington, as Representative of     **Address**  24255 Thomas Lawton Rd  Saucier, MS 39574
the Estate of Mitchell  Arrington,
deceased (240288)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Thao Nguyen (241733)          **Address**  8384 Padgettswitch Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Huu Tran (241734)          **Address**  12841 Padgett Switch Rd # 40
Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No. 09-7894

**Plaintiff**  Loan Le (241738)                    **Address**  8525 E. Rabby St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Loan  Le, as Next Friend of D.L, a         **Address**  8525 E. Rabby St.  Bayou La Batre, AL 36509
       minor (241739)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Luan Le, as Next Friend of A.L, a         **Address**  8525 Rabby St  Bayou La Batre, AL 36509
       minor (241741)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Luan Le (241743)                    **Address**  8525 E. Rabby St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Gary Maurice (241715)              **Address**  1219 36th Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Dorothy Carter (241718)                **Address**  24255 Thomas Lawton Rd  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tinh Nguyen, as Next Friend of Y.L., a minor (241724)                **Address**  15440 Dauphin Island Pkwy  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tinh  Nguyen  (241726)                **Address**  15440 Dolphin Island Parkway  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Linh Le (241728)                **Address**  15440 Dauphin Island Pkwy  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Thao Nguyen, as Next Friend of J.N, a minor (241729)                **Address**  8384 Padgett Switch Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Thao Nguyen, as Next Friend of R.T, a      **Address**  8384 Padgett Switch Rd  Irvington, AL 36544
minor (241730)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Thao Nguyen, as Next Friend of K.T, a      **Address**  8384 Padgett Switch rd.  Irvington, AL 36544
minor (241731)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Thao Nguyen, as Next Friend of T.N, a      **Address**  8384 Padgett Switch Rd  Irvington, AL 36544
minor (241732)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Betty Larce (241809)                      **Address**  1716 Wandell St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Hao Hong (241807)                         **Address**  8525 E. Rabby St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Van Duong (241806)          **Address** 8425 Padgett Switch Rd  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sau Nguyen (241805)          **Address** 8833 Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lan Huynh (241804)          **Address** 8833 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Khamphan Phouy (241784)          **Address** 12841 Padgett Switch Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Hong Tran (241785)          **Address** 12841 Padgett Switch Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** Vu Le (241786)                    **Address** 15440 Dauphin Island Parkway  Coden , AL 36523

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Luan  Le, as Next Friend of T.L., a minor (241783)            **Address** 3525 E Rabby St.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Thai Tran (241770)                **Address** 12841 Padgett Switch Road   Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Lillian Beard (240291)            **Address** 24255 Thomas Lawton Road  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Phuong Khuu (241776)              **Address** 13865 Shell Belt Road   Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Phuong  Khuu, as Next Friend of Y.L, a minor (241777)  **Address**  13865 Shell Belt Road   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Phoung Khuu, as Representative of the Estate of Hon Lam, deceased (241778)  **Address**  13865 Shell Belt Rd.   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Thu Huyen Tran (241762)  **Address**  8384 Padgett Switch Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  MyLing  Tran (241751)  **Address**  12841 Padgett Switch Road   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Hong  Tran, as Next Friend of L.H, a minor (241752)  **Address**  12841 Padgett Switch Road   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Bang Le (241745)                    **Address**  8525 E Rabby St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Leo Nguyen (241746)                 **Address**  8525 E. Rabby St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Minh Ngo (241846)                    **Address**  7640 Judy Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Dieu Ngo (241837)                    **Address**  7640 Judy Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Hoai Lam (241856)                    **Address**  9401 Satsuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Phien Tu (241860)                    **Address** 7640 Judy Road  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

**Plaintiff**  Thuy Vu (241855)                    **Address** 9401 Satsuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

**Plaintiff**  Hoai Lam, as Next Friend of V.L, a    **Address** 9401 Satsuma Street  Coden, AL 36523
minor (241854)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

**Plaintiff**  Hoa Le (241849)                    **Address** 13960 Lottie Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

**Plaintiff**  Elizabeth Nguyen (241850)                    **Address** 13960 Lottie Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff** Thang Le (241848)                    **Address** 13960 Lottie Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Tham Nguyen (241851)                 **Address** 13960 Lottie Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Maly Huot, as Next Friend of L.B, a      **Address** 14240 S. Wintzell Ave  Bayou La Batre, AL
minor (241909)                                                  36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Maly Huot, as Next Friend of D.H, a      **Address** 14240 S Wintzell Ave  Bayou La Batre, AL
minor (241910)                                                  36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Moly Huot, as Next Friend of M.H, a      **Address** 14240 S Wintzell Ave  Bayou La Batre, AL
minor (241911)                                                  36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Patty Huot (241913)                    **Address**  14240 S. Wintzell Ave  Bayou La Batre, AL
                                                                    36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Parath Huot (241914)                   **Address**  142405 Wintzell Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Charles Harris (241919)                **Address**  4613 Old Pass Road   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Maly Huot (241912)                     **Address**  14240 S Wintzell Ave.  Bayou La Batre, AL
                                                                    36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Maly Huot, as Next Friend of M.B, a    **Address**  14240 S Wintzell Ave  Bayou La Batre, AL
               minor (241908)                                       36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

## Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff** Maly Huot, as Next Friend of L.H, a minor (241907)        **Address** 14240 S. Wintzell Ave  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Isaac Norman (241932)        **Address** 2045 Lawrence St  Biloxi, MS 39531

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Dorothy Farmer (241944)        **Address** 182 Orange Ct  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Ollie Farmer (241943)        **Address** 182 Orange Ct  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Tina Duong  (241988)        **Address** 14041 Sixth Ave  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Xia Hong (241989)                    **Address**  14041 Sixth Ave   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dung Duong (241990)                    **Address**  14041 Sixth Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rick Hayes, as Representative of the    **Address**  808 Wildwood Dr.   Gulfport, MS 39502
Estate of Hazel Price, deceased
(242102)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Edward Habisreitinger, as              **Address**  8045 Maple Street  Bay St. Louis, MS 39520
Representative of the Estate of Mary
Habisreitinger, deceased (242179)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Edward Habisreitinger (242180)         **Address**  8045 Maple St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff**  Cedric LaSalle (242181)                    **Address**  2101 Pujol Rd. # 170  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Regina Alexander (242191)                    **Address**  8569 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Stanley Robert (242193)                    **Address**  8569 Gulf Hwy.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Herman Gamble (242196)                    **Address**  2121 Cessford St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Sherlyn Jefferson (242197)                    **Address**  2121 Cesstord St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  09-7894

**Plaintiff**  Ton Vo (242903)                    **Address**  8758 W. Warner St.  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jessica Ford Roberson (242905)        **Address**  15166 Clark Rd  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Amy Simms (242907)                  **Address**  8625 Pine St  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Paul Ford (242912)                  **Address**  15166 Clark Rd  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Russell Collier (242919)             **Address**  1241 Padgett Switch Rd  Bayou La Batre, AL
                                                     36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  09-7894

**Plaintiff** Le Pham (242924)                    **Address** 13851 Schambeau  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Amy Simms, as Next Friend of J.S, a       **Address** 8625 Pine St  Bayou La Batre, AL 36509
minor (242929)

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.