## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

1396

**Plaintiff**  Von Duong (242931)          **Address**  14041 Sixth Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shana Dean (242932)          **Address**  7208 Barnes Rd  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Shana Dean, as Next Friend of J.D, a minor (242934)          **Address**  7208 Barnes Rd  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff**  Nikki  Duong (242897)          **Address**  14041 6th Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charles Curran (242890)          **Address**  1214 Padget Switch Rd  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**48**

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Dung Huynh, as Next Friend of H.H, a minor (242889)   **Address** 13815 Schambeau Dr  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Desiree Desrosier (242888)   **Address** 9578 Oak Farm Dr  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Vinh Pham (242886)   **Address** 8424 Pagett Switch Rd  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Wendy Desrosier (242885)   **Address** 9578 Oak Farm Dr  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Hang Nga Tran (242884)   **Address** 87610 W. Warner St  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Shana  Dean, as Next Friend of A.D, a        **Address**  7208 Barnes Rd  Moss Point, MS 39563
minor (242883)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Clauzell Craig (242874)        **Address**  7610 Marie Rd Lot 2A  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Doan Tran (242873)        **Address**  8761 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  My Ho (242870)        **Address**  12841 Padgett Switch Rd Lot 162  Irvington, AL
36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kim Do (242867)        **Address**  12841 Padgett Switch Rd Lot #162  Irvington, AL
36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  My Ho, as Next Friend of A.N, a minor (242866)  **Address** 330 Muffie St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kim Do (242864)  **Address** 12841 Padget Switch Rd Lot 162  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Emmely Hak (242861)  **Address** 13950 WoodRuff Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ngoc Nguyen (242859)  **Address** 1241 Padget Switch Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Doi Tran (242844)  **Address** 8740 W Alba St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Hoang Tran (242843)                    **Address**  8761 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Dung Huynh (242830)                    **Address**  13815 Schambeau Dr  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Khanh Ho (242827)                      **Address**  13965 Lottie Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Amy  Simms, as Next Friend of A.T, a       **Address**  8625 Pine St  Bayou La Batre, AL 36509
minor (242824)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Tam Nguyen (242820)                    **Address**  8758 W Warner St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Cao Ngot (242819)                    **Address**  2758 W Warner St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Doan Long (242817)                    **Address**  13825 Shambeau Dr  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Phuong Vo (242811)                    **Address**  1241 Padgett Switch Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Toan Tran (242810)                    **Address**  8761 W. Warner Street  Bayou La Batre, AL
>                                                                    36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  My Ho, as Representative of the Estate    **Address**  330 Moffie Street  Biloxi, MS 39530
of Tiet Nguyen, deceased (242800)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Gulf Stream Coach, Inc.
>           CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Brian Craig (242797)               **Address**  1452 Marie Road, Lot 2A  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  My Ho, as Next Friend of J.N, a minor      **Address**  12841 Padgett Switch Road, #162  Irvington, AL
(242796)                                                            36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Vang Tonmanikout (242788)          **Address**  12755 Padgett Switch Road FEMA Temp
                                                              Housing Site, Lot 111  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Singkham Tonmanikout (242787)      **Address**  12755 Padgett Switch Road FEMA Temp
                                                              Housing Site, Lot 111  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shelly McGinley, as Next Friend of H.   **Address**  12312 Loche Place  Ocean Springs, MS 39564
F, a minor (242952)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Charles Kihneman (242944)          **Address** 1118 NorthShore Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Donald Dwyer (242943)          **Address** 22222 Old Dossett Rd  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Grace Dwyer (242942)          **Address** 22222 Old Dossett Rd  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Shelly McGinley  (242953)          **Address** 12312 Locke Place  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Esther Smith (242877)          **Address** 10120 Harvey Road  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff**  Amanda Morris (242794)          **Address**  104 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Hazel  Price , as Next Friend of C.M, a          **Address**  808 Wildwood Dr.   Gulfport , MS 39502
minor (242959)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Alton  Nelson (243125)          **Address**  13545 Lyons Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Peter Christiansen (243118)          **Address**  5724 Alki Way  Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Terry Bosarge (243117)          **Address**  5531 Deakle Rd  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Terry Bosarge, as Next Friend of H.B, a    **Address**  5531 Deakle Rd  Theodore, AL 36582
minor (243116)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cody Alan (243115)    **Address**  5531 Deakle Rd  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Terry Bosarge, as Next Friend of H.B, a    **Address**  5531 Deakle Rd  Theodore, AL 36582
minor (243114)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Thi Nguyen (243109)    **Address**  6616 April Bayou Drive  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Quoc Le (243108)    **Address**  6616 April Bayou Drive  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff**  Julie Nelson (243094)                    **Address**  9580 Magnolia Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ngoeung Ngeth, as Next Friend of C.N,     **Address**  8550 B Hemley St.  Bayou La Batre, AL 36509
a minor (243088)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ngoeung Ngeth, as Next Friend of C.N,     **Address**  8550 B. Hemley St.  Bayou La Batre, AL 36509
a minor (243087)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ngoeung Ngeth, as Next Friend of A.N,     **Address**  8550 B Hemley St.  Bayou La Batre, AL 36509
a minor (243085)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ngoeung Ngeth, as Next Friend of S.N,     **Address**  8550 B Hemley St.  Bayou La Batre, AL 36509
a minor (243084)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Chanh Roeun (243082)          **Address** 8550 B Hemley Street  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Ngoeung Ngeth (243081)          **Address** 8550 B Hemley Street  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Jonathan Kihneman (243077)          **Address** 11118 North Shore Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Denise Carriere (243071)          **Address** 209 North Lang  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Denise Carriere, as Next Friend of A.C., a minor (243069)          **Address** 209 North Lang Avenue  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Samantha Christiansen (243068)          **Address** 5724 Alkii Way   Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Karyn Christiansen (243067)          **Address** 5724 Alkii Way  Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Draper Anderson (243051)          **Address** 580 Howard Avenue  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Charlean Anderson (243049)          **Address** 580 Howard Avenue  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Shawanda Kennedy (243046)          **Address** 10587 Auto Mall Pkwy  D'Iberville, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff**  Dilsie Flood (243045)                    **Address**  10587 Auto mall Pkwy  D'Iberville, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  James Kennedy (243044)                    **Address**  10587 Automall Pkwy  D'Iberville, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Stephen DeFazio (243026)                    **Address**  2324 Curzor Dr.   Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Daniel Hak (243018)                    **Address**  13950 Woodruff Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ngoc Ho (243016)                    **Address**  13965 Lottie Ave   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Jocelyn Bradley (243381)                **Address** 3924 Thorton Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** David Sarver (243373)                **Address** 3924 Thorton St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** Gene Mickey (243360)                **Address** 2906 Brook Wood Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff** Crystal  Miller, as Next Friend of D.M,         **Address** 5253 Posey Bridge Road  Biloxi, MS 39532
a minor (243404)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff** Crystal Miller, as Next Friend of D.M,         **Address** 5253 Posey Bridge Road  Biloxi, MS 39532
a minor (243405)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Crystal Miller (243406)          **Address**  5253 Posey Bridge Road   Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Mau Thiu Ly (243312)          **Address**  14020 Woodruf Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Myly Nguyen (243307)          **Address**  14020 Woodruff Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Sharon  Thomas (243300)          **Address**  3924 Thornton St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Pamela  Sarver  (243301)          **Address**  3924 Thornton St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Shawntelle Sarver (243302)          **Address** 3924 Thornton St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**

