## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

1397

**Plaintiff**  Crystal  Charles  (244400)          **Address**  2208 8th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Ethel  Pinder , as Next Friend of C.R, a          **Address**  1676 Hwy. 109 South  Vinton , LA 70668
minor (244399)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Ragle  Celestine  (244435)          **Address**  703 Jake St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Nedra  Jenkins  (244431)          **Address**  908 Center St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Jennifer Pinder (244478)          **Address**  1676 Highway 109 South  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**49**

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Judith Washington (244477)          **Address** 2447 21st Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Jerry Fontenot (244457)          **Address** 1100 James Sudduth Parkway Box 58  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Savoy (244453)          **Address** 6467 Corbina Road  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** James Savoy (244452)          **Address** 2302 South Roosevelt  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Savoy, as Representative of the Estate of Susie Lasalle, deceased (244451)          **Address** 2302 South Roosevelt  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Sheila Hudson (244482)                **Address** 2225 HWY 90 WEST  Sulphur, LA 70664

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Daniel  Pinder (244486)                **Address** 1676 Hwy 109 South  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Caitlin  Corso  (244495)                **Address** 9209 Daisy Vewstry Rd  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Esther Herring, as Representative of the    **Address** 2465 Hwy. 397 Lot 207  Lake Charles , LA 70607
Estate of Dorothy Drounett, deceased
(244501)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Esther Herring, as Representative of the    **Address** 2465 Hwy 397 Lot 207  Lake Charles , LA 70607
Estate of Albert Drounett, deceased
(244500)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Thomas  Brown  (244595)          **Address**  Cypress Bend RV Park  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Lela McMichael (244510)          **Address**  610 Evans Rd  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Della Walker (244531)          **Address**  1024 I-10 Mobile Village Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Shane Arabie (244527)          **Address**  2465 Hwy.  397 lot 202   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Amanda Arabie (244526)          **Address**  2465 Hwy. 397 Lot 202   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Jarmaan James (244525)                    **Address** L-52 Feather Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Amanda Arabie, as Next Friend of S.A.,     **Address** 2465 Hwy. 397 #202  Lake Charles , LA 70607
a minor (244524)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Angie  Brown  (244589)                     **Address** Cypress Bend RV Park  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Brittany Lewis (244569)                    **Address** Crying Eagle Village #62  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Phuoc  Tran (244545)                       **Address** 13785 Schambeau  Bayou La Batre, AL 35609

**Proposed Judicial District** Northern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Mansel Langley (244513)          **Address** 6016 Nobile Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Taurel McMichael (244514)          **Address** 610 Evans Rd  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Beverly Miller (244619)          **Address** 152 Donna Road Heberts Trailer Park  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Harvey Clolinger (244611)          **Address** 355 Duvan  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Marilyn Richard (244631)          **Address** 2421 9th St  Lake Charles, LA 70601

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Hurley Richard (244634)                    **Address**  2421 9th Street  Lake Charles, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Vickie Meche (244659)                    **Address**  1026  # 9 Gulf Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Scott  Wilson (244690)                    **Address**  690 W Neese St. #47  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tommy Dean , as Next Friend of M.D,           **Address**  407 Goss st  Lake Charles , LA 70607
a minor (244683)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tommy Dean (244681)                    **Address**  401 Goss St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Jordan Trahan (244695)          **Address**  1819 Hwy 109 South  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Robert Johnson (244691)          **Address**  14 Beasley Garden Road  Stateline, MS 39362

