## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

1398

**Plaintiff** Patricia Barlow (245798)          **Address** 7037 Road 140 Lot 59  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Peggy Norwood-Pitre (247057)          **Address** 16888 Hwy 190  Reeves, LA 70658

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Van Drounett (245817)          **Address** Crying Eagle Trailer Park  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Arthur Thierry (245816)          **Address** 1422 N. Lincoln  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Frankie Thomas (245849)          **Address** 1024 I 10 Mobile Village Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**50**

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Leslie Courtney (245848)                **Address** 5319 Eastern Dr.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Kristi Marcantel, as Next Friend of S.J,    **Address** 2517 Straley Rd  Westlake , LA 70669
a minor (245845)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Kristi Marcantel (245844)              **Address** 2517 Straley Rd.  Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Stella LeJeune (245840)              **Address** 3401 E. Prien Lake Rd.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Junus Reado (245869)              **Address** 7175 Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Landris Roberts (245868)          **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Gerald Easton (245864)          **Address**  2511 Bonito Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Amber Guillory (245861)          **Address**  2511 Bonito Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Ovey Menard (245882)          **Address**  3505 Choupique  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Diane Menard (245881)          **Address**  3505 Choupique Rd.  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Ruby Thierry (245815)          **Address** 1422 N. Lincoln  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Wilda Booker (245811)          **Address** 717 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Arthur Thierry (245809)          **Address** 1422 N. Lincoln  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Lanore Spain, as Next Friend of N.S, a          **Address** 439 Ange Dr.  Lake Charles , LA 70607
minor (245894)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Lanore Spain (245893)          **Address** 439 Ange Dr.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Lanore  Spain, as Next Friend of W.S, a       **Address**  439 Arze Drive  Lake Charles , LA 70607
minor (245892)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Hillary Spain (245891)       **Address**  439 Ange Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Amber Jackson (245919)       **Address**  206 North Sarah Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Peggy Bellar (245942)       **Address**  809 Evers Street  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Laura Ladner (245955)       **Address**  6345 Pavoline Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Linda Williams, as Next Friend of J.S, a        **Address** 20006 Moeling St.  Lake Charles , LA 70607
minor (245979)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Linda Williams, as Next Friend of M.J,        **Address** 20006 Moeling St  Lake Charles , LA 70607
a minor (245978)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Tracy Joseph, as Next Friend of T.J, a        **Address** 1016 N Shattuck  Lake Charles , LA 70607
minor (245976)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Whitley Richard (245974)        **Address** 4451 5th Avenue  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Ruby Goffney (245973)        **Address** 316 East Street  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Rose Gains (245972)               **Address** 3606 McKiney Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Elaine Favors (245994)               **Address** 4451 Whispering Pine Apt 120  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Craig Lewis (245993)               **Address** 932 Tallow Road  Lot 48  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Linda  Williams, as Next Friend of C.G,   **Address** 2006  Moeling Street  Lake Charles , LA 70607
a minor (245989)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Linda Williams (245990)               **Address** 2006 Moeling Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Dua Trahan (245996)          **Address** 1575 Highway 109  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Jazzma Reese (246045)          **Address** 1100 James Sudduth Pkwy Lot M67  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff** Donald Reese (246067)          **Address** 1100 James Sudduth Pkwy lot M-67  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff** Renee Roussell, as Next Friend of R.R,          **Address** 1100 James Sudduth Pkwy Lot M67  Lake
a minor (246059)          Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff** Perry Dixon (246160)          **Address** 592 Dublin Lane  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Linda Drounette (246159)　　　　**Address** 592 Dublin Lane  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Trillis Danielson (246150)　　　　**Address** 1032 Harrison St.  Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Christopher Hill (246172)　　　　**Address** 6417 Estate Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Trillis  Danielson, as Next Friend of T.
F, a minor (246148)　　　　**Address** 1032 Harrison St.  Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff** Nikia Guillory (246170)　　　　**Address** 6417 Estate Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Jordan Trahan, as Next Friend of D.T, a minor (246169)   **Address** 1819 Highway 109 South  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Jordan Trahan, as Next Friend of A.T, a minor (246168)   **Address** 1819 Highway 109 South  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Robert Boutte (246161)   **Address** 1405 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Savoy, as Next Friend of B.L, a minor (246114)   **Address** 3203 South Roosevelt  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Evelyn John, as Representative of the Estate of Austin John, deceased (246102)   **Address** 9291 Sonny Fonteno  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Tina Richard (246126)      **Address** 1100 James Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Tina Richard, as Next Friend of A.J, a minor (246124)      **Address** 2006 Moeling Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Mark Guillory (246123)      **Address** 6417 Estate Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Dana Guillory (246121)      **Address** 6417 Estate Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Stanley Chapman (246120)      **Address** 1203 Colleen Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Carolyn Guillory (246119)                    **Address**  6417 Estate Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Harold Taylor (246117)                    **Address**  1121 Main Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Jarrelle Mitchell (246144)                    **Address**  1032 Harrison St.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Dennis Harmon (246110)                    **Address**  7617 Tarpon Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Henry LeBrun (246156)                    **Address**  619 South  Standford  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Erika Coffey, as Next Friend of J.W, a minor (246149)   **Address** 1100 James Sudduth Parkway Lot 58  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Eugene Fowler (246147)   **Address** 457 Fowler Road  Deridder , LA 70634

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Lena Coleman (246143)   **Address** 608 1st Avenue  Fenton, LA 70640

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Katherine Toerner (246140)   **Address** 166 Paul Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Barbara Goodwill (246138)   **Address** 166 Paul Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Devontea Fontenot (246206)          **Address**  2006 Moeling  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Alexis  Redmond (246210)          **Address**  2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Rachelle Boudreaux (246209)          **Address**  277 Big Woods Vinton Rd  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Donald Anderson (246208)          **Address**  1100 James Sudduth Pwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Kelly Irwin (246250)          **Address**  797 Arthur Irwin Rd  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Samuel Booker (246253)          **Address** 717 S. Franklin St. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Kimberly Mitchell, as Next Friend of L.          **Address** 2432 12th St  Lake Charles , LA 70607
M, a minor (246239)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Lucille Salinas (246236)          **Address** 6839 Oyster Dr.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Angela Simien (246248)          **Address** 209 Calcasieu St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Dominique Mitchell (246233)          **Address** 2432 12th St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Shawntessa Colston (246244)          **Address** 209 Calcasieu St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Andrea Boutte, as Next Friend of T.B, a          **Address** 1405 6th Ave  Lake Charles , LA 70607
minor (246231)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Tayla Boutte (246230)          **Address** 1405 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Denise Davis (246242)          **Address** 209 Calcasieu St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Andrea Boutte (246229)          **Address** 1405 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Chester Bellard (246188)                **Address**  2125 Carter Rd  Dry Creek, LA 70637

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Patricia Jackson (246186)                **Address**  206 N Sarah St  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Melissa Fontenot, as Next Friend of K.        **Address**  5810 Eastern Dr  Lake Charles , LA 70607
R, a minor (246270)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Mitchell (246278)                **Address**  2432 12th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Tammy  Bellard (246264)                **Address**  3113 Admiral King  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Akeem Jackson (246274)          **Address**  206 North Sarah St.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Alicia Savoy (246271)          **Address**  2302 S. Roosevelt  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Cynthia Belton (246269)          **Address**  1100 James Sudduth way  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Verla Beaugh (246259)          **Address**  James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Mary  Johnson (246338)          **Address**  14 Beasley Garden Road  Stateline, MS 39362

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Samuel Simien (246286)          **Address** 313 Admirial King St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** Cassandra Rochon (246395)          **Address** 216 Eugene Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** Ricky Perronne (246393)          **Address** 410 Pinehill Drive  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff** Landis Perronne (246392)          **Address** 410 Pinehill Drive  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff** Leah Thibodeaux Thomas (246390)          **Address** 1509 Summit Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Darrell Ryans (246389)          **Address** 7912 Highway 397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Patricia Ryans (246388)          **Address** 7912 Hwy.  397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Candice Moton, as Next Friend of A.M,          **Address** Gauthier Road  Lake Charles , LA 70607
a minor (246386)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff** Mary Graham (246382)          **Address** 4304 Jamestown Rd  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Pleashetta Powell (246381)          **Address** 4304 Jamestown Rd  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Shanterrica Graham (246380)          **Address** 4304 Jamestown Rd  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Stanley Alexander (246370)          **Address** 1508 McNabb Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Geraldine Lavan, as Representative of          **Address** 1808 Josephine St  Lake Charles , LA 70607
the Estate of Mark Lavan, deceased
(246360)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Kristy Valerie, as Next Friend of C.V, a          **Address** 2157 10th Street  Lake Charles , LA 70607
minor (246350)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Kristy Valerie (246348)          **Address** 2157 10th St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Kristy Valerie, as Next Friend of K.V, a      **Address** 2157 10th Street  Lake Charles , LA 70607
minor (246346)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Candice Moton, as Next Friend of A.M,      **Address** Gautier Road  Lake Charles , LA 70607
a minor (246341)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc
          Fluor Enterprises, Inc
          CH2M Hill Constructors, Inc.

**Plaintiff** Candice Moton, as Next Friend of A.A,      **Address** GAUTHIER RD  Lake Charles , LA 70607
a minor (246340)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc
          Fluor Enterprises, Inc
          CH2M Hill Constructors, Inc.

**Plaintiff** Dennis  Hyatt (246414)      **Address** 1131 Doyle Rd  DeQuincy , LA 70663

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Eduardo  Sepulveda (246411)      **Address** 3010 Martin Street  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Precilla Adams (246325)            **Address**  2134 Brooks St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Margarita  Sepulveda (246410)       **Address**  3010 Martin St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

**Plaintiff**  Lorenzo  Lopez (246407)             **Address**  3010 Martin St  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

**Plaintiff**  Moses Eaglin (246314)               **Address**  702 North 1st Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Lela Johnson (246309)               **Address**  874 Hooks Road  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Jinnette Walker (246308)                **Address** 1100 James Sudduth Parkway #160  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Patricia Jackson, as Next Friend of J.Z., a minor (246303)                **Address** 206 North Sarah Street  Welsh, LA 70591

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Phung Tran (246406)                **Address** 14020 6th Ave  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff** Patricia Jackson, as Next Friend of J.L., a minor (246294)                **Address** 206 North Sarah Street  Welsh , LA 70591

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Mark Ellis (246293)                **Address** 206 N. Sarah Street  Welsh, LA 70591

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Irene Harrison (246285)                **Address**  381 Plain View Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Shirley Wright (246283)                **Address**  116 Lake Breeze Drive  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Ethon  Burnitt (246443)               **Address**  1464 E. Hargroove Loop.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Melissa Fontenot , as Next Friend of J.      **Address**  5810 Eastern Drive  Lake Charles , LA 70607
R, a minor (246438)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Peggy Ravia (246434)                **Address**  4222 E Prien Lake Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Norman Ravia (246432)                **Address** 4222 E Prien Lake Rd  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Jody Burgin (246426)                **Address** 7950 Clearview Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Jody Burgin, as Next Friend of E.G, a        **Address** 7950 Clearview Dr.  Lake Charles , LA 70607
minor (246425)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Alisa Miles, as Next Friend of D.W, a        **Address** 1100 James Sudduth Parkway  Lake Charles, LA
minor (246461)                                                                  70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Alisa Miles (246460)                **Address** 1100 James Suddith Parkway  Lake Charles, LA
                                                                                70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Gabriel Jason (246423)                **Address** 1917 Hagan St. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jerome Jason (246422)                **Address** 1917 Hagan St. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Brent Hall (246447)                **Address** 1691 Forman Road  Ragley, LA 70657

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Gabriel Jason, as Next Friend of J.J, a    **Address** 1917 Hagan st.  Lake Charles , LA 70607
minor (246421)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Patricia Hall (246445)                **Address** 1691 Foreman Road  Ragley, LA 70657

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff** Gabriel  Jason, as Next Friend of J.J, a minor (246420)   **Address** 1917 Hagan St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Michael  Narcisse (246419)   **Address** 2812 Church St.   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Melissa Fontenot (246417)   **Address** 5810 Eastern Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Sharlene Burnitt, as Next Friend of L.B, a minor (246501)   **Address** 1464 Harsoo Loop  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Marshall Foreman (246465)   **Address** 543 Parish Road  Moss Bluff, LA 70611

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Steve Burnitt (246500)          **Address** 1464 E Harsoo Loop  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Sharlene Burnitt (246498)          **Address** 1464 Harsoo Loop  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Elizabeth James (246493)          **Address** Crying Eagle Village  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Mary  Booker  (246492)          **Address** Crying Eagle Village-Hwy 397  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Harland Towner (246509)          **Address** 6016 Nobie Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Belinda Louviere (246508)          **Address**  6016 Nobie Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Mitchell Guy (246502)          **Address**  4451 Whispering Pine 5th Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Brandon Towner (246507)          **Address**  6016 Nobie Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Devin Jones (246503)          **Address**  7175 South Franklin Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Lisa Jones, as Next Friend of B.J, a minor (246505)          **Address**  7175 South Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Henry Edwards (246550)          **Address** 717 S. Frankling Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Randy Ledoux (246548)          **Address** 166 Paul Road  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Edna Toerner (246545)          **Address** 116 Pauls Road  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Tosha Johns, as Next Friend of T.L., a          **Address** 2236 Hickory St  Sulphur, LA 70665
minor (246563)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Ledia Edwards (246531)          **Address** 820 Douglas Rd.  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Warren Washington (246530)          **Address** 820 Douglas Rd  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Alisha Lavan (246557)          **Address** 929 N Blake St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Felicia Jordan (246553)          **Address** 2078 Evergreen Rd  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Felicia Jordan, as Next Friend of K.J, a          **Address** 2078 Evergreen Rd  Westlake , LA 70669
minor (246551)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Felicia Jordan, as Next Friend of K.J, a          **Address** 2078 Evergreen Rd  Westlake , LA 70669
minor (246549)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Mitchell Jinks (246539)                    **Address**  146 Bryant Circle  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Monika Gallegos-Jinks (246538)             **Address**  146 Bryant Circle  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Savannah Gallegos (246536)                 **Address**  146 Bryant Circle  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Kristin Gallegos (246534)                  **Address**  146 Bryant Circle  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Gertie Tanner (246527)                     **Address**  900 Willow Spring Rd  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Theresa Sterling (246526)               **Address** 5434 Gertsner Memorial Dr.  Lake Charles , LA
                                                                70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Lisa Jones (246593)                     **Address** 7175 South Franklin  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Beverly Lavan (246572)                  **Address** 929 N. Blake St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tosha Johns (246604)                    **Address** 2232 Hickory St #2  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tosha Johns, as Next Friend of K.L, a   **Address** 2236 Hickory St.   Sulphur, LA 70665
        minor (246603)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** John Malbrew (246599)          **Address** 1100 James Sudduth Pkwy N69  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Linda Williams (246696)          **Address** 2305 Goodman Rd.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Roosevelt Washington (246701)          **Address** 2447 21st St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Nicholas Brantley (246702)          **Address** 481 John King Rd.  Ragley, LA 70657

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff** Felicia Scott (246711)          **Address** 166 Roger Lane  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Daniel Picou (246712)                    **Address** 166 Rogers Lane  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Cheyenne Gintz (246715)                  **Address** 3751 Ruth ST.  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Terrel Thibodeaux (246663)               **Address** 1545 Dogwood Rd  Sulphur, LA 70665

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Shukia Fontenot (246668)                 **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Ethel Fontenot (246669)                  **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Evelyn John (246676)                    **Address**  9291 Sonny Fontenot  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Justin Brantley (246687)                 **Address**  481 John King Rd  Ragley , LA 70657

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Shannon Brantley (246688)               **Address**  481 John King Rd.  Ragley, LA 70657

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Tina Brantley (246689)                   **Address**  481 John Kings Rd.  Ragley , LA 70657

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Tykeesha Andrews, as Next Friend of     **Address**  1811 9th Avenue  Lake Charles , LA 70607
K.A, a minor (246816)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Tykeesha Andrews (246817)          **Address**  1811 9th Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Julius Fontenot, as Next Friend of J.F, a          **Address**  2105 Clarinda st.  Lake Charles , LA 70607
minor (246820)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Tonya Uriegas (246753)          **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Sheila Authement (246755)          **Address**  1900 Dale St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Sheila Authement, as Next Friend of C.          **Address**  1900 Dale St.   Sulphur, LA 70663
A, a minor (246756)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Shelby Authement (246757)          **Address** 1900 Dale St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff** Ronald Singleton (246759)          **Address** 2007 Reeves Ave
                                           Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Jarvis Andrews (246761)          **Address** 1811 9th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Calvin Brown (246766)          **Address** 710 Kingsley St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** TyKeesha Andrews, as Next Friend of          **Address** 1811 9th Ave.  Lake Charles , LA 70607
H.A, a minor (246768)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Mariah Andrews (246774)                    **Address** 1811 9th Ave  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Kori Malbroux (246792)                    **Address** 3207 n cen wainright  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Mary  Bellow, as Representative of the     **Address** 609 E. Thomas St.  Sulphur, LA 70663
Estate of Genevieve Williams, deceased
(246692)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Kenneth Kellum (246693)                    **Address** 1012 Oak Lane  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** William Fountain (246694)                    **Address** 148 Main St.  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Sherrill Authement (246800)          **Address**  1900 Dale Street   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff**  Steve Moore (246806)          **Address**  357 Smith Ridge Rd Lot C  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Steve Moore, as Next Friend of T.M, a minor (246807)          **Address**  357 Smith Ridge Rd Lot C  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Steve Moore, as Next Friend of S.M, a minor (246808)          **Address**  357 Smith Ridge Rd Lot C  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Tonya Uriegas, as Next Friend of S.U, a minor (246747)          **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Tommy Lewis (246748)          **Address** 17 1/2 Cessford St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

**Plaintiff** Tonya Uriegas, as Next Friend of K.W,   **Address** 110 James Suddduth   Lake Charles, LA 70607
a minor (246751)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

**Plaintiff** Tonya Uriegas, as Next Friend of K.W,   **Address** 1100 James Suddduth  Lake Charles, LA 70607
a minor (246752)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

**Plaintiff** Precilla Adams, as Representative of   **Address** 2134 Brooks St.  Lake Charles , LA 70607
the Estate of Preston Adams, deceased
(246861)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

**Plaintiff** Judith Perry (246873)          **Address** Twin Oak Trailer Park Hwy 2  Grand Chenier ,
LA 70643

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Leonard Collins (246876)                    **Address**  23228 Katherine Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Melissa Watson (246877)                    **Address**  7950 Clearview Dr., Lot 40  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Melanie Watson (246878)                    **Address**  7950 Clearview Dr. Lot 40  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Matthew Miller (246880)                    **Address**  152 Donna Road Heberts Mobile Trailer Park  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Warren Celestine (246889)                    **Address**  6610 Fairdale rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Linda Jones, as Representative of the Estate of Sha'Crista Jones, deceased (246895)   **Address** 1916 2nd Ave  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** George Frazier (246902)   **Address** 1600 W 4th St.  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jasma Lassien (246903)   **Address** 1308 Industrial Street   Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Johnnie King (246906)   **Address** 1600 W.4th St.   DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charley Babineaux (246907)   **Address** 304 W. Henry St.  Decambre, LA 70528

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Larry Mitchell (246909)                    **Address**  2432 12th Street   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Kevin Thomas (246911)                    **Address**  1446 Thompson Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Padua Rougeau (246912)                    **Address**  707 17th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Kinaya Gray (246916)                    **Address**  249 1/2 Isreal Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Katina Ceasar (246932)                    **Address**  1446 Thompson rd.  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff**  Tommy Jones (246933)          **Address**  Lot 65 Mere's Trailer Park Country Club Rd.
                                                         Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Ashley Jones (246934)          **Address**  Country Club Rd. Lot 65  Lake Charles , LA
                                                         70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Brandon Jones (246935)          **Address**  Lot 65 Merej Trailer Park Country Club Rd.
                                                          Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Patricia Rodriguez-LeBlanc (246938)          **Address**  104 Moss St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Jeremy LeBlanc (246939)          **Address**  104 Moss St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Justin LeBlanc (246940)          **Address** 104 Moss St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jessica LeBlanc (246941)          **Address** 104 Moss St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Katina Ceasar, as Next Friend of N.C, a          **Address** 1446 Thompson rd.  Moss Bluff, LA 70611
minor (246952)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Johnnie King, as Next Friend of R.F, a          **Address** 1600 W 4th St. Lot 15  De Quincy, LA 70633
minor (246957)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Tracie Richard (246958)          **Address** 1887 Arsene  Wake Crests, LA 70669

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Jessica McZeal (246959)          **Address** 304 W Henry St  Delcambre, LA 70528

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff** Dalonshia Thomas (246973)          **Address** 2211 Patton Street  Sulphur, LA 70665

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff** Nathaniel Reynaud (246985)          **Address** 1024  I-10 Mobile Village  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff** Drusilla Sonnier (247018)          **Address** 973 Woodland Hills Dr.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff** Rodney Sonnier (247019)          **Address** 973 Woodland Hill st.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

## Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Anthony Irwin (247028)          **Address** 797 Arthur Irwin Rd.   DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Doreen Guillory (247048)          **Address** 334 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Jerome Guillory (247049)          **Address** 3345 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Jerome Guillory (247050)          **Address** 3345 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Je'Val Guillory (247064)          **Address** 3345 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 09-7903

**Plaintiff** Anthony Irwin (247069)          **Address** 797 Arthur Irwin Rd.  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Patrick Landrum (247077)          **Address** 17788 Hwy 171  Ragley , LA 70657

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Stevie Brantley (247078)          **Address** 17788 Hwy. 171  Rogley, LA 70657

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Timothy Landrum (247079)          **Address** 17788 Hwy 171  Ragley, LA 70657

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Liz Landrum (247085)          **Address** 17788 Hwy 171  Ragley , LA 70657

**Proposed Judicial District** Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Linda Paz, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  09-7903

**Plaintiff**  Kelly Irwin, as Next Friend of J.I, a          **Address**  797 Arthur Irwin Road  DeQuincy , LA 70633
minor (247086)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Clara Gaines, as Next Friend of C.S, a          **Address**  3606 Mckinley St  Lake Charles , LA 70607
minor (247099)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jordan Trahan, as Next Friend of B.T, a          **Address**  1819 Hwy. 109 South  Vinton , LA 70668
minor (247117)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc