## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

1399

**Plaintiff**  Rena Robinson (247145)                    **Address** 6417 Estate  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Tracie Richard, as Next Friend of J.R, a        **Address** 1887 Arsene Rd Trlr 19  Lake Charles , LA 70607
minor (247148)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Anthony McZeal (247152)                    **Address** 304 W Henry St  Delcambre, LA 70528

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Paul Brown (247157)                    **Address** 17307 Hwy 101  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Aletha Carter, as Next Friend of J.C, a        **Address** 1100 James Suddeth Pkwy.  Lake Charles, LA
minor (247172)                                                   70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**51**

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Mary Simonet (247182)                    **Address**  1400 Grein Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff**  Catrina Simonet, as Next Friend of K.    **Address**  1400 Grein Ave.  Lake Charles , LA 70607
C, a minor (247186)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff**  Gregory Chretien (247187)               **Address**  1400 Grein Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff**  Catrina Simonet, as Next Friend of B.C,    **Address**  1400 Grein Ave.  Lake Charles , LA 70607
a minor (247188)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff**  Merissa Simonet (247189)               **Address**  1400 Grien Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>     Gulf Stream Coach, Inc.
>     Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Todd Ziegler (247193)                    **Address**  248 N Dave Dougas St  Sulfur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Lisa Ziegler (247194)                    **Address**  248 W Dave Douglas Rd  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Cody Deville (247195)                    **Address**  248 W Dave Douglas  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Catrina Simonet (247196)                    **Address**  1400 Grein Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Dunstan Holmes (247205)                    **Address**  2411 E. Pair Lake Rd. Lot 18  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Shannon Parker (247212)　　　　　**Address**  2465 Hwy 397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Verneal Young (247223)　　　　　**Address**  1308 Industrial  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Eva  Abraham (247236)　　　　　**Address**  2214 9th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Eva Abraham, as Next Friend of O.B, a minor (247244)　　　　　**Address**  2214 9th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Hessie Reed (247245)　　　　　**Address**  2214 9th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Cornelius Cormier (247246)          **Address** 2214 9th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Taneka Victorian, as Next Friend of A.          **Address** M42 Mockingbird Lane  Lake Charles , LA 70607
V, a minor (247247)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Steve Abraham (247252)          **Address** 2214 9th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Corey  Harmon (247253)          **Address** 2214 9th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Gwen LeBlanc (247256)          **Address** 1101 1/2 N Prater St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Rebecca Washington (247257)          **Address**  110 1/2 N. Prater Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Phillip George (247258)          **Address**  1011 1/2 N. Prater Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Glen  Washington (247260)          **Address**  110 1/2 N Prater  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Joantranette Ceasar, as Next Friend of          **Address**  1005 Lawrence St  Lake Charles , LA 70607
D.M, a minor (247264)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Linda Edwards (247267)          **Address**  4100 opelousas st  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Joantranette Ceasar (247273)     **Address**  1446 Thompson rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Todd Ziegler (247280)     **Address**  248 W Doug Dougas Rd  Sulfur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Beverly  Miller, as Next Friend of C.M,     **Address**  Hebert Trailer Park 152 Donna Rd.  Lake
a minor (247284)                                                    Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Joe Thomas (247290)     **Address**  1109 West   Welch, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff**  Dalonshia Thomas, as Representative     **Address**  240 Patton St.  Sulphur, LA 70665
of the Estate of Quinton Thomas,
deceased (247291)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Andrew King (247297)                          **Address**  1660 W 4th St.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Anitra  Edwards, as Next Friend of J.E.,      **Address**  1109 W Welsh  Welsh , LA 70591
a minor (247313)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Robert Boutte (247315)                        **Address**  1405 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Michelle Sam, as Next Friend of J.S, a        **Address**  2328 Katherine St.  Lake Charles , LA 70607
minor (247317)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Seth Jean (247334)                            **Address**  170 Jean Acres Lane  Dry Creek, LA 70637

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Julius Fontenot (247336)          **Address**  2209 Clarinda St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jonique Fontenot (247337)          **Address**  2209 Clarinda St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jannifer Fontenot (247338)          **Address**  2209 Clarinda St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Mary Joseph (247339)          **Address**  1100 Crying  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Alicia Duncan, as Next Friend of R.D, a minor (247343)          **Address**  M42 Mockingbird Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Alicia Duncan (247344)          **Address**  M-42 Mocking Bird Lane   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jamerika Williams (247345)          **Address**  2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Quincey Thomas (247347)          **Address**  2010 Patton St.  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Mark O'Quain, as Next Friend of B.O, a minor (247350)          **Address**  2141 Cedar Lane   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Mark O'Quain, as Next Friend of J.D, a minor (247351)          **Address**  2141 Cedar Ln  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Mark O'Quain, as Next Friend of V.P, a  **Address** 2141 Cedar Lane  Sulphur, LA 70663
minor (247352)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Jordan Darbonne, as Next Friend of A.  **Address** 1179 Virgil Sims Rd.   Deridder, LA 70634
D, a minor (247354)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Jordan Darbonne, as Next Friend of I.  **Address** 1179 Virgil Sims Rd.   DeRidder, LA 70634
D, a minor (247355)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Jordan Darbonne, as Next Friend of M.  **Address** 1179 Virgil Sims Rd.   Deridder, LA 70634
D, a minor (247356)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Michael Darbonne (247357)  **Address** 1179 Virgil Sims Rd.  DeRidder , LA 70634

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Mark Richard (247358)          **Address**  107 Deer Park #38  Eufaula, AL 36027

**Proposed Judicial District**  Middle District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Bernadine Tatom, as Next Friend of A.   **Address**  100 Storer Ave.  Iowa, LA 70647
G, a minor (247359)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Bernadine Tatom (247360)          **Address**  100 S. Storer Avenue  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Ola Moore (247365)          **Address**  515 Church St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Donna Barker (247368)          **Address**  230 Tamarack St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Reagan Barker (247369)          **Address** 230 Tamarack St.   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

---

**Plaintiff**  Mark O'Quain, as Next Friend of M.O,          **Address** 2141 Cedar Lane   Sulphur, LA 70663
a minor (247372)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

---

**Plaintiff**  Krystal Gallon (247376)          **Address** 100 South Storer Ave.   Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

---

**Plaintiff**  James Trahan (247413)          **Address** 1026 Gulf Ln, #10  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lois Malvo (247436)          **Address** 717 S. Franklin St.   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Donald Augustine (247447)           **Address**  113 Calcusta St Lakeciew RV Pk  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Deondra Watson-Clark (247448)           **Address**  Crying Eagle Trailer  Park Hwy 365  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tranessa Sonnier (247458)           **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Aletha Carter, as Next Friend of J.S, a minor (247459)           **Address**  3568 Greinwich Blvd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Reed (247472)           **Address**  5319 Eastern Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Chanisse Wilson (247475)                    **Address**  1411 Mill St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Dale Howell (247481)                    **Address**  180 Clifford Felick Dr.  Ragley, LA 70657

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Linda Williams, as Next Friend of L.G,      **Address**  2006 Moeling St.  Lake Charles , LA 70607
a minor (247514)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Denell Hall (247531)                    **Address**  1100 James Suddeth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Willard Lavan (247533)                    **Address**  1808 Josphine St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Zachary Johnson (247536)          **Address**  1920 2nd Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Patrick Freeman (247537)          **Address**  1100 James Suddeth Pkwy. # 143  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Taneka Victorian (247542)          **Address**  M42 Mockingbird Ln  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Lillian Babineaux (247546)          **Address**  304 W Henry St.  Delcombre, LA 70528

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Mary Joseph, as Next Friend of J.S, a minor (247568)          **Address**  1100 Crying Eagle  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Ronald Green (247570)          **Address**  1100 James Sudduth Pkwy Box 160 Lot M. 32
Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Gene Rogers (247572)          **Address**  7480 Vidalia Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  James Wells (247573)          **Address**  104 Shands St.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Sherry Laughlin (247574)          **Address**  3716 E. Burton  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Charles Jones (247586)          **Address**  429 Booker St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Gwendolyn Hernandez (247601)          **Address**  13547 Old Spanish Trail Lot 43  Boutte , LA 70739

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Bernadine Tatom, as Next Friend of T.          **Address**  100 S. Storner Avenue  Iowa, LA 70647
T, a minor (247604)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Vaughn Barker (247606)          **Address**  230 Tamarack St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Selena January, as Next Friend of R.J, a          **Address**  2425 Jackson St.  Lake Charles , LA 70607
minor (247607)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Natalie O'Quain (247613)          **Address**  2141 Cedar Ln  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Mark O'Quain (247614)          **Address**  2141 Cedar Ln.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Austin (247617)          **Address**  627 Franklin St.  Lake Charle, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Austin (247618)          **Address**  627 Franklin  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Cynthia Prudhomme (247621)          **Address**  100 S Storer Ave  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Joantranette Ceasar, as Next Friend of          **Address**  1446 Thompson rd.  Lake Charles , LA 70607
D.C, a minor (247637)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.**
Original Civil Action No.  09-7899

**Plaintiff**  Jonathon Frank (247649)                    **Address**  152 Donna Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Curtis Tregle (247657)                    **Address**  125 Franklin St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cynthia Sensat (247672)                    **Address**  364 South Perkins Ferry Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Marvin Payne (247680)                    **Address**  208 Princess Street  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

**Plaintiff**  Mercie Payne (247681)                    **Address**  208 Princess St.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Willie Edwards (247682)          **Address**  4100 opelousns St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  William Hooper (247686)          **Address**  364 S. Perkins Ferry Rd  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Alberta Hooper (247687)          **Address**  364 S. Perkins Ferry Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jamar Lewis (247691)          **Address**  1713 1/2 Dessford St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Katlynn Foley (247692)          **Address**  1373 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Kirsty Foley, as Next Friend of D.F, a minor (247693)     **Address** 1373 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Donna Gros (247694)     **Address** 238 Gros Rd.   Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Wallace Gros (247695)     **Address** 238Gros Rd  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Lucille Dronet, as Representative of the Estate of Billie Gros, deceased (247696)     **Address** 238 Gros Rd.  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Wanda Foley (247698)     **Address** 1373 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Misty Wallace (247699)          **Address**  1373 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Kristy Foley (247705)          **Address**  1373 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  James Foley (247706)          **Address**  1373 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  David Wallace (247707)          **Address**  PO Box 123  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Yvonne Alfred (247710)          **Address**  5434 Gertsner Memorial Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Monique Jones (247737)          **Address**  1916 2nd D Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Tranessa Sonnier, as Next Friend of J. C, a minor (247746)          **Address**  1100 Crying Eagle Village  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Tranessa Sonnier, as Next Friend of P. C, a minor (247747)          **Address**  110 Crying Eagle Village  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Tyra Johnson (247755)          **Address**  874 Hooks   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Geremy Ross (247756)          **Address**  923 Industrial   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Eugenia James (247759)                **Address**  1405 Georgia Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>         Gulf Stream Coach, Inc.
>         Fluor Enterprises, Inc

**Plaintiff**  John LeBrun (247768)                **Address**  619 1/2 S. Stanford St.   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>         Gulf Stream Coach, Inc.
>         Fluor Enterprises, Inc

**Plaintiff**  Danielle Garrick (247769)                **Address**  1309 N. Junior Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>         Gulf Stream Coach, Inc.
>         Fluor Enterprises, Inc

**Plaintiff**  Ebony James (247775)                **Address**  1405 Georgia Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>         Gulf Stream Coach, Inc.
>         Fluor Enterprises, Inc

**Plaintiff**  Josephine Thomas (247778)                **Address**  312 Ouite Oaks  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>         Gulf Stream Coach, Inc.
>         Fluor Enterprises, Inc

Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Lanie McNab, as Next Friend of C.M, a   **Address**  1373 Park Rd  Lake Charles , LA 70607
minor (247790)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lanie McNab (247791)   **Address**  1373 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lanie McNab, as Next Friend of N.R, a   **Address**  1373 Park Rd.  Lake Charles , LA 70607
minor (247792)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Erma Predium (247838)   **Address**  702 N Jake St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Curley Reed (247847)   **Address**  313 Admiral King St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Curley Reed (247850)                  **Address**  313 Admiral King St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Michelle Goudeau (247864)           **Address**  2702 Pineview St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Michelle Goudeau, as Next Friend of    **Address**  2702 Pineview St  Lake Charles , LA 70607
M.G, a minor (247865)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Tranessa Sonnier, as Next Friend of K.    **Address**  1100 Crying Eagle Village  Lake Charles , LA
C, a minor (247875)                                    70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Cori Gaddis, as Next Friend of N.G, a    **Address**  6881 Moffett Road  Mobile, AL 36618
minor (247877)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>        Gulf Stream Coach, Inc.
>        CH2M Hill Constructors, Inc.

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Ramsey Duhon (247888)                    **Address**  1400 Mill St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Ramsey Duhon, as Next Friend of R.D,     **Address**  1400 Mill St  Lake Charles , LA 70607
a minor (247889)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Adrenna Johnson (247893)                 **Address**  1100 James Suddeth Lot 82  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Melvin LaSalle (247896)                  **Address**  Clear View Trailer Park # 48  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Taurus Johnson (247903)                  **Address**  1100 James Sudduth lot 82  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Eula Watley (247904)  **Address**  A Bear Trailer Park 624 Goodman Rd. # C6  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Kori Malbroux, as Next Friend of C.O, a minor (247914)  **Address**  3207 N. General Wainwright  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Pearl Barnes, as Next Friend of L.P, a minor (247924)  **Address**  924 Industrial  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Jakayla Sonnier (247929)  **Address**  3568 Greinwich Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Aletha Carter, as Next Friend of J.C, a minor (247930)  **Address**  3568 Greinwich  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Andre Burns (247932)          **Address**  Lincoln Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Aletha Carter, as Next Friend of J.C, a          **Address**  3568 Greinwich Blvd.  Lake Charles , LA 70607
minor (247933)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Aletha Carter (247934)          **Address**  3568 Greinwich Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Bradley Weston (247945)          **Address**  7231 Burgundy Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Mary Brown (247960)          **Address**  170307 Hwy. 101  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Cheryl Reece (247966)                    **Address**  Hwy 65 S. 23583  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cerisa Epps (247969)                    **Address**  216 Eugene Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Valleen Vallere (247983)                    **Address**  1100 James Suddeth Prkway N-11  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Raymond Leblanc (247989)                    **Address**  1101 1/2 North Prater St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Germaine Grice (247992)                    **Address**  1100 James Suddeth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Alysia Jean, as Next Friend of C.J, a minor (247996)          **Address**  170 Jean Acres Lane  Dry Creek, LA 70637

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Nathaniel Jean (247997)          **Address**  170 Jean Acres Lane  Dry Creek, LA 70637

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Santanna Johnson (247998)          **Address**  1100 James Sudduth pkwy n11  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Santanna Johnson, as Next Friend of S. P, a minor (247999)          **Address**  1100 James Suddeth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Valleen Vallere, as Next Friend of K.V, a minor (248000)          **Address**  1100 James Suddeth Pkwy N-11  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Quchona Sam (248004)                    **Address**  823 N Pear St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Dalia Walker, as Next Friend of D.B, a    **Address**  1024 I 10 Mobile Village Rd.  Lake Charles , LA
minor (248005)                                                  70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Grady Wilson (248007)                    **Address**  617 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Dalia Walker, as Next Friend of D.W, a    **Address**  1024 I-10 Mobile Village Rd  Lake Charles , LA
minor (248025)                                                  70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Khaleelah Ross (248044)                    **Address**  924 Industrial St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Paula Burns (248061)                          **Address**  Lincoln Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Dalia Walker, as Next Friend of T.W, a minor (248072)              **Address**  1024 I-10 Mobile Village Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Tamika Abraham (248076)                       **Address**  2214 9th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Joseph Alfred (248084)                         **Address**  1916 2nd Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Darcy Wilfred (248096)                         **Address**  1024 I-10 Mobile Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Dalia Walker (248097)          **Address**  1024 I-10 Mobile Village rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Dalia Walker, as Next Friend of C.W, a minor (248098)          **Address**  1024 I-10 Mobile Village Rd,  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  David Smith (248109)          **Address**  1002 Industrial   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Shelby Wilson (248111)          **Address**  2105 Pujol Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Gregory Brooks (248116)          **Address**  2328 Katherine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Risha Thomas, as Next Friend of J.T, a minor (248118)     **Address** 1109 W. Welsh Street  Welsh, LA 70591

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Danna Tregle (248120)     **Address** 125 Franklin St.  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Radiah Duhon (248123)     **Address** 2608 Hwy St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Michael Duhon (248124)     **Address** 4918 Jerry Rd  Lake Charles, LA 70605

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marie  Beaugh (248125)     **Address** James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Michelle Sam (248128)          **Address**  2328 Katherine St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Risha Thomas (248129)          **Address**  1109 W. Welsh St.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jeffery Roberts (248149)          **Address**  1100 James Sudduth Pkwy Trailer M-90 on
                               Waren St.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michael  Martin (248168)          **Address**  209 Calasieu St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Randy Lassen (248169)          **Address**  1308 Industrail Street   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  JoAnn  Williams, as Next Friend of R. S, a minor (248186)          **Address**  1021 Industrial   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Emmanuel Thomas (248241)          **Address**  1826 Pear St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Angela Pratt (248242)          **Address**  1008 Park Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Sharon Thomas, as Representative of the Estate of Earl Jean Louis, deceased (248243)          **Address**  3924 Thornton St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Rito (248245)          **Address**  228 Garden Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Constructors, Inc.

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Carey Hudson (248247)        **Address**  515 Church St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Emily Dronet, as Next Friend of K.D, a minor (248250)        **Address**  196 Gros Road  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Emily Dronet, as Next Friend of B.D, a minor (248252)        **Address**  196 Gros Road  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Iris Jones (248255)        **Address**  2381 Plainview  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

**Plaintiff**  Iris Jones, as Next Friend of B.C, a minor (248256)        **Address**  2381 Plainview Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Gulf Stream Coach, Inc.
>Fluor Enterprises, Inc

Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Julius Sterling (248258)          **Address**  1100 James Sudduth Pkwy  Crying Eagle Village
                                                              Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Erica Moreau (248259)          **Address**  Crying Eagle Village  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Geraldine Lavan (248261)          **Address**  1808 Josephine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Iris Jones, as Next Friend of B.J, a          **Address**  2381 Plainview Dr  Lake Charles , LA 70607
          minor (248266)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Tevin Edwards (248272)          **Address**  1109 West Welsh  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Tabbatha Lavergne (248274)          **Address**  2313 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tabbatha Lavergne, as Next Friend of          **Address**  2313 Elain St.  Lake Charles , LA 70607
T.H, a minor (248275)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Theresa LaSalle (248278)          **Address**  5350 Pheasant Lane   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Melva Jean Louis (248280)          **Address**  3924 Thornton St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Hien Tran, as Next Friend of N.T, a          **Address**  819 Ingalls Ave  Pascagoula, MS 39567
minor (248281)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Lillian Shelton (248282)          **Address**  1011 Eddy  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Hien Tran (248283)          **Address**  819 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Hien Tran, as Next Friend of K.T, a          **Address**  819 Ingall S. Ave  Pascagoula, MS 39567
minor (248284)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Khanh Tran (248285)          **Address**  6616 April Bayon  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ngoc Le (248287)          **Address**  819 Ingalls Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Thai Tran (248290)                    **Address**  6616 April Bayou  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Pearl Barnes (248295)                  **Address**  924 Industrial St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Kareka Nickerson (248300)              **Address**  1309 N. Junior St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Amanda Sapp, as Next Friend of S.W, a minor (248317)     **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Chad Perry (248320)                    **Address**  313 East St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Waneene Dorsey (248321)                  **Address**  1100 James Sudduth Pkwy   Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Georgia Brown (248344)                  **Address**  3025 General Patton St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Brown (248345)                  **Address**  3025 General Patton St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Ashley Guidry (248346)                  **Address**  3025 General Patton St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Edna Prejean (248348)                  **Address**  9155 Hwy 101   Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Whitney Pradia (248358)          **Address**  Crying Eagle Trailor Park  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Erica Freeman (248362)          **Address**  662 Feather Rd. Lot 62  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Kitchens, as Next Friend of          **Address**  2104 LEWIS AVE  Pascagoula, MS 39567
S.K, a minor (248364)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

---

**Plaintiff**  Kimberly Kitchens (248365)          **Address**  2104 LEWIS AVE  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Gulf Stream Coach, Inc.
>           Bechtel National, Inc

---

**Plaintiff**  Linda Ceasar (248369)          **Address**  2313 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Danny Kitchens (248371)                    **Address**  2104 Lewis Ave   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Shaquille Hagger (248375)                    **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Wanda Freeman (248376)                    **Address**  662 Feather Rd. Lot 62  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Gabbrielle Malbrough, as Next Friend    **Address**  1114 Cabina Rd  Lake Charles , LA 70607
of D.M, a minor (248377)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tristan Jones (248378)                    **Address**  820 Douglas Rd  De Quincy, LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Jordan Darbonne (248416)              **Address**  1179 Virgil Sim Rd.  Deridder, LA 70634

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Marylin Riggs (248430)              **Address**  1114 Cubina Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Paris Malbrough (248431)              **Address**  1114 Cabina Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Gabbrielle Malbrough (248432)              **Address**  Cabina Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Christopher Malbrough (248438)              **Address**  1114 Cabino Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Abraham Nash (248441)            **Address**  6571 San Diego St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Marvin Nash (248442)            **Address**  6571 San Diego St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Michela Scott, as Next Friend of N.J, a            **Address**  1517 Opelousas  Lake Charles , LA 70607
minor (248444)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Michela Scott, as Next Friend of B.D, a            **Address**  1517 Opelousas  Lake Charles , LA 70607
minor (248445)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Sharonda Carroll, as Next Friend of S.            **Address**  1100 James Sudduth Pkwy Box 297  Lake
H, a minor (248449)            Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Estate of Dorothy Winters , as Representative of the Estate of Dorothy Winters, deceased (248453)　　　**Address** 1313 Goos Blvd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Genevieve Jordan (248455)　　　**Address** 101 Grogan  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Wayland Timberlake (248457)　　　**Address** 1100 James Suddeth #297  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Barbara Thompson (248463)　　　**Address** 2313 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Kaysha Plumber, as Next Friend of D. P, a minor (248471)　　　**Address** 1810 PE Daigle Rd  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Leeose Lewis, as Next Friend of T.L., a minor (248472)          **Address** 1104 James Sudduth Hwy   Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Ella Frank (248480)          **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Kaysha Plumber (248481)          **Address** 1810 PE Daigle Rd  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Denise Hunter (248489)          **Address** 4702 New Hope Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Marva Nash (248508)          **Address** 6571 San Diego St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

---

Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff** Leeose Lewis, as Next Friend of T.L., a   **Address** 1104 James Sudeth Hwy   Lake Charles , LA
minor (248509)                                                                      70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Silton Frank (248523)            **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Michela Scott (248529)            **Address** 1517 Opelousas  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Cynthia Stanford (248530)            **Address** 11415 Cememortary Road  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Betty Simon (248532)            **Address** 2803 11 St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7899

**Plaintiff**  Vera Ellis (248533)                **Address**  1024 I-10 Mobile Village Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff**  Dawn Bramlett (248535)                **Address**  11241 Highway 384  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc