## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

1400

**Plaintiff**  Kenneth Trent (248537)          **Address**  4221 Dutchess St.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Owen Cahee (248550)          **Address**  1508 Summit St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Gable Reed (248557)          **Address**  1114 Cabina Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Thaven Jackson (248558)          **Address**  1406 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Thavanna Jackson (248560)          **Address**  1406 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**52**

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Bernita Joubert (248561)          **Address**  1508 Summit  Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Charlotta Walker (248562)          **Address**  1508 Summit Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Preston Walker (248563)          **Address**  1508 Summit St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Kendrick Bertrand, as Next Friend of          **Address**  2046 Reeves Road  Lake Charles , LA 70607
K.B, a minor (248567)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Calvin Gauthier (248571)          **Address**  2046 Reeves St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Teesha Jackson-Davis (248572)          **Address**  1406 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Henry Davis (248573)          **Address**  1406 6th Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Reginald Brown (248578)          **Address**  415 North Adams  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Lindsey Bramlett (248587)          **Address**  11241 Highway 384  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Kendrick Bertrand (248589)          **Address**  2046 Reeves Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Cheryl Trahan (248591)                **Address**  100 Debra Ln. 18C &18D   Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Romeka Sennett (248604)                **Address**  1811 9th Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rubby Reeves (248605)                **Address**  5100 Martin Bluff Lot 65B  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Jamie Beasley (248606)                **Address**  5100 Martin Bluff Road, Lot 65B  Gautier, MS 39552

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Offie Fountain (248611)                **Address**  4956 Alligator Park Road  Starks , LA 70661

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Jimmy Martinez (248612)                    **Address**  1013 B Old river Rd.  Starks, LA 70661

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
                    Gulf Stream Coach, Inc.
                    Fluor Enterprises, Inc

**Plaintiff**  Christine Martinez Forse (248613)           **Address**  124 First St.  Starks, LA 70661

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
                    Gulf Stream Coach, Inc.
                    Fluor Enterprises, Inc

**Plaintiff**  Linda Martinez (248614)                     **Address**  1013 A Old River Rd.  Starks, LA 70661

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
                    Gulf Stream Coach, Inc.
                    Fluor Enterprises, Inc

**Plaintiff**  Mary January (248615)                       **Address**  1704 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
                    Gulf Stream Coach, Inc.
                    Fluor Enterprises, Inc

**Plaintiff**  James Nash (248629)                         **Address**  2609 Coplin Rd.   Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
                    Gulf Stream Coach, Inc.
                    Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** Zackry Nash (248630)          **Address** 2609 Coplin Rd.  Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Laiken Nash (248631)          **Address** 2609 Coplin Rd.  Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** James Nash, as Next Friend of D.N, a minor (248632)          **Address** 2609 Coplin Rd.  Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Bernadette Tatom (248637)          **Address** 100S. Storer Ave.  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Davante Lewis (248641)          **Address** 401 N. Goss St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Tommy Dean, as Next Friend of L.H, a minor (248642)  **Address**  407 Goss St   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Esther Augustine, as Next Friend of I. G, a minor (248644)  **Address**  1100 James Suddeth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jimmy Martinez (248645)  **Address**  1013 A Old River Rd.  Starks, LA 70661

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Belinda West, as Next Friend of J.W, a minor (248649)  **Address**  3441 East Prienlake  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jonathan January (248654)  **Address**  1100 James Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Danaysha Henry (248659)          **Address**  100 S. Storer Ave  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Nathaniel Reeder (248661)          **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michael Edwards (248674)          **Address**  820 Douglas Road  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jerry Zeno (248682)          **Address**  1413 1/2 Nichols St  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Belinda West (248683)          **Address**  3441 E. Prienlake Rd. Lot 18  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Elaine Tezeno (248707)                    **Address**  2927 Southridge Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff**  Elaine Tezeno, as Next Friend of V.W.,     **Address**  2927 South Ridge Dr.  Lake Charles , LA 70607
            a minor (248709)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff**  Henry Tezeno (248711)                    **Address**  2927 Southridge Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff**  Destiny Barker (248712)                  **Address**  1112 W Welsh St.  Welsh , LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff**  Margie Moses, as Next Friend of L.B, a    **Address**  1112 W Welsh St.  Welsh , LA 70591
            minor (248713)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Margie Moses, as Next Friend of D.S, a       **Address**  1112 W. Welsh  Welsh, LA 70591
minor (248714)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Margie Moses (248717)                      **Address**  1112 W. Welsh  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Yolanda Brown (248720)                     **Address**  1747 P.E. Daigle Rd  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Kaneesha Hutchinson (248721)               **Address**  1747 P.E. Daigle rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Yolanda Brown, as Next Friend of D.F,      **Address**  1747 D.E. Diagle Rd.  Iowa , LA 70647
a minor (248723)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Kashawna Hutchinson (248724)          **Address**  1747 P.E. Diagle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Yolanda Brown, as Next Friend of T.D,          **Address**  1747 P.E. Diagle Rd  Iowa, LA 70647
a minor (248725)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Henry Dempsey (248727)          **Address**  1747 P.E. Diagle Rd  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tranese Jones (248748)          **Address**  2211 Patton St #P23  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Lincoln Williams (248760)          **Address**  506 Hwy 90 West  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Javeon Ross (248762)                    **Address**  923 Industrial   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Felton Alexander (248765)               **Address**  1109 W. Welsh  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Lincoln Williams (248771)               **Address**  506 Hwy 90 West  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Mary Thibodeaux (248775)                **Address**  7343 Joe Breacy Rd.  Hayes, LA 70646

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Keith Trahan (248776)                   **Address**  128 Mildred St  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** John Carter (248777)                    **Address** 108 N. Jake St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Shaw Environmental, Inc

**Plaintiff** Cyntisha Prudhomme, as Next Friend    **Address** 2707 Medina St  Lake Charles , LA 70607
of R.J, a minor (248792)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff** Cyntisha Prudhomme, as Next Friend    **Address** 2707 Medora St.  Lake Charles , LA 70607
of C.J, a minor (248793)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff** Cyntisha Prudhomme, as Next Friend    **Address** 2707 Medora St.  Lake Charles , LA 70607
of R.J, a minor (248794)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

**Plaintiff** Daniel Alfred (248797)                    **Address** 525 2nd St.  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.
         Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Daniel Alfred, as Next Friend of D.A, a minor (248798)   **Address** 525 2nd St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Sharonda  Carroll, as Next Friend of L. L, a minor (248807)   **Address** 1720 Rose St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Rachelle Powell (248815)   **Address** 551 Parish Rd  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Leon Sias (248829)   **Address** 100 James Sudduth Pkwy. Unit M-89  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  George Dixon (248834)   **Address** 2803 11th St.  Lake Chalres, LA 70615

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Nikita Brown (248846)          **Address**  1100 James Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Doris Ireland (248854)          **Address**  502 John Stein Rd  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Doris Ireland, as Next Friend of R.B, a minor (248855)          **Address**  502 John Stein Rd.   Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Doris Ireland, as Next Friend of R.R, a minor (248856)          **Address**  502 John Stine Rd.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Henry Kimball (248857)          **Address**  222 Eugene Lane Lot 28  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Doris Ireland, as Next Friend of H.L., a       **Address**  502 John Stine Rd.  Westlake , LA 70669
minor (248858)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Brice Joseph (248873)                        **Address**  1100 James Suddeth Pkwy  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Bonnie Ford (248892)                         **Address**  2608 Highway St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Gary Woods (248896)                          **Address**  3124 Lark Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Jessica  Beaugh (248901)                     **Address**  1100 James Sudduth Parkway  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Jessica Beaugh, as Next Friend of D.B, a minor (248902)

**Address**  1100 James Sudduth Parkway Crying Eagle  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Mary Vallare (248922)

**Address**  2100 Hagan St.   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Williams (248929)

**Address**  1621 Industrial  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Aerinn Guillory (248938)

**Address**  2381 Plain View Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Kenneth Royal (248941)

**Address**  1720 Rose St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Vanessa Landry (248967)          **Address**  717 N Thompson #14  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Marilyn Reed (248980)          **Address**  3113 Admiral King St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Evelyn Poullard (248990)          **Address**  717 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Shawana Kately (249021)          **Address**  7175 Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Jacobe Kately (249022)          **Address**  717 S. FRANKLIN STREET  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Shawana Kately, as Next Friend of K.  **Address**  7175 Franklin St.  Lake Charles , LA 70607
K, a minor (249035)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Robin Clark (249049)  **Address**  234 Israel Rd.   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Cheryl Stanley (249061)  **Address**  1013 B Old River Rd  Slarks, LA 70661

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  JoAnn Williams, as Next Friend of K.S,  **Address**  1021 Industrial  Vinton , LA 70668
a minor (249066)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Markeeya Williams (249068)  **Address**  1021 Industrial  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  JoAnn Williams (249069)          **Address**  1621 Industrial  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Sandra Orphey (249079)          **Address**  203 W. Goodman Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Mysti Rito (249089)          **Address**  228 Garden Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Kim Rito, as Next Friend of K.R, a          **Address**  228 Garden Rd.  Bay St. Louis, MS 39520
minor (249090)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Lawanda Banks, as Next Friend of K.J,          **Address**  702 Hwy. 90  Iowa, LA 70647
a minor (249091)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Lawanda Banks, as Next Friend of H.J.,      **Address**  702 Hwy. 90  Iowa, LA 70647
a minor (249092)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Lawanda  Banks, as Next Friend of J.J,      **Address**  702 Hwy. 90  Iowa , LA 70647
a minor (249093)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Lawanda Banks, as Next Friend of M.J.,      **Address**  702 Hwy. 90  Iowa, LA 70647
a minor (249094)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Elsie Auzenne (249096)      **Address**  2900 6th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Antoinette Auzenne, as Next Friend of      **Address**  2900 6th St.  Lake Charles , LA 70607
J.A, a minor (249097)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Priscilla Perkins (249101)           **Address**  7403 Jarib Ln  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff**  Clay Haley (249106)           **Address**  1100 James Sudduth Prkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff**  Brenda  Moses (249116)           **Address**  1112 W. Welsh St.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff**  Nora Stanley (249117)           **Address**  3554 Green Island Rd  Starks, LA 70661

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

**Plaintiff**  April Vital (249121)           **Address**  1100 James Suddeth Prkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.
           Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Joseph Anderson (249128)          **Address**  1100 James Suddeth   Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Charles Moton (249129)          **Address**  1911 7th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Charles Moton, as Next Friend of J.M,          **Address**  1911 7th Ave.  Lake Charles , LA 70607
a minor (249130)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Johnny Moton (249131)          **Address**  1911 7th Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Russell Todd (249147)          **Address**  910 Dicks St.   Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Germain Winfrey (249161)                    **Address**  1100 Southern Crying Eagle  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Felicia Winfrey (249162)                    **Address**  1100 James Southern Crying Eagle  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Keith Freeman (249164)                    **Address**  100 James Suddeth  Crying Eagle  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Vester Simien (249171)                    **Address**  912 West Millard  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Billy Simien (249172)                    **Address**  912 W. Millard  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Josie Simien (249173)                    **Address**  912 West Millard  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Gaines, as Next Friend of J.G, a minor (249184)      **Address**  3606 McKinley  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Quincy Edwards (249196)              **Address**  4100 Opelousas Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Marlon Cady (249198)                 **Address**  207 Balboa St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Syretta Celestine, as Next Friend of K. C, a minor (249201)   **Address**  2006 Moeling  St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Kolleen Stanford (249204)                     **Address**  11415 Ordion Cementry Road  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Mary Celestine (249206)                     **Address**  207 Balboa St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Theodore Wright (249207)                     **Address**  1733 Light Cap  Lancaster, CA 93535

**Proposed Judicial District**
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Crystal Gaines (249214)                     **Address**  3606 McKinley  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tevera Carrier (249216)                     **Address**  1024  I-10 Mobile Village Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Antonia Williams (249219)        **Address**  506 Hwy 90 West  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Antonio Williams, as Next Friend of F.   **Address**  506 Hwy 90 West  Iowa , LA 70647
W, a minor (249220)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Mercie Payne, as Next Friend of J.P, a   **Address**  208 Princess St  Westlake , LA 70669
minor (249222)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Felecious Louis (249228)        **Address**  3924 Fontent St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Elsie Prudhomme (249230)        **Address**  100 S. Storer Ave.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Anitra Edwards, as Next Friend of A.B, a minor (249231)          **Address**  1109 West Welsh  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  David Barnes (249233)          **Address**  923 Industrial St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Ruby Cockrell (249241)          **Address**  2101 Pulol St #702  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Anatashia Hagger (249253)          **Address**  1100 James Sudduth Pwky H- 37  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Priscilla Perkins, as Next Friend of D. N, a minor (249278)          **Address**  7403 Jarib Ln.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Priscilla Perkins, as Next Friend of E.N,   **Address**  7403 Jarib Lane  Lake Charles , LA 70607
a minor (249279)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Chad Hagger (249306)   **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Antoinette Auzenne (249315)   **Address**  2900 6th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Tracy Hebert, as Next Friend of K.B, a   **Address**  7385 Joe Breaux Road  Hayes, LA 70646
minor (249324)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Aletha Carter, as Next Friend of J.C, a   **Address**  1100 James Sudduth  Lake Charles, LA 70607
minor (249325)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Brittany Carrier (249328)                    **Address**  209 Maple St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Michelle Bellard, as Next Friend of P.          **Address**  9155 Hwy. 101  Iowa, LA 70647
   B, a minor (249331)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Annie Session (249332)                    **Address**  2601 E Wainwright Dr.  Lake Charles , LA
   70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Coretta Cockrell (249339)                    **Address**  2101 Pujol St. 702  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Michelle Bellard (249342)                    **Address**  9155 Hwy. 101  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** Josephine Young (249345)          **Address** 1911 7th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Rhonda Guillory (249347)          **Address** 207 Balboa St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Syretta Celestine, as Next Friend of D.          **Address** 2006 Moeling St.  Lake Charles , LA 70607
D, a minor (249352)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Tracy Hebert (249353)          **Address** 7385 Joe Breaux Rd  Hayes, LA 70646

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Dawn Sterling, as Representative of the          **Address** 3021 General Marshall Dr.  Lake Charles , LA
Estate of Ryann Sterling, deceased          70607
(249361)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** Dawn Sterling (249362)          **Address** 3021 General Marshall Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Priscilla Perkins, as Next Friend of G. N, a minor (249374)          **Address** 7403 Jarib Ln.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Mark Thibodeaux (249379)          **Address** 1802 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** George Smith (249382)          **Address** 202 LaBlanc St  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Lisa Jones, as Next Friend of A.J, a minor (249389)          **Address** 2211 Patton Trailer P23  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Gulf Stream Coach, Inc.
>    Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Lisa Jones (249390)                    **Address**  2211 Patton Trlr  Park 23  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Philbric Bellard (249401)              **Address**  9155 Hwy. 101  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Donald Lewis (249402)                  **Address**  939 Harridge  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Crystal Gore (249403)                  **Address**  939 Harridge  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cerisa Epps, as Next Friend of D.F, a    **Address**  216 Eugene Lane  Lake Charles , LA 70607
minor (249404)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Clara Gaines (249417)                     **Address**  3606 McKinley St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Lacasha Wheeler (249418)                  **Address**  7950 Clearview Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sharetha Holman (249419)                  **Address**  1720 Rose St.   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Nicole Wright (249422)                    **Address**  1733 Lightcap   Lancaster , CA 93535

**Proposed Judicial District**

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Donavin Arvie (249442)                    **Address**  2604 Madison St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Ashley Broussard, as Next Friend of A.
B, a minor (249443)

**Address**  2207 Enterprise  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Phyllis Todd, as Representative of the
Estate of Joyce Pugh, deceased
(249446)

**Address**  1001 Dick St  Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff**  Emily Fruge (249452)

**Address**  2826 Miller Ave  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Emily Fruge, as Next Friend of A.F, a
minor (249453)

**Address**  2826 Miller Avenue  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Beverly Fruge (249454)

**Address**  2826 Miller Ave.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Leeza Thibodeaux (249455)          **Address**  1508 Summit  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Helen Kimball (249457)          **Address**  222 Eugene Lane Lot 28  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Beverly Fruge, as Next Friend of R.L, a minor (249460)          **Address**  2826 Miller Ave  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Christopher Carrier, as Next Friend of F.C, a minor (249473)          **Address**  805 3rd Ave.  Oberline, LA 70655

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Christopher Carrier, as Next Friend of M.C, a minor (249474)          **Address**  805 3rd St.  Oberlin, LA 70655

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** Shonna Sonnier (249475)          **Address** 805 3rd Ave  Oberlin, LA 70655

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff** Jasmine Walker, as Next Friend of Z.          **Address** 1508 Summit St  Lake Charles , LA 70607
W, a minor (249478)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff** Jasmine Walker (249479)          **Address** 1508 Summit St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff** Tonya Artis (249488)          **Address** 1720 Rose St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

**Plaintiff** Patrick Williams (249492)          **Address** 1100 James Sudduth Parkway  Lake Charles, LA
70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Amanda Sapp (249493)          **Address**  1100 James Suddeth Pkwy.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Amanda Sapp, as Next Friend of J.W, a minor (249496)          **Address**  1100 James Suddeth  Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Reagan  Barker, as Next Friend of E.E, a minor (249503)          **Address**  230 Tamarack St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Cheryl Trahan, as Next Friend of R.T, a minor (249504)          **Address**  100  Debra Lane, 20D  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Faith Colston (249526)          **Address**  3029 Louisiana Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Keisha Sonnier (249533)          **Address**  1100 James Suddeth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Ashley Broussard (249543)          **Address**  2207 Enterprise Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Justin Coney (249547)          **Address**  1100 James Suddeth # 166  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Cheryl Trahan, as Next Friend of K.T, a minor (249548)          **Address**  100 Debra Ln. 20D  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rita Fontenot (249555)          **Address**  1112 Fourmet St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Diana Lazard (249573)                 **Address**  2924 Southern Ridge Dr.  Lake Charles , LA
                                                              70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
              Gulf Stream Coach, Inc.
              Fluor Enterprises, Inc

**Plaintiff**  Desmond Richard (249574)             **Address**  2924 Southern Ridge Dr.  Lake Charles , LA
                                                              70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
              Gulf Stream Coach, Inc.
              Fluor Enterprises, Inc

**Plaintiff**  Danette Arvie, as Next Friend of J.A, a   **Address**  2604 Madison St.  Lake Charles , LA 70607
              minor (249579)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
              Gulf Stream Coach, Inc.
              Fluor Enterprises, Inc

**Plaintiff**  Danette Arvie (249580)               **Address**  2604 Madison  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
              Gulf Stream Coach, Inc.
              Fluor Enterprises, Inc

**Plaintiff**  Joshua Louis (249595)                **Address**  309 N. Goos Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
              Gulf Stream Coach, Inc.
              Shaw Environmental, Inc
              Fluor Enterprises, Inc
              CH2M Hill Constructors, Inc.

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** Patricia Young (249611)          **Address** 501 Albert St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Alfred Young (249613)          **Address** 501 Albert St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Linda Grice (249632)          **Address** 1100 James Sudduth   Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Wilmer Grice (249633)          **Address** 1100 James Suddeth  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Wilmer Grice, as Next Friend of J.G, a          **Address** 1111th James Suddeth Parkway  Lot M-35  Lake
minor (249638)          Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Wilmer Grice (249639)                          **Address**  11100th James Suddeth Parkway Crying Eagle
                                                                          Village Lt # M-35  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Gary Woods (249640)                           **Address**  3124 Lark Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Steven Cahee (249647)                         **Address**  1508 Summit St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Anna Walker (249648)                          **Address**  1508 Summit St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Anna Walker, as Next Friend of D.W, a          **Address**  1508 Summit St.  Lake Charles , LA 70607
            minor (249649)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Celetha Trent (249650)               **Address**  4221 Dutchess  Wesk Lake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Timothy Trahan (249661)               **Address**  341 Smith Ridge  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Carolyn Peters (249688)               **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Tiffany Peters (249689)               **Address**  1100 James Suddeth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jameel West (249691)               **Address**  3441 E. Prienlake Rd. Lot 18  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Lane Chavis (249692)                    **Address**  1100 James Sudden Parkway L-78  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Leanna Betters (249704)                **Address**  717 S. Franklin Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Michael Kimble (249708)                **Address**  717 N Thompson St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Betty Simon (249716)                   **Address**  2803 11 St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Gloria Shaw (249721)                   **Address**  2608 Hwy.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Amy Duhon (249722)                    **Address**  9240 Rustic View Drive  Lake Charles , LA
                                                                  70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Carolann Joseph (249732)              **Address**  1100 James Sudduth Pky Tralier Pk  Tralier # N69
                                                                  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Tanya Trahan, as Next Friend of J.T, a   **Address**  128 Mildred St.   Cameron, LA 70630
               minor (249734)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Tanya Trahan (249736)                 **Address**  128 Mildred St.   Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Paige Trahan (249737)                 **Address**  128 Mildred St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** Petra Mallett, as Next Friend of G.S, a           **Address** 1100 James Sudduth  Lake Charles, LA 70607
minor (249738)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Petra Mallett (249740)           **Address** 1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Melody Smith (249741)           **Address** 1002 Industrial St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** David Smith (249742)           **Address** 1002 Industrial St.   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Carol Smith (249743)           **Address** 1002 Industrial St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Pilar Mallett (249744)          **Address**  1100 James Suddeth Pkwy M-45  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Mary Mallett (249745)          **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Chassidy Gradney (249746)          **Address**  717 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Amanda Guidry (249747)          **Address**  605 Nelson Rd. #45  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Timothy Langley (249748)          **Address**  2324 Westwood Rd  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Diana Thomas (249749)                    **Address**  6505 Nelson Rd Lt 45  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Amanda Guidry, as Next Friend of A.    **Address**  6505 Nelson Rd. #45  Lake Charles , LA 70607
             G, a minor (249750)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Jasmine LeBlanc (249751)                 **Address**  405 Goss St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Ann Guidry (249752)                      **Address**  6505 Nelson Rd.  Lot 45  Lake Charles , LA
                                                                 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Chassidy Gradney, as Next Friend of B.   **Address**  717 S. Franklin St.  Lake Charles , LA 70607
             H, a minor (249753)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Shirley Andrus (249755)          **Address**  Corbina Rd Lot # 40  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Terrell Ceasar (249757)          **Address**  407 Goss St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Claude Albritton (249758)          **Address**  1100 James Suddeth   Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Henry Aaron (249784)          **Address**  619 N. Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Dolores Ireland, as Next Friend of D.I,          **Address**  502 John Stein Rd  Westlake , LA 70669
a minor (249810)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Doris Ireland, as Next Friend of I.R, a minor (249811)          **Address**  502 Johnstein rd  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Melissa Metcalf (249813)          **Address**  528 DOE Rd.   Ragley, LA 70657

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Jacqueline Auzenne (249814)          **Address**  3924 Thornton ST.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Daniel  Alfred, as Next Friend of D.A, a minor (249828)          **Address**  P.O. Box 174  Fenton, LA 70640

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Daniel  Alfred (249829)          **Address**  P.O. Box 174  Vinton, LA 70640

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff** Cyntisha  Prudhomme, as Next Friend    **Address** 2707 Medina St  Lake Charles , LA 70607
of R.J, a minor (249832)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cyntisha  Prudhomme, as Next Friend    **Address** 2707 Medina St  Lake Charles , LA 70607
of C.J, a minor (249833)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cyntisha  Prudhomme, as Next Friend    **Address** 2707 Medina St.  Lake Charles , LA 70607
of R.J, a minor (249834)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cyntisha Prudhomme (249836)    **Address** 2707 Medora St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Syretta  Culestine, as Next Friend of A.    **Address** 2006 Moeling St.  Lake Charles , LA 70607
G, a minor (249851)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Scott Manganello  (249852)          **Address**  812 Villere St.  Waveland, MS 39576

**Proposed Judicial District**   Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Brittany Keller  (249863)          **Address**  2201 Enterprise  Lake Charles , LA 70607

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Darly  Rito (249869)          **Address**  228 Cordes Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**   Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nygel Carroll (249874)          **Address**  1100 James Sudduth #297  Lake Charles, LA 70607

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Veronica Brown, as Next Friend of T. B, a minor (249876)          **Address**  1650 P. E. Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

## Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Veronica Brown (249877)                **Address**  1650 P. E. Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Anthonia Papilion (249878)            **Address**  322 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Margarita Citizen (249879)            **Address**  301 Catalina St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Nathan Keller (249881)                **Address**  2201 Enterprise  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Brittany Young, as Representative of   **Address**  501 Albert St.  Lake Charles , LA 70607
the Estate of Emmanuel Young,
deceased (249887)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

Raymond Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7895

**Plaintiff**  Mark  Braxton (249901)                    **Address**  415 Avenue D, Lot 4  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Brittany  Young (249909)                  **Address**  501 Albert St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Nathan Keller  (249916)                   **Address**  2201 Ent. Blvd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Jannie Keller (249917)                    **Address**  2201 Enterprise Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Kenneth Kellum (249944)                   **Address**  1012 Oak Lane  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc