## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

1401

**Plaintiff**  Roxanne Kellum (249945)                    **Address**  1012 Oak Lane  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Craig Guidry (249949)                    **Address**  7340 Olsen Rd.   Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Guidry, as Next Friend of H.G,     **Address**  7340 Olsen Rd.  Sulphur, LA 70665
a minor (249951)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Guidry (249952)                    **Address**  7340 Olsen Rd.   Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Travis Hudson (249959)                    **Address**  6737 A. Oak Lake Dr.  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**53**

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Christopher Carrier (249969)          **Address**  805 3rd St  Oberlin , LA 70655

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Crystal Gaines, as Next Friend of J.G, a          **Address**  5606 Mc Kinley  Lake Charles , LA 70607
minor (249975)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Shannon Booker, as Next Friend of C.          **Address**  7175 Franklin  Lake Charles , LA 70607
M, a minor (249977)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Lawanda Banks (249978)          **Address**  702 Hwy. 90  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Anitra Edwards, as Next Friend of A.E,          **Address**  1109 West Welsh  Welch, LA 70591
a minor (249979)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Anitra Edwards (249980)          **Address**  1109 W Welsh  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

---

**Plaintiff**  Doris Ireland, as Next Friend of M.I, a          **Address**  502 John Stein Rd  Westlake , LA 70669
minor (249981)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

---

**Plaintiff**  Sedonia  Kimble (249987)          **Address**  717 N. Thompson   Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

---

**Plaintiff**  Trista  Hudson, as Next Friend of T.H,          **Address**  6737 A. Oak Lake Dr.  Sulphur, LA 70665
a minor (249988)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

---

**Plaintiff**  Rachel Moss (249989)          **Address**  2693 Hwy. 171 N.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** Lucille Dronet (249990)                    **Address** 196 Gros Road  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Lloyd Dronet (249992)                    **Address** 196 Gros Road  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Stanford Theirry (249995)                    **Address** 1100 James Sudduth Pkwy Crying Eagle  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Rose Hall (249997)                    **Address** 2118 Brooks St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff** Wanda Bellow (250006)                    **Address** 3101 Admiral Nimitz St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** Stacy Goodwin (250029)　　　　　**Address** 900 Willow Spring Rd.  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Danny Tutson (250036)　　　　　**Address** 115 N. Booker  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Michael Sarver (250046)　　　　　**Address** 3924 Thornton St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Terry Mudd (250049)　　　　　**Address** 3029 Louisiana Ave.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Felicia Winfrey, as Next Friend of F.W, a minor (250051)　　　　　**Address** 1100 James Sudduth Parkway   Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  LaTonya Royal (250501)          **Address**  1720 Rose St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Nicole Watson (250589)          **Address**  211 N. Hodges Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Janie Pattum (250459)          **Address**  308 N. 3rd St.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Elissa Martin, as Next Friend of B.S, a          **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
minor (250534)                                       70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Kenya Harrison, as Next Friend of K.H,          **Address**  415 Ave D Lot #4  Lake Charles , LA 70607
a minor (250285)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Gary Stanley (250542)　　　　　　**Address**  2201 Jake Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Kenya Harrison (250286)　　　　　　**Address**  415 Ave D  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Nicole Watson, as Next Friend of N.W,　**Address**  211 N. Hodges Street  Lake Charles , LA 70607
a minor (250588)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Shelby Wilson, as Next Friend of J.W,　**Address**  2005 Knopp  Lake Charles , LA 70607
a minor (250613)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Detra Ceasar, as Next Friend of A.L, a　**Address**  2313 Elaine  Lake Charles , LA 70607
minor (250384)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Jarrod Gray (250262)                    **Address**  249 1/.2 Isreal Lane   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michelle Goudeau, as Next Friend of D.     **Address**  2702 Pineview St.  Lake Charles , LA 70607
G, a minor (250260)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Geneia Broussard (250137)              **Address**  1600 James Sudduth Pkwy M56  Lake Charles,
LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Joseph Hayes (250290)                **Address**  515 Church Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Elizabeth Harmon (250279)            **Address**  515 Church Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Sharrayne Harmon (250281)                    **Address**  515 Church St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Debra Woods (250619)                    **Address**  3121 Lark Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Erica Woods (250620)                    **Address**  3121 Lark Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Emily Dronet (250199)                    **Address**  196 Gros Rd.  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Maciola Newman (250450)                    **Address**  717 South Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Jacob Newman (250447)  **Address** 7403 Jarib Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Charles Newman (250446)  **Address** 717 S Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Edwardo Collazo (250176)  **Address** 2381 Plain View Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Celena Jones (250337)  **Address** 2381 Plain View Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Lolita Thibodeaux (250561)  **Address** 1508 Summit Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  June LaFleur (250363)                    **Address**  211 N. Hodges St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Coretta Cockrell, as Next Friend of M.     **Address**  2101 Pujol Street Lot 702  Lake Charles , LA
C, a minor (250171)                                      70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Phillip Simon (250521)                   **Address**  2803 11th st  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Leeose Lewis (250401)                    **Address**  1104 Jones Suddeth Hwy.  Lake Charles , LA
                                                         70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Mark George Jr., as Next Friend of M.     **Address**  211 N. Hodges St.  Lake Charles , LA 70607
G, a minor (250247)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Cedric LaSalle (250380)          **Address**  P.O. Box 83  Creole, LA 70632

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Cecile Charles (250156)          **Address**  710 Kingsley  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Leslie Ferrygood, as Next Friend of J.F,   **Address**  20317 Goodman  Lake Charles , LA 70607
a minor (250213)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Leslie Ferrygood (250214)          **Address**  203 N. Goodman  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Curtis Guillory (250269)          **Address**  1808 Josephine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Sheila Slaughter (250526)          **Address**  703 North Jake  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Leslie Adams, as Next Friend of M.A, a          **Address**  1617 S. Franklin St.  Lake Charles , LA 70607
minor (250095)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Violet Taite (250552)          **Address**  717 S. Franklin Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jose Libert (250402)          **Address**  717 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Ricky Newman (250451)          **Address**  717 S. Franklin St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Larry Booker (250124)          **Address**  717 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Leslie Adams (250094)          **Address**  1617 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Melissa Malvo, as Next Friend of A.M,          **Address**  1100 James Suddeth  Lake Charles, LA 70607
a minor (250410)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Melissa Malvo (250411)          **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Irene Simien (250516)          **Address**  2124 Country Club Rd #33  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Byron Woods (250618)               **Address**  3121 Lark Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Angela Redmond (250479)           **Address**  2006 Moelling  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Kenya Harrison, as Next Friend of K.H,   **Address**  415 Ave D Lot #4   Lake Charles , LA 70607
a minor (250284)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Aneesa Papillion (250457)           **Address**  305 Goodman Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Ulonda Tillis, as Representative of the   **Address**  1506 Pine St.  Lake Charles , LA 70607
Estate of Craig Declouiet, deceased
(250186)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** Ethel  Fontenot, as Representative of the Estate of Daniel Fontenot, deceased (250221)     **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Derran Clark (250166)     **Address** 234 Israel  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Antonia Williams, as Next Friend of F. W, a minor (250612)     **Address** 506 HWY 90 West  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Loretta Gallier (250240)     **Address** 1101 1/2 N. Prater  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Mark George, as Next Friend of L.G, a minor (250246)     **Address** 211 N. Hodges St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Phillip Kinchen (250355)        **Address**  1104 Jame Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Coretta Cockrell, as Next Friend of K. C, a minor (250170)        **Address**  2101 Puiol St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Brandi Weldon, as Next Friend of J.G, a minor (250249)        **Address**  1114 Corbina Rd. #40  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Brandi Weldon, as Next Friend of R.G, a minor (250248)        **Address**  1114 Corbina Rd. Lot 40  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Brandi Weldon (250595)        **Address**  1114 Corbina Road Lot 40  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Mercedes Clark (250167)                    **Address**  234 Israel Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Corlandra Thibodeaux (250558)               **Address**  1508 Summit Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Alisssa Martin, as Next Friend of D.S, a      **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
minor (250535)                                                      70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Anthony Weldon (250596)                     **Address**  1114 Corbina Road Lot 40  Lake Charles , LA
                                                                    70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Lola Dejean (250190)                        **Address**  305  Goodman Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Dedrick Lavergne (250385)          **Address**  2313 Elaine St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Elissa Martin (250414)          **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Cedric LaSalle (250377)          **Address**  Jean Laffite RV Park 2101 Pujol Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Nicole Watson, as Next Friend of P.W, a minor (250590)          **Address**  211 N. Hodges Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Elaine Harmon, as Next Friend of M.J, a minor (250334)          **Address**  515 Church Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** Leeose Lewis, as Next Friend of P.K, a minor (250356)      **Address** 1104 James Sudduth Hwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** James Brown (250143)      **Address** 1650 P. E. Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Harold Jones (250343)      **Address** 1916 2nd Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Syretta Celestine (250152)      **Address** 2006 Moeling  St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Germanie Thomas (250566)      **Address** 506 Highway 90 West  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** LaChelle Johnson, as Next Friend of A. J, a minor (250327)     **Address** 3025 General Patton  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** DeMarcus Jones (250340)     **Address** 211 N Hodges St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Jean Stanley (250543)     **Address** 2201 Enterprise  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Tia Lavergne (250998)     **Address** 2404 Fox Field  Westlake, LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Donald Lewis (251013)     **Address** 939 Horridge St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Doris Celestine (250751)          **Address**  6610 Fair Dale Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Anitra Edwards, as Next Friend of W.E,          **Address**  1109 West Welsh St  Welsh, LA 70591
a minor (250815)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Christine Deville (250800)          **Address**  710 Kingley St. Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Ruby Papillion (251098)          **Address**  305 Goodman St. Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Bertha Davis (250790)          **Address**  1100 James Sudduth Parkway  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  George Zirlott (251382)                    **Address**  Daulphin Island Pkwy  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Fred Kately (250960)                    **Address**  717 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Leslie Ferrygood, as Next Friend of L.        **Address**  1400 Dauter St  Lake Charles , LA 70607
G, a minor (250825)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Goldie Washington (251328)                    **Address**  5350 Pheasant Ln  Lake Charles, LA 70605

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Natonia Sonnier, as Next Friend of D.S,        **Address**  222 Kingsley  Lake Charles , LA 70607
a minor (251239)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** Natonia Somier, as Next Friend of D.S,   **Address** 222 Kingsley  Lake Charles , LA 70607
a minor (251238)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Gulf Stream Coach, Inc.

      Fluor Enterprises, Inc

---

**Plaintiff** Gaynell Johnson (250946)   **Address** 222 Kingsley  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Gulf Stream Coach, Inc.

      Fluor Enterprises, Inc

---

**Plaintiff** Kenneth Watson (251329)   **Address** 3722 E. Burton St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Gulf Stream Coach, Inc.

      Fluor Enterprises, Inc

---

**Plaintiff** Mark George (250855)   **Address** 211 N. Hodges St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Gulf Stream Coach, Inc.

      Fluor Enterprises, Inc

---

**Plaintiff** Ronald Ellis (250816)   **Address** 1024 I-10 Mobile Village Rd  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Gulf Stream Coach, Inc.

      Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Ronald Ellis (250817)                    **Address**  1024 I-10 Mobile Village Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  David Landry (250980)                    **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Russell Cockrell (250775)                 **Address**  2101 Pujol St. # 702  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Janice Nero (251083)                      **Address**  628 Moss Bluff  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Janice Nero, as Representative of the     **Address**  628 Morrow Rd.  Moss Bluff, LA 70611
Estate of John Nero, deceased (251084)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Perry Celestine (250753)                    **Address**  1100 James Sudduth Parkway  Lake Charles, LA
                                                                         70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff**  Lesley Bellow (250679)                     **Address**  3101 Admiral Nimitz  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff**  Jason Fruge (250848)                       **Address**  2826 Miller Ave  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff**  Phyllis Todd (251286)                      **Address**  910 Dicks St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Norrell Rougeau (251199)                   **Address**  209 Maple St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Norrell Rougean, as Next Friend of H. R, a minor (251198)          **Address**  209 Maple St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jacquelyn Paplin, as Next Friend of B. B, a minor (250722)          **Address**  322 North Lincoln  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  June  LaFleur, as Representative of the Estate of J Joubert, deceased (250957)          **Address**  211 N. Hodges St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Norrell Rougeau, as Next Friend of N. R, a minor (251200)          **Address**  209 Maple St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Audrette Metroyer (251045)          **Address**  703 North Jake  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Micaela Celestine (250752)          **Address**  6610 Fairdale Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Keisha Sonnia, as Next Friend of T.V, a          **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
       minor (251312)          70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Glenda  Edwards (250813)          **Address**  1109 West Welsh  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Ebonie Lavergne (250996)          **Address**  2313 Elaine  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Bobby Lafleur (250972)          **Address**  2702 Pineview St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff** Leeose Lewis, as Next Friend of P.K, a minor (250970)          **Address** 1104 James Sudduth Hwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Detra Ceasar (250744)          **Address** 2313 Elaine  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Jimmie LaSalle (250982)          **Address** 5350 Pleasant Ln  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Artasia Thierry (251271)          **Address** 1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Caleb LaFleur (250973)          **Address** 211 North Hodges  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Rikima Celestine (250755)                    **Address**  6610 Fairdale   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Anjelica Lee (251002)                    **Address**  5350 Pheasant Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  John Johnson (250947)                    **Address**  1200 Hwy. 90 Lot 15  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Doritha Kimbrough (250969)                    **Address**  Crying Eagle Village 1100 James Sudduth Hwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Ethel Fontenot (250831)                    **Address**  2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Joseph Papillion (251097)                          **Address**  117 Balboa Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Donald Smith (251232)                          **Address**  1802 Evans  Lake Charles, LA 70601

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jasmine Bellard (250674)                          **Address**  3113 Admiral King Street  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Marlyn  Reed, as Next Friend of K.R, a          **Address**  3113 Admiral King St.  Lake Charles , LA 70607
minor (251174)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Phillip Reed (251175)                          **Address**  3113 Admiral King St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Sharonda Carroll (250737)          **Address**  1720 Rose St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tevin Lavergne (250997)          **Address**  2313 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Dianna Alford (250649)          **Address**  P.O. Box 174  Vinton, LA 70640

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Missy Braxton (250715)          **Address**  415 Ave D.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Jacquelyn Brown (250723)          **Address**  Balboa  St. Lot 117  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Bernadette Morris (251071)                    **Address**  117 Balboa Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Jacquelyn Brown, as Next Friend of R.          **Address**  117 Balboa St.  Lake Charles , LA 70607
R, a minor (251171)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Darius Bellow (250678)                    **Address**  3101 Admiral Nimitz  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Maxie Owens (251090)                    **Address**  429 Booker  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Aaron Morris (251070)                    **Address**  104 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Kenneth West (251333)　　　　　　**Address**  3113 Admiral King  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Heather Demoney, as Next Friend of A.  **Address**  14020 Lottie Ave  Bayou La Batre, AL 36509
D, a minor (250796)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Anna Williams (251458)　　　　　　**Address**  2608 Highway Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Peggy Bellard, as Representative of the  **Address**  809 Evers St.  DeQuincy , LA 70633
Estate of Landers Bellard, deceased
(251466)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Angline Bartie (251539)　　　　　　**Address**  1100 James Sudduth Pkwy M 41  Lake Charles,
LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Tallen Bertrand (251506)                **Address**  543 Parish Rd  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Latanya LeGier (251520)                **Address**  2906 Brookwood Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Latonya Legier, as Next Friend of K.L.,   **Address**  2906 Brookwood Ave  Gulfport, MS 39501
a minor (251517)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Latonya Legier, as Next Friend of K.M,   **Address**  2906 Brookwood Ave  Gulfport, MS 39501
a minor (251515)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Mary Wilson, as Next Friend of D.N, a   **Address**  808 35th St.  Gulfport, MS 39501
minor (251509)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7896

**Plaintiff**  Natonia Sonnier (251463)          **Address**  222 Kingsley  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Herman Moton (251508)          **Address**  1911 7th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  DeAndre' Mallet (251494)          **Address**  809 Evers Street   De`Quiency, LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Mercedes Brown (251503)          **Address**  3829 Beech St.  Baton Rouge, LA 70805

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---