## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

1445

**Plaintiff** Stacy Allen (251859)                **Address** 7231 Burgundy Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff** Catrina Leday-Fontenot, as Next Friend    **Address** 2006 Moeling St.  Lake Charles , LA 70607
of S.F, a minor (251927)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Ricky Fontenot (251928)             **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Catrina Leday-Fontenot (251929)       **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Barbara Edwards (251932)            **Address** 2006 Moeling St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

PLAINTIFF'S
EXHIBIT
**54**

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7925

**Plaintiff**  Florine Bucknor (199832)          **Address**  578 Park St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Grand Armstrong  (200089)          **Address**  5282 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Roland  Ayo (200099)          **Address**  1700 Groom RD # F25  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc

**Plaintiff**  Hiwanis Adams (200203)          **Address**  25250 Pardue Dr Lot 18  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Tiffany Richmond (200660)          **Address**  5282 Cronier Ave.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Troyrey Porter (200746)                    **Address**  3939 Victoria Dr, Lot 31  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

**Plaintiff**  Lonnie Lyles (201199)                    **Address**  260 Howard Ave. Lot # 121  Long Beach, MS
                                                                    39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Allen Lewis (201326)                    **Address**  5282 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Jacqueline Hudson (201547)                    **Address**  13537 Lakeview Drive Lot 20  Denham Springs,
                                                                    LA 70726

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Letlanva Hawkins (201647)                    **Address**  25250 Pardue Road, Lot 17  Springfield, LA
                                                                    70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Tiffany Richmond, as Next Friend of G.   **Address** 5282 Cronier Ave  Long Beach, MS 39560
E, a minor (201877)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Latasha Dorsey (202013)   **Address** 5282 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Jessica Chizmadia (202273)   **Address** 10243 Bayou Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Vicky Thomas (202312)   **Address** 25250 Pardue Rd. Lot 1-G (West Street)
Springfield , LA 70462

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Edna Armstrong, as Next Friend of C.   **Address** 5282 Cronier Ave   Long Beach, MS 39560
W, a minor (202444)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Letlanva Hawkins, as Next Friend of D.   **Address** 25250 Pardue Road, Lot 17  Springfield, LA
W, a minor (202551)                                              70462

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Colleen Saurage (202768)     **Address** 501 Gladstone  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Robert Saurage (202769)     **Address** 501 Gladstone  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Angelica Antunica (203285)     **Address** 9280 Canal Rd, Lot 30  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Kari Noel (203544)     **Address** 9280 Canal Rd. Lot #30  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7925

**Plaintiff**  Robert Page (203548)                    **Address**  9080 Canal Rd, Lot 30  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Glorine Simpson (203611)                **Address**  351 Saucier Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Elliott Simpson (203612)                **Address**  14269 County Farm Rd  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Teshena Thomas, as Next Friend of C.   **Address**  272 Keller Avenue   Biloxi, MS 39530
T, a minor (203647)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Tyrin Thomas (203650)                   **Address**  272 Keller Ave.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Theresa Burge (205100)          **Address**  10337 Lower Bay Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Lorraine Acker (205120)          **Address**  646 Union St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff**  Melody Pearce (205177)          **Address**  11036 Iowa St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Christopher Legg (205253)          **Address**  20377 28th St  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Justin Garcia (205301)          **Address**  8005 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Tami Garcia (205305)                **Address** 814 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Clinton Sterling (205454)           **Address** Port Bienville Place ( Fema Park)  Port Bienville, MS 39558

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Nicholas Stinziano (205455)         **Address** 21192 Tucker Rd  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff** Kristan Whitney (205490)            **Address** 11036 Iowa St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Bob McVeay, as Representative of the   **Address** Belle Fountaine Rd.   Ocean Springs, MS 39564
Estate of Mildred McVeay, deceased
(205945)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7925

**Plaintiff**  Delana Evert (206023)                    **Address**  26516 Leetown Road  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Cheryl Dillard (206024)                  **Address**  2992 Tucker Rd.
                                                                      Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Amanda Loisel (206822)                   **Address**  5866 Lower Bay Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Lauren Harris (207019)                   **Address**  1260 Rd 326 lot 332  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Harry Jones (207062)                     **Address**  5866 Lowerbay Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Kyndra Lawless (207099)　　　　**Address** 28445 W. Dubuisson Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Dorothy Antoine (207756)　　　　**Address** 335 Courtenay Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Louverto Adams (207765)　　　　**Address** 2720 Palmer Dr Apt A3  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Tashauna Patmon (208864)　　　　**Address** 10 Bay Parkway  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Shalizi Washington (208871)　　　　**Address** 16208 3rd St.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Jean Kelley (208905)                    **Address**  1223 Mckinley  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Hedda Neville (209530)                    **Address**  6165 7th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Charles Burton, as Next Friend of L.N,  **Address**  6165 7th Avenue  Pearlington, MS 39572
a minor (209531)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Charles Burton, as Next Friend of W.N,  **Address**  6165 7th Avenue  Pearlington, MS 39572
a minor (209532)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Charles Burton, as Next Friend of L.S,  **Address**  6165 7th Avenue  Pearlington, MS 39572
a minor (210128)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Torey Thomas (212068)                    **Address**  609 Hogan  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Sara Tillman (212074)                    **Address**  609 Hogan St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Rickey Wash                    **Address**  5300 Martin Bluff Road Lot 4  Gautier, MS 39563
     (212109)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Hong Nguyen, as Next Friend of L.N, a    **Address**  15812 Rue Dauphine Circle  Biloxi, MS 39532
     minor (212248)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Hong Nguyen, as Next Friend of L.N, a    **Address**  15812 Rue Dauphin Circle  Biloxi, MS 39532
     minor (212250)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Brian Herrington (212459)                    **Address**  342 Old Spanish Trail   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Virginia Grice (212562)                    **Address**  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Aaron Maillet (212612)                    **Address**  P.O. Box 973  Lakeshore, MS 39558

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Bao Le (213394)                    **Address**  330 Crawford Street  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Vu Le (213395)                    **Address**  330 Crawford Street  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Ladonna Lafontaine (213871)         **Address**  9062 Rd. 556  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kermit Lafontaine (213934)         **Address**  9063 Road 556  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kermit Lafontaine, as Next Friend of Z.  **Address**  9062 Road 556  Bay St. Louis, MS 39520
        L, a minor (213935)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kermit Lafontaine, as Next Friend of K.  **Address**  9063 Road 556  Bay St. Louis, MS 39520
        L, a minor (213936)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Kermit Lafontaine, as Next Friend of D.  **Address**  9063 Road 556  Bay St. Louis, MS 39520
        L, a minor (213937)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Edna Armstrong (214731)  **Address**  5282 Cronier Ave  Long Beach MS 39506
Gulfport, MS 39506

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  James Armstrong (214732)  **Address**  5282 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Grand Armstrong (214733)  **Address**  5282 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  William Armstrong (214734)  **Address**  5282 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Stephen Bates, as Next Friend of H.B, a  **Address**  9015 Orange St.  Bay St. Louis, MS 39520
minor (214764)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Tuyen Tran, as Next Friend of D.T, a minor (215357)   **Address** 178 Pine St.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Tuyen Tran, as Next Friend of D.T, a minor (215358)   **Address** 178 Pine St.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Tuyen Tran, as Next Friend of H.T, a minor (215359)   **Address** 178 Pine St  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Tuyen Tran, as Next Friend of J.T, a minor (215360)   **Address** 161 Pine St  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Tran Yuyen, as Next Friend of X.T, a minor (215364)   **Address** 178 Pine St.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Mary Boyd (216341)          **Address** 151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Joseph Boyd (216342)          **Address** 151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Mary Boyd, as Next Friend of J.E, a minor (216475)          **Address** 151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Mary Boyd, as Next Friend of M.H, a minor (216576)          **Address** 151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Mary Boyd, as Next Friend of N.H, a minor (216577)          **Address** 151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Crystal High (216578)                    **Address** 151 Shorty Burgess Road Lot 38  Picayune, MS
                                                                   39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Tommy High (216579)                      **Address** 151 Shorty Burgess Road Lot 38  Picayune, MS
                                                                   39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Billie McDowell (220305)                 **Address** 50 Easterbrook Apt 3  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Billie McDowell, as Next Friend of S.    **Address** 50 Easterbrook Apt 3  Bay St. Louis, MS 39520
         M, a minor (220307)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Maxine  Riley, as Next Friend of d.K, a   **Address** 6831 Holley Street #20  Moss Point, MS 39563
         minor (223851)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Donovan Fairley (224411)          **Address** 18297 Old Hwy 49  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       CH2M Hill Constructors, Inc.

**Plaintiff** Tuyen Tran, as Next Friend of T.T, a minor (224664)          **Address** 161 Pine St  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff** Peggy Riley, as Next Friend of C.R, a minor (225016)          **Address** Grahan  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff** Louis Saucier (225051)          **Address** 111 Lynn Circle  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

**Plaintiff** Cathy Clark (225921)          **Address** 220 Girley  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Opal Graham (226192)                **Address**  4607 Burns St.  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Vicki Jones (226380)                **Address**  17151 Cedar Drive  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Kim Jones, as Representative of the    **Address**  17151 Cedar Drive  Pearlington, MS 39572
Estate of Mary Lou Mudd, deceased
(226622)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Alexandria Stiglets (226926)        **Address**  13701 South  St  Ocean Spring, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Christopher Stiglets (226927)        **Address**  13701 S. Street  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Alex Tovar (226978)                    **Address** 13701 South St  Ocean Sprins, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Christine Tovar, as Next Friend of T.T,        **Address** 13701 South St.  Ocean Springs, MS 39564
a minor (226979)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Victoria Tovar (226980)                **Address** 13701 South St.  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Christine Wade-Tovar (227001)           **Address** 13701 South St.  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Keanna Dubose, as Next Friend of N.A,        **Address** 2101 Ladnier Rd Lot 44  Gautier , MS 39553
a minor (229348)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff** Brandy Clark (229535)   **Address** 2308 Parsley Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Brandy Clark, as Next Friend of K.C, a minor (229540)   **Address** 2308 Parsley Street  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Belinda Nix, as Next Friend of A.E, a minor (229675)   **Address** 8263 Georgia Ave.  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Mandy  Alford , as Next Friend of R.H, a minor (229830)   **Address** 2308 Parsley Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Selena  Jacobs (229878)   **Address** 25141 Cuevas Delisle Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Alcide  Jeffries (229899)                    **Address**  445 Clanrence  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Alcide Jeffries, as Next Friend of S.J, a           **Address**  445 clarence Ave  Pass Christian, MS 39571
      minor (229901)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shanique  Johnson  (229921)              **Address**  8263 Georgia Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Tina Lewis , as Next Friend of L.L, a           **Address**  5130 Lot 7 28th Street  Gulfport, MS 39503
      minor (229990)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Tina Lewis , as Next Friend of L.L, a           **Address**  8332 South Carolina Ave  Gulfport, MS 39501
      minor (229991)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 09-7925

**Plaintiff**  Tina  Lewis  (230003)                **Address**  8332 South Carolina Ave.   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Garrex Magee (230026)               **Address**  3504 Boston Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Belinda Nix, as Next Friend of A.N, a    **Address**  8263 Georgia Ave  Gulfport, MS 39501
minor (230128)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Belinda Nix  (230129)               **Address**  8263 Georgia Ave  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Brandy Clark, as Next Friend of N.S, a    **Address**  2308 Parsley Ave.  Pascagoula, MS 39567
minor (230346)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Stacy Allen, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  09-7925

**Plaintiff** James William (230462)          **Address** 4425 Gautier St.   Moss Point, MS 39563


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Jason William (230463)          **Address** 5518 Grierrson St.   Moss Point, MS 39563


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Brandy Clark, as Next Friend of D.C, a     **Address** 2308 Parsley Ave.  Pascagoula, MS 39567
minor (231170)


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---