## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

1606

**Plaintiff**  Darrell LeBlanc (216158)          **Address**  123 LeBlanc Rd.  Creole, LA 70602

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Shawana Green (250263)          **Address**  1100 James Suddeth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Shawana Green, as Next Friend of S.W,          **Address**  1100 James Suddeth  Lake Charles, LA 70607
a minor (250622)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Alania LaSalle (250375)          **Address**  101 Tousaut Rd Lot 123  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Waylon Woods (251356)          **Address**  1104 S Elton  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**55**

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Beau Larce (241981)                          **Address**  805 Topsy rd Lot 141  Moss Bluff, LA 70611

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Connie Johnson (242183)                    **Address**  955 Langwick Dr   Houston, TX 77060

**Proposed Judicial District**  Southern District of Texas

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Ronald Speaks, as Next Friend of R.S, a        **Address**  344 Keller St  Bay St. Louis, MS 39520
minor (242195)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Carmenica Blunt (244344)                   **Address**  4763 Camelot Drive  New Orleans, LA 71027

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  James Walker, as Next Friend of J.W, a       **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
minor (245088)                                                          70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff** James Walker, as Next Friend of J.W, a minor (245089)     **Address** 1100 James Sudduth Pkwy Box 236  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jeffrey Bennett (245303)     **Address** 1021 McCall St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Gwendolyn  White  (245372)     **Address** Jean Lafite Trailer Prk  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Diedrick Bushnell (245496)     **Address** 2441 Prien Lake Rd Lot #18  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Dietra Bushnell (245495)     **Address** 2441 E. Prien Lake Rd. Lot #18  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Channtanza Fontenot (245640)        **Address**  Burton Coliseum Gulf Hwy Lot #111  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  James Walker (245700)        **Address**  1100 James Sudduth Pkwy Box 236  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Amanda Franklin (245674)        **Address**  1100 James Sudduth Pkwy Box 236  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Annie Booker (245684)        **Address**  717 S. Franklin St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff**  Shonna Franklin (245667)        **Address**  1100 James Sudduth Pkwy. Box 236  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>           Gulf Stream Coach, Inc.
>           Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Dietrich Martin (245591)                 **Address**  Jean Lafitte Trailer Park  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Annie London, as Next Friend of D.L, a          **Address**  1612 Lewis St.  Lake Charles , LA 70607
minor (245725)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Annie London, as Next Friend of D.L, a          **Address**  1612 Lewis St.  Lake Charles , LA 70607
minor (245766)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Barbara Joseph (245880)                 **Address**  1313 N. Goos  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Joshua Joseph (245879)                 **Address**  1422 N. Goos St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Denzel Rolax (245925)                **Address** 910 West 18th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Larry Bellard (246217)                **Address** 6175 Franklin Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Gwendolyn Daniels (246216)            **Address** 617 South Franklin Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Annie London (246207)                **Address** 1612 Lewis  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Alfred Braxton (246252)              **Address** 334 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Ashley Braxton (246251)                    **Address**  334 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Braylon Braxton (246237)                    **Address**  334 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Angela Braxton (246240)                    **Address**  334 Sharon Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Merencela Johnson (246273)                    **Address**  617 S. Franklin St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Jerry Thomas (246565)                    **Address**  1313 N Goos  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Betty Guillory (246556)          **Address**  1100 James Sudduth Pkwy #N69  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Enrica Freeman (246546)          **Address**  5711 E Broad street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Catherine Simon (246665)          **Address**  717 S Franklin  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Nicole Samuels, as Next Friend of K.K., a minor (246950)          **Address**  1012 Oak Lane  Hackberry , LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Nicole Samuels (246951)          **Address**  1012 Oak Lane  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Linda Anderson (247021)                    **Address**  109 Avalon St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Linda Anderson, as Next Friend of M.J,        **Address**  109 Avalon St.  Lake Charles , LA 70607
    a minor (247022)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  O'Tarik Beasley (247023)                    **Address**  109 Avalon St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Essie Beasley (247024)                    **Address**  109 Avlon St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Omeka Beasley (247025)                    **Address**  109 Avalon St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Brenda Thompson (247162)          **Address**  1313 North Goos Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  David Simon (247281)          **Address**  717 S. Franklin  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Junus Simon (247316)          **Address**  717 S Franklin  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Brittany  Simon (247318)          **Address**  717 S. Franklin  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Candace Miles (247321)          **Address**  1100 James Sudduth Parkway  Lake Charles, LA
                                                       70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Summer Young, as Next Friend of I.L., a minor (247426)        **Address**  2100 Hagan St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Clarence Guillory (247482)        **Address**  128 Carpenter Ln  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Melissa Watson, as Next Friend of M. W, a minor (247543)        **Address**  7950 Clearview Dr., Lot 40  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Fontenot (247588)        **Address**  430 N Post Oak Rd #813  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Linda Jones (247736)        **Address**  1916 2nd Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Patrick Guillory (247886)              **Address**  430 North Post Oak  Lot 8b  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Omeka Beasley, as Next Friend of O.E,     **Address**  109 Avalon St.  Lake Charles , LA 70607
a minor (248018)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Ramona Hebert (248091)              **Address**  440 Everett Vincent Dr.   Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Emile Price (248112)              **Address**  1100 James Suttuth Pkwy  Lake Charles , LA
                                                           70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Theodora Carter (248293)              **Address**  1100 James Sudduth Parkway (Crying Eagle)
                                                           Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Summer Young (248359)                **Address**  2100 Hagan St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Christopher Pattam (248400)                **Address**  1421 Meadow Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Ethel Farque (248536)                **Address**  11241 Hwy 384  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lee Turner (248542)                **Address**  910 W. 18th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Rose Shelton (248543)                **Address**  1413 Nicholas St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Summer Young, as Next Friend of D.A, a minor (248729)          **Address**  2100 Hagan St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Shannon Booker (248880)          **Address**  717 Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Ulysses Young (248894)          **Address**  2100 Hagan St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Ulysses Young, as Next Friend of D.Y, a minor (248895)          **Address**  2100 Hagan St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Kristopher Harmon (248983)          **Address**  1100 James Sudduth Hwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff** Paula Harmon, as Next Friend of A.H, a minor (248984)     **Address** 1100 James Suddeth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Paula Harmon (249115)     **Address** 1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lawrence Hutchins (249205)     **Address** 207 Balboa  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Pierre Thomas (249213)     **Address** 506 Hwy 90 West  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Clifton Harmon (249260)     **Address** 1104 James Sudduth Hwy.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Danyell Turner (249408)  **Address**  910 W 18th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Keyoakland Pattum (249486)  **Address**  1421 Meadows Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Margaret McArthur (249603)  **Address**  1421 Meadow Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Marie Turner, as Next Friend of Z.B, a  **Address**  910 W. 18th  Lake Charles , LA 70607
minor (249627)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Timothy Wilrye (249637)  **Address**  1123 Sampson Street   Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Vivian Brantley (249682)                    **Address**  932 Tallow Road #34  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Theodosa Carter, as Next Friend of K.          **Address**  1100 James Suddeth #397  Lake Charles, LA
F, a minor (249683)                                                        70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Greta January (250314)                    **Address**  1982 S. Manchester Ln.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Judy Trail (250577)                    **Address**  1901 See Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rebecca Holden (250302)                    **Address**  1002 Eddy Street  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Lindsey Newman (250449)          **Address**  7403 Jarab Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Morris Carter (250150)          **Address**  415 Ave. D Lot 1  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Audrey Slaughter (250525)          **Address**  1910 Hwy. 90 West  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Peggy Sturlese, as Next Friend of E.J, a minor (250353)          **Address**  100 Debra Ln.  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Judy Trail, as Next Friend of M.M, a minor (250436)          **Address**  1901 See St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff** Rebecca Holden, as Next Friend of V. L, a minor (250403)     **Address** 1002 Eddy St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Rebecca Holden, as Next Friend of K. H, a minor (250288)     **Address** 1002 Eddy Street  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Roderick Hawkins (250289)     **Address** 1002 Eddy Street  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Dominique Ethridge (250207)     **Address** 301 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Donovan Ethridge (250208)     **Address** 301 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Demetrius Ethridge (250205)          **Address**  301 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Leroy Ethridge (250210)          **Address**  301 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Leroy Ethridge, as Next Friend of D.E,          **Address**  301 N. Simmons St.  Lake Charles , LA 70607
a minor (250206)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Moses Jones (250346)          **Address**  223 N Goss  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jason Newman (250448)          **Address**  7403 Jarbin Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Linda Courville (250178)                    **Address**  5482 Joe Courville Rd  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Leslie Fowlkes (250224)                    **Address**  2604 Madison  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Michael McArthur (250421)                    **Address**  1421 Meadow Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Bernadette Hawkins (250287)                    **Address**  1002 Eddy Street  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Moses Charles (250161)                    **Address**  223 North Coose St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Loretta Charles (250160)                    **Address**  223 N. Goos  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Theresa Roofner (250498)                    **Address**  916 Kingreg Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Juanita Chapman (250154)                    **Address**  1650 P. E. Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Heartsease Braxton (250129)                    **Address**  415 Ave D. Lot 1  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Lindsey Newman, as Next Friend of A.     **Address**  4310 Oaklawn  Lake Charles , LA 70607
N, a minor (250445)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff** Marie Turner, as Next Friend of D.R, a minor (250496)   **Address** 910 W. 18th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Jerin Charles (250158)   **Address** 125 South Franklin  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Aaron Trail (250576)   **Address** 1901 See  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Shirley Charles (250162)   **Address** 223 N. Goose St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Shirley Charles, as Representative of the Estate of Leroy Charles, deceased (250159)   **Address** 223 Goos  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Peggy Sturlese, as Next Friend of R.J, a    **Address**  100 Debra Lane  Cameron, LA 70631
minor (250354)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Frankie George (250245)    **Address**  100 Debra Lane  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Peggy Sturlese (250551)    **Address**  100 Debra Lane  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Harold Jones (250350)    **Address**  1916 2nd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Deandrea Milburn (250434)    **Address**  2133 12th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Evelyn Milburn (251048)　　　　　**Address**  2133 12th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Albertine Viney (251314)　　　　　**Address**  3001 N Meadow Lark Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Joyce Lafleur, as Representative of the Estate of Larry Lafleur, deceased (250975)　　　　　**Address**  1933 7th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Albertine Viney, as Next Friend of J.V, a minor (251315)　　　　　**Address**  3001 N Meadow Lark Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Lee Esther Fontenot (250835)　　　　　**Address**  7001 Bulton Gulf Hwy. #111  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Hayward Fontenot (250833)                    **Address**  7001 Gulf Hwy. # 111  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Harold Fontenot (250828)                    **Address**  1208 8th Ave Lot A  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Nortley  Pattum (251117)                    **Address**  1421 Meadow Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Joyce Lafleur (250974)                    **Address**  1933 7th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Calvin Wyatt (251359)                    **Address**  1505 Sage Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Cynthia Wyatt (251360)                    **Address**  1505 Sage Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Michael Briscoe (250718)                    **Address**  2508 Opelousas St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Ethel Fontenot (250832)                    **Address**  1933 7th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Berttina Young, as Next Friend of K.Y,     **Address**  2218 Elder St.  Lake Charles , LA 70607
a minor (251376)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Berttina Young (251375)                    **Address**  2218 Elder St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Beatrice Richard (251183)                    **Address**  2927 Southridge Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Erica Kaough (250959)                    **Address**  313 S Lyons St   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Callum Kaough (250958)                    **Address**  711 1st Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Dawn Bramlett, as Next Friend of J.B, a    **Address**  11241 Hwy 384  Lake Charles , LA 70607
minor (250711)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Stephan Hitchens (250910)                    **Address**  1104 Eddy St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Derrick  Ethridge (250820)                **Address**  301 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Karen Bowden (250706)                **Address**  1001 Bagdad Rd.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  LaTrall January, as Representative of      **Address**  2208 8th St.  Lake Charles , LA 70607
the Estate of John January, deceased
(250934)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Amber Quibodeaux (251163)            **Address**  1100 James Sudduth Pkwy  Lot 68  Lake Charles,
LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Lindsy Newman, as Next Friend of K.      **Address**  4310 Oaklawn Dr  Lake Charles , LA 70607
N, a minor (251085)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Justin Braxton (250714)          **Address**  415 Ave. D. Lot 1  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Michael Ambrose (250653)          **Address**  2401 Dolphin Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Catherine Vezinat (251309)          **Address**  2401 Dolphin Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Alexis Stevens (251258)          **Address**  2610 Eva Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Batson Stevens, as Next Friend of B.S,          **Address**  2610 Eva Lane  Lake Charles , LA 70607
a minor (251260)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Batson Stevens (251259)          **Address**  2610 Eva Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Louise Filer (250826)          **Address**  203 N. Goodman Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Mark Doucett (250803)          **Address**  347 Jack Dorcett Road  Ragley, LA 70657

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jonathan Roofner (251197)          **Address**   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Bruce Milburn (251047)          **Address**  2133 12th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Huey Carter (250742)                    **Address**  1634 P.E. Daigle   Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Marie Turner, as Next Friend of K.A, a        **Address**  910 West 18th  Lake Charles , LA 70607
minor (251496)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Marie Turner, as Next Friend of K.A, a        **Address**  910 W. 18th  Lake Charles , LA 70607
minor (251482)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Tara Collins, as Next Friend of D.B, a        **Address**  1201 Ravia Rd.  Sulphur, LA 70665
minor (251493)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Dentzel Brown (251489)                    **Address**  1002 Eddy St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Cynthia Hawkins (251498)                **Address**  1002 Eddy Street  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Jeffery Collins (251486)                **Address**  1002 Eddy St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Tara Collins (251485)                **Address**  1008 Eddy St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Betty Esclovon (251480)                **Address**  513 E. Elizabeth St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Isiah Buck (251474)                **Address**  1103 Douglas Rd.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## James Johnson, Et. Al.  Vs. Gulf Stream Coach, Inc., Et. Al.
Original Civil Action No.  10-1282

**Plaintiff**  Mary Guillory (251473)                    **Address**  1103 Douglas Rd.  DeQuincy , LA 70633


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Melinda Kay (251471)                    **Address**  693 Coward Rd.  DeQuincy , LA 70633


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Virgial Kay (251549)                    **Address**  693 Coward Road  DeQuincy , LA 70633


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc