## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

1607

**Plaintiff**  Marie Turner (251546)                    **Address**  910 West 18th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Theodora Fisher, as Next Friend of K. C, a minor (251562)    **Address**  1100 James Sudduth Pkwy lot 20  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Theodora  Fisher, as Next Friend of G. S, a minor (246647)    **Address**  1100 James Sudduth Lot 20   Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Darlene Fields (251525)                    **Address**  3046 Opelousas  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Billye Dillard (251507)                    **Address**  1901 Bilbo   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
56

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Elton Fisher (251551)                    **Address** 1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Marie Turner, as Next Friend of R.K, a minor (251504)    **Address** 910 W 18th St.   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Dietrich Martin, as Next Friend of M.R, a minor (251502)    **Address** Jean Lafitte Trlr Park  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Margaret McArthur, as Next Friend of P.M, a minor (251475)    **Address** 1421 Meadow Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Leland Rutherford, as Representative of the Estate of Carolyn Rutherford, deceased (251477)    **Address** 711 Oak Grove Highway  Creole, LA 70632

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Leland Rutherford (251479)          **Address**  711 Oak Grove Highway  Creole, LA 70632

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Mabron Esclovon (251488)          **Address**  513 E. Elizabeth St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tara Collins, as Next Friend of J.C, a          **Address**  1002 Eddy Street  Vinton , LA 70668
minor (251484)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Tawanna Edmond (251457)          **Address**  517 Giovonni St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Seymand Brown (199819)          **Address**  25250 Pardue Road, Lot 17  Springfield, LA
70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Letlanva Hawkins, as Next Friend of D.   **Address**  25250 Pardue Road, Lot 17  Springfield, LA
H, a minor (201645)                                          70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Nyisha Mutin (200924)                **Address**  7185 Greenwell St  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Joshua Nash (200935)                **Address**  7185 Greenwell st. Lot. 22  Baton Rouge, LA
70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Carolyn Roberson (205196)          **Address**  7185 Greenwell St  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Carolyn Roberson, as Next Friend of Q.   **Address**  7185 Greenwell Street  Baton Rouge, LA 70812
N, a minor (205152)

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Carolyn Roberson, as Next Friend of S. C, a minor (205104)

**Address** 7185 Greenwell Street  Baton Rouge, LA 70812

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tiheria Nash (205153)

**Address** 7185 Greenwell Street (Lot22)  Baton Rouge, LA 70812

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tyneria Nash, as Next Friend of T.N, a minor (205154)

**Address** 7185 Greenwell Street # 23  Baton Rouge, LA 70812

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jeremy Nash (205151)

**Address** 7185 Greenwell St  Baton Rouge, LA 70812

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Shanika  Nash (237446)

**Address** 7185 Greenwell St Lot #22  Baton Rouge, LA 70806

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff** Raymond Brown, as Next Friend of R.
B, a minor (238575)

**Address** 25250 Pardue Road, Lot 17  Springfield , LA
70462

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Marcus Lewis (243466)

**Address** 101 James Suddeth  B-7  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Patricia  Thomas (244236)

**Address** 980 East Town Drive  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Christopher  Thomas  (244437)

**Address** 980 East Town Dr  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cory  Thomas  (244434)

**Address** 980 East Town Dr  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Orlando Gauthier (244476)　　　　**Address** 1618 15th Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** John Primeaux (244566)　　　　**Address** 160 McCain Road  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Carolyn Primeaux (244555)　　　　**Address** 160 McCain Road  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Shanika Nash, as Next Friend of T.B, a minor (244600)　　　　**Address** 7185 Greenwell St Lot22  Baton Rouge, LA 70805

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Shanika Nash, as Next Friend of S.N, a minor (244601)　　　　**Address** 7185 Greenwell St Lot 22  Baton Rouge, LA 70805

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Jamar  Lewis  (244669)               **Address**  101 James Suddeth B-7  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Shelia Skeen (244751)               **Address**  1101 James Suddeth Parkway  Lake Charles, LA
                                                               70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Andrea  Lewis (244847)               **Address**  101 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Regina Pittman, as Next Friend of J.S, a   **Address**  1100 James Sudduth st.  Lake Charles, LA 70607
            minor (245215)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

**Plaintiff**  Regina Pittman, as Next Friend of C.P,   **Address**  1100 James Sudduth  Lake Charles, LA 70607
            a minor (245214)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.
            Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Regina  Pittman, as Next Friend of B.P.,      **Address**  1100 James Sudduth  Lake Charles, LA 70607
a minor (245213)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Regina Pittman, as Next Friend of T.P.,      **Address**  1100 James Sudduth Lot 131  Lake Charles, LA
a minor (245212)                                            70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Cedric  Pittman (245211)                     **Address**  1100 James Suddeth Pkwy Lot 131  Lake Charles,
                                                            LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Regina Pittman (245210)                      **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rashita  Pittman (245203)                    **Address**  1100 James Suddeth Pkwy Lot #131  Lake
                                                            Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

| | | | |
|---|---|---|---|
| **Plaintiff** | Rashita Pittman, as Next Friend of M. P, a minor (245202) | **Address** | 1100 James Suddeth Pkwy Lot #131 Lake Charles, LA 70607 |

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Rashita Pittman, as Next Friend of D. B, a minor (245201) | **Address** | 1100 James Suddeth Pkwy Lot 131 Lake Charles, LA 70607 |

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Calvin Jasmine (245200) | **Address** | 1100 James Suddeth Pkwy Lot #131 Lake Charles, LA 70607 |

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Rashita Pittman, as Next Friend of C.P, a minor (245199) | **Address** | 1100 James Suddeth Pkwy Lot #131 Lake Charles, LA 70607 |

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Rashita Pittman, as Next Friend of S.B, a minor (245198) | **Address** | 1100 James Suddeth Pkwy Lot 131 A18 Lake Charles, LA 70607 |

**Proposed Judicial District**   Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Duane Gautieer, as Next Friend of D.H, a minor (245954)    **Address** 101 Tousaint  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Duane Gauthier , as Next Friend of D. H, a minor (246292)    **Address** 101 Tousaint  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Audrey Barker (246483)    **Address** 919 Division  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Allen  Hinton (246552)    **Address** 420 Everett Vincent Drive  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Tealecia Wright, as Next Friend of M. M, a minor (246791)    **Address** 110 James Suddeth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  James Wright (246785)           **Address** 1100 James Sudduth Pkwy   Lake Charles, LA
                                                            70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Marsha Stevens (247054)         **Address** 1702 Harless St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Freddine Hinton (247090)        **Address** 420 Everett Vincen Dr  Hackberry , LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Terry Hicks (247361)            **Address** 1431 Mustang Circle  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Natasha Hicks (247362)          **Address** 1431 Mustang Circle  Hackberry , LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Sean Hicks (247371)                    **Address**  1431 Mustang Circle  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Courtney Edwards (247628)             **Address**  1100 James Sudduth Parkway B22  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Kyla Bilbo (247700)                    **Address**  1100  James Sudduth Pkwy B-22  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Kyla Bilbo, as Next Friend of K.B, a       **Address**  1100 James Sudduth Pkwy B-22  Lake Charles, minor (247708)                                                           LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Martin Bilbo (247808)                 **Address**  1100 James Sudduth Pkwy B-22  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Kyla Bilbo, as Next Friend of K.B, a minor (247820)  **Address** 1100 Sudduth Pkwy B-22  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Duane Gauthier (247834)  **Address** 101 Tousaint  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Kyla Bilbo, as Next Friend of K.B, a minor (247943)  **Address** 1100 James Sudduth Pkwy B-22  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Terrell Wiley (248488)  **Address** 716 N. Prater Street   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Tabatha Harris-Wiley, as Next Friend of T.W, a minor (248501)  **Address** 716 N. Prater street   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff**  Megan Harris (248502)                    **Address**  716 N Prater St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Tabatha Harris-Wiley, as Next Friend        **Address**  716 N. Prater Street  Lake Charles , LA 70607
of A.H, a minor (248503)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Albert Stevens (248581)                   **Address**  1702 Harless St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jemalla Vallare, as Next Friend of A.V,    **Address**  21259 S. Frontage Rd. Lot #10  Iowa , LA 70647
a minor (248660)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Kirby Alfred (248664)                     **Address**  21259 S. Frontage Rd. Lot 10  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Jemalla Vallare, as Next Friend of A.V,          **Address**  21259 S. Frontager Rd. Lot# 10  Iowa, LA 70647
a minor (248704)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Jemalla Vallare (248705)          **Address**  21259 S. Frontage Rd. Lot #10  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Antonio Gauthier (248768)          **Address**  1618 15th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Jacob LaSalle, as Next Friend of K.L, a          **Address**  101 Tousaint rd. Lot 123   Lake Charles , LA
minor (248898)                                                                    70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Donald Comeaux, as Next Friend of D.          **Address**  1336 Mitchell St.  Lake Charles , LA 70607
C, a minor (248923)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Donald Comeaux, as Next Friend of D.     **Address**  136 Mitchell St.  Lake Charles , LA 70607
C, a minor (248924)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Donald Comeaux (248925)     **Address**  1336 Mitchell St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Robin Comeaux (248926)     **Address**  1336 Mitchell St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Giovanna Young (248943)     **Address**  101 Toussaint Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Duane Gauthier, as Next Friend of D.H,     **Address**  101 Tousaint  Lake Charles , LA 70607
a minor (248960)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Duane Gauthier , as Next Friend of D.      **Address**  101 Tousaint  Lake Charles , LA 70607
H, a minor (248961)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Brady Hicks (248997)      **Address**  1431 Mustang Circle  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Tabatha Harris-Wiley (249210)      **Address**  716 N. Prater St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jacob LaSalle (249427)      **Address**  101 Tousaint Rd. Lot 123   Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Wanda Smith (249596)      **Address**  919 N Division St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Aexia Smith (249601)                    **Address**  919 N. Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Rideau (249882)                  **Address**  1101 James Suddeth Pkwy   TTL - 04  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Leonard Smith (249904)                  **Address**  919 N. Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Leonaed Smith (249905)                  **Address**  919 N. Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Stephanie Henry, as Next Friend of A. H, a minor (250294)                  **Address**  101 Thousand Rd Lot 123  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Stephanie Henry (250295)          **Address**  101 Thousand   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Marquita Parker (251107)          **Address**  3119 Reidway St  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Isaac Lynch (251018)          **Address**  Patricia A. Thomas St.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Dean Gintz (245517)          **Address**  3751 Ruth St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Carmen Gintz, as Next Friend of B.G, a          **Address**  3751 Ruth St.
minor (246710)                                                      Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff**  Carmen Gintz (246713)          **Address** 3751 Ruth Street   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Joshua Gintz (246714)          **Address** 3751 Ruth St.   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Shilah Gintz (246874)          **Address** 3751 Ruth Street   Sulplur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Jonnisha January, as Next Friend of A.   **Address** 1059 Jeon LaFitle  Lake Charles , LA 70607
F, a minor (249249)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Delphine Jones (249252)          **Address** 1100 James Sudduth Parkway #37  Lake Charles,
LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Jaquisha Jackson (250927)          **Address**  East Prien Lake  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Laurette January (250932)          **Address**  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Brandi Bourgeois, as Next Friend of K.          **Address**  2313 N. Flounder  Lake Charles , LA 70607
B, a minor (250699)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Brandi Bourgeois (250700)          **Address**  2313 N. Flounder  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jonathon Boullion (250698)          **Address**  1471 Hwy 384  Lake Charles, LA 70605

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.
        Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff**  Mary Moore (251542)                    **Address**  1260 Hwy 171 N.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Lynntina Richard, as Next Friend of J.    **Address**  4443 Lake Fairway Drive  Lake Charles , LA
P, a minor (246853)                                           70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Lynntina Richard (246854)              **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Dyamond Phipps (247880)              **Address**  PO Box 16082  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Jamaica Richard, as Next Friend of A.    **Address**  1100 James Sudduth Park  Lake Charles, LA
R, a minor (248183)                                           70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Marilyn Gallien (248253)              **Address**  1100 James Sudduth Pkwy.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Shonda Johnson (248268)              **Address**  1100 James Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Jamaica Richard (248397)              **Address**  1100 James Sudduth Pkwy Lot M63  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Lynntina Richard, as Next Friend of J. P, a minor (249330)              **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Kimberly Holloway, as Next Friend of E.S, a minor (200447)              **Address**  1750 Staples Rd  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Carlson Caster (200178)          **Address** 1750 Staples Rd.  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Carlson Caster, as Next Friend of Z.H,          **Address** 1750 Staples Rd  Mobile, AL 36605
a minor (200186)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Chizun Holman (200187)          **Address** 1750 Staples Rd  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Kimberly Holloway, as Representative          **Address** 1750 Staples Rd  Mobile, AL 36605
of the Estate of Barbara Carl, deceased
(199897)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Marcus  Davis (202093)          **Address** 1750 Staples Rd  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Kimberly Holloway, as Next Friend of    **Address**  1750 Staples Rd  Mobile, AL 36605
J.H, a minor (201628)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Vivian Wells, as Next Friend of A.H, a    **Address**  11620 Wheatcroft Road N.   Grand Bay, AL
minor (201639)                                                        36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Kimberly Holloway (201517)    **Address**  1750 Staples Rd  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Kimberly Holloway, as Next Friend of    **Address**  1750 Staples Rd  Mobile, AL 36605
J.J, a minor (201468)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Debbie Roberson (200689)    **Address**  360 Oregon Ave  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Kimberly Holloway, as Next Friend of   **Address** 1750 Staples Rd  Mobile, AL 36605
J.S, a minor (200449)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Michael Barber (202829)   **Address** 158 Walnut Crt

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** China Barber (202833)   **Address** 158 Walnut Crt.

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Marcia Barber, as Next Friend of T.h, a   **Address** 158 Walnut Crt.   Gulfport, MS 39501
minor (203080)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Donald Hartfield (215657)   **Address** 11620 Wheat Cross N.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Donald Hartfield, as Next Friend of D.    **Address**  11620 Wheat Groff Rd  Grand Bay, AL 36541
H, a minor (215655)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tia Barber (222635)    **Address**  5275 Rudder Road  Mobile, AL 36619

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

---

**Plaintiff**  Calynthia Holman (229838)    **Address**  1360 Staples Rd  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

---

**Plaintiff**  Calynthia Holman, as Next Friend of J.    **Address**  1360 Staples Rd  Mobile , AL 36605
H, a minor (229840)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

---

**Plaintiff**  Calynthia Holman, as Next Friend of T.    **Address**  1360 Staples Rd  Mobile, AL 36605
H, a minor (229841)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
 Gulf Stream Coach, Inc.
 CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**   Carolyn Love, as Next Friend of Z.L., a   **Address**   1360 Staples Rd  Mobile, AL 36605
minor (229993)

**Proposed Judicial District**   Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**   Carolyn  Love  (230024)   **Address**   1360 Staples Rd  Mobile, AL 36605

**Proposed Judicial District**   Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**   Calynthia Holman, as Next Friend of N.   **Address**   1360 Staples Rd  Mobile, AL 36605
R, a minor (230244)

**Proposed Judicial District**   Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**   Leslie  Taylor  (230395)   **Address**   8845 Little River rd.  Bayou La Batre, AL 36509

**Proposed Judicial District**   Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**   Thomas  Taylor  (230397)   **Address**   8845 Little River rd.  Bayou La Batre, AL 36509

**Proposed Judicial District**   Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Leslie Taylor, as Next Friend of T.T, a minor (230398)    **Address**  8845 Little River rd.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Gulf Stream Coach, Inc.
>CH2M Hill Constructors, Inc.

---

**Plaintiff**  Daedra Lambert (242835)    **Address**  9578 Oak Farm Dr.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Gulf Stream Coach, Inc.
>CH2M Hill Constructors, Inc.

---

**Plaintiff**  Clarence Sprinkle, as Next Friend of C. S, a minor (248965)    **Address**  14360 Railroad St  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Gulf Stream Coach, Inc.
>CH2M Hill Constructors, Inc.

---

**Plaintiff**  Keith Battle (250112)    **Address**  11835 Old Shipyard Rd.  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Gulf Stream Coach, Inc.
>CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nancy Battle (250111)    **Address**  11835 Old Shipyard Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Gulf Stream Coach, Inc.
>CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Keith Battle (250109)                    **Address**  1835 Old Shipyard Rd.  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Kristopher Battle (250110)               **Address**  11835 Old Shipyard Rd.  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Sarina Pakhamma (251092)                 **Address**  8431 E Rabby St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Clarence Sprinkle (251254)               **Address**  14360 Railroad St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Kea Prom (251160)                        **Address**  10530 Khmer Rd Lot 19  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Holly Bosarge (250693)          **Address** Alabama Port, AL 36523

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Ouna Wintzell, as Next Friend of P.W.,          **Address** Alabama Port , AL 36523
a minor (251326)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Ouna Wintzell (251353)          **Address** 1821 Gulf Dale Dr.  Mobile, AL 36605

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Ouna Wintzell, as Next Friend of R.W,          **Address** Alabama Port, AL 36523
a minor (251327)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Suzan House, as Representative of the          **Address** 12841 Padgett Switch Rd Lot 148  Irvington, AL
Estate of Elbert Jarvis, deceased          36544
(250937)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Suzan House (250914)                    **Address**  12841 Padgett Switch Rd Lot 148
                                                                     7610 Marie Rd, Theodor, AL 36582  Irvington,
                                                                     AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cholie Prom (251159)                    **Address**  105 30 Khmer Rd.   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Men Phoeuth, as Next Friend of M.P, a   **Address**  10530 Khmer Road  Irvington, AL 36544
minor (251538)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  So Prom (251523)                        **Address**  10530 Khmer Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Chaz  Jeffries (229900)                 **Address**  445 Clarence Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  James Wilkerson (202533)                    **Address** 14111 Railroad Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Kayla  Wilkerson  (202537)                    **Address** 14111 Railroad St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Mary Wilkerson (202539)                    **Address** 14111 Rail Road St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Rene Acker (205122)                    **Address** 646 Union  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Jasmine Acker (205117)                    **Address** 646 Union St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff**  Rene Acker (205119)               **Address** 646 Union St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Charlotte Keener (210689)               **Address** 10920 Douglas Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Morgan Harper (210690)               **Address** 10920 Douglas Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Charlotte Keener, as Next Friend of D.       **Address** 10920 Douglas Road  Grand Bay, AL 36541
K, a minor (210577)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  David Keener (210578)               **Address** 10920 Douglas Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Charlotte Keener, as Next Friend of D.   **Address**  10920 Douglas Road  Grand Bay, AL 36541
K, a minor (211408)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ricky  Knapp (201244)   **Address**  9155 St Elmo Cr  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Herman LaForce (201268)   **Address**  13361 N Wintzell  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary LaForce (201269)   **Address**  13361 N. Wintzell P.O. Box 984   Bayou La
Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Becky Lyons, as Next Friend of L.L., a   **Address**  9155 St Elmo Cr  Irington, AL 36544
minor (201203)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Becky Lyons, as Next Friend of S.L, a          **Address**  9155 St Elmo Cr  Irvington, AL 36544
minor (201204)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Gene Wilkerson  (202535)          **Address**  14111 Railroad Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Mary Wilkerson, as Representative of          **Address**  14111 Railroad Street  Bayou La Batre, AL 36509
the Estate of Katie Wilkerson, deceased
(202536)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Oletha Stewart, as Next Friend of D.S,          **Address**  238 Leovy Ave.  Pass Christian, MS 39571
a minor (230371)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Jerel  Stewart (230372)          **Address**  238 Leovy Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No. 10-1281

**Plaintiff** Paulette Straight (230379)                **Address** 324 E. Elmer St.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Tiffany Dunning (239536)                **Address** 4 Laudeac Ct.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Michael Hill (240244)                **Address** 4 Lauleal Ct.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Van Lam, as Next Friend of A.L., a minor (241858)                **Address** 9401 Satsuma Street  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Van Lam (241857)                **Address** 9401 Satsuma Street  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Van Lam, as Next Friend of K.M, a minor (241859)     **Address** 9401 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Van Lam, as Next Friend of T.L, a minor (241862)     **Address** 9401 Satsuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Phuoc Lam (241869)     **Address** 9401 Satsuma St.  Bayou La Batre, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Nguyet Tran (241872)     **Address** 9401 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Jeffrey Godsey, as Next Friend of J.G, a minor (242783)     **Address** 8835 Little River Road  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Jeffrey Godsey (242782)        **Address**  8835 Little River Road  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charles Jemison (242780)        **Address**  8835 Little River Road  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charles Jemison, as Representative of        **Address**  8835 Little River Road  Bayou La Batre, AL 36509
the Estate of Charon Jemison, deceased
(242779)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Yen Chau (243053)        **Address**  8845 W. Warmer Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  On Tran (243034)        **Address**  8845 W. Warmer St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff** Du  Tran (243017)                    **Address** 8845 W. Warmer St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff** Hieu Tran (243012)                    **Address** 8845 W. Warmer Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff** Yen Tran (243013)                    **Address** 8845 W. Warner Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff** Donald Mizell (248935)                    **Address** 8635 Davenport St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff** Kenny Lam (250976)                    **Address** 9401 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

## Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et al.
Original Civil Action No.  10-1281

**Plaintiff**  Christina Goleman, as Next Friend of M.G, a minor (242918)　　**Address**  14520 St. Midneals St  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Teresa Neal (242898)　　**Address**  14520 St. Micheal St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Teresa Neal, as Next Friend of C.M, a minor (242871)　　**Address**  14520 St. Micheal St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Christina Goleman (242825)　　**Address**  14520 St. Midneals St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Constructors, Inc.

---