Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

1608

**Plaintiff** Brian Herrington, as Next Friend of M. H, a minor (212462)  **Address** 342 Old Spanish Trail  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Jelisia  Adams (200205)  **Address** 819 Ingalls Ave. Lot 8  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Thawanda  McCall, as Next Friend of S.A, a minor (200209)  **Address** 819 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Thawonda McCall (200210)  **Address** 819 Ingalls Ave. Lot 8  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** James McCall (201116)  **Address** 819 Ingalls Ave. Lot 5  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

PLAINTIFF'S
EXHIBIT
**57**

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff** Woodie Allen, as Next Friend of K.A, a minor (205050)   **Address** 1408 Sycamore Street   Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Woodie Allen, as Next Friend of J.A, a minor (205049)   **Address** 1408 Sycamore Street   Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Jason Bennett (209937)   **Address** 5331 Hwy 604  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Jamie Chase, as Next Friend of K.B, a minor (209943)   **Address** 5334 Hwy 604  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Jamie Chase (209931)   **Address** 5334 Hwy 604  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Robert Sams (210132)                **Address**  16266 Whites Road  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Terry Spiers (211221)                **Address**  6344 Firetower  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Terry Spiers, as Next Friend of J.S, a       **Address**  P. O. Box 1223  Kiln, MS 39556
minor (211222)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Donette Cuevas, as Next Friend of S.C,     **Address**  10190 Edwin Ladner Rd.  Pass Christian, MS
a minor (214595)                                                         39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff**  Donald Taylor (216021)                **Address**  2108 Old Mobile Hwy  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff** Dianne Collier (222473)                    **Address** 283 Keller Ave  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Douglas Ward (225709)                    **Address** 89 Darby Lane  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Carla Riley, as Next Friend of T.G, a minor (226210)                    **Address** 24 Tut Rd  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Catherean Harris (226244)                    **Address** 826 Division Street    Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Anloris Patton (226689)                    **Address** 8281 Texas Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Carla Riley, as Next Friend of J.R, a   **Address**  24 Tut Rd  Lucedale, MS 39452
minor (226785)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Cece Clark (229541)   **Address**  8281 Texas Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Michael Patton (229573)   **Address**  8281 Texas Ave.  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Pat  Money (230079)   **Address**  370 Croesus Street  Biloxi, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Richard  Money  (230080)   **Address**  370 Croesus Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff** Michael White (230460)                    **Address** 190 B. Beauvoir Rd. # 99  Biloxi, MS 39531

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Christen Goodman, as Next Friend of     **Address** 12322 Lloyd Ladner Rd  Pass Christian, MS
L.G, a minor (239577)                                 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Christen Goodman, as Next Friend of     **Address** 12322 Lloyd Ladner Road  Pass Christian, MS
B.G, a minor (239454)                                 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Amenda Nieves, as Next Friend of C.N,    **Address** Deer Park 2213 Hwy 63 S  Lucedale, MS 39452
a minor (239569)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Shane Goodman (239677)                   **Address** 12322 Lloyd Ladner Road  Pass Christian, MS
39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Christen Goodman, as Next Friend of L.G, a minor (239686)   **Address**  12322 Lloyd Ladner Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Christen Goodman (239704)   **Address**  12322 Lloyd Ladner Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  MyKayla Boone (241915)   **Address**  25430 Tom Polk Rd  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Donovan Boone (241916)   **Address**  25430 Tom Polk Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Pheobe Toussaint (241918)   **Address**  25430 Tom Polk Road  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  , as Next Friend of N.B, a minor (241917)   **Address** 25430 Tom Polk Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Veronica LeShore (242850)   **Address** 10530 Three Rivers Rd Lot #160  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Veronica LeShore, as Next Friend of D. T, a minor (242849)   **Address** 10530 Three Rivers Rd Lot 160  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Jackie LeShore (242848)   **Address** 10530 Three Rivers  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Valdez Williams (243328)   **Address** 324 Lee Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Dorothy Williams (243329)              **Address**  324 Lee Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Angelica Feliciano (243488)            **Address**  3208 Highland Avenue  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Dwight Biggs (250121)                  **Address**  3704 Biggs Rd.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Angelia McCall (250423)                **Address**  5237 Billy Ave.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff**  Ida Biggs (250122)                     **Address**  3704 Biggs Rd  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

## Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Angelia McCall, as Next Friend of N.K,   **Address** 5237 Billy Ave  Moss Point, MS 39563
a minor (250359)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Brian Spiers (250540)                     **Address** 17085 Bobinger  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Stella Monroe (250438)                    **Address** 4700 General McArthur  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Phillip Pugh (250628)                     **Address** 1001 Dicks St  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Belinda Spiers (250539)                   **Address** 17085 Bobinger Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Michele Hurt (250921)                **Address**  906 Shipp St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Crystal Box (250708)                **Address**  134 Honeysuckle Lane  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Crystal Box, as Next Friend of H.B, a minor (250709)                **Address**  134 Honeysuckle Lane  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Crystal Box, as Next Friend of S.B, a minor (250710)                **Address**  134 Honeysuckle Lane  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff**  Buford Box (250707)                **Address**  134 Honeysuckle Lane  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No. 10-1280

**Plaintiff** Rob Blankinchip (250692)                    **Address** 39 Dunca St.  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Ronald Pitts (251144)                    **Address** 39 Duncan St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Betsey Jackson (250924)                    **Address** 39 Duncan St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Susan Pitts, as Next Friend of C.B, a          **Address** 39 Duncan St.  Lucedale, MS 39452
minor (250691)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Susan Pitts (251145)                    **Address** 39 Duncan St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Aiken Abstance (250645)  **Address**  39 Duncan St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Harold Tillman, as Next Friend of T.T,  **Address**  5208 Bay St.  Pascagoula, MS 39567
a minor (251285)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Gavya Tillman (251282)  **Address**  5208 Bay St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Heath Breese (250716)  **Address**  7044 Bussell Ave  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Lona Mernett (251044)  **Address**  39 Duncan St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Gregory Pitts (251141)          **Address**  39 Duncan St  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Jamie Pitts (251142)          **Address**  39 Duncan St.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Jamie Pitts, as Next Friend of K.P, a          **Address**  39 Duncan St.  Lucedale, MS 39452
minor (251143)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Kim Breese (250717)          **Address**  7044 Bussel Ave. Katrina W.  Gulfport, MS
39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Kim Breese, as Next Friend of S.Y, a          **Address**  7044 Bussel Ave Katrina W.  Gulfport , MS
minor (251379)          39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Shawn Bilbo (250688)                    **Address**  906 Shipp St.   Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Iola Winborn (251352)                    **Address**  819 Ingalls Ave. lot 44  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Shavona Tillman (251284)                 **Address**  5208 Bay St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Harold Tillman (251283)                  **Address**  5208 Bay St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Corie Howell, as Next Friend of L.H, a   **Address**  39 Duncan St.  Lucedale, MS 39452
minor (250915)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Amanda Nieves, as Next Friend of A.N., a minor (251087)   **Address**  Deer Park 2213 Hwy 63 S  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Amanda Nieves, as Next Friend of K.N., a minor (251088)   **Address**  Deer Park 2213 Hwy 63 S  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Christen Goodman, as Next Friend of T.G, a minor (251510)   **Address**  12322 Lloyd Ladner Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Gladys Charlot (202265)   **Address**  322 Seal Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Regina Dailey (202217)   **Address**  322 Seal Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Shalena Dailey (202218)　　　　　**Address**  322 Seal Venue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Katheryn Taylor (200317)　　　　　**Address**  12506 Freddie Frank Rd  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Danielle Singleton (207802)　　　　　**Address**  301 St. Francis  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Briggitte Patmon (208863)　　　　　**Address**  16208 3rd  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

**Plaintiff**  Michael Navarette (210666)　　　　　**Address**  4222 Edna Dr  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　　Gulf Stream Coach, Inc.
　　　　　Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Louise Roberson (212214)          **Address**  4909 Pacific Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Larry Thompson (202320)          **Address**  10068 Fournier Ave.  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Tina Rhodes-Hansen (215933)          **Address**  1707 Williams St  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Randall Rhodes (215934)          **Address**  1707 Williams St.  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Charles Hansen (215649)          **Address**  1707 Williams St..  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Kenisha Kelly, as Next Friend of S.M, a          **Address**  6143 Kinvus Street  Moss Point, MS 39563
minor (223991)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Heze Lollar (201170)          **Address**  1409 Hwy 90, Lot 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Lavon Lollar (201172)          **Address**  1409 HWY 90 Lot#57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Candy  Gallimore (201812)          **Address**  22105 Bayou Portague  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Logan  Gallimore (201813)          **Address**  22105 Bayou Portague  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff** Terry McConnell (201136)                **Address** 22105 Bayou Portague  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Lacey Hebert, as Next Friend of D.S, a minor (200283)                **Address** 10243 Bayou Drive  Bay St Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Lacey Hebert, as Next Friend of L.S, a minor (200284)                **Address** 10243 Bayou Drive  Bay St Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Randy Sunday (200285)                **Address** 10243 Bayou Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Lacey Hebert, as Next Friend of S.S, a minor (200286)                **Address** 10243 Bayou Drive  Bay St Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Kimberly Willard, as Next Friend of A.      **Address**  22105 Bayou Portague  Long Beach, MS 39560
W, a minor (202541)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Danelle Singleton, as Next Friend of A.      **Address**  301 St. Francis  Bay St. Louis, MS 39520
S, a minor (207803)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Danelle  Signleton , as Next Friend of      **Address**  301 St. Francis  Bay St. Louis, MS 39520
A.D, a minor (207804)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Wendy Dufrene, as Next Friend of A.S,      **Address**  8100 Texas Flat Road  Kiln, MS 39556
a minor (212137)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Marwin Rankins (226385)      **Address**  228 Gyther Fairly Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc.,
Original Civil Action No.  10-1280

**Plaintiff**  Willie Lebeau (226453)          **Address**  615 Liz Cir.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Armetter Rankins (226747)          **Address**  228 Gyther Fairley Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Savannah  Caldwell , as Next Friend of          **Address**  2417 Cleveland Ave  Pascagoula, MS 39567
R.B, a minor (229402)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Linder Bolten, as Next Friend of J.B, a          **Address**  4425 Gautier St.  Moss Point, MS 39563
minor (229423)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Brandy Bolton-Brandon (229425)          **Address**  5518 Grierfon St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No. 10-1280

**Plaintiff** Dustin  Caldwell, as Next Friend of J.C., a minor (229503)        **Address** 2417 Cleveland Ave  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Savannah Caldwell (229506)        **Address** 2417 Cleveland Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Linder  Bolton, as Next Friend of C.R, a minor (230263)        **Address** 5515 Grierson Street  Moss Point, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Linder Bolton, as Next Friend of C.R, a minor (230267)        **Address** 5513 Grierson Street  Moss Point, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Khalilah Williams (230469)        **Address** 5515 Grierson Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff** Linder  Bolton, as Next Friend of M.W., a minor (230470)          **Address** 4425 Gautier Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Linder Bolton, as Next Friend of O.W., a minor (230472)          **Address** 4425 Gautier Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Carlos Collins (238579)          **Address** 190 B Blvd Lot # 65  Biloxi, MS 39531

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Stewart Seymour (238653)          **Address** 10935 Sabra Ln  Ocean Springs, MS 39565

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Carmen Neville (241874)          **Address** 6165 7th Avenue  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., Original Civil Action No.  10-1280

**Plaintiff**  Hillary Moulder (211490)          **Address**  Lakeshore Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Hillary Moulder, as Next Friend of J.A, a minor (211491)          **Address**  Gulfview Lot #3, Lakeshore Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Deidra James (238610)          **Address**  190 B Blvd Lot 65  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Ron James (238820)          **Address**  190 B Blvd.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Deidra James, as Next Friend of C.J, a minor (239712)          **Address**  190 B Blvd lot 65  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc