## Angela Pittman, as Next Friend of C.r, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2249

1740

**Plaintiff** John Lose (201184)  **Address** 816 Ingalls Avenue, Lot 26  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Patti Lose (201185)  **Address** 816 Ingalls Aveue, Lot 26  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Patti Lose, as Next Friend of S.L, a minor (201186)  **Address** 816 Ingalls Avenue, Lot 26  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Lisa Beard, as Next Friend of B.D, a minor (202049)  **Address** 5346 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Evonne Tucker (202369)  **Address** Fox Rv Park #89  Biloxi, MS 39531

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT 58

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff**  Teshena Thomas (203644)     **Address**  272 Keller Avenue   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Lottie Thomas (203645)     **Address**  272 Keller Avenue   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Joseph Thomas (203646)     **Address**  272 Keller Avenue   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Teshena Thomas, as Next Friend of V. T, a minor (203648)     **Address**  272 Keller Ave.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Teshena Thomas, as Next Friend of C. T, a minor (203649)     **Address**  272 Keller Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff**  Cleveland Tops (203657)    **Address**  326 Saucier Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Estellar Tops (203659)    **Address**  326 Saucier Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff**  Marian Epperson (205818)    **Address**  701 Espana Park  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Glenda Bounds, as Next Friend of D.B, a minor (206899)    **Address**  4464 34th St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Glenda Bounds (206900)    **Address**  4464 34th St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2249

**Plaintiff**  Harold Bounds (206901)           **Address**  4464 34th Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jerica Bounds (206902)           **Address**  4464 34th Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Janet Alexander (209429)         **Address**  128 Church St.  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Lamonica Lett-Cox (210663)       **Address**  5007 King James Rd  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Lana Miller (210681)             **Address**  1402 Resca de la Palma  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff**  MONICA EVANS (211262)　　　　**Address**  4730 Donovan St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Mary Smith (212152)　　　　**Address**  212 4th St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Sylvia Reddix, as Representative of the Estate of Bobby Reddix, deceased (212194)　　　　**Address**  3600 Big Point Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Sylvia Reddix (212195)　　　　**Address**  3600 Big Point Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Melody Bourgeois (212565)　　　　**Address**  4010 Caspian St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Constructors, Inc.

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff**  Rayven Cuevas (214594)  **Address**  10190 Edwin Ladner Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

**Plaintiff**  Nancy Coon (214672)  **Address**  903 Williams St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

**Plaintiff**  James Coon (214673)  **Address**  903 Williams St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

**Plaintiff**  Warren  Lewis (215347)  **Address**  5208 Mirror lateed  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

**Plaintiff**  Joseph Gaston (220154)  **Address**  115 N. Steele Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　Gulf Stream Coach, Inc.
　Bechtel National, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff** Cynthia Franklin (222497)  **Address** 614 Esters Rd.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Dwight Beck (222644)  **Address** 4413 Kreole Ave  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Stacey Cobbs, as Next Friend of A.C, a minor (222692)  **Address** 4119 Briggs  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Janet Jenkins (222796)  **Address** 122 Barkley Drive  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Jessica Jenkins (222797)  **Address** 122 Barkley Dr  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2249

**Plaintiff** Joseph Jenkins (222798)     **Address** 122 Barkley Drive  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff** Katherine Jenkins (222799)     **Address** 122 Barkley Drive  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff** David Gillum (223709)     **Address** 309 Hargett Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Norman Magee (224451)     **Address** 371 Reynoir Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff** Mattie McCurdy (226570)     **Address** 3415 Sumedinger St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2249

**Plaintiff**  Whitney McCurdy (226571)          **Address**  3415 Sumedinger St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Adrian Rosado (226807)          **Address**  3415 Sumedinger St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Travis Rosado (226808)          **Address**  3415 Sumedimger St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Annie Thompson, as Next Friend of O. B, a minor (229484)          **Address**  4631 General McAuthur  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Mary  Woods (229490)          **Address**  Santa Maria Trailer Park 5800 Martin Bluff # J4 Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2249

**Plaintiff**  Markus Thompson (230409)     **Address**  4631 Gen McArthur  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff**  Cassie Sandrock, as Next Friend of J.S, a minor (237895)     **Address**  418 Tarpon Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Cassie Sandrock (237896)     **Address**  418 Tarpon Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Keisha  Langley  (244198)     **Address**  1036 M. Fruge Rd.  Kinder, LA 70648

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Catherine Green (245027)     **Address**  2405 14th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2249

**Plaintiff** Raymond Celestine (245432) **Address** 703 North Jake Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Karen Sylvian, as Next Friend of D.D, a minor (245565) **Address** 1101 18th St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Karen Sylvian, as Next Friend of R.D, a minor (245566) **Address** 1011 18th St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Mary Reed (245673) **Address** 703 N. Jake St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Kaven Sylvain, as Next Friend of K.S, a minor (246095) **Address** 2130 Brooks St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2249

**Plaintiff**  Bryant Johnson (246731)     **Address**  874 Hooks Rd.   DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Camilla Joseph (246978)     **Address**  108 N. Jake Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Tawona Melancon (247177)     **Address**  2914 7th St   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Joshua Melancon (247178)     **Address**  2914 7th St. Apt 3  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Hyacinth Gopaul, as Next Friend of L. G, a minor (247431)     **Address**  3416 W. Roocevelt St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2249

**Plaintiff**  Kellyann Gopaul (247432)          **Address**  3416 W. Roosen  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Leslie Fowlkes, as Representative of   **Address**  2604 Madison St.  Lake Charles , LA 70607
the Estate of Frances Fowlkes, deceased
(247485)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Preston White (247825)            **Address**  2216 Hwy. 80 E Lot 20  Monroe, LA 71203

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Hyacinth Gopaul (247852)          **Address**  3416 W. Roosevelt  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

**Plaintiff**  Jillian Leday (248053)            **Address**  1817 6th Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.
 Fluor Enterprises, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2249

**Plaintiff**  Shellyann Gopaul-Guillory (248139)   **Address**  3416 W. Roosevelt  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Ashley Bernard (248279)   **Address**  1505 Sage Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Jimmy Dicks (248331)   **Address**  3927 Opolousas St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Eugene Glenn (248868)   **Address**  1597  FM 2830 South   Raymond, TX 77582

**Proposed Judicial District**  Eastern District of Texas
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Eugene Glenn, as Next Friend of K.M,   **Address**  1597 FM 2830 S.  Raymond, TX 77582
a minor (248999)

**Proposed Judicial District**  Eastern District of Texas
**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2249

**Plaintiff** Kaysha Plumber, as Next Friend of D. P, a minor (249178)  **Address** 1810 PE Daigle Rd  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jillian Leday, as Next Friend of F.L, a minor (249546)  **Address** 3416 W. Rosevelt St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jasper Parker (249615)  **Address** 2914 7th St. Apt 4  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Broina Melancon (249652)  **Address** 2914 7th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Stoney Anderson (249701)  **Address** 3970 Hwy. 14 Lot #4  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

## Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2249

**Plaintiff** Jessie Raffield (250037)  **Address** 141 Welch Dr.  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Bob Poppillion (251148)  **Address** 217 Balboa  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Alisha Dunham (251468)  **Address** 693 Coward Rd.  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Melinda Kay, as Next Friend of C.S, a minor (251469)  **Address** 693 Coward Rd.  DeQuincy , LA 70633

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Marilyn Bilbo (251522)  **Address** 217 Balboa  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2249

**Plaintiff** Melinda Kay, as Next Friend of J.S, a minor (251552)  **Address** 693 Coward Road  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc