## Tanika Woods, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2261

1741

**Plaintiff**  Hiwanis Adams, as Next Friend of T. M, a minor (201024)  
**Address**  25250 Pardue Dr Lot 18  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana  
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Alesha McCall (201113)  
**Address**  9650 Lundy Lane  Theordore , AL 36582

**Proposed Judicial District**  Southern District of Alabama  
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Alesha Mccall, as Next Friend of J.T, a minor (201115)  
**Address**  9650 Lundy Lane   Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama  
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Alesha Mccall, as Next Friend of M.M, a minor (201118)  
**Address**  9650 Lundy Lane  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama  
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Lois Kaigler (207657)  
**Address**  616 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi  
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Monique Berthelot (208955)  
**Address**  615 St. Francis Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi  
**Defendants**
   Gulf Stream Coach, Inc.

PLAINTIFF'S EXHIBIT 59

## Tanika Woods, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2261

**Plaintiff** John Galloway (208956)  **Address** 615 St. Francis Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** John Galloway, as Next Friend of J.G, a minor (208957)  **Address** 615 St. Francis Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** John Galloway , as Next Friend of J.G, a minor (224899)  **Address** 615 St. Francis Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Balynda Wells (230458)  **Address** Hwy. 90 9  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Tanika Woods (230495)  **Address** Santa Maria Trailer Park 5800 Martin Bluff # J4  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Abigail Herrington (239319)  **Address** 815 Amar Street  Waveland, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Tanika Woods, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2261

**Plaintiff**  Lien Tran (243015)            **Address**  8580 E. Warner St.   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Ardene Redmond (243030)      **Address**  210 E. Railroad St.   Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Benny Redmond (243031)       **Address**  210 E Railroad St.   Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Kendra Redmond (243032)      **Address**  210 E. Railroad St.   Gulfport , MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Linh Tran (243039)            **Address**  8580 E. Warner St.   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Moneta  Phothesat (243518)   **Address**  12841 Padgett Switch Rd Lot 89  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Gulf Stream Coach, Inc.

## Tanika Woods, et. al. vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No. 10-2261

**Plaintiff** Thy Phothisat (243519)    **Address** 12841 Padgett Switch Lot 89 Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Lamphone Pmothisat (243520)    **Address** 12841 Padgett Switch Rd Lot 89 Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Bounnam Phothisat (243521)    **Address** 12841 Padgett Switch Lot 09 Irvington , AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Phouva Phothisat (243522)    **Address** 12841 Badgett Switch Rd Lot 89 Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Ronald Corso (243712)    **Address** 13800 Old Biloxi Road Ocean Springs, MS 39565

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Panella Redmond (245611)    **Address** 210 E. Railroad St. Gulfport, MS 39507

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.