## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

1793

**Plaintiff**  George Burns (199847)　　　　　**Address**  14871 Coden Belt Rd West  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  James Brewer (199932)　　　　　**Address**  166 Brewer Town Road  Richton, MS 39476

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jeffrey Barnes (199998)　　　　　**Address**  1540 Dauphin Island Parkway  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Cedric Barnett (200004)　　　　　**Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Beard (200032)　　　　　**Address**  5348 Coronier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Kasey Beard (200033)　　　　　**Address**  5348 Cronier Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**PLAINTIFF'S EXHIBIT**
**60**

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Marvin Bishop (200055)                     **Address**  P.O. Box 173  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Marvin Bishop (200056)                     **Address**  P.O. Box 173  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Marvin Bishop, as Next Friend of T.B,            **Address**  P.O. Box 173  Bayou La Batre, AL 36509
a minor (200057)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Helen Borrego (200074)                     **Address**  Hwy 90 Lot 56  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Cecil Andrews (200081)                     **Address**  15440 Dolphin Island Parkway  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  David Barber (200156)                     **Address**  3770 Delaware Ave  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Robin Barbour (200159)                **Address**  8725 Hemeley St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Valerie Thomas (200175)                **Address**  4700 General Ike St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Foreta Allen (200229)                **Address**  16521 Kelly Court  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Bryan Theriot (200326)                **Address**  3770 Delaware Ave  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Bernie Thomas (200331)                **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Irene Thomas (200339)                **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Sharunda Stokes, as Next Friend of A. S, a minor (200424)          **Address**  4607 Mill St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Davie Scott (200445)          **Address**  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Jayme Scroggins (200457)          **Address**  14259 County farm Rd. Lot #23  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Brandon  Self (200470)          **Address**  13935 Harding Ave.   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Donna Robinson (200543)          **Address**  4700 General Ike St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Amber Timmons, as Next Friend of J. R, a minor (200574)          **Address**  1903 Curcor. Dr.  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Joyce Scarclif (200613)                    **Address**  AL Port RV Park  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Valerie Thomas, as Next Friend of J.R,     **Address**  4700 General Ike St.  Moss Point, MS 39563
a minor (200630)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Sarah Rigo, as Next Friend of K.R, a        **Address**  231 Poppy Ferry Rd Lot 19  Biloxi, MS 39530
minor (200661)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Anika Poole (200737)                      **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Dorothy Poole (200738)                    **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Regginald Poole (200739)                  **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Diann Reed (200792)               **Address**  3430 Bryce Canyon  Grand Prarie, TX 75052

**Proposed Judicial District**  Northern District of Texas
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Travis Morrissette (200916)       **Address**  257 Holly St.   Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Micheal  Nowack (200969)         **Address**  8800 Midway Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  James McKinney (200999)         **Address**  8540 East Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Tiffany Merkison (201022)        **Address**  10479 Rolling Heights, #247  D'Iberville, MS
                                                            39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Rita May, as Next Friend of J.M, a   **Address**  190 Beauvoir St. Lot 121  Biloxi, MS 39531
             minor (201104)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Rita May (201105)                    **Address**  190 Beauvoir Rd Lot 121  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Rachelle McCaffrey (201112)          **Address**  10479 Rolling Heights Dr. #247  Diberville, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Jalita Flood, as Next Friend of A.M, a minor (201119)          **Address**  1101 Rhett Drive  Mobile, AL 36608

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Jalita Flood, as Next Friend of A.M, a minor (201120)          **Address**  1101 Rhett Drive  Mobile, AL 36608

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tammy McClantoc, as Next Friend of K.M, a minor (201126)          **Address**  13935 Harding Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael McClantoc (201127)          **Address**  13935 Harding Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Tammy McClantoc (201129)          **Address**  13935 Harding Arce  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Joseph Lewis (201155)          **Address**  Hwy 63 S. Deerpark Lot 37  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Chris Lundy (201197)          **Address**  1000 Garden of Laou Lot 31  Biloxi, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Leander  Jones (201339)          **Address**  520 Ridgewood Rd  Jackson, MS 39211

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Ernest Jenkins (201444)          **Address**  4413 Tram Rd.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Bianca Johnson (201449)          **Address**  519 Peniston St.  Sicley Island, LA 71368

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Paul Johnson (201488)                    **Address**  FEMA Trailer Park  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Quenisha House, as Next Friend of K.          **Address**  11560 Wright Road  Irvington, AL 36544
          H, a minor (201533)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Quenisha House (201536)                    **Address**  11560 Wright Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Dana Jackson (201580)                    **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Dana  Jackson (201581)                    **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Tracy Hinton, as Representative of the          **Address**  1923 29th Ave  Gulfport, MS 39501
          Estate of James Jackson, deceased
          (201585)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Jaimee  Goodwin (201687)          **Address**  2105 33rd St  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Robert Goudy (201697)          **Address**  253 Laurl Crt.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Erin Grader (201710)          **Address**  15209 Bethel Hill Church Rd.  Ocean Springs, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Walker Grader (201711)          **Address**  15209 Bethel Hill Church Rd.  Ocean Springs, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Diamond Green (201722)          **Address**  204 Warrington Dr.  New Orleans , LA 70782

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jamey  Guidry (201737)          **Address**  1409 Hwy 90 Lot 272  Gautier, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Robbie Halpin (201759)                    **Address**  2101 Ladnier Rd  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Robbie Halpin, as Representative of the    **Address**  2101 Ladnier Rd  Gautier, MS 39553
       Estate of Rodney Halpin, deceased
       (201760)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Elio Garcia (201814)                     **Address**  15440 Dauphin Island Pkwy Lot 68  Coden, AL
                                                            36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Louis Ellis (201881)                     **Address**  504 East North Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Susan Ellis (201882)                     **Address**  504 East North Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Deanne Ester (201898)                    **Address**  1710 Eastnorth Blvd.  # C Murgreebour, TN
                                                            37130

**Proposed Judicial District**  Middle
**Defendants**
       Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  James Ewing (201905)          **Address**  8800 Midway Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Gordon Fortner (201949)          **Address**  23098 Freddie Frank Rd. Lot 8   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Bobby Dickens (201972)          **Address**  11151 Highway 188, Lot 15  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Cecil Dickens (201973)          **Address**  11151 Highway 188, Lot 15  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Martha Dickens (201974)          **Address**  11151 Highway 188, Lot 15  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Cecil Dickens (201975)          **Address**  11151 Highway 188, Lot 15  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Charles Daughtry  (202065)      **Address** 14065 Mars Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Luella  Daughtry, as Next Friend of S.      **Address** 14065 Mars Ave  Bayou La Batre, AL 36509
D, a minor (202072)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Andrea Roberson, as Next Friend of S.      **Address** 14679 Niolon Rd  Bayou La Batre, AL 36509
C, a minor (202159)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Frank Collier, as Representative of the      **Address** 9310 Satsuma St  Coden, AL 36523
Estate of Theo Collier, deceased
(202160)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Shawanda Cox (202186)      **Address** 2559 Jura St.  Baton Rouge, LA 70806

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** David Carter (202230)      **Address** 10375 Ramsey Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Donna Carter (202231)                  **Address**  10375 Ramsey Rd   Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Nida Cenales (202254)                  **Address**  1824 Popps Ferry Road #18  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Wallace Thomas (202313)                  **Address**  4700 General Ike St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Donna Robinson, as Next Friend of L.    **Address**  4700 General Ike St.  Moss Point, MS 39563
T, a minor (202321)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Donna Robinson, as Next Friend of S.    **Address**  4200 General Ike St  Moss Point, MS 39563
T, a minor (202326)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Amber Timmons (202337)                  **Address**  1903 Curcor. Dr.  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Barbara Tims (202338)                    **Address**  173 Holly Cir  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Tims, as Next Friend of D.T, a minor (202339)          **Address**  173 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Tims, as Next Friend of D.T, a minor (202341)          **Address**  173 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kendall  Tims (202342)                    **Address**  173 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kia  Tims (202343)                    **Address**  173 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tanjia Tims (202344)                    **Address**  173 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Frank Collier  (202409)               **Address**  9310 Sastuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kasey Beard, as Next Friend of J.W, a          **Address**  5348 Cronier Ave  Long Beach, MS 39560
         minor (202415)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kasey Beard, as Next Friend of T.W, a          **Address**  5348 Cronier Ave  Long Beach, MS 39560
         minor (202416)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Theodore Watson (202467)               **Address**  1700 Groom Rd. Lot K-19  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary Wells (202501)               **Address**  16521 Kelly St  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Eugene Wilson (202600)               **Address**  1409 HWY 90 Lot 272  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Tiffany Wilson, as Next Friend of J.W,         **Address**  1409 Hwy 90 Lot 272  Gautier, MS 39532
a minor (202602)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Tiffany Wilson, as Next Friend of N.W,         **Address**  1409 Hwy 90 Lot 272  Gautier, MS 39532
a minor (202605)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Tiffany Wilson (202608)                        **Address**  1409 Hwy. 90 Lot #272  Gautier, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Tiffany Wilson, as Next Friend of T.W,         **Address**  1409 Hwy 90 Lot 272  Gautier, MS 39532
a minor (202609)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Samantha Myers, as Next Friend of J.s,         **Address**  Lamey Bridege Lot 86  Diberville , MS 39540
a minor (202771)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Shawanda Petty, as Next Friend of W.s,         **Address**  271 Hiern Ave.   Pass Christian, MS 39571
a minor (202772)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Samantha Fortner, as Next Friend of S. s, a minor (202789)    **Address** 23098 Freddie Frank Rd. Lot #8  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff** Templeton Baldwin (202824)    **Address** 2601 Calle De Feliz  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff** Nadine Baldwin (202825)    **Address** 2601 Calle De Feliz  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff** Karen Balog (202826)    **Address** 9267 Caundet #1  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Bassinger (202836)    **Address** 2800 19th Ave. Lot 43  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff** Dale Bassinger, as Representative of the Estate of Jack Bassinger, deceased (202837)    **Address** 2800 19th Ave. Lot 43  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Gulf Stream Coach, Inc.

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Dale Bassinger (202838)              **Address**  2800 19th Ave. Lot 43  Gulfport, MS 39501


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Kim Laurant, as Next Friend of A.b, a      **Address**  311 Felitas  Pass Christian, MS 39571
minor (202841)


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Samantha Fortner, as Next Friend of K.      **Address**  23098 Freddie Frank Rd. Lot 8  Pass Christian,
b, a minor (202894)                                         MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Samantha Fortner (202982)              **Address**  23098 Freddie Frank Rd Lot 8  Pass Christian,
                                                        MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Samantha Fortner, as Next Friend of D.      **Address**  23098 Freddie Frank Rd. Lot 8  Pass Christian,
f, a minor (202983)                                         MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Wanda Green (203020)              **Address**  66 Dawson Road  Wiggins , MS 39577


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Donnie Green (203021)              **Address**  66 Lawson Rd.    Wiggins, MS 39577

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Corlis Hawk (203047)              **Address**  101 Yolanda Court  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Kim Laurent (203117)              **Address**  311 Felitas  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Kim Laurant, as Next Friend of R.l, a      **Address**  311 Felitas  Pass Christian, MS 39571
minor (203118)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Kim Laurant, as Next Friend of M.l, a      **Address**  311 Felitas  Pass Christian, MS 39571
minor (203119)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Johnny Maxwell (203152)              **Address**  1477 Old Hwy 49  Brooklyn, MS 39425

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff** Beverly Parish (203215)          **Address** 2800 19th Ave, Lot 97  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Beverly Parish, as Next Friend of C.p, a          **Address** 2800 19th Ave, Lot 97  Gulfport, MS 39501
        minor (203216)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Beverly Parish, as Next Friend of K.p, a          **Address** 2800 19th Ave, Lot97  Gulfport, MS 39501
        minor (203217)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Thomas Alexander (203277)          **Address** 321 Saucier Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Estellar Tops, as Next Friend of B.A, a          **Address** 326 Saucier Ave.  Pass Christian, MS 39571
        minor (203286)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Mary Lee (203495)          **Address** 311 Fleitas  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Samantha Newsome, as Next Friend of      **Address**  351 Saucier Ave  Pass Christian, MS 39571
J.M, a minor (203508)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Patrica Nelson (203542)                    **Address**  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Brandon Riley (203575)                     **Address**  1860 Beach Blvd. Cajvon RV Park Lot 52  Biloxi,
MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Sheila Ryan (203585)                       **Address**  2800 19th Ave Lot #102  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Nacole Saucier (203601)                    **Address**  160 Michael Dr  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Dale Smith (203624)                        **Address**  160 Michael Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

## George Burns, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2246

**Plaintiff**  Garland Stewart (203633)                    **Address**  371 Fleatias Ave.  Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Ruby Wallace, as Representative of the        **Address**  6914 E. Smith  Bay St. Louis, MS 39520
Estate of Leo Asher, deceased (205055)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Amanda Barnhill (205065)                    **Address**  2695 Co. Rd. 1371  Vinmont, AL 35179


**Proposed Judicial District**  Northern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Deloris Barrett (205068)                    **Address**  152 Pinecrest Dr  Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Paul Martin (205132)                    **Address**  6126 W Desoto St  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Frank Necaise (205156)                    **Address**  333 Rosehart  Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---