Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

1794

| | | | |
|---|---|---|---|
| **Plaintiff** | Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased (205159) | **Address** | 333 Rosehart  Pass Christian, MS 39571 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Wilma Necaise (205162) | **Address** | 333 Rosehart Road  Pass Christian, MS 39571 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Christopher Peters (205183) | **Address** | 16072 Whites Avenue  Pearlington, MS 39572 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Sadana Darwin (205376) | **Address** | 6126 West Desoto St.  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Kristin Farve (205410) | **Address** | 2168 Christian Ladner Rd.  Bay St. Louis, MS 39556 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Marion Bihm (205813) | **Address** | 231 Pops Ferry Rd  Biloxi, MS 39532 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

PLAINTIFF'S EXHIBIT 61

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff** Kimii Morris (205860)   **Address** 4900 Gautier Vancleace Rd  H8  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Jazzmyn Valenzuela (205861)   **Address** 6901 Orange Grove Rd. #67  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kim Morris, as Next Friend of D.M, a minor (205862)   **Address** 1600 Gautier Vancleve Rd # H8 / 1600 Indian Parkway  # H8  Gautier , MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kim  Morris, as Next Friend of T.M, a minor (205863)   **Address** 6906 Gregory St  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kim Morris, as Next Friend of D.V, a minor (205864)   **Address** 1600 Gautier Vancleve rd # H8 /  1600 Indian Parkway # H8  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Beverly Davis (205959)   **Address** 7241 Lakeshore Rd.   Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Jaunelle Lewis, as Next Friend of Z.M, a minor (206010)  **Address** 5053 Florida Blvd. Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jaunelle Lewis, as Next Friend of E.M, a minor (206011)  **Address** 5053 Florida Blvd Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jaunelle Lewis, as Next Friend of Z.M, a minor (206012)  **Address** 5053 Florida Blvd Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jaunelle Lewis (206018)  **Address** 5053 Florida Blvd. Perlington , MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Jaunelle Lewis, as Next Friend of I.P, a minor (206019)  **Address** 16223 3rd st. Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Monica Pittman (206804)  **Address** 273 Delays Road Lot#91 Gulfport, MS 39507

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff** Terrell Carter (206940)     **Address** 500 Broad Ave.  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Charles Davis (206961)     **Address** 7241 Lakeshore Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Holly Hearty, as Next Friend of K.D, a minor (206963)     **Address** 9489 Hwy 11  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Rachelle Garcia (207000)     **Address** 7031 Rd 132  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Holly Hearty, as Next Friend of H.H, a minor (207024)     **Address** 9489 Hwy 11  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Holly Hearty (207025)     **Address** 9489 Hwy 11  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Dock Jones (207066) **Address** Shady Acres RV Community Park 8012 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Rachelle Garcia, as Next Friend of M. L, a minor (207090) **Address** 7031 Rd 132   Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** David Dailey, as Representative of the Estate of Leonie Dailey, deceased (207713) **Address** 511 Morris Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** David Dailey (207714) **Address** 511 Morris Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Theresa  Long  McKay (207923) **Address** 300 St Francis  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Robert Domke (207983) **Address** 9011 Hibiscus Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Jatique Johnson, as Next Friend of K.J, a minor (208067)  **Address** 3807 Camilla Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Monique Perkins, as Next Friend of P. P, a minor (208104)  **Address** 1409 Hwy 90 Lot 268  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Monique Perkins (208214)  **Address** 1409 Hwy 90 Lot 268  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Monique Perkins, as Next Friend of A. P, a minor (208216)  **Address** 1409 Hwy 90 Lot 268  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Monique Jordan , as Next Friend of V. S, a minor (208217)  **Address** 1409 Hwy 90 Lot 268  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Beverly Lanclos (208936)  **Address** Gulfview Elem.  LakeShore, MS 39558

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Watson Perrin (209025)  **Address** 14708 Rue Mornay  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Christina Thomas, as Next Friend of B. T, a minor (209026)  **Address** 2106 Spring Wood Dr.  Gautier, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Brandon Thomas (209027)  **Address** 2106 Spring Wood Dr.  Gautier, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Christina Thomas, as Next Friend of B. T, a minor (209028)  **Address** Vetrans Lot #88 2106 Springwood Dr  Gautier, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Francis Page (209067)  **Address** 7033 Road 140  Lakeshore, MS 39558

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Barbara Page (209068)  **Address** 7033 Raod 140  Lakeshore, MS 39558

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

**Plaintiff** Iris Jones (209153)   **Address** 105 Austin Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Christina Thomas (209161)   **Address** Veterans lot.88  Gautier, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Mary Regan (209208)   **Address** 6007 3rd Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Eric Goodman (209220)   **Address** Kiln Delisle Road  Kiln , MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Dixie Birdsall (209312)   **Address** 2123 Heron Bay rd  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Michael Acker (209421)   **Address** 6228 7th  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Darryelle Neville (209528)    **Address** 16171 9th Ave.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Kirby Haynes (209728)    **Address** 706 Morris St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Erica Edwards (209766)    **Address** 16423 Whites Road  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Michelle Destarkey (209862)    **Address** Mcloud Park Teax Flats  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Janet Alexander, as Next Friend of A. D, a minor (209867)    **Address** 128 Church St.  Carriere, MS 39426

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Janet Alexander, as Next Friend of K. D, a minor (209869)    **Address** 128 Church St.  Carriere, MS 39426

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

**Plaintiff** Larry Domino (209872)   **Address** 5131 4th Ave.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Ian Birdsall (209965)   **Address** 2123 Heron Bay road  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** John Woods, as Next Friend of D.W, a minor (209991)   **Address** 6087 Road 220  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** John Woods (209994)   **Address** 6087 Road 220  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Jason Valentine (210102)   **Address** 6032 Melody Ln.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Carletta Wadkins (210114)   **Address** 7057 Road 140 #58  Lakeshore, MS 39558

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Lillie Sams (210131)         **Address**  6270 8th Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Dennis Sanders (210135)         **Address**  16267 7th Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Leanna Smith (210161)         **Address**  6155 7th  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Lillian Rogers (210235)         **Address**  16000 Whites Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Isiah Oliver (210248)         **Address**  11663 White Rd.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Eugene Fountain (210650)         **Address**  5578 Billy Rd  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Robert Collier (210778)  **Address** 2391 River Road  Fayette, MS 39066

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Timothy Bourgeois (210947)  **Address** 234 Pine Ridge Dr.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Quoc Nguyen (210980)  **Address** 107 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Andrew Smith (211134)  **Address** 7th Ave.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Alice Goff, as Next Friend of C.G, a minor (211164)  **Address** 11570 Sudden Pine  Lot 44  Vancleave, MS 39565

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff** Luller McCall (211191)  **Address** 16221 3rd.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

## Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** Dwayne Evans (211263)     **Address** 4730 Donovan St. Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Jewel Green (211306)     **Address** 8286 Harrison St Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Jewel Green, as Next Friend of F.G, a minor (211307)     **Address** 8286 Harrison St Bay St. Louis, MS 39521

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Patricia Cox (211758)     **Address** 218 Water St. Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Marion Word (211908)     **Address** 235 Sycamore Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Jessica Williams, as Next Friend of H.W, a minor (212018)     **Address** 2407 12th St. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et. Original Civil Action No. 10-2229

**Plaintiff** James Williams (212019) **Address** 2407 12th St Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Jessica Williams (212020) **Address** 2407 12th St. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Jessica Williams, as Next Friend of K. W, a minor (212021) **Address** 2407 12th Street Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Jessica Williams, as Next Friend of M. W, a minor (212022) **Address** 2407 12th St. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** George Wilner (212026) **Address** 22232 Red Bluff Moss Point, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff** Hai Tran (212075) **Address** 318 Crawford St. Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No. 10-2229

**Plaintiff**  Hieu Tran (212076)  **Address**  318 Crawford  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Loan Tran, as Next Friend of J.T, a minor (212077)  **Address**  318 Crawford  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Kim Tran (212078)  **Address**  318 Crawford  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Loan Tran (212079)  **Address**  318 Crawford  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Vu Truong (212081)  **Address**  6111 Rd 135  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Judith Schaeffer (212115)  **Address**  7180 Lakeshore Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Lawrence Schaeffer (212116)   **Address**  7180 Lakeshore Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Frank Seymour (212127)   **Address**  14604 Antiqua Court  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Nghe Pham (212172)   **Address**  345 Hunter Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Rebecca McGlothlin (212300)   **Address**  8484 Jeff Davis Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Rebecca King, as Next Friend of C.K, a minor (212425)   **Address**  1302 Cherubusco St  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff**  Danny King (212426)   **Address**  1302 Cherubusco St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et.
Original Civil Action No.  10-2229

**Plaintiff**  Rebecca King (212427)     **Address**  1302 Cherubusco St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Hung Ho (212464)     **Address**  100 Espane Park Dr.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Darlene Robinson, as Next Friend of T. A, a minor (212720)     **Address**  405 Washington  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.