| | |
|---|---|
| **Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,** Original Civil Action No.  10-2231 | |

1795

**Plaintiff**  Mary Bui (212777)          **Address**  312 E Division St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  James Ferrill (212866)      **Address**  Gulfview Trailer Park Lakeshore Road #42  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Tuat Nguyen (213097)        **Address**  312 E Division St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Darlene Robinson (213163)   **Address**  405 Washington  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Earl Robinson (213164)      **Address**  405 Washington  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Utopia Robinson (213165)    **Address**  405 Washingtion  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

PLAINTIFF'S
EXHIBIT
62

## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Brett Hill (213351)  **Address** 4010 Caspian St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Duc Huynh (213401)  **Address** 368 Cader Drive D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Tiffanie Hill, as Next Friend of N.H, a minor (213494)  **Address** 4010 Caspian St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Tiffanie Hill (213596)  **Address** 4010 Caspian St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Tiffanie Hill, as Next Friend of I.H, a minor (213597)  **Address** 4010 Caspian St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Neal Spiers, as Next Friend of B.S, a minor (213869)  **Address** 5058 Spiers Dr. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff**  Neal Spiers, as Next Friend of K.S, a minor (213870)  **Address** 5054 Spiers Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Daniel Peterson (213872)  **Address** Senic Trails Hwy 53  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Ollie Moran (213975)  **Address** 2311 Standard Cemetary Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Thanh Nguyen (214060)  **Address** 375 Oak Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Tinatai Ngo (214084)  **Address** 657 Octave Street  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Tonytai Ngo (214085)  **Address** 657 Octave Street  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Du Nguyen (214100)  **Address** 344 Hunter  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff** Tam Ho (214470)  **Address** 657 Octave Street  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff** Tung Dang, as Next Friend of A.D, a minor (214600)  **Address** Ocean Springs Civic Center  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff** Tung Dang, as Next Friend of B.D, a minor (214601)  **Address** 10000 Ocean Springs Civic Center Lot 84  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff** Tung Dang, as Next Friend of J.D, a minor (214602)  **Address** 10000 Ocean Springs Civic Center Lot 84  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

**Plaintiff** Tung Dang (214606)  **Address** 10000 Ocean Springs Civic Center Lot 84  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff** Flora Cowden (214679)     **Address** 1920 Terrace St.  Baton Rouge, LA 70806

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Gary Bean (214771)     **Address** 135 Fairley Rd.  Lumberton, MS 39455

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Huong Bui (214825)     **Address** Ocean Springs Civic Center  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Pauline Ruhr, as Representative of the Estate of Kent Ruhr, deceased (215013)     **Address** 7008 Rd. 132  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Cong Tran (215146)     **Address** 3240 Rd. 113 Lot 10  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Hai Tran (215149)     **Address** 424 Division St.  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Joseph Vittur, as Next Friend of A.V, a minor (215201)   **Address**  7088 Rd. 132  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jonathan Vittur (215203)   **Address**  7008 Rd. 132  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Robinson Vo (215207)   **Address**  901 Orange Street  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Kameisha Wallace (215229)   **Address**  503 Hensley  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Kien  Hoang (215346)   **Address**  309 Oak Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Tiep Trinh (215365)   **Address**  223 Wisteria Lane  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Gary Catalano (215503)         **Address**  10122 Tiggris St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Gwyn Howard (215673)         **Address**  10122 Tiggris St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Arianna McGill (215794)         **Address**  1106, Palestine Rd.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Melodie McGill (215800)         **Address**  913 3rd St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Stephanie McGill (215803)         **Address**  913 3rd St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Stephanie McGill, as Next Friend of T. M, a minor (215806)         **Address**  913 3rd St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Con Ngo (215843)     **Address** 137 Cedar St. Lot 3  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Brian Williams (216081)     **Address** 570 Estes Blvd Lot 18  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Elaine Williams (216086)     **Address** 570 Esters Blvd. Lot 18  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Gilbert Newman, as Representative of the Estate of Garmillia Bell, deceased (216310)     **Address** 1833 Longwood Dr.  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Brittany Cantu (216385)     **Address** 6004 W. Lamar St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Kassie Dwyer (216473)     **Address** Gulfveiw Trailer Park  Lakeshore, LA 71203

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Gerald Fleming (216488)  **Address** Road 140 Lot #6  Lake Shore, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Vicky Hammett (216539)  **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Andrew Hammett (216540)  **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Victor Hammett (216541)  **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Victor Hammett (216542)  **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff** Tara Spriggs, as Next Friend of E.H, a minor (216563)  **Address** 820 East Canal  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2231

**Plaintiff**  Alberto Herrera (216571)   **Address**  13226 Lake Lurleen Road  Coker, AL 35452

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Okema Huderson, as Next Friend of D. H, a minor (216589)   **Address**  47 Fred Johnson Rd  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Okema Huderson (216590)   **Address**  47 Fred Johnson  Carriere , MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Gilbert Newman (216783)   **Address**  18221 Longwood Dr.   Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Kassie Dwyer, as Next Friend of B.P, a minor (216797)   **Address**  Gulfveiw Trailer Park  Lakeshore, LA 71203

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Kassie Dwyer, as Next Friend of B.P, a minor (216798)   **Address**  Gulfveiw Trailer Park  Lakeshore, LA 71203

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Kassie Dwyer, as Next Friend of C.P, a minor (216799)  **Address** Gulfveiw Trailer Park  Lakeshore, LA 71203

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Frances Plaisance (216829)  **Address** 6070 W. Quitman St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Alberto Herrera, as Representative of the Estate of Robert Poppie, deceased (216833)  **Address** 13226 Lake Lurleen Road  Coker, AL 35452

**Proposed Judicial District** Northern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Courtney Ray (216847)  **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tara Spriggs (216947)  **Address** 820 East Canal  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tara Spriggs, as Next Friend of S.S, a minor (216948)  **Address** 820 East Canal  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Joseph Taylor (216967)  **Address** 57 Glover road  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Okema Huderson, as Next Friend of T. W, a minor (217032)  **Address** 47 Fred Johnson Rd  Carriere, MS 39426

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Okema Huderson, as Next Friend of J. W, a minor (217033)  **Address** 47 Fred Johnson Rd  Carriere, MS 39426

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Joseph Carambat (220064)  **Address** 3211 Bachman Rd.  D'Iberville, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sara Carambat (220066)  **Address** 3211 Bachman Rd.  D'Iberville, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Anissia Gaston, as Next Friend of A.G, a minor (220149)  **Address** 3119 Jackson Landing  Apt P-26  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

## Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Albert Gaston, IV, as Next Friend of A.G, a minor (220150)  
**Address** 115 N Steele Avenue  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Anissia Gaston (220151)  
**Address** 3199 Jackson Landing Apt P-26  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Albert Gaston (220152)  
**Address** 115 N Steele Avenue  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Anissia Gaston, as Next Friend of J.G, a minor (220153)  
**Address** 311 Jackson Landing Apt P-26  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Anissia Gaston, as Next Friend of H.O, a minor (220359)  
**Address** 115 N. Steele Ave.  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Gulf Stream Coach, Inc.

---

**Plaintiff** Tuoi Pham (220384)  
**Address** 325 Division Street  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2231

**Plaintiff** Frances Weaver (220512) **Address** 8420 Bayou Cumbest  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Mary Crane (221505) **Address** 852 Hwy 90  (Bay Village)  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Dana Muller (221532) **Address** 1007 22nd street  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Jason Cobern (221628) **Address** 9480 Lobauy Rd.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff** Kristina Malley (221662) **Address** 9480 Lo Bouy Rd.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.