## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

1796

**Plaintiff**  David Pujol (221678)                **Address**  9480 Lobouy Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Lott                **Address**  2200 Trotter St  Picayune, MS 39466
, as Next Friend of D.J, a minor
(221816)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Lott, as Representative of the        **Address**  2200 Trotter St`  Picayune, MS 39466
Estate of Traci Lott, deceased (221823)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison  Lott, as Next Friend of J.L, a        **Address**  2200 Trotter St  Picayune, MS 39466
minor (221824)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Lott, as Next Friend of J.L, a        **Address**  2200 Trotter St  Picayune, MS 39466
minor (221825)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Constance Vaxter, as Next Friend of Q.        **Address**  21615 Sandy Springs Circle  Robertsdale, AL
B, a minor (221929)                                                   36567

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

PLAINTIFF'S
EXHIBIT
**63**

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff** Teresa Byrd (221943)                  **Address** 6174 Gull Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Daniel Collett (221973)                **Address** 11039 Beverly Drive East  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Peter Doughtery (222004)              **Address** Kiln Picayune Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Constance Vaxter, as Next Friend of M.   **Address** 21615 Sandy Springs Circle  Robertsdale, AL
J, a minor (222086)                                              36567

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Constance Vaxter, as Next Friend of J.   **Address** 21615 Sandy Spring Circle  Robertsdale, AL
P, a minor (222179)                                              36567

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Thorn (222231)                **Address** 5173 2nd ave  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Constance Vaxter (222240)          **Address** 21615 Sandy Spring Circle  Robertsdale, AL 36567

**Proposed Judicial District** Southern District of Alabama

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Ailien Duong (222272)          **Address** 11301 Yellow Jacket Rd. Lot #51  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Tran Nguyen (222279)          **Address** 188 Wisteria Lane  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Khuong Tran (222285)          **Address** 188 Wisteria Lane  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Terina McCarthy, as Next Friend of D. H, a minor (222375)          **Address** 7431 Hwy 90 Lot  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Sandra Herbert (222378)          **Address** Hwy 90 and Lower Bay Road  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Terina McCarthy, as Next Friend of M.
M, a minor (222410)   **Address** 7431 Hwy 90 Lot 6  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Paul McCarthy (222411)   **Address** 7431 Hwy 90 Lot 6  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Terina McCarthy (222412)   **Address** 7431 Hwy 90 Lot 6  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** William Blackweel (222648)   **Address** 23095 Freddie Frank, Lot 807  Gulfport, MS
39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Aloysius Brown (222663)   **Address** 337 Anglada  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Denise  Collett (222695)   **Address** 11039 Beverly Drive east  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Garret Collett (222696)                    **Address** 11039 Beverly Drive East  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Denise Collett, as Next Friend of S.C, a minor (222697)                    **Address** 11039 Beverly Drive East  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Carrie Collier (222698)                    **Address** 11039 Beverly Drive East  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** William Blackweel, as Next Friend of A.D, a minor (222715)                    **Address** 23095 Freddie Frank Lot 807  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Danny Grantham (222768)                    **Address** 818 Bluewood Dr  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Roberta Grantham (222769)                    **Address** 818 Bluewood Dr  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Maxine Knight (222835)                    **Address**  Fox Trailer Park Lot #  13  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Katrina  Kreeger, as Next Friend of C.         **Address**  10231 Old Sidney Road  Pass Christian, MS
K, a minor (222836)                                                            39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Denise Collett, as Next Friend of K.O, a        **Address**  11039 Beverly Drive East  Irvington, AL 36544
minor (222928)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Nicholas Pritchett (222979)              **Address**  10045 Fernland Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Heather Thigpen, as Next Friend of V.         **Address**  219 Dogwood Street  Waveland, MS 39576
T, a minor (223047)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Vivian Brown (223079)                 **Address**  2218 Billy Ave  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Latoya Malone (223370)          **Address** 10470 Two Mile Rd.   Grand Bay , AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Viola Malone (223380)          **Address** 10470 Two Mile Rd.   Grand Bay , AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Fitzray Chambers (223573)          **Address** 14391 Deaux Rd  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Lindsey Fayard (223673)          **Address** 10752 Lilinoe Way  Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Anthony James (223814)          **Address** 608 Herlihy Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Deanna  McCarthy Perkins, as Next          **Address** 6167 Clermont Blvd  Long Beach, MS 39560
Friend of R.J, a minor (223828)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Donajean Kapp (223847)          **Address** 4349 Ocean St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Robert Kapp (223848)          **Address** 4349 Ocean St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Cassie Lizana (223923)          **Address** 210 Dogwood St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Cassie Lizana, as Representative of the          **Address** 210 Dogwood St.  Waveland, MS 39576
Estate of Malique Lizana, deceased
(223925)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Deanna Mccarthy-Perkins (223959)          **Address** 6167 Clermont Blvd  Bay St. Louis, MS 39560

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff** Leanna Smith, as Representative of the          **Address** 6155 7th Streeet  Pearlington, MS 39572
Estate of Thomas Page, deceased
(224027)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Lindsey Fayard, as Next Friend of B.S, a minor (224138)  **Address** 10752 Lilinoe Way  Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sara  Stanley, as Next Friend of K.S, a minor (224160)  **Address** 7037 Road Trailer #35  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sara Stanley (224161)  **Address** 7037 Road 140 Trailer #35  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Cassie Lizana, as Next Friend of M.T, a minor (224186)  **Address**  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Lily Ho (224259)  **Address** 6820 Bienville Dr.  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Chi Ho (224260)  **Address** 6820 Bienville Dr.  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Anthony Ho (224261)                    **Address** 6820 Bienville Dr  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Phung Ho (224262)                    **Address** 6820 Bienville  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Nhuom Huynh (224263)                    **Address** 6820 Bienville Dr  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Steven Tyson, as Next Friend of T.T, a minor (224418)     **Address** 19061 Hwy 53, Lot 101  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Steven Tyson, as Next Friend of T.T, a minor (224419)     **Address** 19061 Hwy 53, Lot 101  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Jerry Chatman (224427)                    **Address** 260 Howard Ave Lot 36  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

---

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff**  Roy Piernas (224605)                    **Address**  8095 Menge Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Barbara Piernas (224606)                 **Address**  8095 Menge Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Roxy Green (224607)                      **Address**  9017 Waveland Kiln Cutoff  Waveland , MS
                                                                      39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Linda Preston (224612)                   **Address**  106 Robin Court  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Gary Conley (224640)                     **Address**  8213 Barron Road  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Gary Conley, as Next Friend of A.C, a    **Address**  14339 S. Mill Creek Road  Biloxi, MS 39532
               minor (224641)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Vanessa Conley (224642)　　　　　**Address** 14339 South Mill Creek Dr.  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Alex Holmes (224751)　　　　　**Address** Bay Hide Away Lakeshore  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Connie Joiner (224802)　　　　　**Address** 5200 Oakwell Park Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Wanda Labat (224876)　　　　　**Address** 403 East Railroad  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Shannon Triplett, as Next Friend of A. T, a minor (224958)　　　　　**Address** 6407 Gardenia Avenue  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Shannon Triplett, as Next Friend of S. T, a minor (224959)　　　　　**Address** 6407 Gardenia Avenue  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Ebony Evans (224960)          **Address** 6407 Gardenia Avenue  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Dwight Hill (225001)          **Address** 33 Fall Drive  Silas, AL 36919

**Proposed Judicial District** Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Georgia Fluckum (225091)          **Address** 254 Smoke Avenue  Saraland, AL 36571

**Proposed Judicial District** Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Pamela Fairley, as Next Friend of J.F, a          **Address** 3108 Lanier Ave  Pascagoula, MS 39581
minor (225104)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Marion Farrell (225167)          **Address** 997 Hwy 49 Lot 12  Peakington, MS 39525

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Dannon Underwood (225173)          **Address** 143 A Howard Road  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Carrie Jackson (225178)                    **Address**  143 A Howard Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Krsiti Duex, as Next Friend of G.D, a           **Address**  1429 Ash St.    Ocean Springs, MS 39564
      minor (225765)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Teresa Knight, as Next Friend of J.B, a          **Address**  9267 Cuandet Rd Lot 38  Gulfport , MS 39503
      minor (225861)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Elizabeth Coker (225932)                   **Address**  33 Fall Drive  Silas, AL 36919

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Gerld Duex (226077)                        **Address**  435 Arody Dr.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kirstia Duex (226078)                      **Address**   Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Grachell Hall, as Next Friend of L.F, a minor (226115)   **Address** 16431 Road 503  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Victoria Findley (226127)   **Address** 1827 Popps Ferry Rd Lot # 7   Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Stephanie Miller, as Next Friend of D. F, a minor (226136)   **Address** 1017 Carroll St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Zabrina Hannibal (226232)   **Address** 90 E Railroad Lot 57  Gulfport, MS 39506

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Zabrina  Hannibal , as Next Friend of Z. H, a minor (226242)   **Address** 90 E Railroad Lot 57  Gulfport, MS 39506

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Melissa Harrison (226250)   **Address** 12036-A Henderson Camp Rd.  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Beatrice Hart (226251)                    **Address** 69 Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff** Beverly Hart (226252)                    **Address** 69 Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff** Desmund Hart (226255)                    **Address** 69 Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff** Jeremiah Hart (226256)                    **Address** 69 Ellis Harte  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff** Lanell Hart (226257)                    **Address** 69 Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff** Timothy Hart (226258)                    **Address** 69 Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Mary Hill, as Next Friend of J.H, a     **Address** 33 Fall Drive  Sillas, AL 36919
minor (226286)

**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Mary Hill (226288)     **Address** 33 Fall Dr.  Silas, AL 36919

**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Ethel Jackson (226328)     **Address** 2109 Hopper Rd  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Gerald Jackson (226329)     **Address** 143 A Howard Rd.  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Jeanette Jackson (226331)     **Address** 143 A Howard Rd  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff** Willie Johnson (226363)     **Address** 622 Gerorgia St.  Gulfpoint, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Charles Jones (226371)          **Address** 2617 Pleasant St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff** William Ladner (226431)          **Address** 10403 Tackbell Rd.  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff** Kieu  Nguyen, as Next Friend of A.L., a      **Address** 6408 Beatline Rd  Long Beach, MS 39560
minor (226442)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff** William Magee (226504)          **Address** 83 Russell Lane  Sumrall, MS 39482

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff** Lanell Hart, as Next Friend of F.M, a      **Address** 69 Ellis Hart Rd  Poplarville, MS 39470
minor (226575)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff** Geraldine Melton (226598)          **Address** 4105 Caspian  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Eddie Miller (226611)                **Address** 1017 Carroll St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Stephanie Miller-Davis (226613)                **Address** 1017 Carrol St.  Waveland , MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Kieu Nguyen (226657)                **Address** 6408 Beatline Rd.  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Gerald Schoonmaker (226848)                **Address** 9259 Harbor Dr  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Crystal Shirah (226872)                **Address** 6881 Moffett Rd.  Mobile, AL 36618

**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** William Shirah (226873)                **Address** 6881 Moffett Rd.  Mobile, AL 36618

**Proposed Judicial District** Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Joann  Shirah (226875)               **Address**  6881 Moffett Rd.  Mobile, AL 36618

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Anthony Stevens (226923)               **Address**   Carriere, MS 39425

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Em Vo (227000)               **Address**  6408 Beatlinerd Rd  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Harlean Walker (227005)               **Address**  627 28th St.  Gulf Port, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jimmy Walker (227011)               **Address**  627 28th Street  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Mallette Welch (227026)               **Address**  10330 Washington Rd  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.

Original Civil Action No.  10-2232

**Plaintiff**  Melissa Harrison, as Representative of the Estate of Linda Skelton, deceased (227983)

**Address**  12036 A Henderson Camp Rd  Grandbay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Adrene Blackwell (229404)

**Address**  23098 Lot 802 Freddie Frank  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Jesse Campbell (229513)

**Address**  121 Bowen St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Maryann Carter (229524)

**Address**  County Farm Rd. Lot #17  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Angela Davis (229578)

**Address**  1604 Spring Bridge Road  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Vincent Dedeaux (229605)

**Address**  24120 Annette lane  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Michael Downey (229643)            **Address** Lowerbay Rd. Trailer Park  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Tommy Drummond (229651)            **Address** 4608 Agnes  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Doris Duckworth (229657)            **Address** 1409 Stewart Ave.  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Charlette Edwards, as Next Friend of K. E, a minor (229667)            **Address** 3680 Melvin Cutoff Rd  Gilberton, AL 36908

**Proposed Judicial District** Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Terri Edwards (229669)            **Address** 3680 Melvin Cutoff Rd  Gilbertown , AL 36908

**Proposed Judicial District** Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Marquetta Holyfield, as Next Friend of M.F, a minor (229709)            **Address** Rebecca Hills Park  Mobile, AL 36608

**Proposed Judicial District** Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Gayla Frazier (229712)                    **Address**  6850 Thorman Rd  Mobile, AL 36608

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Sherry Hamilton (229770)                  **Address**  521 Peyton Dr.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Darius Hart (229787)                       **Address**  69 Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Dominic Hart (229788)                      **Address**  69 Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Marquetta Holyfield (229844)              **Address**  6850 Thorman Rd  Mobile, AL 36618

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  David Hyatt (229867)                       **Address**  6100 Rolling Hills Dr.  Vancleque, MS 39565

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Gulf Stream Coach, Inc.

---

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Antonio Jefferson  (229897)                **Address**  190 B Beauvior Dr.   Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jordan  Johnson  (229913)                **Address**  2715 Testament St.  Pascagoula, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Julie Johnston  (229926)                **Address**  338 Calavna Lane  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Julie Johnston, as Next Friend of K.J, a        **Address**  338 Calavna Lane  Biloxi, MS 39531
minor (229927)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Karen Lockett, as Next Friend of J.L, a        **Address**  249 Nichols Dr.  Biloxi, MS 39531
minor (230015)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Karen  Lockett  (230016)                **Address**  249 Nichols Dr.  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Claire  Martin  (230031)                    **Address**  6200 Martin Bluff Rd.  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Levan  Martin  (230032)                     **Address**  120 Richardson Dr  Monroeville, AL 36460

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael  Martin  (230033)                   **Address**  6200 Martin Bluff Rd.  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Tericka  Mingo, as Next Friend of J.M,     **Address**  4127 Ceolia Taylor  Moss Point, MS 39563
a minor (230072)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Lisa  Mose  (230097)                        **Address**  1942 Jackson Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Kenneth  Page  (230144)                     **Address**  27020 Standard Dedeaux Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.

---

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff**  Tommette  Edwards, as Next Friend of       **Address**  3680 Melvin Cut Off Rd  Gilbertown, AL 36908
K.P, a minor (230180)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Charlette Edwards, as Next Friend of J.       **Address**  3680 Melvin Cutoff Road  Gilbertown, AL 36908
P, a minor (230194)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Charlette  Edwards , as Next Friend of       **Address**  3680 Melvin Cutoff Rd  Gilbertown , AL 36908
K.P, a minor (230195)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Kathy  Powe  (230196)       **Address**  3680 Melvin Cutoff Rd.   Gilbertown , AL 36908

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary  Riley  (230254)       **Address**  120 Richardson Dr  Menroeville , AL 36460

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Kiera  Roberts  (230261)       **Address**  1942 Jackson Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No.  10-2232

**Plaintiff**  Darlene  Swanier  (230385)                **Address**  380 Hiern Ave.  Pascagoula, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Samuel Watson (230453)                **Address**  1915 Kenneth Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Felicia Yates (230497)                **Address**  1624 Spring Bridge Road  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Steven Sandrock (237222)                **Address**  607 Russel Drive, Lot 47  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Michael Olsen (237258)                **Address**  1007 Parsley Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Chantel Carter (237348)                **Address**  6017 Lowerbay Road #13  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff**  Rene Foy (237404)                    **Address**  6017 Lowerbay Road #13  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Sammuel Jorden (237492)                **Address**  8016 Maple Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Samuel Watson, as Next Friend of S.W,    **Address**  1915 Kenneth Avenue  Pascagoula, MS 39567
a minor (237550)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Golden (237558)                **Address**  Allison RV Park, 166 Cliff Mitchael Road, Lot 63 Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Alphonce Henshaw (237569)               **Address**  2904 Chamberlain St.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Trishawn Thomas (237772)                **Address**  Montesano State Park  Huntsville, AL 35801

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Tamika Thomas (237794)       **Address** 1881 Montesano State Park  Huntsville , AL 35801

**Proposed Judicial District** Northern District of Alabama

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Tara Stewart (237801)       **Address** 1807 Parsley Avenue  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Tonya Williams-Foster (237830)       **Address** 720 Simpson Dr  Gauier , MS 39553

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Tonya Williams-Foster, as Next Friend of Q.W, a minor (237832)       **Address** 720 Simpson Dr  Gautier , MS 39553

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Tonya Williams-Foster, as Next Friend of J.W, a minor (237833)       **Address** 720 Simpson Dr  Geuitier , MS 39553

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Maria Webb (238541)       **Address** 10158 Church Ave  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　Gulf Stream Coach, Inc.

## David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Arnold Hamilton (238587)  **Address** 10158 Church Ave  D"Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff** Regina Hamilton (238588)  **Address** 10158 CHURCH AVE  D"Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff** Brian Webb (238589)  **Address** 10158 Church Ave  D"Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff** Shondell Wilson, as Next Friend of S.  **Address** 7185 GREENWELL ST  Baton Rouge, LA 70805
W, a minor (238707)

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff** Robert Collier, as Next Friend of E.C, a  **Address** 2391 River Rd  Feyette, MS 39066
minor (238719)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

**Plaintiff** Jerry Rodgers, as Representative of the  **Address** 5330 M L K Ave.  Moss Point, MS 39563
Estate of Raquel Rodgers, deceased
(238733)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.
Original Civil Action No. 10-2232

**Plaintiff** Amanda Green (238841)                **Address** 66 Dawson Rd.  Wiggins, MS 39577

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Corie Howell, as Next Friend of L.H, a        **Address** Deer Park 2213 Hwy 63 S  Lucedale, MS 39452
minor (239140)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Valerie Green (239143)                **Address** 66 Dawson Road  Wiggins, MS 39577

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Jeannie Le (239158)                **Address** 6081 E. Quitman  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Brittney Dewey (239182)                **Address** 1837 Perk Silver Run Road  Perkinston, MS
39573

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Sheila Bennet (239199)                **Address** 100 Jerry Adams Drive  Opp, AL 36467

**Proposed Judicial District** Middle District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

**David Pujol, et. al. versus Gulf Stream Coach, Inc. et. al.**
Original Civil Action No.  10-2232

**Plaintiff**  Valaria Green, as Next Friend of J.G, a    **Address**  66 Dawson Road   Wiggins, MS 39577
minor (239213)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Valarie  Green, as Next Friend of J.G, a    **Address**  66 Dawson Road   Wiggins, MS 39577
minor (239261)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Valarie  Green , as Next Friend of J.G,    **Address**  66 Dawson Road   Wiggins , MS 39577
a minor (239293)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Valarie  Green, as Next Friend of J.G, a    **Address**  66 Dawson Road   Wiggins , MS 39577
minor (239297)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Corie  Howell (239302)    **Address**  Deer Park 2213 Hwy 63 S  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---