Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

1797

**Plaintiff**  Amanda Nieves (239574)          **Address**  Deer Park 2213 Hwy 63 S  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Ellen McCraw, as Representative of the Estate of Lela McCraw, deceased (239625)          **Address**  11301 Yellow Jacket Blvd Lot #59  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Johnnie  Lewis  (239703)          **Address**  808 35th Street  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Georgia Magee (240184)          **Address**  83 Russell Lane   Sumrall, MS 39482

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Paula  Garcia (240216)          **Address**  5340 Clermont Blvd   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

**Plaintiff**  Caroline Brewer (240292)          **Address**  5340 Clermont Blvd  Hancock, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.

PLAINTIFF'S
EXHIBIT
**64**

## Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Deanna Louque (240293)                    **Address**  5340 Clermont Blvd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Jarrod Ta (241727)                    **Address**  9010 W Warner St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Hoang Huynh, as Next Friend of H.H, a          **Address**  11648 Summit Estates Dr. Lot 40  Grand Bay, AL
minor (241759)                                             36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Oanh Lam, as Next Friend of C.P, a          **Address**  9401 Satsuma St.  Coden, AL 36523
minor (241767)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Oanh Lam (241768)                    **Address**  9401 Satsuma Drove  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Oanh Lam, as Next Friend of J.L, a          **Address**  9401 Satsuma Drive  Coden, AL 36523
minor (241774)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Hoang Kim Huynh, as Next Friend of        **Address**  11648 N Summit Estates Dr. Lot 40  Bayou La
T.L, a minor (241779)                                               Batre, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Hoang  Huynh, as Next Friend of T.K,        **Address**  11648 Summit Estates Drive Lot 40  Grand bay ,
a minor (241780)                                                    AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Hoang Huynh, as Next Friend of T.L, a        **Address**  11648 Summit Esates Dr. lot 40  Bayou La Batre,
minor (241781)                                                      AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Hoang Huynh (241782)                        **Address**  11648 N. Summit Estates Dr. Lot 40  Bayou La
                                                                    Batre, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Tho Tran (241802)                           **Address**  9010 W. Warner St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Thu Ta (241803)                             **Address**  9010 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Han Pham (241808)                         **Address**  9401 Satsuma Dr.  Colden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Than Lam (241868)                         **Address**  9401 Satsuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Nathaniel Perry (242044)                  **Address**  6675 Hwy 90 E.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Nathaniel Perry, as Next Friend of N.P,   **Address**  6675 Hwy 90 E.  Lake Charles , LA 70607
            a minor (242048)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Louie Barber (242790)                     **Address**  8585 Babby Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Janice Barber (242791)                    **Address**  8585 Babby Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
            Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Maria Spencer (242807)              **Address**  8205 Hemley Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Phuong Ho (242846)              **Address**  13965 Lottie St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Somboun Norvang (242862)              **Address**  8991 Four Mile Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Than Tran (242917)              **Address**  13856 Railroad St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Jason Dean (242933)              **Address**  7208 Barnes Rd  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Cass Woods (242951)              **Address**  1060 Division Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Linh Tran, as Next Friend of V.T, a          **Address**  8580 E. Werner St.   Bayou La Batre, AL 36509
minor (243022)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Linh Tran, as Next Friend of V.C, a          **Address**  8580 E. Werner St.   Bayou La Batre, AL 36509
minor (243033)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Quang Chan (243040)          **Address**  8580 E. Warner St.   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Linh Tran, as Next Friend of V.C, a          **Address**  8580 E. Werner Street  Bayou La Batre, AL
minor (243041)                                              36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Linh Tran, as Next Friend of V.T, a          **Address**  8580 E Werner Street  Bayou La Batre, AL 36509
minor (243052)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Timothy Jones (243092)          **Address**  12481 Padgett Switch Rd  Bayou La Batre, AL
                                              36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
          Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Cat Van Nguyen (243095)                **Address**  8205 Hemley St.   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Lac Van Trinh (243098)                **Address**  13805 Schambeau Rd  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Deanna Narcisse, as Next Friend of D.        **Address**  347 Easterbrook St  Bay St. Louis, MS 39520
N, a minor (243099)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Deanna Narcisse (243100)                **Address**  347 Easter brook St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Linda Le, as Next Friend of K.L, a        **Address**  1235 Mars Ave  Bayou La Batre, AL 36509
minor (243120)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Linda Le, as Next Friend of A.L, a        **Address**  1235 Mars Ave.  Bayou La Batre, AL 36509
minor (243121)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Linda Le (243123)                    **Address**  1235 Mars Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Kama Spence (243316)                **Address**  2310 Parsley Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Diane Sengsiri, as Next Friend of A.S, a    **Address**  7990 Laos Street  Irvington, AL 36544
minor (243352)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Diane Sengsiri, as Next Friend of C.S, a    **Address**  7990 Laos Street  Irvington, AL 36544
minor (243354)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Aphaymani Sengsiri (243375)        **Address**  7990 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Diane Sengsiri (243376)            **Address**  7990 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Avia Loche (243458)                **Address**  14241 Richardson Dr  Greenwell Springs, LA
                                                              70739

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.

**Plaintiff**  Ngoc Phuong  Nguyen  (243460)      **Address**  13860 Railroad Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
           Gulf Stream Coach, Inc.

**Plaintiff**  An Le (243462)                     **Address**  13860 Railroad Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
           Gulf Stream Coach, Inc.

**Plaintiff**  Genevia  Pradia  (243463)          **Address**  412 Prather Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.

**Plaintiff**  Shyla  Pradia  (243464)            **Address**  412 North Prather Street  Lake Charles , LA
                                                              70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.

**Plaintiff**  Armando Benavidez (243477)         **Address**  809 Ingalls Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Allen  Bartie  (243481)                **Address**  412 N Prather St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Tuong Nguyen (243489)                **Address**  9711 Curtis Drive  Irvington, AL 36544


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Tuyet Trinh Le (243492)                **Address**  13860 Railroad Street  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Loan Ngo (243493)                **Address**  13860 Railroad Street  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Lam Nguyen (243494)                **Address**  13860 Railroad Street  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Georgiana  Ross (243498)                **Address**  412 North Prather Street  Lake Charles , LA
    70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff**  Joseph Ross  (243502)    **Address**  412 North Prather Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Amanda  Miller  (243551)    **Address**  12755 Zirlott Park Padgett Switch Park   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Rodolfo Martinez, as Next Friend of J. M, a minor (243585)    **Address**  14029 Hwy 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Rodolfo Martinez, as Next Friend of E. M, a minor (243586)    **Address**  14029 Hwy. 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Rodolfo Martinez (243588)    **Address**  14029 Hwy. 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Rodolfo Martinez, as Next Friend of K. M, a minor (243590)    **Address**  14029 Hwy. 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Noe Martinez (243591)                    **Address**  14029 Hwy. 613  Moss Point, MS 39562


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Juana  Juarez (243624)                    **Address**  2107 Landier Road #37  Gautier , MS 39553


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Nora  Segura  (243716)                    **Address**  14029 Hwy 613  Moss Point, MS 39562


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Maria  Lopez , as Next Friend of J.L, a      **Address**  809 Ingalls Ave  Pascagoula, MS 39567
        minor (243719)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Maria  Lopez (243721)                    **Address**  809 Ingalls Ave  Pascagoula, MS 39567


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Leslie  Alvarez (243722)                    **Address**  819 Ingalls Ave  Pascagoula, MS 39567


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Rebeca  Corzo  (243746)                    **Address**  14029 Hwy. 613   Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Maria Nunez (243763)                    **Address**  14029 Hwy 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Guadalupe Martinez (243764)                    **Address**  809 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Maria  Lopez, as Next Friend of A.L, a
minor (243776)                    **Address**  809 Ingalls Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Jesus Lopez (243779)                    **Address**  809 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Jesus Lopez (243780)                    **Address**  809 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Carlos Garcia, as Next Friend of F.G, a          **Address**  10001 Veteran Blvd  Pascagoula, MS 39581
minor (243783)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Nancy Garcia (243789)                          **Address**  10001 Veteran Blvd  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Carlos Garcia (243790)                          **Address**  10001 Veteran Blvd.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Kissie Edwards (243812)                         **Address**  1629 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  David Ochua, as Next Friend of F.O, a          **Address**  10001 Veterans Blvd.  Pascagoula, MS 39581
minor (243818)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

**Plaintiff**  Alberto Ochua (243821)                         **Address**  10001 Veteran Blvd.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  David Ochua (243822)                    **Address** 10001 Veteran Blvd.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jose Ochua (243823)                     **Address** 10001 Veteran Blvd.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Crystal Bell (243844)                    **Address** 1708 Eleanor Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Alberto  Ochoa  (243851)                 **Address** 10001 Veteran Blvd  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jose Martinez (244214)                   **Address** 809 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberly Williams, as Next Friend of    **Address** 2465 Highway 397  Lake Charles , LA 70607
      A.L, a minor (244458)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Alec Martinez (244475)                    **Address**  809 Ingalls Avenue  Pascagoula, MS 39567


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Christian  Jones  (244616)                **Address**  1120 Shady Lane  Westlake , LA 70669


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Felicia  Jones, as Representative of the        **Address**  1120 Shady Lane  Westlake , LA 70669
Estate of Clement  Brown , deceased
(244618)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Letha Baker (244620)                      **Address**  625 Dave Street  Sulphur, LA 70663


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Eva  Brown  (244621)                      **Address**  1120 Shady Lane  Westlake , LA 70669


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Felicia  Jones  (244629)                  **Address**  1120 Shady Lane  Westlake , LA 70669


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff**  Raul Ortiz (244665)                    **Address**  10001 Veteran Blvd  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kevin  Dominic  (244678)              **Address**  1505 Sage Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Glenda  Guillory (244704)            **Address**  2801 Medora St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Connie Mouton (244705)              **Address**  1505 Sage Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Timothy Mouton (244706)            **Address**  1505 Sage Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Purlean Davis  (244710)             **Address**  Crying Eagle 1100 James Suddens Way A-32
                                               Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Princess  Milligan (244763)             **Address**  2801 Medora Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Aldrieka  Rougeau (244766)             **Address**  2709 Medora St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Mary Chatman (244767)             **Address**  1100 Jay Benne Chennault  Lake Charles , LA
                                                                         70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Kerman Chatman (244769)             **Address**  1100 Jay BennieJohnson  Chennulate  Lake
                                                                         Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Brittney Mouton (244775)             **Address**  1505 Sage Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

**Plaintiff**  Mary Ann Martin  (244780)             **Address**  2208 8th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Paul Louclin (244817)                    **Address**  1505 Sage Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Vu Tran (244845)                    **Address**  43850 Shambeau Avenue  Bayou La Batre, AL
                                                                  36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Pamela Jones, as Next Friend of S.M, a    **Address**  135 Kahlon Street  DeQuincy , LA 70633
               minor (244870)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Reginald  Brignac  (244880)              **Address**  3018 Deaton St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Precious  Brignac (244886)              **Address**  3018 Deaton St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Chandara Kim (244912)                    **Address**  8375 Hemley St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Jason Ngam (244913)                    **Address**  8375 Hemley St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Rosaland Turner, as Next Friend of T.        **Address**  3101 Admiral King Dr.  Lake Charles , LA 70607
                T, a minor (244922)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Rosaland Turner, as Next Friend of C.        **Address**  15614 Camino del sol Dr.  Houston, TX 77083
                T, a minor (244923)

**Proposed Judicial District**  Southern District of Texas
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Rosaland Turner (244924)                **Address**  3101 Admiral King Drive  Lake Charles , LA
                                                                  70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Dalton Edmond (245136)                  **Address**  817 Giovanna St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Shirley Edmond (245138)                 **Address**  817 Giovanna St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff** Gerald Ward (245261)                    **Address** 1120 Shady Lane  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Dallas  Brignac (245274)               **Address** 2801 Medore St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Monica Lewis-Abram (245313)            **Address** 739 Cascio Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Kimberly Collins, as Next Friend of H.   **Address** 2008 Ford St.  Lake Charles , LA 70607
C, a minor (245387)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Edmond (245492)                **Address** 817 Giovanni Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff** Martha Prudhomme (245532)              **Address** 397 Crying Eagle Village   Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff**  Rosaland  Turner , as Next Friend of J. T, a minor (245547)          **Address**  3101 Admiral King  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Hadnot (245585)          **Address**  506 Orrin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer  Hadnot, as Next Friend of A. H, a minor (245586)          **Address**  506 Orrin Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Hadnot, as Next Friend of A.H, a minor (245588)          **Address**  506 Orrin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Tuyet Tran (245623)          **Address**  8639 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Luther Tran (245624)          **Address**  8639 E Alba St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Ariel Mouton (245636)                    **Address**  1505 Sage Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Binh Tran (245663)                    **Address**  13851 Sham Beau Dr.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Johndy Ngam (245664)                    **Address**  8375 Hemley St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Joyce Ngam (245665)                    **Address**  8375 Hemley Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Ali Lewis (245706)                    **Address**  7114 Corbin Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Kimberly  Bernard (245722)                    **Address**  2400 Fruge St #407  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Dennis Richard (245810)                    **Address** 5817 Nobie Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Gladys Semien (245841)                    **Address** 2238 Mills St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Norman Richards (245995)                  **Address** 3101 Admiral Ring  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Teresa  Batiste , as Next Friend of T.G,    **Address** 3304 Frontage Rd. #26  Jennings, LA 70546
          a minor (246139)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Elonda Chavis, as Next Friend of E.C, a     **Address** 7114 Corbine Rd. Lot 1  Lake Charles , LA 70607
          minor (246152)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Elonda Chavis , as Next Friend of E.C,     **Address** 7114 Corbina Rd. lot 1  Lake Charles , LA 70607
          a minor (246155)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Elonda  Chavis, as Next Friend of E.T,        **Address**  7114 Corbina Rd. lot 1  Lake Charles , LA 70607
a minor (246157)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Elonda Chavis, as Next Friend of E.C, a        **Address**  7114 Corbina Rd. lot 1  Lake Charles , LA 70607
minor (246158)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Rhonda Griffin, as Next Friend of K.G,        **Address**  1115 Pear Street  Lake Charles , LA 70607
a minor (246195)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Cheryl Willis (246225)        **Address**  Owl Street 370   Crying Eagle Village  Lake
Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Gloria Johnson (246227)        **Address**  3574 Deer Run Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Robert Johnson (246235)        **Address**  3574 Deer Run Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Emily Patin (246322)                    **Address**  1664 Hwy 109 South  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Lockett, as Next Friend of D.L,    **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
      a minor (246327)                          70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Lockett, as Next Friend of D.L,    **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
      a minor (246328)                          70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Lockett (246330)                  **Address**  1100 James Sudduth Parkway  Lake Charles, LA
                                                      70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Paula Patin (246332)                     **Address**  1664 Hwy 109  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Rawlin Goodwin, as Next Friend of J.     **Address**  1049 Beulah St.  Sulphur, LA 70663
      G, a minor (246334)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff**  Rawlin Goodwin, as Next Friend of J. G, a minor (246336)     **Address**  1049 Beulah St.   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Kemberly Broussard, as Next Friend of K.B, a minor (246337)     **Address**  1523 1st Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Quinneisha  Coleman (246351)     **Address**  2001 Gulf Hwy Lot 4   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Salvador Barajas (246358)     **Address**  819 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Rufus Goodwin (246372)     **Address**  1049 Beulah St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Adrienne Jolivette (246398)     **Address**  6717 E. Deshotel  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Floyd Parker (246458)                    **Address**  714 Adam St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Jimmy Self (246475)                    **Address**  12841 Padgett Switch Road  Irvington, AL 36544


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Teressa Self (246476)                    **Address**  1284 Padgett Switch Road  Irvington, AL 36544


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Reginald Brignac (246482)                    **Address**  2709 Meadow Street  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Broussard, as Next Friend of     **Address**  7896 Elliot Rd  Lake Charles , LA 70607
          K.D, a minor (246520)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Broussard (246522)                    **Address**  7896 Elliot Rd  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  TaRhonda Malbrough, as Next Friend      **Address**  1100 James Sudduth Parkway BOX 349  Lake
of T.M, a minor (246643)                                    Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Teresa Drake-Batiste (246683)       **Address**  3304 Frontage Rd. #26  Jennings , LA 70546

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Ceasar, as Next Friend of D.C, a      **Address**  1120 Shady Lane  Westlake , LA 70669
minor (246691)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Ceasar, as Next Friend of D.P, a      **Address**  1120 Shady Lane  Lake Charles , LA 70607
minor (246697)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Ceasar, as Next Friend of K.C, a      **Address**  1120 Shady Lane  Westlake , LA 70669
minor (246698)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Quincy Broussard, as Next Friend of Q.      **Address**  1523 1st Avenue  Lake Charles , LA 70607
B, a minor (246699)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Darsella Thomas (246703)                    **Address**  811 North Goos St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Ceaser (246716)                    **Address**  1120 Shady Ln.  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Ceasar, as Next Friend of A.C,     **Address**  1120 Shady Ln.
a minor (246718)                                                      Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Sandra Ceasar, as Next Friend of K.B, a    **Address**  1120 shady ln  Westlake , LA 70669
minor (246719)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Drake (246720)                    **Address**  874 Hooks Rd  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Melanie LaVergne, as Next Friend of J.     **Address**  2604 Madison St.  Lake Charles , LA 70607
L, a minor (246749)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff** Melanie LaVergne, as Next Friend of Z.    **Address** 2604 Madison St.  Lake Charles , LA 70607
L, a minor (246786)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Melanie Lavergne (246805)              **Address** 2604 Madison St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Cassandra Guidry (246812)              **Address** 2040 Katherine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Willie Patin (246871)                  **Address** 1664 Hwy. 109 South  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Rickey Tezeno (246917)                 **Address** 214 1/2 Avalon Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Betty Bushnell (247045)                **Address** 2441 E. Prien Lake Rd. Lot 18  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff**  Shequille Prudhomme, as Next Friend of R.W, a minor (247073)

**Address**  397 Crying Eagle Village Hwy 90  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberly Bernard, as Next Friend of K. F, a minor (247097)

**Address**  2400 Fruge Street # 407  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Joseph Jordan (247167)

**Address**  3101 Admiral King  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Betty Jordan (247168)

**Address**  3101 Admiral King  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Hester Jackson (247170)

**Address**  1100 James Suddeth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Marilyn Lyles, as Next Friend of C.L, a minor (247208)

**Address**  2214 9th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff**  ChadRick Harmon (247209)                    **Address**  2214 9th  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Marilyn Lyles (247210)                    **Address**  2414 19th  Lake Charle, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Cody  Harmon (247235)                    **Address**  2214 9th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary  Harmon (247237)                    **Address**  2214 9th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Lee Carter (247240)                    **Address**  2214 9th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jauvonnie Adams (247248)                    **Address**  3977 Old Spanish Trail  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Sandra Prater (247249)                     **Address**  3977 Old Spanish Trail  Westlake , LA 70669


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Patricia Lartigue (247310)                 **Address**  2234 Lilly Street  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tawanna McGowan (247445)                   **Address**  8559 Gulf Highway Lot # 30  Lake Charles , LA
                                                    70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Linda Cormier (247460)                      **Address**  7330 Mc Cowen Rd  Iowa , LA 70647


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Ceasar, as Next Friend of H.P, a      **Address**  1120 Shady Lane  Lake Charles , LA 70607
        minor (247538)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Raven Melancon (247636)                     **Address**  2914 7th St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Devon Marcissee (247732)                    **Address**  347 Easter Brook St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Dwayne Jordan (247733)                    **Address**  3101 Admiral King  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Derek Trail (247741)                    **Address**  3421 Coolidge St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Kenneth Olivier (247772)                    **Address**  1207 Ravia Road, Lot 65  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  George Guillory (247780)                    **Address**  1103 Douglas Rd.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Kimberly Williams (247866)                    **Address**  2465 Hwy 397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Irene Brown (247884)                    **Address**  1902 Woodard St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Deborah Collins, as Next Friend of J.C.,   **Address**  2008 Ford Street  Lake Charles , LA 70607
a minor (247905)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary Francis-Walton (247917)            **Address**  1100 James Suddeth Pkwy. #D-11  Lake Charles,
LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Donald Johnston (247939)                **Address**  513 Glade Stone  Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Donald  Johnston , as Next Friend of K.   **Address**  513 Gladestone St.  Waveland , MS 39576
L, a minor (247940)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Donald Johnston, as Next Friend of C.    **Address**  513 Glade Stone  Waveland , MS 39576
L, a minor (247941)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Joshua Hardin (247970)                    **Address**  1700 8th Avenue   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

**Plaintiff**  Jennie Hardin (247971)                    **Address**  2311 2nd Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

**Plaintiff**  Katrina Barker (248003)                   **Address**  334 Sharron Ln  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

**Plaintiff**  Gloria Alex (248039)                      **Address**  2208 Carlin Dr.   Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

**Plaintiff**  Bonny Duhon-Jordan (248042)               **Address**  3101 Admiral King  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
            Gulf Stream Coach, Inc.

**Plaintiff**  Donald Johnston, as Next Friend of J.L,   **Address**  513 Gladestone   Waveland , MS 39576
            a minor (248059)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
            Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach, Original Civil Action No.  10-2233

**Plaintiff**  Jarred Fontenot (248082)                    **Address**  7175 South Franklin  Lake Cahrles, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Suprena Buck (248115)                    **Address**  1103 Douglas Rd.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Peggy  Wiliams (248127)                    **Address**  TT #44 Crying Eagle Village Hwy. 397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Angela  Guillory (248138)                    **Address**  2801 Medora St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Naomi Collins, as Next Friend of A.C, a minor (248144)                    **Address**  110 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Rodney Guillory (248175)                    **Address**  2801 Mediona St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Deolris Walker (248269)               **Address**  111 Bower  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Deloris Walker, as Representative of      **Address**  PO Box1017  Iowa, LA 70647
the Estate of Alfred Marshall, deceased
(248270)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Sam Hartman (248276)               **Address**  111 Bower St.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Dwayne Jordan, as Next Friend of H.J,   **Address**  3101 Admiral King  Lake Charles , LA 70607
a minor (248329)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Felicia Winfrey, as Next Friend of M.   **Address**  1100 James Southern Crying Eagle  Lake
W, a minor (248361)                                                        Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Cheree Harden (248363)             **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Kimberly Bernard, as Next Friend of K.      **Address**  1505 Sage Dr.  Lake Charles , LA 70607
F, a minor (248388)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberly Bernard, as Next Friend of K.      **Address**  1500 Sage Dr.  Lake Charles , LA 70607
F, a minor (248401)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tawanna Edmond, as Next Friend of L.      **Address**  817 Giovanni Rd.  Lake Charles , LA 70607
O, a minor (248426)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Theresa Martin, as Next Friend of S.M,      **Address**  7114 Corbina Lot #32  Lake Charles , LA 70607
a minor (248448)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Trahn (248458)      **Address**  6398 Gulf Beach Hwy, Lot 2  Cameron, LA
70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Jennifer Thomas (248485)      **Address**  826 N. Patt  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Alice Reese (248500)                          **Address**  1826 Pear Lake Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Jimmy Brooks (248511)                        **Address**  3927 Opelousas St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Kemberly Broussard, as Representative     **Address**  1523 1st Avenue  Lake Charles , LA 70607
of the Estate of Madeline Boatmon,
deceased (248564)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Marie Turner, as Next Friend of A.T, a     **Address**  910 W. 18th St.  Lake Charles , LA 70607
minor (248592)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Cynthia Brown (248603)                       **Address**  1650 P.E. Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Kemberly Broussard, as Next Friend of     **Address**  1523 1st Ave.  Lake Charles , LA 70607
K.B, a minor (248610)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.

---

Jessica Jackson, as Next Friend of D.B, a minor, et. al.  vs. Gulf Stream Coach,
Original Civil Action No.  10-2233

**Plaintiff**  Quincy Broussard (248623)          **Address**  1523 1st Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

**Plaintiff**  Kemberly Broussard (248624)          **Address**  1523 1st Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.