## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

1798

**Plaintiff**  Carla Stevenson (248658)          **Address**  100 S. Storer  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Shamike Alexander (248677)          **Address**  7175 S. Franklin St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Adron Battle (248699)          **Address**  1125 Cactus Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Shamike Alexander, as Next Friend of          **Address**  7175 S. Franklin St.  Lake Charles , LA 70607
A.G, a minor (248706)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Arica Bias, as Next Friend of K.B, a          **Address**  1100 James Suddeth Parkway  Lake Charles, LA
minor (248732)                                   70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Paul Martin (248734)          **Address**  I-10 Mobile Village Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Gulf Stream Coach, Inc.

---

PLAINTIFF'S
EXHIBIT
**65**

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Julie Hursey (248826)                    **Address**  1621 N. Junior St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Darren DeStevens (248850)              **Address**  206 Valentine St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Lay Sathchakham, as Next Friend of P.   **Address**  8860 Satsuma St.  Coden, AL 36523
S, a minor (248869)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Melissa Mizell (248930)                 **Address**  8635 Davenport St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Melissa Mizell, as Next Friend of K.M,  **Address**  8635 Davenport St.  Bayou La Batre, AL 36509
a minor (248931)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff**  Melissa Mizell, as Next Friend of G.H,  **Address**  8635 Davenport St.  Bayou La Batre, AL 36509
a minor (248932)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
         Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Brian Mizell (248933)                    **Address**  8635 Davenport St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Don Mizell, as Representative of the        **Address**  8635 Davenport St.  Bayou La Batre, AL 36509
Estate of   Wayne Mizell, deceased
(248934)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Deloris Walker, as Representative of       **Address**  111 Bower St.  Iowa , LA 70647
the Estate of Kinneth Hartman,
deceased (249015)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Hilton  Ceasar (249110)                    **Address**  5049 Doise Rd.  Elton, LA 70532

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Leanne Ceasar (249112)                     **Address**  5049 Doise Rd  Elton, LA 70532

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Melisa Green (249167)                      **Address**  6717 E. Deshotel St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Melanie Prentice (249177)          **Address**  903 Sarrazin  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Peggy Rigmaiden (249185)          **Address**  8636 Big Lake Rd. #41  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Peggy Rigmaiden, as Representative of     **Address**  8636 Big Lake Rd. #41  Lake Charles , LA 70607
the Estate of Jacqueline Andrews,
deceased (249186)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Deon Sam, as Next Friend of P.J, a     **Address**  1100 James Sudduth Parkway d-18  Lake Charles,
minor (249247)                                                    LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Ricky Prejean (249257)          **Address**  6075 Hwy 90, Lot 167  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Jamal Mason (249264)          **Address**  605 Mc Nabb St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
   Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** Jacobey Brown (249281)    **Address** Oak Hearse Park 6075 Hwy 90 Lot 167  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Kandice Coleman, as Next Friend of D. T, a minor (249322)    **Address** 2699 Rushmore Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Mary Trahan (249340)    **Address** 410 Breaux Ln.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Dana Menard, as Next Friend of J.M, a minor (249494)    **Address** 2465 Hwy. 397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Marcos Lopez (249518)    **Address** 809 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Shelly Gopaul, as Next Friend of L.G, a minor (249540)    **Address** 3416 W. Rosselet  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Dallas Brignac, as Representative of the
Estate of Louise Brignac, deceased
(249559)

**Address**  2801 Medora St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Nelson Griffin (249709)

**Address**  3970 Hwy 14 lot #4  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Peter Jourdan (249710)

**Address**  205 Duke Street   Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberley McDonald (249729)

**Address**  111 Bower St.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberley McDonald, as Next Friend
of R.L, a minor (249730)

**Address**  111 Bower St.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Kimberley McDonald, as Next Friend
of K.H, a minor (249735)

**Address**  111 Bower St.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Lay Sathchakham, as Next Friend of L. S, a minor (249777)   **Address** 8860 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Ngoc Nguyen (249779)   **Address** 12841 Padgett Switch  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Amanda Sathchakham (249782)   **Address** 8860 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Shelly Gopaul, as Next Friend of J.G, a minor (249815)   **Address** 3416 West Roosevelt  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jonathan  Prentice, as Next Friend of B. P, a minor (249962)   **Address** 903 Sarrazin  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jonathan Prentice (249963)   **Address** 903 Sarrazin  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** Melanie Prentice, as Next Friend of L.  **Address** 903 Sarrazin  Pascagoula, MS 39567
P, a minor (249964)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Emma Young (249983)  **Address** 3401 E. Prien Lake Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Diana Hernandez (249994)  **Address** 819 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Steven Hernandez (250004)  **Address** 817 Ingalls Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Lori Duncan (250008)  **Address** 3019 Highway 275  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Lori Duncan, as Next Friend of K.T, a  **Address** 3019 Hwy 27 South   Sulphur, LA 70665
minor (250009)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Lori Duncan, as Next Friend of D.M, a minor (250010)    **Address**  3019 Hwy. 27 S.  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Lori Duncan, as Next Friend of E.M, a minor (250011)    **Address**  3019 Hwy. 275  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Gerald Duncan (250013)    **Address**  3019 Highway 27  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Dana Menard, as Next Friend of J.B, a minor (250118)    **Address**  2465 Hwy 397 Lot 39  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Allison Ceasar, as Next Friend of S.C, a minor (250151)    **Address**  1120 Shady Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Lavandon Coleman (250174)    **Address**  7001 Gulf Hwy Lot 99  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Joan Grison (250264)                          **Address**  1407 Gieff  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Larry Grison (250265)                         **Address**  1407 Gieffics  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Rogers Guidry (250267)                        **Address**  1508 Summit Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Millie Jones (250345)                         **Address**  7001 Gulf Hwy Lot #99  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Rose Jones (250348)                           **Address**  7001 Gulf Hwy Lot #99  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Deon Sam, as Next Friend of J.S, a            **Address**  1100 James Sudduth Pkwy D-18  Lake Charles,
          minor (250503)                                               LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** Deon Sam, as Next Friend of S.S, a minor (250504)

**Address** 1100 James Sudduth Pkwy D-118  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Nikki Schannette, as Next Friend of B. S, a minor (250506)

**Address** 718 N. Thompson St #3  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Nikki Schannette, as Next Friend of L. S, a minor (250507)

**Address** 718 N. Thompson St. #3  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Nikki Schannette (250508)

**Address** 718 N. Thompson St #3  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Yadira Barajas (250664)

**Address** 819 Ingalls Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** O'Neil Breckford (250673)

**Address** 22 Dover Drive  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** Ashley Bernard, as Next Friend of D.B, a minor (250685)          **Address** 3826 Swanee St Rear  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Harriet Braxter (250712)          **Address** 718 N. Thompson St. Trailer # 3  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Novella Braxter (250713)          **Address** 718 N. Thompson St. Trailer # 3  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Ricky Brown (250725)          **Address** 6075 Hwy 90 Oak Hearse Pk.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Patricia Mora, as Next Friend of F.C, a minor (250731)          **Address** 14029 Hwy. 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff** Patricia Mora, as Next Friend of I.C, a minor (250732)          **Address** 14029 Hwy. 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Felicia Drake (250804)                    **Address**  874  Hooks Rd.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Felicia Drake, as Next Friend of L.D, a          **Address**  874 Hooks Rd.  DeQuincy , LA 70633
minor (250805)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Byron Easton (250810)                    **Address**  HWY 397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Maria Espinosa (250819)                    **Address**  819 Ingalls Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Early Garrick (250851)                    **Address**  874 Hooks Rd.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kayla Green (250868)                    **Address**  1100 James Sudduth Pkwy  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Rodney Guillory, as Next Friend of C.      **Address**  2801 Medora St.  Lake Charles , LA 70607
G, a minor (250876)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Rodney Guillory, as Next Friend of R.      **Address**  2801 Midora St.  Lake Charles , LA 70607
G, a minor (250878)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Cheree Harden, as Next Friend of M.H,      **Address**  1600 Legion Street  Lake Charles , LA 70607
a minor (250889)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Sal Harmon, as Next Friend of J.H, a      **Address**  HWY 90 Trailer Park  Bay St. Louis, MS 39520
minor (250892)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Salvador Harmon (250896)      **Address**  Hwy. 90 Trailer Park  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

**Plaintiff**  Sam Hartman (250898)      **Address**  111 Bower St.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Eddie Hawkins (250900)                    **Address**  1826 Pear  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Almela Hilliard (250909)                  **Address**  1104 Wendell St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Andrew Hursey (250920)                    **Address**  1621 North Junior  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Judith Johnston (250949)                  **Address**  513 Gladestone  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Michael Khamsomphon (250966)              **Address**  9942 Magnolia Crest Dr  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Gulf Stream Coach, Inc.

**Plaintiff**  Terrell Leblanc (251000)                  **Address**  2800 General Vanburg  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Amies Leng (251008)                          **Address**  8639 E Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Vernando Levings (251010)                    **Address**  621 Franklin Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Tealecia Wright, as Next Friend of S.          **Address**  1100 James Sudduth Parkway  Lake Charles, LA
M, a minor (251030)                                        70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Chan Meas (251035)                           **Address**  12115 Irvington Blb Hwy  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Khong Khum Meas (251036)                     **Address**  12115 Irvington Blb Hwy  Irvington , AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Gulf Stream Coach, Inc.

---

**Plaintiff**  Bryce  Menard (251043)                        **Address**  2465 Hwy 397  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Patricia Mora (251069)                    **Address**  14029 HWY 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Ricky Nguyen (251086)                    **Address**  10000 Gorenfto Rd  D'lberville, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Phillip Patterson (251116)                    **Address**  718 N. Thompson St. Trailer # 3  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael  Payne (251119)                    **Address**  Center Lane  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Karen Prater (251156)                    **Address**  3413 Monroe st.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Pamela Prejean (251157)                    **Address**  6075 Hwy. 90 Lot #167  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Nikki  Schannette, as Next Friend of K.
S, a minor (251212)
**Address**  718 North Thompson St. #3  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Barry Schannette (251213)
**Address**  718 N. Thompson St. Trailer # 3  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Teressa Self, as Next Friend of B.S, a
minor (251216)
**Address**  12841 Padgett Switch Rd.  Bayou La Batre, AL
36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Jade Self, as Next Friend of J.S, a
minor (251217)
**Address**  12841 Padgett Switch Rd.  Bayou La Batre, AL
36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Teressa Self, as Next Friend of M.S, a
minor (251218)
**Address**  12841 Padgett Switch Rd.  Bayou La Batre, AL
36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Sadie Self (251219)
**Address**  12841 Padget Switch Rd  Bayou La Batre, AL
36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Gulf Stream Coach, Inc.

Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Varick Simien (251229)          **Address**  Hwy 90  Lot 143  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Anita Southammauong (251240)          **Address**  9471 CREEK SIDE  DRIVE  LOT A  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Thong Phun Southammauong, as Next Friend of B.S, a minor (251241)          **Address**  9471 creek side lot a  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Chris Southammauong (251242)          **Address**  15940 Daulphin Island Pkwy  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  ManhThone Southammauong (251243)          **Address**  9471 CREEK SIDE  DRIVE  LOT A  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Phayuanh Southammauong (251244)          **Address**  9471 CREEK SIDE . LOT A  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  ThongPhan Southammauong (251245)          **Address**  9932 Magnolia Crest Dr. W   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Keo Tommanikout (251288)          **Address**  9942 Magnolia Crest Dr  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Joshua Tucker (251295)          **Address**  6121 Railroad Avenue  Lakeshore, MS 39558

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Souksady Kayalath, as Next Friend of   **Address**  15450 Dauphin Island Pkwy  Coden, AL 36523
H.V, a minor (251299)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Souksady Kayalath, as Next Friend of   **Address**  15450 Dauphin Island Pkwy  Coden, AL 36523
N.V, a minor (251302)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Keisha  Sonnia, as Next Friend of A.V,   **Address**  1100 James Sudduth   Lake Charles, LA 70607
a minor (251310)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** Mad Thao, as Next Friend of K.V, a minor (251317)          **Address** 9940 Boe Road  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Kimberly Williams, as Next Friend of K.W, a minor (251351)          **Address** 2465 Hwy 365  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tealecia Wright (251358)          **Address** 1100 James Suddeth  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tawanna Edmond, as Next Friend of L. O, a minor (251453)          **Address** 817 Giavonni St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tawanna Edmond, as Next Friend of K. O, a minor (251460)          **Address** 817 Govern St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Diamonte Johnson (251465)          **Address** 1817 Giovanni Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** George Buck (251476)          **Address** 1103 Douglas Rd.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Jerry Guidry (251483)          **Address** 2550 Tuilerie Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Suprena Buck, as Next Friend of K.B, a          **Address** 1103 Douglas Road  DeQuincy , LA 70633
minor (251501)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Guidry Robert (251513)          **Address** 2550 Tuilerie St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** DeVonte Orphey (251530)          **Address** 817 Govener St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

**Plaintiff** Ronald Rideaux (251534)          **Address** 3046 Opelousea Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Ronald Rideaux, as Representative of the Estate of Velma Rideaux, deceased (251537)

**Address**  3046 Opelousas  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Desmond Brown (251548)

**Address**  1100 James Sudduth Pkwy Box 349  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Lenora Tucker (202370)

**Address**  338 Gloster Street   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Ashley Kelly (205792)

**Address**  1409 Hwy 90 Lot 69  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Harold Dees (207966)

**Address**  4128 Idy Wood  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Tenaka Riggins (208220)

**Address**  Hwy 90  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Watson  Perrin , as Next Friend of N.P,        **Address**  14708 Rue Mornay  Biloxi, MS 39532
a minor (209160)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Janice Brushaber (209368)        **Address**  1907 Miller Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Virginia Doby (209871)        **Address**  6032 Melody Lane  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Leonard Valentine (210103)        **Address**  6032 Melady Lane  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Harlon Jordan (210325)        **Address**  9145 Hwy 49  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Timothy Bourgeois, as Next Friend of        **Address**  7015 W. Neshoba  Bay St. Louis, MS 39520
S.P, a minor (210948)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Brandi King (211094)                    **Address**  15538 Touriel  Lot 69  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Donald McCurdy (211481)                **Address**  5075 Fig Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Roy Brown (211780)                     **Address**  3612 Davis Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Grady Brown (212772)                   **Address**  5050 Fire tower Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Irene Brown (212773)                   **Address**  5050 Firetower Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  James Ferrill, as Next Friend of R.D, a        **Address**  Gulfview Trailer Park Lakeshore Road #42
minor (212867)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Brandy Necaise, as Next Friend of C.N,  **Address**  21111 Cameron Road  Kiln, MS 39556
a minor (213074)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Nancy  Nguyen (215352)  **Address**  309 Oak Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Domonic Nash (215837)  **Address**  6517 Pine Burr Dr.  Vancleave, MS 39565

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Clifford Breaux (216156)  **Address**  P.O. Box 1132  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jerri Van Brunt (217020)  **Address**  13226 Lake Lurleen Road  Coker, AL 35452

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Marvin Langley, as Representative of  **Address**  3401 Hadvill Rd.  Gautier, MS 39553
the Estate of Darwyn Langley, deceased
(220276)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** Marvin Langley (220277)                    **Address** 3401 Hadvill Rd.  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Ivory Bennett (222262)                    **Address** 631 Dina Dr.  D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Edwin Houston (222784)                    **Address** 835 3rd St  Marks, MS 38646

**Proposed Judicial District** Northern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Colleen Overton (222932)                    **Address** County Farm Road #180  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Charity Allen (223458)                    **Address** 3112 18th Street  Gulf Port, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

---

**Plaintiff** Cassie Lizana, as Next Friend of S.L, a            **Address** 210 Dogwood St.  Waveland, MS 39576
minor (223926)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Jennifer Riley, as Representative of the   **Address**  Deer Park Hwy 63   Lucedale, MS 39452
Estate of Gwendolyn Riley, deceased
(224102)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Robert Barter (225788)   **Address**  25561 Hwy. 435  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Amber Cuevas (225987)   **Address**  15053 Big Creek Road   Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Amber Cuevas, as Next Friend of J.C, a   **Address**  15053 Big Creek Rd.  Gulfport , MS 39503
minor (225996)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Meghan Cuevas (225997)   **Address**  15053 Big Creek Rd.  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Sherry Cuevas (225998)   **Address**  15053 Big Creek Rd.  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Anna Humphrey (226314)                    **Address**  8100 Tx Flat Lot 26  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Teresa Knight (226414)                    **Address**  9267 Cuandet Rd.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Andreaus Money (226623)                    **Address**  370 Croesus St.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Tamara Shows (226874)                    **Address**  245 Eugie Palmer Rd.  Mendenhall, MS 39114

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  George Staley (226920)                    **Address**  3094 R Lot 378  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Scott Bordelon (229434)                    **Address**  Hwy 603  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Angela Craig, as Next Friend of T.B, a minor (229480)   **Address**  Mt. Olive Trailer Park #224   Baton Rouge, LA 70805

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael Camper (229515)   **Address**  104 226 SC Vixen St.  Baton Rouge , LA 70805

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Joyce Cannon (229516)   **Address**  5401 Hubert St  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Willie Cannon (229517)   **Address**  5401 Hubert Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Angela Davis, as Next Friend of J.D, a minor (229585)   **Address**  1624 Spring Bridge Road  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Angela DeLaFont (229613)   **Address**  104 SC Vixon  Baton Rouge, LA 70805

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
　　　　Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Kristy Jackson, as Next Friend of C.F, a    **Address**  114 B Mill St Ext   Lucedale, MS 39452
minor (229688)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Joseph George (229732)    **Address**  52835 S Beach Blvd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Jimmy  Graves (229751)    **Address**  9228 Wood Violet   Escatupa, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Ginger Harris (229780)    **Address**  15269 Hwy 613 Apt B14  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Stacey  Harvey (229793)    **Address**  9228 Wood Violet Avenue  Moss Point, MS
39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary  Holliman (229835)    **Address**  179 Rayseal Rd.  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Donald Hubbard (229859)          **Address**  9228 Wood Violet Avenue  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Kristy  Jackson, as Next Friend of K.J, a minor (229873)          **Address**  114 B Mill St Ext  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Kristy Jackson (229874)          **Address**  114 B Mill St Ext  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Kristy Jackson, as Next Friend of W.J, a minor (229877)          **Address**  114 B Mill St Ext  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Angel  Labouve (229964)          **Address**  6076 11th Ave  Peolinton, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.

---

**Plaintiff**  Angel Labouve, as Next Friend of T.P, a minor (230170)          **Address**  6076 11th Ave  Peolinton, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff** Michael  Ray (230222)          **Address** 3515 Jerry Davis St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Janice  Richardson (230240)          **Address** 1710 7th St.  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Matthews  Richardson  (230243)          **Address** 17510 7th St.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Janice Richardson, as Next Friend of S.          **Address** 17510 7th St.  Gulfport , MS 39503
R, a minor (230247)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Jennifer  Riley (230253)          **Address** Deer Park Hwy 63   Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Monica  Riley (230255)          **Address** Deer Park Hwy 63   Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Joseph  Riley  (230256)          **Address**  411B.  Mills Ext.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Charmaine  Searight  (230307)          **Address**  1710 7th St.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Janice Richardson, as Next Friend of T.          **Address**  17510 7th St.  Gulfport , MS 39503
S, a minor (230308)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Kendell Cagler (237296)          **Address**  5105 Nolen Avenue Monte Sano State Park
Huntsvill, AL 35801

**Proposed Judicial District**  Northern District of Alabama
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Jason Bilbo (237304)          **Address**   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

---

**Plaintiff**  Henry Tops (237346)          **Address**  358 Saucier Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Breighana Robertson (237468)          **Address**  2605 Arnold Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kelly Robertson (237517)          **Address**  613 Keller St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Connie Lyons, as Next Friend of D.L., a          **Address**  590 Easterbrook Street  Bay St. Louis, MS 39520
minor (237526)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Robert Hood (238462)          **Address**  3096 Gable St.  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Robert Hood, as Next Friend of S.H, a          **Address**  3096 Gable St.  D'Iberville, MS 39540
minor (238465)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Charles Trosclair (239313)          **Address**  516 Lakeside Dr  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Hector  Torres Rodriguez  (243723)          **Address**  14029 Hwy 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jonathan  Ochoa (243849)          **Address**  10001 Veteran Blvd  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Loria  Davis  (244779)          **Address**  1100 Jame Sudduth Way Crying Eagle  Lake
>                                                    Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Charles  Morgan (245391)          **Address**  5534 Thelma Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  James Croker (247234)          **Address**  2214 9th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.

---

**Plaintiff**  Delores Prater (249393)          **Address**  3977 Old Spanish Trail  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>        Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Lay Sathchakham (249409)           **Address** 8860 Satsuma St.   Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Jay Manuel (250028)           **Address** 7334 Bult Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Kerri Carpenter (250734)           **Address** 920 B Parkview Place  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Phonpaseut Sengsiri, as Next Friend of       **Address** 7790 Laos Street  Irvington, AL 36544
           D.D, a minor (250797)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Phonpaseut Sengsiri, as Next Friend of       **Address** 7790 Laos St.  Irvington, AL 36544
           L.D, a minor (250798)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Somlith Detvongsa (250799)           **Address** 7790 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Beverly Johnson (250942)          **Address**  22 Dover Dr.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Nalisa Khamsomphon (250967)          **Address**  9942 Magnolia Crest Dr  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Asheima Parkinson (251111)          **Address**  22 Dover Dr.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Michael Payne, as Next Friend of M.P,          **Address**  Center Lane  Vinton , LA 70668
a minor (251118)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Phonpaseut Sengsiri (251221)          **Address**  7790 Loas St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

**Plaintiff**  Souksady Kayalath, as Next Friend of          **Address**  15450 Dauphin Island Pkwy  Coden, AL 36523
M.V, a minor (251301)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Gulf Stream Coach, Inc.

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Edna Malbreaux (251512)          **Address**  1432 Commercial Street  Lake Charles , LA
                                                            70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Aden Lewis, as Next Friend of M.B, a     **Address**  4570 Louisana Ave.   Lake Charles , LA 70607
               minor (250719)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Gary Brown (223078)               **Address**  90 Railroad Street  West  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Andrea Citizen (250767)           **Address**  1900 8th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Teresa Dabbs (202211)             **Address**  12136 School Rd  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
           Gulf Stream Coach, Inc.

---

**Plaintiff**  Shawanda Dugas (250806)           **Address**  9233 Hwy 101  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Gulf Stream Coach, Inc.

---

## Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2234

**Plaintiff**  Gloria Green (250867)                **Address**  3304 Frontage Rd. Lot # 31  Jennings, LA 70546

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Santana Levias (251009)                **Address**  2500 Smitral  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Geraldine  Nixon (244761)                **Address**  3304 Frontage Rd Lot 31   Jennings, LA 70546

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Geraldine  Nixon, as Next Friend of J.        **Address**  3304 Frontage Rd Lot 31  Jennings , LA 70546
N, a minor (244778)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael  Nixon (244762)                **Address**  3304 Frontage Rd  Jennings, LA 70546

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---