## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

1845

**Plaintiff**  Joan Decourcy (202124)          **Address**  25250 Purdue Rd.  # 6 Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Demetrius Hands, as Next Friend of D.          **Address**  1514 stewart Ave  Gulfport, MS 39501
h, a minor (203039)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Demetrius Hands, as Next Friend of B.          **Address**  1514 Stewart Ave  Gulfport, MS 39501
h, a minor (203040)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Demetrius Hands, as Next Friend of K.          **Address**  1514 Stewart Ave  Gulfport, MS 39501
h, a minor (203041)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary  Hotard (216142)          **Address**  180 Perrie St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Vincent Hotard (216143)          **Address**  180 Perrie St  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　Gulf Stream Coach, Inc.

---

PLAINTIFF'S
EXHIBIT
**66**

## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

**Plaintiff**  Vincent Hotard (216144)          **Address**  180 Perrie St  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Michelle Dowd (216147)          **Address**  125 Adam Roux Rd.  Lot # 12 Cameron , LA
70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Lillie  Sanders (216150)          **Address**  1100 Jane Sudduth Pkwy  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Bobby  Aguillard (216157)          **Address**  135 Ben Lane  Creole, LA 70632

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Gerald Melancon (216159)          **Address**  P.O. Box 686  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael  Dowd (216161)          **Address**  P.O. Box 199  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

**Plaintiff**  Rebecca Dowd (216169)              **Address**  145 Amaco Rd.  Trailer # 1  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jonathan Lawson (216170)            **Address**  145 Amaco Rd Trailer 1 Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Karlie Lawson (216171)              **Address**  145 Amaco Rd Trailer 1 Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Alexis Lawson (216172)              **Address**  145 Amaco Rd Trailer 1 Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Jasmine Lawson (216173)             **Address**  145 Amaco Rd Trailer 1  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Tina Roberson (216174)              **Address**  120 Louise St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Gulf Stream Coach, Inc.

---

## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

**Plaintiff**  Inez Dowd (216175)          **Address**  145 Amaco Rd Lot 3 Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Carrie Dowd (216176)          **Address**  145 Amaco Rd.  Trailer # 2  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Micahel  Dowd (216179)          **Address**  145 Amaco Rd.  Trailer # 2  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Carmen Dowd (216180)          **Address**  145 Amaco Rd.  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Deborah Durall (222312)          **Address**  5030 Thomas Lagner Dr.  Kiln , MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Tonya  Gipson (223378)          **Address**  1323 Sherwood Dr  Gulfport , MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Gulf Stream Coach, Inc.

---

## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

**Plaintiff**  John Tilman (223456)          **Address**  8365 Deborah Lane  Irlington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Dominic Dowdell (229642)          **Address**  124 Marilyn St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Nyla  Miller  (230071)          **Address**

**Proposed Judicial District**
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Julius Banks (233239)          **Address**  9955 Bammel North Apt 2910 Houston, TX
77086

**Proposed Judicial District**  Southern District of Texas
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kevin Wilkerson (233296)          **Address**  2163 Wellington Lane  Wichita Falls, TX 76305

**Proposed Judicial District**  Northern District of Texas
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Altus  Causey (234072)          **Address**  1745 Michel Delving Rd.  Baton Rouge, LA
70810

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

**Plaintiff**  Ann Meas Bun (248296)               **Address**  P.O. Box 996  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Mad Thao, as Next Friend of K.V, a         **Address**  9940 Bee Yd.  Irvington, AL 36544
minor (251318)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Mancel Marshall (251025)               **Address**  178 Guidry Rd.  Palmetto, LA 71358

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Cheryl Havens (250899)               **Address**  2440 22nd St.  Lake Charles, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Yosia Lartigue (250981)               **Address**  3019 Legion St.  Lake Charles, LA 70615

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Bertha White (251335)               **Address**  1908 4th Ave  Lake Charles, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

**Plaintiff**  Cynthia Fawvor (250824)              **Address**  118 Otter Trail Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kong  Vongpanya (251320)            **Address**  7555 Bracklyn Ct  Theodore , AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Alan Phanthapannha, as Next Friend of      **Address**  7201 Murray Height  Irvington , AL 36544
      E.P, a minor (251133)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Manyvanh Phanthapannha (251134)      **Address**  7201 Murray Height  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Alan  Phanthapannha, as Next Friend of      **Address**  7201 Murray Height  Irvington, AL 36544
      A.P, a minor (251132)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Alan Phanthapannha (251131)           **Address**  7201 Murray Height  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Gulf Stream Coach, Inc.

## Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-2297

**Plaintiff**  Lydia Jones (250954)                    **Address**  638 Gertrude Street  Lake Charles, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Nophandonh Vongkeo (251319)          **Address**  9940 Boe Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tommie Gray (250866)                  **Address**  Crying Eagle  Trailer Park  trailer # M 10  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Adria Ivey (251521)                   **Address**  P.O. Box 871  Lake Charles, LA 70602

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Mad Thao (251500)                     **Address**  9940 Boe Rd  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Gulf Stream Coach, Inc.

---