## Ashley Kelly, as Next Friend of G.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2327

1846

**Plaintiff** Ashley Kelly, as Next Friend of G.B, a minor (205793)   **Address** 1409 Hwy 90 Lot 69

Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Ginger Harris, as Next Friend of L.D, a minor (229658)   **Address** 15629 Hwy. 613 Apt. 314 Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Delina Jackson, as Next Friend of A.J, a minor (226324)   **Address** 530 Herling St. Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Ashley Kelly, as Next Friend of A.K, a minor (205795)   **Address** 1409 Hwy 90 Lot 69 Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Ashley Kelly, as Next Friend of C.K, a minor (205794)   **Address** 1409 Hwy 90 Lot 69 Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Teneka Riggins, as Next Friend of N.R, a minor (208221)   **Address** 5700 Claresholm Dr Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Gulf Stream Coach, Inc.

PLAINTIFF'S EXHIBIT
67

## Ashley Kelly, as Next Friend of G.B, a minor, et. al. vs. Gulf Stream Coach, Original Civil Action No. 10-2327

**Plaintiff** Jerri Van Brunt, as Next Friend of A.V, a minor (217021)  **Address** 151 Shorty Burgess Rd. lot 51 Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Juraz Jackson (239707)  **Address** 9267 Cuavet Rd. Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Gulf Stream Coach, Inc.