## Ryan Branger, et. al.  vs. Gulf Stream Coach, Inc., et. al.
Original Civil Action No.  10-3639

71499

**Plaintiff**  Ryan Branger (211876)           **Address**  23091 Standard Cemetary Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Shonda Branger, as Next Friend of P.B,  **Address**  23091 Standard Cemetary Road  Kiln, MS 39556
  a minor (211874)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Shonda Branger (211877)           **Address**  23091 Standard Cemetary Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Shonda Branger, as Next Friend of B.R,  **Address**  23091 Standard Cemetary Road  Kiln , MS 39556
  a minor (212200)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff**  Shonda Branger, as Next Friend of C.R,  **Address**  23091 Standard Cemetary Rd.  Kiln, MS 39556
  a minor (212201)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

PLAINTIFF'S EXHIBIT 68