UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER           * | | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS   * | | |
| LIABILITY LITIGATION            * | | SECTION "N" (5) |
| * | | |
| **THIS DOCUMENT PERTAINS TO**   * | | JUDGE ENGELHARDT |
| 09-4716 *Rhonda Brown, et al v. Gulf Stream, Inc. et al*;   * | | MAGISTRATE CHASEZ |
| 09-4717 *Lester Davis, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-4718 *Dawn Esposito, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-4719 *Jamie Basco, as Next Friend of E. W., a minor, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7075 *Casey Brown, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7076 *Casey Brown, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7078 *Brandon McNair, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7079 *Timothy Lyons, et al v. Gulf Stream Coach, Inc. et al*;   * | | |
| 09-7081 *Kahla Roach, as Next Friend of H. R., a minor, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7856 *Cynthia Abney, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7833 *Marguerite Jiles, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7831 *Cheryl Treaudo, as Next Friend of C. T., a minor, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7890 *George Burns, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7891 *LaSonia Davison, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7894 *Darris Moore, as Next Friend of A. M., a minor, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7893 *Von Duong, et al v. Gulf Stream Coach, inc., et al.*;   * | | |
| 09-7904 *Crystal Charles, et al v. Gulfstream Coach, Inc., et al.*;   * | | |
| 09-7903 *Linda Paz, et al v. Gulf Stream Coach, Inc., et al.*;   * | | |
| 09-7899 *Rena Robinson, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7895 *Raymond Brown, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7896 *Roxanne Kellum, et al v. Gulf Stream Coach, Inc., et al*;   * | | |
| 09-7925 *Stacy Allen, et al v. Gulf Stream Coach,*   * | | |

| | |
|---|---|
| Inc., et al; | * |
| 10-1282 *James Johnson, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-1281 *Marie Turner, et al v. Gulf Stream Coach, Inc., et al.*; | * |
| 10-1280 *Shera Borne, as Next Friend of J. S., a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2249 *Angela Pittman, as Next Friend of C.R, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2261 *Tanika Woods, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2246 *George Burns, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2229 *Wilma Necaise, as Representatvie of the Estate of Marvin Nacaise, deceased, et al v. Gulf Stream, Inc. et al*; | * |
| 10-2231 *Jessica Jackson, as Next Friend of D.B, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2232 *David Pujol, et al versus Gulf Stream Coach, Inc. et al*; | * |
| 10-2233 *Jessica Jackson, as Next Friend of D.B, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2234 *Carla Stevenson, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2297 *Joan Decourcy, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-2327 *Ashley Kelly, as Next Friend of G.B, a minor, et al v. Gulf Stream Coach, Inc., et al*; | * |
| 10-3639 *Ryan Branger, et al v. Gulf Stream Coach, Inc., et al.* | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion to Sever and in the Alternative to Transfer or Remand will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana on May 2, 2012, at 9:30 a.m. or as soon as thereafter as may be submitted.

Respectfully submitted:

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.

2

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of April, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3