## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

872

**Plaintiff** Ruth Strickland (200264)          **Address** 709 Killona Dr.
                                                          Killona, LA 70057

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff** Keyana Strickland (200436)          **Address** 709 Killona Dr.   Killona, LA 70057

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff** Terrence Lee (202821)          **Address** 4300 Lesseps Street  New Orleans , LA 70117

**Defendants**
   Forest River, Inc.
   Shaw Environmental, Inc

---

**Plaintiff** Gloria Lee (203131)          **Address** 6961 Edgefield Dr.  New Orleans, LA 70128

**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff** Jenae O'Connor (205168)          **Address** 9423 Fig St.  New Orleans, LA 70118

**Defendants**
   Forest River, Inc.
   Shaw Environmental, Inc

---

**Plaintiff** Edward Gabriel (205289)          **Address** 5409 Mandeville St.  New Orleans, LA 70122

**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**1**

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff** Edward Gabriel (205290)          **Address** 5409 Mandeville St.  New Orleans, LA 70122

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Paulette Gabriel (205291)          **Address** 5409 Mandeville  New Orleans, LA 70122

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Railan Gabriel (205292)          **Address** 5409 Mandeville  New Orleans, LA 70122

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Alycia Evans (205402)          **Address** 9423 Fig St.  New Orleans, LA 70118

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc

**Plaintiff** Herbert Strickland (205633)          **Address** 709 Killona Dr.  Killona, LA 70057

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Willie Strickland (205634)          **Address** 715 Killona Dr.  Killona, LA 70057

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** James Curtis (205654)          **Address** 4518 Feliciana Dr.  New Orleans, LA 70126

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Cleveland White (206610)                **Address** 614 1/2 Adam St  Killona, LA 70057

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Jamar Stockman (206659)                **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Inez Lazard (207618)                **Address** 3036 Eagle St.  New Orleans, LA 70118

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

**Plaintiff** Merlin Imgram (207629)                **Address** 1320 Paul Frederick  Luling, LA 70070

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Keiosha Imgram (207638)                **Address** 1320 Paul Fredrick St.  Luling, LA 70070

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Rochelle Spencer (210172)                **Address** 443 Smith St.  Hahnville, LA 70057

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Bradford Beard (210691)                **Address** 35072 Lawrence Road  Slidell, LA 70460

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Mary Spencer (210764)          **Address** 443 Smith St.  Hahnville, LA 70057

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Morris James (210798)          **Address** 386 Adams St.  Killona, LA 70057

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Elenora Crawford (211391)          **Address** 35072 Lawrence Road  Slidell, LA 70460

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Trenell Gilmore (211547)          **Address** 386 Adams St.  Killona, LA 70057

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Pamela Spiehler (213317)          **Address** 35285-Hwy 433  Slidell, LA 70460

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Anthony Spiehler (213318)          **Address** 35285 Hwy 433  Slidell, LA 70460

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Chadwick Jackson (213353)          **Address** 3156 Sweetgum  Harvey, LA 70058

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Edward Gines (213444)                    **Address** 2782 10th St.  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Danielle Gines (213445)                  **Address** 2782 10th St.  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Clara Gines (213446)                     **Address** 2782 10th St.  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Deborah Jackson (213481)                 **Address** 3156 Sweetgum  Harvey, LA 70058

**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc

**Plaintiff** Tiffanie Lee (213542)                    **Address** 108B E. Lagoon Drive  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Mandy Robinson (213559)                  **Address** 2331 8th Street  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Virginia Adams (213560)                  **Address** 121B Soniat  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Stephanie Thornton (213561)          **Address** 2450 7th Street  Slidell, LA 70458

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Mary Ray (213562)          **Address** 2450 7th Street  Slidell, LA 70458

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Jeanette Salter (213611)          **Address** 1333 Westlawn  Slidell, LA 70460

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Antonio Robinson (213612)          **Address** 2454 7th St.  Slidell, LA 70458

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Bernstine Faciane (213628)          **Address** 1715 West Hall  Slidell, LA 70460

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Russell Crawford (213630)          **Address** 2621 3rd St.  Slidell, LA 70458

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Dorothy Crawford (213631)          **Address** 2621 3rd St.  Slidell, LA 70458

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Sheila Miller (213684)          **Address** 58401 Barkerding Drive  Slidell, LA 70460

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Felicia Jackson (213733)          **Address** 2454 7th  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Deroderick Jackson (213734)          **Address** 2454 7th  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Girod Lewis (214276)          **Address** 4480 Ponhtrain #210  Slidell, LA 70460

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Darrell Jenkins (214305)          **Address** 1142 Public Street  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Patrice Jenkins (214418)          **Address** 1142 Public Steet  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Pattie Gomez, as Representative of the
Estate of Arthur Gomez, deceased
(214495)          **Address** 930 Fairbanks  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Denis Fricke (214575)          **Address** 1957 Barbara Dr.  Slidell, LA 70458

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Laura Crawford (214691)          **Address** 213 Cross Gates Blvd.  Slidell, LA 70460

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff** Reyon Albert (214710)          **Address** 232 Post St.  Killona, LA 70057

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff** Samuel Albert (214711)          **Address** 232 Post St.  Killona, LA 70057

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff** Carolyn Carter (214844)          **Address** 3301 DeArmas Street  New Orleans, LA 70114

**Defendants**
       Forest River, Inc.
       Shaw Environmental, Inc

**Plaintiff** Seebell Carter (214845)          **Address** 3301 DeArmas Street  New Orleans, LA 70114

**Defendants**
       Forest River, Inc.
       Shaw Environmental, Inc

**Plaintiff** Willie Carter (214846)          **Address** 3301 DeArmas Street  New Orleans, LA 70114

**Defendants**
       Forest River, Inc.
       Shaw Environmental, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff**  Georgette Castillion (214853)          **Address**  1470 Ridgecrest Drive  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sedonia Spencer (215083)          **Address**  443 Smith St.  Hahnville, LA 70057

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Irma Drake (215572)          **Address**  126 Turner Ave Lot 1  Boutte, LA 70039

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Charles Martin (215777)          **Address**  2629 8th St.  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Mary Martin (215781)          **Address**  2629 8th Street  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Carzell Williams (216082)          **Address**  306 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc

**Plaintiff**  Linda Williams (216095)          **Address**  306 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Terrence Ordene (216791)                **Address** 28040 Joe Road  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Rita Young (217094)                **Address** 1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Alexius Zenon (217102)                **Address** 28040 Joe Road  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Binh Nguyen (220336)                **Address** 14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Hoa Nguyen (220341)                **Address** 14001 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** James Torregano (221601)                **Address** 35573 Oak Ridge   Slidell, LA 70460

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Annette Williams, as Representative of        **Address** 28112 Bell Park  Lacombe, LA 70445
the Estate of Albert Marshall, deceased
(221829)

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff** Terrance Clark (221970)          **Address** 28016 Napoleon Road  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Pierre Clark (221971)          **Address** 2806 Napoleon Road  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Felicia Malter (222128)          **Address** 36176 Oceola  Slidell, LA 70459

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Louis Malter (222129)          **Address** 36176 Oceila Road  Slidell, LA 70459

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** ReElla Marshall (222135)          **Address** 28112 Bell Park Road  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Transia Perry (222176)          **Address** 27199 Price Alley  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sedonia Perry (222177)          **Address** 27199 Price Alley, Po. Box 501  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Sherman Williams (222253)          **Address** 28112 Bell park  Lacombe, LA 70445

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Annette Williams (222254)          **Address** 28112 Bell Park Road  Lacombe, LA 70445

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Tamiko Burrell (222315)          **Address** 1324 Paul Fredrick   Luling, LA 70070

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Charles Peterson (222423)          **Address** 27203 NW Price Alley Road  Lacombe, LA 70445

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Curtis Jones (222536)          **Address** 427 Kastmayer Ave  Slidell, LA 70458

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Betty Kreger (222541)          **Address** 427 Kostmayer Avenue  Slidell, LA 70458

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** John Melton (222550)          **Address** 3292 Carey Street  Slidell, LA 70458

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Michelle Melton (222551)          **Address** 3292 Carey Street  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Arrizola Stallworth (222595)          **Address** 27203 NW Price Alley Road  Lacombe, LA 70445

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Patti  Gomez , as Representative of the Estate of Arthur Gomez, deceased (222765)          **Address** 930 Fairbanks Street  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Patti Gomez (222766)          **Address** 930 Fairbanks Street  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Waren Torregano (223052)          **Address** 132 Kostmayer Avenue  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Anthony Young (223076)          **Address** 1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Albert Alexander (223466)          **Address** 2621 Jasmine Street  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff**  Augustine Alexander (223467)          **Address** 2621 Jasmine Street  New Orleans, LA 70122

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Mark Harvey (223757)          **Address** 5305 Hwy 39  Delcoux, LA 70040

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dwayne Sims (224140)          **Address** 2621 Jasmine Street  New Orleans, LA 70122

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Erin Young (224249)          **Address** 1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Rita Young (224251)          **Address** 1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Alfred Sarran (224278)          **Address** 3703 Arrowhead Dr  Slidell, LA 70459

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Joy Sarran (224279)          **Address** 3703 Arrowhead Dr  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Raymond Melerine (224314)          **Address** 46049 Hwy 445N  Saint Bernard, LA 70085

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Gilda Crawford (224711)          **Address** 35072 Lawrence Rd  Slidell, LA 70460

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Rhonda Encalade-Taylor (225025)          **Address** 2908 Oak Dr  Violet, LA 70092

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Archie Taylor (225027)          **Address** 2908 Oak Drive  Violet, LA 70092

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Stanley Encalade (225037)          **Address** 2908 Oak Drive  Violet, LA 70092

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Brian Williams (225316)          **Address** 4337 Sybil  New Orleans, LA 70122

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Howard, as Representative of          **Address** 8809 Colapissa St.  New Orleans, LA 70118
the Estate of Larry Gooden, deceased
(226182)

**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff** John Griffin (226205)          **Address** 37497 Lopez St.  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Linda Griffin (226206)          **Address** 37497 Lopez St  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Tranett Griffin (226209)          **Address** 3749 Lopez St  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Howard (226309)          **Address** 3713 Louisiana Parkway  New Orleans, LA 70115

**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Steven McCarter (226562)          **Address** 57377 Oak Ave  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Melodie Ordone  (230139)          **Address** 42040 Joe Road  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Jasper Bright (212763)          **Address** 2736 Clark  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Rhonda Bowens (213312)          **Address** 803 A. Schley St.  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

**Plaintiff** Torres Bright (213598)          **Address** 1633 Shylock Dr.  Slidell, LA 70461

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Jarrel Bowens (225831)          **Address** 803 Schley St.  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

**Plaintiff** Clifford Salter (226830)          **Address** 803 Schley St  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

**Plaintiff** Rose D'Aunoy (213730)          **Address** 642 Kostmayer Ave.  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Daniel Sonnier (220452)          **Address** 40 Madison Ave.  Chalmette, LA 70043

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Jan Rizzuto-Kinkella (226795)          **Address** 2072 Ames Blvd Lot B-10  Marrero, LA 70072

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Stephanie Adams (213359)     **Address** 121 B Soniat  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Jules Bodden (213447)     **Address** 2782 10th St.  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Daniel Boullion (222463)     **Address** 3292 Carey Street  Slidell, LA 70458

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Ronnie Brown (206914)     **Address** 614 1/2 Adam St.   Killona, LA 70057

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Arrizola Stallworth, as Next Friend of     **Address** 27203 NW Price Alley Road  Lacombe, LA
C.C, a minor (222474)     70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Arrizola Stallworth, as Next Friend of     **Address** 27203 NW Price Alley Road  Lacombe, LA
L.C, a minor (222475)     70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Lloyd Crawford (214693)     **Address** 213 Cross gate Blvd.  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff**  Sonya Cummings (215546)          **Address**  126 Turner Lot 1  Boutte, LA 70039

**Defendants**
>           Forest River, Inc.
>           CH2M Hill Constructors, Inc.

**Plaintiff**  Walter Drake (215573)          **Address**  126 Turner Lot 1  Boutte, LA 70039

**Defendants**
>           Forest River, Inc.
>           CH2M Hill Constructors, Inc.

**Plaintiff**  Alycia Evans, as Next Friend of S.E, a          **Address**  9423 FigStreet  New Orleans, LA 70118
minor (205405)

**Defendants**
>           Forest River, Inc.
>           Shaw Environmental, Inc

**Plaintiff**  Georgette Castillion, as Next Friend of          **Address**  1470 Ridgecrest Drive  Slidell, LA 70458
C.F, a minor (214574)

**Defendants**
>           Forest River, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Mary Martin, as Next Friend of J.G, a          **Address**  2629 8th Street  Slidell, LA 70458
minor (215600)

**Defendants**
>           Forest River, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Darlene Faciane, as Next Friend of K.          **Address**  35484 Laurent Road  Slidell, LA 70460
G, a minor (213751)

**Defendants**
>           Forest River, Inc.
>           Fluor Enterprises, Inc

**Plaintiff**  Cameron Hillhouse (222522)          **Address**  746 West Hall Avenue  Slidell, LA 70460

**Defendants**
>           Forest River, Inc.
>           Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Eric Hillhouse, as Next Friend of C.H, a minor (222523)   **Address** 743 West Hall Avenue  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Eric Hillhouse, as Representative of the Estate of Zakk Hillhouse, deceased (222525)   **Address** 743 West Hall Avenue  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Sonya Cummings, as Next Friend of A. J, a minor (215677)   **Address** 126 Turner Lot 1  Boutte, LA 70039

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Chadwick Jackson, as Next Friend of C.J, a minor (213694)   **Address** 3156 Sweetgum  Harvey, LA 70058

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Hilda Jackson (213691)   **Address** 3156 Sweetgum  Harvey, LA 70058

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Chadwick Jackson, as Next Friend of C.J, a minor (213482)   **Address** 3156 Sweetgum  Harvey, LA 70058

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Mary Martin, as Next Friend of K.K, a minor (215712)   **Address** 2629 8th Street  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Timothy Kinkella (226410)          **Address** 2092 Ames Rd.  Marrero, LA 70072

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** ReElla Marshall, as Next Friend of T.L., a minor (222107)          **Address** 28112 Bell Park Rd.  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Rella Marshall, as Next Friend of Z.L., a minor (222106)          **Address** 28112 Bell Park Road  Lacombe, LA 70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Tiffanie Lee, as Next Friend of A.L., a minor (213543)          **Address** 108B E. Lagoon Drive  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Stephanie Adams, as Next Friend of R. M, a minor (213360)          **Address** 121 B Soniat  Slidell, LA 70461

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sheila Miller, as Next Friend of J.M, a minor (213685)          **Address** 58401 Barkerding Drive  Slidell, LA 70460

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Sheila Miller, as Representative of the Estate of Jeanne Miller, deceased (213683)          **Address** 58401 Barkerding Drive  Slidell, LA 70460

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Andrew Narcisse (223996)          **Address** 5305 Hwy 39  Violet, LA 70092

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Sedonia Perry, as Next Friend of J.P, a          **Address** 27199 Price Alley  Lacombe, LA 70445
minor (222178)

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Arrizola Stallworth, as Next Friend of          **Address** 27203 NW Price Alley Road  Lacombe, LA
L.R, a minor (222572)                                      70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Arrizola Stallworth, as Next Friend of          **Address** 27203 NW Price Alley Road  Lacombe, LA
V.R, a minor (222573)                                      70445

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Feleicia Jackson, as Next Friend of D.          **Address** 2454 7th  Slidell, LA 70458
R, a minor (213736)

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Garval Scott (226851)          **Address** 709 Lockheed Dr.  trailer A#83  Kenner, LA
70062

**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc

**Plaintiff** Demond Sims (224139)          **Address** 2621 Jasmine Street  New Orleans, LA 70122

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff**  Eugene Spencer (222219)　　　　　　**Address**  28112 Bell Park Road  Lacombe, LA 70445

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Rochelle Spencer, as Next Friend of J.　**Address**  443 Smith St.  Hahnville, LA 70057
　　　　S, a minor (210169)

**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Rochelle Spencer, as Next Friend of J.　**Address**  443 Smith St.  Hahnville, LA 70057
　　　　S, a minor (210765)

**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Rochelle Spencer, as Next Friend of J.　**Address**  443 Smith St.  Hahnville, LA 70057
　　　　S, a minor (210170)

**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Rochelle Spencer, as Next Friend of R.　**Address**  443 Smith St.  Hahnville, LA 70057
　　　　S, a minor (210171)

**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Darlene Stockman (206658)　　　　　**Address**  614 1/2 Adam St.  Killona, LA 70057

**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Maria Strickland (200439)　　　　　**Address**  709 Killona Drive   Killona, LA 70057

**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff** Mark Strickland (200262)          **Address** 709 Killona Dr.   Killona, LA 70057

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Raymond  Taylor  (235432)          **Address** 1728 Wellington Dr.  Marrero, LA 70072

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Vernandell Taylor  (235433)          **Address** 1728 Wellington Drive  Marrero, LA 70072

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Stacy Thornton (213564)          **Address** 2450 7th Street  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Steven Thornton (213563)          **Address** 2450 7th Street  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Feleicia Jackson, as Next Friend of C.T,          **Address** 2454 7th  Slidell, LA 70458
a minor (213735)

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Erica Allen, as Next Friend of J.W, a          **Address** 43169 S. Airport Road  Hammond, LA 70431
minor (233052)

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Germaine Miller, as Next Friend of M. W, a minor (213284)  **Address** 43169 S. Airport Rd.  Hammond, LA 70403

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Raina Gabriel (205293)  **Address** 5409 Mandeville  New Orleans, LA 70122

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Edward Gabriel (205294)  **Address** 5409 Mandeville  New Orleans, LA 70122

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Patrice Jenkins, as Next Friend of O.J, a minor (214417)  **Address** 1142 Public Street  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Jasper Bright, as Next Friend of R.B, a minor (212724)  **Address** 2736 Clark  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Rose D'Aunoy, as Next Friend of A.R, a minor (213731)  **Address** P.O.Box 4074  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Inoka Salter (213313)  **Address** 803 B. Schley St  Slidell, LA 70458

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Inoka Salter, as Next Friend of M.S, a minor (213314)   **Address** 803 Schley St.  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Curtis Lundy (201198)   **Address** 2927 Spain St  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Joyce Gatlin (201830)   **Address** 41373 N. 11th St.  Ponchatoula, LA 70454

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Annell Deggins (223634)   **Address** 1544 Harrison Avenue  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Byron Ray (226755)   **Address** 208 Chess Dr.  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff**  Cedric Ray (226757)          **Address**  208 Chess Dr.  Slidell, LA 70458

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff**  Don  Ray (226758)          **Address**  208 Chess Dr.  Slidell, LA 70458

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff**  Erin Ray (226761)          **Address**  208 Chess Dr.  Slidell, LA 70458

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff**  Ashley Heim (225281)          **Address**  3420 W St. Roch Street  New Orleans, LA 70122

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff**  Anthony Jordan (201354)          **Address**  41373 N. 11th St.  Ponchatoula, LA 70454

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No.  09-4713

**Plaintiff** Zairana  Jordan (201357)　　　　　　**Address** 41373 N. Iith St.  Ponchatoula, LA 70454


**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.