## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

1242

**Plaintiff**  Albert  Williams (202565)          **Address**  122 West St. Peter  Belle Chasse, LA 70037

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sean Evans (205404)          **Address**  9423 Fig St.  New Orleans, LA 70118

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Kenneth Gaines (211639)          **Address**  3850 Pauger St.  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Sheba Gaines (211640)          **Address**  3850 Pauger St.  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Ricky Salter (213720)          **Address**  1333 West Lawn Drive  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Steven Salter (213721)          **Address**  1333 West Lawn Drive  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**2**

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Frances Brown (214812)                    **Address**  2839 Lincoln Avenue  Slidell, LA 70458

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Eric Hillhouse (222524)                    **Address**  743 West Hall Avenue  Slidell, LA 70460

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Brenda Hillhouse (222780)                  **Address**  743 West Hall Avenue  Slidell, LA 70460

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  My Huynh (223795)                          **Address**  14000 Dwyer New Loc C09  New Orleans, LA 70122

**Defendants**
  Forest River, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Farrell Ziegler (230508)                   **Address**  35080 Laurent rd.  Slidell, LA 70460

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Mark Andrews (224687)                      **Address**  1918 N. Tonti St.  New Orleans, LA 70119

**Defendants**
  Forest River, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Garval Scott, as Next Friend of J.A, a     **Address**  709 Lockheed Dr.  Kenner, LA 70062
minor (225752)

**Defendants**
  Forest River, Inc.
  Shaw Environmental, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Nicholas Beard (214773)          **Address** 2839 Lincoln Avenue  Slidell, LA 70458

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Sherman Brown (225866)          **Address** 2211 St. Bernard Hwy   Violet, LA 70092

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Frances Cadwell (237355)          **Address** 3340 Blanco Dr  Slidell, LA 70458

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Bryant Collins, Sr., as Next Friend of          **Address** 5733 Citrus Blvd.  Harahan, LA 70123
     B.C, a minor (237665)

**Defendants**
     Forest River, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  Bryant Collins (237664)          **Address** 5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
     Forest River, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  James Curtis, as Next Friend of C.C, a          **Address** 4518 Feliciana Dr  New Orleans , LA 70126
     minor (205597)

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Fara Delaney (205380)                    **Address**  5409 Mandeville   New Orleans, LA 70122

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Joshua Delaughter (237280)              **Address**  66010 Hwy 41 Spur  Pearl River, LA 70452

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Tranett Griffin, as Next Friend of R.D,   **Address**  37497 Lopez Drive  Slidell, LA 70458
a minor (237438)

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Miranda Duplessis (237917)              **Address**  1944 Lisa Drive  Chalmette, LA 70043

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Antoine Duplessis (237915)              **Address**  1944 Lisa Drive  Chalemette, LA 70043

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Yolanda Duplessis (237919)              **Address**  1944 Lisa   Chalmette, LA 70043

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Johnnisha Johnson (226353)              **Address**  2408 Highlander Dr.  Violet, LA 70092

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff** Katrise Mitchell (206863)          **Address** 614 1/2 Adam St.   Killona, LA 70057

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Sarah Melton (223278)          **Address** 3292 Carey Street  Slidell, LA 70458

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Kimeta Riley, as Next Friend of K.R, a          **Address** 10249 N. Hardy Street  New Orleans, LA 70127
minor (238253)

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Kineta Riley, as Next Friend of K.R, a          **Address** 10249 N. Hardy Street  New Orleans, LA 70127
minor (238256)

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Nyasha Smith, as Next Friend of R.S, a          **Address** 3722 Louisa Street  New Orleans, LA 70126
minor (226790)

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Blake Rizzuto (226794)                    **Address**  2072 Ames Blvd  Marrero, LA 70072

**Defendants**
>        Forest River, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Johnny Stockman (207632)                    **Address**  614 1/2 Adam St.   Killona, LA 70057

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Walter Stockman (207634)                    **Address**  614 1/2 Adam St.   Killona, LA 70057

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Lionel Strickland (200438)                    **Address**  709 Killona Dr.   Killona, LA 70057

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

**Plaintiff**  Clinton Stucke (237282)                    **Address**  66010 hwy 41 Spur  Pearl River, LA 70452

**Defendants**
>        Forest River, Inc.
>        Fluor Enterprises, Inc

**Plaintiff**  Jeannette Stucke (237281)                    **Address**  66010 Hwy 41 Spur  Pearl River, LA 70452

**Defendants**
>        Forest River, Inc.
>        Fluor Enterprises, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

| | | |
|---|---|---|
| **Plaintiff** | Rikita Alexander, as Next Friend of M. T, a minor (200316) | **Address** 2 Summerton Dr. #384  St. Rose, LA 70087 |

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

| | | |
|---|---|---|
| **Plaintiff** | Raymond Taylor (234533) | **Address** 1728 Wellington Drive  Marrero, LA 70072 |

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

| | | |
|---|---|---|
| **Plaintiff** | Brandy Scherick, as Next Friend of L. T, a minor (226969) | **Address** 66231 Chris Kenneelyrd  Pearl River, LA 70452 |

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** | Georgia Tillison, as Next Friend of G. T, a minor (237661) | **Address** 117 Silverwood Drive   Slidell, LA 70461 |

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** | Georgia Tillison (237657) | **Address** 117 Silverwood Dr  Slidell, LA 70461 |

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** | Inna Tillison (237658) | **Address** 117 Silverwood Dr  Slidell, LA 70461 |

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** | Larry Tillison (237542) | **Address** 62159 N. 4th Street  Pearl River, LA 70452 |

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff** Debra Williams, as Next Friend of D. W, a minor (210123)   **Address** 443 Smith St.  Hahnville, LA 70057

**Defendants**
 Forest River, Inc.
 CH2M Hill Constructors, Inc.

---

**Plaintiff** Unetra William (238221)   **Address** 41662 Hwy 190 E  Slidell, LA 70461

**Defendants**
 Forest River, Inc.
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Constructors, Inc.

---

**Plaintiff** Debra Williams (210057)   **Address** 443 Smith St.  Hahnville, LA 70057

**Defendants**
 Forest River, Inc.
 CH2M Hill Constructors, Inc.

---

**Plaintiff** Carzell Williams, as Next Friend of D. W, a minor (216085)   **Address** 306 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
 Forest River, Inc.
 Shaw Environmental, Inc

---

**Plaintiff** Gabriel Williams (207633)   **Address** 614 1/2 Adam St.   Killona, LA 70057

**Defendants**
 Forest River, Inc.
 CH2M Hill Constructors, Inc.

---

**Plaintiff** Carzell Williams (216083)   **Address** 306 Avondale Garden Rd.  Avondale, LA 70094

**Defendants**
 Forest River, Inc.
 Shaw Environmental, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Wilson Beamon (238571)                    **Address**  3218 Hamilton St  New Orleans, LA 70118

**Defendants**
       Forest River, Inc.
       Shaw Environmental, Inc

**Plaintiff**  Oscar Garcia (237659)                    **Address**  117 Silver Wood Drive  Slidell, LA 70461

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Obadiah Mitchell (201048)                    **Address**  41373 N. 11th St.  Ponchatoula, LA 70454

**Defendants**
       Forest River, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Constructors, Inc.