## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

1243

**Plaintiff** Tomeika Williams (202722)  **Address** 246 Cynthia Circle #21  Laplace, LA 70086

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Albert Williams (202565)  **Address** 122 West St. Peter  Belle Chasse, LA 70037

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Reyon Albert, as Next Friend of C.A, a minor (214709)  **Address** 232 Post St  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Roxannie Bailey, as Next Friend of A.B, a minor (239299)  **Address** 2004 Ashley Drive  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Raven Biggs, as Next Friend of D.B, a minor (211834)  **Address** 386 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Jada Bailey (200109)  **Address** 709 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT
3

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Roxanne Bailey (239465)     **Address** 3004 Ashley Drive  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tiffany Baptiste, as Next Friend of R.B, a minor (239848)     **Address** 515 Paul Frederick  Lulling , LA 70070

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tiffany Baptiste, as Next Friend of R.B, a minor (239847)     **Address** 515 Paul Frederick St.  Lulling, LA 70070

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tiffany Baptiste, as Next Friend of R.B, a minor (239844)     **Address** 515 Paul Fredrick  Lulling, LA 70070

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tiffany Baptiste (239843)     **Address** 515 Paul Fredrick St.  Lulling, LA 70070

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Peggy Burns (239033)     **Address** 7214 Mistle Toe Street  Metairie, LA 70003

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Arian Batiste (239282)     **Address** 27203 Price Alley Rd., Midison St. Slidell, LA 70460  Lacombe, LA 70445

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff**  Raven Biggs (211859)  **Address**  386 Adam St.  Killona, LA 70057

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Juanita Bright (239877)  **Address**  2736 Clark St  Slidell, LA 70459

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Wilfred Drake (215574)  **Address**  126 Turner Lot 1  Boutte, LA 70039

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Cheryl Passaro, as Next Friend of B.D, a minor (239443)  **Address**  3708 Arrowhead Drive  Slidell, LA 70458

**Defendants**
  Forest River, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Danny Giardina (239541)  **Address**  226 Coin Du Lestin Drive  Slidell, LA 70460

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Loren Giardina (239665)  **Address**  226 Coin Do Lestin Dr  Slidell, LA 70460

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Mary Giardina (239539)  **Address** 70460 Coin Du Lestin Drive  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ross Giardina (239667)  **Address** 226 Coin Du Lestin Dr  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Eric Gilmore (211545)  **Address** 386 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Linda Griffin, as Next Friend of R.G, a minor (226208)  **Address** 37497 Lopez St  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Charles Harris (215650)  **Address** 709 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Keisoha Ingram, as Next Friend of J.I, a minor (207640)  **Address** 1320 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Early-Larry James (212493)  **Address** 386 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Katona James (212494)     **Address** 386 Adam St. Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Jessica Mistretta, as Next Friend of J.H, a minor (238912)     **Address** 6066 Pasteur Blvd New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Keiosha Ingram, as Next Friend of K.J, a minor (207639)     **Address** 1320 Paul Fredrick St. Luling, LA 70070

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Carlos Larkin (239331)     **Address** 925 Mariest Kenner, LA 70062

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Deborah Larkin (239330)     **Address** 725 Maria Street Kenner, LA 70062

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Dezmeon Leonard (206815)     **Address** 614 1/2 Adam St. Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Clarence Lucas (208890)     **Address** 709 Killona Dr.  Killona, LA 70057

**Defendants**
- Forest River, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Sherman Brown, as Next Friend of S. M, a minor (238987)     **Address** 2211 St. Bernard Hwy  Meraux, LA 70075

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Annette Marshall, as Representative of the Estate of Albert Marshall, deceased (239515)     **Address** 28112 Bellpark Rd.  Lacombe, LA 70445

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

**Plaintiff** ReElla Marshall (239396)     **Address** 28112 Bell Park Road  Lacombe, LA 70445

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Cheryl Passaro, as Next Friend of S.M, a minor (239502)     **Address** 1334 West Lawn Drive  Slidell, LA 70460

**Defendants**
- Forest River, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Jessica Mistretta (238915)     **Address** 6066 Pastear Bvld  New Orlenas, LA 70122

**Defendants**
- Forest River, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Ethel Mitchell (206861)     **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Yvonne Mitchell (214164)     **Address** 232 Post St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Terrence Ordone, as Next Friend of G. O, a minor (230140)     **Address** 28040 Joe Road  Lacombe, LA 70445

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Passaro (239512)     **Address** 3708 Arrowhead Drive  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Cheryl Passaro, as Representative of the Estate of John Passaro, deceased (238823)     **Address** 1334 West Lawn Rd.  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Keely Pohlmann, as Next Friend of A. P, a minor (239388)     **Address** 3298 Reine Ave.  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Keely Pohlmann, as Next Friend of A. P, a minor (239374)   **Address** 3298 Reine Ave  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jeffery Pohlmann (239511)   **Address** 3298 Reine Avenue  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jeffery Pohlmann (239694)   **Address** 3298 Reine Ave  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Patricia Ray, as Next Friend of C.R, a minor (226756)   **Address** 208 Chess Dr.  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Donovan Ray (226759)   **Address** 208 Chess Dr.  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Patricia Ray (226762)   **Address** 208 Chess Dr  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Leslie Robsinson, as Next Friend of D.R, a minor (239164)  **Address** 1524 Mayfield Street  Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Leslie Robinson, as Next Friend of I.R, a minor (239166)  **Address** 1524 May Field Street  Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Leslie Robinson (239288)  **Address** 1524 Mayfield St.  Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Tiffany Baptiste, as Next Friend of R.S, a minor (239862)  **Address** 515 Paul Fredrick St.  Luling, LA 70070

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Carlee Simon (238921)  **Address** 6117 Franklin Ave.  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Bertrand Smith (207562)  **Address** 694 Killona Dr.  Killona, LA 70060

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Keara Thomas (200346)  **Address** 709 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Elizabeth Washington (202452)　　**Address** 709 Killona Dr  Killona, LA 70057

**Defendants**
　Forest River, Inc.
　CH2M Hill Constructors, Inc.

**Plaintiff** Jessica Mistretta, as Next Friend of J. W, a minor (238913)　　**Address** 6066 Pasteur Blvd.  New Orleans, LA 70122

**Defendants**
　Forest River, Inc.
　Shaw Environmental, Inc
　Fluor Enterprises, Inc
　CH2M Hill Constructors, Inc.

**Plaintiff** Charmaine Brooks, as Next Friend of N.W, a minor (206631)　　**Address** 614 1/2 Adam St.  Colony, LA 70057

**Defendants**
　Forest River, Inc.
　CH2M Hill Constructors, Inc.

**Plaintiff** Bonnie Woods (206632)　　**Address** 709 Killona Dr.  Killona, LA 70057

**Defendants**
　Forest River, Inc.
　CH2M Hill Constructors, Inc.

**Plaintiff** Corey Pohlmann (239375)　　**Address** 3298 Reine Ave.  Slidell, LA 70458

**Defendants**
　Forest River, Inc.
　Fluor Enterprises, Inc

**Plaintiff** Keely Pohlmann (239689)　　**Address** 3298 Reine Ave.  Slidell, LA 70458

**Defendants**
　Forest River, Inc.
　Fluor Enterprises, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No. 09-7072

**Plaintiff** Laura Pohlmann (239366)     **Address** 3298 Reine Ave.  Slidell, LA 70458

**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc