## Chiquita Acker, et. al. vs. Forest River, Inc., et. al.
### Original Civil Action No. 09-7857

1331

| | | | |
|---|---|---|---|
| **Plaintiff** | Shan Arkle (216280) | **Address** | 1248 Callery St.  Slidell, LA 70461 |

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Darlene Faciane (213750) | **Address** | 35484 Laurent Road  Slidell, LA 70460 |

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Kenneth Faciane (213655) | **Address** | 35484 Laurent Road  Slidell, LA 70460 |

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Darlene Faciane, as Next Friend of K. G, a minor (213752) | **Address** | 35484 Laurent Road  Slidell, LA 70460 |

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | John Lee (213541) | **Address** | 108B E. Lagoon Drive  Slidell, LA 70461 |

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Rashad Montgomery (200887) | **Address** | 4555 Werneck  New orleans  New Orleans, LA 70126 |

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

PLAINTIFF'S EXHIBIT
4

Chiquita Acker, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7857

**Plaintiff** Rejean Robertson (200540)    **Address** 2927 Spain St. New Orleans, LA 70122

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc