Mary Wilkerson, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7855

1332

**Plaintiff**  Anthony Young (217093)     **Address**  1418 Admiral Nelson Dr.   Slidell, LA 70461

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Erin Young (217095)     **Address**  1418 Admiral Nelson Dr.   Slidell, LA 70461

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 5