## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

1388

**Plaintiff**  Rikita Alexander, as Next Friend of J. A, a minor (200220)     **Address**  2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Rikita Alexander (200223)     **Address**  2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Lynnard Paul (200842)     **Address**  P.O. Box 1064  Hahnville, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brian Steward (200413)     **Address**  709 Killona Dr  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brian Steward, as Next Friend of J.S, a minor (200414)     **Address**  709 Killona Dr  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Larry Thompson (200437)     **Address**  607 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT 6

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff** Odile Strickland (200263)  **Address** 719 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Henry  Strickland (200265)  **Address** PO Box 990  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Candice Lee (203130)  **Address** 4300 Lesseps St  New Orleans, LA 70117

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Annette Harris (205335)  **Address** 9423 Fig Street  New Orleans, LA 70118

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Keisha Moore, as Next Friend of K.M, a minor (205674)  **Address** 1581 Iberville  New Orleans, LA 70112

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Keisha Moore, as Next Friend of D.M, a minor (205675)  **Address** 1581 Iberville  New Orleans, LA 70112

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Barbara Moore (205676)  **Address** 1581 Iberville St.  New Orleans, LA 70112

**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Donyell Stipe, as Next Friend of J.D, a minor (205690)  **Address** 309 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donyell Stipe, as Next Friend of J.D, a minor (205691)  **Address** 309 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Eileen Bradley (205612)  **Address** 309 Killona Dr  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Javonda Augusta (205655)  **Address** 4518 Feliciana Dr.  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Danielle Stipe (206656)  **Address** 614 Adam  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charmaine Brooks (206908)  **Address** 614 1/2 Adam St.  Colony, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gerry Brooks (206909)  **Address** 614 1/2 Adam St.  Colony, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

## Rikita Alexander, as Next Friend of J. A., a minor, et. al. vs. Forest River, Inc., Original Civil Action No. 09-7889

**Plaintiff** LaResha Leonard (206816)  **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Katrise Mitchell, as Next Friend of T. M, a minor (206864)  **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Katrise Mitchell, as Next Friend of J.M, a minor (206862)  **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Harold Williams (207490)  **Address** 614 1/2 Adams St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Denise Fisher (207616)  **Address** 3036 Eagle St.  New Orleans, LA 70118

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Pauline Williams, as Representative of the Estate of Timothy Stockman, deceased (207631)  **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Pauline Williams (207635)  **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

## Rikita Alexander, as Next Friend of J. A., a minor, et. al. vs. Forest River, Inc., Original Civil Action No. 09-7889

**Plaintiff** Patrick Joseph (207636)  **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Patrick Joseph, as Next Friend of A.J, a minor (207637)  **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Raymond Williams (207561)  **Address** 694 Killona Dr.  Killona, LA 70060

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Demetrice Williams (207563)  **Address** 694 Killona Dr.  Killona, LA 70060

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Shaneiqua Williams (207564)  **Address** 694 Killona Dr.  Killona, LA 70060

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Roxanne Mc Daniel (207517)  **Address** 702 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Debra Williams, as Next Friend of T.L, a minor (209595)  **Address** 443 Smith St.  Hahnville, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

## Rikita Alexander, as Next Friend of J. A., a minor, et. al. vs. Forest River, Inc., Original Civil Action No. 09-7889

**Plaintiff** Trenell Gilmore, as Next Friend of E.G, a minor (211546)  **Address** 386 Adam St. Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Trenell Gilmore, as Next Friend of E.G, a minor (211548)  **Address** 386 Adam St. Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Brion James (212492)  **Address** 386 Adam St. Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Shandralette Johnson (212407)  **Address** 3850 Pauger St. New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Albert Matthews (212397)  **Address** 3850 Pauger St. New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nora Roche (212216)  **Address** 3850 Pauger St. New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jasper Bright, as Next Friend of J.B, a minor (212762)  **Address** 2736 Clark Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al. vs. Forest River, Inc., Original Civil Action No. 09-7889

**Plaintiff** Corey Coleman (212815)      **Address** 614 1/2 Adam St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Germaine Miller (213056)      **Address** 43169 S. Airport Rd.  Hammond, LA 70403

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Inoka Salter, as Next Friend of C.M, a minor (213315)      **Address** 803 Schley St.  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Chad Oubre (214892)      **Address** 232 Post St.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Gayle Hill (215665)      **Address** 126 Turner Lane  Boutte, LA 70039

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Norris Hill (215666)      **Address** 126 Turner Lane  Boutte, LA 70039

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Bertha Casnave (221957)      **Address** 28244 Sherry Sweet Shop Rd  Lacombe, LA 70445

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Ernest Casnave (221958)  **Address**  28244 Sherry Sweet Shop Rd  Lacombe, LA 70445

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Stacy Andrews (224686)  **Address**  1918 N. Tonti Street  New Orleans, LA 70119

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff**  Cinyel Dent (226047)  **Address**  3722 Louisa Street  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Cinyel Dent, as Next Friend of K.D, a minor (226048)  **Address**  3722 Louisa Street  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  John Johnson (226354)  **Address**  2408 Highlander Dr.  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Ricky  Kinkella (226408)  **Address**  2092 Ames Rd.  Marrero, LA 70072

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Yahshikar Parlow, as Next Friend of E. P, a minor (226685)  **Address**  3722 Louisa Street  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Yahshikar Parlow, as Next Friend of J. P, a minor (226686)  **Address**  3722 Louisa Street  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Yahshikar Parlow, as Next Friend of N. P, a minor (226687)  **Address**  3722 Louisa Street  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Albert  Smith (226888)  **Address**  3722 Louisa  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Darrin Smith (226895)  **Address**  3722 Lousinisa  New Orleans, LA 70126

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff** Frank Trapane (231287) **Address** 2813 E St. 13 Hwy  Meraux, LA 70075

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Erica Allen, as Next Friend of D.K, a minor (233056) **Address** 43169 S. Airport Road  Hammond, LA 70403

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dwanda Jones, as Next Friend of A.J, a minor (233272) **Address** 1952  Laura  Drive  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dwanda Jones, as Next Friend of A.J, a minor (233273) **Address** 3217 Daniel Drive  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dwanda Jones, as Next Friend of D.J, a minor (233274) **Address** 3217 Daniel Drive  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dwanda Jones, as Next Friend of D.J, a minor (233275) **Address** 3217 Daniel Drive  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dwanda Jones (233276) **Address** 3217 Daniel Drive  Vilolet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al. vs. Forest River, Inc., Original Civil Action No. 09-7889

**Plaintiff** Marcus Taylor (234534)     **Address** 1728 Wellington Drive  Marrero , LA 70072

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Alan Wolfe, as Next Friend of S.W, a minor (237277)     **Address** 934 W. Hall Ave  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Frances Cadwell, as Next Friend of K. F, a minor (237351)     **Address** 3340 Blanco Drive   Slidell , LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michelle Oakes (237352)     **Address** 3340 Blanco Dr  Slidell , LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Frances Cadwell, as Next Friend of V. F, a minor (237353)     **Address** 3340 Blanco Dr  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michael Heiner (237354)     **Address** 3340 Blanco Dr  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Mason Metz (237676)     **Address** 934 W. Hall Ave  Sidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff** Julia Carter (237666)  **Address** 5733 Citrus Blvd.  Harahan, LA 70123

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Kathryn Tillison (237677)  **Address** 62519  N 4th St  Pearl River , LA 70452

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Clara Beamon (237932)  **Address** 3218 Hamilton St  New Orleans, LA 70118

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Ronald Riley (238243)  **Address** 10279 N. Hardy Street  New Orleans, LA 70127

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Tyron Causey (238259)  **Address** 41662 Hwy 190 E  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Jane Jacobs, as Representative of the Estate of Nettie Johnson, deceased (238551)  **Address** 43169 Airport Rd  Hammond, LA 70403

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No. 09-7889

**Plaintiff**  Orlando Brown (238633)  **Address** 1944 Lisa   Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Anthony Banks (238646)  **Address** 1524 May Field  Kenner, LA 70062

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff**  Alvin Morrison (239032)  **Address** 7214 Mistle Toe Street  Metairie, LA 70053

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff**  Roxanne Bailey, as Next Friend of M. B, a minor (239549)  **Address** 3004 Ashley Dr.  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Tanya Givens (241817)  **Address** Po Box 56  Gibson, LA 70356

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Dallas Lane (242201)  **Address** 3570 Bennett St.  New Orleans, LA 70131

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.