## Gerald Byron, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

1389

**Plaintiff** Roy Oliney (242829) **Address** 3151 Utah St Kenner , LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Shemeira Cook-Suazo (242826) **Address** 3745 W. Louisiana State Dr. Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Casey McLemore, as Next Friend of R. L, a minor (242813) **Address** 207 5th St. Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Casey McLemore, as Next Friend of A. M, a minor (242809) **Address** 201 5th St. Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Robert Lane (242803) **Address** 201 5th Street Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Mattie Oliney (242770) **Address** 3151 Utah Street Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

PLAINTIFF'S EXHIBIT
7

## Gerald Byron, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

**Plaintiff** Casey McLemore (242778) **Address** 201 5th Street Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Diane Dede (243701) **Address** 327 Fir St. Laplace, LA 70068

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Ernest Dede (243699) **Address** 327 Fir St. Laplace, LA 70068

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Perry Collins (243708) **Address** 7812 Mistole Street Metairie, LA 70003

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Casey McLemore , as Next Friend of B.L, a minor (243730) **Address** 201 Fifth St. Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marguerite Brooks (244319) **Address** 14365 Hwy 23 Belle Chasse, LA 70037

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** John Huderson (244465) **Address** 2165 Wellington Lane Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

## Gerald Byron, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

**Plaintiff** Jacqueline Brown-Huderson (244464) **Address** 2165 Wellington Lane Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jacqueline Brown-Huderson, as Next Friend of J.H, a minor (244463) **Address** 2165 Wellington Lane Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Torrey Jones (244558) **Address** 2165 Wellington Lane Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tyler Jones (244606) **Address** 2165 Wellington Lane Slidell , LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jovanne Sinkler (245016) **Address** 1408 Montgomery Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Clifford Brooks (245157) **Address** 14365 Hwy 23 Belle Chasse, LA 70037

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Enma Mejia, as Next Friend of K.M, a minor (245562) **Address** 3745 West Louisiana Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

## Gerald Byron, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

**Plaintiff** Jorge Mejia (245567) **Address** 3745 W. Louisiana Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Kenisha Mathieu, as Next Friend of K. M, a minor (246019) **Address** 13143 Cherbourg St. New Orleans, LA 70129

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kenisha Mathieu, as Next Friend of K. M, a minor (246018) **Address** 13143 Cherbourg St. New Orleans, LA 70129

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kenisha Mathieu (246017) **Address** 13143 Cherbourg St. New Orleans, LA 70129

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Roy Jackson (246089) **Address** 3151 Utah Street Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Enma Meija (246850) **Address** 3745 W Louisiana Dr Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Jose Suazo (246851) **Address** 3745 W. Louisiana Drive Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

## Gerald Byron, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

**Plaintiff** Tara Taylor (246896) **Address** 951 Shakespeare Court Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** JoAnn Diggs (246987) **Address** 315 Maple St. Boutte, LA 70039

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Adrienne Jones, as Next Friend of M.R, a minor (246988) **Address** 164 East Bellevue Rd. Port Sulphur, LA 70083

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Adrianne Jones (246989) **Address** 164 E. Bellevue Port Sulphur, LA 70083

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Karen Decoux (247486) **Address** 951 Shakespeare court Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nikita Taylor (247487) **Address** 951 Shakespeare Court Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Isiah Cole (247488) **Address** 951 Shakespear Court Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

Gerald Byron, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

**Plaintiff** Phillis Johnson (247496) **Address** 4574 Cerise Ave. New Orleans, LA 70127

**Defendants**

Forest River, Inc.
Fluor Enterprises, Inc