8

**Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.**
Original Civil Action No.  09-7835

1390

**Plaintiff**  Emma Medina (251037)     **Address**  3745 W. Louisana  Kenner, LA 70065

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT
8