## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

1603

**Plaintiff**  Cherlyn Rogers (215945)　　　　　**Address**  306 Avondale Gardon Rd.  Avondale, LA 70094

**Defendants**
　　Forest River, Inc.
　　Shaw Environmental, Inc

**Plaintiff**  Myron Rogers (215947)　　　　　**Address**  306 Avondale Gardon Rd.  Avondale, LA 70094

**Defendants**
　　Forest River, Inc.
　　Shaw Environmental, Inc

**Plaintiff**  Cabeina Watson (225310)　　　　　**Address**  3713 Louisiana Pkwy  New Orleans, LA 70156

**Defendants**
　　Forest River, Inc.
　　Shaw Environmental, Inc

**Plaintiff**  Daniel Watson (225311)　　　　　**Address**  3713 Louisiana Pkwy  New Orleans, LA 70156

**Defendants**
　　Forest River, Inc.
　　Shaw Environmental, Inc

**Plaintiff**  Eugene Watson (225312)　　　　　**Address**  3713 Louisiana Pkwy  New Orleans, LA 70156

**Defendants**
　　Forest River, Inc.
　　Shaw Environmental, Inc

**Plaintiff**  Sabrina Watson (225313)　　　　　**Address**  New Orleans, LA 70156

**Defendants**
　　Forest River, Inc.
　　Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT 9

## Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-1265

**Plaintiff** Sabrina Watson, as Next Friend of S.W, a minor (225314) **Address** 3713 Louisana Pkwy  New Orleans, LA 70156

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Warnette Journee (244941) **Address** 4823 Camp Street  New Orleans, LA 70115

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Ernest Smith, as Next Friend of J.S, a minor (244969) **Address** 4823 Camp St.  New Orleans, LA 70115

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Ernest Smith (244970) **Address** 4823 Camp St.  New Orleans, LA 70115

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Ernest Smith, as Next Friend of E.S, a minor (244971) **Address** 4823 Camp St.  New Orleans , LA 70115

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Sean Evans, as Next Friend of B.E, a minor (205403) **Address** 9423 Fig St.  New Orleans, LA 70118

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Lionel Sims (246104) **Address** 3151 Utah St.  Kenner, LA 70065

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

## Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-1265

**Plaintiff** Rikita Alexander, as Next Friend of D. T, a minor (200300)  **Address** 2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Rikita Alexander, as Next Friend of M. T, a minor (200318)  **Address** 2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Faith Trask (245015)  **Address** 1408 Montgomery  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Mishawn Trask (245162)  **Address** 1408 Montgomery Blvd  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Eddie Trask (251519)  **Address** 1408 Montgomery  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dawn Trapane (231288)  **Address** 2813 E St. 13 Hwy  Meraux, LA 70075

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Brandon Trapane (231289)  **Address** 2813 E St. 13 Hwy  Meraux, LA 70075

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No. 10-1265

**Plaintiff** Gary Tillison (237302)  **Address** 117 Silverwood dr  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Nettie Victor (237409)  **Address** 62177 North Third St  Pearl River, LA 70452

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ellen McDonald (237501)  **Address** 934 W. Hall Ave  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Regina Albin (237521)  **Address** 934 W. Hall Ave  Slidell, LA 70458

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Alan Wolfe (237653)  **Address** 934 W. Hall Ave  Slidell, LA 70460

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Merina Tillison (237660)  **Address** 117 Silverwood Drive   Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Leo Jones (201343)  **Address** Packham Trailer Park E. St. Bernard Hwy.  New Orleans, LA 70175

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff** Dominque Johnson (201459)  **Address** 2608 Mary Ann Trailer Park, Lot 33  Meraux, LA 70075

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Asha Clements (202287)  **Address** 2608 Mary Ann Trailer, Lot 33  Meraux, LA 70075

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Brandy Schenck, as Next Friend of S.S, a minor (226841)  **Address** 66231 Chris Kennedy Rd  Pearl River, LA 70452

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Christopher Johnson (201454)  **Address** 715 Killona Dr.  Killona, LA 70057

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Rashad Riley (226789)  **Address** 5616 Peoples  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Brenda Riley (238222)  **Address** 41662 Hwy 190 E  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Kimeta Riley, as Next Friend of R.R, a minor (238223)  **Address** 10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-1265

**Plaintiff** Kimeta Riley (238228) **Address** 10249 N. Hardy Street  New Orleans, LA 70127

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Arlene Batt (238229) **Address** 41662 Hwy 190E  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Keith Riley (238252) **Address** 41662 Hwy 190 E  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Coey Robertson (200535) **Address** 2927 Spain St  New Orleans, LA 70122

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Clarence Wilson (205506) **Address** 9423 Fig St.  New Orleans, LA 70118

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

**Plaintiff** Annamarie Coble (216393) **Address** 1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Mamie Lopez (216697) **Address** 1418 Admiral Nelson Dr.  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-1265

**Plaintiff** Ashley Sonnier, as Next Friend of J.S, a minor (216943)   **Address** 40 Maddison Avenue  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Annamarie Coble, as Next Friend of N.Y, a minor (217091)   **Address** 1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Marcus Young (217092)   **Address** 1418 Admiral Nelson  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michael Bernard, as Next Friend of K.B, a minor (220031)   **Address** 40 Maddison Ave.  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michael Bernard (220032)   **Address** 40 Maddison Ave.  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Paula Bernard (220033)   **Address** 49 Maddison Ave.  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jessica Sonnier (220453)   **Address** 40 Maddison Ave.  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-1265

**Plaintiff** Marcus Young (223077)    **Address** 1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Anna/Marie Coble (223595)    **Address** 1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Anna Cobla, as Next Friend of N.Y, a minor (224250)    **Address** 1418 Admiral Nelson Dr  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Mia Johnson (226357)    **Address** 2408 Highlander Dr.  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** John Johnson (226361)    **Address** 2408 Highlander  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Brandy Schenck (226840)    **Address** 66231 Chris Kennedy Rd  Pearl River, LA 70452

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Shelton Thornton (226970)    **Address** 66231 Chris Kennedy Rd.  Pearl River, LA 70452

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc