## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
### Original Civil Action No. 10-2184

1737

**Plaintiff**  Bernell Clements (202288)     **Address**  2608 Mary Ann Trailer, Lot 33  Mareaux, LA 70044

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Rudolph Williams (202567)     **Address**  2608 Maryann Trailer Lot #33  Meraux, LA 70075

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Tamika Santiago (202765)     **Address**  2608 Mary Ann  Chalmette, LA 70092

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Laquetta Cole, as Next Friend of B.s, a minor (202766)     **Address**  Packham Trailer Park E. St. Bernard Hwy  Meraux, LA 70075

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Bernard Santiago (202767)     **Address**  2608 Mary Ann Trailer Park #33  Meraux, LA 70075

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  LaQuetta Cole (202930)     **Address**  2608 Maryann Trailer  Meraux, LA 70075

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 10

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Tamika Santiago, as Next Friend of E.h, a minor (203056)  
**Address** Packham Trailer Park E. St. Bernard Hwy Meraux, LA 70075

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Gerald Antoine, as Next Friend of Z.A, a minor (205643)  
**Address** 4518 Feliciana Dr. New Orleans, LA 70126

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Robert Antoine (211929)  
**Address** 4518 Feliciana Dr. New Orleans, LA 70126

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Erica Allen, as Next Friend of I.A, a minor (233057)  
**Address** 43169 S. Airport Road Hammond, LA 70403

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Jennifer Brooks (238544)  
**Address** 43169 S Airport Rd. Hammond, LA 70403

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Jennifer Brooks, as Next Friend of J.B, a minor (238550)  
**Address** 431695 Airport rd Hammond, LA 70403

**Defendants**
- Forest River, Inc.
- Fluor Enterprises, Inc