## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
### Original Civil Action No.  10-2190

1790

**Plaintiff**  Marvell Stewart, as Next Friend of K.S, a minor (200417)          **Address** 678 Killona Dr.  Killona, LA 70057

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Marvell Stewart, as Next Friend of K.S, a minor (200418)          **Address** 678 Killona Dr.  Killona, LA 70057

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Marvell Stewart (200419)          **Address** 678 Killona Dr.  Killona, LA 70057

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Yvonne Williams (202589)          **Address** 715 Tillone Dr.  Killona, LA 70057

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Kevin Washington (202697)          **Address** 4962 Metropolitan Drive  New Orleans, LA 70126

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Kevin Washington (202698)          **Address** 4962 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Joshua Washington (202699)          **Address** 4962 Metropolitan Drive  New Orleans, LA 70126

**Defendants**
    Forest River, Inc.

---

PLAINTIFF'S
EXHIBIT
**11**

## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2190

**Plaintiff**  Bernita Washington (202700)          **Address**  4962 Metropolitan Drive  New Orleans , LA 70126

**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Bernita Washington (202701)          **Address**  4962 Metropolitan Dr  New Orleans, LA 70126

**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Charles Bolden (202861)          **Address**  4962 Metropolitan Drive  New Orleans, LA 70126

**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Wanda Coleman (205621)          **Address**  334 N. Robertson St.  New Orleans, LA 70112

**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Wanda Coleman, as Next Friend of T. C, a minor (205622)          **Address**  334 N. Robertson St.  New Orleans, LA 70112

**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Wanda Coleman, as Next Friend of L. C, a minor (205623)          **Address**  334 N. Robertson St.   New Orleans, LA 70112

**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Pauline Coleman (205624)          **Address**  334 N. Robertson St.  New Orleans, LA 70112

**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Joshua Washington, as Next Friend of J.G, a minor (211641)          **Address**  386 Adams St.  Killona, LA 70057

**Defendants**
   Forest River, Inc.

## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2190

**Plaintiff**  Daniel Taylor (215117)                       **Address**  1581 Iberville St.  New Orleans, LA 70112

**Defendants**
     Forest River, Inc.

---

**Plaintiff**  Dorothy Taylor, as Next Friend of C.T,          **Address**  1581 Iberville St.  New Orleans, LA 70112
a minor (215118)

**Defendants**
     Forest River, Inc.

---

**Plaintiff**  Dorothy Taylor (215119)                      **Address**  1581 Iberville St.  New Orleans, LA 70112

**Defendants**
     Forest River, Inc.

---

**Plaintiff**  Dorothy Taylor, as Next Friend of R.T,          **Address**  1581 Iberville St.  New Orleans, LA 70112
a minor (215120)

**Defendants**
     Forest River, Inc.

---

**Plaintiff**  Renada Simmons, as Next Friend of J.          **Address**  116 Simmons Lane  Boutte, LA 70037
S, a minor (215961)

**Defendants**
     Forest River, Inc.

---

**Plaintiff**  Renada Simmons, as Next Friend of J.          **Address**  P.O.Box 99  Boutte, LA 70039
S, a minor (215962)

**Defendants**
     Forest River, Inc.

---

**Plaintiff**  Renada Simmons (215965)                      **Address**  116 Simmons Lane  Boutte, LA 70039

**Defendants**
     Forest River, Inc.

---

**Plaintiff**  Maggie Minor (216744)                       **Address**  386 Adams St.  Killona, LA 70057

**Defendants**
     Forest River, Inc.

## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2190

**Plaintiff**  Bobby Minor (216745)                    **Address**  368 Adams St.  Killona, LA 70057

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Tammy Minor (216746)                    **Address**  386 Adams St.  Killona, LA 70057

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Tammy Minor, as Next Friend of T.M,     **Address**  386 Adams St.  Killona, LA 70057
a minor (216747)

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Tyrus Minor (216748)                    **Address**  386 Adams St.  Killona, LA 70057

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Tracy Simoneaux (223011)                **Address**  1034 Paul Mallard  Luling, LA 70070

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Ben Smith (227113)                      **Address**  1605 Farrington Drive  Marrero, LA 70072

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Leta Bouie (227114)                     **Address**  1605 Farrington Drive  Marrero , LA 70072

**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Theresa Young (230507)                  **Address**  2300 General Meyer  New Orleans, LA 70142

**Defendants**
    Forest River, Inc.

---

## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2190

**Plaintiff**  Lucille Dauphin (238634)          **Address**  35565 Madison Dr  Slidell, LA 70460


**Defendants**
    Forest River, Inc.

---

**Plaintiff**  Shonda  Clark (245129)          **Address**  28016 Napoleon Rd  Lacombe, LA 70445


**Defendants**
    Forest River, Inc.