Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

872

**Plaintiff** Tennille Burnett (209895) **Address** 16430 Franklin Street Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Kirista Odom (211243) **Address** Harper Rd. Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Ralph Johnson (212953) **Address** 814 Hwy 90 Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Michael Roussel (221535) **Address** 24212 Meaut Dr. Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
12

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Brandi Roussel (221684) **Address** 24212 Meaut Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Charles Shuff (221689) **Address** 7350 Crazy Horse Dr. Kiln , MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Cornelius Haynes (222777) **Address** 19 Cottonwood Ct. D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Yolunda Haynes (222779) **Address** 19 Cottonwood Court D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Devonshae Osborne (222931) **Address** 19 Cottonwood D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
CH2M Hill Constructors, Inc.

---

Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Debra Ryan (230289) **Address** 1106 Williams Street Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Brian Pitts (212182) **Address** 14366 County Rd.# 210 Vossburg, MS 39366

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Rhonda Gibbens (216151) **Address** 2514 Evergreen Westlake , LA 70669

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Janice Shuff (221690) **Address** 7350 Crazy Horse Dr. Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Anterio Dillard (229623) **Address** 3506 Bellview Street Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Kathylean Pitts, as Next Friend of K.P, a minor (212184) **Address** 14366 County Rd.# 210 Vossburg, MS 39366

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Kathylean Pitts (212186) **Address** 14366 County Rd.# 210 Vossburg, MS 39366

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Lorri Gibson (211204) **Address** 6081 Shaw Street Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tennille Burnett, as Next Friend of T.B, a minor (209896) **Address** 16430 Franklin Street Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Darlene Roussel, as Next Friend of A. R, a minor (221686) **Address** 24212 Meaut Rd. Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

## Ruth Strickalnd, et. al. vs. Forest, et. al.
Original Civil Action No. 09-4713

**Plaintiff** Beverly Esquivel, as Next Friend of B. E, a minor (222490) **Address** 4057 Pacific Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Jennifer Pierce, as Next Friend of J.P, a minor (224508) **Address** 23010 JJ Rd. Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Jennifer Pierce, as Next Friend of J.P, a minor (224509) **Address** 23010 JJ Road Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---