## Albert Williams, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7070

1242

**Plaintiff** Evelyn Garriga (207890)          **Address** 2003 Buena Vista Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Aarien Burks (225876)          **Address** 5060 A Ave. Lot 91  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Steven Mitchell (212315)          **Address** 2356 Kiln/Delise Rd.  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Mary Smith (220447)          **Address** 7  Jessica Lynn Dr.  Lumberton, MS 39455

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Cynthia Fricke (224834)          **Address** 6056 E. Issaquina  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

PLAINTIFF'S
EXHIBIT
**13**

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Tally Bilbo (224836)                          **Address**  6056 E. Issaquina Street  Bay St. Louis, MS
                                                                         39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Willie Burrage (229489)                       **Address**  3506 Bellview St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  David Bardwell (229365)                       **Address**  1204 Mantou St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Kenyetta Woods, as Next Friend of A.J.,        **Address**  386 Morton Avenue  Pass Christian, MS 39571
      a minor (223813)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Carl Davis (202078)                           **Address**  7775 Hwy 70 N. # 45  Donaldsonville, LA 70346

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Carolyn Roberson (205196)          **Address**  7185 Greenwell St  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc

---

**Plaintiff**  Prentiss Cuevas (202205)          **Address**  5334 Courtenay Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Yolunda Haynes, as Next Friend of D.    **Address**  19 Cottonwood Court  D'Iberville, MS 39540
H, a minor (222778)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kyle Moran (209497)          **Address**  6243 Hinds Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Regena Cox (229560)          **Address**  9309 Br'Arcrest  Vancleave, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff** Aaron  Maillet, as Next Friend of A.M, a minor (212613)  **Address** P.O. Box 973  Lakeshore, MS 39558

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      CH2M Hill Constructors, Inc.

---

**Plaintiff** Edan Nash (226644)  **Address** Riverbend Trailer Park Hwy 613 N.  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      Bechtel National, Inc

---

**Plaintiff** Heather Adams, as Next Friend of K.A, a minor (205778)  **Address** 7050 S. Hancock Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

---

**Plaintiff** Dashelia  Caldwell (199884)  **Address** 24 Dogwood Court  Gulfport , MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      Bechtel National, Inc

---

**Plaintiff** Rene Acker, as Next Friend of M.A, a minor (205121)  **Address** 646 Union St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      CH2M Hill Constructors, Inc.

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Ricardo Dedeaux (229608)                    **Address**  25244 St Stephen Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Phillip Jones (216628)                    **Address**  128 Stafford  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Jeff Isabell, as Next Friend of J.I, a minor (224573)                    **Address**  2109 38th Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Ross Barrington (225785)                    **Address**  P.O. Box 178  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Valerie  Brothern, as Next Friend of T. B, a minor (229467)                    **Address**  5060 A Lot 78  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.
     Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Valarie Brothern (229468)          **Address**  5060 A Lot 78  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Tammy Woulard, as Next Friend of J.          **Address**  14393 Dedeaux Road Lot 69  Gulfport, MS 39501
A, a minor (206928)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Esther Hatampa, as Next Friend of L.E,          **Address**  1601 Sunset Blvd  Pascagoula, MS 39581
a minor (229683)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Pansy Cuevas, as Next Friend of B.C, a          **Address**  1591 West Railroad  Long Beach, MS 39560
minor (202198)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Carrie  Bennett, as Next Friend of K.M,          **Address**  5097 Bud Ladnier Street  Bay St. Louis, MS
a minor (205846)                                                             39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Robert Saurage, as Next Friend of R.a,    **Address**  501 Gladstone  Waveland, MS 39576
a minor (202895)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Robert Saurage, as Next Friend of G.a,    **Address**  501 Gladstone  Waveland, MS 39576
a minor (202896)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Jacqueline Biehl, as Next Friend of D.    **Address**  9034 Aral St.  Bay St. Louis, MS 39520
B, a minor (205075)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rene Acker, as Next Friend of J.A, a    **Address**  646 Union St  Bay St. Louis, MS 39520
minor (205118)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Maggie Rasco, as Next Friend of K.B, a    **Address**  5518 Frederick St  Moss Point, MS 39562
minor (209453)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Courtney Bennett (209934)          **Address**  11171 Edwin Ladner Rd.  Pass Christian, MS
                                                              39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Merle Brennan (211003)          **Address**  417 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tong Bui (214826)          **Address**  315 Oak St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Derwood Almacker (229337)          **Address**  388 main st.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Challice Amacker (229339)          **Address**  388 Main St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Andre Barbazon (229361)          **Address**  6029 1st Street


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Janie Brown (229472)          **Address**  4112 Rosa Lane  Moss Point, MS 39562


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Vincent Brown (229476)          **Address**  4112 Rosa Lane  Moss Point, MS 39563


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Stacy  Brown (229477)          **Address**  1810 62nd Ave.  Gulfport, MS 39501


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Sonya Brown (237196)          **Address**  3401 2nd St  Moss Point, MS 39563


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff** Annette Bermond (237232)          **Address** 5687 Lower Bay Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Christopher Bermond, as          **Address** 5687 Lower Bay Rd  Bay St. Louis, MS 39520
Representative of the Estate of Dalton
Bermond, deceased (237233)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Christopher Bermond (237239)          **Address** 5687 Lower Bay Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Shanterrica Armstrong (237448)          **Address** 5118 Potomac Dr  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Chassidy Armstrong (237449)          **Address** 5118 Potomac Dr  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Sernella Armstrong, as Next Friend of        **Address**  5118 Potomac Dr.  Pascagoula, MS 39581
I.A, a minor (237450)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Karen Alford, as Next Friend of N.B, a        **Address**  136 Walnut Drive  Carriere, MS 39426
minor (237500)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Karen Alford, as Next Friend of T.B, a        **Address**  136 Walnut Avenue  Carriere, MS 39426
minor (237502)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Karen Alford, as Next Friend of S.B, a        **Address**  105 Narcissus Street  Carriere, MS 39426
minor (237505)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Carvin Bridges (238641)        **Address**  257 Keller Ave   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Kimberlee Necaise, as Next Friend of  **Address**  23020 Valine Ladnier  Kiln, MS 39556
A.C, a minor (206943)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Danelle  Signleton , as Next Friend of  **Address**  301 St. Francis   Bay St. Louis, MS 39520
A.D, a minor (207804)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Bernette Conerly, as Next Friend of J.  **Address**  649 Hwy 98 West  Tylertown, MS 39667
D, a minor (211601)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Roosevelt Crockett (211651)  **Address**  1102 Skip Avenue  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Darlene Mitchell, as Next Friend of B.  **Address**  2356 Kiln Delisle Rd.  Kiln, MS 39556
D, a minor (211700)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Grace Crockett (211765)          **Address**  1102 S. Skip Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Jearlene Cuevas (223341)          **Address**  10115 Edwin Ladner Rd.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Chassidy Cuevas (224670)          **Address**  21220 Cameron Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Chassidy Cuevas, as Next Friend of K. C, a minor (224671)          **Address**  21220 Cameron Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Chassidy Cuevas, as Next Friend of K. C, a minor (224672)          **Address**  21220 Cameron Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

## Albert Williams, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7070

**Plaintiff** Damein Cuevas (225136)          **Address** 21220 Cameron Rd  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jennifer Byrd (225887)          **Address** 379 Keller Ave  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Theofield Cuevas (225999)          **Address** 15053 Big Creek Rd.  Gulfport , MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Courtney DeAngelo (229603)          **Address** 1012 Ruland St.  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Theresa DeAngelo (229604)          **Address** 1012 Ruland  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

## Albert Williams, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7070

**Plaintiff** Sonya Brown, as Next Friend of C.C, a minor (237195)    **Address** 3401 2nd St  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      Bechtel National, Inc

---

**Plaintiff** Sonya Brown, as Next Friend of C.C, a minor (237197)    **Address** 3401 2nd Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      Bechtel National, Inc

---

**Plaintiff** Victoria Durby (237649)    **Address** 14480 Alcede Lizana Rd  Gulfport , MS 39503

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      Bechtel National, Inc

---

**Plaintiff** Chen Ly, as Next Friend of C.C, a minor (237952)    **Address** 249 Howard Ave.   Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      Bechtel National, Inc

---

**Plaintiff** Chen Ly, as Next Friend of T.C, a minor (237962)    **Address** 249 Howard Ave  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

      Forest River, Inc.

      Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Chen Ly, as Next Friend of B.C, a minor (237964)   **Address**  249 Howard Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

     Forest River, Inc.

     Bechtel National, Inc

---

**Plaintiff**  Bobbie Burton (238637)   **Address**  257 Keller Ave   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

     Forest River, Inc.

     Bechtel National, Inc

---

**Plaintiff**  Nathan Carbo (238638)   **Address**  308 Williams St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

     Forest River, Inc.

     Bechtel National, Inc

---

**Plaintiff**  Georgia Dicksaeth, as Representative of the Estate of Horace Haynes, deceased (201653)   **Address**  130 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

     Forest River, Inc.

     Bechtel National, Inc

---

**Plaintiff**  Gayle Gibson, as Representative of the Estate of Darryl Gibson, deceased (201841)   **Address**  733 Elaine Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

     Forest River, Inc.

     Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  David Henderson, as Next Friend of Z.   **Address**  26412 Eddie Rd   Pass Christian, MS 39571
h, a minor (203055)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Gerald Fleming, as Next Friend of M.F,   **Address**  Rd 140 Lower Bay  Bay St. Louis, MS 39520
a minor (209787)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Lakita Zollicoffer, as Next Friend of R.   **Address**  1102 Skip Ave.  Pascagoula, MS 39567
G, a minor (210962)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Joshua Grego (211571)   **Address**  238 Carre Ct.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Lynn Grego (211572)   **Address**  238 Carre Court  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Paul Grego (211573)                   **Address**  238 Carre Court  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Paul Grego (211574)                   **Address**  238 Carre Ct.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Sandra Farrior (211615)                   **Address**  21156 Lawrence Ladner Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Randel Hearndon (220211)                   **Address**  9012 Pine Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Kim Hanshaw, as Next Friend of T.H, a    **Address**  2109 38th Avenue  Gulfport, MS 39501
minor (224575)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Renard Elliot (226102)                    **Address**  2102 Polk Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Sheronda Adams, as Next Friend of M.       **Address**  312 Dixie Avenue  Hattiesburg, MS 39402
F, a minor (226116)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Erica  Walker, as Next Friend of K.G, a     **Address**  21145 28th Street  Long Beach, MS 39560
minor (226179)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Danial Ezell (229686)                     **Address**  518 Jeff Davis  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  James  Green (229757)                     **Address**  9451 Briarcrest Lane  Vancleave, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

## Albert Williams, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7070

**Plaintiff** Bridgette Harbin, as Next Friend of C.
H, a minor (229774)  **Address** 2411 Washington Ave  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        Bechtel National, Inc

---

**Plaintiff** Theresa Garcia, as Next Friend of A.G,
a minor (237310)  **Address** Standard Dedeowr   Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        Bechtel National, Inc

---

**Plaintiff** Theresa Garcia (237336)  **Address** Standard Dudreaux Road   Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        Bechtel National, Inc

---

**Plaintiff** Michelle Gardina (237503)  **Address** 12065 Greorge St  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        Bechtel National, Inc

---

**Plaintiff** Deborah Horn (201525)  **Address** 172 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        Bechtel National, Inc

Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Yashenma Ambrose, as Next Friend of      **Address**  210 Hart St  Waveland , MS 39576
E.l, a minor (203115)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Brandy Hill, as Next Friend of A.H, a      **Address**  433 Webster street  Bay St. Louis, MS 39520
minor (203445)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Brandy Hill, as Next Friend of X.H, a      **Address**  433 Webster Street  Bay St. Louis, MS 39520
minor (203448)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Henry Jordan, as Next Friend of H.J, a      **Address**  409 Ulman Street  Waveland, MS 39576
minor (209685)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Geraldine Hughes (212477)      **Address**  238 Carre Court  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Richard Hughes (212478)　　　　**Address**  238 Carre  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Phuoc Huynh (216598)　　　　**Address**  566 Jefferson Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Jeffery Isabell (224571)　　　　**Address**  2109 38th Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Kimberly Isabell (224574)　　　　**Address**  2109 38th Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Paula Isabell (224609)　　　　**Address**  2109 38th Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Jason Isabell (224610)                **Address**  2109 38th Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  James Isabell (224611)                **Address**  2109 38th Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Renee Johnson (226358)                **Address**  2102 Polk Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Renee  Johnson, as Next Friend of R.J.,    **Address**  2102 Polk Ave  Pascagoula, MS 39567
a minor (226360)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Bobbie  Jones (226365)                **Address**  3139 A. HWY 63 SOUTH  Lucedale , MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Abigail  Johnson (229908)        **Address**  335 B Jeff Davis  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Charles  Johnson (229909)        **Address**  335 B Jeff Davis ave.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Deborah  Johnson (229910)        **Address**  335 B Jeff Davis Ave.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Hannah Johnson (229911)        **Address**  335 B Jeff  Davis ave.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Peggy  Johnson , as Next Friend of M.J,       **Address**  335 B Jeff Davis Avenue  Waveland, MS 39576
a minor (229914)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff** Peggy  Johnson , as Next Friend of P.J,    **Address** 335 B Jeff Davis Ave.  Waveland, MS 39576
a minor (229916)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Peggy  Johnson (229917)    **Address** 335 B Jeff Davis Ave.  Waveland , MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Seth  Johnson  (229919)    **Address** 335 B Jeff Davis Avenue  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Nyesha Laneaux (237230)    **Address** 301 St Francis St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Kermit Lafontaine (237334)    **Address** 9062 Road 556   Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Brenda Kitchens (237509)          **Address**  2208 14th Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Theresa Johnson (237543)          **Address**  300 Saint Francis  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Theresa Johnson, as Next Friend of T.     **Address**  300 Saint Francis Street  Bay St. Louis, MS 39520
L, a minor (237546)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Theresa Johnson, as Next Friend of A.J,     **Address**  300 Saint Francis Street  Waveland, MS 39576
a minor (237577)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Hen Lam (237966)          **Address**  249 Howard Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Terriea Myers, as Next Friend of S.M, a       **Address**  201 Veterans Rd. Lot 8  Pascagoula, MS 39567
minor (207876)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff**  Sylvia Odom, as Next Friend of J.O, a       **Address**  140 Tut Road  Lucedale, MS 39452
minor (211975)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff**  Sylvia Odom, as Next Friend of J.O, a       **Address**  140 Tut Road  Lucedale, MS 39452
minor (211976)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff**  Hong Nguyen, as Next Friend of S.N, a       **Address**  15812 Rue Dauphin Circle   Biloxi, MS 39532
minor (212251)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff**  Luz Martin (212544)                          **Address**  3010 B Martin St  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Percy Martin (212545)               **Address**  3010 B Martin St  Pascagoula, MS 39581


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Men Nguyen (224013)               **Address**  3087 Big Bridge Rd  Biloxi, MS 39532


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Robert McDuffie (225217)               **Address**   Gulfport, MS 39503


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Sarah Loper (226476)               **Address**  224 Benachi  Biloxi, MS 39530


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Sharmaine Loper (226477)               **Address**  224 Benachi Ave.  Biloxi, MS 39530


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Ashley Mallini (226510)                    **Address**  904 Sycamore Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Anthony Mallini, as Next Friend of A.         **Address**  904 Sycamore Street  Waveland, MS 39576
M, a minor (226512)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Katherine Mallini (226513)                    **Address**  904 Sycamore Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Tina Nguyen (237779)                    **Address**  249 Howard Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Yen Ly (237782)                    **Address**  249 Howard Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Colleen McDevitt (237884)  **Address**  1613 Breland Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

**Plaintiff**  An Nguyen (237951)  **Address**  249 Howard Ave.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

**Plaintiff**  Chen Ly (237963)  **Address**  249 Howard Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

**Plaintiff**  Sony Ly (237965)  **Address**  249 Howard Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

**Plaintiff**  An Nguyen, as Next Friend of T.N, a minor (237967)  **Address**  249 Howard Ave   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  An Nguyen, as Next Friend of A.N, a minor (237968)  **Address**  249 Howard Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  An Nguyen, as Next Friend of A.L, a minor (237969)  **Address**  249 Howard Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Cindy McCord (238508)  **Address**  17090 Cuevas Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Anastasia McCord (238509)  **Address**  17090 Cuevas Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Dwanna  Patton (200838)  **Address**  24 Dogwood Court   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Jonathon  Patton (200839)          **Address**  24 Dogwood Ct  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  T'Chete Patton, as Next Friend of D.P,          **Address**  24 Dogwood Ct  Gulfport, MS 39501
a minor (200840)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  T'Chete Patton (200841)          **Address**  24 Dogwood Ct.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Robert Saurage, as Next Friend of A.s,          **Address**  501 Gladstone  Waveland, MS 39576
a minor (202770)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Yashenma Ambrose, as Next Friend of          **Address**  210 Hart St  Waveland , MS 39576
A.p, a minor (203247)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

## Albert Williams, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7070

**Plaintiff** Rhonda Pace (205775)  **Address** 814 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Heather Adams, as Next Friend of G.P, a minor (205779)  **Address** 7050 S. Hancock Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

---

**Plaintiff** Herman Rieux (207715)  **Address** 617 Booker St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Martina Taylor, as Next Friend of R.S, a minor (210139)  **Address** 6035 E. Lincoln St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Lakita Zollicoffer, as Next Friend of K.R, a minor (210961)  **Address** 1102 Skip Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Laura Peterson, as Next Friend of C.P,  **Address**  508 Nicholson Avenue  Waveland, MS 39520
a minor (222424)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Laura Peterson, as Next Friend of D.P,  **Address**  Nicholson Avenue  Waveland, MS 39520
a minor (222425)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Laura Peterson (222426)  **Address**  508 Nicholson Avenue  Waveland, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Steve Peterson (222427)  **Address**  508 Nicholson Avenue  Waveland, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Laura Peterson, as Next Friend of T.P,  **Address**  508 Nicholson Avenue  Waveland, MS 39520
a minor (222428)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Albert Williams, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7070

**Plaintiff** Sharon Saucier (225053)          **Address** 111 Lynn Circle  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff** Breana Ruffin, as Next Friend of A.R,          **Address** 128 Lumzy Lane  Columbia, MS 39429
        a minor (226809)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Breana Ruffin, as Next Friend of D.R, a          **Address** 128 Lumzy Lane  Columbia, MS 39429
        minor (226812)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Breana Ruffin, as Next Friend of T.R, a          **Address** 128 Lumzy Lane  Columbia, MS 39429
        minor (226816)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.
        Bechtel National, Inc

**Plaintiff** Andre Rusfin (226818)          **Address** 312 Dixie Avenue  Hattisburg, MS 39402

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Leqaya Rusfin (226819)               **Address**  312 Dixie Avenue  Hattisburg, MS 39402

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Henry  Schroeder (226849)           **Address**  44 Wolfe St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff**  Nicole  Page, as Next Friend of M.P, a    **Address**  7015 Oak Rd.   Pass Christian, MS 39571
minor (230145)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff**  Nicole  Page  (230146)               **Address**  7015 Oak Rd.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff**  Nicole Page, as Next Friend of X.P, a    **Address**  7015 Oak Rd.   Pass Christian, MS 39571
minor (230147)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff** Alice Rainey, as Next Friend of I.R, a minor (230212)   **Address** 3908 Emerson Street  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Alice Rainey , as Next Friend of C.R, a minor (230213)   **Address** 3908 Emerson Street  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Carl  Rainey  (230214)   **Address** 3908 Emerson Street  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Ingrid Poindexter (237190)   **Address** 4514 Old Mobile Hwy  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Keith Poindexter (237193)   **Address** 4514 Old Mobile Hwy  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Sonja Price (237231)                    **Address**  301 St Francis St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Keith Poindexter, as Next Friend of K.        **Address**  4514 Old Mobile Hwy.   Pascagoula, MS 39581
P, a minor (237322)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Keith Poindexter, as Next Friend of K.        **Address**  4514 Old Mobile Hwy.  Pascagoula, MS 39581
P, a minor (237324)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Ryan Reaux (237386)                   **Address**  11026 Lamey Bridge Rd   D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Paige Reaux (237387)                  **Address**  11026 Lamey Bridge Rd   D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Kathy Schlickbernd (237388)          **Address**  11026 Lamey Bridge Rd  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Vincent Schlickbernd (237389)          **Address**  11026 Lamey Bridge Rd   D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  John Reddix (237564)          **Address**  704 Simpson Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Pennie Reddix (238518)          **Address**  704 Simpson Dr   Gartier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Steven Pizzo (238567)          **Address**  24212 Meaut Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Helen Saunders (238592)          **Address**  308 Williams St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        Bechtel National, Inc

**Plaintiff**  Helen Saunders, as Representative of     **Address**  308 Williams St  Biloxi, MS 39530
the Estate of Noah Saunders, deceased
(238593)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        Bechtel National, Inc

**Plaintiff**  Amber  Sykes (200296)          **Address**  6263 Wittman Rd.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        Bechtel National, Inc

**Plaintiff**  Stanley Smith (200379)          **Address**  24 Dogwood Court  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        Bechtel National, Inc

**Plaintiff**  Danelle Singleton, as Next Friend of A.     **Address**  301 St. Francis   Bay St. Louis, MS 39520
S, a minor (207803)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Ethan Smith (208030)                          **Address**  710 Waveland Ave.
                                                                        Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
              Forest River, Inc.
              Bechtel National, Inc

---

**Plaintiff**  Douglas Smith, as Next Friend of K.S,      **Address**  1980 Washington Street  Bay St. Louis, MS
              a minor (208842)                                         39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
              Forest River, Inc.
              Bechtel National, Inc

---

**Plaintiff**  Douglas & Havalyn Smith, as Next          **Address**  1980 Washington Street  Bay St. Louis, MS
              Friend of A.S, a minor (208843)                         39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
              Forest River, Inc.
              Bechtel National, Inc

---

**Plaintiff**  Danneil Weston, as Next Friend of D.      **Address**  201 Veterans Lot 8  Pascagoula, MS 39567
              W, a minor (211904)


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
              Forest River, Inc.
              Bechtel National, Inc

---

**Plaintiff**  Jamie Sutton, as Next Friend of C.S, a    **Address**  6594 Lake shone Rd.  Bay St. Louis, MS 39520
              minor (212055)


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
              Forest River, Inc.
              Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Jamie Sutton, as Next Friend of R.S, a minor (212169)          **Address** 6594 Lake Shore Road Lot 10  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Em Truong (215181)          **Address**  315 Oak St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Chin Tran (216041)          **Address**  315 Cruse Ln   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

Bechtel National, Inc

**Plaintiff**  Tuan Tran (216045)          **Address**  315 Cruse Lane  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

Bechtel National, Inc

**Plaintiff**  Nga Tran (216992)          **Address**  566 Jefferson Street 57  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Chin Tran, as Next Friend of N.T, a   **Address**  315 Criuse  Biloxi, MS 39530
minor (216993)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Chin Tran, as Next Friend of C.T, a   **Address**  315 Cruse Lane  Biloxi, MS 39530
minor (216994)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Jannie Stevison (222220)   **Address**  5624 Aila Street  Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Jannie  Stevison, as Next Friend of G.S,   **Address**  5624 Aila Street  Diamondhead, MS 39525
a minor (222221)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Summer Singley, as Next Friend of M.   **Address**  17161 Cedar Drive  Pearlington, MS 39572
S, a minor (226912)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Jerry Spell (226913)                    **Address**  500 Broad Ave.   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Brenda Stephens (226922)             **Address**  5022 7th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Nichole Walkes, as Next Friend of C.   **Address**  14180 Oneal Rd  Gulfport, MS 39501
W, a minor (227012)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Nichole  Walkes, as Next Friend of M.   **Address**  14180 Oneal Rd   Gulfport, MS 39503
W, a minor (227013)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Jasmine  Smith  (230332)             **Address**  7037 Lower Bay Rd 140 Lot 86  Bay St. Louis,
MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Jasmine  Smith, as Next Friend of J.S, a    **Address**  7037 Lower Bay Road Rd 140 Lot # 86  Bay St.
minor (230333)                                                              Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
             Forest River, Inc.
             Bechtel National, Inc

---

**Plaintiff**  Jerri Verzal, as Next Friend of V.B, a    **Address**  2807 8th Street  Pascagoula, MS 39567
minor (230434)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
             Forest River, Inc.
             Bechtel National, Inc

---

**Plaintiff**  Jerri  Verzal, as Next Friend of V.S, a    **Address**  2807 8th Street  Pascagoula, MS 39567
minor (230436)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
             Forest River, Inc.
             Bechtel National, Inc

---

**Plaintiff**  Mary Watson, as Next Friend of A.S, a    **Address**  5801 Orange Grove Road #79  Moss Point, MS
minor (236753)                                                              39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
             Forest River, Inc.
             CH2M Hill Constructors, Inc.

---

**Plaintiff**  Eli Wescovich (238577)              **Address**  503 Seymore Ave  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
             Forest River, Inc.
             Bechtel National, Inc

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Lakita Zollicoffer (210960)          **Address** 1102 Skp Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          CH2M Hill Constructors, Inc.
>          Bechtel National, Inc

---

**Plaintiff**  Jucinta Williams (216093)          **Address** 1102 Brookdale  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

---

**Plaintiff**  Matilde Williams (216097)          **Address** 1102 Brookdale  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

---

**Plaintiff**  Jucinta Williams, as Next Friend of T.          **Address** 1102 Brookdale  Picayune, MS 39466
W, a minor (216101)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

---

**Plaintiff**  Paula  Isabel , as Next Friend of K.W, a          **Address** 2019 38th Avenue  Gulfport, MS 39501
minor (224572)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          CH2M Hill Constructors, Inc.
>          Bechtel National, Inc

---

## Albert  Williams, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7070

**Plaintiff**  Raven Williams, as Next Friend of N.   **Address**  4100 Wisteria Dr.   Moss Point, MS 39562
W, a minor (227057)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Robert Wilson (227070)   **Address**  3411 Randall  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Cynthia Young (230501)   **Address**  9621 Martin Young Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  David Wills (237215)   **Address**  601 Briarfield  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Edgar Barnes (211132)   **Address**  6015 7th Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---