## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

1243

**Plaintiff** Tara Shaw, as Next Friend of A.B, a minor (225877)   **Address** 5060 A Ave. LOT 91  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Christopher Bermond, as Representative of the Estate of Dalton Bermond, deceased (237233)   **Address** 5687 Lower Bay Rd  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Christopher Bermond (237239)   **Address** 5687 Lower Bay Rd  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Kimberlee Necaise, as Next Friend of A.C, a minor (206943)   **Address** 23020 Valine Ladnier  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Jearlene Cuevas (223341)   **Address** 10115 Edwin Ladner Rd.   Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

PLAINTIFF'S
EXHIBIT
**14**

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No.  09-7072

**Plaintiff** Jennifer Byrd (225887)                    **Address** 379 Keller Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Theofield Cuevas (225999)                    **Address** 15053 Big Creek Rd.   Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Victoria Durby (237649)                    **Address** 14480 Alcede Lizana Rd  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** David Henderson, as Next Friend of Z.    **Address** 26412 Eddie Rd   Pass Christian, MS 39571
h, a minor (203055)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Sheila Evans, as Next Friend of D.E, a    **Address** 10085 Thirteenth Street  Bay St. Louis, MS 39520
minor (209773)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Sheila Evans, as Next Friend of S.E, a
minor (209777)

**Address** 10085 Thirteenth St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** William Evans (209779)

**Address** 10085 Thirteenth St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Sheronda Adams, as Next Friend of M.
F, a minor (226116)

**Address** 312 Dixie Avenue  Hattiesburg, MS 39402

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Erica  Walker, as Next Friend of K.G, a
minor (226179)

**Address** 21145 28th Street  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Willie Hanshaw (226236)

**Address** 1640 Kelly Ct  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Esther  Hatampa, as Next Friend of E.   **Address**  1601 Sunset # 106  Pascagoula, MS 39581
H, a minor (229763)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Bridgette Harbin, as Next Friend of C.   **Address**  2411 Washington Ave  Pascagoula, MS 39567
H, a minor (229774)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Michelle Gardina (237503)   **Address**  12065 Greorge St  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Sheila Gaines (237958)   **Address**  1824 Popps Ferry Rd Lot 10  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

**Plaintiff**  Sheila Gaines, as Next Friend of R.G, a   **Address**  1860 Beach Blvd  Biloxi, MS 39531
minor (237961)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Deborah Horn (201525)          **Address** 172 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Theresa Johnson (237543)          **Address** 300 Saint Francis  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Theresa Johnson, as Next Friend of T. L, a minor (237546)          **Address** 300 Saint Francis Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Theresa Johnson, as Next Friend of A.J, a minor (237577)          **Address** 300 Saint Francis Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Sarah Loper (226476)          **Address** 224 Benachi  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Sharmaine Loper (226477)          **Address**  224 Benachi Ave.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Aaron Luton (226495)          **Address**  Ave A. Trailer Park  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Ashley Mallini (226510)          **Address**  904 Sycamore Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Anthony Mallini, as Next Friend of A.          **Address**  904 Sycamore Street  Waveland, MS 39576
M, a minor (226512)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Katherine Mallini (226513)          **Address**  904 Sycamore Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Colleen McDevitt (237884)          **Address** 1613 Breland Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Heather Adams, as Next Friend of G.P,          **Address** 7050 S. Hancock Drive  Bay St. Louis, MS 39520
a minor (205779)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Breana  Ruffin, as Next Friend of A.R,          **Address** 128 Lumzy Lane  Columbia, MS 39429
a minor (226809)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Breana Ruffin, as Next Friend of D.R, a          **Address** 128 Lumzy Lane  Columbia, MS 39429
minor (226812)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Breana  Ruffin, as Next Friend of T.R, a          **Address** 128 Lumzy Lane  Columbia, MS 39429
minor (226816)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Andre Rusfin (226818)                    **Address**  312 Dixie Avenue  Hattisburg, MS 39402

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Leqaya Rusfin (226819)                    **Address**  312 Dixie Avenue  Hattisburg, MS 39402

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Lisa Raymond (237771)                    **Address**  320 West Railroad St  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Nykia Porter (238651)                    **Address**  Freddy Franki Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Amber  Sykes (200296)                    **Address**  6263 Wittman Rd.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Douglas Smith, as Next Friend of K.S, a minor (208842)  **Address** 1980 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Douglas & Havalyn Smith, as Next Friend of A.S, a minor (208843)  **Address** 1980 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** May Nguyen, as Next Friend of B.V, a minor (210992)  **Address** 107 Spanish Cove  Waveland , MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** May Nguyen, as Next Friend of B.V, a minor (210993)  **Address** 107 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Andy Sprouse, as Next Friend of K.S, a minor (223419)  **Address** 7076 Smith Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff**  Brenda Stephens (226922)               **Address**  5022 7th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Christopher Stork, as Next Friend of A.        **Address**  7346 Thompson  Long Beach, MS 39560
S, a minor (226930)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Sheila Gaines, as Next Friend of A.S, a        **Address**  1860 Beach Blvd, Lot 83  Biloxi, MS 39531
minor (237959)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Sheila Gaines, as Next Friend of A.S, a        **Address**  1860 Beach Blvd, Lot 83  Biloxi, MS 39531
minor (237960)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Eli Wescovich (238577)               **Address**  503 Seymore Ave  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Brandon Young (237326)                    **Address**  Benville Blvd  Ocean Springs, MS 39564


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Loyale Bosarge (199906)                    **Address**  9260 Cain Street  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Christine Dallas (202040)                   **Address**  7610 Marie Rd Lot  10A  Theodore, AL 36582


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nora Draughon (229647)                     **Address**  14700 Old Pass  Grand Bay, AL 36541


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  William Ewing (201907)                     **Address**  9250 Satsuma St.  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Lucy Fowler (201780)                **Address**  4311 Heron Bay Lp   Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rebecca Goleman (203006)           **Address**  1400 South Wintzell   Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Iris Wells (227116)                **Address**  905 Selma Street  Mobile, AL 36604


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shelia McClantoc (201128)          **Address**  13935 Jernberg Ave  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shana Nunn (226674)                **Address**  1372 Goodman Ave.   Mobile, AL 36605


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,**
Original Civil Action No.  09-7072

**Plaintiff**  Myra Peters (200865)                          **Address**  4021 Johnson Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Marybelle Potter (200750)                    **Address**  10175 Sumit Ct #26  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Barbara Robbins (200679)                    **Address**  8550 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Andrea Roberson (200687)                   **Address**  14679 Niolon  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Deborah Seaman (202775)                   **Address**  8872 Hwy 188  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,**
Original Civil Action No.  09-7072

**Plaintiff**  Gayla Simmons (200494)                    **Address**  8830 W Alba St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Melissa Singley (200509)                    **Address**  15440 Dauphin Island Parkway Lot 75  Coden ,
                                                                                            AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Carolyn  Thompson (226230)                    **Address**  7935 E Davenport St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Uyen Tran (216987)                    **Address**  10871 Lakeland Drive   Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Vanessa Ware (202689)                    **Address**  7690 Bellingrath Rd. Lot 49  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Ralph Williams (202577)                    **Address**  8580 Satoma St   Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Eileen Wright (202636)                    **Address**  9470 Hwy 188  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Albert Wilkerson (202531)                    **Address**  9270 Midway Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Norman House (201535)                    **Address**  P.O. Box 267  Coden, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  April Taylor, as Next Friend of B.T, a          **Address**  7775 Hwy 70 N. # 45  Donaldsonville, LA 70346
minor (200308)

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No. 09-7072

**Plaintiff**  Delrick Dugas (239960)          **Address**  715 North Thompson  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Verna  Ryan, as Next Friend of D.H, a          **Address**  10194 North Sumnit Est Lot 49  Irvington, AL
minor (225713)                                      36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Jan Anderson (229347)          **Address**  139 C.C. Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Billy Arceneaux (238495)          **Address**  Scenic Trail, Lot 353  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Elizabeth Bolden (238449)          **Address**  174 Holly Circle  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Donnell Bolden (238463)     **Address** 174 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Kevin Bolden (238473)     **Address** 174 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Donnell Bolden (238454)     **Address** 174 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Charity Brimage (239206)     **Address** 257 Keller Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Dajanae Brimage (239205)     **Address** 257 Keller Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Deonshae Brimage (239181)            **Address**  257 Keller Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Keivon Brimage (239185)            **Address**  257 Keller Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Valecia Brimage (239190)            **Address**  257 Keller Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Antonio Burton (239204)            **Address**  257 Keller Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Danielle Carbo (239970)            **Address**  308 William Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No.  09-7072

**Plaintiff** Paul Cunningham (238471)          **Address** 23647 Bells Ferry Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Marietta Dedeaux, as Next Friend of J.          **Address** 23647 Bells Ferry Rd.  Pass Christian, MS 39571
D, a minor (238472)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Marietta Dedeaux (238479)          **Address** 23647 Bells Ferry Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Tenia Dedeaux (238489)          **Address** 23647 Bells Ferry Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Joshua Echoles (238756)          **Address** 3709 Meadow Lark Dr  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

---

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No.  09-7072

**Plaintiff**  Arnold Enterkin (238760)                    **Address**  240 Benachi Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Dearek Fairley (229690)                    **Address**  139 L.C. Fairley Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Anthony Formica (239157)                    **Address**  15147 E. Wortham Road  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Thomas Formica (238819)                    **Address**  15147 E. Wortham Rd.   Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Linda  Havard (229792)                    **Address**  108 Nicholson Lane  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Lionel Haynes (229806)                 **Address**  706 Morris St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Carolyn Hoda (224844)                 **Address**  861 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Danny Holifield (226296)                 **Address**  Krebs Trailer Plaza-5503 Telephone Rd
                                                                  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Darla Holifield (226297)                 **Address**  Krebs Trailer Plaza-5503 Telephone Rd
                                                                  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Ky Huyah (226317)                 **Address**  566 Jefferson St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No. 09-7072

**Plaintiff** John Jackson (226332)          **Address** 110 Tut Rd Lot #20  Lucedale, MS 39452


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Alberta  James  (229879)          **Address** 6831 Holly Avenue  Moss Point, MS 39563


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Keith James (238464)          **Address** 174 Holly Circle  Gulfport, MS 39501


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Challice  Amacker, as Next Friend of J.          **Address** 388 Moun St.  Biloxi, MS 39530
J, a minor (229893)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Billy Ladner (226420)          **Address** 24423 Hwy. 63    Kiln, MS 39556


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

## Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff** Avery Leshore (239623)                    **Address** 3709 Meadowlark Dr  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Torie Leshore, as Next Friend of T.L, a minor (239744)       **Address** 3709 Meadow Lark Drive  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Torie Leshore (239171)                    **Address** 3709 Meadowlark Drive  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Cindy McCord, as Next Friend of J.M, a minor (238505)       **Address** 17090 Cuevas Rd.  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Cindy McCord, as Next Friend of P.M, a minor (238506)       **Address** 17090 Cuevas Rd  Kiln , MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No. 09-7072

**Plaintiff** Linda McDaniel (238617)                    **Address** 5306 Posey Bridge Rd  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Peggy McDaniel (239162)                    **Address** 15147 E. Wortham Road  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Richard McDaniel (239139)                    **Address** 15147 E. Wortham Road  Saucier, MS 39574

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Darryl McInis (226583)                    **Address** 3139 Hwy 63 South  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Kimberly McNair, as Next Friend of C.    **Address** 5030 MLK  Moss Point, MS 39562
M, a minor (221526)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No. 09-7072

**Plaintiff** Kimberly McNair (221527)          **Address** 5030 MLK  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Forest River, Inc.
         Bechtel National, Inc

**Plaintiff** Johnna Moody (239169)          **Address** 388 Main Street  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Forest River, Inc.
         Bechtel National, Inc

**Plaintiff** Brenda Moore (239167)          **Address** 3709 Meadowlark Drive  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Forest River, Inc.
         Bechtel National, Inc

**Plaintiff** Charles Moore (239134)          **Address** 3709 Meadow Lark Drive  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Forest River, Inc.
         Bechtel National, Inc

**Plaintiff** Charod Moore (239522)          **Address** 3709 Meadowlark Drive  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
         Forest River, Inc.
         Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff** Daniel Moore (238863)                    **Address** 3709 Meadowlark Dr  Gulfport, MS 39501


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff** Derrick Moore, as Next Friend of D.M,      **Address** 3709 Meadowlark Drive  Gulfport, MS 39501
a minor (239463)


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff** Derrick Moore (239461)                    **Address** 3709 Meadowlark Drive  Gulfport, MS 39501


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff** Emma Moore (238755)                    **Address** 3709 Meadow Lark Dr  Gulfport, MS 39501


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff** Eric Moore (239973)                    **Address** 3709 Meadowlark Drive  Gulfport, MS 39501


**Proposed Judicial District** Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Yvetta Pearson, as Next Friend of E.M,         **Address**  3709 Meadowlark Drive  Gulfport, MS 39501
a minor (239976)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Lakeshia Moore (205673)         **Address**  3709 Meadow Lark Drive  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Yvetta Pearson, as Next Friend of N.M,         **Address**  3709 Meadowlark Drive  Gulfport, MS 39501
a minor (239974)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Sammie Moore (238839)         **Address**  3709 Meadowlark Dr.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Skyler Ordoyne  (230141)         **Address**  2 South Fork Dr.  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Yvetta Pearson (239977)                    **Address**  3709 Meadowlark Drive  Gulfport, MS 39501


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Ernest Ratliff (238954)                    **Address**  759 Hwy 98W  Tylertown, MS 39667


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Joan Ratliff (238955)                    **Address**  759 Hwy 98W  Tylertown, MS 39667


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jeanne Ray (239809)                    **Address**  814 Amar St  Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Robert Riley (239365)                    **Address**  3709 Meadowlark Dr.  Gulfport, MS 39503


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No. 09-7072

**Plaintiff** Donna Smith (238765)                    **Address** 242 Benachi Ave  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Gloria Twilbeck (238682)                 **Address** 24212 Meaut Rd  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Johnna Moody, as Next Friend of T.T,   **Address** 388 Main St  Biloxi, MS 39530
a minor (238655)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Erica Walker (227004)                    **Address** 21145 28th St.  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Kelly Walker (227008)                    **Address** 1000 Rd. 362 Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Susan Wehmeyer (238684)               **Address**  24212 Meaut Rd   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Linda Wescovich (238815)               **Address**  503 Seymour Ave.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Stacy Widle (227036)               **Address**  1000 Rd. 362 Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Maxie Williams (238956)               **Address**  759 Hwy 98W  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Stanford Williams (238891)               **Address**  759 Hwy 98 W.  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., Original Civil Action No. 09-7072

**Plaintiff**  Ronnie Wilson (221537)                    **Address**  3449 Brain St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Oki Ragins, as Next Friend of K.C, a minor (202285)          **Address**  704 Lopasser Avenue  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Candy  Gallimore (201812)                    **Address**  22105 Bayou Portague  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Logan  Gallimore (201813)                    **Address**  22105 Bayou Portague  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Torie  Leshore, as Next Friend of T.L, a minor (239746)          **Address**  3709 Meadow Lark Dr.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River.,
Original Civil Action No.  09-7072

**Plaintiff**  Terry McConnell (201136)          **Address**  22105 Bayou Portague  Long Beach, MS 39560


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Oki Ragins (200780)          **Address**  704 Lopasser Avenue  Gulfport, MS 39507


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Kimberly Willard, as Next Friend of A.          **Address**  22105 Bayou Portague  Long Beach, MS 39560
W, a minor (202541)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc