## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

1331

**Plaintiff**  Chiquita Acker (211064)          **Address**  5344 Hwy 604  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        Bechtel National, Inc

---

**Plaintiff**  Jasmine Acker (205117)          **Address**  646 Union St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rene Acker (205119)          **Address**  646 Union St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rene Acker (205122)          **Address**  646 Union  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Karen Alford (209434)          **Address**  136 Walnut Ave  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

        Forest River, Inc.

        Bechtel National, Inc

---

**PLAINTIFF'S EXHIBIT**

**15**

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Jocelyn Anderson (200250)          **Address**  8760 West Alba St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Jocelyn Anderson, as Next Friend of T.      **Address**  8760 West Alba St.  Bayou La Batre, AL 36509
A, a minor (200257)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Robert Arnold (214744)          **Address**  112 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Seymourn Banks (200150)          **Address**  8380 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Karen Barbour, as Representative of the      **Address**  9055 West Rabby St.  Bayou La Batre, AL 36509
Estate of Tommy Barbour, deceased
(200160)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Chanell Barnes (205064)                    **Address**  25148 St. Stephens Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Daphane Bello-Pike (211138)                **Address**  6008 9th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Elwood Berry (211457)                      **Address**  3717 Jo Beth Terrace  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Hilda Berry (211458)                       **Address**  3717 Jo Beth Terrace  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Shaun Billiot (215434)                     **Address**  7014 Hancock Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Priscilla Bivens (215435)                    **Address**  7014 Hancock Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Robert Bivens (215436)                    **Address**  7058 Walthall Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Alisa Deeks, as Next Friend of J.B, a minor (215440)                    **Address**  808 Kyle Circle  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Lois Bosarge (199904)                    **Address**  8890 Midway Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Loyal Bosarge (199905)                    **Address**  8890 Midway Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Mena Bosarge (199908)               **Address** 8590 Peachtree St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Forest River, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff** Travis Bourg (211870)               **Address** 115 Santiago  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Neil Bourn (215458)               **Address** 136 Espana Park  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       CH2M Hill Constructors, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Charmese Broach (202883)               **Address** 226 East North Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Walter Broach (202884)               **Address** 226 E. North Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Regina Broach (202882)                    **Address**  226 East North Street  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Shaterra Paschall, as Next Friend of L.      **Address**  260 Hiern Ave  Pass Christian, MS 39571
        b, a minor (202891)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Alison Burton, as Next Friend of M.B,      **Address**  335 Davis Ave.  Pass Christian, MS 39571
        a minor (199988)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Shaterra Paschall, as Next Friend of M.      **Address**  260 Hiern Ave.  Pass Christian, MS 39571
        b, a minor (202890)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Natalie Brown (202889)                    **Address**  2569 Hwy 49  Hattiesburg, MS 39401

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Quintin Brown (199814)                **Address**  335 Davis Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Leonard Brown (202892)                **Address**  260 Hiern Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  Allen Bryan (206915)                **Address**  6251 Carco Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Michael Bryan (206929)                **Address**  6251 Carco rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Tim Bui (220055)                **Address**  10000 Gorenflo Road Lot #27  Diberville, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Dale Buras (208182)                              **Address**  8446 Jeff Davis St.  Bay St. Louis, MS 39522

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Melissa Buras (208183)                          **Address**  8446 Jeff Davis St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc

**Plaintiff**  Richard Burge
  (207913)                                             **Address**  423 Thomas St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff**  Patricia Burge (207914)                         **Address**  423 Thomas St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff**  Alison Burton (199855)                          **Address**  335 Davis Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Linda Burton (205101)                    **Address**  329 Davis Ave.  Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Stephanie Cain, as Next Friend of G.C,     **Address**  1325 N. Seaman Avenue  Bayou La Batre, AL
a minor (199873)                                          36509


**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Vance Cain  (199876)                       **Address**  13525 N. Seaman Avenue  Bayou La Batre, AL
                                                          36509


**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Stephanie Cain, as Next Friend of L.C,     **Address**  13525 . Seaman Avenue  Bayou La Batre, AL
a minor (199879)                                          36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Stephanie Cain (199882)                    **Address**  13525 N. Seaman Avenue  Bayou La Batre, AL
                                                          36509


**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Terry Cannette (212785)          **Address** 13306 Polpwood  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff** Elizabeth Carambat (220062)          **Address** 418 Waveland  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Ingrid Carambat (220063)          **Address** 418 Waveland Ave  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Byron Carr, as Next Friend of B.C, a minor (199898)          **Address** 101 Yolanda Court  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Byron Carr  (199900)          **Address** 101 Yolanda Court  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Beverly Carter (211805)          **Address**  10050D-D Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brandy Carter (211806)          **Address**  10050D-C Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lillie Riley, as Next Friend of J.C, a          **Address**  2019 Springwood Drive  Gautier, MS 39553
minor (202235)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Krystal Carter (211808)          **Address**  10050 Boe Road  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Louise Carter (211809)          **Address**  P.O. Box 56  St. Elmo, AL 36568

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Alfreda Charles (211820)          **Address**  10133 Old Nicholson Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Gerald Charles (211821)          **Address**  10133 Old Nicholson Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Gladys Charlot (202265)          **Address**  322 Seal Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  odis Clemons (205355)          **Address**  235 Citizens Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Michelle Clemons (205356)          **Address**  235 Citizens Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Odis Clemons (205357)                    **Address**  235 Citizens St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Kimberlee Necaise, as Next Friend of        **Address**  23020 Valine Ladner Rd  Kiln, MS 39556
A.C, a minor (206944)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Gregory Conn (214669)                    **Address**  140 Leopold St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Lisa Conn (214670)                        **Address**  140 Leopold St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Gregory Conn (214671)                    **Address**  140 Leopold St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Nikeland Cooper (202169)          **Address**  4700 Welch Ave   Moss Point , MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Forest River, Inc.
>Bechtel National, Inc

---

**Plaintiff**  Lundy Copenhaver (211754)          **Address**  11020 Etna  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Forest River, Inc.
>Bechtel National, Inc

---

**Plaintiff**  Jody Courteaux (216412)          **Address**  241 Gulfside Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Forest River, Inc.
>CH2M Hill Constructors, Inc.
>Bechtel National, Inc

---

**Plaintiff**  Jody Courteaux, as Next Friend of P.C.,          **Address**  241 Gulfside Street  Waveland, MS 39576
a minor (216410)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Forest River, Inc.
>CH2M Hill Constructors, Inc.
>Bechtel National, Inc

---

**Plaintiff**  Perry Courteaux (216409)          **Address**  241 Gulfside Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Forest River, Inc.
>CH2M Hill Constructors, Inc.
>Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Charletta Crawford (202190)          **Address**  8380 East Alba St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Eliezer Cruz  (202195)          **Address**  5106 Cambridge Drive  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Quentin  Cruz  (202196)          **Address**  5106 Cambridge Drive  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Wanda Cruz (202197)          **Address**  5106 Cambridge Dr.   Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Amanda Mitchell, as Next Friend of L.          **Address**  22241 Pineville Rd.  Pass Christian, MS 39571
c, a minor (202944)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Regina Dailey (202217)                **Address**  322 Seal Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Shalena Dailey (202218)                **Address**  322 Seal Venue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Jawan Dallas (202041)                **Address**  7610 Marie Rd Lot #10 B  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Keana  Dallas (202042)                **Address**  7610 Marie Road Lot 10 A  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kiara  Dallas (202043)                **Address**  7610 Marie Road Lot 10 A  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Christine Dallas, as Next Friend of M. D, a minor (202044)     **Address** 7610 Marie Rd Lot #10 B  Theodore, AL 36582

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Christine Dallas, as Next Friend of M. D, a minor (202045)     **Address** 7610 Marie Rd Lot 10 A  Theodore, AL 36582

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Christine Dallas, as Next Friend of V. D, a minor (202046)     **Address** 7610 Marie Rd Lot 10 B  Theodore, AL 36582

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Vernita Dallas (202047)     **Address** 7610 Marie Rd Lot 10 B  Theodore, AL 36582

**Proposed Judicial District** Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Charmaine Daniels-Roles (202056)     **Address** 372 Grayson Avenue  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**   Brandy Hill, as Next Friend of J.D, a          **Address**   433 Webster St  Bay St. Louis, MS 39520
minor (203374)

**Proposed Judicial District**   Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**   Charmaine Daniels-Roles, as Next          **Address**   372 Grayson Ave  Pass Christian, MS 39571
Friend of M.D, a minor (202054)

**Proposed Judicial District**   Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**   Charmaine Daniels-Roles, as Next          **Address**   372 Grayson Ave.  Pass Christian, MS 39571
Friend of N.D, a minor (202055)

**Proposed Judicial District**   Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**   Christopher Darby (202057)          **Address**   8760 West Alba St.  Bayou La Batre, AL 36509

**Proposed Judicial District**   Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**   Jocelyn Anderson, as Next Friend of T.          **Address**   8760 W. Alba St  Bayou La Batre, AL 36509
D, a minor (202058)

**Proposed Judicial District**   Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Ruby Daughtry, as Representative of        **Address**  9480 Moores Road  Grand Bay , AL 36541
the Estate of Elbert Daughtry, deceased
(202063)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kevin Daughtry (202066)        **Address**  9480 Moores Rd.   Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ruby Daughtry, as Next Friend of K.D,        **Address**  9480 Moores Rd  Grand Bay , AL 36541
a minor (202067)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nekylah Daughtry (202069)        **Address**  9480 Moores Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ramone Daughtry (202070)        **Address**  9480 Moores Rd  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Ruby Daughtry (202071)          **Address**  9480 Moores Rd.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
 Forest River, Inc.
 CH2M Hill Constructors, Inc.

**Plaintiff**  Alisa Deeks (215562)          **Address**  808 Kyle Circle  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

**Plaintiff**  Elbert Dixon (202001)          **Address**  9480  Moores Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
 Forest River, Inc.
 CH2M Hill Constructors, Inc.

**Plaintiff**  Reco Domio (214624)          **Address**  8143 Georgia Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

**Plaintiff**  Vivian Dorsett (205389)          **Address**  4403 34th st.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Forest River, Inc.
 CH2M Hill Constructors, Inc.
 Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Gregory Dufrene (220120)                **Address**  7801 Hancock Dr.  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Carolyn Dupre (207985)                **Address**  4235 Catalina St.  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Jayne Evans (210921)                **Address**  16463 Hwy. 90  Pearlington, MS 39572


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Mark Evans (211389)                **Address**  16463 Hwy. 90  Pearlington, MS 39572


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Albert Fairley (215585)                **Address**  109 S. Howard Avenue  Picayune, MS 39466


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Kristin Fricke (205286)          **Address**  8042 Hancock Dr.   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

**Plaintiff**  Ruth Fricke (205287)          **Address**  8042 Hancock Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

**Plaintiff**  Cynthia Fuller (212568)          **Address**  154 Margie Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

**Plaintiff**  Cynthia Fuller, as Next Friend of D.F, a          **Address**  1548 Margie Street  Waveland, MS 39576
minor (212569)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

**Plaintiff**  Glenn Fuller (211636)          **Address**  1550 Margie St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Cynthia Galle (201811)                **Address** 4807 Plantation Rd.  Saucier , MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff** Christine Garcia (211644)                **Address** 1031 Hubbard St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff** Deanna Garcia (211645)                **Address** 1031 Hubbard St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff** Joshua Garcia (211646)                **Address** 1031 Hubbard St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff** Jeanne Gareser (207936)                **Address** Bucanneer Park Beach Rd.   Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Kanita Garry (203423)                    **Address**  5212 Rue Saint Denise  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Anthony Giavotella (214478)              **Address**  22138 Rd. 374  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Michele Giavotella (214480)              **Address**  22138 Rd. 374  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Ruth Fricke, as Next Friend of E.G, a      **Address**  8042 Handcock Dr  Bay St. Louis, MS 39520
minor (205312)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Richard Goetz (205313)                   **Address**  5042 Hancock Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Christopher Goff (215606)                    **Address**  114 Green View Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Luctrecia Goff, as Next Friend of K.G,          **Address**  114 Green View Dr.  Picayune, MS 39466
a minor (215612)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Luctrecia Goff, as Next Friend of K.G,          **Address**  114 Green View Dr.  Picayune, MS 39466
a minor (215613)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Luctrecia Goff (215614)                    **Address**  114 Green View Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Denise Gollott, as Next Friend of C.g, a         **Address**  10201 North Bird Ave.  D'Iderville, MS 39540
minor (203008)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Denise Gollott (203007)                    **Address**  10201 North Byrd Ave  D' Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Francis Gollott (203009)                    **Address**  10201 North Byrd Ave.  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Gregory Gollott (203010)                    **Address**  10201 North Byrd Ave  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Marcus Graham (215621)                    **Address**  1105 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Kimberly Marion, as Next Friend of K.     **Address**  4525 Vetran Blvd #26  Pascagoula, MS 39567
G, a minor (214503)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Marie Green (211566)                    **Address**  1523 Margie St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff**  Charles Hansen (215649)                 **Address**  1707 Williams St..  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff**  Shan Arkle, as Next Friend of C.H, a    **Address**  1801 Hwy 11 South Lot 13  Picayune, MS 39466
minor (216545)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Beth Harper (201618)                    **Address**  1860 Beach Blvd.  Lot 114  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff**  Morgan Harper (210690)                  **Address**  10920 Douglas Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Ronnie Harper (201620)                    **Address**  1860 Beach Blvd. Lot 114  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Michelle Harris, as Next Friend of M.          **Address**  5191 Herron Street  Bay St. Louis, MS 39520
H, a minor (220198)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Michelle Harris (220199)                    **Address**  5191 Herron Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  William Harris (220202)                    **Address**  5191 Herron Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Daniel Hart (215651)                    **Address**  210 Weems Street  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Justin Hart (215652)                     **Address**  210 Weems Street  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Ruby Hart (215653)                      **Address**  210 Weems St.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Loretta Hearndon (220210)               **Address**  9012 Pine Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

**Plaintiff**  Anne Henderson (211592)                 **Address**  510 Esplanade Avenue  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Barbara Henderson (203052)              **Address**  26412 Eddy Road   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  David Henderson (203053)              **Address**  26412 Eddie Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Stuart Henderson (212456)              **Address**  510 Esplanade Avenue  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  David Henderson, as Next Friend of T.     **Address**  385 Clarck St  Pass Christian, MS 39571
h, a minor (203054)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Carol Hess (214461)              **Address**  406 Old Spanish Trails  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Brandy Hill (203447)              **Address**  P O  Box 2825  Bay St. Louis, MS 39521

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Frederick Hilliard (208044)          **Address**  5113 Sage St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jessica Mitchell, as Next Friend of A.h,          **Address**  22241 Pineville Rd.  Pass Christian, MS 39571
a minor (203064)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Latonya Lett, as Next Friend of W.H, a          **Address**  2100 University  Gautier, MS 39553
minor (216586)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Darick Holloway (215671)          **Address**  1103 Brook Dale Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Shana Holloway (215672)          **Address**  1103 Brook Dale Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Charles Horton (207035)          **Address**  14393 Dedeaux Rd Lot 69  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Kathy Hudson (212921)          **Address**  10110 Edwin Ladner Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Anita Jacobs (206026)          **Address**  26 St  Gulfport, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Christopher Jacobs (206027)          **Address**  26 St  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Andrea Jeffries, as Next Friend of A.J,          **Address**  23098 Freddie Frank   Pass Christian, MS 39571
a minor (203464)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Andrea Jeffries (203463)　　　　　**Address** 23098 Freddie Frank  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Jerry Jenkins (215687)　　　　　**Address** 210 Weems St.  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Lisa Jenkins (201443)　　　　　**Address** 8624 Barnack Blvd.  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Alma Johnson (207053)　　　　　**Address** 5007 Amazon St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff** Raymond Johnston (207984)　　　　　**Address** 4235 Catalina St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Haley Jones (220247)                    **Address**  976 Bouis Road  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Shawn Jones (220250)                    **Address**  976 Bouis Road  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Kelly Keel (201361)                    **Address**  363 Morton Ave.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Charlotte Keener (210689)                    **Address**  10920 Douglas Road  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Charlotte Keener, as Next Friend of D.        **Address**  10920 Douglas Road  Grand Bay, AL 36541
K, a minor (210577)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** David Keener (210578)                      **Address** 10920 Douglas Road  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Charlotte Keener, as Next Friend of D.      **Address** 10920 Douglas Road  Grand Bay, AL 36541
K, a minor (211408)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Kimberly Marion, as Next Friend of N.      **Address** 4525 Vetran Blvd #26  Pascagoula, MS 39567
K, a minor (214335)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Tara Kreps (201251)                       **Address** 26215 Cunningham Rd  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Shanion Kyzar (203109)                     **Address** Fox Rv Park 109 Beauvior Rd  Biloxi, MS 39531

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Glenda Ladner (212980)                 **Address**  3504 Rockyhill Dedeaux Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  James Ladner (212981)                 **Address**  10110 Edwin Ladner Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Glenda Ladner, as Next Friend of K.L., a minor (212982)    **Address**  3504 Rockyhill Dedeaux Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Rosalie Ladner (207093)                 **Address**  11052 August Ladner Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Shanie Ladner (214350)                 **Address**  7532 Kiln Picayune  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Shane LaFleur (201266)                **Address**  305 Church Ave  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Blair Landry (201279)                **Address**  7037 Rd 140 Lot 14  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Theresa McKay, as Next Friend of V.L,   **Address**  707 Hibiscus  St.   Waveland, MS 39576
a minor (214356)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Daphane Bello-Pike, as Representative   **Address**  6010 9th Ave.  Pearlington, MS 39572
of the Estate of Margaret Lemoine,
deceased (211137)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Melissa Lemoine (201315)              **Address**  7037 Rd 140 Lot 14  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Latonya Lett, as Next Friend of J.L., a minor (216688)          **Address** 2100 University  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Latonya Lett, as Next Friend of K.L., a minor (216689)          **Address** 2100 University  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Latonya Lett (216687)          **Address** 2100 University  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Melissa Buras, as Next Friend of K.L., a minor (208184)          **Address** 8446 Jeff Davis St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

Bechtel National, Inc

---

**Plaintiff** Frederick Mallini (209087)          **Address** 4230 Menge Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Thomas Mallini (209088)                    **Address**  4230 Menge Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Christopher Marek (205988)                **Address**  6087 E. Kemper  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Ruth Marek (205127)                        **Address**  6087 E Kemper St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Kimberly Marion (214194)                   **Address**  4525 Vetran Blvd #26  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Chrystal  Martin , as Next Friend of T.        **Address**  5200 Hwy 90 Lot   Bay St. Louis, MS 39520
M, a minor (211305)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Christine Dallas, as Next Friend of J.M,   **Address**  7610 Marie Lot 10  B  Theodore, AL 36582
a minor (201076)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Christine Dallas, as Next Friend of J.M,   **Address**  7610 Marie Lot 10 B  Theodore, AL 36582
a minor (201077)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cheryl Mayne (212285)   **Address**  1025 Shipp Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Cheryl Mayne, as Next Friend of T.M,   **Address**  1025 Shipp Street  Waveland, MS 39576
a minor (212291)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Cheryl Mayne, as Next Friend of T.M,   **Address**  1025 Shipp Street  Waveland, MS 39576
a minor (212289)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Natasha Mays (201111)          **Address**  100 Perry Street  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          Bechtel National, Inc

**Plaintiff**  Joshua Miller, as Next Friend of A.M, a          **Address**  1808 Prospect Ave.  Pascagoula, MS 39567
          minor (206849)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Vanessa Ware, as Next Friend of S.m, a          **Address**  7690 Bellingrath Rd.  Theodore, AL 36582
          minor (203154)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Timothy McGowan (215809)          **Address**  1103 Brook Dale Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          Bechtel National, Inc

**Plaintiff**  Theresa Johnson (214229)          **Address**  300 St Francis  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Margaret Mclain (209073)                    **Address**  6005 E. Perry  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Sandra  McLeod, as Representative of          **Address**  3537 Ling Dr.  Gautier, MS 39553
the Estate of Marvin McLeod, deceased
(211465)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Sandra McLeod (211466)                    **Address**  3537 Ling Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Derrick McNair (201011)                    **Address**  5030 MLK Drive  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Ludrich McNiar (206022)                    **Address**  2727 Roberts Avenue  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Matthew Millard (208851)                    **Address** 8359 Harrison  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Richard Millard (208850)                    **Address** 8359 Harrison  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Joshua Miller, as Next Friend of C.M, a     **Address** 1808 Prospect Avenue  Pascagoula, MS 39567
minor (206854)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Jessica Mitchell (203170)                   **Address** 22241 Pineville Road.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Tracy Mitchell (203169)                     **Address** 22221 Pineville Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Melissa Moran (209498)                    **Address**  9200 Henry Shubert Rd.  Bay St. Louis, MS
                                                                      39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Alice Smith, as Next Friend of B.M, a          **Address**  385 Seal Ave  Pass Christian, MS 39571
                 minor (200897)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Nhan Nguyen (210950)                    **Address**  107 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Nhan Nguyen, as Next Friend of V.N, a          **Address**  107 Spanish Cove  Waveland, MS 39576
                 minor (210952)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Van Nguyen (210949)                    **Address**  107 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Ammie Osborne (211244)                **Address** 2119 Hopper Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

**Plaintiff** Ammie Osborne, as Next Friend of A.   **Address** 2119 Hooper Rd.  Lucedale, MS 39452
O, a minor (211977)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

**Plaintiff** Ammie Osborne, as Next Friend of T.   **Address** 2119 Hopper Rd  Lucedale, MS 39452
O, a minor (211978)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

**Plaintiff** Jeffrey Parker (200820)               **Address** 4401 Old Spanish Trail  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

**Plaintiff** Paul Parker (200822)                  **Address** 4401 Old Spanish Trail  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>          Forest River, Inc.
>          Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Shaterra Paschall (203222)          **Address** 260 Hiern Ave  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Martin Pavolini  (200844)          **Address** 6263 Wittman Rd.   Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Loretta Hearndon, as Next Friend of S.      **Address** 9012 Pine Drive  Bay St. Louis, MS 39520
P, a minor (220375)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Shawna Peneguy (220376)          **Address** 9012 Pine Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Shelby Peneguy (220377)          **Address** 9012 Pine Drive  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  James Peters (210288)                    **Address**  6048 7th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Christopher Peterson (214918)          **Address**  7372 Kiln Picayune  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Sarah Pritchett (200765)               **Address**  9470 Moores Rd  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Wilma Rattleff (211467)                **Address**  2107 Cleveland Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Harlan Reynolds (215929)               **Address**  808 Kyle Circle  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Alisa Deeks, as Next Friend of T.R, a minor (215932)   **Address** 808 Kyle Circle  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Tina Rhodes-Hansen (215933)   **Address** 1707 Williams St  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Randall Rhodes (215934)   **Address** 1707 Williams St.  Moss Point, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Lillie Riley, as Next Friend of A.R, a minor (200665)   **Address** 2019 Springwood Dr.  Gauier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Charles Riley (200667)   **Address** 2019 Springwood Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Lillie Riley (200675)          **Address**  2019 Springwood Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Earl Robertson (216861)          **Address**  2100 University  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Beverly Carter, as Next Friend of K.R,          **Address**  P.O. Box 56 10050 BOE Rd.  St. Elmo, AL 36568
a minor (212217)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rose Roles (200562)          **Address**  1157 Canal Road  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Samuel Rush (220418)          **Address**  8444 Jeff Davis Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Dawn Saucier (200604)          **Address**  26215 Cunningham Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Ivy Sanders-Watson, as Representative of the Estate of Elmer Saunders, deceased (210136)          **Address**  16243 10th St.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Bryan Schneider (216903)          **Address**  6070 W Quitman Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Rebecca Schrills (213175)          **Address**  814 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Justin Schwartz (213178)          **Address**  402 Citizen St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Tina Schwartz (213180)                    **Address**  402 Citizen St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Kristy  Wells-Seaman, as Next Friend      **Address**  8575 E. Wraur st.   Bayou La Batre, AL 36507
of A.S, a minor (200460)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kristy Wells-Seaman, as Next Friend of    **Address**  8575 E. Warnap st.  Bayou La Batre, AL 36509
C.S, a minor (200461)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kristy Wells-Seaman, as Next Friend of    **Address**  8575 E. Warnup st.  Bayou La Batre, AL 36509
M.S, a minor (200467)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shan  Seaman (200468)                     **Address**  8575 E. Warnup st.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Robert Sellier, as Next Friend of B.S, a minor (207487)     **Address** 7068 Meadowdale St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Robert Sellier (207671)     **Address** 7068 Meadowdole St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Danielle Singleton (207802)     **Address** 301 St. Francis  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Angela Smith (211162)     **Address** 2010 Catalpa Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Sandra Smith (210164)     **Address** 312 State St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Sandra Stevens (215998)                    **Address**  1105 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Terrell Stevens (215999)                    **Address**  1105 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Elizabeth Stewart, as Representative of    **Address**  1105 Brookdale Drive  Picayune, MS 39466
the Estate of Robert Stewart, deceased
(216001)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Elizabeth Stewart (216000)                  **Address**  1105 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Gregory  Dufrene , as Representative of    **Address**  7801 Hancock Dr.  Bay St. Louis, MS 39520
the Estate of Alicia Stojic, deceased
(220460)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Hilton Swanier (205457)                    **Address**  25148 St. Stevens Rd.   Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc


**Plaintiff**  Katheryn Taylor (200317)                    **Address**  12506 Freddie Frank Rd  Long Beach, MS 39560


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc


**Plaintiff**  Martina Taylor (210077)                    **Address**  6035 E. Lincoln St  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc


**Plaintiff**  Theresa Teaff (210672)                    **Address**  5282 Kelly Road  Pearlington, MS 39572


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc


**Plaintiff**  James Thompson (208916)                    **Address**  12509 Acy Ladner Rd.  Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Larry Thompson  (202328)          **Address**  12070 Riverbend Dr.  D'Iberville, MS 39540


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Bruce Thornton (205465)          **Address**  816 Washington St.   Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Paula Tomasich (205468)          **Address**  .5046 Ganges St.  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Brenda Turner (217010)          **Address**  505 Garic St.  Biloxi, MS 39530


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  James Turner (217011)          **Address**  505 Garic St.  Biloxi, MS 39530


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff** Debra Tyler, as Next Friend of B.T, a minor (212616)   **Address** 2102 Cleveland Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff** Debra Tyler (212615)   **Address** 2102 CLEVELAND  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff** John Tyler (212554)   **Address** 2102 Clevland  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff** Debra Tyler, as Next Friend of M.T, a minor (212617)   **Address** 2102 Cleveland Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

**Plaintiff** Terrell Tyler (217012)   **Address** 1102 Brooksdale  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Brandon Vegas (216058)          **Address**  7030 Shad Lane  Perkinston, MS 39573


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Barbara Walton (216064)          **Address**  109 S. Howard  Picayune, MS 39466


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Brittany Ware (202690)          **Address**  7690 Bellingrath Rd  Theodore, AL 36582


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Lekedric Ware (202688)          **Address**  7690 Bellingrath Rd. Lot 49  Theodore, AL 36582


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Nelda Wells (202503)          **Address**  8575 E. Warner St.  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

## Chiquita Acker, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7857

**Plaintiff**  Michael Wheat (210038)                    **Address**  6073 11th Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Forest River, Inc.
>       Bechtel National, Inc

---

**Plaintiff**  James Wilkerson (202533)                 **Address**  14111 Railroad Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Forest River, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kayla  Wilkerson  (202537)               **Address**  14111 Railroad St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Forest River, Inc.
>       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jocelyn Anderson, as Next Friend of M.   **Address**  8760 W. Alba St.  Bayou La Batre, AL 36509
W, a minor (202538)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>       Forest River, Inc.
>       CH2M Hill Constructors, Inc.

---