## Mary Wilkerson, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7855

1332

**Plaintiff** Mary Wilkerson (202539)　　**Address** 14111 Rail Road St. Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
　　Forest River, Inc.
　　CH2M Hill Constructors, Inc.

---

**Plaintiff** LaTisha Williams (203700)　　**Address** 556 David Martin  Wiggins, MS 39577

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Celestine Woods (202617)　　**Address** 7830 Highway 188  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
　　Forest River, Inc.
　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Maurice Woods (202621)　　**Address** 7830 Highway 188  Coden , AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
　　Forest River, Inc.
　　CH2M Hill Constructors, Inc.

---

**Plaintiff** Tammy Woulard (206634)　　**Address** 14393 Dedeaux Rd Lot 69  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.
　　CH2M Hill Constructors, Inc.
　　Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT
16

## Mary Wilkerson, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7855

**Plaintiff**  Seymourn Banks, as Next Friend of E. W, a minor (202635)   **Address**  8380 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
- Forest River, Inc.
- CH2M Hill Constructors, Inc.

---

**Plaintiff**  Linda Young (202647)   **Address**  4207 Earl Blvd.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
- Forest River, Inc.
- Bechtel National, Inc