## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

1388

**Plaintiff** Susan Baker, as Next Friend of D.B, a minor (200117)   **Address** 8860 West Alba St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Kevin Baker (200120)   **Address** 8860 West Alabama St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Zackary Baker (200125)   **Address** 8860 West Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Aleatria  Banks  (200128)   **Address** 8380 E. Alba Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Esther Bosarge (200076)   **Address** 9260 Cain St.
Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**17**

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Kimberly Bosarge (199901)          **Address**  8590 Peach Tree St.   Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary Bosarge (199907)          **Address**  9260 Cain Street  Code, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Timothy Bosarge (199909)          **Address**  9260 Cain St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Clotell Bufkin (199833)          **Address**  59 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Willie Bufkins (199834)          **Address**  59 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Christina  Collier  (202143)          **Address**  14679 Niolon  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Andrea Roberson, as Next Friend of E.          **Address**  14679 Niolon Rd  Bayou La Batre, AL 36509
C, a minor (202146)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Sandy Collier, as Next Friend of E.C, a          **Address**  4941 Hwy 188  Coden, AL 36523
minor (202147)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Forrest Collier (202148)          **Address**  4941 Hwy. 188    Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Sandy Collier, as Next Friend of H.C, a          **Address**  4941 Hwy 188  Coden , AL 36523
minor (202149)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Sandy Collier, as Next Friend of F.C, a minor (202151)      **Address**  4941 Highway 188  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kathleen Covington, as Next Friend of A.C, a minor (202178)      **Address**  15395 McGraw Blvd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brian Covington (202179)      **Address**  15395 McGraw Blvd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kathleen Covington, as Next Friend of M.C, a minor (202181)      **Address**  15395 McGraw Blvd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kathleen Covington, as Next Friend of Z.C, a minor (202182)      **Address**  15395 McGraw Bvld  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Carolina Dallas (202220)                **Address**  7610 Marie Rd Lot 10 A  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Martha Ewing (201906)                **Address**  9250 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Andrew Fowler (201779)                **Address**  4311 Heron Bay Loop Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sara Fowler (201781)                **Address**  4311 Heron Bay Loop Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ashley Gurley (201742)                **Address**  4311 Heron Bay Loop Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Kendrick House (201534)          **Address**  8380 E. Alba St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Ricky  Knapp (201244)          **Address**  9155 St Elmo Cr  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Becky Lyons, as Next Friend of L.L, a          **Address**  9155 St Elmo Cr  Irington, AL 36544
minor (201203)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Becky Lyons, as Next Friend of S.L, a          **Address**  9155 St Elmo Cr  Irvington, AL 36544
minor (201204)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Angel Manning (201236)          **Address**  9470 Hwy 188   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Nyisha Mutin (200924)                    **Address**  7185 Greenwell St  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
         Forest River, Inc.
         Shaw Environmental, Inc

**Plaintiff**  Joshua Nash (200935)                    **Address**  7185 Greenwell st. Lot. 22  Baton Rouge, LA
                                                                   70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
         Forest River, Inc.
         Shaw Environmental, Inc

**Plaintiff**  Julie Owens (200809)                    **Address**  8580 Satsuma St  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
         Forest River, Inc.
         CH2M Hill Constructors, Inc.

**Plaintiff**  Myra Peters, as Next Friend of L.P, a       **Address**  4021 Johnson Rd  Coden, AL 36523
         minor (200862)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
         Forest River, Inc.
         CH2M Hill Constructors, Inc.

**Plaintiff**  Larry Peters  (200863)                  **Address**  4021 Johnson Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
         Forest River, Inc.
         CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Larry Peters (200864)                    **Address**  4021 Johnson Rd.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Ruth Peters (200867)                    **Address**  4021 Johnson Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Myra Peters, as Next Friend of S.P, a       **Address**  4021 Johnson Rd  Coden, AL 36523
minor (200868)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Tommy Peters (200869)                   **Address**  4021 Johnson Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Gertrude Robbins (200681)               **Address**  8550 East Alba St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Jamecia Robbins (200682)          **Address**  8550 E. Alba STreet  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gayla Simmons, as Next Friend of B.S,          **Address**  8830 W. Alba St  Bayou La Batre, AL 36509
a minor (200490)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gayla Simmons, as Next Friend of K.S,          **Address**  8830 W Alba St  Bayou La Batre, AL 36509
a minor (200495)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kevin Simmons (200496)          **Address**  8830 W. Alba St  Bayou La Batre, AL 36509


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Melissa Singley, as Next Friend of C.S,          **Address**  15440 Dauphin Island Parkway  Coden , AL
a minor (200508)                                                                          36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff** Carolina Dallas, as Next Friend of T.S, a minor (200281)   **Address** 7610 Marie Rd Lot A  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Edward Walker, as Next Friend of C. W, a minor (202421)   **Address** 9341 Satsuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Greta Walker (202424)   **Address** 9341 Satsuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Harold Weight  (202481)   **Address** 9470 Highway 188  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Kristy Wells (202497)   **Address** 8575 E. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Lavell Wells (202498)          **Address** 8575 East Warner St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Belinda Wilkerson (202532)          **Address** 9270 Midway Rd  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gene Wilkerson  (202535)          **Address** 14111 Railroad Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary Wilkerson, as Representative of          **Address** 14111 Railroad Street  Bayou La Batre, AL 36509
the Estate of Katie Wilkerson, deceased
(202536)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary Williams (202571)          **Address** 8580 Satsuma St  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Dontario Woods (202618)                    **Address**  7830 Hwy 188  Coden , AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Leon Woods (202620)                        **Address**  7830 Highway 188  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  James Wooten (202623)                      **Address**  8255 Hensley Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Bryanna  Wright (202633)                   **Address**  9470 Hwy 188  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Eileen Wright, as Next Friend of M.W,     **Address**  9470 Highway 188  Irvington, AL 36544
a minor (202639)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Shayna Wright (202640)                    **Address**  9470 Hwy 188  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Kimberly Hall (203032)                    **Address**  6300 Winner Dr  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Barbara Seaman (202777)                   **Address**  6320 Winner Dr  Grand Bay , AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Vanessa Ware, as Next Friend of L.t, a minor (202681)   **Address**  7690 Bellingnath Rd Lot 49  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Kristen Ware (202691)                     **Address**  7690 Bellingrath Rd., Lot 49  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Cleveland Pettaway (203555)   **Address**  7690 Belling Rath Rd Lot 49tt
tt
Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Willie Ware (203673)   **Address**  2301 S. Shelton Beach Rod   Eight Mile, AL 36613

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Carolyn Roberson, as Next Friend of Q. N, a minor (205152)   **Address**  7185 Greenwell Street  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Carolyn Roberson, as Next Friend of S. C, a minor (205104)   **Address**  7185 Greenwell Street  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Tiheria Nash (205153)   **Address**  7185 Greenwell Street (Lot22)  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Tyneria Nash, as Next Friend of T.N, a        **Address**  7185 Greenwell Street # 23  Baton Rouge, LA
minor (205154)                                                          70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Jeremy Nash (205151)                          **Address**  7185 Greenwell St  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc

**Plaintiff**  Vivian Dorsett, as Representative of the      **Address**  4403 34th St.  Bay St. Louis, MS 39520
Estate of Excell Dorsett, deceased
(205388)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff**  James Garriga (207891)                        **Address**  2003 Buena Vista Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  James  Garriga, as Next Friend of R.D,        **Address**  2003 Buena Vista Street  Pascagoula, MS 39567
a minor (207892)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Brian DuBose (207809)          **Address**  4235 Catalina Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Randy Brunelle (209223)          **Address**  890 Blue Meadow Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Bernette Conerly, as Next Friend of T.          **Address**  649 Hwy 98 West  Tylertown, MS 39667
G, a minor (211648)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brian Pitts (212182)          **Address**  14366 County Rd.# 210  Vossburg, MS 39366

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kathylean Pitts, as Next Friend of K.P,          **Address**  14366 County Rd.# 210  Vossburg, MS 39366
a minor (212185)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff** Khayla Brown (212627)          **Address** 3401 2nd St.  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Khayla Brown, as Next Friend of J.B, a      **Address** 3401 2nd Street  Moss Point, MS 39563
minor (212628)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Khayla Brown, as Next Friend of J.B, a      **Address** 3401 2nd St.  Moss Point, MS 39563
minor (212629)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Khayla Brown, as Next Friend of J.T, a      **Address** 3401 Second St  Moss Point, MS 39563
minor (212630)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Amber Rowell, as Next Friend of M.F,      **Address** Rd 140 Lot 6  Lakeshore, MS 39520
a minor (212872)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff** Gerald Fleming, as Next Friend of N.F,    **Address** Road 140 Lot #6  Bay St. Louis, MS 39576
a minor (216489)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

**Plaintiff** Gerald Fleming, as Next Friend of Z.F,    **Address** 2057 Waveland Ave  Waveland, MS 39576
a minor (216490)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

**Plaintiff** Thuan Huynh (216600)    **Address** 14315 Shell Bell Road  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff** Uyen Tran, as Next Friend of A.T, a    **Address** 14315 Shell Belt Rd W  Coden, AL 36523
minor (216988)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff** Ricky Tran (216989)    **Address** 14315 Shell Belt Road  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Judy Tran (216990)                    **Address**  10871 Lakeland Drive  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Oanh Tran (216991)                    **Address**  14315 Shellbelt St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jason Schaefer (220423)               **Address**  7107 Sunflower Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Patrick Grisham (220179)              **Address**  7107 Sunflower Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Johnell Smith (220442)                **Address**  2300 Levee Road  Morgan City, LA 70380

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff** Christine Dallas, as Next Friend of J.D,   **Address** 7610 Marie Rd Lot 10-A  Theodore, AL 36582
a minor (222308)

**Proposed Judicial District** Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Audria Watkins (222311)   **Address** 28244 Sherry Sweet Shop Rd  Moss Point, MS
39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Giang Doan (222719)   **Address** 520 Roy St  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Trang Doan (222720)   **Address** 520 Roy St  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Loan Mai (222885)   **Address** 520 Roy St  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Whitney Payne (222951)  **Address**  19 Cottonwood Ct  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>    Forest River, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Constructors, Inc.

**Plaintiff**  Michelle Harris (223305)  **Address**  10194 N. Summit Estates Lot 49  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>    Forest River, Inc.
>    CH2M Hill Constructors, Inc.

**Plaintiff**  Darnell Cuevas (223428)  **Address**  10115 Edwin Ladner Rd.   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff**  Jo Covas (224256)  **Address**  10194 N Summit Court, Lot 49  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
>    Forest River, Inc.
>    CH2M Hill Constructors, Inc.

**Plaintiff**  Christopher Hargett (223748)  **Address**  1500 Bogan Circle  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Kenyetta Woods, as Next Friend of K. W, a minor (224227)          **Address**  386 Morton Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Kenyatta Woods (224245)          **Address**  386 Morton Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Diane Singleton (224466)          **Address**  7093 Katrina West, Navy Base  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Lindsey Davis (224778)          **Address**  2917 Magnolia St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Olivia Nunn (225092)          **Address**  1372 Goodman Avenue  Mobile, AL 36604

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Olivia  Nunn, as Next Friend of T.N, a          **Address**  1372 Goodman Avenue  Mobile, AL 36605
minor (225093)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Betty Caughhorn, as Next Friend of J.          **Address**  10194 N. Summit Ctlot # 49  Grand Bay , AL
M, a minor (225711)                                                              36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Michelle Harris, as Next Friend of T.H,          **Address**  6558 Knade Rd.  Theodore, AL 36582
a minor (225712)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Michelle Harris, as Next Friend of S.S,          **Address**  10194 Norh Summit Est Lot 49  Fairview , AL
a minor (225714)                                                                  36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Thomas Hall (225715)          **Address**  10194 North Summitt Est. , Lot 49  Irvington, AL
                                                                36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Sheronda Adams (225729)  **Address**  312 Dixie Avenue  Hattisburg, MS 39402

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Sheronda Adams, as Next Friend of M. F, a minor (226117)  **Address**  312 Dixie Avenue  Hattiesburg, MS 39402

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Renory Johnson (226359)  **Address**  2102 Polk Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Pamela Loper (226475)  **Address**  224 Benachi Ave 9  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Shannon Keys, as Next Friend of A.L, a minor (226492)  **Address**  600 Buren Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Shannon Keys, as Next Friend of S.L, a minor (226493)      **Address**  606 Buren Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Kasung McConnell (226565)      **Address**  509 Cherokee St  Mobile, AL 36606

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Olivia Nunn , as Next Friend of T.N, a minor (226669)      **Address**  1372 Goodman Ave.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jakomiko Nunn (226670)      **Address**  1372 Goodman Ave   Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shana Nunn, as Next Friend of J.N, a minor (226671)      **Address**  1372 Goodman Ave.  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Shana Nunn, as Next Friend of N.N, a   **Address**  1372 Goodman Ave  Mobile, AL 36605
minor (226672)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Olivia Nunn, as Next Friend of O.N, a   **Address**  1372 Goodman Ave.  Mobile, AL 36605
minor (226673)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Terrence Nunn (226675)   **Address**  1372 Goodman Ave  Mobile, AL 36605

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  J.W. Rawls (226753)   **Address**  County Dr., Lot 11   Hattisburg, MS 39402

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Paula Robinson, as Next Friend of T.R,   **Address**  3402 Sumedinger St  Pascagoula, MS 39581
a minor (226802)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Shannon Keys, as Next Friend of K.W,  **Address**  606 Buren Ave  Picayune, MS 39466
a minor (227007)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Shannon  Keys, as Next Friend of K.W,  **Address**  606 Buren Ave  Picayune, MS 39466
a minor (227009)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Paisley Wade (227120)  **Address**  905 Selma Street  Mobile, AL 36604

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Iris Wells, as Next Friend of G.W, a  **Address**  905 Selma Street  Mobile, AL 36604
minor (227119)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Iris Wells, as Next Friend of J.M, a  **Address**  905 Selma Street  Mobile, AL 36604
minor (227118)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Iris Wells, as Next Friend of F.W, a minor (227117)          **Address** 905 Selena Street  Mobile, AL 36604

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Wayne Wells (227115)          **Address** 905 Selma St   Mobile, AL 36604

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lolita Rivers (227876)          **Address** 905 Selma St.  Mobile, AL 36604

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kelice Smith (227979)          **Address** 905 Selma Street  Mobile, AL 36604

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Harry Barbazon (229362)          **Address** 6029 1St Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  John Cox (229559)                    **Address**  9309 Briarcrest   Pascagoula, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Nora Draughon, as Next Friend of C.D,     **Address**  14700 Old Pascagoula Rd.  Grand Bay, AL 36541
a minor (229645)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nora Draughon, as Next Friend of D.D,     **Address**  14700 Old Pascagoula Rd.  Grand Bay , AL
a minor (229646)                                              36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Darrell Draughon (229648)          **Address**  14700 Old Pascagoula Rd.  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Betty Fairley  (229687)          **Address**  27389 Bradly Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Jan Anderson, as Next Friend of D.F, a minor (229689)          **Address**  P.O. Box 410  Mclain, MS 39456

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>   Forest River, Inc.
>   Bechtel National, Inc

---

**Plaintiff**  Crystal Green (229756)          **Address**  9451 Briar Crest Road  Vancleave, MS 39565

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>   Forest River, Inc.
>   Bechtel National, Inc

---

**Plaintiff**  Tiffany  Robinson  (230272)          **Address**  7610 Marie Rd., Lot 2C  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>   Forest River, Inc.
>   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Rickey Triplett (230422)          **Address**  4112 Rosa Ln,   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>   Forest River, Inc.
>   Bechtel National, Inc

---

**Plaintiff**  Shanika  Nash (237446)          **Address**  7185 Greenwell St Lot #22  Baton Rouge, LA 70806

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
>   Forest River, Inc.
>   Shaw Environmental, Inc

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Sieglinde Arceneaux (238490)          **Address**  Scenic Trail, Lot 353  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Natasha Porter-McKenzie (238652)          **Address**  23098 Freddy Frank Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Angie Echoles (238757)          **Address**  3709 Meadow Lark Dr.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tyrone Sterling (238877)          **Address**  759 Hwy 98 West  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donald Reed (238879)          **Address**  759  Hwy. 98  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff** Tyrone Sterling, as Next Friend of G.G,   **Address** 759 Hwy 98 W.  Tylertown, MS 39667
a minor (238896)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Donald Reed (238897)   **Address** 759 Hwy 98 W,  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Damon Ratliff (238953)   **Address** 759 Hwy 98W  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Lakeshia Moore, as Next Friend of I.H,   **Address** 3709 Meadowlark Drive  Gulfport, MS 39501
a minor (239165)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Shirley Daniels (239187)   **Address** 3709 Meadowlark  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Ernest Echoles (239188)                    **Address**  3709 Meadow Lark Drive  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

**Plaintiff**  Tiffany Robinson, as Next Friend of J.    **Address**  7610 Marie Road Lot 2c  Theodore, AL 36582
P, a minor (239713)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Tiffany Robinson, as Next Friend of C.    **Address**  7610 Marie Rd Lot 2C  Theodore, AL 36582
R, a minor (239716)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Natasha Porter-McKenzie, as Next    **Address**  Freddy Frankie Road  Pass Christian, MS 39571
Friend of N.P, a minor (239581)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

**Plaintiff**  Tiffany Robinson, as Next Friend of R.    **Address**  7610 Marie Rd Lot 2C  Theodore, AL 36582
J, a minor (239735)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

## Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Iesha Pearson (239433)                    **Address**  3709 Meadow Lark Dr  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Forest River, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Nydia Porter (239593)                    **Address**  Freddy Frankie Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Forest River, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Tiffany  Dunning (239536)                    **Address**  4 Laudeac Ct.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Forest River, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Brandy Hall, as Next Friend of T.A, a minor (239958)                    **Address**  209 McCaughan Ave. Apt. 4C Long Beach, MS 39502

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Forest River, Inc.
            Bechtel National, Inc

---

**Plaintiff**  Ernest Thibodeaux (240274)                    **Address**  7050 Wool Market Rd  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
            Forest River, Inc.
            Bechtel National, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Debra  Thibodeaux (240275)                    **Address**  7050 Wool Market Rd.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Michael Hill (240244)                    **Address**  4 Lauleal Ct.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Tina Poindexter, as Next Friend of J.P., a minor (240312)                    **Address**  6909 Nasterium Drive  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Edward Poindexter (240310)                    **Address**  6909 Nasturtium Drive  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Meka Poindexter (240309)                    **Address**  6909 Nasterium Drive  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Tina Poindexter (240300)          **Address**  6909 Nasturium  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Valarie Brothern, as Next Friend of M.        **Address**  5060 A Lot 78  Long Beach, MS 39560
B, a minor (241836)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

**Plaintiff**  Van Lam, as Next Friend of A.L, a        **Address**  9401 Satsuma Street  Coden, AL 36523
minor (241858)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Van Lam (241857)          **Address**  9401 Satsuma Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Phi Nguyen (241861)          **Address**  8697 Hwy 188  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Van Lam, as Next Friend of K.M, a        **Address**  9401 Satsuma St.   Coden, AL 36523
minor (241859)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kim Than, as Next Friend of T.N, a        **Address**  8460 Hemley   Bayou La Batre, AL 36509
minor (241863)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Thom Pham (241864)        **Address**  8460 Hemley Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Manh Nguyen (241865)        **Address**  8460 Hemley Street  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kim Than, as Next Friend of T.N, a        **Address**  8460 Hemley Street  Bayou La Batre, AL 36509
minor (241866)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Van  Lam, as Next Friend of T.L, a          **Address** 9401 Satsuma Street  Coden, AL 36523
minor (241862)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Phuoc Lam (241869)                          **Address** 9401 Satsuma St.  Bayou La Batre, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Kim Thai (241870)                           **Address** 8460 Hemley Street  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Kim Than, as Next Friend of T.N, a          **Address** 8460 Hemley St.  Bayou La Batre, AL 36509
minor (241867)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Kim Than, as Next Friend of T.N, a          **Address** 8460 Hemley St.  Bayou La Batre, AL 36509
minor (241871)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff** Nguyet Tran (241872)          **Address** 9401 Satsuma St.  Coden, AL 36523


**Proposed Judicial District**  Southern District of Alabama

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Janie  Brown, as Next Friend of D.B, a minor (241905)          **Address** 4112 Rosa Lane   Moss Point, MS 39563


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Patricia Palmer (241951)          **Address** 2112 Ladner St.  Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Nathaniel Broussard (241952)          **Address** 2112 Ladner   Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Chance Palmer (241991)          **Address** 2112 Ladner St.  Waveland, MS 39576


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7889

**Plaintiff**  Toni Maxwell (241993)                    **Address**  4200 Terrace Drive  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Virginia Riley (242101)                    **Address**  3709 Meadowlark Drive  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Bessie West (242105)                    **Address**  2002 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Regina West (242106)                    **Address**  2002 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Angela Kelly, as Next Friend of H.H, a minor (242184)                    **Address**  7690 Old Pascagoula Rd  Theodore, AL 36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff** Angela Kelly, as Next Friend of T.K, a    **Address** 7690 Old Pascagoula Rd - Lot 23A  Theodore, AL
minor (242185)                                                            36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Angela Kelly (242186)                      **Address** 7690 Old Pascagoula Rd - Lot 23A  Theodore, AL
                                                                          36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Betty Smith (242187)                       **Address** 7690 Old Pascagoula Rd Lot 23B  Theodore, AL
                                                                          36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** George Smith (242188)                      **Address** 7690 Old Pascagoula Rd Lot 23A  Theodore, AL
                                                                          36582

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Jessica Halliburton (242198)               **Address** 113 Blue Heron Blvd  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Mot Tran Nguyen (242914)                    **Address**  9030 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Loeum Mao (242915)                    **Address**  13865 Jones Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Billy Reed (242896)                    **Address**  8555 Hemley St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  John Dinh (242822)                    **Address**  9030 W. Warner St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Ha Nu (242805)                    **Address**  10460 Freedom Lane  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc.,
Original Civil Action No.  09-7889

**Plaintiff**  Hilton Barnes (242786)          **Address**  8975 W. Rabby Street  Bayou La Batre, AL
                                                           36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Louise Barnes (242785)          **Address**  8975 W. Rabby Street  Bayou La Batre, AL
                                                           36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Johnny Nguyen (242776)          **Address**  8691 Hwy 188  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff**  Scott Hasney (242775)          **Address**  7066 Lauderdale   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          CH2M Hill Constructors, Inc.
          Bechtel National, Inc

**Plaintiff**  Kay Byron (242930)          **Address**  7616 Brookshire   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          Bechtel National, Inc