## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

1389

**Plaintiff**  Gerald Byron (242925)          **Address**  7616 Brookshire   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Mary Stewart (242921)          **Address**  819 Ingall Ave Lot 84  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  David Kelley (242913)          **Address**  819 Ingall Avenue Lot #84  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Angela Desport (242816)          **Address**  308 Williams St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Delores Givens (242981)          **Address**  2228 Burnside Ave. Lot 138  Gonzales, LA 70737

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**18**

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  J.C. Moore (243066)                    **Address**  12000 Walker Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cynthia Moore (243065)                 **Address**  12000 Walker Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cynthia Moore, as Next Friend of A.M,    **Address**  12000 Walker Rd  Irvington, AL 36544
a minor (243064)

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dalouny Norvang (243042)               **Address**  13865 Jones Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Daniel Ray (243036)                    **Address**  814 Amare   Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Saravy Mao (243023)                    **Address**  13865 Jones Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary  Pearson (243130)                **Address**  1860 Beach Blvd Lot 48  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Queyen Dinh  (243384)                 **Address**  13850 Shambeau Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Bich-Thu Huynh (243324)              **Address**  13850 Schambeau Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Giang Trinh  (243314)                 **Address**  1385 Schambeau Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Dieu Tran (243330)                **Address**  13850 Shambeau Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Forest River, Inc.
>CH2M Hill Constructors, Inc.

---

**Plaintiff**  Devin  Baker (243392)                **Address**  2228 Burnside Avenue  Gonzales, LA 70737

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
>Forest River, Inc.
>Fluor Enterprises, Inc

---

**Plaintiff**  Bich Huynh, as Next Friend of A.T, a minor (243308)                **Address**  13850 Schambeau Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Forest River, Inc.
>CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nga Pham (243374)                **Address**  13850 Schambeau Avenue  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
>Forest River, Inc.
>CH2M Hill Constructors, Inc.

---

**Plaintiff**  Curtis Arrington (243432)                **Address**  4200 Terrace Drive  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Forest River, Inc.
>Bechtel National, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Christopher  Frazier  (243434)          **Address**  4200 Terrance Drive  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff**  Phuoc Tu (243530)          **Address**  13875 S. Winttell Ave  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Yen Tran, as Next Friend of D.H, a minor (243517)          **Address**  8781 W. Warner  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  The  Tran (243513)          **Address**  8781 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tam  Tran  (243516)          **Address**  8781 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
　　　Forest River, Inc.
　　　CH2M Hill Constructors, Inc.

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Yen Tran (243511)                          **Address**  8781 W. Warner   Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dang Tran  (243512)                        **Address**  8781 W Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Steven  Johnston (243537)                   **Address**  8100 Texas Flat Rd Lot 131 Trailer #19  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Wendom Johnston  (243538)                   **Address**  755 Blue Meadow  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Brian Johnston (243542)                     **Address**  755 Blue Meadow  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Jefferson West (243583)          **Address**  1232 Rock Ranch Rd  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Gary  Declouet  (243737)          **Address**  1506 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Jasmine  Ozane  (244208)          **Address**  2221 Ray St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Charles Richard, as Next Friend of S.R,          **Address**  216 N. Shatlock  Lake Charles , LA 70607
a minor (244264)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Charles Richard, as Next Friend of S.R,          **Address**  216 N. Shatlock  Lake Charles , LA 70607
a minor (244266)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Loretta Richard, as Next Friend of S.R,  **Address**  216 N. Shatlock  Lake Charles , LA 70607
a minor (244268)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Wanda  Ozane  (244283)  **Address**  2221 Ray St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Leland  Fleming  (244294)  **Address**  5123 Gulf St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Teresa  Fleming  (244296)  **Address**  5123 Gulf St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Leland  Fleming, as Next Friend of B.F,  **Address**  5123 Gulf St.  Bay St. Louis, MS 39520
a minor (244295)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Rosetta  Peters  (244363)          **Address**  7515 Lyle Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Brittany  Barnes  (244365)          **Address**  7515 Lyle Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Joshua  Peters , as Next Friend of K.B,          **Address**  7515 Lyle Dr.  Lake Charles , LA 70607
a minor (244368)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  Deonte  Peters  (244386)          **Address**  7501 Lyle Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

**Plaintiff**  John Peters (244391)          **Address**  7501 Lyle Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Gloria Peters (244389)          **Address**  7501 Lyle Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Florence Fowlkes (244388)          **Address**  7378 Driftwood Rd.  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gloria  Peters , as Next Friend of J.P, a          **Address**  7501 Lyle Dr.  Lake Charles , LA 70607
minor (244372)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Gloria  Peters , as Next Friend of D.P, a          **Address**  7501 Lyle Dr.  Lake Charles , LA 70607
minor (244371)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Joshua  Peters (244370)          **Address**  7515 Lyle Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Ashley Montgomery  (244395)       **Address**  1811 Broadmoor St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Catherine  Victorian  (244492)       **Address**  1016 North Shattuck Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Kelley Christie  (244506)       **Address**  17971 16th Street  Lot # 52  Gulfport, MS 39505

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Henry Aguilar (244596)       **Address**  1712 Sunset Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Polly Aguilar (244594)       **Address**  1712 Sunset Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Polly Aguilar, as Next Friend of C.S, a minor (244593)    **Address**  1712 Sunset Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Polly Aguilar, as Next Friend of J.T, a minor (244591)    **Address**  1712 Sunset Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Polly Aguilar, as Next Friend of J.T, a minor (244587)    **Address**  1712 Sunset Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Shanika Nash, as Next Friend of T.B, a minor (244600)    **Address**  7185 Greenwell St Lot22  Baton Rouge, LA 70805

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

Forest River, Inc.

Shaw Environmental, Inc

---

**Plaintiff**  Shanika Nash, as Next Friend of S.N, a minor (244601)    **Address**  7185 Greenwell St Lot 22  Baton Rouge, LA 70805

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

Forest River, Inc.

Shaw Environmental, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Eduardo  Cepeda  (244613)          **Address**  2418 Salmon  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Tammy Sallies, as Next Friend of J.S, a          **Address**  208 E. Thomas St.  Sulfur, LA 70663
    minor (244722)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Kayla Vincent (244791)          **Address**  751 S. Crocket Street  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Patricia Misner (244790)          **Address**  8151 Bayou Cumbest Road  Moss Point, MS
    39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff**  Edward Perronne (244823)          **Address**  20475 Bond Rd  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff** Edward  Perronne, as Representative of the Estate of Eve Perronne, deceased (244818)    **Address** 20475 Bond Road  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

Bechtel National, Inc

---

**Plaintiff** Gunduz Yavuzer (244831)    **Address** 408 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Yavuz Yavuzer, as Next Friend of Y.Y, a minor (244830)    **Address** 408 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Attila Yavuzer (244829)    **Address** 408 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Yavuz Yavuzer (244828)    **Address** 408 St John Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Linda Thibodeaux (244862)          **Address**  1123 Horridge St.  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Bret Thibodeaux (244861)          **Address**  1123 Horridge Street  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Kayla Vincent, as Next Friend of B.V,          **Address**  751 S. Crocker Street  Sulphur, LA 70663
a minor (244851)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Viola Ball (244925)          **Address**  8559 Gulf Hwy.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Jaylon Ball (244926)          **Address**  8559 Gulf Hwy.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.

Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  William Ball (244927)          **Address**  8559 Gulf Hwy.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Ronald Sallier (245090)          **Address**  208 E. Thomas St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Tammy Sallier (245091)          **Address**  208 E Thomas St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Eric Sallier (245069)          **Address**  208 E. Thomas St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Lori-Ellen Lowenberg (245110)          **Address**  10769 Linohau Way  Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

**Plaintiff**  Jacquelen Burkhardt (245111)          **Address**  10769 Linohau Way  Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

**Plaintiff**  Miranda Sapp, as Next Friend of J.D, a          **Address**  1557 PE Daigle Road  Iowa, LA 70647
minor (245040)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Stephanie Lyons (245223)          **Address**  9370 Bryant St  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  Daniel Lyons (245222)          **Address**  9370 Bryant St  Bayou La Batre, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
     Forest River, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  David  Braxton (245197)          **Address**  18159 Lot  32  Kinder, LA 70648

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Miranda Sapp (245237)                **Address**  1557 PE Daigle Road  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Corky Joseph, as Next Friend of Q.P, a minor (245288)       **Address**  4132 Ellis Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Brandon Pinkney (245287)             **Address**  4132 Ellis Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Jeremiah Montgomery (245357)         **Address**  1811 Broadmoor  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Wanda Montgomery (245375)            **Address**  1811 Broadmoor St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Ashley Montgomery, as Next Friend of     **Address**  1811 Broadmoor St  Lake Charels, LA 70601
D.M, a minor (245389)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
         Forest River, Inc.
         Fluor Enterprises, Inc

---

**Plaintiff**  Elridge Montgomery (245388)     **Address**  1811 Broadmoor St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
         Forest River, Inc.
         Fluor Enterprises, Inc

---

**Plaintiff**  Cody Gobert (245433)     **Address**  5007 Opelousas St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
         Forest River, Inc.
         Fluor Enterprises, Inc

---

**Plaintiff**  Stephen Sallier (245488)     **Address**  208 E. Thomas St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
         Forest River, Inc.
         Fluor Enterprises, Inc

---

**Plaintiff**  Viola  Ball, as Next Friend of J.B, a     **Address**  8559 Gulf Hwy  Lake Charles , LA 70607
minor (245546)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
         Forest River, Inc.
         Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff** Herbert Garland (245632)          **Address** 2813 Hinton Drive   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Harry Washington (245692)          **Address** 8559 Gulf Highway Lot 231B  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Kenneth Robert (245691)          **Address** 8559 Gulf Highway Lot 231B  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Sokhom Pann (245613)          **Address** 13865 Jones Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Steven Burkhardt (245605)          **Address** 4395 Leisure Time Drive  Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Corky Joseph (245709)                    **Address**  4132 Ellis Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Sondai Balowin (245734)                 **Address**  1005 Sycamore St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Kandia  Baldwin, as Next Friend of K.       **Address**  100 S Sycamore Street  Lake Charles , LA 70607
C, a minor (245733)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Milton Anderson (245752)               **Address**  436 Ange Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Willie Baldwin (245749)                 **Address**  1005 Sycamore  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Marvin Dawson (245747)                **Address**  739 Cascio   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Kandia  Baldwin (245739)              **Address**  1005 Sycamore Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Felissia  Dawson, as Next Friend of J.     **Address**  739 Cascio  Lake Charles , LA 70607
M, a minor (245770)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Felissa Dawson, as Next Friend of J.M,    **Address**  739 Cascio Rd.  Lake Charles , LA 70607
a minor (245769)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Felissia  Dawson (245765)              **Address**  739 Cascio Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Megan Buckley (245764)                **Address**  739 Cascio Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sherman Buckley (245760)              **Address**  739 Cascio  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sheila  Williams (245806)            **Address**  415 Avenue D. Lot 22  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tamica  Pinkney (245805)             **Address**  4132 Ellis St.   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Bernice Dugas (245890)               **Address**  8559 Gulfway Hwy Lot 153  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Erica Williams (245916)                    **Address**  415 Avenue D Lot 22   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Gregory Williams (245915)                  **Address**  415 Venue D Lot @22  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Rosha Foley (245918)                        **Address**  415  Avenue D Lot #22  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Cory Foley (245917)                         **Address**  415 Avenue D Lot # 22  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Paul Canik (245927)                         **Address**  4695 Grand Chenier Hwy.  Grand Chenier, LA
                                                                      70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Clark Bernard (245963)                **Address**  729 Cascio Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Pamela Bernard (245967)              **Address**  729 Cascio Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Gary O'Tuain (245984)                **Address**  7515 Crocker St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Brandy O'Tuain (245983)              **Address**  7515 Crocker  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Tracy Joseph (245977)                **Address**  1016 N Shattuck  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Jerry Craft (246020)                    **Address**  759 Hwy 98 W.  Tytlertown, MS 39662

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jeri Searle (246084)                    **Address**  1512 Clover Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Thelma Searle (246100)                    **Address**  1512 Clover Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Pia Sepulveda, as Next Friend of M.S, a          **Address**  3010 B Martin St  Pascagoula, MS 39581
minor (246091)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Pia Sepulveda, as Next Friend of N.S, a          **Address**  3010 Martin Street  Pascagoula, MS 39581
minor (246090)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Jeanetta Williams (246221)                    **Address**  1701 6th Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Gloria Schexnayder (246213)                    **Address**  301 N Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  James Guillory (246247)                    **Address**  3111 Ridge Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff**  Louis Williams (246182)                    **Address**  1701 6th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Constance Williams (246181)                    **Address**  415 Ave D Lot 22  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Larry Wilmore (246387)          **Address**  104 Marl BK  Bossier City, LA 71111

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Treva  Washington, as Next Friend of     **Address**  8559 Gulf Hwy Lot 231B  Lake Charles , LA
H.W, a minor (246404)                                      70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Eduardo  Sepulveda (246412)          **Address**  3010 Martin St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Pia Sepulveda (246409)          **Address**  3010 B Martin Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Pia Sepulveda, as Next Friend of F.S, a     **Address**  3010 Martin St.  Pascagoula, MS 39581
minor (246408)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Cynthia Singleton (246291)          **Address**  8159 TV Tower Road Lot 32  Fenton, LA 70640

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Nicholas Tezeno  (246499)          **Address**  711 Jackson St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Reginald  Chapman (246544)          **Address**  1621 East School Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Amber Chapman (246543)          **Address**  1621 E. School Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Felicia Chatman (246540)          **Address**  711 Jackson St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff** Howard Payne (246537)                    **Address** 208 Jackson St.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Reginald Chapman, as Next Friend of      **Address** 1621 E. School St.  Lake Charles , LA 70607
M.C, a minor (246535)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Pamuel Tezeno  (246517)                   **Address** 711 Jackson St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Felecia  Chatman, as Next Friend of M.    **Address** 711 Jackson St.  Lake Charles , LA 70607
F, a minor (246515)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Felecia  Chatman, as Next Friend of A.    **Address** 711 Jackson St.  Lake Charles , LA 70607
H, a minor (246514)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Carmen Carter (246529)                    **Address**  1005 Sycamore St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Michelle Chapman (246567)                **Address**  1621 E School St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Kaveyna Baldwin (246598)                 **Address**  1005 Sycamore st  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  JoAnn Garland (246709)                   **Address**  2813 Hinton Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Willlie Kirkwood (246664)                **Address**  918 Industrial  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Ida Joseph (246814)                          **Address**  1104 N. Wendell St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Lester Joseph (246815)                        **Address**  1104 N. Wendell St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Carolyn Holland (246823)                      **Address**  1005 Sycamore St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Nataki Baldwin (246760)                       **Address**  1005 Sycamore St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Patsy Reeder (246773)                         **Address**  8559 Gulf Hwy.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Nataki Baldwin, as Next Friend of K.A,        **Address**  1005 Sycamore St.  Lake Charles , LA 70607
a minor (246789)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Derrick Joseph (246797)                     **Address**  1104 N. Wendell Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Bernadine Baldwin (246801)                   **Address**  1005 Sycamore St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tana Baldwin (246802)                        **Address**  1005 Sycamore St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Terra Beloney (246735)                       **Address**  1016 N. Shattuck St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No. 09-7892

**Plaintiff** Lynntina Richard, as Next Friend of J. P, a minor (246853)　　**Address** 4443 Lake Fairway Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Lynntina Richard (246854)　　**Address** 1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Deborah Ethridge (246870)　　**Address** 301 N Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Christie Carter, as Next Friend of S.L, a minor (246936)　　**Address** 423 Ange Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Christie Carter (246937)　　**Address** 436 Ange Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff** Krystal Thibodeaux, as Next Friend of     **Address** 8559 Gulf Hwy #185  Lake Charles , LA 70607
J.T, a minor (246946)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Krystal Thibodeaux, as Next Friend of     **Address** 8559 Gulf Hwy #185  Lake Charles , LA 70607
K.T, a minor (246947)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Rachael LeJeune (246963)     **Address** 1729 W. Pine Meadows  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Brooklyn LeJeune (246964)     **Address** 1729 W. Pine Meadows  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Randolph Goodwyn (246970)     **Address** 2517 Lake Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff** Trudy Braxton (246980)          **Address** 18159 Lot 32, TV Tower Rd.  Kinder , LA 70648

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Patrick Janisse (246981)          **Address** 18159 TV Tower Rd Lot 32  Kinder, LA 70648

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Eduardo Cepeda, as Next Friend of M.   **Address** 2418 Salman st.  Lake Charles , LA 70607
C, a minor (247041)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Eduardo Cepeda, as Next Friend of I.P,   **Address** 2418 Salmon  Lake Charles , LA 70607
a minor (247042)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Cassandra Simon, as Next Friend of R.   **Address** 505 north Cause  Lake Charles , LA 70607
S, a minor (247104)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Cassandra Simon (247105)                    **Address**  505 N. Cause  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Sheri Williams (247109)                    **Address**  426 Cess Ford St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Cynthia Bell (247140)                    **Address**  901 E. Creole Hwy  Creole, LA 70632

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Leston Jack (247164)                    **Address**  739 Cascio Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Tara Miller, as Next Friend of B.M, a    **Address**  136 Clydes Lane  Lake Charles , LA 70607
minor (247198)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Brennan Norred (247200)               **Address**  136 Clydes Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Troy Miller (247201)               **Address**  136 Clydes Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Tara Miller (247202)               **Address**  136 Clydes Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly LeJeune, as Next Friend of B.   **Address**  1729 W. Pine Meadows  Lake Charles , LA
L, a minor (247220)                                              70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly  LeJeune (247222)               **Address**  1729 W. Pine Meadows  Lake Charles , LA
                                                                          70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Krystal  Thibodeaux (247288)          **Address**  8559 Gulf Highway #185  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jonathan Sonier (247348)          **Address**  2511 Ernest St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Candace Carter (247353)          **Address**  436 Ange Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Bouakeo Phanthachith (247364)          **Address**  8691 Hwy 188  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Dorothy Carter (247442)          **Address**  436 Angie Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Sandy Trent (247452)                    **Address**  1100 James Sudduth  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Wilfred Sias (247463)                    **Address**  1100 James Sudduth Parkway M-64  Lake
                   Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Carolyn Holland, as Next Friend of K.    **Address**  1005 Sycamore St.  Lake Charles , LA 70607
   W, a minor (247524)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Kenneth Wilson (247525)                  **Address**  1005 Sycamore St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Carolyn Holland, as Representative of    **Address**  1005 Sycamore St.  Lake Charles , LA 70607
   the Estate of Arthur Holland, deceased
   (247526)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Yadira Cepeda (247548)          **Address**  2418 Salmon St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Cynthia Beverly, as Next Friend of J.B,          **Address**  514 Maple St.   Sulphur, LA 70663
a minor (247669)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Victoria Ryan (247670)          **Address**  514 Maple St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Rose Willmore (247735)          **Address**  301 N. Simmons St.   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Louis Bell (247743)          **Address**  Shaw St. (FEMA Park)  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Jimmy Abram (247777)                    **Address**  739 Cascio Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Treva Washington, as Next Friend of P.   **Address**  8559 Golf HWY. Lot 231 B  Lake Charles , LA
H, a minor (247799)                                             70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Treva Washington (247800)              **Address**  8559 Gulf Hwy Lot 231 B  Lake Charles , LA
    70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Kreyhisha Williams (247869)           **Address**  8559 Gulf Hwy Lot 130  Lake Charles , LA
    70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Joshua Williams, as Next Friend of N.   **Address**  8559 Gulf Hwy. 10t 130  Lake Charles , LA
B, a minor (247870)                                             70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Audrey Sias (247871)  **Address**  Crying Eagle Village James Sudden M64  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Brad Guillory (247878)  **Address**  2206 Dewey St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Dyamond Phipps (247880)  **Address**  PO Box 16082  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Joshua Williams, as Next Friend of K. W, a minor (247881)  **Address**  8559 Gulf Hwy Lot 130  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Gary Otuain, as Next Friend of A.O, a minor (247890)  **Address**  7515 Dracker   Suphur , LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Mark Declouette (247891)          **Address**  1506 Gulf Hwy  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Cynthia Beverly, as Next Friend of K.    **Address**  514 Maple St.   Sulphur, LA 70663
B, a minor (247946)


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Rosemary Walker (247952)          **Address**  5050 N. Gross Blvd.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Deidra Jones (247987)          **Address**  1704 6th St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Harris Williams (247988)          **Address**  1704 6th St  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Gwendolyn Guillory, as Next Friend of       **Address**  3111 Lidge Rd.  Lake Charles , LA 70607
J.G, a minor (248011)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jamacia Guillory (248014)       **Address**  3111 Ridge Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gwendolyn Guillory, as Next Friend of       **Address**  3111 Ridge Rd.  Lake Charles , LA 70607
J.G, a minor (248015)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  James Guillory (248016)       **Address**  3111 Ridge Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　Forest River, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Harold Guidry (248073)          **Address**  2124 Mere's Lt.1E Country Club Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Kevin Ozane (248083)          **Address**  2221 Ray Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Cynthia Beverly (248095)          **Address**  514 Maple St.   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Damarr Carter (248151)          **Address**  436 Angie st.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Joshua  Williams (248174)          **Address**  8559 Gulf Hwy. Lot #130  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Jamaica Richard, as Next Friend of A. R, a minor (248183)          **Address**  1100 James Sudduth Park  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Marilyn Gallien (248253)          **Address**  1100 James Sudduth Pkwy.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Shonda Johnson (248268)          **Address**  1100 James Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Deborah Charles (248286)          **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Lewis (248289)          **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Chelsey Hawes (248297)          **Address**  2310 14th St.   Pascagoula , MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
     Forest River, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Roxanne Cullivan (248305)          **Address**  1100 James Suddeth # M64  Lake Charles, LA
                                                              70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Sabra Bell (248310)          **Address**  2102 Shadow Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Catherine Victorian, as Representative     **Address**  6675 Hwy. 90 East #87  Lake Charles , LA 70607
of the Estate of Jessie Victorian,
deceased (248330)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Joseph Williams (248353)          **Address**  8559 Gulf Hwy Lot 180  Lake Charles , LA
                                                              70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Tessia Lincoln (248366)　　　　　**Address**  1026 Gulf Lane lot 6  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Forest River, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Tessia Lincoln, as Next Friend of D.L,　**Address**  1026 Gulf Ln Lot 6  Sulphur, LA 70663
a minor (248367)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Forest River, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Donald Dotson (248379)　　　　　**Address**  592 Telephone St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Forest River, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Gwendelyn Clarke (248382)　　　　**Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles ,
LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Forest River, Inc.
　　　　　Fluor Enterprises, Inc

**Plaintiff**  Sylvester Gobert (248390)　　　　**Address**  5007 Opelousas St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　　　Forest River, Inc.
　　　　　Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Jamaica Richard (248397)                    **Address**  1100 James Sudduth Pkwy Lot M63  Lake
                                                                        Charles, LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jonathan Charles (248406)                   **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles ,
                                                                        LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Ida Joseph, as Representative of the         **Address**  1104 N Wendell St  Lake Charles , LA 70607
               Estate of Maxile Soileau, deceased
               (248408)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Katherine Guidry (248437)                    **Address**  2124 Country Club Rd.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Jeanine Carrier, as Next Friend of K.S,      **Address**  304 Dobbertine Lot 47  Lake Charles , LA 70607
               a minor (248443)


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Christina Sylvester (248461)        **Address**  2505 Blackwell St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jeanne Carrier (248486)        **Address**  304 Dobertine Rd. Lot 47  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Michael O'Quain (248505)        **Address**  751 S. Crocker St.   Sulphur, LA 70663


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Carmen Ashworth, as Next Friend of A.        **Address**  8559 Gulf Hwy. #185  Lake Charles , LA 70607
L, a minor (248506)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Carmen Ashworth (248507)        **Address**  8559 Gulf Hwy #185  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff** Nicholas Ethridge (248524)     **Address** 301 Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

  Forest River, Inc.

  Fluor Enterprises, Inc

---

**Plaintiff** Jared Nunez (248525)     **Address** 243 Ruby Lane  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

  Forest River, Inc.

  Fluor Enterprises, Inc

---

**Plaintiff** Angela Nunez (248526)     **Address** 243 Ruby Lane  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

  Forest River, Inc.

  Fluor Enterprises, Inc

---

**Plaintiff** Ronald Nunez (248528)     **Address** 243 Ruby Lane  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

  Forest River, Inc.

  Fluor Enterprises, Inc

---

**Plaintiff** Sherrie Flakes-Dotson, as Next Friend     **Address** 592 W. Telephone St.  Lake Charles , LA 70607
of S.D, a minor (248593)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

  Forest River, Inc.

  Fluor Enterprises, Inc

---

## Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Lynle Flakes (248594)                    **Address**  592 W. Telephone Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Jemalla Vallare, as Next Friend of A.V,    **Address**  21259 S. Frontage Rd. Lot #10  Iowa , LA 70647
a minor (248660)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Kirby Alfred (248664)                    **Address**  21259 S. Frontage Rd. Lot 10  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Troy Zackery (248684)                   **Address**  8559 Gulf Hwy. Lot 79  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

**Plaintiff**  Andrella Landry, as Next Friend of I.L,    **Address**  300 North Bank St  Lake Charles , LA 70607
a minor (248685)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Constructors, Inc.

Gerald Byron, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  09-7892

**Plaintiff**  Jeremy Laird (248693)                    **Address**  2124 Country Club  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**

       Forest River, Inc.

       Fluor Enterprises, Inc