Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

1390

**Plaintiff**  Jemalla Vallare, as Next Friend of A.V,   **Address**  21259 S. Frontager Rd. Lot# 10  Iowa, LA 70647
a minor (248704)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Jemalla Vallare (248705)   **Address**  21259 S. Frontage Rd. Lot #10  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Sondiza Landry (248733)   **Address**  302 N Bank St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Bethany Trahan, as Next Friend of C.T,   **Address**  302 N. Bank St.  Lake Charles , LA 70607
a minor (248757)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Bethany Trahan, as Next Friend of Z.T,   **Address**  302 N. Bank St.  Lake Charles , LA 70607
a minor (248758)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**19**

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Arshiko  Brown, as Next Friend of K.C,    **Address**  19030 Hwy 383  Iowa, LA 70647
a minor (248818)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Arshiko Brown (248819)          **Address**  19030 Hwy. 383  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Cynthia Moore, as Next Friend of Z.M,    **Address**  12000 Walker R.  Irvington , AL 36544
a minor (248859)

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

**Plaintiff**  Dana Scott (248875)          **Address**  2310 14th St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff**  Nahjaflake Shanks (248877)        **Address**  1104 N Wendell St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Rosie Vital (248886)                    **Address**  2505 Blackwell St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Thomas Vital (248887)                   **Address**  2505 Blackwell St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Andreika Landry (248899)                **Address**  300 N. Bank Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Shaw Environmental, Inc
          Fluor Enterprises, Inc
          CH2M Hill Constructors, Inc.

**Plaintiff**  Floyd Espree (248900)                   **Address**  2505 Black Well St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Charlissa Boyd (248903)                 **Address**  300 N. Bank  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Shaw Environmental, Inc
          Fluor Enterprises, Inc
          CH2M Hill Constructors, Inc.

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Dorothetta Nash (248904)                    **Address**  300 N. Bank  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Constructors, Inc.

**Plaintiff**  Kathleen Charles (248927)                    **Address**  2412 Marty Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Donald Mizell (248935)                    **Address**  8635 Davenport St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

**Plaintiff**  Isabel Guidry (248939)                    **Address**  19060 Hwy 383  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Robert Stephenson (248951)                    **Address**  1621 E.School  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Tammy Joseph (248952)                  **Address**  1621 E. School Street   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Jorge Galvan (249010)                  **Address**  2418 Salmon St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Emma Galvan, as Next Friend of M.G,   **Address**  2418 Salmon St.  Lake Charles , LA 70607
a minor (249011)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Emma Galvan (249012)                  **Address**  2418 Salmon St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Emma Galvan, as Next Friend of E.G, a  **Address**  2418 Salmon St.  Lake Charles , LA 70607
minor (249013)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Whitney Damon (249077)                **Address**  1026 Gulfland Lot 4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jeanette Damon (249078)                **Address**  1026 Gulfland  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Arshiko Brown, as Next Friend of K.C,     **Address**  19030 Hwy. 383  Iowa, LA 70647
a minor (249085)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Derrick Guidry (249098)                **Address**  19030 Hwy. 383  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Rutha Martin (249160)                **Address**  1607 See St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff** Angela Nunez, as Next Friend of J.N, a     **Address** 243 Ruby Lane  Cameron, LA 70631
minor (249169)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Jordan Hanks (249174)                        **Address** 243 Ruby Lane  Cameron , LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Gwendelyn Clarke, as Next Friend of        **Address** 2653 Old Deridder Hwy. Lot 17  Lake Charles ,
M.W, a minor (249190)                                              LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Willie Williams (249211)                     **Address** 6818 Kendale  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Lynntina Richard, as Next Friend of J.     **Address** 1100 James Sudduth Pkwy  Lake Charles, LA
P, a minor (249330)                                               70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Michael Abney (249333)             **Address**  224 Cobb Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Wilton Young (249337)             **Address**  105 Annies Lane  Bell City, LA 70630

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Sherrie Flakes-Dotson (249338)             **Address**  592 W Telephone Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Michael Bartie (249346)             **Address**  8559 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Florence Espree, as Next Friend of C.E,             **Address**  2505 Black Well St.  Lake Charles , LA 70607
a minor (249351)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Robert Schexnayder (249376)          **Address**  301 N Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Lawrence Schexnayder (249377)          **Address**  301 N Simmons   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Michael Schexnayder (249378)          **Address**  301 N Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Nolan Zackery (249396)          **Address**  8859 Gulf Hwy  Lot 79  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Raymond Scott (249407)          **Address**  2310 14th St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Randall Laird (249416)              **Address**  2124 Country Club Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Betty Deshotel (249463)              **Address**  224 Cobb Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff**  Belinda Williams, as Next Friend of K.     **Address**  6818 Kendale St.  Moss Point, MS 39563
          E, a minor (249465)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          Bechtel National, Inc

---

**Plaintiff**  Earlene Evans (249467)              **Address**  6818 Kendale St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
          Forest River, Inc.
          Bechtel National, Inc

---

**Plaintiff**  Mark Raines (249505)              **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles ,
                                                          LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

---

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Portia Clarke (249524)                    **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles ,
                                                                      LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Pamela Raines (249525)                    **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles ,
                                                                      LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Belinda Williams (249556)                 **Address**  6818 Kendale Street   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Pamela Raines, as Next Friend of K.R,     **Address**  2653 DeRidder Hwy Lot 17  Lake Charles , LA
              a minor (249557)                                        70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff**  Carrie Slaughter (249568)                 **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles ,
                                                                      LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Billie Buck (249575)                **Address**  1914 10th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Phyllis Ashworth (249655)            **Address**  8559 Gulf Hwy. #185  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Derrick Haley (249668)              **Address**  6533 Corbina Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  Douglas Deshotel (249712)           **Address**  224 Cobb Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

**Plaintiff**  James Bell (249802)                 **Address**  901 E. Creole Highway  Creole, LA 70632

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Rita Cormier (249853)                  **Address**  250 Cash Point Landing  Bossier City, LA 71111

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Forest River, Inc.
           Fluor Enterprises, Inc

**Plaintiff**  Arshiko  Brown, as Next Friend of K.C,     **Address**  19030 HWY 383  Iowa , LA 70647
           a minor (249858)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Forest River, Inc.
           Fluor Enterprises, Inc

**Plaintiff**  Florence Espree (249928)              **Address**  2506 Black Well St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Forest River, Inc.
           Fluor Enterprises, Inc

**Plaintiff**  Duong Tran (249984)                  **Address**  8781 W. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
           Forest River, Inc.
           CH2M Hill Constructors, Inc.

**Plaintiff**  James Lincoln (250033)               **Address**  1026 Gulf Lane # 6  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
           Forest River, Inc.
           Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Quincy Cormier (250043)         **Address**  215 Cash Point Landing  Bossier City, LA 71111

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Gloria Ethridge (250209)         **Address**  301 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Sherrie Flakes Dotson, as Next Friend    **Address**  592 W. Telephone  Lake Charles , LA 70607
      of A.D, a minor (250198)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Charlissa Boyd, as Next Friend of J.W,    **Address**  300 N. Bank Street  Lake Charles , LA 70607
      a minor (250603)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Bernice Gallien (250235)         **Address**  1026 Gulf Lane Lot 4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Cassandra Gallien, as Next Friend of K.    **Address**  1026 Gulg Lane Lot 4  Sulphur, LA 70663
G, a minor (250238)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Cassandra Gallien (250236)    **Address**  1026 Gulf Lane Lot 4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Charles Gallien (250239)    **Address**  1026 Gulf Lane Lot 4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff**  Charles Gallien (250237)    **Address**  1026 Gulf Lane Lot 4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc
      CH2M Hill Constructors, Inc.

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Rebecca Scott (250512)                    **Address**  2310 14th St.  Pascagoula, MS 39567


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Fred Valentine (250580)                    **Address**  4053 Rose Street  Moss Point, MS 39563


**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff**  Willie Kirkwood, as Next Friend of D.      **Address**  918 Industrial  Vinton , LA 70668
B, a minor (250102)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Barbara Beverly (250120)                   **Address**  15079 Hemley Rd  Coden , AL 36523


**Proposed Judicial District**  Southern District of Alabama
**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Alexis Sheridan (250514)                   **Address**  224 Cobb Rd.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Kahero Baldwin (250100)                    **Address**  1005 Sycamore St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Jude Young (250624)                    **Address**  105 Annies Lane  Bell City, LA 70630

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Edmae Richard (251184)                    **Address**  1123 Horridge St.   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Bethany Trahan (251292)                    **Address**  302 N Banks St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  James Manuel (251022)                    **Address**  2412 Marty Lane  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff** Freddie Citizen (250768)          **Address** 1506 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Cheryl Prudhomme (251162)          **Address** 2111 Commercial  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Desarae Sias (251222)          **Address** 1110 James Sudduth Rd. Lot M-64  Lake Charles,
LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Cody Guidry (250872)          **Address** 2124 Country Club #1E  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Tommy  Gaston (250853)          **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Mary  Gaston (250852)          **Address**  8559 Gulf Hwy Lot 185  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Kenny Lam (250976)          **Address**  9401 Satsuma St.  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
        Forest River, Inc.
        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lacey Ethridge (250821)          **Address**  301 N. Simmons   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Jeremiah Cromier (250784)          **Address**  220   Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Quincy Cromier, as Next Friend of T.C,    **Address**  250 Cashland Point  Bossier City, LA 71111
a minor (250786)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**   Quncy Cromier, as Next Friend of Q.C,        **Address**  2201 10th St.  Lake Charles , LA 70607
a minor (250785)

**Proposed Judicial District**   Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Latasha  Reeder, as Next Friend of Z.R,        **Address**  8559 Gulf Hwy.  Lake Charles , LA 70607
a minor (251204)

**Proposed Judicial District**   Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Herman Ryan (251206)                          **Address**  514 Maple Street  Sulphur, LA 70663

**Proposed Judicial District**   Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Christine Ryan (251205)                       **Address**  514 Maple St.  Sulphur, LA 70663

**Proposed Judicial District**   Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**   Yvonne Wilmore, as Next Friend of C.          **Address**  1900 Prejean Ave  Lake Charles , LA 70607
W, a minor (251347)

**Proposed Judicial District**   Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et.
Original Civil Action No.  09-7835

**Plaintiff**  Yvonne Wilmore (251349)          **Address**  1900 Prejean Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Yvonne Wilmore, as Next Friend of T.      **Address**  1900 Prejean Dr  Lake Charles , LA 70607
Y, a minor (251380)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Michael Wilmore (251348)          **Address**  1900 Prejean Drive  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Walter Hull (250918)          **Address**  1506 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  James Guidry (250873)          **Address**  19030 Hwy 383  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc