Shantelle Guillory, as Next Friend of M. G., a minor, et. al.  vs. Forest River, Inc., Original Civil Action No.  09-7924

1444

**Plaintiff**  Shantelle Guillory, as Next Friend of M.G, a minor (251856)     **Address**  1026 Gulf Lane Trailer #4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Shantelle Guillory (251857)     **Address**  1026 Gulf Lane Trailer #4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Jim Ecter (251858)     **Address**  1026 Gulf Lane Trailer #4  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 20