## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

1603

**Plaintiff**  Carolyn Roberson, as Next Friend of T.   **Address**  7185 Greenwell Street  Baton Rouge, LA 70812
T, a minor (205460)

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

Forest River, Inc.

Shaw Environmental, Inc

---

**Plaintiff**  Elijah Grady (244630)   **Address**  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Odell Grady (244633)   **Address**  164 John St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Thelma Searle, as Next Friend of V.J, a   **Address**  1512 Clover Dr.  Lake Charles , LA 70607
minor (246085)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**Plaintiff**  Gary O'Tuain, as Next Friend of B.O, a   **Address**  7515 Crockier  Sulphur, LA 70663
minor (246081)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc

---

**PLAINTIFF'S EXHIBIT**

**21**

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Matilda LeBlanc (246630)                    **Address**  1431 Lavergne Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
>
> Fluor Enterprises, Inc

---

**Plaintiff**  Rachael Flores, as Next Friend of T.W,        **Address**  7457 Hwy 140 E  Ragely, LA 70657
a minor (246679)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
>
> Fluor Enterprises, Inc

---

**Plaintiff**  Cassandra Simon, as Next Friend of R.        **Address**  505 North Cause  Lake Charles , LA 70607
S, a minor (247165)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
>
> Fluor Enterprises, Inc

---

**Plaintiff**  Gwendolyn Guillory (247263)                 **Address**  3111 Ridge Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
>
> Fluor Enterprises, Inc

---

**Plaintiff**  Sharon Gary (247427)                        **Address**  111 South Knapp  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
>
> Fluor Enterprises, Inc

---

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Kenneth Gary (247428)                    **Address**  111 S. Knapp  Iowa, LA 70647


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Rachael Flores, as Next Friend of T.W,        **Address**  7457 Hwy. 190 E  Ragely, LA 70657
a minor (247779)


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Keona Wilson (247805)                    **Address**  1005 Sycamore St.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Rachael Flores (247844)                    **Address**  7457 Hwy. 190 E.  Ragley , LA 70657


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Herbert Olivier (248048)                    **Address**  1104 Wendell Street  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Jorge Galvan (249014)                    **Address**  2418 Salmon St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Develin Williams (249616)                **Address**  1903 Eieffer Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Claybrone Williams (251341)              **Address**  Burton Coliseum 7001 Golf Hwy. Lot 172  Lake
                                                            Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Richard Hogarth (250912)                 **Address**  1020 16th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Ronald George (245152)                   **Address**  8559 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff** Ronald George (245151)                **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Mary George (245150)                **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jerrie Wainwright (247611)                **Address** 122 Bear Clog  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jerrie Wainwright, as Representative of    **Address** 122 Beau Clos  Lake Charles , LA 70607
the Estate of Ladd Wainwright,
deceased (247612)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Rosa Vargas (248586)                **Address** 21259 S. Frontage Rd. Lot #4  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff** Nicole Chretien, as Next Friend of N.C,   **Address** 2101 4th St.  Lake Charles , LA 70607
a minor (249594)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

     Forest River, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff** Nicole Chretien (250762)   **Address** 2101 4th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

     Forest River, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff** Nelson Carmouche (250733)   **Address** 2101 4th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

     Forest River, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff** Nathaniel  Ryan (251207)   **Address** 2101 4TH STREET  LAKE CHARELES, LA
70601

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

     Forest River, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff** Marcus Eddie (245065)   **Address** 1219 North Simmons St.  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

     Forest River, Inc.

     Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Michael Eddie (245064)                 **Address**  1219 North Simmons St.  Lake Charles , LA
                                                                  70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Peter Doucet (245059)                 **Address**   1219 N. Simmons Street  Lake Charles , LA
                                                                  70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tiana Guy (245541)                 **Address**  1219 N Simmons Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tiana Guy, as Next Friend of G.G, a        **Address**  1219 North SImmons Street  Lake Charles , LA
minor (245542)                                                       70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Tiana Guy, as Next Friend of C.D, a        **Address**  1219 North Simmons Street  Lake Charles , LA
minor (245543)                                                       70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Tiana Guy, as Next Friend of A.D, a minor (245540)    **Address**  1219 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Andrea Porter (245785)    **Address**  121911 Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Raymond Porter (245763)    **Address**  1219 N. Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Andrea Porter, as Next Friend of D.H, a minor (245762)    **Address**  1219 N Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Andrea Porter, as Next Friend of J.H, a minor (245761)    **Address**  1219 N Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Ellvin Love  (245777)                    **Address**  1219 N. Simmons   Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Marisa Walker (245776)                    **Address**  1219 Simmons  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Linda  Love , as Next Friend of D.L, a          **Address**  1219 N. Simmons  Lake Charles , LA 70607
minor (245774)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Linda Love (245775)                    **Address**  1219 N. Simmons   Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff**  Sherwon Edwards (245953)                    **Address**  1219 N. Simmons  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
       Forest River, Inc.
       Fluor Enterprises, Inc

---

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Winston Edwards (245951)          **Address**  1219 N Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Forest River, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff**  Sherwon Edwards, as Next Friend of          **Address**  1219 N. Simmons  Lake Charles , LA 70607
W.E, a minor (245950)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Forest River, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff**  Meyosha Edwards (245949)          **Address**  1219 N. Simmons  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Forest River, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff**  Whitney Edwards (246113)          **Address**  1219 N Simmons St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Forest River, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff**  Elizabety Webb (246763)          **Address**  500 Airport Blvd,  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Forest River, Inc.

    Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Quintin Webb (246764)                    **Address**  500 Airport Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Juliet Webb (246772)                    **Address**  500 Airport Blvd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Robert Milligan (246923)                    **Address**  1219 N. Simmins   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Michael Eddie (247032)                    **Address**  1219 N Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Mary Eddie, as Next Friend of M.E, a            **Address**  1219 North Simmons Street  Lake Charles , LA
minor (247033)                                                      70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Mary Eddie (247034)                    **Address**  1219 N Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Bernilla Goodly (247635)             **Address**  8559 Gulf Highway  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Mary Doucet (247993)                **Address**  N. 1219 N. Simmons Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Randy Harris (201630)                **Address**  10375 Cleveland Avenue   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Brenda Rice, as Next Friend of T.H, a minor (201637)     **Address**  10375 Cleveland Avenue   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Luther  Lowry , as Representative of the Estate of Luther Lowry, deceased (201189)          **Address**  3645 Oregon Ave  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Michael Lowry (201190)          **Address**  3645 Oregon Ave  Coden, AL 36523

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brenda Rice (200649)          **Address**  10375 Cleveland Avenue   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Joanna  Sengsiri (243355)          **Address**  7990 Laos St  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Phimphone Boutachanthavong (250704)          **Address**  7990 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Carrie Jimerson (211248)                    **Address**  213 Hwy 63  Deerfield, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jeanetta Jimerson, as Next Friend of A.       **Address**  Hwy 63 Deerfield Trailer Court  Lucedale, MS
T, a minor (211896)                                                   39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Thanh Lu (242853)                          **Address**  13945 S. Wintzell Ave  Bayou La Batre, AL
36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ghe Bui (242815)                           **Address**  13945 S. Wintzell Avenue  Bayou La Batre, AL
36509

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
       Forest River, Inc.
       CH2M Hill Constructors, Inc.

---

**Plaintiff**  Havalynn Smith (209304)                    **Address**  2123 Herron Bay  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Forest River, Inc.
       Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Havalynn  Smith , as Next Friend of D.  **Address** 2123 Herron Bay  Bay St. Louis, MS 39520
S, a minor (209305)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Culvante Loper (226474)          **Address** 224 Benachi Ave  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Allen Young (230499)          **Address** 284 Magnolia Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Lisa Adams, as Next Friend of H.A, a  **Address** 21260 Road 346  Kiln, MS 39556
minor (237458)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Lisa Adams (237459)          **Address** 21260 Road 346  Kiln , MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Sarah Christian (250766)                    **Address**  8701 Hwy 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Randy Christian (250765)                    **Address**  8701 Hwy 613  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Joseph  Black (215369)                    **Address**  6930 Watts st.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Betty Clarke, as Representative of the        **Address**  1017 River Road  Picayune, MS 39466
Estate of Anthony Parker, deceased
(216801)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff**  Kevin Maurigi (205844)                    **Address**  9112 Fricke Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Carrie Bennett (205845)          **Address**  6073 Tatnall Ave.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Shalena Dailey, as Next Friend of J.D,          **Address**  322 Seal Avenue  Pass Christian, MS 39571
a minor (202215)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Darrell Fairley (224410)          **Address**  18297 Old Hwy 49  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Stokes Thompson (226966)          **Address**  110 Tut Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

---

**Plaintiff**  Nikki Tingston, as Next Friend of G.T,          **Address**  5155 Lowerbay Road  Bay St. Louis, MS 39521
a minor (226974)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Forest River, Inc.
>    Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Foster Houston (229856)                    **Address**  2002 Forrest St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tiffany Dunning, as Next Friend of A.    **Address**  4 Laudu Ct.   Pass Christian, MS 39571
D, a minor (239648)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tiffany Dunning, as Next Friend of B.    **Address**  4 Laudu Ct.   Pass Christian, MS 39571
D, a minor (239650)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Pamela Bennett (209949)                   **Address**  11171 Edwin Ladner Rd.  Pass Christian, MS
39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Jeanetta Jimerson (211247)               **Address**  213 Deerfield Tralier Park  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff** Nina Street (200434)                    **Address** 143 Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Forest River, Inc.
>           Bechtel National, Inc

---

**Plaintiff** Anthony Prima (200761)                  **Address** 1591 West Railroad  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Forest River, Inc.

---

**Plaintiff** Joseph Prima (200762)                   **Address** 1591 West Railroad  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Forest River, Inc.

---

**Plaintiff** Pansy Cuevas (202204)                   **Address** 1591 West Railroad  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Forest River, Inc.

---

**Plaintiff** Anthony Charlot (202264)                **Address** 320 Seal Avenue  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Forest River, Inc.
>           Bechtel National, Inc

---

**Plaintiff** Tammy Woulard, as Next Friend of M.     **Address** 14393 Dedeaux Road Lot 69  Gulfport, MS 39501
W, a minor (206618)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Forest River, Inc.
>           Bechtel National, Inc

---

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Clarence Sprouse (207781)          **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Andy Sprouse (207782)          **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Hope Sprouse (207783)          **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Johanna Sprouse (207784)          **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Clarence Sprouse (207785)          **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Forest River, Inc.
>        CH2M Hill Constructors, Inc.

---

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Sheila Evans (209776)               **Address**  10085 Thirteenth St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Williams Evans (209778)               **Address**  10085 Thirteenth St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  May Nguyen (210990)               **Address**  107 Spanish Cove  Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  May Nguyen, as Next Friend of B.V, a       **Address**  107 Spanish Cove  Waveland, MS 39576
minor (210991)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Sanh Vo. (210994)               **Address**  107 Spanish Cove  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  James Jimerson (211249)          **Address**  213 Hwy63  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Marcella Eley (211250)          **Address**  213 Hwy. 63/  Deer Field Trailer Park  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Eric Bolton (211256)          **Address**  213 HWY 63  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff**  Dawn Daigre (211670)          **Address**  11044 Lake Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff**  Lenora Daigre (211671)          **Address**  11044 Lake Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Lenora Daigre, as Representative of the Estate of Albert Daigre, deceased (211672)   **Address**  11044 Lake Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Jeanetta Jimerson, as Next Friend of J. T, a minor (211898)   **Address**  213 Hwy 63  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff**  David Cuevas (211942)   **Address**  1214  13th Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Johntay Eley (211944)   **Address**  213 Highway 63 Lot 44/ Deer Field Trailer Park Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary Eley (211945)   **Address**  213 Highway 63 Lot 44  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Dante Jimerson (211958)                    **Address**  213 Highway 63   Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Latoya Eley (212706)                    **Address**  213 Hwy. 63/ Deer Field Trailer Park  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Gail Street (212722)                    **Address**  143  Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Bennie Massey (213049)                    **Address**  Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Gail Anderson, as Next Friend of K.S, a minor (213217)                    **Address**  143  Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Gail Anderson, as Next Friend of N.S, a minor (213219)     **Address**  143  Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Rico Street (213220)     **Address**  143  Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Ashley Green, as Next Friend of J.C, a minor (213487)     **Address**  802 Washington St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

---

**Plaintiff**  Son Hoang, as Next Friend of H.H, a minor (214472)     **Address**  165 Claiborne Avenue  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff**  Nga Tran, as Representative of the Estate of Hung Chau, deceased (216387)     **Address**  566 Jefferson Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.

Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Betty Clarke (216391)                      **Address**  1017 River Road  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tho Huynh (216599)                       **Address**  566 Jefferson Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Letitia Rufus, as Representative of the        **Address**  45 Lane Drive  Picayune, MS 39466
Estate of Claude Rufus, deceased
(216882)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Janice Jefferson (220239)                 **Address**  2300 Levee Road  Morgan City, LA 70380

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Marsha King (220255)                     **Address**  430 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff** Roman Piernas (220386)  **Address** 430 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff** Marsha King, as Next Friend of K.P, a minor (220387)  **Address** 430 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff** Marsha King, as Next Friend of K.P, a minor (220388)  **Address** 430 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

**Plaintiff** Travis Anderson (223475)  **Address** 204 McDonald Drive  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

CH2M Hill Constructors, Inc.

**Plaintiff** Donald Arceneaux (223481)  **Address** 7335 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Forest River, Inc.

Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Donald Arceneaux (223482)                **Address**  7335 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Harold Fontenot (224534)                **Address**  231 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Donna holahauser, as Next Friend of J.        **Address**  231 Old Spanish Trail  Waveland, MS 39576
F, a minor (224535)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Donna Holzhauser, as Next Friend of        **Address**  231 Old Spanish Trail  Waveland, MS 39576
M.F, a minor (224536)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Colette Washington (224804)                **Address**  18297 Old Hwy 49  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  William Seliby (224805)          **Address**  4 Laudea Court  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Antonia  Parkman, as Next Friend of D.          **Address**  513 24th Street  Biloxi, MS 39531
P, a minor (224954)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Antonia Parkman Payton, as Next          **Address**  513 24th Street  Gulfport, MS 39530
Friend of J.P, a minor (224967)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charla Street (225163)          **Address**  143 Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff**  Alma Street (225164)          **Address**  143 Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Grover Street (225165)                **Address**  143 Roy Street Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Shannon Keys (226399)                **Address**  606 Buren Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Alma Lett (226456)                **Address**  170 Roy Street Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Shannon  Keys, as Next Friend of M.M,   **Address**  606 Buren Ave.  Picayune, MS 39466
a minor (226574)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Tara Shaw (226864)                **Address**  5060 A Ave. Lot 91  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Christopher Stork (226931)          **Address**  Lockard Rd  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Christopher  Stork, as Next Friend of J.          **Address**  Lockard Rd.  Long Beach, MS 39560
S, a minor (226933)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Brandon Tingstrom (226973)          **Address**  5155 Lower Bay Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Nikki Tingstrom (226975)          **Address**  5155 Lowerbay Rd.,  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff**  Daniel DellaPenna (229614)          **Address**  Bienville Blvd  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Forest River, Inc.
      CH2M Hill Constructors, Inc.

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Peter DellaPenna (229615)          **Address**  BIenville Blvd  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jessia DellaPenna (229616)          **Address**  Hwy. 90 Bienville  Blvd.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary DellaPenna (229618)          **Address**  Benville Blvd  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nikkie DellaPenna (229619)          **Address**  Ben ville Blvd  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Esther Hatampa (229794)          **Address**  1601 Sunset #106  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

## Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-1265

**Plaintiff**  Barbara  Houston (229853)          **Address**  2002 Forrest St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Meagon Houston (229855)          **Address**  2002 Forrest St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Beverly  Reynolds  (230231)          **Address**  3419 Ronnie Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Richard  Reynolds  (230233)          **Address**  3419 Ronnie Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Forest River, Inc.
Bechtel National, Inc