## Bernell Clements, et. al.  vs. Forest River, Inc., et. al.
### Original Civil Action No.  10-2184

1737

**Plaintiff**  Amanda Mitchell (203171)           **Address**  22221 Pineville Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Heidi Bailey (207825)              **Address**  7445 Lakeshore Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Richard Leonard (207859)          **Address**  7445 Lakeshore Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Heidi Bailey, as Next Friend of A.B, a minor (207860)   **Address**  7445 Lakeshore Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Glenda Durbin (208042)            **Address**  6590 Gulfview Fema Trailer Park Lot 21  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

PLAINTIFF'S EXHIBIT
**22**

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Harry Morel (209066)     **Address** 7445 LakeShore Rd. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Linda Bradburry, as Next Friend of L.A, a minor (209450)     **Address** 6073 Tatnall Ave Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Alexandria Barnes, as Next Friend of K.B, a minor (209451)     **Address** 5831 Frederick St. Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Alexanderia Barnes (209455)     **Address** 5831 Federick St. Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Alexandria Barnes, as Next Friend of A.B, a minor (209456)     **Address** 5831 Frederick St. Moss Point, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Alexanderia Barnes, as Next Friend of B.B, a minor (209458)  **Address** 5831 Frederick St. Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Lionel Haynes (209727)  **Address** 706 Morris St. Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Mayola Haynes (209729)  **Address** 706 Morris St Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Brittaney Earl (209762)  **Address** 6126 Road 220 Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Yvette Earl, as Next Friend of M.E, a minor (209763)  **Address** 6126 Road 220 Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Bernell Clements, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2184

**Plaintiff**  Joseph Earl (209764)  **Address**  6126 Rd. 220  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Yvette Earl (209765)  **Address**  6126 Rd. 220  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Darrian Elliott (209769)  **Address**  6073 Tatnall Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Linda Bradburry, as Next Friend of D. S, a minor (210070)  **Address**  6073 Tatnall Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Lilian Triplett, as Representative of the Estate of Willie Triplett, deceased (210337)  **Address**  2106 Buena Vista Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Joseph Smith (210938) **Address** 852 hwy 90 fema camper park bay st  Bay St. Louis, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Kellie Murphy (210943) **Address** 825 Hwy 90 Camper Trailer Park lot 1513  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Kellie Murphy, as Next Friend of J.S, a minor (210944) **Address** 825 Hwy 90 Camper Trailor Park  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Kellie Murphy, as Representative of the Estate of Terry Smith, deceased (211187) **Address** 852 Hwy 90 Camper Trailer  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Ormond Cronier (214588) **Address** 3400 Lockard  Escatawpa, MS 39552

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff** Mary Cronier (214700) **Address** 3400 Lockard  Escatawpa, MS 39552

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Leonisa Davis, as Next Friend of J.B, a minor (215457)  **Address** 136 Espana Park  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

**Plaintiff** Wade Davis (215550)  **Address** 136 Espana Park  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

**Plaintiff** Leonisa Davis (215553)  **Address** 136 Espana Park  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

**Plaintiff** Audroy McGowan (215807)  **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

**Plaintiff** Audroy McGowan, as Next Friend of J. M, a minor (215808)  **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Audroy McGowan, as Next Friend of S. R, a minor (215941)  **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff** Andrew Wilson (217075)  **Address** 1205 Roosevelt  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff** Darlene Roussel (221685)  **Address** 24212 Meaut Rd.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff** Jamill Garry (221789)  **Address** 5212 Rue Saint Denise  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff** Robert Nolan (221849)  **Address** 9513 Martin Young Road  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Ballard Nolan (222925)     **Address** 9513 Martin Young Road  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Robert Nolan (222926)     **Address** 9513 Martin Young Road  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Michelle Moore (226625)     **Address** 14269 County Farm Rd  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Don Wilson (227067)     **Address** 708 Morris St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Don Wilson (227068)     **Address** 708 Morris St.  Waveland , MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Laura Bardwell, as Next Friend of B.B, a minor (229364)  **Address** 1204 Mantou Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Heather Bardwell (229366)  **Address** 1204 Mantou Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Laura Bardwell (229367)  **Address** 1204 Mantou Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Monica Bardwell (229368)  **Address** 1204 Mentou Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** LaBaron Brumfield (229479)  **Address** 4100 Wisteria  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Clarence Twilbeck (238683)  **Address** 24212 Meaut Rd.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.
Bechtel National, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Greg Dupuy (239731)  **Address** 717 Barlow Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Lien Tran (243015)  **Address** 8580 E. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Forest River, Inc.

**Plaintiff** Linh Tran (243039)  **Address** 8580 E. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Forest River, Inc.

**Plaintiff** Odell Grady (244632)  **Address** 164 John St.  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Harold Anderson (245928)  **Address** 739 Cascio Road  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

## Bernell Clements, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2184

**Plaintiff** Shirley Goodwin (246371)   **Address** 1049 Beulah St  Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff** Hubert Smith (250529)   **Address** 1510 Shaw St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff** McKinley Carter (250739)   **Address** 436 Ange Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff** Christopher Dicks (250801)   **Address** 436 Ange Drive   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff** Troy Malone (251020)   **Address** 2801 7th St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc