## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

1790

**Plaintiff** Lemuel Stallworth (200397)  **Address** 10130 Fernland Rd  Grandbay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

---

**Plaintiff** Maxine Stallworth (200398)  **Address** 10130 Fernland Rd  Grandbay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

---

**Plaintiff** Seth Stallworth (200399)  **Address** 10130 Fernland Rd  Grandbay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

---

**Plaintiff** Sharon Guyton, as Next Friend of B.G, a minor (201743)  **Address** 4430 Walter Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Sharon Guyton (201744)  **Address** 4430 Walter Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Tyrell Guyton (201745)  **Address** 4430 Walter Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

PLAINTIFF'S EXHIBIT 23

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Wesley Guyton (201746)  **Address** 4430 Walter Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff** Dwight Godwin (201855)  **Address** 8351 Murray rd.  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Forest River, Inc.

**Plaintiff** Caffie Turberville (202374)  **Address** 9070 Midaway Rd  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
  Forest River, Inc.

**Plaintiff** Judy Perrin (205179)  **Address** 14708 Rue Mornay  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff** Watson Perrin (205180)  **Address** 14708 Rue Mornay  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff** Joshuary Johnson (208047)  **Address** 3807 Cameilla Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Jesse Johnson (208050)  **Address** 3807 Cameilla Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Don Lee (209619)  **Address** 6108 5th Street  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Don Lee (209622)  **Address** 6108 5th Street  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Cle'lie Hecker (209730)  **Address** 15090 Dawsey Ln.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Linda Bradbury (210071)  **Address** 6073 Tatnall Ave.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Nolan Vince (210112)  **Address** 16431 Whites Rd.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Travis Rayburn (210207)  **Address** 15090 Dawsey Lane  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** August Percle (210334)  **Address** 6360 Highway 604  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Shondreka Lee (211095)  **Address** 1662 46th Street  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Trang Tran (211181)  **Address** 815 Lafayette Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Trang Tran, as Next Friend of K.T, a minor (211182)  **Address** 815 Lafayette Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Rusty Hughes (211183)  **Address** 815 Lafayette Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Pamela Lee (211384)   **Address** 1662 46th Street  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Jerry Daniels (211680)   **Address** 7557 Mahalo Hui  Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Dale Johnson (212504)   **Address** 7557 Mahalo Hui  Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Herman Johnson (212507)   **Address** 7557 Mahalo Hui  Diamondhead, MS 39525

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Ruby Moore (212555)   **Address** 6190 E. Itawanba  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Shirley Hockett (214364)   **Address** 631 Dena Dr.  Biloxi, MS 39540

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Kirby Gowland (214502)   **Address** 23437 Standard Cemetary  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.

---

**Plaintiff** Ajai Bell (215411)   **Address** 2308 Cousin St  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.

---

**Plaintiff** Emma Raine (215907)   **Address** 97A Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.

---

**Plaintiff** James Raine (215908)   **Address** 97A Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.

---

**Plaintiff** James Raine, as Next Friend of J.R, a minor (215909)   **Address** 97A Ellis Hart Rd.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.

---

**Plaintiff** Felisha Ratliff (215917)   **Address** 2308 Cousin St.  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Lucious Ratliff (215918) **Address** 2308 Cousin St  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff** Felisha Ratliff, as Next Friend of M.R, a minor (215919) **Address** 2308 Cousin St  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff** Audroy McGowan, as Next Friend of S. S, a minor (215950) **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff** Johnny Fells (216484) **Address** 1111 Rosa Street  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff** Jeanette Hart (216552) **Address** 1111 Rosa Street  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff** Lamonty Rancifer (216843) **Address** 1111 Rosa Street  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2190

**Plaintiff**  Holley Hahn (220183)  **Address**  1302 W. 4th Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Rebecca Scogin, as Next Friend of J.H, a minor (220184)  **Address**  1302 W. 4th Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Rebecca Scogin, as Next Friend of J.H, a minor (220185)  **Address**  1302 W. 4th Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Amanda Scogin (220426)  **Address**  1302 W. 4th Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Rebecca Scogin (220427)  **Address**  1302 W. 4th Ave.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Keoki Laneux (221658)  **Address**  301 St. Francis St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Betty Price (221677)  **Address** 301 St. Francis St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Tommy Hinton (225202)  **Address** # 3 Russell Blvd  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Jocelyn Fairley (226113)  **Address** 120 Jackson Fairley Lane  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Candice Walker (227003)  **Address** 4949 Fredrick St.  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Jamie Reynolds (230090)  **Address** 3303 Ronnie Avenue  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

**Plaintiff** Christopher Bermond (237238)  **Address** 5687 Lower Bay Rd  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2190

**Plaintiff**  Karen Cu (238614)  **Address**  41 Mississippi Pire Blvd  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff**  Eugene Vanderbilty (238852)  **Address**  556 David Martin St.  Wiggins, MS 39577

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff**  Dominique Reed (238876)  **Address**  759 Hwy 98 West  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff**  Andrea Reed (238984)  **Address**  759 Hwy 98W  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff**  Monique Sterling, as Next Friend of S. S, a minor (239018)  **Address**  759 Hwy 98W  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff**  Monique Sterling, as Next Friend of S. S, a minor (239019)  **Address**  759 Hwy. 98W  Tylertown, MS 39667

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Sean Sterling (239034)  **Address** 759 Hwy 98 West  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Monique Sterling, as Next Friend of S. S, a minor (239043)  **Address** 759 Hwy 98 West  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Monique Sterling (239046)  **Address** 759 Hwy 98 West  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** John Ulrich (239815)  **Address** 11452 Labouy Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Bun Somphouk (241756)  **Address** 11961 Lee Bishop Road  Irvington, AL 36544

**Proposed Judicial District** Southern District of Alabama
**Defendants**
   Forest River, Inc.

---

**Plaintiff** Bun Somphouk, as Next Friend of J.P, a minor (241757)  **Address** 8885 Hamilton Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
   Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Carleta Powell (241814) **Address** 759 HWY 98 West  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Carleta Powell, as Next Friend of L.P, a minor (241815) **Address** 759 HWY. 98 West  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Carleta Powell, as Next Friend of D.R, a minor (241816) **Address** 759 Hwy. 98 West  Tylertown, MS 39667

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Zanbernia Burrage (241906) **Address** 8671 Midway St  Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Ann Ulrich (242860) **Address** 10410 Old Sidney  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

**Plaintiff** Linh Tran, as Next Friend of V.T, a minor (243022) **Address** 8580 E. Werner St.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Linh Tran, as Next Friend of V.C, a minor (243033)  **Address** 8580 E. Werner St.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

---

**Plaintiff** Quang Chan (243040)  **Address** 8580 E. Warner St.  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

---

**Plaintiff** Linh Tran, as Next Friend of V.C, a minor (243041)  **Address** 8580 E. Werner Street  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

---

**Plaintiff** Linh Tran, as Next Friend of V.T, a minor (243052)  **Address** 8580 E Werner Street  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

---

**Plaintiff** Sophia DeLeon, as Next Friend of R.D, a minor (243739)  **Address** 4310 Orchard Road Lot #2  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

---

**Plaintiff** Oscar De Leon (243760)  **Address** 4310 Orchard Rd. Lot # 2  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Jessica Villareal (243761)  **Address** 809 Ingalls Ave. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff** Sophia DeLeon (243775)  **Address** 4310 Orchard Rd Lot #2 Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff** Sophia DeLeon, as Next Friend of A. D, a minor (243777)  **Address** 4310 Orchard Rd Lot 2 Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff** Oscar De Leon (243781)  **Address** 4310 Orchard Rd. Lot #2 Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Forest River, Inc.

**Plaintiff** Diedre Watson (245228)  **Address** 5738 Gene Ln Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Forest River, Inc.

**Plaintiff** Larry Galmore (245504)  **Address** 404 Cherry St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Carlee Galmore (245506)  **Address** 404 S. Cherry  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.

**Plaintiff** Sylvia Stagg (246339)  **Address** 404 South Cherry St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.

**Plaintiff** Essie Galmore, as Next Friend of A.G, a minor (246342)  **Address** 404 Cherry St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.

**Plaintiff** Essie Galmore, as Next Friend of C.G, a minor (246344)  **Address** 404 S Cherry St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.

**Plaintiff** Essie Galmore, as Next Friend of C.G, a minor (246347)  **Address** 404 S Cherry St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.

**Plaintiff** Essie Galmore (246965)  **Address** 404 South Cherry  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Shelia Galmore (247242)  **Address** 404 South Cherry  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

**Plaintiff** Berry Carter (249304)  **Address** 436 Ange Drive  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

**Plaintiff** Meagan Epps (249413)  **Address** 10860 Hwy. 188 Lot 3  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Deborah Epps (249415)  **Address** 10860 Hwy. 188 Lot 3  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Travis Epps (249781)  **Address** 10860 Hwy. 188 Lot 3  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Mark Epps (249783)  **Address** 10860 Hwy. 188 Lot 3  Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Jessica Brooks (249961) **Address** 10860 Hwy. 188 Lot 3 Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Tammy Manuel, as Next Friend of J.M, a minor (250027) **Address** 7334 Bult Dr. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

**Plaintiff** Kimberly Lewis, as Next Friend of S.S, a minor (250045) **Address** 2653 Old Deridder Hwy. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

**Plaintiff** Kimberly Lewis, as Next Friend of R.S, a minor (250047) **Address** 2653 Old Deridder Hwy. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

**Plaintiff** Kenny Galmore (250242) **Address** 404 S. Cherry St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

**Plaintiff** Essie Galmore, as Next Friend of J.R, a minor (250485) **Address** 404 South Cherry Street Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Essie Galmore, as Next Friend of S.G, a minor (250849)  **Address** 404 South Cherry Street   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Forest River, Inc.

**Plaintiff** Soumaly Lasy, as Next Friend of D.L, a minor (250987)  **Address** 15440 Dolphin  Island Parkway   Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Jennie Lasy (250988)  **Address** 15440 Dolphin  Island Parkway   Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Sanh Lasy (250989)  **Address** 15440 Dolphin  Island Parkway   Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Soumaly Lasy (250990)  **Address** 15440 Dolphin  Island Parkway   Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

**Plaintiff** Sanh Lasy, as Next Friend of V.L, a minor (250991)  **Address** 15440 Dolphin  Island Parkway   Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama
**Defendants**
Forest River, Inc.

## Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2190

**Plaintiff**  Anthony Sellers (251220)  **Address**  Shortcut Rd.  Pascagoula, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff**  Cle'lie Hecker, as Next Friend of J.H, a minor (209731)  **Address**  15090 Dawsey Ln.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff**  Cle'lie Hecker, as Next Friend of B.R, a minor (210206)  **Address**  15090 Dawsey Ln  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff**  Amber Cuevas (225987)  **Address**  15053 Big Creek Road   Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff**  Amber Cuevas, as Next Friend of J.C, a minor (225996)  **Address**  15053 Big Creek Rd.  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

---

**Plaintiff**  Meghan Cuevas (225997)  **Address**  15053 Big Creek Rd.  Gulfport , MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.

## Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.
Original Civil Action No. 10-2190

**Plaintiff** Sherry Cuevas (225998)  
**Address** 15053 Big Creek Rd. Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Forest River, Inc.

---

**Plaintiff** Pamela Howell, as Next Friend of K.J, a minor (229898)  
**Address** 190 B Beauvior Dr. Biloxi, MS 39531

**Proposed Judicial District** Southern District of Mississippi  
**Defendants**  
Forest River, Inc.

---

**Plaintiff** Phillip Babineaux (247523)  
**Address** 3046 Opelousas St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana  
**Defendants**  
Forest River, Inc.

---

**Plaintiff** Vixay Lasy (250992)  
**Address** 15440 Dolphin Island Parkway Coden, AL 36523

**Proposed Judicial District** Southern District of Alabama  
**Defendants**  
Forest River, Inc.