## Pear Boutachanthavong, et. al.  vs. Forest River, Inc., et. al.
Original Civil Action No.  10-2324

1847

**Plaintiff**  Pear Boutachanthavong (250703)      **Address**  7170 Murray Hts Dr   Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Kham Phong Boutachanthavong (250702)      **Address**  7170 Murray Hts Dr.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Phimphone Boutachanthavong, as Next Friend of A.B, a minor (250701)      **Address**  7990 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Phimphone Boutachanthavong, as Next Friend of A.B, a minor (250705)      **Address**  7990 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Phimphone Boutachanthavong, as Next Friend of A.K, a minor (250964)      **Address**  7990 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Forest River, Inc.

---

**Plaintiff**  Isreth Khamphiphone (250965)      **Address**  7990 Laos St.  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
   Forest River, Inc.

PLAINTIFF'S EXHIBIT 24