25

**Richard Oxman, et. al.  vs. Forest River, Inc., et. al.**
Original Civil Action No.  10-3640
71500

**Plaintiff**  Richard Oxman (206777)     **Address**  1421 Margie St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

PLAINTIFF'S EXHIBIT
**25**