UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO | * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

09-4713 *Ruth Strickalnd, et al v. Forest, et al;*
09-7070 *Albert Williams, et al v. Forest River, Inc., et al;*
09-7072 *Arien Burks, as Next Friend of Adrianna Burks, A minor, et al v. Forest River, et al;*
09-7857 *Chiquita Acker, et al v. Forest River, Inc., et al;*
09-7855 *Mary Wilkerson, et al v. Forest River, Inc., et al;*
09-7889 *Rikita Alexander, as Next Friend of J. A., a minor, et al v. Forest River, Inc., et al;*
09-7892 *Gerald Byron, et al v. Forest River, Inc., et al;*
09-7835 *Jemalla Vallare, as Next Friend of A. V., a minor, et al v. Forest River, Inc., et al;*
09-7924 *Shantelle Guillory, as Next Friend of M. G., a minor, et al v. Forest River, Inc., et al;*
10-1265 *Cherlyn Rogers, et al v. Forest River, Inc., et al;*
10-2184 *Bernell Clements, et al v. Forest River, Inc., et al;*
10-2190 *Lemuel Stallworth, et al v. Forest River, Inc., et al;*
10-2324 *Pear Boutachanthavong, et al v. Forest River, Inc., et al;*
10-3640 *Richard Oxman, et al v. Forest River, Inc., et al.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion to Sever and in the Alternative to Transfer or Remand will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana on May 2, 2012, at 9:30 a.m. or as soon as thereafter as may be submitted.

Respectfully submitted:

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749

**ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of April, 2012.

      /s/ Robert C. Hilliard
      _____
      **ROBERT C. HILLIARD**