## Tiffany Walters, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No. 09-4741

948

| | | |
|---|---|---|
| **Plaintiff** Tiffany Walters (202436) | **Address** | 504 Avery Dr  Slidell, LA 70461 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Ahmad Treaudo (206678) | **Address** | 9018 Dixon St.  New Orleans, LA 70118 |

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

| | | |
|---|---|---|
| **Plaintiff** Charles Whitmore (211060) | **Address** | 429 Sunset  Slidell, LA 70460 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Dorothy Spears (213439) | **Address** | 41662 Hwy 190 East Lagoon Lot 120A  Slidell, LA 70461 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Tracia Miller (214145) | **Address** | 2004 7th St  Slidell, LA 70458 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Glen Ledet (214257) | **Address** | 2600 Mary St. Apt 11  Slidell, LA 70458 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
1

Tiffany Walters, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-4741

**Plaintiff**  Carolyn Harris (214431)         **Address** 2004 7th St  Slidell, LA 70458

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Dion Harris (214432)         **Address** 2004 7th St  Slidell, LA 70458

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Willie Schwall (215033)         **Address** 38215 Oak  Slidell, LA 70458

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Pamela Woods (215297)         **Address** 56244 Lakeview Drive  Slidell, LA 70458

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Harold Woods (215298)         **Address** 56244 Lakeview Drive  Slidell, LA 70458

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Kelly Teel (216979)         **Address** 1905 Laura Drive  Chalmette, LA 70043

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Demetrus Braziel (222468)         **Address** 226 Dreamcord Unit 5  Slidell, LA 70458

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

Tiffany Walters, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-4741

**Plaintiff** Helena Herbert (222517)   **Address** 226 Dreamcord Unit 5  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jermaine Herbert (222518)   **Address** 226 Dreamcord Unit 5  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Martina Herbert (222519)   **Address** 226 Dreamcord Unit 5  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Vinh Nguyen (222924)   **Address** 14000 Dwyer Lot I  New Orleans, LA 70129

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Corey Assavedo (225759)   **Address** 1502 East Louisiana #46  St. Bernard, LA 70085

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Courtney Assavedo (225760)   **Address** 1502 E Louisiana #46  St. Bernard, LA 70085

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Melissa Assavedo (225764)   **Address** 1502 E. Louisiana #46  St. Bernard, LA 70085

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Tiffany Walters, et. al. vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No. 09-4741

**Plaintiff** Sammie Short (213646)  **Address** 1500 St. Christopher  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Aline Short (213652)  **Address** 1500 St. Christopher  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jack Upright (224316)  **Address** 100 Riverview Parkway  Violet, LA 70092

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Pamela Woods, as Next Friend of B.W, a minor (215295)  **Address** 56244 Lakeview Drive  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Harold Woods (215296)  **Address** 56244 Lakeview Drive  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Debra Warren (202445)  **Address** 13845 Chef Mentuer Hwy Lot 18  New Orleans , LA 70129

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.