## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

1270

**Plaintiff**  Lauren Becnel (216309)   **Address**  2505 Lloyals Lane  Chalmette, LA 70043

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Barbara Ceaser Major (224649)   **Address**  2443 Daniel Drive  Violet, LA 70092

**Defendants**
   Stewart Park Homes, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Barry Assavedo (225757)   **Address**  1502 E Louisiana St   St. Bernard, LA 70085

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Christine Assavedo (225758)   **Address**  1502 E. Louisiana #46  St. Bernard, LA 70085

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Chanel Franklin, as Next Friend of P.d, a minor (202950)   **Address**  739 Ameila Street  New Orleans, LA 70115

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Chanel Franklin (202989)   **Address**  739 Ameila St.  New Orleans, LA 70115

**Defendants**
   Stewart Park Homes, Inc.
   Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 2

## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

**Plaintiff**  Elizabeth Gambrell (237433)   **Address**  118 King Court  Slidell, LA 70458

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Nikita McCaskill (238604)   **Address**  216 Dream Ct  Slidell, LA 70461

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Ruby Strauder, as Next Friend of A.S, a minor (200428)   **Address**  3037 Tupelo St.  Kenner, LA 70065

**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Anika Beasley (239354)   **Address**  7071 Whitmore Place  New Orleans, LA 70128

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Anika Beasley, as Next Friend of A.B, a minor (239357)   **Address**  7071 Wihmore Place   New Orleans , LA 70128

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Arthur Beasley (239425)   **Address**  7071 Whitmore Pl  New Orleans, LA 70128

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Preston Chapital (238842)   **Address**  2007 Teal St.  Slidell, LA 70460

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

**Plaintiff** Thomas Chapital (238843)   **Address** 2007 Teal St.  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Terese Coleman, as Next Friend of C.C, a minor (239197)   **Address** 331 Tiffany Street  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sanders Coleman (239368)   **Address** 331 Tiffany St  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Terese Coleman (239722)   **Address** 331 Tiffany St.  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Xavier Coleman (239341)   **Address** 331 Tiffany St.  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jermaine Herbert (239817)   **Address** 325 Hickory  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nikita McCaskill, as Next Friend of Z. M, a minor (239142)   **Address** 216 Dreamcourt Court  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

**Plaintiff**  Leatrice Powell, as Next Friend of L.P, a minor (239064)  
**Address** 217 Simmons Drive  New Orleans, LA 70126

**Defendants**
- Stewart Park Homes, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Leatrice Powell (239058)  
**Address** 217 Simmons Drive  New Orleans, LA 70118

**Defendants**
- Stewart Park Homes, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Lionell Powell (239055)  
**Address** 217 Simmon Drive  New Orleans, LA 70126

**Defendants**
- Stewart Park Homes, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Sylvia Prevost, as Representative of the Estate of Raymond Prevost, deceased (239023)  
**Address** 13845 Chef Menteur Hwy, Lot #12  New Orleans, LA 70129

**Defendants**
- Stewart Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jestin Quiett (239327)  
**Address** 8801 Chef Menteur Hwy  New Orleans, LA 70127

**Defendants**
- Stewart Park Homes, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Geneva Ratcliff, as Representative of the Estate of Frank Ratcliff, deceased (239709)  
**Address** 1316 Forestwood Dr  Slidell, LA 70460

**Defendants**
- Stewart Park Homes, Inc.
- Fluor Enterprises, Inc

## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

**Plaintiff** Nikita McCaskill, as Representative of the Estate of Lamer Ratcliff, deceased (239682)

**Address** 216 Dream Court  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nikita McCaskill, as Next Friend of X.R, a minor (239428)

**Address** 216 Dream Court Ct  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Samynthia Thomas, as Next Friend of K.T, a minor (239361)

**Address** 7071 Whitmore Place  New Orleans, LA 70128

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kenneth  Thomas (239352)

**Address** 7071 Whitmore Place  New Orleans , LA 70128

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Samynthia Thomas (239349)

**Address** 7071 Whitmore  New Orleans, LA 70128

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Bobby Walters (202433)

**Address** 504 Avery Dr  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Williby Verkeese (239326)

**Address** 7071 Whitemore Place  New Orleans , LA 70128

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

**Plaintiff**  Verkell Williby (239355)         **Address**  7071 Whitmore  New Orleans, LA 70128

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Verleka Williby (239350)         **Address**  7071 Whitmore Place  New Orleans, LA 70128

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Madelyn Zuppardo, as Next Friend of D.Z, a minor (239867)         **Address**  2313 N. Turnbull Drive   Metairie, LA 70001

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Justin Zuppardo (239846)         **Address**  2313 N. Turnbull Drive   Metairie, LA 70001

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Madelyn Zuppardo (239864)         **Address**  2313 N. Tumbull Road   Metairie, LA 70001

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Madelyn Zuppardo, as Next Friend of S.Z, a minor (239845)         **Address**  2313 N Turnbull  Metairie, LA 70001

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Sanders Coleman (239506)         **Address**   331 Tiffany Street     Slidell, LA 70461

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

**Plaintiff** Barbara Dowling, as Next Friend of G. D, a minor (239335)  **Address** 111 Dillon Dr  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Sabrika Mosley, as Next Friend of L.M, a minor (234519)  **Address** 188 Amp Circle  Edgard, LA 70092

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

**Plaintiff** Samynthia Thomas, as Next Friend of K.T, a minor (239351)  **Address** 7071 Whitmore Pl  New Orleans, LA 70128

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc