3

| | |
|---|---|
| **Shirley Biagas, et. al. vs. Stewart Park Homes, Inc., et. al.** | |
| Original Civil Action No. 09-7839 | |

1356

**Plaintiff** Phillip Treaudo (207609)   **Address** 9018 Dixon St. New Orleans, LA 70118

**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

**Plaintiff** Regina Treaudo (207607)   **Address** 9018 Dixon St. New Orleans, LA 70118

**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

**Plaintiff** Sybil Treaudo (206683)   **Address** 9018 Dixon st. New Orleans, LA 70118

**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

PLAINTIFF'S
EXHIBIT
3