## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

1423

| | | | |
|---|---|---|---|
| **Plaintiff** | Terry Free (201799) | **Address** | 504 Avery Dr.  Slidell, LA 70461 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Michael Walters (202434) | **Address** | 504 Avery Dr  Slidell, LA 70461 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Tiffany Walters, as Next Friend of S.W, a minor (202435) | **Address** | 504 Avery Dr  Slidell, LA 70461 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Vincent Polomsky (213977) | **Address** | 56456 McManus  Slidell, LA 70458 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Deborah Polomsky (213894) | **Address** | 56456 McManus  Slidell, LA 70461 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Josetta Hardy (224364) | **Address** | 131 White Hall Dr.  Slidell, LA 70458 |

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
4

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Dorothy  Laurent  (229984)          **Address**  25526 West Spruce   Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Antonique  Parker  (230149)          **Address**  25526 West Spruce   Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Robert  Gambrell  (237518)          **Address**  118 Kings Court  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Terese  Coleman  (239353)          **Address**  331 Tiffany Street Slidell    Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Sanders  Coleman  (239723)          **Address**  331 Tiffany Street     Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Danielle  Binder  (240242)          **Address**  2313 N. Turnbul  Metairie, LA 70001

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

**Plaintiff**  Kim Siverio  (240287)          **Address**  2313 N Turnbull Dr  Metairie, LA 70001

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Hubert Green (240289)  **Address**  6419 Pauline Drive  New Orleans, LA 70126

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Angel Wilks (246088)  **Address**  61555 Hwy. 434   Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Sanders Coleman (247921)  **Address**  331 Tiffany Street  Slidell, LA 70461

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Antonique Parker (251101)  **Address**  25526 W. Spruce St.  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc