## Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-1292

1632

**Plaintiff**  Ora Treaudo (210756)                  **Address**  9018 Dixon St.  New Orleans, LA 70118

**Defendants**
        Stewart Park Homes, Inc.
        Shaw Environmental, Inc

---

**Plaintiff**  Joshua Treaudo (210757)              **Address**  9018 Dixon St.  New Orleans, LA 70118

**Defendants**
        Stewart Park Homes, Inc.
        Shaw Environmental, Inc

---

**Plaintiff**  Anjene' Treaudo (206679)            **Address**  9018 Dixon St.  New Orleans , LA 70118

**Defendants**
        Stewart Park Homes, Inc.
        Shaw Environmental, Inc

---

**Plaintiff**  Misty Mullen (247963)                 **Address**  6155 Hwy. 434  Lacombe, LA 70445

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Lauren Becnel, as Next Friend of D.G,     **Address**  2505 Lloyds Avenue  Chalmette, LA 70043
        a minor (216518)

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Lauren Becnel, as Next Friend of M.G,     **Address**  2505 Lloyals Lane  Chalmette, LA 70043
        a minor (216519)

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**5**

## Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.
### Original Civil Action No.  10-1292

**Plaintiff**  Kenisha  Lewis  (230000)          **Address**  25566 W sycamore  Lacombe, LA 70445

**Defendants**
      Stewart Park Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Larrissa  Young, as Next Friend of J.R,          **Address**  25566 West Sycamore  Lacombe, LA 70445
a minor (230287)

**Defendants**
      Stewart Park Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Larissa Young (230505)          **Address**  25566 West Sycamore  Lacombe, LA 70445

**Defendants**
      Stewart Park Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Darrel Gonzales (233265)          **Address**  2505 Llyods Ave   Chalmette , LA 70043

**Defendants**
      Stewart Park Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Geneva Ratcliff (238642)          **Address**  1316 Forestwood Dr  Slidell, LA 70460

**Defendants**
      Stewart Park Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Joshua Treaudo (207567)          **Address**  9018 Dixon St.  New Orleans, LA 70118

**Defendants**
      Stewart Park Homes, Inc.
      Shaw Environmental, Inc

---

**Plaintiff**  Joshua Treaudo (207620)          **Address**  9018 Dixon St.  New Orleans, LA 70118

**Defendants**
      Stewart Park Homes, Inc.
      Shaw Environmental, Inc

## Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.
### Original Civil Action No.  10-1292

**Plaintiff**  DeShanda Everfield (213742)          **Address**  2006 7th Street  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Alonzo Gonzales (213743)          **Address**  2006 7th Street  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  DeShanda Everfield, as Next Friend of          **Address**  2006 7th Street  Slidell, LA 70458
W.E, a minor (213744)

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Yosuani Harvey (213745)          **Address**  2006 7th Street  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Vera Cousin (216413)          **Address**  59545 Joseph Rd.  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Dwight Cousin (216414)          **Address**  59545 Joseph Road  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Corbett Cousin (216415)          **Address**  36039 Manegria Road  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-1292

**Plaintiff**  Geneva Daniels, as Next Friend of A.D, a minor (216438)   **Address** 59545 Joseph Rd.  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Deshanda Griffin, as Next Friend of B. G, a minor (216535)   **Address** 59545 Joseph Rd.  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lorita Williams (217059)   **Address** 59545 Joseph Road  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Analesa Lewis (222400)   **Address** 25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jalesa Lewis, as Next Friend of D.L, a minor (222401)   **Address** 25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jalesa Lewis (222402)   **Address** 25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Leslie Russell (222437)   **Address** 25566 W. Sycamore  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-1292

**Plaintiff**  Helen Jourdain (223841)          **Address**  5848 Prima drive  New Orleans, LA 70128

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Gilbert Knight (223861)          **Address**  Xaviera University Short Street  New Orleans, LA 70114

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Gilda Knight (223862)          **Address**  311 Xavier University Campus  New Orleans, LA 70128

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc