## Leo Jones, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-2217

1761

**Plaintiff**  Leo Jones (201343)  **Address**  Packham Trailer Park E. St. Bernard Hwy.  New Orleans, LA 70175

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Dominque Johnson (201459)  **Address**  2608 Mary Ann Trailer Park, Lot 33  Meraux, LA 70075

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Asha Clements (202287)  **Address**  2608 Mary Ann Trailer, Lot 33  Meraux, LA 70075

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Bernell Clements (202288)  **Address**  2608 Mary Ann Trailer, Lot 33  Mareaux, LA 70044

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Rudolph  Williams (202567)  **Address**  2608 Maryann Trailer Lot #33  Meraux, LA 70075

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Tamika Santiago (202765)  **Address**  2608 Mary Ann  Chalmette , LA 70092

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S
EXHIBIT
6

## Leo Jones, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-2217

**Plaintiff**  Laquetta Cole, as Next Friend of B.s, a minor (202766)  
**Address**  Packham Trailer Park E. St. Bernard Hwy  Meraux, LA 70075

**Defendants**  
Stewart Park Homes, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff**  Bernard Santiago (202767)  
**Address**  2608 Mary Ann Trailer Park #33  Meraux, LA 70075

**Defendants**  
Stewart Park Homes, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff**  LaQuetta Cole (202930)  
**Address**  2608 Maryann Trailer  Meraux, LA 70075

**Defendants**  
Stewart Park Homes, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff**  Tamika Santiago, as Next Friend of E. h, a minor (203056)  
**Address**  Packham Trailer Park E. St. Bernard Hwy  Meraux, LA 70075

**Defendants**  
Stewart Park Homes, Inc.  
Fluor Enterprises, Inc

---

**Plaintiff**  Carol Becnel (233240)  
**Address**  2505 LLOYDS AVENUE  CHALMETTA , LA 70043

**Defendants**  
Stewart Park Homes, Inc.  
Fluor Enterprises, Inc