## Gregory Spears, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-2269

1817

**Plaintiff** Gregory Spears (213441)          **Address** 41662  Hwy 190 East Lagoon Lot 120A  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Jabrika Mosely, as Next Friend of A.M, a minor (233283)          **Address** 2301 Cuerra Drive  Violet, LA 70092

**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Jabrika Mosely (233284)          **Address** 188 Amp Circle  Edgard, LA 70092

**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Anika Major (244335)          **Address** 7713 Chef Menteur Hwy A lot 62  New Orleans, LA 70122

**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Anika Major, as Next Friend of T.R, a minor (244336)          **Address** 7731 Chef Menteur Hwy  New Orleans, LA 70126

**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Anika Major, as Next Friend of D.B, a minor (244338)          **Address** 7731 Chef Menteur Hwy  New Orleans, LA 70126

**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Anika Major, as Next Friend of R.B, a minor (244341)          **Address** 7731 Chef Menteur  New Orleans, LA 70126

**Defendants**
Stewart Park Homes, Inc.

---

PLAINTIFF'S
EXHIBIT
**7**