## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

1270

**Plaintiff**  Brian  Davis (202076)  **Address**  3939 Victoria Dr, Lot 31  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  David  Hale (229766)  **Address**  159 Betty Court  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Stewart Park Homes, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Allie Dupre (226088)  **Address**  3003 8th Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Stewart Park Homes, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Michelle Dupre (226089)  **Address**  3003 8th St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Stewart Park Homes, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff**  Michelle Dupre, as Next Friend of E.D, a minor (226061)  **Address**  3003 8th Street  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Stewart Park Homes, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT
**8**

## Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7092

**Plaintiff**  Calvin Harris (223752)        **Address**  3874 Bienville Blvd Lot 3  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Stewart Park Homes, Inc.
- CH2M Hill Constructors, Inc.
- Bechtel National, Inc

**Plaintiff**  Linda Harris (223754)        **Address**  3874 Bienville Blvd Lot 3  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Stewart Park Homes, Inc.
- CH2M Hill Constructors, Inc.
- Bechtel National, Inc

**Plaintiff**  Sheri Mills (201041)        **Address**  3939 Victoria Drive  Baton Rouge, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
- Stewart Park Homes, Inc.
- Shaw Environmental, Inc

**Plaintiff**  Keith Rendon (200637)        **Address**  3939 Victoria Dr. # 8  Baton Rouge, LA 70815

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
- Stewart Park Homes, Inc.
- Shaw Environmental, Inc