## Shirley Biagas, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7839

1356

**Plaintiff**  Shirley Biagas (202855)  **Address**  Oak Ridge Trailer Park Lot 2  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Lillie Garcia (208854)  **Address**  Ladder Road Lot 2  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tiffany Garcia (211190)  **Address**  6017 10st.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Amanda Hyatt (220231)  **Address**  2303 Cleveland Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dinekia Kirkland-Fairley, as Next Friend of D.K, a minor (201411)  **Address**  1409 Hwy 90 Isle of the Pine Mite Lot #136 A  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT
9

Shirley Biagas, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7839

**Plaintiff**  Marco Kirkland (201415)              **Address**  1409 Hwy 90 Lot 136A  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Dinekia Kirkland-Fairley, as Next Friend of M.K, a minor (201416)   **Address**  1409 Hwy 90 Isle of Pine MHP Lot 136A  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Dinekia Kirland-Fairley (201242)    **Address**  1409 Hwy 90 Isle of Pine MHP Lot 136A  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff**  Brandon  Lewis (201328)             **Address**  3939 Victoria Dr. Lot 63  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Darlene Lewis (201150)              **Address**  3939 Victoria Dr. Lot# 63  Baton Rouge , LA 70812

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

## Shirley Biagas, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7839

**Plaintiff**  Joseph Mauldin, as Representative of the Estate of Agnes Mauldin, deceased (215318)    **Address**  4608 Pascagoula St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Stewart Park Homes, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Haley Stork (220461)    **Address**  2303 Cleveland Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Stewart Park Homes, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Peggy Stork (220462)    **Address**  2303 Cleveland Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Stewart Park Homes, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Phillip Stork (220463)    **Address**  2303 Cleveland Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Stewart Park Homes, Inc.
   CH2M Hill Constructors, Inc.