## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

1423

**Plaintiff**  Mandy Plummer (224683)          **Address**  1824 Poppy Ferry Rd  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Stewart Park Homes, Inc.
>        CH2M Hill Constructors, Inc.

---

**Plaintiff**  Tasha Johnson (239962)          **Address**  6675 E. Hwy. 90  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Stewart Park Homes, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Diana  Bailey  (244366)          **Address**  5711 Broad St.   Trailer # 82  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Stewart Park Homes, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Eric Anderson (244468)          **Address**  1100 James Sudduth Parkway  Lake Charles, LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Stewart Park Homes, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff**  Christopher Booth (244657)          **Address**  5711 E. Brand Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>        Stewart Park Homes, Inc.
>        Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**10**

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Beverly Thomas, as Next Friend of S.T,   **Address** 139 Ruby Drive  Lake Charles , LA 70607
a minor (244809)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Beverly Thomas (244822)   **Address** 139 Ruby Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Gerry Thomas (244821)   **Address** 139 Ruby Dr  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Elaine McFarland (244916)   **Address** 415 Avenue D Lot #49  Welch, LA 70615

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Carla Marsh, as Representative of the   **Address** 415 Ave D Lot 49  Lake Charles , LA 70607
Estate of Theresa Hatten, deceased
(244917)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Carla Marsh, as Representative of the          **Address** 415 Avenue D #49  Lake Charles , LA 70607
Estate of John Hatten, deceased
(244919)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Charles Vincent (245030)          **Address** 1287 Marshall St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Monique Davis, as Next Friend of J.D,          **Address** 5711 Broad St Lot #82  Lake Charles , LA 70607
a minor (245170)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Monique Davis  (245171)          **Address** 5711 Broad St. Lot #82  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Monique Davis, as Next Friend of J.D,          **Address** 5711 Broad St Lot 82  Lake Charles , LA 70607
a minor (245168)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.

Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Stella Lavergne (245230)          **Address**  5711 Broad St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary Pittman (245429)          **Address**  2006 1/2 1st Street   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Andrea Jackson, as Next Friend of J.J, a          **Address**  5648 Old Town Road  Lake Charles , LA 70607
minor (245646)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Eric Savoy (245653)          **Address**  1100 James Sudduth Pwy. Tiles - J -01  Lake
Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff**  Shandrella Alexander (245732)          **Address**  5711 Broad St. Lot 82  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Shandrella Alexander, as Next Friend     **Address** 5711 Broad St. Lot 82  Lake Charles , LA 70607
of J.S, a minor (245727)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Shandrella Alexander, as Next Friend     **Address** 5711 Broad St. Lot 82  Lake Charles , LA 70607
of J.S, a minor (245726)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Karrie Fontenot (245867)     **Address** 1287 Marshall St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tammy  Vincent (245866)     **Address** 1287 Marshall St.  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tammy Vincent, as Next Friend of B.     **Address** 1287 Marshall St.  Cameron, LA 70631
V, a minor (245865)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Patrick Thibodeaux (245980)          **Address**  2006 1/2 1st Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Andrea Jackson (245645)          **Address**  5648 Old Town Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  LaShonda Savoy (246174)          **Address**  1100 James Suddeth Parkway Trailer J01  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  John Thibodeaux (246096)          **Address**  2006 1/2 1st St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Monica Thomas (246277)          **Address**  5711 Broad St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Wilson Bellard (246312)          **Address**  5111 E. Broad Street Crestwood Lot #57  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Stewart Park Homes, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Felicia Tanton (246472)          **Address**  2653 Old DeRidder Highway  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Stewart Park Homes, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Steven Tanton (246471)          **Address**  2653 Old DeRidder Highway  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Stewart Park Homes, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Felicia Tanton, as Next Friend of T.T, a minor (246470)          **Address**  2653 Old DeRidder Highway  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Stewart Park Homes, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Tiffany Julian  (246506)          **Address**  5711 Broad St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
　　　Stewart Park Homes, Inc.
　　　Shaw Environmental, Inc
　　　Fluor Enterprises, Inc
　　　CH2M Hill Constructors, Inc.

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Angelia Moore (246600)          **Address**  5711 E Broad St Lot 78  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Edolia Simon (246729)          **Address**  204 N. Cherry St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Lamarcus Simon (246666)          **Address**  204 N Cherry St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Allen Johnson, as Next Friend of A.J, a          **Address**  6675 HWY. 90 East Lot 30  Lake Charles , LA
minor (246795)                                    70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Eladio Sanchez, as Next Friend of A.S,          **Address**  1409 Hwy 90 Lot 30  Gautier, MS 39553
a minor (246809)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Stewart Park Homes, Inc.
> Shaw Environmental, Inc
> CH2M Hill Constructors, Inc.

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Eladio Sanchez (246743)          **Address** 1409 Hwy 90  Gautier , MS 39533

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Stewart Park Homes, Inc.
 Shaw Environmental, Inc
 CH2M Hill Constructors, Inc.

**Plaintiff** Allen Johnson (246741)          **Address** 6675 Hwy 90 East  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Stewart Park Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Eladio Sanchez, as Next Friend of A.S,          **Address** 1409 Hwy 90 Lot 30  Gautier, MS 39553
a minor (246740)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 Stewart Park Homes, Inc.
 Shaw Environmental, Inc
 CH2M Hill Constructors, Inc.

**Plaintiff** Samantha Simon (246872)          **Address** 204 N. Cherry  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Stewart Park Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Howard Moore (247052)          **Address** 5711 E Broad Street Lot 78   Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
 Stewart Park Homes, Inc.
 Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** LaShonda Savoy, as Next Friend of E. S, a minor (247136)   **Address** 1100 James Suddeth Pkwy. #301   Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Ashley Guillory (247163)   **Address** 469 35d St. Lot M 16  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Zachary White (247171)   **Address** 204 N. Cherry Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Evelyn Hardin (247567)   **Address** 5711 East Broad St. Lot #78  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Eric Savoy, as Next Friend of L.S, a minor (247854)   **Address** 1100 James Sudduth Pkwy. # 301  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Dru Freeman, as Next Friend of I.F, a minor (247954)   **Address** 2914 Guinn St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Patrick Freeman (247955)   **Address** 2914 Guinn St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Nelson Freeman (247956)   **Address** 2914 Guinn St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dru Freeman (247957)   **Address** 2914 Guinn Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Mary Victorian, as Next Friend of D.P, a minor (248027)   **Address** 5711 E. Broad St., Lot 78  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Mary Victorian (248028)          **Address** 5711 E. BROAD ST LOT 78  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Stewart Park Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Edmund Helms (248040)          **Address** 61370 Worth Frontage Rd.   Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Stewart Park Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Baron Thomas (248240)          **Address** 139 Ruby Dr.  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Stewart Park Homes, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Beverly Thomas (248271)          **Address** 139 Ruby Dr.  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Stewart Park Homes, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Jody Thomas (248277)          **Address** 139 Ruby St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Stewart Park Homes, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Diaae Bailey, as Representative of the
Estate of Henry Davis, deceased
(248298)

**Address** 5711 Broad St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Stewart Park Homes, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff** Shirley Noel (248299)

**Address** 300 Dobbertine Rd. #16  Lake Charles , LA
70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Stewart Park Homes, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff** Tasha Johnson, as Next Friend of D.J, a
minor (248356)

**Address** Oakhurst  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Stewart Park Homes, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff** Jessica August (248373)

**Address** 2335 Elaine St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Stewart Park Homes, Inc.

    Fluor Enterprises, Inc

---

**Plaintiff** Tasha Johnson, as Next Friend of J.J, a
minor (248392)

**Address** Oak hurst  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Stewart Park Homes, Inc.

    Fluor Enterprises, Inc

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Bernice January, as Next Friend of B.J,   **Address**  2335 Elaine Street  Lake Charles , LA 70607
a minor (248425)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Noel Creary (248440)   **Address**  5711 East Broad Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Carolyn Robbins (248514)   **Address**  5711 East Broad St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Delphine Simon (248539)   **Address**  5711 Broad St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Agna Bellard, as Next Friend of D.B, a   **Address**  5111 E. Broad Street Crestwood Lot #57  Lake
minor (248651)   Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Earl Daniels (248716)                    **Address**  2335 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

        Stewart Park Homes, Inc.

        Fluor Enterprises, Inc

---

**Plaintiff**  Willard Blair (248731)                    **Address**  2335 Elaine Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

        Stewart Park Homes, Inc.

        Fluor Enterprises, Inc

---

**Plaintiff**  Christine Enclarde (248743)               **Address**  3939 Victoria Dr. Lot 23  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

        Stewart Park Homes, Inc.

        Shaw Environmental, Inc

---

**Plaintiff**  Tammy Vincent, as Representative of the Estate of Judy Duddleston, deceased (248948)               **Address**  1287 Marshall Street  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

        Stewart Park Homes, Inc.

        Fluor Enterprises, Inc

---

**Plaintiff**  Steven Dixon (249024)                    **Address**  101 Toisant Rd. Lot #62  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

        Stewart Park Homes, Inc.

        Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Marilee Dixon, as Next Friend of D.D, a minor (249026)   **Address** 101 Toisant Rd. Lot 62  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Marilee Dixon, as Next Friend of C.D, a minor (249028)   **Address** 101 Toisant Rd. Lot #62  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Marilee Dixon (249030)   **Address** 101 Toisant Rd. Lot #62  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Marilee Dixon, as Next Friend of S.D, a minor (249033)   **Address** 101 Toisant Rd Lot #62  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Agna Bellard, as Next Friend of D.B, a minor (249063)   **Address** 5711 E. Broad Street Crestwood Lot 57  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Agna Bellard, as Next Friend of M.B, a      **Address**  5111 E. Broad Street Crestwood Lot 57  Lake
minor (249065)                                                      Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Stewart Park Homes, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Agna Bellard (249067)                  **Address**  5711 E. Broad St. Crestwood Lot 57  Lake
                                                                   Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Stewart Park Homes, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Rebecca Goodly (249083)               **Address**  902 Lincoln Avenue  Oakdale , LA 71463

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Stewart Park Homes, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Jimmy Prater (249084)                 **Address**  902 Lincoln Ave  Oakdale, LA 71463

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Stewart Park Homes, Inc.
       Fluor Enterprises, Inc

**Plaintiff**  Anna Landry (249182)                  **Address**  17275 Hwy.  Iowa , LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Stewart Park Homes, Inc.
       Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Shirley Noel, as Next Friend of D.D, a minor (249254)   **Address** 300 Dobbertine Rd. # 16  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Christine Enclarde, as Next Friend of G.M, a minor (249280)   **Address** 3939 Victoria Dr. Lot 23  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Lawrence Kenner (249285)   **Address** 3939 Victoria Dr. Lot 23  Baton Rouge , LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Christine Enclarde, as Next Friend of L. K, a minor (249287)   **Address** 3939 Victoria Dr. Lot 23  Baton Rouge, LA 70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Jared Fondel (249307)   **Address** 1003 S. Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Dana Fondel (249321)                    **Address**  1003 S. Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Curtis Battle (249367)                    **Address**  1528 Gieffers Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Symentha Palfrey (249459)                  **Address**  2335 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Willie Stevens (249480)                    **Address**  2335 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

**Plaintiff**  Bernice January (249481)                   **Address**  2335 Elaine St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Stewart Park Homes, Inc.
> Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Tasha Johnson, as Next Friend of K.G,
a minor (249487)      **Address** Oak Hurst MHC  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Twajuana Spears (249541)      **Address** 2335 Elaine St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charles Spears (249542)      **Address** 2335 Elain St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tyrah Simon (249545)      **Address** 204 Cherry St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Christine Endarde, as Next Friend of T.
D, a minor (249562)      **Address** 3939 Victoria Dr., Lot 23  Baton Rouge, LA
70812

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Shaw Environmental, Inc

---

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Louanna Boutte, as Next Friend of J.A,     **Address**  2335 Elm St.  Lake Charles , LA 70607
a minor (249592)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Louanna Boutte (249593)     **Address**  2335 Elaine Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Juanita Nunez (249626)     **Address**  181 Ellender Lane   Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Juanita Nunez, as Next Friend of K.B, a     **Address**  P. O. Box 342  Hackberry, LA 70645
minor (249641)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Amanda Nunez, as Next Friend of T.B,     **Address**  181 Ellendor Lane  Hackberry, LA 70645
a minor (249642)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Joseph Nunez (249644)                    **Address**  181 Ellender Lane   Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Stewart Park Homes, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Daniel Bellard (249769)                    **Address**  5111 E. Broad Street Crestwood Lot 57  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Stewart Park Homes, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Gerald  Fondel, as Next Friend of T.F, a minor (249848)                    **Address**  1003 S. Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Stewart Park Homes, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Cynthia Blair (250022)                    **Address**  2335 Elaine Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Stewart Park Homes, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Cedric Daniels (250179)                    **Address**  2335 Elaine St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
     Stewart Park Homes, Inc.
     Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff**  Mary Young (250625)                    **Address**  5711 East Broad Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Lashaunda Dupont (250203)             **Address**  1003 S. Division St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Orelia Praten (250470)                 **Address**  902 lincoln Ave  Oakdale, LA 71463

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Amanda Nunez (250455)                  **Address**  181 Ellender Lane  Hackberry, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Delbriel Simon (251230)                **Address**  5711 Broad St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Stewart Park Homes, Inc.
        Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Julie Richard, as Next Friend of J.R, a minor (251189)   **Address** 415 Ave. D.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Julie Richard, as Next Friend of J.R, a minor (251187)   **Address** 415 Ave. D.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Betty Landry (250979)   **Address** 5711 Broad Lot 2  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Barbara Caster (250743)   **Address** 1003 S. DIVISION STREET   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Chenell Prater (251155)   **Address** 902 Lincoln Avenue  Oakdale , LA 71463

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

## Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Brandon Freeman (250847)                **Address** 2914 Guinn  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Tyrone Simon (251228)                **Address** 204 N. Cherry St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Carolyn Robbins, as Representative of     **Address** 8559 Gulf Hwy #239B  Lake Charles , LA 70607
the Estate of Robert Young, deceased
(251378)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Louanna Boutte, as Next Friend of J.A,     **Address** 654 Odile Street  Lake Charles, LA 70601
a minor (250660)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc

---

**Plaintiff** Julie Richard, as Next Friend of M.R, a     **Address** 415 Ave D  Lake Charels, LA 70615
minor (251192)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc

---

Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  09-7916

**Plaintiff** Julie Richard (251190)                    **Address** 415 Ave D.   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc

**Plaintiff** Jacob Richard (251186)                    **Address** 415 Ave. D.   Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc

**Plaintiff** Julie Richard, as Next Friend of K.R, a          **Address** 415 Ave. D.   Lake Charles , LA 70607
minor (251191)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
>           Stewart Park Homes, Inc.
>           Fluor Enterprises, Inc