## Ora Treaudo, et. al. vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No. 10-1292

1632

**Plaintiff** Aaron Gaynard (201832)      **Address** 3939 Victoria Dr, Lot 31 Baton Rouge, LA 70812

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** La'Troy Chatman (248105)      **Address** 2802 11th Street Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Yolanda Joubert (248848)      **Address** 2325 Elaine St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Brittney Citizen (249074)      **Address** 2324 Elaine St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Betty Citizen (249839)      **Address** 2335 Elaine St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

---

PLAINTIFF'S EXHIBIT 11

## Ora Treaudo, et. al. vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No. 10-1292

**Plaintiff** Timica Scott (250086)  **Address** 5711 East Board Lot #36  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Carolyn Simien (251223)  **Address** 5711  E Brood St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Elizabeth Pete (251125)  **Address** 654 Odile St  Lake Charles, LA 70601

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Carroll Crocker (220090)  **Address** 3517 Pineview Drive  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  Bechtel National, Inc

**Plaintiff** Mary Crocker (220091)  **Address** 3517 Pineview Drive  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  Bechtel National, Inc

Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-1292

**Plaintiff**  Linda McLemore (220311)     **Address**  3517 Pineview Drive  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Stewart Park Homes, Inc.
  Bechtel National, Inc