## Leo Jones, et. al. vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No. 10-2217

1761

**Plaintiff**  Susan Patterson (214907)    **Address**  9524 Hwy 613 Lot 48 River Oaks  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Fred Harper (221511)    **Address**  2498 Westshore dr.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Jerald Fondel (250827)    **Address**  1003 Division  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

---

PLAINTIFF'S EXHIBIT
**12**