## Gregory Spears, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-2269

1817

**Plaintiff**  Shendella Singleton, as Next Friend of P.C, a minor (216382)  **Address** 710 Washington Lane  Greensburg, LA 70441

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff**  Shendella Singleton, as Next Friend of S.S, a minor (216911)  **Address** 710 Washington Lane  Greensburg, LA 70441

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff**  Sharonda Singleton (216912)  **Address** 710 Washington Lane  Greensburg, LA 70441

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff**  Shendella Singleton (216913)  **Address** 710 Washington Lane  Greensburg, LA 70441

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff**  Shonda Guyton (224737)  **Address** 334 Fayard St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff**  Francis  Cole (245271)  **Address** 2653 Old Deridder Hwy  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

PLAINTIFF'S EXHIBIT
13

## Gregory Spears, et. al.  vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No.  10-2269

**Plaintiff** Michael King (245278)  **Address** 2653 Old Deridder Hwy.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff** Celia Jones (245804)  **Address** 1617 Hunter St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff** Mareio Duncan (246984)  **Address** 5711 Broad St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff** Enrica Freeman, as Next Friend of T.J, a minor (247668)  **Address** 5 711 E Broad St  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff** Enrica Freeman, as Next Friend of M.J, a minor (247709)  **Address** 5711 E. Broad St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

---

**Plaintiff** Enrica Freeman, as Next Friend of J.F, a minor (247806)  **Address** 5711 E Broad St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Stewart Park Homes, Inc.

## Gregory Spears, et. al. vs. Stewart Park Homes, Inc., et. al.
Original Civil Action No. 10-2269

**Plaintiff** James Julian (247814)  **Address** 5711 Broad St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Enrica Freeman, as Next Friend of D.F, a minor (248106)  **Address** 5711 E. Broad Street Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Brittney Citizen, as Next Friend of T.C, a minor (248865)  **Address** 2324 ELAINE STREET Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Brittney Citizen, as Next Friend of J.C, a minor (249075)  **Address** 2324 Elaine St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Mariah Landry (249461)  **Address** 2325 Elaine St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.

---

**Plaintiff** Yolanda Landry, as Next Friend of A.L, a minor (250370)  **Address** 2325 Elaine St Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Stewart Park Homes, Inc.