## Donna Sander, as Next Friend of L. C., a minor, et. al. vs. Superior Homes, LLC, Original Civil Action No. 09-4742

71549

**Plaintiff**  Donna Sander, as Next Friend of L.C, a minor (216380)  **Address**  2805 Blanchard Drive  Chalmette, LA 70043

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

---

**Plaintiff**  Shannon Latapie, as Next Friend of C. L, a minor (223883)  **Address**  1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

---

**Plaintiff**  Shanon Latapie, as Next Friend of E.L, a minor (223884)  **Address**  1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

---

**Plaintiff**  Shanon Latapie, as Next Friend of H.L, a minor (223885)  **Address**  1329 Green Street  Saint Bernard, LA 70085

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 1