## 2

**Tommanica Johnson, et. al.  vs. Superior Homes, LLC, et. al.**
Original Civil Action No.  09-7098

71550

**Plaintiff**  Tommanica Johnson (239132)          **Address**  2104 Lircciardi Lance  Violet, LA 70092

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Lolita  Major (239131)          **Address**  2104 Lircciardi Lance  Violet, LA 70092

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Stanley Major (239308)          **Address**   Chalemtete, LA 70043

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Elvira Regan (239890)          **Address**  61334 N. Military Rd Apt 24  Slidell, LA 70461

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Shaw Environmental, Inc

**PLAINTIFF'S EXHIBIT 2**