## W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 09-7829

71552

**Plaintiff** Vera Palmer, as Next Friend of M.P, a minor (242068)  **Address** 27233 S.E. Price Alley  Lacombe, LA 70445

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

**Plaintiff** Vera Palmer (242067)  **Address** 27233 Southeast Price Alley  Lacombe, LA 70445

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

**Plaintiff** Marquita Atlow, as Next Friend of L.A, a minor (242061)  **Address** 27233 SE Price Alley Rd  Lacombe, LA 70445

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

**Plaintiff** Vera Palmer, as Next Friend of K.A, a minor (242040)  **Address** 27233 E. Price Alley  Lacombe, LA 70445

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 3