## Ellis Joseph, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 10-1293

71553

**Plaintiff**  Linda Hendricks (214454)  **Address** 1238 South Walnut Street  Slidell, LA 70460

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Donna Sander (216887)  **Address** 2805 Blanchard Drive  Chalmette, LA 70043

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Mark Sander (216888)  **Address** 2805 Blanchard Drive  Chalmette, LA 70043

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Murray Latapie (223886)  **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Shannon Latapie (223887)  **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 4