## 5

**Ngam Nguyen, as Next Friend of T.N, a minor, et. al.  vs. Superior Homes, LLC,**
**Original Civil Action No.  10-2274**

71555

**Plaintiff**  Gitana DarDar, as Next Friend of D.D,   **Address**  2624 Hwy 615  Montegut, LA 70377
a minor (250789)

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes

---

**Plaintiff**  Tamara Michelle (251046)   **Address**  2624 Hwy 665  Montegut, LA 70377

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes

---

PLAINTIFF'S
EXHIBIT
5