6

Tommanica Johnson, et. al.  vs. Superior Homes, LLC, et. al.
Original Civil Action No.  09-7098

71550

**Plaintiff**  Carol Gates (239332)     **Address**  3874 Bienville Blvd.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

PLAINTIFF'S
EXHIBIT
6