Robert Middleton, et. al.  vs. Superior Homes, LLC, et. al.Robert Middleton, et.
Original Civil Action No.  09-7820

71551

**Plaintiff**  Robert Middleton (205859)     **Address**  1600 Indian Point Vancleave Rd #8  Gautier , MS 39563

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes

    Bechtel National, Inc

**PLAINTIFF'S EXHIBIT 7**