## W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.
Original Civil Action No.  09-7829

71552

**Plaintiff**  W.C. Johnson (229924)            **Address**  6312 Mary St  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Bechtel National, Inc

**Plaintiff**  Dennis Scott (240272)            **Address**  109 Imilda Drive  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   CH2M Hill Constructors, Inc.

**Plaintiff**  Louise DeDeaux (240273)            **Address**  109 Imilda Drive  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   CH2M Hill Constructors, Inc.

**Plaintiff**  Justin Swire (246496)            **Address**  713 Benjamin Lane  Hackberry , LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Megan Swire (247751)            **Address**  713 Benjamin Lane  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 8

## W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 09-7829

**Plaintiff** Robert Swire (247754)     **Address** 713 Benjamin Lane  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Terrell Banks, as Next Friend of T.B, a minor (248676)     **Address** 205 N Lincoln St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Dana Tousand (249071)     **Address** 205 N. Lincoln St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Terrell Banks (249294)     **Address** 205 N. Lincoln St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Dana Tousand, as Next Friend of J.H, a minor (249295)     **Address** 205 N. Lincoln St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

## W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 09-7829

**Plaintiff** Shelby Celestine (249297)     **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
- Fluor Enterprises, Inc

**Plaintiff** Dominique Celestine (249298)     **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
- Fluor Enterprises, Inc

**Plaintiff** Dominique Celestine, as Next Friend of L.N, a minor (249300)     **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
- Fluor Enterprises, Inc

**Plaintiff** Darrell Nora (249400)     **Address** 2606 Madison St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
- Fluor Enterprises, Inc

**Plaintiff** David Celestine (249450)     **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
- Fluor Enterprises, Inc

## W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 09-7829

**Plaintiff** Rhonda Swire (249865)  **Address** 713 Benjamin  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

**Plaintiff** Kelsey Brown (250145)  **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

**Plaintiff** Melissa Brown (250146)  **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

**Plaintiff** Terrell Banks, as Next Friend of V.B, a minor (250101)  **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

**Plaintiff** Wesley Brown (250148)  **Address** 205 N. Lincoln St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

## W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 09-7829

**Plaintiff** Theresa Tousand (250575)  **Address** 205 Lincoln  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

---

**Plaintiff** Kayla Brown (250144)  **Address** 205 N. Lincoln  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

---

**Plaintiff** Justine Tousand (250574)  **Address** 205 Lincoln Street  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

---

**Plaintiff** Marty Fobbs (250218)  **Address** 205 Lincoln St.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

---

**Plaintiff** Lakyn Deville (250192)  **Address** 205 N. Lincoln St.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

## W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 09-7829

**Plaintiff** Leonard Deville (250194)  **Address** 205 North Lincoln St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff** LeRoy Guidry (250266)  **Address** 205 North Linclon Street Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff** Lauren Deville (250193)  **Address** 205 North Lincoln St Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff** Jacqueline Deville (250191)  **Address** 205 N. Lincoln St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff** Samuel Fowlkes (250840)  **Address** 2606 Madison St Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

## W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 09-7829

**Plaintiff** Ron Fowlkes (250841)   **Address** 2606 Madison St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Ron Fowlkes (251514)   **Address** 2606 Madison Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc