## Ellis Joseph, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 10-1293

71553

**Plaintiff** Ellis Joseph (250352)  **Address** 205 N. Lincoln St. Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

---

**Plaintiff** Ashli Bell (216315)  **Address** 1801 Hwy. 11 #1 Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

---

**Plaintiff** Ronnie Dickens (216455)  **Address** 314 Hwy 11 Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

---

PLAINTIFF'S EXHIBIT 9