## Massie Womack, et. al. vs. Superior Homes, LLC, et. al.
Original Civil Action No. 10-2181

71554

**Plaintiff**  Massie Womack (244293)       **Address**  32 Womack Lane  Mt. Olive, MS 39119

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Bechtel National, Inc

PLAINTIFF'S EXHIBIT 10