Ngam Nguyen, as Next Friend of T.N, a minor, et. al. vs. Superior Homes, LLC, Original Civil Action No. 10-2274

71555

**Plaintiff** Ngam Nguyen, as Next Friend of T.N, a minor (213459)  **Address** 289 8th St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　Mitchell County Investments, LLC, f/k/a Superior Park Model Homes

PLAINTIFF'S EXHIBIT
11