UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO | * * | JUDGE ENGELHARDT |
| 09-4742 *Donna Sander, as Next Friend of L. C., a minor, el al v. Superior Homes, LLC, el al;*<br>09-7098 *Tommanica Johnson, el al v. Superior Homes, LLC, el al;*<br>09-7820 *Robert Middleton, el al v. Superior Homes, LLC, el;*<br>09-7829 *W.C. Johnson, el al v. Superior Homes, LLC, el al;*<br>10-1293 *Ellis Joseph, el al v. Superior Homes, LLC, el al;*<br>10-2181 *Massie Womack, el al v. Superior Homes, LLC, el al;*<br>10-2274 *Ngam Nguyen, as Next Friend of T.N, a minor, el al v. Superior Homes, LLC, el al..* | * * * * * * * * * * * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion to Sever and in the Alternative to Transfer or Remand will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana on May 2, 2012, at 9:30 a.m. or as soon as thereafter as may be submitted.

        Respectfully submitted:

        /s/ Robert C. Hilliard

        _____
        **ROBERT C. HILLIARD**
        Texas State Bar No. 09677700
        ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**

Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**

Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**

Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of April, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

2