## Neva Martin, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-4725

905

| | | | |
|---|---|---|---|
| **Plaintiff** | Neva Martin (201080) | **Address** | 4545 Dale Street  New Orleans, LA 70126 |

**Defendants**
  Lakeside Park Homes, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Vernette Wallis, as Representative of the Estate of Cary Andry, deceased (225748) | **Address** | 841 N. Broad st. Trail B  New Orleans, LA 70426 |

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Christopher Andry (225749) | **Address** | 841 N. Broad st. Trouel A  New Orleans, LA 70126 |

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Vernette Andry (225750) | **Address** | 841 N. Broad st.  New Orleans, LA 70426 |

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Corey Assavedo (225759) | **Address** | 1502 East Louisiana #46  St. Bernard, LA 70085 |

**Defendants**
  Lakeside Park Homes, Inc.
  Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Courtney Assavedo (225760) | **Address** | 1502 E Louisiana #46  St. Bernard, LA 70085 |

**Defendants**
  Lakeside Park Homes, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
1

## Neva Martin, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-4725

**Plaintiff** Melissa Assavedo (225764)  **Address** 1502 E. Louisiana #46  St. Bernard, LA 70085

**Defendants**
- Lakeside Park Homes, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Zerrick Hammothe (203429)  **Address** 4606 Virgilian  New Orleans, LA 70126

**Defendants**
- Lakeside Park Homes, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Nika Burns, as Next Friend of D.B, a minor (211789)  **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Quinnyon Wimberly, Sr., as Next Friend of Q.W, a minor (212033)  **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Frank Wimberly (212030)  **Address** 4652 America St.  New Orlenas, LA 70126

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

## Neva Martin, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-4725

**Plaintiff**  Quinnyon  Wimberly (212035)     **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Tim Burnett (213574)     **Address**  2616 8th Street  Slidell, LA 70458

**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Alicia Barsoch-Jones (213807)     **Address**  1212 Tupelo St  Slidell, LA 70458

**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Sam Ducre (222362)     **Address**  27121 NW Price Ally Drive  Lacombe, LA 70445

**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Nicol Anderson (222452)     **Address**  3168 College St  Slidell, LA 70458

**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

## Neva Martin, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-4725

**Plaintiff**  Wanda Anderson (222453)  **Address**  3168 College St  Slidell, LA 70458

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Angel Hunt (205210)  **Address**  39568 Canaan Rd  Franklinton, LA 70438

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Jan Rizzuto-Kinkella (226795)  **Address**  2072 Ames Blvd Lot B-10  Marrero, LA 70072

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Alicia Barsoch-Jones, as Next Friend of A.J, a minor (213808)  **Address**  1212 Tupelo St  Slidell, LA 70458

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Alicia Barsoch-Jones, as Next Friend of C.J, a minor (213810)  **Address**  1212 Tupelo St  Slidell, LA 70458

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Neva Martin, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-4725

**Plaintiff**  Alicia Barsoch-Jones, as Next Friend of J.J, a minor (213809)  **Address**  1212 Tupelo St  Slidell, LA 70458

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Nicol Anderson, as Next Friend of E.T, a minor (222602)  **Address**  3168 College Drive  Slidell, LA 70458

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Nicol Anderson, as Next Friend of K.T, a minor (222605)  **Address**  3168 College St.  Slidell, LA 70458

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.