## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

1255

**Plaintiff** Kerry Taylor (200315)  **Address** 5401 seminary place  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Mimia Johnson (201483)  **Address** 1950 Sebasterpool Lane  St. Bernard, LA 70085

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Barry Assavedo (225757)  **Address** 1502 E Louisiana St  St. Bernard, LA 70085

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Christine Assavedo (225758)  **Address** 1502 E. Louisiana #46  St. Bernard, LA 70085

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Judith Guillot (226217)  **Address** 2424 Terre Aux-Boeufs Ave  St. Bernard, LA 70085

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Dianne Jordan (203482)  **Address** 2832 Josephine Rd.  New Orleans, LA 70113

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT 2

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Dylan Roberts (214001)  **Address** 41489 West I55-Service Road  Hammond, LA 70403

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Bobby Walker (237576)  **Address** 2518 Oriole St  Slidell, LA 70460

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dawn Walker (237575)  **Address** 2518 Oriole St  Slidell, LA 70460

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Bobby Walker, as Next Friend of K.W, a minor (237463)  **Address** 2518 Oriole St  Slidell, LA 70460

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Bobby Walker, as Next Friend of K.W, a minor (237465)  **Address** 2518 Oriole Street  Slidell, LA 70460

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Frank Wimberly, as Next Friend of J.W, a minor (212034)  **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Joan Birkel (238907)  **Address** 6066 Pasteur Blvd  New Orleans, LA 70122

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Anthony Birkle (238903)  **Address** 6066 Pasterur Blvd.  New Orleans, LA 70122

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Joseph Blaise (211861)  **Address** 3762 Verrett Road  Verrett, LA 70085

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Joan Bohanna (239871)  **Address** 63260 North Son Moore  Pearl River, LA 70452

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Billy Bradley (205079)  **Address** 4551 Dales St.  New Orleans, LA 70126

**Defendants**
- Lakeside Park Homes, Inc.
- Fluor Enterprises, Inc

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Hester Laurant, as Next Friend of T.C, a minor (239172)  **Address** 63260 N Son Moore  Pearl River, LA 70452

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Lester Ducre (239401)  **Address** 27346 Ducre Road  Lacombe, LA 70445

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Michael Ducre (239373)  **Address** 27346 Ducre Rd  Lacombe, LA 70445

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Deroxylan Ducree (239675)  **Address** 62229 Ninth North Street  Slidell, LA 70460

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Cheryl Passaro, as Next Friend of B.D, a minor (239443)  **Address** 3708 Arrowhead Drive  Slidell, LA 70458

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Dianne Jordan, as Next Friend of C.E, a minor (203397)  **Address** 2832 Josephine St. New Orleans, LA 70113

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc

**Plaintiff** Eyonka Falls (239217)  **Address** 4015 Velie Street New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Jamie Gibson (226173)  **Address** 3109 Fable Drive Meraux, LA 70075

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Brandon Johnson (238847)  **Address** 39056 Boyd Rd. Pearl Reiver, LA 70452

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Robert Johnson (203475)  **Address** Josephine St. New Orleans, LA 70113

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Larry Johnson (239254)     **Address** 57475 Cypress Avenue  Slidell, LA 70461

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Vicki Johnson (239279)     **Address** 57475 Cypress  Slidell, LA 70461

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Jeanine Jordan (203481)     **Address** 2830 josephine  New Orleans, LA 70113

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc

**Plaintiff** Hester Laurant (239407)     **Address** 63260 N Son Moore Road  Pearl River , LA 70452

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Hester Laurant, as Next Friend of T.L, a minor (239614)     **Address** 63260 N. Son Moore Rd  Pearl River, LA 70452

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Eyonka Fall, as Next Friend of R.L, a minor (239671)  **Address** 4015 Velie Street  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Rose Martin (201085)  **Address** 4545 Dale St  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Cheryl Passaro, as Next Friend of S.M, a minor (239502)  **Address** 1334 West Lawn Drive  Slidell, LA 70460

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Jamie Gibson, as Next Friend of B.N, a minor (226649)  **Address** 3109 Fable Drive  Meraux, LA 70075

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Cheryl Passaro (239512)  **Address** 3708 Arrowhead Drive  Slidell, LA 70458

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Cheryl Passaro, as Representative of the Estate of John Passaro, deceased (238823)

**Address** 1334 West Lawn Rd. Slidell, LA 70460

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Blake Wallace (238837)

**Address** 39056 Boyd Rd. Pearl River, LA 70452

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Hester Laurant, as Next Friend of T.C, a minor (239885)

**Address** 63260 N. Son Moore Road  Pearl River, LA 70452

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Larry Johnson (239223)

**Address** 57475 Cypress  Slidell , LA 70460

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Yvonne Johnson (239409)

**Address** 39056 Boyd Rd. Pearl Reiver, LA 70452

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.