3

**Jeanell Barnes, et. al.  vs. Lakeside Park Homes, Inc., et. al.**
Original Civil Action No.  09-7842

1342

**Plaintiff**  Carmen Fisher (201918)    **Address** 5401 Seminary Place   New Orleans , LA 70126

**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Willis Hawkins (205345)    **Address** 19151 Hawkins Lane  Hammond, LA 70403

**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT
**3**