## Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Original Civil Action No.  09-7907

1407

**Plaintiff** Jasmine  Breaux  (199928)  **Address**  3939 Victoria Dr Lot 37  Baton Rouge, LA 70805

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Mel Eskridge, as Next Friend of R.D, a minor (202088)  **Address**  3939 Victoria Dr Lot 37  Baton Rouge, LA 70805

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Mel Eskridge, as Next Friend of J.E, a minor (201895)  **Address**  3939 Victoria Dr Lot 37  Baton Rouge, LA 70805

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Mel Eskridge (201896)  **Address**  3939 Victoria Dr Lot 37  Baton Rouge, LA 70812

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Manuel Johnson (201477)  **Address**  4545 1/2  Dale St.  New Orleans, LA 70126

**Defendants**
  Lakeside Park Homes, Inc.
  Fluor Enterprises, Inc

**PLAINTIFF'S EXHIBIT 4**

## Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Original Civil Action No.  09-7907

**Plaintiff** Lynette Rendon (200638)    **Address** 3939 Victoria Dr. Lot # 8  Baton Rouge, LA 70452

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Dianne Jordan, as Next Friend of G.J, a minor (203483)    **Address** 2832 Josephine St.  New Orleans, LA 70113

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc

**Plaintiff** Amanda Pomes (237385)    **Address** 3700 Kings Dr  Chalmette , LA 70043

**Defendants**
- Lakeside Park Homes, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Misty Pomes (237430)    **Address** 3700 Kings Drive  Chalmette, LA 70043

**Defendants**
- Lakeside Park Homes, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Fay Pomes (237562)    **Address** 3700 Kings Drive  Chalmette, LA 70043

**Defendants**
- Lakeside Park Homes, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Ronald Pomes (237650)    **Address** 3700 Kings Drive  Chalamette, LA 70043

**Defendants**
- Lakeside Park Homes, Inc.
- Fluor Enterprises, Inc

## Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Original Civil Action No.  09-7907

**Plaintiff** Brunetta Richardson (239780)    **Address** 62229 Nineth North  Slidell, LA 70458

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Hester Laurant, as Next Friend of T.L, a minor (239718)    **Address** 63260 N Son Moore  Pearl River, LA 70452

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** DeRoxylau Ducree, as Next Friend of J. D, a minor (239631)    **Address** 62229 Ninth North  Slidell, LA 70460

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Kyron Ducree (239733)    **Address** 62229 Nineth North  Slidell, LA 70460

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Alledra Allen, as Next Friend of M.A, a minor (245099)    **Address** 40457 Hwy.  190 East  Slidell, LA 70461

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

## Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Original Civil Action No.  09-7907

**Plaintiff**  Alledra Allen (245100)  **Address**  40457 Hwy. 190 East  Slidell, LA 70461

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Alledra Allen, as Next Friend of A.A, a minor (245101)  **Address**  40457 Hwy. 109 East  Slidell, LA 70461

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Kathrine Hawkins (246007)  **Address**  4890 Eastview Dr.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Audrey Avist (246006)  **Address**  4840 Eastview Dr.  New Orleans, LA 70125

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff**  Audrey Avist, as Representative of the Estate of Therman Avist, deceased (246037)  **Address**  4840 Eastview Dr.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.