## Vernette Andry, as Next Friend of K. O., a minor, et. al.  vs. Lakeside Park
Original Civil Action No.  10-1262

1616

**Plaintiff**  Kiaron Odomes (226676)    **Address**  841 N. Broad st.  New Orleans, LA 70426

**Defendants**
Lakeside Park Homes, Inc.
Shaw Environmental, Inc

---

**Plaintiff**  Ricky  Kinkella (226408)    **Address**  2092 Ames Rd.  Marrero, LA 70072

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Raynika Broussard (211768)    **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Franklin Wimberly (212031)    **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Irene Wimberly (212032)    **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Nika Burns, as Next Friend of K.B, a minor (211792)    **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 5

## Vernette Andry, as Next Friend of K. O., a minor, et. al.  vs. Lakeside Park
Original Civil Action No.  10-1262

**Plaintiff**  Nika Burns (211793)  **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Nika Burns, as Next Friend of C.J, a minor (212498)  **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Annie O'Field (212269)  **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Raitisha O'Field (212270)  **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Wallace O'Field (212271)  **Address**  4652 America St.  New Orleans, LA 70126

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Blake Rizzuto (226794)  **Address**  2072 Ames Blvd  Marrero, LA 70072

**Defendants**
Lakeside Park Homes, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Bobbie Roberts (214000)  **Address**  41489 West I55 Service Road Lot # 36  Hammond, LA 70403

**Defendants**
Lakeside Park Homes, Inc.