## Ronald Major, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  10-2242

1746

**Plaintiff**  Jacquelyn Johnson (201466)   **Address**  1950 Sebasterpol Lane  St. Bernard, LA 70085

**Defendants**
  Lakeside Park Homes, Inc.

---

**Plaintiff**  Samuel Johnson (201494)   **Address**  1950 Sebasterol Lane  St. Bernard, LA 70085

**Defendants**
  Lakeside Park Homes, Inc.

---

**Plaintiff**  Steve   Fisher (201919)   **Address**  5401 Seminary Place   New Orleans , LA 70126

**Defendants**
  Lakeside Park Homes, Inc.

---

**Plaintiff**  Sophie Davis (202105)   **Address**  1950 Sebasterpol Lane  St. Bernard, LA 70085

**Defendants**
  Lakeside Park Homes, Inc.

---

**Plaintiff**  Ronald Major (227874)   **Address**  7200 Chefmenteur Hwy.   New Orleans , LA 70127

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Cornell Falls (239700)   **Address**  4015 Velie Street  New Orleans, LA 70126

**Defendants**
  Lakeside Park Homes, Inc.

---

PLAINTIFF'S EXHIBIT
6