## Neva Martin, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-4725

905

**Plaintiff**  Leffie Wilks (211325)    **Address**  2602 Washington Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  John Wilks (211332)    **Address**  2602 Washington Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kamann Kay (211433)    **Address**  2602 Washington Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kamann Kay, as Next Friend of J.A, a minor (211434)    **Address**  2602 Washington Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 8

Neva Martin, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-4725

**Plaintiff**  Kamann Kay, as Next Friend of A.K, a minor (210593)   **Address**  2602 Washington Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.