Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

1255

**Plaintiff** Kasee Feranda (238596)    **Address** 10935 Sabra Lane Ocean Springs, MS 39565

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff** Janice Seymour, as Next Friend of A.S, a minor (238627)    **Address** 10935 Sabra Lane Ocean Springs, MS 39565

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff** Michelle Norton, as Next Friend of C. N, a minor (200965)    **Address** 697 Dina Drive Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    Bechtel National, Inc

**Plaintiff** Sheri Mills (201041)    **Address** 3939 Victoria Drive Baton Rouge, LA 70714

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 9

## Kerry Taylor, et. al. vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No. 09-7088

**Plaintiff** Keith Rendon (200637)    **Address** 3939 Victoria Dr. # 8  Baton Rouge, LA 70815

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff** Julie Hughes (229863)    **Address** 13780 Vidalia Rd Lot 88  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Lakeside Park Homes, Inc.
- Bechtel National, Inc

---

**Plaintiff** Julie Hughes, as Next Friend of C.L, a minor (230005)    **Address** 13780 Vidalia Rd. Lot 88  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Lakeside Park Homes, Inc.
- Bechtel National, Inc

---

**Plaintiff** Stewart Seymour (238653)    **Address** 10935 Sabra Ln  Ocean Springs, MS 39565

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
- Lakeside Park Homes, Inc.
- CH2M Hill Constructors, Inc.
- Bechtel National, Inc