## Jeanell Barnes, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-7842

1342

**Plaintiff**  Jeanell Barnes (203291)  **Address**  P.O. Box 256  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Jesse Barnes (203293)  **Address**  P.O. Box 256  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  John Berry (208194)  **Address**  7051 Rd 140 Lot #79  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Goldie Cross (202193)  **Address**  3939 Victoria Dr. Lot # 37   Baton Rouge, LA 70805

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT
**10**

## Jeanell Barnes, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-7842

**Plaintiff**  Romal   Cross (202194)          **Address**  3939 Victoria Dr. Lot # 37   Baton Rouge, LA 70805

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff**  Florence Lauland (210997)          **Address**  4261 Mediterranean St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Dorothy Reilly (220402)          **Address**  8153 Leak St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Jeffery Reilly (220404)          **Address**  8153 Leak St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Cody Stone (213205)          **Address**  5125 Old Gainsville Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    CH2M Hill Constructors, Inc.

## Jeanell Barnes, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  09-7842

**Plaintiff**  Kimberly Stone, as Next Friend of C.S, a minor (213206)   **Address**  5125 Old Gainsville Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Lakeside Park Homes, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kimberly Stone (213208)   **Address**  5125 Old Gainsville Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Lakeside Park Homes, Inc.
  CH2M Hill Constructors, Inc.