## Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Original Civil Action No.  09-7907

1407

**Plaintiff**  Jonathan King, as Next Friend of J.A, a minor (225736)  **Address**  Vidalia Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Lakeside Park Homes, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Marquita Allen (225738)  **Address**  Vidalia rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Lakeside Park Homes, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Jonathan King, as Next Friend of J.A, a minor (226404)  **Address**  Vidalia Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Lakeside Park Homes, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Jonathan King (226405)  **Address**  Vidalia Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Lakeside Park Homes, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Jesse Pusley (226739)  **Address**  5 Star Fredie Frank Rd  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Lakeside Park Homes, Inc.
   Bechtel National, Inc

PLAINTIFF'S EXHIBIT 11

Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Original Civil Action No.  09-7907

**Plaintiff** Opel Pusley, as Next Friend of J.P, a minor (226740)   **Address** 2012 West Second St. Apt #135 Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    Bechtel National, Inc

**Plaintiff** Walter  Lindsey  (230007)   **Address** 13780 Vidalia Rd. Lot 88  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.
    Bechtel National, Inc

**Plaintiff** Holly Labove (244731)   **Address** 3099 Hwy. 14 E.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff** Arthur Cullivan (245966)   **Address** 2325 Rose Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff** Eula Cullivan (245968)   **Address** 2325 Rose Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Lakeside Park Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

## Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Original Civil Action No.  09-7907

**Plaintiff**  Brent Labove (248521)     **Address**  3099 Hwy. 14 E  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

---

**Plaintiff**  Carroll  Labove (249424)     **Address**  3099 Hwy 14 East  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
- Lakeside Park Homes, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.