## Vernette Andry, as Next Friend of K. O., a minor, et. al.  vs. Lakeside Park
Original Civil Action No.  10-1262

1616

**Plaintiff**  Frank Broughton (211487)          **Address**  15056 10th Street  Pearlington, MS 39572

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Clara Jackson (215679)          **Address**  243 Peters Road  Poplarville, MS 39470

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Sidney Allen (215388)          **Address**  243 Peters Road  Poplarville, MS 39470

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Linda Boughton (210558)          **Address**  15056 10th Street  Pearlington, MS 39572

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Mary Reed (246632)          **Address**  Scenic Trails Campground Lot # 343  Perkinston, MS 39573

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
  Lakeside Park Homes, Inc.
  Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT
12

Vernette Andry, as Next Friend of K. O., a minor, et. al. vs. Lakeside Park
Original Civil Action No. 10-1262

**Plaintiff** Lisa Murphy (246636)  **Address** Scenic Trails Lot #343 Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Lakeside Park Homes, Inc.
Bechtel National, Inc

**Plaintiff** Cooper Richard (230237)  **Address** 7038 B Webster Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Lakeside Park Homes, Inc.
CH2M Hill Constructors, Inc.