## Ronald Major, et. al.  vs. Lakeside Park Homes, Inc., et. al.
Original Civil Action No.  10-2242

1746

**Plaintiff**  Brent Nicholson (200947)   **Address**  1409 Hwy 90 Lot 300  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.

---

**Plaintiff**  Gerald Nicholson (200949)   **Address**  1409 Hwy 90 Lot 300  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.

---

**Plaintiff**  Martha Nicholson (200950)   **Address**  1409 Hwy 90 Lot 300  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.

---

**Plaintiff**  Janice Seymour (238608)   **Address**  10935 Sabra lane   Ocean Springs, MS 39565

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Lakeside Park Homes, Inc.

---

PLAINTIFF'S EXHIBIT 13