## Rhonda Bowens, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-4740

945

**Plaintiff**  Rhonda Bowens (213312)  **Address**  803 A. Schley St.  Slidell, LA 70458

**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Jarrel Bowens (225831)  **Address**  803 Schley St.  Slidell, LA 70458

**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Clifford Salter (226830)  **Address**  803 Schley St  Slidell, LA 70458

**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Jerry Banks (212725)  **Address**  159 Pearl River Mobile Park Lot 53 Concord Loop  Slidell, LA 70460

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Inoka Salter (213313)  **Address**  803 B. Schley St  Slidell, LA 70458

**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Inoka Salter, as Next Friend of M.S, a minor (213314)  **Address**  803 Schley St.  Slidell, LA 70458

**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

PLAINTIFF'S EXHIBIT 1