## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

1269

| | | |
|---|---|---|
| **Plaintiff** | Deloris Beard, as Representative of the Estate of Ellis Beard, deceased (213522) | **Address** 58129 Apache St.  Slidell, LA 70460 |
| **Defendants** | Starcraft RV, Inc. | |
| | Fluor Enterprises, Inc | |

| | | |
|---|---|---|
| **Plaintiff** | Delores Beard (213527) | **Address** 58129 Apache St.  Slidell, LA 70458 |
| **Defendants** | Starcraft RV, Inc. | |
| | Fluor Enterprises, Inc | |

| | | |
|---|---|---|
| **Plaintiff** | Regina Albin (237521) | **Address** 934 W. Hall Ave  Slidell, LA 70458 |
| **Defendants** | Starcraft RV, Inc. | |
| | Fluor Enterprises, Inc | |

| | | |
|---|---|---|
| **Plaintiff** | Ellen McDonald (237501) | **Address** 934 W. Hall Ave  Slidell, LA 70460 |
| **Defendants** | Starcraft RV, Inc. | |
| | Fluor Enterprises, Inc | |

| | | |
|---|---|---|
| **Plaintiff** | Gary Tillison (237302) | **Address** 117 Silverwood dr  Slidell, LA 70461 |
| **Defendants** | Starcraft RV, Inc. | |
| | Fluor Enterprises, Inc | |

| | | |
|---|---|---|
| **Plaintiff** | Alan Wolfe (237653) | **Address** 934 W. Hall Ave  Slidell, LA 70460 |
| **Defendants** | Starcraft RV, Inc. | |
| | Fluor Enterprises, Inc | |

PLAINTIFF'S EXHIBIT 2

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Wilmer Arrington, as Next Friend of J. C, a minor (239570)  **Address**  447 Magnolia Stree  Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Amber  Dallas  (239255)  **Address**  1825 Admiral Nelson  Slidell, LA 70461

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Donna  Dallas  (239310)  **Address**  1825 Admiral Nelson  Slidell, LA 70461

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Torrey  Dallas  (239271)  **Address**  1825 Admiral Nelson  Slidell, LA 70461

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Patricia Ducre (239736)  **Address**  35588 Madison   Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Joan Faciane (239387)  **Address**  57354 Mainegra Rd  Slidell , LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Tyrone Faciane (239516)  **Address**  57354 Mainegra  Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Brittany Stallworth (239743)    **Address**  35588 Madison  Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cheryl Stallworth  (239195)    **Address**  35588 Madison St.  Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cheryl Stallworth, as Next Friend of M. S, a minor (239184)    **Address**  35588 Madison Street  Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cheryl Stallworth, as Next Friend of M. S, a minor (239608)    **Address**  35588 Madison Street  Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Cheryl Stallworth, as Next Friend of N. S, a minor (239274)    **Address**  35588 Madison Street  Slidell, LA 70460

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Nettie Victor (237409)    **Address**  62177 North Third St  Pearl River, LA 70452

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Nettie Victor, as Next Friend of Q.V, a minor (237655)    **Address**  62177 North Third St  Pearl River, LA 70452

**Defendants**
Starcraft RV, Inc.
Fluor Enterprises, Inc