Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7920

1422

**Plaintiff**  Isame Faciene (213528)          **Address**  58129 Apache St.  Slidell, LA 70458

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Toarean Cousin (213529)          **Address**  58129 Apache St.  Slidell, LA 70458

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Wilmer Arrington (239685)          **Address**  447 Magnolia St  Slidell, LA 70460

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Wilmer Arrington, as Next Friend of J. C, a minor (239597)          **Address**  447 Magnolia St.  Slidell, LA 70460

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Linda Brown (244346)          **Address**  165 Louisiana  Westwego, LA 70094

**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

---

PLAINTIFF'S EXHIBIT 3