## Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.
### Original Civil Action No.  10-1291

1631

| | | |
|---|---|---|
| **Plaintiff** Inoka Salter, as Next Friend of C.M, a minor (213315) | **Address** | 803 Schley St.  Slidell, LA 70458 |

**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

| | | |
|---|---|---|
| **Plaintiff** Walter Cousin (244577) | **Address** | 59717 Martin Luther King Dr.  Lacombe, LA 70445 |

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Alan Wolfe, as Next Friend of S.W, a minor (237277) | **Address** | 934 W. Hall Ave  Slidell, LA 70460 |

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Larry Tillison (237542) | **Address** | 62159 N. 4th Street  Pearl River, LA 70452 |

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Nettie Victor, as Next Friend of R.K, a minor (237654) | **Address** | 62177 North Third St  Pearl River, LA 70452 |

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

| | | |
|---|---|---|
| **Plaintiff** Nettie Victor, as Next Friend of R.K, a minor (237656) | **Address** | 62177 North Third St  Pearl River, LA 70452 |

**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 4

Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-1291

**Plaintiff**  Ronald Kelly (237663)                **Address**  62177 North Third St  Pearl River, LA 70452

**Defendants**
   Starcraft RV, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Mason Metz (237676)                **Address**  934 W. Hall Ave  Sidell, LA 70460

**Defendants**
   Starcraft RV, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Kathryn Tillison (237677)          **Address**  62519  N 4th St  Pearl River , LA 70452

**Defendants**
   Starcraft RV, Inc.
   Fluor Enterprises, Inc