## Thomas Morgan, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-2260

1816

**Plaintiff**  Karen  Lewis  (229999)  **Address**  407 Queen Ave NE  Slidell, LA 70460

**Defendants**
   Starcraft RV, Inc.

**Plaintiff**  Karen Lewis, as Next Friend of M.M, a minor (230066)  **Address**  36135 Shady Lane  Slidell, LA 70460

**Defendants**
   Starcraft RV, Inc.

PLAINTIFF'S EXHIBIT
5