## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

1269

**Plaintiff**  Bruce Robinson (213162)   **Address**  150 Shelia Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Evianta Duvernay (211369)   **Address**  515 Easterbrook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Myles Ladner (212988)   **Address**  22466 Fenton Dedeaux Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Mario Martinez (213047)   **Address**  22365 Fenton Dedeaux Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Carrie Bennett, as Next Friend of K.M, a minor (205846)   **Address**  5097 Bud Ladnier Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 6

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Franly Brauner (223381)  **Address**  691 Henly Field McNell  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Veronica Brasley (225846)  **Address**  389 Magnolia St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Jon Amacker (229340)  **Address**  29448 Road 307  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Barbara Doyle (214633)  **Address**  916 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Barbara Doyle, as Next Friend of D.D, a minor (214634)  **Address**  916 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Ronald Doyle (214635)    **Address** 916 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Edward Cuevas (225993)    **Address** 23050 Rd. 325  Kiln , MS 39556

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Elizabeth Cuevas (225994)    **Address** 23050 Rd 325  Kiln , MS 39556

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Anita Dilley (226056)    **Address** 506 Felicity St.  Bay St. Louis, MS 39552

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Donald Dilley (226057)    **Address** 506 Felicity St.  Bay St. Louis, MS 39520

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Allison Cook, as Next Friend of B.D, a minor (229607)  **Address** 25048 Cueras Delisle Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

---

**Plaintiff**  Victoria Dedeaux (229612)  **Address** 25048 CUeras Delisle Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

---

**Plaintiff**  Dianne Frederick (210625)  **Address** 515 Easterbrook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

---

**Plaintiff**  Cassie Duvernay (211368)  **Address** 515 Easterbrook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

---

**Plaintiff**  Thilbert Hager (229762)  **Address** 2420 N. 13th Street  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
CH2M Hill Constructors, Inc.

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Ashley Ladner (212978)     **Address**  22466 Fenton Dedeaux Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Keatyn Ladner (212983)     **Address**  22466 Fenton Dedeaux Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Christopher Jones (226377)     **Address**  220 Keller St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Lloyd Higgins (229820)     **Address**  4067 1st ave.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Candace Martinez (213045)     **Address**  22366 Fenton Dedeaux Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Edward Martinez (213046)　　　**Address**  22365 Fenton Dedeaux Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

**Plaintiff**  Sylvia Martinez (213048)　　　**Address**  22466 Fenton Dedeaux Road  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

**Plaintiff**  Robert Luck (213601)　　　**Address**  4120 Shark St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

**Plaintiff**  Stella Thomas, as Next Friend of A.M, a minor (223269)　　　**Address**  9154 Firetower Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

**Plaintiff**  Stella Thomas, as Next Friend of W.M, a minor (223279)　　　**Address**  9159 Firetower Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Allison Cook, as Next Friend of S.M, a minor (230069)  **Address**  25048 Cueras Delisle Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Donald Peters (212284)  **Address**  Lower Bay Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

**Plaintiff**  Donna Peterson (214919)  **Address**  2316 Rocky Hill Dedeaux Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

**Plaintiff**  Donna Peterson, as Representative of the Estate of Randy Peterson, deceased (214921)  **Address**  2316 Rocky Hill Dedeaux Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

**Plaintiff**  Augustine Powe (226726)  **Address**  389 Magnolia  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

## Bruce Robinson, et. al. vs. Starcraft RV, Inc., et. al.
Original Civil Action No. 09-7090

**Plaintiff** Bianca Powe (226727)   **Address** 389 Magnolia 39530  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff** O. Quick (230207)   **Address** 4206 Wisteria Dr.  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff** Sharon Quick (230208)   **Address** 4206 Wisteria Avenue  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff** Timothy Quick (230209)   **Address** 4206 Wisteria Drive  Moss Point, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff** Stella Thomas (223268)   **Address** 9159 Firetower Rd.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Jarrett Thomas (223280)  **Address**  9159 Firetower Rd.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Marquis Williams (237229)  **Address**  1705 Lake Shore Rd, Lot 74  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Eddie Dixon (229629)  **Address**  19th Ave Lot 57   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Chanel Dixon, as Next Friend of N.T, a minor (230410)  **Address**  19 Ave Poolside Lot 57  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Chanel Dixon, as Next Friend of J.T, a minor (230416)  **Address**  19th Ave Poolside Lot 57  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Ida Yoe (237313)                               **Address**  310 Bushlogg St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Carrie Bennett (205845)                        **Address**  6073 Tatnall Ave.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Howard Dilley (226058)                         **Address**  506 Felicity St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Bert Fletcher (238657)                         **Address**  11026 Lamey Bridge Rd  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Brandon Fletcher (238658)                      **Address**  11026 Lamey Bridge Rd  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

## Bruce Robinson, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7090

**Plaintiff**  Sherry Fletcher (238656)         **Address**  11026 Lamey Bridge Rd  D'Iberville, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Keith  Ladner  (229970)         **Address**  29448 Rd. 307  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Kevin Maurigi (205844)         **Address**  9112 Fricke Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Wayne Reeder (221533)         **Address**  4091 Atlantic St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc