## Aaron Bell, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7837

1355

**Plaintiff**  Aaron Bell (203300)  **Address**  2906 West Park Dr.  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Martha Bell, as Next Friend of A.B, a minor (203298)  **Address**  2906 West Park Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Dominique Bell (203302)  **Address**  2906 West Park Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Martha Bell, as Next Friend of I.B, a minor (203299)  **Address**  2906 West Park Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Larry Bell (203305)  **Address**  2906 West Park Drive  Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

PLAINTIFF'S EXHIBIT
7

## Aaron Bell, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7837

**Plaintiff**  Martha Bell (203301)    **Address**  2906 West Park Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Chianti Booth (210624)    **Address**  515 Easterbrook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Marshall Collins (209830)    **Address**  16588 Whites  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Marshall Collins (209831)    **Address**  16588  Rd.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Candance Duvernay (211370)    **Address**  515 Easterbrook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

## Aaron Bell, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7837

**Plaintiff**  Barry Emmons (209772)         **Address**  6055 Elm.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

**Plaintiff**  Kevin Hill (212648)         **Address**  6028 1st Avenue  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Tina Lachney, as Next Friend of S.L, a minor (207079)         **Address**  5005 Highway 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Tina Lachney (207080)         **Address**  5005 Hwy 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Tina Lachney, as Next Friend of Z.L, a minor (207081)         **Address**  5005 Highway 90  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

## Aaron Bell, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No. 09-7837

**Plaintiff** Desi Ladner (207898)    **Address** 6330 Wendell Ladner Rd  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff** Viola Ladner, as Next Friend of J.L, a minor (207896)    **Address** 6330 Wendell Ladner Rd  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff** Tres Ladner (207897)    **Address** 6330 Wendell Ladner Rd  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff** Viola Ladner (207895)    **Address** 6330 Wendell Ladner Rd.  Perkinston, MS 39573

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff** Elizabeth Leitz (211376)    **Address** 8147 Harrison St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

## Aaron Bell, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7837

**Plaintiff**  Elizabeth Leitz, as Next Friend of J.L, a minor (211378)  **Address**  8147 Harrison St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Joseph Leitz (210631)  **Address**  8147 Harrison St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Lori Leitz (211377)  **Address**  8147 Harrison St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Lori Luck (213951)  **Address**  4120 Shark Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

**Plaintiff**  Dianne Frederick, as Next Friend of A. M, a minor (210626)  **Address**  515 Easterbrook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

## Aaron Bell, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No. 09-7837

**Plaintiff** Dianne Frederick, as Next Friend of A. M, a minor (210627)    **Address** 515 Easterbrook Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Bryan Moran (205834)    **Address** 4055 Ocean St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Edward Moran (205832)    **Address** 4055 Ocean Spring Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kathleen Moran (205833)    **Address** 4055 Ocean St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jessica Pavolini (205176)    **Address** 16171 9th St.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

## Aaron Bell, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No. 09-7837

**Plaintiff** John Peterson (208018)　　　**Address** 9048 Niagra St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Arthur Smith (205451)　　　**Address** 16171 9th St.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Agatha Taylor (203642)　　　**Address** 25085 Lechene Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　Starcraft RV, Inc.
　　Bechtel National, Inc

---