## Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7920

1422

**Plaintiff**  Edwin Bennett (209941)       **Address**  6064 Walnut Dr   Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Ruth Bennett (209950)       **Address**  6064 Walnut Dr   Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Robert Thomas (215131)       **Address**  323 Fleitas Ave   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Katrina Kreeger (222837)       **Address**  10231 Old Sidney Road   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Angela Ladner, as Next Friend of M.L, a minor (229971)       **Address**  5380 Petite Acres Drive   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT
8

## Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7920

**Plaintiff**  Steve Poyadou (241717)  **Address** 1118 Northshore Dr  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Eric  Edwards  (243800)  **Address** 1628 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Kissie Edwards, as Next Friend of K.E, a minor (243811)  **Address** 1628 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Ira Bryant (243810)  **Address** 1629 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

**Plaintiff**  Kissie Edwards, as Next Friend of K.E, a minor (243809)  **Address** 1628 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

## Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7920

**Plaintiff**  Troy Fontenot  (243752)  **Address**  1629 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Starcraft RV, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Kissie Edwards, as Next Friend of K.E, a minor (244218)  **Address**  3557 McKinley Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Starcraft RV, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Kissie Edwards, as Next Friend of K.E, a minor (244826)  **Address**  1629 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Starcraft RV, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Anthony Fontenot  (245356)  **Address**  1629 Sunset Dr  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Starcraft RV, Inc.
   Shaw Environmental, Inc

**Plaintiff**  Nashonna  Fontenot, as Next Friend of A.G, a minor (245355)  **Address**  1629 Sunset Dr.  Lake Drive, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
   Starcraft RV, Inc.
   Shaw Environmental, Inc

## Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7920

**Plaintiff** Nashonna Fontenot, as Next Friend of N.F, a minor (245354)    **Address** 1629 Sunset Dr.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Starcraft RV, Inc.
- Shaw Environmental, Inc

---

**Plaintiff** Leland Ryan (246908)    **Address** 957 Benlah Street   Sulphur, LA 70663

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Starcraft RV, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Christy Rasberry-Nunez, as Representative of the Estate of Diego Nunez, deceased (247483)    **Address** 100 Debra Lane Lot 9B  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Starcraft RV, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Christy Rasberry-Nunez, as Next Friend of M.R, a minor (247484)    **Address** 100 Debra Lane Lot 9B  Cameron , LA 70631

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Starcraft RV, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff** Jessica Reed, as Next Friend of J.J, a minor (248019)    **Address** 100 Debra Lot 9B  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana

**Defendants**
- Starcraft RV, Inc.
- Fluor Enterprises, Inc

## Edwin Bennett, et. al. vs. Starcraft RV, Inc., et. al.
Original Civil Action No. 09-7920

**Plaintiff** Jessica Reed (248034)  **Address** 100 Debra Ln Lot 9B  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jessica Reed, as Next Friend of C.R, a minor (248035)  **Address** 100 Debra Ln. Lot 9B  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jessica Reed, as Next Friend of C.J, a minor (248036)  **Address** 100 Debra Lane Lot 9B  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jessica Reed, as Next Friend of D.R, a minor (248037)  **Address** 100 Debra Ln. Lot 9B  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Christy Rasberry (248133)  **Address** 100 Debra Ln. Lot 9B  Cameron, LA 70631

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

## Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  09-7920

**Plaintiff**  Christy Rasberry, as Next Friend of M. R, a minor (248134)   **Address**  100 Debra Ln. Lot 9B  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Chad Reed (248187)   **Address**  100 Debra Ln. Lot 9B  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Nashonna Fontenot (249522)   **Address**  1629 Sunset Dr.  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Sarah Young (249589)   **Address**  100 Debrah Lane  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Sarah Young, as Next Friend of J.G, a minor (250879)   **Address**  100 Debra Lot 9B  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Starcraft RV, Inc.
  Fluor Enterprises, Inc