Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-1291

1631

**Plaintiff**  Dean Gintz (245517)           **Address**  3751 Ruth St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Carmen Gintz, as Next Friend of B.G, a minor (246710)       **Address**  3751 Ruth St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Carmen Gintz (246713)           **Address**  3751 Ruth Street   Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Joshua Gintz (246714)           **Address**  3751 Ruth St.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Shilah Gintz (246874)           **Address**  3751 Ruth Street  Sulplur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

PLAINTIFF'S
EXHIBIT
9

## Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-1291

**Plaintiff**  Elizabety Webb (246763)   **Address** 500 Airport Blvd,  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Quintin Webb (246764)   **Address** 500 Airport Blvd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Juliet Webb (246772)   **Address** 500 Airport Blvd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Bernilla Goodly (247635)   **Address** 8559 Gulf Highway  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Cheyenne Gintz (246715)   **Address** 3751 Ruth ST.  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Starcraft RV, Inc.
    Fluor Enterprises, Inc

Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-1291

**Plaintiff**  Eric Alligood (237314)   **Address**  310 Bushlogg St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Allison Cook (229554)   **Address**  25048 Cueras Delisle Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Brittany Vaultz (224421)   **Address**  25048 Cuevas-Delisle Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Mary Boyd (216341)   **Address**  151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

**Plaintiff**  Mary Boyd, as Next Friend of J.E, a minor (216475)   **Address**  151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.
   Bechtel National, Inc

## Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-1291

**Plaintiff**  Mary Boyd, as Next Friend of M.H, a minor (216576)  **Address**  151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Mary Boyd, as Next Friend of N.H, a minor (216577)  **Address**  151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Crystal High (216578)  **Address**  151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Tommy High (216579)  **Address**  151 Shorty Burgess Road Lot 38  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff**  Sarah May, as Next Friend of B.M, a minor (220298)  **Address**  7037 Road 140 Lot 15  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

## Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-1291

**Plaintiff**  Sarah May, as Next Friend of L.M, a minor (220299)     **Address**  7286 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Sarah May (220300)     **Address**  7037 ROAD 140 Lot 15  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Chanel  Dixon (229626)     **Address**  19th Ave Poolside Lot 57  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc