## Linda Bradburry, as Next Friend of L.A, a minor, et. al.  vs. Starcraft RV, Inc., et.
Original Civil Action No.  10-2215

1760

**Plaintiff**  Linda Bradburry, as Next Friend of L.A, a minor (209450)   **Address**  6073 Tatnall Ave  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Darrian Elliott (209769)   **Address**  6073 Tatnall Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Linda Bradburry, as Next Friend of D.S, a minor (210070)   **Address**  6073 Tatnall Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kiara Ellis (224892)   **Address**  105 Deanna St  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Kiara Ellis, as Next Friend of J.M, a minor (224893)   **Address**  105 Deanna St  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

PLAINTIFF'S EXHIBIT
10

Linda Bradburry, as Next Friend of L.A, a minor, et. al.  vs. Starcraft RV, Inc., et.
Original Civil Action No.  10-2215

**Plaintiff**  Josephine Powe (224908)         **Address**  105 Deanna St  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  La' Tarya Ellis (224909)         **Address**  105 Deanna St  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Herbert Powe (224910)         **Address**  105 Deanna St  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Tiara Ellis (229672)         **Address**  105 Deanna St.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Toocara Ellis (229673)         **Address**  105 Deanna St.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

Linda Bradburry, as Next Friend of L.A, a minor, et. al.  vs. Starcraft RV, Inc., et.
Original Civil Action No.  10-2215

**Plaintiff**  Karen  Nettles  (230117)     **Address**  3613 Hemlock Street  Moss Point, MS 39563

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

**Plaintiff**  Karen Nettles, as Next Friend of M.N, a minor (230119)    **Address**  3619 Hemlock Road  Moss Point, MS 39563

**Proposed Judicial District**   Southern District of Mississippi
**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc