## Thomas Morgan, et. al.  vs. Starcraft RV, Inc., et. al.
Original Civil Action No.  10-2260

1816

**Plaintiff**  Thomas Morgan (209508)   **Address**  6064 WallNut Dr.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.

---

**Plaintiff**  Linda Bradbury (210071)   **Address**  6073 Tatnall Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.

---

**Plaintiff**  Jerry Smith (210166)   **Address**  4283 Caspian Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.

---

**Plaintiff**  Deborah Goins (211150)   **Address**  6064 Walnut Dr   Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.

---

**Plaintiff**  Neal Spiers, as Next Friend of N.S, a minor (213868)   **Address**  5054 Spiers Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.

---

**Plaintiff**  Mitchell Dedeaux (222717)   **Address**  10231 Old Sidney Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Starcraft RV, Inc.

---

PLAINTIFF'S EXHIBIT
**11**

## Thomas Morgan, et. al. vs. Starcraft RV, Inc., et. al.
Original Civil Action No. 10-2260

**Plaintiff** Katrina Kreeger, as Next Friend of L. K, a minor (222838)    **Address** 10231 Old Sidney Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Starcraft RV, Inc.

---

**Plaintiff** Bobbi Allen (223468)    **Address** 8301 Sherbrook Street  Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Starcraft RV, Inc.

---

**Plaintiff** Winnifred Williams (220528)    **Address** 4103 Londontown Road  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Starcraft RV, Inc.