Dequarius Hamler, et. al. vs. Tom Stinnett Holiday RV Center, et. al.
Original Civil Action No. 10-2287

1839

**Plaintiff** Dequarius Hamler (201598)     **Address** 9981 Tanner Lane Greensburg, LA 70441

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
Tom Stinnett Holiday RV Center

PLAINTIFF'S EXHIBIT
1