## Dwayne  Russell, et. al.  vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton
Original Civil Action No.  09-4752

977

**Plaintiff**  Dwayne  Russell (200578)          **Address**  7701 Chef Menteur Hwy  New Orleans, LA
70126

**Defendants**

     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff**  Dwayne Handy (201602)          **Address**  46709 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**

     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff**  Dwight Handy (201603)          **Address**  46709 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**

     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff**  Shawn  Handy (201606)          **Address**  46709 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**

     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff**  Michelle Dickerson (201981)          **Address**  44021 Willie D Magee Rd.  Franklinton, LA
70438

**Defendants**

     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

     Fluor Enterprises, Inc

---

**Plaintiff**  Clifton White (212011)          **Address**  100 Schoolhouse Rd.  Killona, LA 70057

**Defendants**

     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

     CH2M Hill Constructors, Inc.

---

PLAINTIFF'S
EXHIBIT
**01**

## Dwayne Russell, et. al. vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton
### Original Civil Action No. 09-4752

**Plaintiff** Kelvin Lindsey (214283)          **Address** 26236 Galatas Rd, Lot 14  Loranger, LA 70446

**Defendants**
 Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Duane Henderson (214449)          **Address** 26236 Galates Road, Lot 14  Loranger, LA 70446

**Defendants**
 Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Kimberly Porter (223457)          **Address** 13388 Old Baton Rouge Hwy Lot 331
                   Hammond, LA 70403

**Defendants**
 Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Brad Anglada (223478)          **Address** 5012 East St. Bernard  Violet, LA 70092

**Defendants**
 Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Tracy Strickland (224272)          **Address** 62173 North 15th Street  Pearl River, LA 70452

**Defendants**
 Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Nicole Galatas (224273)          **Address** 62173 North 15th Street  Pearl River, LA 70452

**Defendants**
 Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Patricia Galatas (224276)          **Address** 62173 North 15th St.  Alton, LA 70458

**Defendants**
 Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
 Fluor Enterprises, Inc

Dwayne  Russell, et. al.  vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton
Original Civil Action No.  09-4752

**Plaintiff**  Georgina Albis (225731)                 **Address**  2216 Tiffany Ct.  St. Bernard, LA 70085

**Defendants**
     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Renee Watson (224216)                 **Address**  2444 Mary Ann  Meraux, LA 70075

**Defendants**
     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Nicole Galatas, as Next Friend of E.D,     **Address**  62173 North 15th  Slidell, LA 70461
a minor (224274)

**Defendants**
     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Ambria Major (214300)                 **Address**  258 Amp Circle  Edgard, LA 70049

**Defendants**
     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Raymond Major (214302)                 **Address**  258 Amp Circle  Edgard, LA 70049

**Defendants**
     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
     Fluor Enterprises, Inc

**Plaintiff**  Nicole  Galatas, as Next Friend of P.S,     **Address**  62173 North 15th  Pearl River, LA 70452
a minor (224275)

**Defendants**
     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
     Fluor Enterprises, Inc