# 2

**Dwayne Russell, et. al. vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton**
Original Civil Action No. 09-4752

977

| | | |
|---|---|---|
| **Plaintiff** Letlanva Hawkins, as Next Friend of D. W, a minor (202551) | **Address** | 25250 Pardue Road, Lot 17  Springfield, LA 70462 |

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Letlanva Hawkins (201647)     **Address**  25250 Pardue Road, Lot 17  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Chana Williams (202547)     **Address**  25250 Pardue Rd, Lot 67  Springfield, LA 70462

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT
**2**