# 3

## Fernando Juarez, et. al. vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton
Original Civil Action No. 10-2271

1833

**Plaintiff** Fernando Juarez (243795)     **Address** 2101 Ladnier Rd #37 Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

PLAINTIFF'S EXHIBIT
3