## Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.
Original Civil Action No.  10-1296

1635

**Plaintiff**  Jasmine Ratliff (244953)        **Address**  5733 Citrus Blvd  Haraham, LA 70123

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

**Plaintiff**  Michelle Williams, as Next Friend of R.W, a minor (244954)        **Address**  5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

**Plaintiff**  Michelle Williams (244955)        **Address**  5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

**Plaintiff**  Michelle Williams, as Next Friend of M.W, a minor (244956)        **Address**  5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

**Plaintiff**  Michelle Williams, as Next Friend of R.W, a minor (244957)        **Address**  5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

**Plaintiff**  Andrea Ratliff, as Next Friend of J.R, a minor (244947)        **Address**  5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
1

## Jasmine Ratliff, et. al. vs. Vanguard, LLC, et. al.
Original Civil Action No. 10-1296

**Plaintiff** Elaine Lacy (244949)  **Address** 5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc

**Plaintiff** Joseph Ratliff (244950)  **Address** 5733 Citrus Blvd  Harahan, LA 70123

**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc

**Plaintiff** Andrea Ratliff (244972)  **Address** 5733 Citrus Blvd.  Harahan, LA 70123

**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc

**Plaintiff** Richard Williams (244968)  **Address** 5733 Citrus Blvd.  Harahan, LA 70123

**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc