## Shelly Frierson, as Next Friend of C. B., a minor, et. al.  vs. Vanguard, LLC, et.
Original Civil Action No. 09-7117

1275

**Plaintiff**  Shelly Frierson, as Next Friend of C.B, a minor (225786)   **Address**  29519 N. Ladner Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff**  Jessica Barton (225790)   **Address**  29519 N Ladner Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff**  Shelly Frierson, as Next Friend of L.B, a minor (226010)   **Address**  29519 N. Ladner Rd   Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff**  Shenea Hawkins (237211)   **Address**  732 Dicks St  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff**  Leroy Hawkins (237212)   **Address**  732 Dicks St  Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT 2

## Shelly Frierson, as Next Friend of C. B., a minor, et. al. vs. Vanguard, LLC, et.
Original Civil Action No. 09-7117

**Plaintiff** Shenea Hawkins, as Next Friend of J.J, a minor (237213)  **Address** 732 Dick St Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff** Justyn Jacobs (237214)  **Address** 732 Dicks St Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff** Jacqueline Bilbo, as Next Friend of M. G, a minor (207012)  **Address** 6012 Dan Garcia Rd. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff** Jacqueline Bilbo, as Next Friend of K. L, a minor (206823)  **Address** 6012 Dan Garcia Rd Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

---

**Plaintiff** Julie Seaman (200465)  **Address** 9761 Hwy 188 Grand Bay, AL 36541

**Proposed Judicial District** Southern District of Alabama
**Defendants**
   Vanguard, LLC
   CH2M Hill Constructors, Inc.