## Carolyn Buras, et al vs Vanguard, LLC, et al
Original Civil Action No.  09-7810

1361

**Plaintiff**  Carolyn Buras (216365)          **Address**  Sun Roan Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Vanguard, LLC
>    Bechtel National, Inc

---

**Plaintiff**  Casimir Buras (216367)          **Address**  Sun Roan Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Vanguard, LLC
>    Bechtel National, Inc

---

**Plaintiff**  Elizabeth Buras (216366)          **Address**  Sun Roan Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Vanguard, LLC
>    Bechtel National, Inc

---

**Plaintiff**  James Moore, as Next Friend of H.B, a
minor (216368)          **Address**  Sun Roan Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Vanguard, LLC
>    Bechtel National, Inc

---

**Plaintiff**  James Moore, as Next Friend of S.B, a
minor (216369)          **Address**  Sun Roan Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>    Vanguard, LLC
>    Bechtel National, Inc

---

**PLAINTIFF'S EXHIBIT**

**3**

## Carolyn Buras, et al vs Vanguard, LLC, et al
Original Civil Action No.  09-7810

**Plaintiff**  Kendal  Casey (202240)                    **Address**  352 Menge Avenue  Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Vanguard, LLC
>           Bechtel National, Inc

**Plaintiff**  Bobby Davis (210606)                    **Address**  252 Bay Oaks Drive  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Vanguard, LLC
>           Bechtel National, Inc

**Plaintiff**  Julia Davis (211355)                    **Address**  252 Bay Oaks Drive  Bay St. Louis, MS 39520


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Vanguard, LLC
>           Bechtel National, Inc

**Plaintiff**  Steve Ditta (201999)                    **Address**  694 Opona Street  Diamondhead, MS 39525


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Vanguard, LLC
>           Bechtel National, Inc

**Plaintiff**  Clara Mecum (201016)                    **Address**  352 Merge Avenue  Pass Christian, MS 39571


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Vanguard, LLC
>           Bechtel National, Inc

## Carolyn Buras, et al vs Vanguard, LLC, et al
Original Civil Action No.  09-7810

**Plaintiff**  James Moore (216772)                    **Address**  Sun Roan Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Vanguard, LLC
  Bechtel National, Inc

**Plaintiff**  JoEllen Moore (216768)                    **Address**  Sun Roan Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Vanguard, LLC
  Bechtel National, Inc

**Plaintiff**  Julia Davis, as Next Friend of D.S, a minor (211356)                    **Address**  252 Bay Oaks Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Vanguard, LLC
  Bechtel National, Inc

**Plaintiff**  Elizabeth Warren (211004)                    **Address**  5025 Pine Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Vanguard, LLC
  Bechtel National, Inc