## Julie Seaman, as Next Friend of T. S., a minor, et. al.  vs. Vanguard, LLC, et. al.
Original Civil Action No.  09-7834

1428

**Plaintiff**  Julie Seaman, as Next Friend of T.S, a minor (200469)　　**Address**  9761 Hwy. 188  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Vanguard, LLC
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Julie Seaman, as Next Friend of F.W, a minor (202594)　　**Address**  9761 Hwy. 188  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama

**Defendants**
  Vanguard, LLC
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Linda Ladner, as Representative of the Estate of Jack McDermid, deceased (244642)　　**Address**  25000 Arcadia Farm Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Vanguard, LLC
  Bechtel National, Inc

---

**Plaintiff**  Joseph Savoy (245242)　　**Address**  1700 Eleanor Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

---

**Plaintiff**  Phyllis Savoy (245694)　　**Address**  1700 Edenor Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
**4**

Julie Seaman, as Next Friend of T. S., a minor, et. al. vs. Vanguard, LLC, et. al.
Original Civil Action No. 09-7834

**Plaintiff** Robert Hudson (246202)          **Address** 1480 Woodsloop  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Vanguard, LLC
     Fluor Enterprises, Inc

---

**Plaintiff** Jo Ann Lennette (246830)          **Address** 1819 19th St.  Port Arthur, TX 77640

**Proposed Judicial District** Eastern District of Texas

**Defendants**
     Vanguard, LLC
     CH2M Hill Constructors, Inc.

---

**Plaintiff** Natalie Savoy (247301)          **Address** 1700 Edenor St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Vanguard, LLC
     Fluor Enterprises, Inc

---

**Plaintiff** Paul Brown (247740)          **Address** 1700 Eleanor St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Vanguard, LLC
     Fluor Enterprises, Inc

---

**Plaintiff** Joyce Brown (247742)          **Address** 1700 Eleanor St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
     Vanguard, LLC
     Fluor Enterprises, Inc

Julie Seaman, as Next Friend of T.  S., a minor, et. al.  vs. Vanguard, LLC, et. al.
Original Civil Action No.  09-7834

**Plaintiff**  Retha Hudson (248017)　　　　　　**Address**  1480 Woods Loop  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Vanguard, LLC
　　　Fluor Enterprises, Inc

**Plaintiff**  Randall Wright (248307)　　　　　　**Address**  805 Benjamin Lane  Hackberry , LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Vanguard, LLC
　　　Fluor Enterprises, Inc

**Plaintiff**  Rhonda  Fontenot, as Next Friend of R.　**Address**  1700 Eleanor St.  Lake Charles , LA 70607
F, a minor (248958)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Vanguard, LLC
　　　Fluor Enterprises, Inc

**Plaintiff**  Rhonda Fontenot (248959)　　　　　**Address**  1700 Eleanor St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Vanguard, LLC
　　　Fluor Enterprises, Inc

**Plaintiff**  Lemon Frank (249370)　　　　　　**Address**  1700 Element St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Vanguard, LLC
　　　Fluor Enterprises, Inc

Julie Seaman, as Next Friend of T. S., a minor, et. al. vs. Vanguard, LLC, et. al.
Original Civil Action No. 09-7834

**Plaintiff** Rhonda Fontenot, as Next Friend of R.    **Address** 1700 Eleanor St. Lake Charles , LA 70607
F, a minor (249553)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc

**Plaintiff** Haley Spicer (250538)    **Address** 805 Benjamin Lane Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc

**Plaintiff** Jeanetre Pappillion (251099)    **Address** 2305 Tuilp St Lake Charles, LA 70601

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc

**Plaintiff** Richard Fontenot (250836)    **Address** 1700 Eleonor St Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Vanguard, LLC
Fluor Enterprises, Inc