## Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.
Original Civil Action No.  10-1296

1635

**Plaintiff**  June Trahan (251293)    **Address**  1471 Hwy. 384 Lot 53A  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Vanguard, LLC
  Fluor Enterprises, Inc

---

**Plaintiff**  Paulette Moore (222313)    **Address**  3889 Audubon Dr.  Mobile, AL 36619

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Vanguard, LLC
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Robert Johnson (244691)    **Address**  14 Beasley Garden Road  Stateline, MS 39362

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Vanguard, LLC
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Mary  Johnson (246338)    **Address**  14 Beasley Garden Road  Stateline, MS 39362

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Vanguard, LLC
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lori Paquet (222559)    **Address**  7632 Bay Hideaway  Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Vanguard, LLC
  Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT 5

Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.
Original Civil Action No.  10-1296

**Plaintiff**  Jacqueline Bilbo (206896)     **Address**  6012 Dan Garcia Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Vanguard, LLC
  Bechtel National, Inc