## Patricia Kirkland, et. al.  vs. American Camper Manufacturing, LLC d/b/a
Original Civil Action No.  09-4724

902

**Plaintiff**  Patricia Kirkland (216662)　　　**Address**  4701 Long Ave  trailer 67  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 American Camper Manufacturing, LLC d/b/a AMERI-CAMP
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Constructors, Inc.
 Bechtel National, Inc

**Plaintiff**  Patricia Kirkland, as Next Friend of A. D, a minor (216465)　　　**Address**  4701 Long Ave  trailer 67  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 American Camper Manufacturing, LLC d/b/a AMERI-CAMP
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Constructors, Inc.
 Bechtel National, Inc

**Plaintiff**  Dewcilla Kirkland (216663)　　　**Address**  4701 Long Ave  trailer 67  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
 American Camper Manufacturing, LLC d/b/a AMERI-CAMP
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Constructors, Inc.
 Bechtel National, Inc

PLAINTIFF'S EXHIBIT 1