## Latonya McMillian, et. al. vs. American Camper Manufacturing, LLC d/b/a
Original Civil Action No. 09-7062

1234

**Plaintiff** Latonya McMillian (216733)　　**Address** 1601 Sunset Avenue  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP
　　Bechtel National, Inc

---

**Plaintiff** Kimberly Truong (215182)　　**Address** 347 Crawford Street  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP
　　Bechtel National, Inc

---

**Plaintiff** Loi Truong (215183)　　**Address** 347 Crawford Street  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP
　　Bechtel National, Inc

---

**Plaintiff** Mia Free (229715)　　**Address** 1803 Sunset Blvd  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP
　　Bechtel National, Inc

---

**Plaintiff** Carla Gieseler, as Next Friend of F.G, a minor (211539)　　**Address** 920 S. Beach Blvd  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP
　　CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT 2

Case 2:07-md-01873-KDE-MBN   Document 25301-3   Filed 04/17/12   Page 2 of 2

Latonya McMillian, et. al.  vs. American Camper Manufacturing, LLC d/b/a
Original Civil Action No.  09-7062

**Plaintiff**  Carla Gieseler, as Next Friend of L.G, a minor (211540)     **Address**  920 S. Beach Blvd.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
CH2M Hill Constructors, Inc.

**Plaintiff**  Mia Free, as Next Friend of P.F, a minor (229716)     **Address**  819 Ingalls Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

**Plaintiff**  Lisa Rebooul (225371)     **Address**  111 Bayoaks Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

**Plaintiff**  Mia  Free , as Next Friend of S.P, a minor (230203)     **Address**  1803 Sunset Blvd  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

**Plaintiff**  Sherrick  Nettles  (230120)     **Address**  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc