# 3

## Robert Gray, et. al.  vs. American Camper Manufacturing, LLC d/b/a AMERI-
Original Civil Action No.  09-7852

1324

**Plaintiff**  Robert Gray (205317)   **Address**  23098 Freddie Frank Road Lot #6  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff**  William Scott (200456)   **Address**  9125 Daisey Vestry Road  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff**  Victoria Troulliet (206029)   **Address**  4283 Caspian  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT
3