Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper
Original Civil Action No.  09-7800

1376

**Plaintiff**  Candius Martin, as Next Friend of Z.B, a minor (211782)     **Address**  4525 Veterans, Lot 27  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff**  Rolland Glass (216517)     **Address**  1601 Sunset Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff**  Germany McMillian (216734)     **Address**  1601 Sunset Avenue  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff**  Michael Brooks (244473)     **Address**  2423 12th Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Lois Brannigan (244454)     **Address**  Crying Eagles 1100 James Sudduth Parkway  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 4

## Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper
Original Civil Action No.  09-7800

**Plaintiff**  Dorothy Hesse (244857)        **Address**  25 A Corinth Church Rd.  Petal , MS 39465

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Faith Brannigan (245515)        **Address**  1100 James Sudduth Pkwy   Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP
  Fluor Enterprises, Inc

---

**Plaintiff**  Brenda Harrison (245462)        **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP
  Fluor Enterprises, Inc

---

**Plaintiff**  Faith Brannigan, as Next Friend of I.B, a minor (245923)        **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP
  Fluor Enterprises, Inc

---

**Plaintiff**  Lacey Harrison (246133)        **Address**  2012 12th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP
  Fluor Enterprises, Inc

## Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper
Original Civil Action No.  09-7800

**Plaintiff**  Chrystal Harrison (246177)  **Address**  401 N Sim St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Simpson Branningan (246295)  **Address**  1100 James Suddeth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Faith Brannigan, as Next Friend of A.B, a minor (246631)  **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Carol Brooks, as Representative of the Estate of Ivory Brooks, deceased (246855)  **Address**  2412 12 St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Carol Brooks (246856)  **Address**  1229 12 St., Lot  338  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

## Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper
Original Civil Action No.  09-7800

**Plaintiff**  Brandy Gallien (246857)  **Address**  1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Odelia Gallien (246869)  **Address**  2112 12th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Fantasy Brown, as Next Friend of L.H, a minor (247238)  **Address**  12 St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Lenny Harrison (248423)  **Address**  2423 12th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Lacey Harrison, as Next Friend of T.B, a minor (248849)  **Address**  2024 12th street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

## Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper
Original Civil Action No.  09-7800

**Plaintiff** Desiree Dixon (249293)    **Address** 1230 Church St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff** Beatrice Dixon (249451)    **Address** 1230 Church St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff** Shameka Simmons, as Next Friend of D.S, a minor (249564)    **Address** 1230 Church St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff** Davonte Dixon (249799)    **Address** 1230 Church St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff** Russell Simmons (249803)    **Address** 1230 Church St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

## Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper
Original Civil Action No.  09-7800

**Plaintiff**  Leondre LeDoux (249804)           **Address**  1230 Church St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff**  Joyce Simmons (249805)           **Address**  1230 Church St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff**  Shameka Simmons (249806)           **Address**  1230 Church St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff**  Gwendolyn Schlesinger (250510)           **Address**  1230 Church St  Grand Lake, LA 70601

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

**Plaintiff**  Betty Schlesinger (250509)           **Address**  1230 Church St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc