## Shelly Fontenot, as Next Friend of T. K., a minor, et. al. vs. American Camper
Original Civil Action No. 10-1276

1597

**Plaintiff**  Shelly Fontenot, as Next Friend of T. K, a minor (246319)  **Address** 123 N Franklin St. Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Shelly Fontenot (247434)  **Address** 123 N Franklin Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Shelly Fontenot, as Next Friend of T.K, a minor (247435)  **Address** 123 Franklin Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Shelly Fontenot, as Next Friend of S.K, a minor (250971)  **Address** 123 North Franklin Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Fluor Enterprises, Inc

---

**Plaintiff**  Jerry Troung (213980)  **Address** 347 Crawford St Biloxi, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

PLAINTIFF'S EXHIBIT
5

Shelly Fontenot , as Next Friend of T. K., a minor, et. al.  vs. American Camper
Original Civil Action No.  10-1276

**Plaintiff**  Thomas Troung (213979)          **Address**  347 Crawford St  Biloxi, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    American Camper Manufacturing, LLC d/b/a AMERI-CAMP
    Bechtel National, Inc

**Plaintiff**  Tony Troung (213978)          **Address**  347 Crawford St  Biloxi, MS 39540

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    American Camper Manufacturing, LLC d/b/a AMERI-CAMP
    Bechtel National, Inc