## Ashley Pierce, et. al. vs. American Camper Manufacturing, LLC d/b/a AMERI-
Original Civil Action No. 10-2177
1730

**Plaintiff** Ashley Pierce (200709)   **Address** 1409 HWY 90 Lot#57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff** Paula Pierce (200711)   **Address** 1409 HWY 90 Lot#57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff** Lavon Lollar, as Next Friend of A.L, a minor (201169)   **Address** 1409 HWY 90 Lot # 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff** Heze Lollar (201170)   **Address** 1409 Hwy 90, Lot 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

---

**Plaintiff** John Lollar (201171)   **Address** 1409 HWY 90 Lot# 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Bechtel National, Inc

PLAINTIFF'S EXHIBIT
6

Ashley Pierce, et. al.  vs. American Camper Manufacturing, LLC d/b/a AMERI-
Original Civil Action No.  10-2177

**Plaintiff**  Lavon Lollar (201172)          **Address**  1409 HWY 90 Lot#57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   American Camper Manufacturing, LLC d/b/a AMERI-CAMP
   Bechtel National, Inc

**Plaintiff**  Richard  Lollar (201173)          **Address**  1409 HWY 90 Lot # 57  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   American Camper Manufacturing, LLC d/b/a AMERI-CAMP
   Bechtel National, Inc

**Plaintiff**  Tiffany  Lollar (201174)          **Address**  1409 Hwy 90 Lot # 57  Gaultier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   American Camper Manufacturing, LLC d/b/a AMERI-CAMP
   Bechtel National, Inc

**Plaintiff**  Eorion  Henshaw (229812)          **Address**  2808 Perkingston Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   American Camper Manufacturing, LLC d/b/a AMERI-CAMP
   Bechtel National, Inc