## William Brushaber, et. al.  vs. American Camper Manufacturing, LLC d/b/a
Original Civil Action No.  10-2205

1783

**Plaintiff**  William Brushaber (209117)            **Address**  1907 Miller Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP

---

**Plaintiff**  William Brushaber (209162)            **Address**  1907 Miller Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP

---

**Plaintiff**  Stacy Ladner (222845)            **Address**  27142 V/Bar Rd  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP

---

**Plaintiff**  Jospeh Vayva (226988)            **Address**  1114 Tom Hempstead Rd.  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP

---

**Plaintiff**  Arnold Chapman (223577)            **Address**  4112 Rosa Lane  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP

---

**Plaintiff**  Vera Chapman (223578)            **Address**  4112 Rose Lane  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  American Camper Manufacturing, LLC d/b/a AMERI-CAMP

PLAINTIFF'S EXHIBIT 7

William Brushaber, et. al.  vs. American Camper Manufacturing, LLC d/b/a
Original Civil Action No.  10-2205

**Plaintiff**  Chanteria Colvin (223602)　　　　**Address**  4112 Rosa Lane  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP

**Plaintiff**  Darraniek Graham (223716)　　　　**Address**  4112 Rosa Lane  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP

**Plaintiff**  Vera Chapman, as Representative of the Estate of Prentiss Lawrence, deceased (226439)　　　　**Address**  4112 Rosa Lane  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
　　American Camper Manufacturing, LLC d/b/a AMERI-CAMP