## Roland Ayo, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-4721

893

**Plaintiff**  Beverly Sloan (205447)          **Address**  4758 Lancelot Drive.  New Orleans, LA 70126

**Defendants**
   Jayco, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Alvin Sloan (205449)           **Address**  4750 Lancelot Dr.  New Orleans , LA 70127

**Defendants**
   Jayco, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Bobbie Black (205573)          **Address**  2061 Basie Dr.  Marrero, LA 70072

**Defendants**
   Jayco, Inc.
   Shaw Environmental, Inc

---

**Plaintiff**  Violet Pinkney (205648)        **Address**  3013 Gen Ogden  New Orleans , LA 70118

**Defendants**
   Jayco, Inc.
   Shaw Environmental, Inc

---

**Plaintiff**  Laverne Pinkney (205649)       **Address**  3013 General Ogden  New Orleans, LA 70118

**Defendants**
   Jayco, Inc.
   Shaw Environmental, Inc

---

**Plaintiff**  Micheal Theodore (207500)      **Address**  4627 Evangeline Dr.  New Orleans, LA 70127

**Defendants**
   Jayco, Inc.
   Fluor Enterprises, Inc

---

PLAINTIFF'S
EXHIBIT
1

## Roland Ayo, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-4721

**Plaintiff** Lois Mitchell (209485)  **Address** 129 Killona Dr.  Killona, LA 70057

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Deborah Williams (213863)  **Address** 33243 Young Dr.  Slidell, LA 70460

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Tammy Dalon (215547)  **Address** 2408 Bob White Drive  St. Bernard, LA 70085

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jerry Pierre (215897)  **Address** 3116 Front Street  Slidell, LA 70458

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Arthur Smooth (215987)  **Address** 3116 Front Street  Slidell, LA 70458

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Crystal Batiste (221914)  **Address** 28235 Sherry Sweet Shop Road  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Thelma Batiste (221916)  **Address** 28235 Sherry Sweet Shop Road  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

## Roland Ayo, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-4721

**Plaintiff** Helain Batiste (221921)  **Address** 28235 Shirley Sweet Shop Road  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Marie Cousin (221980)  **Address** 59867 Emma Street  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jimmy Sorina (222592)  **Address** 35483 Laurent   Slidell, LA 70460

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Dedra Harley (223750)  **Address** 1923 Hempstead Drive  Slidell, LA 70461

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Marsha' Hartley (223755)  **Address** 1916 Hempstead Drive  Slidell, LA 70461

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Louis Ancalade (225097)  **Address** 1920 Beach Rd  Violet, LA 70092

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Monette Ancalade (225117)  **Address** 1920 Beachead  Violet, LA 70092

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

## Roland Ayo, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-4721

**Plaintiff** Wayne Naquin (226638)     **Address** 1804 Suzi Dr.  St. Bernard, LA 70085

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Naquin (226641)     **Address** 1804 Suzi Dr.  St. Bernard, LA 70085

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Crystal Daughtry, as Representative of the Estate of Miranda Boyle, deceased (229450)     **Address** 27161 Sycamore Dr.  Lacombe, LA 70445

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Crystal Daughtry (229575)     **Address** 27161 Sycamore Dr.  Lacombe, LA 70445

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Derek Daughtry (229576)     **Address** 27161 Sycamore Drive  Lacombe, LA 70445

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Margaret Eustis (229680)     **Address** 39326 Miller Rd.  Slidell, LA 70461

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Shawn Holland (229833)     **Address** 1417 Kings Row  Slidell , LA 70461

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

## Roland Ayo, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-4721

**Plaintiff** Shelita Johnson (229922)  **Address** 2001 Goodwill Dr. Violet, LA 70092

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Peter Lord (230023)  **Address** 1417 Kings Row Slidell, LA 70461

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Patrick McMannis (230056)  **Address** 39326 Miller rd. Slidell, LA 70461

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Jimmie Pepp (233054)  **Address** 2064 N. Rocheblave New Orleans, LA 70119

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc

**Plaintiff** Phillip Carmouche (205607)  **Address** 1208 Merrill St. New Orleans, LA 70114

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Carl Pentney (200852)  **Address** 2536 Maryann Trailer Park lot 29D Chalmette, LA 70092

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Joanne Pentney (200853)  **Address** 2536 Maryann Tr., Lot 29D Meraux, LA 70075

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

## Roland Ayo, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-4721

**Plaintiff** Kedra Bienemy (224636)    **Address** 129 Plaqumines Street Brithmurte, LA 70043

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Joanne Pentney, as Next Friend of T.C, a minor (199896)    **Address** 2536 Mary Ann Meraux, LA 70075

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rodney Hills (201507)    **Address** 2536 Mary Ann Meraux, LA 70075

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Derek Howard (233055)    **Address** 2064 N. Rocheblave St. New Orleans, LA 70119

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Cheryl Naquin, as Next Friend of B.N, a minor (226640)    **Address** 1804 Suzi Dr. St. Bernard, LA 70085

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Miranda Sloan, as Next Friend of A.S, a minor (205446)    **Address** 4758 Lancelot Dr. New Orleans, LA 70127

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** August Williams (213862)    **Address** 33243 Young Dr. Slidell, LA 70460

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

## Roland Ayo, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-4721

**Plaintiff** Crystal Batiste, as Next Friend of T.B, a minor (221915)  **Address** 28235 Sherry Sweet Shop Road  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Whitney Pinkney, as Next Friend of S.P, a minor (205653)  **Address** 3013 General Ogden St.  New Orleans, LA 70118

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc

**Plaintiff** Torri Pinkney (205651)  **Address** 3013 General Odgen  New Orleans, LA 70118

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc

**Plaintiff** Ezell Randle, as Next Friend of H.R, a minor (210336)  **Address** 1417 Devonshire Drive  Slidell, LA 70461

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ezell Randle, as Next Friend of J.R, a minor (210335)  **Address** 1417 Devonshire Dr.  Slidell, LA 70461

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Laverne Pinkney, as Next Friend of L.W, a minor (205596)  **Address** 3013 General Odgen Street  New Orleans, LA 70118

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc

**Plaintiff** Davinque Bienemy (224638)  **Address** 101 Lindine Lot 25  Chalmette, LA 70043

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

### Roland Ayo, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-4721

**Plaintiff** Kevlin Bienemy (224637)  **Address** 101 Lindine Lot 25  Chalmette, LA 70043

**Defendants**
- Jayco, Inc.
- CH2M Hill Constructors, Inc.

**Plaintiff** Coey Robertson (200535)  **Address** 2927 Spain St  New Orleans, LA 70122

**Defendants**
- Jayco, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Sylvia Prevost (200759)  **Address** 13435 Dwyer Blvd  New Orleans, LA 70129

**Defendants**
- Jayco, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Curtis Lundy (201198)  **Address** 2927 Spain St  New Orleans, LA 70122

**Defendants**
- Jayco, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.