## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

1252

**Plaintiff**  Mark Stockman (205663)  **Address**  6525 Dept. of Energy Rd  St James , LA 70086

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Dianne Gordon (226184)  **Address**  2017 S. River Park Dr.  Violet, LA 70092

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Artie Randle (210199)  **Address**  1417 Devonshire Dr.   Slidell, LA 70461

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Velma Smooth (215989)  **Address**  3116 Front St.  Slidell, LA 70458

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Deonne Batiste (237985)  **Address**  28062 Bell Park Rd.   Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  M'Tisha Batiste (225799)  **Address**  28235 Sherly Sweet Shop Rd.  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT
2

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** MTisha Batiste, as Next Friend of M.B, a minor (225798)   **Address** 28235 Sherly's Sweet Shop Rd.   Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Tiesha Batiste (225800)   **Address** 28235 Sherly Sweet Shop Rd.  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Crystal Batiste, as Next Friend of T.B, a minor (221502)   **Address** 28235 Sherry Sweet Shop Road  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Graven Encalade (238666)   **Address** 15647 Hwy 15  Davant, LA 70082

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Kimberly Encalade (238630)   **Address** 15647 Hwy 15  Davant, LA 70082

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Valjon Lyons (224400)   **Address** 2706 Acacia St  New Orleans, LA 70122

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Courtney Roberts, as Next Friend of A.B, a minor (239386)   **Address** 27257 Sycamore Dr  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff**  Gerald Batiste (225795)　　**Address**  28235 Sherly Sweet Shop Rd.  Lacombe, LA 70445

**Defendants**
　Jayco, Inc.
　Fluor Enterprises, Inc

**Plaintiff**  DeJuan Bethencourt (239839)　　**Address**  129 Killona Dr  Killona, LA 70057

**Defendants**
　Jayco, Inc.
　CH2M Hill Constructors, Inc.

**Plaintiff**  Adam Casborn (239791)　　**Address**  1723 West Hall Ave.  Slidell, LA 70460

**Defendants**
　Jayco, Inc.
　Fluor Enterprises, Inc

**Plaintiff**  Derek Daughtry, as Next Friend of A.D, a minor (239957)　　**Address**  27161 Sycamore Dr  Lacombe, LA 70445

**Defendants**
　Jayco, Inc.
　Fluor Enterprises, Inc

**Plaintiff**  Ronnie Davis (239446)　　**Address**  2535 Foucher  Mandeville, LA 70448

**Defendants**
　Jayco, Inc.
　Fluor Enterprises, Inc

**Plaintiff**  Tracy Watson, as Next Friend of T.D, a minor (238999)　　**Address**  7030 Coventry Street  New Orleans, LA 70126

**Defendants**
　Jayco, Inc.
　Fluor Enterprises, Inc

**Plaintiff**  Chester George (207501)　　**Address**  4627 Evangeline Dr.  New Orleans, LA 70127

**Defendants**
　Jayco, Inc.
　Fluor Enterprises, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff** Lester Hueschen  (239591)     **Address** 3118 Jackson Ave.  Chalmette, LA 70043

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Gayle Hursey (239762)     **Address** 326 Tiffany St.   Slidell, LA 70461

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Tanisha Johnson-White (239868)     **Address** 5016 Basinview Drive   New Orleans , LA 70126

**Defendants**
- Jayco, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Robert Johnson (239804)     **Address** 5016 Basinview Dr  New Orleans, LA 70126

**Defendants**
- Jayco, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff** Joyce LaFonta (238559)     **Address** 2150 Brutus St  New Orleans , LA 70122

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Keith LaFonta (238560)     **Address** 2150 Brutus St  New Orleans, LA 70122

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Cheryl McGee (239316)  **Address** 2535 Foucher St  Mandeville, LA 70448

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Monte Mitchell (215823)  **Address** 129 Killona Dr.  Killona, LA 70057

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Bryan Penn (239072)  **Address** 2208 Feliciana Street  New Orleans, LA 70117

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Courtney Roberts (239360)  **Address** 27257 Sycamore Dr  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Randy Roberts (239385)  **Address** 27257 Sycamore Drive  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Kendrick Tinson (239495)  **Address** 3000 Ashley Drive  Violet, LA 70092

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Janice Watson (238924)  **Address** 7030 Coventry St.  New Orleans, LA 70126

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Aubrey Watson (238909)  **Address** 7030 Conventry St.  New Orleans, LA 70126

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

**Plaintiff** Ferdinand White (238988)  **Address** 5016 Basinview Dr.  New Orleans, LA 70126

**Defendants**
- Jayco, Inc.
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.