## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

1339

**Plaintiff**  Connie Lewis (201149)     **Address**  4028 N. Miro Trailer #3  New Orleans, LA 70117

**Defendants**
  Jayco, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Orlanda Lewis (201157)     **Address**  4028 W. Miro St  New Orleans, LA 70117

**Defendants**
  Jayco, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Taishana Lewis (201158)     **Address**  4028 N. Miro St. Lot 3  New Orleans, LA 70117

**Defendants**
  Jayco, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

**Plaintiff**  Ezell Randle (210204)     **Address**  1417 Devonshire Dr.   Slidell, LA 70461

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Harvey Wilkins, as Next Friend of D. W, a minor (220523)     **Address**  59867 Emma St.  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Harvey Wilkins, as Next Friend of K.D, a minor (220525)     **Address**  59867 Emma  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 3

Donald Acker, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7804

**Plaintiff** Harvey Wilkins, as Next Friend of L. W, a minor (220526)   **Address** 59867 Emma  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc