## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

1403

**Plaintiff** Chesshiara George (207502)　　**Address** 4627 Evangeline Dr. New Orleans, LA 70127

**Defendants**
　　Jayco, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Kristian Lyons (224398)　　**Address** 2706 Acacia St New Orleans, LA 70122

**Defendants**
　　Jayco, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Antoine Lyons (224399)　　**Address** 2706 Acacia St New Orleans, LA 70122

**Defendants**
　　Jayco, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Marcel Perrie (237983)　　**Address** 1500 West Hall Ave. Slidell, LA 70460

**Defendants**
　　Jayco, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Aaron Bennette (239273)　　**Address** 326 Tiffany St. Slidell, LA 70461

**Defendants**
　　Jayco, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Joyce Bethencourt (239863)　　**Address** 129 Killona Dr. Killona, LA 70057

**Defendants**
　　Jayco, Inc.
　　CH2M Hill Constructors, Inc.

---

PLAINTIFF'S EXHIBIT 4

## Sandy Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Gloria Brignac (239982)     **Address** 129 Killona Dr.  Killona, LA 70057

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Gwendolyn Speaks (241819)     **Address** 522 Tupelo Street  New Orleans, LA 70112

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Kenneth Speaks (241818)     **Address** 522 Tupelo Street  New Orleans, LA 70117

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Byron Speaks (242071)     **Address** 522 Tupelo Street  New Orleans, LA 70117

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Artanette Banks (244357)     **Address** 2528 Wisteria St.  New Orleans, LA 70122

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Brian Smith (244981)     **Address** 7637 Avon Park Blvd.   New Orleans , LA 70128

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Zonaida Hinton (244976)     **Address** 7637 Avon Park Blvd.  New Orleans, LA 70128

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Sandy Barnes, et. al. vs. Jayco, Inc., et. al.**
Original Civil Action No. 09-7887

**Plaintiff** Mary Smith (244980)  **Address** 7637 Avon Pk. Blvd. New Orleans, LA 70128

**Defendants**
 Jayco, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Morris Smith (244975)  **Address** 7637 Avon Park Blvd. New Orleans, LA 70118

**Defendants**
 Jayco, Inc.
 Fluor Enterprises, Inc

**Plaintiff** Wayne Knight (249780)  **Address** 4069 West LA State Drive Kenner, LA 70065

**Defendants**
 Jayco, Inc.
 Shaw Environmental, Inc

**Plaintiff** Jennifer Knight (249785)  **Address** 4069 W LA STATE DR. Kenner, LA 70065

**Defendants**
 Jayco, Inc.
 Shaw Environmental, Inc

**Plaintiff** Shelby Carter (250741)  **Address** 2535 Foucher Mandeville, LA 70448

**Defendants**
 Jayco, Inc.
 Fluor Enterprises, Inc