## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

1611

**Plaintiff**  Jessie Thomas (251579)   **Address**  7204 Runnymede Dr  Marrero, LA 70072

**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Jessie Thomas, as Next Friend of A.T, a minor (251577)   **Address**  7204 Runnymede Dr.  New Orleans, LA 70072

**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Rejean Robertson (200540)   **Address**  2927 Spain St.  New Orleans, LA 70122

**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Whitney Pinkney (205652)   **Address**  3013 Gen Ogden  New Orleans, LA 70058

**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Jamaal Toomer (244973)   **Address**  4742 Gabriel Drive  New Orleans, LA 70127

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Gizelda  Toomer (244974)   **Address**  4742 Gabriel Drive  New Orleans , LA 70127

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

PLAINTIFF'S EXHIBIT 5

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff**  Lenora Jones, as Next Friend of C.S, a minor (205595)  
**Address**  6525 Dept. of Energy Rd  St James , LA 70086

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Terrell Jones (205664)  
**Address**  8329 Miller Lane   Hammond, LA 70114

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Lenora Jones (205665)  
**Address**  6525 Dept. of Energy Rd  St James, LA 70086

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Terrell Jones, Jr., as Next Friend of T.J, a minor (205666)  
**Address**  2463 Mercedes Blvd   New Orleans, LA 70112

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Marie Cousin, as Next Friend of D.C, a minor (220084)  
**Address**  59867 Emma Street  Lacombe, LA 70445

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Marie Cousin, as Next Friend of G.C, a minor (220085)  
**Address**  59867 Emma Street  Lacombe, LA 70445

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Marie Cousins, as Next Friend of A.C, a minor (220521)  
**Address**  59867 Emma Street  Lacombe, LA 70445

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc