## Charles Burns, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-2238

1800

**Plaintiff**  Charles Burns (199846)            **Address**  154 W. St. Peters  Belle Chasse, LA 70037

**Defendants**
      Jayco, Inc.

---

**Plaintiff**  Robert Taylor (200319)            **Address**  117 W. Oakville St.  Belle Chasse, LA 70037

**Defendants**
      Jayco, Inc.

---

**Plaintiff**  Brenda Lee (213006)            **Address**  1417 Devonshire Dr.  Slidell, LA 70461

**Defendants**
      Jayco, Inc.

---

PLAINTIFF'S
EXHIBIT
**6**