## Roland Ayo, et. al. vs. Jayco, Inc., et. al.
### Original Civil Action No. 09-4721

893

**Plaintiff** Roland Ayo (200099) **Address** 1700 Groom RD # F25 Baker, LA 70714

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Ashley Hamilton (201764) **Address** 2933 54th Ave Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Jennifer Fisher (220135) **Address** 4712 Old Mobile Avenue Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Andrea Ladner (220263) **Address** 9001 Kiln Waveland Cutoff Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

PLAINTIFF'S EXHIBIT 7