## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

1252

**Plaintiff**  Tiffany  Johnson (229923)  **Address**  16054 Lorraine Circle  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Wayne Hood, as Next Friend of J.H, a minor (229846)  **Address**  16054 Lorraine Cr.   Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Wayne Hood, as Next Friend of J.H, a minor (229847)  **Address**  16054 Lorraine Cr.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Danielle Mitchell, as Next Friend of A.C, a minor (225939)  **Address**  324 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Crystal Schultz, as Next Friend of J.S, a minor (205439)  **Address**  7030 Lora Dr.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

PLAINTIFF'S EXHIBIT 8

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Roger Giveans, as Next Friend of A.G, a minor (209253)  **Address** 8071 Sunflower Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Arthur Johnson (214308)  **Address** 26219 Walnut Dr.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Venus Dossett (208212)  **Address** 8704 Pickering Forrest Drive  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Venus Dossett, as Next Friend of V.B, a minor (208213)  **Address** 12200 Old Hwy 67 Lot 46  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Chenea Bilbo (211982)  **Address** 403 Seventh St.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Kayla Banas (229357) **Address** 1007 22nd St. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff** Shanna Brister, as Next Friend of H.B, a minor (229462) **Address** 2111 Tyler Ave. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff** Kayla Banas, as Representative of the Estate of Eric Banas, deceased (237240) **Address** 1007 22nd St. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff** April Belle (237894) **Address** 756 Washington Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff** April Belle, as Next Friend of K.B, a minor (237897) **Address** 756 Washington Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff**  Tracy Joseph, as Representative of the Estate of Paula Belle, deceased (237902)   **Address** 756 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Jayco, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

**Plaintiff**  Robert Dossett (208211)   **Address** 8704 Pickering Forrest Dr.  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Jayco, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

**Plaintiff**  Catherine Doby (209870)   **Address** 16087 10th St.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Hazel Crossley (223427)   **Address** 2658 Ridgeway Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Jared Downs (226072)   **Address** 2658 Ridge Dr  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff**  Kyndra Lawless, as Next Friend of L.G, a minor (207008)  **Address** 28445 W. Dubuisson Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Roger Giveans, as Next Friend of C.G, a minor (209254)  **Address** 8071 Sunflower Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Brandon Harris (226243)  **Address** 607 Amar St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Gary Hawkins (226263)  **Address** 507 Morris St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Britni Haynes (226266)  **Address** 150 Michael Drive  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff**  Orlandria Hill (237250)         **Address**  108 Brumbaugh Road  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Kenneth Lacy (237312)         **Address**  10134 Road 556  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Rita Kneale (238000)         **Address**  15504 Needle St.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Anthony Kneale (238013)         **Address**  2000 North St  Gulfport, MS 39507

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Martha Jones (238611)         **Address**  166 Bellmen St Lot  #13   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff**  Joyce Mack, as Next Friend of B.M, a minor (206827)  **Address** 6017 W Jackson St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Paul Schmitz, as Next Friend of C.M, a minor (210869)  **Address** 1117 22nd St.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Danielle Mitchell, as Next Friend of A.M, a minor (226615)  **Address** 324 St Johns St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Danielle Mitchell, as Next Friend of A.M, a minor (226616)  **Address** 324 St. John Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Danielle Mitchell (226618)  **Address** 324 St. John St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Thomas Millet (237803)  **Address** 3740 Bienviille Rd lot 41  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Cristen Rosenberg (209207)  **Address** 8071 Sunflower Rd.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Chastity Shepheard (210149)  **Address** 155 Weldo Davis Road  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Cheryl Todd, as Next Friend of S.T, a minor (210588)  **Address** 123 Webb Davis Road Lot 4  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

---

**Plaintiff** Bertha Sherrod, as Next Friend of K.P, a minor (226732)  **Address** 2704 Auburn Dr.  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
Jayco, Inc.
Bechtel National, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff**  Abraham Sherrod (226868)  **Address**  2704 Auburn Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Bertha Sherrod (226869)  **Address**  2704 Auburn Dr.  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Tyrone Pearson (237251)  **Address**  108 Brumbaugh Road  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Lamont Porterfield (237315)  **Address**  7037 Road 140, Lot 106  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Amanda Pellegrin (237507)  **Address**  2108 Glendale Drive  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Amanda Pellegrin, as Next Friend of K. P, a minor (237508)   **Address** 2108 Glendale Drive  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff** Amanda Pellegrin, as Next Friend of K. P, a minor (237510)   **Address** 2108 Glendale Drive  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff** Joey Todd, as Next Friend of M.T, a minor (211428)   **Address** 123 Webb Davis Road Lot 4  Lucedale, MS 39452

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

---

**Plaintiff** Christian Sherrod (226870)   **Address** 2704 Auburn Dr.  Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff** Eva Durr (226095)   **Address** 471 Dan Easterling Rd  Collins, MS 39428

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   CH2M Hill Constructors, Inc.

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Iris Hartman (215343)  **Address** 5112 Fern  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Pamela Freeman, as Next Friend of K. F, a minor (226146)  **Address** 12455 Hartige Dr  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Damian Pittman (230181)  **Address** No # Railroad Street  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Alexa Stone (230376)  **Address** 4525 Veterans Blvd  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Erika Stone (230377)  **Address** 4525 Veterans Blvd  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.

## Mark Stockman, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Deborah Barnes (199991)    **Address** 13935 Sprinkle Ave. Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Marshall Richerson (238729)    **Address** 41613 A1 HWY 69 Thomasville, AL 36784

**Proposed Judicial District** Southern District of Alabama
**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff** Francesca Isaac, as Representative of the Estate of Yolanda Isaac, deceased (239085)    **Address** 11067 Blunt Road Baton Rouge, LA 70807

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

**Plaintiff** Dwayne Sloan (205448)    **Address** 202 Stephen Dr. St. Martinville, LA 70582

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Miranda Sloan (205450)    **Address** 202 Stephan Dr. St. Martinville, LA 70582

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff**  Athena Walstrum, as Next Friend of M. W, a minor (239808)  **Address**  17049 Franklin Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  April Barkow (239203)  **Address**  224 Woodland Circle  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Janet Barkow (238812)  **Address**  224 Wooland Circle  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Roger Giveans (209256)  **Address**  8071 Sunflower Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Katrina Krarup (238602)  **Address**  224Woodland Cicrle  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7083

**Plaintiff**  Gretchen Marston (226531)     **Address**  507 Morris St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Alycia Miller (226608)     **Address**  10456 3rd Avenue  D'Iberville, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Cynthia Miller (226609)     **Address**  9021 Box Rd.  Vancleave, MS 39565

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Tira Nunally (237200)     **Address**  VFW Cedar Lake   Biloxi, MS 39533

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Yoursheko Owens, as Next Friend of E. O, a minor (239607)     **Address**  166 Bekkman St. Lot # 13  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Mark Stockman, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7083

**Plaintiff** Yoursheko Owens (239571)  **Address** 166 Bellman Street Lot 13  Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Austin Premeaux (239441)  **Address** 224 Woodland Circle  Ocean Sprngs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Martha Roush (223291)  **Address** 3810 Orchard Rd.  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Richard Roush (223290)  **Address** 3810 Orchad Road  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Donald Saunders (238753)  **Address** 224 Woodland Circle  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc