## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

1339

**Plaintiff**  Donald Acker (205115)  **Address**  6007 West Desoto  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Debra Barnes (199992)  **Address**  13935 Sprinkle Ave.  Bayou La Batre, AL 36509

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Tameka Ward, as Next Friend of J.B, a minor (203303)  **Address**  25393 St. Stephens Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Tameka Ward, as Next Friend of J.B, a minor (203306)  **Address**  25353 St Stephen Road  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Michele Branning (203327)  **Address**  112 Valentine Drive  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

PLAINTIFF'S EXHIBIT 9

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Oliver Branning (203326)          **Address**  112 Valentine  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Deirdre Breland, as Next Friend of A.B, a minor (209354)          **Address**  6005 Ben Green Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Deirdre Breland (209029)          **Address**  6005 Ben Green Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Deirdre Breland, as Next Friend of H.B, a minor (209353)          **Address**  6005 Ben Green Rd  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Jeremy Breland (208967)          **Address**  6005 Ben Green Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Kristy Budovec (211785)            **Address**  6816 Aumoae Court  Diamondhead, MS 39525

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Tracey Carreras (215493)           **Address**  326 Ulman Avenue  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  James Cenales (202252)             **Address**  1892 Racetrack Rd  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Willie Cenales (202258)            **Address**  1892 Race Track Road  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  James Childs (216390)              **Address**  9007 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   CH2M Hill Constructors, Inc.
   Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Kimberly Collier, as Next Friend of B. C, a minor (209050)  **Address**  3643 Azalea Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Kimberly Collier (209397)  **Address**  3643 Azalea St.  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Kimberly Collier, as Next Friend of S. C, a minor (209049)  **Address**  3643 Azalea Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Johnny Cowan (202184)  **Address**  9860B Beverly Road  Irvington, AL 36544

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  David Cunningham (208100)  **Address**  4035 43rd St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Karen Cunningham (208101)         **Address**  4035 43rd St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Richard Dinon (220107)         **Address**  8122 Clermont Ave.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Kimberly Hudson-Blanchard, as Representative of the Estate of Stephanie Dinon, deceased (220108)         **Address**  8122 Clermont Ave.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Cherie' Drawdy (220114)         **Address**  316 Baltic Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Jeffery Drawdy (220115)         **Address**  316 Baltic Street  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Mark Fairley (208894)  **Address**  14521 Cemetery Rd.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Penny Fairley (208891)  **Address**  14521 Cemetery Rd.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Jessie Faulk (211416)  **Address**  2621 Dolphin Drive  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Samuel Faulk (211350)  **Address**  2621 Dolphin Dr  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**  Brittany Fortner (209794)  **Address**  2119 Hopper Road Lot 25A  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   CH2M Hill Constructors, Inc.

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Krishonna Fortner, as Next Friend of E. F, a minor (209795)  **Address**  2119 Hopper Road Lot 25A  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Krishonna Fortner (209796)  **Address**  2119 Hopper Road Lot 25A  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Cherry Giveans (209255)  **Address**  8170 Sunflower St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Melissa Goertzen, as Next Friend of J. G, a minor (220157)  **Address**  6050 W. Franklin St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Melissa Goertzen (220158)  **Address**  6050 W. Franklin St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff** Cynthia Vanpeski, as Next Friend of H. H, a minor (216543)    **Address** 9007 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Devin Harwell (220205)    **Address** 316 Baltic Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Deborah Howard (216205)    **Address** 719 Herrick Ave.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Stephen Howard (216204)    **Address** 719 Herrick  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Harold Jackson (209244)    **Address** 8071 Sunflower St  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Donald Acker, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7804

**Plaintiff** Janet Jean-Webb (209669)    **Address** 16240 7th Ave. Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Craig Jordan (201355)    **Address** Race Track Rd. Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Shannon Khadaroo, as Next Friend of D.K, a minor (214322)    **Address** 1214 Edna St. Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Brenda Kirkland (212429)    **Address** 9114 Orange Lake Rd. Moss Point, MS 39562

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Michele Knight (203490)    **Address** 271 Hiern Ave Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Shan'yeka Knight (203489)	**Address**  271 Heirn Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Brittany Ladner (209273)	**Address**  6370 Viola Garcia  Lakeshore, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Thomas Ladner (209270)	**Address**  6370 Viola Garcia  Lakeshore , MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Patricia Ladner (209272)	**Address**  6370 Viola Garcia  lakeshore, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Thomas Ladner (209271)	**Address**  6370 Viola Garcia  Lakeshore , MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Brittany Larter (216678)  **Address**  8133 Magnolia Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Shannon Larter (205250)  **Address**  8133 Magnolia Drive  Bay St. Louis, MS 39521

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Shannon Larter (216676)  **Address**  8133 Magnolia Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Shannon  Larter, as Next Friend of Y.L, a minor (216677)  **Address**  8133 Magnolia Dr.  Bay St. Louis, MS 39521

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Betty Longmire (201179)  **Address**  1892 Racetrack Road  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Judith McCall (201117)              **Address**  9941 Hwy. 188  Grand Bay, AL 36541

**Proposed Judicial District**  Southern District of Alabama
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shirley Smith, as Next Friend of D.M, a minor (200894)   **Address**  2933 54th Ave   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Arthur Morgan (203527)             **Address**  8095 Menge  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Jaxene Morgan (212335)            **Address**  6201 RailRoad  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Jeffrey Morgan (212336)           **Address**  6201 S. RailRoad Ave.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Dana Nicholson (212257)  **Address**  9114 Orange Lake Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Robert Nicholson (212259)  **Address**  9114 Orange Lake Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Dana Nicholson, as Next Friend of S.N, a minor (212258)  **Address**  9114 Orange Lake Rd.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Shannon Larter, as Representative of the Estate of Elizabeth Reich, deceased (205192)  **Address**  6126 W. Desoto  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff**  Rebecca Roush (220580)  **Address**  3810 Orchard  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Crystal Schultz, as Next Friend of A.S, a minor (205437)  **Address**  7030 Lora Dr.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Crystal Schultz (205438)  **Address**  7030 Lora Dr.  Long Beach, MS 39560

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Shanika Smith (200375)  **Address**  2933 54th Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Daniel Spaulding (211390)  **Address**  Lakeshore Road  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Herbert Taylor (211029)  **Address**  20024 Xaupon Dr.  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Donald Acker, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7804

**Plaintiff**  Lewis Tillman (212559)  **Address** 1104 Washington Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Cheryl Todd (210587)  **Address** 123 Webb Davis Road Lot 7  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Cheryl Todd, as Next Friend of D.T, a minor (210589)  **Address** Webb Davis Road  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Joey Todd (210074)  **Address** 123 Webb Davis Road Lot 4  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

**Plaintiff**  Cynthia Vanpeski (217022)  **Address** 9007 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

## Donald Acker, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7804

**Plaintiff** Kevin Vanpeski (217023)    **Address** 9007 Old Spanish Trail  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tameka Ward (203671)    **Address** 25393 St. Stephens Rd.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kimberly Collier, as Representative of the Estate of Mary Young, deceased (209048)    **Address** 3643 Azalea Street  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
    Jayco, Inc.
    Bechtel National, Inc