## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

1403

**Plaintiff** Sandy Barnes (200001)          **Address** 13935 Sprinkle Ave  Bayou La Batre, AL 36509

**Proposed Judicial District** Southern District of Alabama

**Defendants**
> Jayco, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Rosalind Theodore (207499)          **Address** 1135 Karen Rd.  Montgomery, AL 36109

**Proposed Judicial District** Middle District of Alabama

**Defendants**
> Jayco, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Rhonda Hamilton (212905)          **Address** 10081 Edwin Ladner Rd.  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Jayco, Inc.
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc

---

**Plaintiff** Richard Olsen (214890)          **Address** 1006 Buena Vista St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Jayco, Inc.
> Bechtel National, Inc

---

**Plaintiff** James Farrell (221508)          **Address** 27174 D.V. Moran rd  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Jayco, Inc.
> Bechtel National, Inc

---

PLAINTIFF'S
EXHIBIT
10

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Lorry Gilmore, as Next Friend of S.W, a minor (223062)  **Address** 6921 Pumping Station Rd. Greensburg, LA 70441

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Lorry Gilmore, as Next Friend of T.W, a minor (223063)  **Address** 6921 Pumping Station Rd. Greensburg, LA 70441

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Wayne Hood (229848)  **Address** 16054 Lorraine Circle Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Wayne Hood, as Next Friend of J.H, a minor (229849)  **Address** 16054 Lorraine Circle Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Prater Tyrielle (237241)  **Address** VFW (Cedar Lake) Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Jayco, Inc.
Bechtel National, Inc

Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Paul Richarson (238715)              **Address** 41613 A1 HWY 69  Thomasville , AL 36784

**Proposed Judicial District** Southern District of Alabama

**Defendants**
      Jayco, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Flora Woodard (238728)              **Address** 41613 A Hwy 69  Thomasville, AL 36784

**Proposed Judicial District** Southern District of Alabama

**Defendants**
      Jayco, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Karren Gervais (241948)              **Address** 558 Restertown Road  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Karren Gervais, as Next Friend of T.G,      **Address** 558 Restertown Road  Poplarville, MS 39470
a minor (242107)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Karren Gervais, as Next Friend of J.G,      **Address** 558 Restertown Road  Poplarville, MS 39470
a minor (242108)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Christopher Mars (242902)　　　　**Address** 4714 Newman Dr  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

**Plaintiff** Glenda Mars (242906)　　　　**Address** 4714 Newman Dr  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

**Plaintiff** Justin Cochran (242920)　　　　**Address** 4714 Newman Dr  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

**Plaintiff** Bethany Cochran (242922)　　　　**Address** 4714 Newman Dr  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

**Plaintiff** Christopher Mars, as Next Friend of B.　　**Address** 4714 Newman Dr.  Pascagoula, MS 39581
M, a minor (242926)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  Jewell Lumpkin (242938)            **Address**  10130 Harvey Road   Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff**  Judith Frank (242935)            **Address**  1150 S Beach Blvd   Waveland , MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff**  Stacy Peranich, as Next Friend of E.P, a            **Address**  25082 LeChene Drive  Pass Christian, MS 39571
minor (243839)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff**  Anthony Peranich  (244235)            **Address**  25082 Lechene Rd  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff**  Billy  Lundy  (244384)            **Address**  6430 Jordan Rd  Perkinston, MS 39573

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Wendy Bernard (244392)　　　**Address** 282 Morrow Rd. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Wendy Bernard, as Next Friend of J.B, a minor (244424)　　　**Address** 282 Morrow Rd. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Wendy Bernard, as Next Friend of J.B, a minor (244422)　　　**Address** 282 Morrow Rd. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Sandy Wright (244507)　　　**Address** 908 Center street Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Isaac LeDoux (244584)　　　**Address** 109 Center Court Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  Ashley Huval (244575)                **Address**  109 Center Street Camper # Y  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Jayco, Inc.
        Fluor Enterprises, Inc

**Plaintiff**  Kenneth  Bounds , as Next Friend of K.     **Address**  Ladners Feed Store 7037 rd 140  Bay St. Louis,
        B, a minor (244532)                        MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff**  Kenneth  Bounds  (244529)           **Address**  Ladners Feed park-Lower Bay Rd  Bay St. Louis,
                                                    MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff**  Sylvia  Bounds  (244517)            **Address**  409 St. John St.   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff**  Warner Bernard (244612)             **Address**  282 Morrow Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Jayco, Inc.
        Fluor Enterprises, Inc

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
### Original Civil Action No. 09-7887

**Plaintiff** Brenda Venable (244662)          **Address** 756 Benjamin Lane  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana

**Defendants**

Jayco, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Stacy Peranich, as Next Friend of K.P.,          **Address** 25082 Lechene Drive  Pass Christian, MS 39571
a minor (244651)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Jayco, Inc.

Bechtel National, Inc

---

**Plaintiff** Francesca Isaac, as Next Friend of C.I.,          **Address** 11067 Blunt Road  Baton Rouge, LA 70807
a minor (245013)

**Proposed Judicial District** Middle District of Louisiana

**Defendants**

Jayco, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Constructors, Inc.

---

**Plaintiff** Francesca Isaac (245014)          **Address** 11067 Blunt Rd  Baton Rouge, LA 70807

**Proposed Judicial District** Middle District of Louisiana

**Defendants**

Jayco, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Constructors, Inc.

---

**Plaintiff** Doris Rogers (245185)          **Address** 2216 Greenbriar  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**

Jayco, Inc.

Fluor Enterprises, Inc

## Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  John Thomas (245184)           **Address**  2216 Greenbriar  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Roland  Drounett (245273)         **Address**  908 Center St.   Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  John Venable (245439)         **Address**  756 Benjamin  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Clyde Venable (245438)         **Address**  756 Benjamin Lane  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Kristen Daigle (245773)         **Address**  2900 Broad St. Lot 13  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Kristen Daigle, as Next Friend of F.J, a minor (245759)  **Address** 9500 Broad St. Lot 13  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>  Jayco, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** James White (245903)  **Address** 6456 San Diego Street  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>  Jayco, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** August Lartigue (245931)  **Address** 8559 Gulf Highway  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>  Jayco, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** Roderick Thomas (245959)  **Address** 2727 Southern Ridge Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>  Jayco, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** Andrew Sonnier (245964)  **Address** 1613 Gene Sonnier Road  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>  Jayco, Inc.
>  Fluor Enterprises, Inc

## Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  Shirley Havens (246173)                    **Address**  2592 Ribbeck Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Jayco, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Beverly   Carter, as Representative of          **Address**  8559 Gulfway Lot 146  Lake Charles , LA 70607
the Estate of Inola  Carter, deceased
(246137)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Jayco, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Shirley Havens, as Representative of          **Address**  2592 Ribbeck Avenue  Lake Charles , LA 70607
the Estate of Charles Havens, deceased
(246153)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Jayco, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Tessa Bellard, as Next Friend of J.G, a          **Address**  300 Dobber Line Road lot 29   Lake Charles , LA
minor (246151)                                                      70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Jayco, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff**  Mary  Allison (246215)                    **Address**  2727 Southern Ridge Dr.  Lake Charles , LA
                                    70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
        Jayco, Inc.
        Fluor Enterprises, Inc

## Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff** Nicole Thomas (246362)     **Address** 2727 Southern Ridge Drive  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Dianne Withers (246658)     **Address** 7669 Copper Leaf Dr.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** James Withers (246659)     **Address** 7669 Copper Leaf Dr.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Darius Siverand (246677)     **Address** 8559 Gulf Hwy. # 121  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** David Siverand (246678)     **Address** 8559 Gulf Hwy. # 121  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

## Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  Denene White, as Next Friend of J.W, a minor (246745)    **Address** 6456 San Diego St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Stacy Peranich (247110)    **Address** 25082 Lechene Dr.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Wayne Palmer (247141)    **Address** 169 Chade Lane  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Tessa Bellard, as Next Friend of T.G, a minor (247146)    **Address** 300 Dobbertine Rd.,  lot 29  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Tessa Bellard, as Next Friend of I.G, a minor (247147)    **Address** 300 Dobber Line Road lot 29  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Denene White (247277)                    **Address** 6456 Sandigo  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Emma Broussard (247473)                    **Address** 1106 Eddy  Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lynette Pitre (247480)                    **Address** 7330 McCowen  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

**Plaintiff** Valerie Ceasar (247609)                    **Address** 8559 Gulf Hwy. # 121  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Tessa Bellard (247973)                    **Address** 300 Dobbertine Rd.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

## Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  Shawntel Walker (248165)          **Address**  2119 Tulip st.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Judith Townley (248189)          **Address**  2900 Broad St. Lot 13  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Brandon Daigle (248190)          **Address**  2900 Broad St. Lot 13  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  Brittney Lewis (248338)          **Address**  4570 Louisiana Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff**  LaToya Lewis (248339)          **Address**  4570 Louisiana Ave.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  Mejel Pete (248409)                    **Address**  Gulf Way Trailer Park #8559  Lake Charles , LA
                                                                  70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Pamela Watkins (248515)                **Address**  141 Welch  Hackberry, LA 70645

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Joseph Chapman (248551)               **Address**  1650 P.E. Daigle Rd  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Latoya Lewis (248672)                  **Address**  4570 Louisiana Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Bertha Poullard, as Representative of   **Address**  1650 PE Diagle Rd.  Iowa, LA 70647
                the Estate of Arthur Poullard, deceased
                (248687)
**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

## Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff**  Reginald Arvie (248700)                    **Address**  1650 P. E. Daigle Rd  Iowa, LA 70647


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Latonya Arvie (248701)                    **Address**  1650 P.E. Daigle Rd  Iowa, LA 70647


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Helen Lewis (248736)                    **Address**  4570 Louisiana Ave.  Lake Charles , LA 70607


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Lorena Alfred (248759)                    **Address**  1650 P.E. Daigle Rd.  Iowa, LA 70647


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff**  Aquetta Bernard (248882)                    **Address**  18159 TV Tower Road  Kinder, LA 70648


**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Burnell Dunn (249104)　　　**Address** 4570 Louisiana Avenue Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Andrew Sonnier, as Next Friend of S.S, a minor (249188)　　　**Address** 1613 Gene Sonnier Rd Vinton , LA 70668

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Carla Ledoux (249193)　　　**Address** 2506 Poe St. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** LaTrall January (249248)　　　**Address** 106 Miller Ave Grand Chenier, LA 70643

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Shaun Walker (249423)　　　**Address** 2119 Tulip St Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
　　　Jayco, Inc.
　　　Fluor Enterprises, Inc

---

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Helen Lewis, as Next Friend of D.L, a minor (249509)   **Address** 4570 Louisiana Ave. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>    Jayco, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Helen Lewis, as Next Friend of D.L, a minor (249510)   **Address** 4570 Louisiana Ave. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>    Jayco, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Beverly Carter (249617)   **Address** 8559 Hwy Tri 146  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>    Jayco, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Tarsha Payne, as Next Friend of M.P, a minor (249635)   **Address** 1926 2nd Ave  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>    Jayco, Inc.
>    Fluor Enterprises, Inc

**Plaintiff** Tarsha Payne, as Next Friend of K.P, a minor (249654)   **Address** 1926 2nd St  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
>    Jayco, Inc.
>    Fluor Enterprises, Inc

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Payne Layne (249673)                    **Address** 1926 2nd St. Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Jayco, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Von Dartez, as Next Friend of V.T, a        **Address** 1926 2nd Ave. Lake Charles , LA 70607
minor (249677)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Jayco, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Von Dartez (249680)                     **Address** 1926 2nd Ave  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Jayco, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Helen Lewis, as Next Friend of K.L, a       **Address** 4570 Louisiana Ave  Lake Charles , LA 70607
minor (249925)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Jayco, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Michael Watkin (249970)                 **Address** 144 Welch Dr.  Hackberry, LA 70645

**Proposed Judicial District** Western District of Louisiana
**Defendants**
> Jayco, Inc.
> Fluor Enterprises, Inc

---

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff** Ross Ventress (250023)                    **Address** 2727 Southern Ridge  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** LaTosha January (250318)                    **Address** 106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lakesha January (250317)                    **Address** 106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** John January (250315)                    **Address** 106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Latrall January, as Next Friend of K.P,                    **Address** 106 Miller Ave  Grand Chenier, LA 70643
a minor (251127)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  09-7887

**Plaintiff** Mary Allison, as Representative of the   **Address** 2727 Southern Ridge Dr  Lake Charles , LA
Estate of Marvin Hamilton, deceased            70607
(250886)

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cherlyn Martin (251026)                **Address** 1650 P.E. Daigle Rd  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Ed Martin (251027)                    **Address** 1650 P.E. Daigle Rd  Iowa, LA 70647

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Eddie Martin (251028)                 **Address** 1650 P.E. Daigle Rd. Iowa , LA 70647

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Roderick  Thomas, as Next Friend of J.   **Address** 2727 Southern Ridge Dr.  Lake Charles , LA
T, a minor (251272)                             70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

## Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 09-7887

**Plaintiff**  Victoria January (250935)  **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Wendy January (250936)  **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Athena Walstrum (251325)  **Address**  17049 Franklin Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc

**Plaintiff**  Shawntel Walker, as Next Friend of S.  **Address**  2119 Tulip Street  Lake Charles , LA 70607
W, a minor (251323)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Jayco, Inc.
      Fluor Enterprises, Inc