## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
### Original Civil Action No.  10-1277

1611

**Plaintiff**  Roland  Ayo (200098)　　　　　　**Address**  1700 Groom Rd # F25  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
　　Jayco, Inc.
　　Shaw Environmental, Inc

---

**Plaintiff**  China Sheldon (200479)　　　　　　**Address**  1700 Groom Rd, #F25  Baton Rouge, LA 70704

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
　　Jayco, Inc.
　　Shaw Environmental, Inc

---

**Plaintiff**  Jail Sheldon (200481)　　　　　　**Address**  1700 Groom Rd    Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
　　Jayco, Inc.
　　Shaw Environmental, Inc

---

**Plaintiff**  Xavier Sheldon (200482)　　　　　　**Address**  1700 Groom Rd    Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
　　Jayco, Inc.
　　Shaw Environmental, Inc

---

**Plaintiff**  Tarsha Payne, as Next Friend of W.P, a minor (249684)　　**Address**  1926 2nd St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
　　Jayco, Inc.
　　Fluor Enterprises, Inc

---

PLAINTIFF'S EXHIBIT
**11**

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff**  Steven Dixon, as Representative of the Estate of Kellie Ponthieux, deceased (250467)  **Address**  104 Carpenter  Jena, LA 71342

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Ashley Petroski, as Next Friend of A.L, a minor (250386)  **Address**  1349 John Belle Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Eric Petroski (250463)  **Address**  1649 John Belle Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Ashley Petorski (251128)  **Address**  1349 John St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

---

**Plaintiff**  Jasmin  Ceasar, as Next Friend of L.C, a minor (250748)  **Address**  2012 13th st.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
- Jayco, Inc.
- Fluor Enterprises, Inc

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff**  Jasmin Ceasar, as Next Friend of L.T, a minor (251291)  **Address**  4231 Prince St  Westlake , LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jasmin Ceasar, as Next Friend of L.T, a minor (251289)  **Address**  2012 13th st.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Carleen Lee (251003)  **Address**  2301 Madora  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  James Lee (251004)  **Address**  2301 Madora   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Jasmine Ceasar, as Next Friend of L.T, a minor (251290)  **Address**  4231 Prince Street  West Lake, LA 70669

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff**  Jasmin Ceasar (250747)  **Address**  2012 13th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Bingley Mitchell, as Next Friend of B. M, a minor (216755)  **Address**  47 Fred Johnson Road High Hill Stables  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Bingley Mitchell, as Next Friend of B. M, a minor (216756)  **Address**  47 Fred Johnson Road  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Bingley Mitchell, as Next Friend of K. M, a minor (216757)  **Address**  47 Fred Johnson Road High Hill Stables  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Bingley Mitchell, as Next Friend of J. M, a minor (216758)  **Address**  47 Fred Johnson Road High Hill Stables  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff**  Chester Bilbo (211293)  **Address**  403 Seventh Street  Bay St. Louis, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Chester Bilbo, as Next Friend of T.B, a minor (211294)  **Address**  403 Seventh St.  Bay St. Louis, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Chester Bilbo , as Next Friend of T.B, a minor (211295)  **Address**  403 Seventh St.  Bay St. Louis, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Andrea Bilbo (237548)  **Address**  403 7th Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Erika Stone, as Representative of the Estate of Twyla  Stone , deceased (230378)  **Address**  4525 Veterans Blvd  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    CH2M Hill Constructors, Inc.

## Jessie Thomas, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 10-1277

**Plaintiff** Kevin Cenales (202253)  **Address** Race Track Road  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Ronda Campbell (199889)  **Address** Civic Center FEMA Park  Ocean Springs, MS 39564

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Kelly Mays (201110)  **Address** I-110 Long Beach FEMA Park  Long Beach, MS 39560

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Edward Turner (221887)  **Address** 4721 Long Avenue  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Michelle Marasco (243743)  **Address** 4721 Long Ave. #38  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

## Jessie Thomas, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 10-1277

**Plaintiff** Hugo Perez, as Next Friend of M.P, a minor (243742)  **Address** 4721 Long Ave # 38  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff** Hugo Perez (243747)  **Address** 4721 Long Ave #38  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff** Hugo Perez, as Next Friend of A.P, a minor (243808)  **Address** 4721 Long Ave # 38  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff** Ivan Perez (243748)  **Address** 4721 Long Ave. # 38  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff** Kyndra Lawless, as Next Friend of N.L, a minor (207100)  **Address** 28445 W. Dubuisson Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff** Patrick  Hartman (215344)  **Address** 5112 Fern St.   Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Robert  Hartman (215345)  **Address** 5112 Fern Street  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Stacie Pierre, as Next Friend of K.G, a minor (226168)  **Address** 6498 Rd. 318   Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Gaysha Sheldon (200480)  **Address** 1700 Groom Rd  Baton Rouge, LA 70714

**Proposed Judicial District** Middle District of Louisiana
**Defendants**
  Jayco, Inc.
  Shaw Environmental, Inc

**Plaintiff** Lass Hartman (211588)  **Address** 5112 Fern St.  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff**  Lass Hartman, as Next Friend of W.H, a minor (211589)   **Address**  5112 Fern St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Robert Hartman (211590)   **Address**  5112 Fern St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Sacha Hartman (214440)   **Address**  5112 Fern St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Andrew Tran (215143)   **Address**  522 Bayview Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Linda Hinton (224732)   **Address**  17474 Race Track Rd. off Canal Rd.  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff** Linda Hinton, as Next Friend of K.P, a minor (224733)    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff** Linda Hinton, as Next Friend of D.P, a minor (224734)    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff** Linda Hinton, as Next Friend of A.W, a minor (224735)    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff** Kayana Beemon-Pittman (224881)    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff** Fulston Hinton (224883)    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

## Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff** Jabaree Hinton (224884)  **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** DeAnte Hinton (224885)  **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Pamela Freeman (226144)  **Address** 331 Woodman Ave  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Stacie  Pierre , as Next Friend of K.P, a minor (226703)  **Address** 6498 Road318  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Stacie  Pierre , as Next Friend of K.P, a minor (226704)  **Address** 6498 Rd. 318  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-1277

**Plaintiff**   Stacie Pierre  (226705)          **Address**  6498 Rd. 318  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc

**Plaintiff**   Brandon  Reynolds  (230232)          **Address**  Short Cut Road, Lot 39  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
   Jayco, Inc.
   Bechtel National, Inc