## Sibbonai Williams, et. al. vs. Jayco, Inc., et. al.
Original Civil Action No. 10-2228

1743

**Plaintiff** Sibbonai Williams (210819)     **Address** 4310 Jamestown Rd.  Escatawpa, MS 39552

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Sabrina Williams (210820)     **Address** 4310 Jamestown Rd.  Escatawpa, MS 39552

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Teddy Williams (210822)     **Address** 4310 Jamestown Rd.  Escatawpa, MS 39552

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Mary Ladner (212987)     **Address** 26219 Walnut Road  Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

**Plaintiff** Britni Haynes, as Next Friend of I.H, a minor (226267)     **Address** 150 Micheal Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

PLAINTIFF'S EXHIBIT 12