## Charles Burns, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-2238

1800

| | | | |
|---|---|---|---|
| **Plaintiff** | Venus Dossett, as Next Friend of R.D, a minor (207489) | **Address** | 8704 Pickering Forrest Drive  Ocean Springs, MS 39564 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Swadrian Johnson (208052) | **Address** | 3807 Cameilla Street  Moss Point, MS 39563 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Brittany Lafontaine (212992) | **Address** | 4024 Alantic St.  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Brandy Necaise (213073) | **Address** | 4024 Alantic St.  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Brandy Necaise, as Next Friend of C.N, a minor (213075) | **Address** | 4024 Alantic St.  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Scott Necaise (213077) | **Address** | 4024 Alantic St.  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

PLAINTIFF'S EXHIBIT
**13**

## Charles Burns, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-2238

**Plaintiff**  Kevin Lizana (216696)             **Address**  8066 Jeff Davis Dr.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

**Plaintiff**  Teresa Byrd (221943)             **Address**  6174 Gull Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

**Plaintiff**  Michael Thorn (222231)           **Address**  5173 2nd ave  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

**Plaintiff**  William Seymour (224838)         **Address**  Ladner Feed Rd 140 Lakeshore  Kenny Rays, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

**Plaintiff**  William Seymour (224839)         **Address**  Ladner Feed Road 140 Lot 96  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

---

**Plaintiff**  Samantha Seymour (224840)        **Address**  Rd 140 Lakeshor  Kenny Rays, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

## Charles Burns, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-2238

**Plaintiff**  Jermain Collins (225941)  **Address**  507 Morris St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Quantina Riley, as Next Friend of E.G, a minor (226156)  **Address**  19 Blanche Street  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Stephanie Larsen (226438)  **Address**  119 Edward St.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Alphonse Robinson (237867)  **Address**  4812 Saphire St  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Beverly McInnis, as Representative of the Estate of Dianna Barnett, deceased (237868)  **Address**  4812 Saphire St.  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Christy Theriot (248585)  **Address**  8559 Gulf Hwy Lot 141  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.

## Charles Burns, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-2238

**Plaintiff**  James Brown (248601)    **Address**  1650 P.E Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Jonathan Brown (248602)    **Address**  1650 P.E. Daigle Road  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Cynthia Brown (248603)    **Address**  1650 P.E. Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Tiffany Chapman (250155)    **Address**  1650 P. E. Daigle Rd.  Iowa, LA 70647

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Dorothy Carr (250735)    **Address**  1700 Groom Rd. -Baker Trailer Park-Lot E38  Baker , LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Jayco, Inc.

---

**Plaintiff**  Desmond Robinson (208048)    **Address**  3807 Cameilla Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Jayco, Inc.

Charles Burns, et. al.  vs. Jayco, Inc., et. al.
Original Civil Action No.  10-2238

**Plaintiff**  Jatique Johnson (208066)       **Address**  3807 Camilla Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

**Plaintiff**  Tyesha Johnson (208068)       **Address**  3807 Camilla Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.

**Plaintiff**  Brandy Necaise, as Next Friend of C.N,   **Address**  21111 Cameron Road  Kiln, MS 39556
a minor (213074)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Jayco, Inc.