UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO | * * | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |
| 09-4727 *Earl Ralleigh, et al v. Monaco Coach Corporation, et al;*  09-7093 *Ocenetta Singleton, et al v. Monaco Coach Corporation, et al;*  09-7794 *Rose Acker, et al v. Monaco Coach Corporation, et al;*  09-7815 *Nadine Ratcliff, et al v. Monaco Coach Corporation, et al;*  10-1258 *George Jones, et al v. Monaco Coach Corporation, et al;*  10-2204 *Patricia Engeseth, et al v. Monaco Coach Corporation, et al;*  10-2265 *Terrence Butler, et al v. Monaco Coach Corporation, et al.* | * * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION TO SEVER CLAIMS AND IN THE ALTERNATIVE TO TRANSFER OR REMAND

**NOW INTO COURT**, through undersigned counsel, come certain Plaintiffs and pursuant to Rule 21 of the Federal Rules of Civil Proc. and PTO 96, Section III, B. (Rec. Doc. 24856), file this Motion to Sever and in the Alternative to Transfer or Remand. The complaints referenced above contain claims for plaintiffs who lived in their trailers in the Eastern District of Louisiana and plaintiffs who lived in trailers in other states and other districts. Plaintiffs who lived in other states and districts seek to have their claims severed and/or transferred or remanded with an order tolling the applicable statutes of prescription/limitation. In support of this Motion, Plaintiffs would refer you to

the Memorandum filed in support of the same.  At time of the filing this Motion, no consent was reached.

                        Respectfully submitted:

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749

**ATTORNEYS FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of April, 2012.

                                /s/ Robert C. Hilliard
                                _____
                                **ROBERT C. HILLIARD**