## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

910

**Plaintiff**  Virginia Peck (211912)                    **Address**  3818 LA 44  Paulina, LA 70763

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Tralton Thomas (212069)                    **Address**  3869 Pauger St.  New Orleans, LA 70122

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Audrey County (212823)                    **Address**  2400 Pauline St.  New Orleans, LA 70117

**Defendants**
> Monaco Coach Corporation
> Shaw Environmental, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Kim Mitchell-Triggs (213338)                    **Address**  62191 N. 11th St  Slidell, LA 70461

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

PLAINTIFF'S
EXHIBIT
1

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Walter County (213350)                          **Address**  2400 Pauline St.  New Orleans, LA 70117

**Defendants**
     Monaco Coach Corporation
     Shaw Environmental, Inc
     American International Specialty Lines
     Insurance Company of the State of PA
     Lexington Insurance Company

---

**Plaintiff**  Walter County (213352)                          **Address**  2400 Pauline St.  New Orleans, LA 70117

**Defendants**
     Monaco Coach Corporation
     Shaw Environmental, Inc
     American International Specialty Lines
     Insurance Company of the State of PA
     Lexington Insurance Company

---

**Plaintiff**  Travis Prevost (213701)                          **Address**  2781 Washington Ave  Slidell, LA 70458

**Defendants**
     Monaco Coach Corporation
     Fluor Enterprises, Inc
     American International Specialty Lines
     Insurance Company of the State of PA
     Lexington Insurance Company

---

**Plaintiff**  Shawn Thomas (213774)                          **Address**  2781 Washington Avenue  Slidell, LA 70458

**Defendants**
     Monaco Coach Corporation
     Fluor Enterprises, Inc
     American International Specialty Lines
     Insurance Company of the State of PA
     Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Rose Lee (214262)                    **Address**  114B Sonait Street  Slidell, LA 70460

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Calvin Angeletti (214720)            **Address**  2694 11th St.  Slidell, LA 70458

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Ceola Angeletti (214721)             **Address**  2694 11th St.  Slidell, LA 70458

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Angela Young (215300)                **Address**  26107 E. Birch Street  Lacombe, LA 70455

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Anthony Celestine (215511)                    **Address**  1108 Paul Fredrick St.  Luling, LA 70070

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Shawn Colson (216398)                    **Address**  2504 Lloyds Avenue  Chalmette, LA 70043

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Troy Colson (216401)                    **Address**  2504 Lloyds Avenue  Chalmette, LA 70043

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Troy Colson (216402)                    **Address**  2504 Lloyds Avenue  Chalmette, LA 70043

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Misty Colson (216403)          **Address**  2504 Lloyds Avenue  Chalmette, LA 70043

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Trevor Keogh (216654)          **Address**  201 P.K. Way  Slidell, LA 70460

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Timothy Keogh (216655)          **Address**  201 P.K. Way  Slidell, LA 70460

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Kimberly Keogh (216657)          **Address**  201 P.K. Way  Slidell, LA 70460

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Sean Keogh (216658)                          **Address**  201 P.K. Way  Slidell, LA 70460

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Louis Recurt (216848)                          **Address**  2504 Lloyds Avenue  Chalmette, LA 70043

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Anthony Williams (221891)                          **Address**  312 Spartan Loop  Slidell, LA 70458

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Levette Williams (221892)                          **Address**  312 Spartan Loop  Slidell, LA 70458

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Dwayne Roberts (224109)                    **Address**  2201 Gillout  Meraux, LA 70075

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Spencer Leblanc (224688)                    **Address**  60218 Johns Rd  Lacombe, LA 70445

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Anthony Mercadel (224815)                    **Address**  2437 Touro  New Orleans, LA 70119

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Catherine Nguyen (225182)                    **Address**  2012 4th Street  Harvey, LA 70058

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff** Darron Williams (225317)        **Address** 494 Killona Dr  Killona, LA 70057

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff** Shelia Williams (225319)        **Address** 494 Killona Dr  Killona, LA 70057

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff** Taneka Williams (225321)        **Address** 494 Killona Dr.  Killona, LA 70057

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff** Tasheka Williams (225322)        **Address** 494 Killona Dr.  Killona, LA 70057

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff** Lee Cheek (225919)        **Address** 8437 Faairfax Dr  Chalmette, LA 70043

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff** Iriyell Ruffin (226813)        **Address** 900 Lockheed Dr., Lot B82  Kenner, LA 70062

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff** Stephanie Encalade (229677)        **Address** 111 Bethlehem  Braithwaite, LA 70040

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff** Deonte  Richard  (230235)        **Address** 2060 Leather Lane  Slidell, LA 70461

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Brian Jenkins (222791)                **Address**  38157 North Third Avenue  Slidell, LA 70460

**Defendants**
　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

---

**Plaintiff**  Shantel Jenkins (222809)            **Address**  38147 North Third Avenue  Slidell, LA 70460

**Defendants**
　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

---

**Plaintiff**  Daphne Jones (222821)              **Address**  38147 N. 3rd Avenue  Slidell, LA 70460

**Defendants**
　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

---

**Plaintiff**  Avriane Hooper (226302)            **Address**  34 Madison Ave. # B22   Chalmette, LA 70043

**Defendants**
　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff** Curtis Bailey (216288)          **Address** 2408 Marcelle Dr.  Chalmette, LA 70043

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** Jacquline Bailey (216289)          **Address** 2408 Marcelle Dr.  Chalmette, LA 70043

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** Vernon Gaines (201810)          **Address** 6050 Chef Menateur Hwy Lot # 45   New
                                                        Orleans, LA 70127

**Defendants**
> Monaco Coach Corporation
> Shaw Environmental, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** Juliette Anderson (225124)          **Address** 2224 Caluda Ln  Violet, LA 70092

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Earl Ralleigh, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-4727

**Plaintiff** Curtis Bailey (216290)  **Address** 2408 Marcelle Dr. Chalmette, LA 70043

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Angela Young, as Next Friend of D.B, a minor (214811)  **Address** 26107 E. Birch Street Lacombe, LA 70455

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Jonah Brown (199976)  **Address** 2116 Bayou Rd. St. Bernard, LA 70085

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Shawn Colson, as Next Friend of A.C, a minor (216399)  **Address** 2504 Lloyds Avenue Chalmette, LA 70043

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Shawn Colson, as Next Friend of K.C,         **Address**  2504 Lloyds Avenue  Chalmette, LA 70043
a minor (216400)

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Misty Colson, as Next Friend of K.C, a         **Address**  2504 Lloyds Avenue  Chalmette, LA 70043
minor (216404)

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Misty Colson, as Next Friend of K.C, a         **Address**  2504 Lloyds Avenue  Chalmette, LA 70043
minor (216405)

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Dione  Williams, as Representative of         **Address**  2400 Pauline St.  New Orleans, LA 70117
the Estate of Numas Haydel, deceased
(224821)

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Corey Jenkins (222793)                    **Address**  38147 North Third Avenue  Slidell, LA 70460

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Shenelle Jenkins, as Next Friend of S.J,
a minor (222807)                                        **Address**  38147 North Third Avenue  Slidell, LA 70460

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Shenelle Jenkins, as Next Friend of S.J,
a minor (222808)                                        **Address**  38147 North Third Avenue  Slidell, LA 70460

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Kyle Keogh (216656)                      **Address**  201 P.K. Way  Slidell, LA 70460

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Shannon Latapie, as Next Friend of C. L, a minor (223883)          **Address**  1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Shanon Latapie, as Next Friend of E.L, a minor (223884)          **Address**  1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Shanon Latapie, as Next Friend of H.L, a minor (223885)          **Address**  1329 Green Street  Saint Bernard, LA 70085

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Kara Deutch (224690)          **Address**  60218 Johns Rd  Lacombe, LA 70445

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Spencer Leblanc, as Next Friend of K. W, a minor (224689)

**Address**  60218 Johns Rd  Lacombe, LA 70445

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Spencer Leblanc, as Next Friend of S. D, a minor (224691)

**Address**  60218 Johns Rd  Lacombe, LA 70445

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Betty Lee (214258)

**Address**  114A Soniat Street  Slidell, LA 70461

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Rose Lee, as Next Friend of J.L, a minor (214261)

**Address**  114B Sonait Street  Slidell, LA 70460

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Levette  Williams, as Next Friend of S.
M, a minor (221836)

**Address**  312 Spartan Loop  Slidell, LA 70458

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Catherine Nguyun , as Next Friend of
A.N, a minor (225183)

**Address**  2012 4th Street  Harvey, LA 70058

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Catherine Nguyen , as Representative
of the Estate of Chuck Nguyen,
deceased (225184)

**Address**  2012 4th Street  Harvey, LA 70058

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Ashley Ross (225297)

**Address**  494 Killona Dr.  Killona, LA 70057

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Iriyell   Ruffin, as Next Friend of K.S, a minor (226884)    **Address**  900 Lockheed Dr., Lot B-82  Kenner , LA 70062

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Christopher Williams (213693)    **Address**  2400 Pauline St.  New Orleans, LA 70117

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Tamara Williams (225320)    **Address**  494 Killona Dr.  Killona, LA 70057

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Andrea Jones (224793)    **Address**  2400 Pauline St.  New Orleans, LA 70117

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Jani Jones (224794)                              **Address**  2400 Pauline St.  New Orleans, LA 70117

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Andrea Jones, as Next Friend of J.J, a          **Address**  2400 Pauline St.  New Orleans, LA 70117
minor (224795)

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Jonathan Williams (202564)                       **Address**  2358 Abundance St.  New Orleans , LA 70122

**Defendants**
Monaco Coach Corporation
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ambrosia Grant (222049)                          **Address**  Airport 1 Huller Court  New Orleans, LA 70187

**Defendants**
Monaco Coach Corporation
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Ambrosia Grant, as Next Friend of A. H, a minor (222080)

**Address**  Airport 1 Huller Court  New Orleans, LA 70187

**Defendants**

Monaco Coach Corporation

American International Specialty Lines

Insurance Company of the State of PA

Lexington Insurance Company

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Constructors, Inc.