# 2

## Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

1258

**Plaintiff** Ocenetta Singleton (200507)    **Address** 3000 Touro Street  New Orleans, LA 70122

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Larry Strickland (215108)    **Address** 60206 Bryan Rd  Slidell, LA 70460

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Jimmy Strickland (216959)    **Address** 60206 Bryan Rd.  Slidell, LA 70460

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Jeremy Jenkins (229903)    **Address** 38147 N. 3rd ave.  Slidell, LA 70460

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

PLAINTIFF'S EXHIBIT
2

## Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

**Plaintiff** Kabina Bailey (216292)     **Address** 2408 Marcelle Dr. Chalmette, LA 70043

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Tiffany Deroche, as Next Friend of B. D, a minor (238669)     **Address** 2201 Delta Queen Dr Voliet, LA 70092

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Tiffany Deroche (238632)     **Address** 2201 Delta Queen Voliet, LA 70092

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Ronald Ruiz (224118)     **Address** 1421 Delacrouix Hwy St. Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

**Plaintiff** Rikita Alexander, as Next Friend of M. T, a minor (200318)  **Address** 2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Bruce Wing (237529)  **Address** 58408 Holly Drive  Slidell, LA 70460

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Charles Bourdonnay (239545)  **Address** 54148 Hwy 90   Slidell, LA 70461

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Diane Bryce (239469)  **Address** 27494 Sampson  Lacombe, LA 70445

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Leon Campiere (239690)         **Address**  5717 Rosalie Court  Metairie, LA 70003

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Bertha Celestine (212797)         **Address**  1108 Paul Snedrick  Luling, LA 70070

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Lakesha Celestine (222686)         **Address**  Paul Mallard  Hahnville, LA 70057

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Laquita Celestine (212792)         **Address**  1108 Paul Snedrick  Luling, LA 70070

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

**Plaintiff** Lynnette Celestine (222687)  **Address** 1034 Paul Fredrick  Hahnville, LA 70057

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Ejoya Gordon, as Next Friend of M.C, a minor (222688)  **Address** 1108 Paul Fredrick St.  Hahnville, LA 70057

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Courtney Lott, as Next Friend of S.C, a minor (239068)  **Address** 2264 Gen. Collins Avenue  New Orleans, LA 70114

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Larry Deroche (238674)  **Address** 2201 Delta Qeen Dr  Voliet, LA 70072

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Larry Deroche (238549)  **Address**  2201 Delta Queen  Voliet, LA 70092

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Yvonne Deroche (238675)  **Address**  2201 Delta Queen Dr  Voliet , LA 70092

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Ejoya Gordon (222767)  **Address**  1108 Paul Fredrick  Hahnville, LA 70057

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Chane Lott (239077)  **Address**  2265 Gen. Collins Avenue  New Orleans, LA 70114

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Courtney Lott (239078) **Address** 2264 Gen. Collins  New Orleans, LA 70114

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Sandra Lott (239076) **Address** 2264 Gen. Collins Avenue  New Orleans, LA 70114

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Uylessica Morris (239000) **Address** 10700 S Gibben Dr., #I3  Baton Rouge, LA 70807

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Mary Parker  (239128) **Address** 2901 Ashley Drive  Violet, LA 70092

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

**Plaintiff** Tiffany Thompson (230405)  **Address** 111 Bethlehem  Braithwaite, LA 70040

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Curtis Washington (239024)  **Address** 2601 Franklin Ave., Lot A-18  New Orleans, LA 70117

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Ashley Williams (239842)  **Address** 494 Killona Dr  Killona, LA 70060

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Francis Williams (239568)  **Address** 27043 N. W. Price A16  Lacombe, LA 70445

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

**Plaintiff** Melanie Williams (239566)     **Address** 27043 N. W. Price A16  Lacombe, LA 70445

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Steven Williams (239519)     **Address** 27043 NW Price Ave.  Lacombe, LA 70445

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Farron Woods (238925)     **Address** 8013 Berg Dr.  New Orleans, LA 70128

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Frederick Woods (238920)     **Address** 8013 Berg Rd.  New Orlenas, LA 70128

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

**Plaintiff** Patricia Woods (238957)  **Address** 8013 Berg Rd. New Orleans, LA 70128

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Alphonse Young (230500)  **Address** 2060 Heather lane Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company