# 3

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

1344

**Plaintiff** Mark Andrews (200082)   **Address** 1916 N. Tonti Street  New Orleans, LA 70119

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Gwendolyn Doyle (213506)   **Address** 57313 Mitchell Rd.  Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Fay Lee (214259)   **Address** 114A Soniat Street  Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

PLAINTIFF'S EXHIBIT
3