## Nadine Ratcliff, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7815

1410

**Plaintiff** Brandi LeLeaux (213007)     **Address** 1108 Paul Snedrick  Luling, LA 70070

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Matthew LeLeaux (213008)     **Address** 1108 Paul Snedrick  Luling, LA 70070

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Gaynell Williams (215267)     **Address** 484 Killona Dr.  Killona, LA 70057

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Irvin Thomas (215330)     **Address** 2781 Washington Ave,  Slidell, LA 70458

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

PLAINTIFF'S EXHIBIT 4

## Nadine Ratcliff, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7815

**Plaintiff** Fabian Celestine (215512)   **Address** 1119 Paul Fredrick St.  Luling, LA 70070

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Emmett Thomas (220476)   **Address** 800 Paul Fredrick St.  Luling, LA 70070

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Valerie Johnson (222819)   **Address** Paul Fredrick  Saint Rose, LA 70087

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Keith Banks (225125)   **Address** 2224 Caluda Ln  Violet, LA 70092

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Nadine Ratcliff, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7815

**Plaintiff** Davonte Williams (225318)    **Address** 494 Kilona Drive  Killona, LA 70057

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Morris Encalade (229676)    **Address** 111 Bethlehem Lane  Braithwaite, LA 70040

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Alphonse Young, as Next Friend of A. Y, a minor (230498)    **Address** 2060 Heather Lane  Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Alphonse Young, as Next Friend of D. Y, a minor (230502)    **Address** 2060 Heather Lane  Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Nadine Ratcliff, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7815

**Plaintiff** Alphonse Young, as Next Friend of D. Y, a minor (230503)  **Address** 2060 Heather Lane  Slidell, LA 70461

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Alphonse Young, as Next Friend of A. Y, a minor (230504)  **Address** 2060 Heather lane  Slidell, LA 70461

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Melanie Wing (237402)  **Address** 58408 Holly Drive  Slidell, LA 70460

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Janet Wing (237415)  **Address** 58408 Holly Drive  Slidell, LA 70460

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7815

**Plaintiff** Phallan Woods (238901)   **Address** 8013 Berg Rd. New Orleans, LA 70128

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Frederick Woods (238952)   **Address** 8013 Berg Rd. New Orleans , LA 70128

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Keith Bryce (239786)   **Address** 27494 Sampson Dr Lacombe, LA 70445

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Shirley Campiere (239624)   **Address** 5717 Rosalie Ct. Metairie, LA 70003

**Defendants**
  Monaco Coach Corporation
  Shaw Environmental, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Joyce Clayton (242999)  **Address**  3818 LA 44  Paulina, LA 70763

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Linda West (243407)  **Address**  324 Tumblebrook Street  Slidell, LA 70461

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Denise  West, as Next Friend of B.N, a minor (243705)  **Address**  324 Tumblebroook St.  Slidell, LA 70461

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Carrie  West  (243703)  **Address**  324 Tumblebrook Street  Slidell, LA 70461

**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## Nadine Ratcliff, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7815

**Plaintiff** Denise West (243702)    **Address** 324 Tumblebrook St. Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Joyce Mitchell, as Next Friend of A.J, a minor (247399)    **Address** 2115 Clio St. New Orleans, LA 70113

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Joyce Mitchell, as Next Friend of W.J, a minor (247400)    **Address** 2115 Clio St. New Orleans, LA 70113

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Joyce Mitchell, as Next Friend of D.J, a minor (247401)    **Address** 2115 Clio St. New Orleans, LA 70113

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Joyce Mitchell (247402)              **Address**  2115 Clio   New Orleans , LA 70113

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Joyce Mitchell, as Next Friend of A.J, a minor (247506)       **Address**  2115 Clio St.  New Orleans, LA 70113

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company