## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

1619

**Plaintiff**  George Jones (243700)                **Address**  2400 Pauline St.   New Orleans , LA 70117

**Defendants**
   Monaco Coach Corporation
   Shaw Environmental, Inc
   American International Specialty Lines
   Insurance Company of the State of PA
   Lexington Insurance Company

**Plaintiff**  Princess Ruiz (224117)                **Address**  1421 Delacroix Hwy  St. Bernard, LA 70085

**Defendants**
   Monaco Coach Corporation
   Shaw Environmental, Inc
   American International Specialty Lines
   Insurance Company of the State of PA
   Lexington Insurance Company

**Plaintiff**  Iriyell Ruffin, as Next Friend of C.R, a minor (226811)   **Address**  900 Lockheed   New Orleans , LA 70062

**Defendants**
   Monaco Coach Corporation
   Shaw Environmental, Inc
   American International Specialty Lines
   Insurance Company of the State of PA
   Lexington Insurance Company

**Plaintiff**  Brittany Collier (237949)             **Address**  900 Lockheed Drive   New Orleans , LA 70119

**Defendants**
   Monaco Coach Corporation
   Shaw Environmental, Inc
   American International Specialty Lines
   Insurance Company of the State of PA
   Lexington Insurance Company

PLAINTIFF'S EXHIBIT
5

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Troy Tobias (242956)  **Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Debra Tobias (242855)  **Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Allsee Tobias (242958)  **Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Angelo Albers (242840)  **Address** 4142 W Louisiana State Dr  Kenner, LA 70065

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Ceola Martin (242804)   **Address** 38 La Barre Place  Jefferson, LA 70121

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Anthony Albers (245797)   **Address** 4142 W Louisiana State Dr  Kenner, LA 70065

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Ronnie Walker (246674)   **Address** 38 La Barre Place  Jefferson , LA 70121

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Angelo Albers, as Next Friend of J.A, a minor (250648)   **Address** 4142 W Louisiana State Dr  Kenner, LA 70065

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  Angelo Albers (251581)          **Address**  4142 W Louisiana State Dr  Kenner, LA 70063

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Casey Brown (199956)          **Address**  2116 Bayou Rd.   St. Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Harrison Triggs (244585)          **Address**  62191 N 11th St.  Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Dawine Brown (244582)          **Address**  62191 N. 11th St.  Slidell, LA 70461

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  Rikita Alexander, as Next Friend of J. A, a minor (200220)　　**Address**  2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
　　Monaco Coach Corporation
　　Fluor Enterprises, Inc
　　American International Specialty Lines
　　Insurance Company of the State of PA
　　Lexington Insurance Company

**Plaintiff**  Rikita Alexander (200223)　　**Address**  2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
　　Monaco Coach Corporation
　　Fluor Enterprises, Inc
　　American International Specialty Lines
　　Insurance Company of the State of PA
　　Lexington Insurance Company

**Plaintiff**  Rikita Alexander, as Next Friend of D. T, a minor (200300)　　**Address**  2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
　　Monaco Coach Corporation
　　Fluor Enterprises, Inc
　　American International Specialty Lines
　　Insurance Company of the State of PA
　　Lexington Insurance Company

**Plaintiff**  Rikita Alexander, as Next Friend of M. T, a minor (200316)　　**Address**  2 Summerton Dr. #384  St. Rose, LA 70087

**Defendants**
　　Monaco Coach Corporation
　　Fluor Enterprises, Inc
　　American International Specialty Lines
　　Insurance Company of the State of PA
　　Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Christopher Bailey (216291)     **Address** 2408 Marcelle Dr. Chalmette, LA 70043

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Salvadone Duhe (223653)     **Address** 2201 Guillout Saint Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Danielle Smith (243576)     **Address** 5736 Florien Road Slidell, LA 70460

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Gayle Smith (243577)     **Address** 5736 Florien Road Slidell, LA 70460

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  Gayle Smith, as Next Friend of A.S, a minor (243578)  **Address** 57365 Florien Road  Sllidell, LA 70460

**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Teddy Young (251499)  **Address** 5200 Foresst Park LN  New Orleans, LA 70131

**Defendants**
    Monaco Coach Corporation
    CH2M Hill Constructors, Inc.
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Rhonda Brown (199816)  **Address** 2116 Bayou Road  St. Bernard, LA 70085

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Sherry  Johnson (199951)  **Address** 2112 Bayou Road  St. Bernard, LA 70085

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** James Brown (199971)   **Address** 2116 Bayou Rd. St. Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Murray Latapie (223886)   **Address** 1329 Green Avenue Saint Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Shannon Latapie (223887)   **Address** 1329 Green Avenue Saint Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Angelique Mackles (223932)   **Address** 2201 Gillout Saint Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff** Jeri Hooper (226306)  **Address** 2420 Highland Dr.  Violet, LA 70092

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company