# 6

## Patricia Engeseth, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-2204

1749

**Plaintiff** Patricia Engeseth (238871)   **Address** 160 Medley Lane  Slidell, LA 70461

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

PLAINTIFF'S
EXHIBIT
6