## Terrence Butler, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-2265

1806

**Plaintiff** Terrence Butler (199858)          **Address** 1400 Annuciation St Apt 1119 New Orleans, LA 70130

**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Terry Butler (199859)             **Address** 1400 Annuciation St Apt 1119 New Orleans, LA 70130

**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Dion Blanchard (200062)           **Address** 3417 Uperline St. New Orleans , LA 70119

**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Leisha Blanchard (200063)         **Address** 3417 Upper line St. New Orleans, LA 70119

**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Raymond Blanchard (200064)        **Address** 3417 Upperline St. New Orleans, LA 70119

**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Markevia Blunt (200065)           **Address** 3251 Wall Blvd # 3403 Gretna, LA 70056

**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Barbara Respert (200641)          **Address** 5526 Pasteur blvd New Orleans, LA 70122

**Defendants**
Monaco Coach Corporation

PLAINTIFF'S EXHIBIT
**7**

## Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-2265

**Plaintiff**  Karen Noflift (200958)  **Address**  2521 Acacia St.  New Orleans, LA 70122

**Defendants**
Monaco Coach Corporation

**Plaintiff**  Tiffany James (201435)  **Address**  4638 Laura St.  New Orleans, LA 70115

**Defendants**
Monaco Coach Corporation

**Plaintiff**  Jonathan Early (201872)  **Address**  5526 Pasteur Blvd   New Orleans , LA 70122

**Defendants**
Monaco Coach Corporation

**Plaintiff**  Dwayne Carter (202232)  **Address**  2521 Acacia St.  New Orleans, LA 70122

**Defendants**
Monaco Coach Corporation

**Plaintiff**  Joseph Woods (202619)  **Address**  5526 Pasteur Blvd Lot C  New Orleans , LA 70122

**Defendants**
Monaco Coach Corporation

**Plaintiff**  Shannon Duncan (205585)  **Address**  3218 Upperline   New Orleans, LA 70119

**Defendants**
Monaco Coach Corporation

**Plaintiff**  John Duncan (205586)  **Address**  3218 Upperline   New Orleans, LA 70112

**Defendants**
Monaco Coach Corporation

**Plaintiff**  Freddie Duncan (205587)  **Address**  3218 Upperline St.  New Orleans , LA 70112

**Defendants**
Monaco Coach Corporation

## Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-2265

**Plaintiff**  Ether Duncan (205588)         **Address**  3218 Upperline St  New Orleans , LA 70119

**Defendants**
  Monaco Coach Corporation

**Plaintiff**  Adam Washington (205635)      **Address**  668 Killna Dr.  Killona, LA 70057

**Defendants**
  Monaco Coach Corporation

**Plaintiff**  Marilyn Washington (205636)   **Address**  688 Killona Dr.  Killona, LA 70057

**Defendants**
  Monaco Coach Corporation

**Plaintiff**  George Williams (205644)      **Address**  1510 Newton St.  New Orleans, LA 70114

**Defendants**
  Monaco Coach Corporation

**Plaintiff**  James Bazile (205667)         **Address**  1510 Newton St.  New Orleans, LA 70174

**Defendants**
  Monaco Coach Corporation

**Plaintiff**  Leroy Coleman (212816)        **Address**  1108 Paul Fredrick  Luling, LA 70070

**Defendants**
  Monaco Coach Corporation

**Plaintiff**  Velma Bell (213514)           **Address**  152 Noth St.  Slidell, LA 70460

**Defendants**
  Monaco Coach Corporation

**Plaintiff**  Linda Baker (216294)          **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
  Monaco Coach Corporation

## Terrence Butler, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-2265

| | | |
|---|---|---|
| **Plaintiff** | Linda Baker, as Next Friend of S.B, a minor (216299) | **Address** 3000 Touro St. New Orleans, LA 70122 |
| **Defendants** | Monaco Coach Corporation | |
| **Plaintiff** | Rachel Johnson (216624) | **Address** 1920 Washington Street New Orleans, LA 70119 |
| **Defendants** | Monaco Coach Corporation | |
| **Plaintiff** | Becky Cook (225948) | **Address** 8437 Fairfax Chalmette, LA 70043 |
| **Defendants** | Monaco Coach Corporation | |
| **Plaintiff** | Patricia Engeseth, as Next Friend of E. E, a minor (239168) | **Address** 160 Medley Lane Slidell, LA 70461 |
| **Defendants** | Monaco Coach Corporation | |
| **Plaintiff** | Erika Engeseth, as Next Friend of A.E, a minor (239189) | **Address** 160 Medley Lane Slidell, LA 70461 |
| **Defendants** | Monaco Coach Corporation | |
| **Plaintiff** | Frank Cavallino (239193) | **Address** 160 Medley Slidell, LA 70461 |
| **Defendants** | Monaco Coach Corporation | |
| **Plaintiff** | Erika Engeseth (239641) | **Address** 160 Medley Lane Slidell, LA 70461 |
| **Defendants** | Monaco Coach Corporation | |
| **Plaintiff** | Lori Engeseth (239715) | **Address** 160 Medley Lane Slidell, LA 70461 |
| **Defendants** | Monaco Coach Corporation | |

Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-2265

**Plaintiff** Erik Engeseth (239794)     **Address** 160 Medley Lane   Slidell, LA 70461

**Defendants**
Monaco Coach Corporation

**Plaintiff** Keyshawn Brown, as Next Friend of J. B, a minor (241831)     **Address** 62191 N 11th St.   Slidell, LA 70461

**Defendants**
Monaco Coach Corporation