## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

910

**Plaintiff**  Earl Ralleigh (203563)    **Address**  109 west North st.  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff**  Guardian  of Margaret Nevels , as Representative of the Estate of Margaret Nevels, deceased (205755)    **Address**  205 Dorries St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff**  Ernest Jones (224828)    **Address**  2400 Pauline St.  Ruston, LA 71270

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

PLAINTIFF'S EXHIBIT 8

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff** Amy Lowrey (226485)   **Address** 4250 Blount Rd. # 106  Baton Rouge, LA 70806

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** Justin Lowrey (226487)   **Address** 4250 Blount Rd. #106  Baton Rouge, LA 70806

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** John Washington (216071)   **Address** 204 S Howard Avenue  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## Earl Ralleigh, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-4727

**Plaintiff**  Nathalie Raybon, as Next Friend of T. R, a minor (224088)  **Address** 16 Prather  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Nathalie Natividad-Raybon (223997)  **Address** 16 Prather  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

**Plaintiff**  Sammy Raybon (224087)  **Address** 16 Prather Lane  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.

Earl Ralleigh, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-4727

**Plaintiff**  Wilson Raybon (226765)    **Address**  16 Prather Ln.  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company
- Shaw Environmental, Inc
- Fluor Enterprises, Inc
- CH2M Hill Constructors, Inc.