## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

1258

**Plaintiff**  Derrick Populus (210292)          **Address**  6145 7th Ave.  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Frances Goins (212886)          **Address**  3531 Sherlawn Dr.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  James Gaston (226159)          **Address**  6299 Hwy. 612  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Nathan Mai (223945)          **Address**  7504 Marathon Drive  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

PLAINTIFF'S
EXHIBIT
**9**

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Jerry  McDaniel  (230038)                    **Address**  4520 Dimilico Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Laurie  McDaniel  (230039)                    **Address**  4520 Dimilico Street  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  LaShanda Taylor, as Next Friend of J.        **Address**  124 Race Track Lane  Greensburg, LA 70441
R, a minor (220407)

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Lisa McIntyre, as Next Friend of K.H, a       **Address**  8045 Maple Street  Bay St. Louis, MS 39520
minor (207015)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Cindy Ladner, as Next Friend of J.F, a minor (205843)  **Address** 5547 Lower Bay Road  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Danny  Murphy  (230105)  **Address** 2310 Fulton Ave  Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Alicia Burton (209897)  **Address** 6030 Pine Street  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Angela Burton (209898)  **Address** 6030 Pine Street  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Jennifer Avery, as Next Friend of T.A, a minor (211829)  **Address** 6046 Madison Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Phyllis Johnson, as Representative of the Estate of Maggie Addison, deceased (216267)  **Address** 204 S. Howard Avenue  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Thomas Brooks (225010)  **Address** 4002 South Shore Dr.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  John Brooks (225011)                    **Address**  4002 South Shore Dr  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>            Monaco Coach Corporation
>            CH2M Hill Constructors, Inc.
>            Bechtel National, Inc
>            American International Specialty Lines
>            Insurance Company of the State of PA
>            Lexington Insurance Company

---

**Plaintiff**  November Wallace, as Next Friend of        **Address**  1142 Yellow Jacket Blvd #71  Gautier, MS 39553
M.B, a minor (229392)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>            Monaco Coach Corporation
>            CH2M Hill Constructors, Inc.
>            Bechtel National, Inc
>            American International Specialty Lines
>            Insurance Company of the State of PA
>            Lexington Insurance Company

---

**Plaintiff**  David Crittenden (207664)                **Address**  18980 Hwy 43  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>            Monaco Coach Corporation
>            CH2M Hill Constructors, Inc.
>            Bechtel National, Inc
>            American International Specialty Lines
>            Insurance Company of the State of PA
>            Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Dianne Burton (209900)　　　　**Address** 6030 Pine Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Monaco Coach Corporation
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc
　　　　American International Specialty Lines
　　　　Insurance Company of the State of PA
　　　　Lexington Insurance Company

**Plaintiff**  Charles Burton (209904)　　　　**Address** 6030 Pine Street  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Monaco Coach Corporation
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc
　　　　American International Specialty Lines
　　　　Insurance Company of the State of PA
　　　　Lexington Insurance Company

**Plaintiff**  Monica Deluca, as Next Friend of C.D,　　**Address** 4919 Miller Rd.  Moss Point, MS 39563
a minor (210907)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Monaco Coach Corporation
　　　　Bechtel National, Inc
　　　　American International Specialty Lines
　　　　Insurance Company of the State of PA
　　　　Lexington Insurance Company

**Plaintiff**  Naketia Crawford (225975)　　　　**Address** 21 Nolley rd  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
　　　　Monaco Coach Corporation
　　　　CH2M Hill Constructors, Inc.
　　　　Bechtel National, Inc
　　　　American International Specialty Lines
　　　　Insurance Company of the State of PA
　　　　Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Ray Crawford (225976)                **Address**  21 Holly  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Ruthie Crawford (225977)                **Address**  21 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Jonathon Butler (229498)                **Address**  1045 Camp Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Renell Butler (229499)                **Address**  1045 Camp Ave.  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Brennan  Dunklin  (235430)          **Address**  644 Union St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Lisa  Dunklin  (235431)          **Address**  644 Union St  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Louis Dunklin (237244)          **Address**  644 Union Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Johnathan Harvey (201642)          **Address**  75 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Joanna Edwards (201876)                    **Address** 75 Holly Circle  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** Andrew Esteve (222493)                    **Address** 8096 Clermont Ave  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** Teresa Esteve, as Next Friend of C.E, a minor (222494)          **Address** 8096 Clermont Ave  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** John Haynen (222516)                    **Address** 8096 Clermont Ave  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Pamela Freeman, as Next Friend of K. F, a minor (226146)          **Address** 12455 Hartige Dr  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Patricia Hardman (226238)          **Address** 513 Gladstone St.   Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Christine Hardison (237291)          **Address** 2012 Greater Ave  Biloxi, MS 39531

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Timothy Lawrence (205935)          **Address** 8721 Birch Avenue  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Christine Lawrence (205955)          **Address**  8721 Birch Ave.  Ocean Spring , MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Monaco Coach Corporation

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

      American International Specialty Lines

      Insurance Company of the State of PA

      Lexington Insurance Company

---

**Plaintiff**  Rebecca Humphrey, as Next Friend of S.H, a minor (206001)          **Address**  9354 Three Rivers Rd  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Monaco Coach Corporation

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

      American International Specialty Lines

      Insurance Company of the State of PA

      Lexington Insurance Company

---

**Plaintiff**  Rebecca Humphrey, as Next Friend of L.H, a minor (206003)          **Address**  9354 Three Rivers Rd  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Monaco Coach Corporation

      CH2M Hill Constructors, Inc.

      Bechtel National, Inc

      American International Specialty Lines

      Insurance Company of the State of PA

      Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Patrick Humphrey (206009)                    **Address** 9354 Three Rivers Rd  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Jennifer Avery, as Next Friend of B.H,          **Address** 6046 W. Madison Street  Bay St. Louis, MS
a minor (212473)                                                              39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Nora Lafontaine (213943)                    **Address** 27588 E. Lake Cypress Drive  Perkinston, MS
                                                                              39573

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7093

**Plaintiff** Johnny Lenore (215745)                 **Address** 1210 Kings way Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Joellen  Jarrell, as Next Friend of D.J, a minor (229890)                 **Address** 3307 Douglas Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Joellen Jarrell (229892)                 **Address** 3307 Douglas  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Trina Kidd, as Next Friend of J.K, a minor (229944)                 **Address** 215 Clarence Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Monalisa Landry (237393)          **Address**  7221 Rose Farm Rd  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Dewey Landry (237394)          **Address**  7221 Rose Farm Rd  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Janice Magee (215768)          **Address**  1210 Kingsway Drive  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Mark Massey (215783)          **Address**  1210 Kings way Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Janice Magee, as Next Friend of A.M, a minor (215831)   **Address** 1210 Kingsway Drive  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Jordan  Lizana  (230010)   **Address** 215 Clarence Ave  Pass Christian, MS 39571

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Jerry  McDaniel, as Next Friend of C. M, a minor (230037)   **Address** 2512 Shelby Lane  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Daniel  Murphy  (230104)   **Address** 2310 fulton Ave.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Dawn  Murphy (230106)          **Address**  2310 fulton Ave  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Carolyn  Narvel  (230108)          **Address**  1402 East Dupont Ave  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Yen Nguyen (238014)          **Address**  166 Clif Mitchell Rd Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Truong Nguyen (238015)          **Address**  166 Cliff Mitchell Rd Lot 39  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Linda Nguyen (238016)                **Address**  166 Cliff Mitchell Rd Lot 39  Picayune, MS
39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Dawn Scones, as Next Friend of A.S, a       **Address**  6311 W. Benton  Bay St. Louis, MS 39520
minor (206739)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Dawn Scones, as Next Friend of D.S, a       **Address**  6311 W. Benton  Bay St. Louis, MS 39520
minor (206740)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Teresa Esteve, as Next Friend of J.P, a       **Address**  8096 Clermont Ave  Bay St. Louis, MS 39520
minor (222569)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Lillie Penton (226693)          **Address** 23 Joseph Penton Road  Carriere, MS 39426

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

---

**Plaintiff** Patra Malone, as Next Friend of C.R, a          **Address** 1824 Popps Ferry Rd Lot 95  Biloxi, MS 39532
minor (238649)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

---

**Plaintiff** Robert Peterson, as Next Friend of B.S,          **Address** 7021 Pine St.  Bay St. Louis, MS 39520
a minor (206660)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

---

**Plaintiff** Robert Peterson, as Next Friend of J.S,          **Address** 7021 Pine St.  Bay St. Louis, MS 39520
a minor (206661)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Robert Peterson, as Next Friend of K.S,    **Address**  7021 Pine St.  Bay St. Louis, MS 39520
a minor (206662)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Carol Vargas, as Next Friend of R.V, a    **Address**  8421 Birch Avenue  Ocean Springs, MS 39564
minor (211899)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Carol Vargas, as Next Friend of D.V, a    **Address**  8421 Birch Avenue  Ocean Springs, MS 39564
minor (211900)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Janice Magee, as Next Friend of C.S, a    **Address**  1210 Kingsway Drive  Picayune, MS 39466
minor (215967)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Dorothey Viverette (226996)          **Address**  5613 Arrowhead Dr.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  La'Jerrance Viverette (226997)          **Address**  5613 Arrowhead Dr  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  La'Terica Viverette (226998)          **Address**  5613 Arrowhead Dr.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Ronald Viverette (226999)          **Address**  5613 Arrowhead Dr.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Janice Magee, as Next Friend of A.W, a   **Address** 1210 Kingsway Drive  Picayune, MS 39466
minor (216080)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

**Plaintiff** Thomas Williams (227044)   **Address** 21 Holly Cir.  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

**Plaintiff** Shirley Williams (227060)   **Address** 21 Holly Circle  Gulfport , MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

**Plaintiff** Kerrie Wilkerson (233033)   **Address** 4111 Locksley Ave.  Pascagoula, MS 39581

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

**Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.**
Original Civil Action No.  09-7093

**Plaintiff**  Brittany Reynolds, as Next Friend of D.      **Address**  805 Spruce St  Waveland, MS 39576
B, a minor (214794)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      CH2M Hill Constructors, Inc.
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Spencer Clinton (214651)      **Address**  Valin Ladner Rd  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      CH2M Hill Constructors, Inc.
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Chase  Garcia, as Next Friend of K.G, a      **Address**  7229 Hancock Dr.  Bay St. Louis, MS 39520
minor (206017)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      CH2M Hill Constructors, Inc.
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Anthony Fantroy (229692)      **Address**  3309 Detroit Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Reba Fantroy (229693)                    **Address**  3309 Detroit Ave.  Pascagoula, MS 39581

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Clyde Gros (238597)                    **Address**  19118 Clearwater Dr   Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Courtney  Necaise, as Next Friend of K.          **Address**  6017 Lower Bay Rd, Lot 12  Bay St. Louis, MS
N, a minor (206021)                                                      39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff**  Marissa Reynolds (214975)                    **Address**  Valin Ladner Rd.  Kiln, MS 39556

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> CH2M Hill Constructors, Inc.
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Crystal Willis (227065)                     **Address**  209 Hart St.  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Francesca Isaac, as Representative of      **Address**  11067 Blunt Road  Baton Rouge, LA 70807
the Estate of Yolanda Isaac, deceased
(239085)

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Shaw Environmental, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Shirley Jones (238939)                      **Address**  8544 Saint Landry  Gonzales, LA 70737

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Jessica  Lowrey (226486)                    **Address**  10810 Golden Ct. # M-3  Baton Rouge, LA 70806

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Shaw Environmental, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Shondi Bonner-Merwin (239136)          **Address**  91 Bridal Wood Drive  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

**Plaintiff**  Brenton Davis (229580)          **Address**  601 Martin Luther King Dr.  Poplarville, MS 39470

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

**Plaintiff**  Courtney Green (238607)          **Address**  3709 Meadowlark Dr  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

**Plaintiff**  Melissa Hardman (226237)          **Address**  513 Gladstone st  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff** Jamie Taylor, as Next Friend of I.H, a       **Address** 3709 Meadowlark Dr.  Gulfport, MS 39501
minor (238865)

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Latoya Huddleston (238809)       **Address** 2223 32nd Ave.  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Tabatha Huddleston (238857)       **Address** 223 32nd Ave.  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Patra Malone (238855)       **Address** 1824 Popps Ferry Rd, Lot #95  Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Valerie Malone (239627)              **Address**  1824 Poops Ferry Road #95  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Timothy McNeal (238856)              **Address**  2223 32nd Ave.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Tabitha Huddleston, as Next Friend of    **Address**  2223 32nd Ave   Gulfport, MS 39501
S.R, a minor (239362)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Jennifer Stork (226932)              **Address**  4525 Veterans St.  Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7093

**Plaintiff**  Jamie Taylor (239599)                    **Address**  3709 Meadowlark Dr.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>      Monaco Coach Corporation
>      Bechtel National, Inc
>      American International Specialty Lines
>      Insurance Company of the State of PA
>      Lexington Insurance Company

---

**Plaintiff**  David Tyree (239405)                    **Address**  11320 Ceasar Neceise Road   Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>      Monaco Coach Corporation
>      CH2M Hill Constructors, Inc.
>      American International Specialty Lines
>      Insurance Company of the State of PA
>      Lexington Insurance Company

---

**Plaintiff**  Carolyn Warren (238660)                    **Address**  3709 Meadow Lark Dr.  Gulfport , MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>      Monaco Coach Corporation
>      Bechtel National, Inc
>      American International Specialty Lines
>      Insurance Company of the State of PA
>      Lexington Insurance Company

---

**Plaintiff**  Ka'Wanna Hawthorne (201648)                    **Address**  100 Elm Court  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>      Monaco Coach Corporation
>      Bechtel National, Inc
>      American International Specialty Lines
>      Insurance Company of the State of PA
>      Lexington Insurance Company