## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

1344

**Plaintiff** Rose Acker (208855) **Address** 6100 6th Ave Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Walter Acker (208857) **Address** 6100 6th Ave Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Thomas Adams (214704) **Address** 11551 Gay Circle D'Iberville, MS 39540

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Wendy Caspolich (205109) **Address** 7058 Road 137 Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

PLAINTIFF'S
EXHIBIT
10

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Derrick Barnes (199993) **Address** 110 Elm Court Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Mattie Bradley, as Representative of the Estate of Gene Bradley, deceased (209352) **Address** 23098 Freddie Frank Road Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Mattie Bradley (209039) **Address** 23098 Freddie Frank Road Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Norvell Breland (215463) **Address** 112 Greenview Drive Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Jennifer Brown (215470) **Address** 610 Palm Street Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Joel Brown (215471) **Address** 610 Palm St. Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Craig Cameron (211796) **Address** 316 Hargett St. Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Shanna Clinton (214650) **Address** 1893 Valin Lander Rd Kiln , MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Lazanna Dahl (205372) **Address** 7229 Hancock Dr. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** Tiarra Dedeaux, as Next Friend of K.D, a minor (202126) **Address** 5165 Menge Ave Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** Kiarra Dedeaux (202127) **Address** 23098 Five Star Trailer Park Freddie Frank Rd. Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** Tiarra Dedeaux (202129) **Address** 5165 Menge Ave Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Veronica Mcinnis, as Next Friend of Z. d, a minor (202960) **Address** 3405 Chicago St. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Evelyn Dupree (202034) **Address** 5503 Telephone Rd. Lot 4A Pascagoula, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Jerry Dupree (202035) **Address** 5503 Telephone Rd. Pascagoula, MS 39567

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Patricia Fairley (209782) **Address** 6041 10th Ave. Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Eunice Gary (201829) **Address** 110 Elm Court Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** jay green (212890) **Address** 4275 39th St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** George Griffith (203027) **Address** 260 Howard Ave #5 Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Marion Hamilton (201768) **Address** 23098 Freddie Frank Rd. Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Robert Hamilton (201771) **Address** 23098 Freddie Frank Rd. Pass Christian, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Amber Musser, as Next Friend of B.H, a minor (213956) **Address** 9051 Persimmons Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Amber Hust, as Next Friend of B.H, a minor (213957) **Address** 9051 Persimmon Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Amber Musser, as Next Friend of B.H, a minor (213954) **Address** 9051 Persimmon Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Amber Musser, as Next Friend of B.H, a minor (213955) **Address** 9051 Persimmon Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Tenesa Jackson (211046) **Address** 16135 10th Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Cecil Johnston (207059) **Address** 303 Ballentine St Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Wayne Johnston (207060) **Address** 303 Ballentine Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Cornelius Lafontaine (209280) **Address** 3552 Bud Ladner Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Edriner Landry (203491) **Address** 109 West N. Th Natchotiches, MS 39571

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Freddie Lee (209621) **Address** 6041 10th Ave. Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Theresa Markum (213546) **Address** 9007 Kiln Waveland road Lot 12 Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Veronica McInnis (203158) **Address** 4457 Popps Ferry Rd Lot 213 Biloxi, MS 39532

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Rebecca McWilliams (209580) **Address** 5050 Spiers Drive Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Rita McWilliams (209581) **Address** 5050 Spiers Drive Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Mandy Mollohan, as Next Friend of E. M, a minor (207788) **Address** 10012 Quail Run Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** James Mollohan (207791) **Address** 10012 Quail Run Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Mandy Mollohan (207787) **Address** 10012 Quail Run Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Mandy Mollohan, as Next Friend of Z. M, a minor (207790) **Address** 10012 Quail Run Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Amber Musser-Hust (213953) **Address** 9051 Persimmons Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Margie Necaise (207674) **Address** 315 Old Spanish Trail Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Thomas Overby (214893) **Address** 806 Kyle Circle Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Channing Reynolds (214974) **Address** Valin Ladner Rd Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Terri Saucier, as Next Friend of N.S, a minor (203603) **Address** 160 Michael Drive Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Nick Saucier (203604) **Address** 160 Michael Drive Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Terri Saucier (203599) **Address** 160 Michael Drive Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Daphne Viverette, as Next Friend of J. S, a minor (212125) **Address** 5406 Winona Drive Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Evelyn Barnes, as Next Friend of A.S, a minor (200489) **Address** 110 Elm Ct. Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Joan Taylor (209064) **Address** 8164 Marshal St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Lashanda Taylor (220468) **Address** 125 Race Track Lane Greensburg, LA 70441

**Proposed Judicial District** Middle District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** William Taylor (209063) **Address** 8164 Marshal St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Anthelia Tomasich (205467) **Address** 5046 Gonges St. Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

## Rose Acker, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 09-7794

**Plaintiff** Carrie Williams (207792) **Address** 6234 W. Lamar Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Carrie Williams, as Next Friend of L. W, a minor (207794) **Address** 6234 W. Lamar Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Helen Batey, as Representative of the Estate of Robert Williams, deceased (202579) **Address** 2418 Camino Garnde Gautier, MS 39553

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Carrie Williams, as Next Friend of W. W, a minor (207793) **Address** 6234 W. Lamar Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---