## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

1410

**Plaintiff**  Yasieka Hawthorne (201649)          **Address**  110 Elm Court  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

---

**Plaintiff**  Nadine Ratcliff (200787)          **Address**  7185 Greenwell St. Lot #37  Baton Rouge , LA 70816

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

      Monaco Coach Corporation
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

---

**Plaintiff**  Nadine Ratcliff, as Next Friend of S.R, a minor (200788)          **Address**  7185 Greenwell  Sg Lot # 37  Baton Rouge , LA 70892

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

      Monaco Coach Corporation
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

---

PLAINTIFF'S EXHIBIT

**11**

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Robert Golon (205753)                **Address**  205 Dorries St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Kenneth Schmaltz (211001)          **Address**  6360 Hwy 604  Pearlington, MS 39572

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Thanh Doan (213368)               **Address**  391 Main Street  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Lashanda Taylor, as Next Friend of P.    **Address**  125 Race Track Lane  Greensburg, LA 70441
T, a minor (220470)

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Teresa Esteve (222495)               **Address** 8096 Clermont Ave  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Monaco Coach Corporation
       CH2M Hill Constructors, Inc.
       Bechtel National, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

**Plaintiff** Annie Thomas (224183)               **Address** 204 Hart St  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Monaco Coach Corporation
       Bechtel National, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

**Plaintiff** Rose Thomas (224188)               **Address** 204 Hart St  Waveland, MS 39576

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Monaco Coach Corporation
       Bechtel National, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

**Plaintiff** Angela Ellis (224470)               **Address** 2412 23rd St  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
       Monaco Coach Corporation
       Bechtel National, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Linda House (224569)                    **Address**  2412 23rd Street  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

**Plaintiff**  Linda/Genetha House, as Next Friend      **Address**  2412 23rd Street  Gulfport, MS 39501
of R.H, a minor (224570)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

**Plaintiff**  Carla Blue, as Next Friend of C.B, a       **Address**  615 East 5th St  Picayune, MS 39466
minor (225821)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

**Plaintiff**  Dustin Dotilla (226067)                   **Address**  12455 N. Oak Lawn Lane  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Jordan Kelley (226387)          **Address** 10810 Golden Court. # M-3   Baton Rouge, LA 70806

**Proposed Judicial District** Middle District of Louisiana

**Defendants**
>Monaco Coach Corporation
>Shaw Environmental, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

**Plaintiff** Lisa Davis, as Next Friend of J.D, a minor (229583)          **Address** 601 Martin Luther King Dr.  Poplarville, MS 39470

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

**Plaintiff** Della Dardar (238477)          **Address** 667 Old Spanish Trail, Lot 10  Bay St. Louis, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

**Plaintiff** Shondi Bonner-Merwin, as Next Friend of G.S, a minor (239364)          **Address** 25140 Karley Dr  Picayune, MS 39466

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Lakenia Magee (239757)                    **Address**  1210 Kingsway Dr.  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           CH2M Hill Constructors, Inc.
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

---

**Plaintiff**  Tonya McNeal, as Next Friend of T.M,     **Address**  24255 Thomas Lawton Rd  Saucier, MS 39574
a minor (240225)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

---

**Plaintiff**  Tonya  McNeal (240226)                    **Address**  24255 Thomas Lawton Rd  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

---

**Plaintiff**  Joseph Foster (241882)                    **Address**  324 Lee St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>           Monaco Coach Corporation
>           Bechtel National, Inc
>           American International Specialty Lines
>           Insurance Company of the State of PA
>           Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Joseph Foster, as Next Friend of A.F, a     **Address** 324 Lee St.  Biloxi, MS 39530
minor (241881)

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Michelle Harp (241954)     **Address** 324 Lee St.  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Robert Williams (241983)     **Address** 2418 Camino Garnle   Gautier , MS 39553

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Brenda Holden (242010)     **Address** Golden Courts, Blount Road  Baton Rouge, LA
70802

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**

      Monaco Coach Corporation
      Shaw Environmental, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Wesley Kaho (242828)                    **Address**  3709 Meadow Lark Dr.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>  Monaco Coach Corporation
>  Bechtel National, Inc
>  American International Specialty Lines
>  Insurance Company of the State of PA
>  Lexington Insurance Company

---

**Plaintiff**  James Taylor (243131)                    **Address**  3709 Meadowlark Dr.   Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>  Monaco Coach Corporation
>  Bechtel National, Inc
>  American International Specialty Lines
>  Insurance Company of the State of PA
>  Lexington Insurance Company

---

**Plaintiff**  Larry Wells (243326)                    **Address**  4412 Rabby Street  Escatawpa, MS 39552

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>  Monaco Coach Corporation
>  Bechtel National, Inc
>  American International Specialty Lines
>  Insurance Company of the State of PA
>  Lexington Insurance Company

---

**Plaintiff**  Beverly Wells (243327)                    **Address**  4412 Rabby   Escatapaw , MS 39552

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>  Monaco Coach Corporation
>  Bechtel National, Inc
>  American International Specialty Lines
>  Insurance Company of the State of PA
>  Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Victoria Cuevas (243562)　　　　　**Address**  25124 Cunningham   Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Carl Pope  (243553)　　　　　**Address**  25124 Cunningham Road  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Arnez  Proby  (243607)　　　　　**Address**  321 Heidenheim Ave.   Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Shannon  Griffin, as Next Friend of S.　**Address**  321 Heidenheim Ave.   Biloxi, MS 39530
G, a minor (243608)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Shannon Griffin, as Next Friend of S.G.,   **Address** 321 Heidenheim Ave.   Biloxi, MS 39530
a minor (243609)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Shannon Griffin (243610)   **Address** 321 Heidenheim Ave.   Biloxi, MS 39530

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Rekena Singleton (243657)   **Address** 205 Hibiscus Street  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Rekena Singleton, as Next Friend of R.   **Address** 205 Hibiscus Street  Waveland, MS 39576
W, a minor (243658)

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Helena  Orphey (244369)          **Address**  3012 Gen. Middleton St.   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  John  Orphey  (244367)          **Address**  3012 Gen. Middleton  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Helena Orphey, as Next Friend of C.O, a minor (244394)          **Address**  3012 Gen Middleton  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Toni  Fowlkes  (244378)          **Address**  7378 Driftwood Rd  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Toni  Fowlkes , as Next Friend of J.Y, a          **Address**  7378 Driftwood Rd.  Sulphur, LA 70665
minor (244408)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Iman Broussard (244534)          **Address**  615 N. Malcolm St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Shemica Mitchell, as Next Friend of J.          **Address**  1717 Simmons Street  Lake Charles , LA 70607
G, a minor (244660)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Byron Dixon (244752)          **Address**  1740 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff**  Ella Eaglin (245348)          **Address**  1740 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff**  Reynard Eaglin, as Next Friend of D.E,          **Address**  1740 6th Ave  Lake Charles , LA 70607
a minor (245347)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff**  Reynard Eaglin, as Next Friend of D.E,          **Address**  1740 6th Avenue  Lake Charles , LA 70607
a minor (245329)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Reynard Eaglin, as Next Friend of D.E,   **Address** 1740 6th Avenue  Lake Charles , LA 70607
a minor (245328)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Desiree Eaglin (245327)   **Address** 1740 6th Avenue  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** James Lyons (245315)   **Address** 2228 S. Burnside Ave.   Gonzales, LA 70737

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

---

**Plaintiff** Marguerite Lyons (245314)   **Address** 2228 S. Burnside Ave.  Vista  Mobile Park
Gonzales, LA 70737

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Reynard Eaglin (245350)          **Address**  1740 6th Ave  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Herman Westlund (245407)          **Address**  221 Chili Westlund Road  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Faye Toussand (245427)          **Address**  6675 Hwy. 90 E Lot 123  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Judy Trahan, as Next Friend of S.C, a minor (245639)          **Address**  1575 Hwy 109  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Sammie Gray (245662)                    **Address**  14478 Polk St.  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
        Monaco Coach Corporation
        Bechtel National, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff**  Ridley LeBlanc (245842)                    **Address**  6675 Hwy 90 E.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff**  Linda LeBlanc (245839)                    **Address**  6675 Hwy. 90 E. Lot 123  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff**  Markel LeBlanc (245859)                    **Address**  6675 Hwy 90 E. Lot 123  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Ridley LeBlanc (245863)          **Address**  6675 Hwy. 90 E. Lot 123  Lake Charles , LA
                                                              70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Sherique Weston (245935)          **Address**  8550 Gulf Hwy  Lot 52  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Yolanda Washington, as Next Friend of          **Address**  1714 Belden St.  Lake Charles , LA 70607
                G.W, a minor (246194)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Yolanda Washington (246193)          **Address**  1714 Belden St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Joy Washington (246192)　　　**Address** 1714 Belden St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

**Plaintiff** Yolanda Washington, as Next Friend of　**Address** 1714 Belden St.  Lake Charles , LA 70607
J.W, a minor (246191)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

**Plaintiff** Janet Gautreaux (246316)　　　**Address** 394 Burleson Rd  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

**Plaintiff** Paula Trahan (246675)　　　**Address** 2219 Hilary  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

　　　Monaco Coach Corporation
　　　Fluor Enterprises, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Guadalupe De La Rosa (246803)          **Address**  2293 King Hobbs Rd  Dry Creek, LA 70637

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Vicky De La Rosa (246750)          **Address**  2293 King Hobbs Rd.  Dry Creek, LA 70637

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Whitney Washington (247027)          **Address**  1714 Belden St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Whitney Washington, as Next Friend of     **Address**  1714 Belden St.  Lake Charles , LA 70607
M.D, a minor (247084)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Shemika Mitchell (247129)        **Address**  1717 N. Simmers   Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Veronica Hunt (247225)        **Address**  160 Kjerulff  Bell City, LA 70630

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Thomas Hunt (247226)        **Address**  160 Kjerulff  Bell City, LA 70630

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Stacy  Hunt, as Next Friend of J.H, a        **Address**  160 Kjerulff Rd.  Bell City, LA 70630
minor (247227)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Stacy Hunt (247228)                    **Address** 160 Kjerylff Rd  Bell City, LA 70630

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff** Roy Scott (247250)                    **Address** 1339 Pear St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff** Connie Scott (247251)                    **Address** 1339 Pear St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff** Sabrina Price (247333)                    **Address** 1714 Belden St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Everett Sanders (247398)          **Address**  166 Cliff Mitchell Rd. Lot 103  Nicholson, MS 39463

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Alex Mitchell (247417)          **Address**  1717 Simmons  St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Carolyn Jones (247489)          **Address**  166 Cliff Mitchell Road Lot 103  Nicholson , MS 39463

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Carolyn Jones, as Next Friend of L.J, a minor (247490)          **Address**  166 Cliff Mitchell Rd., Lot 103  Nicholson, MS 39463

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Carolyn Jones, as Next Friend of T.M, a minor (247501)   **Address** 166 Cliff Mitchell Rd., Lot 103  Nicholson, MS 39463

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Monaco Coach Corporation
>       Bechtel National, Inc
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

---

**Plaintiff** Jody Gautreaux (247584)   **Address** 394 Burleson  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>       Monaco Coach Corporation
>       Fluor Enterprises, Inc
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

---

**Plaintiff** Janae Gautreaux (247585)   **Address** 394 Burleson Road  Sulphur, LA 70665

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>       Monaco Coach Corporation
>       Fluor Enterprises, Inc
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

---

**Plaintiff** Terry Lankford (247622)   **Address** 1714 Belden St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>       Monaco Coach Corporation
>       Fluor Enterprises, Inc
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** David Trahan (247774)          **Address** 2219 Hilary  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Monaco Coach Corporation
>Fluor Enterprises, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

**Plaintiff** Mary Harding (247916)          **Address** 2009 Woodring St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Monaco Coach Corporation
>Fluor Enterprises, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

**Plaintiff** Julius Harding (247919)          **Address** 2009 Woodring St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>Monaco Coach Corporation
>Fluor Enterprises, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

**Plaintiff** George O'Neal (247961)          **Address** 25124 Cunningham Rd.  Saucier, MS 39574

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Shonda Mathews (247975)          **Address**  1500 Alton Pierce Rd Lot#76  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Shonda Mathews, as Next Friend of C. M, a minor (247976)          **Address**  1500 Alton Pierce Rd Lot 76  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Danny Mathews (247995)          **Address**  1500 Alton Pierce Rd Loy#76  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Elizabeth Barcomb, as Next Friend of C.B, a minor (248047)          **Address**  2228 8 Th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Angelo Guillory (248057)          **Address** 2228 8th St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Harold Price (248071)          **Address** 1714 Belden St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Ella Washington (248102)          **Address** 1714 Belden Street  lake Cahrles, LA 70601

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Sabrina Price, as Next Friend of W.P, a          **Address** 1714 Belden St.  Lake Charles , LA 70607
minor (248188)

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Shondi Bonner, as Next Friend of A.R.,   **Address**  25140 Karly Dr.   Picayune, MS 39466
a minor (248273)

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
       Monaco Coach Corporation
       Bechtel National, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

**Plaintiff**  Bradley Lemona (248447)   **Address**  14127 Payton Rd.   Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Monaco Coach Corporation
       Fluor Enterprises, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

**Plaintiff**  Diana Malbrough (248633)   **Address**  2006 Medora St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Monaco Coach Corporation
       Fluor Enterprises, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

**Plaintiff**  Krista Doty, as Next Friend of T.D, a   **Address**  6032 Perry Ln  Lake Charles , LA 70607
minor (248801)

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
       Monaco Coach Corporation
       Fluor Enterprises, Inc
       American International Specialty Lines
       Insurance Company of the State of PA
       Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Krista Doty (248802)          **Address**  6032 Perry Ln.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Krista Doty, as Next Friend of H.D, a          **Address**  6032 Perry Ln.  Lake Charles , LA 70607
minor (248803)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Charline Broussard (248852)          **Address**  615 N. Malcolm  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Elizabeth Guillory- Barcomb (248866)          **Address**  2228 8th St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Rose Brown (249341)                    **Address**  1714 Beldon Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff**  Shonique Malbrough (249363)            **Address**  2006 Medora St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff**  Denzel Lampkin (249392)                **Address**  2006 Medora  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff**  Kevin Berard (249468)                  **Address**  5869 Hwy. 14 Landry Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Shemica  Mitchell, as Next Friend of Z.    **Address** 1717 N. Simmons  Lake Charles , LA 70607
M, a minor (249471)

**Proposed Judicial District** Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Darrell Higginbotham (249538)    **Address** 5869 Landry Rd.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Thelma Hargrove (249687)    **Address** 1714 Belden St.  Lake Charles , LA 70607

**Proposed Judicial District** Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Elaine Smith (249698)    **Address** 669 Hwy. 3043   Opelousas, LA 70570

**Proposed Judicial District** Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Elaine Smith, as Next Friend of J.G, a       **Address**  669 Hwy. 3043  Opelousas, LA 70570
minor (249699)


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>       Monaco Coach Corporation
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Constructors, Inc.
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

**Plaintiff**  Elaine Smith, as Next Friend of M.G, a       **Address**  669 Hwy. 3043  Opelousas, LA 70570
minor (249700)


**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>       Monaco Coach Corporation
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Constructors, Inc.
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

**Plaintiff**  Willie Franklin (249791)       **Address**  755 Henry Baker Rd.  Centerville , MS 39631


**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
>       Monaco Coach Corporation
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Constructors, Inc.
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Martha Pullard (249807)        **Address**  1110 Truth   DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Pullard Hura (249809)        **Address**  1110 Truth St.  DeQuincy , LA 70633

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Libbie  Espree (249880)        **Address**  7001 Gulf Hwy.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Yollanda Lemonia (250398)        **Address**  14127 Payton Rd.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Diana Malbrough (250407)          **Address**  4249 5th Avenue Apt S-12 Lake Charles, LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Victoria Mitchell Johnson (250435)          **Address**  1717 Simmons St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Darrell Higginbotham (250299)          **Address**  5869 Landry Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff**  Daphne Higginbotham (250298)          **Address**  5869 Landry Rd  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Shaquille Malbrough (250408)          **Address**  2006 Medora St.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff**  Andre' Brown (250142)          **Address**  1714 Belden Street  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff**  Darrell Higginbotham, as Next Friend          **Address**  5869 Landry Rd.  Lake Charles , LA 70607
of B.H, a minor (250297)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

**Plaintiff**  Deon Sam (250502)          **Address**  14127 Payton Rd.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
>    Monaco Coach Corporation
>    Fluor Enterprises, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Jasmen Lyons (250406)          **Address**  2228 S. Burnside Ave. L  Gonzalez, LA 70737

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Yollonda Lemonia, as Next Friend of          **Address**  14127 Payton Road  Welsh , LA 70591
O.L, a minor (251007)

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Bradley Lemonia (251006)          **Address**  14127 Payton   Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff**  Deidrick Lyons (251019)          **Address**  14127 Payton Rd.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
      Monaco Coach Corporation
      Fluor Enterprises, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff** Elizabeth Guillory/Barcomb, as Next Friend of A.A, a minor (250655)   **Address** 2228 8th St  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Jameka Coates (250774)   **Address** 14127 Payton Rd  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Bradney Plyons (251147)   **Address** 14127 Payton Rd.  Welsh, LA 70591

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

**Plaintiff** Paige Culpepper (251497)   **Address** 1575 Hwy 109 South  Vinton , LA 70668

**Proposed Judicial District**  Western District of Louisiana

**Defendants**

Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  09-7815

**Plaintiff**  Judy Trahan (251490)          **Address**  1575 Hwy. 1095  Vinton , LA 70668


**Proposed Judicial District**  Western District of Louisiana

**Defendants**

    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company