## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

1619

**Plaintiff**  Francesca Isaac, as Next Friend of C.I, a minor (245013)  **Address**  11067 Blunt Road  Baton Rouge, LA 70807

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Francesca Isaac (245014)  **Address**  11067 Blunt Rd  Baton Rouge, LA 70807

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  James Richardson (220408)  **Address**  125 Race Track Lane  Greensburg, LA 70441

**Proposed Judicial District**  Middle District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  John Kent (239966)  **Address**  3600 Kaliste Salon Rd.  Lafayette, LA 70508

**Proposed Judicial District**  Western District of Louisiana

**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

PLAINTIFF'S EXHIBIT 12

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Megan Culpepper (244680)  **Address** 1575 Hwy 109 South Vinton, LA 70668

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** Bernell Gautreaux (246315)  **Address** 3948 Burleson Sulphur, LA 70665

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** Darrell Guillory (247080)  **Address** 2253 Ridgewood Dr Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** Joseph Guillory (248141)  **Address** 3416 W. Roosevelt Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Luther Keller (249991)  **Address** 2922 General Marshall  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** John Wilson (249999)  **Address** 2922 General Marshall  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Joyce Vlorie (250000)  **Address** 2922 General Marshall  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Howard Green (250007)  **Address** 8559 Gulf Hwy. P. O. Box U 3721  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
  Monaco Coach Corporation
  Fluor Enterprises, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff**  LaTrall January (249248)          **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  LaTosha January (250318)          **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Lakesha January (250317)          **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  John January (250315)          **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  Latrall January, as Next Friend of K.P, a minor (251127)  **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Victoria January (250935)  **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  Wendy January (250936)  **Address**  106 Miller Ave  Grand Chenier, LA 70643

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff**  James Trahan (247413)  **Address**  1026 Gulf Ln, #10  Sulphur, LA 70663

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
Monaco Coach Corporation
Fluor Enterprises, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  Cheryl Trahan (248591)  **Address**  100 Debra Ln. 18C &18D   Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Cheryl Trahan, as Next Friend of R.T, a minor (249504)  **Address**  100  Debra Lane, 20D  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Cheryl Trahan, as Next Friend of K.T, a minor (249548)  **Address**  100 Debra Ln. 20D  Cameron, LA 70631

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
> Monaco Coach Corporation
> Fluor Enterprises, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  Natasha Saucier (203602)  **Address**  160 Michael Dr  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  Kylie Kudrav, as Next Friend of A.K, a minor (226415)      **Address**  15461 Orleans Dr.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Daniel Kudrau (226416)      **Address**  15461 Orleans Dr.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Kylie Kudrau (226417)      **Address**  15461 Orleans Dr.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Kylie Kudrav, as Next Friend of R.O, a minor (226680)      **Address**  15461 Orleans Dr.  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff** Meagan McDaniel (230041)      **Address** 2512 Shelby Lane  Ocean Springs, MS 39564

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Brenda McLemore (251033)      **Address** 25124 Cunningham Rd  Saucier , MS 39574

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Steve Poyadou (226733)      **Address** 4193 Catalina St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff** Carrie Sprouse (210173)      **Address** 10012 Quail Run  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

| | |
|---|---|
| **Plaintiff**  William Green (226199) | **Address**  6277 HWY 612  Lucedale , MS 39452 |

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

| | |
|---|---|
| **Plaintiff**  Lazanna Dahl, as Next Friend of J.H, a minor (205207) | **Address**  7229 Hancock Dr.  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

| | |
|---|---|
| **Plaintiff**  Lazanna Dahl, as Next Friend of J.D, a minor (205371) | **Address**  6017 Lower Bay Road  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

| | |
|---|---|
| **Plaintiff**  Courtney Neciase (206016) | **Address**  6017 Lower Bay Rd, Lot 12  Bay St. Louis, MS 39520 |

**Proposed Judicial District**  Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Consuella Gillum (209808)  
**Address** 1107 Beach Blvd Buccaneer State Park Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** Harold Gillum (209809)  
**Address** 1107 Beach Blvd Buccaneer State Park Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** Consuella Gillum, as Next Friend of K. W, a minor (210060)  
**Address** 1107 Beach Blvd Buccaneer State Park Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff** Consuella Gillum, as Next Friend of O. W, a minor (210062)  
**Address** 1107 Beach Blvd Buccaneer State Park Waveland , MS 39576

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Shanna Clinton, as Next Friend of S.C, a minor (214652)  **Address** Valin Ladner Rd  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  CH2M Hill Constructors, Inc.
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

---

**Plaintiff** Brittany Reynolds (214973)  **Address** 805 Spruce St.  Waveland, MS 39576

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  CH2M Hill Constructors, Inc.
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

---

**Plaintiff** Jannie Jenkins, as Representative of the Estate of Earnest Jenkins, deceased (221514)  **Address** 4413 Tram Road  Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

---

**Plaintiff** Jacqueline Champeau (222310)  **Address** Valen Ladner Rd  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  CH2M Hill Constructors, Inc.
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff**  Raymond Garcia (223698)          **Address** 7329 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Kelly Mai (223893)          **Address** 7504 Marathon Drive  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Courtney Arceneaux (224327)          **Address** 7329 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff**  Courtney Arceneaux, as Next Friend of M.G, a minor (224328)          **Address** 7329 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## George Jones, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-1258

**Plaintiff** Courtney Arceneaux, as Next Friend of B.G, a minor (224329)  **Address** 7329 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Courtney Arceneaux, as Next Friend of C.G, a minor (224330)  **Address** 7329 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Courtney Arceneaux, as Next Friend of V.G, a minor (224331)  **Address** 7329 Tunica Street  Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Angela Ellis, as Next Friend of C.E, a minor (224471)  **Address** 3000 55th Avenue  Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  Angela Ellis, as Next Friend of K.E, a minor (224472)    **Address**  2412 23rd Street  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Angela Ellis, as Next Friend of B.E, a minor (224474)    **Address**  2412 23rd St  Gulfport, MS 39501

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Christopher Gaston (226158)    **Address**  6277 Hwy. 612  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

**Plaintiff**  Nicholas Gaston (226161)    **Address**  6277 Hwy. 612  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation
  Bechtel National, Inc
  American International Specialty Lines
  Insurance Company of the State of PA
  Lexington Insurance Company

## George Jones, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-1258

**Plaintiff**  James Gaston (226163)　　　**Address**  6277 Hwy 612  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff**  Theresa Gaston (226165)　　　**Address**  6277 Hwy. 612  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

---

**Plaintiff**  Wendy Gaston-Green (226167)　　　**Address**  6277 Hwy. 612  Lucedale, MS 39452

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company