## Patricia Engeseth, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-2204

1749

**Plaintiff** Joshua Ladner (208991)         **Address** 7152 Happy Trails  Kiln, MS 39556

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** Jeanine Glover (209811)         **Address** 17053 Cherry  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** Stephen Glover (209812)         **Address** 17053 Cherry Dr.  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** William Glover (209813)         **Address** 17053 Cherry  Pearlington, MS 39572

**Proposed Judicial District** Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

PLAINTIFF'S EXHIBIT 13

## Patricia Engeseth, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-2204

**Plaintiff** Monica Deluca, as Next Friend of G.D, a minor (210908)    **Address** 4919 Miller Rd. Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Richard Gates (216504)    **Address** 6115 E Benton Street Bay St. Louis, MS 39520

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Nita Dotilla, as Representative of the Estate of Thelma Dedeaux, deceased (226041)    **Address** 3901 16th St Gulfport, MS 39501

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Sherman Kyse, as Representative of the Estate of Prudayne Kyse, deceased (226418)    **Address** 5012 Bay Avenue Moss Point, MS 39563

**Proposed Judicial District** Southern District of Mississippi

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company