Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-2265

1806

**Plaintiff**  Justin Lassabe (208909)  **Address** 5008 Rail St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Sylvia Clark (208910)  **Address** 5008 Rail St.  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Jennifer Avery, as Next Friend of R.H, a minor (212475)  **Address** 6046 Madison Street  Bay St. Louis, MS 39520

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Joyce Rogers, as Next Friend of J.P, a minor (222338)  **Address** 362 Lameuse St  Biloxi, MS 39532

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Dennis Rogers (222340)  **Address** 362 Lameuse St  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Joyce Rogers (222341)  **Address** 362 Lameuse  Biloxi, MS 39530

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation

PLAINTIFF'S EXHIBIT
14

## Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-2265

**Plaintiff**  Wannetta Payne, as Next Friend of K. C, a minor (223597)  **Address** 9190 Sellers Place  Picayune, MS 39466

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation

---

**Plaintiff**  Brandon  Blevins (229413)  **Address** 4613 Burns St  Moss Point, MS 39568

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation

---

**Plaintiff**  Cindy Blevins (229415)  **Address** 4613 Burns St  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation

---

**Plaintiff**  Holly Blevins (229418)  **Address** 4613 Burns Street  Moss Point, MS 39563

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation

---

**Plaintiff**  Karen Blevins (229419)  **Address** 4613 Burns St  Moss Point, MS 39562

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
  Monaco Coach Corporation

---

**Plaintiff**  Yolanda Stewart (237498)  **Address** 1700 Groom Road, Apt V18  Baker, LA 70714

**Proposed Judicial District**  Middle District of Louisiana
**Defendants**
  Monaco Coach Corporation

## Terrence Butler, et. al. vs. Monaco Coach Corporation, et. al.
Original Civil Action No. 10-2265

**Plaintiff** Maineshia Arceneaux (245238)  **Address** 2335 Poplar St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Maineshia Arceneaux, as Next Friend of D.A, a minor (245239)  **Address** 2333 Poplar  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Latoya Stevens, as Next Friend of Q.B, a minor (245472)  **Address** 5869 Landry Road  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Sandra Stevens (245631)  **Address** 5869 Landry Rd.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Manesga Arceneaex, as Next Friend of A.A, a minor (246415)  **Address** 2333 Poplar St.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Monaco Coach Corporation

---

**Plaintiff** Shelia Berard (247719)  **Address** 5869 Landry Rd.  Lake Charles, LA 70607

**Proposed Judicial District** Western District of Louisiana
**Defendants**
Monaco Coach Corporation

## Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.
Original Civil Action No.  10-2265

**Plaintiff**  Quardale Berard (248001)   **Address**  5869 Landry Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Latoya Stevens (248002)   **Address**  5869 Landry Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Quardale Berard (248497)   **Address**  5869 Landry Road  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Manuel Berard (250683)   **Address**  5869 Landry Rd.  Lake Charles , LA 70607

**Proposed Judicial District**  Western District of Louisiana
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Angenette Grant, as Next Friend of L. B, a minor (223506)   **Address**  2012 Martin Bluff Rd  Gautier, MS 39553

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation

---

**Plaintiff**  Jerry  McDaniel, as Next Friend of L. M, a minor (230040)   **Address**  709 Enger St.   Pascagoula, MS 39567

**Proposed Judicial District**  Southern District of Mississippi
**Defendants**
    Monaco Coach Corporation