UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Chapman, et al v. Gulf Stream Coach, Inc., et al* | * | |
| C.A. No. 2:2009-cv-02220 | * | |
| All Plaintiffs | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF PARTIAL
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), all Plaintiffs hereby give notice of their dismissal of all claims made in this lawsuit against Defendant Morgan Building & Spas, Inc., without prejudice.  This does not affect any of the claims made by Plaintiffs in any other complaints in this MDL or with respect to any other Defendant in this lawsuit.

        Respectfully submitted:

        By: */s/ Peter K. Taaffe*
           Anthony G. Buzbee
           Texas Bar No. 24001820
           Peter K. Taaffe
           Texas Bar No. 24003029
           THE BUZBEE LAW FIRM
           600 Travis, Suite 7300
           Houston, Texas 77002
           Tel.:  (713) 223-5393
           Fax:  (713) 223-5909

           JOHN MUNOZ (#9830)
           GARNER & MUNOZ
           1010 Common Street, Suite 3000
           New Orleans, LA 70112-2411
           Tel: (504) 581-7070
           Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

            */s/ Peter K. Taaffe*
            Peter K. Taaffe