UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * | MDL NO. 1873  SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE: ENGLEHARD |
| *Cutrer, et al. v. Gulf Stream Coaches, et al.*  Docket No.: 2:10-cv-03554  Plaintiff: Cody Lawrence Cutrer | *  * | MAGISTRATE: CHASEZ |
| *Cutrer v. American International Group, et al.*  Docket No.: 2:10-cv-03690  Plaintiff: Cody Lawrence Cutrer | *  * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDERS 2 and 32 REGARDING PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, T-Mac, Inc. ("T-Mac") who moves this Honorable Court to dismiss the claims of Plaintiff, Cody Lawrence Cutrer, against T-Mac, Inc. for failure to comply with the terms of the Court's Pre-Trial Orders 2 and 32 regarding the submission of a plaintiff fact sheet.

The reasons for this motion are more fully set forth in the attached memorandum in support. Undersigned counsel has contacted Plaintiff's counsel regarding this motion, and Plaintiff's counsel has advised that he does not object to the dismissal of Cutrer's claims against T-Mac, Inc., but preserves all claims against all other persons or entities named in the above-referenced matters.

        Respectfully submitted,

        **DEGAN, BLANCHARD & NASH**

        */s/ Laura M. Mayes*
        SIDNEY W. DEGAN, III (#4804)
        JENNIFER S. KILPATRICK (#26510)
        LAURA M. MAYES (#32197)
        400 Poydras Street, Suite 2600
        New Orleans, LA 70130
        Tel: 504-529-3333   Fax: 504-529-3337
        E-Mail: lmayes@degan.com

        ***Attorneys for T-Mac, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 17th day of April, 2012.

        */s/ Laura M. Mayes*
        **LAURA M. MAYES**

L:\168\7024\Doc\03 Motion to Dismiss (Cutrer).doc

- 3 -

## CERTIFICATE OF CONFERENCE

As required by Pre-Trial Order 10, Paragraph 1, I hereby certify that I have conferred or made a reasonable attempt to confer, with all parties about the merits of this Motion, with the following results:  Plaintiff's counsel, Sidney Torres, does not oppose this Motion, but his client preserves all claims against all other persons or entities named in the above-referenced matters.

    */s/ Laura M. Mayes*
**LAURA M. MAYES**