UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE:  ENGLEHARD |
| | | |
| *Cutrer, et al. v. Gulf Stream Coaches, et al.* | * | MAGISTRATE:  CHASEZ |
| Docket No.: 2:10-cv-03554 | | |
| Plaintiff:  Cody Lawrence Cutrer | * | |
| | | |
| *Cutrer v. American International Group, et al.* | * | |
| Docket No.: 2:10-cv-03690 | | |
| Plaintiff:  Cody Lawrence Cutrer | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

**CONSIDERING THE FOREGOING** Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and No. 32 Regarding Plaintiff Fact Sheets;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and No. 32 Regarding Plaintiff Fact Sheets filed by T-Mac, Inc. is GRANTED, and Plaintiff's claims against T-Mac, Inc. only are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff, Cody Cutrer's, claims against all other persons or entities named in the above-referenced matters are preserved.

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                  _____
                                                  **JUDGE KURT D. ENGELHARDT**