# DEGAN, BLANCHARD & NASH
A PROFESSIONAL LAW CORPORATION
TEXACO CENTER
400 POYDRAS STREET, SUITE 2600
NEW ORLEANS, LOUISIANA 70130

LAURA M. MAYES

TELEPHONE (504) 529-3333
FACSIMILE (504) 529-3337
WRITER'S DIRECT E-MAIL
LMAYES@DEGAN.COM

January 26, 2011

David C. Jarrell, Esq.
Sidney D. Torres, III, Esq.
Roberta T. Burns, Esq.
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Re: **In Re: FEMA Trailer Formaldehyde Product Liability Litigation**
U.S. District Court for the Eastern District of Louisiana, MDL No. 1873, Section "N-4"
Our File No.: 168-7024

Dear Counsel:

Our office represents T-Mac, Inc. in the above-referenced litigation. In accordance with Pretrial Order No. 68, our office was notified that your office sought to amend the following Complaints for Damages to add T-Mac, Inc. as a defendant:

1. *Roxanne Rome-Cutrer, et al. v. American International Group, Inc.*
   Docket No. 10-3563
   (Plaintiff's Claim Originated in: *Tina A. Ladner, et al. v. Fleetwood Canada, Ltd., et al.*, MDL 1873, C.A. No. 09-4372)

2. *Cody Lawrence Cutrer, et al. v. American International Group, Inc.*
   Docket No. 10-3690
   (Plaintiff's Claim Originated in: *Jean Adams, et al. v. Fleetwood Canada Ltd., et al.*, MDL 1873, C.A. No. 09-4371)

3. *Joel Mims, et al. v. Gulf Stream Coach, Inc., et al.*
   Docket No. 10-3509
   (Plaintiff's Claim Originated in: *Chad W. Macalusa, et al. v. Gulf Stream Coach, Inc., et al.*, MDL 1873, C.A. No. 09-4666)

4. *Cody Lawrence Cutrer, et al. v. Gulf Stream Coach, Inc.*
   Docket No. 10-3554
   (Plaintiff's Claim Originated in: *Dorothy Sue Acosta, et al. v. Gulf Stream Coach Inc., et al.*, MDL 1873, C.A. 09-4661)


EXHIBIT A

David C. Jarrell, Esq.
Sidney D. Torres, III, Esq.
Roberta T. Burns, Esq.
January 26, 2011
Page 2

Upon review of these Complaints and the attached exhibits, we request some clarification as to the number of trailers allegedly delivered by T-Mac and the manufacturer of the trailers allegedly delivered. These multiple Complaints on behalf of the Cutrer family allege the delivery of two different manufacturer's trailers at two different locations as follows:

In the *Joel Mims, et al. v. Gulf Stream Coach, Inc., et al.* case, it is alleged that T-Mac delivered a Gulf Stream trailer to Roxanne Rome-Cutrer's residence located at 44 W. Carmack Street, Chalmette, Louisiana 70043 and the Delchamps Parking Lot, Meraux, Louisiana 70075.

In the *Cody Lawrence Cutrer, et al. v. Gulf Stream Coach, Inc.* case, it is alleged that T-Mac delivered a Gulf Stream trailer to a residence in Meraux, Louisiana and Chalmette, Louisiana 70043. Roxanne Rome-Cutrer is named as a plaintiff on behalf of Colton Lawrence Cutrer in this case.

In the *Roxanne Rome-Cutrer, et al. v. American International Group, Inc., et al.* case, it is alleged that T-Mac delivered a Fleetwood trailer to Roxanne Rome-Cutrer's residence located at 44 W. Carmack Street, Chalmette, Louisiana 70043 and the Delchamps Parking Lot, Meraux, Louisiana 70075.

In the *Cody Lawrence Cutrer, et al. v. American International Group, Inc., et al.* case, it is alleged that T-Mac delivered a Fleetwood trailer to 44 W. Carmack St., Chalmette, LA and Delchamps, Meraux, LA. Roxanne Rome-Cutrer is named as a plaintiff on behalf of Colton Lawrence Cutrer is this case.

Within fifteen days of receipt of this letter, we request that you please provide our office with a statement as to number of trailers allegedly delivered by T-Mac. We also request that you please provide our office with a statement as to the manufacturer of the trailer allegedly delivered to the 44 W. Carmack Street, Chalmette, Louisiana address and the manufacturer of the trailer allegedly delivered to the Delchamps Parking Lot, Meraux, Louisiana.

We also request that you please provide our office with copies of the applicable Plaintiff Fact Sheets prepared for Roxanne Rome-Cutrer, Cody Lawrence Cutrer, and Colton Lawrence Cutrer.

Should you have any questions concerning this request, please do not hesitate to contact our office. Thank you for your attention and courtesies in this matter.

David C. Jarrell, Esq.
Sidney D. Torres, III, Esq.
Roberta T. Burns, Esq.
January 26, 2011
Page 3

Sincerely,

**DEGAN, BLANCHARD & NASH**

*Laura Mayes*
Laura M. Mayes

SWD/LMM/
L:\168\7024\Cor\09 Sidney Torres.doc