**Laura Mayes**

| | |
|---|---|
| **From:** | Sean Landry |
| **Sent:** | Monday, January 23, 2012 4:44 PM |
| **To:** | Laura Mayes |
| **Subject:** | FW: Request for PFS-Brian Schultz, Roxanne Cutrer and Cody Cutrer |
| **Attachments:** | 2011-10-06 schultz, bryan sr. amd pfs_gulf stream.pdf; Gulfstream-rome, roxanne.PDF |

Sean P. Landry
Paralegal
Degan, Blanchard & Nash

**From:** Jessica Bastoe [mailto:jbastoe@torres-law.com]
**Sent:** Monday, January 23, 2012 4:42 PM
**To:** Sean Landry
**Cc:** Roberta Burns; Phyllis Michon
**Subject:** RE: Request for PFS-Brian Schultz, Roxanne Cutrer and Cody Cutrer

Sean

Please find the attached PFS's for Bryan Schultz and Roxanne Cutrer Rome. We do not have a PFS for Cody Cutrer.

Thank you,
Jessica

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Sean Landry [mailto:slandry@degan.com]
**Sent:** Monday, January 23, 2012 4:02 PM
**To:** Jessica Bastoe
**Subject:** RE: Request for PFS-Brian Schultz, Roxanne Cutrer and Cody Cutrer

4/17/2012

EXHIBIT
**B**

Jessica,

I am unsure of the manufacturer.  I am looking for whatever trailer was installed by T-Mac, Inc. if that helps.

Sean P. Landry
Paralegal
Degan, Blanchard & Nash

**From:** Jessica Bastoe [mailto:jbastoe@torres-law.com]
**Sent:** Monday, January 23, 2012 3:21 PM
**To:** slandry@degan.com
**Cc:** Roberta Burns; Phyllis Michon
**Subject:** Request for PFS-Brian Schultz, Roxanne Cutrer and Cody Cutrer

Sean:

Can you please tell me what manufacturer this is for, these clients stayed in a few different trailers and I want to make sure I send you the correct PFS?

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE:  INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.  This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed.  This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others.  Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments.  Thank you.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2114/4850 - Release Date: 03/04/12

4/17/2012