## DEGAN, BLANCHARD & NASH
A PROFESSIONAL LAW CORPORATION
TEXACO CENTER
400 POYDRAS STREET, SUITE 2600
NEW ORLEANS, LOUISIANA 70130

LAURA M. MAYES

TELEPHONE (504) 529-3333
FACSIMILE (504) 529-3337
WRITER'S DIRECT E-MAIL
LMAYES@DEGAN.COM

March 5, 2012

**Via Certified Mail**
**Return Receipt Requested**
Sidney D. Torres, III
Law Offices of Sidney D. Torres, III, APLC
8301 West Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Re:   In Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
U.S. District Court for the Eastern District of LA, MDL No. 1873, Section "N-4"

**Cody Cutrer v. Amercian International Group, et al.**
Case No. 2:10-cv-03690

**Cody Cutrer v. Gulf Stream Coach, et al.**
Case No. 2:10-cv-03554
Our File No.: 168-7024

Dear Mr. Torres:

Our office represents T-Mac, Inc., which has been named as a defendant in the above-referenced litigation.

We were informed by Jessica Bastoe of your office that your client, Cody Lawrence Cutrer, did not submit a plaintiff fact sheet in the above-referenced litigation. If this is incorrect, we request that your office please provide us with a copy of his plaintiff fact sheet.

If no plaintiff fact sheet is available, we plan to file a Motion to Dismiss your client's claims against T-Mac, Inc. in the above-referenced litigation for failure to comply with Pre Trial orders 2 and 32. Please advise our office if you oppose our office filing this motion.

Should you have any questions, please do not hesitate to call me. Thank you for your attention and courtesies.

Sincerely,

Laura M. Mayes

LMM/
L:\168\7024\Cor\34 Torres.doc

