# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE:  ENGLEHARD |
| | | |
| *Cutrer, et al. v. Gulf Stream Coaches, et al.* | * | MAGISTRATE:  CHASEZ |
| Docket No.: 2:10-cv-03554 | | |
| Plaintiff:  Cody Lawrence Cutrer | * | |
| | | |
| *Cutrer v. American International Group, et al.* | * | |
| Docket No.: 2:10-cv-03690 | | |
| Plaintiff:  Cody Lawrence Cutrer | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, T-Mac, Inc., has this day filed its Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders 2 and 32 Regarding Plaintiff Fact Sheets in the above-referenced matters.  This matter is set for submission on May 16, 2012 at 9:30 a.m. before the Honorable Kurt Englehardt, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.  Respectfully submitted,

                                                 **DEGAN, BLANCHARD & NASH**

                                                   */s/ Laura M. Mayes*
                                                 SIDNEY W. DEGAN, III (#4804)
                                                 JENNIFER S. KILPATRICK (#26510)
                                                 LAURA M. MAYES (#32197)
                                                 400 Poydras Street, Suite 2600
                                                 New Orleans, LA 70130
                                                 Tel:  504-529-3333   Fax:  504-529-3337
                                                 E-Mail:  lmayes@degan.com

                                                 *Attorneys for T-Mac, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 17th day of April, 2012.

                                                        */s/ Laura M. Mayes*
                                                      **LAURA M. MAYES**