UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: *All Cases* | * SECTION: N "5" |
| | * JUDGE: KURT D. ENGELHARDT |
| | * |
| | * MAGISTRATE JUDGE: |
| * * * * * * * * * * * * * * * * * * * * * | * ALMA CHASEZ |

### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO COURT REGISTRY

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan), move the Court to allow Morgan to file under seal, pursuant to Local Rule 5.6, its Motion for Authority to Deposit Settlement Funds into Court Registry, because it contains confidential settlement information. The reasons for the motion are more fully set forth in the attached supporting memorandum. Plaintiffs' liaison counsel does not oppose this motion.

WHEREFORE, for the reasons set forth in the accompanying non-confidential memorandum in support, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. respectfully request that they be granted leave to file under seal their Motion for Authority to Deposit Settlement Funds into Court Registry.

404969.1

Respectfully submitted,

/s/Christine Lipsey
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC. AND MORGAN BUILDING
SYSTEMS, INC.

## Certificate of Service

I certify that, on April 17, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Christine Lipsey
Christine Lipsey

404969.1

2