UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: *All Cases* | * SECTION: N "5" |
| | * JUDGE: KURT D. ENGELHARDT |
| | * |
| | * MAGISTRATE JUDGE: |
| * * * * * * * * * * * * * * * * * * * * * * | * ALMA CHASEZ |

### NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO COURT REGISTRY

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan), seek leave to file under seal, pursuant to Local Rule 5.6, its Motion for Authority to Deposit Settlement Funds into Court Registry.

### Background

On January 18, 2012, Morgan and plaintiffs, through Plaintiffs' Liaison Counsel, reached a compromise of all claims against Morgan in this multidistrict litigation. That compromise was memorialized in a confidential Memorandum of Understanding executed in counterparts on March 22, 2012, March 23, 2012, and March 29, 2012. To comply with the Memorandum of Understanding, Morgan seeks to deposit, under seal, the settlement funds into the Court's registry.

### Law and Argument

Courts recognize that "the public has a common law right to access judicial records and proceedings, although the right is not absolute." *Bahwell v. Stanley-Bostitch, Inc.*, No. 00-0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002). A district court has discretion to seal judicial records, but "must balance the public's common law right of access against the interests favoring

404969.1

nondisclosure." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 599 (1978)). If a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality in a negotiated settlement, that should weigh in favor of granting or maintaining an order of confidentiality. *See State Farm Fire and Cas. Co., v. Jim Hood*, No. 07-188, 2010 WL 3522445, at *2-*3 (S.D. Miss. Sept. 2, 2010) (citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 788 (3rd Cir. 1994)).

Morgan requests that its Motion for Authority to Deposit Settlement Funds into Court Registry and any resulting order be filed under seal to comply with the confidentiality provisions of the Memorandum of Understanding. Confidentiality is an important provision in this negotiated settlement of many claims in this multidistrict litigation that have been pending for several years. Therefore, preserving the confidentiality of the settlement terms significantly outweighs whatever slight interest the public may having in learning the terms of the settlement.

## Duration of Sealing and Procedures for Handling

Morgan proposes that the documents be maintained under seal until the final adjudication of this action, including the resolution of any appeals, at which time such documents are to be returned to Morgan or destroyed, or upon the agreement of Morgan and Plaintiffs' Liaison Counsel on behalf of all plaintiffs, at which time such documents may be made public. Pursuant to Local Rule 5.6(E), each document filed under seal will be maintained in the clerk's office sealed in a manila envelope clearly labeled "UNDER SEAL" and bearing the case number, caption, a reference to the order granting leave to file under seal, and a description of the documents. Access to the sealed documents will be limited to Court personnel, special masters appointed by the Court, and counsel for any Morgan and Plaintiffs' Liason Counsel, unless

otherwise ordered by the Court after a contradictory motion by any other person seeking access to the sealed documents.

## Conclusion

For the foregoing reasons, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. respectfully request that they be granted leave to file their Motion for Authority to Deposit Settlement Funds into Court Registry under seal.

Respectfully submitted,

/s/ Christine Lipsey
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

## Certificate of Service

I certify that, on April 17, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Christine Lipsey
Christine Lipsey

404969.1