UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 *  * SECTION: N "5" |
| THIS DOCUMENT PERTAINS TO: *All Cases* | * JUDGE: KURT D. ENGELHARDT * * * MAGISTRATE JUDGE: |
| * * * * * * * * * * * * * * * * * * * * * | * ALMA CHASEZ |

## NOTICE OF REQUEST TO SEAL

PLEASE TAKE NOTICE that Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., have made a request to seal documents through their Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into Court Registry.

Respectfully submitted,

/s/*Christine Lipsey*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

404969.1

## Certificate of Service

I certify that, on April 17, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/Christine Lipsey
Christine Lipsey