UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bridges v. Jayco Enterprises, Inc.* | * | |
| Cause No. 12-0229 | * | |
| Plaintiff Mark Fairley ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF MARK FAIRLEY'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiff Mark Fairley <u>only</u>, hereby gives notice of his dismissal of all claims, made in his individual capacity, made in this lawsuit, without prejudice.  This does not affect the claims made by any other plaintiff in this lawsuit, or any claims made by Mr. Fairley (in an individual or representative capacity) in any other complaints in this MDL.

        Respectfully submitted:

        s/MaryAnna Penton
        MARYANNA PENTON (MSBA# 102979)
        209 Hoppen Place
        Bogalusa, LA 70427
        Phone: (985) 732-5651
        Fax: (985) 735-5579

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

     April 18, 2012.

                                   s/MaryAnna Penton
                                   MaryAnna Penton