UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Michelle Abram, et al v. Gulf Stream Coach, Inc.,* | * | JUDGE ENGELHARDT |
| *et al;* Civil Action No. 10-0196 | * | |
| | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### GULF STREAM COACH, INC.'S RULE 12(b)(6) MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR PRESCRIPTION

**NOW INTO COURT,** through undersigned counsel of record, comes Defendant, Gulf Stream Coach, Inc., who prays that this Court dismiss with prejudice the claims of certain Plaintiffs named in the lawsuit entitled *Michelle Abram, et al. v. Gulf Stream Coach, Inc., et al.,* 2:10-0196, for prescription, the reasons therefore being more fully explained in the accompanying Memorandum in Support.

Respectfully Submitted,

*DUPLASS, ZWAIN, BOURGEOIS,*
*PFISTER & WEINSTOCK*

 *s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**MANUFACTURING DEFENDANTS**
**LIAISON COUNSEL**

00343577-1

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 18th day of April, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                      s/ *Andrew D. Weinstock*
                                _____
                                 **ANDREW D. WEINSTOCK**