# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**             **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

                                                   **JUDGE ENGELHARDT**
                                                   **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED:**
*Ann M. Terrell v. Gulf Stream Coach, et al.,* EDLA 12-0548
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Reply Memorandum:

IT IS ORDERED that Plaintiff is hereby granted leave to file the attached reply memorandum.

New Orleans, Louisiana, this 17th day of _____April_____, 2012.

                                                   _____
                                                   JUDGE KURT D. ENGELHARDT