# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25061 | * | |
| *Abadie, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8000 | * | |
| Plaintiffs:  Tammie D. Alfred, Paedra Andrus, | * | |
| Paedra Andrus o/b/o Bailey Andrus | * | |

***************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25061);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25061) is **GRANTED**.

New Orleans, Louisiana this 16th day of April, 2012.

                                                _____
                                                United States District Judge