UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * * | |
| *ALL CASES* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing *Ex Parte /* Consent Motion for Approval of Payment of Class Administration Expenses:

IT IS ORDERED that the motion is hereby granted and Regions Bank is directed to pay to the Special Master and the Court Appointed Disbursing Agent (CADA) for expenses associated with the administration of the class settlement the following amounts from the escrow account established:

Special Master, Dan Balhoff: $ 6,882.32; and

CADA, Postlethwaite & Netterville:  $ 43,432.65.

New Orleans, Louisiana, this 13th day of April, 2012.

_____
JUDGE KURT D. ENGELHARDT