UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Lachney v. Starcraft RV, Inc,* | * | |
| C.A. No. 12-0224 | * | |
| Samantha Elliot ONLY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF SAMANTHA ELLIOT'S NOTICE OF PARTIAL
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiff Samantha Elliot hereby gives notice of her dismissal of all claims made in this lawsuit against Defendant Starcraft RV, Inc. only, without prejudice.  This does not affect the claims made by any other plaintiff in this lawsuit, Ms. Elliot's claims against any other defendant in this lawsuit, or any claims made by Ms. Elliot in any other complaints in this MDL.

          Respectfully submitted:

          s/MaryAnna Penton
          MARYANNA PENTON (MSBA# 102979)
          209 Hoppen Place
          Bogalusa, LA 70427
          Phone: (985) 732-5651
          Fax: (985) 735-5579

          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 18, 2012.

                                          s/MaryAnna Penton
                                          MaryAnna Penton