UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Lachney v. Starcraft RV, Inc,* | * | |
| C.A. No. 12-0224 | * | |
| Reginald Fountain ONLY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF REGINALD FOUNTAIN'S NOTICE OF PARTIAL
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiff Reginald Fountain hereby gives notice of his dismissal of all claims made in this lawsuit against all defendants, without prejudice. This does not affect the claims made by any other plaintiff in this lawsuit, or any claims made by Mr. Fountain in any other complaints in this MDL.

                                                                           Respectfully submitted:

                                                                          s/MaryAnna Penton
                                                                          MARYANNA PENTON (MSBA# 102979)
                                                                          209 Hoppen Place
                                                                          Bogalusa, LA 70427
                                                                          Phone: (985) 732-5651
                                                                          Fax: (985) 735-5579

                                                                      **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 18, 2012.

                                                s/MaryAnna Penton
                                                MaryAnna Penton