UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | |
| | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT REPORT NO. 30 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 30.

## I.      REPORT OF CLAIMS AND CASE INVENTORY:

Since the inception of this MDL in 2007, 938 cases have been transferred in from other courts, pursuant to MDL panel orders. 777 of those cases are currently pending, and 161 cases have been closed. Further, 3632 cases have been filed in this court. 3207 cases of those are currently pending, and 425 cases have been closed. Still further, 123 cases have been removed to this Court from state courts.  119 cases of those are currently pending, and 4 cases have been closed.  In all, 4693 cases are associated with this MDL.  4103 cases of those are currently pending, and 590 cases have been closed.  The attached appendix lists the complaints that were filed or transferred into the MDL.

II.     **PLAINTIFF FACT SHEETS (PFS)**

Counsel representing parties are obligated to comply with the provisions of Pretrial Order

Nos. 2 (Rec. Doc. 87), 32 (Rec. Doc. 1180) and 88 (Rec. Doc. 22153) (setting forth mandatory

deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for

dismissal of claims for failure to comply with these deadlines) and 94 (Rec. Doc. 24065) (further

setting forth PFS requirements).  Plaintiff attorneys are required to forward copies of PFSs to the

PSC, as well as Liaison and Government Counsel pursuant to Pretrial Order Nos. 2, 32 and 88.

III.    **MOTION PRACTICE**

The following Motions are pending:

**SUBMITTED:**

| | |
|---|---|
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17825 | Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120) |
| Rec. Doc. 23498 | Plaintiff's Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone (*Taylor v. Keystone Coach, Inc., et al*; Docket No. 09-5976) |
| Rec. Doc. 24066 | Plaintiffs' Motion to Sever Claims of Brenda Sharett, Sandra Brooks and Sharett Brooks (*Avants, et al*; Docket No. 10-3922) |

**PENDING SUBMISSION:**

| | |
|---|---|
| Rec. Doc. 24837 | Morgan's Motion to Dismiss With Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact Sheets (*Leanderous McClendon*; 10-2279; Plaintiff:  Jerry Womack) |

**MATTERS ON APPEAL**

Fifth Circuit No. 10-30349       Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011. On February 8, 2012, the Clerk of the U.S. Fifth Circuit notified counsel that the appeal had been placed in abeyance pending settlement negotiations. Appellant's counsel is required to provide the Clerk's office with a status report regarding settlement negotiations every thirty (30) days.  The first status report was filed on March 8, 2012.

## IV.  MANUFACTURED HOUSING NON-LITIGATION "TRACK"

The Court entered an Order approving the Special Master's Recommendations on Methodology and Allocations on January 13, 2012 (Rec Doc No. 24134).  On January 16, 2012, the Special Master sent notices of individual allocation amounts and notice of rights to all identified settlement class members.  The deadline to object to an individual allocation was January 31, 2012.  The date for a hearing to be held on the objections received by the Special Master has been scheduled for March 23, 2012.

## V.  MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information had not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information was efficiently obtainable from other sources and to provide a date certain by which the matching effort would end.  Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010.  The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010.  Counsel should consult amended PTO 68 (Rec. Doc. 14779) to ensure they are aware of its content.  The Court has already begun to dismiss, on

motion by the defendants, cases that remain unmatched. Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO #68 and as amended by PTO #83. The PLC does not represent that the listings are 100% accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed. The defendants do not agree with the PSC's information in this regard.

Amended Pretrial Order #68 required all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching. The deadline by which to comply with the particular provision of PTO #68 was March 24, 2011 per the Court's order (Rec. Doc. No. 20455). The PSC produced the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

## VI.   TRIAL DOCKET

A.   Jury trials scheduled at this time:

1.   Trial will begin on July 23, 2012 in the matter of *Christina Bean, et al v. Gulf Stream Coach;* Docket No. 09-6070

2.   Trial will begin on July30, 2012 in the matter of *Valerie Cooper, et al v. Forest River, Inc.:* Docket No. 09-2921

3.   Trial will begin on August 13, 2012 in the matter of *James Wallace, III, et al v. Gulf Stream coach, Inc.*; Docket No. 10-2438

4.   Trial will begin on August 20, 2012 in the matter of *Charles Burns, et al v. Jayco, Inc.*; Docket No. 10-2238

5.      Trial will begin on August 27, 2012 in the matter of *Thomas Morgan, et al v. Starcraft RV, Inc.*; Docket No. 10-2260

6.      Trial will begin on September 4, 2012 in the matter of *Earl Ralleigh, et al v. Monaco Coach Corporation*; Docket No. 09-4727

7.      Trial will begin on September 24, 2012 in the matter of *Monique Cambrice v. Jayco Enterprises, Inc.*; Docket No. 09-8618

8.      Trial will begin on October 9, 2012 in the matter of *Johnnie Helmsetter, et al. v. Forest River, Inc.*; Docket No. 09-8630

9.      Trial will begin on October 15, 2012 in the matter of *George Jones, et al v. Monaco Coach Corporation*; Docket No. 10-1258

10.     Trial will begin on October 22, 2012 in the matter of *Joseph Quezergue, et al v. Jayco, Inc.*; Docket No. 09-3909

11.     Trial will begin on November 26, 2012 in the matter of *Michelle Abram, et al v. Gulf Stream Coach, Inc.*; Docket No. 10-196

B.     Discovery of Information such as Individual Assistance Files from FEMA

All requests for Individual Assistance Files from the United States/FEMA will be facilitated through Co-Liaison Counsel for Plaintiffs.

## VII.    CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States pending before the District Court are Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and two actions involving three Texas Plaintiffs.  On January 23, 2012, the Fifth Circuit Court of

Appeals affirmed this Court's decision dismissing Alabama and Mississippi Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. 1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction ruling that "[b]ecause the Mississippi and Alabama emergency statutes abrogate the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, the Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute.  *See* Miss. Code § 33-15-21(b) and Ala. Code § 31-9-17."  *In re FEMA Trailer Formaldehyde Products Liability Litigation*,  -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012).

Currently pending before the Court is the United States' opposed Fed. R. Civ. P. 12(b)(1), 12(b)(6), or in the alternative Rule 56, motion seeking to dismiss for lack of subject matter jurisdiction Louisiana Plaintiffs claims for gross negligence and willful and wanton misconduct.  That motion was taken under advisement by the District Court on January 25, 2011.

## VIII.   SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.

Settlement proceeds have been distributed to claimants however, Plaintiffs' Liaison counsel have been notified by the CADA that several claimants have incorrect mailing addresses and therefore certain settlement checks have been returned as undeliverable.  The CADA has contacted counsel of record for such individuals to alert them to these occurrences and to request proper mailing instructions.  Special Master Amanda Ballay has been tasked with the duty of contacting individual attorneys representing unreachable claimants and to report to the Court on the status of her efforts.

## IX.      PRETRIAL ORDER NO. 96

00320011-1                                      6

James C. Percy and Ryan E. Johnson have been appointed as Settlement Co-Liaison Counsel to represent the Settling Group, which group shall include each of the following defendants, as well as any other Settling Defendants inadvertently omitted or subsequently added (Rec. Doc. 24856):

1.  Allen Camper Manufacturing Company, Inc.

2.  Burlington Insurance Company as insurer for Pilgrim International, Inc.

3.  Citair, Inc.

4.  Coachmen RV Company

5.  Cruiser RV, LLC

6.  Crum & Forster Specialty Insurance Company as insurer for Pilgrim International, Inc.

7.  Damon Motor Coach

8.  DS Corp. d/b/a CrossRoads RV, Inc.

9.  Dutchmen Manufacturing Company

10. Four Winds International

11. Frontier RV, Inc.

12. Heartland Recreational Vehicles, LLC

13. Hy-Line Enterprises, Inc.

14. Keystone RV Company

15. Komfort Corp.

16. KZ RV, LLP

17. Layton Homes Corp.

18. Liberty Mutual Insurance Company as insurer for R-Vision, Inc.

19. Morgan Building & Spas, Inc. and Morgan Building Systems, Inc.

20. Northwood Manufacturing

21. Pilgrim International

22.     Play'Mor Trailers, Inc.

23.     Recreation By Design, LLC

24.     Sentry Insurance a Mutual Company as insurer for Pilgrim International, Inc.

25.     Skyline Corporation

26.     Sunline Acquisition Company Ltd.

27.     Sunnybrook RV, Inc.

28.     Sunray RV & Sunray Investments

29.     Sun Valley, Inc.

30.     Thor Industries, Inc.

31.     Thor California, Inc.

32.     Timberland RV Company, Inc.

33.     TL Industries, Inc.

34.     Viking Recreational Vehicle Co., LLC

The responsibilities of Defendants' Settlement Co-Liaison Counsel shall include the following:

1.      Coordinate the implementation of the settlement agreements;

2.      Report to the Court at each Status Conference, and as otherwise requested by the Court, regarding the progress made toward implementing the settlements;

3.      Receive and distribute all filings (pleadings, motions, orders, etc.) to counsel for each of the Settlement Defendants by electronic service or as otherwise agreed among counsel;

4.      Coordinate service and filings on behalf of the Settlement Defendants or any subgroup of the settlement defendants; and

5.      Such other duties as the Court may order.

**A.      Motion to Certify Class Settlement:**

1.      Should the PSC and the Settlement Defendants (or a subgroup thereof)

determine that the settlements should be implemented through a class

settlement procedures, a Joint Motion for Preliminary Approval of Class Settlement shall be filed no later than March 30, 2012.

2.      Should the PSC and any of the Settling Defendants determine that their settlement agreement shall not be implemented through class procedure, such defendant(s) and the PSC shall inform the Court in writing no later than March 30, 2012, as to how such settlement shall be implemented.

**B.      Cases to be Recommended for Remand:**

1.      With regard to all cases against manufacturing defendants other than the Settling Defendants in which venue is proper in a district other than the Eastern District of Louisiana, this Court intends to file a Notice of Suggestion of Remand with the Judicial Panel on Multidistrict Litigation pursuant to Rule 10.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

2.      It has come to the Court's attention that certain member cases are mixed venue cases, joining plaintiffs from multiple districts.  To facilitate remand, counsel for plaintiffs in each such case shall file by April 17, 2012, a motion to sever pursuant to Rule 21 of the Federal Rules of Civil Procedure with respect to each such member case, severing the claims of plaintiffs for whom venue is not proper in this District.  Each such motion shall categorize the plaintiffs according the district in which venue for their claims are proper.  Plaintiffs' counsel in each such case shall be

prepared to file, promptly upon the granting of the motion to sever, new

complaints for the plaintiffs in each such case for whom venue is not

proper in the Eastern District of Louisiana.  Each such new complaint

shall join only plaintiffs for whom venue is proper in the same district.

**C.      Cases to be Set for Trial**

Member cases for which venue is proper in the Eastern District of Louisiana shall

be promptly set for trial, except that trial shall not be set in any case against a

Settling Defendant.

**X.      MISCELLANEOUS**

A.      John Perry has been appointed as Mediator for the purposes of exploring the

potential for global settlement as to any and all non-government defendants in this

MDL (Rec. Doc. 13236 and Rec. Doc. 22206).

B.      Amanda J. Ballay has been appointed as Special Master in this MDL (Rec. Doc.

23284).

BY:     s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     504/832-3700
Facsimile:      504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
**ATTORNEY FOR THE UNITED STATES OF
AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Suite 800-S
Washington, D.C. 20004
Telephone:     202/616-4223
Henry.Miller@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, 27th Floor
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com