UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>APPENDIX TO JOINT REPORT NO. 30</u>

LOUISIANA:

*Wanda Newsome, et al v. Sunnybrook RV, Inc., et al,* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3889

*Bonnie Tanguis, et al v. SunnyBrook RV, Inc., et al,* filed on July 31, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4755.

*Dionne Boone, et al v. Waverlee Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4836.

*Angelica M. Alvarez, et al v. Pilgrim International, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4838.

*Paul Alexis, et al v. Monaco Coach Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4839.

*Easterine White, et al v. Cavalier Homes Builders, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4846.

1

*Keith Hillard, Sr., v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4847.

*Edwin Trufant, Sr., et al v. Coachman Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4848.

*Katherine Turner v. Coachman Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4850.

*Semaj Brown, et al v. Fleetwood Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4851.

*Alesia Isadore, et al v. Forest River Industries, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4852.

*Jonique N. Banton v. Dutchmen Manufacturing, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4853.

*Melvin Smith, et al v. Dutchmen Manufacturing, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4854.

*Janice Brown, et al v. Dutchmen Manufacturing, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4855.

*John Leavell v. Crossroads RV, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4856.

*Max Johnson v. Crossroads RV, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4857.

*Gladys Champion v. Coachman Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4858.

*Wanda Pouncy v. KZRV LP, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4859.

*Lakisha Kelly, et al v. Pilgram International, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4860.

*Tiffany Farria, et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4861.

*Betty Bartholomew v. Frontier RV, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4862.

*Larry Ellis, et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4863.

*Calecas Ceasar, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4864.

*Breanda Moses, et al v. Keystone Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4865.

*Keljuane Brownfield, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4866.

*Dwight Andrews, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4867.

*Bruce El Mansura, et al v. Fleetwood Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4869.

*Patricia Amos, et al v. Fleetwood Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4870.

*Dorothy Reeder, et al v. R-Vision, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4871.

*Lee Vaughn Johnson, et al v. Pilgrim International, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4872.

*Kye Lafrance v. Pilgrim International, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4873.

*Rashawn Davis v. Vanguard Industries of Michigan, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4874.

*David Williams v. Monaco Coach Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4875.

*Ashley White, et al v. Heartland Recreational Vehicles, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4876.

*Destiny Anthony, et al v. Jayco Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4877.

*Etrelle Chanice Wimby v. Heartland Recreational Vehicles, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4878.

*Jesse Brown, III, et al v. Heartland Recreational Vehicles, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4879.

*Juanita Akmin, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4880.

00332403-1                                            4

*Jerry Ann Veals, et al v. Sunline Coach Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4890.

*June Chambliss, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4891.

*Trineil Petite, et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4892.

*Lawrence James, et al v. Timberland RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4893.

*Andrea Russell, et al v. Champion Home Builders Co., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4894.

*Ayanna Thomas, et al v. Recreation By Design, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4895.

*Jwyne Miller, Sr., et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4896.

*Tyrone Williams, et al v. Coachmen Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4897.

*Eugene Davis, et al v. Frontier RV, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4898.

*Kisha Sellers v. KZRV, LP, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4899.

*Lori P. Bodden v. Layton Homes Corp., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4900.

*Dominick Goodman, et al v. Layton Homes Corp., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4901.

*Murray Latapie v. Superior Homes, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4902.

*Carl Richardson, Jr., et al v. Coachmen Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4903.

*Bernadette Jenkins, et al v. Kesytone RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4904.

*Audrey Alexander v. Heartland Recreational Vehicles, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4905.

*Carol Jenkins, et al v. Four Winds International Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4906.

*Ralph Williams, Jr., et al v. TL Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4907.

*Dorothy P. Williams, et al v. Four Winds International Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4908.

*Laronda Williams, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4909.

*Yvonne Mills, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4910.

*Stephen Giles, et al v. Thor California, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4911.

*Terrance Mitchell, et al v. Jayco, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4912.

*Bernadette Houston, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4913.

*Deborah Danastasio, et al v. Forest River Industries., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4914.

*John Jordan, Jr. v. Timberland RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4915.

*Brittany Molinary, et al v. Cavalier Home Builders, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4916.

*Nanette Delhomme-Hery, et al v. Giles Family Holdings, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4917.

*Richard C. Cox, et al v. KZRV, LP, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4918.

*Clara M. Harvey v. Liberty Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4919.

*Mack David Lewis, Sr. v. TL Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4920.

*Janice A. Jones, et al v. Forest River, Inc.., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4921.

*John Estell, et al v. Coachmen Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4922.

*Velma Bordelon, et al v. Sunline Coach Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4923.

*Eric McBride, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4924.

*Donna Gibson, et al v. Recreation By Design, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4925.

*Henry Franklin, et al v. Lakeside Park Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4926.

*Amber Hayes, et al v. Stewart Park Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4927.

*Danielle Franklin, et al v. Thor California, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4928.

*Lester Nunez, Jr., et al v. Layton Homes Corp, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4929.

*Terri McCoy, et al v. Heartland Recreational Vehicles, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4931.

*Sabrina Derbigny, et al v. American International Group, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4932.

*Patrice Strickland, et al v. Four Winds International Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4933.

*John Moore, et al v. Starcraft RV, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4934.

*Lorraine Smith, et al v. American International Specialty Lines, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4935.

*Aungeleaka Handy, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4936.

*Annette Patterson, et al v. Recreation By Design, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4937.

*Marcelle Krivjanick, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4938.

*Alice Smith, et al v. Frontier RV, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4939.

*Antonia D. Thornton, et al v. Hy-Line Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4940.

*Tommie James Brock, et al v. CH2M Hill Constructors, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4941.

*Anthony Michael Lubrano v. CMH Manufacturing, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4942.

*Melvin Johnson, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4943.

*Lawrence Thomas, Jr., et al v. Recreation By Design, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4944.

*Charles Norman v. Liberty Mutual Insurance Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4945.

*Elray Clark, et al v. Keystone RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4946.

*Gail Davis, et al v. Keystone RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4947.

*Lathaniel Carson v. Recreation By Design, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4948.

*Karl Reed v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4949.

*Bert Sutton, et al v. Sunline acquisition Company, Ltd., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4950.

*Willie Slaughter, et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4951.

*Shirley Harris, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4952.

*Sylvia Brown, et al v. Alliance Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4953.

*Robert Davis, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4954.

*Donna Lefort, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4955.

*Beverly Mitchell, et al v. Keystone RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4956.

*Ralph Gonzales, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4957.

*Yvette Joseph v. Liberty Mutual Insurance Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4958.

*Alberta Levy v. Keystone RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4959.

*Alton Braggs, Sr. v. Recreation By Design, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4960.

*Wendell LeBlanc v. Coachmen Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4961.

*Chris Davis v. Thor California, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4962.

*Lawrence Thomas, Jr., et al v. Recreation By Design, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4963.

*Charlie Dupree v. Crum & Forster Specialty Insurance Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4964.

*Odessa James, et al v. Liberty Mutual Insurance Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4965.

*Shirley Thompson, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4966.

*Portialyn Baptist, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4967.

*Shavon Banister, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4968.

*Nathan Ash, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4969.

*Isaac Thornton, Sr., et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4970.

*Pandora Johnson v. Timberland RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4971.

*Thelda Hart, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4972.

*Della Ayers v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4973.

*Joseph Wheeler, et al v. Lakeside Park Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4974.

*Heidi Lyons, et al v. Stewart Park Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4975.

*Van Leonard, Sr., et al v. Liberty Mutual Insurance Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4976.

*Rebecca Brown, et al v. Liberty Mutual Insurance Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4977.

*Janae Beverly, et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4978.

*Justin Arnold, Sr., et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4979.

*Alvin Magee, Sr., et al v. Vanguard Industries of Michigan, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4980.

*Kenneth Jefferson, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4981.

*Shenica Jackson v. DS Corp., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4982.

*Victoria Normand v. Liberty Mutual Insurance Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4983.

*Alfred Cousin v. Jayco Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4984.

*Nazmi Ali, et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4985.

*Frankie Dupuy, et al v. Thor California, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4986.

*Rebecca Sellers, et al v. Dutchmen Manufacturing, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4987.

*Henry Davis, et al v. DS Corp., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4988.

*Harry Jefferson v. Cavalier Home Builders, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4989.

*Michael Guimbellot, et al v. Jayco Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4990.

*Tyra Brown, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4991.

*Glendora Riley, et al v. Thor California, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4992.

*Gerit Thompson, et al v. Stewart Park Homes, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4993.

*Charles Francis, Sr., et al v. DS Corp., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4994.

*Debbie L. Johnson, et al v. Gulf Stream Coach, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4996.

*Ebione Berry, et al v. Coachmen Recreational Vehicle Company of Georgia, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4997.

*Bradley Lewis, Jr., et al v. Crum & Forster Specialty Insurance Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4998.

*Thelda Hart, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4999.

*Josephine Merritt v. Timberland RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5000.

*Shenica Jackson, et al v. DS Corp., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5001.

*Elray Clark, et al v. Keystone RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5002.

*Dolores Bailey, et al v. Cavalier Home Builders, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5003.

*Dessie England v. Cavalier Home Builders, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5004.

*Michael Bailey v. Cavalier Home Builders, LLC, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5005.

*Kirk Brocks, et al v. Keystone RV Company, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5006.

*Mark Taylor, Jr., et al v. Forest River, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5007.

*Elnora Brown, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5008.

*Rosie Lambert v. TL Industries, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5009.

*Tara Price, et al v. Jayco Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5010.

*Jay Johnson v. Forest River, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5224.

*Shawn Black, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5225.

*Darryl Garner, et al v. American International Specialty Lines Co., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5226.

*Elaine Hills, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5227.

*Bryant Lee v. Keystone RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5228.

*Michael Guimbellot v. Jayco Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5229.

*Thomas Ellis v. Forest River, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5230.

16

*Jerroid Celestin v. Timberland RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5231.

*Girard Gray, et al v. Frontier RV, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5232.

*Theresa Hays v. American International Specialty Lines Co., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5233.

*Brenda Bailey, et al v. American International Specialty Lines Co., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5235.

*Junius Ellis, Sr., et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5236.

*Rowshawn Hill, et al v. River Birch Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5237.

*Glenn Andrews, et al v. American International Specialty Lines Co., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5238.

*Paul Celestin, Sr., et al v. Timberland RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5239.

*Catherine Schutte v. Dutchmen Manufacturing, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5240.

*Larry Gilbert v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5241.

*Anita Harris v. Coachmen Recreational Vehicle Company of Georgia LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5242.

*Nicole Walker v. Recreation By Design, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5243.

*Vickitres Jones v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5244.

*Jo Peshek v. DS Corp., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5245.

*Cherell Garner, et al v. Recreation By Design, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5246.

*Lynnette Harrison, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5247.

*Makayla Brown, et al v. Sun Valley, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5248.

*Barbara Duncan v. Thor California, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5249.

*Ronald Dupree v. Keystone RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5250.

*Ernest Davis v. Stewart Park Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5251.

*Wayne Anderson, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5252.

*Cynthia Haynes v. Vanguard Industries of Michigan, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5253.

*Michael Guimbellot, et al v. Jayco Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5254.

*Janice Reed v. Thor California, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5255.

*Walter Davis, et al v. R-Vision, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5256.

*Dillon Parker, Sr., et al v. Pilgrim International, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5257.

*Eduardo Acosta, et al v. Gulf Stream Coach, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5258.

*Monique Denet, et al v. Lakeside Park, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5259.

*Angelle Allen, et al v. Layton Homes Corp., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5260.

*Eloise Adams, et al v. Gulf Stream Coach, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5261.

*Armetra L. Tyson, et al v. Lexington Homes, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5262.

*Terri Handler, et al v. R-Vision, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5263.

*Casey Hughes, et al v. Skyline, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5264.

*Betty Jean Wilson, et al v. Southern Energy Homes, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5265.

*Audrey A. Dubose, et al v. Thor California, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5266.

*Mildred T. Brumfield, et al v. Keystone Industries, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5267.

*Dorothy A. Donohue, et al v. Monaco Coach, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5268.

*Peggy M. Hill, et al v. Vanguard Industries of Michigan, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5269.

*Cornelius Ducro, et al v. Stewart Park Homes, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5271.

*Janet D. Baylis, et al v. Forest River, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5272.

*Latisha Bean, et al v. Crossroads, et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5274.

*Kimberly Ovid, et al v. Coachmen Industries, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5275.

*Darryl P. Lewis, Jr., et al v. Jayco, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5276.

*Brandy Johnson, et al v. Athens Park Homes, L.L.C., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5277.

*Kristy Hope Jenkins, et al v. Adventure, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5278.

*Eloise Adams, et al v. Gulf Stream - Cavalier, et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5279.

*Eric T. Hales, et al v. Silver Creek, et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5280.

*Billy Marshall Encalade, et al vPatriot Homes, et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5281.

*Mary Bonner v. Southern Energy Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5290.

*Kenneth Gable, et al v. Keystone RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5291.

*Barbara J. Carbo, et al v. Superior Homes, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5292.

*Michelle Young v. Skyline Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5293.

*Harold Ross, et al v. Skyline Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5294.

*Arthur G. Briggs, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5295.

*Tammy Briggs, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5296.

*Brenda Le Hill, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5297.

*George Ponthieux, et al v. Forest River, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5298.

*Frances B. Acevedo, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5299.

*David Bethley, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5300.

*Cherilyn Arena, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5301.

*Deborah M. Scott, et al v. Cavalier Home Builders, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5302.

*Leonard Smith, et al v. Frontier RV, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5303.

*Lawrence Burns, Sr., et al v. Insurance Company of the State of Pennsylvania, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5306.

*Ethel H. Williams, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5307.

*Louis Higginbotham, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5308.

*Naomi Haynes, et al v. Lexington Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5309.

*Mable Williams, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5310.

*Virgie Gros, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5311.

*Ryan Brookter, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5312.

*Terrasina Thomas, et al v. Lexington Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5313.

*Deborah Pleasant, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5314.

*Lynette Cloud, et al v. Insurance Company of the State of Pennsylvania, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5316.

*Daniel Lawson, et al v. Liberty Mutual Insurance Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5317.

*Percy Hodges, Jr., et al v. Fluor Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5318.

*Kameka Harvey, et al v. CH2M Hill Constructors, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5319.

*Anthony L. Stuprica, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5320.

*Ruth Copping, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5321.

*Shynice Mays, et al v. American International Specialty Lines, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5322.

*Greg Crain, et al v. American International Specialty Lines, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5323.

*Christie Duvernay, et al v. Liberty Mutual Insurance Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5324.

*Elaine Purcell, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5325.

*Vanez Perkins, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5326.

*Kelso Williams, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5327.

*Elizabeth Acker, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5328.

*Mary Hill, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5329.

*Ryan Adam, Jr., et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5330.

*Gloria Aguiliz, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5331.

*Ava Pollard, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5332.

*Samuel Adams, Sr., et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5333.

*Patricia Sims, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5334.

*Dianne M. Guillot, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5335.

*Tniffany JAmes, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5336.

*Gregory Hawkins, et al v. Vanguard Industries of Michigan, Inc., et al,* filed on August 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5338.

*Ignatius Rojas, et al v. Skyline Corporation, et al,* filed on August 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5339.

*Paul Grillier, et al v. Alliance Homes, Inc., et al,* filed on August 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5340.

*Judy P. Defelice, et al v. Alliance Homes, Inc., et al,* filed on August 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5341.

*Malea Acklin, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5343.

*Oscar Anderson, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5346.

*Johnny Allen, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5347.

*Alana Franklin, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5348.

*Stephanie Turner, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5349.

*Peggy Magee, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5350.

*Betty Adams, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5351.

*Benjamin Anderson, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5352.

*Betty Allen, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5353.

*Cheryl Ambrose, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5354.

*Melvin Gains, Jr., et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5355.

*Lawrence Robertson, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5356.

*Olivia Price, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5357.

*Joyce Aguillard, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5358.

*Pauline Johnson, et al v. TL Industries, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5359.

*Ollie Goings, et al v. Waverlee Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5360.

*Marshell Banks, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5361.

*Kaylon Davis v. Cavalier Home Builders, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5362.

*Jannie Banks, et al v. Cavalier Home Builders, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5363.

*Shane Hasser, et al v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5364.

*Rolland Galloway, et al v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5365.

*Diane Ardon, et al v. Dutchmen Manufacturing, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5366.

*Michelle Langsford, et al v. Champion Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5367.

*Gerry Bierria, et al v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5368.

*Elizabeth Dennis, et al v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5369.

*Stacey Parkman, et al v. Dutchmen Manufacturing, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5370.

*Leatrice Canfield, et al v. DS Corp., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5371.

*Henry Bentel, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5372.

*Daunelle Quinn, et al v. DS Corp., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5373.

*Marshell Banks, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5374.

*Oscar Anderson, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5375.

*Joseph Aguillard, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5376.

*Bernadine Moran, et al v. Forest River, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5377.

*Cherlyn Hayes, et al v. Dutchmen Manufacturing, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5378.

*Johnny Allen, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5379.

*Jaime Clark, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5380.

*Larry McCorvey v. Forest River, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5381.

*Reginald Gasper, Jr., et al v. Forest River, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5382.

*Ruth Brown, et al v. Forest River, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5383.

*Sybill Balay, et al v. Frontier RV, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5384.

*Curtis Lee, et al v. Indiana Building Systems, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5385.

*Curtis Lee, et al v. Hy-Line Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5386.

*Javier Brock, et al v. Jayco Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5387.

*Paul Blache, et al v. Jayco Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5388.

*Kenneth Risch v. Keystone RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5389.

*Betty Alleman, et al v. Gorman, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5390.

*Latoya Bienemy, et al v. Jayco Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5391.

*Chaquitah Abrahms, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5392.

*John Barron, Jr., et al v. Frontier RV, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5393.

*Charles Allen, et al v. Frontier RV, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5394.

*Alexis Alexander, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5395.

*Daphne Alford, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5396.

*Anthony Abadie, et al v. Gulf Stream Coach, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5397.

*Barbara Faulkner, et al v. Jayco Enterprises, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5398.

*Delores Snow v. Starcraft RV, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5399.

*William Brown, et al v. Liberty Insurance Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5400.

*Barbara Blanchard, et al v. Liberty Insurance Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5401.

*Ann Griffin, et al v. Thor Industries, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5402.

*Martin Ragas, et al v. Stewart Park Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5403.

*Bridgette Greathouse v. Thor Industries, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5404.

*Bernadette Owens, et al v. Redman Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5405.

*Ann Julie Arnaud, et al v. Recreation By Design, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5406.

*Waree Sims, et al v. River Birch Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5407.

*Gwangi Alston, et al v. Liberty Mutual Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5408.

*Joann Robinson, et al v. American International Specialty Lines Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5409.

*Ma' Chai Johnson v. Skyline Corporation, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5410.

*Jacque Lazarus v. Starcraft RV, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5411.

*Thomas Cojoe, et al v. American International Specialty Lines Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5412.

*Mitchel Buras v. KZRV, LP, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5413.

*Clara Butler, et al v. KZRV, LP, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5414.

*Winnie Nelson v. Lake Park Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5415.

*Lance Durand, et al v. Lakeside Park Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5416.

*Laken Cooley, et al v. Thor California, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5417.

*Corey Grady, et al v. Stewart Park Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5418.

*Bernice Berry, et al v. Stewart Park Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5419.

*Terry Hamilton, et al v. Stewart Park Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5420.

*Miracle Broughton, et al v. Keystone RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5421.

*Edward Lecompte v. Keystone RV Compnay, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5422.

*Lanell Dupuy, et al v. Keystone RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5423.

*Mary Santa-Marina v. Keystone RV Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5424.

*Gerard Bell, et al v. TL Industries, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5425.

*Ellen Cooper, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5427.

*Wanda Bartholomew, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5428.

*Edwina Blackstone, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5429.

*Calvin Ancar, et al v. Crum & Forster Specialty Insurance Company., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5430.

*Charles Williams, et al v. Recreation By Design, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5431.

*Elaine Coleman, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5432.

*Joseph Allen, et al v. Recreation By Design, LLC, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5433.

*Marshell Banks, et al v. Morgan Buildings & Spas, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5434.

*Wanda Riley, et al v. Alliance Homes, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5443.

*Andrew Williams, Jr. v. Morgan Buildings & Spas, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5452.

*Frank R. Airhart, et al v. United States of America,* filed on August 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5477.

*Byron J. Veal, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5493.

*Latasha Jones-Dillon v. Forest River, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5494.

*Edgar Davis, et al v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5495.

*Joseph H. Turner v. Crum & Forster Specialty Insurance Company, et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5519.

*Ada Holmes, et al v. Fleetwood Canada, Ltd., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5520.

00332403-1                                      35

*Alan Therence, et al v. Fluor Enterprises, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5521.

*Brenda C. Davis, et al v. Gulf Stream Coach, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5522.

*Deborah A. Marsh, et al v. Stewart Park Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5523.

*Diane Washington, et al v. Stewart Park Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5524.

*Gregory Lassair, et al v. Waverlee Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5525.

*Kimberlyn Lambert-Manuel, et al v. Jayco, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5526.

*Leona Tate v. Forest River, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5527.

*Leonard J. Parquet v. Jayco, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5528.

*Paul Vollentine, et al v. Recreation By Design, LLC, et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5529.

*Warren Williams, Jr., et al v. Thor Industries, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5530.

*Gloria Joseph, et al v. Gulf Stream Coach, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5531.

*Carla Powell, et al v. Champion Home Builders Co., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5532.

*Sherita Bartholomew, et al v. Cavalier Home Builders, LLC, et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana.  Transferred to MDL, Docket No. 09-5533.

*Tandra Evans, et al v. Timberland RV Company, et al,* filed on August 27, 2009 in the United States District Court for the Western District of Louisiana.  Transferred to MDL, Docket No. 09-5536.

*Bertha Chapman, et al v. Timberland RV Company, et al,* filed on August 27, 2009 in the United States District Court for the Western District of Louisiana.  Transferred to MDL, Docket No. 09-5537.

*Eric Jones, et al v. Sunnybrook RV, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi.  Transferred to MDL, Docket No. 09-5538.

*Dorothy Hutchins, et al v. Bechtel National, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi.  Transferred to MDL, Docket No. 09-5539.

*Angie Goar, et al v. Jayco Enterprises, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi.  Transferred to MDL, Docket No. 09-5540.

*Angelo Ash, et al v. Fleetwood Enterprises, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi.  Transferred to MDL, Docket No. 09-5541.

*Jerry Jones, et al v. Sunray RV, LLC, et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi.  Transferred to MDL, Docket No. 09-5542.

*Charissa Denson, et al v. Gulf Stream Coach, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi.  Transferred to MDL, Docket No. 09-5543.

*Tammy Haley, et al v. Bechtel National, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi.  Transferred to MDL, Docket No. 09-5544.

*Clarissa H. Anderson, et al v. Bechtel National, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi. Transferred to MDL, Docket No. 09-5545.

*Anither G. Rigsby, et al v. Starcraft RV, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi. Transferred to MDL, Docket No. 09-5546.

*Danny Chasley, et al v. Thor California, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi. Transferred to MDL, Docket No. 09-5547.

*Albert Croon, et al v. Morgan Buildings & Spas, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi. Transferred to MDL, Docket No. 09-5548.

*Charles Maynard v. Gulf Stream Coach, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi. Transferred to MDL, Docket No. 09-5549.

*Darrell M. Allen, Jr., et al v. Keystone RV Company, et al,* filed in the United States District Court for the Southern District of Mississippi. Transferred to MDL on August 17, 2009, Docket No. 09-5550.

*Alexis Crosby., et al v. Coachmen Industries, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi. Transferred to MDL on August 17, 2009, Docket No. 09-5551.

*Kemberly Ladner, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5552.

*Melvin Davison, et al v. KZRV, LP, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5554.

*Ethel Mitchell, et al v. Heartland Recreational Vehicles, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5555.

*Hattie Joseph, et al v. Cavalier Homes Builders, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5556.

*Elijah Keys, et al v. River Birch Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5557.

*Bevlah Miller, et al v. Recreation By Design, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5558.

*Darrell M. Allen, Jr., et al v. DS Corp., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5559.

*LaRhonda Galloway, et al v. Champion Home Builders Co., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5560.

*Hatley Mitchell v. Destiny Industries, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5561.

*Beverly Bonner, et al v. Coachmen Industries, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5562.

*Judith R. Stubbs v. Timberland RV Company, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5563.

*Brandy M. Bridenbaker, et al v. Bridenbaker, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5564.

*Carl W. Beaugez, Jr., et al v. RVIT, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5565.

*Linda Maldonado-West v. Palm Harbor Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5566.

*Tina C. Chandler., et al v. Layton Homes Corp., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5567.

*Estella Adkins, et al v. Pilgrim International, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5568.

*Ernest Bradley, Jr., et al v. Monaco Coach Corporation, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5569.

*Arthur C. Penton, Jr., et al v. Townhomes, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5571.

*Andrayl J. Clark, et al v. Stewart Park Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5573.

*Sandra Armstrong, et al v. American Camper Manufacturing, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5574.

*Estella Adkins, et al v. Morgan Buildings & Spas, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5575.

*Marvin M. Ballow, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5576.

*Amanda Attia, et al v. Cavalier Home Builders, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5577.

*Dorothy M. Domino, et al v. Silver Creek Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5578.

*Darroh L. Allen, et al v. River Birch Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5579.

*Letisha Biggs, et al v. Jayco, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on August 17, 2009, Docket No. 09-5580.

*Caloria Hall v. Skyline Corporation, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5581.

*Allison S. Barnes, et al v. Coachmen Industries, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5582.

*Sabrina Booker, et al v. Southern Energy Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5583.

*Charles E. Bailey, et al v. Heartland Recreational Vehicles, LLC, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5584.

*Charlie M. Levy, et al v. Gulf Stream Coach, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5585.

*Ruby L. Beamer, et al v. Patriot Homes of Texas L.P., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5586.

*Carolyn Bolden, et al v. Northwood Manufacturing, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5587.

*Lashaundra D. Cook, et al v. Lexington Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5588.

*Eric Bond, et al v. Thor California, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5589.

*Beth Bernius, et al v. CMH Manufacturing, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5590.

*Pamela T. Dunston v. FRH, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5591.

*Jack Douglas, et al v. TL Industries, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5592.

*John G. Allen, et al v. Starcraft RV, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5593.

*Kenneth R. Bardwell, Sr., et al v. Redman Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5594.

*Rose Barnes, et al v. Recreation by Design, LLC, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5595.

*Deanna Marie Barnes, et al v. SunnyBrook RV, Inc., et al,* filed on July 10, 2009 in the United States District Court for the Southern District of Mississippi.  This case was transferred to the United States District Court for the Eastern District of Louisiana, bearing Docket No. 09-5598.

*Sylvia J. Payton, et al v. Vanguard Industries of Michigan, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5599.

*Floyd D. Abercrombie, et al v. Forest River, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5600.

*James B. Ahern, et al v. Keystone Industries, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5601.

*Mary S. Adams, et al v. DS Corporation, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5602.

*Angela S. Ashford, et al v. Homes of Merit, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5603.

*Johann E. Clark, et al v. Liberty Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5604.

*Barbara Chase, et al v. Liberty Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5605.

*Estella Adkins, et al v. Waverlee Homes, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5606.

*Lelana Alexander, et al v. Destiny Industries, LLC, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5607.

*James B. Ahern v. Champion Home Builders Company, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5608.

*James S. Adams, et al v. Fleetwood Canada, Ltd, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5609.

*Demario D. Coleman v. Frontier RV, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5610.

*Cherie Greenwell, et al v. Dutchmen Manufacturing, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5611.

*Andrew Sylvester v. Cavalier Home Builders, LLC, et al,* filed in Thirty Fourth Judicial District Court for the Parish of St. Bernard and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 14, 2009, Docket No. 09-5621.

*Ernestine Samuels v. Lakeside Park Homes, Inc., et al,* filed in the Twenty Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court

for the Eastern District of Louisiana. Transferred to MDL on September 14, 2009, Docket No. 09-5622.

*Jill DeMolle v. Dutchmen Manufacturing, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5630.

*Paulani Harrison, et al v. Sun Valley, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5635.

*Judy Christophe, et al v. Thor California, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5636.

*Silvio Aguilar, et al v. Forest River, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5637.

*Trenzetta Barabin, et al v. Barabin, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5638.

*Paulette C. Celestine, et al v. Recreation by Design, LLC, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5639.

*Lillie Smith, et al v. Thor California, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5640.

*Linda St. Cyr, et al v. Skyline Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5641.

*Lennell Conerly, et al v. Superior Homes, LLC,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5642.

*Charlotte James, et al v. Lexington Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5643.

*Ricky Condoll, Sr., et al v. Keystone Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5644.

*Deborah Guidry, et al v. Lakeside Park Homes, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5645.

*Mary Azore, et al v. Keystone Industries, Inc., et al*, filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5646.

*Tommy R. Cook, et al v. Keystone Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5647.

*Joyce Sylva, et al v. Skyline Corporation,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5648.

*Gregory Lewis, et al v. Skyline Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5649.

*Byron Black, et al v. Recreation by Design, LLC.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5650.

*Roy Bradley, et al v. Thor California, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5651.

*Samuel Perry, Sr. v. Keystone Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5652.

*Malvin A. Cavalier, Sr., et al v. Recreation by Design, LLC., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5653.

*Kevin M. Fisher v. Skyline Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5654.

*Cassandra Williams, et al v. Skyline Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5655.

*Leanna Griffin, et al v. Forest River, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5656.

*Chad Beech, et al v. Sentry Insurance a Mutual Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5657.

*Irma Miller, et al v. Sun Valley, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5658.

*Sonya Andrews, et al v. Sun Valley, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5659.

*Terry Laurant, et al v. Athens Park Homes, L.L.C.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5660.

*Sammi Cossich, et al v. Waverlee Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5661.

*Phillip Harrison, et al v. Sun Valley, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5662.

*Ronald Tobias, et al v. Giles Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5663.

*Lillie Smith, et al v. Sunline Coach Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5664.

*Kameka Harvey v. Liberty Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5665.

*Zandra Williams, et al v. Cavalier Home Builders, L.L.C., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5666.

*Ariane Toomer v. Cavalier Home Builders LLC., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5667.

*Keyondra Joshua, et al v. Frontier RV, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5668.

*Deborah Lambert, et al v. KZRV, LP,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5669.

*Connie Stewart v. Coachmen Recreational Vehicle Company, LLC., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5670.

*Lorraine Washington-McNeal v. Lakeside Park Homes, Inc.,* filed on August 14, 2009

in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5671.

*Kendrick Williams, et al v. Vanguard Industries of Michigan, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5672.

*Nakia Johnson, et al v. Layton Homes Corporation,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5673.

*Dontrell Burnett, et al v. Layton Homes Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5674.

*Harris Faulk, Sr., et al v. Starcraft RV, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5675.

*Erica McCant, et al v. Timberland RV Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5676.

*Frank Harvey v. KZRV, LP, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5677.

*Mary Bush, et al v. Jayco, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5678.

*Joyce Faustermann, et al v. Thor California, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5679.

*Tiffany Picquet, et al v. Lexington Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5680.

*Tiffany Picquet, et al v. Lexington Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5681.

*Lillie Smith, et al v. Thor California, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5682.

*Brittany Albers, et al v. Keystone Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5683.

*Scott Mayfield, et al v. Layton Homes Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5684.

*Dorothy Tuesno v. Indiana Building Systems, LLC, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5685.

*Charleen Condoll, et al v. Keystone Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5686.

*Tracy Martin v. Giles Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5687.

*Gregory Andrews, et al v. Gulf Stream Coach Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5688.

*Nathaniel Ellis, et al v. Keystone RV Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No.0 9-5689.

*Lucille Page, et al v. Forest River, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5690.

*Percy Griffin, et al v. Layton Homes Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5691.

*Tyrone Long, et al v. Forest River, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5692.

*Theresa Butler, et al v. Timberland RV Company,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5693.

*Gary Miller, et al v. Frontier RV, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5694.

*Cara D. Stewart Lowe, et al v. Jayco, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5695.

*Glenda Edwards, et al v. Oak Creek Homes, L.P, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5696.

*Gerald Jones, Sr., et al v. Jayco, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5697.

*Betty Northern, et al v. Forest River, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5698.

*Creniesha Richard, et al v. Scotbuilt Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5699.

*Orlando Arrom, et al v. Jayco, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5700.

*Kenneth Sanchez, et al v. Timberland RV Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5701.

*Dominique Temple, et al v. Alliance Homes, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5702.

*Vietwined Evans, et al v. Fluor Enterprises, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5703.

*Lisa Buchanan, et al v. Timberland RV Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5704.

*Brenda Buchanan, et al v. Timberland RV Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5705.

*David Manes, Jr., et al v. Oak Creek Homes, L.P., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5706.

*Joann Johnson v. Frontier RV, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5707.

*Thelma Williams, et al v. Champion Home Builders Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5708.

*Zandra Williams v. Alliance Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5709.

*Paula Smith v. Crum & Forster Specialty Insurance Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5710.

*Paula Hines, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5711.

*Melvin O. Robiho, Sr., et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5712.

*Warren A. Still v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5713.

*Chantelle Hunter v. Liberty Mutual Insurance Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No.09-5714.

*Lisa Powell v. Keystone Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5715.

*Lynetta James v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5716.

*Geraldine Cass v. Fleetwood Canada, Ltd, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5717.

*Jamie Brown, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5718.

*Terry Brown, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5719.

*Robin Bowens, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5720.

*Charles Varnado v. Jayco, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5721.

*Audrey Alexander v. Heartland Recreation Vehicles, LLC, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5722.

*Steven Acker v. Keystone Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5723.

*Evelyn Vadovsky, et al v. Superior Homes, LLC, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5724.

*Doreen Mendoza, et al v. TL Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5725.

*Rhonda Picquet v. Waverlee Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5726.

*Denetra Fisher, et al v. Skyline Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5727.

*Louanna Barras, et al v. Gulf Stream Coach, Inc. et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5728.

*Valice Thomas, et al v. TL Industries, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5729.

*Wendi Mancuso, et al v. Waverlee Homes, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5730.

*Juanita Landry, et al v. Four Winds International Corporation,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5731.

*Shirley Brown, et al v. Gulf Stream Coach, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5732.

*Lillie Carmouche v. KZRV, LP, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5733.

*Kenneth Johnson, et al v. Gulf Stream Coach, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5734.

*Sharon Spurlock, et al v. Liberty Mutual Insurance Corporation,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5735.

*John Bailey, et al v. Liberty Mutual Insurance Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5736.

*Rasheeda Anderson, et al v. Liberty Mutual Insurance Corporation,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5737.

*Shelia Magee v. Stewart Park Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5738.

*Alfred Lewis, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5739.

*Lester Scott, et al v. Insurance Company of the State of Pennsylvania, et al* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5740.

*Darren Myles, et al v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5741.

*Lawn Magee v. Gulf Stream Coach, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5742.

*Laila Bienemy v. Palm Harbor Manufacturing, LP, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5743.

*Gillis Branch, et al v. Thor California, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5744.

*Raymond Byrnes III, et al v. TL Industries, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5745.

*Olin Lory, Jr,. et al v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5746.

*James Carey, et al v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5747.

*Tashena Mash, et al v. Gulf Stream Coach, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5748.

*Todd Franklin Jr., et al v. Liberty Mutual Insurance Corporation, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5749.

*Alcides L. Bell, III, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5750.

*Dave Charles, Jr., et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5751.

*Kerrlynn Burkhalter, et al v. Stewart Park Homes, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5752.

*Herbert Brown v. Thor California, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5753.

*Christie Grelle, et al v. Insurance Company of the State of Pennsylvania, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5754.

*Douglas Patterson, et al v. Insurance Company of the State of Pennsylvania, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5755.

*Tiffany Picquet, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5756.

*Wanda Price, et al v. Insurco, Ltd, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5757.

*Jerry Williams, Sr. v. Insurance Company of the State of Pennsylvania, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5758.

*Lester J. Wilson, Jr., et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5759.

*Janell Batiste, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5760.

*Richard Byrd, et al v. Insurance Company of the State of Pennsylvania, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5761.

*Donald Burrell v. Crum & Forster Specialty Insurance Company, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5763.

*Tiyon Lane, et al v. Gulf Stream Coach, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5764.

*Raymond Jones, Sr., et al v. Gulf Stream Coach, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5765.

*Taylor Evans, et al v. Gulf Stream Coach, Inc.,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5766.

*Rhonda Riley, et al v. Stewart Park Homes, Inc., et al* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5767.

*Mary Gary, et al vs. Silver Creek Trailer Manufacturing,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5768.

*Devin Alphonse, et al v. Coachmen Recreational Vehicle, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5769.

*Darryl Lewis, et al v. Gulf Stream Coach, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5770.

*James Williams v. Fleetwood Canada, Ltd., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5771.

*Cloteel Berry, et al v. Gulf Stream Coach Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5772.

*Rhonda Picquet v. Waverlee Homes, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5774.

*Darren C. Riley, et al v. Starcraft RV, Inc., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5775.

*Theresa Barthelemy v. Crum & Forster Specialty Insurance Company, et al,* filed in the 25th Judicial District Court.  Transferred on August 19, 20096 to MDL Docket No. 09-5829.

*Deborah Ruffin, et al v. Forest River, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on August 19, 2009, Docket No. 09-5846.

Ora Brock v. Recreation by Design, LLC, et al, filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on August 27, 2009, Docket No.09-5847.

*Seebell Carter v. Forest River, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5890.

*Donna Reppell v. Gulf Stream Coach, Inc., et al,* filed in the 22nd Judicial District Court and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5891.

*Charles Larose v. Gulf Stream Coach, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 11, 2009, Docket No. 09-5892.

*Florence Wilson, et al v.  Frontier RV, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5893.

*Brenda Caston v. Recreation by Design, LLC, et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5894.

*Lionel Simmons v. Keystone RV Company, et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 11, 2009, Docket No. 09-5904.

*Ora Roberson v. Coachmen Recreational Vehicle Company, LLC, et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 11, 2009, Docket No. 09-5905.

*James Cheek, et al v. Gulf Stream Coach Inc., et al,* filed in the 22nd Judicial District Court and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 11, 2009, Docket No. 09-5906.

*Robin Fennidy, et al v. American International Group, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5924.

*Donald Jarreau, et al v. American International Group, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5925.

*Linda Ebarb, et al v. Gulf Stream Coach, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5926.

*Pearlie Ratliff v. American International Group, Inc., et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5927.

*Mary Braggs v. Recreation by Design, LLC, et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 3, 2009, Docket No. 09-5928.

*Israel Brown, et al v. Heartland Recreational Vehicles, LLC, et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5929.

*Barbara Word, et al v. Gulf Stream Coach, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 3, 2009, Docket No. 09-5937.

*Ruby Roman v. Crum & Forster Specialty Insurance Company, et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 3, 2009, Docket No. 09-5938.

*Clifford Pembrick, et al v. Liberty  Mutual Insurance Corporation, et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 3, 2009, Docket No. 09-5939.

*Herbert Bartholomew, et al v. Coachmen Industries, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 3, 2009, Docket No. 09-5940.

*James Lewis, III, et al v. Gulf Stream Coach, Inc.,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5941.

*Peter Daunoy, II v. Layton Homes Corporation, et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5942.

*Grace Guiostovia, et al v. Starr Excess Liability Insurance Company, Ltd, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5951.

*Misha Sylve v. Timberland RV Company, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5952.

*Frank Harvey v. KZRV, LP, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5953.

*Austin Harrell, et al v. Sentry Insurance, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5954.

*Perry Harris, Sr., et al v. Jayco, Inc., et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5955.

*Percy Watson v. Keystone Industries, Inc., et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5956.

*Julie Cook, et al v. Cook, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5957.

*Carolyn Brown-Robertson v. Layton Homes Corporation,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5958.

*Joy Blackstone v. Sentry Insurance, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5959.

*Estelle White, et al v. Frontier RV, Inc.,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5960.

*Edna Ussin v. CH2M Hill Constructors, Inc.,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5961.

*Percy Griffin, et al v. Layton Homes Corporation, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5962.

*Hermina McCall, et al v. Thor California, Inc.,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5963.

*Irvin Clark, et al v. Recreation by Design, LLC,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5964.

*Frances P. Brossette, Sr., et al vs. Stewart Park Homes, Inc.,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5965.

*Laronda Williams, et al v. Starr Excess Liability Insurance Company, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5966.

*Paulette C. Celestine v. Recreation by Design, LLC, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5967.

*Tyrone Long v. Forest River, Inc., et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5968.

*Sylvia S. Biagas v. TL Industries, Inc.,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5969.

*Mark Glenn Jackler v. Gulf Stream Coach, Inc., et al,* filed in the Alabama Middle District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 2, 2009, Docket No. 09-5970.

*Jacob T. Borrouso, et al v. Forest River, Inc., et al,* filed in Alabama Middle District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 2, 2009, Docket No. 09-5971.

*Arnold Baquine, et al v. Vanguard Industries of Michigan, Inc., et al,* filed in Louisiana Middle District and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 2, 2009, Docket No. 09-5972.

*Gaisha Earlycutt, et al v. Cavalier Home Builders, LLC, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5973.

*Annie McCrary, et al v. Sunnyrbrook RV, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5974.

*Alysia McCrary v. Thor California, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5975.

*Kimberly Taylor v. Keystone Coach, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5976.

*April N. Wilson v. Forest River, Inc. et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5978.

*Kathy B. Gonzales, et al v. Silver Creek Homes, Inc.,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5982.

*Sara Bailey v. River Birch Homes, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5983.

*Annie Banks, et al v. Patriot Manufacturing, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5984.

*Tynieka Martin v. Skyline Corporation, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5985.

*Vaughn Coleman v. Patriot Homes of Texas, L.P., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5986.

*Terri Davis, et al v. Thor Industries, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5987.

*Dinh Dung, et al v. Lexington Homes, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5988.

*Michael Brown, et al v. Fleetwood Enterprises, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5989.

*Ericka Franklin, et al v. Palm Harbor Homes, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5990.

*Gary McCray v. Pilgrim International, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5991.

*Earl Shorty v. Gulf Stream Coach, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5992.

*Lea Sherman v. Keystone RV Company,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5993.

*Will Hartford, et al v. Gulf Stream Coach, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5995.

*Michael Parker v. American International Group, Inc., et al ,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5996.

*Sylvia Cornish, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5998.

*Gladys Dukes, et al v. Forest River, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5999.

*Jerryal Baham, et al v. American International Specialty Lines Company, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6000.

*Mary Napoleon v. Forest River, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6001.

*Cherell Garner, et al v. Recreation by Design, LLC, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6002.

*Beverly Martin, et al v. Sunray RV, LLC, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6003.

*Pamela Farria, et al v. American International Group, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6004.

*Howard Allen v. Vanguard Industries of Michigan, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6006.

*Arthur Robinson, et al v. American International Group, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6007.

*Iris Brickley, et al v. Coachmen Industries, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6008.

*Walter Dillion, et al v. Coachmen Industries, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6010.

*Semonette Overton, et al v. Monaco Coach Corporation, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6011.

*Quinton Birden, et al v. American Camper Manufacturer, LLC, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6012.

*Draker Gross, et al v. Forest River, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6013.

*Joyce Favorite, et al v. Fleetwood Enterprises, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6014.

*Arlene Breaux v. Skyline Corporation, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6015.

*Janet A. Gabriel, et al v. Fleetwood Canada, Ltd, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6016.

*Danita Ervin, et al v. Gulf Stream Coach, Inc.,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6019.

*Nancy Rivers, et al v. Starr Excess Liability Insurance Company, Ltd, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6020.

*Paula Hines, et al v. Starr Excess Liability Insurance Company Ltd, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6021.

*Undrea Alexander, et al v. Recreation by Design, LLC, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6022.

*Eunice Raymond, Jr. v. Forest River, Inc., et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6023.

*James Prince, Sr., et al v. Coachmen Industries, Inc., et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6024.

*Tammy J. Russell, et al v. Coachmen Industries, Inc., et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6025.

*Edgar Self, et al v. Coachmen Industries, Inc., et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6026.

*Andrew J. Constant v. Thor California, Inc.,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6027.

*Deidra Howard, et al v. Gulf Stream Coach, Inc.,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6028.

*Theodore Perkins, Jr., et al v. American International Specialty Lines Insurance Company, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6029.

*Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6030.

*Doris Woods, et al v. Cavalier Home Builders, LLC, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6031.

*Lucille McClain, et al v. Jayco, Inc.,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6032.

*Keith Jones, et al v. Recreation by Design, LLC, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6033.

*Juandell Jackson, et al v. American Specialty Lines Insurance Company, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6034.

*Warrena Still v. Fluor Enterprises, Inc., et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6035.

*Julian Hamilton v. Starr Excess Liability Insurance Company, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6036.

*Bessie Falls, et al v. Lakeside Park Homes, Inc., et al,* filed in the Civil District Court for the Parish of Orleans. Transferred on September 16, 2009 to MDL Docket No. 09-6037.

*Nelson Boudoin, et al v. Gulf Stream Coach, Inc., et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 11, Docket No. 09-6038.

*Dinanyetta Buckley, et al v. Gulf Stream Coach, Inc., et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 3, 2009, Docket No. 09- 6040.

*Yolanda Johnson, et al v. Gulf Stream Coach, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 11, 2009,  Docket No. 09-6049.

*Jasmine Banks v. Champion Home Builders Company, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket 09-6064.

*Kim Siverio v. Cruiser RV, LLC, et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 3, 2009, Docket No. 09-6069.

*Christina Bean, et al v. Gulf Stream Coach, Inc., et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-6070.

*Don Mansion, et al v. Forest River, Inc., et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 10, 2009, Docket No. 09-6071.

*Dennis Giovengo v. Gulf Stream Coach, Inc., et al,* filed in the 22nd Judicial District Court and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 16, 2009, Docket No. 09-6076.

*Wayne Harris, et al v. Gulf Stream Coach, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to the MDL on September 17, 2009 to MDL Docket No. 09-6077.

*Nathan Williams v. Gulf Stream Coach, Inc., et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 16, 2009 to MDL Docket No. 09-6078.

## SKIPPED TO 09-6105

*Harvey Frank v. KZRV, LP, et al,* filed on September 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6105.

*Luis Escobar, et al v. Frontier RV, Inc., et al,* filed in the Civil District Court for the Parish of Orleans.  Transferred on September 17, 2009 to MDL Docket No. 09-6108.

*Brian J. Perera v. Coachmen Industries, Inc., et al,* filed in Alabama Northern District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6146.

*Mark G. Jackler, et al v. Gulf Stream Coach, Inc., et al,* filed in Alabama Northern District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6147.

*Janika Bell, et al v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6149.

*Joan R. Kennair, et al v. Lexington Homes, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6150.

*Richard J. Candebat v. Stewart Park Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6153.

*Cornelius D. Gould, Sr., et al v. Liberty Homes,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6153.

*Nola Bailey, et al v. Cavalier Home Builders, LLC, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6154.

*Dionte Parkman v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6156.

*Larry Gilmore v. Jayco, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6157.

*William Barker v. American International Group, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6158.

*Bobby Polk v. TL Industries, Inc., et al.,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6159.

*Jasmin Powell-Clements v. Clayton Homes of Lafayette, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6160.

*Desi Day, et al v. Insureco Agency and Insurance Company, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6161.

*Johnny Williams v. Forest River, Inc.,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6162.

*Patricia Mack v. Recreation by Design, LLC, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6163.

*Tracy Royal, et al v. Waverlee Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6164.

*Charlene Caronia v. Forest River, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6165.

*Robin Filmore v. Crum & Forster Specialty Insurance Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6166.

*Lunette Rendon, et al v. Stewart Park Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6167.

*Ronald Morrison v. Skyline Corporation, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6168.

*Lunette Rendon, et al v. Lakeside Park Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6169.

*Patricia Clark v. Keystone RV Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6170.

*Lisa Stimage, et al v. Keystone RV Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6171.

*Betty Griffith v. Dutchmen Manufacturing, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6172.

*Anthony Lopez v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6174.

*Sharon Stewart v. American International Group, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6175.

*Patricia Galmon v. Jayco Enterprises, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6176.

*Lynette Banks v. Vanguard Industries of Michigan, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6177.

*Annie Avants, et al v. Alliance Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6178.

*Adrian K. Mayfield, et al v. Patriot Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6179.

*Charles Causey, et al v. Jayco Enterprises, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6180.

*Jessie James, et al v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6181.

*Mark Enclarde v. Patriot Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6182.

*Richard Bogen v. Gulf Stream Coach Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6183.

*Shontell Stevenson, et al v. Keystone Industries, Inc.,* et al, filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6184.

*Décor Bienemy, et al v. Horton Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6185.

*Deanna Alexander, et al v. Horton Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6186.

*Catherine Austin, et al v. Alliance Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6187.

*Zachary Winfield, Jr. v. Coachmen Industries, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6188.

*Alice Blount v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6189.

*Alice Wilson, et al v. American International Group, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6190.

*Casey Campbell, et al v. Jayco Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6191.

*Charisse Burton v. American International Specialty Lines Insurance Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6192.

*Coretta Brown, et al, v. Keystone RV Company, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6194.

*Daina Caston v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6195.

*Glory Campbell, et al v. Gulf Stream Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6197.

*James Milligan v. Liberty Insurance Corporation, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6199.

*Jane Rapp v. Stewart Park Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6200.

*Jocelyn Jagers v. Cavalier Home Builders, LLC, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6201.

*Sherri Dempre v. KZRV, LP, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6203.

*Michelle Wilson v. Vanguard Industries of Michigan, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6204.

*Nettie Ceaser v. American International Group, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6205.

*Wendell Matthews v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6206.

*Diane Lynn Breuniger v. Lexington Homes, Inc., et al,* filed in Louisiana Western District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6207.

*Van Lee Parker v. Cavalier Home Builders, LLC, et al,* filed on September 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6208.

*Brenda M. Price v. Insureco Avency and Insurance Services, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6209.

*Dinah W. Henderson v. American International Group, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6210.

*Brainard Singleton v. Forest River, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6215.

*Brainard Singleton v. Forest River, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6216.

*Joseph Klein, et al v. Gulf Stream Coach, Inc., et al,* filed in Thirty Fourth Judicial District Court for the Parish of St. Bernard and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 10, 2009, Docket No. 09-6217.

*Earl Price, et al v. Cavalier Home Builders, LLC, et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6250.

*Helen A. Lavance, et al v. Gulf Stream Coach, Inc., et al,* filed in the Twenty-Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6252.

*Oscar Chavarria, et al v. Dutchmen Manufacturing, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6253.

*Charles Gillam, et al v. Keystone RV Company, et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6254.

*Larry Anderson, et al v. Gulf Stream Coach, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6255.

*Derrick Rattler v. Thor California, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 24, 2009, Docket No. 09-6256.

*Ann Marie Dewey v. Layton Homes Corporation, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6258. *Charlene Bertacci, et al v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6274.

*Yvonne Weaver v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6275.

*George Basile, Jr., et al v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6276.

*Josie Bourgeois, et al v. KZRV, LP, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6277.

*Lori Billiot, et al v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6278.

*Anthony Edenfield, et al v. Thor Industries, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6279.

*Bobby Crane, et al v. Jayco, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6280.

*Kay Perera v. Alliance Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6281.

*Kay Perera v. Stewart Park Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6282.

*Pamela Duplantier v. Starcraft RV, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6283.

*Mervin Tobias v. Alliance Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6289.

*Constance Clark v. American International Group, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6290.

*Brenda Jones, et al v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6293.

*Rhonda Picquet v. Insurance Company of the State of Pennsylvania, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6294.

*Zebedee Perdue v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6295.

*Curtis Coleman, Jr., et al v. Forest River, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6307.

*Roy A. Mitchell v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6308.

*Charles Gurley, Jr. v. KZRV, LP, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6309.

*Tommie J. Brock v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6310.

*Roy A. Mitchell v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6311.

*Stephanie Bentley, et al v. American International Specialty Lines Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6312.

*Latandria Harness v. Horton Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6313.

*Mary Ann Harris v. Skyline Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6314.

*Brittany Williams, et al v. Skyline Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6315.

*Dartez Cockheran, et al v. Sun Valley, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6316.

*Kamarez Cryer, et al v. Champion Enterprises, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6317.

*Chad Pellegrin, et al v. Gulf Stream Coach Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6318.

*Denisha Allen, et al v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6319.

*Terry Anderson, et al v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6320.

*Jannie Hughes, et al v. Southern Energy Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6321.

*Shawn Black, et al v. Thor Industries, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6322.

*Shawn Black, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6323.

*Valerie Sam-Williams v. Skyline Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6324.

*Jayden Bailey, et al v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6325.

*Lawandra Brown, et al v. Layton Homes Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6326.

*Barbara Hingle, et al v. Layton Homes Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6327.

*Janice Hughes, et al v. Cavalier Home Builders, LLC, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6328.

*Edward Davis v. American International Specialty Lines Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6329.

*Sylvia Robinson v. Clearspring Conversions, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6331.

*Marshall Banks v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6332.

*Pearlette Ford, et al v. Forest River, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6333.

*Mary Ann Harris v. Layton Homes Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6334.

*Angela Juhasz, et al v. American International Specialty Lines Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6335.

*Eaverunna Williams v. Palm Harbor Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6336.

*Allen Chance, et al v. Phillips Products, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6337.

*Keyon Milton, et al v. Redman Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6338.

*Rosie Bourdeaux v. Silver Creek Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6339.

*Faye Williams v. Superior Homes, LLC, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6341.

*Lydia Jochum v. Stewart Park Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6342.

*Cathy Bosarge, et al v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6343.

*Louise Jackson, et al v. Sunline Acquisition Company, Ltd., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6344.

*Shakira Gould v. Dutchmen Manufacturing, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6345.

*Nakira Sorina v. Crum & Forster Specialty Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6346.

*Dalfrey Alexander v. Skyline Corporation,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6347.

*Dalfrey Alexander v. Layton Homes Corp., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6348.

*Louis Collins v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6349.

*William Barker v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6350.

*Patrice Philip v. DS Corp., et al,* filed on September 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6370.

*Tracy L. Simmons, Sr., et al v. Jayco, Inc., et al,* filed in the Twenty-Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6375.

*Yvette Tumminello v. Gulf Stream Coach, Inc., et al,* filed in the Twenty-Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6376.

*Alisha Blackburn, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6393.

*Marvin Tanner, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6395.

*Geneva Hunter, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6396.

*Gwendolyn Allen, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6397.

*Lisa Adams, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6398.

*Sean Autman, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6399.

*Tiffany Dixon, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6400.

*Bridgette Robinson, et al v. American Camper Manufacturer, LLC, et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 22, 2009, Docket No. 09-6401.

*Julie Bowser, et al v. Lakeside Park Homes, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6403.

*Gregory Campbell v. American International Group, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 22, 2009, Docket No. 09-6404.

*Rahneisha Bartholomew, et al v. Keystone RV Company, et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 22, 2009, Docket No. 09-6405.

*Patricia Johnson, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6406.

*Warneshia Williams v. Vanguard Industries of Michigan, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6407.

*Glenda Jefferson, et al v. American International Group, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6408.

*Delloyd Burke v. Forest River, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6409.

*Lionel Fields, et al v. American International Specialty Lines Co., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6410.

*Karin Burns, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6411.

*W.J. Simmons, et al v. Recreation By Design, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6417.

*Jackie Dillon, et al v. Champion Home Builders Co., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6418.

*Devin Romero, et al v. KZRV, LP, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6423.

*Pauline Manuel, et al v. Recreation By Design, LLC, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6424.

*Youlanda Lambert, et al v. Jayco, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6425.

*Nathan Scott, et al v. Layton Homes Corp., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6426.

*Joseph Williams v. Layton Homes Corp., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6427.

*Anita Lee v. Recreation By Design, LLC, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6428.

*Kenneth Gable, et al v. Forest River, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6429.

*Thu Thi Nguyen v. Thor California, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6430.

*Miquel Lyons, et al v. Skyline Corporation, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6431.

*Brenda Allen v. Skyline Corporation,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6432.

*Veronica Septh, et al v. Jayco, Inc., et al,* filed on September 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6472.

*Lichelle Knighten v. Keystone RV Company, et al,* filed on September 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6473.

*Susan Baker, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Alabama.  Transferred to MDL on September 28, 2009, Docket No. 09-6496.

*Jimmie Epperly, et al v. Indiana Building Systems, LLC, et al,* filed in the United States District Court for the Western District of Louisiana.  Transferred to MDL on September 28, 2009, Docket No. 09-6499.

*Florence Thomas, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Western District of Louisiana.  Transferred to MDL on September 28, 2009, Docket No. 09-6500.

*Rufus Young, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 28, 2009, Docket No. 09-6502.

*Barbara Walton, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 28, 2009, Docket No. 09-6503.

*Latoya Bradley, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 28, 2009, Docket No. 09-6504.

*Najee Wells-Thompson, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 28, 2009, Docket No. 09-6505.

*Simeko Johnson, et al v. Fluor Enterprises, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6563.

*Wanda Moret v. Coachmen Industries, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6564.

*Patrick Norwood, et al v. Forest River, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6565.

*Jonique Meyers, et al v. Clayton Homes of Lafayette, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6566.

*Carolyn Morgan, et al v. Forest River, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6567.

*Tia Turner, et al v. American Camper Manufacturing, LLC, et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6568.

*Mildred Etienne, et al v. American International Group, et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6569.

*Adena Cobbins, et al v. Skyline Corporation, et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6570.

*VAlender Martin v. Jayco, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6571.

*Michael Rucker, et al v. Stewart Park Homes, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6572.

*Donna Hilliard, et al v. Gulf Stream Coach, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6573.

*Keytha Watson v. Jayco, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6574.

*Donna Lucas v. Gulf Stream Coach, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6575.

*Joel Green, et al v. Lexington Homes, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6576.

*Edward Bergeron, Jr. v. Fluor Enterprises, Inc., et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6585.

*Joseph Gilmore, Sr., et al v. Cavalier Home Builders, LLC, et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6586.

*Joseph Gilmore, Sr., et al v. Gulf Stream Coach, Inc., et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6587.

*Joseph Gilmore, Sr., et al v. Forest River, Inc., et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6588.

*Milton J. Antoine, Jr., et al v. Gulf Stream Coach, Inc., et al,* filed on September 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6608.

*Rosalind Smith, et al v. Gulf Stream Coach, Inc., et al,* filed on September 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6615.

*Rosalind Smith, et al v. Gulf Stream Coach, Inc., et al,* filed on September 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6616.

*Barbour, et al v. Forest River, Inc., et al*, filed on October 6, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6633.

*Carter, et al v. Forest River, Inc., et al*, filed on October 6, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6634.

*Powell, et al v. Clayton Homes of Lafayette, Inc.*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6635.

*Bates, et al v. Clayton Homes of Lafayette, Inc., et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6637.

*Casey, et al v. Vanguard, LLC, et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6638.

*Johnson, et al v. Superior Homes, LLC, et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6639.

*Tucker, et al v. SunRay Investments, LLC, et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6640.

*Thomas, et al v. Southern Energy Homes, Inc., et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6641.

*Trinh, et al v. Giles Family Holdings, Inc., et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6642.

*Copelin v. Crum & Forster Specialty Insurance Company, et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6688.

*Sprinkle, et al v. TL Industries, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6698.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6700.

*Avery, et al v. Jayco, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6701.

*Hulbert v. Cavalier Home Builders, LLC, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6702.

*Ellis v. American International Specialty Lines Insurance Company, et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6703.

*Chatman, et al v. Forest River, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6704.

*Banks, et al v. Recreation by Design, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6705.

*Boudreaux, et al v. Horton Homes, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6707.

*Thomas v. TL Industries, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6708.

*Clark-Davis, et al v. Forest River, Inc., et al*, filed on October 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6709.

*Adams, et al v. Frontier RV, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6711.

*Stewart v. Alliance Homes, Inc., et al*, filed in the United States District Court for the Western District of Louisiana.  Transferred to MDL on October 19, 2009, Docket No. 09-6712.

*Pittman v. Frontier RV, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6715.

*Baynes, et al v. Recreation by Design, et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6716.

*Chalaire, et al v. Forest River, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6717.

*Lusich, et al v. TL Industries, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6718.

*Smith, et al v. Frontier RV, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6719.

*Hill, et al v. Horton Homes, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6720.

*Kujawa, et al v. United States of America, et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6721.

*Bartel, et al v. United States of America, et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6722.

*Tarrence, et al v. Stewart Park Homes, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6775.

*Bouisse, et al v. Gulf Stream Coach, Inc., et al*, filed in 24th JDC, Parish of Jefferson. Transferred to MDL on October 15, 2009, Docket No. 09-6778.

*Bailey, et al v. Gulf Stream Coach, Inc., et al*, filed in 24th JDC, Jefferson Parish. Transferred to MDL on October 15, 2009, Docket No. 09-6780.

*Amos, et al v. Gulf Stream Coach, Inc., et al*, filed in Civil District Court for the Parish of Orleans.  Transferred to MDL on October 15, 2009, Docket No. 6781.

*Snyder, et al v. Frontier RV, Inc., et al*, filed on October 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6782.

*Taylor, et al v. Destiny Industries, LLC, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6795.

*Annis v. American International Group, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6796.

*Delone v. Lexington Homes, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6797.

*Hall, et al v. Gulf Stream Coach, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6799.

*Cargo v. Coachmen Industries, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6800.

*Robin v. Insurco, Ltd., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6801.

*Kerner, et al v. Starcraft RV, Inc., et al*, filed on October 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6832.

*Dunbar, et al v. Forest River, Inc., et al*, filed on October 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6835.

*Geroge v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, filed on October 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6836.

*Green, et al v. Keystone RV Company, et al*, filed on October 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6837.

*Chartion v. Stewart Park Homes, Inc., et al*, filed on October 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6838.

*Bruno v. Gulf Stream Coach, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6873.

*Patterson v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6874.

*Stagg v. Gulf Stream Coach, Inc., et al*, filed on October 26, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6875.

*Guillory v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6876.

*Anthony v. Gulf Stream Coach, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6877.

*Andrews v. Gulf Stream Coach, Inc., et al*, filed on October 26, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6878.

*Shepherd, et al v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6879.

*Williams, et al v. Superior Homes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6880.

*Ellis, et al v. Forest River, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6883.

*Massey v. Alliance Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6884.

*Hebert v. Gulf Stream Coach, Inc.*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6885.

*Allen, et al v. Cavalier home Buildres, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6886.

*Antoine, et al v. Skyline Corporation, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6889.

*Andrews, et al v. Gulf Stream Coach, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6894.

*Andrews, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6895.

*Greco, et al v. Jayco Enterprises, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6896.

*Mixon, et al v. Keystone RV Company, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6897.

*Augustine, et al v. Fleetwood Canada, Ltd., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6903.

*Wright, et al v. DS Corp., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6904.

*Johnson v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6910.

*Boudreaux, et al v. Coachmen Industries, Inc., et al*, filed on November 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6911.

*Barnes, et al v. Pilgrim International, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6912.

*Barrett, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6913.

*Triplett, et al v. Forest River, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6914.

*Miller, et al v. Pilgrim International, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6916.

*Agee, et al v. Coachmen Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6917.

*Paige, et al v. Patriot Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6918.

*Cronin, et al v. Sunnybrook R V, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6919.

*Robinson, et al v. Homes of Merit, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6920.

*Jones, et al v. Townhomes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6921.

*Haygood, et al v. Lexington Homes, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6922.

*Noble, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6923.

*Thompson, et al v. Timberland RV Company, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6924.

*Burge, et al v. Alliance Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6925.

*Brown, et al v. Oak Creek Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6926.

*Dieugene, et al v. Destiny Industries, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6927.

*Barnes, et al v. Waverlee Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6928.

*Mitchell, et al v. Thord Industries, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6929.

*Wosk, et al v. Stewart Park Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6930.

*Bell, et al v. Starcraft RV, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6931.

*Bradley, et al v. Cavalier Home Builders, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6932.

*Lewis, et al v. Skyline Corporation, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6933.

*Jacks v. Stewart Park Homes, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6934.

*Anderson, et al v. Scotbilt Homes, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6935.

*Crocker, et al v. Silver Creek Homes, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6936.

*Powell, et al v. R-Vision, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6937.

*Hall, et al v. Redman Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6938.

*McDonald, et al v. River Birch Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6939.

*Prima, et al v. DS Corp, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6940.

*Lee, et al v. Dutch Housing, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6941.

*Brown, et al v. Dutchmen Manufacturing, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6942.

*Burrows, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6943.

*Lott, et al v. Gulf Stream Coach, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6944.

*Beard, et al v. Gulf Stream Coach, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6945.

*Smith, et al v. Liberty Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6946.

*Gyins, et al v. Gulf Stream Coach, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6947.

*Barnes, et al v. Monaco Coach Corporation, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6948.

*Bullock, et al v. Gulf Stream Coach, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6949.

*Brown, et al v. Palm Harbor Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6950.

*Johnson, et al v. Gulf Stream Coach, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6951.

*Bilbo, et al v. Patriot Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6954.

*Williams, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6955.

*Long, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6956.

*Huynh, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6957.

*Mitchell, et al v. Keystone RV Company, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6958.

*Anderson, et al v. Pilgrim International, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6959.

*Bosarge, et al v. KZRV LP, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6960.

*American Camper Manufacturing, LLC, et al v. CH2M Hill Construction, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6961.

*Rhodes, et al v. Lakeside Park Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6962.

*Baugh, et al v. Jayco, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6964.

*Lee, et al v. Indiana Building Systems, LLC, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6965.

*Rolison, et al v. Keystone RV Company, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6966.

*Lee, et al v. Liberty Mutual Insurance Corporation, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6978.

*Randolph v. Timberland RV Company*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6979.

*Lewis, et al v. Starr Excess Liability Insurance Company, Ltd., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6980.

*Dingeman, et al v. Sentry Insurance a Mutual Company, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6981.

*Cheatam, et al v. Gulf Stream Coach, Inc.*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6982.

*Foxworth, et al v. Gulf Stream Coach, Inc.*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6983.

*Lewis, et al v. Sentry Insurance a Mutual Company, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6984.

*Lee v. Gulf Stream Coach, Inc.*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6985.

*Martin v. Timberland RV Company, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6986.

*Hamilton v. Forest River, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6987.

*Brown v. Recreation by Design, LLC, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6988.

*Watzke, et al v. Starr Excess Liability Insurance Company, Ltd., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6989.

*Hitchens v. Keystone RV Company, et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6999.

*Tumminello v. Gulf Stream Coach, Inc., et al*, filed on October 26, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7039.

*Greenup v. Jayco, Inc., et al*, filed on October 27, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7044.

*Duncan v. Thor California, Inc., et al*, filed on October 27, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7045.

*Petty v. Dutchmen Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7050.

*London, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7051.

*McMillian, et al v. American Camper Manufacturing, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7062.

*Reed, et al v. Cavalier Home Builders, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7063.

*Carter, et al v. Coachmen Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7064.

*Mitchell, et al v. DS Corp., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7065.

*Carrillo, et al v. Dutch Housing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7066.

*Dangerfield, et al v. Dutchmen Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7067.

*Albert, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7068.

*Steber, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7069.

*Williams, et al v. Forest River, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7070.

*Burks, et al v. Forest River, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7072.

*Williams-Bachemin, et al v. Frontier RV, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7073.

*Singleton, et al v. Giles Family Holdings, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7074.

*Brown, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7075.

*Chatman, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7076.

*McNair, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7078.

*Lyons, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7079.

*Holmes, et al v. Silver Creek Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7080.

*Roach, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7081.

*Thomas, et al v. Horton Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7082.

*Stockman, et al v. Jayco, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7083.

*Burks, et al v. Skyline Corporation, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7084.

*Foxworth, et al v. Keystone Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7085.

*Thomas, et al v. KZRV LP, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7086.

*Hampton, et al v. Southern Energy Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7087.

*Taylor, et al v. Lakeside Park Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7088.

*Borne, et al v. Layton Homes Corp., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7089.

*Robinson, et al v. Starcraft RV, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7090.

*Lollar, et al v. Liberty Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7091.

*Becnel, et al v. Stewart Park Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7092.

*Singleton, et al v. Monaco Coach Corporation, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7093.

*Stevenson, et al v. Palm harbor Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7094.

*Morris, et al v. SunRay Investments, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7095.

*Mackey, et al v. Patriot Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7096.

*Johnson, et al v. Superior Homes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7098.

*Martinez, et al v. Thor Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7099.

*Evans, et al v. TL Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7100.

*Barnes, et al v. Pilgrim International, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7101.

*Lavigne, et al v. Recreation By Design, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7102.

*Armour, et al v. River Birch Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7103.

*Jones, et al v. R-Vision, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7104.

*Trinh, et al v. Scotbilt Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7106.

*Cook, et al v. Timberland RV Company, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7107.

*Calhoun, et al v. Champion Home Builders Co., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7108.

*Macon, et al v. Sun Valley, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7109.

*Diamond, et al v. Lexington Homes, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7110.

*Woulard v. Townhomes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7111.

*Brothern, et al v. Homes of Merit, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7112.

*Hobden, et al v. Sunnybrook R V, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7113.

*Jones, et al v. Alliance Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7114.

*Hatampa, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7115.

*Peralta, et al v. Hy-Line Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7116.

*Frierson, et al v. Vanguard, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7117.

*Blue, et al v. Waverlee Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7118.

*Barnes, et al v. Destiny Industries, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7119.

*Watson, et al v. Oak Creek Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7120.

*Coleman, et al v. Patriot Homes of Texas, LP, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7121.

*Page, et al v. CMH Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7122.

*Barletter, et al v. Viking Recreational Vehicle Company, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7123.

*Amos, et al v. Sunline Coach Company, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7124.

*Branch, et al v. Jayco, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7150.

*Gordon, et al v. CH2M Hill Constructors, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7151.

*Relayson, et al v. Keystone RV Company, et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7152.

*LaHoste, et al v. Forest River, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7153.

*Wyatt, et al v. Gtulf Stream Coach, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7154.

*Pritchett, et al v. Coachmen Industries, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7155.

*Barone v. Gulf Stream Coach, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7156.

*Wheeler v. American Camper Manufacturing, LLC, et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7157.

*Robinson, et al v. Pilgrim International, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7158.

*Nelson, et al v. Pilgrim International, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7159.

*Cooper, et al v. CH2M Hill Constructors, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7161.

*Savoy  v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7164.

*Barber v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7166.

*Aaron v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7167.

*Stewart, et al v. Lakeside Park Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7168.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on November 6, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7219.

*Morter v. Gulf Stream Coach, Inc., et al*, filed on November 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7245.

*Chatelain, et al v. Forest River, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7258.

*Johnson v. Liberty Insruance Corporation, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7259.

*Ragas, et al v. Stewart Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7260.

*Holmes v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7261.

*Bartholomew v. Crum & Forster Speciality Insurance Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7262.

*Brickley v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7263.

*Bishop, et al v. Stewart Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7264.

*Ball v. Stewart Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7265.

*Stermer, et al v. Superior Homes, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7266.

*Adams, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7267.

*Mateen v. Skyline Corporation, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7270.

*Segura v. Alliance Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7271.

*Harrell v. Alliance Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7272.

*Kelly, et al v. Redman Homes, Inc. f/k/a Dutch Homes, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7273.

*Browning, et al v. Forest River, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7274.

*Aaron, et al v. Forest River, Inc., et al*, filed on December 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7275.

*Lewis, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7276.

*Bauder, et al v. Thor California, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7277.

*Allen, et al v. Thor Industries, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7278.

*Jarreau-Ross, et al v. Cavalier Home Builders, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7279.

*Mallet, et al v. Cavalier Home Builders, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7280.

*Castillo v. Keystone RV Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7281.

*Dempre v. KZRV, LP, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7282.

*Marshall v. Keystone RV Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7283.

*Thierry v. Thor Industries, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7284.

*Kendricks v. Vanguard Industries of Michigan, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7285.

*Adams v. Alliance Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7286.

*Abshire, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7287.

*Anatole, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7288.

*Eugene, et al v. Keystone RV Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7289.

*Walker, et al v. Dutchmen Manufacturing, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7291.

*Black, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7292.

*Cook, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7293.

*Arrigo, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7294.

*Goodly, et al v. Southern Energy Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7295.

*Lain v. American International Specialty Lines Insurance Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7296.

*Hebert, et al v. Recreation By Design, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7297.

*Mackey, et al v. Recreation By Design, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7298.

*Reese v. Liberty Insurance Corporation, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7299.

*Bosworth, et al v. Forest River, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7300.

*Kinkella v. Lakeside Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7301.

*James, et al v. Lakeside Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7302.

*Ladner v. American International Specialty Lines Insurance Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7303.

*Acklin, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7304.

*Lee v. Indiana Building Systems, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7305.

*Brown v. Oak Creek Homes, L.P., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7306.

*Marcus-Wedlock, et al v. Palm Harbor Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7308.

*Searles, et al v. Cavalier Home Builders, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7310.

*Beverly, et al v. Champion Enterprises, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7311.

*Guillory, et al v. CMH Manufacturing, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7312.

*Van Tassel, et al v. Horton Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7313.

*Coleman, et al v. Jayco Enterprises, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7314.

*Carrere, et al v. Jayco Enterprises, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7315.

*McBride v. American Camper Manufacturing, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7317.

*Wilkerson-Jackson v. KZRV, LP, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7318.

*Voros v. Dutchmen Manufacturing, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7319.

*Anderson, et al v. DS Corp., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7320.

*Antoine, et al v. Destiny Industries, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7321.

*Bargky, et al v. Coachmen Recreational Vehicle Company, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7322.

*Carter v. Gulf Stream Coach, Inc., et al*, filed on November 12, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7323.

*Waller v. Sun Valley, Inc., et al*, filed on November 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7328.

*Dufrene, et al v. Gulf Stream Coach, Inc., et al*, filed on November 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7343.

*Burns, et al v. Coachmen Industries, Inc., et al*, filed on November 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7352.

*Bundridge, et al v. Gulf Stream Coach, Inc., et al*, filed on November 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7353.

*Hawkins, et al v. Forest River, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7354.

*Jones, et al v. Forest River, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7355.

*Barrett v. Gulf Stream Coach, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7356.

*Carpenter, et al v. Forest River, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7357.

*Northfield Insurance Company v. North American Catastrophe Services, Inc.,* filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7359.

*Scott v. Gulf Stream Coach, Inc., et al*, filed on November 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7370.

*Morter v. Gulf Stream Coach, Inc., et al*, filed on November 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7388.

*Griffin, et al v. Gulf Stream Coach, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7480.

*Morazan v. Keystone RV Company*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7482.

*Butler v. Frontier RV, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7503.

*Daigle, et al v. Fluor Enterprises, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7512.

*Sprinkle, et al v. Keystone RV Company*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7524.

*Allison, et al v. Gulf Stream Coach, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7525.

*Armstrong, et al v. Gulf Stream Coach, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7526.

*Brockley, et al v. Keystone RV Company*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7528.

*Branch, et al v. Fleetwood Enterprises, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7529.

*Adams, et al v. Pilgrim International, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7530.

*Harris v. Monaco Coach Corporation*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7531.

*Henderson, et al v. Fleetwood Enterprises, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7532.

*Pruitt, et al v. Keystone RV Company*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7533.

*Seaman, et al v. R-Vision, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7534.

*Strickland, et al v. River Birch Homes, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7535.

*Tillman, et al v. Dutchmen Manufacturing, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7536.

*Banks, et al v. Jayco, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7537.

*Taylor v. KZRV, LP*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7538.

*Chaisson, et al v. DS Corp.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7539.

*Meche, et al v. Skyline Corporation*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7540.

*Daigle v. American International Specialty Lines Co.*, filed on December 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7541.

*Keddy v. American International Specialty Lines Co.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7542.

*Ardie v. Keystone RV Company*, filed on December 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7543.

*McLaughlin, et al v. Keystone RV Company*, filed on December 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7544.

*Greene, et al v. Keystone RV Company*, filed on December 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7546.

*Merriell v. Keystone RV Company*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7547.

*Ruiz, et al v. Jayco, Inc.*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7548.

*Atkins, et al v. Fleetwood Enterprises, Inc.*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7554.

*Curol, et al v. Forest River, Inc.*, filed on December 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7555.

*Amos , et al v. Gulf Stream Coach, Inc.*, filed on December 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7556.

*Ward, et al v. Gulf Stream Coach, Inc.*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7565.

*Buckley, et al v. Recreation By Design, LLC*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7566.

*Tanks v. Jayco, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7568.

*Smith, et al v. KZRV, LP*, filed on December 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7569.

*Griffin, et al v. Gulf Stream Coach, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7573.

*Turner v. Gulf Stream Coach, Inc.*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7575.

*Porter, et al v. Gulf Stream Coach, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7580.

*Broussard, et al v. Vanguard Industries of Michigan, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7581.

*Jones, et al v. Alliance Homes, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7582.

*Cox v. Fleetwood Canada, Ltd., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7583.

*Shelby, et al v. Cavalier Home Builders, LLC, et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7584.

*Brooks v. Forest River, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7585.

*Andrews, et al v. Champion Home Builders Co., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7586.

*Andrews, et al v. Palm Harbor Manufacturing, LP, et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7587.

*Riley v. Gulf Stream Coach, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7588.

*Behrens v. River Birch Homes, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7589.

*Tolliver, et al v. American International Group, et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7590.

*Picquet v. Insurance Company of the State of Pennsylvania, et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7591.

*Sanders v. Liberty Mutual Insurance Corporation, et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7593.

*Sullen v. Gulf Stream Coach, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7594.

*Gallardo, et al v. Sun Valley, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7595.

*Campo, et al v. Insurco, Ltd., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7596.

*Mackey, et al v. Keystone Industries, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7597.

*Bolden v. Frontier RV, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7598.

*Brown v. Keystone Industries, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7599.

*Hills, et al v. Insurance Company of the State of Pennsylvania, et al*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7600.

*Burnette v. Jayco, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7601.

*Graham v. Jayco, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7613.

*Bunch v. Jayco, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7614.

*Ghergick v. Recreation By Design, LLC, et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7624.

*Jackson v. Frontier RV, Inc., et al*, filed on December 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7626.

*Angelin, et al v. Giles Industries, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7660.

*Johnwell, et al v. Southern Energy Homes, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7661.

*Ambo, et al v. CMH Manufacturing, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7662.

*Hankton, et al v. Southern Energy Homes, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7663.

*United States of America, et al v. Southern Energy Homes, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7664.

*Harris, et al v. SunRay RV, LLC, et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7665.

*Jackson v. Sunray RV, LLC, et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7666.

*Gerdes, III, et al v. Gulf Stream Coach, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7680.

*Favorite, et al v. Vanguard Industries of Michigan, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7681.

*Rogers, et al v. Lakeside Park Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7683.

*Bell, et al v. Silver Creek Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7687.

*Martin v. Gulf Stream Coach, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7688.

*Taplin v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7689.

*Beaty, et al v. Home Choice USA, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7692.

*Holmes v. Keystone RV Company, et al*, filed on December 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7696.

*Gonzales v. Gulf Stream Coach, Inc., et al*, filed on December 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7697.

*Ellis v. Crum & Forster Specialty Insurance Company, et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7703.

*Mitchell, et al v. Forest River, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7705.

*Veal, et al v. Gulf Stream Coach, Inc., et al*, filed on December 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7715.

*Spencer, et al v. CMH Manufacturing, Inc., et al*, filed on December 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7740.

*Lewis v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7743.

*Brown v. Crum & Forster Specialty Insurance Company, et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7744.

*Booth, et al v. Gulf Stream Coach, Inc., et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7745.

*Gurley v. Stewart Park Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7746.

*Leonard, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7747.

*Harris v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7748.

*Dominguez v. DS Corp, et al*, filed on January 13, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7749.

*Gurley v. Lakeside Park Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7750.

*Dilbert v. Gulf Stream Coach, Inc., et al*, filed on January 13, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7751.

*LeBlanc, e tal v. Fluor Enterprises, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7752.

*Davis v. Lakeside Park Homes, Inc., et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7753.

*Strohmeyer v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7754.

*Fraxier v. Gulf Stream Coach, Inc., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7755.

*Brown v. Forest River, Inc., et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7756.

*Mayer v. Stewart Park Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7757.

*Troetscher v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7758.

*Morgan v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7759.

*Shavers, et al v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7760.

*Licata v. Morgan Buildings & Spas, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7761.

*Carter, et al v. Liberty Mutual Insruance Corporation, et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7762.

*Bridges v. Liberty Mutual Insurance Corporation, et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7763.

*Gordon v. Sun Valley, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7766.

*Gras, et al v. Coachmen Recreational Vehicle Company of Georgia, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7767.

*Smith, et al v. Cavalier Home Builders, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7768.

*Warren v. Thor California, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7770.

*Woods v. Palm Harbor Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7771.

*Sorina v. Crum & Forster Specialty Insurance Company, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7772.

*Roman v. Crum & Forster Specialty Insurance Company, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7773.

*Gumas, et al v. CH2M Hill Constructors, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7774.

*Dupree, et al v. American International Group, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7775.

*Harrison, Jr. v. American International Group, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7777.

*Cooper, et al v. Keystone RV Company, et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7784.

*Webb, et al v. KZRV LP, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7785.

*Briggs, et al v. Gulf Stream Coach, Inc., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7786.

*Burks, et al v. Keystone Industries, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7792.

*Thomas, et al v. Horton Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7793.

*Acker, et al v. Monaco Coach Corporation, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7794.

*Adams, et al v. Recreation by Design, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7795.

*Cuevas, et al v. Redman Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7796.

*Aguilar, et al v. Coachmen Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7797.

*Acker, et al v. Keystone RV Company, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7798.

*Balkcom, et al v. Indiana Building Systems, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7799.

*Martin, et al v. American Camper Manufacturing, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7800.

*Couvillion, et al v. Cavalier Homes Builders, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7801.

*Watts, et al v. SunRay Investments, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7802.

*Blanchard, et al v. KZRV, LP, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7803.

*Acker, et al v. Jayco, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7804.

*De Jesus, et al v. River Birch Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7805.

*White v. Redman Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7806.

*Cameron, et al v. Recreation by Design, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7807.

*Aaron, et al v. Pilgrim International, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7808.

*Edgerton, et al v. Patriot Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7809.

*Buras, et al v. Vanguard, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7810.

*Green, et al v. TL Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7811.

*Bogan, et al v. Tho Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7812.

*Calogero, et al v. Waverlee Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7813.

*Adkison, et al v. R-Vision, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7814.

*Ratcliff, et al v. Monaco Coach Corporation, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7815.

*Finch, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7816.

*Guy, et al v. Keystone RV Company, et al*, filed on January 20, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7817.

*Sarver, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7818.

*Howard, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7819.

*Middleton v. Superior Homes, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7820.

*Garrett, et al v. Palm Harbor Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7821.

*Carriere, et al v. River Birch Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7822.

*Belmares, et al v. Southern Energy Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7823.

*Cole, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7824.

*Hyde, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7825.

*Cagle, et al v. Skyline Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7826.

*Crawford, et al v. Frontier RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7827.

*Acker, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7828.

*Johnson, et al v. Superior Homes, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7829.

*McGee, et al v. Thor Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7830.

*Treaudo, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7831.

*Bean, et al v. TL Industries, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7832.

*Jiles, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7833.

*Seaman, et al v. Vanguard, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7834.

*Vallare, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7835.

*Koffi, et al v. Hy-Line Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7836.

*Bell, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7837.

*Acker, et al v. Coachmen Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7838.

*Biagas, et al v. Stewart Park Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7839.

*Bauer, et al v. Liberty Homes Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7840.

*Ambrose, et al v. DS Corp., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7841.

*Barnes, et al v. Lakeside Park Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7842.

*Bodry, et al v. Dutch Housing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7843.

*Francis, et al v. CMH Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7844.

*Huggins, et al v. Scotbilt Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7845.

*Fountain, et al v. Homes of Merit, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7846.

*Foucha, et al v. Sunline Coach Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7847.

*Jackson, et al v. Sunnybrook RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7848.

*Evans, et al v. Lexington Homes, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7849.

*Bolton, et al v. Sun Valley, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7850.

*Brecheen, et al v. Patriot Homes of Texas, L.P., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7851.

*Gray, et al v. American Camper Manufacturing, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7852.

*Lawrence, et al v. CMH Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7853.

*Baquet, et al v. Cavalier Home Builders, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7854.

*Wilkerson, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7855.

*Abney, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7856.

*Acker, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7857.

*Brown, et al v. Waverlee Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7858.

*Sims, et al v. Destiny Industries, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7859.

*Hill, et al v. Gulf Stream Coach, Inc., et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7860.

*Carbo, et al v. Superior Homes, LLC, et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7861.

*Gable, et al v. Keystone RV Company, et al*, filed on January 13, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7862.

*Smith, et al v. Frontier RV, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7863.

*Black, et al v. American International Group Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7864.

*Gennings, et al v. American  Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7865.

*Vincent, et al v. American International Specialty Lines, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7866.

*Raines, et al v. American International Specialty Lines, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7867.

*White v. Recreation by Design, LLC, et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7868.

*Bickham v. Recreation by Design, LLC, et al*, filed on January 22, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7869.

*Bruno, et al v. Crum & Forster Specialty Insurance Company, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7870.

*Bailey v. Gulf Stream Coach, Inc., et al*, filed on January 22, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7871.

*Taylor v. Recreation by Design, LLC, et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7872.

*Davis, et al v. Crum & Forster Specialty Insurance Company, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7873.

*Gainey, Jr. v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, filed on January 29, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7874.

*Alexander, et al v. Sunnybrook RV, Inc., et al*, filed on January 21, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7875.

*Williams v. Keystone RV Company, et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7876.

*Isaac, Sr., et al v. Crum & Forster Specialty Insurance Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7877.

*Venible, et al v. Gulf Stream Coach, Inc., et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7878.

*Tanner v. Sunline Acquisition Company Ltd., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7879.

*Manuel, et al v. Re-Vision, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7880.

*Gainey v. Crum & Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, filed on February 2, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7881.

*Carter, et al v. American International Group, Inc., et al*, filed on February 3, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7882.

*Riley, Sr., et al v. American International Specialty Lines Co., et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7883.

*Turner v. American International Group Inc., et al*, filed on January 29, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7884.

*Schaeffer, et al v. Coachmen Recreational Vehicle Company , et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7885.

*Royal, et al v. American International Group Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7886.

*Barnes, et al v. Jayco, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7887.

*Robinson v. Alliance Homes, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7888.

*Alxander, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7889.

*Harris, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7890.

*Davison, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7891.

*Byron, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7892.

*Duong, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7893.

*Moore, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7894.

*Trent, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7895.

*Kellum, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7896.

*Mumphrey, et al v. Frontier RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7897.

*Hodges, et al v. Giles Family Holdings, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7898.

*Robinson, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7899.

*Jouet, Sr., et al v. American International Group, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7900.

*Theyard v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7901.

*Paz, et al v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7903.

*Charles, et al v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7904.

*Smith, et al v. Liberty Homes Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7905.

*Stipe, et al v. Layton Homes Corp., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7906.

*Eskridge, et al v. Lakeside Park Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7907.

*Dempey, et al v. KZRV, LP, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7908.

*Currie, et al v. Pilgrim International, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7909.

*Mackey, et al v. Patriot Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7910.

*Douglas, et al v. Palm Harbor Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7911.

*Huggins, et al v. Scotbilt Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7912.

*Holmes, et al v. Silver Creek Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7913.

*Evans, et al v. SunRay Investments, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7914.

*Free, et al v. Stewart Park Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7916.

*Stephen, et al v. R-Vision, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7917.

*Banks, et al v. Skyline Corporation, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7918.

*Williamson, et al v. Southern Energy Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7919.

*Bennett, et al v. Starcraft RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7920.

*Bosarge, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7921.

*Collier, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7922.

*Guillory, et al v. Forest River, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7924.

*Allen, et al v. Gulf Stream Coach, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7925.

*Teague, et al v. American International Group, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7928.

*Woods v. Forest River, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7929.

*LeBoeuf v. Gulf Stream Coach, Inc., et al*, filed on February 9, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7930.

*Gonzalez, et al v. American International Group, Inc., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7931.

*Jones, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7932.

*Tran v. Crum & Forster Specialty Insurance Company, et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7933.

*Milton v. Travelers Property Casualty Company of America TIL, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7935.

*Grazulis v. Patriot Homes of Texas, L.P., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7936.

*Hillard, Sr. v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7937.

*Trufant, Sr., et al v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7939.

*Burl, et al v. Alliance Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7940.

*White, et al v. Cavalier Home Builders, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7942.

*Turner v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7943.

*Bonner v. Southern Energy Homes, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7944.

*Young, et al v. Skyline Corporation, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7945.

*Ross, et al v. Skyline Corporation, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7947.

*Acevedo, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7949.

*Ponthieux, et al v. Forest River, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7950.

*Bethley, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7953.

*Arena, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7954.

*Scott v. Cavalier Home Builders, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7955.

*Briggs, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7956.

*Adams, et al v. American International Group, et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7957.

*Bass, et al v. CMH Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7960.

*Hammond, et al v. Sunnybrook RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7961.

*Bailey, et al v. Cavalier Home Builders, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7962.

*Garriga v. Horton Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7963.

*Mckay, et al v. Timberland RV Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7964.

*Bello, et al v. Homes of Merit, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7965.

*Haas, et al v. Sun VAlley, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7966.

*Lindsey, et al v. Allance Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7967.

*Phillpott v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7970.

*Wheat v. Sunline Coach Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7971.

*Lanaux, et al v. Viking Recreational Vehicle Company, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7972.

*Nacaise, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7973.

*Johnson, et al v. Timberland RV Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7974.

*Morales, et al v. Cavalier Home Builders, Hamilton Division, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7975.

*Gex, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7977.

*Hart, et al v. Dutch Housing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7978.

*Mattlingly v. Hy-Line Enterprises, Inc., et al*, filed on January 20, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7979.

*Joseph, et al v. DS Corp., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7980.

*Chilton, et al v. CMH Manufacturing, Inc., et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7981.

*Bates, et al v. Destiny Industries, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7983.

*Thacker v. Oak Creek Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7984.

*Boyd v. Alliance Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7987.

*Manuel, et al v. Champion Home Builders Co., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7990.

*Shavers, et al v. Champion Home Builders Co., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7991.

*Degelos, et al v. Insurco, Ltd., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7992.

*Fahm, et al v. Shaw Environmental, Inc., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7995.

*Robin v. Insurco, Ltd., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7996.

*Dantley, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7998.

*Holmes, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7999.

*Abadie, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8000.

*Myles-Taylor, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8001.

*Bailey v. Gulf Stream Coach, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8004.

*Jefferson, et al v. American International Specialty Lines Ins. Co., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8007.

*Antoine, et al v. American International Specialty Lines Ins. Co., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8008.

*James, et al v. Crum & Foster Specialty Insurance Company, et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8009.

*Burke, et al v. Arch Specialty Insurance Company, et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8010.

*Bowens v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8011.

*Bouisse, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8012.

*Harris, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8013.

*McQueen v. Stewart Park Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8014.

*OGeese, et al v. Alliance Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8015.

*Coggins v. DS Corp., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8016.

*Giovengo v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8017.

*Broadus v. Heartland Recreational Vehicles, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8018.

*Bennett, et al v. Gulf Stream Coach, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8019.

*Hall v. Patriot Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8020.

*Frenzley v. Cavalier Home Builders, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8021.

*McDonald v. R-Vision, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8022.

*Lavance, et al v. Gulf Stream Coach, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8023.

*Luvene v. Coachman Industries Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8024.

*Carr v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8025.

*Johnson v. Patriot Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8026.

*Payton v. American Camper Manufacturing, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8027.

*Halsell v. Cavalier Home Builders, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8029.

*Heidleberg, et al v. Coachmen Industries, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8032.

*London, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8033.

*Ladner, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8035.

*Williams v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8036.

*Laird, et al v. Champion Home Builders Co., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8037.

*Crump, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8038.

*Garrett, et al v. Jayco, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8039.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8040.

*Penton, et al v. CMH Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8041.

*Hawthorne v. Monaco Coach Corporation, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8042.

*Ayers, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8043.

*Leblanc v. Dutchmen Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8044.

*Dennis v. R-Vision, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8045.

*Cuevas, et al v. Starcraft RV, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8047.

*Johnson v. River Birch Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8048.

*Holloway v. Redman Homes Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8049.

*Robertson, et al v. Thor Industries, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8050.

*Williams v. Vanguard Industries of Michigan, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8051.

*White, et al v. Pilgrim International, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8052.

*Fineran, et al v. Keystone Industries, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8053.

*Hall v. KZRV, LP, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8054.

*Hayes, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8055.

*Keys, et al v. Jayco, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8056.

*Chambers, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8057.

*McDonald v. Pilgrim International, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8058.

*Morgan, et al v. Gulf Stream Coach, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8059.

*Chambers, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8060.

*Brown, et al v. Pilgrim International, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8061.

*Trask, et al v. Cavalier Home Builders, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8062.

*Lewis v. Gulf Stream Coach, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8063.

*Amos, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8064.

*Anderson, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8067.

*Freeman v. Stewart Park Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8077.

*Bergeron v. Recreation By Design, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8079.

*Bullock, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8080.

*Cooley, et al v. American Camper Manufacturing, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8081.

*Fagan, et al v. Pilgrim International, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8083.

*Williams v. Destiny Industries, LLC, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8084.

*Bolton, et al v. River Birch Homes, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8085.

*Quinn, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8086.

*Hammond, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8087.

*Quinn, et al v. Forest River, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8089.

*Harness, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8090.

*Conerly, et al v. KZRV, LP, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8091.

*Quinn, et al v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8092.

*Hilton v. Giles Family Holdings, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8093.

*Peters, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8094.

*McLaurin, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8095.

*Lee, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8096.

*Holmes, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8097.

*Magee, et al v. Forest River, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8098.

*Gray, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8099.

*Thomas, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8100.

*James, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8101.

*Magee, et al v. Cavalier Home Builders, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8102.

*Johnson, et al v. Coachmen Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8103.

*Bolton, et al v. Patriot Homes of Texas, L.P., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8104.

*Andrews, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8105.

*James, et al v. Coachman Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8106.

*Magee, et al v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8107.

*Fagan, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8108.

*Meeks, et al v. Coachmen Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8109.

*Russell v. Frontier RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8110.

*Arrington, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8111.

*Blackledge, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8112.

*Morris, et al v. Giles Family Holdings, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8113.

*Nichols v. Destiny Industries, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8114.

*McCann, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8115.

*Foster v. Southern Energy Homes, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8116.

*Dillard v. Keystone Industries, Inc., et al*, filed on January 25, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8117.

*Easterling, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8118.

*Magee, et al v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8119.

*Fly, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8120.

*Keys, et al v. Homes of Merit, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8123.

*Reed, et al v. Liberty RV & Marine, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8124.

*Reed, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8125.

*Rankin, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8126.

*Jones, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8127.

*Johnson, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8128.

*Pittman, et al v. Waverlee Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8129.

*Morris, et al v. Giles Family Holdings, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8130.

*Ragdales, et al v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8131.

*Phillips v. Southern Energy Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8132.

*Sylvester, et al v. Dutch Housing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8133.

*Ferguson, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8134.

*Lett, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8135.

*McDonald, et al v. R-Vision, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8136.

*Lucas, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8137.

*Richardson, et al v. River Birch Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8138.

*Parker, et al v. Keystone Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8139.

*Parker, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8140.

*Mann, et al v. Thor California, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8141.

*Long, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8142.

*Marion, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8143.

*McCurdy, et al v. DS Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8144.

*Price, et al v. American Camper Manufacturing, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8145.

*Isom, et al v. Champion Home Builders, Co., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8146.

*Ashton, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8147.

*Moss, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8148.

*Swims v. DS Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8149.

*Davis, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8150.

*Hillman, et al v. Coachman Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8151.

*Danila, et al v. Waverlee Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8152.

*Lee v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8153.

*Thompson v. R-VIsion, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8154.

*Jones, et al v. Southern Energy Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8155.

*Franks, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8156.

*Finney, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8157.

*Torres, et al v. TL Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8158.

*Gilliard, et al v. American Camper Manufacturing, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8159.

*Anderson, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8160.

*Herrien, et al v. Liberty RV & Marine, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8161.

*Stork, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8162.

*Lewis, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8163.

*Hendry, et al v. Recreation By Design, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8166.

*Mason, et al v. Coachman Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8167.

*Smith, et al v. Sunray RV, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8168.

*Thomas, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8169.

*Green, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8170.

*Hall, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8171.

*Hargrove v. Patriot Manufacturing, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8172.

*Hill, et al v. Pilgrim International, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8173.

*Conner, et al v. R-Vision, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8174.

*Howard v. Frontier RV, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8175.

*Ladner, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8176.

*Magee, et al v. Coachmen Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8177.

*Graham, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8178.

*Harvey, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8179.

*Ingram, et al v. Homes of Merit, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8180.

*Ball, et al v. Dawson, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8181.

*Clemons, et al v. Dutchmen Manufacturing Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8182.

*Acey, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8183.

*Anderson, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8184.

*Fields, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8185.

*Anderson, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8186.

*Barnes v. Cavalier Home Builders, LLC, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8187.

*Garrett v. Champion Home Builders, LLC, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8188.

*Bradford, et al v. CHM Manufacturing, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8189.

*Burkhalter, et al v. Liberty RV & Marine, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8190.

*Dawson, et al v. KZRV, LP, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8191.

*Hayes v. Layton Homes Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8192.

*Blair, et al v. American  Campter Manfacturing, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8193.

*Capobianco, et al v. Alliance Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8194.

*Cintra, et al v. Waverlee Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8195.

*Godine, et al v. Timberland RV Company, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8196.

*Canter, et al v. Sunray RV, LLC, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8197.

*Cooper, et al v. Thor Industries, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8198.

*Fountain, et al v. Scotbilt Homes, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8199.

*Dame  v. Starcraft RV, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8200.

*Alexander, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8201.

*Ball, et al v. Homes of Merit, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8202.

*Allen, et al v. Gulf Stream Coach, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8203.

*Lott, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8204.

*Parker v. Sunray RV, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8205.

*Thornhill, et al v. CMH Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8206.

*Ramsey, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8207.

*Bridges, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8208.

*Hutson, et al v. R-Vision, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8209.

*Chamberland, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8210.

*Poole v. American Camper Manufacturing, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8211.

*Redeemer v. TL Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8212.

*Zulick v. Skyline Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8213.

*Tanguis, et al v. DS Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8214.

*Simpson, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8215.

*Polk, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8216.

*Thomas, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8217.

*Arthur, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8218.

*Forehand, et al v. Homes of Merit, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8219.

*Plummer v. Patriot Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8220.

*Chico v. Cavalier Homes Builders, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8221.

*Hobbs, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8222.

*Posey, et al v. Southern Energy Homes, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8223.

*Lopez, et al v. Scotbilt Homes Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8224.

*Moore, et al v. Townhomes, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8225.

*Floyd, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8226.

*Zone v. Alliance Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8227.

*Schorghofer, et al v. Champion Homes Builders Co., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8228.

*Wheaton, et al v. Cavalier Home Builders, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8229.

*Bell, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8230.

*Tillis v. Waverlee Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8231.

*Thomas v. Townhomes, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8232.

*Shavers, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8233.

*Pfluger, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8234.

*Belk, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8235.

*Selvy v. Liberty RV & Marine, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8236.

*Spann v. Heartland RecreationalVehicles, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8237.

*Presley, et al v. Homes of Merit, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8238.

*Batia v. Frontier RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8239.

*Strawn v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8240.

*Phillips, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8241.

*Arango v. Scotbilt Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8242.

*Aultman, et al v. Keystone Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8243.

*Sanders, et al v. Coachmen Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8244.

*Owens, et al v. Keystone Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8245.

*Easterling v. Layton Homes Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8246.

*Vasco, et al v. Scotbilt Homes, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8247.

*Jones v. Lexington Homes, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8248.

*Barrow, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8249.

*Akridge, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8250.

*Alexander, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8251.

*Sidell, et al v. Monaco Coach Corporation, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8252.

*Haygood, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8253.

*Kaur v. Stewart Park Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8254.

*Hampton, et al v. Timberland RV Company, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8255.

*Banks v. Sunray RV, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8256.

*Hubbard, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8257.

*Turk v. American Camper Manufacturing, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8258.

*Andrews, et al v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8259.

*Keyes, et al v. American Camper Manufacturing, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8260.

*Rodgers v. Townhomes, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8261.

*Eckert, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8262.

*Bufford, et al v. Southern Energy Homes, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8263.

*Amos, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8264.

*Alston, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8265.

*Young v. Homes of Merit, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8266.

*Barnes, et al v. Pilgrim International, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8267.

*Dixion v. KZRV, LP, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8268.

*Garner, et al v. Thor California, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8269.

*Deflanders, et al v. Monaco Coach Corporation, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8270.

*Griffith, et al v. River Birch Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8271.

*Davis, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8272.

*Davis, et al v. Pilgrim International, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8273.

*Judson, et al v. Southern Energy Homes, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8274.

*Freeman, et al v. Starcraft RV, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8275.

*Roth, et al v. R-Vision, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8276.

*Cunningham, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8277.

*Gaines, et al v. Homes of Merit, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8278.

*Brown, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8279.

*Roper, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8280.

*Banks, et al v. Sunray RV, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8281.

*Oselen v. Starcraft RV, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8282.

*Burns, et al v. Thor Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8283.

*Flynn, et al v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8284.

*Mason, et al v. DS Corp., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8285.

*Combs, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8286.

*Carter v. Destiny Industries, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8287.

*Jourden, et al v. Champion Home Builders Co., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8288.

*Gunther, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8289.

*Kirk, et al v. Frontier RV, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8290.

*Bullock, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8291.

*Dykes v. Gulf Stream, Inc., et al*, filed on February 10, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8294.

*Clay v. Frontier RV, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8295.

*Crawford, et al v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8296.

*Clark v. Biscayne RV, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8297.

*Murphy v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8298.

*Taylor v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8299.

*Firven, et al v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8300.

*Lyons v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8301.

*Godfrey, et al v. Thor California, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8302.

*Rodriguez, et al v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8303.

*Clark v. Biscayne RV, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8304.

*Martin v. Keystone Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8305.

*Jobert, et al v. Keystone Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8306.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8307.

*Berry, et al v. Keystone Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8308.

*Hicks, et al v. Jayco, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8309.

*Poche, et al v. Stewart Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8310.

*Shackelford, et al v. Fluor Enterprises, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8311.

*Eugene, et al v. Thor California, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8312.

*Kieff, et al v. Forest River, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8313.

*Sparks, et al v. KZRV, LP, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8314.

*Hamilton, et al v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8315.

*Fournier, et al v. Cavalier Home Builders, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8316.

*Carriere, et al v. Jayco, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8317.

*Porter v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8318.

*McCoy v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8319.

*Bazanac, et al v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8320.

*Miller v. Frontier RV, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8321.

*Rogers v. Cruiser RV, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8322.

*Moore, et al v. CMH Manufacturing, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8323.

*Youngblood, et al v. Recreation By Design, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8324.

*Jones, et al v. Coachmen Recreational Vehicles, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8325.

*Mercadel, et al v. DS Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8326.

*Mattire, et al v. Lakeside Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8327.

*Alphonse, et al v. DS Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8328.

*Avist, et al v. Lakeside Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8329.

*Whitmore, et al v. Waverlee Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8330.

*Whitmore, et al v. Stewart Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8331.

*Williams, et al v. TL Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8332.

*Manuel v. Jayco, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8333.

*Martinez, et al v. Forest River, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8334.

*Crawford, et al v. Recreation by Design, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8335.

*Poche, et al v. CMH Manufacturing, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8336.

*Harness, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8337.

*Sweeney, et al v. Liberty Mutual Insurance Corporation, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8338.

*Moore v. CMH Manufacturing, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8339.

*Hamilton, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8340.

*Johnson, et al v. DS Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8341.

*Steele v. Coachmen Recreational Vehicle Company, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8342.

*Ballier, et al v. Frontier RV, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8343.

*Pleasant, et al v. Crum & Forster Specialty Insurance Company, et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8345.

*Cager, et al v. Layton Homes Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8346.

*Joshua, et al v. Frontier RV, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8347.

*Wilson, et al v. American International Specialty Lines Insurance Company, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8348.

*Sweeney v. American International Specialty Lines Insurance Company, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8349.

*Heintz, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8350.

*Vaughn, et al v. Insurance Company of the State of Pennsylvania, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8351.

*Boutte, et al v. American International Group, et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8352.

*Williams, et al v. Gulf Stream Coach, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8353.

*Green, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8355.

*Magee, et al v. American International Specialty Lines Insurance Company, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8356.

*Harness, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8357.

*Duboise-Watts, et al v. Liberty Mutual Insurance Corporation, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8358.

*Alex, et al v. Cavalier Home Builders, LLC, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8359.

*Bargeman, et al v. American International Speicalty Lines Insurance Company, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8360.

*Musachhia, et al v. Crum & Forster Speicalty Insurance Company, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8361.

*Cuevas, et al v. Cavalier Home Builders, LLC, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8362.

*White, et al v. American International Speicalty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8363.

*Fontenot, et al v. Frontier RV, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8364.

*Sartin, et al v. Oak Creek Homes, L.P., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8365.

*Tilley, et al v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8366.

*Brooks, et al v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8367.

*Jackson v. Hy-Line Enterprises, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8368.

*Semien, et al v. American Camper Manufacturing, LLC, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8369.

*Bilbo, et al v. CMH Manufacturing, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8370.

*Randle-Henry, et al v. Horton Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8371.

*Darby, et al v. Keystone RV Company, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8372.

*Clark, et al v. TL Industries, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8373.

*Albert, et al v. Forest River, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8374.

*Lazard, et al v. Vanguard Industries of Michigan, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8375.

*Achane, et al v. American International Specialty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8376.

*Knightshead, et al v. American International Speicalty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8377.

*Porter, et al v. Clearspring Conversions, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8378.

*James, et al v. Travelers Property Casualty Company of America TIL, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8379.

*Celius, et al v. Insurco, Ltd., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8380.

*Cushenberry, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8381.

*Turner, et al v. Sunline Acquisition Company Ltd., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8382.

*Charles, et al v. Sunnybrook RV, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8383.

*Butler, et al v. Coachmen Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8384.

*Hardin, et al v. Thor California, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8385.

*Rush, et al v. Lexington Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8386.

*Luno, et al v. Lakeside Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8387.

*Mayon, et al v. DS Corp., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8388.

*Stubbs, et al v. Stewart Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8389.

*Sylvester, et al v. Alliance Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8390.

*Bouie, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8391.

*Charleston, et al v. River Birch Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8392.

*Bass, et al v. KZRV, LP, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8393.

*Henderson, et al v. Sun Valley, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8394.

*Palmer, et al v. Superior Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8395.

*Burse, et al v. Starcraft RV, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8396.

*Gray v. Northwood Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8397.

*Stewart v. Sunray RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8398.

*Weary, et al v. Skyline Corporation, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8399.

*Brent, et al v. Timberland RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8400.

*Bradley, et al v. Heartland Recreational Vehicles, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8401.

*Guidry, et al v. Cruiser RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8402.

*Williams, et al v. Liberty Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8403.

*Harbor, et al v. Arch Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8404.

*Ange, et al v. American International Specialty Lines Ins. Co., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8405.

*Hood, et al v. Recreation By Design, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8406.

*Adams, et al v. Jayco Enterprises, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8407.

*DeGeorge, et al v. Oak Creek Homes, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8414.

*Winding, et al v. Liberty Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8417.

*Annis v. American International Group, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8419.

*Carriere, et al v. Americann International Group, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8420.

*Tolliver, et al v. Superior Homes, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8428.

*Tate, et al v. Superior Homes, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8429.

*Richardson, et al v. Superior Homes, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8430.

*Firmin v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8431.

*Naquin, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8432.

*Watkins, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8433.

*Gonzales, et al v. Philips Products, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8434.

*Wood, et al v. ABC Manufacturer, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8435.

*Levy, et al v. ABC Manufacturing Company, et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8436.

*Angletty v. Morgan Buildings & Spas, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8437.

*Charles v. Morgan Buildings & Spas, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8438.

*Boines, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8439.

*Thomas, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8440.

*Barnette, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8441.

*Holmes, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8442.

*Ambrose, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8443.

*Demery, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8444.

*Bailey, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8445.

*Aiken, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8446.

*Billiot, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8447.

*Doucet, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8448.

*McCutchen, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8449.

*Newell v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8450.

*Hampton, et al v. TL Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8451.

*Draughter, et al v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8452.

*TL Industries, Inc., et al v. CH2M Hill Constructors, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8453.

*Smith, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8454.

*DeMolle, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8455.

*Allen, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8456.

*Augustine, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8457.

*Arnold, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8458.

*Decou, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8459.

*Robinson, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8460.

*Douglas, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8461.

*Jones, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8462.

*Brooks v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8463.

*Davis, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8464.

*Armour, et al v. Gulf Stream Coach, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8465.

*Bullins, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8466.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8467.

*Rayfield, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8468.

*Ashley, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8469.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8470.

*Butler, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8471.

*Agee, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8472.

*Morgan, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8473.

*Miller, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8474.

*Bickham, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8475.

*Bailey, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8476.

*Riley, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8477.

*Coleman-Polk, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8478.

*Aitkins, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8479.

*Barthelemy, et al v. Allen Camper Manufacturing, Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8480.

*Faucetta, et al v. Allen Camper Manufacturing, Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8481.

*Taylor, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8482.

*Butler v. Athens Park Homes, L.L.C., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8483.

*Ford, et al v. Skyline Corporation, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8484.

*Sam, et al v. Skyline Corporation, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8485.

*Williams, et al v. Skyline Corporation, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8486.

*Griffin, et al v. Skyline Corporation, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8487.

*Smith, et al v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8488.

*Smith, et al v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8489.

*Ford v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8490.

*Creecy, et al v. Insureco Agency and Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8491.

*Holmes, et al v. Insureco Agency and Insurance Company, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8492.

*Brider, et al v. Silver Creek Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8493.

*Marshall, et al v. Clayton Homes of Lafayette, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8494.

*Brooks, et al v. River Birch Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8495.

*Thomas v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8496.

*Gueringer, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8497.

*Hampton v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8498.

*Bartholomew, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8499.

*Blount, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8500.

*Martin, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8501.

*Bonner, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8502.

*Jones, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8503.

*Lawrence, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8504.

*Verdin v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8505.

*Hernandez, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8506.

*Matthews, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8507.

*Thornabar, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8508.

*Brinkman, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8509.

*Hampton v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8510.

*Bates, et al v. Cavalier Homes Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8511.

*Bartholomew v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8512.

*Bennett v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8513.

*Fournette v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8514.

*Estrada, et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8515.

*Castro, et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8516.

*Stovall , et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8517.

*Byrd , et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8518.

*Quillen, et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8519.

*Picquet, et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8520.

*Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8521.

*Graf, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8522.

*Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8523.

*Jackson, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8524.

*Hayes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8525.

*Brown, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8526.

*Livaudais, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8527.

*Barthelemy, et al v. Horton Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8528.

*Jackson, et al v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8529.

*Jones v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8530.

*Polk, et al v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8531.

*Franklin v. Vanguard Industries of Michigan, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8532.

*Newman v. Vanguard Industries of Michigan, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8533.

*Gioliello, et al v. Vanguard Industries of Michigan, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8534.

*Venible v. Fall Creek Homes, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8535.

*Brooks, et al v. Alliance Homes, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8536.

*Caserta, et al v. Alliance Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8537.

*Harris, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8538.

*August, et al v. Timberland RV Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8539.

*Weinberger, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8540.

*Blount, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8541.

*Major, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8542.

*Lafrance, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8543.

*Major, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8544.

*Duplessis v. Oak Creek Homes, L.P., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8545.

*Warren, et al v. Palm Harbor Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8546.

*Carter, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8547.

*Rhome, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8548.

*Barbarin v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8549.

*Bartholomew, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8550.

*Davallier, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8551.

*Correro v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8552.

*Anderson, et al v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8553.

*Broadbridge v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8554.

*Alwell v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8555.

*Craft, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8556.

*Herring, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8557.

*Williams, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8558.

*Chatters, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8559.

*Hooper, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8560.

*Cheneau, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8561.

*Thompson, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8562.

*Clark, et al v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8563.

*Brown v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8564.

*Britton, et al v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8565.

*Adams, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8566.

*Duet, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8567.

*Phillips, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8568.

*Blatcher v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8569.

*Early, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8570.

*Davis, et al v. CMH Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8571.

*Lombard, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8572.

*Clark, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8573.

*Scott, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8574.

*Martin, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8575.

*Blair, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8576.

*Lombard, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8577.

*Minor, et al v. Giles Family Holding, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8578.

*Brown, et al v. Giles Family Holding, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8579.

*Barber, et al v. DS Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8580.

*Cash, et al v. DS Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8581.

*Ambrose, et al v. DS Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8582.

*Sterling, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8583.

*Burnett, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8584.

*Addison, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8585.

*Claiborne, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8586.

*Mayberry, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8587.

*Coleman, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8588.

*Delpit, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8589.

*Blanks, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8590.

*Ledet, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8591.

*Alexander, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8592.

*Lightell, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8593.

*Wilson, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8594.

*Jones, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8595.

*Moore, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8596.

*Devore, et al v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8597.

*Burton, et al v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8598.

*Sullivan, et al v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8599.

*Marshall v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8600.

*Hodes v. Giles Industries of Tazewell, Incorporated, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8601.

*Jones, et al v. Sunline Acquisition Company, Ltd., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8602.

*Williams, et al v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8603.

*Robinson v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8604.

*Robinson v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8605.

*Alonzo v. Indiana Building Systems, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8606.

*Green, et al v. Indiana Building Systems, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8607.

*Allen, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8608.

*King, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8609.

*Farve v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8610.

*Airhart, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8611.

*McGowan, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8612.

*Varnado, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8613.

*Brown, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8614.

*Nunnery, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8615.

*Bailey, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8616.

*Bell, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8617.

*Cambrice, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8618.

*Sam v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8619.

*Winston, et al v. SunnyBrook RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8620.

*Harper, et al v. SunnyBrook RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8621.

*Love v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8623.

*Becnel, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8624.

*Justin, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8625.

*Anderson, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8626.

*Dantonio, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8627.

*Tatum v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8628.

*Crawford, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8629.

*Helmsetter, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8630.

*Cheek, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8631.

*Thompson, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8632.

*Charles, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8633.

*Hunter, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8634.

*Tolliver, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8635.

*Butler, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8636.

*Armwood, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8637.

*Davis, et al v. KZRV, LP, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8638.

*Anderson, et al v. Timberland RV Company, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8639.

*Quezergue, et al v. Jayco, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8640.

*Scott v. Sunray RV, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8641.

*Tillman, et al v. Heartland Recreational Vehicles, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8642.

*Bowman, et al v. Fleetwood, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8643.

*Adams, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8644.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8645.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8646.

*Aubert, et al v. Fleetwood, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8647.

*Rowley v. Biscayne RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8648.

*Williams, et al v. Skyline Corporation, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8649.

*Beverly, et al v. Recreation By Design, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8650.

*Johnson, et al v. Waverlee Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8651.

*Bartholomew, et al v. Lexington Homes, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8652.

*Davis, et al v. Palm Harbor Albermarle, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8653.

*Hendrix, et al v. Lakeside Park Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8654.

*Alphonse, et al v. Sunline Acquisition Company, Ltd., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8655.

*Davis, et al v. Cavalier Home Builders, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8656.

*Fulton, et al v. Crossroads RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8657.

*Thomas, et al v. Frontier RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8658.

*Brown, et al v. Destiny Industries, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8659.

*Pohlmnan, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8660.

*Jones, et al v. Champion Enterprises, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8661.

*Williams, et al v. Damon Motor Coach, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8662.

*Sims v. Foster & Company, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8663.

*Bienemy, et al v. Clayton Homes of Lafayette, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8664.

*Anderson, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8665.

*Payton, et al v. Coachman Industries, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8666.

*Blanchard, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8667.

*Beaver, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8668.

*Adams, et al v. Stewart Park Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8669.

*Hunter, et al v. Redman Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8670.

*Pijoux v. Shulte Homes, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8671.

*Firmin, et al v. Superior Homes, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8672.

*Louis, et al v. Vanguard Industries of Michigan, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8673.

*Williams v. Flat Creek Lodges, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8674.

*Johnson, et al v. Sun Valley, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8675.

*Dace, et al v. Four Winds International, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8676.

*Brown, et al v. Southern Energy Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8677.

*Slack v. Silver Creek Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8678.

*Schlosser, et al v. Sunnybrook RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8679.

*Labauve v. Scotbilt Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8680.

*Bernard, et al v. Thor Industries, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8681.

*Davis v. Athens Park Homes, L.L.C., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8682.

*Pinkney v. American Camper Manufacturing, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8683.

*Dabon, et al v. TL Industries, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8684.

*Johnson, et al v. Pilgrim International, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8685.

*Duplessis, et al v. Starcraft RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8686.

*Johnson, et al v. Patriot Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8687.

*Jones, et al v. Horton Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8688.

*Brown, et al v. Liberty, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8689.

*Foots, et al v. Northwood Manufacturing, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8690.

*Frank, et al v. R-Vision, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8691.

*Jones, et al v. Layton Homes Corp., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8692.

*Johnson, et al v. River Birch Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8693.

*Banks, et al v. Oak Creek Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8694.

*Bracey, et al v. Monaco Coach Corporation, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8695.

*Serpas, et al v. Keystone RV Company, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8696.

*Jefferson, et al v. Hy-Line Enerprises, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8697.

*Addison, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8698.

*Barbarin, et al v. Forest River, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8699.

*Jones, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8700.

*Bachemin, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8701.

*Ambeau, et al v. Forest River, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8702.

*Hones, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8703.

*Stevenson v. Crum & Forster Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8704.

*Saulsberry, et al v. Recreation By Design, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8705.

*Thomas v. Keystone RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8706.

*Cage, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8707.

*Carr, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8708.

*Polk v. Crum & Forster Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8709.

*Thomas v. Lakeside Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8710.

*Adams, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8711.

*Bell, et al v. Keystone RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8712.

*Henke v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8713.

*Thomas v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8714.

*Jones, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8715.

*Mickens, et al v. Skyline Corporation, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8716.

*Brown v. Stewart Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8717.

*Brown v. Stewart Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8718.

*Buras v. Superior Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8719.

*Alexander v. Sunray RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8720.

*Washington v. Lakeside Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8721.

*Estopinal v. American International Specialty Lines Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8722.

*Benjamin, et al v. Cavalier Home Builders, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8723.

*Brass, et al v. CMH Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8724.

*Talkington v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8725.

*Butler v. Jayco Enterprises, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8726.

*Ceasar  v. River Birch Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8727.

*Austin v. Superior Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8728.

*Hayes, et al v. Thor Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8729.

*Price v. Thor Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8730.

*Franklin, et al v. Timberland RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8731.

*Ball, et al v. Timberland RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8732.

*Murray, et al v. River Birch Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8733.

*Cook, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8734.

*Allen, et al v. Recreation By Design, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8735.

*Coleman, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8736.

*Browning, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8737.

*Davis v. Cavalier Home Builders, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8738.

*Lawson v. Cavalier Home Builders, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8739.

*Matherne, et al v. CMH Athens Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8740.

*Banks, et al v. American International Group, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8741.

*Thornton v. CMH Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8742.

*Guidry v. Cruiser RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8743.

*Terrell v. Destiny Industries, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8744.

*Crutchfield, et al v. American International Group, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8745.

*Robinson, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8746.

*Joseph v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8747.

*Johnson v. TL Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8748.

*Burl-Marshall v. American International Group, Inc., et al* filed on January 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-30.

*Heim v. Forest River, Inc., et al* filed on January 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-31.

*Hebert v. Gulf Stream Coach, Inc., et al* filed on January 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-32.

*Jones v. Keystone RV Company, et al* filed on January 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-33.

*Hitchens, et al v. Gulf Stream Coach, Inc., et al* filed on January 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-149.

*Bradley, et al v. Southern Energy Homes, Inc., et al* filed on January 22, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-160.

*Ellzey, et al v. Gulf Stream Coach, Inc., et al* filed on January 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-163.

*Anthony v. Keystone Industries, Inc., et al* filed on January 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-164.

*Abram, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-196.

*Andrews, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-198.

*Floyd, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-204.

*Lewis, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-212.

*Robertson, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-216.

*Keyes v. Fleetwood Enterprises, Inc., et al* filed on February 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-222.

*Bosarge, et al v. R Vision Homes, LLC, et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-223.

*Tatham v. Recreation By Design, LLC, et al* filed on February 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-225.

*Wallace v. Shaw Environmental, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-226.

*McLaughlin, et al v. Shaw Environmental, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-227.

*Lewis v. Stewart Park Homes, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-228.

*Noel v. Fleetwood Canada, Ltd., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-229.

*Bates, et al v. Silver Creek Homes, Inc., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-231.

*Prudhomma, et al v. Redman Homes, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-232.

*Stevenson, et al v. Clayton Homes, LLC, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-233.

*Holland, et al v. Southern Estates, LLC, et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-234.

*Shepherd, et al v. Gulf Stream Coach, Inc., et al* filed on February 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-236.

*Haley, et al v. American International Specialty Lines Insurance Company, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-238.

*Mallard v. Keystone RV Company, et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-239.

*Davis v. Gulf Stream Coach, Inc., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-242.

*Mauri v. American International Group, Inc., et al* filed on February 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-245.

*Williams, et al v. Cavalier Homes Builders, LLC, et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-246.

*Levine, et al v. Gulf Stream Coach, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-247.

*Gamble v. Gulf Stream Coach, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-250.

*Stamps v. Forest River, Inc., et al* filed on February 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-253.

*Thierry v. Thor Industries, Inc., et al* filed on February 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-254.

*Greening, et al v. Morgan Buildings and Spas, Inc., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-255.

*Terrel v. Skyline Corporation, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-256.

*Baumgart v. Liberty Homes, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-257.

*Collier, et al v. Alliance Homes, Inc., et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-258.

*Parker, et al v. Timberland RV Company, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-259.

*McBroom v. American Camper Manufacturing, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-260.

*McMillian v. Destiny Industries, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-261.

*Peterson, et al v. Vanguard Industries of Michigan, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-262.

*Vanderburg v. Viking Recreational Vehicles, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-263.

*Chandler, et al v. Starcraft RV, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-264.

*Briggs, et al v. Recreation By Design, LLC, et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-265.

*Clark v. River Birch Homes, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-266.

*Dedeaux, et al v. TL Industries, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-267.

*Fiveash, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-268.

*Kellsten, et al v. Jayco, Inc., et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-269.

*Walker v. Scotbuilt Homes, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-270.

*Everett v. Oak Creek Homes, L.P., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-271.

*Johnson, et al v. Clayton Homes of Lafayette, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-272.

*Mathis, et al v. Sunray RV, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-273.

*Ruff v. Southern Energy Homes, Inc., et al* filed on February 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-274.

*Thompson v. Skyline Corporation, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-275.

*Shanks, et al v. Gulf Stream Coach, Inc., et al* filed on February 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-276.

*Doss, et al v. Forest River, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-277.

*Singleton, et al v. Forest River, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-278.

*McGee v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-415.

*Davis v. Lakeside Park Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-416.

*Buchanan v. CMH Manufacturing, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-417.

*Kelly, et al v. Jayco Enterprises, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-418.

*Tenner v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-419.

*Cusher, et al v. Timberland RV Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-420.

*Robinson, et al v. Oak Creek Homes, L.P., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-421.

*Austin, et al v. Cavalier Home Builders, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-422.

*James, et al v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-423.

*Dupre v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-424.

*Mitchell, et al v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-425.

*Braud, et al v. Timberland RV Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-426.

*Lewis, et al v. Southern Energy Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-427.

*Cavalier v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-428.

*Joseph v. Crum & Forster Specialty Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-429.

*Terance, et al v. American International Specialty Lines Co., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-430.

*Petit, et al v. Insureco Agency and Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-431.

*Champagne, et al v. American International Specialty Lines Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-432.

*Ambo v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-433.

*Frey, et al v. American International Specialty Lines Ins. Co., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-434.

*Price, et al v. Insurco, Ltd., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-435.

*Foster v. Crum & Forster Specialty Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-437.

*Kelly v. Arch Specialty Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-438.

*Doyle, et al v. DS Corp., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-439.

*Hayes, et al v. Recreation By Design, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-440.

*Robinson, et al v. Recreation By Design, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-441.

*Bartholomew, et al v. Keystone Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-442.

*Holmes, et al v. Keystone Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-443.

*Day v. Destiny Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-444.

*Day v. Destiny Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-445.

*Thompson v. Coachmen Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-446.

*Brumfield, et al v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-447.

*McCoy, et al v. Fluor Enterprises, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-448.

*Torrance, et al v. Jayco, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-449.

*McCoy, et al v. Fluor Enterprises, Inc., et al* filed on February 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-451.

*Reid, et al v. Liberty Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-452.

*Turner, et al v. Cavalier Home Builders, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-453.

*Nevills v. Lexington Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-454.

*Williams, et al v. Alliance Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-455.

*Sanders, et al v. Fluor Enterprises, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-456.

*Tarrence, et al v. Stewart Park Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-457.

*Lewis, et al v. Coachmen Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-458.

*Manuel, et al v. Liberty Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-459.

*Wagner, et al v. CH2M Hill Constructors, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-461.

*Tarrence, et al v. Stewart Park Homes, Inc., et al* filed on February 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-462.

*Geraci, et al v. CH2M Hill Constructors, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-463.

*Griffin-Cosse, et al v. Keystone Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-464.

*Wooden, et al v. Cavalier Home Builders, LLC, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-465.

*Marcelin, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-468.

*Simien, et al v. American International Group, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-469.

*Frank, et al v. TL Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-470.

*Quinn v. Allen Camper Manufacturing Company, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-471.

*Crawford, et al v. Thor California, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-472.

*Martin, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-473.

*Mayes, et al v. Allen Camper Manufacturing Company, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-474.

*Silas, et al v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-476.

*Ellzey, et al v. Coachmen Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-477.

*Sutton v. Superior Homes, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-478.

*Hill v. Waverlee Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-479.

*Mayes, et al v. Frontier RV, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-480.

*Maye, et al v. Frontier RV, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-481.

*Magee, et al v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-482.

*Holmes, et al v. DS Corp., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-483.

*Landrum v. Jayco Enterprises, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-484.

*Clark v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-485.

*Markham v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-486.

*Sellers, et al v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-487.

*Parker v. R-Vision, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-488.

*Garner v. Pilgrim International, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-489.

*Laird v. Keystone Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-490.

*Aguilera, et al v. KZRV, LP, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-503.

*Alexis v. American International Group, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-506.

*Edwards, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-534.

*Galle, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-535.

*Harvey, et al v. American International Specialty Lines Co., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-536.

*Populis, et al v. Coachman Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-537.

*Fifi v. Gulf Stream Coach, Inc., et al* filed on March 5, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-539.

*Belisle, et al v. River Birch Homes, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-540.

*Hill, et al v. River Birch Homes, Inc., et al* filed on March 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-541.

*Carrien, et al v. Adrian Housing Corporation, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-542.

*Barry v. Stewart Park Homes, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-543.

*Alexander v. Lakeside Park Homes, Inc., et al* filed on March 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-544.

*Broussard, et al v. Gulf Stream Coach, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-545.

*Cesar, et al v. Jayco Enterprises, Inc., et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-546.

*Chapman, et al v. Insureco Agency and Insurane Company, et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-547.

*Stewart v. Gulf Stream Coach, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-550.

*Mitchell v. Cruiser RV, LLC, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-551.

*Chapman v. Gulf Stream Coach, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-553.

*Rogers v. Lakeside Park Homes, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-554.

*Senegal v. Liberty Homes, Inc., et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-557.

*Collins v. Cavalier Home Builders, LLC, et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-558.

*Schexnayder, et al v. Forest River, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-559.

*Stevens, et al v. Scotbuilt Homes, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-560.

*Breaux, et al v. Gulf Stream Coach, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-561.

*Ardoin, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-562.

*Jones, et al v. Insureco Agency and Insurance Services, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-564.

*Bertrand, et al v. Gulf Stream Coach, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-565.

*Hebert, et al v. Lexington Homes, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-566.

*Carter, et al v. Cavalier Homes Builders, LLC, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-567.

*Gaspard v. Jayco Enterprises, Inc., et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-568.

*Guidry, et al v. American International Group, Inc., et al* filed on March 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-569.

*Pittman v. American International Specialty Lines Insurance Company, et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-570.

*Brown, et al v. Keystone RV Company, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-571.

*Jackson, et al v. Recreation By Design, LLC, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-572.

*Lamkin, et al v. Frontier RV, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-573.

*Childs, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-574.

*McElroy, et al v. Cavalier Homes Builders, LLC, et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-575.

*Moody, et al v. Stewart Park Homes, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-576.

*Johnson, et al v. CMH Manufacturing, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-577.

*Carroll, et al v. Coachmen Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-578.

*Anderson, et al v. Forest River, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-579.

*Barksdale, et al v. Keystone RV Company, et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-580.

*Bracken, et al v. Thor Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-581.

*Roberson v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-582.

*Acker, et at v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-583.

*Hendricks, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-584.

*George v. Scotbuilt Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-706.

*Morton, et al v. Liberty Mutual Insurance Corporation, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-707.

*Cuneo, et al v. Forest River, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-709.

*Boudreaux v. Frontier RV, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-710.

*Shackleford v. Layton Homes Corp., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-711.

*Ceaser, et al v. Lakeside Park Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-712.

*Gonzales, et al v. Champion Home Builders Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-735.

*Holley v. Coachmen Industries, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-736.

*Vallelungo v. Destiny Industries, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-737.

*Arcement, et al v. American International Group, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-739.

*Allo, et al v. Forest River, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-740.

*Arnold v. Frontier RV, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-741.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-742.

*Winding, et al v. Liberty Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-745.

*Hill v. Oak Creek Homes, L.P., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-747.

*Ford, et al v. Insurco, Ltd., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-748.

*Buckel, et al v. Arch Specialty Insurance Corp., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-750.

*Florane v. Scotbuilt Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-753.

*Sand v. Silver Creek Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-754.

*Victoriana v. Southern Energy Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-755.

*Kieff, et al v. Superior Homes, LLC, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-758.

*Bacques-Maggio, et al v. Timberland RV Company, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-761.

*Wright v. DS Corp., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-763.

*Haindel v. KZRV, LP, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-764.

*Armstrong, et al v. Starcraft RV, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-766.

*Burns, et al v. Timberland RV Company, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-767.

*Becnel, et al v. Stewart Park Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-774.

*Gras v. Stewart Park Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-777.

*Fincher v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-779.

*Lumpkins v. Fleetwood Enterprises, Inc., et al* filed on March 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-905.

*Williams v. Waverlee Homes, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-906.

*Dixon, et al v. Keystone Industries, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-907.

*Abba, et al v. Dutchmen Manufacturing, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-908.

*Atwell, et al v. Thor California, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-909.

*Bourgeois, et al v. Cavalier Home Builders, LLC, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-910.

*Herbert, et al v. Dutchman Manufacturing, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-911.

*Coleman v. Fleetwood Enterprises, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-912.

*Carter, et al v. Gulf Stream Coach, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-913.

*Hawkins v. Gulf Stream Coach, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-914.

*Booth v. Gulf Stream Coach, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-916.

*Caporelli, et al v. Coachmen Industries, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-917.

*Dulier, et al v. KZRV, LP, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-918.

*Epps, et al v. Palm Harbor Homes, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-919.

*Moran, et al v. FRH, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-920.

*Powell, et al v. Lucas Investments, LLC, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-921.

*Hamilton, et al v. KZRV, LP, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-922.

*Davis, et al v. American International Group, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-992.

*Connors, et al v. American International Group, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-993.

*Augustine v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-995.

*Annis v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-997.

*Audibert v. Coachmen Industries, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-998.

*Gagliano v. Southern Energy Homes, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-999.

*Arbour, et al v. Recreation By Design, LLC, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1001.

*Akrias, et al v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1002.

*Barden, et al v. American International Group, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1035.

*Ursin-Seymour, et al v. Gulf Stream Coach, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1038.

*Henderson, et al v. American International Group, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1039.

*Bennett, et al v. R-Vision, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1040.

*Burge v. Cavalier Home Builders, LLC, et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1041.

*Breland, et al v. Forest River, Inc., et al* filed on April 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1042.

*Murray, et al v. Gulf Stream Coach, Inc., et al* filed on April 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1043.

*Draper, et al v. Southern Energy Homes, Inc., et al* filed on April 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1044.

*Cuevas, et al v. Cavalier Homes, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1045.

*Foxworth, et al v. Southern Energy Homes, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1049.

*Callahan v. CMH Manufacturing, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1050.

*Beasley v. Fleetwood Enterprises, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1052.

*Schrader v. Allen Camper Manufacturing Company, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1081.

*Audibert, et al v. United States of America, et al* filed on April 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1099.

*Hunter, et al v. Redman Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1251.

*Cross, et al v. Recreation By Design, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1252.

*Martin, et al v. Pilgrim International, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1253.

*Jones, et al v. Patriot Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1254.

*Rogers, et al v. Palm Harbor Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1255.

*Martin, et al v. Liberty Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1256.

*Goodwin, et al v. Layton Homes Corp., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1257.

*Jones, et al v. Monaco Coach Corporation, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1258.

*Kelley v. Silver Creek Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1259.

*Moore, et al v. Scotbilt Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1260.

*Raffield, et al v. R-Vision, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1261.

*Andry, et al v. Lakeside Park Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1262.

*Harrison, et al v. KZRV, LP, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1263.

*Wilson, et al v. River Birch Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1264.

*Rogers, et al v. Forest River, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1265.

*Stubbs, et al v. Keystone RV Company, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1266.

*Robinson, et al v. Fleetwood Enterprises, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1267.

*January, et al v. Keystone Industries, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1268.

*Mitchell, et al v. DS Corp., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1269.

*January, et al v. Dutchmen Manufacturing, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1270.

*Evans, et al v. Coachmen Industries, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1272.

*Reed, et al v. Cavalier Home Builders, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1274.

*Phan, et al v. Keystone Industries, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1275.

*Fontenot, et al v. American Camper Manufacturing, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1276.

*Thomas, et al v. Bechtel National, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1277.

*Perro v. Fluor Enterprises, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1278.

*Williams, et al v. Horton Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1279.

*Borne, et al v. Gulf Stream Coach, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1280.

*Turner, et al v. Gulf Stream Coach, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1281.

*Pittman, et al v. Gulf Stream Coach, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1282.

*Savoy, et al v. Giles Family Holdings, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1283.

*Robinson, et al v. Frontier RV, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1284.

*Treaudo, et al v. Heartland Recreational Vehicles, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1285.

*Erwin, et al v. Champion Homes Builders Co., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1286.

*Semien, et al v. Timberland RV Company, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1287.

*Thomas, et al v. Skyline Corporation, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1288.

*Batiste, et al v. Southern Energy Homes, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1289.

*Salter, et al v. Starcraft RV, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1291.

*Treaudo, et al v. Stewart Park Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1292.

*Joseph v. Superior Homes, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1293.

*Pittman, et al v. Thor Industries, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1294.

*Ratliff, et al v. Vanguard, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1296.

*Brown, et al v. Waverlee Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1297.

*Hampton, et al v. Destiny Industries, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1298.

*Williams, et al v. Hy-Line Enterprises, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1299.

*Calabretta, et al v. Lexington Homes, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1300.

*Landry, et al v. Oak Creek Homes, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1301.

*Horton, et al v. Townhomes, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1302.

*King, et al v. Homes of Merit, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1303.

*Morris, et al v. Alliance Homes, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1304.

*Carrier, et al v. Sunnybrook RV, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1305.

*Brown, et al v. Patriot Homes of Texas, LP, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1306.

*Ratcliff, et al v. CMH Manufacturing, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1307.

*Lambert, et al v. Viking Recreational Vehicle Company, LLC, et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1310.

*German, et al v. Sun Valley, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1311.

*Brown, et al v. Northwood Manufacturing, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1312.

*Watkins v. Sun Valley, Inc., et al* filed on May 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1353.

*Fountain, et al v. Superior Homes, LLC, et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1354.

*Smith v. Frontier RV, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1355.

*Mosley, et al v. Gulf Stream Coach, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1356.

*Rush, et al v. DS Corp., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1357.

*Gonzales, et al v. Forest River, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1358.

*Blackmon, et al v. Coachmen Industries, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1359.

*Anders, et al v. Gulf Stream Coach, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1360.

*Hawkins v. Gulf Stream Coach, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1361.

*Meshell v. Skyline Corporation, et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1362.

*Otis, et al v. Gulf Stream Coach, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1363.

*Hawkins v. Coachmen Recreational Vehicle Company, LLC, et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1364.

*Booth, et al v. Keystone Industries, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1365.

*Coles, et al v. DS Corp., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1366.

*Chatman, et al v. Jayco, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1367.

*Cowan, et al v. Ddutchmen Manufacturing, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1368.

*Bradley, et al v. River Birch Homes, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1369.

*Slade, et al v. Sunnybrook RV, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1370.

*Beemon, et al v. Jayco, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1371.

*DiEugenio, et al v. Destiny Industries, LLC, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1372.

*Anderson, et al v. Northwood Investments Corporation, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1373.

*Johnson, et al v. Timberland RV Company, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1374.

*Copeland, et al v. American Camper Manufacturing, LLC, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1375.

*Dillon, et al v. Dutchmen Manufacturing, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1376.

*Fairley, et al v. Stewart Park Homes, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1377.

*Abdelhafiz, et al v. Thor Industries, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1378.

*Breaux, et al v. Gulf Stream Coach, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1380.

*Westley v. Sunray RV, LLC, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1381.

*Robinson, et al v. Sunnybrook RV, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1382.

*Beverly Frizzell, et al v. DS Corp., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1383.

*Jerkins, et al v. Recreation By Design, LLC, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1384.

*Wilborn, et al v. River Birch Homes, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1385.

*Armstrong, et al v. Starcraft RV, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1386.

*Hudson, et al v. Sunline Acquisition Company, Ltd., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1388.

*Harbin, et al v. Scotbilt Homes, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1389.

*Patterson v. American Camper Manufacturing, LLC, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1391.

*Bousqueto, et al v. Heartland Recreational Vehicles, LLC, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1392.

*Bridges, et al v. TL Industries, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1393.

*Deflanders, et al v. Thor Industries, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1394.

*Causey, et al v. Skyline Corporation, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1395.

*Allday-Johnson, et al v. Recreation By Design, LLC, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1396.

*Allen, et al v. Keystone RV Company, et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1397.

*Swan, et al v. Jayco, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1398.

*Batiste, et al v. Dutchmen Manufacturing, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1399.

*Bullock, et al v. Coachmen Industries, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1400.

*Anderson, et al v. Coachmen Industries, Inc., et al* filed on May 6, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1401.

*Kendrick v. Forest River, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1402.

*Brewer v. Coachmen Industries, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1403.

*Magee v. Thor Industries, Inc., et al* filed on May 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1404.

*Narcisse v. Gulf Stream Coach, Inc., et al* filed on May 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1405.

*May v. Gulf Stream Coach, Inc., et al* filed on May 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1406.

*Coleman v. Forest River, Inc., et al* filed on May 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1409.

*Wells v. Jayco, Inc., et al* filed on May 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1425.

*KZRV, LP v. Sentry Insurance a Mutual Company, et al* filed on June 22, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1684.

*Bultman, et al v. Forest River, Inc., et al* filed on June 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1685.

*Barnes, et al v. Keystone RV Company, et al* filed on June 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1686.

*Watson v. Heartland Recreational Vehicles, LLC, et al* filed on June 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1687.

*Clark, et al v. Fluor Enterprises, Inc., et al* filed on July 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1993.

*Gusman v. River Birch Homes, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2017.

*Broussard v. Cavalier Home Builders, LLC, et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2018.

*Myers v. Cavalier Home Builders, LLC, et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2019.

*Washington v. American International Specialty Lines Co., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2020.

*Hardy, et al v. Skyline Corporation, et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2021.

*Henicke, et al v. American International Specialty Lines Insurance Company, et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2022.

*Louding, et al v. Liberty Mutual Insurance Corporation, et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2023.

*Johnson v. Thor Industries, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2024.

*Ewing v. Vanguard Industries of Michigan, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2025.

*Williams v. Stewart Park Homes, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2026.

*Fontenot v. Jayco Enterprises, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2027.

*Fontenot v. Jayco Enterprises, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2028.

*Lumpkin v. Horton Homes, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2029.

*Cain, et al v. Gulf Stream Coach, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2030.

*Johnson, et al v. Dutchman Manufacturing, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2031.

*Acevedo, et al v. CH2M Hill Constructors, Inc., et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2032.

*Fulkerson v. CH2M Hill Constructors, Inc., et al* filed on July 22, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2033.

*Ashley, et al v. Allen Camper Manufacturing, Inc., et al* filed on July 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2102.

*Magee, et al v. KZRV, LP, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2130.

*Cunningham, et al v. Fleetwood Enterprises, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2131.

*Edings v. Forest River, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2132.

*Chapman v. R-Vision, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2133.

*Brister, et al v. Keyston Industries, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2134.

*Keys v. Stewart Park Homes, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2135.

*Jefferson v. Keystone Industries, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2136.

*McDonald, et al v. Stewart Park Homes, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2137.

*Anderson v. Starcraft RV, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2138.

*Scott v. Starcraft RV, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2139.

*Liddell, et al v. Fleetwood Enterprises, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2140.

*Spicer v. Skyline Corporation, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2141.

*Price v. Destiny Industries, LLC, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2142.

*Penton v. Townhomes, LLC, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2143.

*Gilner v. Pilgrim International, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2144.

*Clark, et al v. Lakeside Park Homes, Inc., et al* filed on July 30, 2010, in the United

States District Court for the Eastern District of Louisiana, Docket No. 10-2145.

*Brown v. Horton Homes, Inc., et al* filed on July 30, 2010, in the United States District

Court for the Eastern District of Louisiana, Docket No. 10-2146.

*Parker v. American Camper Manufacturing, LLC, et al* filed on July 30, 2010, in the

United States District Court for the Eastern District of Louisiana, Docket No. 10-2147.

*Dillon, et al v. Gulf Stream Coach, Inc., et al* filed on July 30, 2010, in the United States

District Court for the Eastern District of Louisiana, Docket No. 10-2148.

*Holston v. Dutch Housing, Inc., et al* filed on July 30, 2010, in the United States District

Court for the Eastern District of Louisiana, Docket No. 10-2149.

*Dobson v. Destiny Industries, LLC, et al* filed on July 30, 2010, in the United States

District Court for the Eastern District of Louisiana, Docket No. 10-2150.

*May v. Horton Homes, Inc., et al* filed on July 30, 2010, in the United States District

Court for the Eastern District of Louisiana, Docket No. 10-2151.

*Brown v. Biscayne RV, Inc., et al* filed on July 30, 2010, in the United States District

Court for the Eastern District of Louisiana, Docket No. 10-2152.

*Pride v. Southern Energy Homes, et al* filed on July 30, 2010, in the United States

District Court for the Eastern District of Louisiana, Docket No. 10-2153.

*Bush, et al v. Liberty RV & Marine, Inc., et al* filed on July 30, 2010, in the United States

District Court for the Eastern District of Louisiana, Docket No. 10-2154.

*Bradford v. Southern Energy Homes, et al* filed on July 30, 2010, in the United States

District Court for the Eastern District of Louisiana, Docket No. 10-2155.

*Wilson v. TL Industries, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2156.

*Dame v. Starcraft RV, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2157.

*Pollard, et al v. Recreation By Design, LLC, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2158.

*Glover, et al v. Thor California, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2159.

*Wells v. Fall Creek Homes, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2160.

*Cunningham, et al v. Coachmen Industries, Inc., et al* filed on July 30, 2010, in United States District Court for the Eastern District of Louisiana, Docket No. 10-2161.

*Billeaud, et al v. Champion Home Builders Co., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2162.

*Price v. Destiny Industries, LLC, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2164.

*Magee, et al v. Keystone Industries, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2165.

*Austin, et al v. Forest River, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2166.

*Matthews, et al v. Cavalier Home Builder, LLC, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2167.

*Reed v. Alliance Homes, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2168.

*Baugh, et al v. Destiny Industries, LLC, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2169.

*Turk v. Homes of Merit, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2170.

*Hawkins, et al v. Monaco Coach Corporation, et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2171.

*Jefferson, et al v. Keystone Industries, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2172.

*Ladner v. Stewart Park Homes, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2173.

*Garrett, et al v. Jayco, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2174.

*Burks, et al v. Coachmen Industries, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2175.

*Pierce, et al v. American Camper Manufacturing, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2177.

*Jones, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2178.

*Buras, et al v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2179.

*Siverand, et al v. DS Corp., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2180.

*Womack v. Superior Homes, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2181.

*Jones, et al v. Dutchmen Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2182.

*Pittman, et al v. Fleetwood Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2183.

*Clements, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2184.

*Johnson, et al v. Thor Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2185.

*Zuppardo, et al v. Frontier RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2186.

*Nguyen, et al v. TL Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2187.

*Smith v. Oak Creek Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2188.

*Dunnaway, et al v. Pilgrim International, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2189.

*Stallworth, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2190.

*Jackson v. Alliance Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2192.

*Chretien, et al v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2193.

*Nguyen, et al v. Timberland RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2194.

*Williams, et al v. Champion Home Builders Co., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2195.

*Williams, et al v. Redman Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2196.

*Lewis, et al v. River Birch Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2198.

*Williams, et al v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2199.

*Guidry v. Northwood Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2200.

*Allen, et al v. R-Vision, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2201.

*Knight, et al v. Karsten Homes, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2202.

*Bolar, et al v. Waverlee Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2203.

*Engeseth, et al v. Monaco Coach Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2204.

*Brushaber, et al v. American Camper Manufacturing, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2205.

*Munson, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2207.

*Franklin, et al v. Scotbilt Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2208.

*Kaigler v. Heartland Recreational Vehicles, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2209.

*D'Anza v. Skyline corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2210.

*Tyson, et al v. Lexington Homes, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2211.

*Williams, et al v. Homes of Merit, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2212.

*Bartie, et al v. Sunnybrook RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2213.

*Schenck v. Southern Energy Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2214.

*Bradbury, et al v. Starcraft RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2215.

*Brown v. Patriot Homes of Texas, L.P., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2216.

*Jones, et al v. Stewart Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2217.

*McNair, et al v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2218.

*Stars, et al v. DS Corp., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2219.

*Walker, et al v. Fleetwood Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2220.

*Taylor, et al v. Dutchmen Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2221.

*Richardson, et al v. SunRay Investments, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2222.

*Carr, et al v. Fleetwood Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2223.

*Wells, et al v. Liberty Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2224.

*Allison, et al v. Patriot Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2226.

*Williams, et al v. Jayco, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2228.

*Necaise, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2229.

*Ewens, et al v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2230.

*Jackson, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2231.

*Pujol, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2232.

*Nieves, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2233.

*Stevenson, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2234.

*Williams, et al v. Horton Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2236.

*Causey, et al v. KZRV, LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2237.

*Burns, et al v. Jayco, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2238.

*Turner, et al v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2239.

*Major, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2242.

*Covan, et al v. Frontier RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2243.

*Johnson, et al v. Giles Family Holdings, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2244.

*Tadlock, et al v. Giles Family Holdings, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2245.

*Burns, et al v. Gulf Stream Coach,Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2246.

*Mackey, et al v. Patriot Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2247.

*Brumfield, et al v. Pilgrim International, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2248.

*Pittman, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2249.

*Ladner-Beech, et al v. KZRV, LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2250.

*Stokes, et al v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2251.

*Scott, et al v. Redman Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2252.

*Andrews, et al v. River Birch Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2253.

*Massey, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2254.

*James, et al v. R-Vision, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2255.

*Newbill v. Silver Creek Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2256.

*Hunter, et al v. Skyline Corporation,* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2258.

*Williamson, et al v. Southern Energy Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2259.

*Morgan, et al v. Starcraft RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2260.

*Woods, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2261.

*Bernard, et al v. Layton Homes Corp., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2262.

*Jones, et al v. Liberty Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2263.

*Simien v. Horton Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2264.

*Butler, et al v. Monaco Coach Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2265.

*McKinney, et al v. :atriot Homes of Texas, L.P., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2266.

*Brooks, et al v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2268.

*Spears, et al v. Stewart Park Homes, Inc.,* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2269.

*Hall, et al v. Karsten Homes,* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2270.

*Juarez v. Clayton Homes of Lafayette, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2271.

*Atwood, et al v. SunRay Investments, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2272.

*Lavigne v. Integrity Midwest, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2273.

*Nguyen, et al v. Superior Homes, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2274.

*Coleman, et al v. Thor Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2275.

*Parish, et al v. Morgan Building & Spas, Inc.,* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2276.

*Brocks, et al v. TL Industries, Inc.,* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2277.

*Reed v. Cavalier Homes, Inc.,* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2278.

*McClendon, et al v. Morgan Building Systems, Inc.,* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2279.

*Glaude, et al v. Cavalier Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2280.

*Wilson v. Sun Valley, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2282.

*Singleton v. Palm Harbor Homes, Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2283.

*Navarre, et al v. Waverlee Homes, Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2284.

*Veal v. Scotbilt Homes, Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2285.

*Thomas, et al v. Destiny Industries, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2286.

*Hamler v. Tom Stinnett Holiday RV Center* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2287.

*Jones v. Lexington Homes* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2288.

*Smith, et al v. Timberland RV Company* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2289.

*Wonsley, et al v. Champion Home Builders Co., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2290.

*Nguyen v. Heartland Recreational Vehicles, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2291.

*Duffy, et al v. Homes of Merit, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2292.

*Ihli, et al v. Sunnybrook RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2293.

*Decouracy, et al v. Gulf Stream Coach, Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2297.

*Macklin, et al v. Keystone Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2298.

*Franklin v. American Camper Manufacturing, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2299.

*Adams, et al v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2300.

*Beene, et al v. Liberty Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2301.

*Allen, et al v. American International Specialty Lines Ins. Co., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2302.

*Cincore, et al v. Oake Creek Homes, LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2303.

*Celestine, et al v. Vanguard Industries of Michigan, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2304.

*Alverez, et al v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2305.

*Lewis, et al v. River Birch Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2306.

*Bazley, et al v. Arch Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2307.

*Dozier, et al v. Skyline Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2308.

*BEllard, et al v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2311.

*Riggs v. Sunnybrook RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2312.

*Barthelemy, et al v. Southern Energy Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2313.

*Cook, et al v. Starcraft RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2314.

*Briganc, et al v. Steart Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2315.

*Coleman, et al v. Thor California, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2316.

*Bonin, et al v. TL Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2317.

*Bowman, et al v. Crum & Forster Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2318.

*Dangerfield, et al v. Insurco, Ltd., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2319.

*Benoit, et al v. Timberland RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2322.

*Boutachanthavong, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2324.

*Foster v. Fleetwood Enterprises, Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2325.

*Landry v. Oak Creek Homes, Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2326.

*Kelly, et al v. Gulf Stream Coach, Inc.* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2327.

*Alexander, et al v. DS Corp., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2328.

*Bartie, et al v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2329.

*Guillory, et al v. Lexington Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2330.

*Crowell, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2331.

*Price, et al v. KZRV, LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2332.

*Alexander, et al v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2333.

*Allen, et al v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2334.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2335.

*Albert, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2336.

*Burns, et al v. Frontier RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2337.

*Bailey, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2338.

*Alfred, et al v. Horton Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2339.

*Thorton v. Heartland Recreational Vehicles, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2340.

*Coleman, et al v. Giles Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2341.

*Anderson, et al v. American International Specialty Lines Ins. Co., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2342.

*Clark, et al v. Travelers Property Casualty Company of America TIL, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2343.

*Hunter v. Insurco, Ltd., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2344.

*Holden v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2345.

*Matthis, et al v. Dutchmen Manufacturing, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2347.

*McNair, et al v. CH2M Hill Constructors, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2348.

*Holden, et al v. Bechtel National, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2354.

*Bazzelle, et al v. Gulf Stream Coach, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2356.

*Quinn v. Gulf Stream Coach, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2357.

*Peterson, et al v. DS Corp., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2358.

*Aucoin v. Starcraft RV, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2360.

*Davis, et al v. Forest River, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2362.

*Holden v. Lakeside Park Homes, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2363.

*Landrum, et al v. Timberland RV Company, et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2364.

*Bazzelle, et al v. TL Industries, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2366.

*Aucoin v. Coachmen Industries, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2368.

*Roshto, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2375.

*Harris, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2376.

*Wheeler, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2377.

*Gurley, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2378.

*Robinson, et al v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2379.

*Lehman, et al v. Layton Homes Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2380.

*Dominguez v. DS Corp., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2381.

*Webb, et al v. KZRV, LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2382.

*Roman v. Crum & Forster Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2383.

*George v. Sunnybrook RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2384.

*Rupp, et al v. American International Group Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2385.

*Lagarde, et al v. American International Group, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2386.

*Daniels, et al v. Superior Homes, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2387.

*Cooper, et al v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2388.

*Trueblood, et al v. Thor California, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2389.

*Fortenberry, et al v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2390.

*Keller v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2391.

*Miller, et al v. Dutchmen Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2392.

*HIlls, et al v. Stewart Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2393.

White *v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2394.

*Morgan, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2395.

*Hooker, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2396.

*Miller v. Superior Homes, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2397.

*Miller v. Superior Homes, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2398.

*Johnson v. Insurco, Ltd., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2399.

*Sorino v. Crum & Forster Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2400.

*Lee v. SRS, Inc. of Tennessee, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2401.

*Clark, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2402.

*Dennis, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2403.

*McGee, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2404.

*Brown, et al v. Waverlee Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2405.

*Barard v. American International Group, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2407.

*Dominick, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2408.

*Schaeffer, et al v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2409.

*Strohmeyer, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2411.

*Hargis, et al v. Thor California, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2412.

*Buchanan v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2413.

*Davis, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2414.

*Morris, et al v. TL Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2415.

*Dominguez, et al v. Liberty Insurance Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2416.

*Barnes, et al v. Thor California, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2417.

*Green v. Southern Energy Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2418.

*Cooks, et al v. Southern Energy Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2419.

*Radford, et al v. Liberty Insurance Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2420.

*Murray v. River Birch Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2421.

*Frazier, et al v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2422.

*Green v. Insureco Agency and Insurance Services, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2423.

*Allen, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2424.

*Ledet, et al v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2425.

*Carter, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2426.

*Stevens v. Dutchmen Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2427.

*Boudreaux, et al v. Dutchmen Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2428.

*DeMolle v. Dutchmen Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2429.

*Bowles, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2430.

*Gray v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2431.

*Kelson, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2432.

*Johnson v. DS Corp., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2433.

*Potter v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2434.

*Boudreaux, et al v. United States of America, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2435.

*Shanely, et al v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2436.

*Casnave, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2437.

*Wallace, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2438.

*Appleby, et al v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2439.

*Hinchey v. Stewart Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2440.

*Brown, et al v. American International Group, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2441.

*Jones, et al v. American International Group, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2442.

*Davis, et al v. Crum & Forster Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2443.

*Washington v. Thor Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2444.

*Jackson, et al v. Sun Valley, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2445.

*Appleby, et al v. Stewart Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2446.

*Bosarge, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2447.

*Danita v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2448.

*Paul v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2449.

*Banks, et al v. Frontier RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2450.

*Chaney v. Frontier RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2451.

*Kelly, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2460.

*Griffin, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2461.

*Berry, et al v. American International Group, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2462.

*Lewis, et al v. American International Group, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2463.

*Gusman, et al v. Lexington Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2464.

*Coker, et al v. KZRV LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2465.

*Allen, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2466.

*Greathouse v. Timberland RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2467.

*Simmons, et al v. Thor Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2468.

*Johnson, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2469.

*Boutte, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2470.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2471.

*Black, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2472.

*Harris, et al v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2473.

*Griffin v. Keystone RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2474.

*Williams, et al v. American International Specialty Lines Co., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2475.

*Williams v. Thor Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2476.

*Weber, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2477.

*Ray v. KZRV LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2478.

*Nelson, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2479.

*Evans, et al v. Keystone Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2480.

*Cook, et al v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2481.

*Griffin, et al v. Redman Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2482.

*Creecy v. Insureco Agency and Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2483.

*Deroche, et al v. Dutchmen Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2484.

*Jenkins, et al v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2485.

*Chambers v. Heartland Recreational Vehicles, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2486.

*Smith v. Hy-Line Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2487.

*Scott, et al v. Giles Family Holdings, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2488.

*Krause, et al v. Thor Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2489.

*Thornton v. Lexington Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2490.

*Brown, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2491.

*Brunet, et al v. Crum & Forster Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2493.

*Cade, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2494.

*Diaz, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2495.

*Ewell-Hill, et al v. KZRV LP, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2496.

*Frisella, et al v. American International Specialty Lines Co., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2497.

*Kollyade, et al v. Recreation By Design, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2500.

*Bowman, et al v. Timberland RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2501.

*Braxton, et al v. Travelers Property Casualty Company of America TIL, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2502.

*Broadbridge v. Northwood Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2503.

*Brooks v. Frontier RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2508.

*Broussard, et al v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2509.

*Broussard, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2510.

*Bailey v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2511.

*Barnes, et al v. Stewart Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2512.

*Blanchard v. Dutchman Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2513.

*Barthelemy v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2514.

*Amerson, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2515.

*Amacker, et al v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2516.

*White, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2517.

*Haynes, et al v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2518.

*Dyson v. Morgan Buildings & Spas, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2519.

*Brumfield, et al v. Timberland RV Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2520.

*Crawford , et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2523.

*Young, et al v. Keystone Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2524.

*Hobson, et al v. Crum & Forster Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2525.

*Jackson, et al v. TL Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2526.

*Jackson, et al v. Crum & Forster Specialty Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2528.

*Jenkins, et al v. Coachmen Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2529.

*Knockum v. Coachmen Recreational Vehicle Company, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2530.

*Lamothe, et al v. Jayco Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2531.

*Lee, et al v. American International Specialty Lines Co., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2532.

*Moore v. TL Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2533.

*Nash, et al v. Liberty Mutual Insruance Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2534.

*Perkins, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2535.

*Saylor, et al v. Thor Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2536.

*Watksin, et al v. Heartland Recreational Vehicles, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2537.

*Washington, et al v. Cavalier Home Builders, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2538.

*Wallace, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2539.

*McDonald, et al v. Gulf Stream Coach, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2544.

*Williams, et al v. Starcraft RV, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2545.

*White, et al v. Forest River, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2546.

*McCloud, et al v. River Birch Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2547.

*Whittaker, et al v. Superior Homes, LLC, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2548.

*Duhon, et al v. Liberty Mutual Insurance Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2549.

*Gibson v. Skyline Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2550.

*Green, et al v. Clayton Homes of Lafayette, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2551.

*Lewis, et al v. Stewart Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2552.

*Davis, et al v. Lakeside Park Homes, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2553.

*Knox, et al v. Liberty Mutual Insurance Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2554.

*Johnson, et al v. American International Specialty Lines Co., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2555.

*Torres, et al v. Skyline Corporation, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2556.

*Taylor, et al v. CMH Manufacturing, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2557.

*Taylor, et al v. Smith, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2558.

*Deroche, et al v. Keystone Industries, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2561.

*Bartholomew, et al v. Cavalier Home Builders, LLC, et al* filed on August 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2569.

*Ayo, et al v. Gulf Stream Coach, Inc., et al* filed on August 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2570.

*Williams v. CMH Manufacturing, Inc., et al* filed on August 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2571.

*Au, et al v. Gulf Stream Development, LLC, et al* filed on August 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2572.

*Nelson v. Cavalier Home Builders, LLC, et al* filed on August 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2574.

*Harvey, et al v. CMH Manufacturing, Inc., et al* filed on August 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2576.

*Applewhite-Williams, et al v. Gulf Stream Coach, Inc., et al* filed on August 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2577.

*Parker v. American International Specialty Lines Insurance Company, et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2587.

*Fountain v. Keystone Industries, Inc., et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2588.

*Wentzell v. American International Group, Inc., et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2589.

*Celestine, et al v. Arch Specialty Insurance Company, et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2590.

*Taylor, et al v. American International Specialty Lines Ins., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2591.

*Creecy v. Insureco Agency and Insurance Company, et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2592.

*Camel, et al v. Lexington Homes, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2593.

*James v. Lakeside Park Homes, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2594.

*Douglas v. Timberland RV Company, et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2595.

*Azar v. Gulf Stream Coach, Inc., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2596.

*Martin, et al v. Lakeside Park Homes, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2597.

*Lucas, et al v. Starcraft RV, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2598.

*Johnson, et al v. Coachmen Industries, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2599.

*Williams v. Waverlee Homes, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2600.

*Shambarger v. Skyline Corporation, et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2601.

*Dillon, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2602.

*Davison, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2603.

*Benefield, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2604.

*Keyes, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2605.

*Duckworth v. Alliance Homes, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2606.

*Geisel, et al v. Sun Valley, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2607.

*Stogner, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2608.

*Dedeaux v. Hy-Line Enterprises, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2610.

*Quinn, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2611.

*Bridges, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2612.

*Lenoir, et al v. CH2M Hill Constructors, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2615.

*Brent v. Heartland Recreational Vehicles, LLC, et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2616.

*Johnson v. Northwood Manufacturing, Inc., et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2617.

*Dumas, et al v. Gulf Stream Coach, Inc., et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2684.

*Johnson, et al v. Liberty Insurance Corporation, et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2685.

*Colletti, et al v. Gulf Stream Coach, Inc., et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2686.

*Manning v. CH2M Hill Constructors, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2687.

*Buckhalter, et al v. Bechtel National, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2688.

*Williams v. Southern Energy Homes, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2689.

*Robinson, et al v. Alliance Homes, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2690.

*Bradshaw v. Cavalier Home Builders, LLC, et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2691.

*Smith v. Frontier RV, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2692.

*Manning, et al v. Lakeside Park Homes, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2693.

*Alexander, et al v. Mitchell County Industries, LLC, et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2694.

*Booth, et al v. CH2M Hill Constructors, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2695.

*Foxworth, et al v. CH2M Hill Constructors, Inc., et al* filed on August 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2696.

*Cain v. Dutchmen Manufacturing, Inc., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2876.

*Armstrong, et al v. Allen Camper Manufacturing Company, et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2877.

*Antoine, et al v. CH2M Hill Constructors, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2878.

*Thompson, et al v. CH2M Hill Constructors, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2879.

*Bianchi, et al v. CH2M Hill Constructors, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2880.

*Dubose, et al v. CH2M Hill Constructors, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2881.

*King, et al v. CH2M Hill Constructors, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2882.

*Rider, et al v. Bechtel National, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2883.

*Goudy, et al v. DS Corp., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2885.

*Bullard, et al v. Stewart Park Homes, Inc., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2886.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2887.

*Sevin v. Northwood Manufacturing, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2891.

*Zeigensusv. Gulf Stream Coach, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2892.

*Gaines v. American Camper Manufacturing, LLC., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2893.

*Acker v. American Camper Manufacturing, LLC, et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2894.

*Morse v. American Camper Manufacturing, LLC, et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2895.

*Tart, et al v. Recreation By Design, LLC, et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2896.

*Smith v. Southern Energy Homes, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2897.

*Anderson v. Stewart Park Homes, Inc., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2898.

*Mosely v. Dutchmen Manufacturing, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2899.

*Walker v. Forest River, Inc., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2900.

*Everett v. Cavalier Home Builders, LLC, et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2901.

*McCarroll v. Bechtel National, Inc., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2902.

*Babineau, et al v. Jayco Enterprises, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2905.

*Newsome v. Gulf Stream Coach, Inc., et al* filed on September 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2906.

*Sibley v. Keystone Industries, Inc., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2907.

*Francis v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2908.

*Slocum v. Cavalier Home Builders, LLC, et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2909.

*Graves v. CH2M Hill Constructors, Inc., et al* filed on September 7, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2910.

*Dillon, et al v. Forest River, Inc., et al* filed on September 16, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2911.

*Bullard, et al v. CH2M Hill Constructors, Inc., et al* filed on September 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3002.

*Heavy, et al v. Bechtel National, Inc., et al* filed on September 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3003.

*Tedesco, et al v. Dutchmen Manufacturing, Inc., et al* filed on September 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3004.

*Guice v. Bechtel National, Inc., et al* filed on September 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3005.

*Williamson v. Hy-Line Enterprises, Inc., et al* filed on September 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3006.

*Olsen v. Alliance Homes, Inc., et al* filed on September 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3120.

*Gilmore, et al v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3121.

*Easterling, et al v. Gulf Stream Coach, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3122.

*Triplett v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3123.

*Anderson, et al v. Forest River, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3124.

*Defendini, et al v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3125.

*Evans v. Alliance Homes, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3126.

*Williams v. Destiny Industries, LLC, et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3127.

*Knight, et al v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3128.

*Walker v. Dutchmen Manufacturing, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3129.

*Holloway v. CH2M Hill Constructors, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3130.

*Willis, et al v. Cavalier Home Builders, LLC, et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3131.

*Dorsey v. Starcraft RV, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3132.

*Albright v. Cavalier Home Builders, LLC, et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3133.

*Oliver v. DS Corp., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3134.

*Stumpf, et al v. TL Industries, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3135.

*Ralleigh, et al v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3136.

*Wesley, et al v. CH2M Hill Constructors, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3137.

*Beaugez, et al v. Gulf Stream Coach, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3138.

*Floyd, et al v. CH2M Hill Constructors, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3139.

*Fountain, et al v. Keystone RV Company, et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3142.

*Terrell v. Alliance Homes, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3143.

*Morris v. Gulf Stream Coach, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3144.

*Fairley, et al v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3145.

*Knauts v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3146.

*Plaisance, et al v. Bechtel National, Inc., et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3147.

*Anderson, et al v. Keystone RV Company, et al* filed on September 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3148.

*Evans v. Alliance Homes, Inc., et al* filed on September 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3149.

*Fowler, et al v. Fleetwood Enterprises, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3402.

*Fender, et al v. Heartland Recreational Vehicles, LLC, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3403.

*Necaise, et al v. Homes of Merit, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3404.

*Bingham, et al v. Dutchmena Manufacturing, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3406.

*Smith v. Dutchmen Manufacturing, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3408.

*Martin v. Frontier RV, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3409.

*Farve, et al v. Gulf Stream Coach, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3410.

*Cordero, et al v. CMH Manufacturing, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3411.

*Griffin v. Coachmen Industries, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3412.

*Burge, et al v. Coachmen Industries, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3413.

*Lanaville, et al v. Destiny Industries, LLC, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3414.

*Watkins, et al v. DS Corp., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3415.

*Vice, et al v. Thor California, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3416.

*Hallman v. Thor Industries, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3417.

*Coulter, et al v. Timberland RV Company, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3418.

*Garriga v. Silver Creek Homes, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3419.

*Newman, et al v. Skyline Corporation, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3420.

*Doyle, et al v. Southern Energy Homes, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3421.

*Bradburn, et al v. Keystone Industries, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3422.

*Fisher, et al v. KZRV, LP, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3423.

*Plylar, et al v. Lakeside Park Homes, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3424.

*Ladner, et al v. Liberty Homes, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3425.

*Alexander, et al v. Monaco Coach Corporation, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3426.

*Deschamp, et al v. Northwood Manufacturing, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3427.

*Brown, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3428.

*Givens, et al v. Pilgrim International, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3429.

*King, et al v. Recreation By Design, LLC, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3430.

*Long, et al v. River Birch Homes, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3431.

*Bennett, et al v. R-Vision, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3434.

*Buckhaton, et al v. Jayco Enterprises, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3435.

*Green, et al v. Forest River, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3436.

*Nelson, et al v. American Camper Manufacturing, LLC, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3437.

*Masten, et al v. Cavalier Home Builders, LLC, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3438.

*Green, et al v. Starcraft RV, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3439.

*Ippolippo  v. Stewart Park Homes, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3440.

*Sacks-Bosarge v. Stewart Park Homes, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3441.

*Lepley, et al v. Sun Valley, Inc., et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3442.

*Holley v. Sunray RV, LLC, et al* filed on October 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3443.

*Verdon, et al v. Lakeside Park Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3461.

*Nuschler v. KZRV, LP, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3462.

*Miller v. Lakeside Park Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3463.

*Aguilera, et al v. KZRV, LP, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3464.

*Ahl, et al v. KZRV, LP, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3465.

*Cummins v. KZRV, LP, et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3466.

*Ruiz v. KZRV, LP, et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3467.

*White v. Lakeside Park Homes, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3468.

*Ronquille v. KZRV, LP, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3469.

*Meyer v. Lakeside Park Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3470.

*Dixon v. KZRV, LP, et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3471.

*Ben, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3472.

*Bowman, et al v. Thor California, Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3473.

*Karcher, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3474.

*Bouquard, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3475.

*Bourquard v. Thor California, Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3476.

*Barcia, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3477.

*Bourquard, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3478.

*Bourquard v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3479.

*Davis, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3480.

*Cummins v. Frontier RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3481.

*Stephany, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3482.

*Nuschler v. Frontier RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3483.

*Hill v. Silver Creek Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3484.

*Sand v. Silver Creek Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3485.

*Bailey, et al v. Cavalier Home Builders, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3486.

*Miller, et al v. Cavalier Home Builders, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3487.

*Aguilar, et al v. Skyline Corporation, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3490.

*Gallardo, et al v. Jayco, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3491.

*Dixon, et al v. Frontier RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3492.

*Baltazar, et al v. Skyline Corporation, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3493.

*Casanova, et al v. Skyline Corporation, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3494.

*Bergeron v. Jayco, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3495.

*Magruder v. Frontier RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3496.

*Ahl, et al v. Frontier RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3497.

*Ruiz v. Frontier RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3498.

*Legendre v. Recreation By Design, LLC, et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3500.

*Baynes v. Recreation By Design, LLC, et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3501.

*Drewes, et al v. Recreation By Design, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3502.

*Thomas v. Recreation By Design, LLC, et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3503.

*Gaspard, et al v. Crum & Forster Specialty Insurance, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3504.

*Alvarez, et al v. Crum & Forster Specialty Insurance, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3505.

*Green v. Crum & Forster Specialty Insurance, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3506.

*Bieneumy, et al v. Crum & Forster Specialty Insurance, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3507.

*Assevedo, et al v. Crum & Forster Specialty Insurance, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3508.

*Mims, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3509.

*Macalusa, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3510.

*Matheny, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3511.

*Duplessis, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3512.

*Adubato, et al v. Skyline Corporation, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3513.

*Albertez, et al v. Skyline Corporation, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3514.

*Clausell, et al v. River Birch Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3515.

*Blanchard v. River Birch Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3516.

*Jackler, et al v. Gulf Stream Coach, Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3517.

*Perera v. Gulf Stream Coach, Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3518.

*Demolle, et al v. CMH Manufacturing, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3519.

*Armstrong, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3520.

*Bush, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3521.

*Alvarez, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3522.

*Saubat, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3523.

*Hirschey v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3524.

*Alexis, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3525.

*Davis, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3526.

*Victoriana v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3527.

*Caruso, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3528.

*Adams, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3529.

*Ament, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3530.

*Martin, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3531.

*Nunez, et al v. Northwood Manufacturing, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3532.

*Cavat, et al v. Northwood Manufacturing, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3533.

*Randall, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3534.

*Dipadova, et al v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3535.

*Carriere v. American International Group, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3536.

*Jackson, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3537.

*Johnson, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3538.

*Acrement, et al v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3539.

*Kunzli  v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3540.

*LaFrance v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3541.

*Daigre v. Giles Family Holdings, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3542.

*Thornton v. Giles Family Holdings, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3543.

*LaFuentes, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3544.

*Flores v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3545.

*Adams, et al v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3546.

*Howard, et al v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3547.

*Kelly, et al v. Arch Specialty Insurance Corp., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3548.

*Jackson, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3549.

*Jones, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3550.

*Acosta, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3551.

*Bush, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3552.

*Alkurd, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3553.

*Cutrer, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3554.

*Ancalade, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3555.

*Diaz v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3556.

*Arbour, et al v. Starcraft RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3557.

*LaFrance v. TL Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3558.

*Meyers, et al v. TL Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3559.

*Rodi, et al v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3560.

*Biddie, et al v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3561.

*Deogracias, et al v. Starcraft RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3562.

*Rome-Cutrer v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3563.

*Longo, et al v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3564.

*Wild v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3565.

*Navarrete v. American International Group, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3566.

*Alexander-Cornett, et al v. Jayco, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3567.

*Fincher, et al v. Jayco, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3568.

*Bailes, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3569.

*Verdon, et al v. Thor California, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3570.

*Baker, et al v. Jayco, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3571.

*Arbour, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3572.

*Fernandez, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3573.

*Rodrigue, et al v. Sunline Acquisition Company, Ltd., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3574.

*Hood, et al v. Sunline Acquisition Company, Ltd., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3575.

*Herbert, et al v. Timberland RV Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3576.

*Michel, et al v. Timberland RV Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3577.

*Bastoe, et al v. Dutch Housing, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3578.

*Boudreaux, et al v. Dutch Housing, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3579.

*Battaglia, et al v.Destiny Industries, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3580.

*Chelette, et al v. Destiny Industries, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3581.

*Authement v. TL Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3582.

*Authement, et al v. TL Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3583.

*Bindom, et al v. Arch Specialty Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3584.

*Aguilar, et al v. Arch Specialty Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3585.

*Held, et al v. Arch Specialty Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3586.

*William, et al v. Recreation By Design, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3597.

*Williams, et al v. Keystone Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3598.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3599.

*Medley v. Coachmen Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3600.

*Davis v. Lakeside Park Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3601.

*Jones, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3602.

*Cain, et al v. Hy-Line Enterprises, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3603.

*Lewis v. Jayco Enterprises, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3604.

*Pittman, et al v. American International Specialty Lines Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3605.

*Brickley v. Keystone Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3606.

*Nicholson, et al v. Forest River, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3607.

*Bartholomew v. Recreation By Design, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3608.

*Newell v. Lakeside Park Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3609.

*Estes, et al v. Crum & Forster Specialty Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3610.

*Narcisse v. Cavalier Home Builders, LLC, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3611.

*James v. Crum & Forster Specialty Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3612.

*Douglas, et al v. Palm Harbor Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3613.

*Gibson v. Skyline Corporation, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3615.

*Morgan, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3616.

*Fountain v. Stewart Park Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3617.

*Medley v. Crum & Forster Specialty Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3619.

*Jones, et al v. Liberty Mutual Insurance Corporation, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3620.

*Johnson, et al v. Coachmen Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3621.

*Merritt v. Dutchmen Manufacturing, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3622.

*Johnson, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3623.

*Ussin, et al v. Forest River, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3624.

*Thomas, et al v. American International Specialty Lines Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3625.

*Patterson, et al v. ABC Manufacturing Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3626.

*Dison, et al v. ABC Manufacturing Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3627.

*Thomas, et al v. American International Specialty Lines Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3628.

*Duplessis, et al v. American International Specialty Lines Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3629.

*Taylor, et al v. Keystone Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3630.

*Ussin, et al v. ABC Manufacturing Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3631.

*Sparks v. Liberty Homes, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3632.

*Tasker, et al v. ABC Manufacturing Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3633.

*Riley, et al v. Gulf Stream Coach, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3634.

*Raphiel v. Starcraft RV, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3635.

*Price v. Coachmen Industries, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3636.

*Pittman, et al v. Jayco Enterprises, Inc., et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3637.

*Abbas, et al v. Fleetwood Enterprises, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3638.

*Branger, et al v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3639.

*Oxman v. Forest River, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3640.

*Adams, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3662.

*Falgout, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3663.

*Fetter, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3664.

*Flynn, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3665.

*Douglas, et al v. Oak Creek Homes, LP, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3666.

*Harvey, et al v. Coahmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3667.

*Barrilleaux, et al v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3668.

*Kline, et al v. Starcraft RV, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3669.

*Brodmyer, et al v. Starcraft RV, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3670.

*Simmon-Narcisse v. Shaw Environmental, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3671.

*Blappert, et al v. Layton Homes Corp., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3672.

*Riley, et al v. Arch Specialty Insurance Company, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3673.

*Authement, et al v. Forest River, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3674.

*Adams, et al v. Forest River, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3675.

*Hernandez, et al v. Arch Specialty Insurance Company, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3676.

*Alphonso, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3677.

*Bienemy, et al v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3678.

*Acosta, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3679.

*Aguilar, et al v. Layton Homes Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3680.

*Bader, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3681.

*Armitage, et al v. Keystone Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3682.

*Brown, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3683.

*Merwin, et al v. Bechtel National, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3684.

*Ben, et al v. Keystone Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3685.

*Aguilar, et al v. Layton Homes Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3686.

*Binder, et al v. Forest River, Inc., et al* filed on October 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3687.

*Albarado, et al v. Keystone Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3688.

*Neumann, et al v. CH2M Hill Constructors, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3689.

*Cutrer, et al v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3690.

*Adams, et al v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3691.

*Authement, et al v. TL Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3692.

*Alberez, et al v. Layton Homes Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3693.

*Alkurd, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3694.

*Custer, et al v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3695.

*Adubato, et al v. Layton Homes Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3696.

*Winding, et al v. Liberty Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3697.

*Daggs v. Crum & Forster Specialty Insurance, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3698.

*Pierre, et al v. Arch Specialty Insurance Company, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3699.

*Cummins, et al v. Frontier RV, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3701.

*Albarado, et al v. Morgan Buildings & Spas, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3702.

*Augustine, et al v. Fluor Enterprises, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3703.

*Alfonso, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3704.

*Baumy, et al v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3705.

*Kline, et al v. Bechtel International, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3706.

*Chilton, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3707.

*Alexis, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3708.

*Scott, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3709.

*Alphonso, et al v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3710.

*Gonzales, et al v. Crum & Forster Specialty Insurance., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3711.

*Bonnecarre, et al v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3712.

*Alphonso, et al v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3713.

*Chilton, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3714.

*Arbour, et al v. Recreation By Design, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3715.

*Bastoe, et al v. Dutchmen Manufacturing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3716.

*Khan, et al v. Superior Homes, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3717.

*Baker, et al v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3718.

*Salande, et al v. CMH Manufacturing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3719.

*Penny, et al v. Fairmont Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3720.

*Basile, et al v. Scotbilt Homes, Inc., et al* filed on October 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3721.

*Gould, et al v. Liberty Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3722.

*Berndt v. Dutch Housing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3723.

*Andrews, et al v. Heartland Recreational Vehicles, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3724.

*Denoux v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3725.

*Peterson, et al v. Palm Harbor Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3726.

*Keaton v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3727.

*Alphonso, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3728.

*Darby, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3729.

*Casanova, et al v. Northwood Manufacturing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3730.

*Authement, et al v. Forest River, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3731.

*Aguilar, et al v. Morgan Buildings Systems, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3732.

*Atwood, et al v. Forest River, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3733.

*Mackles, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3734.

*Harvey, et al v. Forest River, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3735.

*Bell, et al v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3736.

*Macaluso, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3737.

*Froeba, et al v. CHM Manufacturing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3738.

*Estrada v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3739.

*Richard, et al v. CMH Manufacturing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3740.

*Fava v. Keystone Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3741.

*Demolle, et al v. CMH Manufacturing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3742.

*Gervais, et al v. Morgan Buildings & Spas, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3743.

*Cody, et al v. Lexington Homes, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3744.

*Conrad, et al v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3745.

*Berndt, et al v. Dutch Housing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3746.

*Miller v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3747.

*Demolle, et al v. CMH Manufacturing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3748.

*Frught, et al v. Timberland RV Company, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3749.

*Albarado, et al v. Morgan Buildings & Spas, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3750.

*Boudreaux, et al v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3751.

*Austin v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3752.

*Boudreaux v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3753.

*Banks, et al v. Keystone Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3754.

*Creger v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3755.

*Creger, et al v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3756.

*Alford, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3757.

*Jones v. American International Group, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3758.

*Karcher v. Horton Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3759.

*Hyde, et al v. Starcraft RV, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3760.

*Adams, et al v. Fluor Enterprises, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3761.

*Perera v. Coachmen Industries, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3762.

*Borrouso v. Coachmen Industries, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3763.

*Robin v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3764.

*Jackler, et al v. Cavalier Home Builders, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3765.

*Borrouso, et al v. Forest River, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3766.

*Brignac, et al v. Hy-Line Enterprises, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3766.

*Doty, et al v. Sun Valley, Inc., et al* filed on October 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3768.

*Audibert v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3769.

*Ford, et al v. Insurco, Ltd., et al* filed on October 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3770.

*Wright v. DS Corp., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3771.

*Gonzales, et al v. Silver Creek Homes, Inc., et al* filed on October 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3772.

*Candebat v. Stewart Park Homes, Inc., et al* filed on October 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3773.

*Kennair, et al v. Lexington Homes, Inc., et al* filed on October 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3774.

*Brignac, et al v. Hy-Line Enterprises, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3775.

*Legendre v. Shaw Environmental SErvices, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3776.

*Jackler v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3777.

*Bienemy, et al v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3778.

*Nuschler v. Frontier RV, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3779.

*Alverez v. TL Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3780.

*Sakobie, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3781.

*Smith, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3782.

*Ruffino v. Bechtel National, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3783.

*Simmons v. Recreation By Design, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3784.

*Fourtunia v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3785.

*Brown v. Lexington Homes, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3786.

*Couch, et al v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3787.

*Dibetta, et al v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3788.

*Creel v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3789.

*Ruiz, et al v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3790.

*Durham, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3791.

*DeGeorge, et al v. Oak Creek Homes L.P., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3792.

*Gras v. Stewart Park Homes, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3793.

*Fincher v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3794.

*Blanchard, et al v. Recreation By Design, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3795.

*Geraci v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3796.

*Becnel v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3797.

*Campo, et al v. Recreation By Design, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3798.

*Lemoine, et al v. Superior Homes, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3799.

*Blanchard, et al v. Recreation By Design, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3800.

*Wilson v. Forest River, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3801.

*Ricouard, et al v. CH2M Hill Constructors, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3802.

*Baynes v. Recreation By Design, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3803.

*Legendre v. Recreation By Design, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3804.

*Gonzales, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3805.

*Hall v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3806.

*Antoine, et al v. Layton Homes Corp., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3807.

*Antoine, et al v. Layton Homes Corp., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3808.

*Blappert, et al v. Layton Homes Corp., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3809.

*Casanova v. Oak Creek Homes L.P., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3810.

*Esteves, et al v. Oak Creek Homes, L.P., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3812.

*Audibert, et al v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3813.

*Robeson, et al v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3814.

*Adams, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3816.

*Brown, et al v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3817.

*Tircuit, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3818.

*Simmons, et al v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3819.

*Breckenridge, et al v. Skyline Corporation, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3820.

*Hartle, et al v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3821.

*Antoine v. Skyline Corporation, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3822.

*Vandenborre, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3823.

*Vaccarella, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3824.

*Breckenridge, et al v. Skyline Corporation, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3825.

*Mixon, et al v. Keystone RV Company, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3826.

*White, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3827.

*Reed, et al v. Keystone RV Company, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3828.

*Wright, et al v. DS Corp., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3829.

*Noel, et al v. Gulf Stream, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3830.

*Legendre, et al v. Morgan Buildings & Spas, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3831.

*Johnston, et al v. Timberland RV Company, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3832.

*Forsythe, et al v. Sun Valley, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3833.

*Gagliano, et al v. Southern Energy Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3834.

*Florane, et al v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3835.

*Oltmann, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3836.

*Karcher, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3837.

*Gabriel, et al v. Cavalier Home Builders, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3838.

*Augustine, et al v. American International Group, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3839.

*Hood, et al v. Sunline Acquisition Company, Ltd., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3840.

*Rhodes, et al v. Scotbilt Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3841.

*Degelos, et al v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3842.

*Gould v. Liberty Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3843.

*Boudreaux, et al v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3844.

*Vodanovich, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3845.

*Vodanovich, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3846.

*Basile, et al v. Forest River, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3847.

*Wilhelmus, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3848.

*Graves, et al v. Fluor Enterprises, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3849.

*Boudreaux v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3850.

*Sigur v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3851.

*Topey v. Sunline Acquisition Company, Ltd., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3852.

*Miller v. Lakeside Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3854.

*Greco, et al v. Jayco, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3855.

*Vucinovich v. Stewart Park Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3856.

*Bienemy v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3857.

*Wright, et al v. Thor California, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3858.

*Guillotte, et al v. Jayco, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3859.

*Sylvester v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3860.

*Allen, et al v. American International Specialty Lines Insurance Company, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3866.

*Gras v. Stewart Park Homes, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3878.

*Blunt, et al v. Jayco Enterprises, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3899.

*Jones, et al v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3900.

*Perkins, et al v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3901.

*Arnott v. Cavalier Home Builders, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3902.

*Flowers v. Scotbilt Homes, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3903.

*Rinkus, et al v. Recreation By Design, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3904.

*Storvall v. Crum & Forster Specialty Insurance Company, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3905.

*Carradine, et al v. Shaw Environmental, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3906.

*Lowe, et al v. Shaw Environmental, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3907.

*Gurley v. Crum & Forster Specialty Insurance Company, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3909.

*Brown, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3913.

*Mitchell v. Liberty Mutual Insurance Corporation, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3914.

*Dennis, et al v. Cavalier Home Builders, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3915.

*Beecher, et al v. Cavalier Home Builders, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3916.

*O'Neal, et al v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3917.

*Miller, et al v. Dutchmen Manufacturing, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3918.

*Johnson, et al v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3919.

*Terrell v. American International Specialty Lines Co., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3920.

*McGee, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3921.

*Brooks, et al v. Cavalier Home Builders, LLC, et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3922.

*Smith v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3923.

*Anderson-Clay v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3924.

*Barard, et al v. American International Group, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3925.

*Harper v. Coachmen Industries, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3926.

*Massey v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3927.

*Williams, et al v. Forest River, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3928.

*Williams, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3929.

*Age, et al v. Gulf Stream Coach, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3930.

*Carter, et al v. American International Group, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3931.

*McGee, et al v. Forest River, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3932.

*McGee, et al v. Vanguard Industries of Michigan, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3933.

*Bailey, et al v. American International Specialty Lines Co., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3934.

*Larocca v. American International Group, Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3935.

*Geissler, et al v. River Birch Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3937.

*Berndt, et al v. Dutch Housing, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3938.

*Alexis, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3939.

*Bader, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3940.

*Kieff, et al v. DS Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3941.

*Deano, et al v. Gulf Stream Coach, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3942.

*Andrews, et al v. Gulf Stream Coach, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3943.

*Blanchard, et al v. Crum & Forster Specialty Insurance, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3944.

*Ben, et al v. DS Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3945.

*Anglin, et al v. Gulf Stream Coach, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3946.

*Stewart, et al v. Crum & Forster Specialty Insurance, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3947.

*Reeves v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3948.

*Robin v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3949.

*Wilson v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3950.

*Acosta, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3951.

*Sentilles v. American International Group, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3952.

*Decourcy, et al v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3953.

*Gonzales, et al v. Heartland Recreational Vehicles, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3954.

*Hill, et al v. Heartland Recreational Vehicles, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3955.

*Audibert v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3956.

*Boudreaux, et al v. Travelers Property Casualty Company of America TIL, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3957.

*Victoriana v. UFAS-TKTMJ, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3958.

*Karcher v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3959.

*Jackler, et al v. CH2M Hill Constructors, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3960.

*Phillips, et al v. Insurco, Ltd., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3961.

*Martin, et al v. UFAS-Mu, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3962.

*Davis, et al v. CH2M Hill Constructors, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3963.

*Blanchard, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3964.

*Decourcy v. Arch Specialty Insurance Company, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3965.

*Sino v. Travelers Property Casaulty Company of America TIL, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3966.

*Baker, et al v. Morgan Buildings & Spas, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3967.

*Atkinson, et al v. Morgan Buildings & Spas, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3968.

*Dow, et al v. Fluor Enterprises, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3969.

*Surtain v. Recreation By Design, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3970.

*Authement v. TL Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3971.

*Hughes, et al v. Coachmen Industries, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3972.

*Deroche, et al v. Keystone RV Company, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3973.

*Perez v. Gulf Stream Coach, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3974.

*Chalaire, et al v. Forest River, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3975.

*Blappert, et al v. Skyline Corporation, et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3976.

*Noel, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3977.

*Jeanfreau v. DS Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3978.

*Albarado, et al v. Keystone Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3979.

*Fernandez v. Recreation By Design, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3980.

*Cargo v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3981.

*Mascaro v. Gulf Stream Coach, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3982.

*Morain, et al v. Coahmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3983.

*Taylor v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3984.

*Sino v. Coachmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3985.

*Ladner, et al v. Coahmen Industries, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3986.

*Acosta, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3987.

*Durham, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3988.

*Adams, et al v. Fluor Enterprises, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3989.

*Ament, et al v. Shaw Environmental, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3990.

*Nata, et al v. River Birch Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3991.

*Alfonso, et al v. Jayco, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3992.

*Borne, et al v. DS Corp., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3993.

*Johnson, et al v. Shaw Environmental, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3994.

*Decourcy, et al v. Fluor Enterprises, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3995.

*Gagliano, et al v. Southern Energy Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3996.

*Andrews, et al v. Cavalier Home Builders, LLC, et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3997.

*Boudreaux, et al v. Travelers Property Casualty Company of America TIL., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3998.

*Clark, et al v. River Birch Homes, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3999.

*Borrouso, et al v. Coachmen Industries, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4000.

*Graves, et al v. Fluro Enterprises, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4001.

*Blappert, et al v. Skyline Corporation, et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4002.

*Neumann, et al v. Forest River, Inc., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4003.

*Adams, et al v. Cavalier Home Builders, LLC, et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4004.

*Gadwaw, et al v. DS Corp., et al* filed on October 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4005.

*Cabrera, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4006.

*Bell, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4007.

*Gonzales, et al v. Travelers Property Casualty Company of America TIL, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4008.

*Blanchard, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4022.

*Sigur v. Fluor Enterprises, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4023.

*Candebat, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4024.

*Wilson v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4025.

*Kellogg v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4026.

*Bell, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4027.

*Booze, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4028.

*Cabrera, et al v. Gulf Stream Coach, Inc., et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4029.

*Melan, et al v. Cavalier Home Builders, LLC, et al* filed on October 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4030.

*Brown v. Fleetwood Enterprises, Inc., et al* filed on October 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4046.

*Oliver v. Waverlee Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4050.

*Joseph, et al v. Southern Energy Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4052.

*Battle, et al v. Insureco Agency and Insurance Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4053.

*Day, et al v. Insureco Agency and Insurance Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4054.

*Smith v. Jayco Enterprises, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4055.

*Beverly, et al v. Gulf Stream Coach, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4056.

*Hines, et al v. Gulf Stream Coach, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4057.

*Green, et al v. Gulf Stream Coach, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4058.

*Weston v. Forest River, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4059.

*Armstrong, et al v. DS Corp., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4060.

*Jones v. Destiny Industries, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4061.

*Milton, et al v. Clayton Homes of Lafayette, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4062.

*Duplessis, et al v. Clayton Homes of Lafayette, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4063.

*Taylor v. Cavalier Home Builders, LLC, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4064.

*Enclarde, et al v. Cavalier Home Builders, LLC, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4065.

*Elzey, et al v. River Birch Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4067.

*Miller, et al v. River Birch Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4068.

*Foster, et al v. Gulf Stream Coach, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4069.

*Williams, et al v. Gulf Stream Coach, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4070.

*Antione, et al v. Gulf Stream Coach, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4071.

*Johnson v. Horton Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4072.

*Roche, et al v. Liberty Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4073.

*King, et al v. ABC Manufacturing Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4074.

*Woods, et al v. ABC Manufacturing Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4075.

*Cauley, et al v. ABC Manufacturing Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4076.

*Armstead, et al v. Cavalier Home Builders, LLC, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4078.

*Felton, et al v. Cavalier Home Builders, LLC, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4079.

*Milton, et al v. Travelers Property Casualty Company of America TIL., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4080.

*Brumfield, et al v. Clayton Homes of Lafayette, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4081.

*Milton, et al v. Clayton Homes of Lafayette, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4082.

*Ceaser, et al v. Destiny Industries, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4083.

*LeBlanc, et al v. Coahmen Industries, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4084.

*Walker v. Forest River, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4085.

*Duplessis, et al v. Giles Industries of Tazewell, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4087.

*Jackson, et al v. Waverlee Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4092.

*Oliver, et al v. Waverlee Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4093.

*Sylve, et al v. Superior Homes LLC, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4094.

*Burton v. Sunray RV, LLC, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4095.

*Asadullah v. Southern Energy Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4096.

*Muse v. Silver Creek Homes, Inc., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4097.

*Brandon v. Recreation By Design, LLC, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4098.

*Mingo v. Crum & Forster Specialty Insurance Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4099.

*Wright v. Insureco Agency and Insurance Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4100.

*Hall, et al v. Insureco Agency and Insurance Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4101.

*Elzey, et al v. Insureco Agency and Insurance Company, et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4102.

*Roche v. American International Specialty Lines Co., et al* filed on October 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4103.

*Bailey, et al v. Lakeside Park Homes, Inc., et al* filed on October 27, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4113.

*Thomas v. Bechtel National, Inc., et al* filed on October 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4114.

*Sherrod, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on October 27, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4115.

*Francisco, et al v. Gulf Stream Coach, Inc., et al* filed on October 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4116.

*Barnes, et al v. Forest River, Inc., et al* filed on October 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4117.

*Carpenter, et al v. Doug Boyd Enterprises, LLC, et al* filed on October 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4118.

*Summerville v. Gulf Stream Coach, Inc., et al* filed on October 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4119.

*Ammentorp, et al v. Gulf Stream Coach, Inc., et al* filed on October 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4120.

*Spiers v. Motex Enterprises, Inc., et al* filed on November 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4125.

*Cook v. Forest River, Inc., et al* filed on October 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4126.

*Crawford, et al v. Forest River, Inc., et al* filed on October 27, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4127.

*Mayes, et al v. Madison Services, Inc., et al* filed on October 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4128.

*Hammons v. Vanguard Industries of Michigan, et al* filed on October 27, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4130.

*Powell, et al v. Bechtel National, Inc., et al* filed on December 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4405.

*bourgeois, et al v. Townhomes, LLC, et al* filed on December 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4406.

*Stewart, et al v. KZRV LP, et al* filed on December 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4407.

*Joseph, et al v. Insurco, Ltd., et al* filed on December 27, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4527.

*McKinzy, et al v. Sunray RV, LLC, et al* filed on December 20, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4528.

*Williams v. Recreation By Design, LLC, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4543.

*Davis, et al v. Recreation By Design, LLC, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4544.

*Lebouef, et al v. Forest River, Inc., et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4545.

*Griffin v. Jayco Enterprises, Inc., et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4546.

*Nuccio, et al v. Cavalier Home Builders, LLC, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4547.

*Alexander, et al v. ABC Manufacturing Company, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4548.

*Broussard, et al v. ABC Manufacturing Company, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4549.

*Wilson, et al v. Gulf Stream Coach, Inc., et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4550.

*Obleton v. Cavalier Home Builders, LLC, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4551.

*Bazile, et al v. ABC Manufacturing Company, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4552.

*Butler v. Jayco Enterprises, Inc., et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4554.

*McGee, et al v. ABC Manufacturing Company, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4557.

*Seal v. American International Specialty Lines Insurance Company, et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4558.

*Smith v. Keystone Industries, Inc., et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4559.

*Robinson, et al v. American International Specialty Lines, Co., et al* filed on December 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4560.

*Dillon v. DS Corp., et al* filed on December 27, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4627.

*Acker, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4638.

*Dillon, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4639.

*Anders, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4640.

*Romero, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4641.

*Acevedo, et al v. Bechtel National, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4643.

*Breaux, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4644.

*Woodland v. CH2M Hill Constructors, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4645.

*Antoine, et al v. Bechtel National, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4646.

*Sanders v. Bechtel National, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4647.

*Carroll, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4648.

*Breland, et al v. Forest River, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4649.

*Anderson, et al v. Forest River, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4650.

*Smith v. Dutchmen Manufacturing, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4651.

*Booth, et al v. CH2M Hill Constructors, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4652.

*Anderson, et al v. CH2M Hill Constructors, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4653.

*Lutrell, et al v. Forest River, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4654.

*Jack, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4655.

*Hamilton, et al v. KZRV, LP, et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4656.

*Causey, et al v. KZRV, LP, et al* filed on December 28, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4657.

*Hughes v. Fleetwood Enterprises, Inc., et al* filed on December 30, 2010, in the United

States District Court for the Eastern District of Louisiana, Docket No. 10-4662.

*Hill, et al v. Forest River, Inc., et al* filed on December 30, 2010, in the United States

District Court for the Eastern District of Louisiana, Docket No. 10-4663.

*Jones, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2010, in the United

States District Court for the Eastern District of Louisiana, Docket No. 10-4664.

*Dixon, et al v. Keystone RV Company, et al* filed on December 30, 2010, in the United

States District Court for the Eastern District of Louisiana, Docket No. 10-4665.

*Hill, et al v. R-Vision, Inc., et al* filed on December 30, 2010, in the United States District

Court for the Eastern District of Louisiana, Docket No. 10-4666.

*Benjamin v. Fleetwood Enterprises, Inc., et al* filed on January 31, 2011, in the United

States District Court for the Eastern District of Louisiana, Docket No. 11-203.

*Hall, et al v. Gulf Stream Coach, Inc., et al* filed on February 7, 2011, in the United

States District Court for the Eastern District of Louisiana, Docket No. 11-211.

*White v. Coachmen Industries, Inc., et al* filed on February 7, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-212.

*Brown, et al v. Dutch Housing, Inc., et al* filed on February 7, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-213.

*Palmer v. Jayco, Inc., et al* filed on February 7, 2011, in the United States District Court

for the Eastern District of Louisiana, Docket No. 11-214.

*Finley v. Keystone RV Company, et al* filed on February 7, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-215.

*Crockett v. Liberty Homes, Inc., et al* filed on February 7, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-216.

*Davall, et al v. Gulf Stream Coach, Inc., et al* filed on February 7, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-217.

*Cherry, et al v. Forest River, Inc., et al* filed on February 7, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-218.

*Bailey, et al v. Starcraft RV, Inc., et al* filed on February 7, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-220.

*Ankum, et al v. Alliance Homes, Inc., et al* filed on February 7, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-221.

*Earnest, et al v. Jayco, Inc., et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-222.

*Brown, et al v. Keystone RV Company, et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-297.

*Miller, et al v. Keystone RV Company, et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-298.

*Carroll, et al v. Coachmen Industries, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-299.

*Fairley, et al v. Coachmen Industries, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-300.

*Anderson, et al v. Forest River, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-301.

*Washington v. Forest River, Inc., et al* filed on February 10, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-302.

*Bracken, et al v. Thor Industries, Inc., et al* filed on February 10, 2011, in the United

States District Court for the Eastern District of Louisiana, Docket No. 11-303.

*Seymour v. Thord Industries, Inc., et al* filed on February 10, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-304.

*Acker, et al v. Gulf Stream Coach, Inc., et al* filed on February 10, 2011, in the United

States District Court for the Eastern District of Louisiana, Docket No. 11-305.

*Carroll, et al v. Gulf Stream Coach, Inc., et al* filed on February 10, 2011, in the United

States District Court for the Eastern District of Louisiana, Docket No. 11-306.

*Caporelli, et al v. Coachmen Industries, Inc., et al* filed on February 10, 2011, in the

United States District Court for the Eastern District of Louisiana, Docket No. 11-307.

*Powe, et al v. Coachmen Industries, Inc., et al* filed on February 10, 2011, in the United

States District Court for the Eastern District of Louisiana, Docket No. 11-308.

*Causey, et al v. KZRV, LP, et al* filed on February 10, 2011, in the United States District

Court for the Eastern District of Louisiana, Docket No. 11-309.

*Hamilton, et al v. KZRV, LP, et al* filed on February 10, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-310.

*Breland, et al v. Forest River, Inc., et al* filed on February 10, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-311.

*Lutrell, et al v. Forest River, Inc., et al* filed on February 10, 2011, in the United States

District Court for the Eastern District of Louisiana, Docket No. 11-312.

*Cuevas, et al v. Cavalier Home Builders, LLC, et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-314.

*Stewart v. Cavalier Home Builders, LLC, et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-315.

*Anders, et al v. Gulf Stream Coach, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-316.

*Romero, et al v. Gulf Stream Coach, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-317.

*Dillon, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-318.

*Smith v. Dutchmen Manufacturing, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-319.

*Breaux, et al v. Gulf Stream Coach, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-320.

*Jack v. Gulf Stream Coach, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-321.

*Acevedo, et al v. Bechtel National, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-322.

*Anderson, et al v. CH2M Hill Constructors, Inc., et al* filed on February 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-323.

*Durisseau, et al v. DS Corp., et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-340.

*Burch, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-341.

*Griffin, et al v. Recreation By Design, LLC, et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-342.

*Davis v. Heartland Recreational Vehicles, LLC, et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-343.

*Morton v. KZRV, LP, et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-344.

*Ray, et al v. Play Mor Trailers, Inc., et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-345.

*Denmon v. TL Industries, Inc., et al* filed on February 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-346.

*Davison, et al v. Bechtel National, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-358.

*Miller, et al v. CH2M Hill Constructors, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-359.

*Benefield, et al v. Bechtel National, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-360.

*Payne, et al v. CH2M Hill Constructors, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-361.

*Brown, et al v. CH2M Hill Constructors, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-362.

*Cameron, et al v. Gulf Stream Coach, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-367.

*Davis v. Jayco, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-368.

*Duckworth, et al v. Cavalier Home Builders, LLC, et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-369.

*Hawkins v. Lakeside Park Homes, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-370.

*Ramsey, et al v. Keystone RV Company, et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-371.

*Young, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-373.

*Lee, et al v. Lakeside Park Homes, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-374.

*Manning v. Lakeside Park Homes, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-375.

*Booth, et al v. CH2M Hill Constructors, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-376.

*Sanders v. Bechtel National, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-377.

*Antoine, et al v. Bechtel National, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-378.

*Woodland v. CH2M Hill Constructors, Inc., et al* filed on February 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-379.

*Anderson, et al v. Frontier RV, Inc., et al* filed on February 24, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-409.

*Gums, et al v. Forest River, Inc., et al* filed on February 24, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-410.

*Bailey, et al v. Jayco Enterprises, Inc., et al* filed on February 24, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-411.

*Clark, et al v. Gulf Stream Coach, Inc., et al* filed on March 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-412.

*Watson, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 25, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-413.

*Biddle, et al v. KZRV, LP, et al* filed on March 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-414.

*Riley, et al v. River Birch Homes, Inc., et al* filed on February 25, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-415.

*Franks, et al v. DS Corp., et al* filed on March 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-416.

*Brazzle, et al v. Dutchmen Manufacturing, Inc., et al* filed on March 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-420.

*LeBlanc, et al v. Recreation By Design, LLC, et al* filed on March 10, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-421.

*Mims v. Sunny Brook RV, Inc., et al* filed on March 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-422.

*Gilley, et al v. Keystone RV Company, et al* filed on February 24, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-423.

*Barker, et al v. Sun Valley, Inc., et al* filed on February 24, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-424.

*Singleton v. CMH Manufacturing, Inc., et al* filed on March 15, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-518.

*Whitten, et al v. Thor Industries, Inc., et al* filed on March 14, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-553.

*Keyes, et al v. Jayco, Inc., et al* filed on April 13, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-759.

*Brown, et al v. Keystone Industries, Inc., et al* filed on April 13, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-760.

*Williams v. Cavalier Home Builders, LLC, et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-761.

*Pittman v. Forest River, Inc., et al* filed on April 11, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-762.

*Pittman v. Forest River, Inc., et al* filed on April 13, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-763.

*Kennedy v. Forest River, Inc., et al* filed on April 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-764.

*Collins v. Frontier RV, Inc., et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-765.

*Harris, et al v. Forest River, Inc., et al* filed on April 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-766.

*Nguyen v. Forest River, Inc., et al* filed on April 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-767.

*Lennon v. Cavalier Home Builders, LLC, et al* filed on April 28, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-768.

*Beschen v. Forest River, Inc., et al* filed on April 13, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-769.

*Fouche v. Cavalier Home Builders, LLC, et al* filed on April 27, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-770.

*Polk v. Dutchmen Manufacturing, Inc., et al* filed on April 19, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-831.

*Leggins v. Dutchmen Manufacturing, Inc., et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-832.

*Hathorne v. Cavalier Home Builders, LLC, et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-833.

*Cordero v. Keystone Industries, Inc., et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-835.

*Patrick, et al v. Forest River, Inc., et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-836.

*Nathan, et al v. Pilgrim International, Inc., et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-837.

*Cole v. Forest River, Inc., et al* filed on April 19, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-838.

*Batiste v. Stewart Park Homes, Inc., et al* filed on April 19, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-839.

*Polk v. Coachmen Industries, Inc., et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-841.

*Graham, et al v. Monaco Coach Corporation, et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-842.

*Stallworth, et al v. Pilgrim International, Inc., et al* filed on April 19, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-843.

*Stallworth v. Destiny Industries, LLC, et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-844.

*Brinkman, et al v. Alliance Homes, Inc., et al* filed on April 19, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-845.

*Washington v. Thor California, Inc., et al* filed on April 19, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-846.

*Attia v. Coachmen Industries, Inc., et al* filed on April 18, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-847.

*Gardner v. CMH Manufacturing, Inc., et al* filed on April 19, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-848.

*Chrisman, et al v. Fleetwood Enterprises, Inc., et al* filed on May 11, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-849.

*Jones, et al v. Forest River, Inc., et al* filed on May 11, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-850.

*Bateman, et al v. Gulf Stream Coach, Inc., et al* filed on May 11, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-851.

*Richards v. Pilgrim International, Inc., et al* filed on May 5, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1037.

*Nguyen v. Cavalier Home Builders, LLC, et al* filed on May 5, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1038.

*Bartholomew, et al v. Fleetwood Canada, Ltd., et al* filed on May 5, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1041.

*McQueen, et al v. Dutchmen Manufacturing, Inc., et al* filed on May 5, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1042.

*Jenkins v. DS Corp., et al* filed on May 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1043.

*Chandler v. Gulf Stream Coach, Inc., et al* filed on May 5, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1044.

*Thomas, et al v. Coahmen Industries, Inc., et al* filed on May 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1045.

*Elam v. R-Vision, Inc., et al* filed on May 4, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1046.

*Hollyfield, et al v. Skyline Corporation, et al* filed on May 6, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1047.

*Hayes, et al v. Stewart Park Homes, Inc., et al* filed on May 6, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1048.

*McGrew, et al v. Sunnybrook RV, Inc., et al* filed on May 6, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1049.

*McDonald v. Cavalier Home Builders, LLC, et al* filed on August 3, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1831.

*Young  v. Pilgrim International, Inc., et al* filed on August 3, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1832.

*Gilliam, et al v. Alliance Homes, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1963.

*Cunningham v. Jayco, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1964.

*Cole v. Forest River, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1965.

*Martino v. Pilgrim International, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1966.

*Jackson, et al v. Keystone Industries, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1967.

*Knight v. Layton Homes Corp., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1968.

*Harrell v. Thor California, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1969.

*Keyes v. Jayco, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1970.

*Johnson v. Cavalier Home Builders, LLC, et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1971.

*Moore-Safford v. Heartland Recreational Vehicles, LLC, et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1972.

*Richburg, et al v. Destiny Industries, LLC, et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1973.

*Stallworth v. KZRV, LP, et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1974.

*Murray v. Keystone Industries, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1975.

*Richardson v. Keystone Industries, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1976.

*Moore v. Keystone Industries, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1977.

*Walker, et al v. KZRV, LP, et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1978.

*McGee, et al v. Dutchmen Manufacturing, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1979.

*Niemeier, et al v. Homes of Merit, Inc., et al* filed on September 12, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-1980.

*Lee, et al v. Clayton Homes, Inc., et al* filed on September 20, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-2040.

*Molden, et al v. SunRay RV, LLC, et al* filed on September 30, 2011, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-2177.

*Warrick v. Gulf Stream Coach, Inc., et al* filed on January 11, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-3095.

*Oliver, et al v. Keystone RV Company, et al* filed on January 11, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-3096.

*Grissom, et al v. Heartland Recreational Vehicles, LLC., et al* filed on January 11, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-3097.

*Holyfield v. KZRV, LP, et al* filed on January 11, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 11-3098.

*Crain, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 1, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-53.

*Howard v. Frontier RV, Inc., et al* filed on February 1, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-54.

*McCovery v. TL Industries, Inc., et al* filed on February 1, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-55.

*Freeman, et al v. Frontier RV, Inc., et al* filed on February 1, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-56.

*Markham, et al v. Gulf Stream Coach, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-108.

*Davis, et al v. Recreational By Design, LLC, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-109.

*Boone, et al v. DS Corp., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-110.

*Lewis, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-111.

*Abney, et al v. Gulf Stream Coach, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-112.

*Goudy, et al v. Goudy, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-113.

*Anderson, et al v. Keystone RV Company, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-114.

*Allen, et al v. Crum & Forster Specialty Insurance Company, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-115.

*Capsel, et al v. Sun Valley, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-116.

*Alsworth v. Thor California, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-117.

*Coleman, et al v. Frontier RV, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-118.

*Craven, et al v. Thor California, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-119.

*Willis, et al v. KZRV, LP, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-120.

*Bell, et al v. KZRV, LP, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-121.

*Beck, et al v. TL Industries, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-122.

*Hebert, et al v. Crum & Forster Specialty Insurance Company, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-123.

*Washington v. TL Industries, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-124.

*Mayes, et al v. Frontier RV, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-125.

*Savoy, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-126.

*Shannon, et al v. Recreation By Design, LLC, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-127.

*Tuck, et al v. Crossroads RV, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-128.

*Tolliver, et al v. Sun Valley, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-129.

*Acklin, et al v. Gulf Stream Coach, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-130.

*Brickley, et al v. Gulf Stream Coach, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-131.

*Shannon, et al v. Recreation By Design, LLC, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-132.

*Acker, et al v. Gulf Stream Coach, Inc., et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-133.

*Armstrong, et al v. KZRV, LP, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-149.

*DeGruy, et al v. Layton Homes Corporation, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-151.

*Dedeaux, et al v. Liberty Insurance Corporation, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-152.

*Smith, et al v. Skyline Corporation, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-153.

*Friendly, et al v. Liberty Insurance Corporation, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-154.

*Gardner, et al v. Layton Homes Corporation, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-155.

*Chapman, et al v. Skyline Corporation, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-157.

*Tate, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 28, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-158.

*Brown, et al v. Dutchmen Manufacturing, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-159.

*Edwards, et al v. Crossroads RV, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-160.

*Adams, et al v. Thor California, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-161.

*Guthrie, et al v. Crum & Forster Specialty Insurance Company, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-162.

*Anderson, et al v. Jayco Enterprises, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-181.

*Bass, et al v. Lakeside Park Homes, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-182.

*Anderson, et al v. American International Specialty Lines, et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-183.

*Jackson, et al v. Morgan Buildings & Spas, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-184.

*Bolton, et al v. Sunny Brook RV, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-185.

*Davison, et al v. Keystone Industries, Inc., et al* filed on March 2, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-186.

*Brown, et al v. American Camper Manufacturing, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-194.

*Allen, et al v. Forest River, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-195.

*Green, et al v. Coachmen Industries, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-196.

*Johnson, et al v. Stewart Park Homes, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-197.

*Flowers, et al v. Timberland RV Company, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-198.

*Dedeaux, et al v. Liberty Insurance Company, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-199.

*Brazzle, et al v. Starcraft RV, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-200.

*Acklin, et al v. Sunray RV, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-201.

*Vanderburg v. Viking Recreational Vehicle Company, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-202.

*Mathis, et al v. Sunray RV, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-203.

*Burrell, et al v. Keystone Industries, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-204.

*Carter, et al v. Forest River, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-205.

*Brown, et al v. Jayco Enterprises, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-206.

*Davis, et al v. Crum & Forster Specialty Insurance Company, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-207.

*Dedeaux, et al v. Hy-Line Enterprises, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-208.

*Cooley, et al v. Timberland RV Company, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-209.

*Crawford, et al v. IVRBS, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-210.

*Thompson, et al v. Starcraft RV, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-211.

*Alexander, et al v. Stewart Park Homes, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-212.

*Brown, et al v. Northwood Manufacturing, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-213.

*Hinchey, et al v. Stewart Park Homes, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-214.

*Craven, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-215.

*Beaugez, et al v. Sunray RV, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-216.

*Picone v. Crum & Forster Specialty Insurance Company, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-218.

*Catchings, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-219.

*Smith, et al v. American Camper Manufacturing, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-220.

*Gale, et al v. Homestead Manufacturing, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-221.

*Davison, et al v. Lakeside Park Homes, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-222.

*Bradley, et al v. Timberland RV Company, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-223.

*Lachney, et al v. Starcraft RV, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-224.

*Allen, et al v. CH2M Hill Constructors, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-225.

*Jackson, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-226.

*Cunningham, et al v. Forest River, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-227.

*Booth, et al v. Forest River, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-228.

*Bridges, et al v. Jayco Enterprises, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-229.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-230.

*Anderson, et al v. Forest River, Inc., et al* filed on March 15, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-231.

*Barrett v. Sunline Coach Company, et al* filed on March 21, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-253.

*Cheatham, et al v. Crum & Forster Specialty Insurance Company, et al* filed on March 21, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-254.

*Anderson, et al v. Bechtel National, Inc., et al* filed on March 21, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-255.

*Anderson, et al v. Mason, et al* filed on March 21, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-256.

*Fountain, et al v. United States of America, et al* filed on March 21, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-295.

*Terrell, et al v. Gulf Stream Coach, Inc., et al* filed on March 21, 2012, in the United States District Court for the Eastern District of Louisiana, Docket No. 12-548.