## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25063 | * | |
| *Abney, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 12-112 | * | |
| Plaintiff:  Bernadita Abney | * | |

*******************************************************************************

### MOTION TO PARTIALLY WITHDRAW MOTION TO DISMISS
### FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32, 86 AND 88
### RELATING TO PLAINTIFF FACT SHEETS (REC. DOC. NO. 25063)

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to partially withdraw its previously filed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25063) in the above-captioned matter.  Mover sought dismissal of the claims of **Bernadita Abney** in Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25063).  Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

00344318-1

**WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets be granted (Rec. Doc. 25063).

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scanduro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 19th day of April, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**