UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * * | MAG: CHASEZ |
| REC. DOC. 25063 *Abney, et al v. Gulf Stream Coach, Inc., et al* Docket No. 12-112 Plaintiff: Bernadita Abney | * * * * | |

## ORDER

Considering the foregoing Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25063);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25063) is **GRANTED** as to **BERNADITA ABNEY** only.

_____
UNITED STATES DISTRICT JUDGE