UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cynthia Abney, et al v. Gulf Stream Coach, Inc., et al;* Civil Action No. 09-07856 | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * *  * * * * * * * * * * * *

## GULF STREAM COACH, INC.'S RULE 12(b)(6) MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR PRESCRIPTION

**NOW INTO COURT,** through undersigned counsel of record, comes Defendant, Gulf Stream Coach, Inc., who prays that this Court dismiss with prejudice the claims of certain Plaintiffs named in the lawsuit entitled *Cynthia Abney, et al. v. Gulf Stream Coach, Inc., et al.,* 2:09-07856, for prescription, the reasons therefore being more fully explained in the accompanying Memorandum in Support.

            Respectfully Submitted,

            **DUPLASS, ZWAIN, BOURGEOIS,
            PFISTER & WEINSTOCK**

            s/Andrew D. Weinstock
            _____
            **ANDREW D. WEINSTOCK #18495
            JOSEPH G. GLASS #25397**
            3838 N. Causeway Boulevard, Suite 2900
            Metairie, Louisiana  70002
            Telephone: (504) 832-3700
            Facsimile: (504) 837-3119
            andreww@duplass.com
            jglass@duplass.com

    and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 19th day of April, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK**

00344565-1