FEMA 211920

051

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Alexander, Xavier | ) ) ) | |
| _____ | ) | |

### PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Alexander, Xavier - WLF#211921

| | |
|---|---|
| ___ bronchitis | ___ allergic contact dermatitis |
| ___ throat irritation | ___ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ✓ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ___ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| ✓ sinus infection / sinusitis | ___ cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**
Alexander, Xavier - WLF#211921

Manufacturer: **Gulfstream**

VIN: **1NL1GTR2461015264**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? ~~FEMA~~ *travel trailer*

Move-in Date: **11/01/2005**

Move-out Date: ~~11/01/2007~~ *11/15/07*

Please state the mailing address and physical location for the trailer or mobile home unit:
**128 E. St. Peters St.**
**Belle Chasse La 70037**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private property*

State the reason you stopped living in the FEMA trailer or mobile home: *Fema place us in housing, because of formaldeHyde warning*

Please state the approximate square footage of the FEMA housing unit: ___

Please state the approximate length and width of the FEMA housing unit: ___

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *3 to. 4*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *yes*

Is/was the FEMA housing unit hooked up to a sewer line? *yes*

Is/was the FEMA housing unit hooked up to an electrical line? *yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *NO*

Is/was propane gas used in the FEMA housing unit? *yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? *N/A*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? ~~No~~ *Yes*

If "Yes," where did you ~~temporarily~~ *permently* live? *2220 Eastmere Harvey La. 70058*

For what period of time did you ~~temporarily~~ *permly* live in another location? *life*

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *No*

If "Yes," please state when the test was performed and who prepared this testing: ___

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *NO*

If "Yes," please state the date and reason for fumigation: ___

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *yes*

If "Yes," please state the date and reason for repair, service or maintenance: *Often for broken window, air condition, Stove, bathtub, walls coming apart. heater*

Alexander, Xavier - WLF#211921

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Cleo B. Washington*                  Cleo Washington, as Next Friend        *10-07-08*
Signature of Plaintiff                 of Xavier Alexander, a minor           Date
                                       Print Your Name

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211921                                   **Cause No.** 08-5031
**Case Name** Alexander, Xavier                   **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 08/15/1998   **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer since moving into the FEMA trailer. |
| Question # | Question |
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # | Question |
| 3. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I have not suffered these illnesses prior to moving into the FEMA trailer. |
| Question # | Question |
| 4. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I do not recall. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # | Question |
| 5. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| Question # | Question |
| 6. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| Question # | Question |
| 7. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| Question # | Question |

# Plaintiff Fact Sheet Deficiency Answers

WGC# 211921
DOB 08/15/1998   SSN 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
Case Name  Alexander, Xavier          Case Style  Belinda H. Bauer, et al., v Liberty Homes, Inc., et
Cause No. 08-5031

| | |
|---|---|
| Question # | 8. | Did not provide the dates of repairs, service or maintenance that was performed on the FEMA housing unit, as required by Section V (D). |
| Answer | | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| Question # | 9. | Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D). |
| Answer | | I have not been told by any health care profession that the alleged illnesses are related to living in the FEMA housing unit. |
| Question # | 10. | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| Answer | | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # | 11. | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| Answer | | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # | 12. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| Answer | | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # | 13. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| Answer | | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # | 14. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| Answer | | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211921           **Cause No.** 08-5031
**Case Name** Alexander, Xavier     **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 08/15/1998   **SSN** 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

| Question # | Question |
|---|---|
| 15. | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 16. | Did not sign a HIPAA Authorization for medical records. |
| | **Answer** |
| | Please see attached. |

_____        3/31/2009
Plaintiff or Representative         Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: *Cleo Washington as Next Friend of Xavier Alexander a minor*

Date of Birth: *8-15-1998*

Last Four Numbers of SSN: *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*

I hereby authorize *Cleo Washington* (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002,** and/or to the law firm of _____ and/or their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 22 day of _Nov._ , 2008.

_Cleo Washington as next_

_friend of Xavier Alexander_
[PLAINTIFF OR REPRESENTATIVE] _a minor_

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _Cleo Washington (Step-mom)_

RECEIVED

DEC 1 0 2008

WATTS LAW FIRM - MT

NAME OF FACILITY:_____

**Authorization for Use and Disclosure of Protected Health Information (PHI)**
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Address:<br>City: | State: | Telephone No.:<br>Zip Code: . |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* ._____

*Title.* ._____

*Address.*_____

Purpose: To Protect My Legal Rights_____

For Treatment Date(s): All Available

| Type of Access<br><br>Requested:<br><br>q Copies of the records &<br>q Inspection of the record | q Abstract/pertinent<br>q Emergency Room<br>q H&P<br>q Consult Report<br>q Operative Report<br>q Rehab Services | q Lab<br>q Imaging/Radiology<br>q Cardiac Studies<br>q Face Sheet<br>q Nursing Notes<br>q Medication Record | q Progress Notes<br>q Physician's Orders<br>q Entire Record<br>❑ Other_____ |
|---|---|---|---|

    I acknowledge, and hereby consent to such, that the released information may contain
☒/ᴸ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_Cleo Washington_____   _11-22-08_
Signature of Patient/Legal Representative          Date
If signed by legal representative, relationship to patient: _Cleo Washington (Stepmom)_

_as next friend of Xavier Alexander, minor_

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202904

**Case Name** Anderson, Crystal

**DOB** 4/3/1986   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer, that I am aware of. |
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | Throat Irritation -I experienced this illness during my stay in the FEMA trailer starting in 10/2005 and it did not clear up until I moved out. I did not seek medical attention for this condition because I did not have medical insurance.<br><br>Allergies- I had terrible skin rashes starting 10/2005 that did not go away till I moved out, but I did not seek medical attention because I did not have medical insurance |
| 3. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I had never experienced any of these illnesses prior to moving into the FEMA trailer. |
| 4. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I did not have any pre-existing conditions. |
| 5. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I did not have any illnesses to recover from prior to living in the trailer.  However, I did not recover from throat irritation and allergies, which started when I lived in the trailer, until 05/07/2007, which is when I moved out of FEMA trailer. |
| 6. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |
| | **Answer** |
| | I have lived in the following locations:<br><br>5267 A South Beach Blvd. Bay St. Louis 39520: 01/2001 - 08/2007<br>Panama City Beach Hotel: 08/07-10/05, provided by FEMA<br>5200 HWY 90 Lot # 52 Waveland,MS 39576:  10/05 -01/07 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202904                                      **Cause No.** 08-5031
**Case Name** Anderson, Crystal                      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 4/3/1986        **SSN** 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

Kiln Cutoff Rd Lot # 21 Waveland,MS 39576:  01/07 - 03/07
Lower Vay Rd. Lot # ?  Waveland,MS 39576: 03/07 - 05/07
21578 Crown Rd.  Gulf Port,MS 39503:  05/07 - 10/07
820 Land H Rd. apt. # 15 Gulf Port, MS 39507: 10/07 - present

| Question # | Question |
|---|---|
| 7. | Did not provide plaintiff's State Driver's License Number, as required by Section IV (B). |
| | **Answer** |
| | My ID number is 8012510222. |

| Question # | Question |
|---|---|
| 8. | Did not provide plaintiff's current employment job duties, as required by Section IV (F)(1). |
| | **Answer** |
| | My job duties include serving food and customer service. |

| Question # | Question |
|---|---|
| 9. | Did not provide the VIN Number, as required by Section V (A)(2). |
| | **Answer** |
| | I do not recall the VIN number for the first or second trailer. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| | The third trailer's vin number is INFL555A11846-8A32. |

| Question # | Question |
|---|---|
| 10. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the bar code number for the first or second trailer. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| | The third trailer's bar code is 1226249. |

| Question # | Question |
|---|---|
| 11. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 12. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202904
**Case Name** Anderson, Crystal
**DOB** 4/3/1986   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| | |
|---|---|
| **13.** | Did not indicate whether plaintiff has ever suffered from an infectious disease, as required by Section VI (F)(2). |
| **Answer** | Yes. I had several colds, coughs, and rashes on my face, arms and neck. However I was not diagnosed with anything as I did not see a doctor due to not having any insurance. |
| **Question #** **Question** | |
| **14.** | Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease, as required Section VI (F)(3). |
| **Answer** | No , I have not suffered from long term bowel or stomach disease. |
| **Question #** **Question** | |
| **15.** | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| **Answer** | I do not recall any providers, as I did not have insurance.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** **Question** | |
| **16.** | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| **Answer** | I do not recall.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** **Question** | |
| **17.** | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| **Answer** | I do not recall any physicians.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** **Question** | |
| **18.** | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| **Answer** | I do not recall any facilities.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** **Question** | |
| **19.** | Did not provide admission dates or reason for admission at hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| **Answer** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202904                                  **Cause No.** 08-5031
**Case Name** Anderson, Crystal                  **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 4/3/1986        **SSN** 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

| | |
|---|---|
| | I do not recall the dates or reasons for admission. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 20. | **Question** Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** I do not recall any providers. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 21. | **Question** Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
| | **Answer** I do not recall any pharmacies. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative                Date

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | **MDL NO. 1873** |
| ———————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| **Plaintiff: Arceneaux, Catherine** | ) ) ) | |
| ———————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Heart,Aneurism,Sinus,etc

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: __GULF STREAM__

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? __Travel__

Move-in Date: __1/1/2006_____

Move-out Date: __12/1/2006_____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: __8035 Clarke St._____

City: __Bay St. Louis_____ State: __MS____ Zip: __39520_____

Was the FEMA trailer or mobile home located in a trailer park or on private property? __Privat__

State the reason you stopped living in the FEMA trailer or mobile home:

__Home was repaired._____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? __20 hrs_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? __Yes____

Is/was the FEMA housing unit hooked up to a sewer line? __Yes____

Is/was the FEMA housing unit hooked up to an electrical line? __Yes____

Is/was the FEMA housing unit hooked up to a natural gas line? __No_____

Is/was propane gas used in the FEMA housing unit? __Yes____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? __No____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? __No____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? __No____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? __Yes____

If "Yes," please state the date and reason for repair, service or maintenance:

__Monthly Don't recall_____

Arceneaux, Catherine - WLF#206871

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Catherine Arceneaux | Date |
| | Print Your Name | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| —————————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Banks, Kent | ) | |
| | ) | |
| —————————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Banks, Kent - WLF#211837

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ___throat irritation | ___dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood | ___hypothermia (low body temperature) |
|     asthma | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ___worsening of allergies that you had previous to | ___abnormal laboratory tests on urine |
|     living in FEMA trailer | ___irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ___sinus infection / sinusitis | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| Condition | Irritation to eyes | Date of Diagnosis | do not recall | Suffered Prior To Trailer? | yes |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr. Broughton | | | Condition Worsened By Trailer? | yes |
| Address of Physician | Moeltew Medical Center 12701 radight switch Rd Bayou la Batre AL | | | | |

| Condition | Burning eyes | Date of Diagnosis | do not recall | Suffered Prior To Trailer? | yes |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr. Broughton MD. | | | Condition Worsened By Trailer? | yes |
| Address of Physician | Moeltew medical center 12701 radight switch Rd Bayou la Batre AL | | | | |

| Condition | tearing of eyes | Date of Diagnosis | do not recall | Suffered Prior To Trailer? | yes |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr. Broughton MD | | | Condition Worsened By Trailer? | yes |
| Address of Physician | Moeltew medical center 2701 radight switch Rd Bayou la Batre AL | | | | |

| Condition | Irritation to nasal membranes | Date of Diagnosis | do not recall | Suffered Prior To Trailer? | yes |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr. Broughton | | | Condition Worsened By Trailer? | yes |
| Address of Physician | Moeltew medical center 12701 radight switch rd Bayou la batr AL | | | | |

| Condition | Burning of nasal membranes | Date of Diagnosis | do not recall | Suffered Prior To Trailer? | yes |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr. Broughton | | | Condition Worsened By Trailer? | yes |
| Address of Physician | Moeltew medical center 12701 radight switch Rd Bayou la batr AL | | | | |

**TRAILER 1**                                                    Banks, Kent - WLF#211837

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: **10/2005**

Move-out Date: **2006**

Please state the mailing address and physical location for the trailer or mobile home unit:
**Zirlot Park, Lot 5**
**Irvington AL 36568**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Trailer park*

State the reason you stopped living in the FEMA trailer or mobile home: *They u*

_____

_____

Please state the approximate square footage of the FEMA housing unit: *do not know*

Please state the approximate length and width of the FEMA housing unit: *does not know*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *around 7*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *yes*

Is/was the FEMA housing unit hooked up to a sewer line? *yes*

Is/was the FEMA housing unit hooked up to an electrical line? *yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *no*

Is/was propane gas used in the FEMA housing unit? *yes*

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *5 days*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *no*

If "Yes," where did you temporarily live? *no*

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *no*

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *no*

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *no*

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

Banks, Kent - WLF#211837

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Kent Banks_ | **Kent Banks** | _10/11/08_ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

DS1-200144

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ―――――――――――――――――― | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Banks, Linda Ann | ) | |
| | ) | |
| ―――――――――――――――――― | ) | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Banks, Linda Ann - WLF#200144

| | |
|---|---|
| ✓ bronchitis | ✓ allergic contact dermatitis |
| ✓ throat irritation | ✓ dizziness |
| ✓ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood | ___ hypothermia (low body temperature) |
|     asthma | ___ miscarriage or stillbirth |
| ✓ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ___ worsening of allergies that you had previous to | ___ abnormal laboratory tests on urine |
|     living in FEMA trailer | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| ✓ sinus infection / sinusitis | ___ cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _Irritation to Eyes_ | Date of Diagnosis _Do not remember_ | Suffered Prior To Trailer? _yes_ |
|---|---|---|
| Diagnosing Physician _Shehryar Anjum_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Mcatllen Clinic Bafu La Batre AL_ | | |

| Condition _Burning of Eyes_ | Date of Diagnosis _Do not remember_ | Suffered Prior To Trailer? _yes_ |
|---|---|---|
| Diagnosing Physician _Shehryar Anjum_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Mcatllen Clinic Bafu La Batre_ | | |

| Condition _tearing of eyes_ | Date of Diagnosis _do not remember_ | Suffered Prior To Trailer? _yes_ |
|---|---|---|
| Diagnosing Physician _Shehryar Anjum_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Mcatllen Celena Bafu La Batre_ | | |

| Condition _Irritation to Nasal membrane_ | Date of Diagnosis _do not remember_ | Suffered Prior To Trailer? _yes_ |
|---|---|---|
| Diagnosing Physician ~~~~~~~~~ _Shehryar Anjum_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Mcatllen Clinic Bafu La Batre_ | | |

| Condition _Burning of Skin_ | Date of Diagnosis _Do not remember_ | Suffered Prior To Trailer? _yes_ |
|---|---|---|
| Diagnosing Physician _Shehryar Anjum_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Mcatllen Clinic Bafu La Batre_ | | |

Banks, Linda Ann - WLF#200144

| Condition Rashes Skin | Date of Diagnosis do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Medical Clinic Baton Le Batre AL | | |

| Condition Drying or Scaling Skin | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Medical Clinic Bayou la Batre AL | | |

| Condition Irritation or Swelling of eyelid | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Medical Clinic Bayou la Batre AL | | |

| Condition Irritation, Swelling or watering in eyes | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre AL | | |

| Condition Nausea | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | |

| Condition Headache | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Shehryar Anjum | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | |

| Condition Sinus infection | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Mosteller Clinic | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | |

| Condition Allergies worsen from living in FEMA | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | |

| Condition Bleeding in nose | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | _Yes_ |

| Condition Sinusitis | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | |

| Condition Throat Irritation | Date of Diagnosis Do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Anjum Shehryar | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | |

| Condition Hoarseness | Date of Diagnosis do not remember | Suffered Prior To Trailer? _Yes_ |
|---|---|---|
| Diagnosing Physician Shehryar Anjum | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician Mosteller Clinic Bayou la Batre | | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 200144
**Cause No.** 08-5031
**Case Name** Banks, Linda Ann
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 6/23/1960   **SSN** 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

| Question # | Question |
|---|---|
| **1.** | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |
| **2.** | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | To my knowledge, I have not been diagnosed with cancer since moving into the FEMA trailer. |
| **3.** | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **4.** | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **5.** | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **6.** | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **7.** | Did not identify the dates of treatment with the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |

**TRAILER 1**                                                     Banks, Linda Ann - WLF#200144
Manufacturer: **Gulf Stream**
VIN: **1NL1GTR2061071451/1056866 BC**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel trailer_
Move-in Date: 1/01/2005
Move-out Date: 8/01/2006
Please state the mailing address and physical location for the trailer or mobile home unit:
_8630 East Alba Street  Bayou le Batre  AL 36509_

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _my house was almost completely_
_finish when Fema came out to see how far I had repair my home they gave how far the house was_
_repair and they told me that they would pick it up._
Please state the approximate square footage of the FEMA housing unit: _I do not know_
Please state the approximate length and width of the FEMA housing unit: _I do not know_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _1 hour or 6 hours_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _no_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _6 or 7 hrs_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _no_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _no_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _no_
If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no_
If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _no_
If "Yes," please state the date and reason for repair, service or maintenance: _____

Banks, Linda Ann - WLF#200144

## <u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Linda Banks* | **Linda Banks** | *10/9/08* |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Banks, Nakia S. | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
_____
_____
_____

Banks, Nakia S. - WGC#200146

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: Gulfstream

VIN: 1NLIGTR2061016475

Bar Code Number: 1350388

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 06/01/2006

Move-out Date: 12/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2901 Elysianfields Ave.

City: New Orleans          State: LA     Zip: 70122

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

fema moved us out of the trailer due to the toxic  formaldenyde finding

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  16

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? Yes

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? 5

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Cmartan maintance company

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**   **Nakia Banks**   12-13-08
                             **Print Your Name**   **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) | |
| THIS RELATES TO: | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| | ) | |
| Plaintiff: **Banks, Patrick** | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? <u>No</u>

       If yes, which kind of cancer? _____

5.    When do you claim this injury or disease first occurred? <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? <u>Please see table above</u>

       **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>1NL1GTR2061071451/1056866 BC</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>9/29/2005</u>

Move-out Date: <u>5/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>8630 E. Alba Street</u>

City: <u>Bayou la Batre</u>        State: <u>AL</u>      Zip: <u>36509</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Fema cane out to see if my placve was ready and repair to move back in, after they see that my home was almost</u>
<u>finish they told us that they will pick the trail u, so they came out in got it.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8x30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>13 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>2 -3 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>2 -3 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Banks, Patrick - WLF#200148

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Print Your Name | Date |
|---|---|---|
| | Patrick Banks | 2-14-09 <br> 10-7-08 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Barnes, Carla Yvette** | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Barnes, Carla Yvette - WGC#200169

Manufacturer: Gulf Stream

VIN: 1119431

Bar Code Number: 939-519-553

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 11/01/2005

Move-out Date: 09/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2107 Springwood Dr.

City: Gautier          State: MS    Zip: 39553

Was the FEMA trailer or mobile home located in a trailer park or on private property?

State the reason you stopped living in the FEMA trailer or mobile home:

Please state the approximate square footage of the FEMA housing unit:

Please state the approximate length and width of the FEMA housing unit:

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?

Is/was the FEMA housing unit hooked up to a sewer line?

Is/was the FEMA housing unit hooked up to an electrical line?

Is/was the FEMA housing unit hooked up to a natural gas line?

Is/was propane gas used in the FEMA housing unit?

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home?

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Carla Barnes* (signature) | Carla Barnes | 6/10/09 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ———————————————— | ) ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Barnes, Jamal R. | ) ) ) | |
| ———————————————— | ) | |

**PLAINTIFF FACT SHEET**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                          Barnes, Jamal R. - WGC#199996

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: <u>939-519-553</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: <u>11/1/2005</u>

Move-out Date: <u>9/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>2107 Springwood</u>

City: <u>Gautier</u>                    State: _____   Zip: <u>39553</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Barnes, Jamal R. - WLF#199996

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Carla Barnes_                        **Carla Barnes, as Next Friend of**          6/9/09
**Signature of Plaintiff**                **Jamal Barnes, a minor**               **Date**
                                       **Print Your Name**

_As Next friend of Jamal Barnes_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| THIS RELATES TO: | )<br>)<br>) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: **Bateman, Derek** | )<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Bateman, Derek - WGC#200015

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

    If yes, which kind of cancer?   _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**   <span style="float:right">Bateman, Derek - WGC#200015</span>

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9311125011605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  <u>Travel</u>

Move-in Date: <u>9/01/2005</u>

Move-out Date: <u>06/06/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4319 Heron Bay Coop</u>

City: <u>Coden</u>                    State: <u>AL</u>    Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property?  <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>We were told we had to leave.</u>

Please state the approximate square footage of the FEMA housing unit:  <u>30 ft.</u>

Please state the approximate length and width of the FEMA housing unit:  <u>30X8</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  <u>12-24</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line?  <u>No</u>

Is/was propane gas used in the FEMA housing unit?  <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?  <u>5</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?  <u>5</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | Derek Bateman | 10-13-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Bateman, Dillon | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.      INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** <u>**separate**</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Bateman, Dillon - WGC#200017

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>9/1/2005</u>

Move-out Date: <u>6/6/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4319 Heron Bay Loop Rd.</u>

City: <u>Coden</u>          State: <u>AL</u>     Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>We were asked to move after only 6 months.</u>
_____

Please state the approximate square footage of the FEMA housing unit: <u>30 ft.</u>

Please state the approximate length and width of the FEMA housing unit: <u>30 ft. x 8 ft.</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12-24 hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>No</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>0</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?
_____

For what period of time did you temporarily live in another location? <u>0</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:
_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:
_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:
_____

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

        If yes, which kind of cancer?   _____
        _____

5.      When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

        **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
        _____
        _____
        _____

Bateman, Dillon - WLF#200017

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Josette Bateman, as Next Friend of Dillon Bateman, a minor<br>Print Your Name | 10/13/08<br>Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Bateman, Josette** | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   Didn't previously have condition until after living in  FEMA trailer.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Bateman, Josette - WGC#200018

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>09/01/2005</u>

Move-out Date: <u>06/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4319 Heron Bay Loop Rd.</u>

City: <u>Coden</u>          State: <u>AL</u>      Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>We were talk we had to move.</u>

Please state the approximate square footage of the FEMA housing unit: <u>30 ft.</u>

Please state the approximate length and width of the FEMA housing unit: <u>30X8</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12X24</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>No</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>4</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>4</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Bateman, Josette - WLF#200018

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Josette Bateman_ (signature) | **Josette Bateman** | _10/13/08_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| | ) | SECTION: N(4) |
| | ) | |
| THIS RELATES TO: | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Bateman, Lindsey** | ) ) | |
| | ) ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Only things worsened was asthma all others were prior to FEMA camper.

Bateman, Lindsey - WGC#200020

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>09/01/2005</u>

Move-out Date: <u>06/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4319 Heron Bay Lood Rd.</u>

City: <u>Coden</u>          State: <u>AL</u>     Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Was told to move out.</u>

Please state the approximate square footage of the FEMA housing unit: <u>30 ft.X8</u>

Please state the approximate length and width of the FEMA housing unit: <u>30X8</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12-24</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>No</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5-7</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5-7</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    Lindsey Bateman          10/15/08
**Signature of Plaintiff**        **Print Your Name**       **Date** 2/10/09