# 215406

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        )     MDL NO. 1873
FORMALDEHYDE           )
PRODUCT LIABILITY LITIGATION  )

_____ )     SECTION: N(4)

                         )
                         )     JUDGE: ENGELHARDT
THIS RELATES TO:           )     MAG: ROBY
                         )
Plaintiff: Bates, Jr., Jonas     )
                         )
_____ )

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Bates, Jr., Jonas - WLF#215406

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
_✓_worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.
_____ *Over the Counter meds.* _____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____  Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____  Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____  Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____  Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____  Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                                    Bates, Jr., Jonas - WLF#215406

Manufacturer:  **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _yes_

Move-in Date:  **9/2005**

Move-out Date:  **8/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**1221 Baylous Street**
**Picayune MS 39466**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _____

_____ _Time for new home._ _____

_____

Please state the approximate square footage of the FEMA housing unit: ___unknown)_____

Please state the approximate length and width of the FEMA housing unit: ___unknown)_____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _16_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _blocks_

Is/was the FEMA housing unit hooked up to a sewer line? ___yes_

Is/was the FEMA housing unit hooked up to an electrical line? __yes_

Is/was the FEMA housing unit hooked up to a natural gas line? ___NO_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _n/A_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No_

_____

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _During times_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _N/A_

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _dont know_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_

If "Yes," please state the date and reason for repair, service or maintenance: _different work on date._

_____

Bates, Jr., Jonas - WLF#215406

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Jonas Bates* | **Jonas Bates** | oct 21, 200. |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

*# 215 407*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )      MDL NO. 1873
FORMALDEHYDE                   )
PRODUCT LIABILITY LITIGATION   )
                               )
_____)      SECTION: N(4)
                               )
                               )      JUDGE: ENGELHARDT
THIS RELATES TO:               )      MAG: ROBY
                               )
Plaintiff: Bates, Sr., Charles )
                               )
_____)

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Bates, Sr., Charles - WLF#215407

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     asthma
___allergies for the first time in your life
_✓_worsening of allergies that you had previous to
     living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer; If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each. Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _N/A_____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ N/A_____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ N/A_____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ : | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ N/A_____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Bates, Sr., Charles - WLF#215407
Manufacturer: **Gulf Stream**
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _yes_
Move-in Date: **9/2005**
Move-out Date: **8/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**1221 Baylous**
**Picayune MS 39466**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _got another home._

Please state the approximate square footage of the FEMA housing unit: _unknown_
Please state the approximate length and width of the FEMA housing unit: _unknown_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _20 hrs._
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _No_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _none_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_no_
If "Yes," where did you temporarily live? _No_

For what period of time did you temporarily live in another location? _No_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_
If "Yes," please state when the test was performed and who prepared this testing: _No_

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_
If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_
If "Yes," please state the date and reason for repair, service or maintenance: _carbon monoxide_

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**          **Charles Bates**          **Date**
                                     **Print Your Name**

3/5/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          )   MDL NO. 1873
FORMALDEHYDE                                 )
PRODUCT LIABILITY LITIGATION                 )
                                             )   SECTION: N(4)
                                             )
THIS RELATES TO:                             )   JUDGE: ENGELHARDT
                                             )   MAG: ROBY
                                             )
Plaintiff: Bates, Sr., Jonas                 )
                                             )
                                             )

PLAINTIFF FACT SHEET

I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Bates, Sr., Jonas - WLF#215408

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
_✓_worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
_✓_convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
_✓_abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
_✓_RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

LS, High Blood Pressure, Stroke, Heart attacks,
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Respiratory | Date of Diagnosis 20 | Suffered Prior To Trailer? _____ |
| Diagnosing Physician | | Condition Worsened By Trailer? ✓ |
| Address of Physician DR Prasad, 10th ave, Picayune MS 39466 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician Dr. Pennike | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Bates, Sr., Jonas - WLF#215408
Manufacturer: Gulf Stream
VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _yes_

Move-in Date: 9/2005

Move-out Date: 8/2007

Please state the mailing address and physical location for the trailer or mobile home unit:
**1221 Baylous Street**
**Picayune MS 39466**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private Property_
State the reason you stopped living in the FEMA trailer or mobile home: _deceased Feb 2006_

_____  _____

Please state the approximate square footage of the FEMA housing unit: _un Known_
Please state the approximate length and width of the FEMA housing unit: _un Known_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _24 hrs_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _blocks_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _NO_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _was ill not working._
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_Hospital_
If "Yes," where did you temporarily live? _N/A_

Of what period of time did you temporarily live in another location? _No where other than times?_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _hospital_
If "Yes," please state when the test was performed and who prepared this testing: _N/A_

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_
If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____
If "Yes," please state the date and reason for repair, service or maintenance: _Yes by FEMA_
_inspectors (monthly)_

Bates, Sr., Jonas - WLF#215408

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Palmer Bates, as Representative
of the Estate of Jonas Bates,
deceased        *Palmer Bates*

_Palmer Bates_                _Palmer Bates_                OCT 20, 200?
**Signature of Plaintiff**        **Print Your Name**        **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Baughman, Donna** | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No_____

If yes, which kind of cancer?   _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Baughman, Donna - WGC#206881

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/05/2005</u>

Move-out Date: <u>03/01/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>7607 Lower Bay Rd</u>

City: <u>Bay St. Louis</u>          State: <u>MS</u>     Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Permanent residence livable</u>

_____

Please state the approximate square footage of the FEMA housing unit: <u>250 Approx.</u>

Please state the approximate length and width of the FEMA housing unit: <u>10 x 25</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>5</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Air conditioner & Tub leaking / Mold .3 Different Times</u>

Baughman, Donna - WLF#206881

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | Donna Baughman | 10-14-08 |
| | **Print Your Name** | **Date** |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Beard, Marilyn** | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.    When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   <u>Yes</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>11/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>25240 E. Dubuisson Rd.</u>

City: <u>Pass Christian</u>          State: <u>MS</u>     Zip: <u>39560</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Moved to my home</u>
<u>502 Hickory Drive</u>
<u>Long Beach</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>24 hrs/days</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Wheel</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>No</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>No</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Carbon monoxide alarms</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Marilyn F Beard*                    Marilyn F. Beard                    _____
**Signature of Plaintiff**          **Print Your Name**               **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Bell, Judy Ann | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

    If yes, which kind of cancer?   _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulfstream Coach</u>

VIN: <u>5L4TF332763021390</u>

Bar Code Number: <u>1256209</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>02/12/2006</u>

Move-out Date: <u>12/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>3000 Touro St.</u>

City: <u>New Orleans</u>                    State: <u>LA</u>    Zip: <u>70112</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Home Repaired</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16 hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>Yes</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Judy Bell_ | | _10-14-08_ |
| **Signature of Plaintiff** | **Judy Bell**<br>**Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |
|---|---|
| IN RE: FEMA TRAILER | ( MDL NO. 1873 |
| FORMALDEHYDE | ( |
| PRODUCT LIABILITY LITIGATION | ( |
|  | ( SECTION: (N) |
| _____ | ( |
|  | ( JUDGE: ENGELHARDT |
| THIS RELATES TO: | ( MAG: ROBY |
|  | ( |
| Plaintiff: Bello, Sr., Claude | ( |
|  | ( |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Bello, Sr., Claude - WLI #211141

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
       asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
       living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type   _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____    _____    _____
_____    _____    _____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Burning Eyes | Date of Diagnosis ? | Suffered Prior To Trailer? ____ |
|---|---|---|
| Diagnosing Physician ____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician ____ | | |

| Condition Irritation of Nasal | Date of Diagnosis ? | Suffered Prior To Trailer? ____ |
|---|---|---|
| Diagnosing Physician ____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician ____ | | |

| Condition Headaches | Date of Diagnosis ? | Suffered Prior To Trailer? ____ |
|---|---|---|
| Diagnosing Physician ____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician ____ | | |

| Condition Vomiting | Date of Diagnosis ____ | Suffered Prior To Trailer? ____ |
|---|---|---|
| Diagnosing Physician ____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician ____ | | |

| Condition Difficulty Breathing | Date of Diagnosis ? | Suffered Prior To Trailer? ____ |
|---|---|---|
| Diagnosing Physician ____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician ____ | | |

Bello, Sr., Claude - WLI #211141

| Condition Shortness of Breath | Date of Diagnosis ? | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? ✓ |
| Address of Physician | | |

| Condition Persistent Cough | Date of Diagnosis ? | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? ✓ |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

**TRAILER 1**                                          Bello, Sr., Claude - WLF-211141

Manufacturer: **Gulf Stream**

VIN: ~~I do not know~~

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel Trailer

Move-in Date: ~~01/01/2005~~ 2005

Move-out Date: ~~01/01/2006~~

Please state the mailing address and physical location for the trailer or mobile home unit:

**5025 Pearl Ave.**

**Pearlington MS 39572**

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property

State the reason you stopped living in the FEMA trailer or mobile home: Moved In a bigger Fema Trailer

Please state the approximate square footage of the FEMA housing unit: I do not Know

Please state the approximate length and width of the FEMA housing unit: 28 x 8

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24 hr a day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? yes

Is/was the FEMA housing unit hooked up to a sewer line? yes

Is/was the FEMA housing unit hooked up to an electrical line? yes

Is/was the FEMA housing unit hooked up to a natural gas line? no

Is/was propane gas used in the FEMA housing unit? yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? In and out durning the day

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? no

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? Did not

Have any air quality tests ever been performed on your FEMA trailer or mobile home? I do not Recall

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? no

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? yes

If "Yes," please state the date and reason for repair, service or maintenance: Hot water heater didnt work, Microwave did not work

Bello, Sr., Claude - WLF#211141

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Claude Bello Sr._ | Claude Bello | 10.16.08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

## Errata

**Claimant Name:** Bennett, Tanya

**Claimant's Attorney:** The Buzbee Law Firm

**Manufacturer:** Gulfstream

**Vin:** 1NL1GTR2561073769

**Bar Code:** 1106738

**Trailer Address:** 5331 Highway 604 Pearlington MS 39572

**Move In:** Oct 2005

**Move Out:** Apr 2007

_____
**Plaintiff or Representative**

_____
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | ) )<br>)<br>)<br>) | MDL NO. 1873 |
| ———————————— | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: _____ | ) ) | |
| Tanya T Bennett | ) ) | |
| ———————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
   childhood asthma
☒ allergies for the first time in your life
☒ worsening of allergies that you had previous
   to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
N/A _____

_____
_____

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
N/A _____

5.  When do you claim this injury or disease first occurred? Mar 2006

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
N/A _____
_____

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐          No ☒

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

5.   Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☒     Mobile Home ☒

6.   Move-in Date: Oct 2005

7.   Move-out Date: Apr 2007

8.   Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
5331 Highway 604 Pearlington

9.   Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property

10.  State the reason you stopped living in the FEMA trailer or mobile home:
House was Fixed

11.  Please state the approximate square footage of the FEMA housing unit: 240

12.  Please state the approximate length and width of the FEMA housing unit: 30 x 8

13.  What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16

14.  Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
Yes ☒      No ☐

15.  Is/was the FEMA housing unit hooked up to a sewer line?
Yes ☒      No ☐

16.  Is/was the FEMA housing unit hooked up to an electrical line?
Yes ☒      No ☐

17.  Is/was the FEMA housing unit hooked up to natural gas line?
Yes ☐      No ☒

18.  Is/was propane gas used in the FEMA housing unit?
Yes ☒      No ☐

9

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Tanya T. Bennett* | Tanya T Bennett | 10-31-09 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER | ( MDL NO. 1873 |
| FORMALDEHYDE | ( |
| PRODUCT LIABILITY LITIGATION | ( |
| | ( SECTION: N(4) |
| | ( |
| THIS RELATES TO: | ( JUDGE: ENGELHARDT |
| | ( MAG: RODY |
| | ( |
| Plaintiff: Bentley, Jethro | ( |
| | ( |
| | ( |

PLAINTIFF FACT SHEET

**I.   INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

___ bronchitis
✓ throat irritation
___ hoarseness
✓ laryngitis
___ pneumonia
✓ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood asthma
___ allergies for the first time in your life
✓ worsening of allergies that you had previous to living in FEMA trailer
___ burning sensation in chest
___ pharyngitis
✓ sinus infection / sinusitis

___ allergic contact dermatitis
✓ dizziness
✓ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
✓ irregular heartbeat
___ emphasema
___ RADS: reactive airway dysfunction
___ cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
Stroke _____   _____
_____   _____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition  Irritation to eyes | Date of Diagnosis ——— | Suffered Prior To Trailer? ✓ |
| Diagnosing Physician  NONe | | Condition Worsened By Trailer? ✓ |
| Address of Physician  NA | | |

| Condition  burning of eyes / tearing of eyes | Date of Diagnosis ——— | Suffered Prior To Trailer? ✓ |
| Diagnosing Physician  NoVe (self) | | Condition Worsened By Trailer? ✓ |
| Address of Physician  NA | | |

| Condition  irritation to nasal Membr | Date of Diagnosis ——— | Suffered Prior To Trailer? ✓ |
| Diagnosing Physician  NoVe | | Condition Worsened By Trailer? ✓ |
| Address of Physician  NA | | |

| Condition  burning of nasal membranes | Date of Diagnosis ——— | Suffered Prior To Trailer? ✓ |
| Diagnosing Physician  NoNe | | Condition Worsened By Trailer? ✓ |
| Address of Physician  A | | |

| Condition  bleeding of Nasal membranes | Date of Diagnosis ——— | Suffered Prior To Trailer? ✓ |
| Diagnosing Physician  NoNe | | Condition Worsened By Trailer? ✓ |
| Address of Physician  NA | | |

Bentley, Jethro - WLF#209958

| Condition | irritation or itching of skin | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? |
| Address of Physician | N A | | | (Did Not have previous problem) No physician |

| Condition | burning of skin | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? |
| Address of Physician | NA | | | |

| Condition | rashes on skin | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? |
| Address of Physician | N A | | | Did Not have previous to Trailer |

| Condition | scaling or itching of eyelids | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? ✓ |
| Address of Physician | NA | | | Did Not have previous to trailer |

| Condition | irritation or swelling of eyelids or eye area | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? ✓ |
| Address of Physician | NA | | | Did Not have previous to trailer |

| Condition | head aches | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? |
| Address of Physician | N A | | | |

| Condition | diarrhea | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? |
| Address of Physician | N A | | | |

| Condition | difficulty in breathing | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NoNe | | | Condition Worsened By Trailer? |
| Address of Physician | N A | | | |

| Condition | wheezing | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | None | | | Condition Worsened By Trailer? |
| Address of Physician | N A | | | |

| Condition | shortness of breath | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | NONe | | | Condition Worsened By Trailer? |
| Address of Physician | N A | | | |

| Condition | persistent cough | Date of Diagnosis | | Suffered Prior To Trailer? |
|---|---|---|---|---|
| Diagnosing Physician | None | | | Condition Worsened By Trailer? |
| Address of Physician | NA | | | |

| Condition | tightness of the chest | Date of Diagnosis | 5/6/08 | Suffered Prior To Trailer? NO |
|---|---|---|---|---|
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? |
| Address of Physician | P. O. Box 729 Slidell, LA 70459-0729 | | | |

**TRAILER 1**                                              Bentley, Jethro - WLF#209958

Manufacturer: **Gulf Stream**

VIN: **1 N L 1 G T R/ 2761023567**

Bar Code Number: **1 1 1 0 0 7 3**

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel trailer_

Move-in Date: ~~11/19/2005~~ _11-19-2005_

Move-out Date: ~~11/01/2006~~ _11/01/2007_

Please state the mailing address and physical location for the trailer or mobile home unit:

**5132 4th Ave.**

**Pearlington MS 39572**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private property_

State the reason you stopped living in the FEMA trailer or mobile home: _It was replaced_

_by a cottage._

Please state the approximate square footage of the FEMA housing unit: _Don't Know_

Please state the approximate length and width of the FEMA housing unit: _length 33'_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _24 hrs._

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _NO_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _None_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _NO_

If "Yes," where did you temporarily live? _NA_

For what period of time did you temporarily live in another location? _NA_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _Don't Know_

If "Yes," please state when the test was performed and who prepared this testing: _NA_

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_

If "Yes," please state the date and reason for repair, service or maintenance: _Dates (Don't Know)_

_Reasons  leaky vents in kitchen and bathroom, leak under sink and comode_

_mold in bedroom closet._

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Jethro Bentley_ (signature) | **Jethro Bentley** | _10-16-08_ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER | ( MDL NO. 1873 |
| FORMALDEHYDE | ( |
| PRODUCT LIABILITY LITIGATION | ( |
| | ( |
| | ( SECTION: N(4) |
| | ( |
| THIS RELATES TO: | ( JUDGE: ENGELHARDT |
| | ( MAG: ROBY |
| | ( |
| Plaintiff: Bentley, Linda | ( |
| | ( |

**PLAINTIFF FACT SHEET**

I.   **INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Bentley, Linda - WLF#209959

___bronchitis
✓throat irritation
✓hoarseness
✓laryngitis
___pneumonia
✓upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
✓worsening of allergies that you had previous to living in FEMA trailer
✓burning sensation in chest
___pharyngitis
✓sinus infection / sinusitis

___allergic contact dermatitis
✓dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
*leg cramping and back pain, swelling around ears*

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | irritation to eyes | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P.O. Box 729, Slidell, La 70459-0729 | | | | |

| Condition | burning of eyes | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | _____ |
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | Not suffered prior to trailer ✓ |
| Address of Physician | P.O. Box 729, Slidell, LA 70459-0729 | | | | |

| Condition | tearing of eyes | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P.O. Box 729 Slidell, LA 70459-0729 | | | | |

| Condition | irritation to nasal membranes | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P.O. Box 729, Slidell, LA 70459-0729 | | | | |

| Condition | bleeding of nasal membranes | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | _____ |
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | Not suffered prior to trailer ✓ |
| Address of Physician | P.O. Box 729, Slidell LA 70459-0729 | | | | |

Bentley, Linda - WLF#209959

| Condition | head aches | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P. O. Box 729, Slidell, LA 70459-0729 | | | | |

| Condition | throat irration | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P.O. Box 729, Slidell, LA 70459-0729 | | | | |

| Condition | hoarseness | Date of Diagnosis | D.K. | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | NONE | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | | | | | |

| Condition | laryngitis | Date of Diagnosis | D.K. | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | NONE | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | | | | | |

| Condition | Upper respiratory infection | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P.O. Box 729 Slidell, LA 70459-0729 | | | | |

| Condition | Burning Sensation in Chest | Date of Diagnosis | D.R. | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | NONE | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | | | | Not Suffered prior to trailer | |

| Condition | Sinus Infection sinusitis | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P.O. Box 729, Slidell, LA 70459-0729 | | | | |

| Condition | dizziness | Date of Diagnosis | None | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | NONE | | | Condition Worsened By Trailer? | |
| Address of Physician | | | | Not suffered prior to trailer | |

| Condition | Swelling of eye area | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | Miguel C lasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P.O. Box 729, Slidell LA 70459-0729 | | | | |

| Condition | Wheezing | Date of Diagnosis | May 2007 | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | Miguel Culasso | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | P. O. Box 729, Slidell, LA 70459-0729 | | | | |

| Condition | Shortness of breath | Date of Diagnosis | | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | NONE | | | Condition Worsened By Trailer? | |
| Address of Physician | | | | Not suffered prior to Trailer | |

| Condition | vomiting | Date of Diagnosis | None | Suffered Prior To Trailer? | ✓ |
|---|---|---|---|---|---|
| Diagnosing Physician | | | | Condition Worsened By Trailer? | |
| Address of Physician | | | | | |

Bentley, Linda - WLF#209959

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Linda Bentley_ | **Linda Bentley** | _10/16/08_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Bernard, Anita | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
    _____
    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Bernard, Anita - WGC#209260

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 10/1/2005

Move-out Date: 10/1/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 6159 East Jackson Street

City: Bay St. Louis            State: MS      Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

got a house

Please state the approximate square footage of the FEMA housing unit: 300 sq ft

Please state the approximate length and width of the FEMA housing unit: 30X10

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 14

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _____ | _____ | _____ |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Berniard, Stanley | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Berniard, Stanley - WLF #209962

___bronchitis
_✓_throat irritation
_✓_hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
_✓_allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
_✓_burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
_✓_dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
_✓_low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
_✓_irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
_Heart attacks, Headaches, High blood pressure + Low blood pressure._
_irregular Heartbeat, burning sensation in chest, dizziness, Bleeding Gummies, eye sight,_
_strok._

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _Heart attacks_ | Date of Diagnosis _4-21-07_ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _R. DALUI, MD._ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | _I was living in the trailer when it started_ |

| Condition _High blood pressure + Low_ | Date of Diagnosis _4-21-07_ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _R. DALUI, M.D._ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _irregular Heartbeat_ | Date of Diagnosis _5- -07_ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _R. DALUI, M.D._ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _burning sensation in chest_ | Date of Diagnosis _4-21-07_ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _R. DALUI M.D._ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _Headaches + dizziness_ | Date of Diagnosis _5- -07_ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _R. DALUI M.D._ | | Condition Worsened By Trailer? _____ |
| Address of Physician ____ | | |

_THERE WAS OTHER I JUST DONT REMBER Remumber all of THEM._
_MY DOCTOR'S OR AT both UNIVESITY HOST., 2021 Perdido St. N.O. LA. 70117-_ (504)
(AND)                                                                     903-3000
_Southern Baptist 2626 Napoleon AVE N.O. LA. 70115_
                    _504-899-9311_

**TRAILER 1**                                                Berniard, Stanley - WLF#209962

Manufacturer: Cavalier

VIN: 1NLJ6TR2361043508

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel Trailer_

Move-in Date: 2/1/2006

Move-out Date: ~~11/1/2007~~ _2006_

Please state the mailing address and physical location for the trailer or mobile home unit:

**Hammond  LA**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Trailer Park_

State the reason you stopped living in the FEMA trailer or mobile home: _CAR BROKE_

Please state the approximate square footage of the FEMA housing unit: _8ft W + 20ft L_

Please state the approximate length and width of the FEMA housing unit: _8ft W + 20ft L_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _8to 10_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _NO_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _NO_

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _8 hrs._

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _NO_

If "Yes," where did you temporarily live? _NO_

For what period of time did you temporarily live in another location? _NONE_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation: _NO_

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state the date and reason for repair, service or maintenance: _NONE_

Berniard, Stanley - WLF#209962

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     __Stanley Berniard_____     _____
Signature of Plaintiff                               Print Your Name                               Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Berry, Jennifer | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.  INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.     Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?      

5.     When do you claim this injury or disease first occurred? <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.     Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? <u>Please see table above</u>

7.     Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? <u>Please see table above</u>

      **If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. No

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Berry, Jennifer - WGC#203307

Manufacturer: _Gulf Stream_

VIN: _____

Bar Code Number: _1121363 BC_____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel_

Move-in Date: _6/01/2006_____

Move-out Date: _7/01/2008_____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _222 E. North St._

City: _Pass Christian_____ State: _MS___ Zip: _39571_____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Privat_

State the reason you stopped living in the FEMA trailer or mobile home:

_Home was built._

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _20 x 7_____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _14-15_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes___

Is/was the FEMA housing unit hooked up to a sewer line? _Yes___

Is/was the FEMA housing unit hooked up to an electrical line? _Yes___

Is/was the FEMA housing unit hooked up to a natural gas line? _No_____

Is/was propane gas used in the FEMA housing unit? _Yes___

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _5 days_____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No___

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _5 days_____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No___

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No___

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes___

If "Yes," please state the date and reason for repair, service or maintenance:

_Faucet continually leaked upper sink area._

Berry, Jennifer - WLF#203307

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _____ | Jennifer Berry_____ | 10/6/08_____ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Booker, Orlanda | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.     Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

       If yes, which kind of cancer?  _____

5.     When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.     Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.     Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

       **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
       _____
       _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/17/2005</u>

Move-out Date: <u>6/10/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>25531 Elmer Ladner Road</u>

City: <u>Pass Christian</u>          State: <u>MS</u>     Zip: <u>39571</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Moved into Temporary Housing MEMA Cottage</u>

Please state the approximate square footage of the FEMA housing unit: <u>200 Sq. Ft.</u>

Please state the approximate length and width of the FEMA housing unit: <u>24x8</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>10-12Hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>Yes</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5 Days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5 Days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state when the test was performed and who prepared this testing:

<u>01/01/2006 FEMA</u>

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Monthly Checks,</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Orlanda Booker* | Orlanda Booker | 10/5/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |