Christophe, Vita G. - WLF#202276

## <u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Vita Christophe_       Vita Christophe       10/17/2008
**Signature of Plaintiff**       **Print Your Name**       **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Clark, Ashley | ) ) | |
| ——————————————— | ) ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you
        been diagnosed with Cancer?  No

        If yes, which kind of cancer?  _____

5.      When do you claim this injury or disease first occurred?  <u>I know now injury
        occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA
        trailer?  <u>Please see table above</u>

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a
        condition that you already had or had in the past?  <u>Please see table above</u>

        **If "Yes"**, set forth the illness, disease or condition; whether or not you had
        already recovered from that illness, disease or condition before you began
        residing in a FEMA trailer or mobile home and the date of your recovery, if
        any.  <u>When we lift the trailer</u>
        _____
        _____
        _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 5/1/2006

Move-out Date: 8/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 7037 Row 140 Lot 10

City: Bay St. Lous                     State: MS      Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer

State the reason you stopped living in the FEMA trailer or mobile home:

The park was closing down

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16 hours

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? No

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 days a week

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 days a week

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Don't recall

Clark, Ashley - WLF#209827

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    **Ashley Clark**_____    10-9-2008
**Signature of Plaintiff**                    **Print Your Name**               **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Clark, Jaden | ) ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you
       been diagnosed with Cancer?  No

       If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  I know now injury
       occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
       trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
       condition that you already had or had in the past?  Please see table above

       If "Yes", set forth the illness, disease or condition; whether or not you had
       already recovered from that illness, disease or condition before you began
       residing in a FEMA trailer or mobile home and the date of your recovery, if
       any.  No Recovery

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Clark, Jaden - WGC#209828

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: 112788

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 5/1/2006

Move-out Date: 8/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 7037 Row 140 Lot 10

City: Bay St. Louis                    State: MS      Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer

State the reason you stopped living in the FEMA trailer or mobile home:

Closing down

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16 hours

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? 5 days a week , But

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 days a week , But he baby sister stay in one

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

Do not recall

Clark, Jaden - WLF#209828

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | Ashley Clark, as Next Friend of Jaden Clark, a minor | 10-8-08 |
| Signature of Plaintiff | Print Your Name | Date |

214869

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER               )        MDL NO. 1873
FORMALDEHYDE                      )
PRODUCT LIABILITY LITIGATION      )
                                  )
———————————————                   )        SECTION: N(4)
                                  )
                                  )        JUDGE: ENGELHARDT
THIS RELATES TO:                  )        MAG: ROBY
                                  )
Plaintiff: Claude, Andrea         )
                                  )
———————————————                   )

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Claude, Andrea - WI.F#214869

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
_✓_asthma attacks that are recurrence of childhood
      asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
      living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Irritation of eyes | Date of Diagnosis 4/17/06 | Suffered Prior To Trailer? No |
| Diagnosing Physician Dr. David Slagle | | Condition Worsened By Trailer? ? |
| Address of Physician 1051 Gause Blvd, Slidell, LA 70458 | | |

| Condition Wheezing of Asthma | Date of Diagnosis _____ | Suffered Prior To Trailer? yes |
| Diagnosing Physician Robert Taylor M D | | Condition Worsened By Trailer? ? |
| Address of Physician Ochsner Clinic, 2370 E Gause Blvd, Slidell, LA 70461 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

Claude, Andrea - WLF#214869

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Andrea P. Claude* | Andrea Claude | 10/20/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

214840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Claude, Jr., Albert | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Claude, Jr., Albert - WLF#214840

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     asthma
___allergies for the first time in your life
✔worsening of allergies that you had previous to
     living in FEMA trailer
___burning sensation in chest
___pharyngitis
✔sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
✔convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Date of Diagnosis | Suffered Prior To Trailer? | Condition Worsened By Trailer? |
|---|---|---|---|
| Condition Worsening of Allergies sinusitis | Date of Diagnosis Jan. 18, 1907 | Suffered Prior To Trailer? ✔ | |
| Diagnosing Physician Dr Duffour   CT 2/2/08 | | Condition Worsened By Trailer? ✔ | |
| Address of Physician 1400  W. Hwy 190   Slidell, LA | | | |
| Condition Seizure | Date of Diagnosis 2/3/07 | Suffered Prior To Trailer? No | |
| Diagnosing Physician Slidell Memorial  Hosp. | | Condition Worsened By Trailer? ? | |
| Address of Physician 1001  Gause Blvd   Slidell, LA | | | |
| Condition Seizure (2) | Date of Diagnosis 2/3/07 | Suffered Prior To Trailer? No | |
| Diagnosing Physician Dr Kreft (Follow up 2/22/07 | | Condition Worsened By Trailer? ? | |
| Address of Physician 659  Browswitch Rd    Slidell, LA | | | |
| Condition Seizure | Date of Diagnosis 10/24/07 | Suffered Prior To Trailer? No | |
| Diagnosing Physician Slidell Memorial  Hosp | | Condition Worsened By Trailer? ? | |
| Address of Physician 1001  Gause Blvd   Slidell, LA | | | |
| Condition Seizure | Date of Diagnosis 10/24/07 | Suffered Prior To Trailer? No | |
| Diagnosing Physician Dr Kreft  (Follow up 11/12/07 | | Condition Worsened By Trailer? ? | |
| Address of Physician 659  Browswitch Rd    Slidell, LA | | | |

Claude, Jr., Albert - WLF#214840

| Condition Scaling of Skin | Date of Diagnosis 1/23/08 | Suffered Prior To Trailer? No |
|---|---|---|
| Diagnosing Physician Dr Hinton (Dermatologist) | | Condition Worsened By Trailer? ?? |
| Address of Physician Slidell Memorial Hosp Rm460  1001 Gause Blvd  Slidell, LA | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

Claude, Jr., Albert - WLF#214840

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Signature of Plaintiff_ | __Albert Claude__ <br> **Print Your Name** <br> Albert Richard Claude, Jr | _10/20/08_ <br> **Date** |

720077

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER   )  MDL NO. 1873
FORMALDEHYDE    )
PRODUCT LIABILITY LITIGATION )
           )
_____ )  SECTION: N(4)
           )
           )  JUDGE: ENGELHARDT
THIS RELATES TO:    )  MAG: ROBY
           )
Plaintiff: Clay, Jaime    )
           )
_____ )

## PLAINTIFF FACT SHEET

I. **INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

 Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

 If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Clay, Jaime - WLF#220077

| | |
|---|---|
| ___ bronchitis | ___ allergic contact dermatitis |
| ✓ throat irritation | ✓ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood'in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ___ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| ___ sinus infection / sinusitis | ___ cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| Condition HEADACHES | Date of Diagnosis DO NOT RECALL | Suffered Prior To Trailer? NO |
|---|---|---|
| Diagnosing Physician ROBERT BURNS, M.D. | | Condition Worsened By Trailer? _____ |
| Address of Physician 4211 HOSPITAL ST. PASCAGOULA, MS 39581 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                        Clay, Jaime - WLF#22007?

Manufacturer: **Gulf Stream**

VIN: **INLIGTR2561035054**

Bar Code Number: *110593*

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _TRAVEL TRAILER_

Move-in Date: **10/2005**

Move-out Date: **11/15/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**3013 Dantzler Street**
**Moss Point MS 39563**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _PRIVATE PROPERTY_

State the reason you stopped living in the FEMA trailer or mobile home: _ENOUGH REPAIRS MADE TO HOME_
_TO MOVE BACK IN_

Please state the approximate square footage of the FEMA housing unit: _I DO NOT KNOW_

Please state the approximate length and width of the FEMA housing unit: _8' x 32'_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12-16_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _YES_

Is/was the FEMA housing unit hooked up to a sewer line? _YES_

Is/was the FEMA housing unit hooked up to an electrical line? _YES_

Is/was the FEMA housing unit hooked up to a natural gas line? _NO_

Is/was propane gas used in the FEMA housing unit? _YES_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _5_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_NO_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state the date and reason for repair, service or maintenance: _____

Clay, Jaime - WLF#220077

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Jaime Clay**<br>**Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER )        MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
) SECTION: N(4)
)
) JUDGE: ENGELHARDT
THIS RELATES TO: ) MAG: ROBY
)
Plaintiff: Clay, Jr., James )
)
)

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Clay, Jr., James - WLF#220078

___bronchitis
✓ throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
      asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
      living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**

Clay, Jr., James - WLF#220078

Manufacturer: **Gulf Stream**

VIN: **INLIGTR2561035054**

Bar Code Number: **11 0593**

Was the temporary housing unit provided to you by FEMA a ~~travel trailer~~ or a mobile home? _____

Move-in Date: **10/2005**

Move-out Date: **11/15/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**3013 Dantzler Street**
**Moss Point MS 39563**

Was the FEMA trailer or mobile home located in a trailer park or on ~~private property?~~ _____

State the reason you stopped living in the FEMA trailer or mobile home: _____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _Don't Know_

Please state the approximate length and width of the FEMA housing unit: _Don't Know_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _8 hr +_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _No_

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _6_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No_

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _N/a._

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _No_

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

Clay, Jr., James - WLF#220078

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _signature_ | James Clay | 10- |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

220079

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Clay, Linda | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Clay, Linda - WLF#220079

| | |
|---|---|
| √ bronchitis | ___ allergic contact dermatitis |
| ___ throat irritation | √ dizziness |
| ⸲ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ___ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| √ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| √ sinus infection / sinusitis | ___ cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition  Asthma | Date of Diagnosis I dont recall | Suffered Prior To Trailer? 2 twice |
| Diagnosing Physician  Robert Burns, MD | | Condition Worsened By Trailer? yes |
| Address of Physician 4211 Hospital St Pascagoula, MS 39581 | | |

| | | |
|---|---|---|
| Condition  Bronchitis | Date of Diagnosis I dont recall | Suffered Prior To Trailer? yes |
| Diagnosing Physician  Robert Burns, MD | | Condition Worsened By Trailer? yes |
| Address of Physician 4311 Hospital St Pascagoula, MS 39581 | | |

| | | |
|---|---|---|
| Condition  Sinus Infection | Date of Diagnosis I dont recall | Suffered Prior To Trailer? yes |
| Diagnosing Physician  Singing River Hospital | | Condition Worsened By Trailer? yes |
| Address of Physician 2809 Denny Ave. Pascagoula, MS 39581 | | |

| | | |
|---|---|---|
| Condition  Headaches | Date of Diagnosis I donot recall | Suffered Prior To Trailer? No |
| Diagnosing Physician  Singing River Hosp. | | Condition Worsened By Trailer? yes |
| Address of Physician 2809 Denny Ave. Pascagoula, MS 39581 | | |

| | | |
|---|---|---|
| Condition  Nausea | Date of Diagnosis I donot recall | Suffered Prior To Trailer? No |
| Diagnosing Physician  Robert Burns, MD | | Condition Worsened By Trailer? yes |
| Address of Physician 4311 Hospital St. Pascagoula, MS 39581 | | |

Clay, Linda - WLF#220079

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| Vomiting | I do not Recall | No |
| Diagnosing Physician Singing River Hospital | | Condition Worsened By Trailer? Yes |
| Address of Physician 3809 Denny Ave. Pascagoula, MS 39581 | | |
| Difficulty in Breath | I do not Recall | I do not |
| Diagnosing Physician Robert Burns, MD | | Condition Worsened By Trailer? Yes |
| Address of Physician 4311 Hospital St, Pascagoula, MS 39581 | | |
| Shortness of Breath | I do not Recall | Yes |
| Diagnosing Physician Singing River Hosp. | | Condition Worsened By Trailer? Yes |
| Address of Physician 4311 3809 Denny Ave, Pascagoula, MS 39581 | | |
| Shortness of Breath | I do not Recall | Yes |
| Diagnosing Physician Robert Burns, MD | | Condition Worsened By Trailer? Yes |
| Address of Physician 4311 Hospital St Pascagoula, MS 39581 | | |
| Persistent Cough | I do not Recall | No |
| Diagnosing Physician Robert Burns, MD | | Condition Worsened By Trailer? Yes |
| Address of Physician 4311 Hospital St Pascagoula, MS 39581 | | |
| Persistent Cough | I do not Recall | Yes |
| Diagnosing Physician Singing River Hospital | | Condition Worsened By Trailer? Yes |
| Address of Physician 3809 Denny Ave, Pascagoula, MS 39581 | | |
| Wheezing | I do not Recall | I dunno |
| Diagnosing Physician Robert Burns, MD | | Condition Worsened By Trailer? Yes |
| Address of Physician 4311 Hospital St Pascagoula, MS 39581 | | |
| Tightness of Chest | I do not Recall | No |
| Diagnosing Physician Singing River Hospital | | Condition Worsened By Trailer? Yes |
| Address of Physician 3809 Denny Ave, Pascagoula, MS 39581 | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

**TRAILER 1**                                                          Clay, Linda - WLF#220079

Manufacturer: **Gulf Stream**

VIN: **INLIGTR2561035054**

Bar Code Number: |||0593

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *Travel trailer*

Move-in Date: **10/2005**

Move-out Date: **11/15/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**3013 Dantzler Street**
**Moss Point MS 39563**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *PRIVATE PROPERTY*

State the reason you stopped living in the FEMA trailer or mobile home: *Health Problems &*
*Some Repairs to home.*

Please state the approximate square footage of the FEMA housing unit: *I do not Know*

Please state the approximate length and width of the FEMA housing unit: *8 X 32*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *20-24 hrs.*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *yes*

Is/was the FEMA housing unit hooked up to a sewer line? *yes*

Is/was the FEMA housing unit hooked up to an electrical line? *yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *NO*

Is/was propane gas used in the FEMA housing unit? *yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? *NONE*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
*NO*

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *NO*

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *NO*

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *NO*

If "Yes," please state the date and reason for repair, service or maintenance: _____

Clay, Linda - WLF#220079

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Linda Clay_ | Linda Clay | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

Z11939

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Clayter, Sylvia | ) | |
| | ) | |
| ———————————————— | ) | |

**PLAINTIFF FACT SHEET**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate** Plaintiff Fact Sheet **must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Clayter, Sylvia - WLF#211939

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
_x_worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
_x_sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ | Date of Diagnosis ___ _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211939      **Cause No.** 08-5031
**Case Name** Clayter, Sylvia      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 03/24/1970    **SSN** 427

| Question # | Question |
|---|---|
| 1. | Failed to provide information describing all illnesses or diseases allegedly experienced by plaintiff as required by Section III (C) (3). |
| | **Answer** |
| | The following is a description of the illnesses and diseases experienced:<br><br>Irritation to Eyes - 2006 - SRH Pascagoula, MS 39567, not suffered prior to living in trailer<br>Bleeding Nose - 2006 - On call clinic, Ocean Springs, MS, not suffered prior to living in trailer<br>Burning, rashes, itching, and irritation of the skin - 2006-2008 - Dr. Eric Torp Biloxi, MS - not suffered prior to living in trailer.<br>Scaling of skin - 2006 - SRH Pascagoula, MS 39567, not suffered prior to living in trailer.<br>Scaling eyeslids -2006, swelling of eyelids -2006, worsening of allergies - 2007, and sinus infection - 2006 - none of these conditions were suffered prior to living in the trailer.<br>headaches - 2005/2006 - suffered prior to living in trailer, and made worse by living in trailer. |
| 2. | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exp sure while residing in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I am not making a claim for medical expenses related to formaldehyde exp sure. |
| 3. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Laurel, MS. |
| 4. | Did not provide the identity of plaintiff's current primar care physician, as required by Section IX (A). |
| | **Answer** |
| | My primar care physician is Dr. Eric Torp, who practices in Biloxi, MS. |
| 5. | Did not provide the identity of plaintiff's primar care physicians for the last seven years, as required by Section IX (B). |
| | **Answer** |
| | My primar care physician for the last seven years is Dr. Eric Torp, who practices in Biloxi, MS. |
| 6. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I have not received inpatient treatment in the last seven years. |

**TRAILER 1**                                                    Clayter, Sylvia - WLF#211939
Manufacturer: Gulf Stream
VIN: I N L I G T R 2 7 6 1 0 3 5 2 8 2
Bar Code Number: 1 1 1 5 7 3 6
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel trailer
Move-in Date: **10/01/2005**
Move-out Date: **05/01/2005**
Please state the mailing address and physical location for the trailer or mobile home unit:
**4825 Fordham Drive**
**Gautier MS 39553**

Was the FEMA trailer or mobile home located in a trailer park or on private property? private property
State the reason you stopped living in the FEMA trailer or mobile home: could not stand the
smell and alarms going off

Please state the approximate square footage of the FEMA housing unit: Do not recall
Please state the approximate length and width of the FEMA housing unit: Do not recall
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 14
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? yes
Is/was the FEMA housing unit hooked up to a sewer line? yes
Is/was the FEMA housing unit hooked up to an electrical line? yes
Is/was the FEMA housing unit hooked up to a natural gas line? no
Is/was propane gas used in the FEMA housing unit? yes
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? yes
If "Yes," where did you temporarily live? over night with friends and family

For what period of time did you temporarily live in another location? just for a weekend
Have any air quality tests ever been performed on your FEMA trailer or mobile home? Do not recall
If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? yes
If "Yes," please state the date and reason for fumigation: I would spray every week for
little black flying insects.
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? yes
If "Yes," please state the date and reason for repair, service or maintenance: sink leaked, alarms
would not go off, bathroom ceiling leaked, stove didn't work

Clayter, Sylvia - WI.F#211939

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Sylvia Clayter* | Sylvia Clayter | |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                        )        MDL NO. 1873
FORMALDEHYDE                               )
PRODUCT LIABILITY LITIGATION               )
                                           )
                                           )        SECTION: N(4)
                                           )
_____           )        JUDGE: ENGELHARDT
                                           )        MAG: ROBY
                                           )
THIS RELATES TO:                           )
                                           )
Plaintiff: *Calvis Cleveland*              )
                                           )
_____           )

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

_✓ bronchitis
_✓ throat irritation
_✓ hoarseness
_ laryngitis
_ pneumonia
_ upper respiratory tract infections
_ pulmonary edema
_ asthma attacks for the first time in your life
_ asthma attacks that are recurrence of childhood asthma
_ allergies for the first time in your life
_ worsening of allergies that you had previous to living in FEMA trailer

_ allergic contact dermatitis
_ dizziness
_ unconsciousness
_ convulsions or seizures
_ blood in urine
_ abnormal liver enzymes
_ nephritis (inflammation of kidneys)
_ low blood pressure
_ hypothermia (low body temperature)
_ miscarriage or stillbirth
_ abnormal laboratory tests on blood
_ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
_____ N/A _____
_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _NO_

If yes, which kind of cancer? _N/A_

5.   When do you claim this injury or disease first occurred? _2006_

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☑

If "Yes," when and who diagnosed the condition at that time? _____
_____ N/A _____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐          No ☑

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

| | | |
|---|---|---|
| | N/A | |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| | N/A |
| | |
| | |
| | |

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Calvin Cleveland_            _Calvin Cleveland_  10-23 08

**Signature of Plaintiff**            **Print Your Name**            **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Coate, Selena** | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Coate, Selena - WGC#206945

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.      When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Coate, Selena - WGC#206945

Manufacturer: GULF STREAM

VIN: INL12061023572

Bar Code Number: 1114078

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 07/01/2006

Move-out Date: 10/01/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 1708 Monroe St.

City: Pascagoula          State: MS     Zip: 39567

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Moved home.

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 26 x 8

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  14

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

Yes

If "Yes," where did you temporarily live?

Only visited at trailer with grand mother spent weekends & lots of days working on house. 15420 Highland Circle

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Leaking ceiling not working water heater no heat bad smell.

Coate, Selena - WLF#206945

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Barbara Floyd_                          Barbara Floyd, as Next Friend of
**Signature of Plaintiff**                 Selena Coate, a minor                  10-11-0 8
                                          **Print Your Name**          **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Cobb, Jerry W. | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Cobb, Jerry W. - WGC#202292

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9119419691605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>12/1/2005</u>

Move-out Date: <u>5/1/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>9589 Oak Farms Dr. S</u>

City: <u>Irvington</u>          State: <u>AL</u>    Zip: <u>36544</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Purchased another mobile home.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>33' 8 x 32</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12 hrs. a day</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>Work 2 week</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>Work 2 week offshore - Home 2 weeks</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

Cobb, Jerry W. - WLF#202292

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Print Your Name | Date |
|---|---|---|
| *Joan Cobb* / *Jerry W Cobb* | **Jerry Cobb** | 2-19-09 |

As Next NFriend
to Jerry Cobb

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: **Coffey, Paula** | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you
      been diagnosed with Cancer?  No

      If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury</u>
      <u>occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
      trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
      condition that you already had or had in the past?  <u>Please see table above</u>

      If "Yes", set forth the illness, disease or condition; whether or not you had
      already recovered from that illness, disease or condition before you began
      residing in a FEMA trailer or mobile home and the date of your recovery, if
      any.  <u>No Addred Difficuity</u>
      _____
      _____
      _____

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Coffey, Paula - WGC#209303

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 10/1/2005

Move-out Date: 12/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 11240 Texas St

City: Bay St. Louis          State: MS    Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Constant nausia, replace with Mema cottage

Please state the approximate square footage of the FEMA housing unit: 240 sq ft

Please state the approximate length and width of the FEMA housing unit: 8 x 30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 15

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? No

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? None

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? None

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

Air conditon

Coffey, Paula - WLF#209303

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     Paula Coffey                          Oct 12 08
**Signature of Plaintiff**                        **Print Your Name**                      **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ———————————— | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Cobb, Joan | ) ) ) | |
| ———————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Cobb, Joan - WGC#202293

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? __No_____

   If yes, which kind of cancer? _____
   _____

5.  When do you claim this injury or disease first occurred? <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? <u>Please see table above</u>

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
   _____
   _____
   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9119419691605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  <u>Travel</u>

Move-in Date: <u>12/1/2005</u>

Move-out Date: <u>5/1/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>95889 Oak Farms Drive</u>

City: <u>Irving</u>              State: <u>AL</u>    Zip: <u>36544</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property?  <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Purchased Another mobile home</u>

Please state the approximate square footage of the FEMA housing unit:  <u>240</u>

Please state the approximate length and width of the FEMA housing unit:  <u>8 x 32</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  <u>12 Hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line?  <u>No</u>

Is/was propane gas used in the FEMA housing unit?  <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?  _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?  <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?  _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  _____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  _____

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

02-19-09

_____          Joan Cobb                          10-14-08
**Signature of Plaintiff**                     **Print Your Name**                **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Collins, Denitra | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Collins, Denitra - WLF#214659

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ___throat irritation | ✓dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ✓worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on urine |
| | ___irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ✓sinus infection / sinusitis | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition  Sinus infection | Date of Diagnosis _____ | Suffered Prior To Trailer? yes |
| Diagnosing Physician  Dr. Larceng | | Condition Worsened By Trailer?  yes |
| Address of Physician  105 Medical Center Dr. Slidell 70460 | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? ___ _ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                               Collins, Denitra - WLF #214659
Manufacturer: **Gulf Stream**
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____
Move-in Date: **2/2006**
Move-out Date: **2/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**37532 Timberline Drive**
**Slidell LA 70461**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _mold /mildew /smell_ _____

_____

Please state the approximate square footage of the FEMA housing unit: _____
Please state the approximate length and width of the FEMA housing unit: _____
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? __12__
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? __yes__
Is/was the FEMA housing unit hooked up to a sewer line? __yes__
Is/was the FEMA housing unit hooked up to an electrical line? __yes__
Is/was the FEMA housing unit hooked up to a natural gas line? __no__
Is/was propane gas used in the FEMA housing unit? __yes__
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? __6__
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
__no__
If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? __no__
Have any air quality tests ever been performed on your FEMA trailer or mobile home? __no__
If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____
If "Yes," please state the date and reason for fumigation: __no__

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? __yes__
If "Yes," please state the date and reason for repair, service or maintenance: __heater__

Collins, Denitra - WLF#214659

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Denitra Collins_ | Denitra Collins | 10-13-08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |