UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(4) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Ann M. Terrell v.* | * | |
| *Gulf Stream Coach, et al.,* Docket No. 12-0548 | * | MAG: CHASEZ |

************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Sur-Reply in Support of Opposition to Plaintiffs' Motion to Remand;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Sur-Reply in Support of Opposition to Plaintiff's Motion to Remand.

New Orleans, Louisiana, this __19th__ day of _____April_____, 2012.

_____
JUDGE

00344375-1