2\4461

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Collins, Jasmine | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Collins, Jasmine - WLF#214661

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
_✓_allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
_✓_dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Sinus infection | Date of Diagnosis _____ | Suffered Prior To Trailer? n o |
| Diagnosing Physician Dr. Dixit | | Condition Worsened By Trailer? yes |
| Address of Physician 901 Gause Blvd 70458 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                         Collins, Jasmine - WLF#214661
Manufacturer: **Gulf Stream**
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____
Move-in Date: **2/2006**
Move-out Date: **2/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**37082 Timberline Drive** 39152 w Timberline Dr.
**Slidell LA 70460**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _mold and mildew_
_____

Please state the approximate square footage of the FEMA housing unit: _____
Please state the approximate length and width of the FEMA housing unit: _____
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12 hrs._
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _no_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _6 hrs._
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_no_
If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _no_
If "Yes," please state when the test was performed and who prepared this testing: _____
_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no_
If "Yes," please state the date and reason for fumigation: _____
_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_
If "Yes," please state the date and reason for repair, service or maintenance: _heater_
_____

Collins, Jasmine - WLF#214661

## CERTIFICATION

     I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Demitra Collins* | **Denitra Collins, as Next Friend of Jasmine Collins, a minor** | 10-13-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Collins, Jordan | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Collins, Jordan - WLF #214662

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition asthma /sinus | Date of Diagnosis _____ | Suffered Prior To Trailer? Yes |
| Diagnosing Physician Dr. Dixt | | Condition Worsened By Trailer? yes |
| Address of Physician 901 Gause Blvd, Slidell La, 70458 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Collins, Jordan - WLF#214662

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: **2/2006**

Move-out Date: **2/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**37532 Timberline Drive**
**Slidell LA 70460**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _mold/mildew /smell_
_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_

Is/was the FEMA housing unit hooked up to a sewer line? _yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _no_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _6_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_no_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _no_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _no_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation: _no_

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_

If "Yes," please state the date and reason for repair, service or maintenance: _heater_

Collins, Jordan - WLF#214662

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Dentra Collins_ | **Denitra Collins, as Next Friend of Jordan Collins, a minor** | 10-13-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Cooper, Denna | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

       If yes, which kind of cancer? _____

5.    When do you claim this injury or disease first occurred? <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? <u>Please see table above</u>

       **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                  Cooper, Denna - WGC#209837

Manufacturer: <u>Gulf Stream</u>

VIN: <u>INLIGTR161033964</u>

Bar Code Number: <u>1295560</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>6/7/2007</u>

Move-out Date: <u>9/3/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>6065 4th Ave.</u>

City: <u>Pearlington</u>                  State: <u>MS</u>    Zip: <u>39572</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Hurricane Gustar flooded the trailer</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: <u>8 x 20</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>14 Hr.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>5 Days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5 Days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Do not remember date / repaired tub.</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____       **Denna Cooper**_____       _10-14-α_____
**Signature of Plaintiff**              **Print Your Name**                        **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Creer, Rosie | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Creer, Rosie - WLF#211762

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
      asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
      living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _Coughing___ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Sid Ross____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _Coastal Clinic   228-474-9511_ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211762
**Case Name** Creer, Rosie
**DOB** 4/1/1957   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer** |
| | Yes, I am claiming I may have developed a disease or illness as a result of being exp sed to formaldehyde. |

| Question # | Question |
|---|---|
| 2. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 4. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall when my injury or disease first occurred.  If I remember or in the con se of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I had a cough prior to residing in the FEMA housing unit. |

| Question # | Question |
|---|---|
| 6. | Did not provide a response to whether FEMA trailerw orsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | My coughing was worsened by residing in the FEMA housing unit. |

| Question # | Question |
|---|---|
| 7. | Did not provide the recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I still have a cough that I have not recovered from. |

**TRAILER 1**                                                    Creer, Rosie - WLF#211762

Manufacturer: **Gulf Stream**

VIN: **INLIGTR2461031304**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel trailer_

Move-in Date: **11/15/2005**

Move-out Date: **12/31/2006**

Please state the mailing address and physical location for the trailer or mobile home unit:

**4206 W. Bayou**

**Moss Point MS 39563**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private Property_

State the reason you stopped living in the FEMA trailer or mobile home: _Home Repaired_

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _24 HRS_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _On Blocks_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _4 days work_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_NO_

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NA_

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NA_

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_

If "Yes," please state the date and reason for repair, service or maintenance: _change Air Condition_

_Filter, door Knob Repair_

Creer, Rosie - WLF#211762

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Rosie Creer_ | Rosie Creer | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             )      MDL NO. 1873
FORMALDEHYDE                    )
PRODUCT LIABILITY LITIGATION    )
                                )
_____ )      SECTION: N(4)
                                )
                                )      JUDGE: ENGELHARDT
THIS RELATES TO:                )      MAG: ROBY
                                )
Plaintiff: Creer, Sheena        )
                                )
_____ )

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Creer, Sheena - WLF#211763

| | |
|---|---|
| ___bronchitis | ___ allergic contact dermatitis |
| ___throat irritation | ___dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___ low blood pressure |
| ___asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| ___allergies for the first time in your life | ___miscarriage or stillbirth |
| | ___abnormal laboratory tests on blood |
| ___worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on urine |
| ___burning sensation in chest | ___irregular heartbeat |
| ___pharyngitis | ___emphasema |
| ___sinus infection / sinusitis | ___RADS: reactive airway dysfunction |
| | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211763
**Case Name** Creer, Sheena
**DOB** 8/31/1982   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1 | Did not provide a telephone number, as required in Section II (D). |
| | **Answer** |
| | My current telephone number is 228-475-1804.  My home phone is 601-506-8388. |
| 2 | Did not provide adequate representation information, specifically the court that appointed the plaintiff as representative, or the relationship to the represented party, as required in Section III (A). |
| | **Answer** |
| | I do not have a representative, as I am representing myself. |
| 3 | Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer** |
| | Yes, I am claiming I have developed illnesses as a result living in the trailer. |
| 4 | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |
| 5 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| | **Answer** |
| | I suffered from headaches, nausea, vomiting, abdominal pain, throat irritation, hoarseness, asthma attacks for the first time in my life, sinus infections/sinusitis and a miscarriage. |
| 6 | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required in Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer. |
| 7 | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | My miscarriage occurred in August 2007.  The other illnesses began in April, 2008. |
| 8 | |

Creer, Sheena - WLF#211763

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Sheena Creer | Sheena Creer | 10-6-08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

<div align="center">

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

</div>

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| **Plaintiff: Crosby, April** | ) | |
| | ) | |
| _____ | ) | |

<div align="center">

**PLAINTIFF FACT SHEET**

</div>

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you
      been diagnosed with Cancer?  No _____

      If yes, which kind of cancer?  _____
                                     _____


5.    When do you claim this injury or disease first occurred?  <u>I know now injury
      occurred on the date I moved in, but I did not know that at the time.</u>


6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
      trailer?  <u>Please see table above</u>


7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
      condition that you already had or had in the past?  <u>Please see table above</u>



      **If "Yes"**, set forth the illness, disease or condition; whether or not you had
      already recovered from that illness, disease or condition before you began
      residing in a FEMA trailer or mobile home and the date of your recovery, if
      any.  yes Cancer _____
      _____
      _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Crosby, April - WGC#209259

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/1/2005</u>

Move-out Date: <u>9/1/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>10218 Rd. 556</u>

City: <u>Bay St. Louis</u>      State: <u>MS</u>   Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Trailer flooded during hurricane gustave and was unliveable.</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16-20 Hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>About 3 on average</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>About 3 on average over 3 yr period</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Occasionally maintenance</u>

Crosby, April - WLF#209259

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _April Crosby_ | _April Crosby_ | _10-17-08_ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Daigrepont, Daniel | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  was recovering asthma was controlled very seldom ,now I need medicines daily for control.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Daigrepont, Daniel - WGC#202212

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9120969241603</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>01/01/2006</u>

Move-out Date: <u>12/12/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>Padget Switch Rd.</u>

City: <u>Irvington</u>          State: <u>AL</u>     Zip: <u>36544</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Health & trailer was moved to different location away from job.</u>
_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>5</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>Yes</u>

If "Yes," where did you temporarily live?
<u>sometimes at Steiner Shipyard</u>

For what period of time did you temporarily live in another location? <u>5</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:
_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:
_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Toilet.</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**

Daniel Daigrepont
**Print Your Name**

16·15·08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Dandrea, Alicia | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Yes

Dandrea, Alicia - WGC#202048

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: 931160596

Bar Code Number: ____________

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 9/1/2005

Move-out Date: 12/1/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 5346 Cronier Ave.

City: Long Beach State: MS Zip: 39560

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Too Small

Please state the approximate square footage of the FEMA housing unit: Small

Please state the approximate length and width of the FEMA housing unit: ____________

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? No

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? No

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? ____________

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

____________

For what period of time did you temporarily live in another location? ____________

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

____________

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

____________

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

____________

Dandrea, Alicia - WLF#202048

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Lisa Beard* | **Lisa Beard, as Next Friend of** | 10-10-08 |
| Signature of Plaintiff | **Alicia Dandrea, a minor** | Date |
| | **Print Your Name** | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| THIS RELATES TO: | )<br>)<br>) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: Darensbourg, Irvy | )<br>)<br>) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you
    been diagnosed with Cancer?  No_____

    If yes, which kind of cancer?  _____
    _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury
    occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA
    trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a
    condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had
    already recovered from that illness, disease or condition before you began
    residing in a FEMA trailer or mobile home and the date of your recovery, if
    any.  <u>Never had any if the illnesses listed until living the FEMA trailer .</u>
    _____
    _____
    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Darensbourg, Irvy - WGC#207512

Manufacturer: Cavalier

VIN: 1NLIGTR2461082396

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 11/1/2005

Move-out Date: 6/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2830 Carver St.

City: New Orleans                    State: LA        Zip: 70131

Was the FEMA trailer or mobile home located in a trailer park or on private property? yes

State the reason you stopped living in the FEMA trailer or mobile home:

move out into house and was sick all the time .

Please state the approximate square footage of the FEMA housing unit: 2 People I

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 12

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 12

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     Irvy Darensbourg     10/10/08
**Signature of Plaintiff**           **Print Your Name**   **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Davidson, Ashley | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No_____

If yes, which kind of cancer?   _____

_____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

_____

_____

_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Davidson, Ashley - WGC#205377

Manufacturer: _Gulf Stream Caviler_

VIN: _1LNLIGTR27611026873_

Bar Code Number: _1291858_

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel_

Move-in Date: _8/01/2006_

Move-out Date: _6/01/2007_

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _6026 Baccich St._

City: _New Orleans_     State: _LA_    Zip: _70122_

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Privat_

State the reason you stopped living in the FEMA trailer or mobile home:

_Home Was Repaired_

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12 hrs day_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _Yes_

Is/was propane gas used in the FEMA housing unit? _No_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _5 days_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_No_

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _5 days_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_

If "Yes," please state the date and reason for repair, service or maintenance:

_Not sure of date toilet was repaired had gas leak from store_

Davidson, Ashley - WLF#205377

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Ashley D. Davidson_ | _Ashley Davidson_ | _1-17-2009_ |
|---|---|---|
| **Signature of Plaintiff** | **Ashley Davidson** | **Date** |
| | **Print Your Name** | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER | ( MDL NO. 1873 |
| FORMALDEHYDE | ( |
| PRODUCT LIABILITY LITIGATION | ( |
| | ( SECTION: N(4) |
| | ( |
| THIS RELATES TO: | ( JUDGE: ENGELHARDT |
| | ( MAG: ROBY |
| Plaintiff: Davillier, Dorthy | ( |
| | ( |
| | ( |

PLAINTIFF FACT SHEET

**I.     INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Davillier, Dorthy - WLF#214610

___✓bronchitis
___throat irritation
___✓hoarseness
___laryngitis
___pneumonia
___✓upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
      asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
      living in FEMA trailer
___burning sensation in chest
___pharyngitis
___✓sinus infection / sinusitis

___allergic contact dermatitis
___✓dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis ___ *2007* | Suffered Prior To Trailer? ✓ |
| Diagnosing Physician __*Bogalusa Cherity Housian*__ | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

Davillier, Dorthy - WLF#214610

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff      __Dorthy Davillier__      _____

                                **Print Your Name**            **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Davis, Brooke** | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Davis, Brooke - WGC#202077

4.    Since you moved into the FEMA trailer and up to the present date, have you
      been diagnosed with Cancer?   No_____

      If yes, which kind of cancer?   _____
                                       _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury
      occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
      trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
      condition that you already had or had in the past?  <u>Please see table above</u>

      **If "Yes"**, set forth the illness, disease or condition; whether or not you had
      already recovered from that illness, disease or condition before you began
      residing in a FEMA trailer or mobile home and the date of your recovery, if
      any.  <u>No have not recover.</u>
      _____
      _____
      _____