#211599

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Diaz, Raymond | ) | |
| | ) | |
| ——————————————————— | ) | |

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Diaz, Raymond - WLF#211599

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
_✓_worsening of allergies that you had previous to living in FEMA trailer
_✓_burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                                   Diaz, Raymond - WLF#211599
Manufacturer: *Gulf Stream Coach*
VIN: *1NL1GTR246107479T*
Bar Code Number: *1110458*
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*
Move-in Date: ~~01/01/2005~~  *11~05*
Move-out Date: ~~01/01/2007~~  *1~07*
Please state the mailing address and physical location for the trailer or mobile home unit:
**5115 Florida Blvd**   *PO Box 623 (mailing)*
**Pearlington MS 39572**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private*
State the reason you stopped living in the FEMA trailer or mobile home: _____

_____
_____

Please state the approximate square footage of the FEMA housing unit *appx 224 - 230 sq ft ?*
Please state the approximate length and width of the FEMA housing unit: *8 ft x 26-30 ft ?*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *10-14 hrs in + out*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *yes*
Is/was the FEMA housing unit hooked up to a sewer line? *yes*
Is/was the FEMA housing unit hooked up to an electrical line? *yes*
Is/was the FEMA housing unit hooked up to a natural gas line? *no*
Is/was propane gas used in the FEMA housing unit? *yes*
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? *did not work - disabled*
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_____*no*_____
If "Yes," where did you temporarily live? _____

_____
For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? *no*
If "Yes," please state when the test was performed and who prepared this testing: _____

_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *no*
If "Yes," please state the date and reason for fumigation: _____

_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *yes*
If "Yes," please state the date and reason for repair, service or maintenance: _____
_____*Carbon monoxide detector replaced + relvaded*_____

Diaz, Raymond - WLF#211599

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | Cynthia Diaz, as Representative of the Estate of Raymond Diaz, deceased | |
|---|---|---|
| *Cynthia Diaz* | | 10-20-08 |
| Signature of Plaintiff | Print Your Name | Date |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211599
**Case Name** Diaz, Raymond
**DOB** 06/14/1953   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). Specifically, plaintiff did not provide information for each illness, disease or condition experienced. |
| | **Answer** |
| | The following illnesses were suffered: irritation or itching of skin, headaches, nausea, shortness of breath, persistent cough, lightness of the chest. |
| 2. | Did not provide state driver's license number and state issuing license, as required by Section IV (B). |
| | **Answer** |
| | Raymond's driver's license number was 558903988 and Mississippi was the state of issuance. |
| 3. | Did not provide the highest level of education plaintiff attended, as required by Section IV (E). |
| | **Answer** |
| | The highest level of education Raymond attended was high school. I do not recall what school he attended, or at what time period. If I remember, or if in the course of researching his claim, his attorney finds the information, a supplemental response will be provided. |
| 4. | Did not provide employment information, as required by Section IV (F) 1-2. |
| | **Answer** |
| | Raymond became disabled in 1988, and has not worked in the last 10 years, so the employment information is not applicable. |
| 5. | Did not provide the reason plaintiff stopped living in the FEMA trailer or mobile home, as required by Section V (A). |
| | **Answer** |
| | Raymond passed away. |
| 6. | Did not provide the period of time plaintiff temporarily lived in another location, as required by Section V (A). |
| | **Answer** |
| | I do not recall the period of time. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| 7. | Did not provide plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| | **Answer** |
| | I do not recall any facilities. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211599                                          **Cause No.** 08-5031
**Case Name** Diaz, Raymond                               **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 06/14/1953   **SSN** 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

| Question # | Question |
|---|---|
| **8.** | Did not provide the hospital, clinic or healthcare facility where plaintiff received inpatient treatment during the last seven years, as required by Section IX (C). |
| | **Answer** |
| | I do not recall any facilities. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **9.** | Did not provide hospital, clinic or healthcare facility where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall any facilities. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **10** | Did not provide the physician or healthcare provider from whom plaintiff received treatment during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom treatment was sought. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **11.** | Did not provide the pharmacy that has dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
| | **Answer** |
| | I do not recall the pharmacies. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **12.** | Did not provide spouse information, as required by the additional information section. |
| | **Answer** |
| | Raymond was married to myself, Cynthia Diaz. I was born 10/16/1950, my highest level of education was the 12th grade, my social security number is 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, and can be reached at 214 -641-2561. |
| **13.** | Plaintiff indicated possession of decedent's death certificate. However, plaintiff failed to attach a copy of the decedent's death certificate, as required by Section VIII (F). |
| | **Answer** |
| | The documents will be produced once they have been obtained. |
| **14.** | Plaintiff indicated possession of a report of autopsy of decedent. However, plaintiff failed to attach a copy of the report, as required by Section VIII (F). |
| | **Answer** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211599                                   **Cause No.** 08-5031
**Case Name** Diaz, Raymond                        **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 06/14/1953   **SSN** 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

The documents will be produced once they have been obtained.

_____              3/30/2009
Plaintiff or Representative                   Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Dickerson, Antoine I. | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

       If yes, which kind of cancer?

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

       If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Dickerson, Antoine I. - WGC#201976

Manufacturer: <u>Clayton Homes</u>

VIN: <u>N01030722TN</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Mobil</u>

Move-in Date: <u>1/1/2006</u>

Move-out Date: <u>12/30/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>44021 Willie B Magee Rd</u>

City: <u>Franklinton</u>          State: <u>LA</u>      Zip: <u>70938</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Stable housing</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>No</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>None</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>None</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Air conditioner went out</u>

Dickerson, Antoine I. - WLF#201976

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**

**Michelle Dickerson, as Next Friend of Antoine Dickerson, a minor**
**Print Your Name**

10-3-08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| THIS RELATES TO: | )<br>)<br>) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: Dickerson, Brionne  L. | )<br>)<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  __No_____

    If yes, which kind of cancer?  _____
    _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
    _____
    _____
    _____

Dickerson, Brionne  L. - WGC#201977

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: <u>Clayton Homes</u>

VIN: <u>N010130722TN</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Mobil</u>

Move-in Date: <u>01/01/2006</u>

Move-out Date: <u>12/30/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>44021 Willie D Magee Road</u>

City: <u>Franklinton</u>   State: <u>LA</u>   Zip: <u>70438</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Stable Housing</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>No</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Air conditioner went out.</u>

Dickerson, Brionne L. - WLF#201977

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | Michelle Dickerson, as Next Friend of Brionne Dickerson, a minor | 10-3-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| | ) | SECTION: N(4) |
| | ) | |
| THIS RELATES TO: | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| | ) | |
| Plaintiff: Dickerson, Irionne M. | ) ) | |
| | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer? _____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Dickerson, Irionne M. - WGC#201978

Manufacturer: <u>Clayton Homes</u>

VIN: <u>N010130722TN</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Mobil</u>

Move-in Date: <u>01/01/2006</u>

Move-out Date: <u>12/30/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>44021 Willie D Magee Road</u>

City: <u>Franklinton</u>          State: <u>LA</u>     Zip: <u>70438</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Stable housing</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>No</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Air went out</u>

Dickerson, Irionne M. - WLF#201978

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Michelle Dickerson* (signature) | Michelle Dickerson, as Next Friend of Irionne Dickerson, a minor | 10-3-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: Dickerson, Jeremy A. | )<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Dickerson, Jeremy A. - WGC#201979

Manufacturer: <u>Clayton Homes</u>

VIN: <u>N010130722TN</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Mobil</u>

Move-in Date: <u>01/01/2006</u>

Move-out Date: <u>12/30/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>44021 Willie D Magee Road</u>

City: <u>Franklinton</u>          State: <u>LA</u>     Zip: <u>70438</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Moved to More Stable Housing</u>

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>No</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Air condition  went out</u>

Dickerson, Jeremy A. - WLF#201979

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Michelle Dickerson_ | Michelle Dickerson, as Next Friend of Jeremy Dickerson, a minor | 10-3-08 |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Dickerson, Jr., Curtis | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No_____

If yes, which kind of cancer?  _____
_____

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Dickerson, Jr., Curtis - WGC#201980

Manufacturer: <u>Gulf stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>1/1/2006</u>

Move-out Date: <u>12/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>824 Pleasant St.</u>

City: <u>New Orleans</u>            State: <u>LA</u>   Zip: <u>70115</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Propane smell unbearable smell in home getting me sick</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>13 hrs. a day</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Replace key to entrance door.</u>

Dickerson, Jr., Curtis - WGC#201980

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _____ | **Curtis  Dickerson** | _____ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Dimitry, Sylvia | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Dimitry, Sylvia - WLF#202968

___ bronchitis
_✓_ throat irritation
___ hoarseness
___ laryngitis
___ pneumonia
___ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood
       asthma
___ allergies for the first time in your life
___ worsening of allergies that you had previous to
       living in FEMA trailer
___ burning sensation in chest
___ pharyngitis
_✓_ sinus infection / sinusitis

___ allergic contact dermatitis
___ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
___ irregular heartbeat
___ emphasema
___ RADS: reactive airway dysfunction
___ cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _ _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                           Dimitry, Sylvia · WLF#202968
Manufacturer: **Gulf Stream**
VIN: **INLIGR23610355682**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*
Move-in Date:
Move-out Date:
Please state the mailing address and physical location for the trailer or mobile home unit:
*6223 Neshien St*
*Biloxi Ms 39532*
Was the FEMA trailer or mobile home located in a trailer park or on private property? *private*
State the reason you stopped living in the FEMA trailer or mobile home: _____
*received cottage*
_____

Please state the approximate square footage of the FEMA housing unit: *200*
Please state the approximate length and width of the FEMA housing unit: *8 x 75*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *12*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *block p*
Is/was the FEMA housing unit hooked up to a sewer line? *yes*
Is/was the FEMA housing unit hooked up to an electrical line? *yes*
Is/was the FEMA housing unit hooked up to a natural gas line? *No*
Is/was propane gas used in the FEMA housing unit? *yes*
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *5*
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
*No*
If "Yes," where did you temporarily live? _____
_____

For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____
If "Yes," please state when the test was performed and who prepared this testing: _____
_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *No*
If "Yes," please state the date and reason for fumigation: _____
_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *No*
If "Yes," please state the date and reason for repair, service or maintenance: _____
_____

Dimitry, Sylvia - WLF#202968

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff                Sylvia Dimitry                10/15/08
                                       Print Your Name               Date

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202968                          **Cause No.** 08-5031
**Case Name** Dimitry, Sylvia           **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 10/14/1946     **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide understanding of the illness or disease plaintiff claims to have developed from living in a FEMA trailer or mobile home, as required by Section III (C) 2. |
| | **Answer** |
| | I suffered from sinus infections. |
| **Question #** | **Question** |
| 2. | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3).   Specifically, plaintiff did not provide information for each illness, disease or condition experienced. |
| | **Answer** |
| | Eye Irritation, Nasal Irritation, Headaches, Throat Irritation, and Sinus infection,I do not recall date of diagnosis and did not suffer any of these conditions before residing in the trailer. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |
| 3. | Did not state whether or not plaintiff recovered from the conditions experienced, as required in Section III (C) (4). |
| | **Answer** |
| | Yes, I started feeling better in January 2009. |
| **Question #** | **Question** |
| 4. | Did not provide the state issuing driver's license, as required by Section IV (B). |
| | **Answer** |
| | Mississippi issued the driver's license. |
| **Question #** | **Question** |
| 5. | Did not provide the Bar Code Number, as required by Section V (A). |
| | **Answer** |
| | I do not recall the bar code number.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** | **Question** |
| 6. | Did not provide move in and move out date, as required by Section V (A). |
| | **Answer** |
| | I moved in in November of 2005, and moved out November of 2007. |
| **Question #** | **Question** |
| 7. | Did not provide the period of time plaintiff temporarily lived in another location, as required by Section V (A). |
| | **Answer** |
| | I did not temporarily live in another location. |
| **Question #** | **Question** |
| 8. | Did not state whether any air quality tests were performed, as required by Section V (A). |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202968                    **Cause No.** 08-5031
**Case Name** Dimitry, Sylvia       **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 10/14/1946   **SSN** 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

| | |
|---|---|
| **Answer** | |
| No air quality tests were performed. | |

| Question # | Question |
|---|---|
| 9. | Did not provide the hospital, clinic or healthcare facility where plaintiff received inpatient treatment during the last seven years, as required by Section IX (C). |
| | **Answer** |
| | I do not recall where or by whom I have been treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Did not provide hospital, clinic or healthcare facility where plaintiff received outpatient treatment during the last seven years, as required by Section IX (C). |
| | **Answer** |
| | I do not recall where or by whom I have been treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide the physician or healthcare provider from whom plaintiff received treatment during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom I have been treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 12. | Did not provide the pharmacy that has dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
| | **Answer** |
| | I received over the counter medication from Wal-mart. I do not recall the exact address. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

_____        3/30/2009
Plaintiff or Representative                 Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Dimitry, Thomas | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.  INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A **separate** Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Dimitry, Thomas - WLF#202967

| | |
|---|---|
| __ bronchitis | ___allergic contact dermatitis |
| __ throat irritation | ___dizziness |
| __ hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | __blood in urine |
| ___upper respiratory tract infections | __abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | __low blood pressure |
| ___asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| ___allergies for the first time in your life | ___miscarriage or stillbirth |
| ___worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on blood |
| ___burning sensation in chest | ___abnormal laboratory tests on urine |
| ___pharyngitis | ___irregular heartbeat |
| ___sinus infection / sinusitis | ___emphasema |
| | ___RADS: reactive airway dysfunction |
| | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____     _____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Dimitry, Thomas · WLF#202967
Manufacturer: **Gulf Stream**
VIN: **INLIGR23610355682**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*
Move-in Date:
Move-out Date:
Please state the mailing address and physical location for the trailer or mobile home unit:

*6723 Beakела St.*
*Biloxi Ms 39532*

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private*
State the reason you stopped living in the FEMA trailer or mobile home: _____

*Hit Cottage*

Please state the approximate square footage of the FEMA housing unit: *200*
Please state the approximate length and width of the FEMA housing unit: *8 X 25*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *12*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *blocked*
Is/was the FEMA housing unit hooked up to a sewer line? *yes*
Is/was the FEMA housing unit hooked up to an electrical line? *yes*
Is/was the FEMA housing unit hooked up to a natural gas line? *No*
Is/was propane gas used in the FEMA housing unit? *yes*
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? *5*
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_____ *No* _____
If "Yes," where did you temporarily live? _____

_____
For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____
If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *No*
If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *No*
If "Yes," please state the date and reason for repair, service or maintenance: _____

_____     _____

Dimitry, Thomas - WLF#202967

## CERTIFICATION

     I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Thomas Dimitry*          Thomas Dimitry          10/15/08
**Signature of Plaintiff**          **Print Your Name**          **Date**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202967                                        **Cause No.** 08-5031
**Case Name** Dimitry, Thomas          **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 7/6/1945      **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). Specifically, plaintiff did not provide information for each illness, disease or condition experienced. |
| | **Answer** |
| | I suffered from burning of eyes, tearing of eyes, headaches, nausea, and shortness of breath. I do not recall the specifics of each illness. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 2. | Did not state whether or not plaintiff recovered from the conditions experienced, as required in Section III (C) (4). |
| | **Answer** |
| | Yes, and I stopped taking medication February 2009. |

| Question # | Question |
|---|---|
| 3. | Did not provide the state issuing driver's license, as required by Section IV (B). |
| | **Answer** |
| | My driver's license was issued in Mississippi. |

| Question # | Question |
|---|---|
| 4. | Did not provide the Bar Code Number, as required by Section V (A). |
| | **Answer** |
| | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Did not provide move in and move out date, as required by Section V (A). |
| | **Answer** |
| | In moved in in November 2005, and moved out in November 2007. |

| Question # | Question |
|---|---|
| 6. | Did not provide the period of time plaintiff temporarily lived in another location, as required by Section V (A). |
| | **Answer** |
| | I never temporarily lived in another location. |

| Question # | Question |
|---|---|
| 7. | Did not state whether any air quality tests were performed, as required by Section V (A). |
| | **Answer** |
| | I do not recall whether or not air quality tests were performed. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 8. | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202967                              **Cause No.** 08-5031
**Case Name** Dimitry, Thomas               **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 7/6/1945     **SSN** 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

|  |  |
|---|---|
|  | during the last seven years, as required by Section IX (C). |
|  | **Answer** |
|  | I do not recall where or by whom I have been treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9. | Did not provide hospital, clinic or healthcare facility where plaintiff received outpatient treatment during the last seven years, as required by Section IX (C). |
|  | **Answer** |
|  | I do not recall where or by whom I have been treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Did not provide the physician or healthcare provider from whom plaintiff received treatment during the last seven years, as required by Section IX (E). |
|  | **Answer** |
|  | I do not recall where or by whom I have been treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide the pharmacy that has dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
|  | **Answer** |
|  | I do not recall the pharmacy.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative                        Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Dixon, Gregory | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Dixon, Gregory - WGC#202003

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

      If yes, which kind of cancer?

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

      **If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Dixon, Gregory - WGC#202003

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9120638801605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>1/1/2006</u>

Move-out Date: <u>8/11/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>9405 Cody Driskell Rd.</u>

City: <u>Grand Bay</u>          State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Found a place to live 14930 fort lake rd. grand bay AL 36541</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 10</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>18 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>Yes</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>5 day a week in</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5 day a week in daycare for 7 hrs. a day</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Air conditioner, mold on and in walls (2006)</u>

Dixon, Gregory - WLF#202003

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Heidi Flood, as_                         **Heidi Flood, as Next Friend of**        _10-15-08  2-26-2009_
Signature of Plaintiff _Next Friend_       **Gregory Dixon, a minor**                Date
        _Of Gregory Dixon, a minor_        Print Your Name

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| THIS RELATES TO: | )<br>)<br>) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: **Dixon, Isaiha** | )<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Dixon, Isaiha - WGC#202004

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

If **"Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

Dixon, Isaiha - WGC#202004

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: 9120638801605

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 01/01/2006

Move-out Date: 8/11/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 9405 Cody Driskell Rd

City: Grand Bay            State: AL      Zip: 36541

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Found a place to live 14930 fort lake rd. Grand bay , AL 36541 and it was also making sick

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 8 x 10

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 18 Hours

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? In day care 5 days a

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? In day care 5 days a week for 7 hours

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Air Conditioner , Mold on walls (01/01/2006)

Dixon, Isaiha - WLF#202004

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Huidi Flood* as                **Heidi Flood, as Next Friend of**      10-15-08  2-26-09
Next of                          **Isaiha Dixon, a minor**
Signature of Plaintiff           **Print Your Name**                    Date
Friend of Isaiha Dixon
                    a minor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Dixon, Nadia | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  None

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**            Dixon, Nadia - WGC#202006

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9120638801605</u>

Bar Code Number: 

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>1/1/2006</u>

Move-out Date: <u>08/11/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>7405 Cody Driskoll rd.</u>

City: <u>Grand Bay</u>              State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Found a place to live 14930 fort lake rd. Grand Bay, AL 36541</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 10</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>18 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>Yes</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>5 days a week in</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5 days a week in daycare for 7 hrs. a day</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Air conditioner mold on and in walls (2000)</u>

Dixon, Nadia - WLF#202006

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Heidi Flood_ | **Heidi Flood, as Next Friend of** | _10-15-08  2-26-09_ |
| Signature of Plaintiff   as Next | **Nadia Dixon, a minor** | Date |
| friend of Nadia Dixon a minor | **Print Your Name** | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Dixon, Sarah | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF FACT SHEET

I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Dixon, Sarah - WGC#202008

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

If yes, which kind of cancer?   _____
_____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Dixon, Sarah - WGC#202008

Manufacturer: <u>Gulfstream</u>

VIN: <u>9119071901605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>12/15/2005</u>

Move-out Date: <u>08/15/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>10571 Hwy 188</u>

City: <u>Grand Bay</u>          State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>My home was just about completed. So we moved out of the Fema trailer.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240Sq.</u>

Please state the approximate length and width of the FEMA housing unit: <u>8X30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>24 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>Yes</u>

If "Yes," please state the date and reason for fumigation:

<u>rats</u>

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>05/01/2006 A/C, 06/01/2007 raining in bathroom etc.</u>

Dixon, Sarah - WLF#202008

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

2/17/09
10-4-08

**Signature of Plaintiff**        **Sarah Dixon**               **Date**
                                  **Print Your Name**