**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) ) ) ) | **MDL NO. 1873** |
| ______________________________ | ) ) | SECTION: N(4) |
| **THIS RELATES TO:** | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| **Plaintiff: Dixon, Tamia** | ) ) ) | |
| ______________________________ | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

   If yes, which kind of cancer? ________________

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. None

Dixon, Tamia - WGC#202009

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: 9120638801605

Bar Code Number: ____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 1/1/2006

Move-out Date: 08/11/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 9405 Cody Driskell rd.

City: Grand Bay State: AL Zip: 36541

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

found a place to live 14930 fort lake Rd. Grand Bay , AL 36541

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 8 x 10

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 18 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? Yes

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 days a week in

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 days a week in daycare for 7 hrs. a day

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Air conditioner, mold in and on walls (2006)

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Heidi Flood as Next Friend of Tamia Dixon, a minor — Signature of Plaintiff

Heidi Flood, as Next Friend of Tamia Dixon, a minor — Print Your Name

10-15-08 2-26-2009 — Date

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) | **MDL NO. 1873** |
| ____________________________ | ) | SECTION: N(4) |
| | ) | JUDGE: ENGELHARDT |
| **THIS RELATES TO:** | ) | MAG: ROBY |
| Plaintiff: **Dixon, Zi'Kea** | ) | |
| ____________________________ | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

   If yes, which kind of cancer? ______

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. None

Dixon, Zi'Kea - WGC#202010

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulfstream

VIN: 9120638801605

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 1/1/2006

Move-out Date: 08/11/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 9405 Cody Driskell rd.

City: Grand Bay State: AL Zip: 36541

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Found a place to live 14930 fort lake Rd. Grand Bay AL 36541

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 8 x 10

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 18 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? Yes

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 day a week in

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 day a week in daycare for 7 hrs.

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Air conditioner , mold on walls (2006)

**CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Heidi Flood as next friend. of Zi'Kea Dixon, a minor — Signature of Plaintiff

Heidi Flood, as Next Friend of Zi'Kea Dixon, a minor — Print Your Name

10-15-08 02-26-09 — Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) | MDL NO. 1873 |
| | ) | SECTION: N(4) |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| Plaintiff: Dominique, Lonnie | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

✓ bronchitis
✓ throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
✓ allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis
___allergic contact dermatitis
✓ dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer; If yes, what type ____________

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

______________________________________________________________
______________________________________________________________

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition Dizziness | Date of Diagnosis 2007 | Suffered Prior To Trailer? NO |
| Diagnosing Physician Chaube 109 Hospital Dr. | | Condition Worsened By Trailer? ____ |
| Address of Physician ~~[illegible]~~ ~~[illegible]~~ BSL MS ~~[illegible]~~ 39521 | | |
| Condition Allergies | Date of Diagnosis 2007 | Suffered Prior To Trailer? NO |
| Diagnosing Physician Chaube | | Condition Worsened By Trailer? ____ |
| Address of Physician Same | | |
| Condition throat irritation | Date of Diagnosis 2007 | Suffered Prior To Trailer? NO |
| Diagnosing Physician Chaube | | Condition Worsened By Trailer? ____ |
| Address of Physician Same | | |
| Condition Bronchitis | Date of Diagnosis 2007 | Suffered Prior To Trailer? NO |
| Diagnosing Physician Chaube | | Condition Worsened By Trailer? ____ |
| Address of Physician Same | | |
| Condition Irritation eyes | Date of Diagnosis 2007 | Suffered Prior To Trailer? NO |
| Diagnosing Physician Chaube | | Condition Worsened By Trailer? ____ |
| Address of Physician Same | | |

**TRAILER 1**

Dominique, Lonnie - WLF#211602

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel

Move-in Date: **01/01/2005**

Move-out Date: **01/01/2008**

Please state the mailing address and physical location for the trailer or mobile home unit:
**4034 Ocean St.**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? private prop

State the reason you stopped living in the FEMA trailer or mobile home: new housing available

Please state the approximate square footage of the FEMA housing unit: 175 ft

Please state the approximate length and width of the FEMA housing unit: 8 x 28

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 10 - 15

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? yes

Is/was the FEMA housing unit hooked up to a sewer line? yes

Is/was the FEMA housing unit hooked up to an electrical line? yes

Is/was the FEMA housing unit hooked up to a natural gas line? no

Is/was propane gas used in the FEMA housing unit? yes (temporarily) 1st month of occupancy

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 30

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? no

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? no

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? no

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? ye

If "Yes," please state the date and reason for repair, service or maintenance: Broken window 07

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| [signature] | Lonnie Dominique | Oct 11, 08 |
|---|---|---|
| Signature of Plaintiff | Print Your Name | Date |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) | **MDL NO. 1873** |
| ______________________________ | ) | SECTION: N(4) |
| | ) | JUDGE: ENGELHARDT |
| **THIS RELATES TO:** | ) | MAG: ROBY |
| **Plaintiff: Domke, II, Cody** | ) | |
| ______________________________ | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

   If yes, which kind of cancer? ______

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. ______

Domke, II, Cody - WGC#207927

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulfstream

VIN: 576tcvDH15020

Bar Code Number: ______

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 9/29/2005

Move-out Date: ______

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 9011 Hibiscus Drive

City: Bay St Louis State: MS Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Still home

Please state the approximate square footage of the FEMA housing unit: 8 X 30

Please state the approximate length and width of the FEMA housing unit: 8 x 30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16-24 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? No

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 Days a Week

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

______

For what period of time did you temporarily live in another location? 5 Days a Week

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

______

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

______

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Gas tank line 2 years ago it broke

**CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| [signature] | Robert Domke, as Next Friend of Cody Domke, a minor | 10-11-08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) | **MDL NO. 1873** |
| | ) | SECTION: N(4) |
| | ) | JUDGE: ENGELHARDT |
| **THIS RELATES TO:** | ) | MAG: ROBY |
| **Plaintiff: Downing, Arie** | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

If yes, which kind of cancer? ____________________

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. ____________________

Downing, Arie - WGC#202015

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: 911925216

Bar Code Number: ____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 10/5/2005

Move-out Date: 2/1/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 8178 Texas Ave

City: Gulfport State: MS Zip: 39501

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Time was up.

Please state the approximate square footage of the FEMA housing unit: ____

Please state the approximate length and width of the FEMA housing unit: ____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? All day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? ____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? ____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? ____

If "Yes," please state the date and reason for repair, service or maintenance:

Downing, Arie - WLF#202015

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Arie Downing | Arie Downing | |
|---|---|---|
| Signature of Plaintiff | Print Your Name | Date |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) | **MDL NO. 1873** |
| ______________________________ | ) | SECTION: N(4) |
| | ) | JUDGE: ENGELHARDT |
| **THIS RELATES TO:** | ) | MAG: ROBY |
| Plaintiff: **Dunklin, Herman** | ) | |
| ______________________________ | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

   If yes, which kind of cancer? ______________________

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. ______________________

Dunklin, Herman - WGC#207806

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: ______

Bar Code Number: ______

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 10/1/2005

Move-out Date: 7/1/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 313 South Necaise Avenue

City: Bay St. Louis State: MS Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

B/c I left getting sick to bad

Please state the approximate square footage of the FEMA housing unit: Don't Know

Please state the approximate length and width of the FEMA housing unit: Don't Know

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 9

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? Yes

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 12

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes

If "Yes," where did you temporarily live?

Stayed with a friend

For what period of time did you temporarily live in another location? 12

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

______

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

______

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Mold in my window

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Herman Dunklin | Herman Dunklin | 10-14-08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) | **MDL NO. 1873** |
| ______________________________ | ) | SECTION: N(4) |
| **THIS RELATES TO:** | ) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| **Plaintiff: Dyson, Yvonne** | ) | |
| ______________________________ | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

   If yes, which kind of cancer? ______________________

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. ______________________

Dyson, Yvonne - WGC#205598

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulfstream Coach

VIN: INLIGTR2161038176

Bar Code Number: ______

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 03/01/2006

Move-out Date: 10/10/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 69321 Charles McDaniel Road

City: Kentwood State: LA Zip: 70444

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Sewer back-up, My walls had drainge stuff coming out.

Please state the approximate square footage of the FEMA housing unit: ______

Please state the approximate length and width of the FEMA housing unit: ______

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 7

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 7 days a week

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes

If "Yes," where did you temporarily live?

Greensburg LA.

For what period of time did you temporarily live in another location? 7 days a week

Have any air quality tests ever been performed on your FEMA trailer or mobile home? ______

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? ______

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Sewer Back-up, Water repairs, Air condition rep. 05/01/2008 07/01/2008 06/01/2008

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| [signature] | Yvonne Dyson | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205598 **Cause No.** 08-5031
**Case Name** Dyson, Yvonne **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/23/1973 **SSN** 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

| Question # | Question / Answer |
|---|---|
| 1. | **Question:** Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer:** Yes, I am claiming the disease/illness is the result of formaldehyde. |
| 2. | **Question:** Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer:** I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |
| 3. | **Question:** Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer:** No, I am still having problems. |
| 4. | **Question:** Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| | **Answer:** Yes, I will be claiming mental/emotional damages. |
| 5. | **Question:** Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| | **Answer:** I have not been to a doctor yet. |
| 6. | **Question:** Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| | **Answer:** I was informed that it was caused from living in the trailer. |
| 7. | **Question:** Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer:** I am still receiving the bills. However, I am planning on proceeding towards making a claim for medical expense. |
| 8. | **Question:** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205598 **Cause No.** 08-5031
**Case Name** Dyson, Yvonne **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/23/1973 **SSN** 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

| Question # | Question / Answer |
|---|---|
| | while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | The total I am claiming for medical expenses is $3,000, as of right now. |
| **Question #** 9. | **Question** |
| | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A) – only provided one address with no dates. |
| | **Answer** |
| | I do not recall the date I first began residing at my current address of 69317 Charles McDaniels Rd, Kentwood LA. It has been at least 3 years. I do not recall any additional addresses in the last 5 years, or dates of residence. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 10. | **Question** |
| | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Lallie Kemp, LA. |
| **Question #** 11. | **Question** |
| | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | I have been employed at the following places: Southwest Regional Medical Center from 2000 to 2003 as a nurse, Nursing Home of Amit Lousiana from 2003 to 2004 as a nurse, Intrega from 2004 to 2006 as a nurse, Harmony Center of Lousiana from 2006 to 2008 as a nurse, and from 2008 to 2009, I have been unemployed. I do not recall any the exact addresses or dates regarding my employment history. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 12. | **Question** |
| | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3) – checked both "yes" and "no" boxes. |
| | **Answer** |
| | Yes, I will be claiming for lost wages and/or lost earning capacity. |
| **Question #** 13. | **Question** |
| | Did not provide information about total time lost from work, as required by Section IV (F)(3)(b). |
| | **Answer** |
| | I lost 73 hours of work three months in a row. |
| **Question #** 14. | **Question** |
| | Did not provide the VIN Number, as required by Section V (A)(2). Specifically, listed a Gulf Stream Vin number in the place of a Bar Code number. |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205598
**Case Name** Dyson, Yvonne
**DOB** 11/23/1973 **SSN** 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
**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| | |
|---|---|
| | My VIN is INLIGTR2161038176. |
| **Question #** 15. | **Question** Did not provide the FEMA Identification Number, as required by Section V (A)(3). |
| | **Answer** My FEMA Identification Number is 931281926. |
| **Question #** 16. | **Question** Did not provide the Bar Code Number, as required by Section V (A)(4) – listed a Gulf Stream VIN number instead of a Bar Code number. |
| | **Answer** I do not recall the bar code number. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 17. | **Question** Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
| | **Answer** I do not recall if the unit was a travel trailer or mobile home. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 18. | **Question** Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** I do not recall the square footage of the FEMA housing unit. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 19. | **Question** Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** I do not recall the length and width of the FEMA housing unit. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 20. | **Question** Did not respond whether air quality tests were performed on the FEMA housing unit, as required by Section V (B). |
| | **Answer** I do not recall if air quality tests were performed on the FEMA housing unit. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 21. | **Question** Did not respond whether the FEMA housing unit was ever fumigated, as required by Section V (C) |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205598 **Cause No.** 08-5031
**Case Name** Dyson, Yvonne **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/23/1973 **SSN** 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

| Question # | |
|---|---|
| | **Answer**<br>I do not recall if the FEMA unit was fumigated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 22. | **Question**<br>Did not provide plaintiff's weight prior to living in FEMA housing unit, as required by Section VI (B).<br>**Answer**<br>I do not recall my weight prior to the trailer. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| 23. | **Question**<br>Did not provide plaintiff's personal tobacco history, as required by Section VI (C).<br>**Answer**<br>I have never smoked. |
| 24. | **Question**<br>Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1).<br>**Answer**<br>No, I have never suffered from lung or other respiratory disease. |
| 25. | **Question**<br>Did not indicate whether plaintiff has ever suffered from an infectious disease, as required by Section VI (F)(2).<br>**Answer**<br>No, I have never suffered from an infectious disease. |
| 26. | **Question**<br>Did not indicate whether plaintiff has ever suffered from long term stomach or bowel disease, as required Section VI (F)(3).<br>**Answer**<br>No, I have never suffered from long term stomach or bowel disease. |
| 27. | **Question**<br>Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4).<br>**Answer**<br>No, I have never suffered from a skin disease. |
| 28. | **Question**<br>Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G).<br>**Answer**<br>I do not recall if chest x-ray, CT scan, or MRI have been performed. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205598 **Cause No.** 08-5031
**Case Name** Dyson, Yvonne **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/23/1973 **SSN** 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

provided.

**Question #** 29.

**Question**

Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B).

**Answer**

I do not recall any doctor or provider who has treated me for any illnesses that I suffered as a result of living in a FEMA housing unit. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided.

**Question #** 30.

**Question**

Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

**Answer**

I do not recall any providers who provided psychological health care to me for illnesses that I suffered as a result of living in a FEMA housing unit. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided.

**Question #** 31.

**Question**

Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Sections VII (B), (D), (E), (F), and (G).

**Answer**

I do not recall if a health care professional has told me if my illnesses are related to living in FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided.

**Question #** 32.

**Question**

Did not indicate whether plaintiff was in possession of documents, as required by Section VIII (A-G).

**Answer**

The documents will be produced once they have been obtained.

**Question #** 33.

**Question**

Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A).I do not recall. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

**Answer**

I do not recall my primary care physician. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided.

**Question #** 34.

**Question**

Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B).

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205598 **Cause No.** 08-5031
**Case Name** Dyson, Yvonne **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/23/1973 **SSN** 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

| Question # | Question / Answer |
|---|---|
| | **Answer**<br>I do not recall my primary care physicians for the last seven years. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 35. | **Question**<br>Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C).<br>**Answer**<br>I do not recall any facilities where I received inpatient treatment in the last seven years. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 36. | **Question**<br>Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D).<br>**Answer**<br>I do not recall any facilities where I received outpatient treatment in the last seven years. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 37. | **Question**<br>Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E).<br>**Answer**<br>I do not recall the names of any additional physician or health care provider who treated me during the last seven years. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 38. | **Question**<br>Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).<br>**Answer**<br>I do not recall any pharmacies that dispensed medication to me during the last seven years. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 39. | **Question**<br>Filled in name of provider on HIPAA Authorization for medical records.<br>**Answer**<br>Please see attached. |
| 40. | **Question**<br>Filled in name of provider on HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.<br>**Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205598 **Cause No.** 08-5031
**Case Name** Dyson, Yvonne **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/23/1973 **SSN** 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

Please see attached.

**Question #** 41.

**Question**
Filled in what appears to be a hospital name on Authorization for Release of Employment Records.

**Answer**
Please see attached.

**Question #** 42.

**Question**
Indicated possesses records of healthcare providers in Section VIII (A), but failed to attach them as required by Section VIII.
Indicated possesses records of healthcare providers in Section VIII (A), but failed to attach them as required by Section VIII.

**Answer**
The documents will be produced once they have been obtained.

Plaintiff or Representative

3/31/2009
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)** |
|---|---|

Name: Dyson, Yvonne

Date of Birth: 11/23/1973

Last Four Numbers of SSN: 0863

I hereby authorize ______________________________ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of ______________________________ and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of ________, 2008.

______________________________
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Yvonne Dyson ________________________________

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)** |
|---|---|

Name: Dyson, Yvonne

Date of Birth: 11/23/1973

Last Four Numbers of SSN: 0863

I hereby authorize ______________________________ to release all existing records regarding the above-named person's psychological or psycniatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of ________, 2008.

______________________________
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Yvonne Dyson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)** |
|---|---|

Name: Dyson, Yvonne

Date of Birth: 11/23/1973

Last Four Numbers of SSN: 0863

I hereby authorize ________________ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of ________, 2008.

________________________
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Yvonne Dyson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: Dyson, Yvonne

Date of Birth: 11/23/1973

Last Four Numbers of SSN: 0863

I hereby authorize ______________ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _______, 2008.

______________
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Yvonne Dyson

NAME OF FACILITY: ____________

Authorization for Use and Disclosure of Protected Health Information (PHI) pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes, Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name<br>Dyson, Yvonne | Birth Date<br>11/23/1973 | Social Security No.<br>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 |
|---|---|---|
| Address: 69317 Charles McDaniels Rd.<br>City: Kentwood | State: LA | Telephone No.: 985-229-4847<br>Zip Code: 70444 |

I hereby authorize the Medical Records Custodian of ____________

To disclose medical record information and/or protect health information and to provide a complete and certified [illegible] listed above to:

*Name.* ____________

*Title.* ____________

*Address.* Independence LA.

Purpose: To Protect My Legal Rights

For Treatment Date(s): All Available

| Type of Access Requested: | | | |
|---|---|---|---|
| q Copies of the records &<br>q Inspection of the record | q Abstract/pertinent<br>q Emergency Room<br>q H&P<br>q Consult Report<br>q Operative Report<br>q Rehab Services | q Lab<br>q Imaging/Radiology<br>q Cardiac Studies<br>q Face Sheet<br>q Nursing Notes<br>q Medication Record | q Progress Notes<br>q Physician's Orders<br>q Entire Record<br>☐ Other_____ |

YD I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an expiration date or event, this authorization will expire in four [4] years from the date on which it was signed):__________

You have my specific consent to meet and discuss in person or by telephone with my attorneys only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

Yvonne Dyson

Signature of Patient/Legal Representative                Date

If signed by legal representative, relationship to patient: ____________

Dyson, Yvonne - WLF#205598

**PRIVACY ACT RELEASE LANGUAGE**

I, Yvonne Dyson [insert name] understand that information maintained by the Federal Emergency Management Agency (FEMA) and contained in files related to disaster assistance provided to me by FEMA is subject to the Privacy Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney Watts Hilliard, L.LC., Plaintiffs' Liaison Counsel Justin Woods and Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit provided to me by FEMA.

Dated:____________________

Name: Yvonne Dyson

Signature: [signature]