210936

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Edwards, Patricia | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.** For example, a parent **must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Edwards, Patricia - WLF#210936

√ bronchitis
√ throat irritation
√ hoarseness
___ laryngitis
___ pneumonia
___ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood
　　　asthma
___ allergies for the first time in your life
___ worsening of allergies that you had previous to
　　　living in FEMA trailer
___ burning sensation in chest
___ pharyngitis
√ sinus infection / sinusitis

___ allergic contact dermatitis
√ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
√ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
√ irregular heartbeat
___ emphasema
___ RADS: reactive airway dysfunction
√ cancer; If yes, what type Colon w/mets to liver

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each. Please attach additional paper if you do not have enough room in the space provided.

| Condition Irritation/Burning/Tearing of Eye Date of Diagnosis _____ | Suffered Prior To Trailer? N |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Y |
| Address of Physician _____ | |

| Condition Throat Irritation   Date of Diagnosis _____ | Suffered Prior To Trailer? Y |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Y |
| Address of Physician _____ | |

| Condition Sinusitis   Date of Diagnosis _____ | Suffered Prior To Trailer? Y |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Y |
| Address of Physician _____ | |

| Condition Dizziness   Date of Diagnosis _____ | Suffered Prior To Trailer? Y |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Y |
| Address of Physician _____ | |

| Condition Irregular heartbeat   Date of Diagnosis _____ | Suffered Prior To Trailer? Y |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Y |
| Address of Physician _____ | |

Edwards, Patricia - WLF#210936

| Condition | Cancer | Date of Diagnosis | 2001 | Suffered Prior To Trailer? | Y |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Hoarseness | Date of Diagnosis | | Suffered Prior To Trailer? | Y |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Irregular heartbeat | Date of Diagnosis | | Suffered Prior To Trailer? | Y |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Headache | Date of Diagnosis | | Suffered Prior To Trailer? | Y |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Nausea | Date of Diagnosis | | Suffered Prior To Trailer? | Y |
| Diagnosing Physician | A | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Shortness of breath | Date of Diagnosis | | Suffered Prior To Trailer? | N |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | diarrhea | Date of Diagnosis | | Suffered Prior To Trailer? | Y |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Difficulty breathing | Date of Diagnosis | | Suffered Prior To Trailer? | N |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Tingling of Lips | Date of Diagnosis | | Suffered Prior To Trailer? | N |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Persistent cough | Date of Diagnosis | | Suffered Prior To Trailer? | N |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Tightness of chest | Date of Diagnosis | | Suffered Prior To Trailer? | N |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

| Condition | Dry Skin | Date of Diagnosis | | Suffered Prior To Trailer? | Y |
| Diagnosing Physician | | | | Condition Worsened By Trailer? | Y |
| Address of Physician | | | | | |

**TRAILER 1**                                          Edwards, Patricia - WLF#210936

Manufacturer: **Gulf Stream**

VIN: ~~1108987~~ don't know

Bar Code Number: don't know

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Yes Travel Trailer_

Move-in Date: **2005**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**16423  Whites Rd** P.O. Box 261

**Pearlington MS 39572**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private_

State the reason you stopped living in the FEMA trailer or mobile home: _house was completed_

_____

Please state the approximate square footage of the FEMA housing unit: _don't recall_

Please state the approximate length and width of the FEMA housing unit: _don't recall_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _all day_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _Yes_

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? _6hrs at night Mon-Fri_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _don't recall_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance: _don't recall_

_____

Edwards, Patricia - WLF#210936

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Irvin Edwards, as Representative of the Estate of Patricia Edwards, deceased

**Signature of Plaintiff**

**Irvin Edwards, as**
**Representative of the Estate of**
**Patricia Edwards, deceased**
**Print Your Name**

Oct 14, 2008

**Date**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |

IN RE: FEMA TRAILER )  MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )

——————————————————— )  SECTION: N(4)

)
)  JUDGE: ENGELHARDT
THIS RELATES TO: )  MAG: ROBY
)
Plaintiff: Elkins, Kimberlana )
)
)
——————————————————— )

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Elkins, Kimberlana - WLF#211610

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
✓worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
✓sinus infection / sinusitis

___allergic contact dermatitis
✓dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
_____ NONE _____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Allergies Worsen | Date of Diagnosis 05-06 | Suffered Prior To Trailer? yes |
| Diagnosing Physician TRAIN Depot | | Condition Worsened By Trailer? yes |
| Address of Physician Bay St. Louis MS 39520 | | |
| Condition sinusitis | Date of Diagnosis 05-06 | Suffered Prior To Trailer? yes |
| Diagnosing Physician TRAIN Depot | | Condition Worsened By Trailer? yes |
| Address of Physician Bay St. Louis | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Elkins, Kimberlana - WLF#211610
Manufacturer: **Gulf Stream**
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _travel trailer_
Move-in Date: **01/01/2005**
Move-out Date: **01/01/2006**
Please state the mailing address and physical location for the trailer or mobile home unit:
**130 Felicity Street**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private property_
State the reason you stopped living in the FEMA trailer or mobile home: _Our Home was ready to be moved into._

Please state the approximate square footage of the FEMA housing unit: _____
Please state the approximate length and width of the FEMA housing unit: _____
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _10 - 13 hrs._
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _On Blocks_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _NO_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? _everyday_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _NO_
If "Yes," where did you temporarily live? _N/A_

For what period of time did you temporarily live in another location? _N/A_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_
If "Yes," please state when the test was performed and who prepared this testing: _N/A_

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NOT That I know of_
If "Yes," please state the date and reason for fumigation: _N/A_

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _NO yes, Regular check_
If "Yes," please state the date and reason for repair, service or maintenance: _N/A_

Elkins, Kimberlana - WLF#211610

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Kimberlana Elkins* | **Kimberlana Elkins** | |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

MDL NO. 1873

IN RE: FEMA TRAILER )
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )

SECTION: N(4)

JUDGE: ENGELHARDT
MAG: ROBY

THIS RELATES TO:

Plaintiff: Elkins, Robert

## PLAINTIFF FACT SHEET

I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Elkins, Robert - WLF#211611

___bronchitis
_✓_throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
       asthma
_✓_allergies for the first time in your life
___worsening of allergies that you had previous to
       living in FEMA trailer
_✓_burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
_✓_dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____ None _____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _Allergies_ | Date of Diagnosis _05-06_ | Suffered Prior To Trailer? _NO_ |
|---|---|---|
| Diagnosing Physician _Train Depot_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Bay St. Lovis MS 39520_ | | |
| Condition _itching eyelids_ | Date of Diagnosis _05_ | Suffered Prior To Trailer? _yes_ |
| Diagnosing Physician _None Seen_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*

Move-in Date: **01/01/2005**

Move-out Date: **01/01/2006**

Please state the mailing address and physical location for the trailer or mobile home unit:
**130 Felicity**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private property*

State the reason you stopped living in the FEMA trailer or mobile home: *Our home was was ready to be moved into.*

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *10 hrs*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *On Blocks*

Is/was the FEMA housing unit hooked up to a sewer line? *yes*

Is/was the FEMA housing unit hooked up to an electrical line? *yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *NO*

Is/was propane gas used in the FEMA housing unit? *yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? *everyday*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *NO*

If "Yes," where did you temporarily live? *N/A*

For what period of time did you temporarily live in another location? *N/A*

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *NO*

If "Yes," please state when the test was performed and who prepared this testing: *N/A*

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *NOT That I know of.*

If "Yes," please state the date and reason for fumigation: *N/A*

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *NO*

If "Yes," please state the date and reason for repair, service or maintenance: *N/A*

Elkins, Robert - WLF#211611

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Robert Elkins_ | __Robert Elkins__ | _10/13/08_ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

WRF #216478

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Evans, Kendrick | ) | |
| | ) | |
| ———————————————— | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Evans, Kendrick - WLF#216478

___bronchitis
✓throat irritation
✓hoarseness
✓laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
___worsening of allergics that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
✓sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____ N/A _____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Sinus Infection | Date of Diagnosis 6/07 | Suffered Prior To Trailer? _____ |
| Diagnosing Physician Dr. M. Montey | | Condition Worsened By Trailer? _____ |
| Address of Physician Garner, N.C. 27529 | | |

| Condition | Date of Diagnosis 6/07 | Suffered Prior To Trailer? _____ |
| Diagnosing Physician Dr. M. Montey | | Condition Worsened By Trailer? _____ |
| Address of Physician Garner, N.C. 27529 | | |

| Condition Laryngitis | Date of Diagnosis 6/07 | Suffered Prior To Trailer? _____ |
| Diagnosing Physician Garner, Dr. M. Montey | | Condition Worsened By Trailer? _____ |
| Address of Physician Garner, N.C. 27529 | | |

| Condition Hoarseness | Date of Diagnosis 7/07 | Suffered Prior To Trailer? _____ |
| Diagnosing Physician Dr. M. Montey | | Condition Worsened By Trailer? _____ |
| Address of Physician Garner, N.C. 27529 | | |

| Condition Throat Infection | Date of Diagnosis 7/07 | Suffered Prior To Trailer? _____ |
| Diagnosing Physician Dr. M. Montey | | Condition Worsened By Trailer? _____ |
| Address of Physician Garner, N.C. 27529 | | |

Evans, Kendrick - WLF#216478

| Condition | Irritation to eyes | Date of Diagnosis | 6/07 | Suffered Prior To Trailer? |
| Diagnosing Physician | Dr. M. Montey | | | Condition Worsened By Trailer? |
| Address of Physician | Garner, NC 27529 | | | |

| Condition | Burning eyes | Date of Diagnosis | 6/07 | Suffered Prior To Trailer? |
| Diagnosing Physician | Dr. M. Montey | | | Condition Worsened By Trailer? |
| Address of Physician | Garner, NC 27529 | | | |

| Condition | Rash on skin | Date of Diagnosis | 7/07 | Suffered Prior To Trailer? |
| Diagnosing Physician | Dr. M. Montey | | | Condition Worsened By Trailer? |
| Address of Physician | Garner NC 27529 | | | |

| Condition | Headaches | Date of Diagnosis | 7/07 | Suffered Prior To Trailer? |
| Diagnosing Physician | Dr. M. Montey | | | Condition Worsened By Trailer? |
| Address of Physician | Garner NC 27529 | | | |

| Condition | Persistent cough | Date of Diagnosis | 7/07 | Suffered Prior To Trailer? |
| Diagnosing Physician | Dr. M. Montey | | | Condition Worsened By Trailer? |
| Address of Physician | Garner NC 27529 | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? |
| Diagnosing Physician | | | | Condition Worsened By Trailer? |
| Address of Physician | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? |
| Diagnosing Physician | | | | Condition Worsened By Trailer? |
| Address of Physician | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? |
| Diagnosing Physician | | | | Condition Worsened By Trailer? |
| Address of Physician | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? |
| Diagnosing Physician | | | | Condition Worsened By Trailer? |
| Address of Physician | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? |
| Diagnosing Physician | | | | Condition Worsened By Trailer? |
| Address of Physician | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? |
| Diagnosing Physician | | | | Condition Worsened By Trailer? |
| Address of Physician | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? |
| Diagnosing Physician | | | | Condition Worsened By Trailer? |
| Address of Physician | | | | |

**TRAILER 1**                                                    Evans, Kendrick - WLF#216478

Manufacturer: Gulf Stream

VIN: IN L1 GTR261040604

Bar Code Number: 1116334

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel trailer

Move-in Date: 5/2006

Move-out Date: 7/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

605 Kinler St.
Luling La 70070

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private property

State the reason you stopped living in the FEMA trailer or mobile home: _____

_____ On vacation _____

_____

Please state the approximate square footage of the FEMA housing unit: unknown

Please state the approximate length and width of the FEMA housing unit: unknown

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? jacked - up

Is/was the FEMA housing unit hooked up to a sewer line? ✓

Is/was the FEMA housing unit hooked up to an electrical line? ✓

Is/was the FEMA housing unit hooked up to a natural gas line? no

Is/was propane gas used in the FEMA housing unit? ✓

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? On vacation

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____ no _____

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? none

Have any air quality tests ever been performed on your FEMA trailer or mobile home? no

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? no

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? no

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

Evans, Kendrick - WLF#216478

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Mary Winters Kendrick Evans_                 Mary Winters, as Next Friend of
Signature of Plaintiff                        Kendrick Evans, a minor         10-21-08
                                              Print Your Name                 Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216478

**Case Name** Evans, Kendrick

**DOB** 2/24/1991   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| **1.** | Did not provide adequate representation information, as required in Section III (A). Specifically caption is simply titled "Kendrick Evans" when Plaintiff Fact Sheet indicates that the suit is brought by Mary Winters on behalf of Kendrick Evans. |
| | **Answer** |
| | His representation is Mrs. Mary T. Winters  4317 Lexington St.  Garner, NC 27529, his mother. |

| Question # | Question |
|---|---|
| **2.** | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | Irritation to eyes, burning eyes, Sinus/Infection and Laryngitis began in 6/2007.<br>Hoarseness, throat infection, rashes on skin, headaches and persistent cough began in 7/2007. |

| Question # | Question |
|---|---|
| **3.** | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | He does not recall suffering from any illness/disease prior to living in a FEMA housing unit. If he remembers or in the course of researching the claim, his attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| **4.** | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | He does not recall whether FEMA trailer worsened any pre-existing conditions. If he remembers or in the course of researching the claim, his attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| **5.** | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | He recovered from Laryngitis, throat Irritation since we stopped visiting the FEMA trailer 06/2008. |

| Question # | Question |
|---|---|
| **6** | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).  Specifically, did not provide address(es) prior to November of 224. |
| | **Answer** |
| | He has resided at 4317 Lexington St.  Garner, NC 27529  from 2004-present. |

| Question # | Question |
|---|---|
| **7.** | Did not provide plaintiff's State Driver's License Number, as required by Section IV (B). |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216478

**Case Name** Evans, Kendrick

**DOB** 2/24/1991    **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 8. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | He was born in Wake County, NC. |

| Question # | Question |
|---|---|
| 9. | Did not provide plaintiff's current employment information, as required by Section IV (F)(1). |
| | **Answer** |
| | He currently works at K-Mart in Garner, North Carolina. |

| Question # | Question |
|---|---|
| 10. | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | His employment history for the past ten years is unemployment from 8 years old to 15 years old since he was unable to legally work. He was still unemployed up until May 2008 when he started working at K-Mart in Garner, North Carolina. |

| Question # | Question |
|---|---|
| 11. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | He does not recall the approximate square footage of the FEMA housing unit. If he remembers or in the course of researching the claim, his attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 12. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | He does not recall the approximate length and width of the FEMA housing unit. If he remembers or in the course of researching the claim, his attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |
| | **Answer** |
| | He spent an average of 24 hr. in the temporary housing unit. |

| Question # | Question |
|---|---|
| 14. | Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19). |
| | **Answer** |
| | He does not recall how many days per week he worked outside the FEMA housing unit.  If I |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216478

**Case Name** Evans, Kendrick

**DOB** 2/24/1991   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| | |
|---|---|
| | remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 15. | Indicate plaintiff was in possession of documents described in Sections VIII (A), (B), and (D), but failed to attach them to the plaintiff fact sheet as required by Section VIII (A-G). |
| | **Answer** |
| | The corrected answer to Section VIII A and D is that he is not in possession of the documents. B. The Form 95 has been supplemented to Andrew Weinstock's office on 4/16/2009. |

| Question # | Question |
|---|---|
| 16. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), although she indicated she treated for injuries allegedly related to residing in the FEMA trailer in Section VII(B). |
| | **Answer** |
| | Dr. M. Montey Garner, NC 27529 treated him from 6/2007 & 8/2008.  I do not recall any more specific information regarding any health care provider who treated him during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

Plaintiff or Representative

8/19/2009

Date

216477

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Evans, William | ) | |
| | ) | |
| ——————————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Evans, William - WLF#216477

___bronchitis
___✓throat irritation
___✓hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _Irritation to Eyes_ Date of Diagnosis _____ | Suffered Prior To Trailer? _Yes_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _Tearing of eyes_ Date of Diagnosis _____ | Suffered Prior To Trailer? _Yes_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _Bleeding of nasal membranes_ Date of Diagnosis _____ | Suffered Prior To Trailer? _Yes_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _Headaches_ Date of Diagnosis _____ | Suffered Prior To Trailer? _Yes_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _Nausea_ Date of Diagnosis _____ | Suffered Prior To Trailer? _Yes_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

Evans, William - WLF#216477

| Condition _Wheezing_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _yes_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _Hoarsenes_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _yes_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| agnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| ss of Physician _____ | | |

| | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| sician _____ | | Condition Worsened By Trailer? _____ |
| n _____ | | |

| | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| _____ | | Condition Worsened By Trailer? _____ |

**TRAILER 1**                                                    Evans, William - WLF#216477
Manufacturer: **Gulf Stream**
VIN: **INIGTR2161050506**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel trailer_
Move-in Date: **8/22/2006**
Move-out Date: **3/23/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**5801 Orange Road #90**
**Moss Point MS 39563**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _old trailer Park_
State the reason you stopped living in the FEMA trailer or mobile home: _Fema Relocate everyone_
_in the Park to new sites_
_____

Please state the approximate square footage of the FEMA housing unit: _____
Please state the approximate length and width of the FEMA housing unit: _____
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _8 - 12_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_
Is/was the FEMA housing unit hooked up to a sewer line? _Yes_
Is/was the FEMA housing unit hooked up to an electrical line? _Yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _No_
Is/was propane gas used in the FEMA housing unit? _Yes_
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _4 - 8_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_Yes, No_
If "Yes," where did you temporarily live? _i n another Park in_
_____
For what period of time did you temporarily live in another location? _3 ~~one month~~_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_
If "Yes," please state when the test was performed and who prepared this testing: _____
_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_
If "Yes," please state the date and reason for fumigation: _____
_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _No_
If "Yes," please state the date and reason for repair, service or maintenance:_____
_____

Evans, William - WLF#216477

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____        __William Evans_____        __10-22-08__
**Signature of Plaintiff**                              **Print Your Name**                        **Date**

## Plaintiff Fact Sheet Deficiency Answers

WGC# 216477                                    Cause No. 08-5031
Case Name Evans, William                       Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et
DOB 11/29/1961   SSN 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

| Question # | Question |
|---|---|
| **1.** | Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer** |
| | I am claiming a disease or illness may have developed as a result of being exposed to formaldehyde. |

| Question # | Question |
|---|---|
| **2.** | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| **3.** | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall when this injury first occurred. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| **4.** | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I did not suffer from a pre-existing condition. |

| Question # | Question |
|---|---|
| **5.** | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I did not suffer from any of these conditions prior to living in the FEMA trailer, so the recovery information is not available. |

| Question # | Question |
|---|---|
| **6.** | Unclear whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8) – checked both "yes" and "no" boxes. |
| | **Answer** |
| | I am not claiming mental and/or emotional damages. |

| Question # | Question |
|---|---|
| **7.** | Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| | **Answer** |
| | I am not claiming mental and/or emotional damages, so the treatment information is not applicable. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216477
**Case Name** Evans, William
**DOB** 11/29/1961    **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 8. | Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| | **Answer** |
| | I am not claiming mental and/or emotional damages, so this section is not applicable. |

| Question # | Question |
|---|---|
| 9. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Meridian, MS. |

| Question # | Question |
|---|---|
| 10. | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |
| | **Answer** |
| | I am not making a claim for lost wages or lost earning capacity. |

| Question # | Question |
|---|---|
| 11. | Did not provide income information for the past five years, as required by Section IV (F)(3)(a). |
| | **Answer** |
| | I am not making a claim for lost wages or lost earning capacity, so my income is not applicable. |

| Question # | Question |
|---|---|
| 12. | Did not provide information about total time lost from work, as required by Section IV (F)(3)(b). |
| | **Answer** |
| | I am not making a claim for lost wages or lost earning capacity. |

| Question # | Question |
|---|---|
| 13. | Did not state family information, as required by Section IV (A). |
| | **Answer** |
| | I do not know if any of my family has suffered from disease.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 14. | Did not provide the name of the manufacturer for Trailer #2, as required by Section V (A) (1). |
| | **Answer** |
| | The manufacturer was Gulfstream. |

| Question # | Question |
|---|---|
| 15. | Did not provide the Bar Code Number for Trailer #1, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216477  
**Case Name** Evans, William  
**DOB** 11/29/1961   **SSN** 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

**Cause No.** 08-5031  
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 16. | Did not provide the approximate square footage of the FEMA housing unit for Trailer #1, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the approximate square footage. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 17. | Did not provide the approximate length and width of the FEMA housing unit for Trailer #1, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 18. | Did not provide accurately provide plaintiff's personal tobacco history, as required by Section VI (C) – indicated both a past and current smoker. |
| | **Answer** |
| | I currently smoke one to one and a half cigars per day, and I have smoke that much since 2002. |
| 19. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I didn't not see a doctor or healthcare provider for any of these conditions. |
| 20. | Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C). |
| | **Answer** |
| | I did not see a doctor or health care provider for any psychological health care. |
| 21. | Did not indicate whether plaintiff was in possession of documents, as required by Section VIII (A-G). |
| | **Answer** |
| | I am not in possession of documents.<br>A. No<br>B. No<br>C. No<br>D. No |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216477
**Case Name** Evans, William
**DOB** 11/29/1961   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

E. No
F. No
G. No

_____
Plaintiff or Representative

3/30/2009
_____
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Fagan, Roma | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No_____

If yes, which kind of cancer?  _____

_____

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____

_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                 Fagan, Roma - WGC#201909

Manufacturer: <u>Gulfstream Coach</u>

VIN: <u>1NL1GTR2761075877</u>

Bar Code Number: <u>51-6-T-CTDH-75877</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/1/2005</u>

Move-out Date: <u>7/10/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>222 Magee Hill Rd</u>

City: <u>Tylertown</u>          State: <u>MS</u>    Zip: <u>39667</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>I stay sick all the time Headaches. irritation to eyes, sinus infection, low blood pressure, dizziness</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>14 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>No</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>7 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>7 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>The air conditioner went out and fix out side. light heating was getting hot.</u>

Fagan, Roma - WLF#201909

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Roma Fagan** | **10/13/08** |
| | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Fairley, Faith | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

_____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Still the same

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Fairley, Faith - WGC#201911

Manufacturer: <u>Cavalier</u>

VIN: <u>911936386</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/16/2006</u>

Move-out Date: <u>3/10/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>Hwy 63 S. Deerpark Lot 37</u>

City: <u>Lucedale</u>          State: <u>MS</u>     Zip: <u>39452</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Trailer</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>The Kids were getting  sick most of the times</u>

Please state the approximate square footage of the FEMA housing unit: <u>I Don't Know</u>

Please state the approximate length and width of the FEMA housing unit: <u>I Don't Know</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>7-8 Hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>2-3</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?
<u>No</u>

For what period of time did you temporarily live in another location? <u>2-3</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Fairley, Faith - WLF#201911

# CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff

Petula Fairley, as Next Friend of Faith Fairley, a minor
Print Your Name

10-10-08
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Fairley, Frederick | ) ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?

5.    When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   Better

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Fairley, Frederick - WGC#201912

Manufacturer: Cavalier

VIN: 911936386

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 11/01/2006

Move-out Date: 03/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: Hwy 63 S. Deerfield Park

City: Lucedale                State: MS     Zip: 35452

Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer

State the reason you stopped living in the FEMA trailer or mobile home:

Sick most of time

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: 7-8 ft

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 23

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Fairley, Frederick - WLF#201912

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Petula Fairley, as Next Friend of**<br>**Frederick  Fairley, a minor**<br>**Print Your Name** | 10-22-08<br>**Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Feigel, Agnes | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

      If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

      If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Have no recoverd

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Feigel, Agnes - WGC#208845

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 10/1/2005

Move-out Date: 4/1/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 3013 4th Street

City: Bay St. Louis          State: MS      Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

obtained permanent driving

Please state the approximate square footage of the FEMA housing unit: 240 sq ft

Please state the approximate length and width of the FEMA housing unit: 8'x30'

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 20 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? None

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? None

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Feigel, Agnes - WLF#208845

## <u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.


**Signature of Plaintiff**          **Agnes Feigel**          **Date**
                                    **Print Your Name**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Feigel, Charles | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No _____

    If yes, which kind of cancer?  _____
    _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
    _____
    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Feigel, Charles - WGC#208853

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>1/1/2005</u>

Move-out Date: <u>11/1/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>3013 4th Street</u>

City: <u>Bay St. Louis</u>          State: <u>MS</u>     Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Obtained permanent Living</u>

Please state the approximate square footage of the FEMA housing unit: <u>240 sq ft</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>20 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>Retired</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>Retired</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Feigel, Charles - WLF#208853

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Charles Feigel**<br>**Print Your Name** | **Date** |

Ferguson, madison
211028

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Ferguson, Madison | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Ferguson, Madison - WLF#211628

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition irritation to eyes  Date of Diagnosis _____ | Suffered Prior To Trailer? No |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | |

| Condition irritation or itching of skin Date of Diagnosis ____ | Suffered Prior To Trailer? No |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | |

| Condition Rades on skin  Date of Diagnosis _____ | Suffered Prior To Trailer? No |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | |

| Condition diahrea  Date of Diagnosis _____ | Suffered Prior To Trailer? No |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | |

| Condition wheezing  Date of Diagnosis _____ | Suffered Prior To Trailer? No |
| Diagnosing Physician _____ | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | |

Ferguson, Madison - WLF#211628

| | | |
|---|---|---|
| Condition _persistent Cough_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _NO_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _____ | | |
| Condition _throat irritation_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |
| Condition _hoarseness_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _____ | | |
| Condition _worsening of allergies_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                               Ferguson, Madison - WLF#211628

Manufacturer: **Gulf Stream**

VIN: **INLIGTR2661031335**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *Travel trailer*

Move-in Date: **11/2005**

Move-out Date: **7/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**10060 Old Lower Bay Road**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private Property*

State the reason you stopped living in the FEMA trailer or mobile home: *moved into private*
*home built on same property*

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *14*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? *Yes*

Is/was the FEMA housing unit hooked up to an electrical line? *Yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *No*

Is/was propane gas used in the FEMA housing unit? *Yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *No*

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *No*

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *No*

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *No*

If "Yes," please state the date and reason for repair, service or maintenance: _____

Ferguson, Madison - WLF#211628

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____        **Dustin Ferguson, as Next Friend**      10/14/08
**Signature of Plaintiff**                         **of Madison Ferguson, a minor**       **Date**
                                                   **Print Your Name**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211628
**Case Name** Ferguson, Madison
**DOB** 8/11/2004      **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide adequate representation information, as required in Section III (A). Specifically, caption is simply "Madison Ferguson," but Plaintiff Fact Sheet indicates it was filed by Dustin Ferguson on behalf of Madison Ferguson. |
| | **Answer** |
| | Madison Ferguson is a minor, and is being represented by Dustin Ferguson, her father. |

| Question # | Question |
|---|---|
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall when her injury or disease first occurred. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 3. | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | No I am not claiming any medical expenses on her behalf. |

| Question # | Question |
|---|---|
| 4. | Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | No I am not claiming any medical expenses on her behalf. |

| Question # | Question |
|---|---|
| 5. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). Specifically, did not provide information prior to November of 2005. |
| | **Answer** |
| | We resided at 426 Lizana Ln. Waveland, MS 39576 from 2004 - August 2005. We currently reside at 54 Lee Road 2126 Salem, AL 36874 and have since August 2005. |

| Question # | Question |
|---|---|
| 6. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | She was born in Bay St. Louis, MS. |

| Question # | Question |
|---|---|
| 7. | Did not state whether had ever filed a lawsuit or made another claim related to sickness or disease, as required by Section IV (G). |
| | **Answer** |
| | I do not recall filing any other lawsuit on her behalf. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211628                              **Cause No.** 08-5031
**Case Name** Ferguson, Madison              **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 8/11/2004   **SSN** 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

| Question # | Question |
|---|---|
| 8. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the Bar Code Number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the approximate square footage of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14). |
| | **Answer** |
| | I do not recall whether the FEMA housing unit was jack up off the ground. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 12. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I do not recall the doctor who treated her for illnesses that she suffered as a result of residing in the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211628      **Cause No.** 08-5031

**Case Name** Ferguson, Madison      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 8/11/2004    **SSN** 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

| | |
|---|---|
| | during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall any facilities where she received outpatient treatment during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** <br> [14.] | **Question** |
| | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall the names of any additional physician or health care provider who treated her during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** <br> [15.] | **Question** |
| | Signed a HIPAA Authorization for medical records, but did not provide last four digits of social security number. |
| | **Answer** |
| | Please see attached. |
| **Question #** <br> [16.] | **Question** |
| | Signed a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress, but did not provide last four digits of social security number. |
| | **Answer** |
| | Please see attached. |

_____      3/31/2009

**Plaintiff or Representative**          **Date**

*Kefgaan (madison)*
*211628*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)**

Name: Ferguson, Madison

Date of Birth: 8/11/2004

Last Four Numbers of SSN: 2449

     I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of _____ _____and/or their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _______, 2008.

Dustin Ferguson, as Next Friend of Madison Ferguson, a minor

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Father

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name: Ferguson, Madison

Date of Birth: 8/11/2004

Last Four Numbers of SSN: 2449

I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____and/or any of their designated agents.  These
records shall be used or disclosed solely in connection with the currently pending FEMA
Formaldehyde product liability litigation involving the person named above.  This authorization
shall cease to be effective as of the date on which the above-named person's FEMA
Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing
information.  It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

Ferguson, Madison - WLF#211628

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

Dustin Ferguson, as Next
Friend to Madison Ferguson, a minor

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____Father_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: Ferguson, Madison

Date of Birth: 8/11/2004

Last Four Numbers of SSN: 2440

    I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002,** along
with other defense counsel in the above-captioned matter, the law firm of _____
_____and/or any of their designated agents. These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

    I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

    Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or lost
earning capacity.)**

Name: Ferguson, Madison

Date of Birth: 8/11/2004

Last Four Numbers of SSN: 2449

    I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard,
Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned
matter, the law firm of** _____
**and/or any of their designated agents.** These records shall be used or disclosed solely in
connection with the currently pending FEMA Formaldehyde product liability litigation involving
the person named above. This authorization shall cease to be effective as of the date on which
the above-named person's FEMA Formaldehyde product liability litigation concludes. I
understand that this authorization includes the above-named person's complete employment
personnel file with the exception of W-4 and W-2 forms (including attendance reports,
performance reports, medical reports, workers' compensation claims), and also includes all other
records relating to employment, past and present, all records related to claims for disability, and
all educational records (including those relating to courses taken, degrees obtained, and
attendance records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this ___ day of _____, 2008.

Dustin Ferguson, as next
friend to Madison Ferguson, a minor
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: Father

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information  (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Ferguson, Madison | 8/11/2004 | *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* |

| Address: P.O. Box 2492 | | Telephone No.: 228-467-5253 |
|---|---|---|
| City: Bay St. Louis | State: MS | Zip Code: 39520 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. ._____

Title. ._____

Address._____

Purpose: To Protect My Legal Rights_____

For Treatment Date(s): All Available

| Type of Access<br><br>Requested:<br><br>q Copies of the records &<br>q Inspection of the record | q Abstract/pertinent<br>q Emergency Room<br>q H&P<br>q Consult Report<br>q Operative Report<br>q Rehab Services | q Lab<br>q Imaging/Radiology<br>q Cardiac Studies<br>q Face Sheet<br>q Nursing Notes<br>q Medication Record | q Progress Notes<br>q Physician's Orders<br>q Entire Record<br>❑ Other_____ |
|---|---|---|---|

   I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____     _____
Signature of Patient/Legal Representative          Date

If signed by legal representative, relationship to patient: _____