Ferguson, Madison - WLF#211628

## PRIVACY ACT RELEASE LANGUAGE

I, _Dustin Ferguson, as Next Friend_ _of Madison Ferguson, a minor_____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_Watts Hilliard, L.L.C._____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: _10/14/08_____

Name: _Dustin Ferguson, as Next Friend of Madison Ferguson, a minor_

Signature: _____

*Ferguson, mallory*
*211629*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Ferguson, Mallory | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Ferguson, Mallory - WLF#211629

___bronchitis  
✓throat irritation  
✓hoarseness  
___laryngitis  
___pneumonia  
___upper respiratory tract infections  
___pulmonary edema  
___asthma attacks for the first time in your life  
___asthma attacks that are recurrence of childhood asthma  
___allergies for the first time in your life  
✓worsening of allergies that you had previous to living in FEMA trailer  
___burning sensation in chest  
___pharyngitis  
___sinus infection / sinusitis  

___allergic contact dermatitis  
___dizziness  
___unconsciousness  
___convulsions or seizures  
___blood in urine  
___abnormal liver enzymes  
___nephritis (inflammation of kidneys)  
___low blood pressure  
___hypothermia (low body temperature)  
___miscarriage or stillbirth  
___abnormal laboratory tests on blood  
___abnormal laboratory tests on urine  
___irregular heartbeat  
___emphasema  
___RADS: reactive airway dysfunction  
___cancer;  If yes, what type _____  

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _irritation to eyes_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _irritation ac itching of skin_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _Rashes on skin_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _NO_ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _diahrrea_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _NO_ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _wheezing_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _NO_ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

Ferguson, Mallory - WLF#211629

| Condition _persistent cough_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _throat irritation_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _hoarseness_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _NO_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _worsening of allergies_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _No_ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                          Ferguson, Mallory - WLF#211629

Manufacturer: **Gulf Stream**

VIN: **INLIGTR2661031335**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _travel trailer_

Move-in Date: **11/2005**

Move-out Date: **7/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**10060 Old Lower Bay Road**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _moved into private_
_house built on same property_

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _14_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _No_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_NO_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _No_

If "Yes," please state the date and reason for repair, service or maintenance: _____

Ferguson, Mallory - WLF#211629

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Dustin Ferguson, as Next Friend of Mallory Ferguson, a minor**<br>**Print Your Name** | 10/14/08<br>**Date** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211629                                **Cause No.** 08-5031
**Case Name** Ferguson, Mallory                **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 4/14/2003      **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide adequate representation information, as required in Section III (A). Specifically, caption is simply "Mallory Ferguson," but Plaintiff Fact Sheet indicates it was filed by Dustin Ferguson on behalf of Mallory Ferguson. |
| | **Answer** |
| | Mallory Ferguson is a minor, and is being represented by Dustin Ferguson, her father. |
| **Question #** | **Question** |
| 2. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A) – specifically did not provide information prior to November of 2005. |
| | **Answer** |
| | We resided at 426 Lizana Ln. Waveland, MS 39576 from 2004- August 2005.  We currently reside at 54 Lee Road 2126  Salem, AL 36874 and have lived there since August 2005. |
| **Question #** | **Question** |
| 3. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | She was born in Bay St. Louis, MS. |
| **Question #** | **Question** |
| 4. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the Bar Code Number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |
| 5. | Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
| | **Answer** |
| | The temporary housing unit was a travel trailer. |
| **Question #** | **Question** |
| 6. | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |
| | **Answer** |
| | The travel trailer was first occupied in November, 2005. |
| **Question #** | **Question** |
| 7. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the approximate square footage of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

WGC# 211629
Case Name Ferguson, Mallory
DOB 4/14/2003     SSN 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

Cause No. 08-5031
Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 8. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I do not recall any doctor or health care provider who treated her for disease/illness/injury that she allegedly suffered as a result of residing in the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall any hospitals/clinics/health care facilities where she received outpatient treatment during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall any names of each physician or health care provider who treated her during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

_____
Plaintiff or Representative

3/30/2009
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Ferrill, Charlene | ) ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>Haven't recovered</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Ferrill, Charlene - WGC#205412

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 10/01/2005

Move-out Date: 11/01/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: Hwy 43

City: Kiln                         State: MS        Zip: 39556

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Home was finished

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Ferrill, Charlene - WLF#205412

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Charlene Ferrill* (signature) | **Charlene Ferrill** | 10-13-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Ferrill, Richard | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Ferrill, Richard - WGC#205414

Manufacturer: <u>Gulf Stream/Cavalier</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>11/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>537 Commegere</u>

City: <u>Bay St.Louis</u>              State: <u>MS</u>     Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Home was repaired</u>
_____
_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>all when not</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?
_____

For what period of time did you temporarily live in another location? <u>5 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:
_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:
_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:
_____

Ferrill, Richard - WLF#205414

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**      **Richard Ferrill**      **Date** 10/13/08
            **Print Your Name**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Ferrill, Victoria | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Ferrill, Victoria - WGC#205415

Manufacturer: <u>Gulf Stream/Cavalier</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>11/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>537 Commagere</u>

City: <u>Bay St. Louis</u>            State: <u>MS</u>    Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Home was repaired</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>all day when</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>Yes</u>

If "Yes," where did you temporarily live?
<u>at pearl river jr college for oct nov & dec then the fema trailer till moved on home.</u>

For what period of time did you temporarily live in another location? <u>5 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Victoria Ferrill | |
| | Print Your Name | Date |

# 215587

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Fiffie, Anthony | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Fiffie, Anthony - WLF#215587

| | |
|---|---|
| ___ bronchitis | ___ allergic contact dermatitis |
| ✓ throat irritation | ___ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ✓ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ✓ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ___ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| ✓ sinus infection / sinusitis | ___ cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____ N/A _____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition Sinus Infection | Date of Diagnosis 1/06 | Suffered Prior To Trailer? |
| Diagnosing Physician St. Charles Parish Hospital | | Condition Worsened By Trailer? |
| Address of Physician On staff – Luling LA. 70070 | | |
| Condition Upper Respiration | Date of Diagnosis 1/06 | Suffered Prior To Trailer? |
| Diagnosing Physician St. Charles Parish Hospital | | Condition Worsened By Trailer? |
| Address of Physician Luling LA. 70070 | | |
| Condition Laryngitis | Date of Diagnosis 1/06 | Suffered Prior To Trailer? |
| Diagnosing Physician St. C. P. H. | | Condition Worsened By Trailer? |
| Address of Physician Luling LA. 70070 | | |
| Condition Throat Irritation | Date of Diagnosis 1/06 | Suffered Prior To Trailer? |
| Diagnosing Physician St. C. P. H. | | Condition Worsened By Trailer? |
| Address of Physician Luling LA. 70070 | | |
| Condition Low blood pressure | Date of Diagnosis 1/06 | Suffered Prior To Trailer? |
| Diagnosing Physician St. C. P. H | | Condition Worsened By Trailer? |
| Address of Physician Luling, LA. 70070 | | |

Fiffie, Anthony - WLF#215587

| Condition | Irritation of eyes | Date of Diagnosis | Unknown | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Burning of eyes | Date of Diagnosis | Unknown | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H. | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Irritation of nasal | Date of Diagnosis | 1/06 | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Burning of nasal | Date of Diagnosis | 1/06 | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Rashes on skin | Date of Diagnosis | Unknown | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Headaches | Date of Diagnosis | Unknown | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Nausea | Date of Diagnosis | Unknown | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Persistent cough | Date of Diagnosis | Unknown | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | Tightness of the chest | Date of Diagnosis | Unknown | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | St. C. P. H | | | Condition Worsened By Trailer? | |
| Address of Physician | Luling La. 70070 | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | | | | Condition Worsened By Trailer? | |
| Address of Physician | | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | | | | Condition Worsened By Trailer? | |
| Address of Physician | | | | | |

| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? | |
|---|---|---|---|---|---|
| Diagnosing Physician | | | | Condition Worsened By Trailer? | |
| Address of Physician | | | | | |

**TRAILER 1**                                          Fiffie, Anthony - WLF#215587

Manufacturer: **Gulfstream**

VIN: **INLIGTR2661040604**

Bar Code Number: *1116334*

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *Travel Trailer*

Move-in Date: **11/2005**

Move-out Date: **10/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**605 Kinler St.**

**Luling La 70070**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private Property*

State the reason you stopped living in the FEMA trailer or mobile home: _____

*Relationship ended with friend.*

_____

Please state the approximate square footage of the FEMA housing unit: *Don't Know*

Please state the approximate length and width of the FEMA housing unit: *Don't Know*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *8 hrs.*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *jacked-up on blocks*

Is/was the FEMA housing unit hooked up to a sewer line? *Yes*

Is/was the FEMA housing unit hooked up to an electrical line? *Yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *no*

Is/was propane gas used in the FEMA housing unit? *Yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or

mobile home? *5 days a week*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

*no*

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? *none*

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *no*

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *no*

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *no*

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

Fiffie, Anthony - WLF#215587

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Anthony Fiffie | 10-21-08 |
|---|---|---|
|  | Print Your Name | Date |

## Plaintiff Fact Sheet Deficiency Answers

WGC# 215587

Case Name Fiffie, Anthony

DOB 9/22/1952   SSN 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

Cause No. 08-5031

Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | The following symptoms occurred in 1/2006: sinus infection, upper respiratory tract infection, laryngitis, throat irritation, low blood pressure, irritation of nasal membranes, and burning of nasal membranes. I do not recall the date the other symptoms occurred. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 2. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I do not recall if I had these problems prior to the trailer. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I do not recall whether the FEMA housing unit worsened any pre-existing conditions. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I suffered from very bad nose bleeds, but have since recovered from them around 3/2006. |

| Question # | Question |
|---|---|
| 5. | Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | No, I do not want to make a medical expenses claim. |

| Question # | Question |
|---|---|
| 6. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |
| | **Answer** |
| | I currently live at 385 King St. Hornville, LA 70057 and I have lived there since 10/2007. I stayed at 605 Kinler St. Lulings, LA from 2003-2005. Between 2005 and 10/2007 my travel trailer was located at 605 Kinler, St. Lulings, LA. |

# Plaintiff Fact Sheet Deficiency Answers

WGC# 215587

Case Name Fiffie, Anthony

DOB 9/22/1952     SSN 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

Cause No. 08-5031

Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 7. | Did not provide state issuing plaintiff's Driver's License, as required by Section IV (B). |
| | **Answer** |
| | My license was issued in Louisiana. |
| 8. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born New Orleans, LA. |
| 9. | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2) – specifically, did not provide information prior to 2005. |
| | **Answer** |
| | From 1989 through 2000 I worked for St. Charles Parish Public Schools as a bus driver. Then from 2000 to now I have been an independent contractor. I do not recall the addresses. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 10. | Did not provide income information for the past five years, as required by Section IV (F)(3)(a). |
| | **Answer** |
| | I made around $35,000 after expenses a year, for the past 5 years. |
| 11. | Did not provide information about total time lost from work, as required by Section IV (F)(3)(b). |
| | **Answer** |
| | I lost around 88 hours of work and $1,200. |
| 12. | Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G). |
| | **Answer** |
| | I do not recall if these tests were performed. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided |
| 13. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | The treating doctor was Dr. B. Brogle at S. & C..P..H. The phone number is 985-785-5620. Treated for nosebleeds on 1/2006. I do not recall the exact address or treatment received. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215587               **Cause No.** 08-5031
**Case Name** Fiffie, Anthony       **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 9/22/1952     **SSN** 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

| | |
|---|---|
| | will be provided. |

| Question # | Question |
|---|---|
| 14. | Indicated plaintiff was in possession of documents in Sections VIII (A), (B), and (D), but failed to attached said documents as required by Sections VIII (A-G). |
| | **Answer** |
| | A. The documents will be produced once they have been obtained.<br>B. The Form 95 will be supplemented once it has been filed<br>D. The documents will be produced once they have been obtained. |

_____     3/31/2009
Plaintiff or Representative             Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Fleming, Mott Benjamin | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No _____

If yes, which kind of cancer?  _____
_____

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____
_____

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Fleming, Mott Benjamin - WGC#201922

Manufacturer: _____

VIN: _____

Bar Code Number: 111101211 _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes ____

Move-in Date: 03/01/2006 _____

Move-out Date: 07/01/2007 _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2109 Bayou Road _____

City: St. Bernard _____ State: LA ____ Zip: 70085 _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat ___

State the reason you stopped living in the FEMA trailer or mobile home:

Move to a house _____

Please state the approximate square footage of the FEMA housing unit: 400 feet _____

Please state the approximate length and width of the FEMA housing unit: 12x30 _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16 hrs _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes ____

Is/was the FEMA housing unit hooked up to a sewer line? Yes ____

Is/was the FEMA housing unit hooked up to an electrical line? Yes ____

Is/was the FEMA housing unit hooked up to a natural gas line? No _____

Is/was propane gas used in the FEMA housing unit? Yes ____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 days _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes ___

If "Yes," where did you temporarily live?

Lake gunsterville state park in alabama in a fema trailer _____

For what period of time did you temporarily live in another location? 5 days _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No ____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No ____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No ____

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Mott Fleming** <br> **Print Your Name** | 10-15-08 <br> **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Flood, Christopher Javon** | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**　　　　　Flood, Christopher Javon - WGC#201924

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9120638801605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>01/01/2005</u>

Move-out Date: <u>11/01/2005</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>Hwy 90</u>

City: <u>St. Elmo</u>　　　　　State: <u>AL</u>　　Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Thoued Get</u>

Please state the approximate square footage of the FEMA housing unit: <u>D/K</u>

Please state the approximate length and width of the FEMA housing unit: <u>D/K</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>D/K</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>D/K</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>D/K</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>D/K</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

<u>D/K</u>

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>D/Kno</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Flood, Christopher Javon - WLF#201924

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Christopher Flood** <br> **Print Your Name** | 10/13/08 <br> **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Flood, Heidi Ja'Zale | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  None All condition occurred while residing in fema trailer

Flood, Heidi Ja'Zale - WLF#201929

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Heidi Flood                          Heidi Flood    Heidi Flood 10-15-08   02-26-2009
**Signature of Plaintiff**        **Heidi Flood**   **Print Your Name**         **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Floyd, Barbara** | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Floyd, Barbara - WGC#206983

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>Condition occurred after living in Fema trailer.</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Floyd, Barbara - WGC#206983

Manufacturer: Gulf Stream

VIN: INL12061023572

Bar Code Number: 1114078

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 11/05/2005

Move-out Date: 02/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 1708 Monroe Street

City: Pascagoula          State: MS    Zip: 39581

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Moved

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 26 x 8

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 22

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 0

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 0

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

09/18/2006 & 10/15/2006 leaking roof through light fixture , 11/15/2006 not water heater repaired , 12/13/2006

Floyd, Barbara - WLF#206983

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Barbara Floyd_ _____     Barbara Floyd _____     _10-11-08_ _____
**Signature of Plaintiff**                              **Print Your Name**                              **Date**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 206983                                    **Cause No.** 08-5031

**Case Name** Floyd, Barbara                       **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 12/27/1955   **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |
| 2. | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| | **Answer** |
| | I experienced irritation to eyes, burning of eyes, tearing of eyes, headaches, diarrhea, shortness of breath, allergies for the first time in your life, sinus infection/sinusitis, and dizziness. |
| 3. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I had no preexisting conditions that were worsened by living in the trailer. |
| 4. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |
| | **Answer** |
| | I lived at 1708 Monroe St. Pascagoula, MS 39581 from 2003 to 2/2007. I have lived at 10923 Lakeside Cr. Grand Bay, AL 36541 from 2/2007 to present. |
| 5. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Mobile, AL. |
| 6. | Did not provide plaintiff's educational background, as required by Section IV (E). |
| | **Answer** |
| | Attended high school between 1970 - 1975 and did not receive a diploma. |
| 7. | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | I only worked for Perdido Beach Resort for about 4-6 months between 1996-1997. The rest of the time, I was a housewife. |
| 8. | Provides a VIN Number, as required by Section V (A)(2), but is not a Gulfstream VIN number, although names Gulfstream as the manufacturer. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 206983

**Case Name** Floyd, Barbara

**DOB** 12/27/1955   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| | |
|---|---|
| **Answer** | |
| The VIN number is  INL12061023572. | |

| **Question #** | **Question** |
|---|---|
| 9. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the approximate square footage of the FEMA housing unit. If I remembers or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 10. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I do not recall where or by whom I have been treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 11. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall where or by whom I have been treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 12. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom I have been treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

_____
Plaintiff or Representative

3/30/2009
_____
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Floyd, Jerry | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

    If yes, which kind of cancer?   _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>Conditions did not occur until after living in the Fema Trailer</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Floyd, Jerry - WGC#206984

Manufacturer: <u>Gulf Stream</u>

VIN: <u>INL12061023572</u>

Bar Code Number: <u>1114078</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/05/2005</u>

Move-out Date: <u>02/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>1708 Monroe St.</u>

City: <u>Pascagoula</u>          State: <u>MS</u>     Zip: <u>39568</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: <u>26' X 8'</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>leak in bedroom in light 09/01/2006 - 11/15/2006 hot water heater not working / main broad p o water heater</u>

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Jerry Floyd_ (signature) | Jerry Floyd | 10-11-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 206984
**Case Name** Floyd, Jerry
**DOB** 02/19/1953   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the date when my symptoms occurred, but it was after moving into the trailer. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | Symptoms did not occur until after living in FEMA trailer. |

| Question # | Question |
|---|---|
| 4. | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). Specifically, did not provide any information prior to 2003. |
| | **Answer** |
| | I do not recall any information prior to 2003. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Provided a VIN Number, as required by Section V (A)(2), but does not correspond to Gulfstream VIN number, although Gulfstream is listed at the manufacturer. |
| | **Answer** |
| | The VIN was 1NL12061023572. |

| Question # | Question |
|---|---|
| 6. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage of the FEMA trailer. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 7. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |