## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 206984                                    **Cause No.** 08-5031
**Case Name** Floyd, Jerry                **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 02/19/1953    **SSN** 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

| | |
|---|---|
| **Answer** | |
| I do not recall. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. | |

| **Question #** | **Question** |
|---|---|
| 8. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 9. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 10. | Did not sign the certification. |
| | **Answer** |
| | Please see attached. |

| **Question #** | **Question** |
|---|---|
| 11. | Did not sign a HIPAA Authorization for medical records. |
| | **Answer** |
| | Please see attached. |

| **Question #** | **Question** |
|---|---|
| 12. | Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress. |
| | **Answer** |
| | Please see attached. |

| **Question #** | **Question** |
|---|---|
| 13. | Did not sign the Privacy Act Release. |
| | **Answer** |
| | Please see attached. |

| **Question #** | **Question** |
|---|---|
| 14. | Did not provide an executed Authorization for Release of Employment Records. |
| | **Answer** |
| | Please see attached. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 206984
**Case Name** Floyd, Jerry
**DOB** 02/19/1953   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 15. | Did not provide a fact sheet in conformance with Pre-Trial Order #2. |
| | **Answer** |
| | Please see attached. |

_____
Plaintiff or Representative

3/31/2009
_____
Date

Floyd, Jerry - WLF#206984

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.


_____          _____          10-11-08
Signature of Plaintiff                 Jerry Floyd                   Date
                                       Print Your Name

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: Floyd, Jerry

Date of Birth: 2/19/1952

Last Four Numbers of SSN: 7413

I hereby authorize _Dr. Robert Burns M.A._ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____and/or their designated agents._ These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

Floyd, Jerry - WLF#206984

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

    Any copy of this document shall have the same authority as the original, and may be substituted in its place.

                                Dated this __ day of _____, 2008.


                                _____
                                [PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name: Floyd, Jerry

Date of Birth: 2/19/~~1952~~  1953

Last Four Numbers of SSN: 7413

    I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ _____**and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

Floyd, Jerry - WLF#206984

      This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

      Any copy of this document shall have the same authority as the original, and may be substituted in its place.

                         Dated this __ day of _____, 2008.

                         [PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: Floyd, Jerry

Date of Birth: 2/19/~~1958~~ 1953

Last Four Numbers of SSN: 7413

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
| | **AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)** |

Name: Floyd, Jerry

Date of Birth: 2/19/~~1982~~  *1953*

Last Four Numbers of SSN: 7413

    I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above.  This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.  I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records).  This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

NAME OF FACILITY: _____

**Authorization for Use and Disclosure of Protected Health Information  (PHI)**
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name<br>Floyd, Jerry | Birth Date<br>2/19/1952 3/19/53 | Social Security No.<br>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 |
|---|---|---|
| Address: 10930 Lakeside Circle<br>City: Grand Bay          State: AL | | Telephone No.: 251-865-8167<br>Zip Code: 36541 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* . _____
*Title.* . _____
*Address.* _____
Purpose: To Protect My Legal Rights _____
For Treatment Date(s): All Available

| Type of Access<br><br>Requested:<br><br><br>q Copies of the<br>   records &<br>q Inspection of the<br>   record | q Abstract/pertinent<br>q Emergency Room<br>q H&P<br>q Consult Report<br>q Operative Report<br>q Rehab Services | q Lab<br>q Imaging/Radiology<br>q Cardiac Studies<br>q Face Sheet<br>q Nursing Notes<br>q Medication Record | q Progress Notes<br>q Physician's Orders<br>q Entire Record<br>❑ Other_____ |
|---|---|---|---|

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____
You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must
  do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation
  will not apply to information that has already been released in response to this authorization. I understand that the revocation
  will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the
  recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My
  refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys,
  unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____          _____
Signature of Patient/Legal Representative                    Date
If signed by legal representative, relationship to patient: _____

Floyd, Jerry - WLF#206984

## PRIVACY ACT RELEASE LANGUAGE

I, __Jerry Floyd_____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

__Watts Hilliard, L.L.C._____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: __11-10-08_____

Name: __Jerry Floyd_____

Signature: _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Forrester, Jennifer | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you
      been diagnosed with Cancer?  <u>No</u>

      If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury</u>
      <u>occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
      trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
      condition that you already had or had in the past?  <u>Please see table above</u>

      **If "Yes"**, set forth the illness, disease or condition; whether or not you had
      already recovered from that illness, disease or condition before you began
      residing in a FEMA trailer or mobile home and the date of your recovery, if
      any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Forrester, Jennifer - WGC#209792

Manufacturer: __Gulf Stream_____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? __Yes___

Move-in Date: __1/1/2006_____

Move-out Date: __11/8/2006_____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: __5110 Daytona Drive_____

City: __Pearlington_____ State: __MS___ Zip: __39572_____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____
_____
_____

Please state the approximate square footage of the FEMA housing unit: __20x14_____

Please state the approximate length and width of the FEMA housing unit: __20x14_____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? __12_____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? __Yes___

Is/was the FEMA housing unit hooked up to a sewer line? __Yes___

Is/was the FEMA housing unit hooked up to an electrical line? __Yes___

Is/was the FEMA housing unit hooked up to a natural gas line? __No_____

Is/was propane gas used in the FEMA housing unit? __Yes___

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? __3_____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? __3_____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Forrester, Jennifer - WLF#209792

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Jennifer Forrester* | Jennifer Forrester | 10-15-08 |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Forrester, Jr., Allen | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No_____

        If yes, which kind of cancer?    _____
                                         _____

5.      When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

        **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
        _____
        _____
        _____

Forrester, Jr., Allen - WGC#209793

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 1/1/2006

Move-out Date: 11/8/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 17085 Cedar Dr.

City: Pearlington          State: MS     Zip: 39572

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Move into new name

Please state the approximate square footage of the FEMA housing unit: 14x20

Please state the approximate length and width of the FEMA housing unit: 14x20

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Forrester, Jr., Allen - WLF#209793

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Allen Forrester | Allen Forrester | 10-15-08 |
| Signature of Plaintiff | Print Your Name | Date |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) | |
| THIS RELATES TO: | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Franklin, Aleisha** | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>When Child was living at Mallard rd. Location  she was fine out every time she came to stay with mother because there wasn't are condition</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Franklin, Aleisha - WGC#201784

Manufacturer: <u>Gulf Stream</u>

VIN: <u>911859814</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>8/1/2006</u>

Move-out Date: <u>10/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>10175 N. Summit Ct Lot 31</u>

City: <u>Grand Bay</u>          State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 23</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>8-10 Hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>No</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>Goes To School</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>Yes</u>

If "Yes," where did you temporarily live?
<u>9613 A Mallard rd.   Mobil  AL: 36695</u>

For what period of time did you temporarily live in another location? <u>Goes To School</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>Yes</u>

If "Yes," please state the date and reason for fumigation:
<u>Ranches</u>

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Heating  Air unit wasn't Working properly problems</u>

Franklin, Aleisha - WLF=201784

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     **Kathy Franklin, as Next Friend**     _____
Signature of Plaintiff.                              **of Aleisha  Franklin , a minor**     Date
                                                     **Print Your Name**

As Next Friend of
Aleisha Franklin, a Minor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Franklin, Henton | ) | |
| | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   Any Condition prior to trailer

Franklin, Henton - WGC#201786

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>911859814</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>8/1/2006</u>

Move-out Date: <u>10/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>10175 N Summit Ct. , Lot 31</u>

City: <u>Gradbay</u>          State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Finished repair on mobile home owned by Alvin McCarry - Was Offered to purchase but was denied after</u>
<u>discovered of formaldehyde</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 32</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>8-10 Hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>No</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>Goes To School</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>Yes</u>

If "Yes," where did you temporarily live?

<u>9613 A Mclead Rd. , Mobile  AL  36695  Custody was awarded to father , Judge stated that the FEMA trailer</u>

For what period of time did you temporarily live in another location? <u>Goes To School</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state when the test was performed and who prepared this testing:

<u>FEMA had someone come out to inspect appliance</u>

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>Yes</u>

If "Yes," please state the date and reason for fumigation:

<u>Roaches</u>

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Heating / Air unit wasn't working properly problems W. / Stove</u>

Franklin, Henton - WLF#201786

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Signature of Plaintiff_ as Next friend Of Henton Franklin, a Minor | **Kathy Franklin, as Next Friend of Henton Franklin , a minor** _Print Your Name_ | 10/8/08 _Date_ |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Franklin, Quenton | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

If yes, which kind of cancer?  _____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>There Wasn't any condition prior to trailer</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Franklin, Quenton - WGC#201792

Manufacturer: <u>Gulf Stream</u>

VIN: <u>911859814</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>8/1/2006</u>

Move-out Date: <u>10/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>10175 N. Summit Ct. Lot 31</u>

City: <u>Grandbay</u>          State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Finish repair to mobile home , so picked up FEMA trailer & moved back into mobile home</u>

Please state the approximate square footage of the FEMA housing unit: <u>2470</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 32</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>8-10</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>5 Days Stayed with</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>Yes</u>

If "Yes," where did you temporarily live?

<u>9613 A- McCreed Rd  , Mobile   Judge gave custody of my children to father  stated FEMA trailer wasn't safe.</u>

For what period of time did you temporarily live in another location?  <u>5 Days Stayed with father , weekends holidays</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  <u>Yes</u>

If "Yes," please state when the test was performed and who prepared this testing:

<u>FEMA had their maintain to come out</u>

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  <u>Yes</u>

If "Yes," please state the date and reason for fumigation:

<u>Roaches</u>

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Appliance</u>

Franklin, Quenton - WLF#201792

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Kathy Franklin, as Next Friend of Quenton Franklin , a minor | 10 10 08 |
| | Print Your Name | Date |

as Mother Next Friend
of Quenton Franklin, a minor

2113000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Freeman, Olivia | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF FACT SHEET

I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Freeman, Olivia - WLF#211300

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ___ throat irritation | ___ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ✓ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ___ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| ___ sinus infection / sinusitis | ___ cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition Respiratory Infection   Date of Diagnosis 9/25/07 | | Suffered Prior To Trailer? NO |
| Diagnosing Physician Hancock Medical Center | | Condition Worsened By Trailer? YES |
| Address of Physician Bay St Louis MS. 39520  (Drinkwater Drive) | | |
| Condition _____   Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ N/A | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____   Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ N/A | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____   Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ N/A | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____   Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ N/A | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER**                                                    Freeman, Olivia - WLF#211300

Manufacturer: Gulfstream

VIN:

Bar Code Number: 1109752

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel trailer

Move-in Date: 9/2005 2/28/2006

Move-out Date: 10/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

245 Trout Street
Waveland, MS 39576

Was the FEMA trailer or mobile home located in a trailer park or on private property? private property.

State the reason you stopped living in the FEMA trailer or mobile home: Family's health conditions progressively worsened.

Please state the approximate square footage of the FEMA housing unit: 160

Please state the approximate length and width of the FEMA housing unit: 8' x 20' (x)

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16 hours/day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? Yes

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? N/A.

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live? N/A

For what period of time did you temporarily live in another location? N/A

Have any air quality tests ever been performed on your FEMA trailer or mobile home? NO

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? NO

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance: Trailer leaked in bedroom.

Freeman, Olivia - WLF#211300

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Priscilla Freeman, as Next Friend of Olivia Freeman, a minor

**Signature of Plaintiff**       **Print Your Name**       **Date** 10/10/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER         )    MDL NO. 1873
FORMALDEHYDE           )
PRODUCT LIABILITY LITIGATION  )
                          )
———————————————————  )    SECTION: N(4)
                          )
                          )    JUDGE: ENGELHARDT
THIS RELATES TO:         )    MAG: ROBY
                          )
Plaintiff: Freeman, Priscilla    )
                          )
———————————————————  )

## PLAINTIFF FACT SHEET

**I.   INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Freeman, Priscilla - WLF#211947

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ✓ throat irritation | ✓ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ✓ pneumonia | ___ blood in urine |
| ✓ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| ___ allergies for the first time in your life | ___ miscarriage or stillbirth |
| ✓ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on blood |
| ___ burning sensation in chest | ___ abnormal laboratory tests on urine |
| ___ pharyngitis | ___ irregular heartbeat |
| ✓ sinus infection / sinusitis | ___ emphasema |
| | ___ RADS: reactive airway dysfunction |
| | ___ cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | | |
|---|---|---|---|
| Condition Sinus Disease | Date of Diagnosis 9/16/08 | Suffered Prior To Trailer? Yes | |
| Diagnosing Physician Dr. David Roberts | | Condition Worsened By Trailer? Yes | |
| Address of Physician Diamondhead, MS 39525  (228-255-4300) | | | |
| Condition bronchitis/pneumonia | Date of Diagnosis 10-01-07 | Suffered Prior To Trailer? No | |
| Diagnosing Physician B. Wilbrandt | | Condition Worsened By Trailer? Yes | |
| Address of Physician Memorial Minor Care, Gulfport, MS 39503 | | | |
| Condition bronchitis/pneumonia | Date of Diagnosis 10-19-07 | Suffered Prior To Trailer? No | |
| Diagnosing Physician D. Sawyer | | Condition Worsened By Trailer? Yes | |
| Address of Physician Memorial Minor Care Gulfport MS 39503 | | | |
| Condition Upper Respiratory Infection | Date of Diagnosis 9-21-07 | Suffered Prior To Trailer? No | |
| Diagnosing Physician Dr. Ataryia | | Condition Worsened By Trailer? Yes | |
| Address of Physician Memorial Minor Care, Gulfport MS 39503 | | | |
| Condition Sinus Infections | Date of Diagnosis 2007-2008 | Suffered Prior To Trailer? Yes | |
| Diagnosing Physician Dr. David Roberts | | Condition Worsened By Trailer? Yes | |
| Address of Physician Diamondhead, MS 39525 | | | |

Freeman, Priscilla - WLF#211947

| Condition | Shortness of Breath, Pneumonia | Date of Diagnosis | bronchitis, pneumonia | Suffered Prior To Trailer? _____ |
|---|---|---|---|---|
| Diagnosing Physician | Free Clinic | 12/2006 | | Condition Worsened By Trailer? ✔ |
| Address of Physician | Pass Christian, MS | | | |

| Condition | Respiratory Infection | Date of Diagnosis | 11/2006 | Suffered Prior To Trailer? _____ |
|---|---|---|---|---|
| Diagnosing Physician | Free Clinic | | | Condition Worsened By Trailer? ✔ |
| Address of Physician | Pass Christian, MS | | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

Freeman, Priscilla - WLF#211947

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff          Priscilla Freeman          06|10|08
                                Print Your Name            Date

211249

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Freeman, Stephen | ) | |
| | ) | |
| _____ | ) | |

<u>PLAINTIFF FACT SHEET</u>

## I.      INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

     Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

     If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Freeman, Stephen - WLF#211299

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ✓ throat irritation | ___ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ✓ pneumonia | ___ blood in urine |
| ✓ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ✓ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ___ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ✓ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| ✓ sinus infection / sinusitis | ___ cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition Pneumonia | Date of Diagnosis 10\|2\|0? | Suffered Prior To Trailer? ____ |
| Diagnosing Physician Dr. Wooten | | Condition Worsened By Trailer? ✓ |
| Address of Physician Vicksburg  MS | | |

| | | |
|---|---|---|
| Condition Pneumonia | Date of Diagnosis 11\|24\|0? | Suffered Prior To Trailer? ____ |
| Diagnosing Physician Dr. David Roberts | | Condition Worsened By Trailer? ✓ |
| Address of Physician 5435 Gex Dr. DiamondHead Ms 39525 | | |

| | | |
|---|---|---|
| Condition bronchitis | Date of Diagnosis 2\|10\|08 | Suffered Prior To Trailer? ____ |
| Diagnosing Physician Dr. David Roberts | | Condition Worsened By Trailer? ____ |
| Address of Physician 5435 Gex Dr | | |

| | | |
|---|---|---|
| Condition Sinus infection/Sinusitis | Date of Diagnosis 5\|25\|08 | Suffered Prior To Trailer? ____ |
| Diagnosing Physician Dr. David Roberts | | Condition Worsened By Trailer? ✓ |
| Address of Physician 5435 Gex Dr | | |

| | | |
|---|---|---|
| Condition Staff infection | Date of Diagnosis 6\|20\|07 | Suffered Prior To Trailer? ____ |
| Diagnosing Physician Dr. Donald R Rayner | | Condition Worsened By Trailer? ✓ |
| Address of Physician Biloxi, MS | | |

Freeman, Stephen - WLF#211299

| | | |
|---|---|---|
| Condition Sinusitis / bronchitis Date of Diagnosis 9 | 1 | 08 | Suffered Prior To Trailer? _____ |
| Diagnosing Physician DR Barbora Higgins | Condition Worsened By Trailer? _____ |
| Address of Physician 5435 G EX DR. DiamondHead MS 39525 | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician N/A | Condition Worsened By Trailer? _____ |
| Address of Physician | |

Freeman, Stephen - WLF#211299

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Stephen Freeman**<br>**Print Your Name** | 10/14/08<br>**Date** |

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Fulton, Robert | ) ) ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer? _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Unknown

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Fulton, Robert - WGC#208856

Manufacturer: <u>Gulf Stream</u>

VIN: <u>INLIGTR2761030941</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/1/2005</u>

Move-out Date: <u>12/1/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>Rd. 220 # 6046</u>

City: <u>Pearlington</u> _____ State: <u>MS</u> Zip: <u>39572</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>It was closing in on us and getting difficult to breath</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>Weekends only</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>Weekends only aslong as posible about 10 or</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Air condition around April or may 2006 battenig box conor 12/03/2005</u>

Fulton, Robert - WLF#208856

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | Robert Fulton<br>**Print Your Name** | 10-8-08<br>**Date** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 208856  
**Case Name** Fulton, Robert  
**DOB** 7/6/1955      **SSN** 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

**Cause No.** 08-5031  
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | My place of birth was New Orleans, LA. |

| Question # | Question |
|---|---|
| 2. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the approximate square footage. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 3. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the approximate length and width. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | Did not provide other tobacco use history, as required by Section VI (D). Specifically, plaintiff indicated that he stopped smoking in 8/08, but he failed to indicate how long and how much he smoked before quitting. |
| | **Answer** |
| | I do not recall how long or how much I smoked. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall any facilities. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 6. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall any providers. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 208856  
**Case Name** Fulton, Robert  
**DOB** 7/6/1955   **SSN** 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

**Cause No.** 08-5031  
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 7. | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
| | **Answer** |
| | I do not recall the pharmacies. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 8. | Signed a HIPAA Authorization for psychological/psychiatric records for plaintiffs not making a claim for emotional distress, but failed to provide last four digits of social security number. |
| | **Answer** |
| | Please see attached. |

_____  
Plaintiff or Representative

3/31/2009  
_____  
Date

208856

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|
| | **AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)** |

Name: Fulton, Robert

Date of Birth: 7/6/1955

Last Four Numbers of SSN: 8763

I hereby authorize _____. _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** _____ _____**and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____