UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
| | **AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)** |

Name: Fulton, Robert

Date of Birth: 7/6/1955

Last Four Numbers of SSN: 8763

I hereby authorize _Robert Fulton_ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ _____** and/or any of their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

Fulton, Robert - WLF#208856

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE       MDL No. 1873
PRODUCT LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: Fulton, Robert

Date of Birth: 7/6/1955

Last Four Numbers of SSN: 8763

    I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____and/or any of their designated agents. These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

    I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or lost
earning capacity.)

Name: Fulton, Robert

Date of Birth: 7/6/1955

Last Four Numbers of SSN: 8763

    I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard,
Suite 2900, Metairie, LA 70002,** along with other defense counsel in the above-captioned
matter, the law firm of _____
and/or any of their designated agents. These records shall be used or disclosed solely in
connection with the currently pending FEMA Formaldehyde product liability litigation involving
the person named above. This authorization shall cease to be effective as of the date on which
the above-named person's FEMA Formaldehyde product liability litigation concludes. I
understand that this authorization includes the above-named person's complete employment
personnel file with the exception of W-4 and W-2 forms (including attendance reports,
performance reports, medical reports, workers' compensation claims), and also includes all other
records relating to employment, past and present, all records related to claims for disability, and
all educational records (including those relating to courses taken, degrees obtained, and
attendance records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

    Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: _____

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name<br>Fulton, Robert | Birth Date<br>7/6/1955 | Social Security No. |
|---|---|---|
| Address: P.O. Box 742<br>City: Pearlington          State: MS | | Telephone No.: 504-512-1218<br>Zip Code: 39572 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* ._____

*Title.* ._____

*Address.*_____

Purpose; To Protect My Legal Rights_____

For Treatment Date(s): All Available

| Type of Access<br><br>Requested:<br><br><br>q  Copies of the<br>records &<br>q  Inspection of the<br>record | q  Abstract/pertinent<br>q  Emergency Room<br>q  H&P<br>q  Consult Report<br>q  Operative Report<br>q  Rehab Services | q  Lab<br>q  Imaging/Radiology<br>q  Cardiac Studies<br>q  Face Sheet<br>q  Nursing Notes<br>q  Medication Record | q  Progress Notes<br>q  Physician's Orders<br>q  Entire Record<br>❏  Other_____ |
|---|---|---|---|

_____ I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must
do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation
will not apply to information that has already been released in response to this authorization. I understand that the revocation
will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the
recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My
refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- You are specifically not authorized to speak or confer with anyone except me, or my attorneys,
unless you have the written consent of my attorneys or me.

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____          _____
Signature of Patient/Legal Representative          Date

If signed by legal representative, relationship to patient: _____

Fulton, Robert - WLF#208856

## PRIVACY ACT RELEASE LANGUAGE

I, __Robert Fulton_____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

__Watts Hilliard, L.L.C._____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: _Robert Fulton_____

Name: __Robert Fulton_____

Signature:_____

211642

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) |
| | ) |
| THIS RELATES TO: | ) ) |
| Plaintiff: Galloway, Charles | ) ) ) |

MDL NO. 1873

SECTION: N(4)

JUDGE: ENGELHARDT
MAG: ROBY

<u>PLAINTIFF FACT SHEET</u>

**I.    INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Galloway, Charles - WLF#211642

____bronchitis
____throat irritation
____hoarseness
____laryngitis
____pneumonia
____upper respiratory tract infections
____pulmonary edema
____asthma attacks for the first time in your life
____asthma attacks that are recurrence of childhood
     asthma
____allergies for the first time in your life
____worsening of allergies that you had previous to
     living in FEMA trailer
____burning sensation in chest
____pharyngitis
____sinus infection / sinusitis

____allergic contact dermatitis
____dizziness
____unconsciousness
____convulsions or seizures
____blood in urine
____abnormal liver enzymes
____nephritis (inflammation of kidneys)
____low blood pressure
____hypothermia (low body temperature)
____miscarriage or stillbirth
____abnormal laboratory tests on blood
____abnormal laboratory tests on urine
____irregular heartbeat
____emphasema
____RADS: reactive airway dysfunction
____cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Galloway, Charles - WLF#211642

Manufacturer: **Gulfstream**

VIN: **INLIGTR2961077436**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel trailer

Move-in Date: **3/2006**

Move-out Date: **Occupied**

Please state the mailing address and physical location for the trailer or mobile home unit:

286 New Home Church Rd
Jayess NS 39641

Was the FEMA trailer or mobile home located in a trailer park or on private property? private property

State the reason you stopped living in the FEMA trailer or mobile home: haven't stopped

Please state the approximate square footage of the FEMA housing unit: 30 ft by 5

Please state the approximate length and width of the FEMA housing unit: "                    "

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12 hours

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? yes

Is/was the FEMA housing unit hooked up to a sewer line? yes

Is/was the FEMA housing unit hooked up to an electrical line? yes

Is/was the FEMA housing unit hooked up to a natural gas line? yes

Is/was propane gas used in the FEMA housing unit? yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? none

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
no

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? no

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? no

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? no

If "Yes," please state the date and reason for repair, service or maintenance:

Galloway, Charles - WLF#211642

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Charles Galloway* | Charles Galloway | 10-21-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211642                          **Cause No.** 08-5031
**Case Name** Galloway, Charles          **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 3/19/1944   **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |
| 2. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |
| 3. | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| | **Answer** |
| | I have been suffering from headaches, dizziness, shortness of breath and sinus problems. |
| 4. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | To my knowledge, I have not been diagnosed with cancer. |
| 5. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | All of my symptoms began occurring in 2006. I do not recall the exact dates. If I remember or if in the course of researching my case, my attorney finds the information, a supplemental response will be provided. |
| 6. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | The only thing I suffered from prior to living in the trailer is the sinus problems. |
| 7. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | My sinus problems got much worse after living in the FEMA trailer. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211642
**Case Name** Galloway, Charles
**DOB** 3/19/1944  **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 8. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
|  | **Answer** |
|  | I had sinus problems prior to moving into the FEMA trailer, and there is no recovery information. |
| 9. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).  Specifically, did not provide address(es) prior to 2006. |
|  | **Answer** |
|  | I do not recall the exact dates of living at these address, but below are the only two addresses I have lived at in the past 5 years.<br><br>286 New Home Church Rd.<br>Jayess, MS<br><br>3020 Broadway Apt 5<br>New Orleans, LA |
| 10. | Did not provide name of the state issuing plaintiff's Driver's License, as required by Section IV (B). |
|  | **Answer** |
|  | My driver's license was issued in Louisiana. |
| 11. | Did not provide place of birth, as required by Section IV (C). |
|  | **Answer** |
|  | I was born in Jayess, Mississippi. |
| 12. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
|  | **Answer** |
|  | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 13. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
|  | **Answer** |
|  | The only doctor I have seen is Dr. Goldman at Oschner Clinic on Clearview in Jefferson, LA. |
| 14. | Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or |

# Plaintiff Fact Sheet Deficiency Answers

| WGC# 211642 | |
|---|---|
| Cause No. 08-5031 | |
| Case Name Galloway, Charles | Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et al |
| DOB 3/19/1944   SSN 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 | |

| | |
|---|---|
| | injury was related to living in a FEMA housing unit, as required by Section VII (D). |
| **Answer** | |
| | I have not been told by any healthcare professional that my injuries are a result of living in the FEMA trailer. |

| Question # 15. | |
|---|---|
| **Question** | |
| | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| **Answer** | |
| | I do not recall the physician. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # 16. | |
|---|---|
| **Question** | |
| | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| **Answer** | |
| | I do not recall the physicians. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # 17. | |
|---|---|
| **Question** | |
| | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| **Answer** | |
| | I do not recall any providers. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # 18. | |
|---|---|
| **Question** | |
| | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| **Answer** | |
| | I do not recall any providers. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # 19. | |
|---|---|
| **Question** | |
| | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| **Answer** | |
| | I do not recall any providers. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # 20. | |
|---|---|
| **Question** | |
| | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211642                          **Cause No.** 08-5031
**Case Name** Galloway, Charles            **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 3/19/1944    **SSN** 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

| |
|---|
| required by Section IX (F). |
| Answer |
| I do not recall the pharmacies. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative                    Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Garcia, Eugene | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>Yes Breathing,eyes,throat problems.</u>
    _____
    _____
    _____

Garcia, Eugene - WGC#205298

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>1NL1GTR2461015684</u>

Bar Code Number: <u>1120060</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>02/01/2006</u>

Move-out Date: <u>8/03/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>6231 Lander Ave</u>

City: <u>Bay St. Louis</u>          State: <u>MS</u>     Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>I purchased a home destroyed by Katrina in same location 2 mls. apart.</u>

Please state the approximate square footage of the FEMA housing unit: <u>approx 300</u>

Please state the approximate length and width of the FEMA housing unit: <u>10 x 30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12 - 14 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>50-50</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>I was drawing</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>I was drawing unemployment</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Came out for mold growth in bathroom and around door and window.</u>

Garcia, Eugene - WLF#205298

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Eugene Garcia* | Eugene Garcia | 10/16/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Garriga, Cameron | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Garriga, Cameron - WGC#201823

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?

5. When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Garriga, Cameron - WGC#201823

Manufacturer: __Gulf Stream__

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  __Travel__

Move-in Date: __10/01/2005__

Move-out Date: __05/01/2006__

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: __120 n. ida lane__

City: __long beach__                      State: __MS__      Zip: __39560__

Was the FEMA trailer or mobile home located in a trailer park or on private property?  __Privat__

State the reason you stopped living in the FEMA trailer or mobile home:

__sickness we were also constantly locked in due to the door jamming the oven micro wave did not function mother__
__passed out due to formaldehyde exposes__

Please state the approximate square footage of the FEMA housing unit: __96 squ.__

Please state the approximate length and width of the FEMA housing unit: __12 ft.__

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  __15 hour__

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  __Yes__

Is/was the FEMA housing unit hooked up to a sewer line?  __Yes__

Is/was the FEMA housing unit hooked up to an electrical line?  __Yes__

Is/was the FEMA housing unit hooked up to a natural gas line?  __No__

Is/was propane gas used in the FEMA housing unit?  __Yes__

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home?  __5 days weekly__

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
__No__

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?  __5 days weekly__

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  __Yes__

If "Yes," please state when the test was performed and who prepared this testing:

__the long niche tire daft chickadee when called to mm home from being umconcious carbon__

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  __No__

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  __Yes__

If "Yes," please state the date and reason for repair, service or maintenance:

__they attempted to fex the door twice looked at the stove/ microwave checked for carbon mrovide leveled the trailer__

Garriga, Cameron - WLF#201823

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Kelly Garriga_
**Signature of Plaintiff**

**Kelly Garriga, as Next Friend of**
**Cameron  Garriga, a minor**
**Print Your Name**

10-9-08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| ——————————————— | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: Garriga, Klain | )<br>) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
    _____
    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**      Garriga, Klain - WGC#201825

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>05/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>102 n. ida ln.</u>

City: <u>long beach</u>        State: <u>MS</u>    Zip: <u>39560</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>illness. we were also constantly locked in due to door malfunction . the oven microwave did not work . another</u>
<u>passed out due to formaldehyde exposure eyes nose always burning</u>

Please state the approximate square footage of the FEMA housing unit: <u>96 Sq. ft</u>

Please state the approximate length and width of the FEMA housing unit: <u>12 ft.length 8</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>15 hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>minor</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>minor</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state when the test was performed and who prepared this testing:

<u>Long Beach Fire Dept. chocked for carbon monoxide after mother of Klan was discovered innocuous</u>

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Twice Looked at the stove / microwave , checked for carbon monoxide leveled the trailer (to try to fix the door</u>

Garriga, Klain - WLF#201825

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Kelly Garriga* | **Kelly Garriga, as Next Friend of** | 10-10-08 |
| Signature of Plaintiff | **Klain  Garriga, a minor** | Date |
| | **Print Your Name** | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————— | ) ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Russell Gatlin ———— | ) ) ) | |
| ——————————— | ) | |

PLAINTIFF FACT SHEET

## I.  INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

- ☑ bronchitis
- ☑ throat irritation
- ☑ hoarseness
- ☐ laryngitis
- ☐ pneumonia
- ☑ upper respiratory tract infections
- ☐ pulmonary edema
- ☑ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☐ allergies for the first time in your life
- ☐ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☑ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☑ blood in urine
- ☑ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☐ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. Diabetes, high blood pressure, joint pain problems, swelling of joints and blindness.

_____

_____

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? No

    If yes, which kind of cancer?

    _____

5.  When do you claim this injury or disease first occurred? I do not recal.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
    Yes ☐        No ☑

    *If "Yes,"* when and who diagnosed the condition at that time?

    _____

    _____

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
    Yes ☐        No ☑

    *If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

5.  Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☑   Mobile Home ☐

6.  Move-in Date: 12/2005

7.  Move-out Date: 03/2007

8.  Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
    7033 Road 140, Ladner Feed #84, Bay St. Louis, MS

9.  Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer Park

10. State the reason you stopped living in the FEMA trailer or mobile home:
    Formaldehyde poisoning.

11. Please state the approximate square footage of the FEMA housing unit: I do not recall.

12. Please state the approximate length and width of the FEMA housing unit: I do not recall.

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 8 to 10 hours a day.

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☑     No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☑     No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☑     No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐     No ☑

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☑     No ☐

9

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Russell Gatlin_     _Russell Gatlin_     _9-4-09_

**Signature of Plaintiff**       **Print Your Name**       **Date**

18

**Claimant Name: Russell Gatlin**
**Claimant's Attorney: Parker Waichman Alonso, LLP**

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
   <u>Supplemental Response</u>: Approximately March 2006

2. Did not provide plaintiff's educational background, as required by Section IV (E).
   <u>Supplemental Response</u>: Graduated 1970

3. Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
   <u>Supplemental Response</u>: Plaintiff had no income 2007 – 2009 until he received disability in 2009.  Prior to 2007 he was making approximately $18,000 - $21,000 a year

4. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
   <u>Supplemental Response</u>: Approximately 330 square feet

5. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).
   <u>Supplemental Response</u>: Approximately 33 feet  x 10 feet

6. Did not provide other tobacco use history, as required by Section VI (D).
   <u>Supplemental Response</u>: Question does not apply to plaintiff

7. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G).
   <u>Supplemental Response</u>: Plaintiff had a chest x-ray at Hancock Medical Center, ordered by the ER physician, on or about and between 2005 and 2007 for shortness of breath.

8. Did not provide other tobacco use history, as required by Section VI (D).
   <u>Supplemental Response</u>: Question does not apply to plaintiff

9. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
   <u>Supplemental Response</u>: Plaintiff not making a claim for emotional damages

_____                    _____
Plaintiff or Representative                                                    Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Gelpi, Chris | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Gelpi, Chris - WGC#207009

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Skin Problem+ Sinus

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                Gelpi, Chris - WGC#207009

Manufacturer:  Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Yes _____

Move-in Date: 10/1/2005 _____

Move-out Date: 12/1/2005 _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address:  Scenic Trails _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property?  Trailer

State the reason you stopped living in the FEMA trailer or mobile home:

Closer to home + work _____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  Yes ____

Is/was the FEMA housing unit hooked up to a sewer line?  No ____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line?  No _____

Is/was propane gas used in the FEMA housing unit?  Yes ____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?  40Hrs. 4 days _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No ____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location?  40Hrs. 4 days _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Gelpi, Chris - WLF#207009

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     **Chris Gelpi**_____     _10/15/08_____
**Signature of Plaintiff**                      **Print Your Name**                        **Date**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | ) | **MDL NO. 1873** |
| **FORMALDEHYDE** ) | | |
| **PRODUCT LIABILITY LITIGATION** | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | **JUDGE: ENGELHARDT** |
| **THIS RELATES TO:** | ) | **MAG: ROBY** |
| | ) | |
| **Plaintiff:** | ) | |
| | ) | |
| Gildersleeve, Pearlene | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**


## I.    INSTRUCTIONS


IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.


Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

☐ hoarseness

☐ laryngitis

☐ pneumonia

☐ upper respiratory tract infections

☐ pulmonary edema

☐ asthma attacks for the first time in your life

☐ asthma attacks that are recurrence of

      childhood asthma

☐ allergies for the first time in your life

☐ worsening of allergies that you had previous

      to living in FEMA trailer

☐ allergic contact dermatitis

☐ dizziness

☐ unconsciousness

☐ convulsions or seizures

☐ blood in urine

☐ abnormal liver enzymes

☐ nephritis (inflammation of kidneys)

☐ low blood pressure

☐ hypothermia (low body temperature)

☐ miscarriage or stillbirth

☐ abnormal laboratory tests on blood

☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____

If yes, which kind of cancer? _____

5. When do you claim this injury or disease first occurred?_____

5

5.    Was the temporary housing unit provided to you by FEMA a travel trailer or a
mobile home?  Travel Trailer ☐    Mobile Home ☐

6.    Move-in Date: _____

7.    Move-out Date: _____

8.    Please state the mailing address and physical location for the FEMA trailer or
mobile home unit.

_____

_____

9.    Was the FEMA trailer or mobile home located in a trailer park or on private
property? _____

10.   State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

11.   Please  state  the  approximate  square  footage  of  the  FEMA  housing
unit:_____

12.   Please  state  the  approximate  length  and  width  of  the  FEMA  housing
unit:_____

13.   What is/was the average number of hours spent in the FEMA trailer or mobile
home each day?_____

13

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542      **Cause No.** 08-5031

**Case Name** Gildersleeve, Pearlene      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 11/4/1955    **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | My injuries first occurred in October of 2005. |
| 2. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6) |
| | **Answer** |
| | No I did not suffer from the symptoms prior to trailer other than diabetes and kidney disease. |
| 3. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I am diabetic and have been since before living in trailer and I also have a kidney disease. My kidney function worsened after living in trailer. |
| 4. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | After moving out of the trailer, the symptoms that I started having while living in the trailer cleared up. I have not recovered from the other illnesses that I had prior to the trailer. |
| 5. | Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | I am not claiming medical expenses. |
| 6. | Did not provide plaintiff's State Driver's License Number, as required by Section IV (B). |
| | **Answer** |
| | My drivers license was issued in MS. |
| 7. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Mobile, AL. |
| Question # | Question |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542

**Cause No.** 08-5031

**Case Name** Gildersleeve, Pearlene

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 11/4/1955   **SSN** 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

---

| 8. | Did not provide plaintiff's educational background, as required by Section IV (E). |
|----|----|
| | **Answer** |
| | I completed three years of college at MS Gulf Coast College, which I attended until the hurricane in 2005. I attended Moss Point High, in Moss Point, MS, I graduated in 1971 with my diploma. |

| Question #<br>9. | **Question**<br>Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
|----|----|
| | **Answer** |
| | I was a teacher's assistant at Ross Point School. I do not recall any more specific information regarding my employment history. If i remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>10. | **Question**<br>Did not provide the Bar Code Number, as required by Section V (A)(4). |
|----|----|
| | **Answer** |
| | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>11. | **Question**<br>Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
|----|----|
| | **Answer** |
| | I do not recall if it was a travel trailer or mobile home. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question #<br>12. | **Question**<br>Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
|----|----|
| | **Answer** |
| | I do not recall the square footage. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>13. | **Question**<br>Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
|----|----|
| | **Answer** |
| | I do not recall the length and width. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>14. | **Question**<br>Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section |
|----|----|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542

**Case Name** Gildersleeve, Pearlene

**DOB** 11/4/1955   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

V (A)(14).

**Answer**

I do not recall if the unit was jacked up. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 15. | Did not provide information regarding the dates on which other persons resided in the FEMA housing unit, or the personal injury information of the other persons who resided in the FEMA housing unit, as required by Section V (E). |

**Answer**

Rilbert Gildersleeve, age 68, lived in the trailer. His current address is 2114 Resca DeLa Palma St., and his current phone number is 224-762-0662. He lived there from 9/9/2005 to 4/22/2006.I do not recall the nature of his personal injury claim. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 16. | Did not indicate whether plaintiff has ever suffered from long term stomach or bowel disease, as required Section VI (F)(3). |

**Answer**

No, I have not suffered from long term stomach or bowel disease.

| Question # | Question |
|---|---|
| 17. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Answer**

I was treated by Dr. Kristin Vergust at 3099 Bienville Blvd. in Pascagoula, MS.

| Question # | Question |
|---|---|
| 18. | Did not sign the Privacy Act Release. |

**Answer**

Please see attached.

| Question # | Question |
|---|---|
| 19. | Although plaintiff indicated that she is not making a claim for lost wages, she did not provide an executed Authorization for Release of Employment Records for plaintiffs not making a claim for lost wages. |

**Answer**

Please see attached.

_____

Plaintiff or Representative

8/19/2009

Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542

**Case Name** Gildersleeve, Pearlene

**DOB** 11/4/1955   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | My injuries first occurred in October of 2005. |

| Question # | Question |
|---|---|
| 2. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6) |
| | **Answer** |
| | No I did not suffer from the symptoms prior to trailer other than diabetes and kidney disease. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I am diabetic and have been since before living in trailer and I also have a kidney disease. My kidney function worsened after living in trailer. |

| Question # | Question |
|---|---|
| 4. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | After moving out of the trailer, the symptoms that I started having while living in the trailer cleared up. I have not recovered from the other illnesses that I had prior to the trailer. |

| Question # | Question |
|---|---|
| 5. | Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | I am not claiming medical expenses. |

| Question # | Question |
|---|---|
| 6. | Did not provide plaintiff's State Driver's License Number, as required by Section IV (B). |
| | **Answer** |
| | My drivers license was issued in MS. |

| Question # | Question |
|---|---|
| 7. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Mobile, AL. |

| Question # | Question |
|---|---|

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542                          **Cause No.** 08-5031
**Case Name** Gildersleeve, Pearlene     **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/4/1955   **SSN** 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

| 8. | Did not provide plaintiff's educational background, as required by Section IV (E). |
|---|---|
| | **Answer** |
| | I completed three years of college at MS Gulf Coast College, which I attended until the hurricane in 2005. I attended Moss Point High, in Moss Point, MS, I graduated in 1971 with my diploma. |

| Question #<br>9. | **Question** |
|---|---|
| | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | I was a teacher's assistant at Ross Point School. I do not recall any more specific information regarding my employment history. If i remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>10. | **Question** |
|---|---|
| | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>11. | **Question** |
|---|---|
| | Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
| | **Answer** |
| | I do not recall if it was a travel trailer or mobile home. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question #<br>12. | **Question** |
|---|---|
| | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>13. | **Question** |
|---|---|
| | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>14. | **Question** |
|---|---|
| | Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542                                    **Cause No.** 08-5031
**Case Name** Gildersleeve, Pearlene        **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/4/1955    **SSN** 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

| | |
|---|---|
| | V (A)(14). |
| | **Answer** |
| | I do not recall if the unit was jacked up. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>15. | **Question** |
|---|---|
| | Did not provide information regarding the dates on which other persons resided in the FEMA housing unit, or the personal injury information of the other persons who resided in the FEMA housing unit, as required by Section V (E). |
| | **Answer** |
| | Rilbert Gildersleeve, age 68, lived in the trailer. His current address is 2114 Resca DeLa Palma St., and his current phone number is 224-762-0662. He lived there from 9/9/2005 to 4/22/2006.I do not recall the nature of his personal injury claim. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

| Question #<br>16. | **Question** |
|---|---|
| | Did not indicate whether plaintiff has ever suffered from long term stomach or bowel disease, as required Section VI (F)(3). |
| | **Answer** |
| | No, I have not suffered from long term stomach or bowel disease. |

| Question #<br>17. | **Question** |
|---|---|
| | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I was treated by Dr. Kristin Vergust at 3099 Bienville Blvd. in Pascagoula, MS. |

| Question #<br>18. | **Question** |
|---|---|
| | Did not sign the Privacy Act Release. |
| | **Answer** |
| | Please see attached. |

| Question #<br>19. | **Question** |
|---|---|
| | Although plaintiff indicated that she is not making a claim for lost wages, she did not provide an executed Authorization for Release of Employment Records for plaintiffs not making a claim for lost wages. |
| | **Answer** |
| | Please see attached. |

_____          8/19/2009
Plaintiff or Representative                        Date

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542      **Cause No.** 08-5031
**Case Name** Gildersleeve, Pearlene      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/4/1955      **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | My injuries first occurred in October of 2005. |
| 2. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6) |
| | **Answer** |
| | No I did not suffer from the symptoms prior to trailer other than diabetes and kidney disease. |
| 3. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I am diabetic and have been since before living in trailer and I also have a kidney disease. My kidney function worsened after living in trailer. |
| 4. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | After moving out of the trailer, the symptoms that I started having while living in the trailer cleared up. I have not recovered from the other illnesses that I had prior to the trailer. |
| 5. | Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | I am not claiming medical expenses. |
| 6. | Did not provide plaintiff's State Driver's License Number, as required by Section IV (B). |
| | **Answer** |
| | My drivers license was issued in MS. |
| 7. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Mobile, AL. |
| Question # | Question |

## Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 211542 | **Cause No.** 08-5031 |
| **Case Name** Gilderslecve, Pearlene | **Case Style** Belinda H. Bauer, et al., v Liberty Homes, Inc., et |
| **DOB** 11/4/1955   **SSN** 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 | |

| # | Question |
|---|---|
| 8. | Question |
| | Did not provide plaintiff's educational background, as required by Section IV (E). |
| | **Answer** |
| | I completed three years of college at MS Gulf Coast College, which I attended until the hurricane in 2005. I attended Moss Point High, in Moss Point, MS, I graduated in 1971 with my diploma. |

| # | Question |
|---|---|
| 9. | Question |
| | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | I was a teacher's assistant at Ross Point School. I do not recall any more specific information regarding my employment history. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| # | Question |
|---|---|
| 10. | Question |
| | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| # | Question |
|---|---|
| 11. | Question |
| | Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
| | **Answer** |
| | I do not recall if it was a travel trailer or mobile home. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| # | Question |
|---|---|
| 12. | Question |
| | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| # | Question |
|---|---|
| 13. | Question |
| | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| # | Question |
|---|---|
| 14. | Question |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542

**Cause No.** 08-5031

**Case Name** Gildersleeve, Pearlene

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 11/4/1955   **SSN** 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

| Question # | |
|---|---|
| | V (A)(14). |
| | **Answer** |
| | I do not recall if the unit was jacked up. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **15.** | **Question** |
| | Did not provide information regarding the dates on which other persons resided in the FEMA housing unit, or the personal injury information of the other persons who resided in the FEMA housing unit, as required by Section V (E). |
| | **Answer** |
| | Rilbert Gildersleeve, age 68, lived in the trailer. His current address is 2114 Resca DeLa Palma St., and his current phone number is 224-762-0662. He lived there from 9/9/2005 to 4/22/2006.I do not recall the nature of his personal injury claim. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **16.** | **Question** |
| | Did not indicate whether plaintiff has ever suffered from long term stomach or bowel disease, as required Section VI (F)(3). |
| | **Answer** |
| | No, I have not suffered from long term stomach or bowel disease. |
| **17.** | **Question** |
| | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I was treated by Dr. Kristin Vergust at 3099 Bienville Blvd. in Pascagoula, MS. |
| **18.** | **Question** |
| | Did not sign the Privacy Act Release. |
| | **Answer** |
| | See attached. |
| **19.** | **Question** |
| | Although plaintiff indicated that she is not making a claim for lost wages, she did not provide an executed Authorization for Release of Employment Records for plaintiffs not making a claim for lost wages. |
| | **Answer** |
| | Will supplement. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211542                          **Cause No.** 08-5031

**Case Name** Gildersleeve, Pearlene      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 11/4/1955   **SSN** 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

---

_____   3/31/2009 _____
Plaintiff or Representative        Date

211242

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)**

Name: Gildersleeve, Pearlene

Date of Birth: 11/4/1955

Last Four Numbers of SSN: 4741

     I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** _____ **and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

     This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

     This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

Gildersleeve, Pearlene - WLF#211542

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this       day of              , 2008.

_Pearlene Gildersleeve_
(PLAINTIFF OR REPRESENTATIVE)

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name: Gildersleeve, Pearlene

Date of Birth: 11/4/1955

Last Four Numbers of SSN: 4741

    I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____and/or any of their designated agents.  These
records shall be used or disclosed solely in connection with the currently pending FEMA
Formaldehyde product liability litigation involving the person named above.  This authorization
shall cease to be effective as of the date on which the above-named person's FEMA
Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing
information.  It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

Gildersleeve, Pearlene - WLF#211542

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_Pearlene Gildersleeve_
**[PLAINTIFF OR REPRESENTATIVE]**

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)**

Name: Gildersleeve, Pearlene

Date of Birth: 11/4/1955

Last Four Numbers of SSN: 4741

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002,** along with other defense counsel in the above-captioned matter, the law firm of _____ and/or any of their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or lost
earning capacity.)

Name: Gildersleeve, Pearlene

Date of Birth: 11/4/1955

Last Four Numbers of SSN: 4741

I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard,
Suite 2900, Metairie, LA 70002,** along with other defense counsel in the above-captioned
matter, the law firm of _____
and/or any of their designated agents. These records shall be used or disclosed solely in
connection with the currently pending FEMA Formaldehyde product liability litigation involving
the person named above. This authorization shall cease to be effective as of the date on which
the above-named person's FEMA Formaldehyde product liability litigation concludes. I
understand that this authorization includes the above-named person's complete employment
personnel file with the exception of W-4 and W-2 forms (including attendance reports,
performance reports, medical reports, workers' compensation claims), and also includes all other
records relating to employment, past and present, all records related to claims for disability, and
all educational records (including those relating to courses taken, degrees obtained, and
attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this ____ day of ____ ____, 2008.

_____
*[PLAINTIFF OR REPRESENTATIVE]*
If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information  (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Gildersleeve, Pearlene | 11/4/1955 | 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 |

| Address: 2114 Resca De La Palma St. | Telephone No.: 228-762-0662 |
|---|---|
| City: Pascagoula          State: MS | Zip Code: ~~39581~~  39567 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. _Dr Tracy Pittman_____
Title. _Kidney Disease Hypertension___
Address _12 merk Rd Ocean Springs ms 39564_
Purpose: To Protect My Legal Rights
For Treatment Date(s): All Available

| Type of Access | | | |
|---|---|---|---|
| **Requested:** | q Abstract/pertinent<br>q Emergency Room<br>q H&P<br>q Consult Report<br>q Operative Report<br>q Rehab Services | q Lab<br>q Imaging/Radiology<br>q Cardiac Studies<br>q Face Sheet<br>q Nursing Notes<br>q Medication Record | q Progress Notes<br>q Physician's Orders<br>q Entire Record<br>q Other_____ |
| q Copies of the<br>records &<br>q Inspection of the<br>record | | | |

_P.L._   I acknowledge, and hereby consent to such, that the released information may contain
*Initials*   alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed): _P.L._

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_Pearlene Gildersleeve_____
Signature of Patient/Legal Representative                          Date

If signed by legal representative, relationship to patient: _____

Gildersleeve, Pearlene - WLF#211542

## PRIVACY ACT RELEASE LANGUAGE

I, _Pearlene Gildersleeve_ _____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_Watts Hilliard, LLC_ _____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: 10-10-08

Name: _Pearlene Gildersleeve_

Signature: _Pearlene Gildersleeve_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Gines, Frances Luvern | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Gines, Frances Luvern - WGC#201850

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>Yes</u>

If yes, which kind of cancer?  _____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>I did not have any cancer or sickness like this period.</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Gines, Frances Luvern - WGC#201850

Manufacturer: Gulf Stream

VIN: 93-9189247

Bar Code Number: 145758

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 09/01/2005

Move-out Date: 01/01/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 629 Division St.

City: Biloxi                    State: MS      Zip: 39530

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Moved back into home.

Please state the approximate square footage of the FEMA housing unit: Normal size

Please state the approximate length and width of the FEMA housing unit: Normal size

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 15 - 24 hours

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home?

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Air conditioning , Heater , Leaking Rain / Mood.

Gines, Frances Luvern - WLF#201850

## CERTIFICATION

   I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Frances Gines* | Frances Gines | 1-23-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

WLF# 220160

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Goff, Demetrous | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet** must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Goff, Demetrous - WLF#220160

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| _✓_throat irritation | _✓_dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| _✓_asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ___worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on urine |
| | ___irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ___sinus infection / sinusitis | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _Dizziness_ | Date of Diagnosis _N/A_ | Suffered Prior To Trailer? _'_ |
|---|---|---|
| Diagnosing Physician _Mobile infirmary_ | | Condition Worsened By Trailer? _✓_ |
| Address of Physician _5 Mobile Infirmary Cr 36607_ | | |

| Condition _Chest tightness_ | Date of Diagnosis _N/A_ | Suffered Prior To Trailer? ___ |
|---|---|---|
| Diagnosing Physician _ER Doctor Providence_ | | Condition Worsened By Trailer? ___ |
| Address of Physician _6801 Airport Blvd Mobile Al 36608_ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? ___ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ___ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? ___ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ___ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? ___ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ___ |
| Address of Physician _____ | | |

**TRAILER 1**                                          Goff, Demetrous - WLF#220160

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Yes trailer_

Move-in Date: **8/2005**

Move-out Date: **1/2006**

Please state the mailing address and physical location for the trailer or mobile home unit:
**1709 Parkway Drive**
**Mobile AL 36005**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private property_

State the reason you stopped living in the FEMA trailer or mobile home: _____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _N/A_

Please state the approximate length and width of the FEMA housing unit: _N/A_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _8_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _off N/A_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _No_

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _N/A_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _N/A_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _N/A_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _N/A_

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

Goff, Demetrous - WLF#220160

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _____ | Demetrous Goff | 10/20/08 |
|---|---|---|
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | ) <br>) <br>) <br>) | MDL NO. 1873 |
| ———————————————— | ) <br>) | SECTION: N(4) |
| | ) <br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) <br>) | MAG: ROBY |
| Plaintiff: Gourgues, Jr., Michael | ) <br>) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   Allergies were under control before I moved into a FEMA Trailer.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**     Gourgues, Jr., Michael - WGC#209250

Manufacturer: Gulf Stream

VIN: 1NL1GTR2X61031579

Bar Code Number: 1118970

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 01/01/2005

Move-out Date: 01/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: Scenic trails

City: Perkingston          State: MS     Zip: 39577

Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer

State the reason you stopped living in the FEMA trailer or mobile home:
Moved closer to worked,stayed with Girlfriend in her FEMA trailer.


Please state the approximate square footage of the FEMA housing unit:

Please state the approximate length and width of the FEMA housing unit:

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12 years

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? 5 days a week

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
Yes

If "Yes," where did you temporarily live?
With my girlfriend in her FEMA trailer.

For what period of time did you temporarily live in another location? 5 days a week

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:


Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:


Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:
Broke window don't know date.

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Michael Gourgues Jr* | Michael Gourgues Jr | 10-11-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 209250

**Case Name** Gourgues, Jr., Michael

**DOB** 4/20/1962     **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the dates my injuries first occurred. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 2. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A)- specifically did not provide information prior to 2005. |
| | **Answer** |
| | During the last 5 years I have resided in 7260 Lakeshore Road  Bay St. Louis, MS 39520 Hancock County. |

| Question # | Question |
|---|---|
| 3. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | My place of birth is New Orleans, LA. |

| Question # | Question |
|---|---|
| 4. | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2) – did not provide information prior to 2003. |
| | **Answer** |
| | I am a Crab Fisherman and I have been doing this for 15 yrs.  My supervisor is Kevin Black and I work in LA and MS. |

| Question # | Question |
|---|---|
| 5. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage of the FEMA housing unit. . If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 6. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |