## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 209250

**Case Name** Gourgues, Jr., Michael

**DOB** 4/20/1962    **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

_____    3/30/2009
Plaintiff or Representative          Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ———————————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Gray, Jason | ) ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Gray, Jason - WGC#203426

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  I recovered every since I moved out but does not know what will develop in the future.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                Gray, Jason - WGC#203426

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/01/2003</u>

Move-out Date: <u>03/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4402 Saratoga St.</u>

City: <u>Pascgoula</u>                State: <u>MS</u>    Zip: <u>39563</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Get a house.</u>


Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>7</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?


For what period of time did you temporarily live in another location? <u>7</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:


Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:


Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Bath tub leaked mold in closet, dates are unknown.</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          **Jason Gray**          10/18/18
**Signature of Plaintiff**           **Print Your Name**              **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Gray, Kanya** | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Gray, Kanya - WGC#203427

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

If yes, which kind of cancer?   _____
_____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   Those problems did not start until I moved in the FEMA trailer I was Ok before then. I did recover but do not know what will happen in the future

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Gray, Kanya - WGC#203427

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>03/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4402 Saratoga Ave.</u>

City: <u>Pascagola</u>                State: <u>MS</u>     Zip: <u>39581</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>I found me a rental house</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>15-18 Per day</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>3 Day</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>3 Day</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Bath tub leaked , mold in closet , dates are unknown</u>

Gray, Kanya - WLF#203427

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Keasha McInnis, as next
Gurend of Kanya Gray, a minor          , as Next Friend of Kanya Gray,   2-27-09

**Signature of Plaintiff**              a minor                          **Date**
                                        **Print Your Name**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Green, Jr., Glover | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Green, Jr., Glover - WLF#211570

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
_X_ irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition irritation of eyes | Date of Diagnosis mid 07' | Suffered Prior To Trailer? NO |
| Diagnosing Physician Dr. Su | | Condition Worsened By Trailer? |
| Address of Physician 151 Thames Ave. Bay St. Louis MS 39520/P.O. Box 2349 Bay St. Louis, MS 39521 | | |
| Condition burning of eyes | Date of Diagnosis early 06' | Suffered Prior To Trailer? NO |
| Diagnosing Physician Dr. Needle | | Condition Worsened By Trailer? YES |
| Address of Physician | | |
| Condition tearing of eyes | Date of Diagnosis early 06 | Suffered Prior To Trailer? NO |
| Diagnosing Physician Dr. Needle | | Condition Worsened By Trailer? YES |
| Address of Physician | | |
| Condition irratation of skin | Date of Diagnosis mid 06' | Suffered Prior To Trailer? NO |
| Diagnosing Physician dr. Needle | | Condition Worsened By Trailer? YES |
| Address of Physician | | |
| Condition rashes & dry skin | Date of Diagnosis mid 06' | Suffered Prior To Trailer? NO |
| Diagnosing Physician dr. Needle | | Condition Worsened By Trailer? YES |
| Address of Physician | | |

Green, Jr., Glover - WLF#211570

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| irregular heartbeat | early 08 | No |
| Diagnosing Physician dr. Sy, dr troutman | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| bronchitis | 9/29/08 | NO |
| Diagnosing Physician Dr. Sy | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| | | |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

Green, Jr., Glover - WLF#211570

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff

**Myranda Green, as Next Friend of Glover Green, a minor**
Print Your Name

10/7/08
Date

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | **MDL NO. 1873** |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ————————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Green, Lavonte** | ) | |
| | ) | |
| ————————————————— | ) | |

**PLAINTIFF FACT SHEET**

# I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

    _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
    _____
    _____
    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulfstream Coach</u>

VIN: <u>1NL1GTR2961067991</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Mobil</u>

Move-in Date: <u>11/01/2005</u>

Move-out Date: <u>11/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>107 Maryland Ave</u>

City: <u>Matairie</u>                    State: <u>LA</u>     Zip: <u>70003</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Trailer</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>We moved in</u>

Please state the approximate square footage of the FEMA housing unit: <u>100</u>

Please state the approximate length and width of the FEMA housing unit: <u>50 x 20</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>6:30 am to</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>Never</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>Never</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Green, Lavente - WLF#203026

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Charlotte K White_ | **Charlette White, as Next Friend** | |
| **Signature of Plaintiff** | **of ~~Lavonte~~ Green, a minor** | _____ |
| | **Print Your Name** | **Date** |
| | Lavante | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203026

**Case Name** Green, Lavonte

**DOB** 9/29/1994    **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| .27 | Sign a HIPAA Authorization for medical records, but did not provide last four digits of social security number. |
| | **Answer** |
| | Please see attached. |

| Question # | Question |
|---|---|
| 1. | Did not provide adequate representation information, as required in Section III (A).  Specifically, caption is titled "Lavante Green," but Plaintiff Fact Sheet indicates it is filed by Charlette White on behalf of Lavante Green. |
| | **Answer** |
| | Lavonte Green is a minor and being represented by Charlette Green, who is filing on his behalf. |

| Question # | Question |
|---|---|
| 2. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that the claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 3. | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| | **Answer** |
| | The following symptoms were experienced: burning of eyes headaches and sinus infection. |

| Question # | Question |
|---|---|
| 4. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall when symptoms first occurred. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I do not recall if the trailer worsened a pre-existing condition. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 6. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203026

**Cause No.** 08-5031

**Case Name** Green, Lavonte

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 9/29/1994    **SSN** 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

| | |
|---|---|
| | Sinus infections are still suffered. All other symptoms cleared up after moving out of trailer. |
| **Question #** <br> 7. | **Question** <br> Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A) – listed two addresses, but did not provide dates. <br> Did not provide place of birth, as required by Section IV (C). |
| | **Answer** <br> The following is the residences occupied in the last 5 years: <br><br> 1116 Cinclair Loop <br> Laplace, LA 70068 <br> 2007- Current <br><br> 800 Vuray <br> Kenner, LA 70065 <br> 2004 <br><br> 107 Maryland <br> Metarie, LA 70003 <br><br> I do not recall the exact dates I resided at the addresses listed. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** <br> 8. | **Question** <br> Did not provide plaintiff's educational background, as required by Section IV (E). |
| | **Answer** <br> The highest level of education is middle school. The middle school attended is TH Harris, up to 2008, and the course is general studies. |
| **Question #** <br> 9. | **Question** <br> Did not provide information about whether plaintiff is filing a wrongful death claim, as required by Section IV (B). |
| | **Answer** <br> A wrongful death claim is not being filed. |
| **Question #** <br> 10. | **Question** <br> Did not provide the FEMA Identification Number, as required by Section V (A)(3). |
| | **Answer** <br> The FEMA ID number is 931107577. |
| **Question #** <br> 11. | **Question** <br> Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** <br> I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203026                                         **Cause No.** 08-5031

**Case Name** Green, Lavonte          **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 9/29/1994      **SSN** 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

---

| 12. | Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
|---|---|
| **Answer** | |
| | I do not recall if it was travel trailer or mobile home.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |
| **Answer** | |
| | I do not recall when I moved in. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 14. | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |
| **Answer** | |
| | I do not recall when I moved out. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 15. | Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8). |
| **Answer** | |
| | I do not recall the address. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 16. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| **Answer** | |
| | I do not recall the square footage. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 17. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| **Answer** | |
| | I do not recall the approximate length and width. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203026

**Cause No.** 08-5031

**Case Name** Green, Lavonte

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 9/29/1994   **SSN** 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

| 18. | Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17). |
|---|---|
| | **Answer** |
| | I do not recall if it was hooked up to a natural gas line. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 19. | Did not respond whether air quality tests were performed on the FEMA housing unit, as required by Section V (B). |
| | **Answer** |
| | Yes, air quality tests were performed. |

| Question # | Question |
|---|---|
| 20. | Did not indicate whether plaintiff has ever suffered from an infectious disease, as required by Section VI (F)(2). |
| | **Answer** |
| | No, I have not suffered from infectious disease |

| Question # | Question |
|---|---|
| 21. | Did not indicate whether plaintiff has ever suffered from long term stomach or bowel disease, as required Section VI (F)(3). |
| | **Answer** |
| | No, I have not suffered from long term stomach or bowel disease. |

| Question # | Question |
|---|---|
| 22. | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 23. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 24. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203026                                    **Cause No.** 08-5031

**Case Name**  Green, Lavonte                **Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 9/29/1994      **SSN** 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

| Question # | Question |
|---|---|
| 25. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |
| 26. | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
| | **Answer** |
| | I do not recall the pharmacy. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |
| 28. | Signed a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress, but did not provide last four digits of social security number. |
| | **Answer** |
| | Please see attached. |
| **Question #** | **Question** |
| 29. | Provide an executed Authorization for Release of Employment Records, but did not provide last four digits of social security number. |
| | **Answer** |
| | Please see attached. |

_____          3/31/2009
Plaintiff or Representative                          Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: Green, Lavonte *Lavante*

Date of Birth: 9/29/1994

Last Four Numbers of SSN: 8412

    I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** _____ _____and/or their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

Green, Lavonte - WLF#203026

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_Charlotte R. White_

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)**

Name: Green, ~~Lavorite~~ Lavante

Date of Birth: 9/29/1994

Last Four Numbers of SSN: 8412

I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_Charlotte K. White_
**[PLAINTIFF OR REPRESENTATIVE]**

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)**

Name:  Green, ~~Levante~~ Lavante

Date of Birth:  9/29/1994

Last Four Numbers of SSN:  8412

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002,** along with other defense counsel in the above-captioned matter, the law firm of _____ _____ and/or any of their designated agents.  These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above.  This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records).  This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_Charlotte K. White_
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: _Green, Lavante_

Date of Birth: _9/29/1994_

Last Four Numbers of SSN: _8412_

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____**
**and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_Charlotte K. White_
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

NAME OF FACILITY:_____

**Authorization for Use and Disclosure of Protected Health Information  (PHI)**
**pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,**
**Title 40: 1299.41, et seq., 40:1299.96 et seq., 13:3715 et seq. and C.C.P. art. 1467**

| Patient Legal Name Green, ~~Lavonte~~ LaVante | Birth Date 9/29/1994 | Social Security No. |
|---|---|---|
| Address: 1116 Cinclair Loop City: Laplace       State: LA | | Telephone No.: 985-651-9434 Zip Code: 70068 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:
Name. ._____
Title. ._____
Address._____
Purpose: To Protect My Legal Rights_____
For Treatment Date(s): All Available

| Type of Access Requested: | q Abstract/pertinent q Emergency Room q H&P q Consult Report q Operative Report q Rehab Services | q Lab q Imaging/Radiology q Cardiac Studies q Face Sheet q Nursing Notes q Medication Record | q Progress Notes q Physician's Orders q Entire Record ☐ Other_____ |
|---|---|---|---|
| q Copies of the records & q Inspection of the record | | | |

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**
Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

Charlotte K. White  ~Brother~          _____
Signature of Patient/Legal Representative                Date
If signed by legal representative, relationship to patient: _____

Green, Lavonte - WLF#203026

## PRIVACY ACT RELEASE LANGUAGE

I, ~~Lavonte Green, a minor~~ **Charlette White, as Next Friend of** *Lavante* [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

Watts Hilliard, L.LC._____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated:_____

Name:  **Charlette White, as Next Friend of** *Lavante* ~~Lavonte~~ **Green, a minor**

Signature: *Charlette K White*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | **MDL NO. 1873** |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | **SECTION: N(4)** |
| | ) | |
| | ) | **JUDGE: ENGELHARDT** |
| THIS RELATES TO: | ) | **MAG: ROBY** |
| | ) | |
| Plaintiff: Green, Myranda | ) | |
| | ) | |
| ———————————————— | ) | |

**PLAINTIFF FACT SHEET**

**I.    INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Green, Myranda - WLF#211567

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
_X_worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _burning & tearing eyes_ Date of Diagnosis _early 06'_ | Suffered Prior To Trailer? _NO_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _YES_ |
| Address of Physician _____ | |

| Condition _allergies (worsened)_ Date of Diagnosis _early 06'_ | Suffered Prior To Trailer? _YES_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _YES_ |
| Address of Physician _____ | |

| Condition _psorasis (severe) progress_ Date of Diagnosis _mid 06'_ | Suffered Prior To Trailer? _NO_ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _YES_ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                                    Green, Myranda - WLF#211567
Manufacturer: **Gulf Stream**
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____
Move-in Date: **01/01/2005**
Move-out Date: **01/01/2006**
Please state the mailing address and physical location for the trailer or mobile home unit:
**6258 E. Newton**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _We had a 1yr old & a_
_newborn & the trailer we received wasn't compatible for_
_children that little Plus their medical problems._
Please state the approximate square footage of the FEMA housing unit: _about 270 sq. ft._
Please state the approximate length and width of the FEMA housing unit: _about 9 v 30'_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _allday everyday_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _no_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _no_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _∅_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_no_
If "Yes," where did you temporarily live? _____

_____
For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _no_
If "Yes," please state when the test was performed and who prepared this testing: _____

_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no_
If "Yes," please state the date and reason for fumigation: _____

_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _no_
If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

Green, Myranda - WLF#211567

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**          **Myranda Green**          **Date** 10/07/08
                                     **Print Your Name**

216534

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER    )  MDL NO. 1873
FORMALDEHYDE     )
PRODUCT LIABILITY LITIGATION )
             )
—————————————————— )  SECTION: N(4)
             )
             )  JUDGE: ENGELHARDT
THIS RELATES TO:     )  MAG: ROBY
             )
Plaintiff: Grey, Lewis     )
             )
—————————————————— )

<u>**PLAINTIFF FACT SHEET**</u>

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A <u>separate</u> Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Grey, Lewis - WLF#216534

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                      Grey, Lewis - WLF#216534

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*

Move-in Date: **2005**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**24975 Hwy 603**
**Kiln MS 39566**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private property*

State the reason you stopped living in the FEMA trailer or mobile home: *moved w/ realative*

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: *28' x 8'*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *all day*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *blocks*

Is/was the FEMA housing unit hooked up to a sewer line? *yes*

Is/was the FEMA housing unit hooked up to an electrical line? *yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *no*

Is/was propane gas used in the FEMA housing unit? *yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? *none*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *no*

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *no*

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *no*

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *yes*

If "Yes," please state the date and reason for repair, service or maintenance: *A/c unit went out, breakers kept triping & stove repaired.*

Grey, Lewis - WLF#216534

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Louis Leroy Grey_ | _Louis Lewis Grey_ | _Oct. 22, 2008_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

2K533

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER           )     MDL NO. 1873
FORMALDEHYDE                  )
PRODUCT LIABILITY LITIGATION  )
                              )
_____ )     SECTION: N(4)
                              )
                              )     JUDGE:  ENGELHARDT
THIS RELATES TO:              )     MAG:  ROBY
                              )
Plaintiff: Grey, Robert       )
                              )
_____ )

PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A **separate** Plaintiff Fact Sheet **must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Grey, Robert - WLF#216533

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ___throat irritation | ___dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ___worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on urine |
| | ___irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| _possible_ ___pharyngitis | ___RADS: reactive airway dysfunction |
| ___sinus infection / sinusitis | ___cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _Skin rash_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _NO_ |
| Diagnosing Physician _DR. Bertin Chexis_ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _228·467·8422_ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Grey, Robert - WLF#216533
Manufacturer: **Gulf Stream**
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _travel trailer_
Move-in Date: **2005**
Move-out Date: **2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
~~Tombigbee~~  _Rodgersville, Ala._
~~Bay St. Louis MS 39520~~

Was the FEMA trailer or mobile home located in a trailer park or on private property? _yes   on RV Park_
State the reason you stopped living in the FEMA trailer or mobile home: _rented house._
_____

Please state the approximate square footage of the FEMA housing unit: _28' x 8'_
Please state the approximate length and width of the FEMA housing unit: _✓_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _all day_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _on blocks_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _no._
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _none._
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_no_
If "Yes," where did you temporarily live? _____
_____

For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _no_
If "Yes," please state when the test was performed and who prepared this testing: _____
_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no_
If "Yes," please state the date and reason for fumigation: _____
_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _no_
If "Yes," please state the date and reason for repair, service or maintenance: _____
_____

Grey, Robert - WLF#216533

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Robert R. Frey_ | _Robert Grey_ | _Oct 22 2008_ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

*211342*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                )          MDL NO. 1873
FORMALDEHYDE                       )
PRODUCT LIABILITY LITIGATION       )
                                   )
———————————————                    )          SECTION: N(4)
                                   )
                                   )          JUDGE: ENGELHARDT
THIS RELATES TO:                   )          MAG: ROBY
                                   )
Plaintiff: Griffin, Ashley         )
                                   )
———————————————                    )

### PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Griffin, Ashley - WLF#211342

___bronchitis
✓throat irritation
✓hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
✓asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
✓worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
✓sinus infection / sinusitis

✓allergic contact dermatitis
✓dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer; If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____ Hair loss when brushed or ran
hands threw it  Dr. Hunter Phillips_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| Condition | Allergic Contact dermatitis | Date of Diagnosis | 2 years ago it started | Suffered Prior To Trailer? | NO |
| Diagnosing Physician | Dr. Hunter Phillips | | | Condition Worsened By Trailer? | YES |
| Address of Physician | 2550 Pass Road Biloxi, MS 39531 | | | | |

| Condition | Irritation + itching | Date of Diagnosis | 2 years ago it started | Suffered Prior To Trailer? | NO |
| Diagnosing Physician | Dr. Hunter Phillips | | | Condition Worsened By Trailer? | YES |
| Address of Physician | 2550 Pass Rd Biloxi, MS 39531 | | | | |

| Condition | Burning of skin | Date of Diagnosis | 2 years ago it started | Suffered Prior To Trailer? | NO |
| Diagnosing Physician | Dr. Hunter Phillips | | | Condition Worsened By Trailer? | YES |
| Address of Physician | 2550 Pass Rd Biloxi, MS 39531 | | | | |

| Condition | Rashes on skin | Date of Diagnosis | 2 years ago | Suffered Prior To Trailer? | NO |
| Diagnosing Physician | Dr. Hunter Phillips | | | Condition Worsened By Trailer? | YES |
| Address of Physician | 2550 Pass Rd Biloxi, MS 39531 | | | | |

| Condition | Drying or scaling of skin | Date of Diagnosis | 2 years ago it started | Suffered Prior To Trailer? | NO |
| Diagnosing Physician | Dr. Hunter Phillips | | | Condition Worsened By Trailer? | YES |
| Address of Physician | 2550 Pass Rd Biloxi, MS 39531 | | | | |

**TRAILER 1**                                                   Griffin, Ashley - WLF#211342
Manufacturer: Gulf Stream
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Yes_
Move-in Date: ~~1/1/2005~~ 12-16-05
Move-out Date: ~~1/1/2006~~ 10-01-06
Please state the mailing address and physical location for the trailer or mobile home unit:
**814 Jackson Blvd**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private property_
State the reason you stopped living in the FEMA trailer or mobile home: _my house was_
_complete_

Please state the approximate square footage of the FEMA housing unit: _All I know is that it was a small_
Please state the approximate length and width of the FEMA housing unit: _trailer no slide outs_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _15 hours a day_
Is/was the FEMA housing unit hooked up to a sewer line? _Yes_
Is/was the FEMA housing unit hooked up to an electrical line? _Yes pole_
Is/was the FEMA housing unit hooked up to a natural gas line? _NO_
Is/was propane gas used in the FEMA housing unit? _Yes_
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _None 1/2 the year the maybe three for the rest_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_No_
If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_
If "Yes," please state when the test was performed and who prepared this testing: _None_

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_
If "Yes," please state the date and reason for fumigation: _None_

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_
If "Yes," please state the date and reason for repair, service or maintenance: _Sewer back_
_up in yard two weeks before move out date._

Griffin, Ashley - WLF#211342

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          **Ashley Griffin**          **10-24-08**
**Signature of Plaintiff**          **Print Your Name**          **Date**

211031

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER       )     **MDL NO. 1873**
FORMALDEHYDE         )
PRODUCT LIABILITY LITIGATION   )

)

_____ )     SECTION: N(4)

)

)     JUDGE: ENGELHARDT
THIS RELATES TO:         )     MAG: ROBY

)

Plaintiff: Grimes, Kimberly     )

)

_____ )

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Grimes, Kimberly - WLF#211031

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ___throat irritation | ✓dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| ___allergies for the first time in your life | ___miscarriage or stillbirth |
| ___worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on blood |
| ___burning sensation in chest | ___abnormal laboratory tests on urine |
| ___pharyngitis | ___irregular heartbeat |
| ✓sinus infection / sinusitis | ___emphasema |
| | ___RADS: reactive airway dysfunction |
| | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition burning o S eyes | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition tearing of eyes | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition bleeding of nasal membranes | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition rashes on skin | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition headaches | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                          Grimes, Kimberly - WLF#211031

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _travel travel_

Move-in Date: **1/1/2005**

Move-out Date: **1/1/2006**

Please state the mailing address and physical location for the trailer or mobile home unit:
**2104 Robinson Dr.**
**Gulfport MS 39503**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _New home_

Please state the approximate square footage of the FEMA housing unit: _228 sq ft_

Please state the approximate length and width of the FEMA housing unit: _28 ft long 11 ft wide_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12 to 15 hours a day_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_

Is/was the FEMA housing unit hooked up to a sewer line? _yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _No_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_No_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _,_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_

If "Yes," please state the date and reason for repair, service or maintenance: _leak in ceiling_
_gas line, door   do not recall dates_

Grimes, Kimberly - WLF#211031

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Kimberly Grimes
**Signature of Plaintiff**

**Kimberly Grimes**
**Print Your Name**

**Date**

#21452

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        )     MDL NO. 1873
FORMALDEHYDE          )
PRODUCT LIABILITY LITIGATION   )
                            )
_____ )     SECTION: N(4)
                            )
                            )     JUDGE: ENGELHARDT
THIS RELATES TO:          )     MAG: ROBY
                            )
Plaintiff: Guy, Patrina      )
                            )
_____ )

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Guy, Patrina - WLF#214521

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
     living in FEMA trailer
___burning sensation in chest
___pharyngitis
✓sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Date of Diagnosis | Suffered Prior To Trailer? / Condition Worsened By Trailer? |
|---|---|---|
| Condition irritation to eyes | Date of Diagnosis Unt knm | Suffered Prior To Trailer? N |
| Diagnosing Physician DR. Trice | | Condition Worsened By Trailer? Y |
| Address of Physician biloxi, ms 39530 | | |
| Condition burning of eyes | Date of Diagnosis Unt knm | Suffered Prior To Trailer? N |
| Diagnosing Physician DR Trico | | Condition Worsened By Trailer? Y |
| Address of Physician biloxi ms 39530 | | |
| Condition Tearning of eyes | Date of Diagnosis Unt knm | Suffered Prior To Trailer? N |
| Diagnosing Physician DR Trice | | Condition Worsened By Trailer? Y |
| Address of Physician biloxi, ms 39530 | | |
| Condition drying of skin | Date of Diagnosis Unt knm | Suffered Prior To Trailer? N |
| Diagnosing Physician DR. Trice | | Condition Worsened By Trailer? Y |
| Address of Physician Biloxi, ms 39530 | | |
| Condition Rash on skin | Date of Diagnosis Unt knm | Suffered Prior To Trailer? N |
| Diagnosing Physician DR. Trice | | Condition Worsened By Trailer? Y |
| Address of Physician biloxi, ms 39510 | | |

Guy, Patrina - WLF#214521

| Condition burr nasel ty | Date of Diagnosis unt known | Suffered Prior To Trailer? N9 |
| Diagnosing Physician Dr veleo | | Condition Worsened By Trailer? N |
| Address of Physician Bilox ms 39530 | | |

| Condition irritation to nasal m. | Date of Diagnosis unt know | Suffered Prior To Trailer? N |
| Diagnosing Physician Dr. TRiEu | | Condition Worsened By Trailer? N |
| Address of Physician Bilox ms 39530 | | |

| Condition irritation or itchi skin | Date of Diagnosis unt know | Suffered Prior To Trailer? N |
| Diagnosing Physician Dr. TRiEu | | Condition Worsened By Trailer? N |
| Address of Physician Bilox ms 39530 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**

Manufacturer: **Gulf Stream**
VIN: **INLIGTR2761073708**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _TRAILER I_
Move-in Date: **10/2005**
Move-out Date: **2/10/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**309 Lee Street**
**Biloxi MS 39530**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _bought home_

Please state the approximate square footage of the FEMA housing unit: _Don't know_
Please state the approximate length and width of the FEMA housing unit: _Don't know_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _16 hrs_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Ye_
Is/was the FEMA housing unit hooked up to a sewer line? _Y_
Is/was the FEMA housing unit hooked up to an electrical line? _Y_
Is/was the FEMA housing unit hooked up to a natural gas line? _N_
Is/was propane gas used in the FEMA housing unit? _Y_
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _4 day_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_No_
If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _No_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_
If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _Yes_
If "Yes," please state the date and reason for fumigation: _D don't know_

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_
If "Yes," please state the date and reason for repair, service or maintenance: _toilet , A/C , water_

Guy, Patrina - WLF#214521

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____      Patrina Guy_____      10/16/08_____
**Signature of Plaintiff**                         **Print Your Name**               **Date**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214521  **Cause No.** 08-5031
**Case Name** Guy, Patrina  **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/27/1970  **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer** |
| | Yes, I am claiming the disease/illness is a result of residing in FEMA trailer. |

| Question # | Question |
|---|---|
| 2. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 3. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the dates when my symptoms first occurred. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A) – specifically, only provided for three years and did not list dates. |
| | **Answer** |
| | I have lived at 2436 Beach Blvd N-9, Biloxi MS from 2007 to present. |
| | I lived at 309 B Lee St., Biloxi, MS 39531 from October, 2005 to Jan 2007. |
| | I lived at 350 Debuys Rd., Biloxi, MS 39531 from 1997-2005. |

| Question # | Question |
|---|---|
| 5. | Did not provide issuing state of plaintiff's Driver's License, as required by Section IV (B). |
| | **Answer** |
| | Mississippi issued the driver's license. |

| Question # | Question |
|---|---|
| 6. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Biloxi, MS. |

| Question # | Question |
|---|---|
| 7. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214521                                      **Cause No.** 08-5031
**Case Name** Guy, Patrina                           **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 11/27/1970   **SSN** 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

| Question # | Question |
|---|---|
| 8. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the length and width if the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 12. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|

## Plaintiff Fact Sheet Deficiency Answers

WGC# 214521                                    Cause No. 08-5031
Case Name Guy, Patrina                         Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et
       DOB 11/27/1970   SSN 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

| 14. | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
|---|---|
| | **Answer** |
| | I received over the counter medication from Wal-Mart. I do not recall the exact address. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

_____        3/30/2009
Plaintiff or Representative              Date

# *# 214522*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER    )  MDL NO. 1873
FORMALDEHYDE     )
PRODUCT LIABILITY LITIGATION )
              )
_____ )  SECTION: N(4)
              )
              )  JUDGE: ENGELHARDT
THIS RELATES TO:     )  MAG: ROBY
              )
Plaintiff: Guy, Shayla    )
              )
_____ )

## PLAINTIFF FACT SHEET

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

  Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.** For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

  If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Guy, Shayla - WLF#214522

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | burning eye | Date of Diagnosis | Dot know | Suffered Prior To Trailer? | N |
|---|---|---|---|---|---|
| Diagnosing Physician | N/A | | | Condition Worsened By Trailer? | Y |
| Address of Physician | N/A | | | | |
| Condition | tearing eyes | Date of Diagnosis | Dot know | Suffered Prior To Trailer? | N |
| Diagnosing Physician | N/A | | | Condition Worsened By Trailer? | Y |
| Address of Physician | N/A | | | | |
| Condition | bleedin nasal M | Date of Diagnosis | Dot know | Suffered Prior To Trailer? | N |
| Diagnosing Physician | N/A | | | Condition Worsened By Trailer? | Y |
| Address of Physician | N/A | | | | |
| Condition | Rashes skin | Date of Diagnosis | Dot know | Suffered Prior To Trailer? | N |
| Diagnosing Physician | N/A | | | Condition Worsened By Trailer? | Y |
| Address of Physician | N/A | | | | |
| Condition | dryin or scalin skin | Date of Diagnosis | Dot know | Suffered Prior To Trailer? | N |
| Diagnosing Physician | N/A | | | Condition Worsened By Trailer? | Y |
| Address of Physician | N/A | | | | |

Guy, Shayla - WLF#214522

| | | |
|---|---|---|
| Condition _Sinus infection_ | Date of Diagnosis _Andrew_ | Suffered Prior To Trailer? _N_ |
| Diagnosing Physician _N/A_ | | Condition Worsened By Trailer? _y_ |
| Address of Physician _N/A_ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Guy, Shayla - WLF#214522
Manufacturer: **Gulf Stream**
VIN: **INLIGTR2761073708**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _TRAILER T_
Move-in Date: **10/2005**
Move-out Date: **2/10/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**3309 Lee Street**
**Biloxi MS 39530**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _livi home_
_____
_____

Please state the approximate square footage of the FEMA housing unit: _Dnt know_
Please state the approximate length and width of the FEMA housing unit: _Dnt know_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _16 hrs_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes_
Is/was the FEMA housing unit hooked up to a sewer line? _Yes_
Is/was the FEMA housing unit hooked up to an electrical line? _Yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _No_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _5 day_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_____ _No_ _____
If "Yes," where did you temporarily live? _____
_____
For what period of time did you temporarily live in another location? _No_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_
If "Yes," please state when the test was performed and who prepared this testing: _____
_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _Yes_
If "Yes," please state the date and reason for fumigation: _I don't know_
_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_
If "Yes," please state the date and reason for repair, service or maintenance: _toilet, A/C, water_
_____

Guy, Shayla - WLF#214522

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *(signature)* | **Patrina Guy, as Next Friend of Shayla Guy, a minor** | 10/10/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214522   **Cause No.** 08-5031
**Case Name** Guy, Shayla   **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 4/14/1993   **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide adequate representation information, as required in Section III (A). Specifically, caption is titled "Shayla Guy," but Plaintiff Fact Sheet indicates was filed by Patrina Guy on behalf of Shayla Guy. |
| | **Answer** |
| | Shayla Guy is a minor, and is represented by her mother Patrina Guy, who is filing on behalf of Shayla. |

| Question # | Question |
|---|---|
| 2. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that the claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 3. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the date of when the symptoms occurred. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | My daughter still suffers from a reaccurring rash, the other symptoms no longer occurred after moving out of the trailer. |

| Question # | Question |
|---|---|
| 5. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A) – specifically did not provide dates of residence. |
| | **Answer** |
| | The following residences were occupied:

2436 Beach Blvd N-9
Biloxi, MS 39531
2007- present

309 B Lee St.
Biloxi, MS 39531
Oct. 2005 - Jan. 2007

350 Debuys Rd.
Biloxi, MS 39531
1997-2005 |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214522      **Cause No.** 08-5031
**Case Name** Guy, Shayla      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 4/14/1993    **SSN** 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

| Question # | Question |
|---|---|
| 6. | Did not provide issuing state of plaintiff's Driver's License, as required by Section IV (B). |
| | **Answer** |
| | My daughter is a minor and does not have a drivers license. |

| Question # | Question |
|---|---|
| 7. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Gulfport, MS |

| Question # | Question |
|---|---|
| 8. | Did not provide plaintiff's educational background, as required by Section IV (E). |
| | **Answer** |
| | Currently attending Biloxi High School, in a course of general studies. |

| Question # | Question |
|---|---|
| 9. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the bar code number. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 12. | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214522

**Case Name** Guy, Shayla

**DOB** 4/14/1993   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 13. | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 14. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 15. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 16. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 17. | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |
| | **Answer** |
| | I received over the counter medication from Wal-Mart. I do not recall the exact address. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

_____
Plaintiff or Representative

3/30/2009
_____
Date

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ ____ | ) ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) MAG: | JUDGE: ENGELHARDT ROBY |
| Plaintiff: Habisreitinger, Anna | ) ) ) ) | |
| _____ _____ | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A **separate** Plaintiff Fact Sheet **must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that ☐You☐ means the person who resided
in or lived in the housing units.

If additional  space is needed  for any response, please  attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Habisreitinger, Anna - WGC#207919

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: 1NL1GTR2461031755

Bar Code Number: BC- 1119807

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 11/1/2005

Move-out Date: 12/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 8045 Maple St.

City: Bay St. Louis    State: MS    Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

It was getting to strong and It was getting sicker

Please state the approximate square footage of the FEMA housing unit: 1 Bedroom

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 8 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? No

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

FEMA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Hall, Dorothy** | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   Still taking medication for allergies and sinus infection

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>10/1/2005</u>

Move-out Date: <u>7/1/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>313 South Necaise Avenue</u>

City: <u>Bay St. Louis</u>           State: <u>MS</u>    Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>I stopped living in the fema trailer because I could not afford the adsticook on and also the smell in the trailer could</u>
<u>make me sick and during bad weather the trailer would lock back and beath</u>

Please state the approximate square footage of the FEMA housing unit: <u>Unknown</u>

Please state the approximate length and width of the FEMA housing unit: <u>Unknown</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>8-12 hrs a day</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>4-6 hours every day</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>Yes</u>

If "Yes," where did you temporarily live?
<u>I Lived with my daughter in Gulfport before living the trailer</u>

For what period of time did you temporarily live in another location? <u>4-6 hours every day waking on my home</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state when the test was performed and who prepared this testing:
<u>12/01/2005</u>

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Stove would not work haven did use the stove repaires made an window someone broke into trailer gas would out</u>

Hall, Dorothy - WLF#207805

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____        **Dorothy Hall**            10-13-08
**Signature of Plaintiff**        **Print Your Name**           **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Harbison, Justin** | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                          Harbison, Justin - WGC#201615

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: 9213192541604

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 01/01/2005

Move-out Date: 01/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 10800 Pecan Rd.

City: Moss Point          State: MS     Zip: 39562

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

We were told to start looking for another from of housing

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 8 X 32

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 13 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? 5 - 6 Days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 - 6 Days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

It was checked for maintenance

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Justin Harbison                4-1-0 9

**Signature of Plaintiff**          **Justin Harbison**          10|13|08

**Print Your Name**          **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Harbison, Jr., Justin | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

    If yes, which kind of cancer?   _____
    _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____
    _____
    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**            Harbison, Jr., Justin - WGC#201614

Manufacturer: Gulf Stream

VIN:

Bar Code Number: 9213192541604

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 1/1/2005

Move-out Date: 1/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 10800 Pecan Rd.

City: Moss Point            State: MS            Zip: 39562

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Told to look for another from of noosing

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 8 x 32

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? At least 20

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Harbison, Jr., Justin - WLF#201614

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Ashley Stringfellow* | Ashley Stringfellow, as Next Friend of Justin Harbison , a minor | 4-1-09 |
| Signature of Plaintiff | Print Your Name | Date |
| *Ashley Stringfellow* | *Ashley Stringfellow* | |