UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Brown, et al. v. Gulf Stream Coach, Inc., et al.*
No. 09-4716
Plaintiffs:   Anthony Adams
              Stephanie Ainsworth
              Toya Ainsworth
              Bernadine Amar
              Kenneth Albus
              Charles Alfred
              Mary Alfred
              Lisa Amos
              Andra Wilson
              April Young
              Bertrand Young
              Michael Young

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Consent Motion For Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets,

IT IS ORDERED ADJUDGED AND DECREED, that the submission date for Defendants' Motion to Dismiss, Rec. Doc. 25130, is continued to Tuesday, May ____, 2012, at 9:30 am, and any memoranda in opposition to same shall be filed in accordance with Rule 7.5 of the Local Rules of United States District Court for the Eastern District of Louisiana.

2

SIGNED the _____ day of _____, 2012 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT COURT