UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Angela Pittman, et al. v.* | | * | |
| *Gulf Stream Coach, Inc., et al.* | | * | |
| Civil Action No. 10-2249 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Consent Motion For Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss Certain Plaintiffs' Claims for Prescription,

IT IS ORDERED ADJUDGED AND DECREED, that the submission date for Defendant's Motion to Dismiss, Rec. Doc. 25228, is continued to Tuesday, May ____, 2012, at 9:30 am, and any memoranda in opposition to same shall be filed in accordance with Rule 7.5 of the Local Rules of United States District Court for the Eastern District of Louisiana.

SIGNED the _____ day of _____, 2012 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT COURT