UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Tanika Woods, et al. v.* | | * | |
| *Gulf Stream Coach, Inc., et al.* | | * | |
| Civil Action No. 10-2261 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE
MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Plaintiffs and file this Consent Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss Certain Plaintiffs' Claims for Prescription (Rec. Doc. 25229), and in support of the same would show the Court as follows:

The submission date for this matter is May 2, 2012, and pursuant to Local Rule 7.5, of the United States District Court for the Eastern District of Louisiana, any memorandum in opposition to the same would need to be filed by April 24, 2012. Plaintiffs would specifically request that the submission and response date be extended 14 days, or some other term at the Court's discretion.

Plaintiffs' counsel has contacted counsel for the Defendants and they have no opposition to a 14-day extension.

Plaintiffs move for this extension pursuant to Local Rule 7.8 of the United States District Court for the Eastern District of Louisiana. Plaintiff's counsel hereby

certifies, that here has been no previous extension of time to respond to Defendant's Motion to Dismiss and that opposing parties have not filed in the record an objection to an extension of time.

For the reasons set forth above, Plaintiffs pray that the Court grant Plaintiffs an Extension of Time to File a Memorandum in Opposition to Defendant's Motion to Dismiss Certain Plaintiffs' Claims for Prescription.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of April, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3