UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Necaise, et al. v. Gulf Stream Coach, Inc., et al.*
Civil Action No. 10-2229
Plaintiffs:  Michael Acker
Betty Adams
Varielyn Adams
Dewight Allen
Gertrude Anderson
George Wilner, III
Elise Wilson
Alex Winter obo B.W.
Candida Winter
Derick Winter
Jackie Winter
Jasmine Winter
Kendrick Winter
Greg Winter
Keva Winter
Lisa Winter
Ronald Winter
Sharon Winter
Stacey Winter
Tonya Winter
Candace Winters
Shawanda Winters
Brian Washington
Latoya Washington
Monique Mitchell obo M.W.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering Plaintiffs' Consent Motion For Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with

Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets,

IT IS ORDERED ADJUDGED AND DECREED, that the submission date for Defendant's Motion to Dismiss, Rec. Doc. 25232, is continued to Tuesday, May \_\_\_\_, 2012, at 9:30 am, and any memoranda in opposition to same shall be filed in accordance with Rule 7.5 of the Local Rules of United States District Court for the Eastern District of Louisiana.

SIGNED the _____ day of _____, 2012 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT COURT