UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Christine Kellsten v. Jayco Enterprises, Inc.* | * | |
| *No. 10-0269* | * | |
| Plaintiffs: Christine Kellsten, Barry Rando, | * | |
| Ruth Trehern, and Lionel Lee | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFFS' RESPONSE IN OPPOSITION TO
GULF STREAM INC.'S MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Christine Kellsten, Barry

Rando, Ruth Trehern, and Lionel Lee, who for the reasons set forth in the attached memorandum

respectfully request that the Court deny the Defendant Jayco Enterprises, Inc.'s Motion to

Dismiss Duplicative Claims (Rec. Docs.  25161, 25158, 25167, and 25162).

WHEREFORE, premises considered, the Plaintiffs respectfully request that the Court

enter an Order denying the Defendant Jayco Enterprises, Inc's Motion to Dismiss Christine

Kellsten, Barry Rando, Ruth Trehern, and Lionel Lee and for all other relief the Court may deem

appropriate.

Respectfully submitted:

/s/ *Edward Gibson*
EDWARD GIBSON, ESQ., LA State Bar No. 29053
HAWKINS│GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I caused to be electronically filed a true and correct copy of the foregoing Response in Opposition to Gulf Stream, Inc.'s Motion to Dismiss with the Clerk of Court via the CM/ECF system which then forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the 20th day of April, 2012.


/s/ *Edward Gibson*
**EDWARD GIBSON, ESQ.**