UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
|             FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
|             SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Christine Kellsten v. Jayco Enterprises, Inc.* | * | |
| No. 10-0269 | * | |
| Plaintiffs: Christine Kellsten, Barry Rando, | * | |
| Ruth Trehern, and Lionel Lee | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**COME NOW** Christine Kellsten, Barry Rando, Ruth Trehern, and Lionel Lee, (hereinafter "Plaintiffs"), by an through undersigned counsel, and submit this Memorandum in Support of Plaintiff's Response to Defendant's Motion to Dismiss Duplicative Claims (Rec. Docs. 25161, 25158, 25167, and 25162).

With regard to Plaintiffs Christine Kellsten, Barry Rando, and Ruth Trehern, Plaintiffs' counsel submits that these Plaintiffs are residents of Mississippi whose claims were first filed by Hawkins, Stracener, & Gibson, PLLC, in 2010. Counsel contacted The Law Offices of Ronnie G. Penton, who agreed to dismiss their claim. However, to date, the claim has not been dismissed

With regard to Plaintiff Lionel Lee, undersigned counsel was contacted by David Carr of The Buzbee Law Firm who stated their client had a date of birth of July 21, 1961 and a VIN of 1UJBJ02R261EM0762 whereas the Plaintiff for undersigned counsel has a date of birth of January 3, 1935 and a VIN of 1UJBJ02RX61EJ0151. It was determined that theywere in fact two separate individuals.

WHEREFORE PREMISES CONSIDERED, Plaintiffs Christine Kellsten, Barry Rando, Ruth Trehern, and Lionel Lee pray that Defendant's Motion to Dismiss Duplicative Claims be denied and for all other relief as the Court may deem appropriate.

Respectfully submitted,

/s/ *Edward Gibson*
EDWARD GIBSON, ESQ., LA State Bar No. 29053
HAWKINS│GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF system which then forwards same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the 20th day of April, 2012.

/s/ *Edward Gibson*
**EDWARD GIBSON, ESQ.**