UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Christine Kellsten v. Jayco Enterprises, Inc.* | * | |
| *No. 10-0269* | * | |
| Plaintiffs: Christine Kellsten, Barry Rando, | * | |
| Ruth Trehern, and Lionel Lee | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motions to Dismiss Certain Plaintiffs and the Plaintiffs' Response in Opposition to Jayco Enterprises, Inc.'s Motion to Dismiss Duplicative Claims the Court having considered same and determined the Motions are not well taken and should be denied;

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant's Motions to Dismiss Plaintiffs Christine Kellsten, Barry Rando, Ruth Trehern, and Lionel Lee be and are hereby denied.

New Orleans, Louisiana, this ____ day of _____, 2012

_____
JUDGE KURT D. ENGELHART