UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Christine Kellsten v. Jayco Enterprises, Inc.* | * | |
| *No. 10-0269* | * | |
| Plaintiffs: Christine Kellsten, Barry Rando, | * | |
| Ruth Trehern, and Lionel Lee | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss submitted to the Honorable Kurt Englehardt, in the United States District Court for the Eastern District of Louisiana on May 16, 2012, at 9:30 a.m. or as soon as thereafter as may be submitted.

Respectfully submitted:

/s/ *Edward Gibson*
EDWARD GIBSON, ESQ., LA State Bar No. 29053
HAWKINS, STRACENER, & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF system which then forwards same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the 20th day of April, 2012.

/s/ *Edward Gibson*
**EDWARD GIBSON, ESQ.**