UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hargrove, Jessica | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Hargrove, Jessica - WLF#211582

✓ bronchitis
✓ throat irritation
✓ hoarseness
___ laryngitis
___ pneumonia
✓ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood
     asthma
✓ allergies for the first time in your life
___ worsening of allergies that you had previous to
     living in FEMA trailer
___ burning sensation in chest
___ pharyngitis
✓ sinus infection / sinusitis

___ allergic contact dermatitis
✓ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
___ irregular heartbeat
___ emphasema
___ RADS: reactive airway dysfunction
___ cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.
_Weakness - loss of strength & energy_

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Allergies | Date of Diagnosis | 2006 | Suffered Prior To Trailer? | no |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr. Shaker (Gulf Coast Medical) | | | Condition Worsened By Trailer? | yes |
| Address of Physician | 295 Hwy 90 Bay St. Louis Clinic | | | | |

| Condition | Bronchitis | Date of Diagnosis | 2006 | Suffered Prior To Trailer? | no |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr. Shaker | | | Condition Worsened By Trailer? | |
| Address of Physician | Bay St. Louis | | | | |

| Condition | Upper Respiratory | Date of Diagnosis | 2006 | Suffered Prior To Trailer? | no |
|---|---|---|---|---|---|
| Diagnosing Physician | Upper Respiratory Infection | | | Condition Worsened By Trailer? | |
| Address of Physician | 295 Hwy 90 Bay St. Louis | | | | |

| Condition | Headaches | Date of Diagnosis | 2007 | Suffered Prior To Trailer? | no |
|---|---|---|---|---|---|
| Diagnosing Physician | Migrains | | | Condition Worsened By Trailer? | |
| Address of Physician | Drink Water Blvd Bay St. Louis | | | | |

| Condition | Throat Problem | Date of Diagnosis | 2007 | Suffered Prior To Trailer? | no |
|---|---|---|---|---|---|
| Diagnosing Physician | Infection | | | Condition Worsened By Trailer? | |
| Address of Physician | Drink Water Bay St. Louis, MS | | | | |

She was seen for these conditions
more than once. She was seen several
times over 2006 - 2008

Hargrove, Jessica - WLF#211582

    1.    Date on which smoking/tobacco use ended:_____
    2.    Amount smoked or used on average:
             _____ per day for _____ years.

☐    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.    Amount currently smoked or used on average:
             _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

    If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.    Amount smoked or used on average, if you know:
             _1 pack_ per day for _17_ years.
    2.    Relationship to you: ~~me~~ mother
    3.    Please state whether the smoking occurred inside, outside or both. _outside_

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
    Yes ☐    No ☒

    *If "Yes,"* what was the date of birth:_____.

    Did your pregnancy terminate in a miscarriage or a stillborn child?
    Yes ☐    No ☐

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.    Lung or other respiratory disease
        Yes ☐    No ☐

        *If "Yes,"* please indicate the following:

        Name and description of each illness, disease, or abnormal condition:
        _Respiratory infections_

        The date of illness:
        _Several time_ _2005 - 2008_

    2.    Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

Hargrove, Jessica - WLF#211582

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 19 day of _Oct._, 2008.

_Dora Denise Knott_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _her mother_

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: Harper, Kamara | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Harper, Kamara - WGC#201619

4.    Since you moved into the FEMA trailer and up to the present date, have you
      been diagnosed with Cancer?   No

      If yes, which kind of cancer?

5.    When do you claim this injury or disease first occurred?   I know now injury
      occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
      trailer?   Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
      condition that you already had or had in the past?   Please see table above

      If "Yes", set forth the illness, disease or condition; whether or not you had
      already recovered from that illness, disease or condition before you began
      residing in a FEMA trailer or mobile home and the date of your recovery, if
      any.   I was overall fine before trailer.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Harper, Kamara - WGC#201619

Manufacturer: Gulf Stream

VIN: 1NL1GTR2561067678

Bar Code Number: 1124560

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 9/1/2005

Move-out Date: 2/1/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 629 Division St.

City: Biloxi          State: MS    Zip: 39530

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Parent moved back in our home.


Please state the approximate square footage of the FEMA housing unit: Normal size

Please state the approximate length and width of the FEMA housing unit: Normal size

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 8 hrs. - 15

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? 4 days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?


For what period of time did you temporarily live in another location? 4 days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:


Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:


Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Air conditioning , Heater , Sewage backup all over - Trade out unit .

Harper, Kamara - WLF#201619

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Kamara Harper
**Signature of Plaintiff**

Kamara Harper
**Print Your Name**

10/17/08
**Date**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201619          **Cause No.** 08-5031

**Case Name** Harper, Kamara      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

     **DOB** 9/10/1985     **SSN** 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

| Question # | Question |
|---|---|
| .7 | Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
| | **Answer** |
| | The temporary housing unit was a travel trailer. |
| **Question #** 1. | **Question** Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| | **Answer** |
| | I suffered from irritation and burning of nasal membranes, irritation or itching of skin, headaches, nausea, abdominal pain, diarrhea, difficulty in breathing, wheezing, shortness of breath, persistent cough, tightness of the chest, bronchitis, throat irritation, hoarseness, laryngitis, pneumonia, upper respiratory tract infections, sinus infection/sinusitis, and dizziness. |
| **Question #** 2. | **Question** Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall when these injuries first occurred. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 3. | **Question** Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I did not suffer with any illnesses prior to living in the FEMA trailer. |
| **Question #** 4. | **Question** Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Gulfport MS. |
| **Question #** 5. | **Question** Did not provide plaintiff's current employment information, as required by Section IV (F)(1). |
| | **Answer** |
| | I am currently a student and not employed. |
| **Question #** 6. | **Question** Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | I was a student and not employed. |
| **Question #** | **Question** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201619

**Case Name** Harper, Kamara

**DOB** 9/10/1985   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| | |
|---|---|
| 8. | Did not provide plaintiff's weight prior to living in FEMA housing unit, as required by Section VI (A-B). |
| | **Answer** |
| | I do not recall my weight prior to the trailer. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 9 | Did not provide plaintiff's personal tobacco history, as required by Section VI (C). |
| | **Answer** |
| | I have never used tobacco. |

| **Question #** | **Question** |
|---|---|
| 10 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I was seen by the following providers:<br>Dr. Tricia Aultman<br>Internal Medicine<br>15012 Lemoyne Blvd.<br>Biloxi, MS 39530<br>228-374-1894<br>MRI testing for headaches<br>2005-2007<br><br>Alva Dillion M.D.<br>Digestive Health<br>3890 Bienville Blvd.<br>Ocean Springs, MS 39564<br>1-800-718-2592<br>biopsy, upper gastrointestinal endoscopy, stomach<br>1/4/2008 |

| **Question #** | **Question** |
|---|---|
| 11 | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I was treated by the following providers:<br>Dr. Tricia Aultman<br>15012 Lemoyne Blvd.<br>Biloxi, MS 39530<br><br>Alva Dillion M.D.<br>3890 Bienville Blvd.<br>Ocean Springs, MS 39564<br><br>I do not recall the dates of treatment. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201619                **Cause No.** 08-5031

**Case Name** Harper, Kamara       **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

        **DOB** 9/10/1985    **SSN** 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

| Question # | Question |
|---|---|
| 12 | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |

| Answer |
|---|
| My prescriptions were filled at:<br>Gruich Pharmacy Shoppe<br>608 Howard Ave.<br>Biloxi, MS 39570 |

_____        3/30/2009
Plaintiff or Representative             Date

2/5654

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    )        MDL NO. 1873
FORMALDEHYDE                           )
PRODUCT LIABILITY LITIGATION           )
                                       )
———————————————————————                )        SECTION: N(4)
                                       )
                                       )        JUDGE: ENGELHARDT
THIS RELATES TO:                       )        MAG: ROBY
                                       )
Plaintiff: Hart, Samantha              )
                                       )
———————————————————————                )

### PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate** Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Hart, Samantha - WLF#215654

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ✓throat irritation | ___dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood | ___hypothermia (low body temperature) |
|     asthma | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ✓worsening of allergies that you had previous to | ___abnormal laboratory tests on urine |
|     living in FEMA trailer | ___irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ✓sinus infection / sinusitis | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____ *over the counter meds.* _____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ *N/A* | _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                               Hart, Samantha - WLF#215654

Manufacturer:  Gulf Stream

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel Trailer_

Move-in Date:  9/2005

Move-out Date:  8/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

1221 Baylous St.

Picayune MS 39466

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _found an Apartment_

_____

_____

Please state the approximate square footage of the FEMA housing unit: _unsure_

Please state the approximate length and width of the FEMA housing unit: _unsure_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _unsure_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _blocks_

Is/was the FEMA housing unit hooked up to a sewer line? _yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _no_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _3-4 days a week_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_no_

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _unsure_

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no_

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_

If "Yes," please state the date and reason for repair, service or maintenance: _monthly   unsure of_

_what they did_

Hart, Samantha - WLF #215654

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Samantha Hart_     <u>Samantha Hart</u>     _Oct 23 08_

**Signature of Plaintiff**     **Print Your Name**     **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hartfield, Jr., Donald | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No_____

If yes, which kind of cancer?   _____

_____

5.      When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

_____

_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**   Hartfield, Jr., Donald - WGC#215655

Manufacturer: <u>Gukf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/01/2005</u>

Move-out Date: <u>04/01/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>11620 Wheat Groff Rd</u>

City: <u>Grand Bay</u>                State: <u>AL</u>    Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Moved in Permanently With Father</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16 hrs. Perdai</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?
<u>Moss Point MS 39563</u>

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Donald Hartfield*    *Donald Hartfield*    2-16-08
Signature of Plaintiff        Print Your Name        Date

*Donald Hartfield  FATHER*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hawkins, Donnah | ) | |
| | ) | |
| ———————————————— | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

If yes, which kind of cancer?   _____
_____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____
_____
_____
_____

Hawkins, Donnah - WGC#205336

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: 1NL1GTR2961043836

Bar Code Number: 1350469

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 4/7/2006

Move-out Date: 10/7/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 44158 Booker Road

City: Hammond          State: LA     Zip: 70403

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

I was stay with my daughter

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 2 - 3 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? 5 day / Week

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

Yes

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 day / Week

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

A/C Fixed

4360

Hawkins, Donnah - WLF-205306

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Donnah Hawkins_ | **Donnah Hawkins** | 10/10/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205336
**Case Name** Hawkins, Donnah
**DOB** 4/21/1961   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |
| 2. | Stated that plaintiff did not suffer with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6), but then stated that the FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | After staying in the FEMA trailer I had breathing problems.  These problems began in 2006, after I moved into the trailer.  I did not have them prior to the trailer, but they worsened the longer I stayed in the trailer. |
| 3. | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| | **Answer** |
| | No, I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer. |
| 4. | Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | I am claiming medical expenses in the amount of $250 for prescriptions. |
| 5. | Did not provide state of issuance of plaintiff's license, as required by Section IV (B). |
| | **Answer** |
| | My Louisiana driver's license number is 00463776 |
| 6. | Did not provide place of birth, as required by Section IV (C) |
| | **Answer** |
| | I was born in Independence, LA. |
| 7. | Did not provide the complete FEMA Identification Number, as required by Section V (A)(3). |
| | **Answer** |
| | My FEMA Identification Number is 912000155. |
| 8. | **Question** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205336

**Case Name** Hawkins, Donnah

**DOB** 4/21/1961   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| | |
|---|---|
| | required by Section V (A)(8). |
| | **Answer** |
| | The address to the temporary housing unit was 44158 Booker #2 Rd Hammond, LA 70403. |
| **Question #** 9. | **Question** |
| | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the approximate square footage of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 10. | **Question** |
| | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | I do not recall the approximate length and width of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 11. | **Question** |
| | Did not state the dates on which repairs, service or maintenance were performed on the FEMA housing unit, as required by Section V (D). |
| | **Answer** |
| | I do not recall the dates on which repairs, service, or maintenance was performed on the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** 12. | **Question** |
| | Did not provide information regarding the dates on which other persons resided in the FEMA housing unit, or the personal injury information of the other persons who resided in the FEMA housing unit, as required by Section V (E). |
| | **Answer** |
| | I resided in the FEMA housing trailer in 04/2006 to 11/2007 and the persons who stayed there were Zineki Hawkins and Willis Hawkins Jr. I do not know the personal injury information for these two but understand that their claims are about formaldehyde being in the trailer and that may cause illness or disease. |
| **Question #** 13. | **Question** |
| | Did not identify the specialty of the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205336                                    **Cause No.** 08-5031
**Case Name** Hawkins, Donnah               **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 4/21/1961    **SSN** 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

I do not recall the specialty of the doctor(s) or health care provider(s) who treated me for disease/illness/injury that I suffered as a result of living in a FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided.

| Question # | Question |
|---|---|
| 14. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, though listed treatment at a Family Health Clinic in Hammond, La., elsewhere in fact sheet, in violation of Section IX (E). |

**Answer**

I do not recall the names of any additional physician or health care provider who treated me during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided.

_____          3/30/2009
Plaintiff or Representative                        Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) | |
| THIS RELATES TO: | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Hawkins, Zineki** | ) ) | |
| _____ | ) ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Abdominal Pain

Hawkins, Zineki - WGC#205346

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream Mobile Homes

VIN: 1NL1GTR2961043836

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 04/07/2006

Move-out Date: 10/07/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 44158 Booker #2 Rd

City: Hammond          State: LA     Zip: 70403

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
Because of my sickness

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? Mostly 24

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? No

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:
Fix AC

Hawkins, Zineki  WLF#205346

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Zineki Hawkins_          _10/8/08_
**Signature of Plaintiff**   **Print Your Name**        **Date**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205346

**Case Name** Hawkins, Zineki

**DOB** 8/20/1984   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| . | |
| | **Answer** |
| | |

| Question # | Question |
|---|---|
| 1. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 2. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 3. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the date when the injury/disease first occurred.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | Stated that plaintiff did not suffer with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6), but then stated that the FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I did not have a pre- existing condition before moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 5. | Did not provide the recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I did not have a pre-exiting condition, so the there is no recovery information prior to moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 6. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |
| | **Answer** |
| | I have lived at 44158 Booker Rd. #2. Hammond, LA. 70403 for the past five years. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205346
**Case Name** Hawkins, Zineki
**DOB** 8/20/1984   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 7. | Did not provide state of issuance for plaintiff's license, as required by Section IV (B). |
| | **Answer** |
| | My Driver's License was issued by Louisiana. |

| Question # | Question |
|---|---|
| 8. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Independence, LA. |

| Question # | Question |
|---|---|
| 9. | Did not provide plaintiff's current employment information, but provided past employment information, in violation of Section IV (F)(1). |
| | **Answer** |
| | I am not currently employed as I am disabled due to being hearing impaired. |

| Question # | Question |
|---|---|
| 10. | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | I was employed at McDonald's on Railroad Ave from Jan to April of 2004. I do not recall any additional employment information. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide the complete FEMA Identification Number, as required by Section V (A)(3). |
| | **Answer** |
| | The FEMA Identification Number is 912000155. |

| Question # | Question |
|---|---|
| 12. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | I do not recall the Bar Code Number. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the approximate square footage of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205346

**Case Name** Hawkins, Zineki

**DOB** 8/20/1984   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| 14. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
|---|---|
| | **Answer** |
| | I do not recall the approximate length and width of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 15. | Did not provide the dates on which repairs, service or maintenance were performed on the FEMA housing unit, as required by Section V (D). |
| | **Answer** |
| | I do not recall the dates on which repairs, service, or maintenance were performed on the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 16. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, though plaintiff identified physicians with whom he treated in 2006, 2007, and 2008, in violation of Section IX (E). |
| | **Answer** |
| | I was seen by Dr. Vables in 2006. I was seen by Dr. Keri Barass at North Gates Medical Center in St. Hammond in 2006. I was seen by Dr. Swinger at Lakeview Hospital in 2008, and Dr. Staggers at North Gates Medical Center. I do not recall the exact addresses or dates of these vistis, and I do not recall any additional physicians or health care provider(s) who treated me during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

_____

Plaintiff or Representative

3/30/2009
_____

Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Henderson, Jr., Joseph | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   I had no symptoms until I resided in FEMA trailer.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Monaco Homes

VIN: IKB131L276W165067

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Fema

Move-in Date: 02/16/2006

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 3000 Touro

City: New Orleans          State: LA    Zip: 70122

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Signature of Plaintiff_ | Joseph  Henderson<br>**Print Your Name** | 10-14-08<br>**Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Henry, A Niyah | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: __Gulf Stream__

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: _____

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: __378 Market St__

City: __Pass Christian_____   State: __MS___   Zip: __39571_____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Henry, Ahiyah - WLF#203058

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Sheena Cleaey,_
_as next friend of A Niyah._
_minor_

**Signature of Plaintiff**

Sheena Henry, as Next Friend of
~~Ahiyah~~ Henry, a minor
**Print Your Name**
A'Niyah

10/10/08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Henson, Dorothy M. | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Henson, Dorothy M. - WGC#201666

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Asthma worsened and stay sick all the time

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Henson, Dorothy M. - WGC#201666

Manufacturer: <u>Gulf Stream</u>

VIN: <u>911900119 1605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>9/1/2005</u>

Move-out Date: <u>03/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>3715 Delaware Ave.</u>

City: <u>Coden</u>                    State: <u>AL</u>    Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Received FEMA mobile home.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>20 hours a</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>Propane</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>disabled</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>disabled</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Henson, Dorothy M. - WLF#201666

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Dorothy Henson_ | Dorothy Henson | 2-10-09 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Henson, Edward | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Henson, Edward - WGC#201667

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

   If yes, which kind of cancer?  _____

5. When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

   **If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Henson, Edward - WGC#201667

Manufacturer: Gulf Stream

VIN: 9119001191605

Bar Code Number: 

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 9/1/2005

Move-out Date: 03/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 3715 Delaware Ave.

City: Coden                    State: AL      Zip: 36523

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Received FEMA Mobile home

Please state the approximate square footage of the FEMA housing unit: 24

Please state the approximate length and width of the FEMA housing unit: 8 x 30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 20 hrs a day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? Propane

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? Disabled

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? Disabled

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Breaker put in new air condition Bred room & Bathroom Door replace couch , Stove, Hot water heater broke

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| *Edward Henson* (signature) | Edward Henson | 2-09-09 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Henson, Lucinda | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Henson, Lucinda - WGC#201668

Manufacturer: Gulf Stream

VIN: 9119001191605

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 9/1/2005

Move-out Date: 03/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 3715 Delaware Ave

City: Coden _____ State: AL ___ Zip: 36523

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
Recieved from FEMA Mobile Home.

Please state the approximate square footage of the FEMA housing unit: 240

Please state the approximate length and width of the FEMA housing unit: 8X30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12hrs. a day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? Go to school.

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? Go to school.

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Henson, Lucinda - WLF#201668

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Edward Henson                    Edward Henson, as Next Friend      2/16/09
**Signature of Plaintiff**        **of Lucinda  Henson, a minor**     **Date**
                                  **Print Your Name**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Herbert, Lisa | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Herbert, Lisa - WGC#201672

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No_____

If yes, which kind of cancer?   _____

_____

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

_____

_____

Herbert, Lisa - WGC#201672

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: <u>921248440-1604</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>01/01/2005</u>

Move-out Date: <u>01/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Herbert, Lisa - WLF#201672

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Lisa Herbert | 10/13/08 |
| | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hess, Dillon | ) | |
| | ) | |
| _____ | ) | |

### PLAINTIFF FACT SHEET

I.   **INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Hess, Dillon - WLF#214462

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ___ throat irritation | ✓ dizziness |
| ✓ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ✓ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| ___ allergies for the first time in your life | ___ miscarriage or stillbirth |
| | ___ abnormal laboratory tests on blood |
| ✓ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| ___ burning sensation in chest | ___ irregular heartbeat |
| ___ pharyngitis | ___ emphasema |
| ✓ sinus infection / sinusitis | ___ RADS: reactive airway dysfunction |
| | ___ cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition Bronchitas wheezing | Date of Diagnosis _____ | Suffered Prior To Trailer? NO |
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |
| Condition Asthma, shortness of Breath | Date of Diagnosis _____ | Suffered Prior To Trailer? Yes |
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |
| Condition Sinus | Date of Diagnosis _____ | Suffered Prior To Trailer? Yes |
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |
| Condition Nose Bleeds | Date of Diagnosis _____ | Suffered Prior To Trailer? Yes |
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |
| Condition Headaches | Date of Diagnosis _____ | Suffered Prior To Trailer? NO |
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |

Hess, Dillon - WLF#214462

| | | |
|---|---|---|
| Condition _Eyes_____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _Yes_ |
| Diagnosing Physician _Free Clinic_____ | | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214462

**Case Name** Hess, Dillon

**DOB** 8/16/1996    **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 1. | Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer** |
| | Yes, I am claiming I may have developed a disease as a result of being exp sed to formaldehyde. |

| Question # | Question |
|---|---|
| 2. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 4. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the date. If I remember or in the con se of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Stated that plaintiff did not suffer with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6), but then stated that the FEMA trailerw orsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I am not claiming any medical expenses. |

| Question # | Question |
|---|---|
| 6. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I do not recall if I had recovered from any pre-existing conditions before moving into the trailer. If I remember or if in the con se of researching my claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 7. | Did not provide plaintiff's educational background, as required by Section IV (E). |
| | **Answer** |
| | I attended Phoenix College and have a degree in Computer Prog aming. I attended the College 08/1989-06/1990. |