**TRAILER 1**

Hess, Dillon - WLF#214462

Manufacturer: **Gulf Stream**

VIN: INLIGTR2561075117

Bar Code Number: 1115462

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel Trailer

Move-in Date: 11/2005

Move-out Date: 12/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

9048 Niagra St.

Bay St. Louis MS 39521

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private property

State the reason you stopped living in the FEMA trailer or mobile home: was way to small—

meldew,

Please state the approximate square footage of the FEMA housing unit: 8 X 32

Please state the approximate length and width of the FEMA housing unit: 8 X 32

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12 - 14 hrs per day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Blocks

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 1 (one)

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live? N|A

For what period of time did you temporarily live in another location? N|A

Have any air quality tests ever been performed on your FEMA trailer or mobile home? NO

If "Yes," please state when the test was performed and who prepared this testing: N|A

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? NO

If "Yes," please state the date and reason for fumigation: N|H

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance: Reported but Feema Never showed up to fix - had to fix repairs myself. Bathroom sink - trailer leveled - door would not shut.

Hess, Dillon - WLF#214462

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Donna M. Hess* | Donna Hess, as Next Friend of Dillon Hess, a minor | 10-16-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

214463

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Hess, Donna | ) ) ) | |
| _____ | ) | |

### PLAINTIFF FACT SHEET

### I.  INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate** Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Hess, Donna - WLF#214463

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ✓ throat irritation | ✓ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| ___ allergies for the first time in your life | ___ miscarriage or stillbirth |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on blood |
| ___ burning sensation in chest | ___ abnormal laboratory tests on urine |
| ___ pharyngitis | ___ irregular heartbeat |
| ✓ sinus infection / sinusitis | ___ emphasema |
| | ___ RADS: reactive airway dysfunction |
| | ___ cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| Condition Bronchitis, Sinus, throat | Date of Diagnosis _____ | Suffered Prior To Trailer? No |
|---|---|---|
| Diagnosing Physician Dr. Theresa Cuevas | | Condition Worsened By Trailer? Yes |
| Address of Physician Port Bienville - Hancock Family Medical Clinic | | |

| Condition Headaches | Date of Diagnosis _____ | Suffered Prior To Trailer? No |
|---|---|---|
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |

| Condition Nausea, Vomiting | Date of Diagnosis _____ | Suffered Prior To Trailer? No |
|---|---|---|
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |

| Condition Difficulty Breathing | Date of Diagnosis _____ | Suffered Prior To Trailer? No |
|---|---|---|
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |

| Condition Shortness of breath | Date of Diagnosis _____ | Suffered Prior To Trailer? No |
|---|---|---|
| Diagnosing Physician Free Clinic | | Condition Worsened By Trailer? Yes |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Hess, Donna - WI.F#214463

Manufacturer: **Gulf Stream**

VIN: INLIGTR256 IO7S117

Bar Code Number: 111546 2

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel Trailer

Move-in Date: **11/2005**

Move-out Date: **12/2006**

Please state the mailing address and physical location for the trailer or mobile home unit:

**9048 Niagra St.**

**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property

State the reason you stopped living in the FEMA trailer or mobile home: Too Small, meldew,

Smelled

---

Please state the approximate square footage of the FEMA housing unit: 8x32

Please state the approximate length and width of the FEMA housing unit: 8x32

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12-16 hrs. per day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Blocks

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? One

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live? N|A

---

For what period of time did you temporarily live in another location? N|A

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing: NA

---

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? NO

If "Yes," please state the date and reason for fumigation: N|A

---

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

No one Ever came to make repairs – leaking faucet, doors wouldn't shut

trailer was Never leveled.

Hess, Donna - WLF#214463

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Donna M. Hess_                    _Donna Hess_                    _10/14/08_
**Signature of Plaintiff**          **Print Your Name**           **Date**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214463                **Cause No.** 08-5031
**Case Name** Hess, Donna          **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
       **DOB** 1/10/1968    **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide response that disease/illness is claimed to be the result of formaldehyde while residing in a FEMA trailer, as required by Section III (C)(1). |
| | **Answer** |
| | I am claiming a disease or illness may have developed as a result of being exposed to formaldehyde. |

| Question # | Question |
|---|---|
| 2. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 4. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | The injuries first began in 12/2005. |

| Question # | Question |
|---|---|
| 5. | Stated that plaintiff did not suffer with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6), but then stated that the FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I am not claiming any medical expenses. |

| Question # | Question |
|---|---|
| 6. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 7. | Did not provide plaintiff's educational background, as required by Section IV (E). |
| | **Answer** |
| | I attended Phoenix College and have a degree in Computer Programing. I attended the College 08/1989-06/1990. |

| Question # | Question |
|---|---|

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214463
**Cause No.** 08-5031
**Case Name** Hess, Donna
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 1/10/1968    **SSN** 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

| | |
|---|---|
| 8. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I do not recall the square footage of the trailer. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9. | Did not provide the personal injury information of the other persons who resided in the FEMA housing unit, as required by Section V (E). |
| | **Answer** |
| | I do not know if the other people residing in the trailer are making personal injury claims. |

| Question # | Question |
|---|---|
| 10. | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, but listed information in the table, in violation of Section VI (F)(1). Did not indicate the specifics regarding plaintiff's chest x-ray, CT scan or MRI, as required by Section VI (G). |
| | **Answer** |
| | Yes, I have suffered from lung or other respiratory disease. |

| Question # | Question |
|---|---|
| 11. | Did not identify the phone number of the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, the dates of treatment, or treatment received, as required by Section VII (A-B). |
| | **Answer** |
| | I do not recall the phone numbers of the treating facility, the treatment I received, nor the dates of treatment. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 12. | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| | **Answer** |
| | I do not recall. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I do not recall receiving inpatient care. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 14. | Did not provide the admission dates or reason for admission at the hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |

## Plaintiff Fact Sheet Deficiency Answers

WGC# 214463                                      Cause No. 08-5031

Case Name  Hess, Donna                           Case Style  Belinda H. Bauer, et al, v Liberty Homes, Inc., et

DOB 1/10/1968      SSN  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

| Answer |
|---|
| I do not recall the dates or reason for admission.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative                      Date

*116201*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )        MDL NO. 1873
FORMALDEHYDE                   )
PRODUCT LIABILITY LITIGATION   )
                               )
_____  )        SECTION: N(4)
                               )
                               )        JUDGE: ENGELHARDT
THIS RELATES TO:               )        MAG: ROBY
                               )
Plaintiff: Hill, Daniel        )
                               )
_____  )

**PLAINTIFF FACT SHEET**

## I.      INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A **separate** Plaintiff Fact Sheet **must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hill, Daniel - WLF#216581

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ✓ throat irritation | ✓ dizziness |
| ✓ hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ✓ pneumonia | ___ blood in urine |
| ✓ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ✓ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| ___ allergies for the first time in your life | ___ miscarriage or stillbirth |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on blood |
| | ___ abnormal laboratory tests on urine |
| ___ burning sensation in chest | ✓ irregular heartbeat |
| ___ pharyngitis | ___ emphasema |
| ✓ sinus infection / sinusitis | ___ RADS: reactive airway dysfunction |
| | ___ cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

*Colds often Sinus Problems Constantly*
*Had 2 steents Since 2005 (not sure if*
*Related to trailer.*

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| Condition Breathing, Sinus, Pneumonia | Date of Diagnosis Pneumonia | Suffered Prior To Trailer? No |
|---|---|---|
| Diagnosing Physician Emergency Room - Patén Hospital | | Condition Worsened By Trailer? Don't Know |
| Address of Physician Hancock Medical - DR. L. Bys Heart Doctor | | |

| Condition DR. Ken... Blood Press | Date of Diagnosis not sure | Suffered Prior To Trailer? Not Sure |
|---|---|---|
| Diagnosing Physician DR Kendrick (LoLAND) | | Condition Worsened By Trailer? Don't Think |
| Address of Physician 1903 Waveland ave Waveland ms 39576 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**

Manufacturer: ~~Gulf Stream~~ *Cavalier*                    Hill, Daniel - WLF#216581

VIN: *Don't Know*

Bar Code Number: *Don't Know*

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *Travel Trailer*

Move-in Date: **2005**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**8012 Hwy 90 Lot 5**
**Bay St Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private Property*

State the reason you stopped living in the FEMA trailer or mobile home: *Bought own own*
*Park Model TRAILER*

Please state the approximate square footage of the FEMA housing unit: *N/A*

Please state the approximate length and width of the FEMA housing unit: *24 ft*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *12 hrs*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *No*

Is/was the FEMA housing unit hooked up to a sewer line? *Yes*

Is/was the FEMA housing unit hooked up to an electrical line? *Yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *No (PROPANE) Heat*

Is/was propane gas used in the FEMA housing unit? *Yes*

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *7 Days*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *NO*

If "Yes," where did you temporarily live? *N/A*

For what period of time did you temporarily live in another location? *N/A*

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *No*

If "Yes," please state when the test was performed and who prepared this testing: *N/A*

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *No*

If "Yes," please state the date and reason for fumigation: *N/A*

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *Yes*

If "Yes," please state the date and reason for repair, service or maintenance: *Leak in Roof & Mold*
*in Closets / Drawers*

Hill, Daniel - WLF#216581

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Daniel Hill<br>Print Your Name | 10/2/08<br>Date |

214464

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )     MDL NO. 1873
FORMALDEHYDE                   )
PRODUCT LIABILITY LITIGATION   )
                               )
_____      )     SECTION: N(4)
                               )
                               )     JUDGE: ENGELHARDT
THIS RELATES TO:               )     MAG: ROBY
                               )
Plaintiff: Hill, Gloria        )
                               )
_____      )

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

     Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

     If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

✓ bronchitis
___ throat irritation
___ hoarseness
___ laryngitis
___ pneumonia
✓ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood asthma
___ allergies for the first time in your life
✓ worsening of allergies that you had previous to living in FEMA trailer
___ burning sensation in chest
___ pharyngitis
✓ sinus infection / sinusitis

___ allergic contact dermatitis
___ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
___ irregular heartbeat
___ emphasema
___ RADS: reactive airway dysfunction
___ cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Asthma attacks | Date of Diagnosis _____ | Suffered Prior To Trailer? yes |
|---|---|---|---|
| Diagnosing Physician | Francisco Candal MD | | Condition Worsened By Trailer? yes |
| Address of Physician | 2250 E. Gause Blvd, Slidell, La. (985) 639-3777 | | |

| Condition | Asthma | Date of Diagnosis 10/18/07 | Suffered Prior To Trailer? yes |
|---|---|---|---|
| Diagnosing Physician | Raymond Bacz lourpird MD | | Condition Worsened By Trailer? yes |
| Address of Physician | 2250 E Gause Blvd Slidell, La. (985) 639-3777 | | |

| Condition | _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|---|
| Diagnosing Physician | _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician | _____ | | |

| Condition | _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|---|
| Diagnosing Physician | _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician | _____ | | |

| Condition | _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|---|
| Diagnosing Physician | _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician | _____ | | |

**TRAILER 1**

Manufacturer: **Gulf Stream**

Hill, Gloria - WLF#214464

VIN: I N L I G T R 2 2 - 6 1 0 4 1 7 6 5

Bar Code Number: i 1 2 5 4 9 2

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel trailer

Move-in Date: **2005**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**709 Dewey St.**

**Slidell LA 70458**

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private property

State the reason you stopped living in the FEMA trailer or mobile home: home was completed

Please state the approximate square footage of the FEMA housing unit: 160

Please state the approximate length and width of the FEMA housing unit: 8 x 20

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24 Hrs a day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? blocks

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 0

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? none

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Hill, Gloria - WLF#214464

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Gloria Hill* | Gloria Hill | |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214464
**Case Name** Hill, Gloria
**DOB** 1/1/1946    **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # | Question |
| | Answer |
| Question # 1. | Question |
| | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | Answer |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |
| Question # 2. | Question |
| | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | Answer |
| | I do not recall the date the disease first occurred. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # 3. | Question |
| | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | Answer |
| | I previously suffered from asthma and it got worse from living in the trailer. |
| Question # | Question |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214464      **Cause No.** 08-5031
**Case Name** Hill, Gloria      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 1/1/1946    **SSN** 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

| | |
|---|---|
| **4.** | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I suffered from asthma before living in the trailer. |

**Question #**
| **5.** | **Question** Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
|---|---|
| | **Answer** |
| | I did not recover from the asthma prior to living in the trailer. |

**Question #**
| **6.** | **Question** Did not provide place of birth, as required by Section IV (C). |
|---|---|
| | **Answer** |
| | I was born in New Orleans, LA. |

**Question #**
| **7.** | **Question** Did not provide the personal injury information of the other persons who resided in the FEMA housing unit, as required by Section V (E). |
|---|---|
| | **Answer** |
| | I do not know but understand that their claim is about formaldehyde being in the trailer and that may cause illness or disease. |

**Question #**
| **8.** | **Question** Did not provide plaintiff's weight prior to living in FEMA housing unit, as required by Section VI (A-B). |
|---|---|
| | **Answer** |
| | I do not recall my weight prior to the trailer. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

**Question #**
| **9.** | **Question** Did not identify the specialty of the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, or the dates of treatment, as required by Section VII (A-B). |
|---|---|
| | **Answer** |
| | I do not recall the specialty or dates of treatment. If I remember or if in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

**Question #**
| **10.** | **Question** Did not provide the approximate dates of treatment with plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
|---|---|
| | **Answer** |
| | I do not recall when I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214464

**Case Name** Hill, Gloria

**DOB** 1/1/1946   **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 11. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |
| 12. | Did not provide specifics regarding the hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |
| 13. | Did not provide specifics regarding each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative                    Date

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: **Hill, Mallery** | )<br>)<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**      Hill, Mallery - WGC#203446

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>12/25/2005</u>

Move-out Date: <u>4/26/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>23180 Jones Rd.</u>

City: <u>Pass Christian</u>      State: <u>MS</u>      Zip: <u>39571</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Moved in home.</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>8 to 12 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>Yes</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>Didn't work</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>Yes</u>

If "Yes," where did you temporarily live?

<u>With mom & brother ; Moss Point , MS & Georgia</u>

For what period of time did you temporarily live in another location? <u>Didn't work</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>We fix all problems.</u>

Hill, Mallery - WLF#203446

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Marguerite Jiles, as Next Friend_     Marguerite Jiles, as Next Friend     10-14-08
_of Mallery Hill, minor_               of Mallery Hill, a minor
**Signature of Plaintiff**             **Print Your Name**                  **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    )         MDL NO. 1873
FORMALDEHYDE                           )
PRODUCT LIABILITY LITIGATION           )
                                       )
_____        )         SECTION: N(4)
                                       )
                                       )         JUDGE: ENGELHARDT
THIS RELATES TO:                       )         MAG: ROBY
                                       )
Plaintiff: _____             )
                                       )
  Ronald Hill                          )
_____        )

PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED
WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-
TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION
OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.   ONCE
COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR
ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☒ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____

_____
_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _____ No _____

If yes, which kind of cancer?
_____

5. When do you claim this injury or disease first occurred? 07/2006 _____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐    No ☒

If "Yes," when and who diagnosed the condition at that time?
_____
_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐    No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

5.   Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☒     Mobile Home ☐

6.   Move-in Date: 06/2006

7.   Move-out Date: 04/2009

8.   Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
     5078 St. Ferdinand Drive New Orleans, LA 70126

9.   Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property

10.  State the reason you stopped living in the FEMA trailer or mobile home:
     Got tired of living in trailer, formaldehyde scare, poor condition of trailer

11.  Please state the approximate square footage of the FEMA housing unit: Awaiting Disaster File

12.  Please state the approximate length and width of the FEMA housing unit: Awaiting Disaster File

13.  What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 17

14.  Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
     Yes ☒     No ☐

15.  Is/was the FEMA housing unit hooked up to a sewer line?
     Yes ☒     No ☐

16.  Is/was the FEMA housing unit hooked up to an electrical line?
     Yes ☒     No ☐

17.  Is/was the FEMA housing unit hooked up to natural gas line?
     Yes ☐     No ☒

18.  Is/was propane gas used in the FEMA housing unit?
     Yes ☒     No ☐

9

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Ronald Hill_                    _Ronald Hill_                    _10/2/09_
**Signature of Plaintiff**            **Print Your Name**            **Date**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214466                     **Cause No.** 08-5031
**Case Name** Hill, Ronald            **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
          **DOB** 6/30/1943     **SSN** 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

| Question # | |
|---|---|
| **1.** | **Question** |
| | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |
| **2.** | **Question** |
| | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the date the injury first occurred.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **3.** | **Question** |
| | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | No, I did not recover from my injuries until after moving out. |
| **4.** | **Question** |
| | Did not provide state of issuance for plaintiff's license, as required by Section IV (B). |
| | **Answer** |
| | Louisiana issued my license. |
| **5.** | **Question** |
| | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in New Orleans, LA. |
| **6.** | **Question** |
| | Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** |
| | I was a custodian at Brock Elementary in Slidell, LA for fourteen years. I do not recall when I started and when I stopped working for Brock Elementary. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **7.** | **Question** |
| | Did not provide the personal injury information of the other persons who resided in the FEMA housing unit, as required by Section V (E). |
| | **Answer** |
| | I do not recall the nature of the personal injury of the other person living in the trailer. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214466                **Cause No.** 08-5031
**Case Name** Hill, Ronald        **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
        **DOB** 6/30/1943     **SSN** 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

| Question # | Question |
|---|---|
| 8. | Did not provide plaintiff's weight prior to living in FEMA housing unit, as required by Section VI (A-B). |
| | **Answer** |
| | I do not recall my weight prior to living in the FEMA trailer. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| 9. | Did not provide plaintiff's personal tobacco history, as required by Section VI (C). |
| | **Answer** |
| | I am a past smoker. I do not recall the dates or amount I smoked on average. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| 10. | Did not provide specifics regarding plaintiff's MRI, as required by Section VI (G). |
| | **Answer** |
| | I do not recall the date, reason, treating physician, or hospital where I received the MRI. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| 11. | Did not provide specifics regarding the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I do not recall the address, phone number, treatment received, or dates I saw Dr. Trainor Timothy. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| 12. | Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D). |
| | **Answer** |
| | No, a health care professional has not told me that my injuries are related to my FEMA trailer. |
| 13. | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| 14. | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |

## Plaintiff Fact Sheet Deficiency Answers

WGC# 214466                                    Cause No. 08-5031
Case Name Hill, Ronald                         Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et
     DOB 6/30/1943     SSN 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

| | |
|---|---|
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** **15.** | **Question** |
| | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** **16.** | **Question** |
| | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** **17.** | **Question** |
| | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall where or by whom I was treated. If I remember or if in the course of researching my claim, my attorney finds the information, a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative               _____
                                          Date

716580

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hill, Syble | ) | |
| | ) | |
| ——————————————— | ) | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hill, Syble - WLF#216580

✓ bronchitis
✓ throat irritation
✓ hoarseness
___ laryngitis
✓ pneumonia
✓ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood asthma
___ allergies for the first time in your life
✓ worsening of allergies that you had previous to living in FEMA trailer
___ burning sensation in chest
___ pharyngitis
✓ sinus infection / sinusitis

*Don't Know*

___ allergic contact dermatitis
✓ dizziness  *High Blood Pressure*
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
✓ irregular heartbeat  *open Heart Surgery*
___ emphasema  *no Symptoms of chest pain*
___ RADS: reactive airway dysfunction
___ cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

*Eye Have gotten worse (sight) ~~sight~~ hearing not good, HAVE Never Had Bronckitis as much as I have since Storm —*

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
|---|---|---|
| Bronchitis | 3 times Don't Know dates | N/A |
| Diagnosing Physician: Emergency Room - DR Kendrick | | Condition Worsened By Trailer? (I'm Not Sure If it was worse.) |
| Address of Physician: Hancock medical center | | |
| Open Heart Surgery | Dec 2007 | Suffered Prior To Trailer? No |
| Diagnosing Physician: | | Condition Worsened By Trailer? Don't Know |
| Address of Physician: Was Guelport Moved to Massachusetts. | | |
| Stomach trouble | Had Hernia Don't Know dates | Suffered Prior To Trailer? Yes |
| Diagnosing Physician: DR Kendrick | | Condition Worsened By Trailer? Don't Know |
| Address of Physician: | | |
| Dry Skin | Don't Know | Suffered Prior To Trailer? |
| Diagnosing Physician: No diagnosing dates | | Condition Worsened By Trailer? Don't Know |
| Address of Physician: | | |
| Breathing | Don't Know dates | Suffered Prior To Trailer? |
| Diagnosing Physician: DR. Kendrick (COPD) | | Condition Worsened By Trailer? Don't Know |
| Address of Physician: Waveland MS | | |

**TRAILER 1**

Manufacturer: ~~Gulf Stream~~ *Cavalier*                                   Hill, Syble - WLF#216580

VIN: *Don't Know*

Bar Code Number: *Don't Know*

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*

Move-in Date: 2005

Move-out Date: 2007

Please state the mailing address and physical location for the trailer or mobile home unit:

8012 Hwy 90 #5

Bay St. Louis MS 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private Property*

*RVL Park*

State the reason you stopped living in the FEMA trailer or mobile home: *got a new camper*

*of our own.*

---

Please state the approximate square footage of the FEMA housing unit: *24 Ft long 7 Ft wide*

Please state the approximate length and width of the FEMA housing unit: *24 Ft*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *20 Hrs*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *Jacks no Blocks*

Is/was the FEMA housing unit hooked up to a sewer line? *yes*

Is/was the FEMA housing unit hooked up to an electrical line? *yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *Propane*

Is/was propane gas used in the FEMA housing unit? *Heat only*

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *None - Disability*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *No*

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *No*

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *No*

If "Yes," please state the date and reason for fumigation:

---

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *Yes, Roof Leaked*

If "Yes," please state the date and reason for repair, service or maintenance: *Caved in mold was in trailer - don't know date - Repairs etc*

Hill, Syble - WLF#216580

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Syble L. Hill* | **Syble Hill** | 10-21-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

214363

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hobbs, Sally | ) | |
| | ) | |
| _____ | ) | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hobbs, Sally - WLF#214363

✔ bronchitis
✔ throat irritation
✔ hoarseness
___ laryngitis
✔ pneumonia
✔ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood
    asthma
___ allergies for the first time in your life
✔ worsening of allergies that you had previous to
    living in FEMA trailer
✔ burning sensation in chest
___ pharyngitis
✔ sinus infection / sinusitis

✔ allergic contact dermatitis
___ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
✔ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
___ irregular heartbeat
___ emphasema
___ RADS: reactive airway dysfunction
___ cancer;  If yes, what type _____

**Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.**

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Pneumonia + Bronchitis | Date of Diagnosis 2005 - 2008 | Suffered Prior To Trailer? ✔ |
| Diagnosing Physician Dr. Harris Barrett, South Coast Family Physician | | Condition Worsened By Trailer? ✔ |
| Address of Physician Pascagoula, MS 39581 | | |

| Condition Eye irritation + excessive tear | Date of Diagnosis 2005 - 2008 | Suffered Prior To Trailer? ✔ |
| Diagnosing Physician Dr. Sutton, Eye Associates, Delmar Ave. | | Condition Worsened By Trailer? ✔ |
| Address of Physician Pascagoula, MS 39567 | | |

| Condition Skin Rashes | Date of Diagnosis 2005 - 2008 | Suffered Prior To Trailer? ✔ |
| Diagnosing Physician Self + Dr. Harris Barrett | | Condition Worsened By Trailer? ✔ |
| Address of Physician South Coast Family Physicians, Pascagoula, MS 39581 | | |

| Condition Nausea | Date of Diagnosis 2005 - 2008 | Suffered Prior To Trailer? ✔ |
| Diagnosing Physician Self | | Condition Worsened By Trailer? ✔ |
| Address of Physician _____ | | |

| Condition Headaches | Date of Diagnosis 2005 - 2008 | Suffered Prior To Trailer? ✔ |
| Diagnosing Physician Self + Dr. Harris Barrett | | Condition Worsened By Trailer? ✔ |
| Address of Physician Pascagoula, MS 39581 | | |

Hobbs, Sally - WLF#214363

| | | |
|---|---|---|
| Condition _Dizzyness_ | Date of Diagnosis _2005-2008_ | Suffered Prior To Trailer? _no_ |
| Diagnosing Physician _none - Self_ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition _Cough + Shortness of Breath_ | Date of Diagnosis ___ | Suffered Prior To Trailer? _yes_ |
| Diagnosing Physician _Dr. Harris Barrett, South Coast Family Physicians_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Pascagoula, MS 39581_ | | |

| | | |
|---|---|---|
| Condition _Throat inflammation_ | Date of Diagnosis _2005-2008_ | Suffered Prior To Trailer? _yes_ |
| Diagnosing Physician _Dr. Harris Barrett, South Coast Family Physicians_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Pascagoula, MS 39581_ | | |

| | | |
|---|---|---|
| Condition _Sinus infections_ | Date of Diagnosis _2005-2008_ | Suffered Prior To Trailer? _yes_ |
| Diagnosing Physician _Dr. Harris Barrett, South Coast Family Physicians_ | | Condition Worsened By Trailer? _yes_ |
| Address of Physician _Pascagoula, MS 39581_ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

| | | |
|---|---|---|
| Condition ___ | Date of Diagnosis ___ | Suffered Prior To Trailer? ___ |
| Diagnosing Physician ___ | | Condition Worsened By Trailer? ___ |
| Address of Physician ___ | | |

**TRAILER 1**                                                    Hobbs, Sally - WLF#214363
Manufacturer: **Gulf Stream**
VIN: **INLIGTR2361031116**
Bar Code Number: **1115709**
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel Trailer_
Move-in Date: **12/2005**
Move-out Date: **1/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**1714 Williams**
**Pascagoula MS 39567**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private Property_
State the reason you stopped living in the FEMA trailer or mobile home: _My house had been_
_repaired & was ready to move back into._

Please state the approximate square footage of the FEMA housing unit: _180 sq. ft._
Please state the approximate length and width of the FEMA housing unit: _30' x 6'_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _18_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes_
Is/was the FEMA housing unit hooked up to a sewer line? _Yes_
Is/was the FEMA housing unit hooked up to an electrical line? _Yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _No_
Is/was propane gas used in the FEMA housing unit? _Yes_
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _5_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_No_
If "Yes," where did you temporarily live? _N/A_

For what period of time did you temporarily live in another location? _N/A_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _I don't know_
If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_
If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_
If "Yes," please state the date and reason for repair, service or maintenance: _Monthly Preventive_
_maintenance. Checked Smoke alarms & fire extinguisher. Repaired leak_
_at top of door. Carbon Dioxide alarm kept going off by mistake - they came_
_out to check it & Reset it. I can't remember the dates._

Hobbs, Sally - WLF#214363

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Sally B. Hobbs* | **Sally Hobbs** | 10-17-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214363                          **Cause No.** 08-5031
**Case Name** Hobbs, Sally              **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 1/23/1948      **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall when the injury or disease first occurred.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 3. | Did not respond whether air quality tests were performed on the FEMA housing unit, as required by Section V (B). |
| | **Answer** |
| | I do not recall if air quality control tests were performed.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | Did not provide the dates on which repairs, service or maintenance were performed on the FEMA housing unit, as required by Section V (D). |
| | **Answer** |
| | I do not recall the dates.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Did not indicate where plaintiff received a chest x-ray, as required by Section VI (G). |
| | **Answer** |
| | I received the chest x-ray at Dr. Harris Barrett's office. |

_____                    3/30/2009
Plaintiff or Representative                         Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hoffman, Elizabeth | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hoffman, Elizabeth - WGC#205205

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

_____

5.    When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   There is no Recovery. Life long condition It's A Miserable Life to live

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Hoffman, Elizabeth - WGC#205205

Manufacturer: Gulf Stream

VIN: 1NL1GTR2261050675

Bar Code Number: 1117581

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 11/14/2005

Move-out Date: 8/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: P. O. Box 676

City: Kiln                              State: MS        Zip: 39576

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
We had to move out , to get rental assistance , They wanted trailer back.

Please state the approximate square footage of the FEMA housing unit: 1100

Please state the approximate length and width of the FEMA housing unit: Unknown16x

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:
a broken window 01/01/2006

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____        _____        _____

**Signature of Plaintiff**                    **Print Your Name**                     **Date**

## Plaintiff Fact Sheet Deficiency Answers

WGC# 205205                                  Cause No. 08-5031
Case Name Hoffman, Elizabeth                 Case Style Belinda H. Bauer, et al, v Liberty Homes, Inc., et
DOB 8/26/1954     SSN 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

| Question # | Question |
|---|---|
| 1. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the date the injury first occurred.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I did not have any pre-existing conditions before moving into the trailer. |

| Question # | Question |
|---|---|
| 4. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I have been diagnosed with Fibromyalgia which there is no recovery from. |

| Question # | Question |
|---|---|
| 5. | Did not provide name and address of person(s) who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer, or when she treated, as required by Section III (C)(8). |
| | **Answer** |
| | I went to a clinic, but I do not recall who treated me or the dates.  If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 6. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |
| | **Answer** |
| | I currently reside at 450 Ballentine St. Bay St. Louis, MS 39520, and have live there from 2008/2009.  I previously resided at 916 Old Spanish Trail Kiln, MS 39576 from 2000-11/2005. My address from 11/2005 to 2007 was PO Box 676, Kiln, MS 39576. |

| Question # | Question |
|---|---|

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205205                                          **Cause No.** 08-5031
**Case Name** Hoffman, Elizabeth                          **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 8/26/1954     **SSN** 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

| | |
|---|---|
| 7. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in New Orleans, LA on August 26,1954. |

| Question # | Question |
|---|---|
| 8. | Did not provide plaintiff's dates of attendance at the schools listed in her educational background, as required by Section IV (E). |
| | **Answer** |
| | I graduated in 1972 from Rockport Junior High. |

| Question # | Question |
|---|---|
| 9. | Did not provide plaintiff's current employment information, as required by Section IV (F)(1). |
| | **Answer** |
| | I currently work at Harold's Lillian's in Clermont Harbor, MS 39576, and have worked there from 01/2008-present. |

| Question # | Question |
|---|---|
| 10. | Did not provide income information for the past five years, as required by Section IV (F)(3)(a). |
| | **Answer** |
| | In 2007, I earned $1,200. I could not work because I was always sick. I do not recall my annual income for the last 5 years other than 2007. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide information about total time lost from work, as required by Section IV (F)(3)(b). |
| | **Answer** |
| | I do not recall the total amount of time lost from work as a result of any conditions related to residing in a FEMA housing unit. |

| Question # | Question |
|---|---|
| 12. | Did not state whether her family had suffered an illness, but listed information in the table, in violation of Section IV (A). |
| | **Answer** |
| | Yes, my family members have suffered from illness but I do not recall the medical conditions they suffer from. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
| | **Answer** |
| | My temporary housing unit was a travel trailer. |

| Question # | Question |
|---|---|
| 14. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205205  **Cause No.** 08-5031
**Case Name** Hoffman, Elizabeth  **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 8/26/1954   **SSN** 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

| | |
|---|---|
| **Answer** | |
| I do not recall the approximate length and width of the FEMA housing unit. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| **Question #** | **Question** |
|---|---|
| 15. | Did not respond where plaintiff lived temporarily during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20). |
| **Answer** | |
| I temporarily lived at 17452 Carnation St. in Kiln, MS 39556 for a few months. | |

| **Question #** | **Question** |
|---|---|
| 16. | Did not provide information regarding the dates on which other persons resided in the FEMA housing unit, as required by Section V (E). |
| **Answer** | |
| I do not recall the dates the other people lived in the trailer. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| **Question #** | **Question** |
|---|---|
| 17. | Did not indicate which doctor administered plaintiff's chest x-ray, CT scan or MRI, as required by Section VI (G). |
| **Answer** | |
| I do not recall which doctor administered the chest X-ray. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| **Question #** | **Question** |
|---|---|
| 18. | Indicated that plaintiff is in possession of medical records, but did not attach them, as required by Section VIII (A-G). |
| **Answer** | |
| The documents will be produced once they have been obtained. | |

| **Question #** | **Question** |
|---|---|
| 19. | Did not provide the dates of treatment with plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| **Answer** | |
| I do not recall the approximate dates of treatment with my primary care physician for the last seven years. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| **Question #** | **Question** |
|---|---|
| 20. | Did not provide admission dates to the hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| **Answer** | |
| I do not recall the dates of admission to the hospitals/clinics/health care facilities where I received inpatient treatment during the last seven years. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205205
**Case Name** Hoffman, Elizabeth
**DOB** 8/26/1954     **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| 21. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I do not recall any additional physicians or health care providers seen other than those already listed in parts A-D. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative                          _____
                                                          Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ———————————————— | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Hopkins, Dorothy | ) ) ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Hopkins, Dorothy - WGC#203070

4.    Since you moved into the FEMA trailer and up to the present date, have you
      been diagnosed with Cancer?   No

      If yes, which kind of cancer?   _____


5.    When do you claim this injury or disease first occurred?   I know now injury
      occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
      trailer?   Please see table above


7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
      condition that you already had or had in the past?   Please see table above


      If "Yes", set forth the illness, disease or condition; whether or not you had
      already recovered from that illness, disease or condition before you began
      residing in a FEMA trailer or mobile home and the date of your recovery, if
      any.   Hard recovered - do not remember date

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>INLIGTR206102M37</u>

Bar Code Number: <u>111586</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>11/1/2005</u>

Move-out Date: <u>8/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>108 A North Islandier Ave</u>

City: <u>Long Beach</u>          State: <u>MS</u>     Zip: <u>39567</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Regulated trailer he checked for formaldehyde at this time was told to find a place to Heat & they could pay for rent.</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: <u>26'</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>18</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>None</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>None</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Roof repaired leaks, windows leaks, replaced laboratory no date uneatable</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Dorothy P. Hopkins* | Dorothy Hopkins | 10-16-08 |
| Signature of Plaintiff | Print Your Name | Date |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203070                                **Cause No.** 08-5031
**Case Name** Hopkins, Dorothy                 **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 1/31/1936   **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | I do not recall the dates the injury first occurred. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I did not suffer these illnesses prior to living in trailer. |

| Question # | Question |
|---|---|
| 4. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I did not suffer these illnesses prior to living in the FEMA trailer. |

| Question # | Question |
|---|---|
| 5. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I have recovered, but do not recall the date. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 6. | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | No, I will not be making a claim for medical expenses. |

| Question # | Question |
|---|---|
| 7. | Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| | **Answer** |
| | I am not making a claim for medical expenses, therefore the amount is not applicable. |

| Question # | Question |
|---|---|
| 8. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Longbeach, MS. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203070                                    **Cause No.** 08-5031
**Case Name** Hopkins, Dorothy          **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 1/31/1936    **SSN** 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

| Question # | Question |
|---|---|
| 9. | Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5). |
| | **Answer** |
| | I do not recall whether the housing unit was a trailer or a mobile home. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| Question # | Question |
| 10. | Did not provide the approximate square footage of the FEMA housing unit, as required by Section V (A)(11). |
| | **Answer** |
| | I does not recall the approximate square footage of the FEMA housing unit. If I remember, or if in the course of reviewing my claim, my attorney finds the information, a supplemental response will provided. |
| Question # | Question |
| 11. | Did not provide the approximate length and width of the FEMA housing unit, as required by Section V (A)(12). |
| | **Answer** |
| | It was a 26 ft. trailer. |
| Question # | Question |
| 12. | Did not respond whether air quality tests were performed on the FEMA housing unit, as required by Section V (B). |
| | **Answer** |
| | No air quality test was performed on the trailer. |
| Question # | Question |
| 13. | Did not respond whether the FEMA housing unit was ever fumigated, as required by Section V (C) |
| | **Answer** |
| | The FEMA housing unit was never fumigated. |
| Question # | Question |
| 14. | Did not respond provide the dates on which repairs, service or maintenance were performed on the FEMA housing unit, as required by Section V (D). |
| | **Answer** |
| | I do not recall the dates of the repairs. If I remember, or if in the course of reviewing my claim, my attorney finds the information, a supplemental response will provided. |
| Question # | Question |
| 15. | Did not indicate whether plaintiff has ever suffered from an infectious disease, as required by Section VI (F)(2). |
| | **Answer** |
| | I did not suffer from an infectious disease. |
| Question # | Question |
| 16. | Did not indicate whether plaintiff has ever suffered from long term stomach or bowel disease, as required Section VI (F)(3). |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203070      **Cause No.** 08-5031
**Case Name** Hopkins, Dorothy   **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
   **DOB** 1/31/1936  **SSN** 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

| | |
|---|---|
| **Answer** | |
| I did not suffer from long term stomach or bowel disease. | |

| Question # | Question |
|---|---|
| 17. | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |
| | **Answer** |
| | I did not suffer from any skin disease. |

| Question # | Question |
|---|---|
| 18. | Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, the date of the scan, the identity of the treating physician, as required by Section VI (G). |
| | **Answer** |
| | I had a chest x-ray in 2006 at Memorial Hospital, by Dr. Rayner. I have not had a CT scan, or MRI. |

| Question # | Question |
|---|---|
| 19. | Did not identify the specialty of the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| | **Answer** |
| | I do not recall Dr. Raynes specialty. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 20. | Did not indicate whether plaintiff was in possession of documents, as required by Section VIII (F-G). |
| | **Answer** |
| | I am not deceased, and therefore a death certificate and autopsy report are not applicable. |

| Question # | Question |
|---|---|
| 21. | Did not provide the approximate dates of treatment with plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| | **Answer** |
| | I do not recall the approximate dates of treatment. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 22. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| | **Answer** |
| | I received inpatient treatment from Dr. Rayes in Long Beach, MS in 2006 for a chest x-ray. |

| Question # | Question |
|---|---|
| 23. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | **Answer** |
| | I saw Dr. Rayes in Long Beach, MS in 20060. I do not recall other physician or health care providers. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203070

**Case Name** Hopkins, Dorothy

**DOB** 1/31/1936    **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

_____    3/30/2009
Plaintiff or Representative      Date

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hopkins, Krelh | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.