4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   <u>Continually sick while living in the trailer with sinus infection</u> <u>Conxtenico   to he leathered , headaches don time</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Hopkins, Krelh - WGC#203071

Manufacturer: Gulf Stream

VIN: INIGTR206102M37

Bar Code Number: 111586

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 11/1/2005

Move-out Date: 8/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 218 White Harbor Road

City: Long Beach          State: MS          Zip: 39560

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
Request was made for formaldehyde check at while time I was told try a FEMA rep to find a place to rent and they could assist me.

Please state the approximate square footage of the FEMA housing unit: (Very smell)

Please state the approximate length and width of the FEMA housing unit: 26

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 17

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:
Roof repair for leaks window for leaks, replaced laboratory no dated

Hopkins, Kreih - WLF#203071

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Dorothy P. Hopkins* | Dorothy Hopkins, as Next Friend | *10-16-08* |
| Signature of Plaintiff | of Kreih Hopkins, a minor | Date |
| | Print Your Name | |
| | *Keith* | |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Horton, Jaleel | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Horton, Jaleel - WLF#203075

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
✓asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
✓allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
✓sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | irritation eye | Date of Diagnosis | Both Re | Suffered Prior To Trailer? | N |
|---|---|---|---|---|---|
| Diagnosing Physician | DR. Siddiqui Siddque | | | Condition Worsened By Trailer? | Y |
| Address of Physician | Biloxi MS | | | | |

| Condition | burny eye | Date of Diagnosis | Both | Suffered Prior To Trailer? | N |
|---|---|---|---|---|---|
| Diagnosing Physician | DR. Siddque | | | Condition Worsened By Trailer? | Y |
| Address of Physician | Biloxi ms | | | | |

| Condition | tearing eye | Date of Diagnosis | Both | Suffered Prior To Trailer? | N |
|---|---|---|---|---|---|
| Diagnosing Physician | DR. Siddque | | | Condition Worsened By Trailer? | Y |
| Address of Physician | Biloxi ms | | | | |

| Condition | irritation nasal M. | Date of Diagnosis | Both | Suffered Prior To Trailer? | N |
|---|---|---|---|---|---|
| Diagnosing Physician | DR. Siddque | | | Condition Worsened By Trailer? | Y |
| Address of Physician | Biloxi ms | | | | |

| Condition | rashes skin | Date of Diagnosis | Both | Suffered Prior To Trailer? | N |
|---|---|---|---|---|---|
| Diagnosing Physician | DR. Siddque | | | Condition Worsened By Trailer? | Y |
| Address of Physician | Biloxi ms | | | | |

Horton, Jaleel - WLF#203075

| Condition | _headaches_ | Date of Diagnosis | _On the_ | Suffered Prior To Trailer? | M |
| Diagnosing Physician | _DR. Srdelque_ | | | Condition Worsened By Trailer? | Y |
| Address of Physician | _Biloxi ms_ | | | | |

| Condition | _nausea_ | Date of Diagnosis | _On the_ | Suffered Prior To Trailer? | N |
| Diagnosing Physician | _DR. Siddqu_ | | | Condition Worsened By Trailer? | Y |
| Address of Physician | _Biloxi ms_ | | | | |

| Condition | _persistent cough_ | Date of Diagnosis | _On th_ | Suffered Prior To Trailer? | N |
| Diagnosing Physician | _DR. Siddque_ | | | Condition Worsened By Trailer? | Y |
| Address of Physician | _Biloxi ms_ | | | | |

| Condition | _asthma_ | Date of Diagnosis | _On the_ | Suffered Prior To Trailer? | N |
| Diagnosing Physician | _DR. Siddque_ | | | Condition Worsened By Trailer? | Y |
| Address of Physician | _Biloxi ms_ | | | | |

| Condition | _allergies_ | Date of Diagnosis | _On the_ | Suffered Prior To Trailer? | N |
| Diagnosing Physician | _DR. Siddque_ | | | Condition Worsened By Trailer? | Y |
| Address of Physician | _Biloxi ms_ | | | | |

| Condition | _Sinus infection_ | Date of Diagnosis | _On the_ | Suffered Prior To Trailer? | N |
| Diagnosing Physician | _DR. Siddque_ | | | Condition Worsened By Trailer? | Y |
| Address of Physician | _Biloxi ms_ | | | | |

| Condition | ___ | Date of Diagnosis | ___ | Suffered Prior To Trailer? | ___ |
| Diagnosing Physician | ___ | | | Condition Worsened By Trailer? | ___ |
| Address of Physician | ___ | | | | |

| Condition | ___ | Date of Diagnosis | ___ | Suffered Prior To Trailer? | ___ |
| Diagnosing Physician | ___ | | | Condition Worsened By Trailer? | ___ |
| Address of Physician | ___ | | | | |

| Condition | ___ | Date of Diagnosis | ___ | Suffered Prior To Trailer? | ___ |
| Diagnosing Physician | ___ | | | Condition Worsened By Trailer? | ___ |
| Address of Physician | ___ | | | | |

| Condition | ___ | Date of Diagnosis | ___ | Suffered Prior To Trailer? | ___ |
| Diagnosing Physician | ___ | | | Condition Worsened By Trailer? | ___ |
| Address of Physician | ___ | | | | |

| Condition | ___ | Date of Diagnosis | ___ | Suffered Prior To Trailer? | ___ |
| Diagnosing Physician | ___ | | | Condition Worsened By Trailer? | ___ |
| Address of Physician | ___ | | | | |

| Condition | ___ | Date of Diagnosis | ___ | Suffered Prior To Trailer? | ___ |
| Diagnosing Physician | ___ | | | Condition Worsened By Trailer? | ___ |
| Address of Physician | ___ | | | | |

Horton, Jaleel - WGC#203075

4.     Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.     When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.     Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.     Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Horton, Jaleel - WGC#203075

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: <u>11/01/2005</u>

Move-out Date: <u>10/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>3106 E. Ave. Apt # 1</u>

City: <u>Gulfport</u>                    State: <u>MS</u>    Zip: <u>39507</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Horton, Jaleel - WLF#203075

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Jewel Horton* | **Jewel Horton, as Next Friend of** | |
| **Signature of Plaintiff** | **Jaleel Horton, a minor** | |
| | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Horton, Jewel | ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Horton, Jewel - WGC#203074

4.    Since you moved into the FEMA trailer and up to the present date, have you
been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.    When do you claim this injury or disease first occurred?  I know now injury
occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had
already recovered from that illness, disease or condition before you began
residing in a FEMA trailer or mobile home and the date of your recovery, if
any.  Sinus , throat , eye irritation

ι

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Horton, Jewel - WGC#203074

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  <u>Travel</u>

Move-in Date: <u>11/01/2005</u>

Move-out Date: <u>10/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>880 Cedar Lake Rd, Lot 181</u>

City: <u>Biloxi</u>　　　　State: <u>MS</u>　　Zip: <u>39531</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property?  <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Formaldehyde</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line?  <u>No</u>

Is/was propane gas used in the FEMA housing unit?  <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?  <u>No</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?  <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?  <u>No</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  <u>Yes</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Horton, Jewel - WLF#203074

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Jewel Horton_
**Signature of Plaintiff**

_Jewel Horton_
**Print Your Name**

_10-31-2008_
**Date**

#☒15674

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Howard, Joan | ) | |
| | ) | |
| ———————————————— | ) | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Howard, Joan - WLF#215674

___bronchitis                                      ___allergic contact dermatitis
✓ throat irritation                                ✓ dizziness
✓ hoarseness                                       ___unconsciousness
___laryngitis                                      ___convulsions or seizures
___pneumonia                                       ___blood in urine
___upper respiratory tract infections             ___abnormal liver enzymes
___pulmonary edema                                 ___nephritis (inflammation of kidneys)
___asthma attacks for the first time in your life ___low blood pressure
___asthma attacks that are recurrence of childhood ___hypothermia (low body temperature)
    asthma                                         ___miscarriage or stillbirth
___allergies for the first time in your life      ___abnormal laboratory tests on blood
___worsening of allergies that you had previous to ___abnormal laboratory tests on urine
    living in FEMA trailer                         ___irregular heartbeat
___burning sensation in chest                      ___emphasema
___pharyngitis                                     ___RADS: reactive airway dysfunction
___sinus infection / sinusitis                     ___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.
_____ *COUGH* _____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                                        · Howard, Joan - WLF#215674

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _YES TRAVEL TRAILER_

Move-in Date: **2006**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**15003 Ponotoc Dr.**

**Kiln MS 39556**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _P. P._

State the reason you stopped living in the FEMA trailer or mobile home: _____

_____ HOME WAS REBUILT _____

_____

Please state the approximate square footage of the FEMA housing unit: _?_____

Please state the approximate length and width of the FEMA housing unit: _?_____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _24 HRS DAILY ALMOST_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _YES_

Is/was the FEMA housing unit hooked up to a sewer line? _YES_

Is/was the FEMA housing unit hooked up to an electrical line? _YES_

Is/was the FEMA housing unit hooked up to a natural gas line? _NO_

Is/was propane gas used in the FEMA housing unit? _YES_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _7 DAYS      YES ABOUT 20 HRS SUPERVISING BUILDING_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____ NO _____

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? _WHILE HOUSE WAS BEING BUILT NOT YET_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state when the test was performed and who prepared this testing: _?_____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _YES_

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____ THE DOOR LEAKED DURING RAINS._

Howard, Joan - WLF#215674

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**  **Joan Howard** **10-29-08**
**Print Your Name** **Date**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Howard, Juliette | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

If yes, which kind of cancer?   _____
_____

5.      When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Howard, Juliette - WGC#201540

Manufacturer: <u>Gulf Stream</u>

VIN: <u>1NL1GTR2561066995/1110099 BC</u>

Bar Code Number: <u>1110099</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Mobil</u>

Move-in Date: <u>01/01/2005</u>

Move-out Date: <u>01/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>23204 Enchanted Ave.</u>

City: <u>Pass Christian</u>                    State: <u>MS</u>      Zip: <u>39571</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>My home was repaired</u>



Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>8 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?


For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:


Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:


Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Howard, Juliette - WLF#201540

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Juliette Howard | 10-14-08 |
| | Print Your Name | Date |

WLF#215675

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Howard, Robert | ) | |
| | ) | |
| ——————————————— | ) | |

**PLAINTIFF FACT SHEET**

I.    **INSTRUCTIONS**

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A <u>separate</u> Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Howard, Robert - WLF#215675

| | |
|---|---|
| __bronchitis | __allergic contact dermatitis |
| __throat irritation | ✓dizziness |
| __hoarseness | __unconsciousness |
| __laryngitis | __convulsions or seizures |
| __pneumonia | ✓blood in urine |
| __upper respiratory tract infections | __abnormal liver enzymes |
| __pulmonary edema | __nephritis (inflammation of kidneys) |
| __asthma attacks for the first time in your life | __low blood pressure |
| __asthma attacks that are recurrence of childhood asthma | __hypothermia (low body temperature) |
| | __miscarriage or stillbirth |
| __allergies for the first time in your life | __abnormal laboratory tests on blood |
| __worsening of allergies that you had previous to living in FEMA trailer | __abnormal laboratory tests on urine |
| | ✓irregular heartbeat |
| __burning sensation in chest | __emphasema |
| __pharyngitis | __RADS: reactive airway dysfunction |
| ✓sinus infection / sinusitis | __cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each. Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _acute depression_ Date of Diagnosis _8-17-06_ | | Suffered Prior To Trailer? _NO_ |
| Diagnosing Physician _JAMES RUSCH_ | | Condition Worsened By Trailer? ____ |
| Address of Physician _12450 SHORTCUT RD, SuiTE E BiLoxi, MS. 39582_ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? ____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? ____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? ____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? ____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Howard, Robert - WLF#215675

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *TRAVEL TRAILER*

Move-in Date: **2006**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**15003 Ponotoc Dr.**
**Klln MS 39556**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *PRIVATE PROPERTY*

State the reason you stopped living in the FEMA trailer or mobile home: *acute depression*

Please state the approximate square footage of the FEMA housing unit: *300 Sq. FT.*

Please state the approximate length and width of the FEMA housing unit: *10' X 30'*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *14 HRS*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *YES*

Is/was the FEMA housing unit hooked up to a sewer line? *YES*

Is/was the FEMA housing unit hooked up to an electrical line? *YES*

Is/was the FEMA housing unit hooked up to a natural gas line? *NO*

Is/was propane gas used in the FEMA housing unit? *YES*

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *7 DAYS*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *YES*

If "Yes," where did you temporarily live? *719 HOGAN ST. WAVELAND, MS.*

For what period of time did you temporarily live in another location? *3 - 4 months*

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *NO*

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *NO*

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *YES*

If "Yes," please state the date and reason for repair, service or maintenance: *the door leaked during the rains*

Howard, Robert - WLF#215675

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Robert Howard_ | Robert Howard | 10-22-08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hubbard, Cheryl Lynn | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?

5.      When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

**If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   Did not have any condition problems before Filling I am Fema Trailer.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Hubbard, Cheryl Lynn - WGC#201545

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>05/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>14281 Christian Acres</u>

City: <u>Grand Bay</u>          State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Moved into new Mobile Home.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240 Sq Ft.</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 Ft. Wd. By</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>8 to 12 Hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>4 to 6 days a week</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>4 to 6 days a week</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Replace the Power inventor 02/01/2007.</u>

Hubbard, Cheryl Lynn - WLF#201545

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Cheryl Hubbard_ (signature) | **Cheryl Hubbard** | _10·16 08_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

211273

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | **MDL NO. 1873** |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | **SECTION: N(4)** |
| | ) | |
| | ) | **JUDGE: ENGELHARDT** |
| **THIS RELATES TO:** | ) | **MAG: ROBY** |
| | ) | |
| **Plaintiff: Hudson, Gerald** | ) | |
| | ) | |
| ——————————————— | ) | |

**PLAINTIFF FACT SHEET**

**I.     INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hudson, Gerald - WLF#211273

___bronchitis
___throat irritation
___hoarseness
___laryngitis
✓ pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
✓ sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Date of Diagnosis | Suffered Prior To Trailer? | Condition Worsened By Trailer? |
|---|---|---|---|
| Had nose surgery | 3/2006 | | yes |
| Diagnosing Physician Dr. Neel | | | |
| Address of Physician 872 Winter street  Lucedale MS 39452 | | | |
| Crusty like stuff on eye lid | 2006 | yes | |
| Diagnosing Physician Dr. Loose | | | |
| Address of Physician 747 Winter street Lucedale MS 39452 | | | |
| Pneumonia | Several times | | ✓ |
| Diagnosing Physician George County Hospital | | | |
| Address of Physician 859 Winter street  Lucedale MS 39452 | | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? | Condition Worsened By Trailer? |
| Diagnosing Physician _____ | | | |
| Address of Physician _____ | | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? | Condition Worsened By Trailer? |
| Diagnosing Physician _____ | | | |
| Address of Physician _____ | | | |

**TRAILER 1**

Hudson, Gerald - WLF#211273

Manufacturer:  **Gulfstream**

VIN: **1NL1GTR2651068592**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*

Move-in Date:  **3/28/2006**

Move-out Date: **7/20/2008**

Please state the mailing address and physical location for the trailer or mobile home unit:

**119 Red Top Lane**
**Lucedale MS 39452**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private property*

State the reason you stopped living in the FEMA trailer or mobile home:  *moved to house*

Please state the approximate square footage of the FEMA housing unit:  *200 Sq Ft*

Please state the approximate length and width of the FEMA housing unit:  *5 x 30*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *14 hrs.*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *yes*

Is/was the FEMA housing unit hooked up to a sewer line?  *yes*

Is/was the FEMA housing unit hooked up to an electrical line?  *yes*

Is/was the FEMA housing unit hooked up to a natural gas line?  *yes (Propane)*

Is/was propane gas used in the FEMA housing unit? *yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? *5 days a week*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *no*

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *not that I know of*

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *No*

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *no*

If "Yes," please state the date and reason for repair, service or maintenance:

Hudson, Gerald - WLF#211273

## CERTIFICATION

  I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Gerald Hudson_    **Gerald Hudson**     _____
**Signature of Plaintiff**    **Print Your Name**     **Date**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211273                              **Cause No.** 08-5031
**Case Name** Hudson, Gerald                **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
          **DOB** 3/27/1975   **SSN** 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

| Question # | Question |
|---|---|
| ? | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | The nasal surgery occurred in March of 2006. The eye problems began in 2006. I do not recall the dates of onset of the other injuries. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| ? | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I suffered from pneumonia once prior to living in trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I suffered pneumonia once prior to living in trailer, However I do not recall the dates of onset or dates of recovery. If I remember, or if in the course of researching my claim my attorney finds the information, a supplemental response will be provided. I also had pneumonia 3 or 4 times while living the in the trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in George, MS. |

| Question # | Question |
|---|---|
| ? | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | The barcode was 1646612. |

| Question # | Question |
|---|---|
| ? | Did not indicate which physician administered plaintiff's chest x-ray, CT scan or MRI, or the reason for the scan, as required by Section VI (G). |
| | **Answer** |
| | I do not recall the physician administering the x-ray. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| ? | Did not identify the specialty of the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211273

**Case Name** Hudson, Gerald

**DOB** 3/27/1975    **SSN** 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

**Cause No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| | |
|---|---|
| **Answer** | |
| I do not recall the specialties of the doctors. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| Question # | Question |
|---|---|
| ? | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| **Answer** | |
| I do not recall the identity of the primary care physician. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| Question # | Question |
|---|---|
| ? | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |
| **Answer** | |
| I do not recall primary care physicians. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| Question # | Question |
|---|---|
| ? | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |
| **Answer** | |
| I do not recall receiving inpatient treatment. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| Question # | Question |
|---|---|
| ? | Did not provide the reason for admission to the hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| **Answer** | |
| I do not recall the reason for admission. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

| Question # | Question |
|---|---|
| ? | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| **Answer** | |
| I do not recall any additional healthcare professionals seen. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. | |

_____      3/30/2009
Plaintiff or Representative                    Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER ) MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
_____ )
) SECTION: N(4)
)
) JUDGE: ENGELHARDT
) MAG: ROBY
THIS RELATES TO: )
)
Plaintiff: Hudson, Jennifer )
)
_____ )

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 17, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Hudson, Jennifer - WLF#210397

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
     living in FEMA trailer
✓burning sensation in chest (Breast)
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer; If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

Bleeding from Left Breast _____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Date of Diagnosis 2005-2006 | Suffered Prior To Trailer? no |
|---|---|---|
| Diagnosing Physician Victory Health Partners | | Condition Worsened By Trailer? yes |
| Address of Physician 3950 Professional Parkway Mobile AL 36609 | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |
| Condition | Date of Diagnosis | Suffered Prior To Trailer? |
| Diagnosing Physician | | Condition Worsened By Trailer? |
| Address of Physician | | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210397
**Case Name** Hudson, Jennifer
**DOB** 9/10/1975      **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| ? | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| ? | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | The problems first occurred in 2005-2006. |

| Question # | Question |
|---|---|
| ? | Stated that plaintiff did not suffer with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6), but then stated that the FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I have not suffered from any conditions prior to living in the FEMA trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I have not suffered from any conditions prior to living in the FEMA trailer, so the recovery information is not applicable. |

| Question # | Question |
|---|---|
| ? | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | My place of birth is George, MS. |

| Question # | Question |
|---|---|
| ? | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | The bar code number was 1040612. |

| Question # | Question |
|---|---|
| ? | Did not indicate which physician administered plaintiff's chest x-ray, CT scan or MRI, as required by Section VI (G). |
| | **Answer** |
| | I do not recall the treating physician. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Jennifer Hudson | Date |
| | Print Your Name | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )        MDL NO. 1873
FORMALDEHYDE                   )
PRODUCT LIABILITY LITIGATION   )
                               )
————————————————————————       )        SECTION: N(4)
                               )
                               )        JUDGE: ENGELHARDT
THIS RELATES TO:               )        MAG: ROBY
                               )
Plaintiff: Hudson, John-Tyler  )
                               )
————————————————————————       )

PLAINTIFF FACT SHEET

I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

        Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

        If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hudson, John-Tyler - WLF#210399

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
_✓_worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
_✓_dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
Disorented _____    _____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Meningitis | Date of Diagnosis _____ | Suffered Prior To Trailer? no |
|---|---|---|
| Diagnosing Physician Singing River Hospital | | Condition Worsened By Trailer? _____ |
| Address of Physician PASCAgoula ms | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Hudson, John-Tyler - WLF#210399
Manufacturer: **Gulf Stream**
VIN: **1NL1GTR2651068592**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _travel trailer_
Move-in Date: **3/28/2006**
Move-out Date: **7/20/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**119 Redtop**
**Lucedale MS 39452**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _We moved to a house_
_____

Please state the approximate square footage of the FEMA housing unit: _200 sq ft_
Please state the approximate length and width of the FEMA housing unit: _5 ft x 30 ft_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _14 hrs_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _yes (propane)_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _none (student)_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_no_
If "Yes," where did you temporarily live? _____
_____
For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _no (don't know)_
If "Yes," please state when the test was performed and who prepared this testing: _____
_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no (don't know)_
If "Yes," please state the date and reason for fumigation: _____
_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _don't know_
If "Yes," please state the date and reason for repair, service or maintenance: _____
_____

Hudson, John-Tyler - WLF#210399

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Jennifer L Hudson, as next of friend of John Tyler Hudson, a minor* | | |
| Signature of Plaintiff | Print Your Name | Date |
| | Jennifer Hudson, as Next Friend of John-Tyler Hudson, a minor | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210399
**Case Name** Hudson, John-Tyler
**DOB** 11/18/1994   **SSN** 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

**Cause No.** 08-5031
**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

| Question # | Question |
|---|---|
| ? | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | Cancer has not been diagnosed to my knowledge since moving into the FEMA trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | Meningitis first occurred in September of 2006. All the other injuries occurred beginning in March of 2006. |

| Question # | Question |
|---|---|
| ? | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | These diseases were not suffered prior to living in the trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | John-Tyler born with left ear defect (hearing aid now) and left kidney defect, for which he does not have problems. He has had mild asthma since birth, but that's all he suffered from prior to living in trailer. To my knowledge, these conditions are not related to the meningitis. |

| Question # | Question |
|---|---|
| ? | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | John-Tyler has not recovered from his birth defects or the mild asthma. |

| Question # | Question |
|---|---|
| ? | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | The barcode was 1040612. |

| Question # | Question |
|---|---|
| ? | Did not provide reason for admission to hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | **Answer** |
| | I do not recall the reasons for admission. If I remember or if in the course of researching John-Tyler Hudson's claim, our attorney finds the information, a supplemental response will be provided. |

_____
Plaintiff or Representative

3/30/2009
_____
Date

220229

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                )        MDL NO. 1873
FORMALDEHYDE                       )
PRODUCT LIABILITY LITIGATION       )
                                   )
—————————————————                  )        SECTION: N(4)
                                   )
                                   )        JUDGE: ENGELHARDT
THIS RELATES TO:                   )        MAG: ROBY
                                   )
Plaintiff: Hudson, Jr., Charles    )
                                   )
—————————————————                  )

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hudson, Jr., Charles - WLF#220229

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____ N / A _____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition IRRITATION TO EYES | Date of Diagnosis | Suffered Prior To Trailer? NO |
| Diagnosing Physician NO DOCTOR SEEN | | Condition Worsened By Trailer? YES |
| Address of Physician | | |

| Condition BURNING OF EYES | Date of Diagnosis | Suffered Prior To Trailer? NO |
| Diagnosing Physician NO DOCTOR SEEN | | Condition Worsened By Trailer? YES |
| Address of Physician | | |

| Condition TEARING OF EYES | Date of Diagnosis | Suffered Prior To Trailer? NO |
| Diagnosing Physician NO DOCTOR SEEN | | Condition Worsened By Trailer? YES |
| Address of Physician | | |

| Condition IRRITATION / BURNING OF NASAL MEMBRANES | Date of Diagnosis | Suffered Prior To Trailer? NO |
| Diagnosing Physician NO DOCTOR SEEN | | Condition Worsened By Trailer? YES |
| Address of Physician | | |

| Condition HEADACHES | Date of Diagnosis | Suffered Prior To Trailer? NO |
| Diagnosing Physician NO DOCTOR SEEN | | Condition Worsened By Trailer? YES |
| Address of Physician | | |

**TRAILER 1**                                                   Hudson, Jr., Charles - WLF#220229
Manufacturer: **Gulf Stream**
VIN: *DON'T RECALL*
Bar Code Number: *DON'T RECALL*
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *MOBILE HOME*
Move-in Date: 2005  *SEPT.*
Move-out Date: 2006  *MAY/JUNE*
Please state the mailing address and physical location for the trailer or mobile home unit:
**Gulf View Trailer Pk. #41**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *TRAILER PARK*
State the reason you stopped living in the FEMA trailer or mobile home: *FIRE IN TRAILER*
*NEXT TO MINE DESTROYED MY FEMA TRAILER - STAYED IN*
*FIANCE'S FEMA TRAILER FROM THAT POINT ON*
Please state the approximate square footage of the FEMA housing unit: *22-26  176 - 208*
Please state the approximate length and width of the FEMA housing unit: *22-26 FT / 8 FT WIDE*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *15 HOURS*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____
Is/was the FEMA housing unit hooked up to a sewer line? *YES*
Is/was the FEMA housing unit hooked up to an electrical line? *YES*
Is/was the FEMA housing unit hooked up to a natural gas line? *NO-PROPANE*
Is/was propane gas used in the FEMA housing unit? *YES*
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? *5*
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
*NO*
If "Yes," where did you temporarily live? *N/A*

For what period of time did you temporarily live in another location? *N/A*
Have any air quality tests ever been performed on your FEMA trailer or mobile home? *NO*
If "Yes," please state when the test was performed and who prepared this testing: *N/A*

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *NO*
If "Yes," please state the date and reason for fumigation: *N/A*

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____
If "Yes," please state the date and reason for repair, service or maintenance: _____

Hudson, Jr., Charles - WLF#220229

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | Charles Hudson | 10/22/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Hudson, Kasey | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

I.  **INSTRUCTIONS**

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A **separate** **Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Hudson, Kasey - WLF#210398

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ___throat irritation | ___dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| _✓_asthma attacks that are recurrence of childhood | ___hypothermia (low body temperature) |
|     asthma | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ___worsening of allergies that you had previous to | ___abnormal laboratory tests on urine |
|     living in FEMA trailer | ___irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ___sinus infection / sinusitis | ___cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each. Please attach additional paper if you do not have enough room in the space provided.

| | |
|---|---|
| Condition _Asthma_      Date of Diagnosis _____ | Suffered Prior To Trailer? _Yes_ |
| Diagnosing Physician _East Central Medical_ | Condition Worsened By Trailer? _Yes_ |
| Address of Physician _Hwy 614 Hurley MS_ | |

| | |
|---|---|
| Condition _____      Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| | |
|---|---|
| Condition _____      Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| | |
|---|---|
| Condition _____      Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| | |
|---|---|
| Condition _____      Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                                    Hudson, Kasey - WLF#210398
Manufacturer: **Gulf Stream**
VIN: **INLIGTR2651068592**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*
Move-in Date: 3/28/2006
Move-out Date: 7/20/2007
Please state the mailing address and physical location for the trailer or mobile home unit:
**119 Redtop**
**Lucedale MS 39452**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private property*
State the reason you stopped living in the FEMA trailer or mobile home: *Moved to house*
_____
_____

Please state the approximate square footage of the FEMA housing unit: *200 sq Ft*
Please state the approximate length and width of the FEMA housing unit: *5 × 30*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *14 hrs*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *yes*
Is/was the FEMA housing unit hooked up to a sewer line? *yes*
Is/was the FEMA housing unit hooked up to an electrical line? *yes*
Is/was the FEMA housing unit hooked up to a natural gas line? *yes (propane)*
Is/was propane gas used in the FEMA housing unit? *yes*
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _____
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_____ *no* _____
If "Yes," where did you temporarily live? _____
_____
For what period of time did you temporarily live in another location? *no* _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? *no*
If "Yes," please state when the test was performed and who prepared this testing: _____
_____
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *no*
If "Yes," please state the date and reason for fumigation: _____
_____
Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *no*
If "Yes," please state the date and reason for repair, service or maintenance: _____
_____