Hudson, Kasey - WLF#210398

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Jennifer J. Hudson, as next_
_friend of Kasey Hudson, a_
**Signature of Plaintiff**  _minor_

**Jennifer Hudson, as Next Friend**
**of Kasey Hudson, a minor**
**Print Your Name**

_____
**Date**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210398            **Cause No.** 08-5031

**Case Name** Hudson, Kasey           **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

     **DOB** 9/6/1997     **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| | **Answer** |
| | I do not know but understand that Kasey's claim is about formaldehyde being in the trailer and that may cause illness or disease. |
| **Question #** | **Question** |
| 2. | Did not provide a response to whether plaintiff been has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | She has not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |
| **Question #** | **Question** |
| 3. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | The diseases first occurred in October of 2005. |
| **Question #** | **Question** |
| 4. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | Kasey suffered from asthma prior to living in the trailer, but she did not suffer the other illnesses prior to living in the trailer. |
| **Question #** | **Question** |
| 5. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | The trailer worsened the asthma. |
| **Question #** | **Question** |
| 6. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I do not recall the recovery information. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |
| **Question #** | **Question** |
| 7. | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | The place of birth was George Center, |
| **Question #** | **Question** |
| 8. | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |
| | The bar code number was 1040612. |
| **Question #** | **Question** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210398                           **Cause No.** 08-5031
**Case Name** Hudson, Kasey               **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
        **DOB** 9/6/1997    **SSN** 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

| 9. | Did not identify the specialty of the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, or the dates of treatment, as required by Section VII (A-B). |
|---|---|
| | Answer |
| | I do not recall the specialty of the doctor. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |
| | Answer |
| | Outpatient care was received at Ocean Springs Hospital, located at 16 Marks Rd in Ocean Springs, MS 39564. I do not recall the dates or reasons for admission. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 11. | Did not provide the dates of treatment with each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |
| | Answer |
| | Dr. Tucker, located at Hwy 57 in Vancleave, treated Kasey. I do not recall the dates. If I remember or in the course of researching the claim, my attorney finds the information a supplemental response will be provided. |

_____          3/30/2009
Plaintiff or Representative                   Date

*216591*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER         )      **MDL NO. 1873**
FORMALDEHYDE           )
PRODUCT LIABILITY LITIGATION   )

——————————————— )     **SECTION: N(4)**

                      )     **JUDGE: ENGELHARDT**
THIS RELATES TO:       )     **MAG: ROBY**

**Plaintiff: Hughes, Howard**   )

——————————————— )

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

     Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

     If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Hughes, Howard - WLF#216591

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness ✓
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure ✓
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood ✓
___abnormal laboratory tests on urine
___irregular heartbeat ✓
___emphasema
___RADS: reactive airway dysfunction
___cancer; If yes, what type _C̲d̲:̲_

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each. Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _DR CHENG_ _don't Know_ | Condition Worsened By Trailer? _____ |
| Address of Physician _Bay ST Nics_ | |
| Condition _BR LEE_ Date of Diagnosis ___✓___ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _Bay ST Louis MS_ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                               Hughes, Howard - WLF#216591

Manufacturer: **Gulf Stream**

VIN: ✓

Bar Code Number: ✓

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date:  **2005**

Move-out Date:  **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**Tombigbee St.**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home: _Blacken Rot_ _____

_Came back to me to sun days_ _____

Please state the approximate square footage of the FEMA housing unit: _About 40 feet_ _____

Please state the approximate length and width of the FEMA housing unit: _16 feet_ _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _24_ _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _yes_ _____

Is/was the FEMA housing unit hooked up to an electrical line? _yes_ _____

Is/was the FEMA housing unit hooked up to a natural gas line? _Yes_ _____

Is/was propane gas used in the FEMA housing unit? _yes_ _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _time_ _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_No_ _____

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _No_ _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_ _____

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _not that I know of_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _No_ _____

If "Yes," please state the date and reason for repair, service or maintenance: _____

Hughes, Howard - WLF#216591

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Howard Hughes* | **Howard Hughes** | *10-20-08* |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Ingram, Damain | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____
_____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Ingram, Damain - WGC#201571

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9118929651604</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: <u>10/1/2005</u>

Move-out Date: <u>05/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4860 Jackson St.</u>

City: <u>Moss Point</u>        State: <u>MS</u>    Zip: <u>39563</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: <u>don't Recall</u>

Please state the approximate length and width of the FEMA housing unit: <u>don't Recoll</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>15 hr.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

_____

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☒

| Name | | Admission Dates | | |
|---|---|---|---|---|
| **Address** | **City** | | **ST** | **Zip** |
| **Reason For Admission** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☒

**Please see Section III C.3 and Section IX A, B, C and D**

| Name | | Dates | | |
|---|---|---|---|---|
| **Address** | **City** | | **ST** | **Zip** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

215676

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Ingram, Darnell | ) | |
| | ) | |
| _____ | ) | |

<u>PLAINTIFF FACT SHEET</u>

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Ingram, Darnell - WLF#215676

| | |
|---|---|
| ✓ bronchitis | ___ allergic contact dermatitis |
| ___ throat irritation | ___ dizziness |
| ___ hoarseness | ___ unconsciousness |
| ✓ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| ___ asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| ✓ allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| ___ worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| ✓ sinus infection / sinusitis | ___ cancer; If yes, what type |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

Condition _Irritation of Eyes_    Date of Diagnosis _____    Suffered Prior To Trailer? ____
Diagnosing Physician _Dr. Waggerspack_    Condition Worsened By Trailer? ____
Address of Physician _Vacherie LA._

Condition _Irritation of Nasal_    Date of Diagnosis _____    Suffered Prior To Trailer? ____
Diagnosing Physician _Dr. Wasserspack_    Condition Worsened By Trailer? ____
Address of Physician _Vacherie LA_

Condition _Burning of Eyes_    Date of Diagnosis _____    Suffered Prior To Trailer? ____
Diagnosing Physician _Dr. Waggerspack_    Condition Worsened By Trailer? ____
Address of Physician _Vacherie LA._

Condition _Burning of Nose_    Date of Diagnosis _____    Suffered Prior To Trailer? ____
Diagnosing Physician _Dr. Wasserspack_    Condition Worsened By Trailer? ____
Address of Physician _Vacherie, LA._

Condition _Peresistent Coughing_    Date of Diagnosis _____    Suffered Prior To Trailer? ____
Diagnosing Physician _Dr. Weggerspack_    Condition Worsened By Trailer? ____
Address of Physician _Vacherie, LA._

_Is Don't Remember_

Ingram, Darnell - WLF#215676

| | | |
|---|---|---|
| Condition _Nausea_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Wasserspack_ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Vacherie, LA._ | | |
| Condition _Headaches_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Wasserspack_ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Vacherie, LA._ | | |
| Condition _Tightness of the Chest_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Wasserspack_ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Vacherie, LA._ | | |
| Condition _Bronchitis_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Wasserspack_ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Vacherie, LA._ | | |
| Condition _Throat Irritation_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Wasserspack_ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Vacherie, LA_ | | |
| Condition _Laryngitis_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Wasserspack_ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Vacherie, LA._ | | |
| Condition _Sinus infection_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Dr. Waggerspack_ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _Vacherie, LA_ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

I Don't Remember

**TRAILER 1**                                                    Ingram, Darnell - WLF#215676
Manufacturer: **Gulfstream**
VIN: **1NL1GTR2661040604**
Bar Code Number: **1116334**
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*
Move-in Date: **10/2005**
Move-out Date: **10/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**605 Kinler St.**
**Luling La 70070**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private Property*
State the reason you stopped living in the FEMA trailer or mobile home: *because our home was finished with all of the repairs and damages due to Katrina and Rita.*
Please state the approximate square footage of the FEMA housing unit: *Don't Know*
Please state the approximate length and width of the FEMA housing unit: *Don't Know*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *10-12 hrs.*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *Jacked up on blocks*
Is/was the FEMA housing unit hooked up to a sewer line? *yes*
Is/was the FEMA housing unit hooked up to an electrical line? *yes*
Is/was the FEMA housing unit hooked up to a natural gas line? *no*
Is/was propane gas used in the FEMA housing unit? *yes*
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *no*
If "Yes," where did you temporarily live? *no*

For what period of time did you temporarily live in another location? *none*
Have any air quality tests ever been performed on your FEMA trailer or mobile home? *no*
If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *no*
If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *NO*
If "Yes," please state the date and reason for repair, service or maintenance:

Ingram, Darnell - WLF#215676

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Darnell Ingram* | **Darnell Ingram** | *Oct. 2/0* |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

211375

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| ——————————————— | )<br>) | SECTION: N(4) |
| THIS RELATES TO: | )<br>)<br>) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: Jackson, C. H. | )<br>) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Jackson, C. H. - WLF#211375

___✓bronchitis
___✓throat irritation
___✓hoarseness
___✓laryngitis
___✓pneumonia
___✓upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
         asthma
___✓allergies for the first time in your life
___✓worsening of allergies that you had previous to
         living in FEMA trailer
___✓burning sensation in chest
___✓pharyngitis
___✓sinus infection / sinusitis

___✓allergic contact dermatitis
___✓dizziness
___✓unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___✓low blood pressure
___✓hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___✓irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer; If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

## TRAILER 1

Jackson, C. H. - WLF#211375

Manufacturer: **Gulf Stream**

VIN: **INIGTR2761075380**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____ ✓ _Yes_

Move-in Date: **2006**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**6063 Nineth Avenue**
**Pearlington MS 39572**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____ _Yes_

State the reason you stopped living in the FEMA trailer or mobile home: _____

_____ _femA move us out_ _____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _15 - 16_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____ _Yes_

Is/was the FEMA housing unit hooked up to a sewer line? _____ _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _____ _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _____ _No_

Is/was propane gas used in the FEMA housing unit? _____ _Yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____ _None_    _disaBile_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____ _No_

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____ _no_

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____ _no_

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____ _Yes_

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____ _1- Time A week or 2 Time week_

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *C. H. Jackson* | C. H. Jackson | 10-20-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

# 212933

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jackson, Jamar | ) | |
| | ) | |
| _____ | ) | |

### PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Jackson, Jamar - WLF#212933

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ___throat irritation | ___dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or scizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ✓worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on urine |
| | ___irregular heartbeat |
| ✓burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ___sinus infection / sinusitis | ___cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? ✗ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician Dr. Dailly (601) 947-8181 Community Medical Center | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

## TRAILER 1

Jackson, Jamar - WLF#212933

Manufacturer:

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? **travel trailer**

Move-in Date: 1/2006

Move-out Date: 4/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

**Evaston Trail**

Was the FEMA trailer or mobile home located in a trailer park or on private property? **Private property**

State the reason you stopped living in the FEMA trailer or mobile home: **because Sibiling and mother started getting sick é shorting of breathing**

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? **13hrs**

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? **jacked up**

Is/was the FEMA housing unit hooked up to a sewer line? **Yes**

Is/was the FEMA housing unit hooked up to an electrical line? **Yes**

Is/was the FEMA housing unit hooked up to a natural gas line? **No**

Is/was propane gas used in the FEMA housing unit? **Yes**

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? **12hrs**

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? **Yes**

If "Yes," where did you temporarily live? **With my mother friend on some weekends aunt**

For what period of time did you temporarily live in another location? **Not at all**

Have any air quality tests ever been performed on your FEMA trailer or mobile home? **No**

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? **Yes**

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? **Yes**

If "Yes," please state the date and reason for repair, service or maintenance: _____

Jackson, Jamar - WLF#212933

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Nakita  Jackson, as Next Friend of Jamar Jackson, a minor<br>Print Your Name | Date |

211042

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER    )  MDL NO. 1873
FORMALDEHYDE     )
PRODUCT LIABILITY LITIGATION )
             )
———————————————— )  SECTION: N(4)
             )
             )  JUDGE: ENGELHARDT
THIS RELATES TO:     )  MAG: ROBY
             )
Plaintiff: Jackson, James    )
             )
———————————————— )

## PLAINTIFF FACT SHEET

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

✓bronchitis
✓throat irritation
✓hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     ✓asthma
✓allergies for the first time in your life
___worsening of allergies that you had previous to
     living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician *Over the Counter Drugs* | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                                      Jackson, James - WLF#211042

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: **10/2005**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**16135 10th St.**
**Pearlington MS 39572**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private Property_

State the reason you stopped living in the FEMA trailer or mobile home: _____
_Move Back In Home After Repairs_

Please state the approximate square footage of the FEMA housing unit: _240 Sq. Ft._

Please state the approximate length and width of the FEMA housing unit: _396" x 96"_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _15 hrs_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _No_

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _3_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _N/A_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_

If "Yes," please state the date and reason for repair, service or maintenance: _____
_Hot Water Heater_

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | James Jackson | 10/21/05 |
| | Print Your Name | Date |

*212 93 7*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | ) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: Jackson, Jonauan | )<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood asthma
___allergies for the first time in your life
__✓_worsening of allergies that you had previous to living in FEMA trailer
___burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? ✗ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician Dr. Dailey (601) 947-8181 Community Medical center | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ Date of Diagnosis _____ | | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Jackson, Jonauan - WLF#212937

Manufacturer:

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel trailer

Move-in Date: **1/2006**

Move-out Date: **4/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**Evaston Trail**

Was the FEMA trailer or mobile home located in a trailer park or on private property? private property

State the reason you stopped living in the FEMA trailer or mobile home: because sibiling and mother started getting sick & shorting of breathing

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 13hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? jacked-up

Is/was the FEMA housing unit hooked up to a sewer line? yes

Is/was the FEMA housing unit hooked up to an electrical line? yes

Is/was the FEMA housing unit hooked up to a natural gas line? ~~yes~~ NO

Is/was propane gas used in the FEMA housing unit? yes

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? 12hrs

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? yes

If "Yes," where did you temporarily live? With my mother friend on some weekend & aunt

For what period of time did you temporarily live in another location? Not at all

Have any air quality tests ever been performed on your FEMA trailer or mobile home? NO

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? yes

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? yes

If "Yes," please state the date and reason for repair, service or maintenance: _____

# CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *signature* | **Nakita Jackson, as Next Friend** **of Jonauan Jackson, a minor** | |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |
| | *Jonavan* | |

212938

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ———————————————— | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Jackson, Joyce | ) ) ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Jackson, Joyce - WLF#212938

| | |
|---|---|
| X bronchitis | ___ allergic contact dermatitis |
| X throat irritation | ___ dizziness |
| X hoarseness | ___ unconsciousness |
| ___ laryngitis | ___ convulsions or seizures |
| ___ pneumonia | ___ blood in urine |
| ___ upper respiratory tract infections | ___ abnormal liver enzymes |
| ___ pulmonary edema | ___ nephritis (inflammation of kidneys) |
| X asthma attacks for the first time in your life | ___ low blood pressure |
| ___ asthma attacks that are recurrence of childhood asthma | ___ hypothermia (low body temperature) |
| | ___ miscarriage or stillbirth |
| X allergies for the first time in your life | ___ abnormal laboratory tests on blood |
| X worsening of allergies that you had previous to living in FEMA trailer | ___ abnormal laboratory tests on urine |
| | ___ irregular heartbeat |
| ___ burning sensation in chest | ___ emphasema |
| ___ pharyngitis | ___ RADS: reactive airway dysfunction |
| X sinus infection / sinusitis | ___ cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician Community Medical Center/Dr. Ohea | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                      Jackson, Joyce - WLF#212938
Manufacturer:
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? travel trailer
Move-in Date: 1/1/2006   12/1/2005
Move-out Date: 1/1/2007   1/1/2007
Please state the mailing address and physical location for the trailer or mobile home unit:
~~Elmston~~ Road   Waston
Lucedale MS 39452

Was the FEMA trailer or mobile home located in a trailer park or on private property? private property
State the reason you stopped living in the FEMA trailer or mobile home: because of the fume inthe
trailer

Please state the approximate square footage of the FEMA housing unit: _____
Please state the approximate length and width of the FEMA housing unit: _____
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 13 hrs
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? jacked up
Is/was the FEMA housing unit hooked up to a sewer line? yes
Is/was the FEMA housing unit hooked up to an electrical line? yes
Is/was the FEMA housing unit hooked up to a natural gas line? no
Is/was propane gas used in the FEMA housing unit? yes
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? _____
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
with my daughter   yes
If "Yes," where did you temporarily live? √

For what period of time did you temporarily live in another location? _____
Have any air quality tests ever been performed on your FEMA trailer or mobile home? yes
If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? yes
If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? yes
If "Yes," please state the date and reason for repair, service or maintenance: _____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Joyce Jackson** | 10-18-08 |
| | **Print Your Name** | **Date** |

211043

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: Jackson, Louise | )<br>) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

___✓ bronchitis
___✓ throat irritation
___✓ hoarseness
___ laryngitis
___ pneumonia
___ upper respiratory tract infections
___ pulmonary edema
___ asthma attacks for the first time in your life
___ asthma attacks that are recurrence of childhood
      asthma
___✓ allergies for the first time in your life
___ worsening of allergies that you had previous to
      living in FEMA trailer
___ burning sensation in chest
___ pharyngitis
___ sinus infection / sinusitis

___ allergic contact dermatitis
___ dizziness
___ unconsciousness
___ convulsions or seizures
___ blood in urine
___ abnormal liver enzymes
___ nephritis (inflammation of kidneys)
___ low blood pressure
___ hypothermia (low body temperature)
___ miscarriage or stillbirth
___ abnormal laboratory tests on blood
___ abnormal laboratory tests on urine
___ irregular heartbeat
___ emphasema
___ RADS: reactive airway dysfunction
___ cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _Over Counter Drugs_ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |
| Condition _____ Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | |

**TRAILER 1**                                              Jackson, Louise - WLF#211043

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel trailer_

Move-in Date: **10/2005**

Move-out Date: **2007**

Please state the mailing address and physical location for the trailer or mobile home unit:
**16135 10th St.**
**Pearlington MS 39572**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _____
_Move back into home After repair._

Please state the approximate square footage of the FEMA housing unit: _Small   240 Sq Ft._

Please state the approximate length and width of the FEMA housing unit: _396 X 96_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _15 hrs_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Yes_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _No_

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? _3_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _N/A_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _Yes_

If "Yes," please state the date and reason for repair, service or maintenance: _____
_heater, water maintanance_

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Louise Jackson**<br>**Print Your Name** | 10/13/08<br>**Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Jackson, Thomas | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.  INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Sunset Creek</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/1/2007</u>

Move-out Date: <u>7/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>213 Tiffany</u>

City: <u>Slidell</u>          State: <u>LA</u>     Zip: <u>70461</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Home was repaired.</u>
_____
_____

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>None</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>None</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Hot water heater leak</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_K. Jackson_
**Signature of Plaintiff**

_Kimberly Jackson_
**Print Your Name**

_24 July 09_
**Date**

AS NEXT FRIEND OF
Thomas Jackson
A MINOR

211379

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jackson, Wanda | ) | |
| | ) | |
| ——————————————— | ) | |

### PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211379                                     **Cause No.** 08-5031
**Case Name** Jackson, Wanda                        **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et
**DOB** 12/4/1954    **SSN** 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

| Question # | Question |
|---|---|
| ? | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3).   Specifically, plaintiff did not provide information for each illness, disease or condition experienced. |
| | **Answer** |
| | I suffered from sinus infections, tearing of eyes, irritation of skin, rash on skin, dry scaling skin, irritation to eyes, headaches, abdominal pain, diarrhea, hoarseness, laryngitis, allergies for the first time.<br>All conditions were diagnosed by Dr. Gregory Fox at 1408 Hwy 90 Gautier, MS 39553 on 12/10/2006. I did not suffer from any of these conditions prior to living in the trailer. |

| Question # | Question |
|---|---|
| ? | Did not provide the state issuing driver's license, as required by Section IV (B). |
| | **Answer** |
| | My driver license was issued in Mississippi. |

| Question # | Question |
|---|---|
| ? | Did not state the approximate square footage, as required by Section V (A). |
| | **Answer** |
| | The trailer was approximately 260 Sq. Ft. |

| Question # | Question |
|---|---|
| ? | Did not state whether a health care professional ever told plaintiff that her alleged illness, disease or injury was related to living in a FEMA trailer or mobile home, as required by Section VII (D). |
| | **Answer** |
| | No healthcare professional has ever told me that my injuries are related to living in the FEMA trailer. |

| Question # | Question |
|---|---|
| ? | Did not indicate whether plaintiff had any of the documents listed in Section VIII (A-G). |
| | **Answer** |
| | A. No<br>B. No<br>C. No<br>D. No<br>E. No<br>F. No<br>G. No |

| Question # | Question |
|---|---|
| ? | Did not provide plaintiff's current family and/or primary care physician, as required by Section IX (A). |
| | **Answer** |
| | My primary care physician is:<br><br>Dr. Gregory Fox<br>1408 Hwy 90<br>Gautier, MS 39553 |

| Question # | Question |
|---|---|
| ? | Did not provide plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |

Jackson, Wanda - WLF#211379

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff | **Wanda Jackson** | 10/19/08
--- | --- | ---
 | Print Your Name | Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jacobson, Peggy | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No_____

   If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
   _____
   _____
   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Jacobson, Peggy - WGC#209664

Manufacturer: Gulf Stream

VIN: INLIGTR2261015019

Bar Code Number: 1113661

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 11/11/2005

Move-out Date: 10/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 8065 Maple St.

City: Bay St. Louis         State: MS     Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Excerside Formaldehyde and moved in with my mom at current address on this form

Please state the approximate square footage of the FEMA housing unit: 240 sq ft

Please state the approximate length and width of the FEMA housing unit: 8x30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 20 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff

**Peggy Jacobson**
**Print Your Name**

_10-13-08_
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jefferson, Crachelle | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.     Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.     When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.     Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.     Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____
_____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Jefferson, Crachelle - WGC#201439

Manufacturer: __Gulfstream__

VIN: __1NILGTR2661025830__

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? __Yes__

Move-in Date: __12/01/2006__

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: __302 Neil St.__

City: __New Orleans__          State: __LA__    Zip: __70131__

Was the FEMA trailer or mobile home located in a trailer park or on private property? __Privat__

State the reason you stopped living in the FEMA trailer or mobile home:

__stable housing__

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? __6 - 8 hrs__

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? __Yes__

Is/was the FEMA housing unit hooked up to a sewer line? __Yes__

Is/was the FEMA housing unit hooked up to an electrical line? __Yes__

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? __Yes__

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

__809 S. Garden St  Bryan ,TX 77802__

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

Jefferson, Crachelle - WLF #201439

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Monique Morris_
**Signature of Plaintiff**

**Monique Morris, as Next Friend
of Crachelle Jefferson, a minor**
**Print Your Name**

10-12-08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jefferson, Palma | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  _No_____

If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____
_____
_____
_____

Jefferson, Palma - WGC#201440

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: Gulfstream

VIN: 1NLIGTR2661046192

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 09/01/2006

Move-out Date: 01/01/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2237 Mazant St.

City: New Orleans                State: LA    Zip: 70117

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
Requested pickup because of sickness

Please state the approximate square footage of the FEMA housing unit: Don't know

Please state the approximate length and width of the FEMA housing unit: Don't know

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Both

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? 3 or 4 days a week

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?  3 or 4 days a week

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:
Table and Air-conditioning unit

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | **Palma Jefferson** | 10-11-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Jenkins, Hewry | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>No I still suffer  from sickness</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**　　　　　Jenkins, Hewry - WGC#209671

Manufacturer: Gulfstream

VIN: 1NLIGTR2361053374

Bar Code Number: BC13488638

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 03/01/2000

Move-out Date: 12/01/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 106 S. Bengal

City: River Ridge　　　　State: LA　　Zip: 70123

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

FEMA wanted FEMA trailer back

Please state the approximate square footage of the FEMA housing unit: 398 sq. Ft.

Please state the approximate length and width of the FEMA housing unit: 33 x 15

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24 hours

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes

If "Yes," where did you temporarily live?

about 3 days to move old trailer. think day inn.

For what period of time did you temporarily live in another location?

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | Henry Jenkins<br>**Print Your Name** | 1-10-2009<br>**Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jenkins, Roy | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.      When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  I have recovered sinus moving 10/01/2008 Trailer

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulfstream

VIN: 1NLIGTR2361053374

Bar Code Number: BC13488638

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 3/6/2006

Move-out Date: 12/15/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 106 S.Bengal Rd.

City: River Ridge          State: LA     Zip: 70123

Was the FEMA trailer or mobile home located in a trailer park or on private property? NO

State the reason you stopped living in the FEMA trailer or mobile home:

Still living in trailer

Please state the approximate square footage of the FEMA housing unit: 985 sq. Ft.

Please state the approximate length and width of the FEMA housing unit: 15 x 33

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 15 Hours

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes

If "Yes," where did you temporarily live?

Temporarily lived in apartment

For what period of time did you temporarily live in another location? 5

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Bathroom for circuit breaker , air conditioner door

Jenkins, Roy - WLF#209673

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Roy Jenkins_ | Roy Jenkins | 10/10/08 |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jenkins, Troy | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Have not really recovered. I still experience the symptoms.

Jenkins, Troy - WGC#209674

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulfstream

VIN: 1NLIGTR2361053374

Bar Code Number: BC1348638

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 3/16/2006

Move-out Date: 12/01/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 106 S.Bengal Rd.

City: River Ridge                    State: LA      Zip: 70123

Was the FEMA trailer or mobile home located in a trailer park or on private property? NO

State the reason you stopped living in the FEMA trailer or mobile home:

Still there

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? Majority

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

Yes

If "Yes," where did you temporarily live?

3 Day during demolishing of old trailer

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Circuit breaker , A/C,Door

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Troy Jenkins_                            **Troy Jenkins**                          10-8-08

**Signature of Plaintiff**                       **Print Your Name**                         **Date**