UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGELHARDT |
| *Cynthia Abney, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al;* Civil Action No. 09-07856 | * | MAGISTRATE CHASEZ |

**************************************************************************

### NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription is hereby set for submission on the 16th day of May, 2012, at 9:30 a.m.

    Respectfully Submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana  70002
    Telephone: (504) 832-3700
    Facsimile: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com

    and

    SCANDURRO & LAYRISSON
    **Timothy D. Scandurro #18424**
    **Dewey M. Scandurro #23291**
    607 St. Charles Avenue
    New Orleans, LA 70130
    (504) 522-7100
    (504) 529-6199 (FAX)
    tim@scanlayr.com
    dewey@scanlayr.com
    **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 20th day of April, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**
