## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|    FORMALDEHYDE PRODUCTS | * | |
|    LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Wilma Necaise, et al v. Gulf Stream Coach, Inc.,* | * | JUDGE ENGELHARDT |
| *et al;* Civil Action No. 10-02229 | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * *   * * * * * * * * * * * *

### GULF STREAM COACH, INC.'S RULE 12(b)(6) MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR PRESCRIPTION

**NOW INTO COURT,** through undersigned counsel of record, comes Defendant, Gulf Stream Coach, Inc., who prays that this Court dismiss with prejudice the claims of certain Plaintiffs named in the lawsuit entitled *Wilma Necaise, et al. v. Gulf Stream Coach, Inc., et al.*, 2:10-02229, for prescription, the reasons therefore being more fully explained in the accompanying Memorandum in Support.

                   Respectfully Submitted,

                   **DUPLASS, ZWAIN, BOURGEOIS,**
                   **PFISTER & WEINSTOCK**

                   s/Andrew D. Weinstock
                   _____
                   **ANDREW D. WEINSTOCK #18495**
                   **JOSEPH G. GLASS #25397**
                   3838 N. Causeway Boulevard, Suite 2900
                   Metairie, Louisiana  70002
                   Telephone: (504) 832-3700
                   Facsimile: (504) 837-3119
                   andreww@duplass.com
                   jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 22nd day of April, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**

00340476-1