White, Lanettie - WGC#202518

4.   Since you moved into the FEMA trailer and up to the present date, have you
     been diagnosed with Cancer?  No

     If yes, which kind of cancer?  _____

5.   When do you claim this injury or disease first occurred?  I know now injury
     occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA
     trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a
     condition that you already had or had in the past?  Please see table above

     **If "Yes"**, set forth the illness, disease or condition; whether or not you had
     already recovered from that illness, disease or condition before you began
     residing in a FEMA trailer or mobile home and the date of your recovery, if
     any.  _____
     _____
     _____

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: Gulfstream

VIN: 1NLIVTR2161048518

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 07/26/2006

Move-out Date: 01/05/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 3728 Gen. Pershing St.

City: New Orleans          State: LA     Zip: 70125

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

My home was available to more in after being venovated

Please state the approximate square footage of the FEMA housing unit: No

Please state the approximate length and width of the FEMA housing unit: No

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 15 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 6 days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 6 days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Knobs on the stove had to be replaced due to the knobs manufacturing

White, Lanettie - WLF#202518

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____
**Signature of Plaintiff**

**Lanettie White**
**Print Your Name**

**10/16/08**
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Wiley, William | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

If yes, which kind of cancer?   _____
_____

5.   When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

**If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   No _____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**     Wiley, William - WGC#205496

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 11/1/2005

Move-out Date: 4/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 6065 Wiley Rd.

City: Bay St. Louis          State: MS     Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Moved into an apartment

Please state the approximate square footage of the FEMA housing unit: 150 x 200

Please state the approximate length and width of the FEMA housing unit: 8 x 20

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 8hrs-12hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 6-7 days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 6-7 days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

leveled, smoke detectors

Wiley, William - WLF#205496

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _William R. Wiley_ | __William Wiley__ | __10-10-08__ |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Williams, Craig | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No_____

If yes, which kind of cancer?  _____

_____

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

_____

_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**  Williams, Craig - WGC#208097

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>01/01/2005</u>

Move-out Date: <u>01/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>637 Edna St.</u>

City: <u>Waveland</u>　　　State: <u>MS</u>　　Zip: <u>39576</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Finished repairing home</u>

Please state the approximate square footage of the FEMA housing unit: <u>140</u>

Please state the approximate length and width of the FEMA housing unit: <u>1 x 16</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12 Hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Replaced sink split farcet</u>

Williams, Craig - WLF#208097

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Signature of Plaintiff_ | **Craig Williams** | 10-8-08 |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Williams, Dustin | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No _____

   If yes, which kind of cancer?  _____
   _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

   **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
   _____
   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                Williams, Dustin - WGC#208099

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____ ._____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>1/1/2005</u>

Move-out Date: <u>1/1/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>637 EDNA St.</u>

City: <u>Waveland</u>                State: <u>MS</u>        Zip: <u>39576</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>finished reparing my home</u>

Please state the approximate square footage of the FEMA housing unit: <u>140</u>

Please state the approximate length and width of the FEMA housing unit: <u>10x16</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12-15 hour</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>School 5 days a</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>School 5 days a week from 5-3</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation: .

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>can't remember somthing with the water (sink)</u>

Williams, Dustin - WLF#208099

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          **Craig Williams, as Next Friend**       10 - 8 - 08
**Signature of Plaintiff**            **of Dustin Williams, a minor**        _____
                                   **Print Your Name**                    **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ———————————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| Plaintiff: Williams, James | ) ) ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Williams, James - WGC#205500

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  I never had it

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**            Williams, James - WGC#205500

Manufacturer: Gulf Stream

VIN: 1NL1GTR2361001808

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 02/09/2006

Move-out Date: 03/16/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 1 Drexel Dr.

City: New Orleans            State: LA      Zip: 70125

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
Because of burning eye Lead Adam and Dizziness Rash on Skin

Please state the approximate square footage of the FEMA housing unit:

Please state the approximate length and width of the FEMA housing unit:

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5

Have any air quality tests ever been performed on your FEMA trailer or mobile home?

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Williams, James - WLF#205500

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _James Co. Williams Sr._ | James Williams | _10-16-08_ |
| Signature of Plaintiff | Print Your Name | Date |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ·ROBY |
| Plaintiff: _____ | ) ) | |
| Geraldine M. Wliams _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

☑ bronchitis                                              ☐ allergic contact dermatitis
☑ throat irritation                                      ☐ dizziness
☑ hoarseness                                             ☐ unconsciousness
☑ laryngitis                                             ☐ convulsions or seizures
☐ pneumonia                                              ☐ blood in urine
☑ upper respiratory tract infections                     ☐ abnormal liver enzymes
☐ pulmonary edema                                        ☐ nephritis (inflammation of kidneys)
☐ asthma attacks for the first time in your life         ☐ low blood pressure
☐ asthma attacks that are recurrence of childhood        ☐ hypothermia (low body temperature)
    asthma                            ☐ miscarriage or stillbirth
☑ allergies for the first time in your life              ☐ abnormal laboratory tests on blood
☐ worsening of allergies that you had previous to        ☐ abnormal laboratory tests on urine
    living in FEMA trailer

        Please list any other symptoms you have suffered as a result of residing in a
        FEMA trailer (not listed above) and any conditions for which you have
        been diagnosed by a physician._____

        _____

        _____

4.    Since you moved into the FEMA trailer and up to the present date, have
        you been diagnosed with cancer?   Yes ☐   No ☑

        If yes, which kind of cancer?
        _____

5.    When do you claim this injury or disease first occurred? don't recall

6.    Did you ever suffer this type of illness or disease prior to living in the
        FEMA trailer?
        Yes ☑        No ☐

        *If "Yes,"* when and who diagnosed the condition at that time?
        upper respiratory tract infections and bronchitis

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
        condition that you already had or had in the past?
        Yes ☑        No ☐

        If *"Yes,"* set forth the illness, disease or condition; whether or not you had
        already recovered from that illness, disease or condition before you began

4

5.  Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☒      Mobile Home ☐

6.  Move-in Date: 02/2006

7.  Move-out Date: 08/2006

8.  Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
    2216 14th Avenue            Gulfport       MS

9.  Was the FEMA trailer or mobile home located in a trailer park or on private property? Private property

10. State the reason you stopped living in the FEMA trailer or mobile home:
    kept getting sick

11. Please state the approximate square footage of the FEMA housing unit: don't know

12. Please state the approximate length and width of the FEMA housing unit: don't know

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? don't know

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☒        No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☒        No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☒        No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐        No ☒

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☒        No ☐

9

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Gearaldine M Williams Geavldine M Williams 9-25-09

| Signature of Plaintiff | Print Your Name | Date |

18

212025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Willis, Iris | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
✓hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition low body temperature | Date of Diagnosis Nov 06 | Suffered Prior To Trailer? NO |
| Diagnosing Physician Urgent Care | | Condition Worsened By Trailer? Yes |
| Address of Physician Beatline Rd.  Longbeach, MS 39560 | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

4.   If you listed that a condition, disease or illness worsened, state whether or not you had already recovered from that condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. *It started in the trailer and the doctor prescribed me steroids and antibiotics to get better within a week.*

5.   **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
     Yes ☐         No ☒

     *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

     Name and address of each person who treated or counseled you:
     _____
     _____
     _____

     To your understanding, describe the condition for which treated:
     _____
     _____
     _____

     State when you were treated for this psychological, psychiatric or emotional problem
     _____
     _____
     _____

     List the medications prescribed or recommended by the physician or counselor
     _____
     _____
     _____

6.   Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
     Yes ☐         No ☒

     *If "Yes,"* state the amount of your claim: _____

**TRAILER 1**                                                    Willis, Iris - WLF#212025

Manufacturer: **Gulf Stream**

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: **2005**

Move-out Date: **2006**

Please state the mailing address and physical location for the trailer or mobile home unit:
**209 Heart Street**
**Waveland MS 39576**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private property_

State the reason you stopped living in the FEMA trailer or mobile home: _____

_moved into an apartment_ _____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _16 hrs._

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _No_ _____

Is/was the FEMA housing unit hooked up to a sewer line? _yes_ _____

Is/was the FEMA housing unit hooked up to an electrical line? _yes_ _____

Is/was the FEMA housing unit hooked up to a natural gas line? _no_ _____

Is/was propane gas used in the FEMA housing unit? _yes_ _____

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or

mobile home? _8 hrs._ _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_No_ _____

If "Yes," where did you temporarily live? _____

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_ _____

If "Yes," please state when the test was performed and who prepared this testing: _____

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_ _____

If "Yes," please state the date and reason for fumigation: _____

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _No_ _____

If "Yes," please state the date and reason for repair, service or maintenance: _____

_____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Signature_ | Iris Willis | 10-16-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Williams, Thomas | ) | |
| | ) | |
| ——————————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you
     been diagnosed with Cancer?  No _____

     If yes, which kind of cancer?  _____
                                    _____


5.   When do you claim this injury or disease first occurred?  <u>I know now injury
     occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA
     trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a
     condition that you already had or had in the past?  <u>Please see table above</u>


     **If "Yes",** set forth the illness, disease or condition; whether or not you had
     already recovered from that illness, disease or condition before you began
     residing in a FEMA trailer or mobile home and the date of your recovery, if
     any.  _____
     _____
     _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**           Williams, Thomas - WGC#221539

Manufacturer: Gulf Stream

VIN: INLIGTR2961066422

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 01/01/2005

Move-out Date: 01/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 7214 W Greene

City: Bay St. Louis          State: MS     Zip: 39520

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.


| | **Thomas Williams** | |
| --- | --- | --- |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| Pamela D Faulkner  O/B/O Cy'nia (M) Wilson | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

☐ bronchitis
☒ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☒ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous
    to living in FEMA trailer

☐ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____
NA _____
_____
_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?
N/A_____

5. When do you claim this injury or disease first occurred? 2006_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐      No ☒

If "Yes," when and who diagnosed the condition at that time?
N/A_____
_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐      No ☒

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

5.       Was the temporary housing unit provided to you by FEMA a travel trailer
         or a mobile home?   Travel Trailer ☒      Mobile Home ☒

6.       Move-in Date: Dec' 2005

7.       Move-out Date: Feb' 2006

8.       Please state the mailing address and physical location for the FEMA trailer
         or mobile home unit.
         1706 13th Street Pascagoula MS 39567 1706 13th Street Pascagoula MS
         1706 13th Street Pascagoula MS 39567 1706 13th Street Pascagoula MS

9.       Was the FEMA trailer or mobile home located in a trailer park or on
         private property? Private Property

10.      State the reason you stopped living in the FEMA trailer or mobile home:
         Due to sickness

11.      Please state the approximate square footage of the FEMA housing
         unit: NA

12.      Please state the approximate length and width of the FEMA housing
         unit: NA

13.      What is/was the average number of hours spent in the FEMA trailer or
         mobile home each day? 16

14.      Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the
         ground)?
         Yes ☒        No ☐

15.      Is/was the FEMA housing unit hooked up to a sewer line?
         Yes ☒        No ☐

16.      Is/was the FEMA housing unit hooked up to an electrical line?
         Yes ☒        No ☐

17.      Is/was the FEMA housing unit hooked up to natural gas line?
         Yes ☐        No ☒

18.      Is/was propane gas used in the FEMA housing unit?
         Yes ☒        No ☐

9

## <u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Pamela D Faulkner  O/B/O Cy'nia
(M) Wilson

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

18

## Errata

**Claimant Name:** Pamela Faulkner obo Cy'nia Wilson

**Claimant's Attorney:** The Buzbee Law Firm

**Manufacturer:** Gulfstream

**Vin:** 1NL1GTR2861077217

**Bar Code:** 1118491

**Trailer Address:** 1706 13th Street. Pascagoula MS 39567

**Move In:** Dec 2005

**Move Out:** Feb 2006


_____            _____

**Plaintiff or Representative**            **Date**

Wilson, Joann
215284

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Wilson, Joann** | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

___bronchitis
_✓_throat irritation
___hoarseness
___laryngitis
___pneumonia
_✓_upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
_✓_worsening of allergies that you had previous to
    living in FEMA trailer
_✓_burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
_✓_dizziness
___unconsciousness
___convulsions or seizures
_✓_blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
_✓_low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
_✓_abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Heart | Date of Diagnosis | Dec-05 | Suffered Prior To Trailer? | ___ |
|---|---|---|---|---|---|
| Diagnosing Physician | Dr Morales Jr Anthony | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | Northshore Cardiovascular | | | | |
| Condition | Lungs | Date of Diagnosis | Dec-05 | Suffered Prior To Trailer? | |
| Diagnosing Physician | New Doctor New Old | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | Doctor MOVE | | | | |
| Condition | Kidneys | Date of Diagnosis | Dec-05 | Suffered Prior To Trailer? | |
| Diagnosing Physician | Dr Crispin G. Bolisay | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | 105 Medical Center Dr Suite 304 | | | | |
| Condition | | Date of Diagnosis | Dec-05 | Suffered Prior To Trailer? | |
| Diagnosing Physician | Northlake Hematology Oncology | | | Condition Worsened By Trailer? | ✓ |
| Address of Physician | 105 Medical Center Suite 205 Dale LeBlanc MD | | | | |
| Condition | | Date of Diagnosis | | Suffered Prior To Trailer? | |
| Diagnosing Physician | _____ | _____ | | Condition Worsened By Trailer? | ___ |
| Address of Physician | _____ | _____ | | | |

**TRAILER 1**                                            Wilson, Joann - WLF#215284

Manufacturer: **Gulf Stream**

VIN: **1228342**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *Mobile home*

Move-in Date: **10/2005**

Move-out Date: **6/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**60238 Bryan Road**
**Slidell LA 70458**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private property*

State the reason you stopped living in the FEMA trailer or mobile home: *Hoursd    for mold type*

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *24 -7*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *Yes*

Is/was the FEMA housing unit hooked up to a sewer line? *Yes*

Is/was the FEMA housing unit hooked up to an electrical line? *Yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *no*

Is/was propane gas used in the FEMA housing unit? *Yes*

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *Mowing the lawn 2 week*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *no*

If "Yes," where did you temporarily live? *no*

For what period of time did you temporarily live in another location? *no*

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *no*

If "Yes," please state when the test was performed and who prepared this testing: *no*

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *no*

If "Yes," please state the date and reason for fumigation: *no*

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *no*

If "Yes," please state the date and reason for repair, service or maintenance: _____

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | Joann Wilson<br>**Print Your Name** | 10/14/08<br>**Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Wimberly, Franklin | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ___throat irritation | ✓ dizziness |
| ___hoarseness | ___unconsciousness |
| ___laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood asthma | ___hypothermia (low body temperature) |
| | ___miscarriage or stillbirth |
| ___allergies for the first time in your life | ___abnormal laboratory tests on blood |
| ___worsening of allergies that you had previous to living in FEMA trailer | ___abnormal laboratory tests on urine |
| | ✓ irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ✓ sinus infection / sinusitis | ___cancer;  If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition Irregular heat beat | Date of Diagnosis 6-28-08 | Suffered Prior To Trailer? ✓ |
|---|---|---|
| Diagnosing Physician Turo Hospital E. R. | | Condition Worsened By Trailer? Not Sure |
| Address of Physician | | |

| Condition dizziness | Date of Diagnosis 6-28-08 | Suffered Prior To Trailer? yes |
|---|---|---|
| Diagnosing Physician Turo Hospital E. R. | | Condition Worsened By Trailer? Not Sure |
| Address of Physician | | |

| Condition Shortness of Breath | Date of Diagnosis 6-28-08 | Suffered Prior To Trailer? Yes |
|---|---|---|
| Diagnosing Physician Turo Hospital E. R. | | Condition Worsened By Trailer? Not Sure |
| Address of Physician | | |

| Condition Headaches | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician Turo Hospital E.R. | | Condition Worsened By Trailer? _____ |
| Address of Physician | | |

| Condition Rashes of Skin | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician Turo Hospital E.R | | Condition Worsened By Trailer? _____ |
| Address of Physician | | |

**TRAILER 1**                                                 Wimberly, Franklin - WLF#212031
Manufacturer: **Lakeside Park Homes**
VIN: **LSPH7012971C8GA06**
Bar Code Number:  don't Remember
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? My Property
Move-in Date: **2/2007**
Move-out Date: **Still In**
Please state the mailing address and physical location for the trailer or mobile home unit:
**4652 America St.**
**New Orleans La 70126**

Was the FEMA trailer or mobile home located in a trailer park or on private property? Private
State the reason you stopped living in the FEMA trailer or mobile home: to small I'm
dis-Able

Please state the approximate square footage of the FEMA housing unit: don't NO
Please state the approximate length and width of the FEMA housing unit: don't NO
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? All day
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes, blocks
Is/was the FEMA housing unit hooked up to a sewer line? Yes
Is/was the FEMA housing unit hooked up to an electrical line? Yes
Is/was the FEMA housing unit hooked up to a natural gas line? NO
Is/was propane gas used in the FEMA housing unit? Yes
How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or
mobile home? N/A
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
NO
If "Yes," where did you temporarily live? N/A

For what period of time did you temporarily live in another location? N/A
Have any air quality tests ever been performed on your FEMA trailer or mobile home? NO
If "Yes," please state when the test was performed and who prepared this testing:
N/A
Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? NO
If "Yes," please state the date and reason for fumigation: N/A

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes
If "Yes," please state the date and reason for repair, service or maintenance: don't Remember
date, it was for kitchen pipe

**TRAILER 2**                                          Wimberly, Franklin - WLF#212031

Manufacturer:

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Yes_

Move-in Date: _I believe it was December 2006_

Move-out Date: _was February 14, 2007_

Please state the mailing address and physical location for the trailer or mobile home unit:

_4652 America St_

_New Orleans, LA 70126_

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Private_

State the reason you stopped living in the FEMA trailer or mobile home: _mold, mildew, Rain_

_all the time,_

---

Please state the approximate square footage of the FEMA housing unit: _don't NO_

Please state the approximate length and width of the FEMA housing unit: _don't NO_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _All day_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes. block_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _NO_

Is/was propane gas used in the FEMA housing unit? _NO_

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? _N/A    Disable_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_NO_

If "Yes," where did you temporarily live? _N/A_

---

For what period of time did you temporarily live in another location? _N/A_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _N/A_

If "Yes," please state when the test was performed and who prepared this testing: _N/A_

---

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _N/A_

---

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state the date and reason for repair, service or maintenance: _N/A_

**TRAILER 3**                                                    Wimberly, Franklin - WLF#212031
Manufacturer: *Lakeside Park Homes*
VIN: *LSPH 701297 1C 8 G406*
Bar Code Number: *1346971*
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *Yes*
Move-in Date: *February 14, 2007*
Move-out Date: *Still in*
Please state the mailing address and physical location for the trailer or mobile home unit:
*4652 America St.*
*New Orleans, LA. 70126*
Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private*
State the reason you stopped living in the FEMA trailer or mobile home *Still here*


Please state the approximate square footage of the FEMA housing unit: *don't NO*
Please state the approximate length and width of the FEMA housing unit: *don't NO*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *All day*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *Yes, blocks*
Is/was the FEMA housing unit hooked up to a sewer line? *Yes*
Is/was the FEMA housing unit hooked up to an electrical line? *Yes*
Is/was the FEMA housing unit hooked up to a natural gas line? *NO*
Is/was propane gas used in the FEMA housing unit? *NO*
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *2 days per week*
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
*NO*
If "Yes," where did you temporarily live? *N/A*

For what period of time did you temporarily live in another location? *N/A*
Have any air quality tests ever been performed on your FEMA trailer or mobile home? *NO*
If "Yes," please state when the test was performed and who prepared this testing: *N/A*

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *NO*
If "Yes," please state the date and reason for fumigation: *N/A*

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *Yes, the*
If "Yes," please state the date and reason for repair, service or maintenance: 
*sink, door and Ranger.*

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | **Franklin Wimberly** | 10-7-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Windom, Carl | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Windom, Carl - WGC#202610

Manufacturer: <u>Morgan</u>

VIN: <u>5CH200R2X61144162</u>

Bar Code Number: <u>1299957</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>05/01/2006</u>

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>2040 Luther Dr.</u>

City: <u>Marrero</u>          State: <u>LA</u>   Zip: <u>70072</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Had found a place to stay</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>15-20</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>4 days a week</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>4 days a week</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Carl Windmon | |
|---|---|---|
| | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER         )    MDL NO. 1873
FORMALDEHYDE          )
PRODUCT LIABILITY LITIGATION  )
                              )
_____  )    SECTION: N(4)
                              )
                              )    JUDGE: ENGELHARDT
THIS RELATES TO:          )    MAG: ROBY
                              )
Plaintiff: Winston, Christy     )
                              )
_____  )

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

**TRAILER 1**

Manufacturer: **Gulfstream**

VIN: **INLIGTR2661040604**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *travel trailer*

Move-in Date: 05|07

Move-out Date: 07|07

Please state the mailing address and physical location for the trailer or mobile home unit:

**605 Kinler St.**

**Luling La 70070**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *private property*

State the reason you stopped living in the FEMA trailer or mobile home: *because I was visiting on vacation.*

Please state the approximate square footage of the FEMA housing unit: *Dont know*

Please state the approximate length and width of the FEMA housing unit: *Dont know*

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *24 hrs a day*

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *Jacked-up on blocks*

Is/was the FEMA housing unit hooked up to a sewer line? *Yes*

Is/was the FEMA housing unit hooked up to an electrical line? *Yes*

Is/was the FEMA housing unit hooked up to a natural gas line? *NO*

Is/was propane gas used in the FEMA housing unit? *Yes*

How many days per week did you work outside of the home duriing the time you lived in the FEMA trailer or mobile home? *None*

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *NO*

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? *NO*

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *NO*

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *NO*

If "Yes," please state the date and reason for repair, service or maintenance: _____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _Christy R. Winston_ | _Christy Winston_ | _10/21/08_ |
|---|---|---|
| Signature of Plaintiff | Print Your Name | Date |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 217080                                      **Cause No.** 08-5031

**Case Name** Winston, Christy              **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 6/30/1976      **SSN** 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

| Question # | Question |
|---|---|
| 1 | **Question** Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** I have not been diagnosed with cancer to my knowledge since moving into the trailer. |
| 2 | **Question** Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** I began to have these problems in May and June of 2007. |
| 3 | **Question** Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** I did not suffer from these conditions prior to living in the trailer.  They began in May and June of 2007. |
| 4 | **Question** Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** I did not have pre-existing conditions to my knowledge, and therefore they were not worsened. |
| 5 | **Question** Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** I did not have pre-existing conditions to my knowledge, and therefore they were not recovered from. |
| 6 | **Question** Did not provide place of birth, as required by Section IV (C). |
| | **Answer** My birth place was Raleigh, North Carolina |
| 7 | **Question** Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2). |
| | **Answer** For the past ten years I have worked at: ACS: 11/07/2008-present Kelly Services: 10/2007-09/2008 ACS: 12/2006-10/2007 Glenaire Retirement Homes: 11/2003-12/2004 |

*# 217082*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Winters, John | ) ) ) | |
| ——————————————— | ) | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

**TRAILER 1**                                    Winters, John - WLF#217082

Manufacturer: **Gulfsteam**

VIN: **INLIGTR2661040604**

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel Trailer_

Move-in Date: **10/2005**

Move-out Date: **10/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**605 Kinler St.**

**Luling La 70070**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _Privant property_

State the reason you stopped living in the FEMA trailer or mobile home: _Because I was_ _Visiting on Vacation_

Please state the approximate square footage of the FEMA housing unit: _Don't Known_

Please state the approximate length and width of the FEMA housing unit: _Don't Know_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _24 hrs a day_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _Jacke up on blocks_

Is/was the FEMA housing unit hooked up to a sewer line? _Yes_

Is/was the FEMA housing unit hooked up to an electrical line? _Yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _NO_

Is/was propane gas used in the FEMA housing unit? _Yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _None_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _No_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _No_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _No_

If "Yes," please state the date and reason for repair, service or maintenance: _____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Signature of Plaintiff_ | **John Winters** | _10-21-08_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 217082                    **Cause No.** 08-5031

**Case Name** Winters, John        **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 3/3/1943   **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the trailer. |

| Question # | Question |
|---|---|
| 2. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | The symptoms first began in May and June of 2007. |

| Question # | Question |
|---|---|
| 3. | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I do not recall whether I suffered with these conditions prior to living in FEMA trailer. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I do not recall whether FEMA trailer worsened a pre-existing condition. If I remember or in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 5. | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I have not recovered from any illnesses just gotten a little better. |

| Question # | Question |
|---|---|
| 6. | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |
| | **Answer** |
| | For the past 5 years, I have lived at: <br> 4317 Lexington St. <br> Garner, NC 27529 |

| Question # | Question |
|---|---|
| 7. | Did not provide place of birth, as required by Section IV (C). |

*# 217083*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Winters, Mary | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A **separate** Plaintiff Fact Sheet **must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

**TRAILER 1**                                                                                       Winters, Mary - WLF#217083
Manufacturer: **Gulfstream**
VIN: **INLIGTR2661040604**
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? *Travel Trailer*
Move-in Date: **10/01/2005**
Move-out Date: **10/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**605 Kinler St.**
**Luling La 70070**

Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private Pro.*
State the reason you stopped living in the FEMA trailer or mobile home: *Because I was Visting on Vacation.*

Please state the approximate square footage of the FEMA housing unit: *Don't know.*
Please state the approximate length and width of the FEMA housing unit: *Don't know*
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *24 hours*
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? *Block*
Is/was the FEMA housing unit hooked up to a sewer line? *yes*
Is/was the FEMA housing unit hooked up to an electrical line? *yes*
Is/was the FEMA housing unit hooked up to a natural gas line? *No*
Is/was propane gas used in the FEMA housing unit? *yes*
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *None*
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? *No*
If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?
Have any air quality tests ever been performed on your FEMA trailer or mobile home? *No*
If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? *No*
If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? *No*
If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Mary Winters** <br> **Print Your Name** | 10-31-08 <br> **Date** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 217083        **Cause No.** 08-5031

**Case Name** Winters, Mary      **Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et

**DOB** 10/1/1952    **SSN** 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

| Question # | Question |
|---|---|
| 1 | Did not provide a response to what type of cancer plaintiff was diagnosed with since moving into the FEMA trailer, as required by Section III (C)(4). |
| | **Answer** |
| | I have not been diagnosed with cancer to my knowledge since moving into the FEMA trailer. |
| 2 | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |
| | **Answer** |
| | The injuries first occurred in June and July of 2007. |
| 3 | Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer, as required by Section III (C)(6). |
| | **Answer** |
| | I did not have any of these illness prior to moving into the FEMA trailer |
| 4 | Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7). |
| | **Answer** |
| | I did not have any pre-existing conditions. |
| 5 | Did not provide the illness, recovery information, and date of recovery (if any), as required in Section III (C)(7). |
| | **Answer** |
| | I did not have any conditions to recover from prior to the trailer. However, of the diseases that began while I lived in the trailer, I recovered from the skin rashes since moving out of trailer but I still suffer from headaches, nausea,burning in chest dizziness, etc. |
| 6 | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |
| | **Answer** |
| | I lived at 4317 Lexington St, Garner, NC 27529 from 11/04 to 10/08. |
| 7 | Did not provide place of birth, as required by Section IV (C). |
| | **Answer** |
| | I was born in Wake County, NC. |
| 8 | Did not provide the Bar Code Number, as required by Section V (A)(4). |
| | **Answer** |