UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Winters, Mildred M. | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTiRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>Not recovery</u>

Winters, Mildred M. - WGC#202612

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: <u>Gulfstream Coach,Inc</u>

VIN: <u>1NLIGTR2661036150</u>

Bar Code Number: <u>112.4017</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>09/01/2006</u>

Move-out Date: <u>09/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>45702 Anthony Rd.</u>

City: <u>Franklinton</u>          State: <u>LA</u>     Zip: <u>70438</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>yes</u>

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>24</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>not much</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>not much</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Air condintion</u>

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**          **Mildred Winters**          **Date**
                                     **Print Your Name**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| **Plaintiff: Wittmann, Frances** | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Wittmann, Frances - WGC#209077

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer?  _____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>Already recover when moved out</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Wittmann, Frances - WGC#209077

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>9/1/2005</u>

Move-out Date: <u>11/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>18220 Old Joe Moran</u>

City: <u>Kiln</u>              State: <u>MS</u>     Zip: <u>39556</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Move to a better place</u>

Please state the approximate square footage of the FEMA housing unit: <u>14' X 20'</u>

Please state the approximate length and width of the FEMA housing unit: <u>14 X 20</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>10 hr.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>25 or 30 hr. Per</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>25 or 30 hr. Per week</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Frances Wittmann_ | **Frances Wittmann** | 10-12-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————————— | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Wood, Kentrick | ) ) ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.      When do you claim this injury or disease first occurred?   <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   <u>Please see table above</u>

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   <u>Please see table above</u>

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

Wood, Kentrick - WGC#202616

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>1NL1GTR2061071451/1056866 BC</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>9/29/2005</u>

Move-out Date: <u>05/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>8630E. Alba Street</u>

City: <u>Bayou La Batre</u>      State: <u>AL</u>      Zip: <u>36501</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>They come out to got it when my home was completely finish . They told me that we would have to move out so
that could pick it up.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240 sq</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 X 30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? <u>5 Days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5 Days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Wood, Kentrick - WLF#202616

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *[signature]* Kentrick Woods | Linda Banks, as Next Friend of Kentrick Wood, a minor | 10/7/08 |
| Signature of Plaintiff | Print Your Name | Date |
| *as next friend of Kentrick Woods, minor* | | |

217084

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1873 <br><br> SECTION: N(4) <br><br> JUDGE: ENGELHARDT <br> MAG: ROBY |
| THIS RELATES TO: | | |
| Plaintiff: Woods, Kanisha | | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate** Plaintiff Fact Sheet must be **completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

___bronchitis
_✓_throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
    asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
    living in FEMA trailer
___burning sensation in chest
___pharyngitis
_✓_sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition _Burning Eyes_ Date of Diagnosis _12-05_ | Suffered Prior To Trailer? ___ | |
| Diagnosing Physician _No primary physician_ | Condition Worsened By Trailer? ___ | |
| Address of Physician _Urgent care_ | | |
| Condition _Irritation of Nose_ Date of Diagnosis _12 05_ | Suffered Prior To Trailer? ___ | |
| Diagnosing Physician _____ | Condition Worsened By Trailer? ___ | |
| Address of Physician _Urgent care_ | | |
| Condition _Burning of Nose_ Date of Diagnosis _12/05_ | Suffered Prior To Trailer? ___ | |
| Diagnosing Physician _____ | Condition Worsened By Trailer? ___ | |
| Address of Physician _Urgent care_ | | |
| Condition _Headaches_ Date of Diagnosis _12-05_ | Suffered Prior To Trailer? ___ | |
| Diagnosing Physician _____ | Condition Worsened By Trailer? ___ | |
| Address of Physician _Urgent care_ | | |
| Condition _Nausea_ Date of Diagnosis _12-05_ | Suffered Prior To Trailer? ___ | |
| Diagnosing Physician _____ | Condition Worsened By Trailer? ___ | |
| Address of Physician _Urgent care_ | | |

| Condition _Sinous Infecton_ | Date of Diagnosis _12-05_ | Suffered Prior To Trailer? _✓_ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Urgent care_ | | |

| Condition _Sinusits_ | Date of Diagnosis _12-05_ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _Urgent care_ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Woods, Kanisha - WLF#217084

Manufacturer: **Gulfstream**

VIN: **INLIGTR2661040604**

Bar Code Number: 1116234

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel_

Move-in Date: 11-06

Move-out Date: 10-01

Please state the mailing address and physical location for the trailer or mobile home unit:

**605 Kinler St.**

**Luling La 70070**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _home was repaired_

Please state the approximate square footage of the FEMA housing unit: _I don't know_

Please state the approximate length and width of the FEMA housing unit: _I don't know_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _10-12_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _on blocks_

Is/was the FEMA housing unit hooked up to a sewer line? _yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _no_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _N/A   I was visiting consintly_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_visiting_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state when the test was performed and who prepared this testing: _____
_N/A_

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _____
_N/A_

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _NO_

If "Yes," please state the date and reason for repair, service or maintenance: _____
_N/A_

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Kanisha Woods** <br> **Print Your Name** | 10-24-08 <br> **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Woods, Shada | ) ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No _____

If yes, which kind of cancer?   _____
_____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Woods, Shada - WGC#202622

Manufacturer: <u>Gulf Stream</u>

VIN: <u>1NL1GTR2061071451/1056866 BC</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>09/29/2005</u>

Move-out Date: <u>05/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>8630 E. Alba Street</u>

City: <u>Bayou La Batre</u>          State: <u>AL</u>     Zip: <u>36301</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>My home was almost complete . Repair and they came and pick the trail up after they see how much repair works</u>
<u>had been done on my house.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 X 30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>12 hours.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>5 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>5 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

_____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Linda Banks_
_Shada Woods_
as next friend of Shada woods, minor

**Signature of Plaintiff**

Linda Banks, as Next Friend of
Shada Woods, a minor

**Print Your Name**

10/7/08

**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Young, John | ) | |
| | ) | |
| ——————————————— ) | | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

    Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

    If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

___bronchitis
✓ throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
      asthma
___allergies for the first time in your life
✓ worsening of allergies that you had previous to
      living in FEMA trailer
___burning sensation in chest
___pharyngitis
✓ sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition *irritation to eyes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |
| Condition *Burning of eyes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |
| Condition *tearing eyes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |
| Condition *irritation to nasal membrane* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |
| Condition *itching skin* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Young, John - WLF#213836

Manufacturer: _Cavelier_

VIN: _INLIGTR2061066387_

Bar Code Number: _1106931_

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel Trailer_

Move-in Date: **9/22/2005**

Move-out Date: **4/24/2007**

Please state the mailing address and physical location for the trailer or mobile home unit:

**5501 Lancaster Lane**

**Pass Christian MS 39571**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _bought a house_

Please state the approximate square footage of the FEMA housing unit: _240_

Please state the approximate length and width of the FEMA housing unit: _~~8D~~ 8 X 30_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_

Is/was the FEMA housing unit hooked up to a sewer line? _yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _no_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _5_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _no_

If "Yes," where did you temporarily live? _____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _No_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_

If "Yes," please state the date and reason for repair, service or maintenance: _repaired drain on tub_

Young, John - WLF#213836

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _John H Young_ | **John Young** | _10-8-08_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Young, Charles | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

___bronchitis
✓ throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
     living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition *irritation to eyes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition *burning of eyes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition *tearing of eyes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition *irritation to nasal membranes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition *burning of nasal membranes* | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

**TRAILER 1**                                                    Young, Charles – WLF#213834
Manufacturer: Cavalier
VIN: INL I GTR 206( 066 38 7
Bar Code Number: 116 6931
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel trailer
Move-in Date: **09/22/2005**
Move-out Date: ~~4/24/2007~~ 6/30/2006
Please state the mailing address and physical location for the trailer or mobile home unit:
**5501 Lancaster Lane**
**Pass Christian MS 39571**

Was the FEMA trailer or mobile home located in a trailer park or on private property? private property
State the reason you stopped living in the FEMA trailer or mobile home: My home was made
habitable again.

Please state the approximate square footage of the FEMA housing unit: 240
Please state the approximate length and width of the FEMA housing unit: 30 X 8
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 9
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? yes
Is/was the FEMA housing unit hooked up to a sewer line? yes
Is/was the FEMA housing unit hooked up to an electrical line? yes
Is/was the FEMA housing unit hooked up to a natural gas line? no
Is/was propane gas used in the FEMA housing unit? yes
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? 2
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
Yes
If "Yes," where did you temporarily live? Destin, FL

For what period of time did you temporarily live in another location? 4 days per month
Have any air quality tests ever been performed on your FEMA trailer or mobile home? no
If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? no
If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? yes
If "Yes," please state the date and reason for repair, service or maintenance: Drain in tub was
repaired.

Young, Charles - WLF#213834

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Charles Young | 10-8-08 |
| --- | --- | --- |
| | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Young, Jr., Charles | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF FACT SHEET

I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
     asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
     living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer;  If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition _irritation to eyes_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition _burning of eyes_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition _tearing of eyes_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition _irritation of nasal membranes_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

| Condition _burning of nasal membranes_ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
|---|---|---|
| Diagnosing Physician _____ | | Condition Worsened By Trailer? ✓ |
| Address of Physician _____ | | |

**TRAILER 1**                                    Young, Jr., Charles - WLF#213835

Manufacturer: _Cavelier_

VIN: _INLIGTR 2061066387_

Bar Code Number: _1106931_

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _Travel Trailer_

Move-in Date: 9/2005

Move-out Date: ~~4/24/2007~~ _6/70/2006_

Please state the mailing address and physical location for the trailer or mobile home unit:

**5501 Lancaster Lane**

**Pass Christian MS 39571**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_

State the reason you stopped living in the FEMA trailer or mobile home: _moved back home_

Please state the approximate square footage of the FEMA housing unit: _240_

Please state the approximate length and width of the FEMA housing unit: _8 × 30_

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12_

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_

Is/was the FEMA housing unit hooked up to a sewer line? _yes_

Is/was the FEMA housing unit hooked up to an electrical line? _yes_

Is/was the FEMA housing unit hooked up to a natural gas line? _no_

Is/was propane gas used in the FEMA housing unit? _yes_

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _5_

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _yes_

If "Yes," where did you temporarily live? _Destin, FL._

For what period of time did you temporarily live in another location? _4 days per month_

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _no_

If "Yes," please state when the test was performed and who prepared this testing: _____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _no_

If "Yes," please state the date and reason for fumigation: _____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _yes_

If "Yes," please state the date and reason for repair, service or maintenance: _repair to drain in Tub_

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          **John Young, as Next Friend of**          _10 -08 08_
**Signature of Plaintiff**                            **Charles Young, a minor**                       **Date**
                                                            **Print Your Name**

210676

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————————— | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Young, Kenneth** | ) ) ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Young, Kenneth - WLF#210676

| | |
|---|---|
| ___bronchitis | ___allergic contact dermatitis |
| ✓ throat irritation | ___dizziness |
| ✓ hoarseness | ___unconsciousness |
| ✓ laryngitis | ___convulsions or seizures |
| ___pneumonia | ___blood in urine |
| ___upper respiratory tract infections | ___abnormal liver enzymes |
| ___pulmonary edema | ___nephritis (inflammation of kidneys) |
| ___asthma attacks for the first time in your life | ___low blood pressure |
| ___asthma attacks that are recurrence of childhood | ___hypothermia (low body temperature) |
|      asthma | ___miscarriage or stillbirth |
| ✓ allergics for the first time in your life | ___abnormal laboratory tests on blood |
| ___worsening of allergies that you had previous to | ___abnormal laboratory tests on urine |
|      living in FEMA trailer | ___irregular heartbeat |
| ___burning sensation in chest | ___emphasema |
| ___pharyngitis | ___RADS: reactive airway dysfunction |
| ✓ sinus infection / sinusitis | ___cancer; If yes, what type _____ |

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.

_____

_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition __ALL__ | Date of Diagnosis _____ | Suffered Prior To Trailer? **NO** |
| Diagnosing Physician __none__ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |
| Condition _____ | Date of Diagnosis _____ | Suffered Prior To Trailer? _____ |
| Diagnosing Physician _____ | | Condition Worsened By Trailer? _____ |
| Address of Physician _____ | | |

*(handwritten note in right margin: exception becuase throat irritation etc. accessing throughout childhood and life)*

**TRAILER 1**                                              Young, Kenneth - WLF#210676
Manufacturer:
VIN:
Bar Code Number:
Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _travel trailer_
Move-in Date: **3/206**
Move-out Date: **5/2007**
Please state the mailing address and physical location for the trailer or mobile home unit:
**4630 Allemand Street**
**Moss Point MS 39563**

Was the FEMA trailer or mobile home located in a trailer park or on private property? _private property_
State the reason you stopped living in the FEMA trailer or mobile home: _had a room and bathroom_
_habitable in my house; moved in house to get away from fumes – wasn't_
_in to cook the last month._
Please state the approximate square footage of the FEMA housing unit: _224_
Please state the approximate length and width of the FEMA housing unit: _8-28_
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _12_
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _yes_
Is/was the FEMA housing unit hooked up to a sewer line? _yes_
Is/was the FEMA housing unit hooked up to an electrical line? _yes_
Is/was the FEMA housing unit hooked up to a natural gas line? _no_
Is/was propane gas used in the FEMA housing unit? _yes_
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? _5_
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_no_
If "Yes," where did you temporarily live? _n\A_

For what period of time did you temporarily live in another location? _n\A_
Have any air quality tests ever been performed on your FEMA trailer or mobile home? _NO_
If "Yes," please state when the test was performed and who prepared this testing: _N\A_

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _NO_
If "Yes," please state the date and reason for fumigation: _N\A_

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _NO_
If "Yes," please state the date and reason for repair, service or maintenance: _Except winterization_

# CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Kenneth Young_ (signature) | **Kenneth Young** | _10-20-08_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

J10698

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Zimmerman, Leigha | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 24, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate **Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

___bronchitis
___throat irritation
___hoarseness
___laryngitis
___pneumonia
___upper respiratory tract infections
___pulmonary edema
___asthma attacks for the first time in your life
___asthma attacks that are recurrence of childhood
      asthma
___allergies for the first time in your life
___worsening of allergies that you had previous to
      living in FEMA trailer
___burning sensation in chest
___pharyngitis
___sinus infection / sinusitis

___allergic contact dermatitis
___dizziness
___unconsciousness
___convulsions or seizures
___blood in urine
___abnormal liver enzymes
___nephritis (inflammation of kidneys)
___low blood pressure
___hypothermia (low body temperature)
___miscarriage or stillbirth
___abnormal laboratory tests on blood
___abnormal laboratory tests on urine
___irregular heartbeat
___emphasema
___RADS: reactive airway dysfunction
___cancer; If yes, what type _____

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer
(not listed above) and any conditions for which you have been diagnosed by a physician.

_____
_____

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for
each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition | Diarrhea | Date of Diagnosis | Very Often | Suffered Prior To Trailer? _____ |
|---|---|---|---|---|
| Diagnosing Physician | Bruni Pediatric | | | Condition Worsened By Trailer? _____ |
| Address of Physician | 9454 A Three Rivers Rd Gulfport | | | |

| Condition | Wheezing | Date of Diagnosis | Very Often | Suffered Prior To Trailer? _____ |
|---|---|---|---|---|
| Diagnosing Physician | Bruni Pediatric | | | Condition Worsened By Trailer? _____ |
| Address of Physician | 9454 A three Rivers Rd Gulfport | | | |

| Condition | Persistent Cough | Date of Diagnosis | Very Often | Suffered Prior To Trailer? _____ |
|---|---|---|---|---|
| Diagnosing Physician | Bruni Pediatric | | | Condition Worsened By Trailer? _____ |
| Address of Physician | 9454 A three Rivers Rd Gulfport | | | |

| Condition | Skin breakouts | Date of Diagnosis | Very Often | Suffered Prior To Trailer? _____ |
|---|---|---|---|---|
| Diagnosing Physician | Dr. Grant | | | Condition Worsened By Trailer? _____ |
| Address of Physician | PO Box 555 Biloxi MS 39533-0555 | | | |

| Condition | Diarrhea | Date of Diagnosis | Very Often | Suffered Prior To Trailer? _____ |
|---|---|---|---|---|
| Diagnosing Physician | Dr. Grant | | | Condition Worsened By Trailer? _____ |
| Address of Physician | | | | |

**TRAILER 1**
Manufacturer: **Gulf Stream**                                         Zimmerman, Leigha - WLF#210698
VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? **Yes**
Move-in Date: **2005**
Move-out Date: **2006**
Please state the mailing address and physical location for the trailer or mobile home unit:
**814 Jackson Blvd**
**Bay St. Louis MS 39520**

Was the FEMA trailer or mobile home located in a trailer park or on private property? private property
State the reason you stopped living in the FEMA trailer or mobile home: the house was done

Please state the approximate square footage of the FEMA housing unit: small wagon pain no aldeat
Please state the approximate length and width of the FEMA housing unit: \
What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 15 hours
Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes
Is/was the FEMA housing unit hooked up to a sewer line? Yes
Is/was the FEMA housing unit hooked up to an electrical line? Yes pole
Is/was the FEMA housing unit hooked up to a natural gas line? NO
Is/was propane gas used in the FEMA housing unit? Yes
How many days per week did you work outside of the home during the time you lived in the FEMA trailer or
mobile home? None ½ the year the 3 days a week the other ½
Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
NO
If "Yes," where did you temporarily live? NO

For what period of time did you temporarily live in another location? none
Have any air quality tests ever been performed on your FEMA trailer or mobile home? NO
If "Yes," please state when the test was performed and who prepared this testing: none

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? NO
If "Yes," please state the date and reason for fumigation: none

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes one
If "Yes," please state the date and reason for repair, service or maintenance: accord

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Ashley as next friend of Leigha a minor_ | **Ashley Zimmerman, as Next Friend of Leigha Zimmerman, a minor** | |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: **Zirlott, Russell** | ) ) | |
| _____ | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A** separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   No

Zirlott, Russell - WGC#202649

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: Gulf Stream

VIN: 1NL1GTR2961035011

Bar Code Number: 1109842

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 1/1/2006

Move-out Date: 10/01/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 4820 A, Highway 188

City: Coden     State: AL     Zip: 36523

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Health.

Please state the approximate square footage of the FEMA housing unit: 264'

Please state the approximate length and width of the FEMA housing unit: 33' x 8'

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 2 time week outside

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes

If "Yes," where did you temporarily live?

With Parents

For what period of time did you temporarily live in another location? 2 time week outside of the home.

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Zirlott, Russell - WLF#202649

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Russell E Zirlott* | **Russell Zirlott** | *10/14/2008* |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |