# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO WITHDRAW
## MOTIONS TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFFS

Defendants Jayco, Inc., Jayco Enterprises, Inc. and Starcraft RV, Inc. respectfully move the

Court to withdraw the below-listed Motions to Dismiss the Duplicative Claims of Plaintiffs:

| REC DOC NO: | PLAINTIFF | DEFENDANT | CAUSE NO. / LAWSUIT |
|---|---|---|---|
| 25158 | Barry Rando | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25159 | Bianca Powe | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25160 | Camron Yarborough | Jayco, Inc. | No. 10-3435; Arthur Buckhaton et al. v. Jayco |
| 25161 | Christine Kallsten | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25162 | Lionel Lee | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25163 | Mark Fairley | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25164 | Mary Yarborough | Jayco, Inc. | No. 10-3435; Arthur Buckhaton et al. v. Jayco |
| 25165 | Reginald Fountain | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25166 | Ruby Wallace | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25167 | Ruth Trehern | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25168 | Samantha Elliot | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25169 | Sierra Lachney | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25170 | Tatyana Washington | Jayco, Inc. | No. 09-8407; Jamel Adams et al. v. Jayco |
| 25182 | Tina Lachney | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |

| REC DOC NO: | PLAINTIFF | DEFENDANT | CAUSE NO. / LAWSUIT |
|---|---|---|---|
| 25183 | Tracey Davidson | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25184 | Yolanda Lewis | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25185 | Zachery Lachney | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |

Accordingly, Defendants respectfully move the Court to grant their Motion for Withdrawal of their Motions to Dismiss.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

**Attorneys for Jayco Enterprises, Inc.,
Jayco, Inc. and Starcraft RV, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 23rd day of April, 2012.

      s/*Thomas L. Cougill*
      THOMAS L. COUGIL

2