## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| REC. DOC. 25063 | * | |
| *Abney, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 12-112 | * | |
| Plaintiff: Bernadita Abney | * | |

*****************************************************************************

### ORDER

Considering the foregoing Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25063);

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25063) is **GRANTED** as to **BERNADITA ABNEY** only.

New Orleans, Louisiana this 23rd day of April, 2012.

United States District Judge

**MOOT**

00344320-1