UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *       MDL NO. 1873
        FORMALDEHYDE PRODUCTS   *
        LIABILITY LITIGATION    *       SECTION "N-5"
                                *
                                *       JUDGE ENGELHARDT
                                *       MAG. JUDGE CHASEZ
*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Motions to Dismiss Duplicative Plaintiffs filed by Jayco, Inc., Jayco Enterprises, Inc. and/or Starcraft RV, Inc.;

**IT IS ORDERED** that the following Motions to Dismiss Duplicative Plaintiffs are **WITHDRAWN:**

| REC DOC NO: | PLAINTIFF | DEFENDANT | CAUSE NO. / LAWSUIT |
|---|---|---|---|
| 25158 | Barry Rando | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25159 | Bianca Powe | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25160 | Camron Yarborough | Jayco, Inc. | No. 10-3435; Arthur Buckhaton et al. v. Jayco |
| 25161 | Christine Kallsten | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25162 | Lionel Lee | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25163 | Mark Fairley | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25164 | Mary Yarborough | Jayco, Inc. | No. 10-3435; Arthur Buckhaton et al. v. Jayco |
| 25165 | Reginald Fountain | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25166 | Ruby Wallace | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25167 | Ruth Trehern | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25168 | Samantha Elliot | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25169 | Sierra Lachney | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |
| 25170 | Tatyana Washington | Jayco, Inc. | No. 09-8407; Jamel Adams et al. v. Jayco |
| 25182 | Tina Lachney | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |

1

| REC DOC NO: | PLAINTIFF | DEFENDANT | CAUSE NO. / LAWSUIT |
|---|---|---|---|
| 25183 | Tracey Davidson | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25184 | Yolanda Lewis | Jayco Enterprises, Inc. | No. 12-0229; Sandra Bridges et al. v. Jayco |
| 25185 | Zachery Lachney | Starcraft RV, Inc. | No. 12-0224; Tina Lachney et al. v. Starcraft |

New Orleans, Louisiana, this __23rd__ day of _____April_____, 2012.

_____
UNITED STATES DISTRICT JUDGE