UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced in Motions Listed Herein

## **O R D E R**

Considering the following motions for extensions of time filed by plaintiffs:  Rec Docs. 25335, 25336, 25337, 25338, 25339, 25340, 25341, 25342, 25343, 25344, 25345, 25346, 25347, 25348, 25349, 25351, 25352, 25353, 25354, 25356, 25357, 25359, 25361, and 25362;

**IT IS ORDERED** that the motions are **GRANTED**, and the submission dates for the following motions are hereby continued to May 16, 2012, without oral argument:  Rec. Docs. 25130, 25131, 25132, 25135, 25141, 25146, 25154, 25174, 25228, 25229, 25230, 25232, 25233, 25234, 25235, 25236, 25237, 25238, 25239, 25240, 25241, 25243, 25244, and 25245.

Opposition memoranda shall be due in accordance with the Local Rules.

New Orleans, Louisiana, this 23rd day of April, 2012.

                                              **KURT D. ENGELHARDT**
                                              **UNITED STATES DISTRICT JUDGE**