IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA Trailer Product ) <br> Liability Litigation ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. MDL No. 1873 <br><br> Judge Engelhardt <br> Mag. Judge Chasez |

## THE RECREATION VEHICLE INDUSTRY ASSOCIATION'S MOTION TO QUASH SUBPOENA

COMES NOW, the Recreation Vehicle Industry Association (RVIA), by and through its undersigned attorneys, pursuant to Federal Civil Procedure Rule 45(c), and hereby moves the Court to quash the subpoena previously served on it on behalf of Plaintiffs. The motion is made on the grounds that the subpoena has not been issued by the correct district court, and is therefore improper and defective.

WHEREFORE, for all these reasons and the reasons set forth in detail in the attached Memorandum in Support, RVIA respectfully requests that the Court grant this Motion and quash the subpoena. RVIA additionally requests all such further legal and equitable relief to which it may be entitled.

Dated: April 20, 2012

Respectfully submitted,

SNR DENTON US LLP

_____
Laura L. Gavioli
Louisiana State Bar No. 29206
650 Poydras Street, Suite 2850
New Orleans, LA 70130
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
laura.gavioli@snrdenton.com
Tel: (214) 259-0961
Fax: (214) 259-0910

- 2 -

                                      Kenneth J. Pfaehler
District of Columbia Bar No. 461718
Justin M. Guilder
District of Columbia Bar No. 979208
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
kenneth.pfaehler@snrdenton.com
justin.guilder@snrdenton.com
Tel: (202) 408-9169
Fax: (202) 408-6399
*Counsel for Recreation Vehicle Industry Association (RVIA)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I served the foregoing pleading upon Liaison Counsel for Plaintiffs and Defendant by overnight delivery at the following addresses:

Gerald Edward Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
Entergy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163-2800

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center
3838 North Causeway Blvd., Ste. 2900
Metairie, LA 70002

Michael David Kurtz
Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170

Thomas W. Thagard, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

/s/ Laura L. Gavioli
Laura L. Gavioli

2550220\V-1