IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA Trailer Product ) <br> Liability Litigation ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. MDL No. 1873 <br><br> Judge Engelhardt <br> Mag. Judge Chasez |

## [PROPOSED] ORDER

Considering the Recreation Vehicle Industry Association's Motion to Quash, and after considering the evidence introduced and the arguments of counsel, the court, being fully advised, finds that the subpoena is improper and defective, and

**IT IS ORDERED** that the subpoena dated March 30, 2012, and served on Recreation Vehicle Industry Association on April 9, 2012 be, and it is, quashed.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
United States District Judge

25502392\V-1