IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA Trailer Product Liability Litigation ) ) ) ) ) ) | Civil Action No. MDL No. 1873<br><br>Judge Engelhardt<br>Mag. Judge Chasez |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the hearing on the Recreation Vehicle Industry Association's Motion to Quash Subpoena and Memorandum in Support of the Recreation Vehicle Industry Association's Motion to Quash Subpoena will come for hearing before the United States Magistrate Judge Chasez, in the United States District Court for the Eastern District of Louisiana on May 9, 2012 at 11:00 a.m.

Dated: April 20, 2012

Respectfully submitted,

SNR DENTON US LLP

/s/ Laura L. Gavioli
Laura L. Gavioli
Louisiana State Bar No. 29206
650 Poydras Street, Suite 2850
New Orleans, LA 70130
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
laura.gavioli@snrdenton.com
Tel: (214) 259-0961
Fax: (214) 259-0910

Kenneth J. Pfaehler
District of Columbia Bar No. 461718
Justin M. Guilder
District of Columbia Bar No. 979208
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
kenneth.pfaehler@snrdenton.com

justin.guilder@snrdenton.com
Tel: (202) 408-9169
Fax: (202) 408-6399
*Counsel for Recreation Vehicle Industry Association (RVIA)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I served the foregoing pleading upon Liaison Counsel for Plaintiffs and Defendant by overnight delivery at the following addresses:

Gerald Edward Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
Entergy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163-2800

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center
3838 North Causeway Blvd., Ste. 2900
Metairie, LA 70002

Michael David Kurtz
Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170

Thomas W. Thagard, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

/s/ Laura L. Gavioli
Laura L. Gavioli

25502204\V-1

- 2 -