UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br>SECTION "N" (5) |
| 09-4752 *Dwayne Russell, et. al. vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc., et. al.;* | * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| 10-2271 *Fernando Juarez, et. al. vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.), et. al.* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**CMH MANUFACTURING, INC.'S
MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO SEVER CLAIMS AND IN THE ALTERNATIVE
TO TRANSFER OR REMAND (Rec. Doc. 25299)**

**MAY IT PLEASE THE COURT:**

CMH Manufacturing, Inc. files this Memorandum in Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand (Rec. Doc. 25299) and requests that with respect to the matter of *Fernando Juarez, et. al. vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.), et. al.*, Docket No. 10-2271, the motion be denied as moot.

Docket No. 10-2271 has been entirely dismissed, but due to an oversight, the Docket Report of that matter does not reflect complete dismissal. The only remaining defendant appearing on the Clerk's Docket Report is CMH Manufacturing, Inc. *See* Docket Report for Docket No. 10-2271. However, CMH Manufacturing, Inc., was dismissed pursuant to this Court's Final Judgment, Order and Reasons, approving the manufactured housing class settlement. *See* Rec. Doc. 23565 ("Defendants" is defined

in footnote 1, and the first named defendant is CMH Manufacturing, Inc.).  After this Judgment became final, the PSC and Manufactured Housing Defendants jointly filed a motion to substitute the list of all cases in the MDL from which the settling manufactured housing defendants were dismissed.  *See* Rec. Doc. 23972.  Exhibit 1 to the motion (Rec. Doc. 23972-3) identified Clayton Homes (a distant parent holding company of CMH Manufacturing, Inc.) as a defendant to be dismissed from Docket No. 10-2271, but inadvertently failed to identify CMH Manufacturing, Inc., which was also named as a defendant.  Notwithstanding this inadvertent omission, CMH Manufacturing, Inc. has been dismissed from all actions in this MDL by the Judgment approving the manufactured housing class settlement, and the judgment is final.

As a result, and because there are no other defendants named in Docket No. 10-2271, that matter is completely and entirely dismissed, and plaintiffs' motion to sever should be denied as moot.

                                                Respectfully submitted,

                                                */s/ Thomas W. Thagard III*
                                                Thomas W. Thagard III
                                                Edward A. "Ted" Hosp
                                                Edward S. Sledge IV
                                                MAYNARD, COOPER & GALE, P.C.
                                                2400 AmSouth/Harbert Plaza
                                                1901 Sixth Avenue North
                                                Birmingham, Alabama  35203-2616
                                                TELEPHONE:  (205) 254-1000
                                                FAX:  (205) 254-1999

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO SEVER CLAIMS AND IN THE ALTERNATIVE TO TRANSFER OR REMAND (Rec. Doc. 25299) has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 23rd day of April, 2012.

*/S/ Thomas W. Thagard III*
Thomas W. Thagard III