UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Ambo, et al v. Gulf Stream Coach, Inc., et al* | * | |
| C.A. No. 10-0433 | * | |
| All Plaintiffs | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFFS' NOTICE OF PARTIAL
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), all Plaintiffs hereby give notice of their dismissal of all claims made in this lawsuit against Defendant Morgan Building & Spas, Inc., without prejudice.  This does not affect any of the claims made by Plaintiffs in any other complaints in this MDL or with respect to any other Defendant in this lawsuit.

    Respectfully submitted:

    By: */s/ Peter K. Taaffe*
        Anthony G. Buzbee
        Texas Bar No. 24001820
        Peter K. Taaffe
        Texas Bar No. 24003029
        THE BUZBEE LAW FIRM
        600 Travis, Suite 7300
        Houston, Texas 77002
        Tel.:  (713) 223-5393
        Fax:  (713) 223-5909

        JOHN MUNOZ (#9830)
        GARNER & MUNOZ
        1010 Common Street, Suite 3000
        New Orleans, LA 70112-2411
        Tel: (504) 581-7070
        Fax: (504) 581-7083

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ Peter K. Taaffe*
                                            Peter K. Taaffe