# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR

ONE SHELL SQUARE

701 POYDRAS STREET

**NEW ORLEANS, LOUISIANA 70139-4800**

TELEPHONE (504) 561-0400

FACSIMILE (504) 561-1011

WWW.GLLLAW.COM

————

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

————

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 4, 2011

Mr. Edward Gibson
Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520

> **RE:    FEMA Trailer Formaldehyde Product Liability Litigation**
> **MDL No.: 1873, Sec. N(4)**
> **Our File No.: 0200-24-7**

Dear Counsel:

Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by June 3, 2011. Please contact us if you have any questions or concerns.

**Foster, Curley L.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN

**Peterson, Doris:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A)
  - Medical Records

**Peterson, Lawrence:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A, D)
  - Medical Records
  - Medical Bills



EXHIBIT
B

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Hawkins, Stracener & Gibson, PLLC
May 4, 2011
Page 2 of 2

Sincerely,

Carson W. Strickland

CWS/kbd

cc:     Andrew Weinstock, Esq.
        Justin Woods, Esq.
        Dave Kurtz, Esq.

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. MCALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACISIMILE (504) 561-1011
WWW.GLLLAW.COM

#### HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
    ALISTAIR M. WARD
    CONNIE L. HAWKINS[4]
    CHARLOTTE A. FIELDS[4]
    J. MICHAEL DIGIGLIA[6]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[5]ONLY ADMITTED IN TEXAS
[6]ALSO ADMITTED IN WASHINGTON
[7]ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Edward Gibson
Hawkins, Stracener & Gibson
153 Main Street
Bay St. Louis, MS 39520

> Re:  FEMA Trailer Formaldehyde Product Liability Litigation
> MDL No.: 1873, Sec. N(4)
> Our File No.: 0200-24-7
> Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies are specified by client.

We understand that you may have received deficiency letters from our firm in the last month or two regarding some of these same clients; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any deficiency response that you made to deficiency letters that you previously received from our firm shall NOT serve as a response to this deficiency letter.

If you feel that you may have previously submitted a PFS for a specific client that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS, and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

Badon, Stacey
Bird, Judy B.
Bufkin, Willie Lee
Cook, Cassidy
Cook, Jr., Ralph
Cook, Tina
Crawford, Sr., Keith
Ervin, Tony
Evans, Keri
Evans, Verlillian
Green, Anthony Craig
Hammons, Brayton Hunter
Harris, Tynilius
Henry, Sallie
Johnson, Darren
Ladner, Dylan
Mills, William
Peterson, Doris
Pettigrew, Nicole Lynn
Prestenbach, Jr., Chester
Robey, Cephus
Rogers, Susan Rowe
Smith, Dyran
Thompson, Robyn D.
Walker, Arquessia
Walker, Naja Nevaeh

Barnett, David Lee
Bond, Jr., Henry Lee
Coleman, Robert Lee
Cook, Jr., Chester
Cook, Theophilus Gabriel
Crawford, Erin
Davis, Henry
Estro, Sr., Chad A.
Evans, Louis
Foster, Curley L.
Green, Liza Wilson
Hammons, Sydney
Henry, Johniel Lee
Jasper, Savion J.
Johnson, Rachel
Lindsey, Tammy R.
Moore, Shane Michael
Peterson, Lawrence
Potts, Jr., Charles E.
Ramage, Cathy J.
Robinson, Dean
Rogers, Troy E.
Smith, Sr., Arthur D.
Toomey, Gertrude
Walker, Kennyetta

## Hawkins, Stracener & Gibson

### Badon, Stacey

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

### Barnett, David Lee

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

### Bird, Judy B.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Future Medical Claim (PFS Sec. III. C. 2)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

### Bond, Jr., Henry Lee

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Psychological Treatment (PFS Sec. III.C.8)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

### Bufkin, Willie Lee

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

## Hawkins, Stracener & Gibson
### Coleman, Robert Lee

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

### Cook, Cassidy

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Cook, Jr., Chester

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Cook, Jr., Ralph

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Cook, Theophilus Gabriel

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

### Cook, Tina

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Crawford, Erin

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

# Hawkins, Stracener & Gibson

## Crawford, Sr., Keith

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

## Davis, Henry

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Ervin, Tony

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Estro, Sr., Chad A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Evans, Keri

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Evans, Louis

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# Hawkins, Stracener & Gibson

## Evans, Verlillian

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Foster, Curley L.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Green, Anthony Craig

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Green, Liza Wilson

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Hammons, Brayton Hunter

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Hammons, Sydney

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

# Hawkins, Stracener & Gibson

## Harris, Tynilius

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Henry, Johniel Lee

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Henry, Sallie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Jasper, Savion J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Johnson, Darren

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Johnson, Rachel

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

# Hawkins, Stracener & Gibson

## Ladner, Dylan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Lindsey, Tammy R.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency.

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Mills, William

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Moore, Shane Michael

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Peterson, Doris

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Peterson, Lawrence

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Pettigrew, Nicole Lynn

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

8

# Hawkins, Stracener & Gibson

## Potts, Jr., Charles E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Prestenbach, Jr., Chester

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Ramage, Cathy J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Robey, Cephus

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Robinson, Dean

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Rogers, Susan Rowe

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

9

## Hawkins, Stracener & Gibson

### Rogers, Troy E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Smith, Dyran

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Smith, Sr., Arthur D.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Psychological Treatment  (PFS Sec. III.C.8)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Thompson, Robyn D.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Toomey, Gertrude

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

### Walker, Arquessia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Hawkins, Stracener & Gibson

### Walker, Kennyetta

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Walker, Naja Nevaeh

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Edward Gibson
June 29, 2011

If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

J. Mike DiGiglia

JMD/maa/kbd

cc:  Andrew Weinstock, Esq.
Justin Woods, Esq.
Dave Kurtz, Esq.
Henry T. Miller

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.'·<sup>#</sup>
KENNETH H. LABORDE'·<sup>#</sup>
LAMBERT M. LAPEROUSE'
ROBERT I. SIEGEL'·<sup>#</sup>
ANDREW A. BRAUN'·<sup>#</sup>
LEO R. MCALOON III'·<sup>#</sup>
JOHN E. W. BAAY II'·<sup>#,3</sup>
ANDREW M. ADAMS'·<sup>#</sup>
MARGARET L. SUNKEL'
DANIEL G. RAUH'
RACHEL G. WEBRE'
BRENDAN P. DOHERTY'·<sup>#</sup>

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER<sup>#</sup>
MICHAEL D. CANGELOSI
TARA E. CLEMENT<sup>#</sup>
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE<sup>#</sup>
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
**NEW ORLEANS, LOUISIANA 70139-4800**
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

**HOUSTON OFFICE:**

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON<sup>#</sup>
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE<sup>#</sup>
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS<sup>4</sup>
CHARLOTTE A. FIELDS<sup>4</sup>
J. MICHAEL DIGIGLIA<sup>4</sup>

'LAW CORPORATION
<sup>#</sup>ALSO ADMITTED IN TEXAS
<sup>3</sup>ALSO ADMITTED IN MISSISSIPPI
<sup>4</sup>ALSO ADMITTED IN FLORIDA
<sup>6</sup>ONLY ADMITTED IN TEXAS
<sup>#</sup>ALSO ADMITTED IN WASHINGTON
<sup>#</sup>ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Justin Woods
Gainsburgh, Benjamin, David, Meunier & Washauer, LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163

Re: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No.: 1873, Sec. N(4)
Our File No.: 0200-24-7
Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

Below please find a list of plaintiffs that have deficiencies associated with Plaintiff Fact Sheets (PFS) for Forest River, Inc. and/or Vanguard, LLC for which no handling attorney or firm has been listed on the PFS. We ask that you notify the appropriate counsel and have them provide us with the requested information within the time frames specified in PTOs 2, 32, and 88. Following the below list of plaintiffs, each of the specific PTO deficiencies have been specified by plaintiff.

We understand that you or the appropriate counsel may have received deficiency letters from our firm in the last month or two regarding some of these same plaintiffs; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any responses that were made on behalf of these plaintiffs by you or the appropriate counsel to previous deficiency letters received from our firm shall NOT serve as a response to this deficiency letter.

If you or the appropriate counsel feel that a PFS has been submitted for one or more of these plaintiffs that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

Allen, Danny Gene
Banks, Kerrione
Battie, Helen Hutchinson
Bentel, IV, Henry
Blackman, Dafinest
Blackmon, Barbara
Bogan-Reynolds, Jeremy A.
Boyce, Gene
Brooks, Bradford C.
Carver, Sylvian
Dedeaux, Gretchen
Faye, Rebecca
Gebbia, Constance B.
Gonzales, Grace A.
Hairston, Brandon
Johannsen, Hans Christian
Jones, Joseph
Kelly, Jessie L.
Lindsey, Ashley Brendin
Lindsey, Kyle Donovan
Madden, Keajzuan
Mccarty, Keelan
Murphy, Jr., Howard E.
Norwood, Larry D.
Parker, Sanija
Potts, Carter
Potts, Christopher
Prestenbach, Michael
Reynolds, Mary
Small, Darron R.
Washington, Linda H.
Young, Erica

Ball, John
Bartie, Ruth Marie
Bell, Sr., Shannon D.
Bird, Jimmy
Blackman-Thompson, Cornelius R.
Blanchard, Selina Neal
Bogan-Reynolds, Jolissia
Breland, Willie Singleton
Brunette, Alexis
Cook, Sr., Ralph
Easterling, Lydia L.
Fennell, Onuille
Gebbia, Gracie Lynn
Hairston, Alliah
Howard, Tommy
Jones, Brownie
Jones, Linda
Ladner, Lisa
Lindsey, Connor Jordan
Madden, Daejzuan
May, Corina
Mills, Marion
Norwood, Lakyia
Norwood, Symya
Patterson, Hewett Stewart
Potts, Cendirella
Prestenbach, Dalane
Reeves, Randy
Riley, Nikkie
Thompson, Brian E.
Weaver, Joel A.

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Allen, Danny Gene

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

    Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

    Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

## Ball, John

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

    Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Banks, Kerrione

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Manufacturer  (PFS Sec. V.A.1)

    FEMA I.D. #  (PFS Sec. V.A.3)

    Bar Code  (PFS Sec. V.A.4)

    Names of All Trailer Residents  (PFS Sec. V.E)

    Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

    Future Medical Claim  (PFS Sec. III. C. 2)

    Psychological Treatment  (PFS Sec. III.C.8)

    Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

    Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

    Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

    Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

    Certification Signed by Plaintiff

## Bartie, Ruth Marie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Manufacturer  (PFS Sec. V.A.1)

    FEMA I.D. #  (PFS Sec. V.A.3)

    Bar Code  (PFS Sec. V.A.4)

    Names of All Trailer Residents  (PFS Sec. V.E)

    Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

    Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

    Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

    Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Battie, Helen Hutchinson

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Bell, Sr., Shannon D.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer (PFS Sec. V.A.1)

FEMA I.D. # (PFS Sec. V.A.3)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Bentel, IV, Henry

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Bird, Jimmy

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Future Medical Claim (PFS Sec. III. C. 2)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Blackman, Dafinest

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency.

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Blackman-Thompson, Corneliu

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Blackmon, Barbara

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Blanchard, Selina Neal

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Bogan-Reynolds, Jeremy A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC
## Bogan-Reynolds, Jolissia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Boyce, Gene

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Breland, Willie Singleton

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Brooks, Bradford C.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

6

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Brunette, Alexis

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Carver, Sylvian

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Cook, Sr., Ralph

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Dedeaux, Gretchen

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Easterling, Lydia L.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Faye, Rebecca

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

## Fennell, Onuille

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

## Gebbia, Constance B.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Gebbia, Gracie Lynn

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Gonzales, Grace A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

8

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Hairston, Alliah

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Hairston, Brandon

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Howard, Tommy

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Johannsen, Hans Christian

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Jones, Brownie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Jones, Joseph

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Jones, Linda

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Kelly, Jessie L.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Ladner, Lisa

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Lindsey, Ashley Brendin

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

10

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Lindsey, Connor Jordan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Lindsey, Kyle Donovan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Madden, Daejzuan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Madden, Keajzuan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## May, Corina

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Mccarty, Keelan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Mills, Marion

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Murphy, Jr., Howard E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Norwood, Lakyia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Norwood, Larry D.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Norwood, Symya

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Parker, Sanija

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC

## Patterson, Hewett Stewart

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Potts, Carter

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Potts, Cendirella

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Potts, Christopher

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Prestenbach, Dalane

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

13

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC
## Prestenbach, Michael

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer (PFS Sec. V.A.1)

FEMA I.D. # (PFS Sec. V.A.3)

Bar Code (PFS Sec. V.A.4)

Names of All Trailer Residents (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Future Medical Claim (PFS Sec. III. C. 2)

Psychological Treatment (PFS Sec. III.C.8)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)

Certification Signed by Plaintiff

## Reeves, Randy

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

## Reynolds, Mary

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Riley, Nikkie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer (PFS Sec. V.A.1)

Bar Code (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

# (Blank Atty) Gainsburgh, Benjamin, David, Meunier & Washauer, LLC
## Small, Darron R.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Thompson, Brian E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Washington, Linda H.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

## Weaver, Joel A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Young, Erica

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

15

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Justin Woods
June 29, 2011

      If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

J. Mike DiGiglia

JMD/maa/kbd

cc:    Andrew Weinstock, Esq.
       Justin Woods, Esq.
       Dave Kurtz, Esq.
       Henry T. Miller

16