UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos.  09-7555 and 10-1358 | * | |
| | * | |
| | * | MAG. JUDGE CHASEZ |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

**ORDER**

Considering the forgoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 38, 49, and 68;

IT IS ORDERED that Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 38, 49, and 68  is granted dismissing the claims of the following Plaintiffs:

- Curley L. Foster (Plaintiff in *Curol*, C.A. 09-7555)
- Tommy Allen (Plaintiff in *Gonzales*, C.A. 10-1358)
- Gene O. Boyce (Plaintiff in *Gonzales*, C.A. 10-1358)

NEW ORLEANS, Louisiana, this _____ day of _____, 2012.

_____

HONORABLE KURT D. ENGELHARDT