UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case No. 10-3624 | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the forgoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32;

IT IS ORDERED that Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 is granted dismissing the claims of the following Plaintiffs, and the accompanying case in its entirety:

- Ashley Mitchell (Plaintiff in *Ussin,* C.A. 10-3624)
- Coltney Mitchell (Plaintiff in *Ussin,* C.A. 10-3624)
- Derrick Mitchell (Plaintiff in *Ussin,* C.A. 10-3624)
- Louis Ussin (Plaintiff in *Ussin,* C.A. 10-3624)
- 

NEW ORLEANS, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT