UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Gautreaux et al. v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; **Docket No. 08-1094** | * | |

*************************************************************************

## CORPORATE DISCLOSURE STATEMENT OF GULF STREAM COACH, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 E, defendant, Gulf Stream Coach, Inc. ("Gulf Steam") hereby submits the following corporate disclosure statement:

1.

There is no publicly held corporation that owns ten percent or more of Gulf Stream's stock. To the extent that a "parent" corporation is defined to include any corporation that owns at least 50% of the stock, Gulf Stream further responds that Oakland Enterprises, Inc. meets that definition.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: 504-832-3700
Facsimile: 504-837-3119
andreww@duplass.com
jglass@duplass.com

00358497-1

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2012, a copy of the foregoing Corporate Disclosure Statement on behalf of Defendant, Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00358497-1