UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | : | MDL NO. 1873 |
| | : | SECTION "N" (5) |
| | : | JUDGE: ENGELHART |
| This Document Relates to: All Cases | : | MAGISTRATE: CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT, through undersigned counsel, comes Defendant, Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company, who moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

WHEREFORE, for the reasons set forth in the accompanying non-confidential memorandum in support, Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company respectfully requests that it be granted leave to file its Motion for Authority to Deposit Settlement Funds into the Registry of the Court under seal.

Respectfully submitted,

ALLEN & GOOCH

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.A. (#19959)
LORI D. BARKER (#31687)
3900 N. Causeway Boulevard, Suite 1450
Metairie, LA 70002
Telephone: 504-836-5260
Facsimile: 504-836-5265
Email: BrentMaggio@AllenGooch.com
         LoriBarker@AllenGooch.com

WILLIAM H. PARKER, III, T.A. (#10325)
2000 Kaliste Saloom Road, Suite 400 (70508)
Post Office Drawer 81129
Lafayette, LA. 70598-1129
Telephone: 337-291-1270
Facsimile: 337-291-1275
Email: WilliamParker@AllenGooch.com

*Attorneys for Sunline Acquisition Company, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading, contemporaneously with or before filing, has been served on all parties or their attorneys in the manner authorized by FRCP 5(b)(2) or via the Court's CM/ECF system, on this 24 day of April, 2012.

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.A. (#19959)