UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY  :  MDL NO. 1873

:  SECTION "N" (5)

:  JUDGE: ENGELHART

This Document Relates to:
All Cases  :  MAGISTRATE: CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

MAY IT PLEASE THE COURT:

**FACTS**

Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On March 29, 2012, the plaintiffs *via* the Plaintiffs Steering Committee, and Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company, through its counsel, entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1] In order to comply with the terms of the aforementioned MOU, Sunline Acquisition Company, Ltd d/b/a

---

[1] Courts have held that is a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al v Jim Hood, et al*, 2010 WL 3522445, citing *Pansy v Borough of Stroudsburg*, 23 F.3d 772, 788 (3rd Cir. 1994).

Sunline Coach Company requests that its Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

As part of the agreement reached between the parties, as reflected in the Memorandum of Understanding ("MOU"), the MOU provided that "the parties further understand that until all claimants have executed the release, or provided a court executed dismissal, no money is to be released to any claimant." Further, the MOU provided that "…prior to receiving any distribution all individual claimants included in this settlement, and their counsel, must agree to the final release and dismissal with prejudice of the referenced claims against Sunline, C&F Specialty and U.S. Fire."

## LAW AND ARGUMENT

Defendant adopts the legal argument and analysis set forth by Sun Valley, Inc. d/b/a Sun-Lite, Westchester Surplus Lines Insurance Company and Colony National Insurance Company in their Non-Confidential Memorandum In Support Of Unopposed Motion For Leave To File Under Seal Motion For Authority To Deposit Settlement Funds Into the Registry of the Court (Rec. Doc. 24926-1). That Motion was granted by this Court thereby giving those defendants leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court in the manner prescribed by Local Rule 5.6(E). (Rec. Doc. 25009)

## CONCLUSION

For the foregoing reasons, Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company respectfully requests it be granted leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully submitted,

ALLEN & GOOCH

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.A. (#19959)
LORI D. BARKER (#31687)
3900 N. Causeway Boulevard, Suite 1450
Metairie, LA 70002
Telephone: 504-836-5260
Facsimile: 504-836-5265
Email: BrentMaggio@AllenGooch.com
       LoriBarker@AllenGooch.com


WILLIAM H. PARKER, III, T.A. (#10325)
2000 Kaliste Saloom Road, Suite 400 (70508)
Post Office Drawer 81129
Lafayette, LA. 70598-1129
Telephone: 337-291-1270
Facsimile: 337-291-1275
Email: WilliamParker@AllenGooch.com

*Attorneys for Sunline Acquisition Company, Ltd.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading, contemporaneously with or before filing, has been served on all parties or their attorneys in the manner authorized by FRCP 5(b)(2) or via the Court's CM/ECF system, on this __24__ day of April, 2012.

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.A. (#19959)