UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | : | MDL NO. 1873 |
| | : | SECTION "N" (5) |
| | : | JUDGE: ENGELHART |
| This Document Relates to: All Cases | : | MAGISTRATE: CHASEZ |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## O R D E R

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

IT IS ORDERED that Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company is granted leave of Court to file Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court in the manner prescribed by Local Rule 5.6(E).

IT IS FURTHER ORDERED, in conformity with the language contained in the parties' MOU, that until all claimants have executed the release, or provided a court executed dismissal, no money is to be released to any claimant; and, that prior to receiving any distribution all individual claimants included in this settlement, and their counsel, must agree to the final release and dismissal with prejudice of the referenced claims against Sunline, C&F Specialty and U.S. Fire.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE