ERRATA SHEET

**Claimant Name:** Adams, Chantelle

**Claimant's Attorney:** Bruno & Bruno, LLP

1. Did not provide information regarding her future medical claim, as required by Section III (C) (2)
   **Asthma, eye and breathing problems**

2. Did not indicate whether she was requesting reimbursement of medical expenses, as required by Section III (C) (9)
   **Yes, amount to be determined**

3. Did not state whether she was making a claim for wage loss, or to provide the information necessary for such a claim, as required by Section IV (F) (3)
   **Yes, client is making wage loss claim:   2007- $15,000**
   **2008- $15,000**
   **2009- $13,000**
   **2010- $10,000**
   **2011- $8,000**
   **Make claim for 2 years of loss wages for $10,000**

4. Did not provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A) (13)
   **18 hours**

5. Did not provide the smoking history of other trailer residents, as required by Section VI (D)
   **n/a; no one smoked**

6. Did not provide the information regarding treatment for her formaldehyde related illness, as required by Section VII (B)
   **Covenant House Rampart St. New Orleans, LA (Charity) from 2006-2010**

7. Did not produce records of indicate whether such records were in his possession, as required by Section VIII (A)-(D)
   **Client does not have any records in her possession (A); Client does not have a Standard Form 95 in her possession (B); Client does not have any test results in her possession (C); Client does not have any bills in her possession (D)**


EXHIBIT A

_____  _____
**Plaintiff or Representative**                                                                    **Date**

# ERRATA SHEET

**Claimant Name:** Adams, Trina

**Claimant's Attorney:** Bruno & Bruno, LLP

1. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
   **No, client is not making claim for medical expenses**

2. Did not provide plaintiff's State Driver's License Number, as required by Section IV (B).
   **9036836 LA**

3. Did not provide date and/or place of birth, as required by Section IV (C).
   **DOB: 08/31/1965 Place: Los Angeles, CA**

4. Did not provide plaintiff's educational background, as required by Section IV (E).
   **College/Earned Certificate in 1995 in CA**

5. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
   **Rinehart Food Service/Harahan, LA/4 yrs ago-present**

6. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
   **Cannot recall all places of employment before Rinehart Food Service**

7. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
   **2006 (unsure of exact date)**

8. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
   **Cannot recall**

9. Failed to provide Standard Form 95.

10. Failed to provide Privacy Act Release Language Form
    **See attached form**

_____          04·18·12
Plaintiff or Representative                Date

## PRIVACY ACT RELEASE LANGUAGE

I, ___Trina Adams___ [insert name] understand that information maintained by the Federal Emergency Management Agency (FEMA) and contained in files related to disaster assistance provided to me by FEMA is subject to the Privacy Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney ___Joseph M Bruno___, Plaintiffs' Liaison Counsel Justin Woods and Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit provided to me by FEMA.

Dated: 4-12-12

Name: Trina Adams  (print legibly or type out name)

Signature: Trina Adams

# ERRATA SHEET

**Claimant Name:**     Anderson, Alice

**Claimant's Attorney:**  Bruno & Bruno, LLP

1. Did not provide information regarding her future medical claim, as required by Section III (C) (2)
   **Asthma, eye problems**

2. Did not provide information regarding psychological treatment or respond to whether she was claiming a psychological injury, as required by Section III (C) (8)
   **Yes, amount to be determined**

3. Did not provide the smoking history of other trailer residents, as required by Section VI (D)
   **n/a; no one smoked**

4. Did not provide information regarding her prior medical history, including information regarding Plaintiff's pre-existing lung disease, as required by Section V (F) (1)
   **Client was diagnosed with bronchitis but cannot recall the exact dates due to stroke**

5. Did not provide information regarding treatment for her formaldehyde related illness, as required by Section VII (B)
   **Dr Wallace (PCP) located on St. Charles Ave. New Orleans, LA from 2007-present**

6. Did not produce records of indicate whether such records were in his possession, as required by Section VIII (A)-(D)
   **Client does not have any records in her possession (A); Client does not have a Standard Form 95 in her possession (B); Client does not have any test results in her possession (C); Client does not have any bills in her possession (D)**

_____                                              4/24/12
**Plaintiff or Representative**                                         **Date**