UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Adams, et al v. Gulf Stream Coach, Inc., et al*
Civil Action No. 09-8644
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Nicholas Adams, Rosalie Ambrose, and Farah Wilson Jr. (hereinafter Plaintiffs) and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86, and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25129).

Defendant Gulf Stream Coach, Inc. claims that deficiencies remain in Plaintiffs Fact Sheets.

Plaintiffs' Counsel has recently spoken with Plaintiffs and did in fact submit answers to Defense counsel on April 24, 2012 (See attached Exhibit "A"). Plaintiffs have complied with the Fact Sheet process set forth in PTO 2, PTO 32, PTO 86 and PTO 88 and therefore their claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 86, and 88 Relating to Plaintiff Fact Sheets in all things be denied.


        Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of April 2012.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)