# ERRATA SHEET

**Claimant Name:** Adams, Nicholas

**Claimant's Attorney:** Bruno & Bruno, LLP

1. Did not provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C) (8)
   **No, client is not making claim for mental and/or emotional damages**

2. Did not indicate whether he was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C) (9)
   **Yes, amount to be determined**

3. Did not state whether he was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F) (3)
   **No, client is not making claim for lost wages; client was minor at this time**

4. Did not provide the Installation address of the FEMA housing unit, as required by Section V (A)(8)
   **2110 Eads St. New Orleans, LA 70117**

5. Did not provide the smoking history of other trailer residents, as required by Section VI (D)
   **n/a; no one smoked**

6. Did not provide the information regarding treatment for his formaldehyde related illness, as required by Section VII (B)
   **Dr. White 4511 Downman Rd. New Orleans, LA 70126/client had being seeing this Dr. for a while up until February 2012**

7. Did not produce records of indicate whether such records were in his possession, as required by Section VIII (A)-(D)
   **Client does not have any records in his possession(A); Client does not have a Standard Form 95 in his possession (B); Client does not have any test results in his possession (C); Client does not have any bills in his possession (D)**

_____                                   4/24/12
**Plaintiff or Representative**                                            **Date**


EXHIBIT A

ERRATA SHEET

**Claimant Name:** Ambrose, Rosalie

**Claimant's Attorney:** Bruno & Bruno, LLP

1. Did not provide information regarding her future medical claim, as required by Section III (C) (2)
   **Nausea and headaches**

2. Did not provide the name of the manufacturer of the second FEMA housing unit in which she claims to have resided, as required by Section V (A) (1)
   **See attached forms**

3. Did not provide the VIN number of the second FEMA housing unit in which she claims to have resided, as required by Section V (A) (2)
   **See attached forms**

4. Did not provide her FEMA identification number, as required by Section V (A) (3)
   **932080094**

5. Did not provide the bar code of the second FEMA housing unit in which she resided, as required by Section V (A) (4)
   **See attached forms**

6. Did not provide the dates she claims to have moved into the second FEMA housing unit, as required by Section V (A) (6)
   **See attached forms**

7. Did not provide the dates she claims to have moved out of the second FEMA housing unit, as required by Section V (A) (7)
   **See attached forms**

8. Did not provide the number of hours spent in the second FEMA housing unit each day, as required by Section V (A) (13)
   **See attached forms**

9. Did not provide the names of all residents of the trailer in addition to failing to provide a VIN number for the second trailer, as required by Section V (E)
   **See attached forms**

10. Did not provide the VIN number of the third FEMA housing unit in which she claims to have resided, as required by Section V (A) (2)
    **See attached forms**

11. Did not provide her FEMA identification number, as required by Section V (A) (3)
    **932080094**

12. Did not provide the bar code of the third FEMA housing unit in which she resided, as required by Section V (A) (4)
    **See attached forms**

13. Did not provide the dates she claims to have moved into the third FEMA housing unit, as required by Section V (A) (6)
    **See attached forms**

14. Did not provide the dates she claims to have moved out of the third FEMA housing unit, as required by Section V (A) (7)
    **See attached forms**

15. Did not provide the number of hours spent in the third FEMA housing unit each day, as required by Section V (A) (13)
    **See attached forms**

16. Did not provide the names of all residents of the trailer in addition to failing to provide a VIN number for the second trailer, as required by Section V (E)
    **See attached forms**

17. Did not provide the smoking history of other trailer residents, as required by Section VI (D)
    **See attached forms**

18. Did not provide the information regarding treatment for her formaldehyde related illness, as required by Section VII (B)
    **None, but client did go to a temporary Urgent Care located in New Orleans**

19. Did not produce records of indicate whether such records were in his possession, as required by Section VIII (A)-(D)
    **Client does not have any records in her possession (A); Client does not have a Standard Form 95 in her possession (B); Client does not have any test results in her possession (C); Client does not have any bills in her possession (D)**

_____                    _4/24/12_____
**Plaintiff or Representative**                                              **Date**

### First Trailer

Manufacturer: Gulf Stream
VIN: 1NL1GTR2862067688
FEMA ID: 932080094
Bar code: 1124966
Move in: December 2005
Move out: June 2006
Trailer Address: 6996 Ridgefield Ave. New Orleans, LA 70128
Hours spent in trailer each day: 10-15 hours
All that resided in this trailer:  Earnestine Clark, Latonya Adams, Latasha Adams, Jared Adams, Ariel Baham and Dale Baham Jr.
Smoking history: n/a- no one smoked

### Second Trailer

Manufacturer: Gulf Stream
VIN: 1NL1GTR2961024591
FEMA ID: 932080094
Bar code: client could not obtain the bar code
Move in: Mid 2007 (unsure of exact dates)
Move out: End 2007 (unsure of exact dates)
Trailer Address: 3031/33 St. Roch Ave. New Orleans, LA 70122
Hours spent in trailer each day: 10-15 hours
All that resided in this trailer:  Titus Ambrose Jr. and Shepard Washington
Smoking history: father and brother-in-law both smoked inside and outside the trailer daily

### Third Trailer

Manufacturer: Gulf Stream
VIN: 1NL1GTR2051061222
FEMA ID: 932080094
Bar code: 1669493
Move in: November 2007
Move out: Beginning 2008 (unsure exact dates)
Trailer Address: 3885 Nathan Kerman Dr. Harvey, LA 70058
Hours spent in trailer each day: 10-15 hours
All that resided in this trailer:  Paulette Edwards, Eric Edwards, and Paul Edwards
Smoking history: n/a- no one smoked

# ERRATA SHEET

**Claimant Name:** Wilson, Farah Jr.

**Claimant's Attorney:** Bruno & Bruno, LLP

1. Did not provide information regarding her future medical claim, as required by Section III (C) (2)
   **Nose bleeds**

2. Did not indicate whether he was requesting reimbursement of medical expenses, as required by Section III (C) (9)
   **No, client is not making claim for medical expenses**

3. Did not provide the date he claims to have moved into the FEMA housing unit, as required by Section V (A) (6)
   **Moved in: February 2006**

4. Did not provide the dates he claims to have moved out of the FEMA housing unit, as required by Section V (A) (7)
   **Moved out: July 2007**

5. Did not provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A) (13)
   **Client spent about 15-24 hours in the trailer each day**

6. Did not produce records of indicate whether such records were in his possession, as required by Section VIII (A)-(D)
   **Client does not have any records in his possession (A); Client does not have a Standard Form 95 in his possession (B); Client does not have any test results in his possession (C); Client does not have any bills in his possession (D)**

_____                                    4/24/12
**Plaintiff or Representative**                                **Date**