UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Esposito, et al. v. Gulf Stream Coach, Inc., et al.;* No. 09-4718 Plaintiffs: Toya Ainsworth o/b/o T.A. Nora Alvis | | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Toya Ainsworth o/b/o T.A. and Nora Alvis (hereinafter "Plaintiffs") and file this Consent Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25144), and in support of the same would show the Court as follows:

The submission date for this matter is May 2, 2012, and pursuant to Local Rule 7.5, of the United States District Court for the Eastern District of Louisiana, any memorandum in opposition to the same would need to be filed by April 24, 2012. Plaintiffs would specifically request that the submission and response date be extended 14 days, or some other term at the Court's discretion.

Plaintiffs' counsel timely filed an Exparte/Consent Motion for Extension of Time to File Response/Reply as to Defendant's Motion to Dismiss for Failure to Comply with

Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25340) on April 20, 2012 (See Exhibit "A"); however, due to a filing error, Plaintiff's counsel filed duplicate Washington motions (Rec. Doc. 25355) and inadvertently omitting the Ainsworth motion.

Plaintiffs' counsel has contacted counsel for the Defendants and they have no opposition to a 14-day extension.

Plaintiffs move for this extension pursuant to Local Rule 7.8 of the United States District Court for the Eastern District of Louisiana. Plaintiff's counsel hereby certifies, that here has been no previous extension of time to respond to Defendant's Motion to Dismiss and that opposing parties have not filed in the record an objection to an extension of time.

For the reasons set forth above, Plaintiffs pray that the Court grant Plaintiffs an Extension of Time to File a Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets.

        Respectfully submitted,

        /s/ Robert C. Hilliard
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiff**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No. 5912
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone: (361) 882-1612
        Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 25th day of April, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Motions
2:07-md-01873-KDE-ALC In Re:
FEMA Trailer Formaldehyde
Products Liability Litigation

APPEAL,MASTER,PROTO

## U. S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Hilliard, Robert on 4/20/2012 at 2:45 PM CDT and filed on 4/20/2012
**Case Name:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation
**Case Number:** 2:07-md-01873-KDE-ALC
**Filer:** Plaintiff
**Document Number:** 25340

**Docket Text:**
EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply as to [25144] MOTION to Dismiss *for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets*, as to Plaintiffs Toya Ainsworth (obo Tate Ainsworth) and Nora Alvis by Plaintiff. (Attachments: # (1) Proposed Order)(Reference: 09-4718)(Hilliard, Robert)


**2:07-md-01873-KDE-ALC Notice has been electronically mailed to:**

Adam Michael Dinnell     adam.dinnell@usdoj.gov

Amanda Jones Ballay     ajbfemamdl@gmail.com

Andrew D. Weinstock     andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com

Charles E. Leche     cleche@dkslaw.com, gengolia@dkslaw.com

Daniel Joseph Balhoff     balhoff@pabmb.com

Frank Jacob D'Amico , Jr     frank@damicolaw.net, danny@damicolaw.net

Gerald Edward Meunier     gmeunier@gainsben.com, dmartin@gainsben.com

Henry Thomas Miller     henry.miller@usdoj.gov, etl.files@usdoj.gov

James Conner Percy     jpercy@joneswalker.com, bblack@joneswalker.com

John Adam Bain     adam.bain@usdoj.gov, veronica.hubbard@usdoj.gov

John Karl Etter     jke@rodneylaw.com, etter.jke57@gmail.com

Joseph G. Glass     jglass@duplass.com, caccardo@duplass.com

Justin I. Woods     jwoods@gainsben.com, plambert@gainsben.com

Lamont P. Domingue     lpd@volalaw.com, naanie@volalaw.com

Michael David Kurtz     dkurtz@bakerdonelson.com, lvinson@bakerdonelson.com

Ralph Shelton Hubbard , III     rhubbard@lawla.com, tmartin@lawla.com

Ryan Estes Johnson     rjohnson@joneswalker.com, ahanegan@joneswalker.com

**2:07-md-01873-KDE-ALC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
CMECF.widgit.ProcessingWindowDestroy() TRONG>Original filename:n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/20/2012] [FileNumber=5685024-0
] [280056b2a053c3429894a88700435b415cff4a87c04f0b8e8b72e6888d8dac31982

**EXHIBIT "A"**