## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * * | MDL NO. 1873 |
| | | SECTION "N" (5) |
| | | JUDGE ENGELHARDT |
| This Document Relates to All Cases | * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTOIN FOR LEAVE TO FILE UNDER SEAL MOTION TO DEPOSIT SETTLEMENT FUNDS <u>INTO THE REGISTRY OF THE COURT</u>**

MAY IT PLEASE THE COURT:

The Burlington Insurance Company ("Burlington") moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court.

On March 29, 2012, the plaintiffs via the Plaintiffs Steering Committee, on the one hand, and the insurers of Pilgrim International, Inc., entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1] Burlington is one of the insurers of Pilgrim. In order to comply with the terms of the aforementioned MOU, Burlington requests that its Motion to Deposit Settlement Funds Into the Registry of the Court be sealed.

WHEREFORE, Burlington respectfully moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court.

Respectfully submitted,

---

[1] Courts have held that a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al. v. Jim Hood, et al.*, 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 788 (3rd Cir. 1994).

1

                                                /s/ Mary K. Cryar
                                                Sidney W. Degan, III (No. 4804)
                                                Mary K. Cryar (No. 24062)
                                                DEGAN, BLANCHARD & NASH
                                                400 Poydras Street, Suite 2600
                                                New Orleans, Louisiana 70130
                                                Telephone: 504-529-3333
                                                Facsimile:  504-529-3337

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, a copy of the foregoing Unopposed Motion to Deposit Settlement Funds Into the Registry of the Court was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                /s/ Mary K. Cryar
                                                Mary K. Cryar (La. Bar No. 24062)

L:\375\8362\Doc\04 Mtn for Leave.doc

2