UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Jiles, Marguerite | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.



4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Jiles, Marguerite - WGC#203465

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>12/10/2005</u>

Move-out Date: <u>04/26/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>23180 Jones Rd.</u>

City: <u>Pass Christian</u>         State: <u>MS</u>    Zip: <u>39571</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Jiles, Marguerite - WLF#203465

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Marguerite Jiles*

| Signature of Plaintiff | Marguerite Jiles | 10-14-08 |
|---|---|---|
| | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Johnson, Austin | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Yes unknown development

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 9/21/2006

Move-out Date: 10/21/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 6133 Hinds

City: Bay St. Louis          State: MS      Zip: 39572

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

burned down

Please state the approximate square footage of the FEMA housing unit: 60 ft

Please state the approximate length and width of the FEMA housing unit: 22x17

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Johnson, Austin - WLF#212652

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____
**Signature of Plaintiff**

**Lisa Gates, as Next Friend of**
**Austin Johnson, a minor**
**Print Your Name**

Oct 70, 08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Johnson, Barbara** | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Johnson, Barbara - WGC#203098

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

    If yes, which kind of cancer?  _____

    _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>No I have not recovered , still going to the air</u>

    _____

    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Johnson, Barbara - WGC#203098

Manufacturer: Gulf Stream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel

Move-in Date: 10/1/2005

Move-out Date: 12/1/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 271 Hiern Ave.

City: Pass Christian          State: MS     Zip: 39571

Was the FEMA trailer or mobile home located in a trailer park or on private property?  Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Home was complete and it was causing illness

Please state the approximate square footage of the FEMA housing unit:  Small no

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  16 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  Yes

Is/was the FEMA housing unit hooked up to a sewer line?  Yes

Is/was the FEMA housing unit hooked up to an electrical line?  Yes

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit?  Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?  Retired

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location?  Retired

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  Yes

If "Yes," please state the date and reason for repair, service or maintenance:

They had to fix leaks , toilet and both tub

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Barbara Johnson_ | __Barbara Johnson__ | _10/8/08_ |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Johnson, Bobby | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Did not have condition before

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Johnson, Bobby - WGC#201450

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9119146681605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>1/1/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4325 Heron Bay Loop</u>

City: <u>Coden</u>           State: <u>AL</u>     Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: <u>30 long 8</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>10</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Block</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>6 day</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>6 day</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>10/01/2005 . Replaced vent cover, came out to work on AC took it off but never came back to replace it.</u>

Johnson, Bobby – WLF#201450

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     **Bobby Johnson**          2-6-09
**Signature of Plaintiff**        **Print Your Name**        10-11-08
                                                            **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————————— | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: **Johnson, Connie M.** | ) ) ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Johnson, Connie M. - WGC#201455

Manufacturer: __Gulf Stream__

VIN: __9407770021605__

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? __Yes__

Move-in Date: __3/1/2006__

Move-out Date: __8/20/2008__

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: __8580 E. Davenport Street__

City: __Bayou La Batre__          State: __AL__     Zip: __36544__

Was the FEMA trailer or mobile home located in a trailer park or on private property? __Privat__

State the reason you stopped living in the FEMA trailer or mobile home:

__House repaired.__

Please state the approximate square footage of the FEMA housing unit: __240 sq ft__

Please state the approximate length and width of the FEMA housing unit: __8X32__

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? __10 out of 24__

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? __No__

Is/was the FEMA housing unit hooked up to a sewer line? __Yes__

Is/was the FEMA housing unit hooked up to an electrical line? __Yes__

Is/was the FEMA housing unit hooked up to a natural gas line? __No__

Is/was propane gas used in the FEMA housing unit? __Yes__

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? __5 days__

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? __No__

If "Yes," where did you temporarily live?

__None__

For what period of time did you temporarily live in another location? __5 days__

Have any air quality tests ever been performed on your FEMA trailer or mobile home? __No__

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? __No__

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? __Yes__

If "Yes," please state the date and reason for repair, service or maintenance:

__May 07 problems with roof leaking,july 08 hot water heater was broke.__

Johnson, Connie M. - WLF#201455

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

2-24-09
10-13-08

| Signature of Plaintiff | Connie Johnson | Date |
| --- | --- | --- |
| | Print Your Name | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ———————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Johnson, Jean | ) ) ) | |
| ———————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No_____

    If yes, which kind of cancer?  _____

    _____

5.  When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

    _____

    _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Johnson, Jean - WGC#211420

Manufacturer: Gulf Stream

VIN: 1NL1GTR2961040287

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 11/01/2005

Move-out Date: 01/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 1220 Oliver Street

City: Pascagoula        State: MS     Zip: 39567

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Home was repaired.

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: 7' x 25'

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 10 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? Yes

If "Yes," where did you temporarily live?

Lived in a motor home on our property the flest few weeks we had Fema trailer. Had to air Fema trailer out before

For what period of time did you temporarily live in another location? 5

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Johnson, Jean - WLF#211420

# CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Jean Johnson_ (signature)
**Signature of Plaintiff**

**Jean Johnson**
**Print Your Name**

10/21/08
**Date**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Johnson, Jr., William | ) | |
| | ) | |
| ——————————————— | ) | |

**PLAINTIFF FACT SHEET**

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.      Since you moved into the FEMA trailer and up to the present date, have you
        been diagnosed with Cancer?  No _____

        If yes, which kind of cancer?   _____

                                        _____

5.      When do you claim this injury or disease first occurred?  <u>I know now injury</u>
        <u>occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA
        trailer?  <u>Please see table above</u>

7.      Do you claim that your use of a FEMA trailer or mobile home worsened a
        condition that you already had or had in the past?  <u>Please see table above</u>

        **If "Yes",** set forth the illness, disease or condition; whether or not you had
        already recovered from that illness, disease or condition before you began
        residing in a FEMA trailer or mobile home and the date of your recovery, if
        any.  <u>First tune ouptoms al sinus infection and asthma</u> _____

        _____

        _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulf Stream

VIN: 9311125011605

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 9/01/2005

Move-out Date: 10/01/2006

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 4319 Heron Bay Loop Rd

City: Coden          State: AL          Zip: 36523

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
Told had to get out and find another place to live .

Please state the approximate square footage of the FEMA housing unit: 30 ft

Please state the approximate length and width of the FEMA housing unit: 30 ftx8

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 14 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| _____ | William Johnson | 10/13/08 |
|---|---|---|
| Signature of Plaintiff | Print Your Name | Date |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201473             **Cause No.** 09-7833
**Case Name** Johnson, Jr., William       **Case Style** Marguerite Jiles, et. al. vs. Gulf Stream Coach,
**DOB** 1/11/1964     **SSN** 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

| Question # | Question |
|---|---|
| 1. | Did not provide a maiden or other name, as required in Section II (B). |

**Pet ID**
1335

**Def ID**
22

**Notice #**
Def 2

**Answer**
I am not known by any name other than, William Johnson, Jr.

| Question # | Question |
|---|---|
| 2. | Did not provide email address, as required in Section II (E). |

**Pet ID**
1335

**Def ID**
22

**Notice #**
Def 2

**Answer**
I do not have an email address.

| Question # | Question |
|---|---|
| 3. | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |

**Pet ID**
1335

**Def ID**
22

**Notice #**
Def 2

**Answer**
I do not recall but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5). |

**Pet ID**
1335

**Def ID**
22

**Notice #**
Def 2

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201473

**Case Name** Johnson, Jr., William

**DOB** 1/11/1964   **SSN** 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

**Cause No.** 09-7833

**Case Style** Marguerite Jiles, et. al.  vs. Gulf Stream Coach,

| | |
|---|---|
| | I now know that my injury or disease first occurred when I moved into the FEMA housing unit on September 1, 2005. |

| Question # | Question |
|---|---|
| 5. | Did not provide the date of recovery and whether recovery occurred prior to moving into FEMA housing unit, as required by Section III (C)(7). |
| **Pet ID** 1335 | |
| **Def ID** 22 | |
| **Notice #** Def 2 | |
| | **Answer** |
| | This question does not pertain to me as there I became ill after I moved into the FEMA housing unit. |

| Question # | Question |
|---|---|
| 6. | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| **Pet ID** 1335 | |
| **Def ID** 22 | |
| **Notice #** Def 2 | |
| | **Answer** |
| | I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. |

| Question # | Question |
|---|---|
| 7. | Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B). |
| **Pet ID** 1335 | |
| **Def ID** 22 | |
| **Notice #** Def 2 | |
| | **Answer** |
| | Please see attached Standard Form 95. |

| Question # | Question |
|---|---|
| 8. | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |
| **Pet ID** 1335 | |
| **Def ID** 22 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201473
**Case Name** Johnson, Jr., William
**DOB** 1/11/1964   **SSN** 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

**Cause No.** 09-7833
**Case Style** Marguerite Jiles, et. al.  vs. Gulf Stream Coach,

---

**Notice #**
| Def 2 |

**Answer**
| I do not recall my past or present primary care physician. |

---

| **Question #** | **Question** |
|---|---|
| 9. | Did not provide the identity of plaintiff's primary care physicians for the last seven years as required by Section IX (B). |

**Pet ID**
| 1335 |

**Def ID**
| 22 |

**Notice #**
| Def 2 |

**Answer**
| I do not recall my past or present primary care physician. |

---

| **Question #** | **Question** |
|---|---|
| 10. | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX (C). |

**Pet ID**
| 1335 |

**Def ID**
| 22 |

**Notice #**
| Def 2 |

**Answer**
| I do not recall when or if I received inpatient treatment during the last seven (7) years. |

---

| **Question #** | **Question** |
|---|---|
| 11. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |

**Pet ID**
| 1335 |

**Def ID**
| 22 |

**Notice #**
| Def 2 |

**Answer**
| I do not recall when or if I received outpatient treatment during the last seven (7) years. |

---

| **Question #** | **Question** |
|---|---|
| 12. | Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E). |

**Pet ID**
| 1335 |

**Def ID**
| 22 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201473                                    **Cause No.** 09-7833
**Case Name** Johnson, Jr., William                **Case Style** Marguerite Jiles, et. al.  vs. Gulf Stream Coach,
**DOB** 1/11/1964    **SSN** 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

| Notice # | |
|---|---|
| Def 2 | |
| | **Answer** |
| | I do not recall the health care professional who treated me during the last seven (7) years. |

| Question # | Question |
|---|---|
| 13. | Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). |

| Pet ID | |
|---|---|
| 1335 | |

| Def ID | |
|---|---|
| 22 | |

| Notice # | |
|---|---|
| Def 2 | |
| | **Answer** |
| | I do not recall any pharmacy that has been used to dispense my medication. |

_____          5/10/2011
Plaintiff or Representative                 Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Johnson, Julius** | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

If yes, which kind of cancer?    _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>Asthma was controlled until the fema trailer</u> _____

_____

_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Johnson, Julius - WGC#215695

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/1/2005</u>

Move-out Date: <u>2/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>2947 Harris Street</u>

City: <u>Slidell</u>            State: <u>LA</u>    Zip: <u>70458</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>moved back into home.</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>18 hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     **Lee Ann Sylvas, as Next Friend**     10/21/08
**Signature of Plaintiff**                     **of Julius Johnson, a minor**
                                        **Print Your Name**                    **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Johnson, Lester | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you
      been diagnosed with Cancer?   No

      If yes, which kind of cancer?   _____

      _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury
      occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
      trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
      condition that you already had or had in the past?  <u>Please see table above</u>

      **If "Yes"**, set forth the illness, disease or condition; whether or not you had
      already recovered from that illness, disease or condition before you began
      residing in a FEMA trailer or mobile home and the date of your recovery, if
      any.  <u>Do not recall</u>

      _____
      _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Johnson, Lester - WGC#210839

Manufacturer: <u>Gulfstreams</u>

VIN: <u>INLIGTR2X61050326</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/11/2005</u>

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>390 Post St.</u>

City: <u>Killona</u>          State: <u>LA</u>     Zip: <u>70057</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Move in a not her location much bigger add safer</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>6 hours</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>I do not recall</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

<u>640 Kilona Dr.</u>

For what period of time did you temporarily live in another location? <u>I do not recall</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Johnson, Lester - WLF#210839

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Lester Johnson* | Lester Johnson | 10/23/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Johnson, Levera | ) | |
| | ) | |
| ——————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  __No_____

If yes, which kind of cancer?  _____

_____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

_____

_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Johnson, Levera - WGC#201474

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9119146681605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/01/2005</u>

Move-out Date: <u>1/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4325 Heron Bay Loop Rd</u>

City: <u>Coden</u>          State: <u>AL</u>    Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>House was repaired and ready to move in.</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>Approx. 16</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>Five</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>Five</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>10/01/2005 Replaced vent cover on top that was broken. A/C was not working when delivered and was never fixed.</u>

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Levera Johnson* | Levera Johnson | 2-6-09 |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| ——————————— | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: **Johnson, Marvin Samuel** | ) ) ) | |
| ——————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No _____

If yes, which kind of cancer?   _____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                          Johnson, Marvin Samuel - WGC#201479

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9118749011605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>01/01/2005</u>

Move-out Date: <u>01/01/2006</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>8860 Little River rd.</u>

City: <u>Bayou Labater</u>          State: <u>MS</u>     Zip: <u>36509</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Completed house</u>

Please state the approximate square footage of the FEMA housing unit: <u>8x30</u>

Please state the approximate length and width of the FEMA housing unit: <u>8x3</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Block</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>7 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>7 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

<u>micreswane</u>

Johnson, Marvin Samuel – WLF#201479

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Marvin S. Johnson_ | **Marvin Johnson** | 10-4-08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Johnson, Rudolph R. | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Johnson, Rudolph R. - WGC#210307

4.      Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

        If yes, which kind of cancer?  _____

5.      When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.      Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.      ·Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

        **If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  <u>I never had burning and  burning and harsaess before like that of strira throot</u>

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Johnson, Rudolph R. - WGC#210307

Manufacturer: Gulf Stream

VIN: INLIGTR2X61050326

Bar Code Number: B/C 1110425

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 10/11/2005

Move-out Date:

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 610 Adam St.

City: Killona          State: LA     Zip: 70057

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Still Reside there

Please state the approximate square footage of the FEMA housing unit:

Please state the approximate length and width of the FEMA housing unit: 32

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 6-8

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 40-50 hrs a w k

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 40-50 hrs a w k

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

Johnson, Rudolph R. - WLF#210307

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Rudolph Johnson R._ | Rudolph Johnson | 10-15-08 |
| Signature of Plaintiff | Print Your Name | Date |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| —————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Johnson, Savadra | ) | |
| | ) | |
| —————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?  _____

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>12/21/2005</u>

Move-out Date: <u>2/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>2947 Harris Street</u>

City: <u>Slidell</u>          State: <u>LA</u>     Zip: <u>70458</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Johnson, Savadra - WLF#215699

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff

Lee Ann Sylvas, as Next Friend
of Savadra Johnson, a minor
Print Your Name

10/21/08
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: **Jones, Carolyn** | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.  INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

Jones, Carolyn - WGC#209279

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

If yes, which kind of cancer? _____

5.   When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  Migranes increased significantly have now taperea backoff some what. Still have occasionally only.

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                     Jones, Carolyn - WGC#209279

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>11/1/2005</u>

Move-out Date: <u>2/1/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4360 Thirty Fifth Street</u>

City: <u>Bay St. Louis</u>          State: <u>MS</u>     Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Received mema Cottage.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>30 x 8</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>14</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>No</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>5</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>5</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Heating unit repaired Approx. 11/01/2007  - BathTub Leak maintenced approx. 03/01/2006</u>

Jones, Carolyn - WLF#209279

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Carolyn Jones_      **Carolyn Jones**      _10/8/08_
**Signature of Plaintiff**      **Print Your Name**      **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jones, Cleopatra | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  <u>No</u>

      If yes, which kind of cancer?  _____

      _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

      **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____

      _____

      _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Jones, Cleopatra - WGC#201505

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>10/1/2005</u>

Move-out Date: <u>2/1/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>9684 A- Mose Lane</u>

City: <u>Grand Bay</u>          State: <u>AL</u>     Zip: <u>36541</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Hay</u>

Please state the approximate square footage of the FEMA housing unit: <u>240</u>

Please state the approximate length and width of the FEMA housing unit: <u>/8x32</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>24 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

Jones, Cleopatra - WLF#201505

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Cleopatra Jones_                     **Cleopatra Jones**                  _2-19-09_
**Signature of Plaintiff**            **Print Your Name**                  _10-13-08_
                                                                          **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Jones, Dejanique | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No_____

If yes, which kind of cancer?   _____

_____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

**If "Yes",** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.   _____

_____

_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Jones, Dejanique - WGC#201331

Manufacturer: <u>Gulf Stream</u>

VIN: <u>921220289</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Travel</u>

Move-in Date: <u>12/01/2005</u>

Move-out Date: <u>06/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>389 Lee St.</u>

City: <u>Biloxi</u>          State: <u>MS</u>     Zip: <u>39530</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Formaldehyde</u>

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>24 hrs</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>Yes</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state the date and reason for repair, service or maintenance:

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Samantha Jones* | Samantha Jones, as Next Friend of Dejanique Jones, a minor | 10/9/08 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

as Next Friend
of Dejanique Jones
a minor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ———————————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE:  ENGELHARDT |
| THIS RELATES TO: | ) | MAG:  ROBY |
| | ) | |
| Plaintiff:  Jones, Felicia | ) | |
| | ) | |
| ———————————————— | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND
RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde.  For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.**  Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

Jones, Felicia - WGC#201335

4.    Since you moved into the FEMA trailer and up to the present date, have you
       been diagnosed with Cancer?  No

       If yes, which kind of cancer? _____

5.    When do you claim this injury or disease first occurred?  <u>I know now injury
       occurred on the date I moved in, but I did not know that at the time.</u>

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA
       trailer?  <u>Please see table above</u>

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a
       condition that you already had or had in the past?  <u>Please see table above</u>

       **If "Yes"**, set forth the illness, disease or condition; whether or not you had
       already recovered from that illness, disease or condition before you began
       residing in a FEMA trailer or mobile home and the date of your recovery, if
       any.  <u>I had recovered from some of them, but some I had not</u>