UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| 09-4721 *Roland Ayo, et al v. Jayco, Inc., et al;* | * | |
| 09-7083 *Mark Stockman, et al v. Jayco, Inc., et al;* | * | |
| 09-7804 *Donald Acker, et al v. Jayco, Inc., et al;* | * | |
| 09-7887 *Sandy Barnes, et al v. Jayco, Inc., et al;* | * | |
| 10-1277 *Jessie Thomas, et al v. Jayco, Inc., et al;* | * | |
| 10-2228 *Sibbonai Williams, et al v. Jayco, Inc., et al* | * | |
| 10-2238 *Charles Burns, et al v. Jayco, Inc., et al* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION TO WITHDRAW**
**PLAINTIFFS' MOTION TO SEVER CLAIMS**
**AND IN THE ALTERNATIVE TO TRANSFER OR REMAND**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above named suits, who move this Honorable Court to withdraw earlier filed Motion to Sever Claims and in the Alternative to Transfer or Remand (Rec. Doc. 25302). Plaintiffs file this motion as this matter has settled. Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

**WHEREFORE**, Plaintiffs pray that its Consent Motion to Withdraw Motion to Sever Claims and in the Alternative to Transfer or Remand be granted.

Respectfully submitted:

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**

Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**

Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**

Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
Phone: 601-845-WARE (9273)
Fax: 601-845-0749

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 25th day of April, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

2