UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

09-4721 *Roland Ayo, et al v. Jayco, Inc., et al;*
09-7083 *Mark Stockman, et al v. Jayco, Inc., et al;*
09-7804 *Donald Acker, et al v. Jayco, Inc., et al;*
09-7887 *Sandy Barnes, et al v. Jayco, Inc., et al;*
10-1277 *Jessie Thomas, et al v. Jayco, Inc., et al;*
10-2228 *Sibbonai Williams, et al v. Jayco, Inc., et al*
10-2238 *Charles Burns, et al v. Jayco, Inc., et al*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Consent Motion to Withdraw Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand,

**IT IS SO ORDERED** that the Plaintiffs' Consent Motion to Withdraw is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
**JUDGE KURT D. ENGELHARDT**