UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO | * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| 09-4740 *Rhonda Bowens, et al v. Starcraft RV, Inc., et al;*<br>09-7090 *Bruce Robinson, et al v. Starcraft RV, Inc., et al;*<br>09-7837 *Aaron Bell, et al v. Starcraft RV, Inc., et al;*<br>09-7920 *Edwin Bennett, et al v. Starcraft RV, Inc., et al;*<br>10-1291 *Inoka Salter, as Next Friend of C. M., a minor, et al v. Starcraft RV, Inc., et al;*<br>10-2215 *Linda Bradburry, as Next Friend of L.A, a minor, et al v. Starcraft RV, Inc., et al;*<br>10-2260 *Thomas Morgan, et al v. Starcraft RV, Inc., et al.* | * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Consent Motion to Withdraw Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand,

**IT IS SO ORDERED** that the Plaintiffs' Consent Motion to Withdraw is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 2012.


_____
**JUDGE KURT D. ENGELHARDT**