UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY                        SECTION "N" (5)

                                         JUDGE: ENGELHARDT

This Document Relates to:                MAGISTRATE: CHASEZ
All Cases

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT PURSUANT TO RULE 67, FRCP**

**NOW INTO COURT,** through undersigned counsel, comes Crum & Forster Specialty Insurance Company, as insurer of Pilgrim International, Inc, who moves this Honorable Court, pursuant to Local Rule 5.6, for Leave of Court to file UNDER SEAL its Motion for Authority to Deposit Settlement Funds Into The Registry Of The Court, because the Motion and supporting documents contain confidential settlement information.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

2

WHEREFORE, Crum & Forster Specialty Insurance Company, as insurer of Pilgrim International, Inc, prays for Leave of Court to file the Motion to Authorize UNDER SEAL.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __25th_ DAY OF __April__, 2012.

_____/s Eric B .Berger_____

_____*/s Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
   ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292     FAX (504) 586-1290

2