UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| This Document Relates to:<br>All Cases | MAGISTRATE: CHASEZ |

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT PURSUANT TO RULE 67, FRCP

MAY IT PLEASE THE COURT:

Defendant, Crum & Forster Specialty Insurance Company, as insurer of Pilgrim International, Inc, seeks leave of court to file **under seal**, pursuant to Local Rule 5.6, its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

### Facts.

On or about March 7, 2012, Crum & Forster Specialty Insurance Company ["C&F Specialty"] and plaintiffs, through Plaintiffs' Liaison Counsel, along with other insurers for Pilgrim International Inc., reached a compromise of all claims against C&F Specialty as well as other insurers of Pilgrim International, Inc., in this multidistrict litigation. That compromise was memorialized in a Memorandum of Understanding executed on March

29, 2012. To comply with the Memorandum of Understanding, Crum & Forster Specialty Insurance Company requests that its Motion to Deposit Settlement Funds Into the Registry of the Court and resulting orders be sealed.

## Law and Argument

Courts recognize that the public has a common law right to access judicial records and proceedings, although the right is not absolute." *Bahwell v. Stanley-Bostich, Inc.,* No. 00-0541, 2002 WL 1298777, at *1 (E.D. La. 2002). A district court has discretion to seal judicial records, but "must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe,* 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Comm'ns, Inc.,* 435 U.S. 589, 599 (1978)). If a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality in a negotiated settlement, that should weigh in favor of granting or maintaining an order of confidentiality. *See State Farm Fire and Cas. Co. v. Jim Hood*, No. 07-188, 2010 WL 3522445, at *2-3 (S.D. Miss. Sept. 2, 2010).

Crum & Forster Specialty Insurance Company requests that its Motion for Authority to Deposit Settlement Funds into the Registry of the Court be granted leave of court and any resulting order be filed under seal to comply with the confidentiality provisions of the Memorandum of Understanding. Confidentiality is an important provision in this negotiated settlement of many claims in this multidistrict litigation that have been pending for several years. Therefore, preserving the confidentiality of the

settlement terms significantly outweighs whatever slight interest the public may have in learning the terms of this settlement.

Pursuant to Local Rule 5.6 (E), each document filed under Seal will be maintained in the clerk's office sealed in a manila envelope clearly labeled "Under Seal" and bearing the case number, caption, a reference to the order granting leave to file under seal, and a description of the documents by the Court, and counsel for Crum & Forster Specialty Insurance Company and Plaintiff's Liaison Counsel, unless otherwise ordered by the court after a contradictory motion by any other person seeking access to the sealed documents.

## Conclusion

For the foregoing reasons, Crum & Forster Specialty Insurance Company, as insurer of Pilgrim International, Inc,. respectfully requests that it be granted leave to file this Motion for Authority to Deposit Settlement Funds into the Court Registry **under seal**.

Respectfully submitted:

3

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __25th_ DAY OF __April__, 2012.

_____/s Eric B .Berger_____

_____*/s Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292     FAX (504) 586-1290