**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | MDL NO. 1873 |
| | SECTION "N" (5) |
| | JUDGE: ENGELHARDT |
| This Document Relates to: All Cases | MAGISTRATE: CHASEZ |

**NOTICE OF REQUEST TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that defendant, Crum & Forster Specialty Insurance Company, as insurer of Pilgrim International, Inc, will request to seal documents through an Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into Court Registry.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __25th_ DAY OF __April__, 2012.

_____/s Eric B .Berger_____

____*/s Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290