UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY

MDL NO. 1873

SECTION "N" (5)

JUDGE: ENGELHARDT

**This Document Relates to:**
All Cases

MAGISTRATE: CHASEZ

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into the Registry by Crum & Forster Specialty Insurance Company, the Court finds that the public's interest in assessing the terms and conditions of the settlement is outweighed by the parties' interests in protecting the confidentiality of the settlement terms. Therefore, the sealing of the Motion for Authority to Deposit Settlement Funds into the Registry of the Court is necessary.

IT IS HEREBY ORDERED that said Motion is GRANTED and Crum & Forster Specialty Insurance Company, is granted leave of court to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court in the manner prescribed by Local Rule 5.6(E).

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT