UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER PRODUCT          CIVIL ACTION
LIABILITY LITIGATION
                                     MDL NO. 07-1873

                                     SECTION: "N"(5)


## ORDER SETTING ORAL ARGUMENT
## VIA TELEPHONE

Oral argument on Recreation Vehicle Industry Association's Motion to Quash Subpoena (rec. doc. 25373) will be conducted telephonically on May 9, 2012 at 11:00 a.m. or as soon thereafter on that date and time as the Court's motion docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 25th day of April, 2012.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE