UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NO. 12-548

## ORDER NO. 14 SEVERING CERTAIN CASES FOR TRIAL

Considering this Court's prior Orders and statements to counsel regarding the Court's intention to immediately schedule for trial cases directly filed in or removed to the Eastern District of Louisiana in the event that the manufacturing defendant is unable to reach a global resolution of the claims filed against it; and

Considering this Court's Order and Reasons, dated April 26, 2012 (Rec. Doc.  25421); accordingly,

**IT IS ORDERED** that:

1) The following member case is hereby severed from the MDL for purposes of trial:

*Ann M. Terrell v. Gulf Stream Coach, Inc., et al*, No. 12-548.

2) Trial in the referenced case shall be scheduled at a telephone conference to be set by the Case Manager and shall be set to commence no later than April 2013; and

3) The above case is severed from the MDL for purposes of trial only and shall remain consolidated with all other member cases for pretrial purposes.  Accordingly, pursuant to Pre-Trial Order No. 1 (Rec. Doc. 5) ¶¶8-9, all filings in the above case shall continue to be made in

the master docket, with a notation listing the member cases to which the document applies.

However, such filings shall be served electronically on counsel representing the parties in the

member case, as well as on liaison counsel.

New Orleans, Louisiana, this 26th day of April, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**