UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:   FEMA TRAILER                        *        MDL NO. 1873
         FORMALDEHYDE PRODUCTS               *
         LIABILITY LITIGATION                *        SECTION "N" (5)
                                             *
THIS DOCUMENT PERTAINS TO                    *        JUDGE ENGELHARDT
                                             *        MAGISTRATE CHASEZ
09-4721 Roland  Ayo, et al v. Jayco, Inc., et al;       *
09-7083 Mark Stockman, et al v. Jayco, Inc., et al;     *
09-7804 Donald Acker, et al v. Jayco, Inc., et al;      *
09-7887 Sandy  Barnes, et al v. Jayco, Inc., et al;     *
10-1277 Jessie Thomas, et al v. Jayco, Inc., et al;     *
10-2228 Sibbonai Williams, et al v. Jayco, Inc., et al  *
10-2238 Charles Burns, et al v. Jayco, Inc., et al      *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

Considering the foregoing Consent Motion to Withdraw Plaintiffs' Motion to Sever

Claims and in the Alternative to Transfer or Remand,

**IT IS SO ORDERED** that the Plaintiffs' Consent Motion to Withdraw is hereby

GRANTED, and Rec. Doc. 25302 is hereby withdrawn.

New Orleans, Louisiana this 26th day of _____ April _____, 2012.

JUDGE KURT D. ENGELHARDT