UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT PERTAINS TO: *All Cases* | SECTION: N "5" <br> JUDGE: KURT D. ENGELHARDT <br><br> MAGISTRATE JUDGE: ALMA CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into Court Registry by Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., the Court finds that the public's interest in assessing the terms and conditions of the settlement is outweighed by Morgan and the plaintiffs' interests in this multidistrict litigation in protecting the confidentiality of the settlement terms. Therefore, the sealing of the Motion for Authority to Deposit Settlement Funds into the Court Registry is necessary.

**IT IS ORDERED** that Morgan Building and Spas, Inc. and Morgan Building Systems, Inc.'s motion is GRANTED and that Morgan Building and Spas, Inc. and Morgan Building Systems, Inc. are granted leave to file under seal their Motion for Authority to Deposit Settlement Funds into Court Registry in the manner prescribed by Local Rule 5.6(E).

**IT IS FURTHER ORDERED** that the Clerk of Court shall maintain the Motion for Authority to Deposit Settlement Funds into Court Registry filed under seal until the final adjudication of this action, including the resolution of any appeals, at which time such documents are to be returned to Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. or destroyed, except as otherwise provided by further order of this Court.

405984.1

**IT IS FURTHER ORDERED** that no person other than Morgan Building & Spas, Inc. and Morgan Building Systems, Inc., its counsel, Plaintiffs' Liaison Counsel, Court personnel and any special master appointed by this Court shall be allowed access to the documents or records filed under seal pursuant to this Order, except as otherwise provided by further order of this Court. Any person seeking to access the documents or records filed under seal pursuant to this Order shall seek leave by filing a contradictory motion.

New Orleans, Louisiana this __18th__ day of ___April___, 2012.

_____
UNITED STATES DISTRICT JUDGE

405984.1