**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Albert, et al v. Forest River, Inc.* | * | |
| C.A. No. 09-8374 | * | |
| Plaintiff KASWANA ISAAC, only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF KASWANA ISAAC'S NOTICE OF**
**VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE**

Plaintiff Kaswana Isaac, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), hereby gives notice of her dismissal of all claims, made in her individual capacity only, that she makes in this lawsuit against defendant, Forest River, Inc. ONLY, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit or any claims made by Kaswana Isaac, in an individual or representative capacity, in any other complaints in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
The Buzbee Law Firm
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 26th, 2012, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

<u>     */s/ Peter K. Taaffe*     </u>
Peter K. Taaffe