UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY 　　　　　　　　　　SECTION "N" (5)

　　　　　　　　　　　　　　　　　　　　JUDGE: ENGELHARDT

This Document Relates to: 　　　　　　　MAGISTRATE: CHASEZ
All Cases

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT**, through undersigned counsel, come Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company, and move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court as it contains confidential settlement information. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Plaintiffs' liaison counsel does not oppose this motion.

WHEREFORE, for the reasons set forth in the accompanying non-confidential memorandum in support, Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company respectfully request that they be granted leave to file their Motion for Authority to Deposit Settlement Funds into the Registry of the Court under seal.

Respectfully Submitted,

Of Counsel:

Galloway, Johnson, Tompkins,
Burr & Smith

By: /s/Mark E. Seamster
**MARK E. SEAMSTER (#17136)**
#3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Tel:   (985) 674-6680
Fax:   (985) 674-6681
Email: cthomas@gjtbs.com
Counsel for Sunnybrook RV, L.L.C.

Sutterfield & Webb, L.L.C.

By: /s/James R. Sutterfield
**JAMES R. SUTTERFIELD (#12597)**
Sutterfield & Webb , LLC
650 Poydras Street, Suite 2715
New Orleans, LA 70130-6111
Tel.:  (504) 598-2715
Fax:   (504) 529-7197
Email: jsutterfield@swslaw.com
Counsel for Colony National Insurance Company

Deutsch, Kerrigan & Stiles

By: /s/Charles E. Leche
**CHARLES E. LECHE (#8218)**
755 Magazine Street
New Orleans, LA 70130
Tel:   (504) 581-5141
Fax:   (504) 566-1201
Email: cleche@dkslaw.com
Counsel for Lexington Insurance Company

Adams, Hoefer, Holwadel & Eldridge, LLC

By: /s/Gregory O. Currier
**GREGORY O. CURRIER (#16875)**
400 Poydras St., Suite 2450
New Orleans, LA 70130
Tel:   (504) 581-2606
Fax:   (504) 525-1488
Email: GOC@ahhelaw.com
Counsel for Arch Specialty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

/s/James R. Sutterfield
**JAMES R. SUTTERFIELD**