UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY

MDL NO. 1873

SECTION "N" (5)

JUDGE: ENGELHARDT

This Document Relates to:
All Cases

MAGISTRATE: CHASEZ

## NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**MAY IT PLEASE THE COURT:**

Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

### BACKGROUND

On March 30, 2012, the plaintiffs via the Plaintiffs Steering Committee, on the one hand, and Sunnybrook RV, L.L.C. and its insurers, Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company, entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation. In order to comply with the terms of the aforementioned MOU, Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company request that their Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

## LAW AND ARGUMENT

"The public has a common law right to access judicial records and proceedings, although the right is not absolute." *Bahwell v. Stanley-Bostitch, Inc.*, No. 00-0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002). A district court has discretion to seal judicial records, but "must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 599 (1978)). However, courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al v. Jim Hood, et al*, 07-188, 2010 WL 3522445 at *2-3 (S.D. Miss. Sept. 2, 2010) (citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 788 (3rd Cir. 1994)).

Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company request that their Motion for Authority to Deposit Settlement Funds into the Registry of the Court be filed under seal to comply with the confidentiality provisions of the MOU. It is necessary for the motion and order to be sealed to protect the confidentially of settlement. Confidentiality is an important provision in this negotiated settlement of many claims in this multidistrict litigation that have been pending for several years. Therefore, preserving the confidentiality of the settlement terms significantly outweighs whatever slight interest the public may have in learning the terms of the settlement.

## DURATION OF SEALING AND PROCEDURES FOR HANDLING

Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company propose that the documents be maintained

under seal until the final adjudication of this action, including the resolution of any appeals, at which time such documents are to be returned to Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and/or Colony National Insurance Company or destroyed, or upon the agreement of Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, Colony National Insurance Company, and Plaintiffs' Liaison Counsel on behalf of all plaintiffs, at which time such documents may be made public. Pursuant to Local Rule 5.6(E), each document filed under seal will be maintained in the clerk's office sealed in a manila envelope clearly labeled "UNDER SEAL" and bearing the case number, caption, a reference to the order granting leave to file under seal, and a description of the documents. Access to the sealed documents will be limited to Court personnel, special masters appointed by the Court, and counsel for Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, Colony National Insurance Company, and Plaintiffs' Liaison Counsel, unless otherwise ordered by the Court after a contradictory motion by any other person seeking access to the sealed documents.

## CONCLUSION

For the foregoing reasons, Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company respectfully request that they be granted leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

                                      Respectfully Submitted,

Of Counsel:

Galloway, Johnson, Tompkins,
Burr & Smith

                                By: /s/Mark E. Seamster
                                    **MARK E. SEAMSTER (#17136)**
                                    #3 Sanctuary Boulevard, Suite 301
                                    Mandeville, Louisiana 70471
                                    Tel:   (985) 674-6680
                                    Fax:   (985) 674-6681
                                    Email: cthomas@gjtbs.com
                                    Counsel for Sunnybrook RV, L.L.C.

Sutterfield & Webb, L.L.C.

                                By: /s/James R. Sutterfield
                                    **JAMES R. SUTTERFIELD (#12597)**
                                    Sutterfield & Webb , LLC
                                    650 Poydras Street, Suite 2715
                                    New Orleans, LA 70130-6111
                                    Tel.:   (504) 598-2715
                                    Fax:   (504) 529-7197
                                    Email: jsutterfield@swslaw.com
                                    Counsel for Colony National Insurance Company

Deutsch, Kerrigan & Stiles

                                By: /s/Charles E. Leche
                                    **CHARLES E. LECHE (#8218)**
                                    755 Magazine Street
                                    New Orleans, LA 70130
                                    Tel:   (504) 581-5141
                                    Fax:   (504) 566-1201
                                    Email: cleche@dkslaw.com
                                    Counsel for Lexington Insurance Company

Adams, Hoefer, Holwadel & Eldridge, LLC

By: /s/Gregory O. Currier
**GREGORY O. CURRIER (#16875)**
400 Poydras St., Suite 2450
New Orleans, LA 70130
Tel: (504) 581-2606
Fax: (504) 525-1488
Email: GOC@ahhelaw.com
Counsel for Arch Specialty Insurance Company

### CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

/s/James R. Sutterfield
**JAMES R. SUTTERFIELD**