UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY                                        SECTION "N" (5)

                                                         JUDGE: ENGELHARDT

This Document Relates to:                                MAGISTRATE: CHASEZ
All Cases

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court by Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company, the Court hereby finds that interest of the public in accessing the terms and conditions of the settlement is outweighed by the interests of Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, Colony National Insurance Company, and plaintiffs in this multidistrict litigation in protecting the confidentiality of the terms of the settlement.  Therefore, the sealing of the Motion for Authority to Deposit Settlement Funds into the Registry of the Court is necessary.

**IT IS ORDERED** that Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company's motion is GRANTED and that Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company are granted leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court in the manner prescribed by Local Rule 5.6(E).

**IT IS FURTHER ORDERED** that the Clerk of Court shall maintain the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed under seal until the final adjudication of this action, including the resolution of any appeals, at which time such documents are to be returned to Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and/or Colony National Insurance Company or destroyed, except as otherwise provided by further order of this Court.

**IT IS FURTHER ORDERED** that no person other than Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company, its counsel, Plaintiffs' Liaison Counsel, Court personnel and any special master appointed by this court shall be allowed access to the documents or records filed under seal pursuant to this Order, except as otherwise provided by further order of this Court.  Any person seeking to access the documents or records filed under seal pursuant to this Order shall seek leave by filing a contradictory motion.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____

UNITED STATES DISTRICT JUDGE