UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | MDL NO. 1873 |
| | SECTION "N" (5) |
| | JUDGE: ENGELHARDT |
| This Document Relates to: All Cases | MAGISTRATE: CHASEZ |

### NOTICE OF REQUEST TO SEAL

PLEASE TAKE NOTICE that defendants, Sunnybrook RV, L.L.C., Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company, have made a request to seal documents through their Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully Submitted,

Of Counsel:

Galloway, Johnson, Tompkins,
Burr & Smith

By: /s/Mark E. Seamster
**MARK E. SEAMSTER (#17136)**
#3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Tel:   (985) 674-6680
Fax:   (985) 674-6681
Email: cthomas@gjtbs.com
Counsel for Sunnybrook RV, L.L.C.

Sutterfield & Webb, L.L.C.

By: /s/James R. Sutterfield
**JAMES R. SUTTERFIELD (#12597)**
Sutterfield & Webb , LLC

        650 Poydras Street, Suite 2715
        New Orleans, LA 70130-6111
        Tel.:   (504) 598-2715
        Fax:   (504) 529-7197
        Email: jsutterfield@swslaw.com
        Counsel for Colony National Insurance Company

Deutsch, Kerrigan & Stiles

        By: /s/Charles E. Leche
        **CHARLES E. LECHE (#8218)**
        755 Magazine Street
        New Orleans, LA 70130
        Tel:   (504) 581-5141
        Fax:   (504) 566-1201
        Email: cleche@dkslaw.com
        Counsel for Lexington Insurance Company

Adams, Hoefer, Holwadel & Eldridge, LLC

        By: /s/Gregory O. Currier
        **GREGORY O. CURRIER (#16875)**
        400 Poydras St., Suite 2450
        New Orleans, LA 70130
        Tel:   (504) 581-2606
        Fax:   (504) 525-1488
        Email: GOC@ahhelaw.com
        Counsel for Arch Specialty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

/s/James R. Sutterfield
**JAMES R. SUTTERFIELD**