## United States District Court
## Eastern District of Louisiana

In Re: Fema Trailer Formaldehyde Product Liability Litigation

MDL No. 1873

Section "N-5"

Judge Engelhardt
Mag. Judge Chasez

**This Document Is Related to the FEMA Manufactured Home Defendants Settlement**

## Notice of Appeal Rights

I hereby acknowledge that my objection has been denied by the Special Master. I understand that I have a right to appeal this denial and may appeal such ruling to the District Court.

In order to appeal, I must file a written objection in the record to the District Court on or before **April 12, 2012** and simultaneously mail the appeal to the Special Master (Office of the Special Master/Formaldehyde-Manufactured Home Defendants Settlement, P. O. Drawer 82180, Baton Rouge, LA 70884-2180) by this date. Untimely appeals will not be considered.

The pleading shall utilize the above caption and shall be entitled "Appeal of Special Master Ruling on Objection." Failure to comply with this procedure will be deemed to be a waiver and/or withdrawal of any objection or appeal.

The Appeal must set forth the basis of the appeal and include all evidence to support the appeal.

The Court, in ruling on an appeal, may award more or less than the Special Master.

I acknowledge receipt of the Notice of Appeal Rights.

Kathy Towe for Anthony Todd Towe, Jr.
Name (Print)

*Kathy A Towe*
Signature

19864
Claim Number

3/23/2012
Date

**EXHIBIT 2**