AUDREY  DANGERFIELD           CLAIM#22170       SEQ#4737

4348 Gordon Woods Drive                Social Security : 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
PO BOX 4981                            Date of Birth: November 25, 1957
Lake Charles, Louisiana  70606-4981
Phone: (337) 564-0988
Cell:   (337) 391-1153
**Attorney : The Buzzbee Law Firm**    JPMorgan Chase Tower      (713) 223-5393
                                       600 Travis, Suite 7300    Houston, Texas 77002

April 9, 2012

**Office of the Special Master**
Manufactured Home Defendants Litigation Allocation Objections
PO BOX 82180
Baton Rouge, Louisiana  70884-2180

RE: OBJECTION (Reject Allocation Amount)

My reasons for objection of the allocated amount is based upon LONG-TERM adverse ongoing affect being exposed to the formaldehyde in the FEMA Mobile Home without ANY knowledge of its presence for over 12 months has altered my quality of life medically, physically, emotionally, and as well as marriage (underwent a divorce).  This exposure also affected my grand daughter (Bailey Joi Auzenne Celestine) who resided with me beginning at 3-months of age in the trailer while her mother worked in Ohio.

   **1.) Medically/Emotionally/Mentally/Physically**: aggravated an existing condition with vision (Glaucoma of eyes) by elevating eye pressure/severe eye irritation leading from just eye drops to eye surgery on both eyes; created chronic Sinus problems; respiratory problems (breathing and chronic coughing); multiple lymph nodes; severe skin irritation/ discoloration which has affected me physically, emotionally/mentally thus causing an adverse result in my previous marriage(he filed/a divorce granted on 2/21/2007); phobia concerning long-term affect on myself and even **greater** my grand daughter (multiple ER visit; Hospitalization  (2); any many doctor visit including seeing a kid's specialist for chronic respiratory problems, asthma ( uses two types of inhaler with a breathing machine, and sinus with some minor skin rashes in beginning).  A greater fear and stressful occurrence was when my brother living who was residing in a FEMA Travel Trailer nearly lost his life from his lungs being damage resulting in surgery for a Double Lung Replacement.
   **2.) Quality of life Socially** has changed immensely . I'm fearful of entering into another relationship because of insecurities regarding location of skin discoloration on body. Do not visit anyone living in trailer because of health concerns and fears. My inability to interact socially has been altered as a result of the adverse reaction to exposure.
   **3.) Removed from Trailer to house** by FEMA because of many concerns and problems with trailer after living there from 3/2006 thru November 3, 2007.  On the day prior to totally re-locating a representative came to test formaldehyde content.  The name  of Rep. I have forgotten but his phone number was (714) 476-2416.  I do not know if he performed the test or not- I left to complete relocating.
   **4.) Long term concerns/fears/emotional stress concerning grand daughter after enduring the side affects my brother went through as still on-going:** Bailey Joi Auzenne Celestine has spent most of her life since almost 4-months in and out of medical clinics/ hospital.  She want be able to attend any school trips unless approved by doctor because of the asthma/ bronchial attacks.  I feel she hadn't been able to have a fruitful beginnings/quality of life at an early age  because of exposure.



I am thankful that FEMA provided housing for my Family but my greatest REGRETS is the exposure to an innocent baby and myself as well as others. I DONOT believe anyone would have overlooked such a great concern in spite of the disaster.

I will provide all the medical records for both my grand daughter and myself ( Buzzbee Law Firm has all records up until filing); witnesses or notarized affidavits of witnesses; any other document needful to prove why I reject/object allocation.

Regrettably although many avenues have been applied medically to alter the adverse reaction BUT the meds or treatments provided can only *maintain* but **NOT** *eliminate* any present on going conditions. Any allocation change can ONLY offset any addition medical fees or treatment condition not covered or partially covered by insurance. It can not make the personal fears/ or long tem concerns go away.

Thanks for the opportunity to further address my concerns then, now, and future regarding my grand daughter and myself medical conditions.

Cordially,
Audrey Dangerfield

XC: For Record & Buzzbee Law Firm

**Grand daughter Information:**   **Bailey Joi Auzeene Celestine**
543 Robert Roost Drive
Lake Charles, Louisiana  70615
Birth: February 20, 2007
SSN: 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
**Mother: Tasheena R. Celestine**
 Telephone(337) 249-4175
 SSN:  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

**Mobile Home Information:**   MANUFACTURER:  PATROIT HOMES
VIN:  4XTTN30266C264458
 FEMA ID#:   SERIAL # CV5328IN
BAR CODE#:   1338989
DIMINSION:   64' X 14'
MOVE IN:   3/2006      MOVE OUT: 12/2007
**LOCATED:**   1451 MAIN STREET
LAKE CHARLES, LOUISIANA  70615 (CHURCH GROUND)