UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

Considering the Special Master's Rulings and Report on FEMA Manufactured Home Defendants' Objections and Appeals:

IT IS HEREBY ORDERED THAT the Court adopts the Special Master's rulings and recommendations on the objections and appeals.

New Orleans, Louisiana, this ____ day of April, 2012.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA