UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| This Document Relates to All Cases | * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court:

**IT IS ORDERED** that Heartland Recreational Vehicles, LLC is granted leave of Court to file Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court.

New Orleans, Louisiana, this  26th  day of April, 2012.

_____
United States District Court

L:\375\8362\Doc\06 Order re Mtn for Leave.doc

1