UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, | * | CIVIL ACTION NO. 08-1094 |
| INDIVIDUALLY, AND AS THE | * | **Consolidated with MDL 07-1873** |
| LEGAL REPRESENTATIVE | * | |
| OF RAYMOND GAUTREAUX, SR. | * | SECTION N (4) |
| Plaintiffs | * | JUDGE: ENGELHARDT |
| vs. | * | |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
| Defendants | * | |

*********************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT**,** through undersigned counsel, come Plaintiffs, Henry Gautreaux, et al., who respectfully request this Honorable Court for an order enrolling attorney Amber E. Cisney, of the Law Office of Richard J. Fernandez LLC, 3000 W. Esplanade, Suite 200, Metairie, Louisiana, 70002, as additional counsel of record for Plaintiffs in this matter, and in support thereof, shows as follows:

1)   Amber E. Cisney is a member in good standing of the Louisiana State Bar (Louisiana Bar No. 28821.)

2)   Amber E. Cisney requests permission to enroll as additional counsel in this matter on behalf of Plaintiffs, and her appearance will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiffs pray that Amber E. Cisney be allowed to enroll as additional counsel in the above-captioned matter.

Respectfully submitted,

s/ L. Eric Williams
L. ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
433 Metairie Rd, Suite 404
Metairie, Louisiana  70006
Telephone: (504) 832-9898
Facsimile:   (504) 834-9811
eric@amlbenzene.net

&

/s/ Richard J. Fernandez
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
rick@rjfernandez.net
amber@amlbenzene.net
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding by ECMF, email  or facsimile on this 30th day of April, 2012.

/s/Richard J. Fernandez
Richard J. Fernandez