UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, | * | CIVIL ACTION NO. 08-1094 |
| INDIVIDUALLY, AND AS THE | * | **Consolidated with MDL 07-1873** |
| LEGAL REPRESENTATIVE | * | |
| OF RAYMOND GAUTREAUX, SR. | * | SECTION N (4) |
|   Plaintiffs | * | JUDGE: ENGELHARDT |
|     vs. | * | |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
|   Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING Plaintiffs' Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that attorney Amber E. Cisney be and is hereby enrolled as additional counsel for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
J U D G E