# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.¹,²
KENNETH H. LABORDE¹,²
LAMBERT M. LAPEROUSE¹
ROBERT I. SIEGEL¹,²
ANDREW A. BRAUN¹,²
LEO R. MCALOON III¹,²
JOHN E. W. BAAY II¹,²,³
ANDREW M. ADAMS¹,²
MARGARET L. SUNKEL¹
DANIEL G. RAUH¹
RACHEL G. WEBRE¹
BRENDAN P. DOHERTY¹,²

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER⁶
MICHAEL D. CANGELOSI
TARA E. CLEMENT⁶
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE²
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON⁵
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE⁴
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
  ALISTAIR M. WARD
  CONNIE L. HAWKINS⁴
  CHARLOTTE A. FIELDS⁵
  J. MICHAEL DIGIGLIA⁶

¹LAW CORPORATION
²ALSO ADMITTED IN TEXAS
³ALSO ADMITTED IN MISSISSIPPI
⁴ALSO ADMITTED IN FLORIDA
⁵ONLY ADMITTED IN TEXAS
⁶ALSO ADMITTED IN WASHINGTON
⁷ALSO ADMITTED IN COLORADO

July 28, 2011

Mr. Frank D'Amico, Jr.
Frank D'Amico, Jr.
622 Baronne St.
New Orleans, LA 70113

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
           MDL No.: 1873, Sec. N(4)
           Our File No.: 0200-24-7
           Supplemental Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

      This firm represents Forest River and Vanguard in the above referenced litigation. You received a Notice of Plaintiff Fact Sheet Deficiencies letters on April 6, April 7 or May 4, 2011. This letter serves as a supplement to the deficiencies noted in that previous deficiency letter.

      Because the attached deficiencies are a supplement to the deficiencies that were noted in these previous deficiency letters, any deficiency response that you made to those deficiency letters you previously received from our firm shall not serve as a response to this supplemental deficiency letter. Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies is specified by client.

      As you are aware, PTO 88 provides you with up to 60 days to provide a response to the attached deficiencies for each plaintiff that actually cures those deficiencies or the plaintiff may be subject to dismissal.


EXHIBIT F

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Frank D'Amico, Jr.
July 28, 2011

| | |
|---|---|
| **Matthews, Rhonda** | **Matthews, Sanora** |
| **Mckinley, Alosia** | **Meredith, Beverly J.** |
| **Meredith, Shannon** | **Owens, Marilyn K.** |
| **Owens, Nicholas** | **Owens, Taylor** |
| **Parker, Danielle** | **Pate, Rita H.** |
| **Pate, Vinny** | **Payne, Hashall** |
| **Pellissier, Grant** | **Pellissier, Julia** |
| **Perkins, Joseph E.** | **Perkins, Rondel** |
| **Perkins, Vanez A.** | **Perkins, Venlisha** |
| **Phillips, Harrison** | **Ross, Louise M.** |
| **Royal, Jr., Shannon** | **Sanchez, Jr., Andrew** |
| **Sanders, Phil** | **Schexnayder, Valeria** |
| **Serpas, Samantha** | **Simmons, Alicia** |
| **Simmons, Benton, Jr.** | **Simmons, Bessie B.** |
| **Simmons, Charlotte, M.** | **Small, Cynthia** |
| **Smith, Delores** | **Smith, III, Gus** |
| **Snowden, Emily** | **Snowden, Jaimie** |
| **Spinella, Robert** | **Stevens, Jr., Robert C.** |
| **Stokes, Jr., Travon** | **Tate, Donald** |
| **Thomas, Mannie** | **Thompson, Valerie** |
| **Thurmond, Sr., Edward** | **Tolliver, Jeffery** |
| **Travis, Jordan** | **Travis, Veronica M.** |
| **Turner, Hannah** | **Ussin, Louis** |
| **Valentine, Brenetta** | **Wagnon, Jr., Robert A.** |
| **Wagnon, Robert** | **Walker, Darrell** |
| **Washington, Pearl P.** | **Watkins, Wilhelmina** |
| **Weber, Michael** | **Weldon, Jr., Paul** |
| **White, Jr., Sterling** | **White, Sr., Sterling** |
| **Wickramasekera, Anthony** | **Wickramasekera, Corey** |
| **Williams, Do'asia** | **Williams, Horace** |
| **Williams, III, Robert** | **Williams, Jamyra** |
| **Williams, Jasmin** | **Williams, Jeremy** |
| **Williams, Nedra** | **Williams, Stacy** |
| **Williams, Trey** | **Williams, Troy** |
| **Wilson, John** | **W███, D███** |
| **Wood, Jr., Dexter** | **Woodard, James** |
| **Youngblood, Bruce A.** | |

# Frank D'Amico, Jr.

## Travis, Veronica M.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)
- Prior Medical History
- Only if You are Requesting Reimbursement of Medical Expenses

## Turner, Hannah

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Manufacturer
- Smoking History of Other Trailer Resident(s)
- Future Medical Claim
- Psychological Treatment
- Prior Medical History
- Only if You are Requesting Reimbursement of Medical Expenses
- Only if You are Making a Wage Claim
- Number of Hours Spent in the Trailer Each Day
- Certification Signed by Plaintiff

## Ussin, Louis

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)
- Only if You are Requesting Reimbursement of Medical Expenses
- Certification Signed by Plaintiff

## Valentine, Brenetta

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Names of All Trailer Residents
- Smoking History of Other Trailer Resident(s)
- Future Medical Claim
- Psychological Treatment
- Prior Medical History
- Only if You are Requesting Reimbursement of Medical Expenses
- Only if You are Making a Wage Claim
- Number of Hours Spent in the Trailer Each Day
- Certification Signed by Plaintiff

## Wagnon, Jr., Robert A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- FEMA I.D. #
- Bar Code
- Smoking History of Other Trailer Resident(s)
- Only if You are Requesting Reimbursement of Medical Expenses
- Certification Signed by Plaintiff

33

# Frank D'Amico, Jr.

**W███, D███**

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- FEMA I.D. #
- Names of All Trailer Residents
- Smoking History of Other Trailer Resident(s)
- Psychological Treatment
- Only if You are Making a Wage Claim
- Number of Hours Spent in the Trailer Each Day
- Certification Signed by Plaintiff

## Wood, Jr., Dexter

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- FEMA I.D. #
- Names of All Trailer Residents
- Smoking History of Other Trailer Resident(s)
- Only if You are Making a Wage Claim
- Number of Hours Spent in the Trailer Each Day
- Certification Signed by Plaintiff

## Woodard, James

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Names of All Trailer Residents
- Smoking History of Other Trailer Resident(s)
- Future Medical Claim
- Psychological Treatment
- Prior Medical History
- Only if You are Requesting Reimbursement of Medical Expenses
- Only if You are Making a Wage Claim
- Number of Hours Spent in the Trailer Each Day
- Certification Signed by Plaintiff

## Youngblood, Bruce A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)
- Only if You are Requesting Reimbursement of Medical Expenses

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Frank D'Amico, Jr.
July 28, 2011

   If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504) 654-1347.

                Sincerely,
                Gieger, Laborde & Laperouse, LLC

                J. Mike DiGiglia

JMD/maa/kbd

cc: Andrew Weinstock, Esq.
   Justin Woods, Esq.
   Dave Kurtz, Esq.
   Henry T. Miller

39