# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027-9064
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL[2]
A. SIMONE MANUEL

JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]
J. MICHAEL DiGIGLIA[6]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON
[6] ALSO ADMITTED IN COLORADO

August 8, 2011

Watts Hilliard, LLC
2506 N. Port Ave.
Corpus Christi, TX 78401

   RE: **FEMA Trailer Formaldehyde Product Liability Litigation**
      **MDL No.: 1873, Sec. N(4)**
      **Our File No.: 0200-24-7**

Dear Counsel:

  This firm represents Forest River and Vanguard in the above referenced litigation. Below is a list of deficiencies associated with the Plaintiff Fact Sheets ("PFS") submitted by your office. The deficiencies listed below are pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies is specified by client.

  As you are aware, PTO 88 provides you with up to 60 days to provide a response to the attached deficiencies for each plaintiff that actually cures those deficiencies or the plaintiff may be subject to dismissal. Accordingly, your client's responses to our deficiency must be provided to our office on or before October 7, 2011.

  Should you have any questions regarding the foregoing, please do not hesitate to contact my office.

**Abadie, Gail:**
Checklist (Section III.C.)
Diagnosed Illness (Section III.C.3 – first question below chart)
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Plaintiff's Smoking History (Section VI.C.)


EXHIBIT B

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Watts Hilliard, LLC
August 8, 2011
Page **27** of **62**

**Hughes, Sr., Richard:**
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Prior Medical History (Section VI(F) (1&4)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)
Signed Certification

**Huyah, Ky:**
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Huynh, My:**
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Prior Medical History (Section VI(F) (1&4)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)
Signed Certification

**Huynh, Phuoc:**
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Imposn, Jon D. (Impson, Jon Denise):**
Plaintiff's Name (Section II.A)
Psychological Treatment (Section III.C.8.)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Ingram, Jenae:**
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Prior Medical History (Section VI(F) (1&4)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Watts Hilliard, LLC
August 8, 2011
Page 34 of 62

**Luton, Jr., Aaron:**
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Maillet, Allissa:**
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Prior Medical History (Section VI(F) (1&4)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)
Signed Certification

**Mallini, Ashley R.:**
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Mallini, II, Anthony J.:**
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Mallini, Katherine L.:**
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Major, Sherman:**
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Marshall, Albert:**
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.A-D)
Signed Certification

**Marshall, ReElla:**
Number of hours spent in the trailer each day (Section V.13.)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Signed Certification

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Watts Hilliard, LLC
August 8, 2011
Page 55 of 62

Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)
Signed Certification

**Taylor, Jr., Marvin:**
Checklist (Section III.C.)
Diagnosed Illness (Section III.C.3 – first question below chart)
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Prior Medical History (Section VI(F) (1&4)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)
Signed Certification

**Thomas, Keara L.:**
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Only if you are making a wage claim (Section IV.F.3.)
Number of hours spent in the trailer each day (Section V.13.)
Names of all trailer residents (Section V.E. – Only if no VIN provided)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Prior Medical History (Section VI(F) (1&4)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)
Signed Certification

**Thompson, Carol (Thompson, Carolyn):**
Plaintiff's Name (Section II.A)
Psychological Treatment (Section III.C.8.)
Only if you are requesting reimbursement of medical expenses (Section III.C.9.)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Thornton, Lilly Caroline:**
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Tran, Candie (Tran, Candice):**
Plaintiff's Name (Section II.A)
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

**Tran, Nga:**
Smoking History of Other Trailer Resident(s) (Section VI.D.)
Treatment for formaldehyde Related Injury (Section VII.B.)
Produce Records (Section VIII.B)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Watts Hilliard, LLC
August 8, 2011
Page **62** of **62**

Additionally, the following files contained on disc "*New PFS (Watts Hilliard), Albert Williams, et al. vs. Forest River, Inc, et. Al.*" received by Plaintiff's Liaison Counsel on or about December 8, 2009 read error and were unable to be opened. Please provide us with a completed Plaintiff Fact Sheet for each of the below named files.

| | | |
|---|---|---|
| 199884 | 207890 | 222780 |
| 200379 | 208030 | 225053 |
| 201525 | 208842 | 225866 |
| 201653 | 210057 | 225876 |
| 201841 | 211571 | 225887 |
| 202198 | 211573 | 226353 |
| 202205 | 211700 | 226360 |
| 202770 | 211976 | 226812 |
| 203055 | 212544 | 226819 |
| 203448 | 216041 | 226913 |
| 205075 | 216085 | 227057 |
| 205778 | 216097 | 229468 |
| 207029 | 216986 | 229560 |
| 207633 | 216993 | 229774 |
| 207715 | 220447 | |
| 207876 | 222221 | |

Sincerely,

J. Mike DiGiglia

JMD/kbd

Cc: Andrew Weinstock, Esq.
Justin Woods, Esq.
David Kurtz, Esq.
Henry T. Miller