**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Tuesday, August 16, 2011 3:43 PM
**To:** Mike DiGiglia
**Cc:** Nicole Porter; Timothy Weitzel; Wynter Lee
**Subject:** FEMA

Mike:

According to PTO 86, page 6, paragraph 2.02, the deadline for deficiency letters was June 30, 2011. In addition, PTO 88 does not allow for supplemental deficiency notices. Therefore your letters of July 28, 2011 are untimely and Plaintiffs are under no obligation to respond to the same. If you have any questions, please do not hesitate to call.


Chris Pinedo
Attorney at Law
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Office (361) 946-1474
Cell (361) 244-2278

Confidentiality Statement:
This email transmission, and any documents, files or email messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is Strictly Prohibited. If you are receiving this transmission in error, please destroy the original transmission and its attachments without reading them.



EXHIBIT C

**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Monday, August 29, 2011 4:28 PM
**To:** Mike DiGiglia
**Cc:** Timothy Weitzel; Wynter Lee; Nicole Porter; 'David Watts'
**Subject:** August 8, 2011 Forest River Deficiency Letter

Mike:

According to PTO 86, page 6, paragraph 2.02, the deadline for deficiency letters was June 30, 2011. In addition, PTO 88 does not allow for supplemental deficiency notices. Therefore your letter of July August 8, 2011 (attached), regarding deficiencies is untimely and Plaintiffs are under no obligation to respond to the same.   If you have any questions, please do not hesitate to call.


Chris Pinedo
Attorney at Law
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Office (361) 882-1612
Cell (361) 244-2278

Confidentiality Statement:
This email transmission, and any documents, files or email messages attached to it, may contain confidential information that is attorney work product or legally privileged.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is Strictly Prohibited. If you are receiving this transmission in error, please destroy the original transmission and its attachments without reading them.