# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
**NEW ORLEANS, LOUISIANA 70139-4800**
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON


May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401

Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
USDC, EDLA, MDL № 09-1873
Our Ref №: 0200-24-7

Dear Counsel:

Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**09-7857** **Acker, Chiquita v. Forest River**
Brown, Leonard
Jabralyn Martin
Jeremiah Martin
Keener, Charlotte

**09-7889** **Alexander, Rikita v. Forest River**
Chad Oubre
Dearek Fairley
Excell Dorsette
Draughon, Darrell
Darrell Draughon
Lynnard, Paul
Moore, Keisha
Nguyen, Tran
Octavia Nunn
Riley, Ronald
Franklin Wells



**09-6496** **Baker, Susan v. Forest River**

Baker, Susan
Collier, Sandy
Covington, Kathleen
Demoll, Terry
Lyons, Becky
Walker, Edward

**08-5031** **Bauer, Belinda v. Liberty Homes**

Giavotella, Michele o/b/o L.G

**10-2324** **Boutachanthavong, Pear v. Forest River**

Boutachanthavong, Kham Phong
Boutachanthavong, Pear
Boutachanthavong, Phimphone o/b/o A.B.
Boutachanthavong, Phimphone o/b/o A.B.
Boutachanthavong, Phimphone o/b/o A.K.
Khamphiphone, Isreth

**09-6504** **Bradley, Latoya v. Forest River**

Adams, Heather
Alford, Joseph
Alfred, Janice
Arceneaux, Courtney o/b/o Briana Garcia
Arceneaux, Courtney o/b/o Caitlin Garcia
Arceneaux, Courtney o/b/o Megan Garcia
Arceneaux, Courtney o/b/o Veronica Garcia
Bardwell, David
Bishop, Charles
Bishop, Sandra
Bishop, Sandra o/b/o Sydney Bishop
Bishop, Sandra o/b/o Taylor Bishop
Blank, Gail
Bosarge, Pamela o/b/o Gregory Bosarge
Boyd, Mark o/b/o Alexis Boyd
Boyd, Mark o/b/o Demarcus Boyd
Bradicich, Dennis
Branger, Peggy
Brown, Edgar
Cannette, Claire
Carver, Evelyn o/b/o Johnie Carver
Courteaux, Jody o/b/o Austin Courteaux
Davenport, Myron
Dillard, William
Esquivel, Beverly o/b/o Christina Esquivel
Fricke, Lance
Keel, Kelly o/b/o Zack Keel
Ladner, Leah o/b/o Lane Ladner
Ladner, Leah o/b/o Nathan Ladner
Ladner, Leah o/b/o Shelby Sharlley
Ladner, Lyonie
Ledma, Lulu o/b/o Chelsea Cuevas
Marek, Ruth o/b/o Abbygayle Lemmon
Marek, Ruth o/b/o Dennis Lemmon
McKay, Theresa o/b/o Tianna Lang
Necaise, Kay
Osterholm, Tammy o/b/o Anna Fields
Page, James
Patterson, Rita o/b/o Kaitlyn Patterson
Poillion, Ashley
Rager, Harry
Robertson, Danielle
Rothwell, Dorothy
Rothwell, Fredrick
Ruffin, Breana
Ruffin, Robert
Ruffin, Robert
Schwartz, Tracy
Schwartz, Tracy o/b/o Arielle Schwartz
Smith, Donna
Spiers, Regina o/b/o Douglas Spiers
Swicegood, Rick

Green, Ashley
Green, George
Green, Mary
Green, Patricia
Honea, William
Impson, Jon
Jones, Korridon o/b/o Lucas Jones
Trawick, Trawick
Trotter-Dedeaux, Kathryn obo Chris Burton
Walters, Ruby
Walton, Barbara obo Jeremiah McDowell
Wilson, Cassey
Wittmann, Michael
Wittmann, Phillip

**09-7072** **Burks, Aarien v. Forest River**

Adams, Heather o/b/o Gavin Poillion
Adams, Sheronda o/b/o Mahahia Fairley
Albert, Reyon o/b/o Caydel Albert
Amacker, Challice o/b/o Jordan Jarrell
Anderson, Jan
Arceneaux, Billy
Bailey, Roxanne
Bailey, Roxannie o/b/o Amara Bailey
Baptiste, Tiffany
Baptiste, Tiffany o/b/o Racquel Baptiste
Baptiste, Tiffany o/b/o Rashad Baptiste
Baptiste, Tiffany o/b/o Raven Baptiste
Baptiste, Tiffany o/b/o Rayion Scott
Barns, Peggy
Batiste, Arian
Bermond, Annette
Bermond, Christopher
Bermond, Chris o/b/o Estate of Dalton
Biggs, Raven
Biggs, Raven o/b/o Deljay Bailey
Bolden, Donnell
Bolden, Elizabeth
Bolden, Elizabeth o/b/o Donnell Bolden
Bolden, Kevin
Bright, Juanita
Brimage, Charity
Brimage, Dajanae
Brimage, Deonshae
Brimage, Valecia
Brimage, Valecia o/b/o Keivon Brimage
Brooks, Charmaine o/b/o Natoreon Wolfe
Brown, Sherman o/b/o Sherman Major
Burks, Aarien o/b/o Aairen Burks
Leshore, Avery
Leshore, Torie
Leshore, Torie o/b/o Tamerra Leshore
Leshore, Torie o/b/o Teara Leshore
Loper, Sarah
Loper, Sarah o/b/o Sharmaine Loper
Lucas, Clarence
Luton, Aaron
Mallini, Anthony o/b/o Anthony Mallini
Mallini, Anthony o/b/o Ashley Mallini
Mallini, Anthony o/b/o Katherine Mallini
McNair, Kimberly o/b/o Cameron McNair
Mistretta, Jessica
Mistretta, Jessica o/b/o Jayde Halia
Mistretta, Jessica o/b/o Jolee Williams
Mitchell, Ethel
Mitchell, Yvonne
Moody, Johnna
Moody, Johnna o/b/o Tristan Tyner
Moore, Brenda
Moore, Charles
Moore, Charod
Moore, Daniel
Moore, Derrick
Moore, Derrick o/b/o DeAysia Moore
Moore, Emma
Moore, Eric
Moore, Lakeshia
Moore, Sammie
Nguyen, May o/b/o Bobby Vo
Nguyen, May o/b/o Brian Vo
Nunn, Shana
Ordone, Terrence o/b/o Grace Ordone

Burks, Aarien o/b/o Adrianna Burks
Burks, Aarien o/b/o D'Asia Burks
Burton, Antonio
Byrd, Jennifer
Carbo, Danielle
Cuevas, Jearlene
Cuevas, Theofield
Dallas, Christine
Dedeaux, Marietta
Dedeaux, Marietta o/b/o Joshua Dedeaux
Dedeaux, Marietta o/b/o Paul Cunningham
Dedeaux, Tenia
Drake, Wilfred
Draughon, Nora
Dugas, Delrick
Durby, Victoria
Echoles, Angie o/b/o Joshua Echoles
Enterkin, Arnold
Evans, Sheila o/b/o Derek Evans
Evans, Sheila o/b/o Shelby Evans
Evans, Sheila o/b/o William Evans
Ewing, William
Formica, Anthony
Fowler, Lucy
Gaines, Sheila
Gaines, Sheila o/b/o Anthony Smith
Gaines, Sheila o/b/o Antjuan Smith
Gaines, Sheila o/b/o Raven Gaines
Gallimore, Candy
Gardina, Michelle
Giardina, Danny
Giardina, Loren
Giardina, Mary
Giardina, Ross
Goleman, Rebecca
Griffin, Linda o/b/o Ronnie Griffin
Hanshaw, Willie
Harbin, Bridgette o/b/o Clara Harbin
Harris, Charles
Hatampa, Esther o/b/o Ethan Hainsworth
Havard, Linda
Haynes, Lionel
Ordoyne, Skyler
Passaro, Cheryl
Passaro, Cheryl o/b/o Brittany Dunn
Passaro, Cheryl o/b/o John Passaro
Passaro, Cheryl o/b/o Samantha Martin
Pearson, Yvetta
Pearson, Yvetta o/b/o Erion Moore
Pearson, Yvetta o/b/o Nigel Moore
Peters, Myra
Pohlmann, Corey
Pohlmann, Jeffery
Pohlmann, Keely
Pohlmann, Keely o/b/o Amara Pohlmann
Pohlmann, Keely o/b/o Austin Pohlmann
Pohlmann, Laura
Porter, Natasha o/b/o Nykia Porter
Potter, Marybelle
Ragins, Oki
Ragins, Oki o/b/o Kasie Clayton
Ratliff, Ernest
Ratliff, Joan
Ray, Donovan
Ray, Jeanne
Ray, Patricia
Ray, Patricia o/b/o Cam'rom Ray
Raymond, Lisa
Riley, Robert
Robbins, Barbara
Roberson, Andrea
Robinson, Leslie o/b/o Ivan Robinson
Ruffin, Breana o/b/o Ashanti Ruffin
Ruffin, Breana o/b/o Deundre Ruffin
Ruffin, Breana o/b/o Tyrek Ruffin
Rusfin, Andre
Rusfin, Leqaya
Ryan, Verna o/b/o Dominic Hall
Schwartz, Tracy o/b/o David Hill
Seaman, Deborah
Simon, Carlee
Singley, Melissa
Smith, Bertrand
Smith, Donna

Henderson, David obo Zackary Henderson
Hoda, Carolyn
Holifield, Danny
Holifield, Darla
Horn, Deborah
House, Norman
Huyah, Ky
Ingram, Keiosha o/b/o Kalyn Joseph
Ingram, Keisoha o/b/o Jenae' Ingram
Jackson, John
James, Alberta
James, Early Larry
James, Katona
James, Keith
Johnson, Theresa
Johnson, Theresa o/b/o Ariel Johnson
Johnson, Theresa o/b/o Tianna Lane
Ladner, Billy
Larkin, Carlos
Larkin, Deborah
Leonard, Dezmeon
McCann, Kimberly
McClantoc, Sheila
McConnell, Terry
McCord, Cindy o/b/o Joseph McCord
McCord, Cindy o/b/o Patrick McCord
McDaniel, Linda
McDaniel, Peggy
McDaniel, Peggy o/b/o Thomas Formica
McDaniel, Richard
McDevitt, Colleen
McInis, Darryl
McNair, Kimberly
Smith, Douglas & Havalyn obo Aimme Smith
Smith, Douglas o/b/o Katelynne Smith
Sprouse, Andy o/b/o Konner Sprouse
Steddum, Nichole
Stephens, Brenda
Stork, Christopher o/b/o Adrienne Stork
Taylor, April o/b/o B.T.
Thompson, Carolyn
Tran, Uyen
Twilbeck, Gloria
Walker, Erica
Walker, Erica o/b/o Kaitlyn Goff
Walker, Kelly
Ware, Vanessa
Washington, Elizabeth
Wehmeyer, Susan
Wells, Iris
Wescovich, Eli
Wescovich, Linda
Widle, Stacy
Wilkerson, Albert
Willard, Kimberly o/b/o Alec Willard
Willard, Kimberly o/b/o Logan Gallimore
Williams, Albert
Williams, Maxie
Williams, Ralph
Williams, Stanford
Williams, Tomeika
Wilson, Ronnie
Woods, Bonnie
Wright, Eileen
Young, Brandon

**09-7892** **Byron, Gerald v. Forest River**
Dawson, Felissia o/b/o Sherman Buckley
Decoux, Karen
Jones, Torrey

**10-2184** **Clements, Bernell v. Forest River**
Allen, Elica o/b/o I.A.
Anderson, Harold
Antoine, Gerald o/b/o Z.A.
Earl, Yvette o/b/o B.E.
Earl, Yvette o/b/o M.E.
Gary, Valarie o/b/o J.G.

Antoine, Robert
Bailey, Heidi
Bailey, Heidi o/b/o A.B.
Bailey, Heidi o/b/o R.L
Bardwell, Heather
Bardwell, Laura
Bardwell, Laura o/b/o B.B.
Bardwell, Monica
Barnes, Alexandria o/b/o A.B.
Barnes, Alexandria o/b/o B.B.
Barnes, Alexandria o/b/o K.B.
Bradburry, Linda o/b/o D.S.
Bradburry, Linda o/b/o L.A.
Brooks, Jennifer
Brooks, Jennifer o/b/o J.B.
Brumfield, LaBaron
Carter, McKinley
Clements, Bernell
Cole, LaQuetta
Cole, Laquetta o/b/o B.S.
Davis, Leonisa
Davis, Leonisa o/b/o J.B.
Davis, Wade
Dicks, Christopher
Dupuy, Greg
Durbin, Glenda
Earl, Joseph
Earl, Yvette
Goodwin, Shirley
Haynes, Mayola
Haynes, Mayola o/b/o L.H.
Malone, Troy
McGowan, Audroy o/b/o J.M.
McGowan, Audroy o/b/o S.R.
Mitchell, Amanda
Moore, Michelle
Morel, Harry
Murphy, Kellie
Murphy, Kellie o/b/o Estate of Terry Smith
Murphy, Kellie o/b/o J.S.
Nolan, Ballard
Nolan, Robert
Nolan, Robert
Santiago, Bernard
Santiago, Tamika
Santiago, Tamika o/b/o E.H.
Smith, Hubert
Smith, Joseph
Swanson, Linda o/b/o D.E.
Tran, Lien
Tran, Linh
Twilbeck, Clarence
Williams, Rudolph
Wilson, Andrew
Wilson, Don
Wilson, Don o/b/o D.W.

**09-7117** **Frierson, Shelly v. Vanguard**

Bilbo, Jacqueline o/b/o Kaleb Loper
Bilbo, Jacqueline o/b/o Miah Green
Frierson, Shelly o/b/o Courtney Barton
Frierson, Shelly o/b/o Jessica Barton
Frierson, Shelly o/b/o Lindsey Barton
Hawkins, Leroy
Hawkins, Shenea
Hawkins, Shenea o/b/o Jarryd Jacobs
Hawkins, Shenea o/b/o Justyn Jacobs
Seaman, Julie

**10-1296** **Ratliff, Jasmine v. Vanguard, LLC**

Bilbo, Jacqueline
Lacy, Elaine
Moore, Paulette
Paquet, Lori
Ratliff, Andrea
Ratliff, Joseph
Trahan, June
Williams, Michelle
Williams, Michelle o/b/o Michael Williams
Williams, Michelle o/b/o Richard Williams

Ratliff, Andrea o/b/o Jordin Ratliff
Ratliff, Jasmine
Williams, Michelle o/b/o Richelle Williams
Williams, Richard

**10-1265** **Rogers, Cherlyn v. Forest River**

Flores, Rachael o/b/o Timothy Williams
Goodley, Bernilla
Oliver, Herbert
Webb, Elizabety

**09-7834** **Seaman, Julie v. Vanguard, LLC**

McDaniel, Jack

**10-2190** **Stallworth, Lemuel v. Forest River**

Babineaux, Phillip
Bermond, Christopher
Bolden, Charles
Bouie, Leta
Bradbury, Linda
Brooks, Jessica
Burrage, Zanbernia
Carter, Berry
Chan, Quang
Coleman, Pauline
Coleman, Wanda
Coleman, Wanda o/b/o L.C.
Coleman, Wanda o/b/o T.C.
Cu, Karen
Cuevas, Amber
Cuevas, Amber o/b/o C
Cuevas, Amber o/b/o J.C.
Cuevas, Meghan
Daniels, Jerry
Dauphin, Lucille
DeLeon, Oscar
DeLeon, Sophia
DeLeon, Sophia o/b/o A.D.
DeLeon, Sophia o/b/o O.D.
DeLeon, Sophia o/b/o R.D.
Epps, Deborah
Epps, Mark
Epps, Meagan
Epps, Travis
Fairley, Jocelyn
Fells, Johnny
Lee, Shondreka
Lewis, Kimberly o/b/o R.S.
Lewis, Kimberly o/b/o S.S
Manuel, Tammy o/b/o J.M.
Minor, Tammy o/b/o T.M.
Minor, Tammy o/b/o T.M.
Moore, Ruby
Percle, August
Perrin, Judy
Perrin, Watson
Powell, Carleta
Powell, Carleta o/b/o D.R.
Powell, Carleta o/b/o L.P.
Price, Betty
Raine, Emma
Raine, James
Raine, James o/b/o J.R.
Rancifer, Lamonty
Ratliff, Felisha
Ratliff, Felisha o/b/o A.B.
Ratliff, Felisha o/b/o M.R.
Ratliff, Lucious
Rayburn, Travis
Reed, Andrea
Reed, Andrea o/b/o D.R.
Reynolds, Jamie
Scogin, Amanda
Scogin, Rebecca
Scogin, Rebecca o/b/o J.H.
Scogin, Rebecca o/b/o J.H.
Sellers, Anthony

Galmore, Essie
Galmore, Essie o/b/o A.G.
Galmore, Essie o/b/o C.G.
Galmore, Essie o/b/o C.G.
Galmore, Essie o/b/o C.G.
Galmore, Essie o/b/o J.R.
Galmore, Essie o/b/o S.G.
Galmore, Kenny
Galmore, Larry
Galmore, Shelia
Godwin, Dwight
Gowland, Kirby
Guyton, Sharon
Guyton, Sharon o/b/o B.G.
Guyton, Tyrell
Guyton, Wesley
Hahn, Holley
Hart, Jeanette
Hecker, Cle'lie
Hecker, Cle'lie o/b/o B.R.
Hecker, Cle'lie o/b/o J.H.
Hinton, Tommy
Hockett, Shirley
Howell, Pamela o/b/o K.J.
Hughes, Rusty
Johnson, Herman
Johnson, Jesse
Johnson, Joshuary
Jones, Ozell o/b/o Z.B.
Laneaux, Keoki
Lasy, Sanh
Lasy, Sanh o/b/o J.L.
Lasy, Sanh o/b/o V.L.
Lasy, Soumaly
Lasy, Soumaly
Lasy, Soumaly o/b/o D.L.
Lasy, Soumaly o/b/o J.L.
Lasy, Vixay
Lee, Don
Lee, Don
Lee, Pamela
McGowan, Audroy o/b/o S.S.
Simmons, Renada
Simmons, Renada o/b/o J.S.
Simmons, Renada o/b/o J.S.
Simoneaux, Tracy
Smith, Ben
Somphouk, Bun
Somphouk, Bun o/b/o J.P.
Stagg, Sylvia
Stallworth, Lemuel
Stallworth, Maxine
Stallworth, Seth
Sterling, Monique
Sterling, Monique o/b/o S.S.
Sterling, Monique o/b/o S.S.
Sterling, Monique o/b/o S.S.
Sterling, Sean
Stewart, Marvell
Stewart, Marvell o/b/o K.S.
Stewart, Marvell o/b/o K.S.
Taylor, Dorothy
Taylor, Dorothy o/b/o C.T.
Taylor, Dorothy o/b/o D.T.
Taylor, Dorothy o/b/o R.T.
Tran, Linh o/b/o V.C.
Tran, Linh o/b/o V.C.
Tran, Linh o/b/o V.T.
Tran, Linh o/b/o V.T.
Tran, Trang
Tran, Trang o/b/o K.T.
Tuberville, Caffie
Ulrich, Ann
Ulrich, John
Vanderbilty, Eugene
Villareal, Jessica
Vince, Nolan
Walker, Candice
Washington, Bernita
Washington, Bernita
Washington, Joshua
Washington, Joshua o/b/o J.G.
Washington, Kevin
Washington, Kevin

Minor, Bobby
Minor, Maggie
Minor, Tammy
Watson, Diedre
Williams, Yvonne
Young, Theresa

**09-4713** **Strickland, Ruth v. Forest River**

Alexander, Augustine
Marshall, Della
Pierre
Salter, Clifford
Salter, Inoka
Salter, Inoka o/b/o Makayla Salter
Salter, Jeanette
Spiehler, Anthony
Spiehler, Pamela

**09-7855** **Vallare, Jemalla v. Forest River**

Galvan, Emma
Galvan, Emma o/b/o Emma Galvan
Wilmore, Yvonne

**09-6503** **Walton, Barbara v. Forest River**

Adams, Heather
Arceneaux, Courtney o/b/o Briana Garcia
Arceneaux, Courtney o/b/o Caitlin Garcia
Arceneaux, Courtney o/b/o Megan Garcia
Arceneaux, Courtney o/b/o Veronica Garcia
Bardwell, David
Bishop, Charles
Bishop, Sandra
Bishop, Sandra o/b/o Sydney Bishop
Bishop, Sandra o/b/o Taylor Bishop
Blank, Gail
Bosarge, Pamela o/b/o Gregory Bosarge
Boyd, Mark o/b/o Alexis Boyd
Boyd, Mark o/b/o Demarcus Boyd
Bradicich, Dennis
Branger, Peggy
Cannette, Claire
Carver, Evelyn o/b/o Johnie Carver
Courteaux, Jody o/b/o Austin, Courteaux
Davenport, Myron
Dillard, William
Esquivel, Beverly o/b/o Cristina Esquivel
Fricke, Lance
Green, Ashley
Green, George
Green, Mary
Impson, Jon
Jones, Korridon o/b/o Lucas Jones
Keel, Kelly o/b/o Zack Keel
Ladner, Leah o/b/o Lane Ladner
Ladner, Leah o/b/o Nathan Ladner
Ladner, Leah o/b/o Shelby Sharlley
Ledma, Lulu o/b/o Chelsea Cuevas
Marek, Ruth o/b/o Abbygayle Lemmon
Marek, Ruth o/b/o Dennis Lemmon
McKay, Theresa o/b/o Tianna Lang
Osterholm, Tammy o/b/o Anna Fields
Page, James
Patterson, Rita o/b/o Kaitlyn Patterson
Poillion, Ashley
Rager, Harry
Rothwell, Dorothy
Rothwell, Fredrick
Ruffin, Breana
Ruffin, Robert
Ruffin, Robert
Schwartz, Tracy
Schwartz, Tracy o/b/o Arielle Schwartz
Smith, Donna
Spiers, Regina o/b/o Douglas Spiers
Trotter-Dedeaux, Kathryn obo Chris Burton
Walters, Ruby
Walton, Barbara o/b/o Jeremiah McDowell

Green, Patricia
Honea, William
Wilson, Casey

**09-6505** **Wells-Thompson, Najee v. Forest River**

Gasaway, Robert
Ladner, Thomas
Moore, Anna o/b/o M.M.
Reed, Marry
Wells-Thompson, Najee

**09-7855** **Wilkerson, Mary v. Forest River**

Wilkerson, Mary
Woods, Celestine
Woods, Maurice
Woulard, Tammy
Young, Linda

**09-7070** **Williams, Albert v. Forest River**

Acker, Rene o/b/o Jayden Acker
Acker, Rene o/b/o Maleygh Acker
Adams, Heather o/b/o Gavin Poillion
Adams, Heather o/b/o Kylee Adams
Adams, Sheronda o/b/o Mahahia Fairley
Alexander, Rikita o/b/o Marvin Taylor
Alford, Karen o/b/o Noah Bailey
Alford, Karen o/b/o Sydni Bailey
Alford, Karen o/b/o Tristin Bailey
Almacker, Derwood
Amacker, Challice
Ambrose, Yashenma o/b/o Aniyah Price
Ambrose, Yashenma o/b/o Ellic Laneaux
Andrews, Mark
Barbazon, Margie o/b/o Andre Barbazon
Bardwell, David
Barnes, Edgar
Barrington, Ross
Beamon, Wilson
Bennett, Carrie o/b/o Kadence Maurigi
Bennett, Pamela o/b/o Courtney Bennett
Bermond, Annette
Bermond, Christopher
Bermond, Christopher o/b/o Estate of Dalton
Biehl, Jacqueline o/b/o Dylan Biehl
Bilbo, Tally
Brennan, Merle
Bridges, Carvin
Ly, Sony
Ly, Yen
Maillet, Aaron o/b/o Allissa Maillet
Mallini, Anthony o/b/o Anthony Mallini
Mallini, Anthony o/b/o Ashley Mallini
Mallini, Anthony obo Katherine Mallini
Martin, Luz
Martin, Percy
McCord, Anastasia
McCord, Cindy
McDevitt, Colleen
McDuffie, Robert
Melton, Michelle o/b/o Sarah Melton
Mitchell, Darlene obo Braleigh Delaney
Mitchell, Katrise
Mitchell, Obadiah
Mitchell, Steven
Moran, Tina o/b/o Kyle Moran
Myers, Terriea o/b/o Shakayla Mason
Nash, Edan
Nguyen, An
Nguyen, An o/b/o Amy Nguyen
Nguyen, An o/b/o Andy Nguyen
Nguyen, An o/b/o Tiffany Nguyen
Nguyen, Hong o/b/o Sarah Nguyen
Nguyen, Men
Nguyen, Tina
Odom, Sylvia o/b/o Ja'Marion Odom

Brothern, Valerie
Brothern, Valerie o/b/o Trevor Brothern
Brown, Frances
Brown, Frances o/b/o Nicholas Beard
Brown, Janie
Brown, Sherman
Brown, Sonya
Brown, Sonya o/b/o Charles Crockett
Brown, Sonya o/b/o Corbin Crockett
Brown, Stacy
Brown, Vincent
Bui, Tong
Burks, Aarien
Burrage, Willie
Burton, Bobbie
Byrd, Jennifer
Cadwell, Frances
Carbo, Nathan
Collins, Bryant
Collins, Bryant Sr. o/b/o Bryant Collins
Conerly, Bernette o/b/o Jaden Dillon
Cox, Regena
Crockett, Grace
Crockett, Roosevelt
Cuevas, Chassidy
Cuevas, Chassidy o/b/o Kade Cuevas
Cuevas, Chassidy o/b/o Kaleigh Cuevas
Cuevas, Damein
Cuevas, Jearlene
Cuevas, Pansy o/b/o Bryson Cuevas
Cuevas, Prentiss
Cuevas, Theofield
Curtis, James o/b/o Ceyan Curtis
Davis, Carl
DeAngelo, Courtney
DeAngelo, Theresa
Dedeaux, Melissa o/b/o Ricardo Dedeaux
Delaney, Fara
Duplessis, Antoine
Duplessis, Miranda
Duplessis, Yolanda
Durby, Victoria
Odom, Sylvia o/b/o Ja'Markus Odom
Pace, Rhonda
Page, Nicole
Page, Nicole o/b/o Maricia Page
Page, Nicole o/b/o Xavion Page
Patton, Dwanna
Patton, T'Chete
Patton, T'Chete o/b/o Jonathon Patton
Peterson, Laura
Peterson, Laura o/b/o Clint Peterson
Peterson, Laura o/b/o Danielle Peterson
Peterson, Laura o/b/o Tyler Peterson
Peterson, Steve
Pizzo, Steven
Poindexter, Ingrid
Poindexter, Keith
Poindexter, Keith obo Keeman Poindexter
Poindexter, Keith o/b/o Kennedy Poindexter
Prentiss, Cuevas
Price, Sonja
Price, Sonja o/b/o Nyesha Laneaux
Rainey, Alice o/b/o Carl Rainey
Rainey, Alice o/b/o Isaiah Rainey
Rainey, Carl
Rasco, Maggie o/b/o Khadijah Barber
Reaux, Page
Reaux, Ryan
Reddix, John
Reddix, Pennie
Rieux, Herman
Riley, Kimeta o/b/o Kearston Riley
Roberson, Carolyn
Ruffin, Breana o/b/o Ashanti Ruffin
Ruffin, Breana o/b/o Deundre Ruffin
Ruffin, Breana o/b/o Tyrek Ruffin
Rusfin, Andre
Rusfin, Leqaya
Salter, Ricky
Salter, Steven
Saucier, Sharon
Saunders, Helen
Saunders, Helen o/b/o Noah Saunders

Evans, Sean
Ezell, Danial
Farrior, Sandra
Fleming, Gerald o/b/o Mason Fleming
Fricke, Cynthia
Gaines, Kenneth
Gaines, Sheba
Garcia, Oscar
Garcia, Theresa
Garcia, Theresa o/b/o Anita Grisham
Gardina, Michelle
Garriga, Evelyn
Gibson, Gayle o/b/o Darryl Gibson
Green, James
Grego, Lynn
Grego, Lynn o/b/o Joshua Grego
Grego, Lynn o/b/o Paul Grego
Grego, Paul
Griffin, Tranett o/b/o Ronnie Druce
Hanshaw, Kim o/b/o Taylor Hanshaw
Harbin, Bridgette o/b/o Clara Harbin
Hatampa, Esther o/b/o Lauren Evans
Haynes, Yolunda o/b/o Darius Haynes
Hearndon, Randel
Henderson, David o/b/o Zackary Henderson
Hill, Brandy o/b/o Alexis Hill
Hill, Brandy o/b/o Xavier Hill
Hillhouse, Brenda
Hillhouse, Eric
Horn, Deborah
Hughes, Geraldine
Hughes, Richard
Huynh, My
Huynh, Phuoc
Isabel, Paula o/b/o Keishaad Womble
Isabell, James
Isabell, Jason
Isabell, Jeff o/b/o Jarvis Isabell
Isabell, Jeffery
Isabell, Kimberly
Isabell, Paula
Johnson, Abigail

Saurage, Robert o/b/o Aarin Saurage
Saurage, Robert o/b/o Gail Abadie
Saurage, Robert o/b/o Richard Abadie
Scherick, Brandy o/b/o Lilly Thornton
Schlickbernd, Kathy
Schlickbernd, Vincent
Schroeder, Henry
Schwartz, Tracy o/b/o David Hill
Scott, Garval o/b/o Jarrell Arline
Singleton, Danelle o/b/o Alysia Dunklin
Singleton, Danelle o/b/o Armando Singleton
Singley, Summer o/b/o Mackenzie Spaur
Smith, Doug & Havalyn obo Aimme Smith
Smith, Douglas o/b/o Katelynne Smith
Smith, Jasmine
Smith, Jasmine o/b/o Jeanchristopher Smith
Smith, Nyasha o/b/o Robert Smith
Spell, Jerry
Stephens, Brenda
Stevison, Jannie
Stevison, Jannie o/b/o Gage Stevison
Stockman, Johnny
Stockman, Walter
Strickland, Lionel
Stucke, Clinton
Stucke, Jeannette
Stucke, Jeannette o/b/o Joshua Delaughter
Sutton, Jamie o/b/o Richard Sutton
Taylor, Marthina o/b/o Recardo Sayja
Thomas-Burton, Corinn o/b/o Keely Jones
Tillison, Georgia
Tillison, Georgia o/b/o Gari Tillison
Tillison, Georgia o/b/o Inna Tillison
Tillison, Larry
Tran, Chin
Tran, Chin o/b/o Candice Tran
Tran, Chin o/b/o Christina Tran
Tran, Chin o/b/o Nikki Tran
Tran, Nga
Tran, Tuan
Truong, Em
Verzal, Jerri o/b/o Breana Verzal

Johnson, Charles
Johnson, Deborah
Johnson, Hannah
Johnson, Mia o/b/o Johnnisha Johnson
Johnson, Peggy
Johnson, Peggy o/b/o Mark Johnson
Johnson, Peggy o/b/o Paul Johnson
Johnson, Peggy o/b/o Seth Johnson
Johnson, Renee
Johnson, Renee o/b/o Renard Elliot
Johnson, Renee o/b/o Renee Johnson
Johnson, Theresa
Johnson, Theresa o/b/o Ariel Johnson
Johnson, Theresa o/b/o Tianna Lane
Jones, Bobbie
Jones, Phillip
Jordan, Henry o/b/o Henry Jordan
Kitchens, Brenda
Ladner, Lisa o/b/o Ethan Smith
Lam, Hen
Loper, Sarah
Loper, Sarah o/b/o Sharmaine Loper
Ly, Chen
Ly, Chen o/b/o Brittney Chau
Ly, Chen o/b/o Christopher Chau
Ly, Chen o/b/o Timmy Chau

Verzal, Jerri o/b/o Savannah Verzal
Walker, Erica o/b/o Kaitlyn Goff
Walkes, Nichole o/b/o Courtney Walkes
Walkes, Nichole o/b/o McKaiya Walkes
Watson, Mary o/b/o Adam Sullivan
Wescovich, Eli
Weston, Danneil o/b/o D'Shayla Weston
Williams, Albert
Williams, Carzell o/b/o Devin Williams
Williams, Debra
Williams, Debra o/b/o Dontrite Walters
Williams, Gabriel
Williams, Jucinta
Williams, Jucinta o/b/o Takiyah Williams
Williams, Matilde
Williams, Raven o/b/o Ny'Dria Williams
Williams, Unetra
Wills, David
Wilson, Robert
Woulard, Tammy o/b/o Jimmy Amos
Young, Cynthia
Ziegler, Farrell
Zollicoffer, Lakita
Zollicoffer, Lakita o/b/o Kayla Robinson
Zollicoffer, Lakita o/b/o Raven Goins

**09-6502** **Young, Rufus v. Forest River**

Alexander, Tonya o/b/o A.V.
Alexander, Tonya o/b/o D.A.
Arceneaux, Andrew o/b/o B.A.
Arceneaux, Andrew o/b/o L.A.
Ashley, Bryan
Baker, Niny o/b/o Z.B.
Ballard, Christopher o/b/o L.B.
Ballard, Seketha o/b/o C.B.
Bello-Pike, Daphane o/b/o C.B.
Bennett, Elizabeth o/b/o E.B.
Bennett, Pamela o/b/o J.B.
Biehl, Jacqueline o/b/o B.B.
Biehl, Jacqueline o/b/o M.B.
Blackston, Clarrisa o/b/o D.B.

Neese, Jessica o/b/o A.N.
Neese, Jessica o/b/o L.N.
Neese, Jessica o/b/o M.N.
Neese, Jessica o/b/o W.N.
Nguyen, Ann o/b/o P.N.
Nguyen, Bich o/b/o A.N.
Nguyen, Bich o/b/o D.N.
Nguyen, Bich o/b/o J.N.
Nguyen, Bich o/b/o S.N.
Nguyen, Dung
Nguyen, Gong o/b/o L.N.
Nguyen, Gong o/b/o S.N.
Nguyen, Hong o/b/o L.N.
Nguyen, Hong o/b/o L.N.

Blackston, Clarrisa o/b/o L.B.
Bonnett, Elizabeth o/b/o T.B.
Booker, Orlanda o/b/o S.B.
Bourg, Tricia o/b/o B.B.
Bourgeois, April o/b/o J.D.
Bourgeois, April o/b/o J.F.
Bourgeois, April o/b/o L.B.
Bourgeois, April o/b/o P.B.
Branom, Teresa o/b/o H.B.
Broussard, Clifton o/b/o J.B.
Bui, Bich o/b/o M.N.
Caraviello, Dorena o/b/o K.C.
Catalanotto, Lisa o/b/o D.W.
Cochran, Amy o/b/o A.C.
Danley, Kristie o/b/o J.D.
Danley, Kristie o/b/o K.D.
Davis, Willie o/b/o J.D.
Davis, Willie o/b/o M.D.
Dillard, Carleaner o/b/o S.B.
Doan, Dan o/b/o C.N.
Doan, Dan o/b/o I.N.
Duong, Lieu o/b/o A.P.
Feigel, Kimberly o/b/o K.P.
Feigel, Kimberly o/b/o M.B.
Feigel, Kimberly o/b/o T.D.
Fleming, Gerald o/b/o Z.F.
Foster, Rondeshia o/b/o A.F.
Galloway, Jennifer o/b/o K.G.
Garcia, Kevin o/b/o K.G.
Garry, Kanita o/b/o K.M.
Giavotella, Michele o/b/o L.G.
Goff, Frank o/b/o S.B.
Goff, Luctrecia o/b/o K.G.
Guy, Jennifer o/b/o W.G.
Harbin, Bridgette o/b/o A.H.
Henderson, Stuart o/b/o R.H.
Hoda, Miranda o/b/o A.H.
Hoda, Miranda o/b/o A.P.
Hoda, Miranda o/b/o B.H.
Hoda, Miranda o/b/o B.P.
Hoda, Miranda o/b/o C.P.
Hood, Harvey o/b/o R.H.
Nguyen, John o/b/o T.N.
Nguyen, Lina o/b/o A.D.
Nguyen, Lina o/b/o D.N.
Nguyen, Long o/b/o S.N.
Nguyen, Nhan o/b/o V.N.
Odom, Krista o/b/o K.W.
Owenby, Valerie o/b/o D.M.
Pace, Tonya o/b/o J.M.
Pace, Tonya o/b/o T.P.
Parkinson, Lora o/b/o G.P.
Parkinson, Lora o/b/o M.P.
Parkinson, Lora o/b/o S.P.
Patrick, Jeremy o/b/o J.P.
Perks, David o/b/o E.S.
Perks, David o/b/o K.P.
Peterson, Carolyern
Peterson, Christopher o/b/o B.P.
Phillips, Samantha o/b/o A.P.
Piot, Pamela o/b/o C.K.
Piot, Pamela o/b/o C.K.
Piot, Pamela o/b/o D.T.
Preston, Lucy o/b/o D.C.
Preston, Lucy o/b/o K.C.
Preston, Lucy o/b/o K.M.
Preston, Lucy o/b/o L.D.
Preston, Lucy o/b/o T.S.
Preston, Lucy o/b/o Z.M.
Pullman, Kayla o/b/o M.M.
Rainey, Alice
Rasco, Maggie o/b/o C.W.
Rasco, Maggie o/b/o K.W.
Rasco, Maggie o/b/o K.W.
Rasco, Maggie o/b/o Z.W.
Rasmussen, Tina o/b/o J.R.
Ray, Dori o/b/o S.R.
Richardson, Amanda o/b/o K.R.
Richardson, Amanda o/b/o P.R.
Robbins, Richie o/b/o Z.Q.
Robinson, Angela o/b/o D.R.
Robinson, Angela o/b/o T.R.
Rogers, Cecil o/b/o E.R.
Rowell, Amber o/b/o Z.F.

Hutto, Tammy o/b/o J.M.
Jackson, Arlene o/b/o Z.T.
Jackson, Darian o/b/o D.J.
Jackson, Darian o/b/o D.J.
Jenkins, Evette o/b/o K.T.
Jenkins, Rose o/b/o A.J.
Jenkins, Rose o/b/o C.J.
Johnson, Brenda o/b/o S.S.
Jones, Shawn o/b/o S.J.
Kendrick, Shoneen o/b/o H.A.
Kendrick, Shoneen o/b/o N.A.
Keppard, Kathy o/b/o K.V.
Keppard, Kathy o/b/o K.V.
Knight, Erika o/b/o J.L.
Ladner, Yolaine
Ladner, Yolaine o/b/o C.L.
Ladner, Yolaine o/b/o M.L.
Lafontaine, Kermit o/b/o D.L.
Lafontaine, Kermit o/b/o K.L.
Lafontaine, Kermit o/b/o Z.L.
Lafontaine, Steven o/b/o J.L.
Lafontaine, Steven o/b/o S.L.
Laneaux, Mary
Lawrence, Mary o/b/o L.L.
Lawrence, Mary o/b/o V.B.
Le, Kim o/b/o K.L.
Martin, Chrystal o/b/o E.M.
Martin, Chrystal o/b/o M.
Martin, Glinda o/b/o V.M.
Mason, Shauna o/b/o A.B.
Mauffray, Lora
Mauffray, Lora o/b/o A.M.
Mauffray, Lora o/b/o J.M.
McDaniel, Ethel
McDaniel, Ethel o/b/o L.A.
McDaniel, Ethel o/b/o L.M.
McDaniel, Tracy o/b/o M.M.
McDaniel, Tracy o/b/o P.M.
Mclain, Walter o/b/o W.M.
Moffet, Brenna o/b/o A.S.
Moffett, Brenna o/b/o H.M.
Moran, Brandy o/b/o E.M.
Rowell, Noel o/b/o J.R.
Saunders, Sharice o/b/o C.W.
Shannon, Ashunda o/b/o J.P.
Shannon, Ashunda o/b/o M.S.
Shannon, Ashunda o/b/o M.S.
Shipman, Shirley o/b/o K.S.
Shipman, Shirley o/b/o K.S.
Smith, Jasmine o/b/o D.S.
Smith, Jasmine o/b/o N.S.
Smith, Kiona o/b/o T.S.
Smith, Mary o/b/o K.S.
Smith, Mary o/b/o S.S
Sonnier, Patricia o/b/o M.S.
Speir, Stephanie o/b/o L.S.
Speir, Stephanie o/b/o M.S.
Spiers, Michael o/b/o M.B.
Spiers, Regina o/b/o M.S.
Swicegood, Dick o/b/o C.S.
Thomas, Melanie o/b/o K.V.
Thomas, Pernice o/b/o C.T.
Thomas, Pernice o/b/o M.M.
Thompson, Gatric o/b/o L.M.
Thompson, Gatrick o/b/o C.S.
Thompson, Gatrick o/b/o S.T.
Tyler, Debra o/b/o K.T.
Varnado, Teressa o/b/o K.N.
Varnado, Teressa o/b/o T.N.
Vaughen, Kerry o/b/o K.V.
Vaughen, Kerry o/b/o K.V.
Vaughen, Kerry o/b/o T.R.
Vu, Hue o/b/o V.N.
Walks, Marvin
Walks, Nichole
Watson, Ivy o/b/o A.W.
Watson, Ivy o/b/o L.W.
Welch, Aimee o/b/o G.W.
Welch, Aimee o/b/o T.F.
Wells, Tess o/b/o H.W.
White, Nikita o/b/o N.W.
Williams, Raven o/b/o D.W.
Williams, Robert o/b/o R.W.
Williams, Robert o/b/o T.W.

Moran, Brandy o/b/o J.M.
Moran, Marisa o/b/o K.S.
Moran, Marisa o/b/o M.M.
Moran, Melissa o/b/o A.B.
Moran, Tina o/b/o K.M.
Morgan, Angel o/b/o N.M.
Necaise, Kimberlee o/b/o D.N.
Necaise, Kimberlee o/b/o D.N.
Willis, Heather o/b/o J.D.
Willis, Heather o/b/o V.D.
Yarborough, Sherry o/b/o K.R.
Young, Katrina o/b/o J.W.
Young, Katrina o/b/o J.W.
Young, Katrina o/b/o J.W.
Zoerner, Deborah o/b/o M.Z.
Zoerner, Katie o/b/o M.G.

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

Carson Strickland

Carson W. Strickland

CWS/flj

cc Andrew Weinstock
Justin Woods
Dave Kurtz