# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401

  Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
    USDC, EDLA, MDL № 09-1873
    Our Ref №: 0200-24-7

Dear Counsel:

  Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| | | |
|---|---|---|
| **09-7857** | **Acker, Chiquita v. Forest River** | |
| | Brown, Leonard | Jeremiah Martin |
| | Jabralyn Martin | Keener, Charlotte |
| | | |
| **09-7889** | **Alexander, Rikita v. Forest River** | |
| | Chad Oubre | Moore, Keisha |
| | Dearek Fairley | Nguyen, Tran |
| | Excell Dorsette | Octavia Nunn |
| | Draughon, Darrell | Riley, Ronald |
| | Darrell Draughon | Franklin Wells |
| | Lynnard, Paul | |



GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 2 of 16*

| | | |
|---|---|---|
| **09-6496** | **Baker, Susan v. Forest River** | |
| | Baker, Susan | Demoll, Terry |
| | Collier, Sandy | Lyons, Becky |
| | Covington, Kathleen | Walker, Edward |
| **08-5031** | **Bauer, Belinda v. Liberty Homes** | |
| | Giavotella, Michele o/b/o L.G | |
| **10-2324** | **Boutachanthavong, Pear v. Forest River** | |
| | Boutachanthavong, Kham Phong | Boutachanthavong, Phimphone o/b/o A.B. |
| | Boutachanthavong, Pear | Boutachanthavong, Phimphone o/b/o A.K. |
| | Boutachanthavong, Phimphone o/b/o A.B. | Khamphiphone, Isreth |
| **09-6504** | **Bradley, Latoya v. Forest River** | |
| | Adams, Heather | Keel, Kelly o/b/o Zack Keel |
| | Alford, Joseph | Ladner, Leah o/b/o Lane Ladner |
| | Alfred, Janice | Ladner, Leah o/b/o Nathan Ladner |
| | Arceneaux, Courtney o/b/o Briana Garcia | Ladner, Leah o/b/o Shelby Sharlley |
| | Arceneaux, Courtney o/b/o Caitlin Garcia | Ladner, Lyonie |
| | Arceneaux, Courtney o/b/o Megan Garcia | Ledma, Lulu o/b/o Chelsea Cuevas |
| | Arceneaux, Courtney o/b/o Veronica Garcia | Marek, Ruth o/b/o Abbygayle Lemmon |
| | Bardwell, David | Marek, Ruth o/b/o Dennis Lemmon |
| | Bishop, Charles | McKay, Theresa o/b/o Tianna Lang |
| | Bishop, Sandra | Necaise, Kay |
| | Bishop, Sandra o/b/o Sydney Bishop | Osterholm, Tammy o/b/o Anna Fields |
| | Bishop, Sandra o/b/o Taylor Bishop | Page, James |
| | Blank, Gail | Patterson, Rita o/b/o Kaitlyn Patterson |
| | Bosarge, Pamela o/b/o Gregory Bosarge | Poillion, Ashley |
| | Boyd, Mark o/b/o Alexis Boyd | Rager, Harry |
| | Boyd, Mark o/b/o Demarcus Boyd | Robertson, Danielle |
| | Bradicich, Dennis | Rothwell, Dorothy |
| | Branger, Peggy | Rothwell, Fredrick |
| | Brown, Edgar | Ruffin, Breana |
| | Cannette, Claire | Ruffin, Robert |
| | Carver, Evelyn o/b/o Johnie Carver | Ruffin, Robert |
| | Courteaux, Jody o/b/o Austin Courteaux | Schwartz, Tracy |
| | Davenport, Myron | Schwartz, Tracy o/b/o Arielle Schwartz |
| | Dillard, William | Smith, Donna |
| | Esquivel, Beverly o/b/o Christina Esquivel | Spiers, Regina o/b/o Douglas Spiers |
| | Fricke, Lance | Swicegood, Rick |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 3 of 16

| | |
|---|---|
| Green, Ashley | Trawick, Trawick |
| Green, George | Trotter-Dedeaux, Kathryn obo Chris Burton |
| Green, Mary | Walters, Ruby |
| Green, Patricia | Walton, Barbara obo Jeremiah McDowell |
| Honea, William | Wilson, Cassey |
| Impson, Jon | Wittmann, Michael |
| Jones, Korridon o/b/o Lucas Jones | Wittmann, Phillip |

**09-7072** **Burks, Aarien v. Forest River**

| | |
|---|---|
| Adams, Heather o/b/o Gavin Poillion | Leshore, Avery |
| Adams, Sheronda o/b/o Mahahia Fairley | Leshore, Torie |
| Albert, Reyon o/b/o Caydel Albert | Leshore, Torie o/b/o Tamerra Leshore |
| Amacker, Challice o/b/o Jordan Jarrell | Leshore, Torie o/b/o Teara Leshore |
| Anderson, Jan | Loper, Sarah |
| Arceneaux, Billy | Loper, Sarah o/b/o Sharmaine Loper |
| Bailey, Roxanne | Lucas, Clarence |
| Bailey, Roxannie o/b/o Amara Bailey | Luton, Aaron |
| Baptiste, Tiffany | Mallini, Anthony o/b/o Anthony Mallini |
| Baptiste, Tiffany o/b/o Racquel Baptiste | Mallini, Anthony o/b/o Ashley Mallini |
| Baptiste, Tiffany o/b/o Rashad Baptiste | Mallini, Anthony o/b/o Katherine Mallini |
| Baptiste, Tiffany o/b/o Raven Baptiste | McNair, Kimberly o/b/o Cameron McNair |
| Baptiste, Tiffany o/b/o Rayion Scott | Mistretta, Jessica |
| Barns, Peggy | Mistretta, Jessica o/b/o Jayde Halia |
| Batiste, Arian | Mistretta, Jessica o/b/o Jolee Williams |
| Bermond, Annette | Mitchell, Ethel |
| Bermond, Christopher | Mitchell, Yvonne |
| Bermond, Chris o/b/o Estate of Dalton | Moody, Johnna |
| Biggs, Raven | Moody, Johnna o/b/o Tristan Tyner |
| Biggs, Raven o/b/o Deljay Bailey | Moore, Brenda |
| Bolden, Donnell | Moore, Charles |
| Bolden, Elizabeth | Moore, Charod |
| Bolden, Elizabeth o/b/o Donnell Bolden | Moore, Daniel |
| Bolden, Kevin | Moore, Derrick |
| Bright, Juanita | Moore, Derrick o/b/o DeAysia Moore |
| Brimage, Charity | Moore, Emma |
| Brimage, Dajanae | Moore, Eric |
| Brimage, Deonshae | Moore, Lakeshia |
| Brimage, Valecia | Moore, Sammie |
| Brimage, Valecia o/b/o Keivon Brimage | Nguyen, May o/b/o Bobby Vo |
| Brooks, Charmaine o/b/o Natoreon Wolfe | Nguyen, May o/b/o Brian Vo |
| Brown, Sherman o/b/o Sherman Major | Nunn, Shana |
| Burks, Aarien o/b/o Aairen Burks | Ordone, Terrence o/b/o Grace Ordone |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 4 of 16

| | |
|---|---|
| Burks, Aarien o/b/o Adrianna Burks | Ordoyne, Skyler |
| Burks, Aarien o/b/o D'Asia Burks | Passaro, Cheryl |
| Burton, Antonio | Passaro, Cheryl o/b/o Brittany Dunn |
| Byrd, Jennifer | Passaro, Cheryl o/b/o John Passaro |
| Carbo, Danielle | Passaro, Cheryl o/b/o Samantha Martin |
| Cuevas, Jearlene | Pearson, Yvetta |
| Cuevas, Theofield | Pearson, Yvetta o/b/o Erion Moore |
| Dallas, Christine | Pearson, Yvetta o/b/o Nigel Moore |
| Dedeaux, Marietta | Peters, Myra |
| Dedeaux, Marietta o/b/o Joshua Dedeaux | Pohlmann, Corey |
| Dedeaux, Marietta o/b/o Paul Cunningham | Pohlmann, Jeffery |
| Dedeaux, Tenia | Pohlmann, Keely |
| Drake, Wilfred | Pohlmann, Keely o/b/o Amara Pohlmann |
| Draughon, Nora | Pohlmann, Keely o/b/o Austin Pohlmann |
| Dugas, Delrick | Pohlmann, Laura |
| Durby, Victoria | Porter, Natasha o/b/o Nykia Porter |
| Echoles, Angie o/b/o Joshua Echoles | Potter, Marybelle |
| Enterkin, Arnold | Ragins, Oki |
| Evans, Sheila o/b/o Derek Evans | Ragins, Oki o/b/o Kasie Clayton |
| Evans, Sheila o/b/o Shelby Evans | Ratliff, Ernest |
| Evans, Sheila o/b/o William Evans | Ratliff, Joan |
| Ewing, William | Ray, Donovan |
| Formica, Anthony | Ray, Jeanne |
| Fowler, Lucy | Ray, Patricia |
| Gaines, Sheila | Ray, Patricia o/b/o Cam'rom Ray |
| Gaines, Sheila o/b/o Anthony Smith | Raymond, Lisa |
| Gaines, Sheila o/b/o Antjuan Smith | Riley, Robert |
| Gaines, Sheila o/b/o Raven Gaines | Robbins, Barbara |
| Gallimore, Candy | Roberson, Andrea |
| Gardina, Michelle | Robinson, Leslie o/b/o Ivan Robinson |
| Giardina, Danny | Ruffin, Breana o/b/o Ashanti Ruffin |
| Giardina, Loren | Ruffin, Breana o/b/o Deundre Ruffin |
| Giardina, Mary | Ruffin, Breana o/b/o Tyrek Ruffin |
| Giardina, Ross | Rusfin, Andre |
| Goleman, Rebecca | Rusfin, Leqaya |
| Griffin, Linda o/b/o Ronnie Griffin | Ryan, Verna o/b/o Dominic Hall |
| Hanshaw, Willie | Schwartz, Tracy o/b/o David Hill |
| Harbin, Bridgette o/b/o Clara Harbin | Seaman, Deborah |
| Harris, Charles | Simon, Carlee |
| Hatampa, Esther o/b/o Ethan Hainsworth | Singley, Melissa |
| Havard, Linda | Smith, Bertrand |
| Haynes, Lionel | Smith, Donna |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 5 of 16

|  | |
|---|---|
| Henderson, David obo Zackary Henderson | Smith, Douglas & Havalyn obo Aimme Smith |
| Hoda, Carolyn | Smith, Douglas o/b/o Katelynne Smith |
| Holifield, Danny | Sprouse, Andy o/b/o Konner Sprouse |
| Holifield, Darla | Steddum, Nichole |
| Horn, Deborah | Stephens, Brenda |
| House, Norman | Stork, Christopher o/b/o Adrienne Stork |
| Huyah, Ky | Taylor, April o/b/o B.T. |
| Ingram, Keiosha o/b/o Kalyn Joseph | Thompson, Carolyn |
| Ingram, Keisoha o/b/o Jenae' Ingram | Tran, Uyen |
| Jackson, John | Twilbeck, Gloria |
| James, Alberta | Walker, Erica |
| James, Early Larry | Walker, Erica o/b/o Kaitlyn Goff |
| James, Katona | Walker, Kelly |
| James, Keith | Ware, Vanessa |
| Johnson, Theresa | Washington, Elizabeth |
| Johnson, Theresa o/b/o Ariel Johnson | Wehmeyer, Susan |
| Johnson, Theresa o/b/o Tianna Lane | Wells, Iris |
| Ladner, Billy | Wescovich, Eli |
| Larkin, Carlos | Wescovich, Linda |
| Larkin, Deborah | Widle, Stacy |
| Leonard, Dezmeon | Wilkerson, Albert |
| McCann, Kimberly | Willard, Kimberly o/b/o Alec Willard |
| McClantoc, Sheila | Willard, Kimberly o/b/o Logan Gallimore |
| McConnell, Terry | Williams, Albert |
| McCord, Cindy o/b/o Joseph McCord | Williams, Maxie |
| McCord, Cindy o/b/o Patrick McCord | Williams, Ralph |
| McDaniel, Linda | Williams, Stanford |
| McDaniel, Peggy | Williams, Tomeika |
| McDaniel, Peggy o/b/o Thomas Formica | Wilson, Ronnie |
| McDaniel, Richard | Woods, Bonnie |
| McDevitt, Colleen | Wright, Eileen |
| McInis, Darryl | Young, Brandon |
| McNair, Kimberly | |

**09-7892   Byron, Gerald v. Forest River**
Dawson, Felissia o/b/o Sherman Buckley    Jones, Torrey
Decoux, Karen

**10-2184   Clements, Bernell v. Forest River**
Allen, Elica o/b/o I.A.                   Earl, Yvette o/b/o B.E.
Anderson, Harold                          Earl, Yvette o/b/o M.E.
Antoine, Gerald o/b/o Z.A.                Gary, Valarie o/b/o J.G.

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 6 of 16*

| | |
|---|---|
| Antoine, Robert | Goodwin, Shirley |
| Bailey, Heidi | Haynes, Mayola |
| Bailey, Heidi o/b/o A.B. | Haynes, Mayola o/b/o L.H. |
| Bailey, Heidi o/b/o R.L | Malone, Troy |
| Bardwell, Heather | McGowan, Audroy o/b/o J.M. |
| Bardwell, Laura | McGowan, Audroy o/b/o S.R. |
| Bardwell, Laura o/b/o B.B. | Mitchell, Amanda |
| Bardwell, Monica | Moore, Michelle |
| Barnes, Alexandria o/b/o A.B. | Morel, Harry |
| Barnes, Alexandria o/b/o B.B. | Murphy, Kellie |
| Barnes, Alexandria o/b/o K.B. | Murphy, Kellie o/b/o Estate of Terry Smith |
| Bradburry, Linda o/b/o D.S. | Murphy, Kellie o/b/o J.S. |
| Bradburry, Linda o/b/o L.A. | Nolan, Ballard |
| Brooks, Jennifer | Nolan, Robert |
| Brooks, Jennifer o/b/o J.B. | Nolan, Robert |
| Brumfield, LaBaron | Santiago, Bernard |
| Carter, McKinley | Santiago, Tamika |
| Clements, Bernell | Santiago, Tamika o/b/o E.H. |
| Cole, LaQuetta | Smith, Hubert |
| Cole, Laquetta o/b/o B.S. | Smith, Joseph |
| Davis, Leonisa | Swanson, Linda o/b/o D.E. |
| Davis, Leonisa o/b/o J.B. | Tran, Lien |
| Davis, Wade | Tran, Linh |
| Dicks, Christopher | Twilbeck, Clarence |
| Dupuy, Greg | Williams, Rudolph |
| Durbin, Glenda | Wilson, Andrew |
| Earl, Joseph | Wilson, Don |
| Earl, Yvette | Wilson, Don o/b/o D.W. |

**09-7117   Frierson, Shelly v. Vanguard**

| | |
|---|---|
| Bilbo, Jacqueline o/b/o Kaleb Loper | Hawkins, Leroy |
| Bilbo, Jacqueline o/b/o Miah Green | Hawkins, Shenea |
| Frierson, Shelly o/b/o Courtney Barton | Hawkins, Shenea o/b/o Jarryd Jacobs |
| Frierson, Shelly o/b/o Jessica Barton | Hawkins, Shenea o/b/o Justyn Jacobs |
| Frierson, Shelly o/b/o Lindsey Barton | Seaman, Julie |

**10-1296   Ratliff, Jasmine v. Vanguard, LLC**

| | |
|---|---|
| Bilbo, Jacqueline | Ratliff, Joseph |
| Lacy, Elaine | Trahan, June |
| Moore, Paulette | Williams, Michelle |
| Paquet, Lori | Williams, Michelle o/b/o Michael Williams |
| Ratliff, Andrea | Williams, Michelle o/b/o Richard Williams |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 7 of 16*

|  |  |  |
|---|---|---|
|  | Ratliff, Andrea o/b/o Jordin Ratliff | Williams, Michelle o/b/o Richelle Williams |
|  | Ratliff, Jasmine | Williams, Richard |
| **10-1265** | **Rogers, Cherlyn v. Forest River** | |
|  | Flores, Rachael o/b/o Timothy Williams | Oliver, Herbert |
|  | Goodley, Bernilla | Webb, Elizabety |
| **09-7834** | **Seaman, Julie v. Vanguard, LLC** | |
|  | McDaniel, Jack | |
| **10-2190** | **Stallworth, Lemuel v. Forest River** | |
|  | Babineaux, Phillip | Lee, Shondreka |
|  | Bermond, Christopher | Lewis, Kimberly o/b/o R.S. |
|  | Bolden, Charles | Lewis, Kimberly o/b/o S.S |
|  | Bouie, Leta | Manuel, Tammy o/b/o J.M. |
|  | Bradbury, Linda | Minor, Tammy o/b/o T.M. |
|  | Brooks, Jessica | Minor, Tammy o/b/o T.M. |
|  | Burrage, Zanbernia | Moore, Ruby |
|  | Carter, Berry | Percle, August |
|  | Chan, Quang | Perrin, Judy |
|  | Coleman, Pauline | Perrin, Watson |
|  | Coleman, Wanda | Powell, Carleta |
|  | Coleman, Wanda o/b/o L.C. | Powell, Carleta o/b/o D.R. |
|  | Coleman, Wanda o/b/o T.C. | Powell, Carleta o/b/o L.P. |
|  | Cu, Karen | Price, Betty |
|  | Cuevas, Amber | Raine, Emma |
|  | Cuevas, Amber o/b/o C | Raine, James |
|  | Cuevas, Amber o/b/o J.C. | Raine, James o/b/o J.R. |
|  | Cuevas, Meghan | Rancifer, Lamonty |
|  | Daniels, Jerry | Ratliff, Felisha |
|  | Dauphin, Lucille | Ratliff, Felisha o/b/o A.B. |
|  | DeLeon, Oscar | Ratliff, Felisha o/b/o M.R. |
|  | DeLeon, Sophia | Ratliff, Lucious |
|  | DeLeon, Sophia o/b/o A.D. | Rayburn, Travis |
|  | DeLeon, Sophia o/b/o O.D. | Reed, Andrea |
|  | DeLeon, Sophia o/b/o R.D. | Reed, Andrea o/b/o D.R. |
|  | Epps, Deborah | Reynolds, Jamie |
|  | Epps, Mark | Scogin, Amanda |
|  | Epps, Meagan | Scogin, Rebecca |
|  | Epps, Travis | Scogin, Rebecca o/b/o J.H. |
|  | Fairley, Jocelyn | Scogin, Rebecca o/b/o J.H. |
|  | Fells, Johnny | Sellers, Anthony |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 8 of 16

| | |
|---|---|
| Galmore, Essie | Simmons, Renada |
| Galmore, Essie o/b/o A.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simoneaux, Tracy |
| Galmore, Essie o/b/o C.G. | Smith, Ben |
| Galmore, Essie o/b/o J.R. | Somphouk, Bun |
| Galmore, Essie o/b/o S.G. | Somphouk, Bun o/b/o J.P. |
| Galmore, Kenny | Stagg, Sylvia |
| Galmore, Larry | Stallworth, Lemuel |
| Galmore, Shelia | Stallworth, Maxine |
| Godwin, Dwight | Stallworth, Seth |
| Gowland, Kirby | Sterling, Monique |
| Guyton, Sharon | Sterling, Monique o/b/o S.S. |
| Guyton, Sharon o/b/o B.G. | Sterling, Monique o/b/o S.S. |
| Guyton, Tyrell | Sterling, Monique o/b/o S.S. |
| Guyton, Wesley | Sterling, Sean |
| Hahn, Holley | Stewart, Marvell |
| Hart, Jeanette | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie o/b/o B.R. | Taylor, Dorothy |
| Hecker, Cle'lie o/b/o J.H. | Taylor, Dorothy o/b/o C.T. |
| Hinton, Tommy | Taylor, Dorothy o/b/o D.T. |
| Hockett, Shirley | Taylor, Dorothy o/b/o R.T. |
| Howell, Pamela o/b/o K.J. | Tran, Linh o/b/o V.C. |
| Hughes, Rusty | Tran, Linh o/b/o V.C. |
| Johnson, Herman | Tran, Linh o/b/o V.T. |
| Johnson, Jesse | Tran, Linh o/b/o V.T. |
| Johnson, Joshuary | Tran, Trang |
| Jones, Ozell o/b/o Z.B. | Tran, Trang o/b/o K.T. |
| Laneaux, Keoki | Tuberville, Caffie |
| Lasy, Sanh | Ulrich, Ann |
| Lasy, Sanh o/b/o J.L. | Ulrich, John |
| Lasy, Sanh o/b/o V.L. | Vanderbilty, Eugene |
| Lasy, Soumaly | Villareal, Jessica |
| Lasy, Soumaly | Vince, Nolan |
| Lasy, Soumaly o/b/o D.L. | Walker, Candice |
| Lasy, Soumaly o/b/o J.L. | Washington, Bernita |
| Lasy, Vixay | Washington, Bernita |
| Lee, Don | Washington, Joshua |
| Lee, Don | Washington, Joshua o/b/o J.G. |
| Lee, Pamela | Washington, Kevin |
| McGowan, Audroy o/b/o S.S. | Washington, Kevin |

|  |  |
|---|---|
| | Minor, Bobby | Watson, Diedre |
| | Minor, Maggie | Williams, Yvonne |
| | Minor, Tammy | Young, Theresa |

**09-4713 Strickland, Ruth v. Forest River**

| | |
|---|---|
| Alexander, Augustine | Salter, Inoka o/b/o Makayla Salter |
| Marshall, Della | Salter, Jeanette |
| Pierre | Spiehler, Anthony |
| Salter, Clifford | Spiehler, Pamela |
| Salter, Inoka | |

**09-7855 Vallare, Jemalla v. Forest River**

| | |
|---|---|
| Galvan, Emma | Wilmore, Yvonne |
| Galvan, Emma o/b/o Emma Galvan | |

**09-6503 Walton, Barbara v. Forest River**

| | |
|---|---|
| | Impson, Jon |
| Adams, Heather | Jones, Korridon o/b/o Lucas Jones |
| Arceneaux, Courtney o/b/o Briana Garcia | Keel, Kelly o/b/o Zack Keel |
| Arceneaux, Courtney o/b/o Caitlin Garcia | Ladner, Leah o/b/o Lane Ladner |
| Arceneaux, Courtney o/b/o Megan Garcia | Ladner, Leah o/b/o Nathan Ladner |
| Arceneaux, Courtney o/b/o Veronica Garcia | Ladner, Leah o/b/o Shelby Sharlley |
| Bardwell, David | Ledma, Lulu o/b/o Chelsea Cuevas |
| Bishop, Charles | Marek, Ruth o/b/o Abbygayle Lemmon |
| Bishop, Sandra | Marek, Ruth o/b/o Dennis Lemmon |
| Bishop, Sandra o/b/o Sydney Bishop | McKay, Theresa o/b/o Tianna Lang |
| Bishop, Sandra o/b/o Taylor Bishop | Osterholm, Tammy o/b/o Anna Fields |
| Blank, Gail | Page, James |
| Bosarge, Pamela o/b/o Gregory Bosarge | Patterson, Rita o/b/o Kaitlyn Patterson |
| Boyd, Mark o/b/o Alexis Boyd | Poillion, Ashley |
| Boyd, Mark o/b/o Demarcus Boyd | Rager, Harry |
| Bradicich, Dennis | Rothwell, Dorothy |
| Branger, Peggy | Rothwell, Fredrick |
| Cannette, Claire | Ruffin, Breana |
| Carver, Evelyn o/b/o Johnie Carver | Ruffin, Robert |
| Courteaux, Jody o/b/o Austin, Courteaux | Ruffin, Robert |
| Davenport, Myron | Schwartz, Tracy |
| Dillard, William | Schwartz, Tracy o/b/o Arielle Schwartz |
| Esquivel, Beverly o/b/o Cristina Esquivel | Smith, Donna |
| Fricke, Lance | Spiers, Regina o/b/o Douglas Spiers |
| Green, Ashley | Trotter-Dedeaux, Kathryn obo Chris Burton |
| Green, George | Walters, Ruby |
| Green, Mary | Walton, Barbara o/b/o Jeremiah McDowell |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 10 of 16*

|  |  |  |
|---|---|---|
|  | Green, Patricia | Wilson, Casey |
|  | Honea, William |  |
| 09-6505 | **Wells-Thompson, Najee v. Forest River** |  |
|  | Gasaway, Robert | Reed, Marry |
|  | Ladner, Thomas | Wells-Thompson, Najee |
|  | Moore, Anna o/b/o M.M. |  |
| 09-7855 | **Wilkerson, Mary v. Forest River** |  |
|  | Wilkerson, Mary | Woulard, Tammy |
|  | Woods, Celestine | Young, Linda |
|  | Woods, Maurice |  |
| 09-7070 | **Williams, Albert v. Forest River** |  |
|  | Acker, Rene o/b/o Jayden Acker | Ly, Sony |
|  | Acker, Rene o/b/o Maleygh Acker | Ly, Yen |
|  | Adams, Heather o/b/o Gavin Poillion | Maillet, Aaron o/b/o Allissa Maillet |
|  | Adams, Heather o/b/o Kylee Adams | Mallini, Anthony o/b/o Anthony Mallini |
|  | Adams, Sheronda o/b/o Mahahia Fairley | Mallini, Anthony o/b/o Ashley Mallini |
|  | Alexander, Rikita o/b/o Marvin Taylor | Mallini, Anthony obo Katherine Mallini |
|  | Alford, Karen o/b/o Noah Bailey | Martin, Luz |
|  | Alford, Karen o/b/o Sydni Bailey | Martin, Percy |
|  | Alford, Karen o/b/o Tristin Bailey | McCord, Anastasia |
|  | Almacker, Derwood | McCord, Cindy |
|  | Amacker, Challice | McDevitt, Colleen |
|  | Ambrose, Yashenma o/b/o Aniyah Price | McDuffie, Robert |
|  | Ambrose, Yashenma o/b/o Ellic Laneaux | Melton, Michelle o/b/o Sarah Melton |
|  | Andrews, Mark | Mitchell, Darlene obo Braleigh Delaney |
|  | Barbazon, Margie o/b/o Andre Barbazon | Mitchell, Katrise |
|  | Bardwell, David | Mitchell, Obadiah |
|  | Barnes, Edgar | Mitchell, Steven |
|  | Barrington, Ross | Moran, Tina o/b/o Kyle Moran |
|  | Beamon, Wilson | Myers, Terriea o/b/o Shakayla Mason |
|  | Bennett, Carrie o/b/o Kadence Maurigi | Nash, Edan |
|  | Bennett, Pamela o/b/o Courtney Bennett | Nguyen, An |
|  | Bermond, Annette | Nguyen, An o/b/o Amy Nguyen |
|  | Bermond, Christopher | Nguyen, An o/b/o Andy Nguyen |
|  | Bermond, Christopher o/b/o Estate of Dalton | Nguyen, An o/b/o Tiffany Nguyen |
|  | Biehl, Jacqueline o/b/o Dylan Biehl | Nguyen, Hong o/b/o Sarah Nguyen |
|  | Bilbo, Tally | Nguyen, Men |
|  | Brennan, Merle | Nguyen, Tina |
|  | Bridges, Carvin | Odom, Sylvia o/b/o Ja'Marion Odom |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 11 of 16*

| | |
|---|---|
| Brothern, Valerie | Odom, Sylvia o/b/o Ja'Markus Odom |
| Brothern, Valerie o/b/o Trevor Brothern | Pace, Rhonda |
| Brown, Frances | Page, Nicole |
| Brown, Frances o/b/o Nicholas Beard | Page, Nicole o/b/o Maricia Page |
| Brown, Janie | Page, Nicole o/b/o Xavion Page |
| Brown, Sherman | Patton, Dwanna |
| Brown, Sonya | Patton, T'Chete |
| Brown, Sonya o/b/o Charles Crockett | Patton, T'Chete o/b/o Jonathon Patton |
| Brown, Sonya o/b/o Corbin Crockett | Peterson, Laura |
| Brown, Stacy | Peterson, Laura o/b/o Clint Peterson |
| Brown, Vincent | Peterson, Laura o/b/o Danielle Peterson |
| Bui, Tong | Peterson, Laura o/b/o Tyler Peterson |
| Burks, Aarien | Peterson, Steve |
| Burrage, Willie | Pizzo, Steven |
| Burton, Bobbie | Poindexter, Ingrid |
| Byrd, Jennifer | Poindexter, Keith |
| Cadwell, Frances | Poindexter, Keith obo Keeman Poindexter |
| Carbo, Nathan | Poindexter, Keith o/b/o Kennedy Poindexter |
| Collins, Bryant | Prentiss, Cuevas |
| Collins, Bryant Sr. o/b/o Bryant Collins | Price, Sonja |
| Conerly, Bernette o/b/o Jaden Dillon | Price, Sonja o/b/o Nyesha Laneaux |
| Cox, Regena | Rainey, Alice o/b/o Carl Rainey |
| Crockett, Grace | Rainey, Alice o/b/o Isaiah Rainey |
| Crockett, Roosevelt | Rainey, Carl |
| Cuevas, Chassidy | Rasco, Maggie o/b/o Khadijah Barber |
| Cuevas, Chassidy o/b/o Kade Cuevas | Reaux, Page |
| Cuevas, Chassidy o/b/o Kaleigh Cuevas | Reaux, Ryan |
| Cuevas, Damein | Reddix, John |
| Cuevas, Jearlene | Reddix, Pennie |
| Cuevas, Pansy o/b/o Bryson Cuevas | Rieux, Herman |
| Cuevas, Prentiss | Riley, Kimeta o/b/o Kearston Riley |
| Cuevas, Theofield | Roberson, Carolyn |
| Curtis, James o/b/o Ceyan Curtis | Ruffin, Breana o/b/o Ashanti Ruffin |
| Davis, Carl | Ruffin, Breana o/b/o Deundre Ruffin |
| DeAngelo, Courtney | Ruffin, Breana o/b/o Tyrek Ruffin |
| DeAngelo, Theresa | Rusfin, Andre |
| Dedeaux, Melissa o/b/o Ricardo Dedeaux | Rusfin, Leqaya |
| Delaney, Fara | Salter, Ricky |
| Duplessis, Antoine | Salter, Steven |
| Duplessis, Miranda | Saucier, Sharon |
| Duplessis, Yolanda | Saunders, Helen |
| Durby, Victoria | Saunders, Helen o/b/o Noah Saunders |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 12 of 16*

| | |
|---|---|
| Evans, Sean | Saurage, Robert o/b/o Aarin Saurage |
| Ezell, Danial | Saurage, Robert o/b/o Gail Abadie |
| Farrior, Sandra | Saurage, Robert o/b/o Richard Abadie |
| Fleming, Gerald o/b/o Mason Fleming | Scherick, Brandy o/b/o Lilly Thornton |
| Fricke, Cynthia | Schlickbernd, Kathy |
| Gaines, Kenneth | Schlickbernd, Vincent |
| Gaines, Sheba | Schroeder, Henry |
| Garcia, Oscar | Schwartz, Tracy o/b/o David Hill |
| Garcia, Theresa | Scott, Garval o/b/o Jarrell Arline |
| Garcia, Theresa o/b/o Anita Grisham | Singleton, Danelle o/b/o Alysia Dunklin |
| Gardina, Michelle | Singleton, Danelle o/b/o Armando Singleton |
| Garriga, Evelyn | Singley, Summer o/b/o Mackenzie Spaur |
| Gibson, Gayle o/b/o Darryl Gibson | Smith, Doug & Havalyn obo Aimme Smith |
| Green, James | Smith, Douglas o/b/o Katelynne Smith |
| Grego, Lynn | Smith, Jasmine |
| Grego, Lynn o/b/o Joshua Grego | Smith, Jasmine o/b/o Jeanchristopher Smith |
| Grego, Lynn o/b/o Paul Grego | Smith, Nyasha o/b/o Robert Smith |
| Grego, Paul | Spell, Jerry |
| Griffin, Tranett o/b/o Ronnie Druce | Stephens, Brenda |
| Hanshaw, Kim o/b/o Taylor Hanshaw | Stevison, Jannie |
| Harbin, Bridgette o/b/o Clara Harbin | Stevison, Jannie o/b/o Gage Stevison |
| Hatampa, Esther o/b/o Lauren Evans | Stockman, Johnny |
| Haynes, Yolunda o/b/o Darius Haynes | Stockman, Walter |
| Hearndon, Randel | Strickland, Lionel |
| Henderson, David o/b/o Zackary Henderson | Stucke, Clinton |
| Hill, Brandy o/b/o Alexis Hill | Stucke, Jeannette |
| Hill, Brandy o/b/o Xavier Hill | Stucke, Jeannette o/b/o Joshua Delaughter |
| Hillhouse, Brenda | Sutton, Jamie o/b/o Richard Sutton |
| Hillhouse, Eric | Taylor, Marthina o/b/o Recardo Sayja |
| Horn, Deborah | Thomas-Burton, Corinn o/b/o Keely Jones |
| Hughes, Geraldine | Tillison, Georgia |
| Hughes, Richard | Tillison, Georgia o/b/o Gari Tillison |
| Huynh, My | Tillison, Georgia o/b/o Inna Tillison |
| Huynh, Phuoc | Tillison, Larry |
| Isabel, Paula o/b/o Keishaad Womble | Tran, Chin |
| Isabell, James | Tran, Chin o/b/o Candice Tran |
| Isabell, Jason | Tran, Chin o/b/o Christina Tran |
| Isabell, Jeff o/b/o Jarvis Isabell | Tran, Chin o/b/o Nikki Tran |
| Isabell, Jeffery | Tran, Nga |
| Isabell, Kimberly | Tran, Tuan |
| Isabell, Paula | Truong, Em |
| Johnson, Abigail | Verzal, Jerri o/b/o Breana Verzal |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 13 of 16*

|  |  |
|---|---|
| Johnson, Charles | Verzal, Jerri o/b/o Savannah Verzal |
| Johnson, Deborah | Walker, Erica o/b/o Kaitlyn Goff |
| Johnson, Hannah | Walkes, Nichole o/b/o Courtney Walkes |
| Johnson, Mia o/b/o Johnnisha Johnson | Walkes, Nichole o/b/o McKaiya Walkes |
| Johnson, Peggy | Watson, Mary o/b/o Adam Sullivan |
| Johnson, Peggy o/b/o Mark Johnson | Wescovich, Eli |
| Johnson, Peggy o/b/o Paul Johnson | Weston, Danneil o/b/o D'Shayla Weston |
| Johnson, Peggy o/b/o Seth Johnson | Williams, Albert |
| Johnson, Renee | Williams, Carzell o/b/o Devin Williams |
| Johnson, Renee o/b/o Renard Elliot | Williams, Debra |
| Johnson, Renee o/b/o Renee Johnson | Williams, Debra o/b/o Dontrite Walters |
| Johnson, Theresa | Williams, Gabriel |
| Johnson, Theresa o/b/o Ariel Johnson | Williams, Jucinta |
| Johnson, Theresa o/b/o Tianna Lane | Williams, Jucinta o/b/o Takiyah Williams |
| Jones, Bobbie | Williams, Matilde |
| Jones, Phillip | Williams, Raven o/b/o Ny'Dria Williams |
| Jordan, Henry o/b/o Henry Jordan | Williams, Unetra |
| Kitchens, Brenda | Wills, David |
| Ladner, Lisa o/b/o Ethan Smith | Wilson, Robert |
| Lam, Hen | Woulard, Tammy o/b/o Jimmy Amos |
| Loper, Sarah | Young, Cynthia |
| Loper, Sarah o/b/o Sharmaine Loper | Ziegler, Farrell |
| Ly, Chen | Zollicoffer, Lakita |
| Ly, Chen o/b/o Brittney Chau | Zollicoffer, Lakita o/b/o Kayla Robinson |
| Ly, Chen o/b/o Christopher Chau | Zollicoffer, Lakita o/b/o Raven Goins |
| Ly, Chen o/b/o Timmy Chau |  |

**09-6502**  **Young, Rufus v. Forest River**

|  |  |
|---|---|
| Alexander, Tonya o/b/o A.V. | Neese, Jessica o/b/o A.N. |
| Alexander, Tonya o/b/o D.A. | Neese, Jessica o/b/o L.N. |
| Arceneaux, Andrew o/b/o B.A. | Neese, Jessica o/b/o M.N. |
| Arceneaux, Andrew o/b/o L.A. | Neese, Jessica o/b/o W.N. |
| Ashley, Bryan | Nguyen, Ann o/b/o P.N. |
| Baker, Niny o/b/o Z.B. | Nguyen, Bich o/b/o A.N. |
| Ballard, Christopher o/b/o L.B. | Nguyen, Bich o/b/o D.N. |
| Ballard, Seketha o/b/o C.B. | Nguyen, Bich o/b/o J.N. |
| Bello-Pike, Daphane o/b/o C.B. | Nguyen, Bich o/b/o S.N. |
| Bennett, Elizabeth o/b/o E.B. | Nguyen, Dung |
| Bennett, Pamela o/b/o J.B. | Nguyen, Gong o/b/o L.N. |
| Biehl, Jacqueline o/b/o B.B. | Nguyen, Gong o/b/o S.N. |
| Biehl, Jacqueline o/b/o M.B. | Nguyen, Hong o/b/o L.N. |
| Blackston, Clarrisa o/b/o D.B. | Nguyen, Hong o/b/o L.N. |

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 14 of 16*

Blackston, Clarrisa o/b/o L.B.
Bonnett, Elizabeth o/b/o T.B.
Booker, Orlanda o/b/o S.B.
Bourg, Tricia o/b/o B.B.
Bourgeois, April o/b/o J.D.
Bourgeois, April o/b/o J.F.
Bourgeois, April o/b/o L.B.
Bourgeois, April o/b/o P.B.
Branom, Teresa o/b/o H.B.
Broussard, Clifton o/b/o J.B.
Bui, Bich o/b/o M.N.
Caraviello, Dorena o/b/o K.C.
Catalanotto, Lisa o/b/o D.W.
Cochran, Amy o/b/o A.C.
Danley, Kristie o/b/o J.D.
Danley, Kristie o/b/o K.D.
Davis, Willie o/b/o J.D.
Davis, Willie o/b/o M.D.
Dillard, Carleaner o/b/o S.B.
Doan, Dan o/b/o C.N.
Doan, Dan o/b/o I.N.
Duong, Lieu o/b/o A.P.
Feigel, Kimberly o/b/o K.P.
Feigel, Kimberly o/b/o M.B.
Feigel, Kimberly o/b/o T.D.
Fleming, Gerald o/b/o Z.F.
Foster, Rondeshia o/b/o A.F.
Galloway, Jennifer o/b/o K.G.
Garcia, Kevin o/b/o K.G.
Garry, Kanita o/b/o K.M.
Giavotella, Michele o/b/o L.G.
Goff, Frank o/b/o S.B.
Goff, Luctrecia o/b/o K.G.
Guy, Jennifer o/b/o W.G.
Harbin, Bridgette o/b/o A.H.
Henderson, Stuart o/b/o R.H.
Hoda, Miranda o/b/o A.H.
Hoda, Miranda o/b/o A.P.
Hoda, Miranda o/b/o B.H.
Hoda, Miranda o/b/o B.P.
Hoda, Miranda o/b/o C.P.
Hood, Harvey o/b/o R.H.

Nguyen, John o/b/o T.N.
Nguyen, Lina o/b/o A.D.
Nguyen, Lina o/b/o D.N.
Nguyen, Long o/b/o S.N.
Nguyen, Nhan o/b/o V.N.
Odom, Krista o/b/o K.W.
Owenby, Valerie o/b/o D.M.
Pace, Tonya o/b/o J.M.
Pace, Tonya o/b/o T.P.
Parkinson, Lora o/b/o G.P.
Parkinson, Lora o/b/o M.P.
Parkinson, Lora o/b/o S.P.
Patrick, Jeremy o/b/o J.P.
Perks, David o/b/o E.S.
Perks, David o/b/o K.P.
Peterson, Carolyern
Peterson, Christopher o/b/o B.P.
Phillips, Samantha o/b/o A.P.
Piot, Pamela o/b/o C.K.
Piot, Pamela o/b/o C.K.
Piot, Pamela o/b/o D.T.
Preston, Lucy o/b/o D.C.
Preston, Lucy o/b/o K.C.
Preston, Lucy o/b/o K.M.
Preston, Lucy o/b/o L.D.
Preston, Lucy o/b/o T.S.
Preston, Lucy o/b/o Z.M.
Pullman, Kayla o/b/o M.M.
Rainey, Alice
Rasco, Maggie o/b/o C.W.
Rasco, Maggie o/b/o K.W.
Rasco, Maggie o/b/o K.W.
Rasco, Maggie o/b/o Z.W.
Rasmussen, Tina o/b/o J.R.
Ray, Dori o/b/o S.R.
Richardson, Amanda o/b/o K.R.
Richardson, Amanda o/b/o P.R.
Robbins, Richie o/b/o Z.Q.
Robinson, Angela o/b/o D.R.
Robinson, Angela o/b/o T.R.
Rogers, Cecil o/b/o E.R.
Rowell, Amber o/b/o Z.F.

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 15 of 16*

| | |
|---|---|
| Hutto, Tammy o/b/o J.M. | Rowell, Noel o/b/o J.R. |
| Jackson, Arlene o/b/o Z.T. | Saunders, Sharice o/b/o C.W. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o J.P. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Evette o/b/o K.T. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Rose o/b/o A.J. | Shipman, Shirley o/b/o K.S. |
| Jenkins, Rose o/b/o C.J. | Shipman, Shirley o/b/o K.S. |
| Johnson, Brenda o/b/o S.S. | Smith, Jasmine o/b/o D.S. |
| Jones, Shawn o/b/o S.J. | Smith, Jasmine o/b/o N.S. |
| Kendrick, Shoneen o/b/o H.A. | Smith, Kiona o/b/o T.S. |
| Kendrick, Shoneen o/b/o N.A. | Smith, Mary o/b/o K.S. |
| Keppard, Kathy o/b/o K.V. | Smith, Mary o/b/o S.S |
| Keppard, Kathy o/b/o K.V. | Sonnier, Patricia o/b/o M.S. |
| Knight, Erika o/b/o J.L. | Speir, Stephanie o/b/o L.S. |
| Ladner, Yolaine | Speir, Stephanie o/b/o M.S. |
| Ladner, Yolaine o/b/o C.L. | Spiers, Michael o/b/o M.B. |
| Ladner, Yolaine o/b/o M.L. | Spiers, Regina o/b/o M.S. |
| Lafontaine, Kermit o/b/o D.L. | Swicegood, Dick o/b/o C.S. |
| Lafontaine, Kermit o/b/o K.L. | Thomas, Melanie o/b/o K.V. |
| Lafontaine, Kermit o/b/o Z.L. | Thomas, Pernice o/b/o C.T. |
| Lafontaine, Steven o/b/o J.L. | Thomas, Pernice o/b/o M.M. |
| Lafontaine, Steven o/b/o S.L. | Thompson, Gatric o/b/o L.M. |
| Laneaux, Mary | Thompson, Gatrick o/b/o C.S. |
| Lawrence, Mary o/b/o L.L. | Thompson, Gatrick o/b/o S.T. |
| Lawrence, Mary o/b/o V.B. | Tyler, Debra o/b/o K.T. |
| Le, Kim o/b/o K.L. | Varnado, Teressa o/b/o K.N. |
| Martin, Chrystal o/b/o E.M. | Varnado, Teressa o/b/o T.N. |
| Martin, Chrystal o/b/o M. | Vaughen, Kerry o/b/o K.V. |
| Martin, Glinda o/b/o V.M. | Vaughen, Kerry o/b/o K.V. |
| Mason, Shauna o/b/o A.B. | Vaughen, Kerry o/b/o T.R. |
| Mauffray, Lora | Vu, Hue o/b/o V.N. |
| Mauffray, Lora o/b/o A.M. | Walks, Marvin |
| Mauffray, Lora o/b/o J.M. | Walks, Nichole |
| McDaniel, Ethel | Watson, Ivy o/b/o A.W. |
| McDaniel, Ethel o/b/o L.A. | Watson, Ivy o/b/o L.W. |
| McDaniel, Ethel o/b/o L.M. | Welch, Aimee o/b/o G.W. |
| McDaniel, Tracy o/b/o M.M. | Welch, Aimee o/b/o T.F. |
| McDaniel, Tracy o/b/o P.M. | Wells, Tess o/b/o H.W. |
| Mclain, Walter o/b/o W.M. | White, Nikita o/b/o N.W. |
| Moffet, Brenna o/b/o A.S. | Williams, Raven o/b/o D.W. |
| Moffett, Brenna o/b/o H.M. | Williams, Robert o/b/o R.W. |
| Moran, Brandy o/b/o E.M. | Williams, Robert o/b/o T.W. |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 16 of 16*

| | |
|---|---|
| Moran, Brandy o/b/o J.M. | Willis, Heather o/b/o J.D. |
| Moran, Marisa o/b/o K.S. | Willis, Heather o/b/o V.D. |
| Moran, Marisa o/b/o M.M. | Yarborough, Sherry o/b/o K.R. |
| Moran, Melissa o/b/o A.B. | Young, Katrina o/b/o J.W. |
| Moran, Tina o/b/o K.M. | Young, Katrina o/b/o J.W. |
| Morgan, Angel o/b/o N.M. | Young, Katrina o/b/o J.W. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Deborah o/b/o M.Z. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Katie o/b/o M.G. |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc  Andrew Weinstock
    Justin Woods
    Dave Kurtz