UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ——————————— | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Haynes, Mayola | ) | |
| | ) | |
| ——————————— | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.



EXHIBIT

T

S-20-11

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Mayola Haynes _____ ___

B.   Maiden or other names used or by which you have been known: _____
                                 706 Morris St
C.   Current Street Address: Waveland, MS 39576 _____ _____

D.   Home Telephone No.: 228-467-1715 _____ _____ ____ __ ___
     Cell Phone No.: 228-342-1372 _____ ____ _____ ____ ____ __
     Work Telephone No: _____
     Other Telephone Nos.: _____

E.   Email address: mayola706@yahoo.com _____ _____ ____ ____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for
     example, on behalf of the estate of a deceased person or on behalf of a minor),
     please complete the following information on such person:

     1.   State which individual or estate you are representing:

          _____

     2.   Maiden Or Other Names Used or By Which Such Person Has Been
          Known:

          _____

     3    Address (or last known address if deceased): _____

          _____

     4.   Home Telephone No.: _____
          Cell Phone No.: _____
          Work Telephone No: _____
          Other Telephone Nos.: _____

     5.   E-mail address: _____ _____ _____

     6.   If you were appointed as a representative by a court, state the:

Haynes, Mayola - WGC#209729

Court: _____

Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? _____

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B. Please state the name and address of the attorney representing you:

Watts Hilliard, LLC _____

Attorney's Name/Law Firm

2506 N. Port Ave, Corpus Christi, TX 78401 _____

City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
   Yes ☒       No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| Burning Sensation in Chest |
| Eye Irritation / Excessive Tears |
| Nausea |
| Headaches |
| Dizziness |
| Coughing / Shortness of Breath |
| Laryngitis: Inflammation of Vocal Cords |
| Sinus Infections / Sinusitis |
| Irregular Heartbeat |
| Emphysema / Wheezing |
| ~~Eye Irritation / Excessive Tears~~ |
| Burning of Eyes |
| Irritation to Nasal Membranes |
| Irritation or Swelling of Eyelids or Eye Area |
| ~~Headaches~~ |
| ~~Nausea~~ |
| Vomiting |
| ~~Emphysema / Wheezing~~ |
| Persistent Cough |
| Bronchitis |

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | | |
|---|---|---|
| Condition: Burning Sensation in Chest | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Eye Irritation / Excessive Tears | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Nausea | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Headaches | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Dizziness | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Coughing / Shortness of Breath | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? | ☐ |
| Address of Physician: | | |
| Condition: Laryngitis: Inflammation of Vocal Cords | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Sinus Infections / Sinusitis | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Irregular Heartbeat | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Emphysema / Wheezing | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: Kellum | Condition Worsened By Trailer? | ☐ |
| Address of Physician:   Waveland, MS | | |
| Condition: Eye Irritation / Excessive Tears | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? | ☐ |
| Address of Physician: | | |
| Condition: Burning of Eyes | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? | ☐ |
| Address of Physician: | | |
| Condition: Irritation to Nasal Membranes | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? | ☐ |
| Address of Physician: | | |
| Condition: Irritation or Swelling of Eyelids or Eye Area | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? | ☐ |
| Address of Physician: | | |
| Condition: Headaches | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? | ☐ |
| Address of Physician: | | |
| Condition: Nausea | Suffered Prior To Trailer? | ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? | ☐ |
| Address of Physician: | | |

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No _____ _____ _____ _____

     If yes, which kind of cancer?   _____ _____ _____ _____
     _____ _____ _____ _____

5.   When do you claim this injury or disease first occurred?  <u>I know now injury occurred on the date I moved in, but I did not know that at the time.</u>

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  <u>Please see table above</u>   .

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  <u>Please see table above</u>

     **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  _____ _____ _____ _____
     _____ _____ _____ _____
     _____ _____ _____ _____

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐          No ☒

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

To your understanding, describe the condition for which treated:

State when you were treated for this psychological, psychiatric or emotional problem

List the medications prescribed or recommended by the physician or counselor

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐          No ☒

*If "Yes,"* state the amount of your claim: _____

## IV.    BACKGROUND INFORMATION

A.    Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 706 Morris St<br>Waveland, MS 39576 | |
| | |
| | |
| | |
| | |

B.    State Driver's License Number and State Issuing License: _____
       80244141  MS

C.    Date and Place of Birth: ▮▮▮▮▮▮▮▮▮▮

D.    Sex:  Male ☐        Female ☒

E.    Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| hancock N. central | 01/01/1973 | | Diploma |
| Pearr L.River | 01/01/1997 | | Diploma |
| | | | |

F.    Employment Information

1.    Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| **Address** | | | |

2.    List the following for each employer you have had in the last ten (10) years:

Haynes, Mayola - WGC#209729

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Gulf coast Cmm. Ant. | 01/01/1979 - | | supervilor |
| **Address** | | | |
| Hwy 90 , MS | | | |
| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
| comm. Act. | 01/01/2007 - | | Diploma |
| **Address** | | | |
| Waveland , MS | | | |
| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
| | | | |
| **Address** | | | |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

    Yes ☐          No ☒

    *If "Yes,"* state the following:

    a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

    | Year | Income |
    |------|--------|
    | | $ |
    | | $ |
    | | $ |
    | | $ |
    | | $ |

    b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

    _____

    _____

G.  Previous Claims Information

    1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

        Yes ☐          No ☒          Don't recall ☐

        *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

        _____

        _____

        _____

        _____

        _____

        _____

## IV.  FAMILY INFORMATION

A.  To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☒      No ☐      Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|------|-------------|-------------|-------------------|----------------|
| Lioven haynes | Husband | 59 | Lungait Health | Heart |
| anniemae Lewis | Mother | 68 | Digectic High Blood huart | Heart |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

B.  Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐      No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.    FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named:    Plaintiff Unmatched to Specific Manufacturing Defendant

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.    Please provide your FEMA Identification No.: 939328777 _____ _____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**          Haynes, Mayola - WGC#209729

· Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>10/1/2005</u>

Move-out Date: <u>9/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>706 Morris St</u>

City: <u>Waveland</u>          State: <u>MS</u>     Zip: <u>39576</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____
State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: <u>30 ft</u>

Please state the approximate length and width of the FEMA housing unit: <u>10x12</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>4 hr.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? <u>5 Days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?
_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? <u>5 Days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Haynes, Mayola - WGC#209729

## TRAILER 2 (Section A. 1-2, 4-20, B, C, D)

· Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: _____

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

**TRAILER 3 (Section A. 1-2, 4-20, B, C, D)** <span>Haynes, Mayola - WGC#209729</span>

·Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: _____

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

**TRAILER 4 (Section A. 1-2, 4-20, B, C, D)**                  Haynes, Mayola - WGC#209729

·Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: _____

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

**TRAILER 5 (Section A. 1-2, 4-20, B, C, D)**                    Haynes, Mayola - WGC#209729

· Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? _____

Move-in Date: _____

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____
State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

E.  Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---------|------|-------------|--------------------------------------|-----------------------------------------------|------------------------------|----------------------------------------------------|
| 1 | Lionel Haymes | 56 | 706 noris St. Walveland Walveland, MS 228-467-1715 | 01/01/2005 -01/01/2007 | | |
| | L▆ M▆ SR. | 16 | 706 noris St. Walveland Walveland, MS 228-467-1715 | 01/01/2005 -01/01/2007 | | |
| | Mayal Haymes | 54 | 706 noris St. Walveland Walveland, MS 228-467-1715 | 01/01/2005 -01/01/2007 | | |
| | | | , | | | |
| | | | | | | |

## VI.   MEDICAL BACKGROUND

A.  Height: _5'7___

B.  Current Weight: _220___

Weight prior to living in a FEMA trailer or mobile home: _230_____

C.  Personal Smoking/Tobacco Use History:  ***Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.***

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☒   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      1.     Date on which smoking/tobacco use ended:_____

      2.     Amount smoked or used on average:

            _____ per day for _____ years.

☐     Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      1.     Amount currently smoked or used on average:

            1/2 _____ per day for _____ years.

D.     Other Smoking/Tobacco Use History:

      If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

      1.     Amount smoked or used on average, if you know:

            _____ per day for _____ years.

      2.     Relationship to you: _____

      3.     Please state whether the smoking occurred inside, outside or both._____

E.     Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

      Yes ☐     No ☒

      *If "Yes,"* what was the date of birth:_____.

      Did your pregnancy terminate in a miscarriage or a stillborn child?

      Yes ☐     No ☒

F.     Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

      1.     Lung or other respiratory disease

            Yes ☐     No ☒

            *If "Yes,"* please indicate the following:

            Name and description of each illness, disease, or abnormal condition:

            _____

            The date of illness:_____

            _____

      2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

            Yes ☐     No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3. Long-term stomach or bowel disease
   Yes ☐        No ☒

   *If "Yes,"* please indicate the following.

   Name and description of each illness, disease, or abnormal condition:

   _____

   _____

   The date of illness:

   _____

   _____

4. Skin disease
   Yes ☐        No ☒

   *If "Yes,"* please indicate the following.

   Name and description of each illness, disease, or abnormal condition:

   _____

   _____

   The date of illness:

   _____

   _____

G. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1. To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

      Yes ☐        No ☐        Don't Recall ☒

      *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name:_____
     Specialty, if any: _____
     Address: _____
     Phone: _____
     Treatment received: _____
     Dates of treatment: _____

**Please refer to Section III. Part C Question 3**

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____

_____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
     Yes ☐          No ☒

     *If "Yes,"* please provide the name and address of the health care professional.

_____

_____

Haynes, Mayola - WGC#209729

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐       No ☒

B.   Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒       No ☐

C.   Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐       No ☒

D.   All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐       No ☒

E.   Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐       No ☒

F.   Decedent's death certificate, if applicable.
Yes ☐       No ☒

G.   Report of autopsy of decedent, if applicable.
Yes ☐       No ☒

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

Haynes, Mayola - WGC#209729

A.  Identify your current family and/or primary care physician:
    **Do Not Recall** ☐   **N/A** ☐

B.  Identify your primary care physicians for the last seven (7) years.
    **Do Not Recall** ☐   **N/A** ☐

| Name Dr.Kullvm | | Dates | | |
|---|---|---|---|---|
| Address 5400 Indian Hill Rd. Blud.Diamond Head MS 39525 | City | | ST MS | Zip |
| Name Charlus Rerserson | | Dates 19/01/2005 | | |
| Address Hwy 90 BSL MS | City | | ST MS | Zip |
| Name | | Dates | | |
| Address | City | | ST | Zip |
| | | | | |
| | | | | |
| | | | | |

C.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.
    **Do Not Recall** ☐   **N/A** ☐

| Name | | Admission Dates | | |
|---|---|---|---|---|
| Address | City | | ST | Zip |
| Reason For Admission | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.
   **Do Not Recall** ☐   **N/A** ☐

| **Name** Hanock Memorial Hospital | **Admission Dates** | | |
|---|---|---|---|
| **Address** Hwy 90 BLL | **City** | **ST** | **Zip** |
| **Reason For Admission** | | | |

| **Name** | **Admission Dates** | | |
|---|---|---|---|
| **Address** | **City** | **ST** | **Zip** |
| **Reason For Admission** | | | |

| | |
|---|---|
| . | |

| |
|---|
| |

| |
|---|
| |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.
   **Do Not Recall** ☐   **N/A** ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| **Name** Dr. Kellum | **Dates** 11/01/2003 | | |
|---|---|---|---|
| **Address** Dcareandheal Ms | **City** | ST MS | **Zip** |
| **Name** Dr. charles | **Dates** 10/01/2005 | | |
| **Address** BSL MS | **City** | ST MS | **Zip** |
| **Name** Dr. kerison | **Dates** 10/01/2005 | | |
| **Address** BNL MS | **City** | **ST** | **Zip** |
| **Name** | **Dates** | | |
| **Address** | **City** | **ST** | **Zip** |

| |
|---|
| |

| |
|---|
| |

| |
|---|
| |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.
     **Do Not Recall** ☐   **N/A** ☐

| Name Wal-Mar | | | | |
|---|---|---|---|---|
| **Address**  Waveland | | **City** | ST MS | **Zip** |
| **Name** | | | | |
| **Address** | | **City** | **ST** | **Zip** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Mayola Haynes** <br> **Print Your Name** | 10-10-08 <br> **Date** |

*109729*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|
| | **AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)** |

Name: Mayola Haynes

Date of Birth: ▓▓▓▓▓▓▓▓

Last Four Numbers of SSN:_____

     I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

     Any copy of this document shall have the same authority as the original, and may be substituted in its place.

                   Dated this __ day of _____, 2008.

                   _____
                   *[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: _Mayola Haynes_

Date of Birth: ▮▮▮▮▮▮▮

Last Four Numbers of SSN:_____

I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of** _____
_____**and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this __ day of _____, 2008.

_Mayola Hm_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____