# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACISIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
   ALISTAIR M. WARD
   CONNIE L. HAWKINS[4]
   CHARLOTTE A. FIELDS[4]
   J. MICHAEL DIGIGLIA[6]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[5]ONLY ADMITTED IN TEXAS
[6]ALSO ADMITTED IN WASHINGTON
[7]ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Anthony Buzbee
The Buzbee Law Firm
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, TX 77002

> Re:   FEMA Trailer Formaldehyde Product Liability Litigation
>        MDL No.: 1873, Sec. N(4)
>        Our File No.: 0200-24-7
>        Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies are specified by client.

We understand that you may have received deficiency letters from our firm in the last month or two regarding some of these same clients; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any deficiency response that you made to deficiency letters that you previously received from our firm shall NOT serve as a response to this deficiency letter.

If you feel that you may have previously submitted a PFS for a specific client that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS, and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

**EXHIBIT**

*C*

Acevedo-Pena, Rafael
Agnew, Cynthia J.
Alexander, Horace
Alexcee, Lynette
Ally, Wanda
Autman, Lorraine M.
Ballard, Sr., Eric
Banks, Shamani
Barnes, Valerie C.
Bolden, Osmond
Broussard, Shelia F.
Brown, Christopher
Burch, Bobby
Captain, Jaylin
Captain, Shalonda N.
Captain, Shelia F.
Casnave, Irma L.
Chretien, Michelle
Clark, Shonda C.
Clayton, Melwyn E.
Coleman, Andre D.
Coleman, Daniel G.
Coston, Ernest
Davenport, Louis
Davenport, Sandra
Davis, Anthony
Dennis, LaToya K.
Cou
Dimery, Kenneth J.
Driebe, Paul R.
Elliott, Kyren
Enines, Stephanie
Fontenot, Sr., Johnathan
Fulk, Sandra K.
Gaines, Arthurnisha
Gaines, Eroger
Garrett, Javion O.
Gerdes, Jr., Vernon
Gobert, Seleste A.
Godwin, III, James T.
Godwin, Meagan
Gomez, Neff
Green, Angiela L.
Green, Diane
Green, Perry
Hargrave, Britlyn P.
Harris, Fred
Harris, Mariah
Heechung, Hazel

Agnew, Chelsea L.
Alexander, Errol
Alexcee, Christopher
Alfred, Jr., Kirby
Anderson, Kainan
Autman, Sean
Banks, Kerriell
Banks, Tina
Bentel, Amber
Brooks, Georgia S.
Brown, Bruce Daniel
Brown, Donna L.
Captain, Brittany
Captain, Kithen
Captain, Shaundrica
Carter, Barry Lett
Chattman, Geraldine M.
Chretien, Nichelle
Clayton, Donte
Clofer, Leroy J.
Coleman, Andre R.
Copeland, Shannon C.
Davenport, IV, Louis
Davenport, Mercedes
Davis, Angela
Davis, III, Clarence

Dennis, Sanai
Dimery, Sylvia
Dyer, Trinice
Enines, Jr., William
Finch, Charles
Foster, Napoleon
Fulton, Glenda
Gaines, Charmaine
Gaines, My'Cal
George, Johnny
Gill, Venita A.
Gobert, Stephanie
Godwin, Jr., James
Godwin, Moriah
Gomez, Sierra
Green, Ashia
Green, Latasha
Gums, Eloise E.
Harris, Eartha L.
Harris, LeRoy J.
Heechung, Eisabella
Heechung, Jr., Keith A.

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
June 29, 2011

| | |
|---|---|
| Hill, Addie | Hill, Darius Q. |
| Hill, Tameka S. | Hillard, Raymond |
| Holmes, Deborah | Hurst, Corey |
| Hurst, Danielle N. | Hurst, Terry R. |
| Irza, Thomas M. | Issac, Kaswanna |
| Jackson, Laterrian | Jackson, Victoria |
| Jacob, Calvin | Jacobs, Troy |
| Johnson, Dorothy | Johnson, Joseph |
| Johnson, Michael F. | Johnson, Michelle |
| Johnson, O'Neisha D. | Johnson, Sean |
| Jones, Gilda | Jones, Jamie L. |
| Jones, Levon | Jordan, Brunica |
| Kelly, Louise | Kinkella, Jan M. |
| Kissanis, John | Lacey, Belinda |
| Lampkin, Denise | Lampkin, Gerald |
| Lampkin, Glenda R. | Landry, Courtney |
| Landry, D'Tizhana | Landry, Jr., Adam |
| LeBlanc, Dolores J. | LeBlanc, Edwin |
| Leday, Beverly J. | Ledet, III, Leon A. |
| Leo-Carter, Dolly | Lewis, Adrienne M. |
| Lewis, Jr., William M. | Lewis, Malijah |
| Lewis, Mary J. | Magee, Dedrick R. |
| Magee, Jalisha | Magee, Jaliyah |
| Magee, Jaterion | Magee, Shamika |
| McCrary, Gregory | McGee, Tiffany |
| Mckenzie, Eddie L. | Moore, Jr., Elton |
| Moore, Sr., Larry | Netto, Michael |
| Newman, Ranardia | Palmer, Donna |
| Papalin, Bill | Parish, Helena |
| Peck, Ashley | Randazzo, Angela Y. |
| Randazzo, Isabella A. | Randazzo, Kody - DELETE DUP |
| Reed, Chadneisha | Reed, Cherish |
| Reed, Marguerite | Richardson, A'Donna |
| Richardson, Cheryl A. | Richardson, Jaleel M. |
| Richardson, Tessie M. | Richmond, Coquise W. |
| Richmond, Darlene W. | Richmond, Ja'Myreia |
| Richmond, Ja'Quise | Richmond, Ja'Tavien |
| Richmond, Ja'Zyreia | Rizzuto, Blake |
| Robesten, Linda M. R. | Robinson, Gertrude B. |
| Robinson, Jada A. | Robinson, Michelle |
| Robinson, O'Neisha | Robinson, Rodney |
| Robinson, Stephen J. | Robinson, Terry G. |
| Rodney, Gary | Rodney, Jasmine |
| Romich, Jennifer | Romich, Monette |
| Romich, Wyatt | Rust, Logan C. |
| Rust, Samien | Ryan, Jamarus |

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
June 29, 2011

Ryan, Patsy
Scott, Clarence
Sims, Ke'Monei
Slater, Harold
Slater, Willie
Smith, Kelsey
Smith, Milford
Smith, Rickell
Stampley, Cleveland
Stepter, Miracle
Thomas, Alberta
Thomas, Chelsea
Thomas, Jervis W.
Thomas, Stacy L.
Valentine, Jamarius
Vaughn, Sr., William C.
Vitto, Joshua J.
Vitto, Sr., Spencer E.
Washington, Jamar R.
Weber, Marion
White, Jennifer A.
White, Laura A.
Whitfield, Bettie
Whitfield, Emmett
Williams, Johnnie L.
Wilson, Kierra
Woodridge, Regina E.
Wright-Smith, Carolyn

Schexnayder, Lula Mae
Shabazz, Xavier
Slater, Angela
Slater, Lorenzo
Smith, Alvin
Smith, Lisa M.
Smith, Paula R.
Snow, Brittany
Stepter, Carey
Stuart, Travis
Thomas, Alvin
Thomas, Deborah
Thomas, Paul
Thornton, Delisa
Vaughn, Charlene A.
Villa, Pamela E.
Vitto, Jr., Spencer E.
Walker, Larry J.
Washington, Jamie L.
White, Diamond
White, John C.
White, Shawna M.
Whitfield, Brittany A.
Williams, Gloria S.
Wilson, Jaden
Womack, Patricia
Wright, Brionne

# The Buzbee Law Firm

## Hurst, Danielle N.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Bar Code (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Hurst, Terry R.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency.

FEMA I.D. # (PFS Sec. V.A.3)

Bar Code (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Irza, Thomas M.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Bar Code (PFS Sec. V.A.4)

Names of All Trailer Residents (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Issac, Kaswanna

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)

Certification Signed by Plaintiff

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
June 29, 2011

If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

J. Mike DiGiglia

JMD/maa/kbd

cc:   Andrew Weinstock, Esq.
      Justin Woods, Esq.
      Dave Kurtz, Esq.
      Henry T. Miller

73

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.¹˒⁴
KENNETH H. LABORDE¹˒⁵
LAMBERT M. LAPEROUSE¹
ROBERT I. SIEGEL¹˒⁵
ANDREW A. BRAUN¹˒⁵
LEO R. McALOON III¹˒⁵
JOHN E. W. BAAY II¹˒²˒⁵
ANDREW M. ADAMS¹˒⁴
MARGARET L. SUNKEL¹
DANIEL G. RAUH¹
RACHEL G. WEBRE¹
BRENDAN P. DOHERTY¹˒⁵

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER³
MICHAEL D. CANGELOSI
TARA E. CLEMENT⁵
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE⁴
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON⁵
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE⁵
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
    ALISTAIR M. WARD
    CONNIE L. HAWKINS⁵
    CHARLOTTE A. FIELDS⁴
    J. MICHAEL DIGIGLIA⁵

¹LAW CORPORATION
²ALSO ADMITTED IN TEXAS
³ALSO ADMITTED IN MISSISSIPPI
⁴ALSO ADMITTED IN FLORIDA
⁵ONLY ADMITTED IN TEXAS
⁶ALSO ADMITTED IN WASHINGTON
⁷ALSO ADMITTED IN COLORADO

July 28, 2011

Mr. Anthony Buzbee
The Buzbee Law Firm
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, TX 77002

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
              MDL No.: 1873, Sec. N(4)
              Our File No.: 0200-24-7
              Supplemental Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

      This firm represents Forest River and Vanguard in the above referenced litigation. You received a Notice of Plaintiff Fact Sheet Deficiencies letters on April 6, April 7 or May 4, 2011. This letter serves as a supplement to the deficiencies noted in that previous deficiency letter.

      Because the attached deficiencies are a supplement to the deficiencies that were noted in these previous deficiency letters, any deficiency response that you made to those deficiency letters you previously received from our firm shall not serve as a response to this supplemental deficiency letter. Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies is specified by client.

      As you are aware, PTO 88 provides you with up to 60 days to provide a response to the attached deficiencies for each plaintiff that actually cures those deficiencies or the plaintiff may be subject to dismissal.

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
July 28, 2011

| | |
|---|---|
| Adkins, Deborah L. | Adkins, Dennis L. |
| Aguillard, Jr., John Hebert | Akins-Green, Willie Mae |
| Albert, Brenda F. | Baquet, Andrea |
| Barbarin, Brittany | Barbarin, Corey |
| Battie, Jezmine | Beverly, Marcie |
| Blanchard, Selena M. | Buckley, Artis |
| Carbo, Kathleen | Carter, Bobbie Jean |
| Carter, Carey | Chester, Betty |
| Chisholm, Jamey | Clayton, Arthur |
| Craig, Leonard | D'Aunoy, Rose M. |
| Davenport, Shannon | Domino, Cornelia |
| Elliott, Karim | Elliott, Kobe |
| Elliott, Lair | Fontenot, David L. |
| Fox, Deborah | Gaines, Derrick |
| Gomez, Nathan | Goodwin, III, James T. |
| Goodwin, Jr., James T. | Goodwin, Meagan J. |
| Goodwin, Moriah J. | Heechung, Keith |
| Herbert, Kayla | Horton, Dania S. |
| Isaac, Kaswana | Jackson, Charley |
| Jacobs, Connie | Johnson, William |
| Johnson, William E. | Kzirian, Beverly S. |
| Luster, Quintin P. | Magee, Keena |
| Magee, Khaliah | Magee, Khaliah (deceased) |
| McConnel, Erin | McConnell, Erin B. |
| Moon, Jr., Floyd S. | Moon, Sr., Floyd |
| Moon, Sr., Floyd S. | Nelson, Pearlie |
| Pendleton, Bennie | Peterson, Ron |
| Phillpott, Jayne B. | Phillpott, William H. |
| Randazzo, Kody K. | Reddick, Zhane N. |
| Rust, Jeremy | Rust, Jeremy D. |
| Rust, Richard M. | Santiago, Rodney |
| Shabazz, Alia | Sims, III, Leslie |
| Sims, Leslie | Travis, Latasha |
| Vaughn, Kunyel | Versiga, Donald |
| Wallace, Benisha | White, Nija |
| Whitfield, Arthur | Whitfield, Jean Marie |
| Woods, Cantrell | Woods, Chiquita |

# The Buzbee Law Firm

## Isaac, Kaswana

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer

FEMA I.D. #

Bar Code

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

Certification Signed by Plaintiff

## Jackson, Charley

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Only if You are Requesting Reimbursement of Medical Expenses

## Jacobs, Connie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer

FEMA I.D. #

Bar Code

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

Certification Signed by Plaintiff

## Johnson, William

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
July 28, 2011


If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504) 654-1347.

Sincerely,
Gieger, Laborde & Laperouse, LLC


J. Mike DiGiglia


JMD/maa/kbd

cc:    Andrew Weinstock, Esq.
       Justin Woods, Esq.
       Dave Kurtz, Esq.
       Henry T. Miller