## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | SECTION "N" (5) |
|     LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | **JUDGE ENGELHARDT** |
| 09-4713 *Ruth Strickalnd, et al v. Forest, et al;* | * | **MAGISTRATE CHASEZ** |
| 09-7070 *Albert Williams, et al v. Forest River, Inc., et al;* | * | |
| 09-7072 *Arien Burks, as Next Friend of Adrianna Burks, A minor, et al v. Forest River, et al;* | * | |
| 09-7857 *Chiquita Acker, et al v. Forest River, Inc., et al;* | * | |
| 09-7855 *Mary Wilkerson, et al v. Forest River, Inc., et al;* | * | |
| 09-7889 *Rikita Alexander, as Next Friend of J. A., a minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7892 *Gerald Byron, et al v. Forest River, Inc., et al;* | * | |
| 09-7835 *Jemalla Vallare, as Next Friend of A. V., a minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7924 *Shantelle Guillory, as Next Friend of M. G., a minor, et al v. Forest River, Inc., et al;* | * | |
| 10-1265 *Cherlyn Rogers, et al v. Forest River, Inc, et al;* | * | |
| 10-2184 *Bernell Clements, et al v. Forest River, Inc., et al;* | * | |
| 10-2190 *Lemuel Stallworth, et al v. Forest River, Inc., et al;* | * | |
| 10-2324 *Pear Boutachanthavong, et al v. Forest River, Inc., et al;* | * | |
| 10-3640 *Richard Oxman, et al v. Forest River, Inc., et al.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### FOREST RIVER, INC.'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO SEVER CLAIMS AND IN THE ALTERNATIVE TO TRANSFER OR REMAND

**NOW INTO COURT** comes Defendant, Forest River, Inc., who respectfully moves this Court for leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand, Rec. Doc. 25293.

Plaintiffs filed their Motion to Sever on April 17, 2012. The undersigned did not receive notice of the filing of this motion until April 26, 2012, which was past the deadline for Forest River to file an opposition for the motion which is set for submission May 2, 2012.

Wherefore, Forest River, Inc., prays that this Honorable Court issue an Order granting it leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 1, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.