UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | **SECTION "N" (5)** |
| **LIABILITY LITIGATION** | * | |
| | * | |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | **JUDGE ENGELHARDT** |
| 09-4713 *Ruth Strickalnd, et al v. Forest, et al;* | * | **MAGISTRATE CHASEZ** |
| 09-7070 *Albert Williams, et al v. Forest River, Inc., et al;* | * | |
| 09-7072 *Arien Burks, as Next Friend of Adrianna Burks, A minor, et al v. Forest River, et al;* | * | |
| 09-7857 *Chiquita Acker, et al v. Forest River, Inc., et al;* | * | |
| 09-7855 *Mary Wilkerson, et al v. Forest River, Inc., et al;* | * | |
| 09-7889 *Rikita Alexander, as Next Friend of J. A., a minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7892 *Gerald Byron, et al v. Forest River, Inc., et al;* | * | |
| 09-7835 *Jemalla Vallare, as Next Friend of A. V., a minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7924 *Shantelle Guillory, as Next Friend of M. G., a minor, et al v. Forest River, Inc., et al;* | * | |
| 10-1265 *Cherlyn Rogers, et al v. Forest River, Inc, et al;* | * | |
| 10-2184 *Bernell Clements, et al v. Forest River, Inc., et al;* | * | |
| 10-2190 *Lemuel Stallworth, et al v. Forest River, Inc., et al;* | * | |
| 10-2324 *Pear Boutachanthavong, et al v. Forest River, Inc., et al;* | * | |
| 10-3640 *Richard Oxman, et al v. Forest River, Inc., et al.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Forest River, Inc.'s Motion for Leave to File an Opposition to Plaintiffs' Motion to Sever Claims and In the Alternative to Transfer or Remand will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana, on May 16, 2012, at 9:30 a.m., or as soon thereafter as may be submitted.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
ANDREW A. BRAUN (3415)
Email: abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
MEGAN CAMBRE (33757)
Email: mcambre@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 1, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.