UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | SECTION "N" (5) |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | JUDGE ENGELHARDT |
| 09-4713 *Ruth Strickalnd, et al v. Forest, et al;* | * | MAGISTRATE CHASEZ |
| 09-7070 *Albert Williams, et al v. Forest River, Inc.,* | * | |
| *et al;* | * | |
| 09-7072 *Arien Burks, as Next Friend of Adrianna* | * | |
| *Burks, A minor, et al v. Forest River, et al;* | * | |
| 09-7857 *Chiquita Acker, et al v. Forest River, Inc.,* | * | |
| *et al;* | * | |
| 09-7855 *Mary Wilkerson, et al v. Forest River, Inc.,* | * | |
| *et al;* | * | |
| 09-7889 *Rikita Alexander, as Next Friend of J. A., a* | * | |
| *minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7892 *Gerald Byron, et al v. Forest River, Inc., et* | * | |
| *al;* | * | |
| 09-7835 *Jemalla Vallare, as Next Friend of A. V., a* | * | |
| *minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7924 *Shantelle Guillory, as Next Friend of M.* | * | |
| *G., a minor, et al v. Forest River, Inc., et al;* | * | |
| 10-1265 *Cherlyn Rogers, et al v. Forest River, Inc,* | * | |
| *et al;* | * | |
| 10-2184 *Bernell Clements, et al v. Forest River,* | * | |
| *Inc., et al;* | * | |
| 10-2190 *Lemuel Stallworth, et al v. Forest River,* | * | |
| *Inc., et al;* | * | |
| 10-2324 *Pear Boutachanthavong, et al v. Forest* | * | |
| *River, Inc., et al;* | * | |
| 10-3640 *Richard Oxman, et al v. Forest River, Inc.,* | * | |
| *et al.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED SUBMISSION BY DEFENDANT FOREST RIVER, INC.

**NOW INTO COURT,** through undersigned counsel, comes defendant, Forest River, Inc.

("Forest River") who respectfully suggests to the Court that it is both necessary and appropriate

under the circumstances of this litigation to expedite consideration by this Court of Forest

River's Motion seeking leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in

the Alternative to Transfer or Remand, Rec. Doc. 25450, recently filed in this MDL on May 1,

2012.

The reasons and authority for the instant Motion are more fully set forth in the attached

Memorandum, filed contemporaneously herewith.


Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**


BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 1, 2012via electronic filing.


/s/ Ernest P. Gieger, Jr.