UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | |
| 09-7117 *Shelly Frierson, as Next Friend of C. B., a* | * | |
| *minor, et al v. Vanguard, LLC, et al* | * | JUDGE ENGELHARDT |
| 09-7810 *Carolyn Buras, et al vs Vanguard, LLC, et al* | * | |
| 09-7834 *Julie Seaman, as Next Friend of T. S., a* | * | MAGISTRATE CHASEZ |
| *minor, et al v. Vanguard, LLC, et al* | * | |
| 10-1296 *Jasmine Ratliff, et al v. Vanguard, LLC, et al* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VANGUARD INDUSTRIES OF MICHIGAN, INC.'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO SEVER CLAIMS AND IN THE ALTERNATIVE TO TRANSFER OR REMAND**

**NOW INTO COURT** comes Defendant, Vanguard Industries of Michigan, Inc., a dissolved Michigan Corporation ("VIMI"), who respectfully moves this Court for leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand, Rec. Doc. 25300.

Plaintiffs filed their Motion to Sever on April 17, 2012. The undersigned did not receive notice of the filing of this motion until April 26, 2012, which was past the deadline for VIMI to file an opposition for the motion which is set for submission May 2, 2012.

Wherefore, VIMI prays that this Honorable Court issue an Order granting it leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR VANGUARD INDUSTRIES OF MICHIGAN, INC**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 1, 2012 via electronic filing.

/s/    Ernest P. Gieger, Jr.