UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | |
| 09-7117 *Shelly Frierson, as Next Friend of C. B., a minor, et al v. Vanguard, LLC, et al* | * | JUDGE ENGELHARDT |
| 09-7810 *Carolyn Buras, et al vs Vanguard, LLC, et al* | * | |
| 09-7834 *Julie Seaman, as Next Friend of T. S., a minor, et al v. Vanguard, LLC, et al* | * | MAGISTRATE CHASEZ |
| 10-1296 *Jasmine Ratliff, et al v. Vanguard, LLC, et al* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED SUBMISSION BY DEFENDANT VANGUARD INDUSTRIES OF MICHIGAN, INC.**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Vanguard Industries of Michigan, Inc., a dissolved Michigan Corporation ("VIMI"), who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of VIMI's Motion seeking Leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand, Rec. 25452 recently filed in this MDL on May 1, 2012.. The submission date for this motion is set for May 16, 2012 at 9:30 a.m.

Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand is set for hearing on May 2, 2012. Therefore, the hearing of Forest River's Motion for Leave to file an Opposition will be moot. Consequently, Forest River requests that this Honorable Court set its Motion for hearing on May 2, 2012, the same date as Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand is to be heard. For this reason, Forest River respectfully

requests that its Motion for Expedited Hearing be granted and that a hearing on its Motion be had without delay.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR VANGUARD INDUSTRIES OF MICHIGAN, INC**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 1, 2012 via electronic filing.

/s/   Ernest P. Gieger, Jr.