UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | |
| 09-7117 *Shelly Frierson, as Next Friend of C. B., a minor, et al v. Vanguard, LLC, et al* | * | JUDGE ENGELHARDT |
| 09-7810 *Carolyn Buras, et al vs Vanguard, LLC, et al* | * | |
| 09-7834 *Julie Seaman, as Next Friend of T. S., a minor, et al v. Vanguard, LLC, et al* | * | MAGISTRATE CHASEZ |
| 10-1296 *Jasmine Ratliff, et al v. Vanguard, LLC, et al* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Vanguard Industries of Michigan, Inc.'s Motion for Expedited Submission by Defendant Forest River, Inc. will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana, on a date and time to be determined by the Court.

                                    GIEGER, LABORDE & LAPEROUSE, LLC

                                    BY: /s/ Ernest P. Gieger, Jr.
                                    ERNEST P. GIEGER, JR. (6154)
                                    ANDREW A. BRAUN (#3415)
                                    J. MICHAEL DIGIGLIA (24378)
                                    GIEGER, LABORDE & LAPEROUSE, L.L.C.
                                    One Shell Square
                                    701 Poydras Street, Suite 4800
                                    New Orleans, Louisiana  70139-4800
                                    Telephone:  (504) 561-0400
                                    Facsimile:  (504) 561-1011
                                    egieger@glllaw.com
                                    abraun@glllaw.com
                                    mdigiglia@glllaw.com

                                      **ATTORNEYS FOR VANGUARD**
                                      **INDUSTRIES OF MICHIGAN, INC**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 1, 2012 via electronic filing.

                                                /s/    Ernest P. Gieger, Jr.