UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Brouilette, et. al. v. United States*, Case No. 09-3200

### MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America moves to dismiss Plaintiffs' claims against the United States for lack of subject matter jurisdiction. Mr. Abel M. Brouilette, Jr., occupied a FEMA issued trailer in the State of Louisiana. *See* Exhibit 1, April 25, 2012, Letter, Plaintiffs' Counsel. Plaintiffs in this action are Mr. Brouilette's daughters Selena M. Brouilette and Alice C. Brouilette. *See* Exhibit 2, Complaint. Plaintiffs allege that on April 1, 2008, their father, Mr. Abel M. Brouilette, Jr., died of cancer, and that the cancer was caused by exposure to toxic fumes in the FEMA issued trailer. *Id*. Plaintiffs seek money damages for the death of their father. *Id*. The Court should grant this Motion for the reasons set forth in the United States' memorandum filed in support of this motion.

Dated: May 2, 2012.                                             Respectfully Submitted,

STUART F. DELERY                                              ADAM BAIN
Acting Assistant Attorney General                             Senior Trial Counsel

J. PATRICK GLYNN                                              //S// *Henry T. Miller*
Director, Torts Branch, Civil Division                        HENRY T. MILLER (D.C. Bar No. 411885)
                                                              Senior Trial Counsel
DAVID S. FISHBACK                                             United States Department of Justice

| | |
|---|---|
| Assistant Director | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| | Washington, D.C. 20004 |
| | Telephone No:  (202) 616-4223 |
| | E-mail:  Henry.Miller@USDOJ.Gov |
| | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                        *//S// Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)