UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Brouilette, et. al. v. United States*, Case No. 09-3200

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America submits this memorandum in support of its motion to dismiss Plaintiffs' claims against the United States for lack of subject matter jurisdiction. Mr. Abel M. Brouilette, Jr., occupied a FEMA issued trailer in the State of Louisiana. *See* Exhibit 1, April 25, 2012, Letter, Plaintiffs' Counsel. Plaintiffs in this action are Mr. Brouilette's daughters Selena M. Brouilette and Alice C. Brouilette. *See* Exhibit 2, Complaint. Plaintiffs allege that on April 1, 2008, Mr. Brouilette died of cancer, and that the cancer was caused by exposure to toxic fumes in the FEMA issued trailer. *Id*. Plaintiffs seek money damages for the death of their father. *Id*.

The Court should grant this Motion for the reasons set forth in this Court's Orders addressing and dismissing Louisiana Plaintiffs' claims against the United States for lack of subject matter jurisdiction. The claims in this action arise from Mr. Brouilette's occupation of a FEMA issued trailer in the State of Louisiana. Pursuant to this Court's Orders, the Court lacks subject matter jurisdiction over Plaintiffs' claims. *See* Order and Reasons granting in part and

denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); Order and Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124); Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961). *See also In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012).[1]

---

[1] The United States incorporates by reference as further support, its arguments and all exhibits submitted in support of its motions to dismiss Louisiana Plaintiffs' claims against the Government for lack of subject matter jurisdiction. *See* Motion to Dismiss for Lack of Jurisdiction or Alternatively, Motion for Summary Judgment by United States of America. Motion (Doc. Rec. 196); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction or Alternatively Motion for Summary Judgment (Doc. Rec. 419); Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction by United States of America (Doc. Rec. 1545); Ex Parte/Consent Motion to Amend/Correct Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 1551); Reply Memorandum in Support filed by United States of America re their Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 2064); Supplemental Memorandum filed by United States of America, in Support of Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 2505); Motion to Dismiss for Lack of Jurisdiction Plaintiff Alana Alexander and Chris Cooper's Remaining FTCA Claims by United States of America (Doc. Rec. 2718); Motion to Dismiss for Lack of Jurisdiction Based Upon No Analogous Private Liability by United States of America (Doc. Rec. 2733); Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability by United States of America (Doc. Rec. 6970); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 9824); Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" (Doc. Rec. 16598); Reply to Response to

Accordingly, the Court should grant the United States' motion and dismiss Plaintiffs' action for lack of subject matter jurisdiction, and enter judgment in this action.[2]

| | |
|---|---|
| Dated: May 2, 2012. | Respectfully Submitted, |
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)

---

Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs", (in the Alternative) Motion for Summary Judgment (Doc. Rec. 19925).

[2] The United States is the only Defendant in this action. If the Court grants this motion and dismisses Plaintiffs' claims against the government, entry of judgment is appropriate.