# LAW OFFICE OF CHARLES W. DITTMER, JR.

3005 Harvard Avenue, Suite 101
Metairie, Louisiana 70006
Phone (504) 887-2700
Fax (504) 247-0139

April 25, 2012

Via Fax No.: (202) 616-4989
Henry T. Miller, Esquire
U.S. Department of Justice

RE: Brouilette, et. al. v. United States, Case No. 09-3200 (ED LA)

Dear Mr. Miller,

I confirm that Mr. Brouilette was living in a FEMA Trailer in the State of Louisiana.

With best personal regards, I remain

Yours very truly,

Charles W. Dittmer, Jr.
CWDjr/lhs