UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Airhart et al. v. United States*, Case No. 09-5477

**MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST THE
UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant the United States of America moves to dismiss Plaintiffs' claims against the United States for lack of subject matter jurisdiction. In this action, seventy-six (76) Plaintiffs have brought claims against the United States. One Plaintiffs' claim was terminated on . . . *See* Docket Sheet. Of the remaining seventy-five Plaintiffs, seventy-four Plaintiffs occupied temporary emergency housing units installed in the State of Louisiana and one Plaintiff occupied a temporary emergency housing unit installed in the State of Mississippi. *See* Exhibit 1, Declaration of Troy Lowe. The Court should grant this Motion and dismiss the Plaintiffs claims against the United States for the reasons set forth in the memorandum filed in support of this motion.

| | |
|---|---|
| Dated: May 2, 2012. | Respectfully Submitted, |
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK | United States Department of Justice |

| | |
|---|---|
| Assistant Director | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| | Washington, D.C. 20004 |
| | Telephone No: (202) 616-4223 |
| | E-mail: Henry.Miller@USDOJ.Gov |
| | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                        *//S// Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)