UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Airhart et al. v. United States*, Case No. 09-5477

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America submits this memorandum in support of its motion to dismiss Plaintiffs' claims against the United States for lack of subject matter jurisdiction. The Complaint in this action asserts claims against the United States on behalf of seventy-six (76) Plaintiffs. *See* Exhibits 1 & 2, Complaint and Attachment A to Complaint. Plaintiff Trina Brazile's claims against the United States were dismissed on June 13, 2011. *See* Court Order (Doc. Rec. 22033). Of the remaining seventy-five (75) Plaintiffs in this action, seventy-four (74) occupied FEMA issued trailers installed in the State of Louisiana, and one (1) Plaintiff occupied a FEMA issued trailer in the State of Mississippi. *See* Exhibit 3, Declaration of Troy Lowe. Pursuant to the Fifth Circuit Court of Appeals decision in *In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012), and this Court's decisions addressing Louisiana and Mississippi Plaintiffs claims against the United States, the Court lacks subject matter jurisdiction over these Plaintiffs' claims against the government.

*Louisiana Plaintiffs' Claims Against The United States.*

Through this action, the following seventy-four (74) Plaintiffs seek to recover money damages from the United States for alleged injuries resulting from their occupation of a FEMA issued trailer in the State of Louisiana:

1. Airhart, Frank
2. Aldridge, Angela
3. Aldridge, James
4. Band, Gordon
5. Bowman, Abergaile
6. Berteau, Louis
7. Blackman, Carolyn
8. Britton, Jr, Carroll
9. Britton, Sr, Carroll
10. Brown, Diane
11. Brown, Douglas
12. Brown, Julius
13. Brumfield, Ernest
14. Byrd, Valena
15. Campo, Dennis
16. Conner, Lenora
17. Evans, Sara
18. Davis, Lolita
19. Dixon, Barbara
20. Dixon, Ezell
21. Dixon, Tronda
22. Dubuclet, Elisha
23. Evans, Templeton
24. Frezel, Isaac
25. Green, Sr, Robert
26. Guichard, Carla
27. Guth, Judi
28. Hargrove, Sr, Damian
29. Hargrove, Jr, Leroy
30. Hayman, Jr, James
31. Hezeau, Jaqueline
32. Hezeau, III, Albert
33. Higgins, LaQuesta
34. Holmberg, Dennis
35. Hunter, Elmo

36. Hunter, Lionel
37. Hunter, Veronica
38. Jaimevadi, Orlando
39. Jenkins, Donald
40. Enderlin, Jessie
41. Jones, III, Leonard
42. Kennedy, Carol
43. Kennedy, Danny
44. Kramer, Randal
45. Labayen, Sandra
46. Labeau, Edward
47. Labeau, Craig
48. Labeau, Shirley
49. Laforge, Gregory
50. Landry, Janell
51. Landry, Keisha
52. Lawless, Barbara
53. Mark, Javery
54. Matthews, Victorine
55. Matthews, Jr, Freddie
56. McKinley, Alosia
57. Mercante, Daryl
58. Millet, Charisse
59. Millet, Jr, Earl
60. Mouton, Daria
61. Pardo, Catherine
62. Rayford, Melton
63. Richardson, Pamela
64. Richardson, Tiara
65. Robinson, Jr, Rayfield
66. Robinson, Jackie
67. Robinson, Sugar Ray
68. Rouser, Joyce
69. Schexnayder, Valeria
70. Sciurba, Jimmy
71. Sciurba, Michelle
72. Self, Robert
73. Spencer, Ned
74. Wiseman, Michael

*See* Exhibit 3, Declaration Troy Lowe. The Court should grant the government's motion and dismiss these seventy-four Plaintiffs claims because they occupied FEMA issued trailers in the

State of Louisiana and this Court lacks subject matter jurisdiction over those claims pursuant to this Court's Orders addressing and dismissing Louisiana Plaintiffs' claims against the United States for lack of subject matter jurisdiction. *See* Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); Order and Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124); Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961). *See also In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012).[1]

---

[1]  The United States incorporates by reference as further support, its arguments and all exhibits submitted in support of its motions to dismiss Louisiana Plaintiffs' claims against the Government for lack of subject matter jurisdiction. *See* Motion to Dismiss for Lack of Jurisdiction or Alternatively, Motion for Summary Judgment by United States of America. Motion (Doc. Rec. 196); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction or Alternatively Motion for Summary Judgment (Doc. Rec. 419); Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction by United States of America (Doc. Rec. 1545); Ex Parte/Consent Motion to Amend/Correct Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 1551); Reply Memorandum in Support filed by United States of America re their Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 2064); Supplemental Memorandum filed by United States of America, in Support of Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 2505); Motion to Dismiss for Lack of Jurisdiction Plaintiff Alana Alexander and Chris Cooper's Remaining FTCA Claims by United States of America (Doc. Rec. 2718); Motion to Dismiss for Lack of Jurisdiction Based Upon No Analogous Private Liability by United States of America (Doc. Rec. 2733); Motion to Dismiss

### *Mississippi Plaintiff Claim Against The United States*

The following Plaintiff occupied a FEMA issued trailer in the State of Mississippi:

    1. Estingoy, Evelyn

*See* Exhibit 3, Declaration Troy Lowe. The Court should grant this motion and dismiss this Plaintiffs' claim against the United States for lack of subject matter jurisdiction pursuant to the decision issued by the Fifth Circuit Court of Appeals and this Court's Order ruling that it lacks subject matter jurisdiction over Mississippi Plaintiffs claims against the United States. *See In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012); Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898..[2/]

---

for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability by United States of America (Doc. Rec. 6970); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 9824); Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" (Doc. Rec. 16598); Reply to Response to Motion filed by United States of America re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs", (in the Alternative) Motion for Summary Judgment (Doc. Rec. 19925).

    [2/] The United States incorporates by reference in support of its argument: (1) Defendant United States of America's Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-1); (2) Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-2); (3) Defendant United States of American's Exhibits 1-14 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec.7690-4 to 7680-17); and (4) Defendant United States of America's Reply Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 9828).

*Conclusion*

Accordingly, for all of these reasons, the Court should grant the United States motion and dismiss Plaintiffs claims for lack of subject matter jurisdiction.

| | |
|---|---|
| Dated: May 2, 2012. | Respectfully Submitted, |
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)