UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 4 |

*********************************************************************

## DECLARATION OF TROY LOWE

I, Troy Lowe state and declare as follows:

1. I am employed as a Senior Paralegal and have been assigned to work on the above-referenced action. As part of my duties and responsibilities, I have been tasked to review the Complaint, Docket Sheet, and Plaintiff Fact Sheets in the action captioned *Airhart, et al., v. United States*, Case No. 09-5477 (E.D. La.), to determine whether the Plaintiffs asserting claims through this action allege that their injuries result from occupying a temporary emergency housing unit in the States of Louisiana, Mississippi or Alabama. This review was necessary because the *Airhart* Complaint does not specify the State where the Plaintiffs' temporary emergency housing units were installed.

2. I have reviewed the Complaint, Docket Sheet, and Plaintiff Fact Sheets for the *Airhart* action. Review of those materials shows that there are seventy-six (76) Plaintiffs and of those seventy-six (76) Plaintiffs: (a) one (1) Plaintiff's claims has been terminated; (b) one (1) Plaintiff occupied a temporary emergency housing unit in the State of Mississippi, and (c) the remaining seventy-four (74) Plaintiffs occupied temporary emergency housing units in the State of Louisiana. *See* Attachment A, Summary of *Airhart* Plaintiffs' Fact Sheets.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true

and correct.  Executed on this ___26 th___ day of April 2012.

*[signature]*

TROY LOWE
Senior Paralegal
Washington, D.C. 20004

| Last Name | First Name | Case No. | LA | PFS Page | Section |
|---|---|---|---|---|---|
| Airhart | Frank | 09-5477 | LA | 9 | 8 |
| Aldridge | Angela | 09-5477 | LA | 9 | 8 |
| Aldridge | James | 09-5477 | LA | 9 | 8 |
| Band | Gordon | 09-5477 | LA | 9 | 8 |
| Bowman | Abergaile | 09-5477 | LA | 9 | 8 |
| Berteau | Louis | 09-5477 | LA | 9 | 8 |
| Blackman | Carolyn | 09-5477 | LA | 9 | 8 |
| Brazile | Trina | 09-5477 | LA | Terminated | |
| Britton, Jr | Carroll | 09-5477 | LA | 9 | 8 |
| Britton, Sr | Carroll | 09-5477 | LA | 9 | 8 |
| Brown | Diane | 09-5477 | LA | 9 | 8 |
| Brown | Douglas | 09-5477 | LA | 9 | 8 |
| Brown | Julius | 09-5477 | LA | 9 | 8 |
| Brumfield | Ernest | 09-5477 | LA | 9 | 8 |
| Byrd | Valena | 09-5477 | LA | 9 | 8 |
| Campo | Dennis | 09-5477 | LA | 9 | 8 |
| Conner | Lenora | 09-5477 | LA | 9 | 8 |
| Evans | Sara | 09-5477 | LA | 9 | 8 |
| Davis | Lolita | 09-5477 | LA | 9 | 8 |
| Dixon | Barbara | 09-5477 | LA | 9 | 8 |
| Dixon | Ezell | 09-5477 | LA | 9 | 8 |
| Dixon | Tronda | 09-5477 | LA | 9 | 8 |
| Dubuclet | Elisha | 09-5477 | LA | 9 | 8 |
| Estingoy | Evelyn | 09-5477 | MS | 9 | 8 |
| Evans | Templeton | 09-5477 | LA | 9 | 8 |
| Frezel | Isaac | 09-5477 | LA | 9 | 8 |
| Green, Sr | Robert | 09-5477 | LA | 9 | 8 |
| Guichard | Carla | 09-5477 | LA | 9 | 8 |
| Guth | Judi | 09-5477 | LA | 9 | 8 |
| Hargrove, Sr | Damian | 09-5477 | LA | 9 | 8 |
| Hargrove, Jr | Leroy | 09-5477 | LA | 9 | 8 |
| Hayman, Jr | James | 09-5477 | LA | 9 | 8 |
| Hezeau | Jaqueline | 09-5477 | LA | 9 | 8 |
| Hezeau, III | Albert | 09-5477 | LA | 9 | 8 |
| Higgins | LaQuesta | 09-5477 | LA | 9 | 8 |
| Holmberg | Dennis | 09-5477 | LA | 9 | 8 |
| Hunter | Elmo | 09-5477 | LA | 9 | 8 |
| Hunter | Lionel | 09-5477 | LA | 9 | 8 |
| Hunter | Veronica | 09-5477 | LA | 9 | 8 |
| Jaimevadi | Orlando | 09-5477 | LA | 9 | 8 |
| Jenkins | Donald | 09-5477 | LA | 9 | 8 |
| Enderlin | Jessie | 09-5477 | LA | 9 | 8 |
| Jones, III | Leonard | 09-5477 | LA | 9 | 8 |
| Kennedy | Carol | 09-5477 | LA | 9 | 8 |
| Kennedy | Danny | 09-5477 | LA | 9 | 8 |
| Kramer | Randal | 09-5477 | LA | 9 | 8 |

| Last Name | First Name | Case No. | LA | PFS Page | Section |
|---|---|---|---|---|---|
| Labayen | Sandra | 09-5477 | LA | 9 | 8 |
| Labeau | Edward | 09-5477 | LA | 9 | 8 |
| Labeau | Craig | 09-5477 | LA | 9 | 8 |
| Labeau | Shirley | 09-5477 | LA | 9 | 8 |
| Laforge | Gregory | 09-5477 | LA | 9 | 8 |
| Landry | Janell | 09-5477 | LA | 9 | 8 |
| Landry | Keisha | 09-5477 | LA | 9 | 8 |
| Lawless | Barbara | 09-5477 | LA | 9 | 8 |
| Mark | Javery | 09-5477 | LA | 9 | 8 |
| Matthews | Victorine | 09-5477 | LA | 9 | 8 |
| Matthews, Jr | Freddie | 09-5477 | LA | 9 | 8 |
| McKinley | Alosia | 09-5477 | LA | 9 | 8 |
| Mercante | Daryl | 09-5477 | LA | 9 | 8 |
| Millet | Charisse | 09-5477 | LA | 9 | 8 |
| Millet, Jr | Earl | 09-5477 | LA | 9 | 8 |
| Mouton | Daria | 09-5477 | LA | 9 | 8 |
| Pardo | Catherine | 09-5477 | LA | 9 | 8 |
| Rayford | Melton | 09-5477 | LA | 9 | 8 |
| Richardson | Pamela | 09-5477 | LA | 9 | 8 |
| Richardson | Tiara | 09-5477 | LA | 9 | 8 |
| Robinson, Jr | Rayfield | 09-5477 | LA | 9 | 8 |
| Robinson | Jackie | 09-5477 | LA | 9 | 8 |
| Robinson | Sugar Ray | 09-5477 | LA | 9 | 8 |
| Rouser | Joyce | 09-5477 | LA | 9 | 8 |
| Schexnayder | Valeria | 09-5477 | LA | 9 | 8 |
| Sciurba | Jimmy | 09-5477 | LA | 9 | 8 |
| Sciurba | Michelle | 09-5477 | LA | 9 | 8 |
| Self | Robert | 09-5477 | LA | 9 | 8 |
| Spencer | Ned | 09-5477 | LA | 9 | 8 |
| Wiseman | Michael | 09-5477 | LA | 9 | 8 |