UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Airhart et al. v. United States*, Case No. 09-5477

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel has contacted and conferred by e-mail with Plaintiffs' Liaison Counsel Gerald Meunier, Manufacturer's Litigation Liaison Counsel Andy Weinstock, Manufacturer's Settling Liaison Counsel Ryan Johnson, Government Contractors' Liaison Counsel David Kurtz, and Insurers' Liaison Counsel Charles Leche. Liaison counsel have stated that the entities they represent do not object to the dismissal of Louisiana Plaintiffs' or Mississippi claims against the United States.

The United States has also been in contact with Plaintiffs' Counsel in this action and attempted to confer with that counsel to determine whether Plaintiffs intend to contest this motion. The United States has not received a response to its request for Plaintiffs' position on this motion. Accordingly, the United States assumes that the Plaintiffs intend to contest this motion.

| | |
|---|---|
| Dated: May 2, 2012. | Respectfully Submitted, |
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN | //S// *Henry T. Miller* |

| | |
|---|---|
| Director, Torts Branch, Civil Division | HENRY T. MILLER (D.C. Bar No. 411885) |
| | Senior Trial Counsel |
| DAVID S. FISHBACK | United States Department of Justice |
| Assistant Director | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| | Washington, D.C. 20004 |
| | Telephone No:  (202) 616-4223 |
| | E-mail:  Henry.Miller@USDOJ.Gov |
| | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

   I hereby certify that on May 2, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)