**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION N-5
                                                                    JUDGE ENGELHARDT
                                                                    MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

*Airhart et al. v. United States*, Case No. 09-5477

**ORDER**

Considering United States of America's Motion to Dismiss Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction, this Court **GRANTS** that motion. This action involves claims by one Plaintiff who occupied a FEMA issued trailer in the State of Mississippi and seventy-four Plaintiffs who occupied a FEMA issued trailer in the State of Louisiana.

Plaintiff  Evelyn Estingoy occupied a FEMA issued trailer in the State of Mississippi. Pursuant to this Court's prior Order, and for the reasons set forth in that Order, the Court lacks subject matter jurisdiction over this Plaintiffs' claims against the United States. *See* Order and Reasons (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012).

The remaining seventy-four Plaintiffs in this action occupied FEMA issued trailers in the State of Louisiana. Pursuant to this Court's prior Orders, and for the reasons set forth in those Orders, the Court lacks subject matter jurisdiction over these Plaintiffs' claims against the United States. *See* Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); Order and

Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject

Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); Order and Reasons

granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All

"Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124).; Order

and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All

"Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961).

Accordingly, **IT IS ORDERED** that claims against United States of America in this

action are dismissed for lack of subject matter jurisdiction.

**DONE AND SIGNED** this _____ day of _____, 2012.


_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**