UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | SECTION "N" (5) |
|     LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | JUDGE ENGELHARDT |
| 09-4713 *Ruth Strickalnd, et al v. Forest River, et al;* | * | MAGISTRATE CHASEZ |
| 09-7070 *Albert Williams, et al v. Forest River, Inc., et al;* | * | |
| 09-7072 *Arien Burks, as Next Friend of Adrianna Burks, A minor, et al v. Forest River, et al;* | * | |
| 09-7857 *Chiquita Acker, et al v. Forest River, Inc., et al;* | * | |
| 09-7855 *Mary Wilkerson, et al v. Forest River, Inc., et al;* | * | |
| 09-7889 *Rikita Alexander, as Next Friend of J. A., a minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7892 *Gerald Byron, et al v. Forest River, Inc., et al;* | * | |
| 09-7835 *Jemalla Vallare, as Next Friend of A. V., a minor, et al v. Forest River, Inc., et al;* | * | |
| 09-7924 *Shantelle Guillory, as Next Friend of M. G., a minor, et al v. Forest River, Inc., et al;* | * | |
| 10-1265 *Cherlyn Rogers, et al v. Forest River, Inc, et al;* | * | |
| 10-2184 *Bernell Clements, et al v. Forest River, Inc., et al;* | * | |
| 10-2190 *Lemuel Stallworth, et al v. Forest River, Inc., et al;* | * | |
| 10-2324 *Pear Boutachanthavong, et al v. Forest River, Inc., et al;* | * | |
| 10-3640 *Richard Oxman, et al v. Forest River, Inc., et al.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF FOREST RIVER, INC.'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO SEVER CLAIMS AND IN THE ALTERNATIVE TO TRANSFER OR REMAND**

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") moves this Honorable Court for leave to file an Opposition to Plaintiffs' Motion to Sever Claims and In the Alternative to Transfer or Remand, Rec. Doc. 25293.

Plaintiffs filed their Motion to Sever on April 17, 2012. The undersigned did not receive notice of the filing of this motion until April 26, 2012, which was past the deadline for Forest River to file an opposition for the motion which is set for submission May 2, 2012.

The proposed Opposition is necessary to address certain language in the Plaintiffs' Memorandum in Support (Rec. Doc. 25293-1).

Wherefore, Forest River, Inc., prays that this Honorable Court issue an Order granting it leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 2, 2012 via electronic filing.

        /s/    Ernest P. Gieger, Jr.