UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>09-4713 *Ruth Strickalnd, et al v. Forest River, et al;*<br>09-7070 *Albert Williams, et al v. Forest River, Inc., et al;*<br>09-7072 *Arien Burks, as Next Friend of Adrianna Burks, A minor, et al v. Forest River, et al;*<br>09-7857 *Chiquita Acker, et al v. Forest River, Inc., et al;*<br>09-7855 *Mary Wilkerson, et al v. Forest River, Inc., et al;*<br>09-7889 *Rikita Alexander, as Next Friend of J. A., a minor, et al v. Forest River, Inc., et al;*<br>09-7892 *Gerald Byron, et al v. Forest River, Inc., et al;*<br>09-7835 *Jemalla Vallare, as Next Friend of A. V., a minor, et al v. Forest River, Inc., et al;*<br>09-7924 *Shantelle Guillory, as Next Friend of M. G., a minor, et al v. Forest River, Inc., et al;*<br>10-1265 *Cherlyn Rogers, et al v. Forest River, Inc, et al;*<br>10-2184 *Bernell Clements, et al v. Forest River, Inc., et al;*<br>10-2190 *Lemuel Stallworth, et al v. Forest River, Inc., et al;*<br>10-2324 *Pear Boutachanthavong, et al v. Forest River, Inc., et al;*<br>10-3640 *Richard Oxman, et al v. Forest River, Inc., et al.* | * * * * * * * * * * * * * * * * * * * * * * * * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    **CONSIDERING THE ABOVE AND FOREGOING,**

    **IT IS ORDERED** by the Court that Defendant, Forest River, Inc., is granted leave to file an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand,

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE