UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | \* | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | \* | **SECTION "N" (5)** |
| **LIABILITY LITIGATION** | \* | |
| | \* | |
| | \* | |
| **THIS DOCUMENT PERTAINS TO** | \* | **JUDGE ENGELHARDT** |
| 09-4713 *Ruth Strickalnd, et al v. Forest River, et al;* | \* | **MAGISTRATE CHASEZ** |
| 09-7070 *Albert Williams, et al v. Forest River, Inc., et al;* | \* | |
| 09-7072 *Arien Burks, as Next Friend of Adrianna Burks, A minor, et al v. Forest River, et al;* | \* | |
| 09-7857 *Chiquita Acker, et al v. Forest River, Inc., et al;* | \* | |
| 09-7855 *Mary Wilkerson, et al v. Forest River, Inc., et al;* | \* | |
| 09-7889 *Rikita Alexander, as Next Friend of J. A., a minor, et al v. Forest River, Inc., et al;* | \* | |
| 09-7892 *Gerald Byron, et al v. Forest River, Inc., et al;* | \* | |
| 09-7835 *Jemalla Vallare, as Next Friend of A. V., a minor, et al v. Forest River, Inc., et al;* | \* | |
| 09-7924 *Shantelle Guillory, as Next Friend of M. G., a minor, et al v. Forest River, Inc., et al;* | \* | |
| 10-1265 *Cherlyn Rogers, et al v. Forest River, Inc, et al;* | \* | |
| 10-2184 *Bernell Clements, et al v. Forest River, Inc., et al;* | \* | |
| 10-2190 *Lemuel Stallworth, et al v. Forest River, Inc., et al;* | \* | |
| 10-2324 *Pear Boutachanthavong, et al v. Forest River, Inc., et al;* | \* | |
| 10-3640 *Richard Oxman, et al v. Forest River, Inc., et al.* | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that Defendant, Forest River, Inc,'s Motion for Expedited Submission of its Motion for Leave to File an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand is hereby GRANTED. Forest River Inc.'s Motion for Expedited Submission of its Motion for Leave to File an Opposition to

Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand will be heard on the _____ day of May 2012.

      **NEW ORLEANS, LOUISIANA,** this \_\_\_\_\_day of _____, 2012.

                                      _____
                                      UNITED STATES DISTRICT JUDGE