UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*McGee, et al v. Forest River, Inc., et al.*
No. 10-2404

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL OF CHARLOTTE MCGEE ON BEHALF OF TIPHANIE JORDAN

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Charlotte McGee on behalf of Tiphanie Jordan, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of claims asserted against the Defendants, Forest River, Inc., Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency in the above captioned matter. The claims of Plaintiff, Charlotte McGee on behalf of Tiphanie Jordan, in Docket No. 10-2404 are entirely duplicative of other claims advanced in *McGee, et al. v. Forest River, Inc., et al.*, 10-0415 (E.D. La.).

Accordingly, Plaintiff, Charlotte McGee on behalf of Tiphanie Jordan, seeks to voluntarily dismiss her claims in the above-captioned matter, while reserving all rights and allegations asserted in *McGee, et al. v. Forest River, Inc., et al.*, 10-0415 (E.D. La.). These dismissals in no way affect the claims of the remaining plaintiffs in the above-captioned matter.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

>   BY: /s/ Justin I. Woods
>   GERALD E. MEUNIER, #9471
>   JUSTIN I. WOODS, #24713
>   Gainsburgh, Benjamin, David,
>   Meunier & Warshauer, L.L.C.
>   2800 Energy Centre
>   1100 Poydras Street
>   New Orleans, Louisiana  70163
>   Telephone:     504/522-2304
>   Facsimile:     504/528-9973
>   jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>   s/Justin I. Woods
>   JUSTIN I. WOODS, # 24713