## Fran Jeblonski

**Subject:**                RE: Motion to Sever

**From:** Chris Pinedo [mailto:cpinedo@hmglawfirm.com]
**Sent:** Friday, April 06, 2012 10:28 AM
**To:** Ernie Gieger; ANDREW WEINSTOCK
**Subject:** RE: Motion to Sever

Andy/Ernie: see page 5, Section III, B, and let me know if you oppose Motion to Sever filed in that context.  Thanks

**From:** Ernie Gieger [mailto:egieger@gllaw.com]
**Sent:** Friday, April 06, 2012 9:52 AM
**To:** ANDREW WEINSTOCK; Chris Pinedo
**Cc:** Tom Cougill (tomc@willingham-law.com); cleche@dkslaw.com; Ralph Hubbard (rhubbard@lawla.com);
cpenot@midrid.com; gbarrios@bakerdonelson.com; Kurtz, Dave (dkurtz@bakerdonelson.com); Carmen Motes; CRYSTLE
ACCARDO; Renee Rubert (ReneeR@willingham-law.com)
**Subject:** Re: Motion to Sever

Have to look at prescription on a case by case basis

Sent from my Verizon Wireless Phone

----- Reply message -----
From: "ANDREW WEINSTOCK" <andreww@duplass.com>
To: "Chris Pinedo" <cpinedo@hmglawfirm.com>
Cc: "Ernie Gieger" <egieger@glllaw.com>, "Tom Cougill (tomc@willingham-law.com)" <tomc@willingham-
law.com>, "cleche@dkslaw.com" <cleche@dkslaw.com>, "Ralph Hubbard (rhubbard@lawla.com)"
<rhubbard@lawla.com>, "cpenot@midrid.com" <cpenot@midrid.com>, "gbarrios@bakerdonelson.com"
<gbarrios@bakerdonelson.com>, "Kurtz, Dave (dkurtz@bakerdonelson.com)" <dkurtz@bakerdonelson.com>,
"Carmen Motes" <cmotes@duplass.com>, "CRYSTLE ACCARDO" <caccardo@duplass.com>, "Renee Rubert
(ReneeR@willingham-law.com)" <ReneeR@willingham-law.com>
Subject: Motion to Sever
Date: Fri, Apr 6, 2012 9:48 am

Truthfully I need to think about the implications. I am slower than most.

Sent from my iPhone

On Apr 6, 2012, at 9:43 AM, "Chris Pinedo" <cpinedo@hmglawfirm.com> wrote:

      Andy and Ernie:  I will get moving on a list – I have a lot of people out today.  But generally speaking are
      you opposed to such a motion?  I will not put you down as unopposed, until we talk further.



**From:** Ernie Gieger [mailto:egieger@glllaw.com]
**Sent:** Friday, April 06, 2012 9:38 AM
**To:** ANDREW WEINSTOCK; Chris Pinedo
**Cc:** Tom Cougill (tomc@willingham-law.com); cleche@dkslaw.com; Ralph Hubbard (rhubbard@lawla.com); cpenot@midrid.com; gbarrios@bakerdonelson.com; Kurtz, Dave (dkurtz@bakerdonelson.com); Carmen Motes; CRYSTLE ACCARDO; Renee Rubert (ReneeR@willingham-law.com)
**Subject:** Re: List of Defendants to Notify

Me too

Sent from my Verizon Wireless Phone

----- Reply message -----
From: "ANDREW WEINSTOCK" <andreww@duplass.com>
To: "Chris Pinedo" <cpinedo@hmglawfirm.com>
Cc: "Ernie Gieger" <egieger@glllaw.com>, "Tom Cougill (tomc@willingham-law.com)" <tomc@willingham-law.com>, "cleche@dkslaw.com" <cleche@dkslaw.com>, "Ralph Hubbard (rhubbard@lawla.com)" <rhubbard@lawla.com>, "cpenot@midrid.com" <cpenot@midrid.com>, "gbarrios@bakerdonelson.com" <gbarrios@bakerdonelson.com>, "Kurtz, Dave (dkurtz@bakerdonelson.com)" <dkurtz@bakerdonelson.com>, "Carmen Motes" <cmotes@duplass.com>, "CRYSTLE ACCARDO" <caccardo@duplass.com>, "Renee Rubert (ReneeR@willingham-law.com)" <ReneeR@willingham-law.com>
Subject: List of Defendants to Notify
Date: Fri, Apr 6, 2012 9:33 am

I need the suit names and plaintiff names.

Sent from my iPhone

On Apr 6, 2012, at 9:31 AM, "Chris Pinedo" <cpinedo@hmglawfirm.com> wrote:

>
> Counsel: Watts Hilliard has some suits on file where there are claims asserted by Louisiana as well as non-Louisiana Plaintiffs in the same complaint.  We seek to file a Motion to Sever out the Plaintiffs for whom venue is not proper in the Eastern District of Louisiana.  Please let me know by 3:00 pm on Wednesday, April 11, if you are opposed to the same.  The complaints involve the following manufacturing defendants:
>
> Gulf Stream
> DS Corp d/b/a Crossroads
> Dutchmen Housing
> Forest River/Vanguard
> Jayco/Starcraft
> Keystone RV
> American Camper d/b/a Ameri-Camp
> Lakeside Park Homes
> Monaco
> Stewart Park Homes
> Superior Homes
> Clayton Homes of Lafayette
> Viking Recreational
> Karsten Homes

2

> Integrity Homes / Morgan Tom Stinett -
> Holiday RV (manufacturer is in question)
>
> The no bid contractors named in some of these suits are as follows:
>
> Shaw
> Flour
> CH2M Hill
> Bechtel
>
>
>