UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*McGee, et al v. Vanguard Industries of Michigan, Inc., et al.,* No. 10-3933

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL OF BRITTNEY MCGEE, CHARLOTTE MCGEE ON BEHALF OF TIPHANIE JORDAN, DELRIETTE MCGEE, ELOISE MCGEE, AND ROBERT MCGEE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Brittney McGee, Charlotte McGee on behalf of Tiphanie Jordan, Delriette McGee, Eloise McGee, and Robert McGee, in the above captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Vanguard Industries of Michigan, Inc. and the United States of America through the Federal Emergency Management Agency in the above captioned matter. The claims of Plaintiffs, Brittney McGee, Charlotte McGee on behalf of Tiphanie Jordan, Delriette McGee, Eloise McGee, and Robert McGee, in Docket No. 10-3933 are entirely duplicative of other claims advanced by these same Plaintiffs in *McGee, et al. v. Vanguard Industries of Michigan, Inc., et al.*, 10-3921 (E.D. La.).

Accordingly, the Plaintiffs, Brittney McGee, Charlotte McGee on behalf of Tiphanie Jordan, Delriette McGee, Eloise McGee, and Robert McGee, seek to voluntarily dismiss their claims in the above-captioned matter, while reserving all rights and allegations asserted in

*McGee, et al. v. Vanguard Industries of Michigan, Inc., et al.*, 10-3921 (E.D. La.). These dismissals in no way affect the claims of the remaining Plaintiff, Wendell McGee.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  /s/ Justin I. Woods
 GERALD E. MEUNIER, #9471
 JUSTIN I. WOODS, #24713
 Gainsburgh, Benjamin, David,
 Meunier & Warshauer, L.L.C.
 2800 Energy Centre
 1100 Poydras Street
 New Orleans, Louisiana  70163
 Telephone:     504/522-2304
 Facsimile:     504/528-9973
 jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

 s/Justin I. Woods
 JUSTIN I. WOODS, # 24713