UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*McGee, et al v. Forest River, Inc., et al.*
No. 10-3932

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL OF ANTONIO MCGEE, CHARLOTTE MCGEE ON BEHALF OF TIPHANIE JORDAN, ELOISE MCGEE, ROBERT MCGEE, AND WENDELL MCGEE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Antonio McGee, Charlotte McGee on behalf of Tiphanie Jordan, Eloise McGee, Robert McGee, and Wendell McGee in the above captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Forest River, Inc. and the United States of America through the Federal Emergency Management Agency in the above captioned matter. The claims of Plaintiffs, Antonio McGee, Charlotte McGee on behalf of Tiphanie Jordan, Eloise McGee, Robert McGee, and Wendell McGee, in Docket No. 10-3932 are entirely duplicative of other claims advanced by these same Plaintiffs in *McGee, et al. v. Forest River, Inc., et al.*, 10-0415 and 10-2404 (E.D. La.).

Accordingly, the Plaintiffs, Antonio McGee, Charlotte McGee on behalf of Tiphanie Jordan, Eloise McGee, Robert McGee, and Wendell McGee, seek to voluntarily dismiss their claims in the above-captioned matter, while reserving all rights and allegations asserted in

*McGee, et al. v. Forest River, Inc., et al.*, 10-0415 and 10-2404 (E.D. La.). These dismissals in no way affect the claims of the remaining Plaintiff, Brittnay McGee.

>Respectfully submitted:
>
>**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**
>
>BY:   /s/ Justin I. Woods
>         GERALD E. MEUNIER, #9471
>         JUSTIN I. WOODS, #24713
>         Gainsburgh, Benjamin, David,
>         Meunier & Warshauer, L.L.C.
>         2800 Energy Centre
>          1100 Poydras Street
>         New Orleans, Louisiana  70163
>         Telephone:    504/522-2304
>         Facsimile:     504/528-9973
>         jwoods@gainsben.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Justin I. Woods
>JUSTIN I. WOODS, # 24713