UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | |
| 09-7117 *Shelly Frierson, as Next Friend of C. B., a* | * | |
| *minor, et al v. Vanguard, LLC, et al* | * | *JUDGE ENGELHARDT* |
| 09-7810 *Carolyn Buras, et al vs Vanguard, LLC, et al* | * | |
| 09-7834 *Julie Seaman, as Next Friend of T. S., a* | * | *MAGISTRATE CHASEZ* |
| *minor, et al v. Vanguard, LLC, et al* | * | |
| 10-1296 *Jasmine Ratliff, et al v. Vanguard, LLC, et al* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that Defendant, Vanguard Industries of Michigan, Inc.'s

Motion for Expedited Submission of its Motion for Leave to File an Opposition to Plaintiffs'

Motion to Sever Claims and in the Alternative to Transfer or Remand is hereby GRANTED.

Vanguard Industries of Michigan, Inc.'s Motion for Expedited Submission of its Motion for

Leave to File an Opposition to Plaintiffs' Motion to Sever Claims and in the Alternative to

Transfer or Remand will be heard on the _____ day of May 2012.

**NEW ORLEANS, LOUISIANA,** this _____day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE