

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )       MDL NO. 1873
FORMALDEHYDE                   )
PRODUCT LIABILITY LITIGATION   )
                               )
_____)       SECTION: N(4)
                               )
                               )       JUDGE: ENGELHARDT
THIS RELATES TO:               )       MAG: ROBY
                               )
Plaintiff: _George M. Theguv_  )
                               )
_____)

### PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person.** Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1



## II.   PERSONAL INFORMATION

A.   Name (person completing form): *George M. Theaux*

B.   Maiden or other names used or by which you have been known: *None*

C.   Current Street Address: *Mailing Address* *206 Bluebird Drive Slidell, LA 70458* *Residing 3903 June Dr. Chal., LA 70043*

D.   Home Telephone No.: *None*
Cell Phone No.: *318-381-4021*
Work Telephone No: *None*
Other Telephone Nos.: *None*

E.   Email address: *None*

## III.   CASE INFORMATION   *N/A*

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:

3   Address (or last known address if deceased):

4.   Home Telephone No.:
Cell Phone No.:
Work Telephone No:
Other Telephone Nos.:

5.   E-mail address:

6.   If you were appointed as a representative by a court, state the:

2

Court: _____     Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.   Please state the name and address of the attorney representing you:

| | |
|---|---|
| Attorney's Name/Law Firm | Law Offices of **SIDNEY D. TORRES, III** *A Professional Law Corporation* |
| City, State and Zip Code | 8301 W. Judge Perez Drive, Suite 303 Chalmette, Louisiana 70043 |

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒      No ☐

✳ 2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? *I could hsve do and may still develop problems involving: respirstory system, skin, intestines, cancer,*

3.   During the time that you lived in your FEMA trailer, did you experience or *ear/nase* report to a physician any of the following symptoms? If yes, place a check *throat,* mark (✓) by the symptom that you experienced. *Total body + mind health*

| | |
|---|---|
| ☒ irritation to eyes | ☐ tingling or swelling of lips or face area |
| ☒ burning of eyes | ☒ headaches |
| ☒ tearing of eyes | ☒ nausea |
| ☒ irritation to nasal membranes (inside of nose) | ☐ vomiting |
| ☒ burning of nasal membranes (inside of nose) | ☐ bloody vomiting |
| ☒ bleeding of nasal membranes (inside of nose) | ☐ abdominal pain |
| ☒ irritation or itching of skin | ☐ diarrhea |
| ☐ burning of skin | ☒ difficulty in breathing |
| ☒ rashes on skin | ☒ wheezing |
| ☒ drying or scaling of skin | ☐ shortness of breath |
| ☐ scaling or itching of eyelids | ☒ persistent cough |
| ☐ irritation or swelling of eyelids or eye area | ☒ tightness of the chest |

3

2.  *I have developed chronic + severe sinus, ear, throat since living in +
since leaving the trailer. I still need A sleeping Aid to sleep.*

☐ bronchitis
☒ throat irritation
☒ hoarseness
☐ laryngitis
☐ pneumonia
☒ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of childhood asthma
☐ allergies for the first time in your life
☒ worsening of allergies that you had previous to living in FEMA trailer

☒ allergic contact dermatitis
☒ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____

_____ See Attached _____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?   Yes ☐   No ☒

If yes, which kind of cancer?
_____

5. When do you claim this injury or disease first occurred? *Few months After moving into trailer.*

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☐        * Not sure

If "Yes," when and who diagnosed the condition at that time?
*Prior to living in trailer did have some minor sinus problems & skin rashes.*

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☒        No ☐

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if
any. _Sinus problems not chronic before entering_
_trailer. Skin rashes completely gone prior to_
_living in trailer (Rash previously contracted was gone)._

8. **Are you claiming mental and/or emotional damages as a result of
residing in a FEMA trailer or mobile home?**
Yes ☒      No ☐

If "Yes," for each provider (including but not limited to primary care
physician, psychiatrist, psychologist, counselor, pastor or religious
counselor) from whom you have sought treatment for any psychological,
psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:
_Dr. Dautzenier provided a sleeping Aid._
_I contacted the Red Cross for psychological_
_counseling but never followed through because I was_
_So consumed with trying to get my life back._
To your understanding, describe the condition for which treated:
_Inability to sleep due to stress._

State when you were treated for this psychological, psychiatric or
emotional problem
_Sleeping Aid provided since 2006_

List the medications prescribed or recommended by the physician or
counselor
_Zolpiden (Ambien) 10 Mg Tablet_

9. **Are you making a claim for medical expenses as a result of the injury,
illness or disease identified in C.2. above?**
Yes ☒      No ☐

If "Yes," state the amount of your claim:  _$150,000.⁰⁰_

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

Currently Residing 3903 Juno Dr. Chal, LA 70043 Ay 2005 - Present

| Address | Dates of Residence |
|---|---|
| Trailer at 206 Bluebird Drive Slidell, LA 70458 | Jan 2006 - Aug 2008 |
| Damaged Residence 3913 Dorinville Drive Chalmette, LA 70043 | Aug 1990 - Aug 2005 |

B.   State Driver's License Number and State Issuing License: _____
     Louisiana State        002590403

C.   Date and Place of Birth:_____

D.   Sex: Male ☒       Female ☐

E.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| St. Bernard High | 1978 - 1982 | General | High School |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):
     Currently Unemployed

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Stewart Const. | Peters Rd | Unsure - Aug 2005 | Pipe Fitter/Welder |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Picou + Fradells | Chalmette | Unsure | Pipe Fitter/Welder |
| Cinbell | Chalmette | Unsure | Pipe Fitter/Welder |

6

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3.   Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐         No ☒

*If "Yes,"* state the following:

a.   If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.   Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.   Previous Claims Information

1.   Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐         No ☒     Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

_____

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☒         No ☐         Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|--------------------------------|
| August Theory | Father | 76 yrs | Lung Cancer | Cancer |
| Louise Theory | Mother | ~76 yrs | Cancer | Cancer |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*Deceased {*

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐         No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A.   Please provide the following information regarding the FEMA trailer or mobile home:

1.   Manufacturer of trailer or mobile home: _Monaco Coach Corp._

2.   VIN: _1KB13L246W161526_

3.   FEMA Identification No.: _940762225_

4.   Bar Code Number on FEMA housing unit: _1250236_

5.  Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☒  Mobile Home ☐

6.  Move-in Date: *January 2006*

7.  Move-out Date: *Aug 2008*

8.  Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
    *206 Bluebird Drive*
    *Slidell, LA 70458*

9.  Was the FEMA trailer or mobile home located in a trailer park or on private property? *Private Property*

10. State the reason you stopped living in the FEMA trailer or mobile home:
    *Fema required All Trailers be Vacated*

11. Please state the approximate square footage of the FEMA housing unit: *Approx 350 sq feet*

12. Please state the approximate length and width of the FEMA housing unit: *~ Length 33 ft Width 8 ft*

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? *~ 14 hrs per day*

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☒  No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☒  No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☒  No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐  No ☒

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☒  No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____ *5 days*
*Gutting/working on House + Caring For Family At least 5 days per week*

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☐     No ☒

If *"Yes,"* please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?
_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☐     No ☒

If *"Yes,"* please state when the test was performed and who prepared this testing: _____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐     No ☒

If *"Yes,"* please state the following:

Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☒     No ☐

If *"Yes,"* please state the date and reason for repair, service or maintenance:
*Repairs: Heater, Air Conditioner, Leak in roof,*
*Door would not lock, Lighting System*

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| George M. Theaux | 45 | 3903 Juwo Dr. Chsl., LA 70443 318-381-4421 | From Jan 2006 To Aug 2008 | Yes ☒ No ☐ Don't Know ☐ | Respiratory, Ear/wave, throat, Dermatitis, Emotional, etc. See previous info. |
| Susan H. Theaux | 56 | 3903 Juwo Dr. Chsl., LA 70443 318-381-9021 | From Jan 2006 To Aug 2008 | Yes ☒ No ☐ Don't Know ☐ | Respiratory, stress, Ear/nose/throat, Eye Infections, etc. |
|  |  |  | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ |  |
|  |  |  | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ |  |
|  |  |  | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ |  |
|  |  |  | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ |  |

## VI.   MEDICAL BACKGROUND

A.   Height: _5'9"_

B.   Current Weight: _192 lbs_

Weight prior to living in a FEMA trailer or mobile home: _210 lbs_

C.   Personal Smoking/Tobacco Use History:   *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   1.     Date on which smoking/tobacco use ended: _____

   2.     Amount smoked or used on average:
           _____ per day for _____ years.

   ☒     Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

       1.     Amount currently smoked or used on average:
            *1pk* per day for *15* years.

**D.**    Other Smoking/Tobacco Use History: *Resided with wife*

       If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history: *Wife- Non Smoker*

       1.     Amount smoked or used on average, if you know:
            _____ per day for _____ years.

       2.     Relationship to you: _____

       3.     Please state whether the smoking occurred inside, outside or both. _____

**E.**    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? *N/A*
Yes ☐    No ☒

*If "Yes,"* what was the date of birth: _____.

Did your pregnancy terminate in a miscarriage or a stillborn child? *N/A*
Yes ☐    No ☐

**F.**    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

       1.     Lung or other respiratory disease   *?*
           Yes ☐    No ☐    *Unsure .*

           *If "Yes,"* please indicate the following:

           Name and description of each illness, disease, or abnormal condition:
           *Unsure of respiratory problems prior to living in trailer. Once had pneumonia.*
           The date of illness: _____

       2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

Yes ☒    No ☐

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_Pneumonia_

The date of illness:

_Unsure - Maybe early 90s  ?_

3.  Long-term stomach or bowel disease
Yes ☐    No ☒

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_____

The date of illness:

_____

_____

4.  Skin disease
Yes ☒    No ☐

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_Skin dermatitis usually Associated with_
_wearing work boots_

The date of illness:

_Unsure  ?_

G.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

Yes ☒    No ☐    Don't Recall ☐

*If "Yes," answer the following:*

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| _Chest X-ray_ | _Unsure ?_ | _Unsure ?_ | _Oschner_ | _Pneumonia_ |
| _MRI_ | _1987_ | _Chal Memorial Hospital_ | _Chal. Men. Hospital_ | _Car Accident_ |

| | | | | |
|---|---|---|---|---|
| | | | | |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: _____ *See attached* _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

Doctor's Name: _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

Doctor's Name: _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.
_Dr. Dontarniam - Treating with sleeping Aid_

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐        No ☒        *Not that I recall*

*If "Yes,"* please provide the name and address of the health care professional.
_____

*Residents of Trailer + general public not made Aware of formadehyde problems until we were getting ready to move out of Trailer.*

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach a copy of the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐   No ☒

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes☐   No ☒

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes☐   No ☒   *No Testing Done*

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes☐   No ☒

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes☐   No ☒   *No Testing Done*

F.  Decedent's death certificate, if applicable.
Yes☐   No ☒   *N/A*

G.  Report of autopsy of decedent, if applicable.
Yes☐   No ☒   *N/A*

## IX.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.    Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Fred Dentgrnsw | 4315 Houms Blud Suite 204 |
| | Metairie, Ls. 70006 |
| | (504) 889 - 5250 |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Dentgrnsw | 4315 Houms Blud Suite 204 Metairie, Ls 70006 | Unsure - Present |
| | | |
| | | |
| | | |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Oschner | N.O., LA | Unsure | Spider Bite |
| Oschner | N.O., LA | Unsure | Pneumonia |
| | | | |
| | | | |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. See Physician List Attached

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Oschner Urgent Care Facility | N.O., LA | Unsure | Unsure Maybe Sever Cold ? |
| | | | |
| | | | |
| | | | |

E.    Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| See Attached | | |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years. *(See Attache*

| Name | Address |
|---|---|
| CVS | 3040 Gause Blvd Slidell, LA |
| CVS | 1305 Gause Blvd Slidell, LA |
| Walgreens | 100 West Judg Perz Ck/, LA |
| CVS | Paris Rd Chl, LA |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   George M Theaux   _____
**Signature of Plaintiff**            **Print Your Name**            **Date**

17

## PRIVACY ACT RELEASE LANGUAGE

I, _George M. Theuri_ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated:

Name: _George M. Theuri_ (print legibly or type out name)

Signature: _George M. Theuri_

George M. Theaux

## Physicians and Providers:

Primary Care Physician – Frederick "Ricky" Dantagnan IV, M.D.
Internal Medicine
4315 Houma Blvd.
Suite 204
Metairie, LA 70006
(504) 889-5250
Fax (504) 889-5288

Dermatologist –          Michael K. Weil, M.D. APMC
380 Gateway Dr.
Suite A
Slidell, LA 70461
(985) 690-6600

Ear/Nose/Throat -        Gerald W. Vocke, M.D.
Ear, Nose, and Throat
3645 Houma Blvd.
Metairie, LA 70006
(504) 885-4677

Ear/Nose/Throat-         M. Lisa Leonard, M.D., M.S.
Otolaryngology
985 Robert Blvd.
Suite 104
Slidell, LA 70458
(985) 847-1995
Fax (985) 847-1992

CVS Pharmacy
3040 Gause Blvd.
Slidell, LA 70461
(985) 643-5743

CVS Pharmacy
1305 Gause Blvd.
Slidell, LA 70458
(985) 641-2550

Walgreens Pharmacy
100 West Judge Perez Dr.
Chalmette, LA 70043
(504) 276-6192

CVS Pharmacy
Paris Rd.
Chalmette, LA 70043

George M. Theaux

## Symptoms:

Headaches
Nasal Congestion
Nasal Irritation
Nose Bleeds
Sinus infections
Sore throat
Throat irritation
Cough
Coughing up phlegm
Extremely dry skin
Dry lips with splitting
Eye Irritation
Dry eye
Dizziness
Nausea
Ear Fungus with itching and flaking
Skin Rash- body, feet and face
Chest pressure
Chest tightness
Palpitations of the heart
Extreme Fatigue
Sleeplessness
Irritability
Depression
Feeling of confusion
Loss of concentration
Memory Loss
Elevated Blood Pressure
Hoarseness

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| *George M. Theryx* | | |

Address: *206 Bluebird Drive*
City: *Slidell*          State: *LA*          Telephone No.: *318-381-4021*          Zip Code: *70458*

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. . _____

Title. . _____

Address. _____

Purpose: To Protect My Legal Rights _____

For Treatment Date(s): All Available

| Type of Access | | | |
|---|---|---|---|
| **Requested:**<br><br>☐ Copies of the records & Inspection of the record | ☐ Abstract/pertinent<br>☐ Emergency Room<br>☐ H&P<br>☐ Consult Report<br>☐ Operative Report<br>☐ Rehab Services | ☐ Lab<br>☐ Imaging/Radiology<br>☐ Cardiac Studies<br>☐ Face Sheet<br>☐ Nursing Notes<br>☐ Medication Record | ☐ Progress Notes<br>☐ Physician's Orders<br>☐ Entire Record<br>☐ Other_____ |

I acknowledge, and hereby consent to such, that the released information may contain
alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*G.T*
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____          _____
Signature of Patient/Legal Representative                    Date

If signed by legal representative, relationship to patient: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
| | **AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)** |

Name: _George M Theeux_

Date of Birth: _____

Last Four Numbers of SSN: _____

        I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard,
Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned
matter, the law firm of _____
and/or any of their designated agents.** These records shall be used or disclosed solely in
connection with the currently pending FEMA Formaldehyde product liability litigation involving
the person named above.  This authorization shall cease to be effective as of the date on which
the above-named person's FEMA Formaldehyde product liability litigation concludes.  I
understand that this authorization includes the above-named person's complete employment
personnel file with the exception of W-4 and W-2 forms (including attendance reports,
performance reports, medical reports, workers' compensation claims), and also includes all other
records relating to employment, past and present, all records related to claims for disability, and
all educational records (including those relating to courses taken, degrees obtained, and
attendance records).  This listing is not meant to be exclusive.

        Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

                        Dated this __ day of _____, 2008.

                        _____
                        [PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: _George M Thesux_

Date of Birth: ▆▆▆▆▆▆

Last Four Numbers of SSN: ▆▆▆▆

I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)**

Name: _George M. Theaux_

Date of Birth: ▮▮▮▮▮▮

Last Four Numbers of SSN: ▮▮▮▮▮▮

I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE | MDL No. 1873
PRODUCT LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: _George M Theaux_

Date of Birth: _____

Last Four Numbers of SSN: _____

    I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____ and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

    I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

        Dated this ___ day of _____, 2008.

        [PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____