## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*ALL CASES* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE/CONSENT MOTION FOR APPROVAL OF
### PAYMENT OF SETTLEMENT ADMINISTRATION EXPENSES

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), who, for the reasons more fully set forth in the Memorandum filed herewith, respectfully move this Honorable Court for approval of payment of expenses associated with the administration of the settlement of all claims asserted in this MDL against Fleetwood Enterprises, Inc. and its associated entities and liability insurers (Fleetwood). The undersigned certify that counsel for Fleetwood and the other non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

> Respectfully submitted:
> **FEMA TRAILER FORMALDEHYDE**
> **PRODUCT LIABILITY LITIGATION**
>
> BY:   s/Gerald E. Meunier
>         GERALD E. MEUNIER, #9471
>         **PLAINTIFFS' CO-LIAISON COUNSEL**
>         Gainsburgh, Benjamin, David, Meunier &
>         Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 3, 2012.

/s/Justin I. Woods
JUSTIN I. WOODS