UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*ALL CASES* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF EX PARTE/CONSENT MOTION FOR APPROVAL OF PAYMENT OF SETTLEMENT ADMINISTRATION EXPENSES

MAY IT PLEASE THE COURT:

The Plaintiffs' Steering Committee (PSC) respectfully request that this Honorable Court approve the payment of certain administrative expenses from the escrow account maintained by Hancock Bank associated with the settlement of claims against Fleetwood as follows:

I. This Court appointed Dan Balhoff of the firm of Perry, Atkinson, Balhoff, Mengis & Burns, LLC as Special Master to perform certain duties associated with the administration of the Fleetwood settlement. Mr. Balhoff has provided his firm's invoice for services rendered in the administration of the settlement. Co-Liaison Counsel for the PSC have reviewed the invoice and request that after the Court has reviewed the Special Master's invoice, attached as Exhibit A, it issue an order directing Hancock Bank to directly pay to the Special Master the sum of Two Thousand Nine Hundred Ninety-Seven Dollars and Forty-Six cents ($2,997.46).

II. This Court appointed the firm of Postlethwaite & Netterville (P&N) as the Court

Appointed Disbursing Agent (CADA) to perform certain duties associated with the administration of the Fleetwood settlement. The CADA has provided invoices for services rendered in the administration of the settlement. Co-Liaison Counsel for the PSC have reviewed the CADA's invoices and request that after the Court has reviewed the invoice, attached as Exhibit B, it issue an order directing Hancock Bank to directly pay to the CADA the sum of Eighty-One Thousand Two Hundred Thirty-Two Dollars and Seventy-Seven cents ($81,232.77).

WHEREFORE, the PSC respectfully requests that this Honorable Court grant its *Ex Parte/*Consent Motion for Approval of Payment of Settlement Administration Expenses.


Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
     GERALD E. MEUNIER, #9471
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:    504/522-2304
     Facsimile:    504/528-9973
     gmeunier@gainsben.com


     s/Justin I. Woods
     JUSTIN I. WOODS, #24713
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:    504/522-2304
     Facsimile:    504/528-9973
     jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        DENNIS REICH, Texas #16739600
        MIKAL WATTS, Texas # 20981820
        ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 3, 2012.

        /s/Justin I. Woods
        JUSTIN I. WOODS