## Perry, Atkinson, Balhoff, Mengis & Burns, L.L.C.

Post Office Box 83260
2141 Quail Run Drive
Baton Rouge, LA 70884-3260
Telephone: 225-767-7730
Fax: 225-767-7967
Tax ID: 72-1310179

| EXHIBIT |
| :---: |
| A |

UNKNOWN - 99395

April 11, 2012

File #: 99395-0001
Inv #: 64141

RE: Formaldehyde Global Settlement

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-11 | Receive and review escrow statement. | 0.20 | 55.00 | DJB |
| Sep-20-11 | Receive and review e-mail from Kelly Moorman re: D'amico change of address. | 0.10 | 27.50 | DJB |
| Sep-28-11 | E-mail from April Conger re: Lisa Morris claim. | 0.20 | 55.00 | DJB |
| | E-mail from Christy Barrett re: Lisa Morris claim. | 0.20 | 55.00 | DJB |
| Sep-29-11 | Receive and review e-mail from Laura Wiltshire re: CADA invoice. | 0.10 | 27.50 | DJB |
| | Receive and review e-mail from Justin Woods re: CADA invoice. | 0.10 | 27.50 | DJB |
| | Receive and review e-mail from CADA re: invoice. | 0.10 | 27.50 | DJB |
| | Receive and review letter from Laura Wiltshire re: CADA invoice. | 0.10 | 27.50 | DJB |
| Sep-30-11 | Receive and review escrow account statement. | 0.30 | 82.50 | DJB |
| Oct-03-11 | Telephone conference with Dustin Mire re: status. | 0.20 | 55.00 | DJB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-04-11 | E-mail from Dustin Mire re: issuance of settlement checks. | 0.30 | 82.50 | DJB |
| | E-mail to Justin Mire re: issuance of settlement checks. | 0.20 | 55.00 | DJB |
| Oct-05-11 | Receive and review e-mail from Dustin Mire re: issuance of checks. | 0.30 | 82.50 | DJB |
| | E-mail to Dustin Mire re: issuance of checks. | 0.20 | 55.00 | DJB |
| | E-mail from Wayne Henderson re: settlement checks. | 0.20 | 55.00 | DJB |
| | Telephone conference with Judge's chambers. | 0.40 | 110.00 | DJB |
| Oct-06-11 | Telephone conference with Wayne Henderson. | 0.30 | 82.50 | DJB |
| | Receive and review orders from court re: distribution of funds. | 0.30 | 82.50 | DJB |
| | E-mail to Wayne Henderson re: court order re: distribution of funds. | 0.20 | 55.00 | DJB |
| Oct-07-11 | Receive and review e-mail from Laura Wiltshire re: escrow account. | 0.20 | 55.00 | DJB |
| Oct-11-11 | E-mail from Laura Wiltshire re: invoices. | 0.20 | 55.00 | DJB |
| | Receive and review e-mail from Laura Wiltshire re: transfer of escrow account to CADA. | 0.20 | 55.00 | DJB |
| Oct-13-11 | Receive and review letter from Laura Wiltshire to Wayne Henderson re: escrow account. | 0.30 | 82.50 | DJB |
| Oct-18-11 | E-mail from Dustin Mire re: Robert Couch claim. | 0.30 | 82.50 | DJB |
| Oct-19-11 | E-mail to Dustin Mire re: Robert Couch claim. | 0.20 | 55.00 | DJB |
| | Telephone conversation with claimant re: settlement check. | 0.20 | 55.00 | DJB |
| | Receive and review e-mail from Wayne Henderson re: deceased claimants. | 0.20 | 55.00 | DJB |
| Oct-20-11 | Telephone conference with Wayne Henderson re: attorney costs. | 0.20 | 55.00 | DJB |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Receive and review updated accounting. | 0.30 | 82.50 | DJB |
| Oct-21-11 | E-mail to Wayne Henderson re: deceased claimants. | 0.10 | 27.50 | DJB |
| Oct-24-11 | Receive and review e-mail from Wayne Henderson re: toll free number. | 0.20 | 55.00 | DJB |
| | E-mail to Jay Meunier re: toll free number. | 0.20 | 55.00 | DJB |
| Oct-25-11 | Telephone conversation with April Flanagan on Judge Engelhardt's chambers. | 0.20 | 55.00 | DJB |
| Oct-26-11 | Receive email re: Cy Pres issue. | 0.20 | 55.00 | DJB |
| Oct-28-11 | Telephone conversation with Wayne Henderson. | 0.20 | 55.00 | DJB |
| Oct-31-11 | Receive and review escrow statement. | 0.30 | 82.50 | DJB |
| Nov-04-11 | Receive and review letter from Sidney Torres' office re: delinquent claimant. | 0.40 | 110.00 | DJB |
| Nov-06-11 | E-mail to PSC re: unclaimed checks. | 0.30 | 82.50 | DJB |
| Nov-07-11 | E-mail from Wayne Henderson re: claimant issues. | 0.20 | 55.00 | DJB |
| | Telephone conference with Wayne Henderson re: claimant issues. | 0.20 | 55.00 | DJB |
| Nov-30-11 | Receive and review letter from Sidney Torres' office re: delinquent claimant. | 0.40 | 110.00 | DJB |
| Dec-01-11 | Receive and review e-mail from Dustin Mire re: check status. | 0.30 | 82.50 | DJB |
| Jan-11-12 | Email from Christy Barrett re: Foster claim. | 0.20 | 55.00 | DJB |
| | Receive letter from Napoleon Foster and forwarding same to CADA in order to respond. | 0.20 | 50.00 | RSE |
| Jan-14-12 | Email to Christy Barrett on handling of Foster claim | 0.20 | 55.00 | DJB |
| Jan-16-12 | Receive and review letter from CADA to objector. | 0.20 | 55.00 | DJB |

| | Hours | Amount | |
|---|---|---|---|
| Email from Christy Barrett. | 0.10 | 27.50 | DJB |
| Receipt and review of objection from Ms. Oliver regarding objection and check issues. | 0.20 | 50.00 | RSE |
| **Totals** | 10.60 | $2,905.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Daniel J. Balhoff | 10.20 | $275.00 | $2,805.00 |
| Randi S. Ellis | 0.40 | $250.00 | $100.00 |
| Totals | 10.60 | | $2,905.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Feb-16-12 | Michael T. Atkinson<br>Local Travel 02/10/12 Postlethwaite & Netterville 6 @ 0.555 | 3.33 |
| Apr-09-12 | Daniel J. Balhoff<br>Out-of-town travel - 03/23/12 lunch | 89.13 |
| | Totals | $92.46 |
| | **Total Fee & Disbursements** | $2,997.46 |
| | **Balance Now Due** | $2,997.46 |