# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:   FEMA TRAILER PRODUCTS** | * | **MDL NO. 07-1873** |
| **LIABILITY LITIGATION** | * | |
| | * | |
| | * | **SECTION:  N "5"** |
| **THIS DOCUMENT PERTAINS TO:** | * | **JUDGE: KURT D. ENGELHARDT** |
| *All cases*.[1] | * | |
| | * | |
| | * | **MAGISTRATE JUDGE:** |
| * * * * * * * * * * * * * * * * * * * * * | * | **ALMA CHASEZ** |

## EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD
## FOR SKYLINE CORPORATION AND LAYTON HOMES CORP.

Defendants Skyline Corporation and Layton Homes Corp., through undersigned counsel, respectfully requests that this Honorable Court substitute the following attorney as additional counsel of record in place of Robert D. Sheesley in all cases:

> Christine Lipsey (Bar Roll No. 1182)
> McGlinchey Stafford, PLLC
> One American Place, 14th Floor
> 301 Main Street
> Baton Rouge, Louisiana 70825
> Phone: (225) 383-9000
> Fax: (225) 343-3076
> clipsey@mcglinchey.com

WHEREFORE, Skyline Corporation and Layton Homes Corp. respectfully request that an order be issued allowing the substitution of Christine Lipsey in place of Robert D. Sheesley as additional counsel of record on their behalf and to receive notice of all future filings.

---

[1] If necessary, the specific case numbers associated with this MDL are: 08-4630; 09-3558; 09-4331; 09-4541; 09-4548; 09-4565; 09-4737; 09-4766; 09-4900; 09-4929; 09-5260; 09-5293; 09-5294; 09-5339; 09-5410; 09-5567; 09-5641; 09-5649; 09-5654; 09-5655; 09-5673; 09-5674; 09-5684; 09-5691; 09-5727; 09-5942; 09-5985; 09-6015; 09-6168; 09-6258; 09-6314; 09-6315; 09-6324; 09-6326; 09-6327; 09-6334; 09-6347; 09-6348; 09-6426; 09-6427; 09-6431; 09-6432; 09-6570; 09-6889; 09-6933; 09-7084; 09-7089; 09-7540; 09-7826; 09-7906; 09-7918; 09-7945; 09-7947; 09-8246; 09-8346; 09-8485; 09-8486; 09-8649; 09-8692; 10-256; 10-275; 10-1395; 10-3490; 10-3493; 10-3494; 10-3513; 10-3514; 10-3680; 10-3686; 10-3693; 10-3696; 10-3825.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANTS**
**SKYLINE CORPORATION &**
**LAYTON HOMES CORP.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY