UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *   MDL NO. 07-1873 <br> * <br> * |
| THIS DOCUMENT PERTAINS TO: <br> *All cases*. | *   SECTION: N "5" <br> *   JUDGE: KURT D. ENGELHARDT <br> * <br> * |
| | *   MAGISTRATE JUDGE: |
| * * * * * * * * * * * * * * * * * * * * | *   ALMA CHASEZ |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record For Skyline Corporation and Layton Homes Corp.:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Robert D. Sheesley be withdrawn, and the following attorney enrolled, as additional counsel of record for Skyline Corporation and Layton Homes Corp and receive notice of all future filings:

    Christine Lipsey (Bar Roll No. 1182)
    McGlinchey Stafford, PLLC
    One American Place, 14th Floor
    301 Main Street
    Baton Rouge, Louisiana 70825
    Phone: (225) 383-9000
    Fax: (225) 343-3076
    clipsey@mcglinchey.com

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

995555.1