UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *   MDL NO. 1873
FORMALDEHYDE PRODUCTS         *
LIABILITY LITIGATION          *   SECTION "N" (5)
                              *   JUDGE ENGELHARDT
                              *   MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO:  *
                              *
*Abram, et al v. Gulf Stream Coach, Inc., et al*   *
No. 10-196                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs in the-above captioned case respectfully submit this Consent Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss Certain Plaintiffs' Claims for Prescription pursuant to Fed. R. Civ. P. 12(b)(6)(Rec. Doc. 25311), and in support of the same would show the Court as follows:

The submission date for Defendant's Motion is May 16, 2012, and pursuant to Local Rule 7.5, of the United States District Court for the Eastern District of Louisiana, any memorandum in opposition to the same would need to be filed by May 8, 2012.

Plaintiffs would specifically request that the submission and response date be extended 21 days.

Plaintiffs' counsel has contacted counsel for the Defendant Gulf Stream and they have no opposition to a 21-day extension.

Plaintiffs respectfully move for this extension pursuant to Local Rule 7.8 of the United States District Court for the Eastern District of Louisiana. Plaintiff's counsel hereby certifies, that here has been no previous extension of time to respond to Defendant's Motion and that opposing parties have not filed in the record an objection to an extension of time.

For the reasons set forth above, Plaintiffs pray that the Court grant Plaintiffs an Extension of Time to File a Memorandum in Opposition to Defendant's Motion to Dismiss Certain Plaintiffs' Claims for Prescription.

        Respectfully submitted:

        By: */s/ Peter K. Taaffe*
        Anthony G. Buzbee
        Texas Bar No. 24001820
        Peter K. Taaffe
        Texas Bar No. 24003029
        THE BUZBEE LAW FIRM
        600 Travis, Suite 7300
        Houston, Texas 77002
        Tel.: (713) 223-5393
        Fax: (713) 223-5909

        JOHN MUNOZ (#9830)
        GARNER & MUNOZ
        1010 Common Street, Suite 3000
        New Orleans, LA 70112-2411
        Tel: (504) 581-7070
        Fax: (504) 581-7083

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                        */s/ Peter K. Taaffe*
                                                          Peter K. Taaffe