UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                     MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                              SECTION "N" (5)
THIS DOCUMENT RELATES TO:
09-7568 - Donald Tanks vs Jayco, Inc., et al

## ORDER

A Preliminary conference was held on May 3, 2012 . Participating were:

For Plaintiff:
J. Rock Palermo, III, Paul Dominick

For Defendants:
Thomas L. Cougill, Richard Sherburne(dates confirmed)

      Pleadings have not been completed. Responsive pleadings shall be filed within thirty days.   Jurisdiction and venue are established.

      All pre-trial motions, including dispositive motions, shall be filed and served in sufficient time to permit **submission date** thereon no later than January 17, 2013 (60 days prior to the Trial date).  Any motions filed in violation of this order shall be deemed waived unless good cause is shown.

      All motions in limine shall be filed not later than the day the pre-trial order is due.

      Requests for oral argument shall be submitted and handled in accordance with Local Rule 78.1E.

      Counsel shall complete all disclosure of information as follows:

      All parties have stipulated that initial disclosures pursuant to Fed. R.Civ. P. 26(a)(1) will not be conducted in this case.

Depositions for use at trial use shall be taken and all discovery shall be completed no later than January 17, 2013   (60 days prior to the Trial Date).

Amendments to pleadings, third-party actions, cross- claims and counter-claims shall be filed no later than June 4, 2012 (30 days from  the date of the Preliminary Conference), in accordance with the Federal Rules of Civil Procedure and Local Rule 7.6.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than  November 7, 2012 (120 days prior to Final Pre-trial Conference Date).

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than December 7, 2012 (90 days prior to Final Pre-trial Conference Date).

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than December 7, 2012 (90 days prior to Final Pre-trial Conference Date).

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Minute Entry as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed.  A further settlement conference will be scheduled at any time at the request of any party.

This case does not involve extensive documentary evidence, depositions or other discovery.

A final pre-trial conference will be held before the District Judge on **THURSDAY, MARCH 7, 2013 AT 10:00 A.M.**  Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

**THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED, PAGINATED, AND SIGNED BY ALL COUNSEL.**

Trial will commence during the week beginning **MONDAY, MARCH 18, 2013 AT 8:30 A.M.** before the District Judge **with** a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may  be delayed or moved up because of jury pooling. Trial is estimated to last five day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with  Local Rules and upon a showing of good cause.  Trial will not be continued, even on joint motion, absent good cause or compelling reason.  If, however, a continuance is granted, deadlines and cut off dates will not be extended automatically, unless otherwise ordered by the Court.

It shall be assumed that <u>all</u> attorneys listed as counsel of record are, at all times, informed and conversant about the case, and have authority to discuss this matter with the Court.

**IT IS ORDERED THAT COUNSEL CONTACT THE ASSIGNED MAGISTRATE JUDGE'S OFFICE AS SOON AS POSSIBLE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD BY FEBRUARY 21, 2013. All counsel shall have responsibility for scheduling this conference, and shall be subject to possible sanctions for failure to timely set a convenient date/time on the calendar of the assigned magistrate judge. Such conference shall be timely set and held regardless of pending motions, anticipated rulings, or any other deadlines set in this case. (Only the magistrate judge, in his/her discretion, shall have the authority to cancel and/or reset the settlement conference.)**

**No cell phones, pagers, beepers, or other audible communication devices are allowed in Section "N" courtroom and chambers. Any audible electronic communication devices brought in to the Section "N" courtroom or chambers are subject to permanent confiscation, and/or sanction of the violator of this policy.** You may turn such devices in to Susan Adams, judicial assistant in Section "N", upon arriving, and pick them up when you have completed business in Section "N."

All communication with Court staff is equivalent to communication directly with the undersigned, and shall be courteous and professional. Any conduct toward Court staff in deviation of this standard shall be promptly reported to the undersigned.

**<u>COUNSEL ARE INSTRUCTED TO INCLUDE THEIR FAX NUMBERS AND EMAIL ADDRESSES ON ANY DOCUMENTS THAT ARE FILED WITH THIS COURT.</u>**

New Orleans, Louisiana, this ___3rd___ day of May, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

CLERK TO FORWARD COPY TO MAGISTRATE JUDGE