UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | **MDL NO. 07-1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (4) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENTS RELATES TO: | * | |
| CIVIL ACTION NO. 08-1094 | * | MAGISTRATE: CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT**,** through undersigned counsel, come Plaintiffs, Henry Gautreaux, et al., who respectfully request this Honorable Court for an order enrolling attorney Amber E. Cisney, of the Law Office of Richard J. Fernandez LLC, 3000 W. Esplanade, Suite 200, Metairie, Louisiana, 70002, as additional counsel of record for Plaintiffs in this matter, and in support thereof, shows as follows:

1) Amber E. Cisney is a member in good standing of the Louisiana State Bar (Louisiana Bar No. 28821.)

2) Amber E. Cisney requests permission to enroll as additional counsel in this matter on behalf of Plaintiffs, and her appearance will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiffs pray that Amber E. Cisney be allowed to enroll as additional counsel in the above-captioned matter.

                                                  Respectfully submitted,

                                                  s/ L. Eric Williams  
                                                  L. ERIC WILLIAMS, JR., LSBN 26773  
                                                  **WILLIAMS LAW OFFICE, LLC**  
                                                  433 Metairie Rd, Suite 404  
                                                  Metairie, Louisiana  70006  
                                                  Telephone: (504) 832-9898  
                                                  Facsimile:   (504) 834-9811  
                                                  eric@amlbenzene.net

                                                           &amp;

                                                 /s/ Richard J. Fernandez  
                                                 RICHARD J. FERNANDEZ, LSBN 05532  
                                                 AMBER E. CISNEY, LSBN 28821  
                                                 **LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**  
                                                 3000 West Esplanade Avenue, Suite 200  
                                                 Metairie, Louisiana  70002  
                                                 Telephone: (504) 834-8500  
                                                 Facsimile: (504) 834-2609  
                                                 rick@rjfernandez.net  
                                                 amber@amlbenzene.net  
                                               **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding by ECMF, email  or facsimile on this 5th day of May, 2012.

                                                 /s/Richard J. Fernandez  
                                                   Richard J. Fernandez