UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Member Cases Listed in Rec. Doc.
25074

## ORDER AND REASONS

Before the Court is Plaintiffs' "Motion for Entry of Default Judgment" (Rec. Doc. 25074). This motion is unopposed. However, after considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that Plaintiffs' **"Motion for Entry of Default Judgment" (Rec. Doc. 25074)** is **DENIED WITHOUT PREJUDICE**, based on Plaintiffs' failure to initially seek a preliminary default through the Clerk, pursuant to Federal Rule of Civil Procedure 55(a).

New Orleans, Louisiana, this 4th day of May, 2012.

                                                             **KURT D. ENGELHARDT**
                                                          **UNITED STATES DISTRICT JUDGE**