UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Member Case Nos. listed herein

                              O R D E R

        Certain service issues were detailed in this Court's Orders at Rec. Docs. 24550, 24551,

24554, 24555, and 24587 (hereinafter, "service orders").  Some of those issues have been addressed

and remedied by counsel; others have not.  Accordingly, after considering the memoranda and

filings of counsel and the applicable law, the Court rules as set forth herein:

**A.**

        **IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs against the

specified defendants in the following member cases are hereby **DISMISSED WITHOUT**

**PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as more than

120 days have elapsed since the filing of the Complaints in these actions.  Counsel for Plaintiffs

have failed to show good cause why service of process has not been effected upon the defendants

listed below.  Indeed, counsel offered no response whatsoever to this Court's service orders.  See

*Redding v. Essex Crane Rental Corp. Of Alabama*, 752 F.2d 1077 (5th Cir. 1985):

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 09-5403 |
| Stewart Park Homes, Inc. | 09-5419 |
| Stewart Park Homes, Inc. | 09-5420 |
| Stewart Park Homes, Inc. | 08-4630 |
| Stewart Park Homes, Inc. | 09-4551 |
| Stewart Park Homes, Inc. | 09-4607 |
| Stewart Park Homes, Inc. | 09-4770 |
| Stewart Park Homes, Inc. | 09-4806 |
| Stewart Park Homes, Inc. | 09-5271 |
| Stewart Park Homes, Inc. | 09-5418 |
| Stewart Park Homes, Inc. | 09-5573 |
| Stewart Park Homes, Inc. | 09-5941 |
| Stewart Park Homes, Inc. | 09-6153 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 09-6200 |
| Stewart Park Homes, Inc. | 09-6342 |
| Stewart Park Homes, Inc. | 09-6838 |
| Stewart Park Homes, Inc. | 09-6934 |
| Stewart Park Homes, Inc. | 09-7092 |
| Stewart Park Homes, Inc. | 09-7260 |
| Stewart Park Homes, Inc. | 09-7264 |
| Stewart Park Homes, Inc. | 09-7265 |
| Stewart Park Homes, Inc. | 09-8014 |
| Stewart Park Homes, Inc. | 09-8077 |
| Stewart Park Homes, Inc. | 09-8254 |
| Stewart Park Homes, Inc. | 09-8669 |
| Stewart Park Homes, Inc. | 09-8717 |
| Stewart Park Homes, Inc. | 09-8718 |
| Stewart Park Homes, Inc. | 10-576 |

| | |
|---|---|
| Stewart Park Homes, Inc. | 10-774 |
| Stewart Park Homes, Inc. | 10-2026 |
| Stewart Park Homes, Inc. | 10-2135 |
| Stewart Park Homes, Inc. | 10-2137 |
| Stewart Park Homes, Inc. | 10-2173 |
| Stewart Park Homes, Inc. | 10-2315 |
| Stewart Park Homes, Inc. | 10-2440 |
| Stewart Park Homes, Inc. | 10-2446 |
| Stewart Park Homes, Inc. | 10-2886 |
| Stewart Park Homes, Inc. | 10-2898 |
| Stewart Park Homes, Inc. | 10-3440 |
| Stewart Park Homes, Inc. | 10-3695 |
| Stewart Park Homes, Inc. | 10-3712 |
| Stewart Park Homes, Inc. | 10-3713 |
| Stewart Park Homes, Inc. | 10-3755 |

| Stewart Park Homes, Inc. | 10-3756 |
|---|---|
| Stewart Park Homes, Inc. | 10-3773 |
| Stewart Park Homes, Inc. | 10-3785 |
| Stewart Park Homes, Inc. | 10-3787 |
| Stewart Park Homes, Inc. | 10-3789 |
| Stewart Park Homes, Inc. | 10-3793 |
| Stewart Park Homes, Inc. | 10-3796 |
| Stewart Park Homes, Inc. | 10-3797 |
| Stewart Park Homes, Inc. | 10-3817 |
| Stewart Park Homes, Inc. | 10-3835 |
| Stewart Park Homes, Inc. | 10-3856 |
| Stewart Park Homes, Inc. | 10-3878 |
| Stewart Park Homes, Inc. | 11-839 |
| Stewart Park Homes, Inc. | 11-1048 |
| Lakeside Park Homes | 09-4560 |

| | |
|---|---|
| Lakeside Park Homes | 09-4926 |
| Lakeside Park Homes | 09-5416 |
| Lakeside Park Homes | 09-7302 |
| Lakeside Park Homes | 10-416 |
| Lakeside Park Homes | 10-3844 |
| Lakeside Park Homes | 08-4630 |
| Lakeside Park Homes | 09-3881 |
| Lakeside Park Homes | 09-4041 |
| Lakeside Park Homes | 09-4049 |
| Lakeside Park Homes | 09-4054 |
| Lakeside Park Homes | 09-4341 |
| Lakeside Park Homes | 09-4576 |
| Lakeside Park Homes | 09-4588 |
| Lakeside Park Homes | 09-4595 |
| Lakeside Park Homes | 09-4725 |

| | |
|---|---|
| Lakeside Park Homes | 09-4791 |
| Lakeside Park Homes | 09-4974 |
| Lakeside Park Homes | 09-5415 |
| Lakeside Park Homes | 09-5645 |
| Lakeside Park Homes | 09-5671 |
| Lakeside Park Homes | 09-6037 |
| Lakeside Park Homes | 09-6169 |
| Lakeside Park Homes | 09-6962 |
| Lakeside Park Homes | 09-7301 |
| Lakeside Park Homes | 09-7683 |
| Lakeside Park Homes | 09-7750 |
| Lakeside Park Homes | 09-7753 |
| Lakeside Park Homes | 09-8327 |
| Lakeside Park Homes | 09-8329 |
| Lakeside Park Homes | 09-8387 |

| | |
|---|---|
| Lakeside Park Homes | 09-8654 |
| Lakeside Park Homes | 09-8710 |
| Lakeside Park Homes | 09-8721 |
| Lakeside Park Homes | 10-544 |
| Lakeside Park Homes | 10-554 |
| Lakeside Park Homes | 10-712 |
| Lakeside Park Homes | 10-2145 |
| Lakeside Park Homes | 10-2331 |
| Lakeside Park Homes | 10-2377 |
| Lakeside Park Homes | 10-2378 |
| Lakeside Park Homes | 10-2414 |
| Lakeside Park Homes | 10-2432 |
| Lakeside Park Homes | 10-2469 |
| Lakeside Park Homes | 10-2594 |
| Lakeside Park Homes | 10-2693 |

| | |
|---|---|
| Lakeside Park Homes | 10-3424 |
| Lakeside Park Homes | 10-3461 |
| Lakeside Park Homes | 10-3463 |
| Lakeside Park Homes | 10-3468 |
| Lakeside Park Homes | 10-3470 |
| Lakeside Park Homes | 10-3718 |
| Lakeside Park Homes | 10-3745 |
| Lakeside Park Homes | 10-3747 |
| Lakeside Park Homes | 10-3751 |
| Lakeside Park Homes | 10-3753 |
| Lakeside Park Homes | 10-3778 |
| Lakeside Park Homes | 10-3788 |
| Lakeside Park Homes | 10-3790 |
| Lakeside Park Homes | 10-3850 |
| Lakeside Park Homes | 10-4113 |

| | |
|---|---|
| Lakeside Park Homes | 11-374 |
| Lakeside Park Homes | 09-5259 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 08-4630 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4633 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4634 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4724 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4785 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-4788 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-5574 |

| | |
|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6012 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6401 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6568 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-6961 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7062 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7157 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7317 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8027 |

| | |
|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8081 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8145 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8159 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8193 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8211 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8258 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8260 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8369 |

| | |
|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-8683 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-1375 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-1391 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2147 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2299 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2893 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2894 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-2895 |

| | |
|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-3437 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-4112 |
| Clearspring Conversions | 09-6331 |
| Clearspring Conversions | 09-8378 |
| Biscayne RV, Inc. | 09-8297 |
| Biscayne RV, Inc. | 09-8648 |
| Biscayne RV, Inc. | 10-2152 |
| Atwood Mobile Products | 06-2576 |
| Fall Creek Homes | 09-8535 |
| Fall Creek Homes | 10-2160 |
| Flat Creek Lodges, Inc. | 09-8674 |
| B. Foster & Co., Inc. | 09-8663 |
| 3-D Disaster Services Inc. | 09-8646 |

| | |
|---|---|
| 3-D Disaster Services Inc. | 09-8696 |
| 3-D Disaster Services Inc. | 09-8700 |
| 3-D Disaster Services Inc. | 09-8702 |
| AME Services, Inc. | 09-8681 |
| AME Services, Inc. | 09-8702 |
| B & I Services, Inc. | 09-8646 |
| B & I Services, Inc. | 09-8647 |
| B & I Services, Inc. | 10-742 |
| Crown Roofing, Inc. | 09-8645 |
| Crown Roofing, Inc. | 09-8695 |
| Crown Roofing, Inc. | 09-8699 |
| E.T.I., Inc. | 06-2576 |
| Oakland Enterprises, Inc. | 06-2576 |
| Oakland Enterprises, Inc. | 06-5659 |
| Razz Electrical Services | 09-8650 |

| | |
|---|---|
| Razz Electrical Services | 09-8654 |
| Razz Electrical Services | 09-8658 |
| Razz Electrical Services | 09-8701 |
| Razz Electrical Services | 09-4135 |
| Sims Construction | 10-4126 |
| Sims Construction | 10-4127 |
| Thoroughbred Industries | 06-2576 |
| Alcatec | 09-8014 |
| Alcatec | 09-8015 |
| Alcatec | 09-8016 |
| Alcatec | 09-8019 |
| Alcatec | 09-8020 |
| Alcatec | 09-8021 |
| Alcatec | 09-8022 |
| Alcatec | 09-8035 |
| Alcatec | 09-8037 |
| Alcatec | 09-8038 |
| Alcatec | 09-8039 |

| Alcatec | 09-8041 |
|---------|---------|
| Alcatec | 09-8042 |
| Alcatec | 09-8043 |
| Alcatec | 09-8044 |
| Alcatec | 09-8045 |
| Alcatec | 09-8048 |
| Alcatec | 09-8049 |
| Alcatec | 09-8053 |
| Alcatec | 09-8054 |
| Alcatec | 09-8055 |
| Alcatec | 09-8056 |
| Alcatec | 09-8057 |
| Alcatec | 09-8058 |
| Alcatec | 09-8059 |
| Alcatec | 09-8060 |
| Alcatec | 09-8061 |
| Alcatec | 09-8062 |
| Alcatec | 09-8063 |
| Alcatec | 09-8077 |
| Alcatec | 09-8079 |
| Alcatec | 09-8080 |
| Alcatec | 09-8081 |
| Alcatec | 09-8087 |
| Alcatec | 09-8089 |
| Alcatec | 09-8090 |

| | |
|---|---|
| Alcatec | 09-8091 |
| Alcatec | 09-8092 |
| Alcatec | 09-8093 |
| Alcatec | 09-8094 |
| Alcatec | 09-8095 |
| Alcatec | 09-8096 |
| Alcatec | 09-8097 |
| Alcatec | 09-8098 |
| Alcatec | 09-8099 |
| Alcatec | 09-8100 |
| Alcatec | 09-8101 |
| Alcatec | 09-8102 |
| Alcatec | 09-8103 |
| Alcatec | 09-8104 |
| Alcatec | 09-8107 |
| Alcatec | 09-8108 |
| Alcatec | 09-8109 |
| Alcatec | 09-8110 |
| Alcatec | 09-8111 |
| Alcatec | 09-8112 |
| Alcatec | 09-8113 |
| Alcatec | 09-8114 |
| Alcatec | 09-8115 |
| Alcatec | 09-8116 |
| Alcatec | 09-8117 |

| Alcatec | 09-8118 |
|---------|---------|
| Alcatec | 09-8119 |
| Alcatec | 09-8120 |
| Alcatec | 09-8123 |
| Alcatec | 09-8124 |
| Alcatec | 09-8125 |
| Alcatec | 09-8126 |
| Alcatec | 09-8127 |
| Alcatec | 09-8129 |
| Alcatec | 09-8130 |
| Alcatec | 09-8131 |
| Alcatec | 09-8132 |
| Alcatec | 09-8133 |
| Alcatec | 09-8134 |
| Alcatec | 09-8135 |
| Alcatec | 09-8136 |
| Alcatec | 09-8137 |
| Alcatec | 09-8138 |
| Alcatec | 09-8139 |
| Alcatec | 09-8140 |
| Alcatec | 09-8141 |
| Alcatec | 09-8142 |
| Alcatec | 09-8143 |
| Alcatec | 09-8144 |
| Alcatec | 09-8145 |

| Alcatec | 09-8146 |
|---------|---------|
| Alcatec | 09-8147 |
| Alcatec | 09-8148 |
| Alcatec | 09-8149 |
| Alcatec | 09-8150 |
| Alcatec | 09-8151 |
| Alcatec | 09-8152 |
| Alcatec | 09-8153 |
| Alcatec | 09-8154 |
| Alcatec | 09-8155 |
| Alcatec | 09-8156 |
| Alcatec | 09-8157 |
| Alcatec | 09-8159 |
| Alcatec | 09-8160 |
| Alcatec | 09-8161 |
| Alcatec | 09-8170 |
| Alcatec | 09-8171 |
| Alcatec | 09-8172 |
| Alcatec | 09-8173 |
| Alcatec | 09-8174 |
| Alcatec | 09-8175 |
| Alcatec | 09-8176 |
| Alcatec | 09-8177 |
| Alcatec | 09-8179 |
| Alcatec | 09-8180 |

| Alcatec | 09-8182 |
|---------|---------|
| Alcatec | 09-8186 |
| Alcatec | 09-8187 |
| Alcatec | 09-8188 |
| Alcatec | 09-8189 |
| Alcatec | 09-8190 |
| Alcatec | 09-8191 |
| Alcatec | 09-8192 |
| Alcatec | 09-8193 |
| Alcatec | 09-8194 |
| Alcatec | 09-8195 |
| Alcatec | 09-8196 |
| Alcatec | 09-8197 |
| Alcatec | 09-8198 |
| Alcatec | 09-8199 |
| Alcatec | 09-8201 |
| Alcatec | 09-8202 |
| Alcatec | 09-8203 |
| Alcatec | 09-8204 |
| Alcatec | 09-8205 |
| Alcatec | 09-8206 |
| Alcatec | 09-8207 |
| Alcatec | 09-8208 |
| Alcatec | 09-8209 |
| Alcatec | 09-8210 |

| Alcatec | 09-8211 |
|---------|---------|
| Alcatec | 09-8212 |
| Alcatec | 09-8214 |
| Alcatec | 09-8215 |
| Alcatec | 09-8216 |
| Alcatec | 09-8217 |
| Alcatec | 09-8218 |
| Alcatec | 09-8219 |
| Alcatec | 09-8223 |
| Alcatec | 09-8224 |
| Alcatec | 09-8225 |
| Alcatec | 09-8227 |
| Alcatec | 09-8228 |
| Alcatec | 09-8229 |
| Alcatec | 09-8230 |
| Alcatec | 09-8231 |
| Alcatec | 09-8232 |
| Alcatec | 09-8233 |
| Alcatec | 09-8234 |
| Alcatec | 09-8235 |
| Alcatec | 09-8236 |
| Alcatec | 09-8237 |
| Alcatec | 09-8238 |
| Alcatec | 09-8240 |
| Alcatec | 09-8241 |

| Alcatec | 09-8242 |
|---------|---------|
| Alcatec | 09-8243 |
| Alcatec | 09-8244 |
| Alcatec | 09-8245 |
| Alcatec | 09-8246 |
| Alcatec | 09-8247 |
| Alcatec | 09-8248 |
| Alcatec | 09-8249 |
| Alcatec | 09-8250 |
| Alcatec | 09-8251 |
| Alcatec | 09-8252 |
| Alcatec | 09-8253 |
| Alcatec | 09-8254 |
| Alcatec | 09-8255 |
| Alcatec | 09-8256 |
| Alcatec | 09-8257 |
| Alcatec | 09-8258 |
| Alcatec | 09-8259 |
| Alcatec | 09-8260 |
| Alcatec | 09-8261 |
| Alcatec | 09-8262 |
| Alcatec | 09-8263 |
| Alcatec | 09-8264 |
| Alcatec | 09-8265 |
| Alcatec | 09-8266 |

| Alcatec | 09-8267 |
|---------|---------|
| Alcatec | 09-8268 |
| Alcatec | 09-8269 |
| Alcatec | 09-8272 |
| Alcatec | 09-8277 |
| Alcatec | 09-8279 |
| Alcatec | 09-8280 |
| Alcatec | 09-8281 |
| Alcatec | 09-8282 |
| Alcatec | 09-8283 |
| Alcatec | 09-8284 |
| Alcatec | 09-8285 |
| Alcatec | 09-8286 |
| Alcatec | 09-8287 |
| Alcatec | 09-8288 |
| Alcatec | 09-8289 |
| Alcatec | 09-8291 |

**B.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs against  the specified defendants in the following member cases are hereby **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as service has not been effected, evidenced in these member cases by the unexecuted returns in the record.  More than 120 days have elapsed since the filing of the Complaints in these actions, and counsel for Plaintiffs have failed to show good cause why service of process has not been effected

upon the defendants listed below.  See *Redding*, 752 F.2d 1077:

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-7839 |
| Stewart Park Homes, Inc. | 09-7916 |
| Stewart Park Homes, Inc. | 10-1292 |
| Lakeside Park Homes | 09-7088 |
| Lakeside Park Homes | 09-7842 |
| Lakeside Park Homes | 09-7907 |
| Lakeside Park Homes | 10-1262 |
| Lakeside Park Homes | 10-2597 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 09-7800 |
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-260 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| American Camper Manufacturing, LLC, d/b/a Ameri-Camp | 10-1276 |
| B & I Services, Inc. | 10-3474 |
| B & I Services, Inc. | 10-3708 |
| B & I Services, Inc. | 10-3754 |
| B & I Services, Inc. | 10-3795 |
| B & I Services, Inc. | 10-3842 |
| B & I Services, Inc. | 10-3860 |
| B & I Services, Inc. | 10-3939 |
| UFAS-Mu, Inc. | 10-3470 |
| UFAS-Mu, Inc. | 10-3481 |
| UFAS-Mu, Inc. | 10-3531 |
| UFAS-Mu, Inc. | 10-3790 |
| UFAS-Mu, Inc. | 10-3962 |
| UFAS-Mu, Inc. | 10-3461 |

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| UFAS-Mu, Inc. | 10-3527 |
| UFAS-Mu, Inc. | 10-3540 |
| UFAS-Mu, Inc. | 10-3788 |
| UFAS-Mu, Inc. | 10-3958 |

**C.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs against the specified defendants in the following member cases are hereby **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as more than 120 days have elapsed since the filing of the Complaints in these actions and counsel for Plaintiffs have failed to show good cause why service of process has not been effected upon the defendants listed below.  Indeed, although summons has been issued (and in some cases, re-issued), no executed return has been timely placed in the record.  See *Redding*, 752 F.2d 1077:

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-8592 |
| Stewart Park Homes, Inc. | 09-8594 |
| Stewart Park Homes, Inc. | 09-8596 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 10-2512 |
| Stewart Park Homes, Inc. | 10-2552 |
| Stewart Park Homes, Inc. | 10-3617 |
| Lakeside Park Homes | 09-8583 |
| Lakeside Park Homes | 09-8584 |
| Lakeside Park Homes | 09-8585 |
| Lakeside Park Homes | 09-8586 |
| Lakeside Park Homes | 09-8587 |
| Lakeside Park Homes | 10-2477 |
| Lakeside Park Homes | 10-2511 |
| Lakeside Park Homes | 10-2539 |
| Lakeside Park Homes | 10-2553 |
| Lakeside Park Homes | 10-3601 |
| Lakeside Park Homes | 10-3609 |
| Golden West Homes | 08-4630 |

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Integrity Midwest Inc., d/b/a U.S. Adventure RV | 08-4630 |

**D.**

On March 1, 2012, Plaintiffs' counsel in the member cases listed below filed a response to this Court service orders and requested additional time to serve Lakeside Park Homes (See Rec. Doc. 24704):

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Lakeside Park Homes | 09-3746 |
| Lakeside Park Homes | 09-3747 |
| Lakeside Park Homes | 09-4455 |
| Lakeside Park Homes | 09-5622 |
| Lakeside Park Homes | 09-6403 |

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs against Lakeside Park Homes in the above member cases are hereby **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as more than 120 days have elapsed since the filing of the Complaints in the above actions. While counsel for

Plaintiffs admittedly attempted to show good cause why service of process has not been effected upon Lakeside Park Homes (see Rec. Doc. 24704), this Court notes that these are all *2009* cases. The time to serve this defendant has long passed.  Further, as for the extension request, the Court notes that Plaintiffs' liaison counsel filed a motion requesting such an extension (Rec. Doc. 24693) on February 29, 2012, which was granted by this Court on March 14, 2012.  (See Rec. Doc. 24854). Thus, these plaintiffs and others were given until April 5, 2012 to respond to this Court's service orders.  Further, the instant Order is being issued nearly a month from that date. Thus, for all these reasons, service should have been effected by now. No additional time to serve will be granted.

**E.**

A review of the record indicates that service of the complaint has been made upon the defendants in the member cases listed below and the time to file responsive pleadings/Notice of Preservation of Defenses has expired:

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-8591 | D'Amico | 24675 |
| Stewart Park Homes, Inc. | 09-8593 | D'Amico | 24676 |
| Stewart Park Homes, Inc. | 09-8595 | D'Amico | 24677 |
| Lakeside Park Homes | 11-370 | D'Amico | 24673 |
| Lakeside Park Homes | 11-375 | D'Amico | 24674 |
| B & B Enterprises | 10-4126 | Gibson | 24698 |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED |
|---|---|---|---|
| B & B Enterprises | 10-4127 | Gibson | 24695 |
| Motex Enterprises, Inc. | 10-4125 | Hawkins | 24699 |
| Razz Electrical Services | 09-3746 | Lambert | 24701 |
| Razz Electrical Services | 09-4455 | Lambert | 24702 |

Accordingly, **IT IS ORDERED** that on or before **Monday, May 14, 2012**, the plaintiffs in the member cases listed above shall obtain a responsive pleading/Notice of Preservation of Defenses or preliminary default on the served defendants listed above. Failure to do so shall result in the **DISMISSAL** of any such defendant, for failure to prosecute, without any further notice, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**F.**

A further review of the record indicates that service of the complaint has recently been made upon the defendants in the member cases listed below and the time to file responsive pleadings/Notice of Preservation of Defenses is fast approaching:

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED |
|---|---|---|---|
| Lakeside Park Homes | 10-2363 | Gibson | 24700 |
| Williams Scotsman, Inc. | 09-8563 | D'Amico | 24718 |

31

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED |
|---|---|---|---|
| Williams Scotsman, Inc. | 09-8565 | D'Amico | 24719 |

The plaintiffs in the member cases listed above shall obtain timely responsive pleadings/Notices of Preservation of Defenses or preliminary defaults on the served defendants listed above. Failure to do so shall result in the **DISMISSAL** of any such defendant, for failure to prosecute, without any further notice, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**G.**

Also, the Court notes that the service issues relating to the defendants in the following member cases have been addressed and or remedied and, thus, require no further action:

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| MVP RV, Inc. | 10-1394 |
| Home Choice USA, Inc. | 09-7692 |
| Von Briesen & Roper | 09-4860 |
| Von Briesen & Roper | 09-4872 |

**H.**

The Court further notes that the service issues relating to the defendant in the following member case has become moot, requiring no further action, because the member case has been

dismissed and is now considered "closed":

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| MVP RV, Inc. | 10-581 |

**I.**

Last, the Court notes that service issues relating to the defendants in the following member cases are the subject of a Motion for Entry of Default Judgment (Rec. Doc. 25074) and will be addressed in a separate Order.

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-3922 |
| Stewart Park Homes, Inc. | 09-3993 |
| Stewart Park Homes, Inc. | 09-3994 |
| Stewart Park Homes, Inc. | 09-4016 |
| Stewart Park Homes, Inc. | 09-4065 |
| Stewart Park Homes, Inc. | 09-4741 |
| Stewart Park Homes, Inc. | 09-4824 |
| Stewart Park Homes, Inc. | 09-4927 |
| Stewart Park Homes, Inc. | 09-4975 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 09-4993 |
| Stewart Park Homes, Inc. | 09-5251 |
| Stewart Park Homes, Inc. | 09-5523 |
| Stewart Park Homes, Inc. | 09-5524 |
| Stewart Park Homes, Inc. | 09-5738 |
| Stewart Park Homes, Inc. | 09-5752 |
| Stewart Park Homes, Inc. | 09-5767 |
| Stewart Park Homes, Inc. | 09-5965 |
| Stewart Park Homes, Inc. | 09-6167 |
| Stewart Park Homes, Inc. | 09-6282 |
| Stewart Park Homes, Inc. | 09-6572 |
| Stewart Park Homes, Inc. | 09-6775 |
| Stewart Park Homes, Inc. | 09-6930 |
| Stewart Park Homes, Inc. | 09-7746 |
| Stewart Park Homes, Inc. | 09-7757 |

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-8310 |
| Stewart Park Homes, Inc. | 09-8331 |
| Stewart Park Homes, Inc. | 09-8389 |
| Stewart Park Homes, Inc. | 10-228 |
| Stewart Park Homes, Inc. | 10-543 |
| Stewart Park Homes, Inc. | 10-1377 |
| Stewart Park Homes, Inc. | 10-2217 |
| Stewart Park Homes, Inc. | 10-2269 |
| Stewart Park Homes, Inc. | 10-2393 |
| Stewart Park Homes, Inc. | 10-3441 |
| Lakeside Park Homes | 10-2242 |
| Lakeside Park Homes | 10-2254 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 09-7852 |

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2177 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 |
| Biscayne RV, Inc. | 09-8304 |
| Integrity Midwest Inc., d/b/a U.S. Adventure RV | 10-2273 |
| Tom Stinnett Holiday RV Center | 10-2287 |
| Murillo Modular Group, Ltd. | 09-3745 |
| Murillo Modular Group, Ltd. | 09-8650 |
| Murillo Modular Group, Ltd. | 09-8654 |
| Murillo Modular Group, Ltd. | 09-8658 |

| Superior RV Manufacturing | 09-4637 |
| Superior RV Manufacturing | 10-758 |

New Orleans,  Louisiana, this 4th day of May, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

37