UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Cases Referenced in Motion Listed Herein

## **O R D E R**

Considering Plaintiffs' Motion to Sever Claims and in the Alternative to Transfer or Remand (Rec. Doc. **25299**),

**IT IS ORDERED** that the motion is **DENIED** for essentially the reasons stated in Rec. Doc. 25374.

New Orleans, Louisiana, this 4th day of May, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**