# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 <br> SECTION "N" (4) <br> JUDGE ENGELHARDT |
| This applies to *All Cases* | MAGISTRATE CHASEZ |

### SENTRY'S *EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendant Sentry Insurance a Mutual Company ("Sentry") seeks leave of Court to deposit settlement funds into the Court's registry. Sentry, as insurer for Pilgrim International, Inc. ("Pilgrim") has recently reached a settlement of claims related to Pilgrim and now seeks permission to deposit the appropriate settlement amount into the registry of the Court. Sentry's proposed deposit is also made in connection with the pending Motion for Preliminary Approval of Proposed Class Settlement. *See* Rec. Doc. No. 25226.

The amount of the proposed deposit is $276,500, to be provided through check number 33334865, made payable to the "Clerk of Court, United States District Court for the Eastern District of Louisiana."

Sentry has submitted a proposed order in connection with this motion. Counsel for Sentry advises that counsel for the PSC, Mr. Justin Woods, does not oppose this motion.

{B0794529.1}

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

*Attorneys for Defendant Sentry Insurance a Mutual Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel, via liaison counsel, by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 4th day of May, 2012.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0794529.1}