# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 <br> SECTION "N" (4) <br> JUDGE ENGELHARDT |
| This applies to *All Cases* | MAGISTRATE CHASEZ |

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by defendant Sentry Insurance a Mutual Company,

**IT IS HEREBY ORDERED** that Sentry's motion is granted.

**IT IS FURTHER ORDERED** that Sentry's settlement check in the amount of $276,500 shall be deposited into the Court's registry.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
United States District Judge

{B0794529.1}