UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced in Motions Listed Herein

## **O R D E R**

Considering the following motions:  Motions for Leave to File Opposition to Plaintiff's Motion to Sever claims and in the Alternative to Transfer or Remand, filed by defendants Forest River, Inc. and Vanguard Industries of Michigan, Inc. (Rec Docs. 25457 and 25460),

**IT IS ORDERED** that the motions are **GRANTED**.  The motions for expedited hearings thereon (Rec. Docs. 25458 and 25463) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 4th day of May, 2012.

　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**