UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                     SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced in Motions Listed Herein

# O R D E R

Considering the following motions for extensions of time filed by plaintiffs:  Rec Docs. 25440, 25441, 25442, 25443, 25481, 25482, 25483, 25484, 25485, and 25486;

**IT IS ORDERED** that the motions are **GRANTED**, and the submission dates for the following motions are hereby continued to May 30, 2012, without oral argument:  Rec. Docs. 25311, 25330, 25334, 25363, 25364, 25365, 25366, 25393, 25394, 25398, 25446, and 25447. Opposition memoranda shall be due in accordance with the Local Rules.

New Orleans, Louisiana, this 4th day of May, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**