UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER PRODUCTS          *  MDL NO. 07-1873
        LIABILITY LITIGATION            *
                                        *
                                        *  SECTION:  N "5"
THIS DOCUMENT PERTAINS TO:              *  JUDGE: KURT D. ENGELHARDT
*All cases*.                            *
                                        *
                                        *  MAGISTRATE JUDGE:
* * * * * * * * * * * * * * * * * * *   *  ALMA CHASEZ

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record For Skyline Corporation and Layton Homes Corp.:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Robert D. Sheesley be withdrawn, and the following attorney enrolled, as additional counsel of record for Skyline Corporation and Layton Homes Corp and receive notice of all future filings:

> Christine Lipsey (Bar Roll No. 1182)
> McGlinchey Stafford, PLLC
> One American Place, 14th Floor
> 301 Main Street
> Baton Rouge, Louisiana 70825
> Phone: (225) 383-9000
> Fax: (225) 343-3076
> clipsey@mcglinchey.com

New Orleans, Louisiana, this __4th__ day of _____May_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

995555.1