UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N-5" |
| THIS DOCUMENT RELATES TO:<br>Case Nos.<br>10-3766 and 10-3847 | * * * * | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 38, 49, and 68 (Rec. Doc. 25464);

IT IS ORDERED that Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 38, 49, and 68 is granted, dismissing the claims of the following Plaintiffs against Forest River:

- Jacob J. Borrouso, Jr. (Plaintiff in *Borrouso*, C.A. 10-3766)
- George M. Theaux (Plaintiff in *Basile*, C.A. 10-3847)
- Susan H. Theaux (Plaintiff in *Basile*, C.A. 10-3847)

Plaintiffs' claims as to all remaining named defendants are preserved.

NEW ORLEANS, Louisiana, this __4th__ day of _____May_____, 2012.

_____
HONORABLE KURT D. ENGELHARDT