UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case No. 09-8374 | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO WITHDRAW FOREST RIVER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel, comes Forest River, Inc. ("Forest River"), who moves this Honorable Court to withdraw its earlier filed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets, Rec. Doc. 25448.

It is Forest River's understanding that plaintiff does not oppose the filing of this motion because Plaintiff voluntarily dismissed her claims against Forest River prior to the filing of Forest River's Motion to Dismiss. Plaintiff's counsel had not notified the undersigned of the filing of this dismissal, thereby necessitating the need for the instant Motion to Withdraw.

**WHEREFORE**, Forest River, Inc. prays that its Motion to Withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets is hereby granted.

        Respectfully Submitted,

        **GIEGER, LABORDE & LAPEROUSE, LLC**

        BY: /s/ Ernest P. Gieger, Jr.
        ERNEST P. GIEGER, JR. (6154)
        ANDREW A. BRAUN (#3415)
        J. MICHAEL DIGIGLIA (24378)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        One Shell Square
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana  70139-4800
        Telephone:  (504) 561-0400
        Facsimile:  (504) 561-1011
        egieger@glllaw.com
        abraun@glllaw.com
        mdigiglia@glllaw.com
        **ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 7, 2012 via electronic filing.

        /s/ Ernest P. Gieger, Jr.