UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Wallace, et al v. Cavalier Home Builders,* | * | |
| *Inc.*, *et al*; **Docket No. 10-2438** | * | |

*************************************************************************

### MEMORANDUM IN SUPPORT OF
### MOTION TO COMPEL RESPONSES TO DISCOVERY

**MAY IT PLEASE THE COURT:**

    Defendant, Gulf Stream Coach, Inc., propounded Interrogatories, Requests for Admission and Requests for Production of Documents to Plaintiffs on or about March 21, 2012, pursuant to Rule 33 of the Federal Rules of Civil Procedure, which provide that responses must be served upon the parties submitting them within thirty (30) days after the service of discovery. *See* Defendant's Requests for Admissions, Interrogatories and Requests for Production of Documents, attached hereto as Exhibit "A," *in globo*. Undersigned counsel sent correspondence to Plaintiffs' counsel on April 26, 2012, advising that discovery responses were overdue and requesting a discovery conference. *See* e-mail from Andrew Weinstock to Matt Moreland, dated April 26, 2012, attached hereto as Exhibit "B." To date, Plaintiffs' counsel has not contacted undersigned.

    As the record will reflect, the time in which to respond to this discovery has expired. Responses are overdue and should have been provided to Defendant, Gulf Stream Coach, Inc. Mover herein certifies that he conferred in good faith with opposing counsel in an effort to

00366736-1

resolve the dispute and has been unable to do so.

     Accordingly, mover herein respectfully requests that plaintiff be ordered to respond to the Interrogatories, Requests for Admissions and Requests for Production of Documents.

                                  Respectfully Submitted:

                                  **DUPLASS, ZWAIN, BOURGEOIS,**
                                **PFISTER & WEINSTOCK**

                                s/ Andrew D. Weinstock
                                _____
                                **ANDREW D. WEINSTOCK #18495**
                                **JOSEPH G. GLASS #25397**
                                3838 N. Causeway Boulevard, Suite 2900
                                Metairie, Louisiana  70002
                                Telephone: 504-832-3700
                                Facsimile: 504-837-3119
                                andreww@duplass.com
                                jglass@duplass.com

                                and

                                SCANDURRO & LAYRISSON
                                Timothy D. Scandurro #18424
                                Dewey M. Scandurro #23291
                                607 St. Charles Avenue
                                New Orleans, LA 70130
                                (504) 522-7100
                                (504) 529-6199 (FAX)
                                tim@scanlayr.com
                                dewey@scanlayr.com
                                **Counsel for Defendant, Gulf Stream Coach, Inc.**

00366736-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00366736-1