## CRYSTLE ACCARDO

| | |
|---|---|
| **From:** | ANDREW WEINSTOCK |
| **Sent:** | Thursday, April 26, 2012 11:02 AM |
| **To:** | mattmoreland@cox.net |
| **Cc:** | JOSEPH G. GLASS; Carmen Motes |
| **Subject:** | FW: Wallace Discovery |
| **Attachments:** | General Discovery to Abram Plaintiffs -- Kimberly A. Wallace (00328609).DOC; General Discovery to Abram Plaintiffs -- James R. Wallace III (00327224).DOC |

Matt,

Your responses are past due. I would like to set up a discovery conference for Friday morning at 10:00. Please call me at my office at that time. 504-832-3700.

Andy

---

**From:** ANDREW WEINSTOCK
**Sent:** Tuesday, March 20, 2012 6:52 PM
**To:** 'mattmoreland@cox.net'
**Cc:** Justin Woods (jwoods@gainsben.com); Gerald E.Meunier (gmeunier@gainsben.com); Kurtz, Dave; Miller, Henry (CIV); cleche@dkslaw.com; rhubbard@lawla.com; Carmen Motes
**Subject:** Wallace Discovery

Matt,

Enclosed, please find the discovery in the Wallace matter.

Andy