UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Wallace, et al v. Cavalier Home Builders,* | * | |
| *Inc.*, *et al*; **Docket No. 10-2438** | * | |

*********************************************************************

## LOCAL RULE 37.1 E CERTIFICATE

Undersigned counsel hereby certifies that on April 26, 2012, undersigned counsel sent correspondence to Plaintiffs' counsel requesting a discovery conference for the purpose of amicably resolving the discovery issues. To date, Plaintiffs' counsel has not contacted undersigned.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: 504-832-3700
Facsimile: 504-837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue

00366737-1

>New Orleans, LA 70130
>(504) 522-7100
>(504) 529-6199 (FAX)
>tim@scanlayr.com
>dewey@scanlayr.com
>**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

>s/Andrew D. Weinstock
>_____
>ANDREW D. WEINSTOCK
>andreww@duplass.com

00366737-1