UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS   * | | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:  * | | |
| | * | MAG: CHASEZ |
| *Wallace, et al v. Cavalier Home Builders,* | * | |
| *Inc.*, *et al*; Docket No. 10-2438 | * | |

*****************************************************************************

## ORDER

**IT IS ORDERED** that Defendant's Motion for Expedited Hearing on its Motion to Compel Responses to Discovery is hereby **GRANTED** and set for hearing on the ____ day of _____, 2012 at _____ o'clock a.m.


_____
UNITED STATES DISTRICT JUDGE

00366738-1