```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

IN RE: FEMA TRAILER PRODUCT                CIVIL ACTION
LIABILITY LITIGATION
                                           MDL NO. 07-1873

                                           SECTION: "N"(5)


                    ORDER ON MOTION
                    MAY 7, 2012


APPEARANCES:

MOTION:

(1) Recreation Vehicle Industry Association's Motion to Quash Subpoena (Rec. doc. 25373)

_____ :   Continued to

_____ :   No Opposition filed within the time limit prescribed by Local Rule 7.5.

_____ :   Opposition

                         ORDERED

_____ :   Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

\_\_1\_\_: Granted as unopposed.

_____: Denied.

_____: Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE