UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * MDL NO. 1873 <br> * LIABILITY LITIGATION <br> * <br> * <br> * JUDGE ENGELHARDT <br> * MAGISTRATE CHASEZ <br> * |
| THIS DOCUMENT IS RELATED TO: | | * |
| *Davis, et al. v. Gulf Stream Coach, Inc., et al.* No. 09-4717 | | * |
| Plaintiffs: | Eugene Alphonso <br> Marcus Young <br> Marcus Young | * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheets and Deficiencies called for Watts Hilliard Plaintiffs.

3. We searched our files diligently and we could find no record of receiving deficiency letters regarding the Plaintiff Fact Sheets for the individuals identified on the attached list.

**EXHIBIT "A"**

Signed this the 7th day of May, 2012.

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 7th day of May, 2012, to certify which witness my hand and seal of office.

*Wynter Lee*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

| WH Case No. | WH Case Name |
|---|---|
| 225743 | Alphonso, Sr., Eugene |
| 217092 | Young, Marcus |
| 223077 | Young, Marcus |