UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Brown, et al. v. Gulf Stream Coach, Inc., et al.* No. 09-4716 Plaintiffs: Anthony Adams Stephanie Ainsworth Toya Ainsworth Bernadine Amar Kenneth Albus Charles Alfred Mary Alfred Lisa Amos Andra Wilson April Young Bertrand Young Michael Young | * * * * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Anthony Adams, Stephanie Ainsworth, Toya Ainsworth, Bernadine Amar, Kenneth Albus, Charles Alfred, Mary Alfred, Lisa Amos, Andra Wilson, April Young, Bertrand Young, Michael Young (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25130).

Defendant Gulf Stream Coach, Inc. ("Gulf Stream") claims deficiencies in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

**1.     Anthony Adams, Stephanie Ainsworth, Toya Ainsworth, Kenneth Albus, Charles Alfred, Mary Alfred, Lisa Amos, Andra Wilson, April Young, Bertrand Young, and Michael Young**

Defendant claims that there are deficiencies in Plaintiff's Fact Sheet subjecting Plaintiffs to Anthony Adams, Stephanie Ainsworth, Toya Ainsworth, Kenneth Albus, Charles Alfred, Mary Alfred, Lisa Amos, Andra Wilson, April Young, Bertrand Young, and Michael Young dismissal under Pre-Trial Orders Nos. 2, 32, 86 & 88.  PTO 2, established that prior to moving for dismissal due to material deficiencies, Defendant must send a letter specifically identifying the deficiencies and allow thirty (30) days to cure the deficiency. Rec. Doc. 87, pp. 87-9.

PTO 32, Rec. Doc. 1180, confirmed the necessity of sending a letter notifying counsel of the specific material deficiencies and providing thirty (30) days to cure before moving for dismissal. p. 5.  PTO's 86, and 88 did not change these procedures.  Plaintiff's counsel has diligently searched their files and has not been able to locate any letters from defense counsel identifying deficiencies for these Plaintiffs.  See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "A".  Defendants, therefore, are not entitled to dismissal, as Plaintiffs's counsel has no record of receiving a deficiency notice and further the 30 day period for curing has not been triggered or expired for these Plaintiffs.

**2.     Bernadine Amar**

Plaintiff Bernadine Amar is mentioned in Defendant's Motion to dismiss but no grounds for her dismissal are cited in their Memorandum in Support of their Motion to Dismiss.  Defendant's Motion should therefore be denied.  Plaintiff would also show they did submit supplemental answers to the prior deficiencies to the Defense counsel on May 8, 2012. See attached Exhibit "B".  Plaintiff has materially complied with the Fact Sheet

2

process set forth in PTO's 2, 32, 86 & 88 and his claims should not be dismissed.

For the reasons set forth above, Plaintiffs Anthony Adams, Stephanie Ainsworth, Toya Ainsworth, Bernadine Amar, Kenneth Albus, Charles Alfred, Mary Alfred, Lisa Amos, Andra Wilson, April Young, Bertrand Young, Michael Young pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of May, 2012.

                  /s/ Robert C. Hilliard
                  _____
                  **ROBERT C. HILLIARD**