# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051                                         **Cause No.** 09-4716

**Case Name** Amar, Bernadine              **Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.

**DOB** 6/2/1946      **SSN** 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

| Question # | Question |
|---|---|
| 1 | Did not provide a name, as required in Section II (A). |

**Pet ID**
| 884 |

**Def ID**
| 22 |

**Notice #**
| MTD NC |

**Answer**
| Bernadine Amar. |

| Question # | Question |
|---|---|
| 2 | Did not provide attorney's information, as required by Section III (B). |

**Pet ID**
| 884 |

**Def ID**
| 22 |

**Notice #**
| MTD NC |

**Answer**
| Watts Hilliard, LLC<br>2506 N. Port Avenue<br>Corpus Christi, TX 78401 |

| Question # | Question |
|---|---|
| 3 | Did not provide date and/or place of birth, as required by Section IV (C). |

**Pet ID**
| 884 |

**Def ID**
| 22 |

**Notice #**
| MTD NC |

**Answer**
| I was born on 6/02/1946 in New Orleans, LA. |

| Question # | Question |
|---|---|
| 4 | Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1). |

**Pet ID**
| 884 |

**Def ID**
| 22 |

**Notice #**
| MTD NC |

**EXHIBIT "B"**

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051

**Case Name** Amar, Bernadine

**DOB** 6/2/1946    **SSN** 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

**Cause No.** 09-4716

**Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.

| | |
|---|---|
| **Answer** | |
| | According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream trailer. |

| Question # | Question |
|---|---|
| 5 | Did not provide the VIN Number, as required by Section V (A)(2) |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

| | |
|---|---|
| **Answer** | |
| | The VIN number was 1NL1VTR2961064739. |

| Question # | Question |
|---|---|
| 6 | Did not provide the FEMA Identification Number, as required by Section V (A)(3) |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

| | |
|---|---|
| **Answer** | |
| | The FEMA identification number was 931090596. |

| Question # | Question |
|---|---|
| 7 | Did not provide the bar code number on the FEMA housing unit, as required by Section V (A) |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

| | |
|---|---|
| **Answer** | |
| | The bar code number was 1355450. |

| Question # | Question |
|---|---|
| 8 | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6) |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051          **Cause No.** 09-4716

**Case Name** Amar, Bernadine        **Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.

**DOB** 6/2/1946     **SSN** 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

| MTD NC | |
|---|---|

| | **Answer** |
|---|---|
| | I first occupied the temporary housing unit in 11/2006 |

| **Question #** | **Question** |
|---|---|
| 9 | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

| | **Answer** |
|---|---|
| | The move out date was 10/31/2007. |

| **Question #** | **Question** |
|---|---|
| 10 | Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8) |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

| | **Answer** |
|---|---|
| | The FEMA housing unit was located at 3638 Metropolitan Street in New Orleans, LA 70126. |

| **Question #** | **Question** |
|---|---|
| 11 | Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

| | **Answer** |
|---|---|
| | Shacara Amar<br>Age: 22<br>Address: 2130 Annette, New Orleans, LA 70119<br>Telephone number: 504-496-3654 and 504-301-4279<br>Dates: 2006-10/31/2007<br>Making a personal injury claim: Yes<br>Reason: Illness<br><br>Cierra Amar<br>Age: 21<br>Address: 2130 Annette, New Orleans, LA 70119 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051         **Cause No.** 09-4716

**Case Name** Amar, Bernadine      **Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.

**DOB** 6/2/1946    **SSN** 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

Telephone number: 504-496-3654 and 504-301-4279
Dates: 2006-10/31/2007
Making a personal injury claim: Yes
Reason: Illness

Vidal Amar
Age: 13
Address: 2130 Annette, New Orleans, LA 70119
Telephone number: 504-496-3654 and 504-301-4279
Dates: 2006-10/31/2007
Making a personal injury claim: Yes
Reason: Illness

Wanda Amar
Age: 42
Address: 2130 Annette, New Orleans, LA 70119
Telephone number: 504-496-3654 and 504-301-4279
Dates: 2006-10/31/2007
Making a personal injury claim: Yes
Reason: Illness

| Question # | Question |
|---|---|
| 12 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I am a past smoker of cigarettes. I stopped smoking on 12/24/2006. I would smoke on average 6-8 per day for half a year. |

| Question # | Question |
|---|---|
| 13 | Did not provide other tobacco use history, as required by Section VI (D). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | No one else smoked or used tobacco in the trailer. |

| Question # | Question |
|---|---|
| 14 | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |
| **Pet ID** | |
| 884 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051                                   **Cause No.** 09-4716

**Case Name** Amar, Bernadine              **Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.

**DOB** 6/2/1946      **SSN** 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

---

**Def ID**
| 22 |

**Notice #**
| MTD NC |

**Answer**
| I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

---

**Question #**
| 15 |

**Pet ID**
| 884 |

**Def ID**
| 22 |

**Notice #**
| MTD NC |

**Question**
| Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Answer**
| Irritation to eyes, burning of eyes, tearing of eyes, irritation to nasal membranes, burning of nasal membranes, irritation or swelling of eyelids or eye area, headaches, nausea, wheezing, persistent cough, throat irritation, hoarseness, allergies for the first time in my life, worsening of allergies that I had previous to living in the FEMA trailer, dizziness, low blood pressure, hypothermia, irregular heartbeat, and sinus infection/ sinusitis. |

---

**Question #**
| 16 |

**Pet ID**
| 884 |

**Def ID**
| 22 |

**Notice #**
| MTD NC |

**Question**
| Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (B) |

**Answer**
| Nightward Clinic
Dr. Rotchilv

Tulane Medical Center
1415 Tulane Ave
New Orleans, LA 70112
Phone: 504-988-5800

Daughters of Charity
1030 Lesseps St
New Orleans, LA 70117
504-941-6041

Lousiana Avenue Medical Center
Dr. Sanchez
4301 Elysian Fields Ave. New Orleans, LA 70122 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051
**Cause No.** 09-4716
**Case Name** Amar, Bernadine
**Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.
**DOB** 6/2/1946   **SSN** 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

(504) 284-3866

| Question # | Question |
|---|---|
| 17 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8) |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I am not making a claim for mental or emotional damages. |

| Question # | Question |
|---|---|
| 18 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I have not suffered from lung or other respiratory disease. |

| Question # | Question |
|---|---|
| 19 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | No, I have not suffered from skin disease. |

| Question # | Question |
|---|---|
| 20 | Failed to attach medical records which plaintiff indicated were in plaintiff's possession as required by Section VIII (A). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051

**Cause No.** 09-4716

**Case Name** Amar, Bernadine

**Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.

**DOB** 6/2/1946    **SSN** 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

| MTD NC |
|---|

**Answer**

I do not have these documents in my possession.

| | |
|---|---|
| **Question #** | **Question** |
| 21 | Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

**Answer**

Please see the attached Standard Form 95.

| | |
|---|---|
| **Question #** | **Question** |
| 22 | Did not provide test results, which plaintiff indicated was in plaintiff's possession, as required by Section VIII (C). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

**Answer**

I do not have these documents in my possession.

| | |
|---|---|
| **Question #** | **Question** |
| 23 | Did not provide medical bills, which plaintiff indicated was in plaintiff's possession, as required by Section VIII (D) |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |

**Answer**

I do not have these documents in my possession.

| | |
|---|---|
| **Question #** | **Question** |
| 24 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| **Pet ID** | |
| 884 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205051                              **Cause No.** 09-4716

**Case Name** Amar, Bernadine              **Case Style** Rhonda Brown, et al vs Gulf Stream, Inc. et. al.

**DOB** 6/2/1946   **SSN** 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

---

MTD NC

**Answer**
I am making a claim for medical expenses.

| **Question #** | **Question** |
|---|---|
| 25 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13) |

**Pet ID**
884

**Def ID**
22

**Notice #**
MTD NC

**Answer**
The average number of hours I would spend in the trailer would be about 19 hours a day as I was not working.

| **Question #** | **Question** |
|---|---|
| 26 | Sign and date Certification. |

**Pet ID**
884

**Def ID**
22

**Notice #**
MTD NC

**Answer**
Please see attached Certification Page.

---

_____         5/6/2012
Plaintiff or Representative              Date