# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 209419  
**Case Name** Acker, Michael  
**DOB** 3/7/1958  **SSN** 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  
**Cause No.** 1:09-cv-578 HSO JMR  
**Case Style** Constance Bullock, et. al. vs Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 879  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to provide information regarding his or her diagnosed illnesses, as required by Section III (C)(3); |

**Pet ID** 879  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
The symptoms I experienced were burning of the eyes, tearing of the eyes, drying or scaling of skin, headaches, and difficulty in breathing. I did not report to a physician during the time I lived in a FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8); |

**Pet ID** 879  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9); |

**Pet ID** 879  
**Def ID** 22  
**Notice #**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 209419  
**Case Name** Acker, Michael  
**DOB** 3/7/1958  **SSN** 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  
**Cause No.** 1:09-cv-578 HSO JMR  
**Case Style** Constance Bullock, et. al. vs Gulf Stream Coach,

**Notice #**  
MTD NC

**Answer**  
I am not claiming reimbursement for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the bar code of the FEMA housing unit in which he or she claims to have resided, as required by Section V(A)(4); |

**Pet ID** 879  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. trailer. The matching information from that office listed Gulf Stream Coach, Inc. as the manufacturer, but did not provide a Barcode number.

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide the date he or she claims to have moved out of the FEMA housing unit, as required by Section V (A)(7); |

**Pet ID** 879  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
I moved out of my trailer in 9/2007.

| Question # | Question |
|---|---|
| 7 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D) |

**Pet ID** 879  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
No one that resided with me in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 8 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |

**Pet ID** 879

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 209419  
**Case Name** Acker, Michael  
**DOB** 3/7/1958   **SSN** 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  
**Cause No.** 1:09-cv-578 HSO JMR  
**Case Style** Constance Bullock, et. al. vs Gulf Stream Coach,

**Def ID**  
22

**Notice #**  
MTD NC

**Answer**  
I did not receive treatment for disease/illness/injury that I suffered as a result of living in a FEMA housing unit.

_____     5/6/2012  
Plaintiff or Representative          Date