UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |

**THIS DOCUMENT IS RELATED TO:**
*Bullock, et al. v. Gulf Stream Coach, Inc., et al.*
No. 09-6949
Plaintiffs:   Michael Acker
              Milton Alexander
              Elizabeth Zeringue
              Eric Zeringue
              Michael Zeringue
              Candice Willis
              Michael Wilson

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES           §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheets and Deficiencies called for Watts Hilliard Plaintiffs.

3. We searched our files diligently and we could find no record of receiving deficiency letters regarding the Plaintiff Fact Sheets for Milton Alexander, Elizabeth Zeringue, Eric Zeringue, Michael Zeringue, Candice Willis, Michael Wilson.

**EXHIBIT "B"**

Signed this the ___7th___ day of _____May_____, 2012

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the ___7th___ day of
_____May_____, 2012, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014