**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Brown, et al. v. Gulf Stream Coach, Inc., et al.* | | * | |
| No. 09-7075 | | * | |
| Plaintiffs: | Michael Alfonso | * | |
| | Joshua Wolfe | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Michael Alfonso and Joshua Wolfe (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25174).

Defendant Gulf Stream Coach, Inc. ("Gulf Stream") claims deficiencies in Plaintiffs' Fact Sheets.  Defendant's claims will be addressed in sequence.

### 1.    Michael Alfonso

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to the Defense counsel on May 8, 2012 Exhibit "A".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32, 86 & 88 and his claims should not be dismissed.

### 2.    Joshua Wolfe

Plaintiff's has made repeated attempts to contact Joshua Wolfe.  Plaintiff would

refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Exhibit "B", for more detail.

For the reasons set forth above, Plaintiffs Michael Alfonso and Joshua Wolfe pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets in all things be denied.


Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of May, 2012.

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**