## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221902  
**Case Name** Alfonso, Michael  
**DOB** 10/13/1964 **SSN**  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8); |
| **Pet ID** | |
| 1246 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | No, Michael did not receive any psychological treatment. |

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9); |
| **Pet ID** | |
| 1246 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | No, I am not claiming reimbursement of medical expenses for Michael's case. |

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3); |
| **Pet ID** | |
| 1246 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | No, Michael is not making a claim of lost wages. |

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13); |
| **Pet ID** | |
| 1246 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | Michael spent 10 hours a day in the trailer. |

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221902  
**Case Name** Alfonso, Michael  
**DOB** 10/13/1964   **SSN**  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide information regarding his or her smoking history, as required by Section VI (C); |
| **Pet ID** 1246 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |
| **Answer** | Yes. Michael smoked cigarettes. He smoked a pack a day. |

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D); |
| **Pet ID** 1246 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |
| **Answer** | No one else lived with Michael in the trailer. |

| Question # | Question |
|---|---|
| 7 | Plaintiff failed to provide information regarding his prior medical history, including whether Plaintiff had a preexisting lung disease or skin disease, as required by Section V (F)(1) & (4); |
| **Pet ID** 1246 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |
| **Answer** | No, I have ever suffered from lung or other respiratory disease or suffered from skin disease. |

| Question # | Question |
|---|---|
| 8 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |
| **Pet ID** 1246 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221902  
**Case Name** Alfonso, Michael  
**DOB** 10/13/1964   **SSN**

**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Answer**  
No health care provider treated Michael for disease/illness/injury that he have suffered due to formaldehyde exposure.

| Question # | Question |
|---|---|
| 9 | Need Certification page signed. |

**Pet ID**  
1246

**Def ID**  
22

**Notice #**  
MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, supplemental response will be provided.

_____   5/6/2012  
Plaintiff or Representative         Date