UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Casey Brown, et. al. vs. Gulf Stream Coach, Inc., et. al.* *Cause: 09-7075* *Plaintiff: Joshua Wolfe* | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Joshua Wolfe.

3. On February 26, 2009, Plaintiff's attorney began calling Joshua Wolfe on a monthly basis in order to obtain a valid address for the FEMA trailer, Social Security number, and FEMA Identification number. These calls continued until June 17, 2009.

4. On November 3, 2009, Plaintiff's attorney began calling client to obtain the name of the Head of Household for the FEMA trailer.

5. On October 8, 2011, Plaintiff's attorney began calling Joshua Wolfe monthly in order to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

**EXHIBIT "B"**

6. On April 13, 2012, Plaintiff's attorney began calling Joshua Wolfe twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

7. On April 13, 2012, Plaintiff's attorney made contact with Michael Wolfe, Sr., who stated that he was Mr. Wolfe's father. Mr. Wolfe Sr. stated that his son did not want to pursue his case any longer. He was advised we would have to speak with Joshua Wolfe in order for his case to be dismissed. Mr. Wolfe Sr. stated that he would relay the message and have Joshua Wolfe call Watts Hilliard. Plaintiff's attorney has continued to call Joshua Wolfe; however, to date, Watts Hilliard has not received the answers to the deficiency questions posed by the defense in the Motion to Dismiss filed before the court nor any indication from the client that he wishes to dismiss his case.

9. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

11/12/2008 - FEMA Status Letter 11-10-08
04/16/2009 - FEMA Power Of Attorney Cover Letter
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
05/13/2011 - FEMA 5-13-2011 Status Letter
04/12/2012 - FEMA Motion to Dismiss Non Compliant

Signed this the 8th day of May, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014