# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239437  **Cause No.** 09-7079
**Case Name** Allen, Jean   **Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach,
**DOB** 10/06/1947   **SSN** 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

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8) |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
No, I am not claiming to have been treated for psychological injury.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9) |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
No, I am not claiming a request of reimbursement of medical expenses.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3) |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
I am not making a claim for loss wages as I have not lost wages as a result of my damages.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13) |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**EXHIBIT "A"**

**Answer**
I spent about 12-18 hours a day in the FEMA housing unit.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239437  **Cause No.** 09-7079
**Case Name** Allen, Jean  **Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach,
**DOB** 10/06/1947  **SSN** 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

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D) |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
None of the following people smoked during the time we resided in the FEMA trailer:
Related cases:
239683 Vernon Johnson
238767 Nicholas Allen
238768 Xavior Allen
238771 Cora Allen
238772 Emile Allen
238822 Kendrick Johnson
239208 Dayshara Robertson
239434 Adam Allen
239436 Kenya Allen
239437 Jean Allen
239448 Kevin Allen

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
I did not receive any type of treatment for my damages related to the FEMA trailer.

| Question # | Question |
|---|---|
| 7 | Did not sign certification. |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239437  
**Case Name** Allen, Jean  
**DOB** 10/06/1947   **SSN** 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

**Cause No.** 09-7079  
**Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach,

_____  
Plaintiff or Representative

5/6/2012  
_____  
Date