# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239436  
**Case Name** Allen, Kenya  
**DOB** 07/08/2007   **SSN** 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  
**Cause No.** 09-7079  
**Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8) |

**Pet ID** 1249  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
Yes I am making a claim for emotional damages for Kenya but she did not receive treatment.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9) |

**Pet ID** 1249  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
No, I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3) |

**Pet ID** 1249  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
This does not pertain to her as she is a young child.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13) |

**Pet ID** 1249  
**Def ID** 22  
**Notice #** MTD NC

**EXHIBIT "B"**

**Answer**  
She spent 24 hrs a day in the trailer.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239436  **Cause No.** 09-7079
**Case Name** Allen, Kenya  **Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach,
**DOB** 07/08/2007  **SSN** 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

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D) |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
No one who resided in the trailer smoked.

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
Kenya did not receive treatment.

| Question # | Question |
|---|---|
| 7 | Did not sign certification. |

**Pet ID** 1249
**Def ID** 22
**Notice #** MTD NC

**Answer**
I do not have this document in my possession.

_____    5/6/2012
Plaintiff or Representative            Date