UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Roach, et al. v. Gulf Stream Coach, Inc., et al.* | | * | |
| No. 09-7081 | | * | |
| Plaintiffs: | Wilbert Young | * | |
| | Polanda Woodard | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Wilbert Young and Polanda Woodard (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25245).

Defendant Gulf Stream Coach, Inc. ("Gulf Stream") claims deficiencies in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

1. **Wilbert Young**

Defendant claims that there are deficiencies in Plaintiff's Fact Sheet subjecting Plaintiff to Wilbert dismissal under Pre-Trial Orders Nos. 2, 32, 86 & 88. PTO 2, established that prior to moving for dismissal due to material deficiencies, Defendant must send a letter specifically identifying the deficiencies and allow thirty (30) days to cure the deficiency. Rec. Doc. 87, pp. 87-9.

PTO 32, Rec. Doc. 1180, confirmed the necessity of sending a letter notifying counsel of the specific material deficiencies and providing thirty (30) days to cure before moving for dismissal. p. 5.  PTO's 86, and 88 did not change these procedures.  Plaintiff's counsel has diligently searched their files and has not been able to locate any letters from defense counsel identifying deficiencies for Plaintiff.  See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "A".  Defendants, therefore, are not entitled to dismissal, as Plaintiff's counsel has no record of receiving a deficiency notice and further the 30 day period for curing has not been triggered or expired.

**2.    Polanda Woodard**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on May 8, 2012. See attached Exhibit "B". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32, 86 & 88 and her claims should not be dismissed.

For the reasons set forth above, Plaintiffs Wilbert Young and Polanda Woodard pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

3

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of May, 2012.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**