# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210773  
**Case Name** Woodard, Polanda  
**DOB** 9/2/1963   **SSN** 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  
**Cause No.** 09-7081  
**Case Style** Kahla Roach, as Next Friend of H. R., a minor,

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8); |
| **Pet ID** 1250 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |
| **Answer** | I am claiming psychological injury, such as stress and consistent worry about my health due to the injuries incurred in the FEMA trailer. I have never been treated for these damages. |

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9); |
| **Pet ID** 1250 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |
| **Answer** | Yes, I am claiming $1,000.00 in medical expenses. |

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3); |
| **Pet ID** 1250 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |
| **Answer** | Yes, I am claiming approximately $2,000.00 in wage loss due to work I missed to attend to my symptoms of distress. |

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13); |
| **Pet ID** 1250 | |
| **Def ID** 22 | |
| **Notice #** MTD NC | |
| **Answer** | |

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210773  
**Case Name** Woodard, Polanda  
**DOB** 9/2/1963   **SSN** 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  
**Cause No.** 09-7081  
**Case Style** Kahla Roach, as Next Friend of H. R., a minor,

**Answer**  
I spent approximately 12 hours a day in the FEMA trailer.

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide information regarding his prior medical history, including whether Plaintiff had a preexisting lung disease or skin disease, as required by Section V (F)(1) & (4); |

**Pet ID** 1250  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
No, I have not yet experienced any lung disease or skin disease.

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |

**Pet ID** 1250  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
I did not receive any treatment for my formaldehyde related illness.

| Question # | Question |
|---|---|
| 7 | Certification page |

**Pet ID** 1250  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

_____  
Plaintiff or Representative

5/6/2012  
Date