UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION |
| | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *LaSonia Davison, et. al. vs. Gulf Stream Coach, Inc., et. al.* Cause: 09-7891 Plaintiff: *Jairred Andrews* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Jairred Andrews.

3. On November 4, 2008, Plaintiff's attorney began calling Jairred Andrews to obtain a valid address in order to send client a Plaintiff Fact Sheet packet to fill out. Watts Hilliard spoke with Lillie Sanders who stated that she was Mr. Andrews' grandmother. She stated that his mailing address was the same as hers.

4. On June 15, 2009, Plaintiff's attorney began calling Jairred Andrews weekly in order to obtain valid FEMA Identification number as well as having the Plaintiff Fact sheet returned.

5. On July 15, 2009, Plaintiff's attorney performed a "Person Search" to attempt to locate the

**EXHIBIT "B"**

6. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 27, 2011 for the Plaintiff, Jairred Andrews. Plaintiff's attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

7. On April 12, 2012, Plaintiff's attorney began calling Jairred Andrews twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

8. On April 17, 2012, Plaintiff's attorney contacted Rose Marie Andrews who confirmed she was Mr. Andrews mother. She stated that he resided with his sister and provided Watts Hilliard with her number. For each time an attempt to call the provided number for the sister there has been no answer. Furthermore Ms. Andrews has been contacted on several occasions asking to relay a message to client to contact Watts Hilliard, but to date no direct contact has been made with Jairred Andrews.

9. On April 20, 2012, Plaintiff's attorney performed another "Person Search" and also performed an Accurint search on April 30, 2012 to attempt to locate the said client and have had no success.

10. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   11/04/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Letter 11-10-08
   07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
   02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
   05/13/2011 - FEMA 5-13-2011 Status Letter - Returned: 5/19/2011
   04/12/2012 - FEMA Motion to Dismiss Non Compliant - Returned: 4/19/2012
   04/19/2012 - E-mail to Referral Attorney - Person Search

Signed this the 8th day of May, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014