UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** <br> *LaSonia Davison, et. al. vs. Gulf Stream Coach, Inc., et. al.* <br> *Cause: 09-7891* <br> *Plaintiff: Ronald Young as Next friend of P.Y.* | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS        §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Ronald Young as Next friend of P.Y.

3. On June 21, 2011, Plaintiff's attorney began calling Ronald Young on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet. Furthermore, On April 12, 2012, 2012, we began calling Ronald Young twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On August 11, 2009 and on April 20, 2012, Plaintiff's attorney performed "Person Searches" in attempts to locate said client. Furthermore, Plaintiff's attorney performed an Accurint on April 30, 2012 to attempt to locate the said client and have had no success.

EXHIBIT "C"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 23, 2011 for the Plaintiff, Ronald Young as Next friend of P.Y. Plaintiff's attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

7. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   10/03/2006 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Letter 11-10-08
   04/16/2009 - FEMA Power Of Attorney Cover Letter
   06/29/2009 - FEMA Town Hall Meeting Letter
   05/13/2011 - FEMA 5-13-2011 Status Letter
   05/20/2011 - Non-Lit Manufactured Settlement Notice
   04/12/2012 - FEMA Motion to Dismiss Non Compliant

Signed this the 8th day of May, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS