# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225076  **Cause No.** 09-7891
**Case Name** Yeadon, Brenden  **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 1/12/2002  **SSN**

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8); |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
I did not receive any psychological treatment.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9) |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
I am not claiming any reimbursment for medical expenses.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3); |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
No, Brenden is not making a claim for Loss Wages of Lost Earning capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the bar code of the FEMA housing unit in which he or she claims to have resided, as required by Section V(A)(4); |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**

**EXHIBIT "E"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225076  
**Case Name** Yeadon, Brenden  
**DOB** 1/12/2002  **SSN**  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, Brenden lived in a Gulf Stream Coach, Inc. trailer. The Barcode number of that trailer was 1109182.

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13) |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC

**Answer**
I spent on a average of 18 hours in the unit each day.

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide information regarding his prior medical history, including whether Plaintiff had a preexisting lung disease or skin disease, as required by Section V (F)(1) & (4). |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC

**Answer**
My son did not have any prior medical history.

| Question # | Question |
|---|---|
| 7 | Sign and date certification |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

_____  
Plaintiff or Representative

5/6/2012  
_____  
Date