# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215245  
**Case Name** Washington, Raven  
**DOB** 1/13/1995  **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8); |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC  

**Answer:** I am not making a claim for mental or emotional damages on her behalf.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9); |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC  

**Answer:** I am not making a claim for medical expenses reimbursement on her behalf.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3); |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC  

**Answer:** I am not making a claim for wage loss on her behalf.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the date he or she claims to have moved into the FEMA housing unit, as required by Section V (A)(6); |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC  

**EXHIBIT "F"**

**Answer:** I moved in the trailer 7/2006.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215245  **Cause No.** 09-7891
**Case Name** Washington, Raven  **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 1/13/1995  **SSN** 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

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the date he or she claims to have moved out of the FEMA housing unit, as required by Section V (A)(7); |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
Raven moved out 11/2006.

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13); |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
Raven spent an average of 15 hours per day in the trailer.

| Question # | Question |
|---|---|
| 7 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D); |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
No, nobody smoked in the trailer or used tobacco while Raven lived in the trailer.

| Question # | Question |
|---|---|
| 8 | Plaintiff failed to provide information regarding his prior medical history, including whether Plaintiff had a preexisting lung disease or skin disease, as required by Section V (F)(1) & (4); |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215245  **Cause No.** 09-7891
**Case Name** Washington, Raven  **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 1/13/1995  **SSN** 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

**Answer**
Raven did not have a skin disease. When Raven was about 3 or 4 years old she had a touch of bronchitis after having a cold.

| Question # | Question |
|---|---|
| 9 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
Raven did not seek medical attention for her formaldehyde related illness.

| Question # | Question |
|---|---|
| 10 | Sign and date certification. |

**Pet ID** 1394
**Def ID** 22
**Notice #** MTD NC

**Answer**
Please see attached Certification.

_____   5/6/2012
Plaintiff or Representative   Date