# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215246  
**Case Name** Washington, Tyrell  
**DOB** 12/10/1998  **SSN**

**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8); |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
Tyrell is not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9); |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
I am not making a claim for Tyrell's medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3); |

**Pet ID** 1394  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
No, Tyrell is not making a claim for Loss Wages of Lost Earning capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the date he or she claims to have moved into the FEMA housing unit, as required by Section V (A)(6); |

**Pet ID** 1394  
**Def ID** 22

**EXHIBIT "G"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215246  **Cause No.** 09-7891
**Case Name** Washington, Tyrell  **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 12/10/1998  **SSN**

---

**Notice #**
MTD NC

**Answer**
Tyrell first occupied the temporary housing unit on 1/2006.

---

| **Question #** | **Question** |
|---|---|
| 5 | Plaintiff failed to provide the date he or she claims to have moved out of the FEMA housing unit, as required by Section V (A)(7); |

**Pet ID** 1394

**Def ID** 22

**Notice #** MTD NC

**Answer**
Tyrell moved out of the temporary housing unit on 11/2006.

---

| **Question #** | **Question** |
|---|---|
| 6 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13); |

**Pet ID** 1394

**Def ID** 22

**Notice #** MTD NC

**Answer**
Tyrell spent approximately 12 hours in the temporary housing unit.

---

| **Question #** | **Question** |
|---|---|
| 7 | Plaintiff failed to provide information regarding his prior medical history, including whether Plaintiff had a preexisting lung disease or skin disease, as required by Section V (F)(1) & (4); |

**Pet ID** 1394

**Def ID** 22

**Notice #** MTD NC

**Answer**
Tyrell has never suffered from lung/respiratory or skin disease.

---

| **Question #** | **Question** |
|---|---|
| 8 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215246  
**Case Name** Washington, Tyrell  
**DOB** 12/10/1998   **SSN**  

**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| | |
|---|---|
| 1394 | |

**Def ID**  
22

**Notice #**  
MTD NC

**Answer**  
This question does not pertain to Tyrell because he was not seen for disease/illness/injury that he suffered as a result of living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 9 | Sign and date certification. |

**Pet ID**  
1394

**Def ID**  
22

**Notice #**  
MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

_____  
Plaintiff or Representative

5/6/2012  
_____  
Date