# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249829  
**Case Name** Alfred, Daniel  
**DOB** 08/18/1955   **SSN** 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  
**Cause No.** 09-7895  
**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to complete the symptoms checklist, as required by Section III (C) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I had a sore throat & my eyes had would get red.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I did not receive any psychological treatment.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9); |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
Yes I am claiming reimbursement of medical expenses.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**EXHIBIT "A"**

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249829  
**Case Name** Alfred, Daniel  
**DOB** 08/18/1955  **SSN** 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  
**Cause No.** 09-7895  
**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,

---

| | |
|---|---|
| | No I am not making a lost wages claim. |

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the date he or she claims to have moved into the FEMA housing unit, as required by Section V (A)(6) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I do not remember when I moved into the housing unit. |

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide the date he or she claims to have moved out of the FEMA housing unit, as required by Section V (A)(7) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I do not recall the date that I moved out of my FEMA housing unit. |

| Question # | Question |
|---|---|
| 7 | Plaintiff failed to provide the Installation Address of the FEMA housing unit, as required by Section V (A)(8) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I do not recall the mailing address and physical location for my FEMA housing unit. |

| Question # | Question |
|---|---|
| 8 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249829  
**Case Name** Alfred, Daniel  
**DOB** 08/18/1955   **SSN** 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  
**Cause No.** 09-7895  
**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,

MTD NC

**Answer**  
I do not recall the average number of daily hours I spent in my FEMA housing unit.

| Question # | Question |
|---|---|
| 9 | Plaintiff failed to provide information regarding his or her smoking history, as required by Section VI (C) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
I do not recall whether I have ever smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 10 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
I do not recall whether anyone who resided with me used any kind of tobacco product.

| Question # | Question |
|---|---|
| 11 | Plaintiff failed to provide information regarding his prior medical history, including whether Plaintiff had a preexisting lung disease or skin disease, as required by Section V (F)(1) & (4) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC

**Answer**  
I do not recall whether I have ever suffered from lung or other respiratory disease. I do not recall whether I have ever suffered from skin disease.

| Question # | Question |
|---|---|
| 12 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B) |

**Pet ID** 1400  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249829  
**Case Name** Alfred, Daniel  
**DOB** 08/18/1955  **SSN** 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  
**Cause No.** 09-7895  
**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,

**Def ID**  
22

**Notice #**  
MTD NC

**Answer**  
I do not recall whether any doctor(s) or health care provider(s) treated me for disease/illness/injury that I have suffered due to formaldehyde exposure.

**Question #** | **Question**
13 | Certification Page.

**Pet ID**  
1400

**Def ID**  
22

**Notice #**  
MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

_____  5/6/2012
Plaintiff or Representative     Date