# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248798  **Cause No.** 09-7895
**Case Name** Alfred, Dannon  **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,
**DOB** 1/22/2003  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to complete the symptoms checklist, as required by Section III (C) |

**Pet ID**: 1400
**Def ID**: 22
**Notice #**: MTD NC

**Answer**
During the time I lived in the FEMA trailer I experienced the following symptoms:
Eye Irritation/ Excessive Tears
Bleeding of Nasal Membranes
Skin Rash / Irritation
Drying or Scaling of Skin
Scaling or Itching of Eyelids
Headaches
Vomiting
Emphysema / Wheezing
Persistent Cough
Upper Respiratory Tract infections
Allergies for the first time in my life
Sinus Infections / Sinusitis

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to provide information regailing psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8) |

**Pet ID**: 1400
**Def ID**: 22
**Notice #**: MTD NC

**Answer**
This question does not pertain to me because I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home. I did not seek treatment for metal and/or emotional damages.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested rcimbursement, as required by Section III (C)(9) |

**Pet ID**: 1400
**Def ID**: 22
**Notice #**: MTD NC

EXHIBIT "B"

**Answer**
I am not making a medical expense claim as a result of the injury, illness, or disease.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248798  
**Case Name** Alfred, Dannon  
**DOB** 1/22/2003  **SSN** 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  
**Cause No.** 09-7895  
**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to state whether he or she was making a claim for wage loss, or to provide the information necessary for such a claim if one was made, as required by Section IV (F)(3) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I am not making a medical expense claim as a result of the injury, illness, or disease.

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the date he or she claims to have moved into the FEMA housing unit, as required by Section V (A)(6) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I moved in the FEMA trailer in November 2005.

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide the date he or she claims to have moved out of the FEMA housing unit, as required by Section V (A)(7) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I moved out of the FEMA trailer in May 2008.

| Question # | Question |
|---|---|
| 7 | Plaintiff failed to provide the Installation Address of the FEMA housing unit, as required by Section V (A)(8) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248798  **Cause No.** 09-7895
**Case Name** Alfred, Dannon  **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,
**DOB** 1/22/2003  **SSN** 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

The address of the FEMA housing unit was located at 525 Second Street Vinton, LA 70607.

| Question # | Question |
|---|---|
| 8 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | The average number of hours spent in the FEMA housing unit each day was about 6 hours. |

| Question # | Question |
|---|---|
| 9 | Plaintiff failed to provide information regarding his or her smoking history, as required by Section VI (C) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I have never smoked cigarettes/cigars/ pipe tobacco or used chewing tobacco/snuff. |

| Question # | Question |
|---|---|
| 10 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I do not recall whether anyone who resided with me used any kind of tobacco product. |

| Question # | Question |
|---|---|
| 11 | Plaintiff failed to provide information regarding his prior medical history, imluding whether Plaintiff had a preexisting lung disease or skin disease, as required by Section V (F)(1) & (4) |
| **Pet ID** | |
| 1400 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248798  
**Case Name** Alfred, Dannon  
**DOB** 1/22/2003    **SSN** 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  
**Cause No.** 09-7895  
**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach,

| | |
|---|---|
| | I have never suffered from lung disease or skin disease. |

| Question # | Question |
|---|---|
| 12 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B) |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I do not recall whether any doctor(s) or health care provider(s) treated me for disease/illness/injury that I have suffered due to formaldehyde exposure.

| Question # | Question |
|---|---|
| 13 | Certification Page |

**Pet ID** 1400  
**Def ID** 22  
**Notice #** MTD NC  

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

Operator: We have a signed certification page however it was signed in 2009. We need a present certification page signed within the last 2 months?

_____    5/6/2012
Plaintiff or Representative          Date