UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:      FEMA TRAILER            *      MDL NO. 1873
            FORMALDEHYDE PRODUCTS    *      LIABILITY LITIGATION
            SECTION "N" (5)          *
                                     *
                                     *      JUDGE ENGELHARDT
                                     *      MAGISTRATE CHASEZ
                                     *
THIS DOCUMENT IS RELATED TO:         *
*Burns, et al. v. Gulf Stream Coach, Inc., et al.*  *
Civil Action No. 10-2246             *
Plaintiffs:    Tina Stokes a/r/o Estate of   *
               Tracey Andrews, Dec'd  *
            Theodore Watson          *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
## DEFENDANT'S MOTION TO DISMISS

COME NOW Tina Stokes a/r/o Estate of Tracey Andrews, Deceased and Theodore Watson (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25233).

Defendant Gulf Stream Coach, Inc. ("Gulf Stream") claims  deficiencies in Plaintiffs' Fact Sheets.  Defendant's claims will be addressed in sequence.

**1.      Tina Stokes a/r/o Estate of Tracey Andrews, Deceased**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on May 8, 2012. See attached Exhibit "A".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32, 86 & 88 and her claims should not be dismissed.

**2.     Theodore Watson**

Plaintiff's counsel has made repeated attempts to contact Theodore Watson, however, has been unsuccessful in reaching him.  For more detail, counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "B".

For the reasons set forth above, Plaintiffs Tina Stokes a/r/o Estate of Tracey Andrews, Deceased and Theodore Watson pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of May, 2012.


/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**