# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 200084  **Cause No.** 10-2246
**Case Name** Andrews, Tracey  **Case Style** George Burns, et. al. vs. Gulf Stream Coach,
**DOB** 10/26/1987  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide the information necessary for her asserted wage loss claim, as required by Section IV (F)(3) |

**Pet ID** 1793
**Def ID** 22
**Notice #** MTD NC

**Answer**
No I am not claiming a Wage loss claim.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to provide the bar code of the FEMA housing unit in which he or she claims to have resided, as required by Section V(A)(4) |

**Pet ID** 1793
**Def ID** 22
**Notice #** MTD NC

**Answer**
I do not recall the bar code of the FEMA housing unit.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to provide the Installation Address of the FEMA housing unit, as required by Section V (A)(8) |

**Pet ID** 1793
**Def ID** 22
**Notice #** MTD NC

**Answer**
Ponchatrain Park in New Orleans, LA.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide information regarding his or her smoking history, as required by Section VI (C) |

**Pet ID** 1793
**Def ID** 22
**Notice #** MTD NC

**Answer**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 200084  
**Case Name** Andrews, Tracey  
**DOB** 10/26/1987   **SSN** 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  
**Cause No.** 10-2246  
**Case Style** George Burns, et. al. vs. Gulf Stream Coach,

| | |
|---|---|
| | I am a past smoker. I stopped smoking in the summer of 2008. I would smoke on average half a pack. |

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D) |
| **Pet ID** | |
| 1793 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | No no one who resided in the FEMA housing unit smoked. |

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B) |
| **Pet ID** | |
| 1793 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I have had no treatment. |

| Question # | Question |
|---|---|
| 7 | Sign and date Certification. |
| **Pet ID** | |
| 1793 | |
| **Def ID** | |
| 22 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided. |

_[signature]_  
Plaintiff or Representative

5/6/2012  
Date