UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *George Burns, et. al. vs. Gulf Stream Coach, Inc., et. al.* *Cause: 10-2246* *Plaintiff: Theodore Watson* | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Theodore Watson.

3. On February 26, 2009, Plaintiff's attorney began calling Theodore Watson monthly in order to obtain a valid social security number and FEMA identification number. These calls continued until June, 2010.

4. On April 23, 2012, Plaintiff's attorney began calling client to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet and to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. On October 16, 2009, Plaintiff's attorney performed a "Person Search" in an attempt to locate

**EXHIBIT "B"**

said client, and had no success.

6. The phone numbers on file and those obtained in the Person Search appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 4, 2011 for the Plaintiff, Theodore Watson. Plaintiff's attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on June 30, 2011.

7. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

09/30/2008 - FEMA Plaintiff Fact Sheet Packet - Returned: 11/20/2008
11/10/2008 - FEMA Status Letter 11-10-08 - Returned: 11/20/2008
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
10/09/2009 - No Contact Letter No Deadline
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
05/27/2010 - FEMA Unmatched Final Warning Letter
05/13/2011 - FEMA 5-13-2011 Status Letter
06/24/2011 - No Contact Discovery Letter
04/19/2012 - FEMA Motion to Dismiss Non Complaint

Signed this the 8th day of May, 2012.

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS