Riley, Rashad M. - WGC#226789

## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Riley, Rashad M.

**Claimant's Attorney:** Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID: 939621567

Defendants Named: Gulf Stream Coach, Inc.
Forest River, Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: Gulfstream
VIN/Serial #: 1NL1GTR2951069156
Barcode: 1042055
Unit: TT
Contractor: Smith Research

Manufacturer: Gulfstream
VIN/Serial #: 1NL1GTR2951069156
Barcode: 1042055
Unit: TT
Contractor: Smith Research

Manufacturer: Gulfstream
VIN/Serial #: 1NL1GTR2951069156
Barcode: 1042055
Unit: TT
Contractor: Smith Research

Manufacturer: Gulfstream
VIN/Serial #: 1NL1GTR2661036875
Barcode: 1129206
Unit: TT
Contractor: Fluor

Manufacturer: Gulfstream
VIN/Serial #: 1NL1GTR2661036875
Barcode: 1129206
Unit: TT
Contractor: Fluor

EXHIBIT A

received 5.27.10