# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.'*
KENNETH H. LABORDE'*
LAMBERT M. LAPEROUSE'
ROBERT I. SIEGEL'·*
ANDREW A. BRAUN'·*
LEO R. MCALOON III'*
JOHN E. W. BAAY II'·*·³
ANDREW M. ADAMS'*
MARGARET L. SUNKEL'
DANIEL G. RAUH'
RACHEL G. WEBRE'
BRENDAN P. DOHERTY'*

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER*
MICHAEL D. CANGELOSI
TARA E. CLEMENT*
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE*
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON*
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE*
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS*
CHARLOTTE A. FIELDS*
J. MICHAEL GIGIGLIA*

'LAW CORPORATION
*ALSO ADMITTED IN TEXAS
²ALSO ADMITTED IN MISSISSIPPI
³ALSO ADMITTED IN FLORIDA
⁴ONLY ADMITTED IN TEXAS
⁵ALSO ADMITTED IN WASHINGTON
⁶ALSO ADMITTED IN COLORADO

July 28, 2011

Watts Hilliard, LLC
2506 N. Port Ave.
Corpus Cristi, TX 78401

Re: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No.: 1873, Sec. N(4)
Our File No.: 0200-24-7
Supplemental Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

This firm represents Forest River and Vanguard in the above referenced litigation. You received a Notice of Plaintiff Fact Sheet Deficiencies letters on April 6, April 7 or May 4, 2011. This letter serves as a supplement to the deficiencies noted in that previous deficiency letter.

Because the attached deficiencies are a supplement to the deficiencies that were noted in these previous deficiency letters, any deficiency response that you made to those deficiency letters you previously received from our firm shall not serve as a response to this supplemental deficiency letter. Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies is specified by client.

As you are aware, PTO 88 provides you with up to 60 days to provide a response to the attached deficiencies for each plaintiff that actually cures those deficiencies or the plaintiff may be subject to dismissal.



**Gieger, Laborde & Laperouse, L.L.C.**

July 28, 2011

Rice, Brenda Inez
Richard, Edmae
Richard, Lynntina
Richard, Shanna Nicole
Richardson, Amanda
Richardson, Chris
Richardson, Jr., Irvin
Richardson, Payton
Richmond, Jessica
Riley, Brenda L.
Riley, Jr., Ronald
Riley, Kumeta
Riley, Rashad M.
Riley, Virginia
Rizzuto, Jan M.
Robbins, Gertrude K.
Robbins, Richie
Roberts, Shakira
Robertson, Earl
Robertson, Rejean Denise
Robinson, Cameron
Robinson, Mandy
Robinson, Tatianna D.
Robinson, Tiffany D.
Rogers, Cherlyn
Rogers, Jr., Cecil
Rogers, Myron
Rogerson, Alice
Roles, Rose Mary
Rubit, Zavier
Ryan, Christine
Ryan, Herman
Ryan, Victoria Daunyel
Sallier, Jason Paul
Sallier, Stephen Gary
Salter, Clifford
Sandrock, Charles
Saucier, Dawn K.
Saunder, Shania
Saunders, Sharice
Savoy, Natalie
Schaefer, Jason
Schenk, Yvonne
Schexnayder, Michael
Schrills, Rebecca
Schwartz, Justin
Scott, Dana L.

Richard, Ashley
Richard, Jamaica J.
Richard, Shalisc Rejcnc
Richard, Shatina
Richardson, Charles
Richardson, Jo
Richardson, Kalob
Richardson, Stephen
Riley, Aaron A.
Riley, Charles
Riley, Keith
Riley, Lillie
Riley, Sr., Ronald
Rivers, Lolita Marie
Robbins, Arlicia
Robbins, Jamecia J.
Robert, Kenneth
Robertson, Daniel
Robertson, Mary
Robinson, Antonio
Robinson, Dontrell
Robinson, Paula V.
Robinson, Tekeya
Roche, Nora
Rogers, Eric
Rogers, Kobe
Rogers, Shirley
Roles, Jr., Herbert
Rowell, Noel
Rufus, Letitia
Ryan, Debra Capers
Ryan, Jr., Nathaniel Eugene
Sallier, Eric Thomas
Sallier, Ronald
Sallier, Tammy
Salter, Jeanette
Sapp, Miranda
Saucier, Louis
Saunders, Elmer
Savoy, Jr., Josephe
Savoy, Phyllis
S███ S███
Schexnayder, Lawrence
Schexnayder, Robert
Schwartz, Jean
Schwartz, Tina
Scott, Garval Tahara

17

**Gieger, Laborde & Laperouse, L.L.C.**

July 28, 2011

| | |
|---|---|
| Scott, Mary | Scott, Raymond Wayne |
| Scott, Rebecca | Seaman, Ashton |
| Seaman, Barbara | Seaman, Cameron |
| Seaman, Mattie | Seaman, Shan |
| Seaman, Tylar | Searle, Jeri Lois |
| Searle, Thelma Louis | Sellier, Baylor T. |
| Sellier, Jr., Robert | Sengsiri, Joanna |
| Sepulveda, Eduardo Jose | Sepulveda, Fabian |
| Sepulveda, Nicolas | Sepulveda, Pia |
| Shanks, Nahjha J. | Shannon, Ashunda |
| Shaw, Michael | Shaw, Sandra |
| Shepherd, James T. | Shepherd, Nita |
| Shepherd, Shelby | Sheridan, Alexis Louise |
| Sherman, Jr., Tulla | Shipman, |
| Shipman, III, Kenneth | Shipman, Jr., Kenneth |
| Shipman, Shirley | Shipman, Sr., Kenneth |
| Show, II, Randall | Sias, Desarae S. |
| Sias, Wilfred Ray | Sikokis, Samarah |
| Simmons, Blake | Simmons, Gayla |
| Simmons, II, Kevin | Simmons, Kevin B. |
| Simmons, Leah | Simms, Corey |
| Simon, Cassandra | Simon, Robert H. |
| Simon, Ro'nya Simonetta | Sims, Demond |
| Sims, Jr., Dwayne | Sims, Jr., Lionel |
| Sinclair, Chloe Allyson | Singleton, Cynthia Marie |
| Singleton, Diane | Singley, Claire |
| Singley, Patricia | Singley, Summer J. |
| Sinkler, Jovanne | Slaughter, Carrie Mae |
| Smith, Albert Sidney | Smith, Angela |
| Smith, Betty D. | Smith, Danny |
| Smith, Darrin | Smith, Destiny D. |
| Smith, George Joseph | Smith, Havalynn |
| Smith, Hope | Smith, Jadon |
| Smith, Johnell | Smith, Jr., Charles |
| Smith, Jr., Douglas | Smith, Jr., Ernest |
| Smith, Kathryn | Smith, Kelice Rivers |
| Smith, Kiona | Smith, Manny |
| Smith, Marlin | Smith, Mary Kathryn |
| Smith, Nicole Alexis | Smith, Sarah |
| Smith, Scotty | Smith, Sr., Douglas |
| Smith, Sr., Ernest | Smith, Sr., Norman |
| Smith, Teresa | Smith, Tori |
| Snow, Dominique | Soileau, Maxile |
| Sonnier, Joseph | Sonnier, Patricia |
| Speir, Christopher | Speir, Logan |
| Speir, Mason | Speir, Stephanie |
| Spencer, III, Eugene | Spencer, Jeralun |

# Watts Hilliard, LLC

## Riley, Lillie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency

Bar Code

Smoking History of Other Trailer Resident(s)

Only if You are Requesting Reimbursement of Medical Expenses

## Riley, Rashad M.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency.

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

Certification Signed by Plaintiff

## Riley, Sr., Ronald

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency

Manufacturer

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

## Riley, Virginia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

## Watts Hilliard, LLC

S█████ S█████

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

Certification Signed by Plaintiff

## Schenk, Yvonne

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Bar Code

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Only if You are Requesting Reimbursement of Medical Expenses

## Schexnayder, Lawrence

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

## Schexnayder, Michael

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents

Smoking History of Other Trailer Resident(s)

Future Medical Claim

Psychological Treatment

Prior Medical History

Only if You are Requesting Reimbursement of Medical Expenses

Only if You are Making a Wage Claim

Number of Hours Spent in the Trailer Each Day

**Gieger, Laborde & Laperouse, L.L.C.**

July 28, 2011

       If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504) 654-1347.

Sincerely,
Gieger, Laborde & Laperouse, LLC

J. Mike DiGiglia

JMD/maa/kbd

cc:     Andrew Weinstock, Esq.
        Justin Woods, Esq.
        Dave Kurtz, Esq.
        Henry T. Miller