S▊▊▊, S▊▊ - WGC#226841

## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** S▊▊▊, S▊▊

**Claimant's Attorney:** Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

### Section V. FEMA Trailer or Mobile Home Unit

FEMA ID:   931441047

Defendants Named:   Cavalier Home Builders, LLC
Forest River, Inc.
Gulf Stream Coach, Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: Gulfstream
VIN/Serial #: 1NL1GTR2061033289
Barcode: 1131118
Unit: TT
Contractor: Fluor

Manufacturer: Southern Energy
VIN/Serial #: SSDAL462121
Barcode: 1253947
Unit: MH
Contractor: UFAS-Razz

Manufacturer: Gulfstream
VIN/Serial #: 1NL1GTR2061033289
Barcode:
Unit: TT - Regular
Contractor: Fluor

Manufacturer: Southern Energy
VIN/Serial #: SSDAL462121
Barcode:
Unit: MH - 3BR - Regular
Contractor: UFAS-Razz

Manufacturer: CAVALIER
VIN/Serial #: ACBC06AL013878
Barcode: 1232441
Unit: MH
Contractor: FLUOR



EXHIBIT D
received 5.21.10

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Brandy Schenck_  _Brandy Schenck_  _7/23/09_
**Signature of Plaintiff**  **Print Your Name**  **Date**

AS NEXT FRIEND OF
S████ S████
A MINOR