T█████ G███ E. - WGC#226974

## Amendment to the Plaintiff Fact Sheet

Claimant Name:   T█████ G███ E.

Claimant's Attorney:  Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

### Section V.  FEMA Trailer or Mobile Home Unit

FEMA ID:     939686991

Defendants Named:   Fleetwood Enterprises, Inc.
                     Forest River, Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: FLEETWOOD
VIN/Serial #: GAFL575A776118A32
Barcode:      1173424
Unit:         MOBILE HOME
Contractor:

Manufacturer: FLEETWOOD
VIN/Serial #: GAFL575A776118A32
Barcode:      1173424
Unit:         MOBILE HOME
Contractor:

Manufacturer: FLEETWOOD
VIN/Serial #: GAFL575A776118A32
Barcode:      1173424
Unit:         MOBILE HOME
Contractor:

Manufacturer: FLEETWOOD
VIN/Serial #: 4TWDF243J093097
Barcode:      1152660
Unit:         MOBILE HOME
Contractor:



EXHIBIT E

received 5-21-0█

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Nikki S. Tingst_  _Nikki S. Tingston_  8/12/09
Signature of Plaintiff    Print Your Name    Date
NexT FRIEND oF    NexT FREIND oF
G▓▓ E. T▓▓▓▓    G▓▓ E▓▓ T▓▓▓▓