UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case No. 10-1296 | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### VANGUARD INDUSTRIES OF MICHIGAN, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS AND THE MATCHING REQUIREMENTS OF PRE-TRIAL ORDERS NO. 38, 49 AND 68

**MAY IT PLEASE THE COURT:**

Vanguard Industries of Michigan, Inc., a dissolved Michigan Corporation ("VIMI") moves this Honorable Court for an Order granting VIMI's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pre-Trial Orders No. 38, 49, and 68, with respect to the claim of the following plaintiffs, with prejudice. The reasons for this Motion to Dismiss are more fully set forth in the attached Memorandum in Support.

- Jacqueline Bilbo (Plaintiff in *Ratliff*, C.A. 10-1296)
- Elaine Lacy (Plaintiff in *Ratliff*, C.A. 10-1296)
- Mary Johnson (Plaintiff in *Ratliff*, C.A. 10-1296)
- Lori Paquet (Plaintiff in *Ratliff*, C.A. 10-1296)
- Andrea Ratliff (Plaintiff in *Ratliff*, C.A. 10-1296)
- Andrea Ratliff on behalf of J.R. (Plaintiff in *Ratliff*, C.A. 10-1296)
- Joseph M. Ratliff, Sr. (Plaintiff in *Ratliff*, C.A. 10-1296)
- Michelle Williams on behalf of M.W. (Plaintiff in *Ratliff*, C.A. 10-1296)
- Michelle Williams (Plaintiff in *Ratliff*, C.A. 10-1296)

- Michelle Williams on behalf of R.W.(Plaintiff in *Ratliff*, C.A. 10-1296)
- Michelle Williams on behalf of R.W., Jr. (Plaintiff in *Ratliff*, C.A. 10-1296)
- Richard Williams, Sr. (Plaintiff in *Ratliff*, C.A. 10-1296)

WHEREFORE, defendant, VIMI prays that its Motion to Dismiss be granted, dismissing the claims of the above listed plaintiffs from the indicated case, with prejudice, for failure to comply with Pre-Trial Order Nos. 2, 32, 38, 49, and 68.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
ATTORNEYS FOR VANGUARD INDUSTRIES OF MICHIGAN, INC.

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 8, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.

2