# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401

    Re:   *FEMA Trailer Formaldehyde Product Liability Litigation*
           USDC, EDLA, MDL № 09-1873
           Our Ref №: 0200-24-7

Dear Counsel:

    Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| | | |
|---|---|---|
| **09-7857** | **Acker, Chiquita v. Forest River** | |
| | Brown, Leonard | Jeremiah Martin |
| | Jabralyn Martin | Keener, Charlotte |
| | | |
| **09-7889** | **Alexander, Rikita v. Forest River** | |
| | Chad Oubre | Moore, Keisha |
| | Dearek Fairley | Nguyen, Tran |
| | Excell Dorsette | Octavia Nunn |
| | Draughon, Darrell | Riley, Ronald |
| | Darrell Draughon | Franklin Wells |
| | Lynnard, Paul | |



GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 2 of 16

| | | |
|---|---|---|
| **09-6496** | **Baker, Susan v. Forest River** | |
| | Baker, Susan | Demoll, Terry |
| | Collier, Sandy | Lyons, Becky |
| | Covington, Kathleen | Walker, Edward |
| | | |
| **08-5031** | **Bauer, Belinda v. Liberty Homes** | |
| | Giavotella, Michele o/b/o L.G | |
| | | |
| **10-2324** | **Boutachanthavong, Pear v. Forest River** | |
| | Boutachanthavong, Kham Phong | Boutachanthavong, Phimphone o/b/o A.B. |
| | Boutachanthavong, Pear | Boutachanthavong, Phimphone o/b/o A.K. |
| | Boutachanthavong, Phimphone o/b/o A.B. | Khamphiphone, Isreth |
| | | |
| **09-6504** | **Bradley, Latoya v. Forest River** | |
| | Adams, Heather | Keel, Kelly o/b/o Zack Keel |
| | Alford, Joseph | Ladner, Leah o/b/o Lane Ladner |
| | Alfred, Janice | Ladner, Leah o/b/o Nathan Ladner |
| | Arceneaux, Courtney o/b/o Briana Garcia | Ladner, Leah o/b/o Shelby Sharlley |
| | Arceneaux, Courtney o/b/o Caitlin Garcia | Ladner, Lyonie |
| | Arceneaux, Courtney o/b/o Megan Garcia | Ledma, Lulu o/b/o Chelsea Cuevas |
| | Arceneaux, Courtney o/b/o Veronica Garcia | Marek, Ruth o/b/o Abbygayle Lemmon |
| | Bardwell, David | Marek, Ruth o/b/o Dennis Lemmon |
| | Bishop, Charles | McKay, Theresa o/b/o Tianna Lang |
| | Bishop, Sandra | Necaise, Kay |
| | Bishop, Sandra o/b/o Sydney Bishop | Osterholm, Tammy o/b/o Anna Fields |
| | Bishop, Sandra o/b/o Taylor Bishop | Page, James |
| | Blank, Gail | Patterson, Rita o/b/o Kaitlyn Patterson |
| | Bosarge, Pamela o/b/o Gregory Bosarge | Poillion, Ashley |
| | Boyd, Mark o/b/o Alexis Boyd | Rager, Harry |
| | Boyd, Mark o/b/o Demarcus Boyd | Robertson, Danielle |
| | Bradicich, Dennis | Rothwell, Dorothy |
| | Branger, Peggy | Rothwell, Fredrick |
| | Brown, Edgar | Ruffin, Breana |
| | Cannette, Claire | Ruffin, Robert |
| | Carver, Evelyn o/b/o Johnie Carver | Ruffin, Robert |
| | Courteaux, Jody o/b/o Austin Courteaux | Schwartz, Tracy |
| | Davenport, Myron | Schwartz, Tracy o/b/o Arielle Schwartz |
| | Dillard, William | Smith, Donna |
| | Esquivel, Beverly o/b/o Christina Esquivel | Spiers, Regina o/b/o Douglas Spiers |
| | Fricke, Lance | Swicegood, Rick |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 3 of 16

| | |
|---|---|
| Green, Ashley | Trawick, Trawick |
| Green, George | Trotter-Dedeaux, Kathryn obo Chris Burton |
| Green, Mary | Walters, Ruby |
| Green, Patricia | Walton, Barbara obo Jeremiah McDowell |
| Honea, William | Wilson, Cassey |
| Impson, Jon | Wittmann, Michael |
| Jones, Korridon o/b/o Lucas Jones | Wittmann, Phillip |

**09-7072   Burks, Aarien v. Forest River**

| | |
|---|---|
| Adams, Heather o/b/o Gavin Poillion | Leshore, Avery |
| Adams, Sheronda o/b/o Mahahia Fairley | Leshore, Torie |
| Albert, Reyon o/b/o Caydel Albert | Leshore, Torie o/b/o Tamerra Leshore |
| Amacker, Challice o/b/o Jordan Jarrell | Leshore, Torie o/b/o Teara Leshore |
| Anderson, Jan | Loper, Sarah |
| Arceneaux, Billy | Loper, Sarah o/b/o Sharmaine Loper |
| Bailey, Roxanne | Lucas, Clarence |
| Bailey, Roxannie o/b/o Amara Bailey | Luton, Aaron |
| Baptiste, Tiffany | Mallini, Anthony o/b/o Anthony Mallini |
| Baptiste, Tiffany o/b/o Racquel Baptiste | Mallini, Anthony o/b/o Ashley Mallini |
| Baptiste, Tiffany o/b/o Rashad Baptiste | Mallini, Anthony o/b/o Katherine Mallini |
| Baptiste, Tiffany o/b/o Raven Baptiste | McNair, Kimberly o/b/o Cameron McNair |
| Baptiste, Tiffany o/b/o Rayion Scott | Mistretta, Jessica |
| Barns, Peggy | Mistretta, Jessica o/b/o Jayde Halia |
| Batiste, Arian | Mistretta, Jessica o/b/o Jolee Williams |
| Bermond, Annette | Mitchell, Ethel |
| Bermond, Christopher | Mitchell, Yvonne |
| Bermond, Chris o/b/o Estate of Dalton | Moody, Johnna |
| Biggs, Raven | Moody, Johnna o/b/o Tristan Tyner |
| Biggs, Raven o/b/o Deljay Bailey | Moore, Brenda |
| Bolden, Donnell | Moore, Charles |
| Bolden, Elizabeth | Moore, Charod |
| Bolden, Elizabeth o/b/o Donnell Bolden | Moore, Daniel |
| Bolden, Kevin | Moore, Derrick |
| Bright, Juanita | Moore, Derrick o/b/o DeAysia Moore |
| Brimage, Charity | Moore, Emma |
| Brimage, Dajanae | Moore, Eric |
| Brimage, Deonshae | Moore, Lakeshia |
| Brimage, Valecia | Moore, Sammie |
| Brimage, Valecia o/b/o Keivon Brimage | Nguyen, May o/b/o Bobby Vo |
| Brooks, Charmaine o/b/o Natoreon Wolfe | Nguyen, May o/b/o Brian Vo |
| Brown, Sherman o/b/o Sherman Major | Nunn, Shana |
| Burks, Aarien o/b/o Aairen Burks | Ordone, Terrence o/b/o Grace Ordone |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 4 of 16*

| | |
|---|---|
| Burks, Aarien o/b/o Adrianna Burks | Ordoyne, Skyler |
| Burks, Aarien o/b/o D'Asia Burks | Passaro, Cheryl |
| Burton, Antonio | Passaro, Cheryl o/b/o Brittany Dunn |
| Byrd, Jennifer | Passaro, Cheryl o/b/o John Passaro |
| Carbo, Danielle | Passaro, Cheryl o/b/o Samantha Martin |
| Cuevas, Jearlene | Pearson, Yvetta |
| Cuevas, Theofield | Pearson, Yvetta o/b/o Erion Moore |
| Dallas, Christine | Pearson, Yvetta o/b/o Nigel Moore |
| Dedeaux, Marietta | Peters, Myra |
| Dedeaux, Marietta o/b/o Joshua Dedeaux | Pohlmann, Corey |
| Dedeaux, Marietta o/b/o Paul Cunningham | Pohlmann, Jeffery |
| Dedeaux, Tenia | Pohlmann, Keely |
| Drake, Wilfred | Pohlmann, Keely o/b/o Amara Pohlmann |
| Draughon, Nora | Pohlmann, Keely o/b/o Austin Pohlmann |
| Dugas, Delrick | Pohlmann, Laura |
| Durby, Victoria | Porter, Natasha o/b/o Nykia Porter |
| Echoles, Angie o/b/o Joshua Echoles | Potter, Marybelle |
| Enterkin, Arnold | Ragins, Oki |
| Evans, Sheila o/b/o Derek Evans | Ragins, Oki o/b/o Kasie Clayton |
| Evans, Sheila o/b/o Shelby Evans | Ratliff, Ernest |
| Evans, Sheila o/b/o William Evans | Ratliff, Joan |
| Ewing, William | Ray, Donovan |
| Formica, Anthony | Ray, Jeanne |
| Fowler, Lucy | Ray, Patricia |
| Gaines, Sheila | Ray, Patricia o/b/o Cam'rom Ray |
| Gaines, Sheila o/b/o Anthony Smith | Raymond, Lisa |
| Gaines, Sheila o/b/o Antjuan Smith | Riley, Robert |
| Gaines, Sheila o/b/o Raven Gaines | Robbins, Barbara |
| Gallimore, Candy | Roberson, Andrea |
| Gardina, Michelle | Robinson, Leslie o/b/o Ivan Robinson |
| Giardina, Danny | Ruffin, Breana o/b/o Ashanti Ruffin |
| Giardina, Loren | Ruffin, Breana o/b/o Deundre Ruffin |
| Giardina, Mary | Ruffin, Breana o/b/o Tyrek Ruffin |
| Giardina, Ross | Rusfin, Andre |
| Goleman, Rebecca | Rusfin, Leqaya |
| Griffin, Linda o/b/o Ronnie Griffin | Ryan, Verna o/b/o Dominic Hall |
| Hanshaw, Willie | Schwartz, Tracy o/b/o David Hill |
| Harbin, Bridgette o/b/o Clara Harbin | Seaman, Deborah |
| Harris, Charles | Simon, Carlee |
| Hatampa, Esther o/b/o Ethan Hainsworth | Singley, Melissa |
| Havard, Linda | Smith, Bertrand |
| Haynes, Lionel | Smith, Donna |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 5 of 16

|  |  |
|---|---|
| Henderson, David obo Zackary Henderson | Smith, Douglas & Havalyn obo Aimme Smith |
| Hoda, Carolyn | Smith, Douglas o/b/o Katelynne Smith |
| Holifield, Danny | Sprouse, Andy o/b/o Konner Sprouse |
| Holifield, Darla | Steddum, Nichole |
| Horn, Deborah | Stephens, Brenda |
| House, Norman | Stork, Christopher o/b/o Adrienne Stork |
| Huyah, Ky | Taylor, April o/b/o B.T. |
| Ingram, Keiosha o/b/o Kalyn Joseph | Thompson, Carolyn |
| Ingram, Keisoha o/b/o Jenae' Ingram | Tran, Uyen |
| Jackson, John | Twilbeck, Gloria |
| James, Alberta | Walker, Erica |
| James, Early Larry | Walker, Erica o/b/o Kaitlyn Goff |
| James, Katona | Walker, Kelly |
| James, Keith | Ware, Vanessa |
| Johnson, Theresa | Washington, Elizabeth |
| Johnson, Theresa o/b/o Ariel Johnson | Wehmeyer, Susan |
| Johnson, Theresa o/b/o Tianna Lane | Wells, Iris |
| Ladner, Billy | Wescovich, Eli |
| Larkin, Carlos | Wescovich, Linda |
| Larkin, Deborah | Widle, Stacy |
| Leonard, Dezmeon | Wilkerson, Albert |
| McCann, Kimberly | Willard, Kimberly o/b/o Alec Willard |
| McClantoc, Sheila | Willard, Kimberly o/b/o Logan Gallimore |
| McConnell, Terry | Williams, Albert |
| McCord, Cindy o/b/o Joseph McCord | Williams, Maxie |
| McCord, Cindy o/b/o Patrick McCord | Williams, Ralph |
| McDaniel, Linda | Williams, Stanford |
| McDaniel, Peggy | Williams, Tomeika |
| McDaniel, Peggy o/b/o Thomas Formica | Wilson, Ronnie |
| McDaniel, Richard | Woods, Bonnie |
| McDevitt, Colleen | Wright, Eileen |
| McInis, Darryl | Young, Brandon |
| McNair, Kimberly | |

**09-7892**  **Byron, Gerald v. Forest River**
Dawson, Felissia o/b/o Sherman Buckley         Jones, Torrey
Decoux, Karen

**10-2184**  **Clements, Bernell v. Forest River**
Allen, Elica o/b/o I.A.                          Earl, Yvette o/b/o B.E.
Anderson, Harold                                 Earl, Yvette o/b/o M.E.
Antoine, Gerald o/b/o Z.A.                       Gary, Valarie o/b/o J.G.

## GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 6 of 16*

| | |
|---|---|
| Antoine, Robert | Goodwin, Shirley |
| Bailey, Heidi | Haynes, Mayola |
| Bailey, Heidi o/b/o A.B. | Haynes, Mayola o/b/o L.H. |
| Bailey, Heidi o/b/o R.L | Malone, Troy |
| Bardwell, Heather | McGowan, Audroy o/b/o J.M. |
| Bardwell, Laura | McGowan, Audroy o/b/o S.R. |
| Bardwell, Laura o/b/o B.B. | Mitchell, Amanda |
| Bardwell, Monica | Moore, Michelle |
| Barnes, Alexandria o/b/o A.B. | Morel, Harry |
| Barnes, Alexandria o/b/o B.B. | Murphy, Kellie |
| Barnes, Alexandria o/b/o K.B. | Murphy, Kellie o/b/o Estate of Terry Smith |
| Bradbury, Linda o/b/o D.S. | Murphy, Kellie o/b/o J.S. |
| Bradbury, Linda o/b/o L.A. | Nolan, Ballard |
| Brooks, Jennifer | Nolan, Robert |
| Brooks, Jennifer o/b/o J.B. | Nolan, Robert |
| Brumfield, LaBaron | Santiago, Bernard |
| Carter, McKinley | Santiago, Tamika |
| Clements, Bernell | Santiago, Tamika o/b/o E.H. |
| Cole, LaQuetta | Smith, Hubert |
| Cole, Laquetta o/b/o B.S. | Smith, Joseph |
| Davis, Leonisa | Swanson, Linda o/b/o D.E. |
| Davis, Leonisa o/b/o J.B. | Tran, Lien |
| Davis, Wade | Tran, Linh |
| Dicks, Christopher | Twilbeck, Clarence |
| Dupuy, Greg | Williams, Rudolph |
| Durbin, Glenda | Wilson, Andrew |
| Earl, Joseph | Wilson, Don |
| Earl, Yvette | Wilson, Don o/b/o D.W. |

**09-7117   Frierson, Shelly v. Vanguard**

| | |
|---|---|
| Bilbo, Jacqueline o/b/o Kaleb Loper | Hawkins, Leroy |
| Bilbo, Jacqueline o/b/o Miah Green | Hawkins, Shenea |
| Frierson, Shelly o/b/o Courtney Barton | Hawkins, Shenea o/b/o Jarryd Jacobs |
| Frierson, Shelly o/b/o Jessica Barton | Hawkins, Shenea o/b/o Justyn Jacobs |
| Frierson, Shelly o/b/o Lindsey Barton | Seaman, Julie |

**10-1296   Ratliff, Jasmine v. Vanguard, LLC**

| | |
|---|---|
| Bilbo, Jacqueline | Ratliff, Joseph |
| Lacy, Elaine | Trahan, June |
| Moore, Paulette | Williams, Michelle |
| Paquet, Lori | Williams, Michelle o/b/o M▮▮▮ W▮▮▮  |
| Ratliff, Andrea | Williams, Michelle o/b/o R▮▮▮ W▮▮▮ |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 7 of 16*

|  |  |  |
|---|---|---|
|  | Ratliff, Andrea o/b/o J___ R___ | Williams, Michelle o/b/o R___ W___ |
|  | Ratliff, Jasmine | Williams, Richard |

**10-1265**  **Rogers, Cherlyn v. Forest River**
Flores, Rachael o/b/o Timothy Williams                    Oliver, Herbert
Goodley, Bernilla                                                        Webb, Elizabety

**09-7834**  **Seaman, Julie v. Vanguard, LLC**
McDaniel, Jack

**10-2190**  **Stallworth, Lemuel v. Forest River**
Babineaux, Phillip                                  Lee, Shondreka
Bermond, Christopher                           Lewis, Kimberly o/b/o R.S.
Bolden, Charles                                      Lewis, Kimberly o/b/o S.S
Bouie, Leta                                              Manuel, Tammy o/b/o J.M.
Bradbury, Linda                                      Minor, Tammy o/b/o T.M.
Brooks, Jessica                                       Minor, Tammy o/b/o T.M.
Burrage, Zanbernia                                Moore, Ruby
Carter, Berry                                           Percle, August
Chan, Quang                                           Perrin, Judy
Coleman, Pauline                                    Perrin, Watson
Coleman, Wanda                                    Powell, Carleta
Coleman, Wanda o/b/o L.C.                  Powell, Carleta o/b/o D.R.
Coleman, Wanda o/b/o T.C.                  Powell, Carleta o/b/o L.P.
Cu, Karen                                                Price, Betty
Cuevas, Amber                                       Raine, Emma
Cuevas, Amber o/b/o C                          Raine, James
Cuevas, Amber o/b/o J.C.                      Raine, James o/b/o J.R.
Cuevas, Meghan                                     Rancifer, Lamonty
Daniels, Jerry                                          Ratliff, Felisha
Dauphin, Lucille                                     Ratliff, Felisha o/b/o A.B.
DeLeon, Oscar                                        Ratliff, Felisha o/b/o M.R.
DeLeon, Sophia                                      Ratliff, Lucious
DeLeon, Sophia o/b/o A.D.                   Rayburn, Travis
DeLeon, Sophia o/b/o O.D.                   Reed, Andrea
DeLeon, Sophia o/b/o R.D.                   Reed, Andrea o/b/o D.R.
Epps, Deborah                                        Reynolds, Jamie
Epps, Mark                                              Scogin, Amanda
Epps, Meagan                                         Scogin, Rebecca
Epps, Travis                                            Scogin, Rebecca o/b/o J.H.
Fairley, Jocelyn                                      Scogin, Rebecca o/b/o J.H.
Fells, Johnny                                          Sellers, Anthony

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 8 of 16*

| | |
|---|---|
| Galmore, Essie | Simmons, Renada |
| Galmore, Essie o/b/o A.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simoneaux, Tracy |
| Galmore, Essie o/b/o C.G. | Smith, Ben |
| Galmore, Essie o/b/o J.R. | Somphouk, Bun |
| Galmore, Essie o/b/o S.G. | Somphouk, Bun o/b/o J.P. |
| Galmore, Kenny | Stagg, Sylvia |
| Galmore, Larry | Stallworth, Lemuel |
| Galmore, Shelia | Stallworth, Maxine |
| Godwin, Dwight | Stallworth, Seth |
| Gowland, Kirby | Sterling, Monique |
| Guyton, Sharon | Sterling, Monique o/b/o S.S. |
| Guyton, Sharon o/b/o B.G. | Sterling, Monique o/b/o S.S. |
| Guyton, Tyrell | Sterling, Monique o/b/o S.S. |
| Guyton, Wesley | Sterling, Sean |
| Hahn, Holley | Stewart, Marvell |
| Hart, Jeanette | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie o/b/o B.R. | Taylor, Dorothy |
| Hecker, Cle'lie o/b/o J.H. | Taylor, Dorothy o/b/o C.T. |
| Hinton, Tommy | Taylor, Dorothy o/b/o D.T. |
| Hockett, Shirley | Taylor, Dorothy o/b/o R.T. |
| Howell, Pamela o/b/o K.J. | Tran, Linh o/b/o V.C. |
| Hughes, Rusty | Tran, Linh o/b/o V.C. |
| Johnson, Herman | Tran, Linh o/b/o V.T. |
| Johnson, Jesse | Tran, Linh o/b/o V.T. |
| Johnson, Joshuary | Tran, Trang |
| Jones, Ozell o/b/o Z.B. | Tran, Trang o/b/o K.T. |
| Laneaux, Keoki | Tuberville, Caffie |
| Lasy, Sanh | Ulrich, Ann |
| Lasy, Sanh o/b/o J.L. | Ulrich, John |
| Lasy, Sanh o/b/o V.L. | Vanderbilty, Eugene |
| Lasy, Soumaly | Villareal, Jessica |
| Lasy, Soumaly | Vince, Nolan |
| Lasy, Soumaly o/b/o D.L. | Walker, Candice |
| Lasy, Soumaly o/b/o J.L. | Washington, Bernita |
| Lasy, Vixay | Washington, Bernita |
| Lee, Don | Washington, Joshua |
| Lee, Don | Washington, Joshua o/b/o J.G. |
| Lee, Pamela | Washington, Kevin |
| McGowan, Audroy o/b/o S.S. | Washington, Kevin |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 9 of 16

|  |  |
|---|---|
| Minor, Bobby | Watson, Diedre |
| Minor, Maggie | Williams, Yvonne |
| Minor, Tammy | Young, Theresa |

**09-4713 Strickland, Ruth v. Forest River**

|  |  |
|---|---|
| Alexander, Augustine | Salter, Inoka o/b/o Makayla Salter |
| Marshall, Della | Salter, Jeanette |
| Pierre | Spiehler, Anthony |
| Salter, Clifford | Spiehler, Pamela |
| Salter, Inoka |  |

**09-7855 Vallare, Jemalla v. Forest River**

|  |  |
|---|---|
| Galvan, Emma | Wilmore, Yvonne |
| Galvan, Emma o/b/o Emma Galvan |  |

**09-6503 Walton, Barbara v. Forest River**

|  |  |
|---|---|
| Adams, Heather | Impson, Jon |
| Arceneaux, Courtney o/b/o Briana Garcia | Jones, Korridon o/b/o Lucas Jones |
| Arceneaux, Courtney o/b/o Caitlin Garcia | Keel, Kelly o/b/o Zack Keel |
| Arceneaux, Courtney o/b/o Megan Garcia | Ladner, Leah o/b/o Lane Ladner |
| Arceneaux, Courtney o/b/o Veronica Garcia | Ladner, Leah o/b/o Nathan Ladner |
| Bardwell, David | Ladner, Leah o/b/o Shelby Sharlley |
| Bishop, Charles | Ledma, Lulu o/b/o Chelsea Cuevas |
| Bishop, Sandra | Marek, Ruth o/b/o Abbygayle Lemmon |
| Bishop, Sandra o/b/o Sydney Bishop | Marek, Ruth o/b/o Dennis Lemmon |
| Bishop, Sandra o/b/o Taylor Bishop | McKay, Theresa o/b/o Tianna Lang |
| Blank, Gail | Osterholm, Tammy o/b/o Anna Fields |
| Bosarge, Pamela o/b/o Gregory Bosarge | Page, James |
| Boyd, Mark o/b/o Alexis Boyd | Patterson, Rita o/b/o Kaitlyn Patterson |
| Boyd, Mark o/b/o Demarcus Boyd | Poillion, Ashley |
| Bradicich, Dennis | Rager, Harry |
| Branger, Peggy | Rothwell, Dorothy |
| Cannette, Claire | Rothwell, Fredrick |
| Carver, Evelyn o/b/o Johnie Carver | Ruffin, Breana |
| Courteaux, Jody o/b/o Austin, Courteaux | Ruffin, Robert |
| Davenport, Myron | Ruffin, Robert |
| Dillard, William | Schwartz, Tracy |
| Esquivel, Beverly o/b/o Cristina Esquivel | Schwartz, Tracy o/b/o Arielle Schwartz |
| Fricke, Lance | Smith, Donna |
| Green, Ashley | Spiers, Regina o/b/o Douglas Spiers |
| Green, George | Trotter-Dedeaux, Kathryn obo Chris Burton |
| Green, Mary | Walters, Ruby |
|  | Walton, Barbara o/b/o Jeremiah McDowell |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 10 of 16*

|  |  |  |
|---|---|---|
|  | Green, Patricia | Wilson, Casey |
|  | Honea, William |  |
| 09-6505 | **Wells-Thompson, Najee v. Forest River** |  |
|  | Gasaway, Robert | Reed, Marry |
|  | Ladner, Thomas | Wells-Thompson, Najee |
|  | Moore, Anna o/b/o M.M. |  |
| 09-7855 | **Wilkerson, Mary v. Forest River** |  |
|  | Wilkerson, Mary | Woulard, Tammy |
|  | Woods, Celestine | Young, Linda |
|  | Woods, Maurice |  |
| 09-7070 | **Williams, Albert v. Forest River** |  |
|  | Acker, Rene o/b/o Jayden Acker | Ly, Sony |
|  | Acker, Rene o/b/o Maleygh Acker | Ly, Yen |
|  | Adams, Heather o/b/o Gavin Poillion | Maillet, Aaron o/b/o Allissa Maillet |
|  | Adams, Heather o/b/o Kylee Adams | Mallini, Anthony o/b/o Anthony Mallini |
|  | Adams, Sheronda o/b/o Mahahia Fairley | Mallini, Anthony o/b/o Ashley Mallini |
|  | Alexander, Rikita o/b/o Marvin Taylor | Mallini, Anthony obo Katherine Mallini |
|  | Alford, Karen o/b/o Noah Bailey | Martin, Luz |
|  | Alford, Karen o/b/o Sydni Bailey | Martin, Percy |
|  | Alford, Karen o/b/o Tristin Bailey | McCord, Anastasia |
|  | Almacker, Derwood | McCord, Cindy |
|  | Amacker, Challice | McDevitt, Colleen |
|  | Ambrose, Yashenma o/b/o Amiyah Price | McDuffie, Robert |
|  | Ambrose, Yashenma o/b/o Ellic Laneaux | Melton, Michelle o/b/o Sarah Melton |
|  | Andrews, Mark | Mitchell, Darlene obo Braleigh Delaney |
|  | Barbazon, Margie o/b/o Andre Barbazon | Mitchell, Katrise |
|  | Bardwell, David | Mitchell, Obadiah |
|  | Barnes, Edgar | Mitchell, Steven |
|  | Barrington, Ross | Moran, Tina o/b/o Kyle Moran |
|  | Beamon, Wilson | Myers, Terriea o/b/o Shakayla Mason |
|  | Bennett, Carrie o/b/o Kadence Maurigi | Nash, Edan |
|  | Bennett, Pamela o/b/o Courtney Bennett | Nguyen, An |
|  | Bermond, Annette | Nguyen, An o/b/o Amy Nguyen |
|  | Bermond, Christopher | Nguyen, An o/b/o Andy Nguyen |
|  | Bermond, Christopher o/b/o Estate of Dalton | Nguyen, An o/b/o Tiffany Nguyen |
|  | Biehl, Jacqueline o/b/o Dylan Biehl | Nguyen, Hong o/b/o Sarah Nguyen |
|  | Bilbo, Tally | Nguyen, Men |
|  | Brennan, Merle | Nguyen, Tina |
|  | Bridges, Carvin | Odom, Sylvia o/b/o Ja'Marion Odom |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 11 of 16

| | |
|---|---|
| Brothern, Valerie | Odom, Sylvia o/b/o Ja'Markus Odom |
| Brothern, Valerie o/b/o Trevor Brothern | Pace, Rhonda |
| Brown, Frances | Page, Nicole |
| Brown, Frances o/b/o Nicholas Beard | Page, Nicole o/b/o Maricia Page |
| Brown, Janie | Page, Nicole o/b/o Xavion Page |
| Brown, Sherman | Patton, Dwanna |
| Brown, Sonya | Patton, T'Chete |
| Brown, Sonya o/b/o Charles Crockett | Patton, T'Chete o/b/o Jonathon Patton |
| Brown, Sonya o/b/o Corbin Crockett | Peterson, Laura |
| Brown, Stacy | Peterson, Laura o/b/o Clint Peterson |
| Brown, Vincent | Peterson, Laura o/b/o Danielle Peterson |
| Bui, Tong | Peterson, Laura o/b/o Tyler Peterson |
| Burks, Aarien | Peterson, Steve |
| Burrage, Willie | Pizzo, Steven |
| Burton, Bobbie | Poindexter, Ingrid |
| Byrd, Jennifer | Poindexter, Keith |
| Cadwell, Frances | Poindexter, Keith obo Keeman Poindexter |
| Carbo, Nathan | Poindexter, Keith o/b/o Kennedy Poindexter |
| Collins, Bryant | Prentiss, Cuevas |
| Collins, Bryant Sr. o/b/o Bryant Collins | Price, Sonja |
| Conerly, Bernette o/b/o Jaden Dillon | Price, Sonja o/b/o Nyesha Laneaux |
| Cox, Regena | Rainey, Alice o/b/o Carl Rainey |
| Crockett, Grace | Rainey, Alice o/b/o Isaiah Rainey |
| Crockett, Roosevelt | Rainey, Carl |
| Cuevas, Chassidy | Rasco, Maggie o/b/o Khadijah Barber |
| Cuevas, Chassidy o/b/o Kade Cuevas | Reaux, Page |
| Cuevas, Chassidy o/b/o Kaleigh Cuevas | Reaux, Ryan |
| Cuevas, Damein | Reddix, John |
| Cuevas, Jearlene | Reddix, Pennie |
| Cuevas, Pansy o/b/o Bryson Cuevas | Rieux, Herman |
| Cuevas, Prentiss | Riley, Kimeta o/b/o Kearston Riley |
| Cuevas, Theofield | Roberson, Carolyn |
| Curtis, James o/b/o Ceyan Curtis | Ruffin, Breana o/b/o Ashanti Ruffin |
| Davis, Carl | Ruffin, Breana o/b/o Deundre Ruffin |
| DeAngelo, Courtney | Ruffin, Breana o/b/o Tyrek Ruffin |
| DeAngelo, Theresa | Rusfin, Andre |
| Dedeaux, Melissa o/b/o Ricardo Dedeaux | Rusfin, Leqaya |
| Delaney, Fara | Salter, Ricky |
| Duplessis, Antoine | Salter, Steven |
| Duplessis, Miranda | Saucier, Sharon |
| Duplessis, Yolanda | Saunders, Helen |
| Durby, Victoria | Saunders, Helen o/b/o Noah Saunders |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 12 of 16*

| | |
|---|---|
| Evans, Sean | Saurage, Robert o/b/o Aarin Saurage |
| Ezell, Danial | Saurage, Robert o/b/o Gail Abadie |
| Farrior, Sandra | Saurage, Robert o/b/o Richard Abadie |
| Fleming, Gerald o/b/o Mason Fleming | Scherick, Brandy o/b/o Lilly Thornton |
| Fricke, Cynthia | Schlickbernd, Kathy |
| Gaines, Kenneth | Schlickbernd, Vincent |
| Gaines, Sheba | Schroeder, Henry |
| Garcia, Oscar | Schwartz, Tracy o/b/o David Hill |
| Garcia, Theresa | Scott, Garval o/b/o Jarrell Arline |
| Garcia, Theresa o/b/o Anita Grisham | Singleton, Danelle o/b/o Alysia Dunklin |
| Gardina, Michelle | Singleton, Danelle o/b/o Armando Singleton |
| Garriga, Evelyn | Singley, Summer o/b/o Mackenzie Spaur |
| Gibson, Gayle o/b/o Darryl Gibson | Smith, Doug & Havalyn obo Aimme Smith |
| Green, James | Smith, Douglas o/b/o Katelynne Smith |
| Grego, Lynn | Smith, Jasmine |
| Grego, Lynn o/b/o Joshua Grego | Smith, Jasmine o/b/o Jeanchristopher Smith |
| Grego, Lynn o/b/o Paul Grego | Smith, Nyasha o/b/o Robert Smith |
| Grego, Paul | Spell, Jerry |
| Griffin, Tranett o/b/o Ronnie Druce | Stephens, Brenda |
| Hanshaw, Kim o/b/o Taylor Hanshaw | Stevison, Jannie |
| Harbin, Bridgette o/b/o Clara Harbin | Stevison, Jannie o/b/o Gage Stevison |
| Hatampa, Esther o/b/o Lauren Evans | Stockman, Johnny |
| Haynes, Yolunda o/b/o Darius Haynes | Stockman, Walter |
| Hearndon, Randel | Strickland, Lionel |
| Henderson, David o/b/o Zackary Henderson | Stucke, Clinton |
| Hill, Brandy o/b/o Alexis Hill | Stucke, Jeannette |
| Hill, Brandy o/b/o Xavier Hill | Stucke, Jeannette o/b/o Joshua Delaughter |
| Hillhouse, Brenda | Sutton, Jamie o/b/o Richard Sutton |
| Hillhouse, Eric | Taylor, Marthina o/b/o Recardo Sayja |
| Horn, Deborah | Thomas-Burton, Corinn o/b/o Keely Jones |
| Hughes, Geraldine | Tillison, Georgia |
| Hughes, Richard | Tillison, Georgia o/b/o Gari Tillison |
| Huynh, My | Tillison, Georgia o/b/o Inna Tillison |
| Huynh, Phuoc | Tillison, Larry |
| Isabel, Paula o/b/o Keishaad Womble | Tran, Chin |
| Isabell, James | Tran, Chin o/b/o Candice Tran |
| Isabell, Jason | Tran, Chin o/b/o Christina Tran |
| Isabell, Jeff o/b/o Jarvis Isabell | Tran, Chin o/b/o Nikki Tran |
| Isabell, Jeffery | Tran, Nga |
| Isabell, Kimberly | Tran, Tuan |
| Isabell, Paula | Truong, Em |
| Johnson, Abigail | Verzal, Jerri o/b/o Breana Verzal |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 13 of 16

| | |
|---|---|
| Johnson, Charles | Verzal, Jerri o/b/o Savannah Verzal |
| Johnson, Deborah | Walker, Erica o/b/o Kaitlyn Goff |
| Johnson, Hannah | Walkes, Nichole o/b/o Courtney Walkes |
| Johnson, Mia o/b/o Johnnisha Johnson | Walkes, Nichole o/b/o McKaiya Walkes |
| Johnson, Peggy | Watson, Mary o/b/o Adam Sullivan |
| Johnson, Peggy o/b/o Mark Johnson | Wescovich, Eli |
| Johnson, Peggy o/b/o Paul Johnson | Weston, Danneil o/b/o D'Shayla Weston |
| Johnson, Peggy o/b/o Seth Johnson | Williams, Albert |
| Johnson, Renee | Williams, Carzell o/b/o Devin Williams |
| Johnson, Renee o/b/o Renard Elliot | Williams, Debra |
| Johnson, Renee o/b/o Renee Johnson | Williams, Debra o/b/o Dontrite Walters |
| Johnson, Theresa | Williams, Gabriel |
| Johnson, Theresa o/b/o Ariel Johnson | Williams, Jucinta |
| Johnson, Theresa o/b/o Tianna Lane | Williams, Jucinta o/b/o Takiyah Williams |
| Jones, Bobbie | Williams, Matilde |
| Jones, Phillip | Williams, Raven o/b/o Ny'Dria Williams |
| Jordan, Henry o/b/o Henry Jordan | Williams, Unetra |
| Kitchens, Brenda | Wills, David |
| Ladner, Lisa o/b/o Ethan Smith | Wilson, Robert |
| Lam, Hen | Woulard, Tammy o/b/o Jimmy Amos |
| Loper, Sarah | Young, Cynthia |
| Loper, Sarah o/b/o Sharmaine Loper | Ziegler, Farrell |
| Ly, Chen | Zollicoffer, Lakita |
| Ly, Chen o/b/o Brittney Chau | Zollicoffer, Lakita o/b/o Kayla Robinson |
| Ly, Chen o/b/o Christopher Chau | Zollicoffer, Lakita o/b/o Raven Goins |
| Ly, Chen o/b/o Timmy Chau | |

**09-6502    Young, Rufus v. Forest River**

| | |
|---|---|
| Alexander, Tonya o/b/o A.V. | Neese, Jessica o/b/o A.N. |
| Alexander, Tonya o/b/o D.A. | Neese, Jessica o/b/o L.N. |
| Arceneaux, Andrew o/b/o B.A. | Neese, Jessica o/b/o M.N. |
| Arceneaux, Andrew o/b/o L.A. | Neese, Jessica o/b/o W.N. |
| Ashley, Bryan | Nguyen, Ann o/b/o P.N. |
| Baker, Niny o/b/o Z.B. | Nguyen, Bich o/b/o A.N. |
| Ballard, Christopher o/b/o L.B. | Nguyen, Bich o/b/o D.N. |
| Ballard, Seketha o/b/o C.B. | Nguyen, Bich o/b/o J.N. |
| Bello-Pike, Daphane o/b/o C.B. | Nguyen, Bich o/b/o S.N. |
| Bennett, Elizabeth o/b/o E.B. | Nguyen, Dung |
| Bennett, Pamela o/b/o J.B. | Nguyen, Gong o/b/o L.N. |
| Biehl, Jacqueline o/b/o B.B. | Nguyen, Gong o/b/o S.N. |
| Biehl, Jacqueline o/b/o M.B. | Nguyen, Hong o/b/o L.N. |
| Blackston, Clarrisa o/b/o D.B. | Nguyen, Hong o/b/o L.N. |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 14 of 16*

Blackston, Clarrisa o/b/o L.B.
Bonnett, Elizabeth o/b/o T.B.
Booker, Orlanda o/b/o S.B.
Bourg, Tricia o/b/o B.B.
Bourgeois, April o/b/o J.D.
Bourgeois, April o/b/o J.F.
Bourgeois, April o/b/o L.B.
Bourgeois, April o/b/o P.B.
Branom, Teresa o/b/o H.B.
Broussard, Clifton o/b/o J.B.
Bui, Bich o/b/o M.N.
Caraviello, Dorena o/b/o K.C.
Catalanotto, Lisa o/b/o D.W.
Cochran, Amy o/b/o A.C.
Danley, Kristie o/b/o J.D.
Danley, Kristie o/b/o K.D.
Davis, Willie o/b/o J.D.
Davis, Willie o/b/o M.D.
Dillard, Carleaner o/b/o S.B.
Doan, Dan o/b/o C.N.
Doan, Dan o/b/o I.N.
Duong, Lieu o/b/o A.P.
Feigel, Kimberly o/b/o K.P.
Feigel, Kimberly o/b/o M.B.
Feigel, Kimberly o/b/o T.D.
Fleming, Gerald o/b/o Z.F.
Foster, Rondeshia o/b/o A.F.
Galloway, Jennifer o/b/o K.G.
Garcia, Kevin o/b/o K.G.
Garry, Kanita o/b/o K.M.
Giavotella, Michele o/b/o L.G.
Goff, Frank o/b/o S.B.
Goff, Luctrecia o/b/o K.G.
Guy, Jennifer o/b/o W.G.
Harbin, Bridgette o/b/o A.H.
Henderson, Stuart o/b/o R.H.
Hoda, Miranda o/b/o A.H.
Hoda, Miranda o/b/o A.P.
Hoda, Miranda o/b/o B.H.
Hoda, Miranda o/b/o B.P.
Hoda, Miranda o/b/o C.P.
Hood, Harvey o/b/o R.H.

Nguyen, John o/b/o T.N.
Nguyen, Lina o/b/o A.D.
Nguyen, Lina o/b/o D.N.
Nguyen, Long o/b/o S.N.
Nguyen, Nhan o/b/o V.N.
Odom, Krista o/b/o K.W.
Owenby, Valerie o/b/o D.M.
Pace, Tonya o/b/o J.M.
Pace, Tonya o/b/o T.P.
Parkinson, Lora o/b/o G.P.
Parkinson, Lora o/b/o M.P.
Parkinson, Lora o/b/o S.P.
Patrick, Jeremy o/b/o J.P.
Perks, David o/b/o E.S.
Perks, David o/b/o K.P.
Peterson, Carolyern
Peterson, Christopher o/b/o B.P.
Phillips, Samantha o/b/o A.P.
Piot, Pamela o/b/o C.K.
Piot, Pamela o/b/o C.K.
Piot, Pamela o/b/o D.T.
Preston, Lucy o/b/o D.C.
Preston, Lucy o/b/o K.C.
Preston, Lucy o/b/o K.M.
Preston, Lucy o/b/o L.D.
Preston, Lucy o/b/o T.S.
Preston, Lucy o/b/o Z.M.
Pullman, Kayla o/b/o M.M.
Rainey, Alice
Rasco, Maggie o/b/o C.W.
Rasco, Maggie o/b/o K.W.
Rasco, Maggie o/b/o K.W.
Rasco, Maggie o/b/o Z.W.
Rasmussen, Tina o/b/o J.R.
Ray, Dori o/b/o S.R.
Richardson, Amanda o/b/o K.R.
Richardson, Amanda o/b/o P.R.
Robbins, Richie o/b/o Z.Q.
Robinson, Angela o/b/o D.R.
Robinson, Angela o/b/o T.R.
Rogers, Cecil o/b/o E.R.
Rowell, Amber o/b/o Z.F.

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 15 of 16

| | |
|---|---|
| Hutto, Tammy o/b/o J.M. | Rowell, Noel o/b/o J.R. |
| Jackson, Arlene o/b/o Z.T. | Saunders, Sharice o/b/o C.W. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o J.P. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Evette o/b/o K.T. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Rose o/b/o A.J. | Shipman, Shirley o/b/o K.S. |
| Jenkins, Rose o/b/o C.J. | Shipman, Shirley o/b/o K.S. |
| Johnson, Brenda o/b/o S.S. | Smith, Jasmine o/b/o D.S. |
| Jones, Shawn o/b/o S.J. | Smith, Jasmine o/b/o N.S. |
| Kendrick, Shoneen o/b/o H.A. | Smith, Kiona o/b/o T.S. |
| Kendrick, Shoneen o/b/o N.A. | Smith, Mary o/b/o K.S. |
| Keppard, Kathy o/b/o K.V. | Smith, Mary o/b/o S.S |
| Keppard, Kathy o/b/o K.V. | Sonnier, Patricia o/b/o M.S. |
| Knight, Erika o/b/o J.L. | Speir, Stephanie o/b/o L.S. |
| Ladner, Yolaine | Speir, Stephanie o/b/o M.S. |
| Ladner, Yolaine o/b/o C.L. | Spiers, Michael o/b/o M.B. |
| Ladner, Yolaine o/b/o M.L. | Spiers, Regina o/b/o M.S. |
| Lafontaine, Kermit o/b/o D.L. | Swicegood, Dick o/b/o C.S. |
| Lafontaine, Kermit o/b/o K.L. | Thomas, Melanic o/b/o K.V. |
| Lafontaine, Kermit o/b/o Z.L. | Thomas, Pernice o/b/o C.T. |
| Lafontaine, Steven o/b/o J.L. | Thomas, Pernice o/b/o M.M. |
| Lafontaine, Steven o/b/o S.L. | Thompson, Gatric o/b/o L.M. |
| Laneaux, Mary | Thompson, Gatrick o/b/o C.S. |
| Lawrence, Mary o/b/o L.L. | Thompson, Gatrick o/b/o S.T. |
| Lawrence, Mary o/b/o V.B. | Tyler, Debra o/b/o K.T. |
| Le, Kim o/b/o K.L. | Varnado, Teressa o/b/o K.N. |
| Martin, Chrystal o/b/o E.M. | Varnado, Teressa o/b/o T.N. |
| Martin, Chrystal o/b/o M. | Vaughen, Kerry o/b/o K.V. |
| Martin, Glinda o/b/o V.M. | Vaughen, Kerry o/b/o K.V. |
| Mason, Shauna o/b/o A.B. | Vaughen, Kerry o/b/o T.R. |
| Mauffray, Lora | Vu, Hue o/b/o V.N. |
| Mauffray, Lora o/b/o A.M. | Walks, Marvin |
| Mauffray, Lora o/b/o J.M. | Walks, Nichole |
| McDaniel, Ethel | Watson, Ivy o/b/o A.W. |
| McDaniel, Ethel o/b/o L.A. | Watson, Ivy o/b/o L.W. |
| McDaniel, Ethel o/b/o L.M. | Welch, Aimee o/b/o G.W. |
| McDaniel, Tracy o/b/o M.M. | Welch, Aimee o/b/o T.F. |
| McDaniel, Tracy o/b/o P.M. | Wells, Tess o/b/o H.W. |
| Mclain, Walter o/b/o W.M. | White, Nikita o/b/o N.W. |
| Moffet, Brenna o/b/o A.S. | Williams, Raven o/b/o D.W. |
| Moffett, Brenna o/b/o H.M. | Williams, Robert o/b/o R.W. |
| Moran, Brandy o/b/o E.M. | Williams, Robert o/b/o T.W. |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 16 of 16

| | |
|---|---|
| Moran, Brandy o/b/o J.M. | Willis, Heather o/b/o J.D. |
| Moran, Marisa o/b/o K.S. | Willis, Heather o/b/o V.D. |
| Moran, Marisa o/b/o M.M. | Yarborough, Sherry o/b/o K.R. |
| Moran, Melissa o/b/o A.B. | Young, Katrina o/b/o J.W. |
| Moran, Tina o/b/o K.M. | Young, Katrina o/b/o J.W. |
| Morgan, Angel o/b/o N.M. | Young, Katrina o/b/o J.W. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Deborah o/b/o M.Z. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Katie o/b/o M.G. |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz