# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.
KENNETH H. LABORDE
LAMBERT M. LAPEROUSE
ROBERT I. SIEGEL
ANDREW A. BRAUN
LEO R. McALOON III
JOHN E. W. BAAY II
ANDREW M. ADAMS
MARGARET L. SUNKEL
DANIEL G. RAUH
RACHEL G. WEBRE
BRENDAN P. DOHERTY

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
MICHAEL D. CANGELOSI
TARA E. CLEMENT
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS
CHARLOTTE A. FIELDS

¹ LAW CORPORATION
² ALSO ADMITTED IN TEXAS
³ ALSO ADMITTED IN MISSISSIPPI
⁴ ONLY ADMITTED IN TEXAS
⁵ ALSO ADMITTED IN WASHINGTON

April 6, 2011

Mr. Ronnie Penton
Law Offices of Ronnie Penton
209 Hoppen Place
Bogalusa, Louisiana 70427

RE: **FEMA Trailer Formaldehyde Product Liability Litigation**
MDL No.: 1873, Sec. N(4)
Our File No.: 0200-24-7

Dear Counsel:

Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by May 6, 2011. Please contact us if you have any questions or concerns.

**Fantroy, Labarius:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN

**Gildersleeve, Charles:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN

**Jackson, DeiDra:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section B)
  - Standard Form 95

**Johnson, J. Lexus:**
- V. FEMA Trailer or Mobile Home Unit


EXHIBIT E

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Law Offices of Ronnie G. Penton
April 6, 2011
Page 2 of 2

- o VIN
- o Move In/Move Out date
- VI. Medical Background (Section C-D)
    - o Past/Current Smoking/Tobacco use

**Johnson, Mary:**
- V. FEMA Trailer or Mobile Home Unit
    - o VIN pertaining to the manufacturer Forest River

**Johnson, Nikia A.:**
- V. FEMA Trailer or Mobile Home Unit
    - o VIN
    - o Move In/Move Out
- VI. Medical Background (Section C-D)
    - o Past/Current Smoking/Tobacco use

**Walley, Jacqueline R.:**
- V. FEMA Trailer or Mobile Home Unit
    - o VIN

Sincerely,

Carson Strickland

Carson W. Strickland

CWS/kbd

cc:   Andrew Weinstock
      Justin Woods
      Dave Kurtz

## GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. MCALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACISIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]
J. MICHAEL DIGIGLIA[4]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[5]ONLY ADMITTED IN TEXAS
[6]ALSO ADMITTED IN WASHINGTON
[7]ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Ronnie G. Penton
Law Office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Re: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No.: 1873, Sec. N(4)
Our File No.: 0200-24-7
Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies are specified by client.

We understand that you may have received deficiency letters from our firm in the last month or two regarding some of these same clients; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any deficiency response that you made to deficiency letters that you previously received from our firm shall NOT serve as a response to this deficiency letter.

If you feel that you may have previously submitted a PFS for a specific client that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS, and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

| | |
|---|---|
| Collier, Cassaundra | Collier, Tyler |
| Dunbar, Devin R. | Dunbar, Linda |
| Fonren, Jasmine | Hall, Destiny T. |
| Hall, Thomas J. | Harris, Britney |
| Harris, Jonathan | Harris, Joshua |
| Harris, Michelle | Harris, Tianna |
| Johnson, Amanda | Johnson, Amber |
| Johnson, Chadrick | Johnson, J'Lexus |
| Johnson, Jr., Michael | Johnson, Mary |
| Johnson, Nikia A. | Jones, Jr., Randy |
| Jones, Ritha | Jones, Willie B. |
| Lilley, Alissa R. | Lilley, Matthew |
| Nelson, Hilda | Ponthieux, George A. |
| Ponthieux, Mary | Rogers, Thomas |
| Tolbert, Mariah | White, Betty Jean Frank |

# Law Office of Ronnie G. Penton

## Collier, Cassaundra

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Collier, Tyler

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Dunbar, Devin R.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Bar Code (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Dunbar, Linda

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Bar Code (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Fonren, Jasmine

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Names of All Trailer Residents (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Hall, Destiny T.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

# Law Office of Ronnie G. Penton

## Hall, Thomas J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
- Certification Signed by Plaintiff

## Harris, Britney

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Harris, Jonathan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Harris, Joshua

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Harris, Michelle

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Harris, Tianna

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Johnson, Amanda

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Johnson, Amber

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
- Certification Signed by Plaintiff

# Law Office of Ronnie G. Penton

### Johnson, Chadrick

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

### Johnson, J'Lexus

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    FEMA I.D. # (PFS Sec. V.A.3)
    Bar Code (PFS Sec. V.A.4)
    Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
    Future Medical Claim (PFS Sec. III. C. 2)
    Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
    Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

### Johnson, Jr., Michael

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
    Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)
    Certification Signed by Plaintiff

### Johnson, Mary

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
    Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

### Johnson, Nikia A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    FEMA I.D. # (PFS Sec. V.A.3)
    Bar Code (PFS Sec. V.A.4)
    Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
    Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
    Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

### Jones, Jr., Randy

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

    Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

# Law Office of Ronnie G. Penton

## Jones, Ritha

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Names of All Trailer Residents (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Jones, Willie B.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Names of All Trailer Residents (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Lilley, Alissa R.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Lilley, Matthew

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Nelson, Hilda

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Ponthieux, George A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Bar Code (PFS Sec. V.A.4)
- Prior Medical History [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Ponthieux, Mary

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Bar Code (PFS Sec. V.A.4)
- Prior Medical History [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

# Law Office of Ronnie G. Penton

## Rogers, Thomas

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Tolbert, Mariah

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## White, Betty Jean Frank

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Ronnie G. Penton
June 29, 2011

If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

Mike DiGiglia

JMD/maa/kbd

cc:  Andrew Weinstock, Esq.
     Justin Woods, Esq.
     Dave Kurtz, Esq.
     Henry T. Miller

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ
MICHAEL E. HILL[2]
A. SIMONE MANUEL

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027-9064
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]
J. MICHAEL DiGIGLIA[6]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON
[6] ALSO ADMITTED IN COLORADO

August 8, 2011

Mr. Ronnie Penton
Law Office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No.: 1873, Sec. N(4)
Our File No.: 0200-24-7

Dear Counsel:

This firm represents Forest River and Vanguard in the above referenced litigation. Below is a list of deficiencies associated with the Plaintiff Fact Sheets ("PFS") submitted by your office. The deficiencies listed below are pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies is specified by client.

As you are aware, PTO 88 provides you with up to 60 days to provide a response to the attached deficiencies for each plaintiff that actually cures those deficiencies or the plaintiff may be subject to dismissal. Accordingly, your client's responses to our deficiency must be provided to our office on or before October 7, 2011.

Should you have any questions regarding the foregoing, please do not hesitate to contact my office.

**Johnson, Mary:**
Number of hours spent in the trailer each day (Section V.13.)

Sincerely,

J. Mike DiGiglia

JMD/kbd

Cc: Andrew Weinstock, Esq.
Justin Woods, Esq.
David Kurtz, Esq.
Henry T. Miller