UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Dawn Esposito, et. al. vs. Gulf Stream Coach, Inc., et. al.* Cause: 09-4718 Plaintiff: Danny Washington | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Danny Washington.

3. On April 17, 2009, Plaintiff's attorney began calling Danny Washington monthly in order to obtain a valid FEMA identification number.

4. On April 23, 2012, Plaintiff's attorney began calling client to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet and in the Motion to Dismiss filed before the court.

5. On May 2, 2012, Plaintiff's attorney made contact with Shermanda Washington who stated that Mr. Washington was in the hospital and would have to call back. Furthermore, contact

EXHIBIT "A"

made again with Mr. Washington on May 4, 2012, at which time she stated that Mr. Washington was having some teeth pulled and would return the call when he was able. Watts Hilliard is still attempting to contact client in order to obtain the answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

6. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 25, 2011 for the Plaintiff, Danny Washington. Plaintiffs attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

7. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

09/30/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Letter 11-10-08
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
05/13/2011 - FEMA 5-13-2011 Status Letter - Returned: 6/1/2011
05/20/2011 - Non-Lit Manufactured Settlement Notice - Returned: 6/6/2011
04/19/2012 - FEMA Motion to Dismiss Non Compliant - Returned: 4/25/2012

Signed this the __8th__ day of __May__, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __8th__ day of __May__, 2012, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS