UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION <br><br> JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: <br> *Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.* <br> Cause: 09-7078 <br> Plaintiff: *Rene Acker as Next Friend of J. A.* | * * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS               §

COUNTY OF NUECES        §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Rene Acker as Next Friend of J. A..

3. On September 26, 2011, Plaintiff's attorney began calling Rene Acker monthly in order to obtain answers to the deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. On April 12, 2012, Plaintiff's attorney began calling Rene Acker twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. On September 21, 2009, Plaintiff's attorney performed "Person Searches" to attempt to locate the said client and have had no success.

EXHIBIT "A"

6. The phone numbers on file and the phone numbers retrieved from Person Searches appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 16, 2011 for the Plaintiff, Rene Acker as Next Friend of J. A. Plaintiff's attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on August 16, 2011.

8. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   10/02/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Letter 11-10-08
   10/23/2009 - No Contact Letter No Deadline
   10/30/2009 - No Contact Letter No Deadline
   05/13/2011 - FEMA 5-13-2011 Status Letter
   04/19/2012 - FEMA Motion to Dismiss Non Compliant

Signed this the 8th day of May, 2012.

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012 to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS