UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*McNair, et al. v. Gulf Stream Coach, Inc., et al.*
Civil Action No. 09-7078
Plaintiffs:   Rene Acker obo J.A.
                   Robert Alford

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheets and Deficiencies called for Watts Hilliard Plaintiffs.

3. We searched our files diligently and we could find no record of receiving deficiency letters regarding the Plaintiff Fact Sheets for Robert Alford.

EXHIBIT "B"

Signed this the __7th__ day of __May__, 2012

_Nicole Porter_
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __7th__ day of __May__, 2012, to certify which witness my hand and seal of office.

_Wynter Lee_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014