UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** *Shera Borne, as Next Friend of J. S., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.* Cause: 10-1280 Plaintiff: Aiken Abstance | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Aiken Abstance.

3. On September 26, 2011, Plaintiff's attorney began calling Aiken Abstance monthly in order to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. On April 12, 2012, Plaintiff's attorney began calling Aiken Abstance twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. On April 13, 2012, Plaintiff's attorney made contact with Jamie Pitts, who is the sister of Amanda Nieves. Ms Pitts stated that Ms Nieves was dating Aiken Abstance starting in 2007

while she was residing in the trailer, but they broke up in December of 2009. She went further to say that Aiken Abstance was currently incarcerated and that Ms. Nieves was going to move to South Carolina to be closer to Mr Abstance as they have 2 children together. Ms. Pitts did provide the contact number for Ms. Nieves; however, to date Plaintiff's attorney has not been able to make direct contact and has left numerous messages.

6. On April 20, 2012, Plaintiff's attorney has performed "Person Searches" and Accurints in another attempt to locate the said client and have had no success.

7. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 23, 2011 for the Plaintiff, Aiken Abstance. Plaintiff's attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

8. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter - Returned: 3/1/2010
05/13/2011 - FEMA 5-13-2011 Status Letter - Returned: 5/20/2011
04/12/2012 - FEMA Motion to Dismiss Non Compliant - Returned: 4/23/2012

Signed this the __8th__ day of __May__, 20__12__

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __8th__ day of __May__, 20__12__, to certify which witness my hand and seal of office.



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS