EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION |
| | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Shera Borne, as Next Friend of J. S., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.* Cause: 10-1280 Plaintiff: Woodie Allen as Next Friend of K.A. | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Woodie Allen as Next Friend of K.A. .

3. On April 11, 2012, Plaintiff's attorney began calling Woodie Allen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On April 12, 2012, Plaintiff's attorney has performed "Person Searches" and Accurints on April 19, 2012 to attempt to locate the said client.

5. On April 13, 2012, Plaintiff's attorney made contact with Woodie Allen who refused to answers the questions on file and wanted us to stop calling. Mr. Allen was advised that if he

was not interested in pursuing his case that he would need to send in a letter signed indicating his wishes of not wanting to pursue his case. To date Watts Hilliard has not obtained the answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court nor a letter from Mr. Allen asking to dismiss his case.

6. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 29, 2011 for the Plaintiff, Woodie Allen as Next Friend of K.A. Plaintiff's attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

7. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

10/02/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Letter 11-10-08
04/16/2009 - FEMA Power of Attorney Cover Letter
06/27/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Letter Deadline Letter
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
05/13/2011 - FEMA 5/13/2011 Status Letter
02/14/2012 - Voluntary Dismissal Confirmation Letter - Returned on 3/26/2012
04/12/2012 - FEMA Motion to Dismiss due to Non Compliant
04/27/2012 - No Contact Letter for Active Clients No Deadline

Signed this the __8th__ day of _____May_____, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __8th__ day of ____May____, 2012, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014