# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Necaise, et al. v. Gulf Stream Coach, Inc., et al.*
Civil Action No. 10-2229
Plaintiffs:
- Michael Acker
- Betty Adams
- Varielyn Adams
- Dewight Allen
- Gertrude Anderson
- George Wilner, III
- Elise Wilson
- Alex Winter obo B.W.
- Candida Winter
- Derick Winter
- Jackie Winter
- Jasmine Winter
- Kendrick Winter
- Greg Winter
- Keva Winter
- Lisa Winter
- Ronald Winter
- Sharon Winter
- Stacey Winter
- Tonya Winter
- Candace Winters
- Shawanda Winters
- Brian Washington
- Latoya Washington
- Monique Mitchell obo M.W.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Michael Acker, Betty Adams, Varielyn Adams, Dewight Allen, Gertrude Anderson, George Wilner, III, Elise Wilson, Alex Winter obo B.W., Candida Winter, Derick Winter, Jackie Winter, Jasmine Winter, Kendrick Winter, Greg Winter, Keva Winter, Lisa Winter, Ronald Winter, Sharon Winter, Stacey Winter, Tonya Winter, Candace Winters, Shawanda Winters, Brian Washington, Latoya Washington, Monique Mitchell obo M.W. (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25232).

A.   SPECIFIC PLAINTIFFS

Defendant Gulf Stream Coach, Inc. ("Gulf Stream") claims deficiencies in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

### 1. Michael Acker, Dewight Allen, George Wilner, III, Stacey Winter, Tonya Winter, Candace Winters, Shawanda Winters, Brian Washington, Latoya Washington

Defendant claims that there are deficiencies in Plaintiff's Fact Sheet subjecting Plaintiffs Michael Acker, Dewight Allen, George Wilner, III, Stacey Winter, Tonya Winter, Candace Winters, Shawanda Winters, Brian Washington, Latoya Washington to dismissal under Pre-Trial Orders Nos. 2, 32, 86 & 88. PTO 2, established that prior to moving for dismissal due to material deficiencies, Defendant must send a letter specifically identifying the deficiencies and allow thirty (30) days to cure the deficiency. Rec. Doc. 87, pp. 87-9.

PTO 32, Rec. Doc. 1180, confirmed the necessity of sending a letter notifying counsel of the specific material deficiencies and providing thirty (30) days to cure before moving for dismissal. p. 5. PTO's 86, and 88 did not change these procedures.

Plaintiff's counsel has diligently searched their files and has not been able to locate any letters from defense counsel identifying deficiencies for these Plaintiffs. See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "A". Defendants, therefore, are not entitled to dismissal, as Plaintiffs's counsel has no record of receiving a deficiency notice and further the 30 day period for curing has not been triggered or expired for these Plaintiffs.

2. **Betty Adams**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on May 8, 2012. See attached Exhibit "B". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32, 86 & 88 and her claims should not be dismissed.

3. **Varielyn Adams**

Plaintiff's counsel has made repeated attempts to contact Gertrude Allen, but has not been successful in reaching her. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "C".

4. **Gertrude Anderson**

Plaintiff's counsel has made repeated attempts to contact Gertrude Allen, but has not been successful in reaching her. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "D".

5. **Elise Wilson**

Plaintiff's counsel has made repeated attempts to contact Elise Wilson, but has not been successful in reaching her. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "E".

3

6. **Alex Winter obo Brandy Winter**

Plaintiff's counsel has made repeated attempts to contact Brandy Winter but has not been successful in reaching her. Counsel would further show that Brandy Winter's date of birth is December 25, 1992, and although suit was originally brought by Alex Winter on behalf of Brandy Winter, Brandy Winter became of majority age in December 2010. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "F".

7. **Candida Winter**

Plaintiff's counsel has made repeated attempts to contact Candida Winter, but has not been successful in reaching her. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "G".

8. **Derick Winter**

Plaintiff's counsel has made repeated attempts to contact Derick Winter, but has not been successful in reaching him. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "H".

9. **Jackie Winter**

Plaintiff's counsel has made repeated attempts to contact Jackie Winter, but has not been successful in reaching her. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "I".

10. **Jasmine Winter**

Plaintiff's counsel has made repeated attempts to contact Jasmine Winter, but has not been successful in reaching her. For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "J".

**11.    Kendrick Winter**

Plaintiff's counsel has made repeated attempts to contact Kendrick Winter, but has not been successful in reaching him.  For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "K".

**12.    Greg Winter**

Plaintiff's counsel has made repeated attempts to contact Greg Winter, but has not been successful in reaching him.  For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "L".

**13.    Keva Winter**

Plaintiff's counsel has made repeated attempts to contact Keva Winter, but has not been successful in reaching her.  For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "M".

**14**.    **Lisa Winter**

Plaintiff's counsel has made repeated attempts to contact Lisa Winter, but has not been successful in reaching her.  For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "N".

**15.    Ronald Winter**

Plaintiff's counsel has made repeated attempts to contact Ronald Winter, but has not been successful in reaching him.  For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "O".

**16.    Sharon Winter**

Plaintiff's counsel has made repeated attempts to contact Sharon Winter, but

has not been successful in reaching her.  For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "P".

### 17.     Monique Mitchell obo M.W.

Plaintiff's counsel has made repeated attempts to contact Monique Mitchel obo M.W., but has not been successful in reaching her.  For more details Plaintiffs would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "Q".

### B.     CONCLUSION

For the reasons set forth above, Plaintiffs herein pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

6

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of May, 2012.

      /s/ Robert C. Hilliard

      _____

      **ROBERT C. HILLIARD**