UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | MDL NO. 1873<br>LIABILITY LITIGATION |

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Necaise, et al. v. Gulf Stream Coach,*
*Inc., et al.*
Civil Action No. 10-2229
Plaintiffs:    Michael Acker
        Betty Adams
        Varielyn Adams
        Dewight Allen
        Gertrude Anderson
        George Wilner, III
        Elise Wilson
        Alex Winter obo B.W.
        Candida Winter
        Derick Winter
        Jackie Winter
        Jasmine Winter
        Kendrick Winter
        Greg Winter
        Keva Winter
        Lisa Winter
        Ronald Winter
        Sharon Winter
        Stacey Winter
        Tonya Winter
        Candace Winters
        Shawanda Winters
        Brian Washington
        Latoya Washington
        Monique Mitchell obo M.W.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES            §

**EXHIBIT "A"**

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1.   My name is Nicole Porter.  I am over eighteen years of age and I have personal knowledge of the facts stated herein.  The statements contained in this affidavit are true and correct.

2.   I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C.  I have been the person who has been handling the Plaintiff Fact Sheets and Deficiencies called for Watts Hilliard Plaintiffs.

3.   We searched our files diligently and we could find no record of receiving deficiency letters regarding the Plaintiff Fact Sheets for Micheal Acker, Dewight Allen, George Wilner, III, Stacey Winter, Tonya Winter, Candace Winters, Shawanda Winters, Brian Washington, and Latoya Washington.

Signed this the ___7th___ day of _____May_____, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __7th__ day of _____May_____, 2012, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014