# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 212718  **Cause No.** 10-2229
**Case Name** Adams, Betty  **Case Style** Wilma Necaise, as Representative of the Estate
**DOB** 9/9/1941  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8). |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**Answer**
No, I am not claiming psychological injury and treatment received.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to indicate whether he or she was requesting reimbursement of medical expenses or give an amount of requested reimbursement, as required by Section III (C)(9). |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**Answer**
No, I am not requesting reimbursement of medical expenses or the amount.

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to provide the bar code of the FEMA housing unit in which he or she claims to have resided, as required by Section V(A)(4). |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**Answer**
I do not recall the bar code.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the number of hours spent in the FEMA housing unit each day, as required by Section V (A)(13). |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**EXHIBIT "B"**

**Answer**
The number of hours spent I in the FEMA housing unit was about 16 hours.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 212718   **Cause No.** 10-2229
**Case Name** Adams, Betty   **Case Style** Wilma Necaise, as Representative of the Estate
**DOB** 9/9/1941   **SSN** 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

| Question # | Question |
|---|---|
| 5 | Plaintiff failed to provide information regarding his or her smoking history, as required by Section VI (C). |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**Answer**
This question does not pertain to me as I do not nor have I ever smoked.

| Question # | Question |
|---|---|
| 6 | Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D). |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**Answer**
This question does not pertain to me as no one is the trailer smoked.

| Question # | Question |
|---|---|
| 7 | Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B). |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**Answer**
No, I did not receive any treatment for my formaldehyde related illness.

| Question # | Question |
|---|---|
| 8 | Certification. |

**Pet ID** 1794
**Def ID** 22
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 212718  **Cause No.** 10-2229
**Case Name** Adams, Betty  **Case Style** Wilma Necaise, as Representative of the Estate
**DOB** 9/9/1941  **SSN** 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

| |
|---|
| I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided. |

_____        5/6/2012
Plaintiff or Representative      Date