UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Wilma Necaise, as Representative of the Estate of Marvin Nacaise, deceased, et. al. vs. Gulf Stream, Inc. et. al.* Cause: 10-2229 Plaintiff: *Varielyn Adams* | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Varielyn Adams.

3. On February 20, 2009, Plaintiff's attorney started calling Varielyn Adams on a monthly basis in order to obtain a valid trailer information until September 22, 2009.

4. On April 23, 2012, Plaintiff's attorney began calling Varielyn Adams twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. The phone numbers on file appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

**EXHIBIT "C"**

6. Furthermore, Plaintiffs attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 30, 2011 for the Plaintiff, Varielyn Adams. Plaintiffs attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

7. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

10/02/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Letter 11-10-08
07/14/2009 - FEMA Non-Town Hall Meeting Plaintiff Fact Sheet Packet
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
05/27/2010 - FEMA Unmatched Final Warning Letter
05/13/2011 - FEMA 5-13-2011 Status Letter - Returned: 5/31/2011
04/19/2012 - FEMA Motion to Dismiss Non Compliant

Signed this the 8th day of May, 2012.

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS