UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | **MDL NO. 1873** **LIABILITY LITIGATION** **JUDGE ENGELHARDT** **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Wilma Necaise, as Representative of the Estate of Marvin Nacaise, deceased, et. al. vs. Gulf Stream, Inc. et. al.* *Cause: 10-2229* *Plaintiff: Brandy Winter* | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Brandy Winter

3. On September 22, 2011, Plaintiff's attorney began calling Brandy Winter monthly in order to obtain answers to the deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. On April 11, 2012 Plaintiff's attorney began calling client to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet and in the Motion to Dismiss filed before the court.

5. On December 20, 2010 Plaintiff's attorney performed a "Person Search" in an attempt to locate said client, and have had no success.

**EXHIBIT "F"**

6. The phone numbers on file appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 25, 2011 for the Plaintiff, Monique Mitchell, and Plaintiffs attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

8. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

```
10/03/2006 - FEMA Plaintiff Fact Sheet Packet - Returned: 11/14/2008
11/10/2008 - FEMA Status Letter 111008 - Returned: 11/14/2008
02/20/2009 - No Contact Letter No Deadline - Returned: 03/04/2009
03/06/2009 - No Contact Letter No Deadline
03/13/2009 - No Contact Letter No Deadline - Returned: 3/20/2009
03/20/2009 - No Contact Letter No Deadline - Returned: 3/27/2009
03/27/2009 - No Contact Letter No Deadline - Returned: 4/3/2009
06/30/2009 - FEMA Town Hall Meeting Letter - Returned: 7/7/2009
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter - Returned: 8/6/2009
10/23/2009 - No Contact Letter No Deadline - Returned: 10/30/2009
10/30/2009 - No Contact Letter No Deadline - Returned: 11/6/2009
11/13/2009 - No Contact Letter No Deadline - Returned: 11/30/2009
12/31/2009 - No Contact Letter No Deadline - Returned: 1/11/2010
02/04/2010 - FEMA No FEMA Number Warning Letter
02/05/2010 - No Contact Letter No Deadline - Returned: 2/15/2010
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter - Returned: 2/22/2010
04/09/2010 - No Contact Letter No Deadline - Returned: 4/16/2010
04/23/2010 - No Contact Letter No Deadline
05/07/2010 - No Contact Letter No Deadline - Returned: 5/14/2010
05/27/2010 - FEMA - No FEMA Number Final Warning Letter - Returned: 6/7/2010
06/04/2010 - No Contact Letter No Deadline - Returned: 6/14/2010
06/18/2010 - No Contact Letter No Deadline - Returned: 6/25/2010
07/16/2010 - No Contact Letter No Deadline - Returned: 7/26/2010
07/19/2010 - Watts Hilliard - Plaintiff Fact Sheet No Contact Letter - Returned: 7/28/2010
08/27/2010 - No Contact Letter No Deadline - Returned: 9/7/2010
09/10/2010 - No Contact Letter No Deadline - Returned: 9/17/2010
09/24/2010 - No Contact Letter No Deadline - Returned: 10/1/2010
10/22/2010 - No Contact Letter No Deadline - Returned: 10/28/2010
11/05/2010 - No Contact Letter for Active Clients No Deadline - Returned: 11/18/2010
12/10/2010 - No Contact Letter No Deadline - Returned: 12/14/2010
12/29/2010 - No Contact Letter No Deadline - Returned: 1/6/2011
05/13/2011 - FEMA 5-13-2011 Status Letter - Returned: 5/23/2011
04/19/2012 - FEMA Motion to Dismiss NC - Returned: 4/26/2012
```

Signed this the 8th day of May, 2012

*/s/ Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012, to certify which witness my hand and seal of office.



*Wynter Lee*

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS