UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION |
| | | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Wilma Necaise, as Representative of the Estate of Marvin Nacaise, deceased, et. al. vs. Gulf Stream, Inc. et. al.*
*Cause: 10-2229*
*Plaintiff: Monique Mitchell as Next Friend of M.J.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Monique Mitchell as Next Friend of M.J..

3. On September 23, 2011, Plaintiff's Attorney began calling Monique Mitchell monthly in order to obtain answers to the deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. On April 11, 2012 Plaintiff's attorney began calling client to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet and in defense's Motion to Dismiss filed before the court.

5. The phone numbers on file appear to be invalid. To further clarify, the numbers are either

**EXHIBIT "Q"**

6. Furthermore, Plaintiff's attorneys were served with deficiencies on the Plaintiff Fact Sheet on June 25, 2011 for the Plaintiff, Monique Mitchell, and Plaintiffs attorney submitted supplemental answers to deficiencies for the Plaintiff Fact Sheet based on materials in the file on September 8, 2011.

7. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

    10/03/2008 - FEMA Plaintiff Fact Sheet Packet
    11/10/2008 - FEMA Status Letter 11-10-08
    04/16/2009 - FEMA Power Of Attorney Cover Letter
    06/29/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter - Returned: 9/2/2009
    12/31/2009 - No Contact Letter No Deadline
    02/04/2010 - FEMA No FEMA Number Warning Letter
    02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
    05/27/2010 - FEMA - No FEMA Number Final Warning Letter
    05/13/2011 - FEMA 5-13-2011 Status Letter
    04/19/2012 - FEMA Motion to Dismiss Non Compliant

Signed this the 8th day of May, 2012.

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of May, 2012, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS