**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Jackson, et al. v. Gulf Stream Coach,* | | * | |
| *Inc., et al.* | | * | |
| No. 10-2231 | | * | |
| Plaintiffs: | Dominique Acker | * | |
| | Adrianna  Watson | * | |
| | Anna Mae Watson | * | |
| | Chris Watson | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**</u>

COME NOW Dominque Acker, Adrianna Watson, Anna Mae Watson, and Chris Watson (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25240).

Defendant Gulf Stream Coach, Inc. ("Gulf Stream") claims deficiencies  in Plaintiffs' Fact Sheets.  Defendant's claims will be addressed in sequence.  Plaintiffs would respond generally that they have materially complied with the Fact Deficiency process and their claims should not be dismissed.

1.     **Dominique Acker**

Plaintiff's counsel has Plaintiff's counsel has made repeated attempts to contact Dominique Acker, however, has been unsuccessful in reaching her.  For more detail,

counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "A".

**2.    Adrianna Watson**

Plaintiff's counsel has Plaintiff's counsel has made repeated attempts to contact Adrianna Watson, however, has been unsuccessful in reaching her.  For more detail, counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "B".

**3.    Anna Mae Watson**

Plaintiff's counsel has Plaintiff's counsel has made repeated attempts to contact , Anna Mae Watson however, has been unsuccessful in reaching her.  For more detail, counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "C".

**4.    Chris Watson**

 Plaintiff's counsel has Plaintiff's counsel has made repeated attempts to contact Chris Watson, however, has been unsuccessful in reaching him.  For more detail, counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "D".

For the reasons set forth above, Plaintiffs Dominique Acker, Adrianna Watson, Anna Mae Watson, and Chris Watson pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of May, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**