UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Pujol, et al. v. Gulf Stream Coach, Inc., et al.* | | * | |
| Civil Action No. 10-2232 | | * | |
| Plaintiffs: | Lisa Anderson | * | |
| | Brian Webb | * | |
| | Maria Webb | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Lisa Anderson, Brian Webb and Maria Webb (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25244).

Defendant Gulf Stream Coach, Inc. ("Gulf Stream") claims deficiencies in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

1. **Lisa Anderson**

Plaintiff's has made repeated attempts to contact Lisa Anderson, however, has been unsuccessful in reaching her. For more detail, counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "A".

2. **Brian Webb**

Plaintiff's has made repeated attempts to contact Brian Webb, however, has been

unsuccessful in reaching him. For more detail, counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "B".

3.  **Maria Webb**

Defendant claims that there are deficiencies in Plaintiff's Fact Sheet subjecting Plaintiff to a dismissal under Pre-Trial Orders Nos. 2, 32, 86 & 88. PTO 2, established that prior to moving for dismissal due to material deficiencies, Defendant must send a letter specifically identifying the deficiencies and allow thirty (30) days to cure the deficiency. Rec. Doc. 87, pp. 87-9.

PTO 32, Rec. Doc. 1180, confirmed the necessity of sending a letter notifying counsel of the specific material deficiencies and providing thirty (30) days to cure before moving for dismissal. p. 5. PTO's 86, and 88 did not change these procedures. Plaintiff's counsel has diligently searched their files and has not been able to locate any letters from defense counsel identifying deficiencies for Plaintiff. See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit "C". Defendants, therefore, are not entitled to dismissal, as Plaintiff's counsel has no record of receiving a deficiency notice and further the 30 day period for curing has not been triggered or expired.

For the reasons set forth above, Plaintiffs Lisa Anderson, Brian Webb and Maria Webb pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700

2

Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of May, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**