UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## O R D E R

Due to a conflict in the Court's schedule, the status conference, presently scheduled for Friday, May 18, 2012, at 9:15 a.m., is rescheduled for 9:30 a.m. on the same date.

New Orleans, Louisiana, this 7th day of May, 2012.

                                         _____
                                         **KURT D. ENGELHARDT**
                                         **United States District Judge**