# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248039

**Cause No.** 10-2233

**Case Name** Alex, Gloria D.

**Case Style** Amanda Nieves, et. al. vs. Gulf Stream Coach,

**DOB** 6/24/1951    **SSN** 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

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to provide information regarding psychological treatment or respond to whether he was claiming a psychological injury, as required by Section III (C)(8) |

**Pet ID**
1797

**Def ID**
22

**Notice #**
MTD NC

**Answer**

I am not claiming psychological treatment or claiming a psychological injury.

| Question # | Question |
|---|---|
| 2 | Plaintiff failed to provide the VIN Number of the FEMA housing unit in which he or she claims to have resided, as required by Section V (A)(2) |

**Pet ID**
1797

**Def ID**
22

**Notice #**
MTD NC

**Answer**

I do not recall the VIN Number.

** client does not have this info.8779

| Question # | Question |
|---|---|
| 3 | Plaintiff failed to provide the bar code of the FEMA housing unit in which he or she claims to have resided, as required by Section V(A)(4) |

**Pet ID**
1797

**Def ID**
22

**Notice #**
MTD NC

**Answer**

I do not recall the bar code number of the FEMA housing unit.

** client does not have this info.

| Question # | Question |
|---|---|
| 4 | Plaintiff failed to provide the names of all residents of the trailer in addition to failing to provide a VIN number, as required by Section V (E) |

**Pet ID**
1797

**Def ID**
22

## EXHIBIT "A"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248039

**Cause No.** 10-2233

**Case Name** Alex, Gloria D.

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach,

**DOB** 6/24/1951     **SSN** 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

**Notice #**
MTD NC

**Answer**
I do not recall the information of other persons who resided with me in my FEMA housing unit.

**Question #**
5

**Question**
Plaintiff failed to provide the smoking history of other trailer residents, as required by Section VI (D)

**Pet ID**
1797

**Def ID**
22

**Notice #**
MTD NC

**Answer**
I smoke 1/2 pack of cigarettes pre day since 1990, 22 years ago. I never smoked in the trailer.

What is the smoking history of the other trailer residents?

**Question #**
6

**Question**
Plaintiff failed to provide information regarding treatment for his or her formaldehyde related illness, as required by Section VII (B).

**Pet ID**
1797

**Def ID**
22

**Notice #**
MTD NC

**Answer**
I was never treated for formaldehyde exposure.

**Question #**
7

**Question**
Did not sign certification.

**Pet ID**
1797

**Def ID**
22

**Notice #**
MTD NC

**Answer**
Please see attached Certification Page.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248039

**Cause No.** 10-2233

**Case Name** Alex, Gloria D.

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach,

**DOB** 6/24/1951   **SSN** 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

_____
Plaintiff or Representative

5/6/2012
_____
Date