# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Frank J. D'Amico, Jr., Esq.
Frank J. D'Amico, Jr., APLC
4731 Canal Street
New Orleans, Louisiana 70119

    Re:    *FEMA Trailer Formaldehyde Product Liability Litigation*
            USDC, EDLA, MDL № 09-1873
            Our Ref №: 0200-24-7

Dear Counsel:

    Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| 10-4650 | **Anderson, Carlisa v. Forest River** | |
|---|---|---|
| | Anderson, Carlisa o/b/o A.A. | Ladner, Danielle o/b/o C.L. |
| | Broussard, Dawn o/b/o K.B. | Mathis, Edd Wayne |
| | Broussard, Dawn o/b/o M.B. | Mathis, Jessica |
| | Cornelison, John Wesley | Mathis, Jessica o/b/o F.M. |
| | Cornelison, Marcelyn | Schoon, Karen |
| | Cunningham, Cheryl o/b/o C.C. | Schoon, Karen o/b/o K.W. |
| | Gronkoski, Edith o/b/o M.T. | Schoon, Raymond B. |
| | Harbin, Charlotte | Smith, Jamie o/b/o J.S. |
| | Henley, Willie | Smith, Jamie o/b/o J.S. |
| | Hines, Stephanie | Smith, Jamie o/b/o K.K. |



EXHIBIT A

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Frank J. D'Amico, Jr., APLC*
*May 2, 2011*
*Page 2 of 5*

|  | | |
|---|---|---|
|  | Keels, Gretchen o/b/o A.A.K. | Smith, Thomas |
|  | Kiesling, Charles | Tedford, Carolyn Sue o/b/o J.M. |
|  | Kiesling, Charles o/b/o L.M. | |
| 10-579 | **Anderson, Carlisa v. Forest River** | |
|  | Cornelison, John Wesley | Mathis, Jessica |
|  | Cornelison, Marcelyn | Felicia Mathis |
|  | Harbin, Charlotte | Schoon, Karen |
|  | Henley, Willie | Kayla Wilson |
|  | Hines, Stephanie | Schoon, Raymond B. |
|  | Kiesling, Charles | Smith, Jamie |
|  | Leon Morrison | Smith, Thomas |
|  | Mathis, Edd Wayne | |
| 09-8637 | **Armwood, Reggie v. Forest River** | |
|  | Celestine, Jerome | Kalil Jefferson |
|  | Green, Nakita | Roberts, Herbert |
|  | Harris, Martin | Surtain, Osborne Jr. |
|  | Conner Hill | Taylor, Anna |
| 10-4649 | **Breland, Sam v. Forest River** | |
|  | Gillum, Jancie o/b/o T.G. | Parish, Tahirah o/b/o A.N.P. |
|  | McElroy, Jennifer o/b/o T.D. | Parish, Tahirah o/b/o D.A.P. |
|  | McElroy, Jennifer o/b/o J.D. | Rogers, Vangila o/b/o S.M. |
|  | Nelson, Tina o/b/o M.N. | |
| 09-8636 | **Butler, Dorothy v. Forest River** | |
|  | Ainey, Melvin | Lapage, Charles Jr. |
|  | Ayalia, Marcilio | Lapage, Charles Sr. |
|  | Bailes, Michael Sr. | Leone, Martin |
|  | Bailes, Michael Sr. o/b/o Angel Bailes | Melerine, Gwendolyn |
|  | Bailes, Michael Sr. o/b/o Michael Bailes, Jr. | Melerine, Gwendolyn obo Brittney Melerine |
|  | Barnes, Michael Jr. | Melerine, Leo Jr. |
|  | Boswell, Felicia | Navarre, Kevin Sr. |
|  | Comeaux, David Sr. | Navarre, Sandra |
|  | Comeaux, Evangeline | Navarre, Sandra o/b/o Kevin Navarre Jr. |
|  | Diggins, Annell | Pellissier, Grant |
|  | Duplessis, Alvin | Pellissier, Julia |
|  | Favorite, Wynoka o/b/o Carl Favorite, Jr. | Pichon, Normeisha Deborah |
|  | Ferchaud, Janice | Puderer, Crystin |
|  | Ferchaud, Kern | Raylor, Gregory Raymond |
|  | Finnie, Lavonzell | Scott, Melissa |
|  | Garrett, Delron | Small, Gary |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Frank J. D'Amico, Jr., APLC*
*May 2, 2011*
*Page 3 of 5*

|  |  |  |
|---|---|---|
|  | Gutieny, Onelia | Thompson, Antonio |
|  | Harris, Richard | Weston, Robin M. |
|  | Henry, David Sr. | Wilkerson, Jane |
|  | Hughes, Denise | Williams, Phifichia |
|  | Lanier, Wallace | Wilson, Tino |
| 09-8633 | **Charles, Christopher v. Forest River** |  |
|  | Jones, Patricia |  |
| 09-8631 | **Cheek, Helen v. Forest River** |  |
|  | Joseph, Harold o/b/o Gary Joseph |  |
| 09-8534 | **Gioiello, Phillip v. Vanguard** |  |
|  | Gioiello, Phillip o/b/o Alyssa Gioiello |  |
| 09-8630 | **Helmsetter, Johnnie v. Forest River** |  |
|  | Stevens, Lionel |  |
| 09-8634 | **Hunter, Christopher v. Forest River** |  |
|  | Wagnon, Robert Jr. | Perniciaro, Gwendolyn |
|  | Bridges, Helen | Thurmond, Edward Jr. |
|  | Gozan, Larry | Williams, Stacy |
|  | Jackson, Jimmie | Wood, Dexter |
|  | McCormick, Connie | Wood, Dexter o/b/o Balton Wood |
|  | Perniciaro, Brossie |  |
| 10-4545 | **LeBouef, Karen v. Forest River** |  |
|  | Wagnon, Robert Jr. |  |
| 09-7705 | **Mitchell, Linda v. Forest River** |  |
|  | Mitchell, James Sr. | Mitchell, Timeka o/b/o A.B., Jr. |
|  | Mitchell, Jermaine | Mitchell, Timeka o/b/o J.M. |
|  | Mitchell, Timeka |  |
| 10-0425 | **Mitchell, Linda v. Forest River** |  |
|  | Ferchaud, Vel'Jon | Mitchell, Tomika |
|  | Ferchaud, Vel'Jon o/b/o B.F. | Mitchell, Tomika o/b/o T.M. |
| 09-8533 | **Newman, Elton Sr. v. Vanguard** |  |
|  | Newman, Elton Sr. |  |
| 10-3607 | **Nicholson, Dwight v. Forest River** |  |
|  | Nicholson, Dwight | Nicholson, Gregory |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Frank J. D'Amico, Jr., APLC
May 2, 2011
Page 4 of 5

| | | |
|---|---|---|
| 10-2535 | **Perkins, Rondel v. Forest River** | |
| | Walton, Gaynell | Walton, Ronald o/b/o Terrence Walton |
| | Walton, Ronald | |
| 09-8632 | **Thompson, Valerie v. Forest River** | |
| | Thompson, Valerie | |
| 09-8635 | **Tolliver, Doris v. Forest River** | |
| | Lindsey, Donald Jr. | King, Charles Sr. |
| | Addison-Perkins, Venez obo Tijauna Perkins | King, Charles Sr. o/b/o Rose King |
| | Audrict, Lorring | King, Rose Lee |
| | Audrict, Lorring o/b/o Darius Audrict | King, Shelly |
| | Audrict, Sherrie | King, Theron |
| | Bailes, Alfred | Magee, Jovan |
| | Bailes, Sally | Magee, Jovan o/b/o Ciera Magee |
| | Bangham, Tanisha | Magee, Jovan o/b/o Donovan Magee |
| | Bangham, Tanisha obo Enisha Bangham | Magee, Jovan o/b/o Kevin Magee |
| | Boudreaux, Majorie | Magee, Jovan o/b/o Precious Magee |
| | Boudreaux, Marjorie | Moore, Robert o/b/o Mannie Thomas |
| | Broglin, Rhonda R. | Nichols, Sherry |
| | Brown, Donnica | Nichols, Sherry o/b/o Ariel Henry |
| | Brown, Terrell | Pate, Rita |
| | Brown, Terry | Perilloux, Michael |
| | Cooper, Chantrell | Richardson, Keith |
| | Cooper, Shontrell G. o/b/o Jada Gordon | Rodrigue, Rachel |
| | Cristia, Ashly | Sanders, Lynn |
| | Cristia, Brenda | Smith, Joann |
| | Cristia, Heather | Spanks, Eric |
| | DeVeer, Denis | Spanks, Myrtle |
| | Francois, Gail | Steele, Rosalyn |
| | Francois, Raymond | Taylor, Russell |
| | Green, Donna | Taylor, Russell o/b/o Kaylyn Taylor |
| | Green, Irvin | Taylor, Russell o/b/o William Taylor |
| | Hardy, Jake | Tolliver, Doris |
| | Johnson, Vanessa M. | Washington, Oscar |
| | Joseph, Veronica | Washington, Pearl |
| | King, Charles Sr. | Weber, Michael |
| 10-3624 | **Ussin, Louis v. Forest River** | |
| | Mitchell, Ashley | Mitchell, Derrick |
| | Mitchell, Coltney | Ussin, Louis |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Frank J. D'Amico, Jr., APLC
May 2, 2011
Page 5 of 5

| 10-4085 | **Walker, Darnis v. Forest River** | |
| | Antoine, Wanda | Washington, Rene o/b/o C.W. |
| | Johnson, Ivory | Watson, Theodore |
| 10-2546 | **White, Sterling Jr. v. Forest River** | |
| | Jenkins, Michael | Walton, Gaynell |
| | Latina, Jackson | Walton, Ronald |
| | Leonard, Shirley | Sylvester, Deborah |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz