# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201949
**Case Name** Fortner, Gordon
**DOB** 7/20/1980   **SSN** 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

**Cause No.** 10-2246
**Case Style** George Burns, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | When do you claim this injury or disease first occurred? |

**Pet ID**
1793

**Def ID**
22

**Notice #**
MT 1

**Answer**
After October 2005.

_____
Plaintiff or Representative

5/8/2012
_____
Date

EXHIBIT "C"