## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202772  
**Case Name** Seales, Washanda  
**DOB** 6/16/1996   **SSN** 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  
**Cause No.** 10-2246  
**Case Style** George Burns, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | When do you claim this injury or disease first occurred? |

**Pet ID**  
1793

**Def ID**  
22

**Notice #**  
MT 1

**Answer**  
After October 2005.

_____  
Plaintiff or Representative

5/8/2012  
_____  
Date

**EXHIBIT "D"**