UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Allen, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-7925; | * | |
| Plaintiff: Adams, Louverto; Albis, Georgina; | * | |
| Anglada, Brad; and Antunica, Angelica. | * | |

**************************************************************************

## ORDER

Considering Defendant, Gulf Stream Coach, Inc.'s Motion to Amend and Supplement Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32, 86, and 88 Relating to Plaintiff Fact Sheets, previously filed by Defendant, Gulf Stream Coach, Inc. regarding Plaintiffs Louverto Adams, Georgina Albis, Brad Anglada, and Angelica Antunica in *Allen, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-7925 is hereby Amended and Supplemented.

SIGNED this _____ day of May, 2012, in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT ENGELHART
UNITED STATES DISTRICT COURT

00372864-1