UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Johnson, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-6951; | * | |
| Plaintiffs: Acker, Martha; and Allen, Tina | * | |

**************************************************************************

### MOTION TO AMEND AND SUPPLEMENT MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO.2, 32, 86, AND 88 RELATING TO PLAINTIFFS FACT SHEETS (REC. DOC. 25241)

NOW INTO COURT, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who hereby amends and supplements its previously filed Motion to Dismiss the claims of Plaintiffs Martha Acker and Tina Allen for failure to comply with the terms of the Court's Pre-Trial Orders No. 2, 32, 86, and 88 relating to the provision of Plaintiff Fact Sheets (Rec. Doc. 25241).

On the 15th day of April, 2012, Defendant Gulf Stream filed a Motion to Dismiss Plaintiffs, Martha Acker and Tina Allen for failure to comply with this Honorable Court's Pre-Trial Orders relating to the submission and curing of Plaintiff Fact Sheets and the Plaintiff Census.  Plaintiff has filed a Motion for Extension of Time to file Opposition; however, to date, no opposition to the Motion to Dismiss has been filed.  Additionally, to date, no Order regarding this Motion to Dismiss has been entered.  Defendant Gulf Stream wishes to Amend and Supplement its Motion to Dismiss regarding Plaintiffs, Martha Acker and Tina Allen, in order to attach certain key exhibits, including correspondence regarding deficiencies previously transmitted to counsel for Plaintiffs.

00372720-1

As stated in the previously filed Motion to Dismiss, these Plaintiffs failed to submit Plaintiff Fact Sheets to counsel for Gulf Stream. Due to this, counsel for Gulf Stream sent correspondence to counsel for Plaintiffs requesting submission of a Plaintiff Fact Sheet, and noting a deficiency to the entire form, as no information was received. To date, an amended fact sheet or errata has not been received from Plaintiff. Thereafter, Plaintiffs submitted information regarding their claims on the Plaintiff Census. Review of this information shows that Plaintiffs' responses are significantly deficient, failing to respond to 10 or more of the enumerated 23 key factors. For this reason, and the reasons more fully set forth in the attached Amended and Supplemental Memorandum in Support, Defendant Gulf Stream Coach, Inc. requests dismissal, with prejudice of these Plaintiffs.

    Respectfully Submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    *s/Andrew D. Weinstock*

    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    Three Lakeway Center, Suite 2900
    3838 N. Causeway Boulevard
    Metairie, Louisiana 70002
    Telephone: (504) 832-3700
    Facsimile: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com
    **Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 9th day of May, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_____*s/ Andrew D. Weinstock*_____
**ANDREW D. WEINSTOCK**
