**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Pujol, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-2232; | * | |
| Plaintiff: Anderson, Lisa | * | |

## <u>ORDER</u>

Considering Defendant, Gulf Stream Coach, Inc.'s Motion to Amend and Supplement

Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32, 86 and 88 Relating to

Plaintiff Fact Sheets (Rec. Doc. 25244);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to

Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32, 86, and 88 Relating to Plaintiff

Fact Sheets (Rec. Doc. 25244), previously filed by Defendant, Gulf Stream Coach, Inc.

regarding Plaintiffs Martha Acker and Tina Allen in *Pujol, et al v. Gulf Stream Coach, Inc., et al*,

Docket No. 10-2232, is hereby Amended and Supplemented.


SIGNED this _____ day of May, 2012, in New Orleans, Louisiana.


_____
HONORABLE JUDGE KURT ENGELHART
UNITED STATES DISTRICT COURT

00373255-1