## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Roach, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-7081; | * | |
| Plaintiff: Young, Wilbert | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering Defendant, Gulf Stream Coach, Inc.'s Motion to Amend and Supplement Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25245);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32, 86, and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 25245), previously filed by Defendant, Gulf Stream Coach, Inc. regarding Plaintiff Wilbert Young in *Roach, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-7081 is hereby Amended and Supplemented.

SIGNED this _____ day of May, 2012, in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT ENGELHART
UNITED STATES DISTRICT COURT

00372840-1