UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS § | | SECTION "N" (5) |
| LIABILITY LITIGATION § | | |
| § | | JUDGE ENGELHARDT |
| § | | MAG. JUDGE CHASEZ |
| This Document relates to: | | |
| All Cases | | |

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**MAY IT PLEASE THE COURT:**

Jayco, Inc., Jayco Enterprises, Inc. and Starcraft RV, Inc. ("Defendants") move this Honorable court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On April 19, 2012, the plaintiffs via the Plaintiff's Steering Committee, on the one hand, and Defendants and their insurers, Interstate Fire and Casualty Company, Lexington Insurance Company, Westchester Specialty Insurance Company and Arch Specialty Insurance Company, on the other hand reached a tentative settlement agreement, which was later finalized as a Memorandum of Understanding ("MOU"), which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1] In order to comply with the terms of the aforementioned MOU, Defendants request that their Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

---

[1] Courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al v. Jim Hood, et al,* 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg,* 23 F.3d 722, 788 (3rd Cir. 1994).

WHEREFORE, Defendants respectfully move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: _/s/ Thomas L. Cougill_
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc., Jayco Enterprises, Inc. and Starcraft RV, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of May, 2012.

_/s/ Thomas L. Cougill_
THOMAS L. COUGILL