UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           §        MDL NO. 1873
      FORMALDEHYDE PRODUCTS   §        SECTION "N" (5)
      LIABILITY LITIGATION         §
                                                           §        JUDGE ENGELHARDT
                                                           §        MAG. JUDGE CHASEZ

**This Document relates to:**
**All Cases**

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Jayco, Inc., Jayco Enterprises, Inc. and Starcraft RV, Inc. are **GRANTED** leave of Court to file Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE