UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Ambeau, et al., v. Forest River, Inc., et al.*
*Civil Action No. 09-8702*
**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL
## OF CHARLES BAXTER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Charles Baxter, who, pursuant to the provisions of Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of his dismissal of all claims against all defendants in this lawsuit, without prejudice. The dismissal of this Plaintiffs' claim does not in any way affect the claims of other plaintiffs in the above captioned matter.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)