UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: *Ambeau, et al., v. Forest River, Inc., et al.* *Civil Action No. 09-8702* | | |

**************************************************************************

## ORDER

Considering the foregoing Notice of Voluntary Dismissal on Plaintiffs' behalf:

IT IS SO ORDERED that Plaintiff, Charles Baxter, Notice of Voluntary Dismissal is hereby GRANTED.

DATED this _____ day of _____, 2012, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE