# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | **MDL NO. 1873** |
| **IN RE: FEMA TRAILER**    ) | |
|     **FORMALDEHYDE PRODUCTS**  ) | **SECTION "N" (4)** |
|     **LIABILITY LITIGATION**    ) | |
|                 ) | **JUDGE ENGELHARDT** |
| **This applies to** *All Cases*    ) | |
| | **MAGISTRATE CHASEZ** |

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by defendant Sentry Insurance a Mutual Company,

**IT IS HEREBY ORDERED** that Sentry's motion is granted.

**IT IS FURTHER ORDERED** that Sentry's settlement check in the amount of $276,500 shall be deposited into the Court's registry.

New Orleans, Louisiana, this __11th__ day of May, 2012.

_____
United States District Judge