## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Ambeau, et al., v. Forest River, Inc., et al.* | | |
| *Civil Action No. 09-8702* | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW NOTICE OF VOLUNTARY DISMISSAL OF CHARLES BAXTER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Charles Baxter, who moves this Honorable Court to withdraw an earlier-filed Notice of Voluntary Dismissal (Rec. Doc. No. 25555) in the above captioned matter.

Mover erroneously filed his Notice of Voluntary Dismissal (Rec. Doc. No. 25555) as to the claims of Charles Baxter. Subsequent to the filing of the Notice of Voluntary Dismissal, it was discovered that the Plaintiff sought only to voluntarily dismiss his claim in Civil Action No. 09-8699, as this was a duplicate claim. Therefore, Plaintiff wishes to withdraw this erroneously filed pleading.

WHEREFORE, Plaintiff prays that this Motion to Withdraw be granted, removing Notice of Voluntary Dismissal (No. 25555).

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)