UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION N (4) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENTS RELATES TO: CIVIL ACTION NO. 08-1094 | * * * | MAGISTRATE: CHASEZ |

*******************************************************************************

## ORDER

CONSIDERING THE FOREGOING Plaintiffs' Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that attorney Amber E. Cisney be and is hereby enrolled as additional counsel for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this <u>11th</u> day of <u>          May          </u>, 2012.

_____
United States District Judge