UNITED STATES JUDICIAL PANEL
On
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873
SECTION N(5)

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Brian Carpenter, et al. v. Doug Boyd Enterprises, LLC, et al., Civil Action No. 1:10-cv-00424-HSO-JMR (U.S.D.C., Southern District of Mississippi, Southern Division)

## UNOPPOSED MOTION TO DISMISS DEFENDANT, DOUG BOYD ENTERPRISES, LLC WITHOUT PREJUDICE

COMES NOW, the Defendant, Doug Boyd Enterprises, LLC by and through counsel and submits this Unopposed Motion to Dismiss Defendant, Doug Boyd Enterprises, LLC Without Prejudice and would show unto the Court that undersigned counsel has conferred with counsel for the Plaintiff and he has agreed to this dismissal.

WHEREFORE, PREMISES CONSIDERED, Defendant Doug Boyd Enterprises, LLC requests that this Court grant this Motion in the above-referenced matter.

Respectfully submitted,

DOUG BOYD ENTERPRISES, LLC

BY: COPELAND, COOK, TAYLOR & BUSH, P.A.

BY: /s/ William L. McDonough, Jr.
WILLIAM L. McDONOUGH, JR., MSB# 2414

/s/ V. K. Smith, III
V. K. Smith, III, MSB #7623

## CERTIFICATE

I, WILLIAM L. McDONOUGH, JR., do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

C. Edward Gibson, IV egibson@hsglawfirm.net
John Hawkins john@hsglawfirm.net
Taylor B. McNeel tmcneel@brunini.com
William Trey E. Jones, III tjones@brunini.com
H. Mark Adams madams@joneswalker.com
Paul V. Cassisa, Jr. cassisa@dixie-net.com
David P. Curtis dcurtis@frilot.com
Sheryl M. Bey sbey@bakerdonelson.com
Joseph G. Glass jglass@duplass.com

This the 11th day of May, 2012.

/s/ William L. McDonough, Jr.
WILLIAM L. McDONOUGH, JR.

/s/ V. K. Smith, III
V. K. Smith, III

COPELAND, COOK, TAYLOR & BUSH, P.A.
ATTORNEYS AT LAW
Post Office Box 10
Gulfport, MS 39502
Telephone: (228) 863-6101
Facsimile: (228) 868-9077
wmcdonough@cctb.com