UNITED STATES JUDICIAL PANEL
On
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873
SECTION N(5)

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Brian Carpenter, et al. v. Doug Boyd Enterprises, LLC, et al., Civil Action No. 1:10-cv-00424-HSO-JMR (U.S.D.C., Southern District of Mississippi, Southern Division)

### AGREED ORDER OF DISMISSAL OF DOUG BOYD ENTERPRISES, LLC

THE COURT having been informed that the Plaintiff has agreed to the Defendant Doug Boyd Enterprises, LLC's Motion to Dismiss Without Prejudice, it is therefore, ORDERED AND ADJUDGED that the Defendant Doug Boyd Enterprises, LLC is hereby dismissed without prejudice from the above-referenced matter.

SO ORDERED AND ADJUDGED this the _____ day of _____, 2012.

_____
U.S. DISTRICT JUDGE

Agreed to:

_____
Edward Gibson
Attorney for Plaintiff

_____
V. K. Smith, III
Attorney for Defendant