UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO 09-5391
*Latoya Bienemy, et al v. Jayco Enterprises, Inc.*

## ORDER OF DISMISSAL

The Court having been advised by counsel that plaintiffs in the referenced member case and defendants Jayco, Inc. and Jayco Enterprises, Inc. have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the plaintiffs against defendants Jayco, Inc. and Jayco Enterprises, Inc. be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated.  The court retains jurisdiction to enforce the compromise.

**IT IS FURTHER ORDERED** that the jury trial, currently set for March 4, 2013, the final pretrial conference set for February 21, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25487) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED NOT TO APPEAR.**

New Orleans, Louisiana, this 11th day of May, 2012.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**