UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                             MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                     SECTION "N"  (5)

THIS DOCUMENT RELATES TO 09-8618
*Monique Cambrice, et al, v. Jayco Enterprises Inc.*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that plaintiffs in the referenced

member case and defendant Jayco, Inc. have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the plaintiffs against defendant Jayco, Inc. be and

hereby are dismissed without costs and without prejudice to the right, upon good cause shown

within 120 days, to reopen the action if settlement is not consummated.  The Court retains

jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the jury trial, currently set for September 24, 2012,

the final pretrial conference set for September 6, 2012, and all attendant deadlines set forth in the

Trial Scheduling Order (Rec. Doc. 24198) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN**

**SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED NOT TO APPEAR.**

New Orleans, Louisiana, this 11th day of May, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**