UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO 10-2260
*Thomas Morgan, et al v. Starcraft RV, Inc..*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that plaintiffs in the referenced member case and defendant Starcraft RV, Inc. have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the plaintiffs against defendant Starcraft RV, Inc. be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated.  The court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the jury trial, currently set for August 27, 2012, the final pretrial conference set for August 9, 2012, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 24200) are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED NOT TO APPEAR.**

New Orleans, Louisiana, this 11th day of May, 2012.

                                           **KURT D. ENGELHARDT**
                                           **UNITED STATES DISTRICT JUDGE**