## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Ambeau, et al., v. Forest River, Inc., et al.*
*Civil Action No. 09-8702*

**************************************************************************

## **ORDER**

Considering the foregoing Motion to Withdraw Notice of Voluntary Dismissal on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs Motion to Withdraw Notice of Voluntary Dismissal (Rec. Doc. No. 25555) is GRANTED.

DATED this __11th__ day of _____May_____, 2012, in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE