# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Barbarin, et al., v. Forest River, Inc., et al.*
Civil Action No. 09-8699

**********************************************************************

## ORDER

Considering the foregoing Notice of Voluntary Dismissal on Plaintiffs' behalf:

IT IS SO ORDERED that Plaintiff, Charles Baxter, Notice of Voluntary Dismissal is hereby GRANTED.

DATED this ___11th___ day of _____May_____, 2012, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE