UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N (5) |
| | * | |
| This Document Relates to: | * | |
| *Bean, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-6070 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GULF STREAM COACH, INC.'S EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. who hereby submits the following exhibit list[1] in the above captioned matter:

| NO | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|
| | Gulf Stream Coach, Inc. Travel Trailer and Fifth Wheel Owner's Manual. | GULF0004395 - GULF0004428 |
| | *Gulf Stream Coach, Inc. correspondence dated May 11, 2006 from Philip Sarvari to Deidra Lee of FEMA discussing Gulf Stream's commitment to providing high quality products.  Attached to that letter are ventilation information and the notice language mandated by HUD.* | *GULF0002336, GULF2338-GULF0002340* |
| | Gulf Stream Coach Invoice #57-40506 dated 11/7/05 sold to FEMA and shipped to FEMA DFO-Baton Rouge Depot for trailer (VIN# 1NL1GTR2661040506) with commitment letter, certificate of origin, sales order logs, driver acceptance form, tower-lender approval checklist, testing record sign-off sheet, L.P. Connection Tag receiver, torque | |

---

[1] The term "THUs" in this document refers to the manufactured housing, travel trailers, park models and any other temporary housing sold to FEMA by various contractors, dealers and/or manufacturers for FEMA's use in responding to the needs of persons displaced due to Hurricanes Rita and Katrina.

| | | |
|---|---|---|
| | specifications and serial number log, and towable 3rd inspection checklist. | |
| | "The Use of Blower Door Data", Max Sherman, Lawrence Berkeley National Laboratory, March 13, 1998. | LEW-GULF-0000001- LEW –GULF-0000018 |
| | "Blower Door and Duct Blaster Testing", Southface Energy Institute for the Georgia Environmental Facilities Authority, dated January 16, 1997. | LEW-GULF-0000019- LEW –GULF-0000020 |
| | NFPA 1192 "Standard for Recreational Vehicles", 2002 Edition | LEW-GULF-0000148- LEW –GULF-0000241 |
| | FEMA Model Travel Trailer Procurement Specifications, dated August 12, 2004. | LEW-GULF-0000242- LEW –GULF-0000246 |
| | "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers, Baton Rouge, Louisiana, September – October, 2006" | LEW-GULF-0000247- LEW –GULF-0000287 |
| | "Medical Management Guidelines for Formaldehyde." A publication of The Department of Health and Human Services, Agency for Toxic Substances and Diseases Registry. Updated 02/07/2008. | LEW-GULF-0000359- LEW –GULF-0000382 |
| | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making." A paper on Environmental Health, published by DHHS, the CDC, the U.S. Dept. of Homeland Security, FEMA, and the U.S. EPA. March, 2008 | LEW-GULF-0000383- LEW –GULF-0000388) |
| | Federal Register 49 (155): 31986-32013 (August 9, 1984) | LEW-GULF-0000574- LEW –GULF-0000591 |
| | ASHRAE: ASHRAE Standard 62.2-2004 – Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential | LEW-GULF-0000592- LEW –GULF-0000667 |

| | | |
|---|---|---|
| | *Buildings. American Society of heating, Refrigeration, and Air Conditioning Engineers, Inc., Atlanta, GA (2004).* | |
| | *ATSDR: Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, LA February 1, 2007.* | *ATSDR_FEMA-00001- ATSDR_FEMA-00014* |
| | *Agency for Toxic Substances and Disease Registry. Toxicological Profile for Formaldehyde, U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry, July 1999.* | *LEW-GULF-0000668- LEW –GULF-0001135* |
| | *CDC. 2008. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models and Mobile Homes* | *LEW-GULF-0001227- LEW –GULF-0001287* |
| | Dr. Jesus Lovera's medical records related to Christianne C. McDavitt, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, skin tests, emergency room records, billing records, etc. | BEAN-MCDAVITT-LOVERA-000001-000095 |
| | Dr. Ross Gallo's medical records related to Christina Bean, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, skin tests, emergency room records, billing records, etc. | BEAN-CHRISTINA-GALLO-000001-000017 |
| | Dr. Ross Gallo's medical records related to Clyde Bean, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, skin tests, emergency room records, billing records, etc. | BEAN-CLYDE-GALLO-000001-000028 |
| | CVS Pharmacy Records related to Christina Bean | BEAN-CHRISTINA-CVS-000001-000009 |
| | *FEMA Disaster File for Clyde Bean* | *FEMA212-019059- FEMA212-019162* |
| | Clyde Bean Unit File | BEAN-000001- BEAN-000020 |

| | | |
|---|---|---|
| | U.S. Department of Homeland Security Agreement to Rules of Occupancy for Clyde Bean | FEMA212-019104 |
| | U.S. Department of Homeland Security Ready for Occupancy Status for Clyde Bean | FEMA212-019105 |
| | FEMA Landowners Authorization Ingress-Egress Agreement for Clyde Bean | FEMA212-019106 |
| | FEMA Stock Item Printout for unit 1NL1GTR2661040506 (To be provided once received) | |
| | FEMA Printout of details/status history for unit1NL1GTR2661040506 (To be provided once received) | |
| | FEMA Printout of unit inspection report for unit unit1NL1GTR2661040506 (To be provided once received) | |
| | FEMA Temporary Housing Unit Inspection Report (To be provided once received) | |
| | SITE DEACTIVATION WORK ORDER ON BEAN UNIT (To be provided once received) | |
| | *Health Consultation: Formaldehyde sampling at FEMA temporary housing units – Baton Rouge, Louisiana (February 1, 2007) ATSDR Joe Little Deposition Exhibit No. 8.* | ATSDR_FEMA 00001-00014 |
| | Letter from Dan Shea to David Porter (Program Specialist, FEMA) dated May 19, 2006. | GULF0004478 |
| | *Important Information for Travel Trailer Occupants* | FEMA09-000386 – FEMA09-000387 |
| | FEMA: Important Formaldehyde Information for FEMA Housing Occupants | FEMA08-000015 |
| | *Formaldehyde Levels in FEMA Supplied Trailers: Early Findings from Center of Disease Control and Prevention* | *FEMA08-000011 – FEMA08-000012* |

|   |   |   |
|---|---|---|
|   | Judith Reilly email dated 4/14/06 | FEMA 17-024461 |
|   | Runge email dated 11/2/07 | FEMA 17-016084-FEMA 17-016086 |
|   | FEMA Talking points | FEMA 17-023963-FEMA 17-023964 |
|   | E-mail correspondence (10/11/06) from Martin McNeese to Michael Senycz regarding formaldehyde StatRep; with attached formaldehyde flyer and EPA Region VI Internal Formaldehyde Data Sheet. | FEMA17-000029-FEMA17-000031; (FEMA-WAXMAN- 29) |
|   | Martin McNeese email dated 3/5/07 | FEMA 17-003608 |
|   | Kurtis Melnick email dated 5/11/06 (Miller Deposition Exh. 22) | FEMA17-022546 |
|   | FEMA Tri-Fold | GULF0003191- GULF0003192 |
|   | Schematics of Clyde Bean THU. (To be provided once received) |   |
|   | *Formaldehyde Indoors – Use reconstituted wood products with lower emissions. Authored by Stephen Smulski; April 1987.* | *LEW-GULF-0001392- LEW –GULF-0001394* |
|   | *Ad for former Gulf Stream Coach, Inc. Employees* | *GULF0006754* |
|   | Memo from Carl Miller dated 6/29/2005 regarding meeting with Dave Turner and Mike Berzai | Jayco-015360-015361 |
|   | Plaintiff Fact Sheet for Christina Bean |   |
|   | Plaintiff Fact Sheet for Christianna McDavitt |   |
|   | Plaintiff Fact Sheet for Meghan Bean |   |
|   | Plaintiff Fact Sheet for Clyde Bean |   |
|   | Plaintiff Fact Sheet for Spencer Bean |   |
|   | 2007 Formaldehyde Flyer | FEMA, 08-000015, FEMA162-001780 |
|   | 2008 Formaldehyde Flyer | FEMA 08-000011-FEMA 08-000012, FEMA230-000458 |

|  | Description | Bates Range |
| --- | --- | --- |
|  | GULF STREAM COACH PDI CHECKLIST (Ex. 2 to Jim Shea's Depo. of May 28, 2009) | FGC012-000040 |
|  | Travel Trailers and Fifth Wheels Owner's Manual: Gulf Stream Coach, Inc., Nappanee, Indiana | FGC012-000001 - FGC012-000035 |
|  | Travel Trailers and Fifth Wheels Owner's Manual: Gulf Stream Coach, Inc., Nappanee, Indiana *(Last Page is a Warning for Formaldehyde; Not Included in the Owner's Manual above)* | GULF0004395 - GULF0004429 |
|  | Gulf Stream Coach, Inc.'s Ambient Air Testing dated March 2006 ("Screenings") |  |
|  | Gulf Stream FEMA Meeting Agenda (getting ready for production) | GULF0000359 |
|  | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - *unsigned* (Solicitation Issue Date 8-25-2005) | GULF0002151- GULF0002658 |
|  | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005) | GULF0002203- GULF0002218 |
|  | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005) | GULF0002166- GULF0002181 |
|  | Email from Phil Sarvari to Bryan McCreary & Jonathan Gibb (FEMA) regarding production capacity | GULF0002273 - GULF0002274 & GULF0002276 |
|  | Email from Kirk Barron to Dan Shea regarding the structural ratings for proposed Norbord MDF with LFE | GULF0003038- GULF0003040 |
|  | Packing slip from Adorn for "REG" Lauan | GULF0004042; GULF0003145 |
|  | Packing slip from Adorn for "REG" Lauan | GULF0004045 |
|  | Packing slip from Adorn for "REG" Lauan | GULF0004043 |
|  | Picking List for order of Wood Bridge, Inc. product (LFE column blank) | GULF0004251; GULF0006115; GULF0006119; GULF0006122 |

00375743-1                                          6

|  | Picking Lists for orders of Wood Bridge, Inc. product (LFE column blank) | GULF0004247, GULF0004249 |
|---|---|---|
|  | Notes of odor complaints by Travel Trailer residents Wade Breaux and Bridgette Roland | GULF0002503- GULF0002504 |
|  | John Bruhn's call to Brigitte Roland (trailer resident) regarding complaints | GULF0002505 |
|  | FEMA Production Supplier Database; Handwritten Notes | GULF0000050- GULF0000061 |
|  | Contract for additional funds to Gulf Stream Coach, Inc. for delivery charges - signed by Bryan McCreary of FEMA | GULF0002219- GULF0002220 |
|  | Kirk Barron sends an email to Dan Shea regarding suppliers of floor decking, stiles and MDF | GULF0003062 |
|  | Email from Dan Shea to Darryl Madden (FEMA) with a link to an EPA website | GULF0002282 |
|  | Scott Pullin's response to Donald Pierce | GULF0002544- GULF0002555 |
|  | Daily FEMA Call Log regarding John Bruhn's call with resident Jorge Lauraina (August 10, 2006) | GULF0002500 |
|  | Statement not on Gulf Stream letterhead regarding use of laminated paneling from Asia | GULF0003203 |
|  | Letter from James Shea to Deidre Lee recommending two devices to mitigate formaldehyde | GULF0003176 |
|  | Emails between Stephen Miller and Dan Shea regarding what can be done to avoid scrapping all of the trailers | GULF0003178 |
|  | Letter from Patrick Industries to customers regarding LFE lauan | CROSSROADS 0000090 |
|  | FEMA: Floor Plan | GULF0000983 - GULF0001019 |
|  | Email from Dan Shea to Stephen Miller regarding Formaldehyde dated March 17, 2006 | GULF0004466 |
|  | Diagrams of Gulf Stream Coach, Inc. trailer *(Exhibit #20 from the deposition of James Shea, 2009)* | GULF0002150 |
|  | Gulf Stream Coach, Inc.'s Limited Warranty *(Exhibit #17 from the deposition of Dan Shea, 2009, and Exhibit #16 from the deposition of James Shea, 2009)* | GULF0005570 - GULF0005571 |

| | | |
|---|---|---|
| | Gulf Stream Coach, Inc. - Letter from James Shea to Jonathan Gibb of FEMA regarding potential issues *(Exhibit #24 from the deposition of James Shea, 2009)* | GULF0003011 - GULF 0003013 |
| | Email to Gulf Stream Coach Inc. from Wade Breaux, a trailer resident, complaining of odor, burning eyes and daily headaches. "Please, Please Help Me!!" *(Exhibit #6 from the deposition of Dan Shea)* | GULF0004669 |
| | March 21, 2006 Email from Scott Pullin to Dan Shea regarding trailer occupant's complaint *(Exhibit #13 from the deposition of James Shea, 2009)* | GS(COGR) 02211 |
| | Packing slip from Adorn for "REG" Lauan *(Exhibit #5 from the deposition of James Shea)* | GULF0004036 |
| | Invoices, Packing Slips and Bill of Lading for Adorn REG Lauan *(Exhibit #1 from the deposition of Dan Shea and Exhibit #3 from the deposition of James Shea)* | GULF0004035- GULF0004041, GULF0004044 |
| | Picking List for order of Wood Bridge, Inc. product (LFE column blank) *(Exhibit #6 from the deposition of James Shea)* | GULF0004244 |
| | Pullin's direction on how to handle odor complaints (to John Bruhn, Dan Shea, John Smith & Phil Sarvari) *(Exhibit #11 from the deposition of James Shea and Exhibit #10B from the deposition of Scott Pullin)* | GULF0003057 or GULF0004464 |
| | Email from Dan Shea to Stephen Miller (FEMA) (also sent to James Shea) *(Exhibit #28 from the deposition of James Shea)* | GULF0002831, GULF0004465 |
| | Email from Stephen Miller and Sidney Melton (FEMA) ask Dan Shea to test trailers and Dan says yes *(Exhibit #8 from the deposition of Dan Shea and Exhibit #7 from the deposition of James Shea)* | GULF0004472 |
| | Testing data on Occupied Trailers from Scott Pullin *(Exhibit #1 from the deposition of Scott Pullin)* | GS(COGR)01570-01586 |

| | | |
|---|---|---|
| | FEMA Production Supplier Database; Handwritten Notes *(Exhibit #19 from the deposition of James Shea)* | GULF0000038- GULF0000049 |
| | Memorandum regarding John Bruhn's call to Wayne Benjamin (resident) regarding complaint *(Exhibit #2 from the deposition of Burl Keel and Exhibit #2 from the deposition of Scott Pullin)* | GULF0002498- GULF0002499, GULF0004664 |
| | August 16, 2007 Email from John Brun regarding Darlene Moore *(Exhibit #15 from the deposition of Dan Shea)* | GULF0004576- GULF0004577 |
| | Email from Sidney Melton to Phil Sarvari asking him to check 4 bar codes, regarding fan *(Exhibit #25 from the deposition of Dan Shea)* | GULF0002522, GULF0004477 |
| | John Bruhn's call with trailer resident Gertrude Toomey *(Exhibit #12 from the deposition of Scott Pullin)* | GULF0002497 |
| | Complaint from purchaser of FEMA unit Dispatched: 11/16/05 *(Exhibit #10 from the deposition of James Shea)* | GULF0004520 |
| | Gulf Stream Diagram *(Exhibits #28, #29, and #30 from the deposition of Dan Shea)* | GULF0000768, GULF0000797, GULF0000802- GULF0000808 |
| | May 23, 2006 Email from Scott Pullin to J. Smith regarding daily FEMA calls *(Exhibit #4 from the deposition of Scott Pullin)* | GULF0004651 |
| | FEMA Model Travel Trailer Procurement Specifications dated 08-12-2004 (HSFE04-04- Q-800) *(Exhibit #5 from the deposition of Randall Rush on February 23, 2010)* | FLE-00006914 - FLE00006917 |
| | Material Safety Data Sheet (MSDS) - Product Name: Medium Density Fiberboard | GULF0002283 - GULF0002286 |
| | Material Safety Data Sheet (MSDS) - Product Name: Structurwood RBS | GULF0002328 - GULF0002329 |
| | Material Safety Data Sheet (MSDS) - Product Name: 502 Silicone Sealant | GULF0002403 - GULF0002406 |
| | Material Safety Data Sheet (MSDS) - Product Name: Silicone Elastomer | GULF0002428 - GULF0002432 |
| | Any and all medical, personnel and employment records that have not been received to date. | |

00375743-1                                            9

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

/s/ Andrew Weinstock
_____

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
TIMOTHY D. SCANDURRO #18424
DEWEY M. SCANDURRO #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 11th day of May, 2012, a copy of the foregoing Gulf Stream Coach, Inc.'s Exhibit List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com