UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873<br>SECTION "N-4" |
|---|---|---|
| THIS DOCUMENT RELATES TO | * * | JUDGE ENGELHARDT |
| *Christina Bean, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-6070 | * * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **Christina Bean, Clyde Bean, Meghan Bean DeSoto, Spencer Bean, and Christianne McDavitt**, who pursuant to this Honorable Court's Trial Scheduling Order dated March 16, 2012 (Rec. Doc. No. 24879), who hereby submit the following Preliminary Witness List in connection with the above captioned matter:

|  | **Category:** | **Witness:** | **Type of Witness:** | **May / Will Call:** |
|---|---|---|---|---|
|  | Expert: |  |  |  |
| 1. |  | Marco Kaltofen, M.S., P.E. | Expert | Will Call |
| 2. |  | Patricia B. Rosen, M.D., M.P.H., F.A.C.E.P. | Expert | Will Call |
| 3. |  | Paul Hewett, Ph.D. | Expert | Will Call |
|  | Fact/Expert: |  |  |  |
| 4. |  | Dr. Christopher DeRosa, M.S., Ph.D., Former Director, Centers for Disease Control and Prevention (CDC), Agency for Toxic Substances and Disease Registry | Fact / Expert | May Call (By Video Deposition) |

1

|     | Fact: |     |     |     |
| --- | --- | --- | --- | --- |
| 5.  |     | Plaintiff Christina R. Bean | Fact | Will Call |
| 6.  |     | Plaintiff Clyde R. Bean | Fact | Will Call |
| 7.  |     | Plaintiff Meghan Bean DeSoto | Fact | Will Call |
| 8.  |     | Plaintiff Spencer Bean | Fact | Will Call |
| 9.  |     | Plaintiff Christianne C. McDavitt | Fact | Will Call |
| 10. |     | Commander Joseph D. Little, Centers for Disease Control and Prevention (CDC), National Institute for Occupational Safety and Health (NIOSH) | Fact | May Call |
| 11. |     | Gulf Stream Coach, Inc. Plant Manager for the Gulf Stream plant that built the unit in which Plaintiffs resided, during the time when the subject unit was constructed. | Fact | May Call |
| 12. |     | Gulf Stream Coach, Inc. employee knowledgeable about construction/manufacture of Bean unit | Fact | May Call |
| 13. |     | staff doctor, Slidell Memorial, 1001 Gause Blvd., Slidell, LA 70458 | Fact | May Call |
| 14. |     | Dr. Amy Truitt, 1516 Jefferson Highway, Jefferson LA, 70121 | Fact | May Call |
| 15. |     | Dr. Gloria Lee, 1516 Jefferson Highway, Jefferson LA, 70121 | Fact | May Call |
| 16. |     | Dr. Jan Sangetta, 1516 Jefferson Highway, Jefferson LA, 70121 | Fact | May Call |

2

| 17. | | Dr. Laurianne Wild, 1516 Jefferson Highway, Jefferson LA, 70121 | Fact | May Call |
|---|---|---|---|---|
| 18. | | Dr. Mark Rhoads, Ochsner Clinic, 1516 Jefferson Highway, Jefferson, LA 70121 | Fact | May Call |
| 19. | | Dr. Robert Treuting, 1516 Jefferson Highway, Jefferson, LA 70121 | Fact | May Call |
| 20. | | Dr. Sean Connolly, Ochsner Clinic, 1516 Jefferson Highway, Jefferson, LA 70121 | Fact | May Call |
| 21. | | Dr. Stacy Vial, 1516 Jefferson Highway, Jefferson LA, 70121 | Fact | May Call |
| 22. | | Dr. Van Horn, 1516 Jefferson Highway, Jefferson LA, 70121 | Fact | May Call |
| 23. | | staff doctors, Ochsner Hospital, 1516 Jefferson Highway, Jefferson, LA 70121 | Fact | May Call |
| 24. | | staff doctors, Pelican State Outpatient, 1525 Dickory Ave., New Orleans, LA 70123 | Fact | May Call |
| 25. | | Dr. Ross Gallo, Psychiatrist, 1539 Jackson Ave., Suite 220, New Orleans, LA 70130 | Fact | May Call |
| 26. | | Dr. Gary Culberson, Metairie Pediatrics, 2201 Veterans Blvd., Suite 300, Metairie, LA 70001 | Fact | May Call |
| 27. | | Dr. Paul Giorlando, 2201 Veterans Blvd., Metairie, LA 70002 | Fact | May Call |

| 28. | | staff doctor, East Jefferson After Hours Clinic, 2215 Veterans Blvd., Metairie, LA 70002 | Fact | May Call |
|---|---|---|---|---|
| 29. | | Dr. David L. Schneider, 2335 Danny Park, Suite 100, Metairie, LA 70002 | Fact | May Call |
| 30. | | Dr. Gregor Hoffman, 2731 Napoleon Ave, New Orleans, LA 70115 | Fact | May Call |
| 31. | | Dr. Jesus Lovera, 2820 Napoleon Ave., Suite 400, New Orleans, LA 70115 | Fact | May Call |
| 32. | | Dr. Kirk Bellard, 3040 33rd St., Metairie, LA 70001 | Fact | May Call |
| 33. | | Dr. Tammy Senentz, 3040 33rd St., Metairie, LA 70001 | Fact | May Call |
| 34. | | staff doctor, Alliance Endoscopy Center, 3717 Houma Blvd., Suite 200, Metairie, LA 70006 | Fact | May Call |
| 35. | | Dr. Archie Melcher, 3800 Houma Blvd., Suite 205, Metairie, LA 70006 | Fact | May Call |
| 36. | | Dr. John Harrington, 3800 Houma Blvd., Suite 220, Metairie, LA 70006 | Fact | May Call |
| 37. | | Dr. Joseph Puente, 3800 Houma Blvd., Suite 340, Metairie, LA 70006 | Fact | May Call |
| 38. | | Dr. Harold Miller, 3901 Houma Blvd., Suite 103, Metairie, LA 70006 | Fact | May Call |
| 39. | | Dr. Kiran Zaveri, 4200 Houma Blvd., Metairie, LA 70006 | Fact | May Call |

| 40. | | Dr. Roland Bourgeois, 4200 Houma Blvd., Metairie, LA 70006 | Fact | May Call |
|---|---|---|---|---|
| 41. | | Dr. Brian Creeley, 4228 Houma Blvd., Suite 220, Metairie, LA 70006 | Fact | May Call |
| 42. | | Dr. Clay Boyd, 4228 Houma Blvd., Suite 600, Metairie, LA 70006 | Fact | May Call |
| 43. | | Dr. Gregory Dowd, Brain and Surgery Center, 4228 Houma Blvd., Metairie, LA 70006 | Fact | May Call |
| 44. | | Dr. John Schumacher, 4228 Houma Blvd., Metairie, LA 70006 | Fact | May Call |
| 45. | | Dr. Richard Corales, 4228 Houma Blvd., Metairie, LA 70006 | Fact | May Call |
| 46. | | Dr. Richard Puente, 4228 Houma Blvd., Metairie, LA 70006 | Fact | May Call |
| 47. | | Dr. Joseph Crapanzano, Parish Pain Specialists, 4500 Clearview Parkway, Suite 101, Metairie, LA 70006 | Fact | May Call |
| 48. | | Dr. Mack Holdiness, Primary Care, 4700 S. I 10 Service Rd. W, Metairie, LA 70001 | Fact | May Call |
| 49. | | Dr. Samuel Alexander, 4720 I-10 Service Road, Suite 400, Metairie, LA 70001 | Fact | May Call |
| 50. | | Dr. Dennis Occhipinti, 4740 South I-10 Service Rd. W, Suite 320, Metairie, LA 70001 | Fact | May Call |

| 51. | | Dr. Don Fontenelle, 517 N. Causeway Blvd., Metairie, LA 70001 | Fact | May Call |
|---|---|---|---|---|
| 52. | | Methodist Medical Center, 5620/5640 Read Blvd., New Orleans, LA 70127 | Fact | May Call |
| 53. | | Dr. Dana Fouchi, 613 Williams Blvd., Kenner, LA 70062 | Fact | May Call |
| 54. | | Dr. Saravanan Balamuthusamy, 613 Williams Blvd., Kenner, LA 70062 | Fact | May Call |
| 55. | | staff doctors, East Jefferson General Hospital | Fact | May Call |
| 56. | | Dr. Hevia, Ochnser Clinic, 1516 Jefferson Highway, Jefferson, LA 70121 | Fact | May Call |
| 57. | | Rocco Spanja | Fact | May Call |
| 58. | | Any Witness Listed By Defendant, Gulf Stream Coach, Inc. | | |

Plaintiffs reserve the right to introduce any witness that becomes known during discovery of this matter or any witness listed by any other party.

Further, Plaintiffs reserve the right to supplement and amend this witness list once discovery is complete or within the time allowed by law.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:    */s/Justin I. Woods*
         GERALD E. MEUNIER, #9471

6

JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                */s/Justin I. Woods*
                JUSTIN I. WOODS, #24713