UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 SECTION "N-4" |
| THIS DOCUMENT RELATES TO | * * * | JUDGE ENGELHARDT |
| *Christina Bean, et al v. Gulf Stream Coach, Inc., et al*, Docket No. 09-6070 | * * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' PRELIMINARY EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **Christina Bean, Clyde Bean, Meghan Bean DeSoto, Spencer Bean, and Christianne McDavitt**, who pursuant to this Honorable Court's Trial Scheduling Order dated March 16, 2012 (Rec. Doc. No. 24879), who hereby submit the following Preliminary Exhibit List in connection with the above captioned matter:

| EXHIBIT ID | Category: | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| Plaintiffs' Exhibits | | | |
| | Governmental Agency Reports and Studies | | |
| | | CDC Summary and Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units – Indoor Environment Department, Lawrence Berkeley National Laboratory, 8 May, 2008 | PSC002113 - PSC002166 |

| | | | |
|---|---|---|---|
| | | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 |
| | | CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – February 29, 2008 | PSC002182- PSC002202 |
| | | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – July 2, 2008 | PSC002203 - PSC002263 |
| | | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277 |
| | | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2006" dated October 2007 | PSC002278 - PSC002318 |
| | | Statement of Harvey E. Johnson, Jr., Acting Deputy Administrator and Chief Operating Officer for FEMA before the U.S. Senate Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, March 4, 2008 | PSC003188 - PSC003198 |

| | | | |
|---|---|---|---|
| | | Statement of R. David Paulison, FEMA Administrator, before the U.S. House of Representatives Committee on Oversight and Government Reform, July 19, 2007 | PSC003199 - PSC003207 |
| | | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making" published in March 2008 by the DHHS, CDC, DHS, FEMA and the EPA | PSC003208 - PSC003213 |
| | | U.S. EPA "Indoor Air Quality" Basic Information for Formaldehyde – Last updated November 14, 2007 | PSC003214 - PSC003217 |
| | | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219 |
| | | ASTM Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates in Wood Products Using a Large Chamber (2002) | PSC021571 – PSC021582 |
| | | Indoor Air Quality and Health in FEMA Temporary Housing for Trailer Residents prepared by CDC | PSC021583 – PSC021584 |
| | | Trailer Manufacturers and Elevated Formaldehyde Levels Majority Staff Analysis, Committee on Oversight and Government Reform, U.S. House of Representatives dated on July 9, 2008 | PSC024251 – PSC024277 |

3

| | | | |
|---|---|---|---|
| | | ASHRAE Handbook, 2007:  HVAC Applications, Chapter One: Residences | DUB002101 – DUB002107 |
| | | Department of Homeland Security, Office of Inspector General:  FEMA's Response to Formaldehyde  in Trailers dated June, 2009 | PSC025938 – PSC026022 |
| | | Majority Staff Report Subcommittee on Investigations & Oversight - Committee on Science & Technology U.S. House of Representatives, September 2008,  "Toxic Trailers – Toxic Lethargy: How the Centers for Disease Control and Prevention Has Failed to Protect the Public Health" | PSC002070 - PSC002112 |
| | | Draft* Environmental Protection Agency ("EPA"): Toxicological Review of Formaldehyde – Inhalation Assessment in Support of Summary Information on Integrated Risk Information System ("IRIS") dated June 2, 2010 | |
| | | Final Environmental Protection Agency ("EPA"): Toxicological Review of Formaldehyde – Inhalation Assessment in Support of Summary Information on Integrated Risk Information System ("IRIS") | To be supplemented |
| | | World Health Organization, International Agency for Research on Cancer: IARC Monographs on the Evaluation of Carcinogenic Risk to Humans, Volume 88, June 2004. | |

4

|  |  | World Health Organization, International Agency for Research on Cancer: IARC Monographs on the Evaluation of Carcinogenic Risk to Humans, Volume 100F, October 2009 in press. |  |
|---|---|---|---|
|  | **Standards, Regulations and Statutes** |  |  |
|  |  | 24 C.F.R. § 3280.309, Health Notice on formaldehyde emissions<br>Current through November 6, 2008 | PSC003147 |
|  |  | §3280.309 – 24 CFR Ch. XX, Health Notice on Formaldehyde emissions<br>(4-1-07 Edition) | PSC021693 – PSC021694 |
|  |  | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 |
|  |  | U.S. Department of Housing and Urban Development Rules and Regulations regarding Formaldehyde, 49 FR 31996 | PSC003173 - PSC003186 |
|  |  | California Air Resources Board's (CARB) Standards:  Final Regulation Order – Airborne Toxic Control Measure to Reduce Formaldehyde Emissions from Composite Wood Products | PSC021695 – PSC021753 |
|  |  | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 |

| | | | |
|---|---|---|---|
| | | American Conference of Governmental Industrial Hygienists' (ACGIH) Standards for Formaldehyde | |
| | | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 |
| | | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 |
| | | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 |
| | | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 |
| | | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 |
| | | American National Standard (ANSI) HPVA HP-1-2004 for Hardwood and Decorative Plywood. | |
| | | ANSI A119.2, NFPA 1192: Standard on Recreational Vehicles; 2002 Edition | DUB002054 – DUB002100 |
| | | ANSI A119.4, NFPA 1194: Standard on Recreational Vehicle Parks and Campgrounds; 2002 Edition | PSC021798 – PSC021817 |
| | | Toxicological Profile on Formaldehyde prepared by ATSDR on July 1999 | PSC024362 – PSC024829 |

| | | RVIA Standards | LWFR-EXP5-000460 – LWFR-EXP5-000461 |
|---|---|---|---|
| | **Prior Testimony** | | |
| | | Testimony of Heidi Sinclair MD, MPH, FAAP before the U.S. House of Representatives Committee on Science and Technology, Subcommittee on Investigations and Oversight – April 1, 2008 | PSC002319 - PSC002325 |
| | | Testimony of Christopher T. De Rosa, M.S., Ph.D. before the U.S. House of Representatives Committee on Science and Technology, Subcommittee on Investigations and Oversight – April 1, 2008 | PSC002326 - PSC002336 |
| | | Testimony of Dr. Meryl H. Karol before the U.S. House Committee on Science and Technology, Subcommittee on Investigations and Oversight – April 1, 2008 | PSC002337 - PSC002344 |
| | | Testimony of Scott Needle, MD, FAAP before the U.S. House of Representatives Committee on Oversight and Government Reform – July 19, 2007 | PSC002345 - PSC002349 |
| | | Testimony of Jim Shea before Congress dated July 9, 2008 (Exhibit 20 from the deposition of Dan Shea, 2009) | PSC025118 – PSC025132 |
| | | Statement of David Paulison dated April 2, 2008 | PSC021818 – PSC021822 |

| | Articles | | |
|---|---|---|---|
| | | Any and all articles referenced by Dr. Paul Hewett | |
| | | Any and all articles referenced by Dr. Patricia B. Rosen | |
| | | Any and all articles referenced by Marco Kaltofen | |
| | **Testing Database** | | |
| | | Formaldehyde Testing Database prepared by the PSC | |
| | **Gulf Stream Coach, Inc.** | | |
| | | Travel Trailers and Fifth Wheels Owner's Manual: Gulf Stream Coach, Inc., Nappanee, Indiana | FGC012-000001 – FGC012-000035 |
| | | Travel Trailers and Fifth Wheels Owner's Manual: Gulf Stream Coach, Inc., Nappanee, Indiana *(Last Page is a Warning for Formaldehyde; Not Included in the Owner's Manual above)* | GULF0004395 – GULF0004429 |
| | | Travel Trailers and Fifth Wheels Owner's Manual: Gulf Stream Coach, Inc., Nappanee, Indiana *(Does not include last page in the Owner's Manuals listed above)* | GULF0004430 – GULF0004463 |
| | | Gulf Stream Installation and Operation Manual for Gas Water Heater Direct Spark Ignition | PSC022794 – PSC022805 |
| | | Owner's Manual – Del Air Co. & R.V. (2007 model) - *Travel Trailers and Fifth Wheels Owner's Manual Gulf Stream Coach, Inc.* | PSC022806 – PSC022841 |

| | | Warnings on Stabilization Jacks from Gulf Stream Cavalier units | |
|---|---|---|---|
| | | Gulf Stream Travel Trailer Photographs of sticker "Not Intended For Recreational Purposes" | PSC022846 |
| | | Photographs of Gulf Stream Coach Inc's sticker or label on units | |
| | | Gulf Stream Coach's contracts with FEMA | |
| | | Gulf Stream Coach's Dealer List | |
| | | Material Safety Data Sheets for all Materials used in Gulf Stream Coach, Inc.'s units | |
| | | November 2005 Travel Trailer Roof Construction Specifications and any prior specifications | |
| | | Gulf Stream Coach, Inc.'s Installation Drawing | GULF0003027 – GULF0003031 |
| | | Gulf Stream Coach, Inc.'s Ambient Air Testing dated March 2006 ("Screenings") | |
| | | Complaints received by Gulf Stream Coach, Inc. about formaldehyde issues or health concerns | |
| | | BlueLinx Corporation Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003068 - PSC003078 |

| | | | |
|---|---|---|---|
| | | Georgia-Pacific Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003079 - PSC003091 |
| | | Letter from Joseph G. Glass, Esq. to Magistrate Roby, Gerald E. Meunier and Henry T. Miller with Manufacturers' Market Shares, August 13, 2008 | PSC003097 - PSC003100 |
| | | Emails from Manufacturing Defendants' Expert, Michael Zieman, on or about July 9, 2004, regarding effect of temperature on formaldehyde | PSC025655 – PSC025678 |
| | | Payments made to Gulf Stream Coach, Inc. by FEMA/Government regarding hurricanes Katrina and Rita housing | |
| | | Email from Jim Shea  to Tallman Johnson (staff contact for Congressman Bob Ney) regarding calls this morning that includes an attachment | GULF0002238 |
| | | Gulf Stream FEMA Meeting Agenda (getting ready for production) | GULF0000359 |
| | | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA – *unsigned* (Solicitation Issue Date 8-25-2005) | GULF0002151-GULF0002658 |
| | | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005) | GULF0002203-GULF0002218 |

| | | | |
|---|---|---|---|
| | | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005) | GULF0002166-GULF0002181 |
| | | 11:30 Plant #57 Operations Meeting Itinerary | GULF0000970 |
| | | Email from Phil Sarvari to Bryan McCreary & Jonathan Gibb (FEMA) regarding production capacity | GULF0002273 – GULF0002274 & GULF0002276 |
| | | Email from Kirk Barron to Dan Shea getting permission to buy 3/8" MDF in lieu of other more expensive materials | GULF0003053-GULF0003054 |
| | | Email from Kirk Barron to Dan Shea regarding the structural ratings for proposed Norbord MDF with LFE | GULF0003038-GULF0003040 |
| | | Packing slip from Adorn for "REG" Lauan | GULF0004042; GULF0003145 |
| | | Packing slip from Adorn for "REG" Lauan | GULF0004045 |
| | | Packing slip from Adorn for "REG" Lauan | GULF0004043 |
| | | Picking List for order of Wood Bridge, Inc. product (LFE column blank) | GULF0004251; GULF0006115; GULF0006119; and GULF0006122 |
| | | Picking Lists for orders of Wood Bridge, Inc. product (LFE column blank) | GULF0004247, GULF0004249 |
| | | FEMA Rail Tracking Report | GULF000783-GULF000784 |

| | | | |
|---|---|---|---|
| | | Notes of odor complaints by Travel Trailer residents Wade Breaux and Bridgette Roland | GULF0002503-GULF0002504 |
| | | John Bruhn's call to Brigitte Roland (trailer resident) regarding complaints | GULF0002505 |
| | | FEMA Production Supplier Database; Handwritten Notes | GULF0000050-GULF0000061 |
| | | Email from Wayne Stroeh to Michael Miller regarding OSHA testing | FEMA-Waxman-3621-3625 |
| | | Contract for additional funds to Gulf Stream Coach, Inc. for delivery charges - signed by Bryan McCreary of FEMA | GULF0002219-GULF0002220 |
| | | OSHA conducts formaldehyde testing of trailers at Purvis, MS | GULF0003193-GULF0003196 |
| | | Internal Gulf Stream Coach, Inc. emails (Don Jackson, Myrna Noel et al) regarding excess inventory at Plant 77 | GULF0000938 |
| | | Gulf Stream's PR firm, Porter Novelli, sends a statement to CNN | GS(COGR)00282 |
| | | Kirk Barron sends an email to Dan Shea regarding suppliers of floor decking, stiles and MDF | GULF0003062 |
| | | Email from Richard Rigby and Sidney Melton to Phil Sarvari with 9 bar codes from trailers in 4 MS counties (Jackson, Harrison, Hancock & George) | GULF0002520-GULF0002521 |
| | | Email from Dan Shea to Darryl Madden (FEMA) with a link to an EPA website | GULF0002282 |

| | | | |
|---|---|---|---|
| | | Email from Richard Rigby and Sidney Melton to Phil Sarvari asking him to check 11 bar codes | GULF0002518-GULF0002519 |
| | | Letter from Dan Shea to David Porter confirming that Gulf Stream Coach, Inc. will direct all resident calls to FEMA | GULF0004478 |
| | | Dan Shea and Karen Jackson, Stephen Reams, Stephen Miller, Chairman Ross et al email chain regarding two people who called in with complaints | GULF0002536-GULF0002538 |
| | | Jill Igert and Stephen Miller's emails regarding 5/18 article on testing and a man in Slidell | GULF0002844-GULF0002846 |
| | | Memo from Bronson Brown (OSHA) to Jesse Crowley regarding testing done in March 2006 | GULF0003193-GULF0003196 |
| | | Emails between Dan Shea and David Porter, Margarita Dibenedetto, Dondra Landry, Rosalind Scott and Stephen Miller (FEMA) regarding Resor | GULF0002834-GULF0002835 |
| | | Open letter from Ann Benjamin (Sampling USA) explaining the company's terminology in reference to its plywood glues (MR, LFE, T1) | GULF0003423 |
| | | Letter from Miles Resor's lawyer, Donald Pierce, to Gulf Stream asking for information on what chemical fumes/substances Resor might have been exposed to in the trailer | GULF002542 |
| | | Scott Pullin's response to Donald Pierce | GULF0002544-GULF0002555 |

| | | | |
|---|---|---|---|
| | | FEMA news release on upcoming testing and study on how to reduce formaldehyde | GULF0002346-GULF0002347 |
| | | Daily FEMA Call Log regarding John Bruhn's call with resident Jorge Lauraina (August 10, 2006) | GULF0002500 |
| | | Scott Pullin and Dan Shea forward handwritten letters asking for help from resident Stephanie Hamman to Stephen Miller | GULF0002546-GULF0002587 |
| | | Betsy Hall's summary of the "Bi-Monthly Formaldehyde Conference Call"; forwarded by Stephen Miller to Dan Shea | GULF0002326-GULF0002327 |
| | | Statement not on Gulf Stream letterhead that is a shortened version of 4/27/07 statement | GULF0003202 |
| | | Statement not on Gulf Stream letterhead regarding use of laminated paneling from Asia | GULF0003203 |
| | | Letter from James Shea to Deidre Lee addressing recent news coverage | GULF0003180-GULF0003182 |
| | | Letter from James Shea to Deidre Lee recommending two devices to mitigate formaldehyde | GULF0003176 |
| | | Emails between Stephen Miller and Dan Shea regarding what can be done to avoid scrapping all of the trailers | GULF0003178 |
| | | Stephen Miller gives Dan Shea the name and number of the head of the CDC Mitigation Study Team | GULF0003179 |

| | | | |
|---|---|---|---|
| | | Gulf Stream releases a statement that, as of 3/17/08, all new Gulf Stream Coach, Inc. RV vehicles will be solely made of wood products that meet CARB standards | GULF0003205 |
| | | Breakdown of panels supplied to plants (design, size, number) Handwritten notes for plants – | GULF0000692 |
| | | Breakdown of panels supplied to plants | GULF0000693 |
| | | List of FEMA part numbers | GULF0001053 – GULF0001054 |
| | | Notes of a series of phone calls in one afternoon to confirm order and obtain a contract | GULF0002253 |
| | | Roof construction plan | GULF0001009, GULF0001015, GULF0001016 |
| | | Letter from Patrick Industries to customers regarding LFE lauan | CROSSROADS0000090 |
| | | FEMA Production Supplier Database | GULF0004003 – GULF0004010 |
| | | FEMA Production Supplier Database | GULF0003718 – GULF0003729 |
| | | Louis Salem, a Customs and Border Patrol officer in Laredo who purchased FEMA unit called regarding formaldehyde Dispatched: 2/20/06 | GULF0004521 |
| | | Purchaser bought FEMA unit for $25 to use as a mobile HQ and asked about a recall due to formaldehyde | GULF0004523 |

| | | | |
|---|---|---|---|
| | | FEMA: Floor Plan | GULF0000983 – GULF0001019 |
| | | Email from Dan Shea to Stephen Miller regarding Formaldehyde dated March 17, 2006 | GULF0004466 |
| | | Email chain involving Dan Shea, Sidney Melton and Stephen Miller dated March 21, 2006 | GULF0004471 |
| | | Document depicting trailer frame with typewritten notations about steel tabs on main rails to "capture the floor" | GULF0000765 |
| | | Ad for former Gulf Stream Coach, Inc. employees | GULF0006754 |
| | | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, ESCO Industries to Gulf Stream Coach, Inc. Plants/Fairmont Homes Plants/JEJ Molding | GULF0005697 – GULF0005704 |
| | | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Adorn, LLC to Gulf Stream Coach, Inc. Plants/Fairmont Homes Plants/JEJ Molding | GULF0006069 – GULF0006112 |
| | | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Wood Bridge, Inc. to Gulf Stream Coach, Inc. Plants/Fairmont Homes Plants/JEJ Molding | GULF0006113 – GULF0006123 |

| | | | |
|---|---|---|---|
| | | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, MJB Wood Product Group, Inc. to Gulf Stream Coach, Inc. Plants/Fairmont Homes Plants/JEJ Molding | GULF0006124 – GULF0006206 |
| | | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Robert Weed Plywood Corporation to Gulf Stream Coach, Inc. Plants/Fairmont Homes Plants/JEJ Molding | GULF0006207 – GULF0006369; GULF0006424- GULF0006558 |
| | | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Genesis Products, Inc. to Gulf Stream Coach, Inc. Plant #12/Fairmont Homes and Fairmont/JEJ Molding | GULF0006370 – GULF0006396; GULF0006559 – GULF0006670 |
| | | Maple Street delivery ticket for HUD certified lauan | GULF0004049 – GULF0004050 |
| | | Deposition of James Shea on behalf of Gulf Stream Coach taken on July 24, 2008 | PSC022847 – PSC022890 |
| | | Deposition of James Shea on behalf of Gulf Stream Coach, Inc. taken on May 28, 2009 | PSC022891 – PSC023012 |
| | | Deposition of Philip Sarvari on behalf of Gulf Stream Coach, Inc. taken on July 24, 2008 | |
| | | Deposition of Philip Sarvari on behalf of Gulf Stream Coach, Inc. taken on July 24, 2009 | PSC023013 – PSC023036 |

| | | | |
|---|---|---|---|
| | | Deposition of Brian Shea on behalf of Gulf Stream Coach, Inc. taken on June 1, 2009 | PSC023037 – PSC023068 |
| | | Deposition of Dan Shea on behalf of Gulf Stream Coach, Inc. taken on June 1, 2009 | PSC023069 – PSC023180 |
| | | Deposition of Burl Keel on behalf of Gulf Stream Coach, Inc. taken on June 2, 2009 | PSC023181 – PSC023244 |
| | | Deposition of Elizabeth Ganiere Shea on behalf of Gulf Stream Coach, Inc. taken on June 1, 2009 | PSC023245 – PSC023256 |
| | | Deposition of Scott Pullin on behalf of Gulf Stream Coach, Inc. taken on June 2, 2009 | PSC023257 - PSC023356 |
| | | Diagrams of Gulf Stream Coach, Inc. trailer<br>*(Exhibit #20 from the deposition of James Shea, 2009)* | GULF0002150 |
| | | Gulf Stream Coach, Inc.'s Limited Warranty<br>*(Exhibit #17 from the deposition of Dan Shea, 2009, and Exhibit #16 from the deposition of James Shea, 2009)* | GULF0005570 – GULF0005571 |
| | | Gulf Stream Coach, Inc. - Letter from James Shea to Jonathan Gibb of FEMA regarding potential issues<br>*(Exhibit #24 from the deposition of James Shea, 2009)* | GULF0003011 - GULF 0003013 |

| | | | |
|---|---|---|---|
| | | *Email from Brandon Black dated September 17, 2008 to multiple parties regarding FEMA Formaldehyde* *(Exhibit #P-2 to the deposition of Robert Funkhouser taken on September 30, 2008)* | |
| | | Email to Gulf Stream Coach Inc. from Wade Breaux, a trailer resident, complaining of odor, burning eyes and daily headaches. "Please, Please Help Me!!" *(Exhibit #6 from the deposition of Dan Shea)* | GULF0004669 |
| | | March 21, 2006 Email from Scott Pullin to Dan Shea regarding trailer occupant's complaint *(Exhibit #13 from the deposition of James Shea, 2009)* | GS(COGR) 02211 |
| | | Letter from Dan Shea to Michael Wagner Proposing a Bid of 80 Units/Day *(Exhibit #23 from the deposition of Dan Shea)* | GULF0002144 |
| | | Packing slip from Adorn for "REG" Lauan *(Exhibit #5 from the deposition of James Shea)* | GULF0004036 |
| | | OSHA tests 177 units for formaldehyde at multiple FEMA Staging Facilities in Mississippi cities (Kiln, Pass Christian, Purvis, Bay St. Louis, Gulfport, Waveland, Ocean Springs); results above ATSDR standards, EPA & OSHA minimum exposure *(Exhibit from the deposition of Dan Shea, 2009)* | PSC023582 – PSC023591 |

| | | | |
|---|---|---|---|
| | | Invoices, Packing Slips and Bill of Lading for Adorn REG lauan *(Exhibit #1 from the deposition of Dan Shea and Exhibit #3 from the deposition of James Shea)* | GULF0004035-GULF0004041, GULF0004044 |
| | | Picking List for order of Wood Bridge, Inc. product (LFE column blank) *(Exhibit #6 from the deposition of James Shea)* | GULF0004244 |
| | | Pullin's direction on how to handle odor complaints (to John Bruhn, Dan Shea, John Smith & Phil Sarvari) *(Exhibit #11 from the deposition of James Shea and Exhibit #10B from the deposition of Scott Pullin)* | GULF0003057 or GULF0004464 |
| | | Maple Street delivery ticket for HUD certified lauan *(Exhibit #4 from the deposition of James Shea)* | GULF0004049-GULF0004050 |
| | | Email from Dan Shea to Stephen Miller (FEMA) (also sent to James Shea) *(Exhibit #28 from the deposition of James Shea)* | GULF0002831, GULF0004465 |
| | | Emails between D. Young, James, E. Gentry, Martinet, Lowery & Porter regarding news story of formaldehyde *(Exhibit #5 from the deposition of Dan Shea)* | GULF0004467-GULF0004470 |

| | | | |
|---|---|---|---|
| | | Email from Stephen Miller and Sidney Melton (FEMA) ask Dan Shea to test trailers and Dan says yes *(Exhibit #8 from the deposition of Dan Shea and Exhibit #7 from the deposition of James Shea)* | GULF0004472 |
| | | Testing data on Occupied Trailers from Scott Pullin *(Exhibit #1 from the deposition of Scott Pullin)* | GS(COGR)01570-01586 |
| | | FEMA Production Supplier Database; Handwritten Notes *(Exhibit #19 from the deposition of James Shea)* | GULF0000038-GULF0000049 |
| | | Gulf Stream issues a statement regarding customer complaints *(Exhibit #22 from the deposition of Dan Shea and Exhibit #22 from the deposition of James Shea)* | GS(COGR)01489 |
| | | Memorandum regarding John Bruhn's call to Wayne Benjamin (resident) regarding complaint *(Exhibit #2 from the deposition of Burl Keel and Exhibit #2 from the deposition of Scott Pullin)* | GULF0002498-GULF0002499, GULF0004664 |
| | | August 16, 2007 Email from John Brun regarding Darlene Moore *(Exhibit #15 from the deposition of Dan Shea)* | GULF0004576-GULF0004577 |
| | | Phil Sarvari's Letter to Deidre Lee (FEMA Dir of Ops) regarding Gulf Stream Product Safety – May 11, 2006 *(Exhibit #29 from the deposition of James Shea)* | GULF0002336, GULF0002338-GULF0002340 |

| | | | |
|---|---|---|---|
| | | Email from Sidney Melton to Phil Sarvari asking him to check 4 bar codes, regarding fan<br>*(Exhibit #25 from the deposition of Dan Shea)* | GULF0002522, GULF0004477 |
| | | John Bruhn's call with trailer resident Gertrude Toomey<br>*(Exhibit #12 from the deposition of Scott Pullin)* | GULF0002497 |
| | | Sue Super's transcript of resident Claudia Williams complaint<br>*(Exhibit #5 from the deposition of Scott Pullin)* | GULF0004658 |
| | | Sue Super's transcript of resident Paula Williams complaint<br>*(Exhibit #14 from the deposition of Scott Pullin)* | GULF0003061 |
| | | Mike Ward, John Smith, Scott Pullin, Dan Shea and Phil Sarvari's emails about a complaint from Michelle Vought<br>*(Exhibit #13 from the deposition of Scott Pullin)* | GULF0002532, GULF0002494 |
| | | Daily FEMA Call Log regarding Resident Miles Resor left an Afterhours message asking for MSDS sheets (May 23, 2006)<br>*(Exhibit #15 from the deposition of Scott Pullin)* | GULF0002351-GULF0002352 |
| | | Resident Paula William's complaint of odor that comes from "stool"<br>*(Exhibit #31 from the deposition of Dan Shea)* | GULF0002495 |

| | | Resident Carol Blossom's complaint of odor in her trailer *(Exhibit #32 from the deposition of Dan Shea and Exhibit #6 from the deposition of Scott Pullin)* | GULF0002496 |
|---|---|---|---|
| | | Call from Gulf Stream to Miles Resor regarding Resor's request for MSDS Sheets *(Exhibit 16 from the deposition of Scott Pullin)* | GULF0002349-GULF0002350 |
| | | Letter from Dan Shea to David Porter regarding Resor's request for MSDS sheets *(Exhibit #26 from the deposition of Dan Shea)* | GULF0002506-GULF0002507 |
| | | Jordan Fried (Associate General Counsel for Litigation at FEMA) decides not to turn over the MSDS sheets to Miles Resor *(Exhibit #14 from the deposition of Dan Shea)* | GULF0004487-GULF0004494 |
| | | Daily FEMA Call Log regarding John Bruhn's call with resident William Lecke regarding headaches (July 25, 2006) *(Exhibit #11 from the deposition of Scott Pullin)* | GULF0002501-GULF0002502 |
| | | Letter from Timothy Scandurro to Rick Preston encouraging FEMA to do a broad cross-section of testing and giving recommendations on how to perform testing *(Exhibit #24 from the deposition of Dan Shea)* | GULF0002342-GULF0002345 |

| | | | |
|---|---|---|---|
| | | April 27, 2007 Statement from Gulf Stream Coach, Inc. regarding products and consultation with a physician<br>*(Exhibit #21 from the deposition of Dan Shea and Exhibit #23 from the deposition of James Shea)* | GULF0003204 |
| | | Email from Randy LeBouef to Gulf Stream (with handwritten notes) about trailer he purchased<br>*(Exhibit #17 from the deposition of Scott Pullin)* | GULF0003218 |
| | | Emails between John Bruhn, John Smith, Mike Ward, Phil Sarvari and Dan Shea regarding trailer resident Art McGuire<br>*(Exhibit from the deposition of Scott Pullin)* | GULF0004581-<br>GULF0004582 |
| | | Travel trailer floor plans<br>*(Exhibit #27 from the deposition of Dan Shea)* | GULF0000753 –<br>GULF0000756,<br>GULF0000757 –<br>GULF0000758 |
| | | Breakdown of panels supplied to plants (design, size, number)<br>*(Exhibit #2 from the deposition James Shea)* | GULF0003829 |
| | | FEMA Plant Physical Addresses<br>*(Exhibit #1 from the deposition of James Shea)* | GULF0003450 |
| | | Complaint from purchaser of FEMA unit Dispatched: 11/16/05<br>*(Exhibit #10 from the deposition of James Shea)* | GULF0004520 |
| | | FEMA Rail Ready Check Items from Gulf Stream, Coach<br>*(Exhibit #21 from the deposition of Scott Pullin)* | GULF0000776 |

24

| | | | |
|---|---|---|---|
| | | Gulf Stream Coach, New Items for Rail Travel<br>*(Exhibit #22 from the deposition of Scott Pullin)* | GULF0000840 |
| | | Gulf Stream Diagram<br>*(Exhibits #28, #29, and #30 from the deposition of Dan Shea)* | GULF0000768, GULF0000797, GULF0000802-GULF0000808 |
| | | Gulf Stream Diagram<br>*(Exhibit #18 from the deposition of Scott Pullin)* | GULF0000756, |
| | | July 19, 2007 Email from Steve Lidy to Dan Shea regarding formaldehyde calls<br>*(Exhibit #33 from the deposition of Dan Shea)* | GULF0004580 |
| | | May 23, 2006 Email from Scott Pullin to J. Smith regarding daily FEMA calls<br>*(Exhibit #4 from the deposition of Scott Pullin)* | GULF0004651 |
| | | Drawing of bracket and attachments<br>*(Exhibit #19 from the deposition of Scott Pullin)* | GULF0000761-GULF0000763 |
| | | Letter from Eddie Abbott to Cliff regarding units<br>*(Exhibit #20 from the deposition of Scott Pullin)* | GULF0000773 |
| | | Hand-drawn diagram<br>*(Exhibit #3 from the deposition of Burl Keel)* | PSC023592 |
| | | Formaldemeter 400 Advertisement<br>*(Exhibit 15 from the deposition of James Shea, 2009)* | PSC024233 – PSC024234 |

| | | | |
|---|---|---|---|
| | | Installation Temporary of Mobile Structures<br>*(Exhibit 3 from the deposition of Dan Shea, 2009)* | FL-FCA-000066, FL-FCA-001438 to FL-FCA-001439 |
| | | Gulf Stream, PDI Checklist<br>*(Exhibit 18 from the deposition of Dan Shea and Exhibit 26 from the deposition of James Shea, 2009)* | FGC012 – FGC000040 |
| | | Purchase Order between Adorn LLC (Dan West) and Friendship Homes of Minnesota (Wayne Sundstedt) for PB and Lauan<br>*(Exhibit 13 from the deposition of Dan Shea)* | GULF0000581 |
| | | Any and all depositions taken in the Lewis matter and all exhibits attached thereto | |
| | **FEMA** | | |
| | | FEMA Model Travel Trailer Procurement Specifications dated 08-12-2004 (HSFE04-04-Q-800)<br>*(Exhibit #5 from the deposition of Randall Rush on February 23, 2010)* | FLE-00006914 – FLE-00006917 |
| | | FEMA Accessible Model Travel Trailer Procurement Specifications dated 04-21-2006 (with Accessible One Bedroom Travel Trailer Floor plan) | FLE-00007041 – FLE-00007049 |
| | | "Important Information for Travel Trailer Occupants" FEMA brochure | PSC002350 - PSC002351 |
| | | FEMA Model Travel Trailer Procurement Specifications Dated: July 14, 2005 | PSC003049 - PSC003057 |
| | | Declaration of Kevin Souza, former Acting Deputy Director of | PSC003058 - PSC003065 |

| | | Individual Assistance Division of FEMA | |
|---|---|---|---|
| | | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 |
| | | April 25, 2008 letter from FEMA to a THU occupant | PSC003397 - PSC003399 |
| | | Summary of Test Results conducted by Weston Solutions, Inc. for the U.S. EPA | PSC003407 - PSC003409 |
| | | Air Toxics Ltd. Laboratory Narrative for samples submitted by Weston Solutions | PSC003410 - PSC003415 |
| | | FEMA test results for formaldehyde testing at FEMA THU staging areas during November 2005, December 2005 and January 2006 | PSC003416 - PSC003420 |
| | | FEMA Memorandum from May 31, 2006 regarding Formaldehyde Air Sampling at the THU staging area in Purvis, Mississippi | PSC003421 - PSC003438 |
| | | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 |
| | | FEMA Job Hazard Analysis Worksheet | PSC023600 |
| | | New FEMA Procurement Specifications dated April 11, 2008 Release Number HQ-08-056 | PSC023601 – PSC023686 |
| | | FEMA Formaldehyde Timeline as of June 15, 2007 | PSC023687 – PSC023689 |
| | | FEMA Timeline as of August 7, 2008 (From the deposition of | PSC023690 – PSC023702 |

| | | | |
|---|---|---|---|
| | | Kevin Souza, FEMA Representative) | |
| | | Dept of Homeland Security – Office of Inspector General – Hurricane Katrina Temporary Housing Technical Assistance Contracts – August 20, 2008 (Internal Audit: OIG-08-88) | PSC023835 – PSC023863 |
| | | FEMA media release: Initial Indoor Air Quality Tests Results - November 14, 2008 | PSC023789 – PSC023790 |
| | | FEMA media release: FAQ National Disaster Housing Strategy - January 16, 2009 | PSC023791 – PSC023794 |
| | | FEMA Statement on Travel Trailers and Formaldehyde | PSC023795 |
| | | Email from Christopher DeRosa to Howard Frumkin on February 27, 2007 | PSC023796 |
| | | Correspondence from Christopher DeRosa to Patrick Preston on February 27, 2007 | PSC023797 |
| | | Email from Christopher DeRosa to Howard Frumkin and Thomas Sinks on March 9, 2007 | PSC023798 – PSC023799 |
| | | Email from Christopher DeRosa to Mike Groutt on August 10, 2007 | PSC023800 |
| | | Comments on Chronology of FEMA Trailers, drafter by Christopher DeRosa | PSC023801 |
| | | Correspondence from Christopher DeRosa to Howard Frumkin on September 21, 2007 | PSC023802 – PSC023808 |

| | | | |
|---|---|---|---|
| | | Email from Thomas Sinks to All CDC on October 12, 2007 | PSC023809 |
| | | NCEH/ATSDR Procedures regarding Official Interaction with Persons or Organization outside of NCEH/ATSDR | PSC023810 – PSC023811 |
| | | Logbook of Joseph Little | |
| | | Email between Sam Coleman, Joseph Little and Scott Wright on December 1, 2006 | PSC023819 – PSC023821 |
| | | FEMA: Interim Direction on use of Temporary Housing Units (Revision Effective Date: March 10, 2008) | PSC023828 – PSC023834 |
| | | "FEMA:  Important Formaldehyde Information for FEMA Housing Occupants" | FEMA09-000388 |
| | | "FEMA Travel Trailer Requirements" | PSC021671 |
| | | Any and all documents produced by Dr. Christopher DeRosa at his deposition, of July 6, 2009, or used as exhibits thereto | |
| | | Declaration of Stephen C. Miller, Contracting Officer Technical Representative with the Department of Homeland Security (FEMA) | |
| | **Others** | | |
| | | Data Dictionary for FEMA Trailer Formaldehyde Study Dataset:  FEMA519EXCEL.XLS | ATSDR-000473 – ATSDR-000488 |
| | | Photograph of a Trailer with "not to be used for housing" sticker | PSC026946 |

| | | Material Safety Data Sheet (MSDS) - Product Name: Medium Density Fiberboard | GULF0002283 - GULF0002286 |
|---|---|---|---|
| | | Material Safety Data Sheet (MSDS) - Product Name: Structurwood RBS | GULF0002328 - GULF0002329 |
| | | Material Safety Data Sheet (MSDS) - Product Name: 502 Silicone Sealant | GULF0002403 - GULF0002406 |
| | | Material Safety Data Sheet (MSDS) - Product Name:  Silicone Elastomer | GULF0002428 - GULF0002432 |
| | | Hurricane Katrina Temporary Housing Chart from Williams, Adley & Company, LLP | PSC024131 |
| | | Material Safety Data Sheet for Wood and Wood Products from Georgia-Pacific | PSC024132 – PSC024136 |
| | | PRI, Critical Government Services Worldwide's website | PSC024137 – PSC024186 |
| | | Del-Jen, Inc., a Fluor Company's website | PSC024187 – PSC024231 |
| | | Payments by FEMA/Government to Gulf Stream Coach, Inc., Fluor Enterprises, Inc., Del-Jen, Inc. and any other Fluor entity | |
| | | Warning Label regarding Formaldehyde | PSC024232 |
| | | "Formaldehyde Awareness Training Booklet" from Iowa State University | PSC024235 – PSC024250 |

| | | | |
|---|---|---|---|
| | | April 5, 2004 Letter from Charlie Compton to Bob Hasse regarding price increase for floor decking | GULF0003392 |
| | | Weyerhaeuser Monthly Pricing for Structurwood for 8-29-2005 through 9-23-2005 | GULF0000377 |
| | | Weyerhaeuser Weekly Pricing for Structurwood, Plywood and Lauan for 8-29-2005 through 9-2-2005 | GULF0002030 |
| | | Emails between Todd Lentych and Chris Clementz (Adorn) for door quotes | GULF0003383 |
| | | Shipping schedule for Venture Technologies - frame loads by plant | GULF0000620 |
| | | Deposition of Formaldehyde Council, Inc., through Betsy Natz, December 1, 2010, and all exhibits. | |
| | | Any and all other documents/exhibits which may be identified or discovered on the basis of Defendants' responses to discovery which has been timely propounded by Plaintiffs | |
| | | Any and all other documents and exhibits which may be produced pursuant to any subpoena issued in this matter or utilized by any party at any deposition taken in this matter | |
| | | Any and all demonstrative displays and or presentations to be used in connection with expert testimony | |

| | **Expert Reports and Files** | | |
|---|---|---|---|
| | | Expert Report of **Dr. Paul Hewett, Ph.D.** | BEAN000046 – BEAN000131 |
| | | Attachments to Expert Report of Dr. Paul Hewett, Ph.D. | BEAN000132 – BEAN000140 |
| | | Reliance Materials from Dr. Paul Hewett, Ph.D. | To be Supplemented |
| | | Expert Report of **Dr. Patricia B. Rosen** regarding Christina Bean | BEAN000018 – BEAN000026 |
| | | Curriculum Vitae of Dr. Patricia B. Rosen | PSC00033118 – PSC00033125 |
| | | Reliance Materials from Dr. Patricia B. Rosen | To be Supplemented |
| | | Expert Report of **Dr. Patricia B. Rosen** regarding Clyde Bean | BEAN000027 – BEAN000035 |
| | | Expert Report of **Dr. Patricia B. Rosen** regarding Meghan Bean DeSoto | BEAN000036 – BEAN000045 |
| | | Expert Report of **Marco Kaltofen, P.E.** | BEAN000001 – BEAN000017 |
| | | Curriculum Vitae of Marco Kaltofen, P.E. | |
| | | Reliance Materials from Marco Kaltofen, P.E. | To be Supplemented |
| | | Exhibits from all depositions taken in this matter | |
| | **Bean File:** | | |
| | | Plaintiff Fact Sheet of Christina Bean | |
| | | Plaintiff Fact Sheet of Clyde Bean | |

|  |  | Plaintiff Fact Sheet of Spencer Bean |  |
|---|---|---|---|
|  |  | Plaintiff Fact Sheet of Meghan Bean |  |
|  |  | Plaintiff Fact Sheet of Christianne McDavitt |  |
|  |  | Individual Assistance (IA) File for Clyde R. Bean |  |
|  |  | Gulf Stream Coach, Inc. Unit File for VIN 1NL1GTR2661040506 |  |
|  | **Medical/ Billing Records:** |  |  |
|  |  | All Medical Records on Plaintiffs Obtained |  |
|  |  | All Pharmacy Records on Plaintiffs Obtained |  |

Plaintiffs reserve the right to introduce any exhibit that becomes known during discovery of this matter or any exhibit listed by any other party.

Further, Plaintiffs reserve the right to supplement and amend this exhibit list once discovery is complete or within the time allowed by law.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  */s/Justin I. Woods*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street

New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713