IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO.: 1873 |
| This Document Relates to: *Bachemin v. Gulfstream Coach, Inc.* Docket No. 09-8701 Plaintiff: Jerry Parker | ) ) ) ) ) ) ) | SECTION: N (4) JUDGE: ENGELHARDT MAG.: ROBY |

### DEFENDANT, C. MARTIN COMPANY INC.'S RULE 12(b) MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS AND/OR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who moves this Honorable Court to dismiss the claims of the Plaintiffs in these suits with prejudice, pursuant to F.R.C.P. 12(b)(5) for failure to properly serve Defendant C. Martin Company, Inc. with process and pursuant to F.R.C.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant, C. Martin Company, Inc., prays that its Motion to Dismiss Pursuant to Rule 12(b) be granted, dismissing the claims of Plaintiffs, with prejudice as against Defendant, C. Martin Company.

Respectfully submitted,

PROVOSTY & GANKENDORFF, L.L.C.


  /s/ Edgar D. Gankendorff
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 3rd day of May, 2012.


  /s/ Edgar D. Gankendorff
Edgar D. Gankendorff

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on May 3, 2012, via email correspondences to counsel for the Plaintiffs, with the following results: first Plaintiffs' counsel, Bruno Law Firm, has advised that it does not opposed the within Motion. To date, Bruno Law Firm has failed to advise the undersigned of any opposition to the within motion.

                 /s/ Lena D. Giangrosso
                 Lena D. Giangrosso