IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 1873 |
| This Document Relates to: *Bachemin v. Gulfstream Coach, Inc.* Docket No. 09-8701 Plaintiff: Jerry Parker | SECTION: N (4) JUDGE: ENGELHARDT MAG.: ROBY |

**MEMORANDUM IN SUPPORT OF DEFENDANT, C. MARTIN COMPANY INC.'S RULE 12(b) MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE AND/OR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

MAY IT PLEASE THE COURT:

Defendant, C. Martin Company, Inc., through undersigned counsel, respectfully submits this Memorandum in Support of its Motion to Dismiss with Prejudice for failure to properly serve Defendant, C. Martin Company pursuant to Rule 12(b)(5) and/or to for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6).

I. Factual Background

The above-captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. The Plaintiffs in these matters initiated their lawsuit on December 30, 2009, by the filing of "Plaintiffs' Amending Complaint for Damages." The lawsuit was assigned the docket number referenced above. To date, the referenced lawsuit has been served upon Defendant, C. Martin Company. Further, while Plaintiff was never "matched" with Defendant, C. Martin Company, in the Petition and/or its

attached Exhibit A, Plaintiff has since been "matched" with Defendant, C. Martin Company via the Subcontractor Listing of Cases recently circulated by Plaintiff's counsel. *See*, Petition, attached as Exhibit 1, and Subcontractor Listing, attached as Exhibit 2.

## II. Law and Argument

Pursuant to the Federal Rules of Civil Procedure, "If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." F.R.C.P. 4(m). To date, more than one hundred twenty days have passed since the filing of this Complaint, but Defendant, C. Martin Company has not been served with process in the above case. Rather, Defendant was forced to undertake its own investigation to ascertain whether any additional claims had been filed against it in order to locate the above-referenced suits. As such, Defendant, C. Martin Company herein seeks dismissal of the above referenced claim, with prejudice, pursuant to Rule 12(b)(5), based upon Plaintiffs' failure to comply with Federal Rule of Civil Procedure 4(m). At this time, Defendant, C. Martin Company is unsure as to whether these suits are all-inclusive of those which have been filed against it, but not served, but files the within Motion to Dismiss as to those claims it has located.

In the alternative, Defendant, C. Martin Company herein seeks dismissal of the above referenced claim, with prejudice, pursuant to Rule 12(b)(6), based upon Plaintiffs' failure to state

a claim upon which relief can be granted. While Plaintiff has alleged a complaint or claim against Defendant, C. Martin Company, in the Subcontractor Listing of Cases (Exhibit 2), he has not stated facts or allegations against C. Martin Company in the Petition sufficient to raise such a claim against Defendant, C. Martin Company specifically because this Plaintiff fails to state *any* facts of allegations against this Defendant.

### III. Conclusion

WHEREFORE, Defendant, C. Martin Company, Inc., prays that its Rule 12(b) Motion to Dismiss with Prejudice be granted, dismissing the claims of Plaintiff, with prejudice as against Defendant, C. Martin Company, Inc.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

_____/s/ Edgar D. Gankendorff_____
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*