IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO.: 1873 |
| ) | |
| This Document Relates to: ) | SECTION: N (4) |
| *Bachemin v. Gulfstream Coach, Inc.* ) | |
| Docket No. 09-8701 ) | |
| Plaintiff: Jerry Parker ) | JUDGE: ENGELHARDT |
| ) | |
| ) | MAG.: ROBY |

### ORDER

Considering the foregoing Rule 12 Motion to Dismiss for Insufficiency of Service of Process filed by C. Martin Company and/or for failure to state a claim upon which relief can be granted;

**IT IS ORDERED THAT** the Unopposed Rule 12 Motion be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiff(s) are dismissed with prejudice against Defendant, C. Martin Company, Inc. as to the listed causes of action:

*Bachemin v. Gulfstream Coach, Inc.*, Docket No. 09-8701
    Plaintiff: Jerry Parker

New Orleans, Louisiana, this 3rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE