IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) *Adams v. Gulfstream Coach, Inc.* ) Docket No. 09-8644 ) Plaintiff: Edward Valteau ) ) ) | SECTION: N (4) <br><br> JUDGE: ENGELHARDT <br><br> MAG.: ROBY |

### <u>DEFENDANT, C. MARTIN COMPANY INC.'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED</u>

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who moves this Honorable Court to dismiss the claims of the Plaintiffs in these suits with prejudice, pursuant to F.R.C.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant, C. Martin Company, Inc., prays that its Motion to Dismiss Pursuant to Rule 12(b)(6) be granted, dismissing the claims of Plaintiff(s), with prejudice as against Defendant, C. Martin Company.

Case 2:07-md-01873-KDE-MBN   Document 25588   Filed 05/11/12   Page 2 of 3

Respectfully submitted,

PROVOSTY & GANKENDORFF, L.L.C.


__/s/ Edgar D. Gankendorff_____
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the ____ day of May, 2012.


__/s/ Edgar D. Gankendorff_____
Edgar D. Gankendorff

2

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on May 3rd, 2012, via email correspondence to counsel for the Plaintiffs, with the following results: Plaintiffs' counsel, Bruno Law Firm, has advised that it does not opposed the within Motion.

/s/ Lena D. Giangrosso
Lena D. Giangrosso