IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: *Adams v. Gulfstream Coach, Inc.* Docket No. 09-8644 ) ) ) | SECTION: N (4) |
| Plaintiff: Edward Valteau ) ) ) | JUDGE: ENGELHARDT |
| | MAG.: ROBY |

### ORDER

Considering the foregoing Rule 12 Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted;

**IT IS ORDERED THAT** the Unopposed Rule 12 Motion be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiff(s) are dismissed with prejudice against Defendant, C. Martin Company, Inc. as to the listed causes of action:

*Adams v. Gulfstream Coach, Inc.*, Docket No. 09-8644
    Plaintiff: Edward Valteau

New Orleans, Louisiana, this <u>10th</u> day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE