UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Favre, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3410; | * | |
| Plaintiff: Aleta, Lonnie o/b/o Aleta, Tabatha | * | |

**************************************************************************

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS
NO.2, 32, 86, AND 88 RELATING TO PLAINTIFF FACT SHEETS**

NOW INTO COURT, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of Plaintiff, Lonnie Aleta o/b/o Tabatha Aleta with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2, 32, 86, and 88 relating to the provision of Plaintiff Fact Sheets.

Plaintiff, Lonnie Aleta o/b/o Tabatha Aleta submitted a Plaintiff Fact Sheets to counsel for Gulf Stream, which was reviewed and determined to be deficient. Thereafter, counsel for Gulf Stream sent correspondence to counsel for Plaintiff requesting correction of the Plaintiff Fact Sheet submitted on behalf of this Plaintiff. An errata sheet or amendment was received from plaintiffs following this correspondence; however, it failed to correct the stated deficiencies. Thereafter, information regarding the Plaintiffs was included on the Plaintiff Census, received by counsel for Gulf Stream on or about January 2, 2012. After review of this information, the information provided on behalf of plaintiff is deficient in 10 or more of the enumerated 23 key factors. For this reason, and the reasons more fully set forth in the attached Memorandum in Support, Defendant Gulf Stream Coach, Inc. requests dismissal, with prejudice of Plaintiff, Lonnie Aleta o/b/o Tabatha Aleta.

00376144-1

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

*s/Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of May, 2012, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**

00376144-1

2