# CRYSTLE ACCARDO

| | |
|---|---|
| From: | CARMEN MOTES |
| Sent: | Tuesday, July 26, 2011 6:29 PM |
| To: | 'Gerald Meunier'; 'Matthew Moreland' |
| Cc: | 'Anthony Buzbee'; 'Candice Sirmon'; 'Chris Pinedo'; 'Denise Martin'; 'Dennis Reich'; 'Emily Jeffcott'; 'Frank D'Amico Jr'; 'Jack Harang (jack@jharang.com)'; 'Jackie Edmundson'; 'jim@jimshall.com'; 'Justin Woods'; 'Kelly Moorman'; 'Linda'; 'Marilyn Trevino'; 'Mikal Watts'; 'Paul Dominick'; 'Peter Taaffe'; 'Raul Bencomo'; 'Reed Bowman (rbowman@damicolaw.net)'; 'mwatson@michaelcwatson.com'; 'Rob Becnel'; 'Tracy Beard'; 'wanda@jimshall.com'; 'Kendra Saxvik'; 'David Jarrell'; 'Douglas Schmidt'; 'pborstell@gmail.com'; 'lcentola@hurricanelegal.com'; 'dvega@hurricanelegal.com'; 'mwatson@woodfill-pressler.com'; 'tweitzel@wgclawfirm.com'; 'steveftla@gmail.com'; 'egibson@hsglawfirm.net'; 'chante@hsglawfirm.net'; 'twise@hsglawfirm.net'; 'ftlacj@gmail.com'; 'mstubbs@andrylawgroup.com'; 'mobilefemagroup@gmail.com'; ANDREW WEINSTOCK |
| Subject: | RE: FEMA: MISSING GULFSTREAM PFS FOR VARIOUS PLAS COUNSEL (6 LETTERS THAT WERE PREVIOUSLY SENT TO ALL COUNSEL) |
| Attachments: | 2011-13-7 Meunier (GSCI Deficiency Letter-MISSING PFS FROM VARIOUS PLAS COUNSEL ) (00209336).DOC; 2011-18-7 Meunier (GSCI Deficiency Letter-MISSING PFS FROM VARIOUS PLAS COUNSEL ) (00210723).DOC; 2011-21-7 Meunier (GSCI Deficiency Letter-MISSING PFS FROM VARIOUS PLAS COUNSEL ) (00211522).DOC; 2011-19-7 Meunier (GSCI Deficiency Letter-MISSING PFS FROM VARIOUS PLAS COUNSEL ) (00211191).DOC; 2011-26-7 #2 Meunier (GSCI Deficiency Letter-MISSING PFS FROM VARIOUS PLAS COUNSEL ) (00214635).DOC; 2011-26-7 Meunier (GSCI Deficiency Letter-MISSING PFS FROM VARIOUS PLAS COUNSEL ) (00213925).DOC |
| Importance: | High |

| Tracking: | Recipient | Read |
|---|---|---|
| | 'Gerald Meunier' | |
| | 'Matthew Moreland' | |
| | 'Anthony Buzbee' | |
| | 'Candice Sirmon' | |
| | 'Chris Pinedo' | |
| | 'Denise Martin' | |
| | 'Dennis Reich' | |
| | 'Emily Jeffcott' | |
| | 'Frank D'Amico Jr' | |
| | 'Jack Harang (jack@jharang.com)' | |
| | 'Jackie Edmundson' | |
| | 'jim@jimshall.com' | |
| | 'Justin Woods' | |
| | 'Kelly Moorman' | |
| | 'Linda' | |
| | 'Marilyn Trevino' | |
| | 'Mikal Watts' | |
| | 'Paul Dominick' | |
| | 'Peter Taaffe' | |
| | 'Raul Bencomo' | |
| | 'Reed Bowman (rbowman@damicolaw.net)' | |
| | 'mwatson@michaelcwatson.com' | |
| | 'Rob Becnel' | |
| | 'Tracy Beard' | |
| | 'wanda@jimshall.com' | |

| Recipient | Read |
|---|---|
| 'Kendra Saxvik' | |
| 'David Jarrell' | |
| 'Douglas Schmidt' | |
| 'pborstell@gmail.com' | |
| 'lcentola@hurricanelegal.com' | |
| 'dvega@hurricanelegal.com' | |
| 'mwatson@woodfill-pressler.com' | |
| 'tweitzel@wgclawfirm.com' | |
| 'steveftla@gmail.com' | |
| 'egibson@hsglawfirm.net' | |
| 'chante@hsglawfirm.net' | |
| 'twise@hsglawfirm.net' | |
| 'ftlacj@gmail.com' | |
| 'mstubbs@andrylawgroup.com' | |
| 'mobilefemagroup@gmail.com' | |
| ANDREW WEINSTOCK | Read: 7/26/2011 6:32 PM |

Good evening,

I am resending the previously sent six (6) letters regarding Missing PFS from Various Counsel. As I should have made the **due dates 30 days rather than 60 days**, I have made the correct changes on each letter indicating when they are due. I kept the original dates that the letters were sent out to prevent any further confusion. Please let me know if you have any further questions.

Carmen


Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

\*\*\*\*\*\*\*\*\*\*Disclaimer\*\*\*\*\*\*\*\*\*\*\*\*\*
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.