UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the **9:30 a.m.** conference on **Friday, May 18, 2012**, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals who will be granted admittance to the 9:30 a.m. conference on May 18, 2012 are:

        Dan Balhoff (attendance optional)
        Amanda Ballay
        Gerry Barrios
        Robert Becnel
        Raul Bencomo
        Tony Buzbee
        Frank D'Amico, Jr.
        Adam Dinnell (attendance optional)
        Lamont Domingue
        Randi Ellis (attendance optional)
        Joe Glass
        Ernie Gieger
        John Hainkel
        Bob Hilliard

>Ralph Hubbard
>Ryan Johnson
>Dave Kurtz
>Charles Leche
>Jerry Meunier
>Henry Miller (attendance optional)
>Matt Moreland
>Charlie Penot
>Jim Percy
>John Perry (attendance optional)
>Dennis Reich
>Tim Scandurro
>Stewart Tharp
>Mikal Watts
>Andy Weinstock
>Justin Woods

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10:00 a.m. conference on Friday, May 18, 2012, is open to all counsel.

New Orleans, Louisiana, this 14th day of May, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**