DUPLASS
ZWAIN
BOURGEOIS
PFISTER &
WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON

BEN S. DiPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

September 6, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **October 6, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Willie Taylor** | **Becnel** |
| **James Taylor, Sr.** | **HLC** |
| **Andrea Smith Taylor** | **WATTS HILLIARD** |
| **Daydon Lee Taylor** | **WATTS HILLIARD** |
| **Dustin Taylor** | **WATTS HILLIARD** |
| **Elizabeth Taylor** | **WATTS HILLIARD** |
| **Eyvonn Taylor** | **WATTS HILLIARD** |
| **Woodrow Taylor, IV** | **WATTS HILLIARD** |
| **Jacob Taylor** | **WATTS HILLIARD** |
| **Johnny Taylor** | **WATTS HILLIARD** |
| **Woodrow Taylor, Jr.** | **WATTS HILLIARD** |
| **Kristina Taylor** | **WATTS HILLIARD** |
| **Leshay Janique Taylor** | **WATTS HILLIARD** |
| **Mary Taylor** | **WATTS HILLIARD** |
| **Rita Taylor** | **WATTS HILLIARD** |
| **Shekeidra Taylor** | **WATTS HILLIARD** |
| **Sheila Taylor** | **WATTS HILLIARD** |
| **Claude Taylor, Sr.** | **D'Amico** |

| | |
|---|---|
| **Harold Taylor, Sr.** | **WATTS HILLIARD** |
| **Robert Taylor, Sr.** | **WATTS HILLIARD** |
| **Terdero Beverly Taylor** | **Bruno** |
| **Cynthia L. Teal** | **Torres** |
| **Grace Lorraine Teal** | **Torres** |
| **Melissa L. Teal** | **Torres** |
| **Sandi O'Donnel Teal** | **Torres** |
| **Theodore M. Teal, Jr.** | **Torres** |
| **Theodore Michael Teal, III** | **Torres** |
| **Theordore Michael Teal, IV** | **Torres** |
| **Heather Tedescos obo Kaitlyn Hill** | **PSC** |
| **Brenda Temonia** | **Gainsburgh** |
| **Edward Temonia** | **Gainsburgh** |
| **Edward Temonia obo Brock Temonia** | **Gainsburgh** |
| **Edward Temonia obob Chase Temonia** | **Gainsburgh** |
| **Edward Temonia obo Ellie Temonia** | **Gainsburgh** |
| **Edward Temonia obo Eve Temonia** | **Gainsburgh** |
| **Willie Tenner** | **Buzbee** |
| **Jazzmin Tennessee** | **Buzbee** |
| **Melissa Tennessee** | **Buzbee** |
| **Jayson Tennyson** | **WATTS HILLIARD** |
| **Michelle Tenorio** | **Bruno** |
| **Ricardo Tenorio** | **Bruno** |
| **Mary Ann M. Teoulet** | **Torres** |
| **Jane Terminie** | **Torres** |
| **Robbie J. Terminie** | **Torres** |
| **Deborah Ward Crosby-Tero** | **HLC** |
| **Ciji Terrebonne** | **WATTS HILLIARD** |
| **Timothy Terrebonne** | **WATTS HILLIARD** |
| **Shelland Terry** | **D'Amico** |
| **Thomas Terry** | **D'Amico** |
| **Eldridge Tervalon** | **Bruno** |
| **Tony Tezeno** | **Buzbee** |
| **Elaine Richard Tezeno** | **WATTS HILLIARD** |
| **Henry James Tezeno, Jr.** | **WATTS HILLIARD** |
| **Rickey Tezeno** | **WATTS HILLIARD** |
| **Thomas Thaddius** | **D'Amico** |
| **Kathy Thai** | **Hall** |
| **Keran Thai** | **Hall** |
| **Kevin Thai** | **Hall** |
| **Linda Thai** | **Hall** |
| **Mad Bing Thao** | **WATTS HILLIARD** |
| **Stanford J. Theirry** | **WATTS HILLIARD** |
| **Alan Therence** | **HLC** |
| **Emelda Therence** | **HLC** |

| | |
|---|---|
| Laurie Theriot | Eaves |
| Toby Theriot, Jr. | Eaves |
| Mona Theriot | WATTS HILLIARD |
| Toby Theriot, Sr. | Eaves |
| Tara Theriot | WATTS HILLIARD |
| Tori Theriot | WATTS HILLIARD |
| Men Thi | Eaves |
| Corlandra Thibodeaux | Buzbee |
| Jennifer Thibodeaux | Buzbee |
| Lolita Thibodeaux | Buzbee |
| Penny Thibodeaux | Parker Waichman |
| Leah Thomas Thibodeaux | WATTS HILLIARD |
| Abbie Thibodeaux | WATTS HILLIARD |
| Betty Thibodeaux | WATTS HILLIARD |
| Corlandra Michelle Thibodeaux | WATTS HILLIARD |
| Dylan Thibodeaux | WATTS HILLIARD |
| Jaland Thibodeaux | WATTS HILLIARD |
| Leeza Marie Thibodeaux | WATTS HILLIARD |
| Lolita Ann Thibodeaux | WATTS HILLIARD |
| Mary Jane Thibodeaux | WATTS HILLIARD |
| Mark Thibodeaux, Sr. | WATTS HILLIARD |
| Sylvia Moore Thibodeaux | WATTS HILLIARD |
| Terrel Thibodeaux | WATTS HILLIARD |
| David Charles Thiel | Torres |
| Kati Alice Thiel | Torres |
| Lisa Maitre Thiel | Torres |
| Artasia Thierry | WATTS HILLIARD |
| Arthur Thierry | WATTS HILLIARD |
| Ruby Thierry | WATTS HILLIARD |
| Mary Thigpen | Hawkins Stracener & Gibson |
| Adam Thomas | Parker Waichman |
| Annie Thomas | Becnel |
| Annie Thomas | Parker Waichman |
| Annie M. Thomas | HLC |
| Cheryl Thomas | Schmidt |
| Debra Thomas | Eaves |
| Dorothy Thomas | Parker Waichman |
| Elexis Thomas | Buzbee |
| Eric Thomas | Eaves |
| | |

        Sincerely,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        **Andrew Weinstock**

        ANDREW D. WEINSTOCK

ADW/cvm