UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Decouracy, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-2297; | * | |
| Plaintiffs: Aguillard, Bobby & Thao, Mad Bing | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets is hereby set for submission on the 30th day of May, 2012, at 9:30 a.m.

                                         Respectfully Submitted,

                                         **DUPLASS, ZWAIN, BOURGEOIS,**
                                         **PFISTER & WEINSTOCK**

                                         s/Andrew D. Weinstock
                                         _____
                                         **ANDREW D. WEINSTOCK #18495**
                                         **JOSEPH G. GLASS #25397**
                                         3838 N. Causeway Boulevard, Suite 2900
                                         Metairie, Louisiana  70002
                                         Telephone: (504) 832-3700
                                         Facsimile: (504) 837-3119
                                         andreww@duplass.com
                                         jglass@duplass.com
                                         **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 14th day of May, 2012, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**