UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Wallace, et al v. Cavalier Home Builders,* | * | |
| *Inc.*, *et al*; Docket No. 10-2438 | * | |

*******************************************************************************

## GULF STREAM COACH, INC.'S MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who respectfully moves this Honorable Court for an Order compelling Plaintiffs to advise the court of their reasons for not attending their scheduled Independent Medical Examination (IME) which was set up to take place on May 7, 2012 at 7:00 a.m.

Mover herein certifies that he has conferred in good faith with opposing counsel in an effort to resolve the dispute amicably and has been unable to do so.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: 504-832-3700
Facsimile: 504-837-3119
andreww@duplass.com
jglass@duplass.com

00376412-1

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00376412-1