UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Wallace, et al v. Cavalier Home Builders,* | * | |
| *Inc.*, *et al*; Docket No. 10-2438 | * | |

********************************************************************************

### GULF STREAM COACH, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION

**MAY IT PLEASE THE COURT:**

On April 17, 2012, (See, Ex. "1"), an email was sent to Matthew Moreland, plaintiff's counsel, advising of the May 7, 2012 IME date, with no response from Mr. Moreland. Then on April 19, 2012, (See, Ex. "2"), we asked plaintiff's liaison counsel to assist with reaching Mr. Moreland to confirm the IME date and Palmer Lambert stated that Mr. Moreland would give us an answer by that afternoon. On April 19, 2012 (See, Ex. "3"), undersigned counsel finally heard back from Mr. Moreland and he stated he was waiting to hear back from his clients. Furthermore, on May 4, 2012, (See, Ex. "4"), undersigned received specific instructions from the facility that we were to forward to plaintiff's counsel.

Finally, on May 7, 2012 (See, Ex. "4"), undersigned received email from Mr. Moreland stating that he has been trying to get in touch with the Wallace family and has not been able to get them to respond. Mr. Moreland advised that he would let undersigned know as soon as he heard back from the Wallace family so the IME could be rescheduled. To date, undersigned has not heard from Mr. Moreland.

00376256-1

Accordingly, mover herein respectfully requests that Plaintiffs be compelled to advise the court of their reasons for not attending their scheduled Independent Medical Examination (IME) which was set up to take place on May 7, 2012 at 7:00 a.m.

>Respectfully Submitted:
>**DUPLASS, ZWAIN, BOURGEOIS,**
>**PFISTER & WEINSTOCK**
>s/ Andrew D. Weinstock
>
>_____
>**ANDREW D. WEINSTOCK #18495**
>**JOSEPH G. GLASS #25397**
>3838 N. Causeway Boulevard, Suite 2900
>Metairie, Louisiana  70002
>Telephone: 504-832-3700
>Facsimile: 504-837-3119
>andreww@duplass.com
>jglass@duplass.com
>
>and
>
>SCANDURRO & LAYRISSON
>Timothy D. Scandurro #18424
>Dewey M. Scandurro #23291
>607 St. Charles Avenue
>New Orleans, LA 70130
>(504) 522-7100
>(504) 529-6199 (FAX)
>tim@scanlayr.com
>dewey@scanlayr.com
>**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

>  s/Andrew D. Weinstock
> ANDREW D. WEINSTOCK
>  andreww@duplass.com

00376256-1