# Carmen Motes

| | |
|---|---|
| From: | Carmen Motes |
| Sent: | Tuesday, April 17, 2012 10:33 AM |
| To: | Palmer Lambert (plambert@gainsben.com) |
| Cc: | Justin Woods; Denise Martin; Daniel Becnel; 'Matthew Moreland'; 'Andy Weinstock' |
| Subject: | FEMA: (BEAN AND WALLACE PLAS RE: IME) |
| Importance: | High |

Palmer,

The first available IME date in which the facility is free along with Dr. Wedner being here is May 7th.. Please have all the plaintiffs available for May 7th.. It will run smoothly if everyone can come on the same day.. Also, I need a response from Wallace plas counsel also.

Palmer, please make sure to get in touch with them and confirm with me that this will be the date..

Thanks again.

Carmen

Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer*************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.