# Carmen Motes

| | |
|---|---|
| **From:** | Palmer Lambert <plambert@gainsben.com> |
| **Sent:** | Thursday, April 19, 2012 2:07 PM |
| **To:** | Carmen Motes |
| **Subject:** | RE: FEMA: (BEAN AND WALLACE PLAS RE: IME) |

Carmen,

Matt Moreland will give us an answer this afternoon.

Palmer

M. Palmer Lambert, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Cell: 504-495-6857
Facsimile: 504-528-9973
Email: plambert@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

---

**From:** Carmen Motes [mailto:cmotes@duplass.com]
**Sent:** Tuesday, April 17, 2012 6:40 PM
**To:** Palmer Lambert
**Subject:** RE: FEMA: (BEAN AND WALLACE PLAS RE: IME)

Palmer,

    Please let me know definitely tomorrow and please help me with the Wallace plas.. thanks

Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**\*\*\*\*\*\*\*\*\*\*Disclaimer\*\*\*\*\*\*\*\*\*\*\*\*\***
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.

---

**From:** Palmer Lambert [mailto:plambert@gainsben.com]
**Sent:** Tuesday, April 17, 2012 10:38 AM
**To:** Carmen Motes
**Subject:** Re: FEMA: (BEAN AND WALLACE PLAS RE: IME)

Thanks, Carmen. All at 7:00 a.m., correct?

Palmer

Sent from my iPhone

On Apr 17, 2012, at 10:32 AM, "Carmen Motes" <cmotes@duplass.com> wrote:

> Palmer,
>
> The first available IME date in which the facility is free along with Dr. Wedner being here is May 7th.. Please have all the plaintiffs available for May 7th.. It will run smoothly if everyone can come on the same day.. Also, I need a response from Wallace plas counsel also.
>
> Palmer, please make sure to get in touch with them and confirm with me that this will be the date..
>
> Thanks again.
>
> Carmen
>
> Carmen Motes
> PARALEGAL TO ANDREW WEINSTOCK
> Duplass, Zwain, Bourgeois, Pfister & Weinstock
> 3838 N. Causeway Boulevard, Suite 2900
> Metairie, LA 70002
> (504) 832-3700
> (504) 837-3119 (FAX)
> cmotes@duplass.com
>
> \*\*\*\*\*\*\*\*\*\*Disclaimer\*\*\*\*\*\*\*\*\*\*\*\*\*
> The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.
>
> If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.