## Carmen Motes

| | |
|---|---|
| **From:** | Matthew Moreland <mmoreland@becnellaw.com> |
| **Sent:** | Thursday, April 19, 2012 4:44 PM |
| **To:** | Carmen Motes |
| **Cc:** | plambert@gainsben.com |
| **Subject:** | Re: Wallace v. GulfStream Litigation |
| **Importance:** | High |

Waiting to hear back from clients.

**Matthew Moreland**
**Becnel Law Firm, LLC**
**P.O. Drawer H**
**Reserve, LA 70084**
**Phone: 985-536-1186**
**Fax: 985-536-6445**

On Apr 19, 2012, at 4:41 PM, Carmen Motes wrote:

Matthew are we good with IME's set for May 7th..

Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer*************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.

---

**From:** Matthew Moreland [mailto:mmoreland@becnellaw.com]
**Sent:** Thursday, April 19, 2012 4:38 PM
**To:** Carmen Motes
**Subject:** Wallace v. GulfStream Litigation

Please find attached responses to request for admission.

Matthew Moreland
Becnel Law Firm, LLC
P.O. Drawer H

1

Reserve, LA 70084
Phone: 985-536-1186
Fax: 985-536-6445