## Carmen Motes

**From:** Matthew Moreland <mmoreland@becnellaw.com>
**Sent:** Monday, May 07, 2012 8:03 AM
**To:** Carmen Motes
**Cc:** Palmer Lambert
**Subject:** Re: IME's

Carmen,

I have been trying to get in touch with the Wallace's about this date for a few weeks and have not been able to get them to respond. I am sorry they were not able to attend this morning. I will let you know as soon as I hear back from them so we can reschedule them. thanks,

Matt

Matthew Moreland
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
Phone: 985-536-1186
Fax: 985-536-6445

On May 4, 2012, at 6:56 PM, Carmen Motes wrote:

Please read below for further information on IME's set for Monday, May 7th...

Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer**************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.

---

**From:** Pohlmann, Melissa [mailto:mpohlmann@ejgh.org]
**Sent:** Friday, May 04, 2012 8:20 AM
**To:** Carmen Motes
**Subject:** RE: IME's

1

Good morning Carmen:

Yes everything is set for Monday. They can park in the Cardiology/Pulmonary parking area which is located on the canal side towards the back of the hospital. Use the back elevator and have them go to Cardiology on the 2nd floor of the hospital. The patients will need to arrive in the Cardiology Department to register around 7a. Once they complete registration, those who need spirometries should go first and get their x-rays, those who need ONLY x-rays should follow. It will make the process easier.   X-rays are on the 2nd floor and spirometry is on the 3rd floor. When the tests are completed they come to see Dr. Wedner on the 3rd floor (in Dr. Smith's office) down the hall from Pulmonary. If this is too confusing, I will be happy to call you and explain. Please let me know if you need me to explain further, this is a big hospital.

Melissa Pohlmann
Office Manager
Jefferson Pulmonary Assoicates
504-454-5205
mpohlmann@ejgh.org