UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|    FORMALDEHYDE PRODUCTS | * | |
|    LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Wallace, et al v. Cavalier Home Builders,* | * | |
| *Inc.*, *et al*; **Docket No. 10-2438** | * | |

*************************************************************************

### GULF STREAM COACH, INC.'S MOTION FOR EXPEDITED HEARING ON MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which respectfully requests that this Court set an expedited hearing on its Motion to Compel Independent Medical Examination filed in this matter since our expert reports are due on June 7, 2012.

                        Respectfully Submitted:

                        **DUPLASS, ZWAIN, BOURGEOIS,
                        PFISTER & WEINSTOCK**

                        s/ Andrew D. Weinstock
                        _____
                        **ANDREW D. WEINSTOCK #18495
                        JOSEPH G. GLASS #25397**
                        3838 N. Causeway Boulevard, Suite 2900
                        Metairie, Louisiana  70002
                        Telephone: 504-832-3700
                        Facsimile: 504-837-3119
                        andreww@duplass.com
                        jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com