UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           FORMALDEHYDE PRODUCTS           LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *Wallace, et al v. Cavalier Home Builders, Inc.*, *et al*; Docket No. 10-2438 | * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that Defendant's Motion for Expedited Hearing on its Motion to Compel Independent Medical Examination is hereby **GRANTED** and set for hearing on the _____ day of _____, 2012 at _____ o'clock a.m.

_____
UNITED STATES DISTRICT JUDGE

00376414-1