UNITED STATES JUDICIAL PANEL
On
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                MDL NO. 1873
                                                             SECTION N(5)

                                                             JUDGE ENGELHARDT
                                                             MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Brian Carpenter, et al. v. Doug Boyd Enterprises, LLC, et al., Civil Action No. 10-4118

### UNOPPOSED MOTION TO DISMISS DEFENDANT, DOUG BOYD ENTERPRISES, LLC WITHOUT PREJUDICE

COMES NOW, the Defendant, Doug Boyd Enterprises, LLC by and through counsel and submits this Unopposed Motion to Dismiss Defendant, Doug Boyd Enterprises, LLC Without Prejudice and would show unto the Court that undersigned counsel has conferred with counsel for the Plaintiff and he has agreed to this dismissal.

WHEREFORE, PREMISES CONSIDERED, Defendant Doug Boyd Enterprises, LLC requests that this Court grant this Motion in the above-referenced matter.

                              Respectfully submitted,

                              DOUG BOYD ENTERPRISES, LLC

                              BY: COPELAND, COOK, TAYLOR & BUSH, P.A.


                              BY:   */s/ William L. McDonough, Jr.*
                                    WILLIAM L. McDONOUGH, JR., MSB#  2414

                                    */s/ V. K. Smith, III*
                                    V. K. Smith, III, MSB #7623

## **CERTIFICATE**

I, WILLIAM L. McDONOUGH, JR., do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    C. Edward Gibson, IV egibson@hsglawfirm.net
    John Hawkins john@hsglawfirm.net
    Taylor B. McNeel tmcneel@brunini.com
    William Trey E. Jones, III tjones@brunini.com
    H. Mark Adams madams@joneswalker.com
    Paul V. Cassisa, Jr. cassisa@dixie-net.com
    David P. Curtis dcurtis@frilot.com
    Sheryl M. Bey sbey@bakerdonelson.com
    Joseph G. Glass jglass@duplass.com

This the 14th day of May, 2012.

                        */s/ William L. McDonough, Jr.*
                        WILLIAM L. McDONOUGH, JR.

                        */s/ V. K. Smith, III*
                        V. K. Smith, III

COPELAND, COOK, TAYLOR & BUSH, P.A.
ATTORNEYS AT LAW
Post Office Box 10
Gulfport, MS  39502
Telephone:  (228) 863-6101
Facsimile:   (228) 868-9077
wmcdonough@cctb.com