# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

John A. Eaves, Jr., Esq.
Jon-Marc King, Esq.
Shana D. Fondren, Esq.
Anders Ferrington, Esq.
Eaves Law Offices
101 North State Street
Jackson, Mississippi 39201

  Re:  *FEMA Trailer Formaldehyde Product Liability Litigation*
     USDC, EDLA, MDL № 09-1873
     Our Ref №: 0200-24-7

Dear Counsel:

  Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| 09-8264 | **Amos, Benjamin v. Forest River** | |
|---|---|---|
| | Amos, Benjamin Hilton | Byrd, Gregory Darnell |
| | Belille, Viola | Byrd, Jennifer Nichole |
| | Boney, Danny P. Jr. | Byrd, Jermy C. |
| | Briscoe, Brenda | Byrd, Pamela Sue |
| | Briscoe, Earnest | Carr, Katherine Marie |
| | Brown, Antisha | Carr, Lauren |
| | Brown, Antisha o/b/o S.B. | Carr, Lauren o/b/o C.C. |


EXHIBIT
A

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Eaves Law Offices*
*May 2, 2011*
*Page 2 of 5*

|  |  |  |
|---|---|---|
|  | Brown, Nashikia | Carr, Micheal Howard |
|  | Brown, Nashikia o/b/o K.B. | Cooper, Francisco Butch |
|  | Bruno, Denise M. | Shannon, William V. |
|  | Bruno, Michael D. | Taylor, Elizabeth W. |
|  | Buchana, Aubles D. | Tregob, Barry Bennett |
|  | Buchana, Pamela M. | Williams, Glenda F. |
|  | Byrd, Darrell C. | Williams, Jerry L. |

**09-8184**   **Anderson, Jean Marie v. Forest River**
Anderson, Jean Marie         Craig, Patricia
Buckner, Janaise Ruth        Glaude, Asheca
Clayton, Cecil D.

**10-2166**   **Austin, Melvin E. v. Forest River**
Austin, Melvin E.            Trotter, Sharon o/b/o A.T
Carr, Laruen o/b/o A.Z.      Trotter, Sharon o/b/o T.T.
Fells, Johnny Lee            Trussell, Terrance D.
Penton, Glenese              Varnado, Millerree
Stone, Michael               Walley, Curtis S.
Taylor, Adam T.              Walley, Monsue
Taylor, Forest Deuaine       Waltman, Marty
Taylor, Shelia D.            Washington, Pearl Marie
Thames, Carla Marie          Wernowski, Mary
Theriot, Toby S. Jr.         Wernowsky, Crystal
Theriot, Toby S. Sr.         Williams, Kathy R.
Trotter, Sharon              Wonsley, Cynthia Latrice
Trotter, Sharon o/b/o J.T.   Wonsley, O'Nicholas Demetris

**09-8080**   **Bullock, Charlotte v. Forest River**
Anderson, Jean Marie         Ratliff, James
Bullock, Charlotte N.        Richardson, Connie M.
Bullock, David Burl          Richardson, James
Fairley, Crystal             Richardson, Robert
Fairley, Pam                 Richardson, Tekila
McGinty, Dionne              Richardson, Tekila o/b/o K.R.
McGinty, Dionne o/b/o A.M.   Richardson, Tekila o/b/o O.Y.
McGinty, Dionne o/b/o I.M.   Russell, Mae Ola
Murrill, Theora              Woods, Cynthia
Myles, Ramon Sr.             Woods, Cynthia o/b/o A.W.
Phleygm, Latoya              Woods, Cynthia o/b/o J.W.
Phleygm, Latoya o/b/o C.P.   Woods, Jessie Sr.
Phleygm, Latoya o/b/o Z.R.

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Eaves Law Offices*
*May 2, 2011*
*Page 3 of 5*

| | | |
|---|---|---|
| 09-8057 | **Chambers, Vanesta v. Forest River** | |
| | Chambers, Vanesta | Keys, Alisha o/b/o T.K. |
| | Chambers, Vanesta o/b/o M.F. | Keys, Alisha o/b/o T.K. |
| | Chambers, Vanesta o/b/o Maureen Roux | Keys, Areasa |
| | Chambers, Vanesta o/b/o Ruben Green | Keys, Tommie Sr. |
| | Green, Ruben | Keys, Tommie Sr. o/b/o T.K. |
| | Keys, Alisha | Roux, Maureen P. |
| | Keys, Alisha o/b/o A.K. | |
| 09-8038 | **Crump, Michael and Darisha** | |
| | Crump, Darisha | Ratliff, Rosalind |
| | Crump, Michael | |
| 10-2132 | **Edings, Essie v. Forest River** | |
| | Duckworth, Octavia | Gentry, Pamela o/b/o T.B. |
| | Duckworth, Octavia o/b/o D.H. | Golding, William J. |
| | Duckworth, Octavia o/b/o E.H. | Herrington, Carolyn Emily |
| | Edings, Essie | Jackson, Darrell K. |
| | Foster, Charles Joseph | Jackson, Melva A. |
| | Freeman, Cathy L. | Jackson, Willie Charles |
| | Gasaway, Robert L. | Jones, Marvin Lewis |
| | Gentry, Kenneth F. Jr. | Kelly, Sarah Leigh |
| | Gentry, Kenneth F. Sr. | Shepherd, Barbara o/b/o B.L. |
| | Gentry, Pamela | |
| 09-8289 | **Gunther, Atwood v. Forest River** | |
| | Gunther, Atwood Henry | Hutson, Brenda Cannon |
| | Holifield, James L. | Hutson, Deanne D. |
| | Holifield, Karen Jean | Hutson, Sylvester W. |
| 09-8176 | **Ladner, Lois D. v. Forest River** | |
| | Ladner, Charles Edward | Matthews, Eleanor Alanna |
| | Ladner, Lois D. | Mayes, Howard M. |
| | Markham, Jerry Leon | McMillan, Joseph L. |
| | Mateen, Katrina | Nance, Bettie K. |
| | Mateen, Katrina o/b/o A.M. | NaShannia, LeToya Burten |
| | Mateen, Katrina o/b/o J.M. | O'Neal, Colleen P. |
| | Mateen, Katrina o/b/o J.M. | |
| 09-8035 | **Ladner, Ronald P. v. Forest River** | |
| | Kover, Wayne | Pierce, Jennifer o/b/o J.P. |
| | McLeod, Eddie Dean | Pierce, Jennifer o/b/o S.D. |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Eaves Law Offices*
*May 2, 2011*
*Page 4 of 5*

|  |  |  |
|---|---|---|
|  | McLeod, Sandra o/b/o B.M. | Watkins, William R. |
|  | Pierce, Jennifer o/b/o J.P. | Williams, Cardia Geneen |
| 09-8142 | **Long, Liston v. Forest River** | |
|  | Brisco, Earnerst o/b/o T.R. | Melchiori, Fay Lynn |
|  | Brisco, Earnest o/b/o D.R. | Moffett, Randall L. |
|  | Brisco, Earnest o/b/o R.R. | Moye, Walter Lewis |
|  | Long, Jennifer | Ogarro, Shanterrica A. |
|  | Long, Jennifer o/b/o D.P. | Peairs, Eric |
|  | Long, Jennifer o/b/o L.L. | Peairs, Gloria Jean |
|  | Long, Jennifer o/b/o S.P. | Pike, Eric Paul |
|  | Long, Liston | Sims, James Edward |
|  | Martin, Everett Wayne | Slaughter, Dinines |
|  | McCorvey, John Curtis | Slaughter, Lois Janell |
|  | McMillan, James D. | Thames, Carla o/b/o T.P. |
| 09-8098 | **Magee, Kenneth v. Forest River** | |
|  | Craft, Tamara o/b/o J.S. | Ratliff, Jazmyne S. |
|  | Greer, Eric | Rowell, Anna |
|  | Leake, Annette | Rowell, Brandon |
|  | Magee, Kenneth | Rowell, Kasie |
|  | Ratliff, Catherine | Rowell, Mitchell |
|  | Ratliff, Elijah | Rowell, Tracy |
| 09-8216 | **Polk, Sarah N. v. Forest River** | |
|  | Alexander, Keitha | Petitis, Taucha o/b/o D.W. |
|  | Alexander, Keitha o/b/o A.A. | Petitis, Taucha o/b/o J.P. |
|  | Alexander, Roy Lee | Polk, Byron O. |
|  | Averhart, Anita Lynn | Polk, Janice |
|  | Averhart, Lester Earl | Polk, Sarah N. |
|  | Bacon, Charles Dean | Rice, John Douglas |
|  | Barnes, Sannie | Riser, Billy |
|  | Barnes, Shamonia Denise | Robicheaux, Barbara Nell |
|  | Barnes, Walter Sr. | Robicheaux, Emile |
|  | Petitis, Taucha | Russing, Sam |
| 09-8089 | **Quinn, Tomeka v. Forest River** | |
|  | Brown Speed, Ashaki o/b/o L.B. | Quinn, Clinton |
|  | Carney, Sue E. | Quinn, Tomeka |
|  | Craft, Tamara I. | Quinn, Tomeka o/b/o J.Q. |
|  | Holloway, Clifton T. | Runnels, Starla S. |
|  | Holloway, Tiffany | Runnels, Valarie N. |
|  | Holloway, Tiffany o/b/o A.H. | Shows, Joyce |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Eaves Law Offices*
*May 2, 2011*
*Page 5 of 5*

|  |  |  |
|---|---|---|
|  | Holloway, Tiffany o/b/o C.H. | Shows, William H. |
|  | Holloway, Tiffany o/b/o J.H. | Taylor, Willie Ray |
|  | Holloway, Tiffany o/b/o J.H. | Whisenhunt, Chasity |
|  | Mayo, Kimberly | Whisenhunt, Tina B. |
|  | Mayo, Kimberly o/b/o R.M. | Quinn, Tomeka o/b/o J.Q. |
|  | Mayo, Kimberly o/b/o T.M. |  |
| **09-8125** | **Reed, Deborah v. Forest River** |  |
|  | Andrews, LaTarrus | Hicks, Margaret |
|  | Andrews, LaTarrus o/b/o S.A. | Reed, Deborah |
|  | Andrews, LaTarrus o/b/o S.A. | Reed, Deborah o/b/o R.L. |
|  | Andrews, LaTarrus o/b/o S.A. | Reed, Deborah o/b/o T.L. |
|  | Franks, Tammy | Reed, Xavier Ralstin |
|  | Hicks, George Jr. |  |
| **09-8051** | **Williams, Carolyn A. v. Vanguard** |  |
|  | Williams, Carolyn A. |  |
| **10-3928** | **Williams, Carolyn v. Forest River** |  |
|  | Williams, Carolyn | Williams, Derric |
| **10-3929** | **Williams, Carolyn v. Vanguard** |  |
|  | Williams, Carolyn |  |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz