# DUPLASS
# ZWAIN
# BOURGEOIS
# PFISTER &
# WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON

BEN S. DiPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

June 4, 2011

**VIA ELECTRONIC MAIL**
Matthew B. Moreland
Becnel Law Firm, LLC
106 West Seventh St.
P.O. Drawer H
Reserve, La 70084

Dear Matt:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. Certain Fact Sheets, however, still fail to materially comply with the obligations of Pre Trial Order No. 2.

In accordance with Section III (D) of Pretrial Order No. 2, Gulf Stream Coach, Inc. has included an updated list which specifically indentifies the material deficiencies of each plaintiff fact sheet. Plaintiffs have thirty (30) days or until **August 4, 2011** from receipt of this letter to cure the material deficiencies. If the material deficiencies are not cured within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific PFS deficiencies we have noted are as follows:

(40) Garnett, Nicole Y.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the date of recovery and whether recovery occurred prior to moving into FEMA housing unit, as required by Section III (C)(7).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
7. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).

8. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
9. Did not provide the VIN Number, as required by Section V (A)(2).
10. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
11. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
12. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
13. Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8).
14. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
15. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).
16. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
17. Did not sign the certification.
18. Did not sign a HIPAA Authorization for medical records.
19. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
20. Did not sign the Privacy Act Release.
21. Did not provide an executed Authorization for Release of Employment Records.

(41) Gifford, Joe B.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
7. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
8. Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
9. Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).

10. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
11. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
12. Did not provide the VIN Number, as required by Section V (A)(2).
13. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
14. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
15. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
16. Did not sign the certification.
17. Did not sign a HIPAA Authorization for medical records.
18. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
19. Did not sign the Privacy Act Release.
20. Did not provide an executed Authorization for Release of Employment Records.

(42) Gillin, Tyronne
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the date when plaintiff claims this injury or disease first occurred, as required in Section III (C)(5).
4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
5. Did not provide plaintiff's educational background, as required by Section IV (E).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
11. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).
12. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).
13. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.

14. Did not sign the certification.
15. Did not sign a HIPAA Authorization for medical records.
16. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
17. Did not sign the Privacy Act Release.
18. Did not provide an executed Authorization for Release of Employment Records.

(43) Jefferson, Lias S. o/b/o Guillory, Jadous
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the represented party's information, as required by Section III (A).
3. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
4. Did not provide a response to whether FEMA trailer worsened a pre-existing condition, as required by Section III (C)(7).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
11. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).
12. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not provide the address of pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
15. Did not sign the certification.
16. Did not sign a HIPAA Authorization for medical records.
17. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
18. Did not sign the Privacy Act Release.
19. Did not provide an executed Authorization for Release of Employment Records.

(44) Guy, Derrick D.
1. Did not provide a maiden or other name, as required in Section II (B).

2. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
4. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
5. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
13. Did not sign the certification.
14. Did not sign a HIPAA Authorization for medical records.
15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
16. Did not sign the Privacy Act Release.
17. Did not provide an executed Authorization for Release of Employment Records.

(45) Bosarge, Cathy J. o/b/o Hamilton, Gavin D.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the represented party's information, as required in Section III (A).
4. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).

8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
11. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
12. Did not sign the certification.
13. Did not sign a HIPAA Authorization for medical records.
14. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
15. Did not sign the Privacy Act Release.
16. Did not provide an executed Authorization for Release of Employment Records.

(46) Bosarge, Cathy o/b/o Hamilton, Preston
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the represented party's information, as required by Section III (A).
4. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
11. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
12. Did not sign the certification.
13. Did not sign a HIPAA Authorization for medical records.
14. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
15. Did not sign the Privacy Act Release.
16. Did not provide an executed Authorization for Release of Employment Records.

(47) Harden, Frank J.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).

3.  Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).

4.  Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

5.  Did not provide plaintiff's educational background, as required by Section IV (E).

6.  Did not provide plaintiff's current employment information, as required by Section IV (F)(1).

7.  Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).

8.  Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.

9.  Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

10. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).

11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

12. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).

13. Did not sign the certification.

14. Did not sign a HIPAA Authorization for medical records.

15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

16. Did not sign the Privacy Act Release.

17. Did not provide an executed Authorization for Release of Employment Records.

(48) Hardy, Zena

1.  Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).

2.  Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

3.  Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).

4.  Did not provide the VIN Number, as required by Section V (A)(2).

5.  Did not provide the FEMA Identification Number, as required by Section V (A)(3).

6.  Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

7.  Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).

8.  Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).

9.  Did not sign the certification.
10. Did not sign a HIPAA Authorization for medical records.
11. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
12. Did not sign the Privacy Act Release.
13. Did not provide an executed Authorization for Release of Employment Records.

(49) Wilson, Dafford o/b/o Harmon, Temeka
1.  Did not provide a maiden or other name, as required in Section II (B).
2.  Did not provide the represented party's information, as required by Section III (A).
3.  Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
4.  Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
5.  Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
6.  Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
7.  related to formaldehyde, as required by Section IV (B) – *family information*.
8.  Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
9.  Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
10. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
11. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
12. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).
13. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
14. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).
15. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).
16. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
17. Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
18. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
19. Did not sign the certification.
20. Did not sign a HIPAA Authorization for medical records.

21. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
22. Did not sign the Privacy Act Release.
23. Did not provide an executed Authorization for Release of Employment Records.

(50) Emma Hartley
1. Plaintiff's fact sheet is completely deficient. Plaintiff does not respond to any of the requests in the fact sheet, including those regarding information on the trailer. Please resubmit fact sheet in its entirety.

(51) Tyrone Hartley
1. Plaintiff's fact sheet is completely deficient. Plaintiff does not respond to any of the requests in the fact sheet, including those regarding information on the trailer. Please resubmit fact sheet in its entirety.

(52) Fox, Betty o/b/o Hatcher, Ma'Likiara
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide an email address, as required by Section II (E).
3. Did not provide the represented party's information, as required by Section III (A).
4. Did not provide relationship to represented person, as required by Section III (A)(7).
5. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
6. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
7. Did not provide educational background, as required by Section IV (E).
8. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
9. Did not provide the VIN Number, as required by Section V (A)(2).
10. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
11. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
12. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
13. Did not provide reason for and / or date of repairs, service or maintenance performed on the FEMA housing unit, as required by Section V (D).
14. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
15. Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
16. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
17. Did not sign the certification.
18. Did not sign a HIPAA Authorization for medical records.

19. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
20. Did not sign the Privacy Act Release.
21. Did not provide an executed Authorization for Release of Employment Records.

(53) Hayes, Alvin Jr.
1.  Did not provide a who diagnosed the condition suffered prior to living in a FEMA trailer and / or the date of diagnosis, as required by Section III (C)(6).
2.  Did not provide the date of recovery and whether recovery occurred prior to moving into FEMA housing unit, as required by Section III (C)(7).
3.  Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
4.  Did not provide plaintiff's educational background, as required by Section IV (E).
5.  Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
6.  Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
7.  Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
8.  Did not provide the VIN Number, as required by Section V (A)(2).
9.  Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
13. Did not sign the certification.
14. Did not sign a HIPAA Authorization for medical records.
15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
16. Did not sign the Privacy Act Release.
17. Did not provide an executed Authorization for Release of Employment Records.

(54) Hill, Arnette o/b/o Hill, Imari
1.  Did not provide a maiden or other name, as required in Section II (B).
2.  Did not provide email address, as required in Section II (E).
3.  Did not provide the represented party's information, as required by Section III (A).
4.  Did not provide relationship to represented person, as required by Section III (A)(7).
5.  Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

6. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).

7. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

8. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).

9. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.

10. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).

11. Did not provide the VIN Number, as required by Section V (A)(2).

12. Did not provide the FEMA Identification Number, as required by Section V (A)(3).

13. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

14. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

15. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

16. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

17. Did not provide company that performed air quality tests on the FEMA housing unit, as required by Section V (B).

18. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).

19. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

20. Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A).

21. Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B).

22. Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D).

23. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E).

24. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).

25. Did not sign the certification.

26. Did not sign a HIPAA Authorization for medical records.

27. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

28. Did not sign the Privacy Act Release.

29. Did not provide an executed Authorization for Release of Employment Records.

(55) Holmes, Carmen
  1. Plaintiff's fact sheet is completely deficient. Plaintiff fails to answer all pertinent questions, most importantly, Plaintiff fails to give any identifying information regarding the trailer and / or its manufacturer.  Please resubmit the fact sheet in its entirety.

(56)  Holmes, Lucy
  1. Plaintiff's fact sheet is completely deficient. Plaintiff fails to answer all pertinent questions, most importantly, Plaintiff fails to give any identifying information regarding the trailer and / or its manufacturer.  Please resubmit the fact sheet in its entirety.

(57) Holmes, Melvin M. Jr.
  1. Did not provide a maiden or other name, as required in Section II (B).
  2. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
  3. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
  4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
  5. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
  6. Did not provide the VIN Number, as required by Section V (A)(2).
  7. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
  8. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
  9. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
  10. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
  11. Did not sign the certification.
  12. Did not sign a HIPAA Authorization for medical records.
  13. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
  14. Did not sign the Privacy Act Release.
  15. Did not provide an executed Authorization for Release of Employment Records.

(58) Hunter, Virginia
  1. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).

2. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

3. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.

4. Did not provide the VIN Number, as required by Section V (A)(2).

5. Did not provide the FEMA Identification Number, as required by Section V (A)(3).

6. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

7. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

8. Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8).

9. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

10. Did not sign the certification.

11. Did not sign a HIPAA Authorization for medical records.

12. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

13. Did not sign the Privacy Act Release.

14. Did not provide an executed Authorization for Release of Employment Records.


(59) Isaac, Bobby

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

2. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).

3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

4. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).

5. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).

6. Did not provide the FEMA Identification Number, as required by Section V (A)(3).

7. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

8. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).

9. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

10. Did not sign the certification.

11. Did not sign a HIPAA Authorization for medical records.
12. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
13. Did not sign the Privacy Act Release.
14. Did not provide an executed Authorization for Release of Employment Records.

(60) Jack, Ernest
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
11. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).
12. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not provide contact information for health care professional that told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).
15. Did not sign the certification.
16. Did not sign a HIPAA Authorization for medical records.
17. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
18. Did not sign the Privacy Act Release.
19. Did not provide an executed Authorization for Release of Employment Records.

(61) Smith, Fatrell o/b/o Jackson, Quantrelle
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the represented party's information, as required in Section III (A).

3. Did not provide relationship to represented person, as required by Section III (A)(7).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
13. Did not sign the certification.
14. Did not sign a HIPAA Authorization for medical records.
15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
16. Did not sign the Privacy Act Release.
17. Did not provide an executed Authorization for Release of Employment Records.

(62) Carrington, Aretha o/b/o Jason, Tatyana N.
1. Did not provide the represented party's information, as required by Section III (A).
2. Did not provide relationship to represented person, as required by Section III (A)(7).
3. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
4. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
5. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
6. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
7. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
8. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).

9. Did not provide the VIN Number, as required by Section V (A)(2).
10. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
11. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
12. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
13. Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
14. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
15. Did not sign the certification.
16. Did not sign a HIPAA Authorization for medical records.
17. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
18. Did not sign the Privacy Act Release.
19. Did not provide an executed Authorization for Release of Employment Records.

(63) Jeanisse, Evalina o/b/o Jeanisse, Brian
1. Did not provide the represented party's information, as required by Section III (A).
2. Did not provide relationship to represented person, as required by Section III (A)(7).
3. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
11. Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8).
12. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
13. Did not indicate the approximate length and width of the temporary housing unit, required by Section V (A)(12).
14. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).

15. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G).
16. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
17. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
18. Did not sign the certification.
19. Did not sign a HIPAA Authorization for medical records.
20. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
21. Did not sign the Privacy Act Release.
22. Did not provide an executed Authorization for Release of Employment Records.

(64) Jeanisse, Evalina M.
1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
2. Did not provide the date of recovery and whether recovery occurred prior to moving into FEMA housing unit, as required by Section III (C)(7).
3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
4. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
5. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
6. Did not provide the VIN Number, as required by Section V (A)(2).
7. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
8. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
10. Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8).
11. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
12. Did not provide date of illness for infectious disease, as required by Section VI (F)(2).
13. Did not sign the certification.
14. Did not sign a HIPAA Authorization for medical records.
15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
16. Did not sign the Privacy Act Release.
17. Did not provide an executed Authorization for Release of Employment Records.

(65) Johnson, Michael F.

1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide a Gulf-Stream VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
10. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
13. Did not sign the certification.
14. Did not sign a HIPAA Authorization for medical records.
15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
16. Did not sign the Privacy Act Release.
17. Did not provide an executed Authorization for Release of Employment Records.

(66) Johnson, Michelle

1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.

7. Did not provide the VIN Number, as required by Section V (A)(2).

8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).

9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

10. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

11. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).

12. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

13. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.

14. Did not sign the certification.

15. Did not sign a HIPAA Authorization for medical records.

16. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

17. Did not sign the Privacy Act Release.

18. Did not provide an executed Authorization for Release of Employment Records.

(67) Johnson, Michelle o/b/o Johnson, O'Neisha D.

1. Did not provide a maiden or other name, as required in Section II (B).

2. Did not provide email address, as required in Section II (E).

3. Did not provide the represented party's information, as required by Section III (A).

4. Did not provide relationship to represented person, as required by Section III (A)(7).

5. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).

6. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).

7. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

8. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.

9. Did not provide a Gulf-Stream VIN Number, as required by Section V (A)(2).

10. Did not provide the FEMA Identification Number, as required by Section V (A)(3).

11. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

12. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
15. Did not sign the certification.
16. Did not sign a HIPAA Authorization for medical records.
17. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
18. Did not sign the Privacy Act Release.
19. Did not provide an executed Authorization for Release of Employment Records.

(68) Johnson, Valerie
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide email address, as required in Section II (E).
3. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
4. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
5. Did not provide the date of recovery and whether recovery occurred prior to moving into FEMA housing unit, as required by Section III (C)(7).
6. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
7. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
8. Did not provide plaintiff's educational background, as required by Section IV (E).
9. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
10. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
11. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
12. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
13. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
14. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
15. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

16. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
17. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
18. Did not sign the certification.
19. Did not sign a HIPAA Authorization for medical records.
20. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
21. Did not sign the Privacy Act Release.
22. Did not provide an executed Authorization for Release of Employment Records.

(69) Jone, Demetrail
1. Plaintiff's fact sheet is deficient in its entirety, as he/she did not complete any necessary questions, including those regarding trailer information. Please resubmit fact sheet in its entirety.

(70) Kennedy, Holly Besser
1. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
2. Did not provide plaintiff's educational background, as required by Section IV (E).
3. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
4. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
5. Did not provide information on family members suffering from a disease, as required by Section IV (A) – *family information*.
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not sign the certification.
13. Did not sign a HIPAA Authorization for medical records.
14. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
15. Did not sign the Privacy Act Release.

16. Did not provide an executed Authorization for Release of Employment Records.

(71) LeBlue, Jerry
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
4. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
5. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Did not provide the VIN Number, as required by Section V (A)(2).
8. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
9. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
10. Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
13. Did not sign the certification.
14. Did not sign a HIPAA Authorization for medical records.
15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
16. Did not sign the Privacy Act Release.
17. Did not provide an executed Authorization for Release of Employment Records.

(72) Lee, Deon T. o/b/o Lee, Aaliyah D.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the represented party's information, as required by Section III (A).
3. Did not provide relationship to represented person, as required by Section III (A)(7).
4. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
5. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).

6. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
7. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
8. Did not provide the VIN Number, as required by Section V (A)(2).
9. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
10. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not sign the certification.
13. Did not sign a HIPAA Authorization for medical records.
14. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
15. Did not sign the Privacy Act Release.
16. Did not provide an executed Authorization for Release of Employment Records.

(73) Lee, Darius
1. Plaintiff's fact sheet is deficient in its entirety, as a majority of the answers are completely blank. Most importantly, plaintiff has neglected to complete any information regarding the trailer. As such, please resubmit fact sheet in its entirety.

(74) Lee, Deon T.
1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
2. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
4. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
5. Did not provide the VIN Number, as required by Section V (A)(2).
6. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
7. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
8. Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
9. Did not provide other tobacco use history, as required by Section VI (D).
10. Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit, as required by Section VI (E)

11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not sign the certification.
13. Did not sign a HIPAA Authorization for medical records.
14. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
15. Did not sign the Privacy Act Release.
16. Did not provide an executed Authorization for Release of Employment Records.

(75) Carter, Dolly o/b/o Leo, Noah
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the represented party's information, as required by Section III (A).
3. Did not provide relationship to represented person, as required by Section III (A)(7).
4. Did not provide information requested on decedent's estate, as required by Section III (A)(8).
5. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
6. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
7. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
8. Did not provide the VIN Number, as required by Section V (A)(2).
9. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
10. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
11. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
12. Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E), but provided pharmacies that dispensed prescription medication to plaintiff during the last seven years, as required by Section IX (F).  Please correct this contradictory response.
15. Did not sign the certification.
16. Did not sign a HIPAA Authorization for medical records.
17. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
18. Did not sign the Privacy Act Release.
19. Did not provide an executed Authorization for Release of Employment Records.

(76) Lewis, Derrick, J. Sr.
1. Did not provide email address, as required in Section II (E).
2. Did not provide the date of recovery and whether recovery occurred prior to moving into FEMA housing unit, as required by Section III (C)(7).
3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
4. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
5. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
6. Did not provide the VIN Number, as required by Section V (A)(2).
7. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
8. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)
10. Did not respond whether air quality tests were performed on the FEMA housing unit, as required by Section V (B).
11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C).
13. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
14. Did not sign the certification.
15. Did not sign a HIPAA Authorization for medical records.
16. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
17. Did not sign the Privacy Act Release.
18. Did not provide an executed Authorization for Release of Employment Records.

(77) Lewis, Donald
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
3. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).

5. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
6. Provides possible Gulf Stream VIN Number but lists Cavalier as manufacturer, under Section V (A)(1) & (2). Please clarify discrepancy.
7. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
8. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
10. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
11. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).
12. Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not sign the certification.
15. Did not sign a HIPAA Authorization for medical records.
16. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
17. Did not sign the Privacy Act Release.
18. Did not provide an executed Authorization for Release of Employment Records.

(78) Lindolph, Darlann H.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
4. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
5. Please ensure you have provided the correct manufacturer of trailer or mobile home, as Plaintiff stated "Cavalier" but produced as a Gulf-Stream model, as required by Section V (A)(1).
6. Did not provide the VIN Number, as required by Section V (A)(2).
7. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
8. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
10. Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit, as required by Section VI (E)

11. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
12. Did not sign the certification.
13. Did not sign a HIPAA Authorization for medical records.
14. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
15. Did not sign the Privacy Act Release.
16. Did not provide an executed Authorization for Release of Employment Records.

(79) Lindolph, Darlann o/b/o Lindolph, Michael II
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the represented party's information, as required by Section III (A).
3. Did not provide relationship to represented person, as required by Section III (A)(7).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Please ensure you have provided the correct manufacturer of trailer or mobile home, as Plaintiff stated "Cavalier" but produced as a Gulf-Stream model, as required by Section V (A)(1).
8. Did not provide the VIN Number, as required by Section V (A)(2).
9. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
10. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
11. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
12. Did not provide address or physical location of FEMA trailer, as required by Section V (A)(8).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not sign the certification.
15. Did not sign a HIPAA Authorization for medical records.
16. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
17. Did not sign the Privacy Act Release.
18. Did not provide an executed Authorization for Release of Employment Records.

(80) Lindolph, Darlann o/b/o Lindolph, Reylnn
1. Did not provide a maiden or other name, as required in Section II (B).

2. Did not provide the represented party's information, as required by Section III (A).
3. Did not provide relationship to represented person, as required by Section III (A)(7).
4. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
5. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
6. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
7. Please ensure you have provided the correct manufacturer of trailer or mobile home, as Plaintiff stated "Cavalier" but produced as a Gulf-Stream model, as required by Section V (A)(1).
8. Did not provide the VIN Number, as required by Section V (A)(2).
9. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
10. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
11. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
12. Did not provide address or physical location of FEMA trailer, as required by Section V (A)(8).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not sign the certification.
15. Did not sign a HIPAA Authorization for medical records.
16. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
17. Did not sign the Privacy Act Release.
18. Did not provide an executed Authorization for Release of Employment Records

(81) Gaines, Electra
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
3. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
4. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
5. Did not provide plaintiff's current / last employment information, as required by Section IV (F)(1).
6. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).

7. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
8. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
9. Did not provide the VIN Number, as required by Section V (A)(2).
10. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
11. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
12. Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8).
13. Did not provide the date of repairs, service or maintenance performed on the FEMA housing unit, as required by Section V (D).
14. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
15. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
16. Did not provide the address of pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
17. Did not sign the certification.
18. Did not sign a HIPAA Authorization for medical records.
19. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
20. Did not sign the Privacy Act Release.
21. Did not provide an executed Authorization for Release of Employment Records.

(82) Mitchell, Larry o/b/o Lindsey, Quincy
1. Plaintiff's fact sheet is completely deficient, as it contains no responses, including as to the trailer information. Please resubmit in its entirety.

(83) Henry (or Sonia) J. Maas
1. Names provided on pages 1 and 2 of the fact sheet contradict. Please clarify name of plaintiff on Section II (A). If Sonia Mass is representing the Estate of Henry Maas, please clarify representation as required by Section III (A)(1)-(8).
2. Did not provide a maiden or other name, as required in Section II (B).
3. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
5. Did not provide plaintiff's educational background, as required by Section IV (E).
6. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).

7. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
8. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix. No such appendix was attached. Please submit.
9. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
10. Did not provide the VIN Number, as required by Section V (A)(2).
11. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
12. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
13. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
14. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
15. Did not sign the certification.
16. Did not sign a HIPAA Authorization for medical records.
17. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
18. Did not sign the Privacy Act Release.
19. Did not provide an executed Authorization for Release of Employment Records.

(84) Mack, Johnnie L. Jr.
1. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
2. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
3. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
4. Did not provide plaintiff's educational background, as required by Section IV (E).
5. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
6. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
7. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
8. Did not provide the VIN Number, as required by Section V (A)(2).
9. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
10. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
11. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
12. Did not provide the address of pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).

13. Did not sign the certification.
14. Did not sign a HIPAA Authorization for medical records.
15. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
16. Did not sign the Privacy Act Release.
17. Did not provide an executed Authorization for Release of Employment Records.

(85) Mack, Mattie
1. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
2. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
3. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
5. Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
6. Did not provide plaintiff's educational background, as required by Section IV (E).
7. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).
8. Did not provide the VIN Number, as required by Section V (A)(2).
9. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
10. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
11. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
12. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).
13. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).
14. Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E).
15. Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
16. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
17. Please ensure that plaintiff has not received treatment from physicians, healthcare providers, hospitals, or emergency treatment centers during the past seven years, nor has plaintiff received any medication from pharmacies during this time period, as indicated by responses to Section IX (A)-(F).
18. Did not sign the certification.
19. Did not sign a HIPAA Authorization for medical records.

20. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
21. Did not sign the Privacy Act Release.
22. Did not provide an executed Authorization for Release of Employment Records.

(86) Martin, Shirley
1. Plaintiff's fact sheet is completely deficient, as it contains no responses, including as to the trailer information. Please resubmit in its entirety.

(87) Martin-Delancy, Bambi L.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
3. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
5. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
6. Did not provide the VIN Number, as required by Section V (A)(2).
7. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
8. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
10. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
11. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).
12. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI, as required by Section VI (G).
13. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).
15. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E); but provided the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). Please correct this contradiction.
16. Did not sign the certification.
17. Did not sign a HIPAA Authorization for medical records.

18. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
19. Did not sign the Privacy Act Release.
20. Did not provide an executed Authorization for Release of Employment Records.

(88) Mayne, David R.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
3. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
5. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.
6. Did not provide the VIN Number, as required by Section V (A)(2).
7. Did not provide the FEMA Identification Number, as required by Section V (A)(3).
8. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9. Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
10. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
11. Did not sign the certification.
12. Did not sign a HIPAA Authorization for medical records.
13. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
14. Did not sign the Privacy Act Release.
15. Did not provide an executed Authorization for Release of Employment Records.

(89) Mayne, Jonas H.
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
3. Did not provide name and address of counselor, the condition for which treatment was rendered, date of treatment, and / or list of medications prescribed or recommended by the counselor, as required by Section III (C)(8).
4. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).
5. Plaintiff's fact sheet indicates that he / she resided in multiple trailers, and that information regarding those trailers would be provided in an Appendix.  No such appendix was attached. Please submit.

6.  Did not provide the VIN Number, as required by Section V (A)(2).
7.  Did not provide the FEMA Identification Number, as required by Section V (A)(3).
8.  Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9.  Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
10.  Did not provide move in date, as required by Section V (A)(6).
11.  Did not provide information regarding other occupants of FEMA trailer, as required by Section V (E).
12.  Did not provide plaintiff's personal tobacco history, as required by Section VI (C).
13.  Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
14.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years, as required by Section IX (E); but provided the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F). Please correct this contradiction.
15.  Did not sign the certification.
16.  Did not sign a HIPAA Authorization for medical records.
17.  Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
18.  Did not sign the Privacy Act Release.
19.  Did not provide an executed Authorization for Release of Employment Records.

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**
ANDREW D. WEINSTOCK

ADW/cvm