# CRYSTLE ACCARDO

| | |
|---|---|
| From: | CARMEN MOTES |
| Sent: | Saturday, June 04, 2011 9:39 AM |
| To: | CARMEN MOTES; Gerald Meunier; Matthew Moreland |
| Cc: | Anthony Buzbee; Candice Sirmon; Chris Pinedo; Denise Martin; Dennis Reich; Emily Jeffcott; Frank D'Amico Jr; Hugh Lambert; Jack Harang (jack@jharang.com); 'Jackie Edmundson'; jim@jimshall.com; Justin Woods; Kelly Moorman; Linda; Magan Ennis; Marilyn Trevino; Mikal Watts; Paul Dominick; Peter Taaffe; Raul Bencomo; Reed Bowman (rbowman@damicolaw.net); Rob Becnel; Tracy Beard; 'wanda@jimshall.com'; 'Kendra Saxvik'; 'David Jarrell'; 'Douglas Schmidt'; 'pborstell@gmail.com'; 'lcentola@hurricanelegal.com'; 'dvega@hurricanelegal.com'; 'mwatson@woodfill-pressler.com'; 'tweitzel@wgclawfirm.com'; 'steveftla@gmail.com'; 'cathyftla@gmail.com'; 'egibson@hsglawfirm.net'; 'chante@hsglawfirm.net'; 'twise@hsglawfirm.net' |
| Subject: | RE: FEMA: GULFSTREAM PFS DEFICIENCIES (BUZBEE) |
| Attachments: | 2011-4-6 Meunier (29) (GSCI Deficiency Letter-BUZBEE) (00180366).DOC; 2011-4-6 Meunier (28) (GSCI Deficiency Letter-BUZBEE) (00180365).DOC; 2011-4-6 Meunier (27) (GSCI Deficiency Letter-BUZBEE) (00180364).DOC |

Attached is GULFSTREAM'S Deficiency Letter. The cured deficiencies are due August 4, 2011. If you have any questions, please let me know.

Carmen


Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer*************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.