UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Brooks, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8367; | * | |
| Plaintiff: Mack, Mattie | * | |

**************************************************************************

## NOTICE OF SUBMISSION

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets is hereby set for submission on the 30th day of May, 2012, at 9:30 a.m.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

00376441-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2012, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com