# DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

| | | |
|---|---|---|
| LAWRENCE J. DUPLASS | KEVIN R. DERHAM (3) | BEN S. DiPALMA |
| GARY M. ZWAIN (1) | JOSEPH E. BEARDEN, III | SHENDELLE T. POLK |
| DAVID J. BOURGEOIS | JAIME M. CAMBRE | |
| C. MICHAEL PFISTER | COREY M. OUBRE (1) | *SPECIAL COUNSEL* |
| ANDREW D. WEINSTOCK (1) | PAUL VERLANDER | DAVID M. CAMBRE |
| GUYTON H. VALDIN, JR. | NICOLE M. BOYER | |
| KELLY CAMBRE BOGART (1) | RYAN M. MALONE | (1) also admitted in Texas |
| CHRISTIAN B. BOGART (1) | PHILIP G. WATSON | (2) also admitted in Mississippi |
| JOSEPH G. GLASS (2) | | (3) also admitted in Maryland |

July 13, 2011

**VIA ELECTRONIC MAIL**
Gerald Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Dear Gerry:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. However, there are still missing PFS as will be listed below.

Plaintiffs have thirty (30) days or until **August 12, 2011** from receipt of this letter to cure and produce the missing PFS. If PFS are not produced within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific missing PFS are listed as follows:

| PLAINTIFFS | PLAINTIFFS COUNSEL |
|---|---|
| **Henry James Aaron** | **Watts Hilliard** |
| **Frank Abadie, III** | **Watts Hilliard** |
| **Ahmad Abdellatif** | **Torres** |
| **Shauna Abner** | **John Eaves** |
| **Da'Nasia Abraham** | **Watts Hilliard** |
| **Eva Abraham** | **Watts Hilliard** |
| **Stephanie Abraham** | **Watts Hilliard** |
| **Steve Abraham** | **Watts Hilliard** |
| **Tamika R. Abraham** | **Watts Hilliard** |
| **Michelle Abram** | **Buzbee** |
| **Catherine Abram** | **HLC** |
| **Larry Abrams** | **D'Amico** |
| **Roy Abron** | **D'Amico** |
| **Aiken Abstance** | **Watts Hilliard** |
| **Guadalupe Achee** | **Watts Hilliard** |
| **Lloyd Joseph Achee, Jr.** | **Watts Hilliard** |

| | |
|---|---|
| Jourdan Acker | D'Amico |
| Mary Acker | D'Amico |
| Denzel Acker | Watts Hilliard |
| Denzell Acker | Watts Hilliard |
| Herman Acker | Watts Hilliard |
| Walter Acker, Jr. | Watts Hilliard |
| Lorraine Acker | Watts Hilliard |
| Maleck Acker | Watts Hilliard |
| Martha Acker | Watts Hilliard |
| Michael Acker (3) | Watts Hilliard |
| Natalie Acker | Watts Hilliard |
| Robert Acker | Watts Hilliard |
| Sharon Acker | Watts Hilliard |
| Donna Ackins | D'Amico |
| Michael Ackins | D'Amico |
| Dorothy Sue Acosta | Torres |
| Russ M. Acosta, Sr. | Torres |
| Beverly Adams | Bruno & Bruno |
| Chantelle Adams | Bruno & Bruno |
| Delinda Adams | Bruno & Bruno |
| Johnny Adams | John Eaves |
| Tamara Adams | John Eaves |
| Victor Adams | John Eaves |
| Yvonne Adams | Becnel |
| Duriel Adams | Doug Schmidt |
| Anthony J. Adams | Watts Hilliard |
| Deangelo Adams | Watts Hilliard |
| Hiwanis Adams | Watts Hilliard |
| Jauvonnie Adams | Watts Hilliard |
| Leslie Adams | Watts Hilliard |
| Louverto Adams | Watts Hilliard |
| Mandell Adams | Watts Hilliard |
| Marnecia Adams | Watts Hilliard |
| Precilla Adams | Watts Hilliard |
| Preston Adams | Watts Hilliard |
| Judy Addison | Bruno & Bruno |
| Nina Addison | Watts Hilliard |
| Xavier Adolph | Watts Hilliard |
| Reginisha Afford | Penton |
| Sarah Agee | D'Amico |
| Johnny Aguilar | John Eaves |
| Lee Aguilar | John Eaves |
| Pamela Aiavolasiti | Watts Hilliard |
| Lulie Ainsworth | John Eaves |
| Maurice Ainsworth | John Eaves |

| | |
|---|---|
| **Stephanie Ainsworth** | **Watts Hilliard** |
| **Tate Ainsworth** | **Watts Hilliard** |
| **Toya Ainsworth** | **Watts Hilliard** |
| **Alex Ainworth** | **Watts Hilliard** |
| **Frank Airhart** | **D'Amico** |
| **Justin Akers** | **Schmidt** |
| **Clifford Akpotosevwe** | **Watts Hilliard** |
| **Deborah Akridge** | **John Eaves** |
| **Cody Alan** | **Watts Hilliard** |
| **Helen Albarado** | **Torres** |
| **Raymond Albarado** | **Torres** |
| **James Albarado** | **Watts Hilliard** |
| **Anthony Albers** | **Watts Hilliard** |
| **John P. Albers, III** | **Watts Hilliard** |
| **Angelo Albers, Jr.** | **Watts Hilliard** |
| **Lloyd Albert** | **HLC** |
| **Ernest Alberti** | **Harang** |
| **Milda Alberti** | **Harang** |
| **Georgina Albis** | **Watts Hilliard** |
| **Claude Albritton Fitzgerald** | **Watts Hilliard** |
| **Kenneth Albus** | **Watts Hilliard** |
| **Isiah Alcorn** | **Hall** |
| **Gloria Alex** | **Watts Hilliard** |
| **Brandon Alexander** | **John Eaves** |
| **Connie Alexander** | **Bruno & Bruno** |
| **Donna Alexander** | **D'Amico** |
| **Henry Alexander** | **Schmidt** |
| **James Alexander** | **Bruno & Bruno** |
| **Leonard Alexander** | **Buzbee** |
| **Lucy Alexander** | **John Eaves** |
| **Michaela Alexander** | **Buzbee** |
| **Myrielle Alexander** | **Buzbee** |
| **Wesley Alexander** | **Bruno & Bruno** |
| **Dianne Alexander** | **Hall** |
| **Aon'Dre Alexander** | **Watts Hilliard** |
| **Destiny Alexander** | **Watts Hilliard** |
| **Dwan Alexander** | **Watts Hilliard** |
| **Felton Jerome Alexander** | **Watts Hilliard** |
| **Heaven Alexander** | **Watts Hilliard** |
| **Janet Alexander** | **Watts Hilliard** |
| **Kenneth Alexander** | **Watts Hilliard** |
| **Milton Alexander** | **Watts Hilliard** |
| **Regina R. Alexander** | **Watts Hilliard** |
| **Shamike Nicole Alexander** | **Watts Hilliard** |
| **Stanley Lewis Alexander** | **Watts Hilliard** |

| | |
|---|---|
| Taylor Alexander | Watts Hilliard |
| Devin Alexis | Torres |
| Alexis Hayven | Torres |
| Mindy Alexis | Torres |
| Vernon E. Alfonso, Sr. | Torres |
| Michael Alfonso | Watts Hilliard |
| Dianna Alford | Watts Hilliard |
| Charles Alfred | Watts Hilliard |
| Daniel Alfred | Watts Hilliard |
| Dannon Alfred | Watts Hilliard |
| Kirby Alfred, III | Watts Hilliard |
| Joseph Alfred | Watts Hilliard |
| Mary Alfred | Watts Hilliard |
| Yvonne Louise Alfred | Watts Hilliard |
| Dontavius Albritton | Schmidt |
| Ashley Allen | Torres |
| Betty Allen | Buzbee |
| Chaka Allen | John Eaves |
| Chavis Allen | John Eaves |
| Daisha Allen | D'Amico |
| Darrel Allen | D'Amico |
| Denise Allen | John Eaves |
| Elbert Allen | D'Amico |
| Francis Allen | Becnel |
| Joyce Allen | Parker & Waichman |
| Justin Allen | John Eaves |
| Kristian Allen | John Eaves |
| Lola Allen | Becnel |
| Lola Allen | Parker Waichman |
| Louie Allen | John Eaves |
| Maria Allen | John Eaves |
| Nacaris Allen | John Eaves |
| Norwood Allen | D'Amico |
| Vernon Allen | Bruno & Bruno |
| Adam Allen | Watts Hilliard |
| Andrell Allen | Harang |
| Betty Allen | Watts Hilliard |
| Chacedi Allen | Watts Hilliard |
| Woodie Allen, III | John Eaves |
| Peggy Allen | Watts Hilliard |
| Salaesha Allen | Watts Hilliard |
| Tina Allen | Watts Hilliard |
| Cindy Allen | Watts Hilliard |
| Vivian Allison | Penton |
| James Allmon | Bruno & Bruno |

| | |
|---|---|
| **Jerome Alphonse** | **Hall** |
| **Elizabeth Alphonso** | **Bencomo** |
| **Elizabeth Alphonso** | **D'Amico** |
| **Kimberly Clark Alphonso** | **Torres** |
| **Eugene Alphonso, Sr.** | **Watts Hilliard** |
| **Cindy Alsdurf-Breaux** | **Buzbee** |
| **Jorge Alvarado** | **Torres** |
| **Susie Alvarado** | **Torres** |
| **Dario Alvarado** | **Watts Hilliard** |
| **Darilyn Alvarado** | **Watts Hilliard** |
| **Edwin Alvarado** | **Watts Hilliard** |
| **Leslie Alvarez** | **Watts Hilliard** |
| **Rayfield Alveris, Sr.** | **D'Amico** |
| **Troy Alvis, II** | **Watts Hilliard** |
| **Paul Amar** | **HLC** |
| **Paul Amar obo Indiara Amar** | **HLC** |
| **Paul Amar obo Paul Amar** | **HLC** |
| **Paul Amar obo Thomas Breaux** | **HLC** |
| **Bernadine Amar** | **Watts Hilliard** |
| **Wanda Amar** | **Watts Hilliard** |
| **Regina Evelyn Amato** | **Torres** |
| **Ketashia Ambabam** | **John Eaves** |
| **Malik Ambabam** | **John Eaves** |
| **Natasha Ambo** | **Torres** |
| **Gladys Ambrose** | **Bruno & Bruno** |
| **Michael Ambrose** | **Watts Hilliard** |
| **Elizabeth Ammentorp** | **HSG** |
| **Ian Ammentorp** | **HSG** |
| **Kevin Ammentorp** | **HSG** |
| **Lisa Amos** | **Watts Hilliard** |
| **Michael A. Amos** | **Watts Hilliard** |
| **Carrolyn Ancalade** | **Torres** |
| **Susan Andea** | **Watts Hilliard** |
| **Azaiirya Anderson** | **Catherine Jacobs** |
| **Barbara Bourgeois Anderson** | **HLC** |
| **C.B. Anderson** | **Hall** |
| **Carol Anderson** | **Schmidt** |
| **Connell Anderson** | **Hall** |
| **Connell Anderson, Jr.** | **Hall** |
| **Curtis Anderson** | **D'Amico** |
| **Denise Anderson** | **John Eaves** |
| **Derion Anderons** | **Penton** |
| **Earl Anderson** | **Penton** |
| **Ernest Anderson** | **HLC** |
| **Harriett Marie Anderson** | **Ladner** |

| | |
|---|---|
| **Jakobie Anderson** | **D'Amico** |
| **Ja'Vae Anderson** | **Buzbee** |
| **Johnny Anderson** | **D'Amico** |
| **Kinchasa Anderson** | **Catherine Jacobs** |
| **Lacreda Adnerson** | **HLC** |
| **Ladrina Anderson** | **John Eaves** |
| **Lillie Anderson** | **Schmidt** |
| **Lucinda Anderson** | **Bruno & Bruno** |
| **Maggie Anderson** | **Catherine Jacobs** |
| **Rasheeda Anderson** | **HLC** |
| **Raymond Anderson** | **HLC** |
| **Stacey Anderson** | **Torres** |
| **Terry Anderson** | **Becnel** |
| **Vanessa Anderson** | **HLC** |
| **Vickie Anderson** | **John Eaves** |
| **Vidal Anderson** | **HLC** |
| **Viavian Anderson** | **HLC** |
| **Vontez Anderson** | **John Eaves** |
| **Eric Anderson, II** | **Buzee** |
| **Charlean Anderson** | **Watts Hilliard** |
| **Cynthia Anderson** | **Watts Hilliard** |
| **Deloris Anderson** | **Watts Hilliard** |
| **Donald Anderson** | **Watts Hilliard** |
| **Draper Anderson** | **Watts Hilliard** |
| **Gertude Anderson** | **Watts Hilliard** |
| **Arthur Anderson, III** | **Watts Hilliard** |
| **Joseph c. Anderson** | **Watts Hilliard** |
| **Jovan Anderson** | **Watts Hilliard** |
| **Arthur Anderson, JR.** | **Watts Hilliard** |
| **Linda E. Anderson** | **Watts Hilliard** |
| **Sean Anderson** | **Watts Hilliard** |
| **Stoney Guy Anderson** | **Watts Hilliard** |
| **Travis Anderson** | **Watts Hilliard** |
| **Charles Andres** | **John Eaves** |
| **Kentrell Andres** | **John Eaves** |
| **Sheila Andres** | **John Eaves** |
| **Sheron Andres** | **John Eaves** |
| **Christian Andrews** | **John Eaves** |
| **Amy Andrews** | **Watts Hilliard** |
| **Cynara Andrews** | **Watts Hilliard** |
| **Hailery Janiece Andres** | **Watts Hilliard** |
| **Collum Andrews, II** | **John Eaves** |
| **Jacqueline Evette Andrews** | **Watts Hilliard** |
| **Jairred Andres** | **Watts Hilliard** |
| **Gregory Andrews, Jr.** | **Watts Hilliard** |

| | |
|---|---|
| Kailyn Ashanti Andrews | Watts Hilliard |
| Mariah Dion Andrews | Watts Hilliard |
| Rose Andrews | Watts Hilliard |
| Rose Marie Andrews | Watts Hilliard |
| Charles Andrews, Sr. | Watts Hilliard |
| Tykeesha Tebeth Andrews | Watts Hilliard |
| Tobies Andrus individually obo B.A. | Gainsburgh |
| Shirley S. Andrus | Watts Hilliard |
| Cary Andry | Watts Hilliard` |
| Christopher Andry | Watts Hilliard |
| Vernette Andry | Watts Hilliard |
| Brielle Angelety | Buzbee |
| Yasmin Angelety | Buzbee |
| Natasha Angelin | Buzbee |
| Natasha Rayford Angelin | Watts Hilliard |
| Brad Anglada | Watts Hilliard |
| Caitlin Anglada | Watts Hilliard |
| Donald Anglin | John Eaves |
| Latonia Ankerson | Watts Hilliard |
| Morgan Ankerson | Watts Hilliard |
| Savannah Ankerson | Watts Hilliard |
| Scott Ankerson | Watts Hilliard |
| Christopher Ansardi | Torres |
| Kelli Anthony | Watts Hilliard |
| Blaire Antoine | HLC |
| Brenda Antoine | HLC |
| Brittany Antoine | Gainsburgh |
| Ron E. Antoine | HLC |
| Tabitha Raquel Antoine | Gainsburgh |
| Dorothy Antoine | Watts Hilliard |
| Emanuel Antoine | Watts Hilliard |
| Angelica Antunica | Watts Hilliard |
| Don Aperwhite, Jr. | Lambert & Nelson |
| Lloyd A. Appel, Jr. | Torres |
| Dwaine Applewhite | Watts Hilliard |
| Amanda Marie Arabie | Watts Hilliard |
| Shane Hunter Arabie, Jr. | Watts Hilliard |
| Shane Ray Arabie | Watts Hilliard |
| Charles E. Arbour, III | Torres |
| Emmanuel Arcement | Watts Hilliard |
| Joseph Arceneaux | D'Amico |
| Margene Arceneaux | John Eaves |
| Louis Arceneaux | Watts Hilliard |
| Tiara Archie | Buzbee |
| Wardell Ard | Buzbee |

| | |
|---|---|
| **Yvonne Ard obo Anthony Philipps** | **HLC** |
| **Albertina Arita** | **D'Amico** |
| **Louis Armour** | **D'Amico** |
| **Mandel Armour** | **Bruno & Bruno** |
| **Wayne Armstead** | **Schmidt** |
| **Taliyah Armstead** | **Watts Hilliard** |
| **Aston Armstrong** | **John Eaves** |
| **Antoine Armstrong** | **John Eaves** |
| **Christopher Armstrong** | **John Eaves** |
| **Danielle Armstrong** | **Bruno & Bruno** |
| **Georgia Armstrong** | **John Eaves** |
| **Iradell Armstrong** | **Penton** |
| **Kimberly Armstrong** | **John Eaves** |
| **Lamar Armstrong** | **HLC** |
| **Leray Armstrong** | **John Eaves** |
| **Ollie Armstrong** | **John Eaves** |
| **Edna Armstrong** | **Watts Hilliard** |
| **James Armstrong** | **Watts Hilliard** |
| **Grand Armstrong, Jr.** | **Watts Hilliard** |
| **William Armstrong, Jr.** | **Watts Hilliard** |
| **Kim Arnold** | **D'Amico** |
| **Syntrell M. Taylor obo Malik** | **D'Amico** |
| **Philip Arnold** | **D'Amico** |
| **Philip Arnold** | **Bencomo** |
| **Claudis Arnold** | **Watts Hilliard** |
| **Joyce Arnold** | **Watts Hilliard** |
| **Mitchell Arrington, Jr.** | **Watts Hilliard** |
| **Shirley Arrington** | **Watts Hilliard** |
| **Esperanza Arriola** | **HLC** |
| **Alonzo Artis** | **Watts Hilliard** |
| **Tonya Lee Artis** | **Watts Hilliard** |
| **Asia Arvie** | **Buzbee** |
| **Shawn Arvie** | **Buzbee** |
| **Danette Arvie** | **Watts Hilliard** |
| **Dominique Mickel Arvie** | **Watts Hilliard** |
| **Donavin Jamell Arvie** | **Watts Hilliard** |
| **Jared Dawond Arvie** | **Watts Hilliard** |
| **Kayla Asher** | **Watts Hilliard** |
| **Nadia J. Ashley** | **Watts Hilliard** |
| **Bram Ates** | **Watts Hilliard** |
| **Elizabeth Ates** | **Watts Hilliard** |
| **Christopher Michael Atkinson** | **Torres** |
| **Sharaund (Gaylan Atlow obo Sharaud Atlow)** | **D'AMICO** |

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

**Andrew Weinstock**

ANDREW D. WEINSTOCK

ADW/cvm\