        Gulf Stream Coach, Inc.

        Fluor Enterprises, Inc

---

**Plaintiff** Janella Reaux (243394)          **Address** 1700 Groom Road A-17  Baker, LA 70714

**Proposed Judicial District** Middle District of Louisiana

**Defendants**

        Gulf Stream Coach, Inc.

        Shaw Environmental, Inc

---

**Plaintiff** Gregory Williams (243395)          **Address** 1700 Groom Rd. A-17  Baker , LA 70714

**Proposed Judicial District** Middle District of Louisiana

**Defendants**

        Gulf Stream Coach, Inc.

        Shaw Environmental, Inc

---

**Plaintiff** Tonya  Collier, as Next Friend of A.C,          **Address** 13925 Lottie Ave  Bayou La Batre, AL 36509
a minor (243356)

**Proposed Judicial District** Southern District of Alabama

**Defendants**

        Gulf Stream Coach, Inc.

        CH2M Hill Constructors, Inc.

---

**Plaintiff** Tonya  Collier  (243357)          **Address** 13925 Lottie Ave  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**

        Gulf Stream Coach, Inc.

        CH2M Hill Constructors, Inc.

---

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Janell Reaux  (243393)  **Address** 1700 Groom Road  A-17 Trailer  Baton Rouge , LA 70714

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---

**Plaintiff** Glenn Corso  (243377)  **Address** 9209 Daisy Vestry Road   Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Lenora Zirlott  (243444)  **Address** 15440 Dauphin Island Park   Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Helen Nelson  (243447)  **Address** 13545 Lyons Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Hong  Xia , as Next Friend of N.X, a minor (243448)  **Address** 14041 Sixth Ave.   Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff**  Onoshia  Smith  (243467)                    **Address**  2075 Lincoln  Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Lyle  Broussard (243468)                    **Address**  2075 Lincoln Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Walter Rogers, as Next Friend of A.R, a      **Address**  3208 Highland Avenue  Biloxi, MS 39532
minor (243480)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Walter Rogers, as Next Friend of C.R, a      **Address**  3208 Highland Avenue  Biloxi, MS 39532
minor (243482)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Walter Rogers, as Next Friend of D.R, a      **Address**  3208 Highland Avenue  Biloxi, MS 39532
minor (243484)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Walter Rogers (243486)                    **Address** 3208 Highland Avenue  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.
         Bechtel National, Inc

---

**Plaintiff** Ashley Broadus  (243529)                    **Address** 13575 Seaman Ave  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

---

**Plaintiff** Ashley Broadus , as Next Friend of T.J,     **Address** 13515 Seaman Ave  Bayou La Batre, AL 36509
a minor (243528)

**Proposed Judicial District** Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc
         Fluor Enterprises, Inc
         CH2M Hill Constructors, Inc.
         Bechtel National, Inc

---

**Plaintiff** William  Broadus  (243523)                    **Address** 13575 Seaman Ave  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

---

**Plaintiff** Ashley Broadus , as Next Friend of B.     **Address** 13575 Seaman Avenue  Bayou La Batre, AL
B, a minor (243524)                                                              36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.
         CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff**  Binh  Lam (243514)                    **Address**  13990 Third Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ashley Broadus, as Next Friend of A.L,     **Address**  13575 Seaman Ave  Bayou La Batre, AL 36509
a minor (243540)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Diane Trest (243559)                  **Address**  13950 Jermberg  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Elendor Trest Lupton (243561)         **Address**  9250 Hwy 90 West  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Drena Trest (243564)                  **Address**  9250 Hwy. 90 West  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Jillian Cochran-Burke (243567)          **Address**  6511 Hwy 45  Eight Mile , AL 36613

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Thomas Demouey (243572)          **Address**  14020 Lottie   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Michael Sowa (243560)          **Address**  Theodore Mobile HOME PK Belengrath Rd
                                                          Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sylvia  Raley (243547)          **Address**  13925 Lottie Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Regina Shirah (243565)          **Address**  12755 Zirlott Park Padgett Switch Road  Bayou
                                                          La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff** Christina  Miller  (243548)          **Address** 6511 Highway 45  Eight Mile, AL 36613

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Charles  Rushing  (243552)          **Address** Zirlott Park Padgett Switch Road  Bayou La Batre, AL 35609

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Cori  Gaddis , as Next Friend of J.G, a minor (243554)          **Address** Zirlott Park Padgett Switch Road  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Diane Trest, as Next Friend of J.C, a minor (243579)          **Address** 13950 Jernberg Road  Bayou La Batre, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Heather  Demouey  (243555)          **Address** 14020 Lottie Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  David Nash (243580)                    **Address**  3708 Burrough Drive  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Carolyn Nash (243581)                  **Address**  3705 Burrough Dr.   Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Cori  Gaddis , as Next Friend of S.G, a      **Address**  6881 Moffet Road  Mobile , AL 36618
minor (243556)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Nelvin  Ladner  (243584)               **Address**  6201 Ball Park  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Willie  Whitlock  (243587)            **Address**  500 Silver Ridge Ave  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Ollie  Seaman (243622)                    **Address** 12491 Vanity Court  Irvington, AL 36544


**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Charles  Shirah  (243626)                    **Address** Zirlott Park Padgett Switch Road  Bayou La Batre, AL 36509


**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Shelia Taylor (243674)                    **Address** 120 Doty Garden Circle  Ferriday, LA 71334


**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Shirley Singleton (243698)                    **Address** 233 Citizen  Bay St. Louis, MS 39520


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Christian Thomas (243713)                    **Address** 260 Howard Avenue, Lot 36  Biloxi, MS 39530


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff**  Nathaniel Sapp (243749)          **Address**  Cypress Bend 717 N. Thompson Ave  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Raweewan Deshotel (243758)          **Address**  2913 North Gen. Wainwright Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Victorino  Juarez (243768)          **Address**  4310 Orchard Road Lot 2  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Christian J Juarez (243773)          **Address**  4310 Orchard Rd Lot 2  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Rosa  Juarez (243774)          **Address**  4310 Orchard Rd Lot 2  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Ashley Harshbarger (243831)          **Address** 6345 Pavolini Rd  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Laura Ladner, as Next Friend of E.L., a minor (243830)          **Address** 6345 Pavolini Rd  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Ted Gillespie (243829)          **Address** 13415 Lot 1 Rebel Rd  Theodore, AL 36582

**Proposed Judicial District** Southern District of Alabama

**Defendants**

> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Nathaniel  Sapp, as Next Friend of N.S, a minor (243750)          **Address** 717 N Thompson Avenue (Cypress Bend )  Iowa , LA 70647

**Proposed Judicial District** Western District of Louisiana

**Defendants**

> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Laura Ladner, as Next Friend of J.L, a minor (243817)          **Address** 6345 Pavolini Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Jeremy Chauvin, as Next Friend of D.   **Address**  6106 East Forrest St  Bay St. Louis, MS 39520
C, a minor (244184)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Jeremy Chauvin (244185)   **Address**  6106 East Forrest St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Anthony  Demma  (244196)   **Address**  25985 Long Vue Drive  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

**Plaintiff**  Shauna White (244189)   **Address**  607 Old Spanish Ztrail Russell Dr. #6  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

**Plaintiff**  Shauna White, as Next Friend of T.W, a   **Address**  607 Old Spanish Trail/Russell Dr. #6  Waveland, minor (244190)   MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Shauna White, as Next Friend of J.A, a        **Address**  607 Old Spanish trail/Russell Dr. #6  Waveland,
minor (244192)                                                MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Shauna White, as Next Friend of K.W,         **Address**  607 Old Spanish Trail Russell Drive # 6
a minor (244193)                                             Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Anthony  Demma , as Representative of        **Address**  25985 Long Vue Dr.   Picayune, MS 39466
the Estate of Albert  Demma , deceased
(244195)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Alicia Currie, as Next Friend of D.M, a      **Address**  1100 James Sudduth  Lake Charles, LA 70607
minor (244211)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Bruce Metcalf (244212)                       **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Alicia Currie (244213)          **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
                                                            70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Alexis  Currie, as Next Friend of A.H, a    **Address**  4017 Fourden Lane  Lake Charles , LA 70607
               minor (244200)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Alexis  Currie , as Next Friend of M.H,   **Address**  1100 James  Sudduth Pkwy   Lake Charles, LA
               a minor (244199)                                      70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Francis Watson (244219)          **Address**  628 Morrow Road   Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jarrell Richard (244220)          **Address**  216 Calcasiem Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Marcel  Langley (244197)          **Address**  1036 M. Fruge Rd.  Kinder, LA 70648

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jamar Thomas  (244222)          **Address**  222 Kingsley St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Rolanda  McClendon , as Next Friend      **Address**  702 N. Jake  Lake Charles , LA 70607
of A.M, a minor (244223)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Rolanda  McClendon, as Next Friend of      **Address**  702 N. Jake  Lake Charles , LA 70607
N.P, a minor (244226)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Rolanda McClendon, as Next Friend of      **Address**  702 N. Jake St.  Lake Charles , LA 70607
J.M, a minor (244227)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff**  Anthony McClendon (244228)          **Address**  702 N. Jake St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Rolanda  McClendon (244230)          **Address**  702 N. Jake St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Priscilla  George , as Next Friend of A.          **Address**  1100 James Sudduth Parkway  Lake Charles, LA
R, a minor (244237)                                                         70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Priscilla  George  (244232)          **Address**  1100 James Sudduth Parkway  Lake Charles, LA
                                                                           70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Alexis Currie, as Next Friend of A.V, a          **Address**  1100 Jame Sudduth  Lake Charles, LA 70607
minor (244243)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Alexis Currie (244242)     **Address** 1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** Alice  Richard  (244263)     **Address** 216 Calcasieu St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** Francis  Watson , as Next Friend of E. N, a minor (244269)     **Address** 628 Morrow Rd  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** Tronald  Thomas  (244275)     **Address** 222 Kingsley Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** Eddie  Fruge (244272)     **Address** 2254 6th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Melvin Hebert (244276)         **Address** 3034 East Tank Farm Road  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff** Dionne Jenkins (244304)         **Address** 104 S.C. Dixon Circle #151  Baton Rouge, LA 70815

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

---

**Plaintiff** Dionne Jenkins, as Representative of the Estate of Denise Jenkins, deceased (244303)         **Address** 1045 C Dixon Circle #211  Baton Rouge , LA 70815

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

---

**Plaintiff** Freidrich Deegen (244327)         **Address** 14104 Yellow Jacket Rd.  St. Martin, MS 39564

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Brittney Williams (244333)         **Address** 104 SC Dixon Circle #151  Baton Rouge, LA 70815

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No. 09-7893

**Plaintiff** Ethel  Pinder , as Next Friend of K.R, a   **Address** 1676 Hwy 109 South  Vinton , LA 70668
minor (244381)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Bernard  Pinder  (244380)   **Address** 1676 Hwy 109 S.  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Brenda  Coats , as Next Friend of C.L, a   **Address** 210 East Carolton  Sulphur, LA 70663
minor (244419)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Brenda  Coats  (244418)   **Address** 210 E Carolton  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Kelly  Carrier  (244412)   **Address** 209 Maple St.  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Von Duong, et. al. v. Gulf Stream Coach, inc., et al.
Original Civil Action No.  09-7893

**Plaintiff** Jacques  Watson  (244404)                    **Address** 628 Morrow Road   Moss Bluff , LA 70611

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Ethel  Pinder  (244403)                    **Address** 1676 Hwy 109 South   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---