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Candace  Wilson, as Next Friend of C.          **Address**  690 W. McNeese St.  Lake Charles , LA 70607
W, a minor (244676)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Candace Wilson (244687)          **Address**  690 West  McNeese Street #47  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tommy Dean, as Next Friend of T.D, a          **Address**  407 Goss Street  Lake Charles , LA 70607
minor (244677)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff**  Elton Meche (244702)                    **Address**  1026 Gulf Lane #9  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donald  Caillouet  (244701)              **Address**  1121 Spruce St  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donald  Caillouet , as Next Friend of D.     **Address**  1121 Spruce St.  Ocean Springs, MS 39564
C, a minor (244715)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Erica Bailey (244730)                    **Address**  2738 Ever Green Rd  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Donald  Caillouet , as Next Friend of K.     **Address**  1121 Spruce St.  Ocean Springs, MS 39564
C, a minor (244714)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Donald  Caillouet , as Next Friend of A.   **Address** 1121 Spruce St  Ocean Springs, MS 39564
C, a minor (244713)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Jeannie  Caillouet (244712)   **Address** 1121 Spruce St  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff** Michael Young (244720)   **Address** 1308 Industrial Street  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Candice Moton (244718)   **Address** 1790 Gauthier Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Constructors, Inc.

---

**Plaintiff** F. Nelson, as Next Friend of R.N, a   **Address** 809 Ever St.  DeQuincy , LA 70633
minor (244747)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** F. Nelson, as Next Friend of N.N, a          **Address** 809 Ever St.  DeQuincy , LA 70633
minor (244744)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Harry Cummings (244743)          **Address** C-48 Feather Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Mary Jane Celestine  (244777)          **Address** 703 North Jake Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jordan Trahan, as Next Friend of C.T, a          **Address** 1819 Hwy 1095  Vinton , LA 70668
minor (244735)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Dhoc Nguyen  (244759)          **Address** 1402 6th Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Jessica Jones  (244758)                **Address**  166 Paul Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Selena January (244796)                **Address**  2425 Jackson Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Gwendolyn Cormier (244756)                **Address**  1904 9th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Adam Patin (244815)                **Address**  1664 Highway 1095  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Angie Patin (244814)                **Address**  1664 Highway 1095  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Douglas Tweed (244804)          **Address**  3909 Thornton Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Marlin Green (244858)          **Address**  208 Princess St.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>  Gulf Stream Coach, Inc.
>  Shaw Environmental, Inc
>  Fluor Enterprises, Inc
>  CH2M Hill Constructors, Inc.

**Plaintiff**  Orelia Ryan (244849)          **Address**  702 Jake Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Caressa Kaough (244848)          **Address**  222 Kimpley Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>  Gulf Stream Coach, Inc.
>  Fluor Enterprises, Inc

**Plaintiff**  Chi Tran (244844)          **Address**  13785 Shambeau  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>  Gulf Stream Coach, Inc.
>  CH2M Hill Constructors, Inc.

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff**  Shelly Carrier (244883)               **Address**  209 Maple Street  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Veronica  Carrier (244838)               **Address**  209 Maple St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Phyllis  Edwards (244910)               **Address**  7109 W. Welsh   Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Kevin Blue (244905)               **Address**  2425 Jackson Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Shelley Swier (244918)               **Address**  115 Gallegos Street  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Melissa Swier (244920)                **Address**  115 Gallegos Lane  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Gary Fountain (244921)                **Address**  115 Gallegos Ln  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Arthur  Williams (244929)                **Address**  510 Pattie Moss Rd  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Bridgette Harmon-Duhon (244931)                **Address**  313 Calcasieu St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  A'Synea Harmon-Lede (244930)                **Address**  313 Calcasieu Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Joseph Chenier (244904)               **Address**  1101 North Prater  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Christopher Wright (244901)           **Address**  1101 North Prater  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Elvia Jones (244900)                  **Address**  120 Country Club Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Mary Chenier , as Representative of the   **Address**  1101 North Prater  Lake Charles , LA 70607
Estate of Naomi Chenier, deceased
(244902)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Demetrius Goudeau (244899)            **Address**  2702 Pineview Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Bridgette Harmon, as Next Friend of J.       **Address**  313 Calcasieu St  Lake Charles , LA 70607
D, a minor (244932)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Bridgette Harmon-Duhon, as Next       **Address**  313 Calcasieu Street  Lake Charles , LA 70607
Friend of G.D, a minor (244934)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Trudy Williams (245017)       **Address**  104 Sc. Dixon Circle 151  Baton Rouge, LA
70815

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Timothy Williams (245018)       **Address**  104 SC Dixon Circle #151  Baton Rouge, LA
70813

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Johnathon Ross (245023)       **Address**  1100 James Sudduth Parkway  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Elizabeth Taylor (245009)          **Address**  120 Doty Garden Circle  Ferriday , LA 71334

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Thuy Doan, as Next Friend of N.D, a          **Address**  12195 Landing Ct.  Irvington, AL 36544
minor (245093)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Eddie Ellis (245083)          **Address**  273 Bowen St.  Biloxi, MS 39534

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Cheryl Ellis (245082)          **Address**  273 Bowen St.  Biloxi, MS 39534

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Marguerete Woodard (245080)          **Address**  190-B Beauvoir #142 Fox Rv Park  Biloxi, MS
39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff**  Kevin Mallet (245079)                    **Address**  809 Evers St  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Frederica Nelson (245077)                **Address**  809 Ever St  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Manuela Verduzco (245073)                **Address**  3825 E. Prien Lake Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Peggy Bullard, as Next Friend of K.M,     **Address**  809 Evers St.  DeQuincy , LA 70633
a minor (245072)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Alyce Papillion (245063)                 **Address**  7231 Burgundy Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff** John Ceaser, as Next Friend of C.C, a minor (245057)          **Address** 3825 E. Prien Lake Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

---

**Plaintiff** Thuy  Doan, as Next Friend of A.D, a minor (245056)          **Address** 12195 Landing Ct.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>      Gulf Stream Coach, Inc.
>      CH2M Hill Constructors, Inc.

---

**Plaintiff** Lily Doan (245055)          **Address** 12195 Landing Ct.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>      Gulf Stream Coach, Inc.
>      CH2M Hill Constructors, Inc.

---

**Plaintiff** John Ceaser (245052)          **Address** 3825 E. Prien Lake Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>      Gulf Stream Coach, Inc.
>      Fluor Enterprises, Inc

---

**Plaintiff** Hattie Holmes (245051)          **Address** V.A. Trailer Pk Lot #37  Gulfport, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>      Gulf Stream Coach, Inc.
>      Bechtel National, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Julius Fontenot, as Representative of the Estate of Vergie Fontenot, deceased (245049)   **Address** 2209 Clarinda St.   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kevin Jean (245048)   **Address** 170 Jean Acres Lane   Dry Creek, LA 70637

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Alysia Jean (245047)   **Address** 170 Jean Acres Lane   Dry Creek , LA 70637

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Frederick Hensley (245043)   **Address** John Laffite Trailer Lot   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Clifton Williams (245035)   **Address** 3606 McKinley St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Paulette Wilson-Williams (245031)  **Address** 3606 McKinley St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jennifer Boutilier, as Next Friend of J. S, a minor (245026)  **Address** 7950 Clearview Dr Lot #41  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Donny  King (245025)  **Address** 1100 James Sudduth Park way  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Bridgette Harmon-Duhon, as Next Friend of G.D, a minor (245134)  **Address** 313 Calcasieu St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Megan Miller (245122)  **Address** 136 Clyde St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Denise Sam (245119)                    **Address** 1100 James Sudden Pkwy  Lake Charles, LA
                                                                 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Jamie Sam (245118)                    **Address** 1100 James Sudden Pkwy  Lake Charles, LA
                                                                 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Stephanie Abraham (245181)            **Address** 2214 9th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Stephanie Abraham, as Next Friend of  **Address** 2214 9th St  Lake Charles , LA 70607
         K.D, a minor (245180)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Christopher Cumbie (245178)           **Address** 8535 Julius St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Erna Cumbie (245177)                **Address** 8535 Julius St  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Stacy Cumbie , as Next Friend of A.C,    **Address** 8535 Julius  Bayou La Batre, AL 36509
a minor (245176)

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Stacy Cumbie (245175)                **Address** 8535 Julius St  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Joycelyn Lewis (245172)             **Address** John Lafitte Trailer Prk #705 Pujo Rd  Lake
Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Daniel Fontenot (245169)            **Address** 2605 JEFFERSON ISLAND rd  New Iberia, LA
70560

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Jeffery Hoffpavir (245209)               **Address** 2125 Carter Rd  Dry Creek, LA 70637

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Laura  Wright (245208)               **Address** 2125 Carter Rd  Dry Creek, LA 70637

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Alvin Wright (245207)               **Address** 2125 Carter Rd  Dry Creek, LA 70637

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Jimmy Mounce (245205)               **Address** 1945 Merganser St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

**Plaintiff** Katherine  Mounce  (245206)               **Address** 717 A Thompson  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Delma  Wright, as Next Friend of L.H,   **Address** 2125 Carter Rd  Dry Creek, LA 70637
a minor (245220)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Delma Wright, as Next Friend of L.H, a   **Address** 2125 Carter Rd  Dry Creek, LA 70637
minor (245221)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Audrey Guillory (245219)   **Address** 6441 S. Meadowlark  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charles  Primeaux (245218)   **Address** 144 Dan St  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Raeleigh Primeaux (245217)   **Address** 144 Dan St  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Charles  Primeaux , as Next Friend of       **Address**  144 Dan St  Cameron, LA 70631
S.P, a minor (245216)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Brandi Hyatt (245224)              **Address**  1131 Doyle Rd  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Claiborne Hyatt (245225)              **Address**  1131 Doyle Rd  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Shannon Ceaser (245227)              **Address**  3825 E. Prien Lake Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Latisha King (245192)              **Address**  624 Goodman Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Jeanie Hyatt (245231)                    **Address** 1131 Doyle Rd  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Elisha Wattley (245188)                   **Address** 624 S Goodman Rd  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Van Tran (245240)                    **Address** 14041 Sixth Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff** Stephanie Abraham, as Representative    **Address** 2214 9th St.  Lake Charles , LA 70607
of the Estate of Joan Citizen, deceased
(245183)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Stephanie Abraham, as Next Friend of    **Address** 2214 9th St  Lake Charles , LA 70607
D.A, a minor (245182)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Regina Guidry (245247)          **Address** 2935 Royal Avenue  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Pamela Pruitt (245248)          **Address** 116 Pesh Cemetery Lane
                                                   Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Willard Pruitt (245249)          **Address** 116 Pesh Cemetery Lane   Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Shannon Marcantel, as Next Friend of     **Address** 2517 Straley Rd  Westlake , LA 70669
A.M, a minor (245250)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Shannon Marcantel (245251)          **Address** 2517 Srtraley  Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Velvet Burrell (245252)          **Address** 520 McNabb St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Melvin Ceasar (245253)          **Address** 933 Alice Street  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Risha  Thomas , as Next Friend of J.T,          **Address** 1109 West Welsh Street   Welsh, LA 70591
a minor (245266)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Jennifer  Boutilier, as Next Friend of P.          **Address** 7950 Clearview Drive  Lake Charles , LA 70607
B, a minor (245263)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Percy Thomas  (245275)          **Address** 325 McNabb Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Jennifer  Boutilier  (245272)                **Address**  7950 Clear View A2 41  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  John Nash (245291)                **Address**  6571 San Diego Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Brian Eaglin (245290)                **Address**  Lindon Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  William Forrest (245345)                **Address**  11951 Mose Ln  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Angela  Bennett , as Next Friend of A.        **Address**  1021 McCall St.  Lake Charles , LA 70607
T, a minor (245306)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Angela Bennett, as Next Friend of M.B, a minor (245305)  **Address**  1021 McCall St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Angela Bennett  (245304)  **Address**  1021 McCall St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Delores Turner (245307)  **Address**  Burton Colisieum  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tevino Carrier, as Next Friend of D.C, a minor (245302)  **Address**  1024 I-10 Mobile Village Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tevino Carrier (245301)  **Address**  1024 I-10 Mobile Village Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff** Angela  Babineaux (245300)                    **Address** 2614 8th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff** Clara Lewis (245312)                    **Address** 1719 Cessford Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff** Tevina  Carrier , as Next Friend of T.C,    **Address** 1024 I-10 Mobile Village Rd  Lake Charles , LA
a minor (245299)                                          70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff** Jeffery Joseph (245309)                    **Address** 2006 Moeing St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff** Tevino carrier, as Next Friend of A.C, a    **Address** 1024 I-10 Mobile Village Rd  Lake Charles , LA
minor (245298)                                            70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Stacy Reado (245364)                    **Address** 2211 Patton   Sulphur, LA 70665

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Linda Mitchell-Simmons (245359)        **Address** 123 Decker St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Ashleigh  Johnson Reado (245377)        **Address** 7700 Patton Rd.  Sulphur, LA 70665

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Clifton Charles  (245415)              **Address** 2208 8th Street   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Joseph  Beckworth (245410)             **Address** 1077 Hwy. 27 N  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Margie Beckworth (245409)          **Address**  1077 Hwy. 27 N  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Trinity Beckworth (245408)          **Address**  1077 Hwy. 27 N  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Tabetha Nunez, as Next Friend of V.N,          **Address**  2708 St Joseph Street  Sulphur, LA 70663
a minor (245406)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Tabetha Nunez (245405)          **Address**  147 Hwy. 384  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Delma Wright (245430)          **Address**  2125 Carter Rd  Dry Creek, LA 70637

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Laura  Reeves (245422)          **Address**  22007 Constance Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Debra Miller (245440)          **Address**  136 Clyde Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cassie Rayburn-Dyson, as Next Friend    **Address**  22007 Constance St.  Iowa, LA 70647
        of T.C, a minor (245437)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cassie Rayburn-Dyson (245436)          **Address**  22007 Constance St.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cassie Rayburn, as Next Friend of A.C,    **Address**  22007 Constance St.  Iowa , LA 70647
        a minor (245435)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff** Shelly Trahan, as Next Friend of C.T, a     **Address** 123 Hale Rd.  Lake Charles , LA 70607
minor (245500)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Christopher Trahan (245499)     **Address** 123 Hale Rd  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Mary Leger (245485)     **Address** 702 N. Jake St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Allen Miller (245484)     **Address** Hebert trailer prk 152 Donna Rd  Lake Charles ,
LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Lionel Simon (245493)     **Address** 308 N. 3rd St.  Welsh, LA 70591

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff**  Idella Landry (245431)                          **Address**  940 Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Regina Nunez (245448)                          **Address**  2708 St. Joseph St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Mary Chenier , as Representative of the       **Address**  1101 1/2 North Prater  Lake Charles , LA 70607
        Estate of Qhaddeus Chenier, deceased
        (245480)
**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  John Doan (245475)                          **Address**  12195 Landing Ct.  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Mary Chenier (245479)                          **Address**  1101 1/2 North Prater  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Anitra  Edwards, as Representative of     **Address**  1109 West Welsh  Welsh, LA 70591
the Estate of Elton Edwards, deceased
(245473)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Thuy Doan, as Next Friend of J.D, a     **Address**  12195 Landing Ct.  Irvington, AL 36544
minor (245478)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Thuy Doan (245476)     **Address**  12195 Landing Ct  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Benny White (245466)     **Address**  1811 9th Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Mary Rogers (245509)     **Address**  7480 Vidalia Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Theresa White (245459)                    **Address**  1811 9th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Evelyn Predium (245453)                    **Address**  702 Jake St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Marcellete Tweed (245451)                    **Address**  3909 Thornton St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Walton Joseph (245519)                    **Address**  2608 Highway Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Trevor Ausmer (245552)                    **Address**  8298 Mystic Circle  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** James Benoit (245551)          **Address** 1342 Halverson   Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jennifer  Pinder, as Next Friend of C.S,          **Address** 1676 Hwy 109 South  Vinton , LA 70668
a minor (245570)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Shunteri Williams (245637)          **Address** 3606 Mckinley Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Lien Tran, as Representative of the          **Address** 14020 6th Avenue  Bayou La Batre, AL 36509
Estate of Huong Tran, deceased
(245629)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Linford Miller  (245649)          **Address** 136 Clyldes Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Larmae Miller (245648)               **Address** 136 Clydes Lane  Lake Charles , LA 70607


**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Trista Hudson (245643)               **Address** 6737 A Oak Lake Drive  Sulphur, LA 70665


**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** J Fontenot (245641)               **Address** Burton Colisium Gulf Hwy Lot #111  Lake Charles , LA 70607


**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jennifer  Pinder, as Next Friend of R.S, a minor (245569)               **Address** 1676 Hwy 109 S.  Vinton , LA 70668


**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Shelly Trahan (245682)               **Address** 123 Hale Rd  Lake Charles , LA 70607


**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff**  Shunkea Williams (245697)          **Address**  3606 McKinley Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Linda  Jones, as Next Friend of A.L, a          **Address**  1916 2nd Avenue  Lake Charles , LA 70607
minor (245695)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Jacqueline Sam (245688)          **Address**  823 N Pear Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Jacqueline Sam, as Next Friend of J.S, a          **Address**  823 N. Pear Street  Lake Charles , LA 70607
minor (245687)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  John Ceaser, as Next Friend of A.C, a          **Address**  3825 East Prien Lake Rd  Lake Charles , LA
minor (245672)          70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff** Kaysha Miller (245670)          **Address** 136 Clyde Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Angie Brown, as Next Friend of A.B, a minor (245619)          **Address** Cypress Bend RV Park  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Erika Coffey (245617)          **Address** 1100 James Sudduth lot 82 park way   Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michell Trahan (245616)          **Address** 1819 Hwy. 109 South  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Erica Woodard (245666)          **Address** 190-B Beauvoir Road Lot 142  Biloxi, MS 39531

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Alice Burkhardt (245607)          **Address**  104209 Bayou Dr.  Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Alana Harmon (245603)          **Address**  464 Jones Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Darrell Guidry (245660)          **Address**  320 Channelview Dr.  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Theresa Guidry, as Next Friend of G.G,          **Address**  320 Channelview Dr.  Hackberry, LA 70645
a minor (245659)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Angie Brown, as Next Friend of B.B, a          **Address**  Cypress Bend RV  Iowa, LA 70647
minor (245595)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Quinn Thomas (245563)                    **Address**  2211 Patton St  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Keisha Guillory, as Next Friend of K.G.,    **Address**  708 N. Goss Blvd  Lake Charles , LA 70607
a minor (245654)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Trista Hudson, as Next Friend of E.H, a    **Address**  6737 A Sulphur  Lake Charles , LA 70607
minor (245652)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Garrett Guidry (245658)                   **Address**  320 Channel View Dr.  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Theresa Guidry (245657)                   **Address**  320 Channel View Dr.  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No. 09-7904

**Plaintiff**  Keisha Guillory (245656)                    **Address**  708 N. Goos Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Keisha Guillory, as Next Friend of K.F,        **Address**  708 N. Goos  Lake Charles , LA 70607
a minor (245655)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Kevin Bartie (245713)                    **Address**  1100 James Sudduth Pkwy M 41  Lake Charles,
LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Mary Malbroux (245721)                    **Address**  3207 N. Gen. Wainwright  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Cherika Simonet (245731)                    **Address**  2004 Ford St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff**  Marlon Stevens (245730)                    **Address**  2004 Ford Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jack London (245728)                    **Address**  1612 Lewis St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jeremiah Brantley (245756)                    **Address**  17788 Hwy. 171  Ragley, LA 70657

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rachelle Boudreaux, as Next Friend of     **Address**  277 Big Woods Vinton Rd.  Vinton , LA 70668
S.H, a minor (245755)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rachelle Boudreaux, as Next Friend of     **Address**  277 Big Woods Vinton Rd.  Vinton , LA 70668
C.B, a minor (245754)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Crystal Charles, et. al. vs Gulfstream Coach, Inc., et al.
Original Civil Action No.  09-7904

**Plaintiff** Theresa Mitchell (245748)                    **Address** 2432 12th Street  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Rita Wright (245793)                    **Address** 1101 North Prater  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc