# DUPLASS
# ZWAIN
# BOURGEOIS
# PFISTER &
# WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON

BEN S. DiPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

June 14, 2011

**VIA ELECTRONIC MAIL**
Matthew B. Moreland
Becnel Law Firm, LLC
106 West Seventh St.
P.O. Drawer H
Reserve, La 70084

Dear Matt:

I am writing on behalf of Gulf Stream Coach, Inc. pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). As you know, the PFS for each plaintiff named in an action that has been transferred to the MDL proceedings were due to be served, fully executed and verified. Certain Fact Sheets, however, still fail to materially comply with the obligations of Pre Trial Order No. 2.

In accordance with Section III (D) of Pretrial Order No. 2, Gulf Stream Coach, Inc. has included an updated list which specifically indentifies the material deficiencies of each plaintiff fact sheet. Plaintiffs have thirty (30) days or until **August 14, 2011** from receipt of this letter to cure the material deficiencies. If the material deficiencies are not cured within this timeframe, Gulf Stream Coach, Inc. may move for dismissal of Plaintiffs' claims, including dismissal with prejudice.

The specific PFS deficiencies and are listed as follows:

**Smith, Derrick**
1. Medical expense information, as required by Section III (C)(9):
    a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
2. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
3. Current employment information, as required by Section IV (F)(1):
    a. Did not provide plaintiff's current employment information.
    b. Did not provide name of employer.
    c. Did not provide employer's address.
    d. Did not provide dates of employment.
    e. Did not provide occupation/job duties.
4. Employment information for the past ten years, as required by Section IV (F)(2):
    a. Did not provide plaintiff's employment information for the past ten years.
    b. Did not provide name of employer.

      c.  Did not provide employer's address.
      d.  Did not provide dates of employment.
      e.  Did not provide occupation/job duties.
5. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
6. Did not sign the certification.
7. Did not sign a HIPAA Authorization for medical records.
8. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
9. Did not provide an executed Authorization for Release of Employment Records.
10. Did not sign the PHI Release
11. Did not sign the Privacy Act Release.

**Ratcliff, Charlotte**
1. Condition worsened by trailer, as required by Section III (C)(7):
      a.  Stated the trailer worsened a pre-existing condition, but did not state whether the plaintiff had recovered.
      b.  Stated the trailer worsened a pre-existing condition, but did not state when the plaintiff had recovered.
2. Medical expense information, as required by Section III (C)(9):
      a.  Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
3. Driver's License information, as required by Section IV (B):
      a.  Did not provide state that issued plaintiff driver's license.
4. Educational Background, as required by Section IV (E):
      a.  Did not provide course of study.
5. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
6. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).
7. Repairs, service or maintenance, as required by Section V (D):
      a.  Did not state the date of the repair, service or maintenance.
8. X-rays/CT/MRI, as required by Section VI (G):
      a.  Did not indicate treating physician.
9. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
10. Each physician or health care provider during last 7 years, as required by Section IX (E).
      a.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.
11. Did not sign the certification.
12. Did not sign a HIPAA Authorization for medical records.
13. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
14. Did not provide an executed Authorization for Release of Employment Records.
15. Did not sign the PHI Release
16. Did not sign the Privacy Act Release.

**Pollard, Eutiquia**
1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
2. Medical expense information, as required by Section III (C)(9):
   a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
3. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
4. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).
5. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).
6. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)
7. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).
8. Repairs, service or maintenance, as required by Section V (D):
   a. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
   b. Did not state the date of the repair, service or maintenance.
   c. Did not state the reason for the repair, service or maintenance.
9. Did not provide plaintiff's current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).
10. Personal tobacco history, as required by Section VI (C):
    a. Did not provide plaintiff's personal tobacco history.
    b. Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.
    c. Indicated past smoker, but did not state when tobacco use ended.
11. X-rays/CT/MRI, as required by Section VI (G):
    a. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.
    b. Did not indicate when scan was performed.
    c. Did not indicate treating physician.
    d. Did not indicate hospital.
    e. Did not indicate reason.
12. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).
13. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
14. Did not sign the certification.
15. Did not sign a HIPAA Authorization for medical records.
16. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
17. Did not provide an executed Authorization for Release of Employment Records.
18. Did not sign the PHI Release

19. Did not sign the Privacy Act Release.

**Poche, Teresa o/b/o Alyssa Poche**
1. Medical expense information, as required by Section III (C)(9):
    a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
2. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
3. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)
4. Repairs, service or maintenance, as required by Section V (D):
    a. Did not state the date of the repair, service or maintenance.
5. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide telephone.
    b. Did not provide dates lived in trailer.
    c. Did not indicate whether person was making personal injury claim.
    d. Indicated person is making personal injury claim, but did not state the nature of that claim.
6. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
7. Did not sign the certification.
8. Did not sign a HIPAA Authorization for medical records.
9. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
10. Did not provide an executed Authorization for Release of Employment Records.
11. Did not sign the PHI Release
12. Did not sign the Privacy Act Release.

**Oliver, Donnell**
1. Medical expense information, as required by Section III (C)(9):
    a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
2. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
3. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
4. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
5. Did not sign the certification.
6. Did not sign a HIPAA Authorization for medical records.
7. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
8. Did not provide an executed Authorization for Release of Employment Records.
9. Did not sign the PHI Release
10. Did not sign the Privacy Act Release.

**Crawford, Kathleen o/b/o Jasmine Crawford**
1. Did not provide a current street address, as required in Section II (C).
2. Did not provide telephone number(s), as required in Section II (D).
3. The represented party's information, as required by Section III (A):
    a. Did not provide name.
    b. Did not provide maiden/other name.
    c. Did not provide address.
    d. Did not provide phone number.
    e. Did not provide email address.
    f. Did not provide court or date of appointment, if appointed by court.
    g. Did not provide relationship to represented party.
    h. Did not provide date or place of decedent's death, if representing an estate.
4. Did not provide email address, as required in Section II (E).
5. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
6. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
7. Information regarding cancer, as required by Section III (C)(4):
    a. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer.
8. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
9. Pre-existing condition information, as required by Section III (C)(6):
    a. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer.
10. Condition worsened by trailer, as required by Section III (C)(7):
    a. Did not provide a response to whether FEMA trailer worsened a pre-existing condition.
11. Claims for emotional and/or mental damages, as required by Section III (C)(8):
    a. Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer.
    b. Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer.
    c. Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer.
    d. Did not state dates of treatment.
    e. Did not list medications.
12. Medical expense information, as required by Section III (C)(9):
    a. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
    b. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
13. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).

14. Driver's License information, as required by Section IV (B):
    a.  Did not provide plaintiff's State Driver's License Number.
    b.  Did not provide state that issued plaintiff driver's license.
15. Did not provide date and/or place of birth, as required by Section IV (C).
16. Did not indicate plaintiff's sex, s required by Section IV (D).
17. Educational Background, as required by Section IV (E):
    a.  Did not provide plaintiff's educational background.
    b.  Did not provide name of institution.
    c.  Did not provide dates attended.
    d.  Did not provide course of study.
    e.  Did not provide diploma/degree received.
18. Current employment information, as required by Section IV (F)(1):
    a.  Did not provide plaintiff's current employment information.
    b.  Did not provide name of employer.
    c.  Did not provide employer's address.
    d.  Did not provide dates of employment.
    e.  Did not provide occupation/job duties.
19. Employment information for the past ten years, as required by Section IV (F)(2):
    a.  Did not provide plaintiff's employment information for the past ten years.
    b.  Did not provide name of employer.
    c.  Did not provide employer's address.
    d.  Did not provide dates of employment.
    e.  Did not provide occupation/job duties.
20. Lost Wage Information, as required by Section IV (F)(3).
    a.  Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.
    b.  Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
    c.  Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).
21. Previous lawsuits/claims, as required by Section IV (G).
    a.  Did not provide information about previous lawsuits or claims.
    b.  Stated yes, but did not provide court where action was filed.
    c.  Stated yes, but did not provide case name and/or names of adverse parties.
    d.  Stated yes, but did not provide nature of sickness/disease.
22. Family information, as required by Section IV.
    a.  Did not provide response to whether any family member has suffered from disease/illness.
    b.  Did not provide name.
    c.  Did not provide relationship.
    d.  Did not provide current age (or age at death).
    e.  Did not provide medical condition.
    f.  Did not provide cause of death.
    g.  Did not state whether plaintiff is making claim for wrongful death of family member.

   h.  Did not state the name of the deceased on whose behalf plaintiff is making claim.

23. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

24. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

25. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

26. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

27. Did not provide a response to whether plaintiff's temporary housing unit was located on private property or a trailer park, as required by Section V (A)(9).

28. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)

29. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).

30. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).

31. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).

32. Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14).

33. Did not indicate whether the FEMA housing unit was hooked up to a sewer line, as required by Section V (A)(15).

34. Did not indicate whether the FEMA housing unit was hooked up to an electrical line, as required by Section V (A)(16).

35. Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17).

36. Did not indicate whether propane gas was used in the FEMA housing unit, as required by Section V (A)(18).

37. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).

38. Did not respond whether plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20).

39. Air quality tests, as required by Section V (B):
   a.  Did not respond whether air quality tests were performed on the FEMA housing unit.
   b.  Did not respond when the test was performed.
   c.  Did not respond who performed the test.

40. Fumigation, as required by Section V (C):
   a.  Did not respond whether the FEMA housing unit was ever fumigated.
   b.  Did not respond when the fumigation was performed.
   c.  Did not respond with the reason for fumigation.

41. Repairs, service or maintenance, as required by Section V (D):
   a.  Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
   b.  Did not state the date of the repair, service or maintenance.

     c.  Did not state the reason for the repair, service or maintenance.

42. Information of other persons who resided in the unit, as required by Section V (E):

     a.  Did not provide information of other persons who resided in the FEMA housing unit.

     b.  Did not provide name.

     c.  Did not provide age.

     d.  Did not provide address.

     e.  Did not provide telephone.

     f.  Did not provide dates lived in trailer.

     g.  Did not indicate whether person was making personal injury claim.

     h.  Indicated person is making personal injury claim, but did not state the nature of that claim.

43. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).

44. Personal tobacco history, as required by Section VI (C):

     a.  Did not provide plaintiff's personal tobacco history.

     b.  Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.

     c.  Indicated past smoker, but did not state when tobacco use ended.

45. Did not provide other tobacco use history, as required by Section VI (D):

46. Pregnancy, as required by Section VI (E):

     a.  Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit.

     b.  Indicated plaintiff was pregnant, but did not state date of birth.

     c.  Indicated plaintiff was pregnant, but did not state whether pregnancy terminated in miscarriage or stillborn birth.

47. Lung/respiratory disease, as required by Section VI (F)(1):

     a.  Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

48. Infectious disease, as required by Section VI (F)(2):

     a.  Did not indicate whether plaintiff has ever suffered from infectious disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

49. Long-term stomach or bowel disease, as required by Section VI (F)(3):

     a.  Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

50. Skin disease, as required by Section VI (F)(4):

     a.  Did not indicate whether plaintiff has ever suffered from skin disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

51. X-rays/CT/MRI, as required by Section VI (G):

     a.  Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.

   b.  Did not indicate when scan was performed.
   c.  Did not indicate treating physician.
   d.  Did not indicate hospital.
   e.  Did not indicate reason.
52. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).
   a.  Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit.
   b.  Did not identify specialty.
   c.  Did not identify address.
   d.  Did not identify phone.
   e.  Did not identify treatment received.
   f.  Did not identify dates of treatment.
53. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).
54. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).
55. Did not answer Section VIII (A)-(G).
56. Plaintiff's current primary care physician, as required by Section IX (A):
   a.  Did not provide the identity of plaintiff's current primary care physician.
   b.  Did not provide full address.
57. Primary care physicians for the last 7 years, as required by Section IX (B):
   a.  Did not provide the identity of plaintiff's primary care physicians for the last seven years.
   b.  Did not provide full address.
   c.  Did not provide the range of dates of treatment.
58. Inpatient Care, as required by Section IX(C):
   a.  Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years.
   b.  Did not provide full address.
   c.  Did not provide admission dates.
   d.  Did not provide reason for admission.
59. Outpatient Care, as required by Section IX(D):
   a.  Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years.
   b.  Did not provide full address.
   c.  Did not provide admission dates.
   d.  Did not provide reason for admission.
60. Each physician or health care provider during last 7 years, as required by Section IX (E).
   a.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.
   b.  Did not provide full address.
   c.  Did not provide the range of dates of treatment.
61. Pharmacies, as required by Section IX (F).

    a.  Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years.

    b.  Did not provide the full address.

62. Did not sign the certification.
63. Did not sign a HIPAA Authorization for medical records.
64. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
65. Did not provide an executed Authorization for Release of Employment Records.
66. Did not sign the PHI Release
67. Did not sign the Privacy Act Release.


**Cheatham, Ameshia**
1.  Did not provide a maiden or other name, as required in Section II (B).
2.  Did not provide email address, as required in Section II (E).
3.  Condition worsened by trailer, as required by Section III (C)(7):
    a.  Stated the trailer worsened a pre-existing condition, but did not state whether the plaintiff had recovered.
    b.  Stated the trailer worsened a pre-existing condition, but did not state when the plaintiff had recovered.
4.  Medical expense information, as required by Section III (C)(9):
    a.  Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
5.  Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
6.  Employment information for the past ten years, as required by Section IV (F)(2):
    a.  Did not provide employer's address.
7.  Lost Wage Information, as required by Section IV (F)(3).
    a.  Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.
    b.  Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
    c.  Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).
8.  Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
9.  Repairs, service or maintenance, as required by Section V (D):
    a.  Did not state the date of the repair, service or maintenance.
    b.  Did not state the reason for the repair, service or maintenance.
10. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
11. Pharmacies, as required by Section IX (F).
    a.  Did not provide the full address.
12. Did not sign the certification.
13. Did not sign a HIPAA Authorization for medical records.

14. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
15. Did not provide an executed Authorization for Release of Employment Records.
16. Did not sign the PHI Release
17. Did not sign the Privacy Act Release.

**Mix, Troy o/b/o Troy Mix Jr.**
1. The represented party's information, as required by Section III (A):
    a. Did not provide court or date of appointment, if appointed by court.
    b. Did not provide relationship to represented party.
2. Medical expense information, as required by Section III (C)(9):
    a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
3. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
4. Repairs, service or maintenance, as required by Section V (D):
    a. Did not state the date of the repair, service or maintenance.
5. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
6. Did not sign the certification.
7. Did not sign a HIPAA Authorization for medical records.
8. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
9. Did not provide an executed Authorization for Release of Employment Records.
10. Did not sign the PHI Release
11. Did not sign the Privacy Act Release.

**Mix Sr., Troy**
1. Medical expense information, as required by Section III (C)(9):
    a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
2. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
3. Repairs, service or maintenance, as required by Section V (D):
    a. Did not state the date of the repair, service or maintenance.
4. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
5. Did not sign the certification.
6. Did not sign a HIPAA Authorization for medical records.
7. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
8. Did not provide an executed Authorization for Release of Employment Records.
9. Did not sign the PHI Release
10. Did not sign the Privacy Act Release.

**Donatto, Tahisha o/b/o Tahjane R. Jourdan**

1. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
2. Medical expense information, as required by Section III (C)(9):
    a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
3. Repairs, service or maintenance, as required by Section V (D):
    a. Did not state the date of the repair, service or maintenance.
4. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
5. Primary care physicians for the last 7 years, as required by Section IX (B):
    a. Did not provide the range of dates of treatment.
6. Did not sign the certification.
7. Did not sign a HIPAA Authorization for medical records.
8. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
9. Did not provide an executed Authorization for Release of Employment Records.
10. Did not sign the PHI Release
11. Did not sign the Privacy Act Release.

## Devezin, Mary

1. Medical expense information, as required by Section III (C)(9):
    a. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
2. Repairs, service or maintenance, as required by Section V (D):
    a. Did not state the date of the repair, service or maintenance.
3. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide information of other persons who resided in the FEMA housing unit.
    b. Did not provide name.
    c. Did not provide age.
    d. Did not provide address.
    e. Did not provide telephone.
    f. Did not provide dates lived in trailer.
    g. Did not indicate whether person was making personal injury claim.
    h. Indicated person is making personal injury claim, but did not state the nature of that claim.
4. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).
    a. Did not identify dates of treatment.
5. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).
6. Did not sign the certification.
7. Did not sign a HIPAA Authorization for medical records.
8. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
9. Did not provide an executed Authorization for Release of Employment Records.

10. Did not sign the PHI Release
11. Did not sign the Privacy Act Release.

**Dean, Willie**

1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide a current street address, as required in Section II (C).
3. Did not provide telephone number(s), as required in Section II (D).
4. Did not provide email address, as required in Section II (E).
5. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
6. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
7. Information regarding cancer, as required by Section III (C)(4):
    a. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer.
8. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
9. Pre-existing condition information, as required by Section III (C)(6):
    a. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer.
10. Condition worsened by trailer, as required by Section III (C)(7):
    a. Did not provide a response to whether FEMA trailer worsened a pre-existing condition.
11. Claims for emotional and/or mental damages, as required by Section III (C)(8):
    a. Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer.
    b. Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer.
    c. Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer.
    d. Did not state dates of treatment.
    e. Did not list medications.
12. Medical expense information, as required by Section III (C)(9):
    a. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
    b. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
13. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
14. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
15. Did not provide date and/or place of birth, as required by Section IV (C).
16. Did not indicate plaintiff's sex, s required by Section IV (D).
17. Educational Background, as required by Section IV (E):

00185180-1                           13

    a.  Did not provide plaintiff's educational background.
    b.  Did not provide name of institution.
    c.  Did not provide dates attended.
    d.  Did not provide course of study.
    e.  Did not provide diploma/degree received.

18. Current employment information, as required by Section IV (F)(1):
    a.  Did not provide plaintiff's current employment information.
    b.  Did not provide name of employer.
    c.  Did not provide employer's address.
    d.  Did not provide dates of employment.
    e.  Did not provide occupation/job duties.

19. Employment information for the past ten years, as required by Section IV (F)(2):
    a.  Did not provide plaintiff's employment information for the past ten years.
    b.  Did not provide name of employer.
    c.  Did not provide employer's address.
    d.  Did not provide dates of employment.
    e.  Did not provide occupation/job duties.

20. Lost Wage Information, as required by Section IV (F)(3).
    a.  Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.
    b.  Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
    c.  Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).

21. Previous lawsuits/claims, as required by Section IV (G).
    a.  Did not provide information about previous lawsuits or claims.

22. Family information, as required by Section IV.
    a.  Did not provide response to whether any family member has suffered from disease/illness.
    b.  Did not provide name.
    c.  Did not provide relationship.
    d.  Did not provide current age (or age at death).
    e.  Did not provide medical condition.
    f.  Did not provide cause of death.
    g.  Did not state whether plaintiff is making claim for wrongful death of family member.
    h.  Did not state the name of the deceased on whose behalf plaintiff is making claim.

23. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

24. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

25. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

26. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

27. Did not provide a response to whether plaintiff's temporary housing unit was located on private property or a trailer park, as required by Section V (A)(9).

28. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)

29. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).

30. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).

31. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).

32. Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14).

33. Did not indicate whether the FEMA housing unit was hooked up to a sewer line, as required by Section V (A)(15).

34. Did not indicate whether the FEMA housing unit was hooked up to an electrical line, as required by Section V (A)(16).

35. Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17).

36. Did not indicate whether propane gas was used in the FEMA housing unit, as required by Section V (A)(18).

37. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).

38. Did not respond whether plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20).

39. Air quality tests, as required by Section V (B):
    a. Did not respond whether air quality tests were performed on the FEMA housing unit.
    b. Did not respond when the test was performed.
    c. Did not respond who performed the test.

40. Fumigation, as required by Section V (C):
    a. Did not respond whether the FEMA housing unit was ever fumigated.
    b. Did not respond when the fumigation was performed.
    c. Did not respond with the reason for fumigation.

41. Repairs, service or maintenance, as required by Section V (D):
    a. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
    b. Did not state the date of the repair, service or maintenance.
    c. Did not state the reason for the repair, service or maintenance.

42. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide information of other persons who resided in the FEMA housing unit.
    b. Did not provide name.
    c. Did not provide age.
    d. Did not provide address.
    e. Did not provide telephone.
    f. Did not provide dates lived in trailer.

g.  Did not indicate whether person was making personal injury claim.
h.  Indicated person is making personal injury claim, but did not state the nature of that claim.

43. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).

44. Personal tobacco history, as required by Section VI (C):
a.  Did not provide plaintiff's personal tobacco history.
b.  Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.
c.  Indicated past smoker, but did not state when tobacco use ended.

45. Did not provide other tobacco use history, as required by Section VI (D):

46. Pregnancy, as required by Section VI (E):
a.  Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit.
b.  Indicated plaintiff was pregnant, but did not state date of birth.
c.  Indicated plaintiff was pregnant, but did not state whether pregnancy terminated in miscarriage or stillborn birth.

47. Lung/respiratory disease, as required by Section VI (F)(1):
a.  Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease.
b.  Did not indicate name of illness.
c.  Did not indicate date of illness.

48. Infectious disease, as required by Section VI (F)(2):
a.  Did not indicate whether plaintiff has ever suffered from infectious disease.
b.  Did not indicate name of illness.
c.  Did not indicate date of illness.

49. Long-term stomach or bowel disease, as required by Section VI (F)(3):
a.  Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease.
b.  Did not indicate name of illness.
c.  Did not indicate date of illness.

50. Skin disease, as required by Section VI (F)(4):
a.  Did not indicate whether plaintiff has ever suffered from skin disease.
b.  Did not indicate name of illness.
c.  Did not indicate date of illness.

51. X-rays/CT/MRI, as required by Section VI (G):
a.  Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.
b.  Did not indicate when scan was performed.
c.  Did not indicate treating physician.
d.  Did not indicate hospital.
e.  Did not indicate reason.

52. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).
a.  Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit.
b.  Did not identify specialty.

     c. Did not identify address.
     d. Did not identify phone.
     e. Did not identify treatment received.
     f. Did not identify dates of treatment.

53. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

54. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).

55. Did not answer Section VIII (A)-(G).

56. Plaintiff's current primary care physician, as required by Section IX (A):
     a. Did not provide the identity of plaintiff's current primary care physician.
     b. Did not provide full address.

57. Primary care physicians for the last 7 years, as required by Section IX (B):
     a. Did not provide the identity of plaintiff's primary care physicians for the last seven years.
     b. Did not provide full address.
     c. Did not provide the range of dates of treatment.

58. Inpatient Care, as required by Section IX(C):
     a. Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years.
     b. Did not provide full address.
     c. Did not provide admission dates.
     d. Did not provide reason for admission.

59. Outpatient Care, as required by Section IX(D):
     a. Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years.
     b. Did not provide full address.
     c. Did not provide admission dates.
     d. Did not provide reason for admission.

60. Each physician or health care provider during last 7 years, as required by Section IX (E).
     a. Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.
     b. Did not provide full address.
     c. Did not provide the range of dates of treatment.

61. Pharmacies, as required by Section IX (F).
     a. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years.
     b. Did not provide the full address.

62. Did not sign the certification.

63. Did not sign a HIPAA Authorization for medical records.

64. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

65. Did not provide an executed Authorization for Release of Employment Records.

66. Did not sign the PHI Release

67. Did not sign the Privacy Act Release.

**Davis, Allen**
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide a current street address, as required in Section II (C).
3. Did not provide telephone number(s), as required in Section II (D).
4. Did not provide email address, as required in Section II (E).
5. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
6. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
7. Information regarding cancer, as required by Section III (C)(4):
   a. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer.
8. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
9. Pre-existing condition information, as required by Section III (C)(6):
   a. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer.
10. Condition worsened by trailer, as required by Section III (C)(7):
    a. Did not provide a response to whether FEMA trailer worsened a pre-existing condition.
11. Claims for emotional and/or mental damages, as required by Section III (C)(8):
    a. Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer.
    b. Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer.
    c. Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer.
    d. Did not state dates of treatment.
    e. Did not list medications.
12. Medical expense information, as required by Section III (C)(9):
    a. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
    b. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
13. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
14. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
15. Did not provide date and/or place of birth, as required by Section IV (C).
16. Did not indicate plaintiff's sex, s required by Section IV (D).
17. Educational Background, as required by Section IV (E):
    a. Did not provide plaintiff's educational background.

      b.  Did not provide name of institution.
      c.  Did not provide dates attended.
      d.  Did not provide course of study.
      e.  Did not provide diploma/degree received.

18. Current employment information, as required by Section IV (F)(1):
      a.  Did not provide plaintiff's current employment information.
      b.  Did not provide name of employer.
      c.  Did not provide employer's address.
      d.  Did not provide dates of employment.
      e.  Did not provide occupation/job duties.

19. Employment information for the past ten years, as required by Section IV (F)(2):
      a.  Did not provide plaintiff's employment information for the past ten years.
      b.  Did not provide name of employer.
      c.  Did not provide employer's address.
      d.  Did not provide dates of employment.
      e.  Did not provide occupation/job duties.

20. Lost Wage Information, as required by Section IV (F)(3).
      a.  Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.
      b.  Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
      c.  Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).

21. Previous lawsuits/claims, as required by Section IV (G).
      a.  Did not provide information about previous lawsuits or claims.

22. Family information, as required by Section IV.
      a.  Did not provide response to whether any family member has suffered from disease/illness.
      b.  Did not provide name.
      c.  Did not provide relationship.
      d.  Did not provide current age (or age at death).
      e.  Did not provide medical condition.
      f.  Did not provide cause of death.
      g.  Did not state whether plaintiff is making claim for wrongful death of family member.
      h.  Did not state the name of the deceased on whose behalf plaintiff is making claim.

23. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

24. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

25. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

26. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

27. Did not provide a response to whether plaintiff's temporary housing unit was located on private property or a trailer park, as required by Section V (A)(9).

28. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)

29. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).

30. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).

31. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).

32. Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14).

33. Did not indicate whether the FEMA housing unit was hooked up to a sewer line, as required by Section V (A)(15).

34. Did not indicate whether the FEMA housing unit was hooked up to an electrical line, as required by Section V (A)(16).

35. Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17).

36. Did not indicate whether propane gas was used in the FEMA housing unit, as required by Section V (A)(18).

37. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).

38. Did not respond whether plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20).

39. Air quality tests, as required by Section V (B):
    a. Did not respond whether air quality tests were performed on the FEMA housing unit.
    b. Did not respond when the test was performed.
    c. Did not respond who performed the test.

40. Fumigation, as required by Section V (C):
    a. Did not respond whether the FEMA housing unit was ever fumigated.
    b. Did not respond when the fumigation was performed.
    c. Did not respond with the reason for fumigation.

41. Repairs, service or maintenance, as required by Section V (D):
    a. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
    b. Did not state the date of the repair, service or maintenance.
    c. Did not state the reason for the repair, service or maintenance.

42. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide information of other persons who resided in the FEMA housing unit.
    b. Did not provide name.
    c. Did not provide age.
    d. Did not provide address.
    e. Did not provide telephone.
    f. Did not provide dates lived in trailer.

    g.  Did not indicate whether person was making personal injury claim.

    h.  Indicated person is making personal injury claim, but did not state the nature of that claim.

43. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).

44. Personal tobacco history, as required by Section VI (C):

    a.  Did not provide plaintiff's personal tobacco history.

    b.  Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.

    c.  Indicated past smoker, but did not state when tobacco use ended.

45. Did not provide other tobacco use history, as required by Section VI (D):

46. Pregnancy, as required by Section VI (E):

    a.  Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit.

    b.  Indicated plaintiff was pregnant, but did not state date of birth.

    c.  Indicated plaintiff was pregnant, but did not state whether pregnancy terminated in miscarriage or stillborn birth.

47. Lung/respiratory disease, as required by Section VI (F)(1):

    a.  Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease.

    b.  Did not indicate name of illness.

    c.  Did not indicate date of illness.

48. Infectious disease, as required by Section VI (F)(2):

    a.  Did not indicate whether plaintiff has ever suffered from infectious disease.

    b.  Did not indicate name of illness.

    c.  Did not indicate date of illness.

49. Long-term stomach or bowel disease, as required by Section VI (F)(3):

    a.  Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease.

    b.  Did not indicate name of illness.

    c.  Did not indicate date of illness.

50. Skin disease, as required by Section VI (F)(4):

    a.  Did not indicate whether plaintiff has ever suffered from skin disease.

    b.  Did not indicate name of illness.

    c.  Did not indicate date of illness.

51. X-rays/CT/MRI, as required by Section VI (G):

    a.  Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.

    b.  Did not indicate when scan was performed.

    c.  Did not indicate treating physician.

    d.  Did not indicate hospital.

    e.  Did not indicate reason.

52. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).

    a.  Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit.

    b.  Did not identify specialty.

    c.  Did not identify address.
    d.  Did not identify phone.
    e.  Did not identify treatment received.
    f.  Did not identify dates of treatment.

53. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

54. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).

55. Did not answer Section VIII (A)-(G).

56. Plaintiff's current primary care physician, as required by Section IX (A):
    a.  Did not provide the identity of plaintiff's current primary care physician.
    b.  Did not provide full address.

57. Primary care physicians for the last 7 years, as required by Section IX (B):
    a.  Did not provide the identity of plaintiff's primary care physicians for the last seven years.
    b.  Did not provide full address.
    c.  Did not provide the range of dates of treatment.

58. Inpatient Care, as required by Section IX(C):
    a.  Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years.
    b.  Did not provide full address.
    c.  Did not provide admission dates.
    d.  Did not provide reason for admission.

59. Outpatient Care, as required by Section IX(D):
    a.  Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years.
    b.  Did not provide full address.
    c.  Did not provide admission dates.
    d.  Did not provide reason for admission.

60. Each physician or health care provider during last 7 years, as required by Section IX (E).
    a.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.
    b.  Did not provide full address.
    c.  Did not provide the range of dates of treatment.

61. Pharmacies, as required by Section IX (F).
    a.  Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years.
    b.  Did not provide the full address.

62. Did not sign the certification.

63. Did not sign a HIPAA Authorization for medical records.

64. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

65. Did not provide an executed Authorization for Release of Employment Records.

66. Did not sign the PHI Release

67. Did not sign the Privacy Act Release.

**Green, Elvirna C.**
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide a current street address, as required in Section II (C).
3. Did not provide telephone number(s), as required in Section II (D).
4. Did not provide email address, as required in Section II (E).
5. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
6. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
7. Information regarding cancer, as required by Section III (C)(4):
   a. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer.
8. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
9. Pre-existing condition information, as required by Section III (C)(6):
   a. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer.
10. Condition worsened by trailer, as required by Section III (C)(7):
    a. Did not provide a response to whether FEMA trailer worsened a pre-existing condition.
11. Claims for emotional and/or mental damages, as required by Section III (C)(8):
    a. Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer.
    b. Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer.
    c. Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer.
    d. Did not state dates of treatment.
    e. Did not list medications.
12. Medical expense information, as required by Section III (C)(9):
    a. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
    b. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
13. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
14. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
15. Did not provide date and/or place of birth, as required by Section IV (C).
16. Did not indicate plaintiff's sex, s required by Section IV (D).
17. Educational Background, as required by Section IV (E):
    a. Did not provide plaintiff's educational background.

       b.  Did not provide name of institution.
       c.  Did not provide dates attended.
       d.  Did not provide course of study.
       e.  Did not provide diploma/degree received.

18. Current employment information, as required by Section IV (F)(1):
       a.  Did not provide plaintiff's current employment information.
       b.  Did not provide name of employer.
       c.  Did not provide employer's address.
       d.  Did not provide dates of employment.
       e.  Did not provide occupation/job duties.

19. Employment information for the past ten years, as required by Section IV (F)(2):
       a.  Did not provide plaintiff's employment information for the past ten years.
       b.  Did not provide name of employer.
       c.  Did not provide employer's address.
       d.  Did not provide dates of employment.
       e.  Did not provide occupation/job duties.

20. Lost Wage Information, as required by Section IV (F)(3).
       a.  Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.
       b.  Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
       c.  Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).

21. Previous lawsuits/claims, as required by Section IV (G).
       a.  Did not provide information about previous lawsuits or claims.

22. Family information, as required by Section IV.
       a.  Did not provide response to whether any family member has suffered from disease/illness.
       b.  Did not provide name.
       c.  Did not provide relationship.
       d.  Did not provide current age (or age at death).
       e.  Did not provide medical condition.
       f.  Did not provide cause of death.
       g.  Did not state whether plaintiff is making claim for wrongful death of family member.
       h.  Did not state the name of the deceased on whose behalf plaintiff is making claim.

23. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

24. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

25. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

26. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

27. Did not provide a response to whether plaintiff's temporary housing unit was located on private property or a trailer park, as required by Section V (A)(9).

28. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)

29. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).

30. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).

31. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).

32. Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14).

33. Did not indicate whether the FEMA housing unit was hooked up to a sewer line, as required by Section V (A)(15).

34. Did not indicate whether the FEMA housing unit was hooked up to an electrical line, as required by Section V (A)(16).

35. Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17).

36. Did not indicate whether propane gas was used in the FEMA housing unit, as required by Section V (A)(18).

37. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).

38. Did not respond whether plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20).

39. Air quality tests, as required by Section V (B):
    a. Did not respond whether air quality tests were performed on the FEMA housing unit.
    b. Did not respond when the test was performed.
    c. Did not respond who performed the test.

40. Fumigation, as required by Section V (C):
    a. Did not respond whether the FEMA housing unit was ever fumigated.
    b. Did not respond when the fumigation was performed.
    c. Did not respond with the reason for fumigation.

41. Repairs, service or maintenance, as required by Section V (D):
    a. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
    b. Did not state the date of the repair, service or maintenance.
    c. Did not state the reason for the repair, service or maintenance.

42. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide information of other persons who resided in the FEMA housing unit.
    b. Did not provide name.
    c. Did not provide age.
    d. Did not provide address.
    e. Did not provide telephone.
    f. Did not provide dates lived in trailer.

    g.   Did not indicate whether person was making personal injury claim.

    h.   Indicated person is making personal injury claim, but did not state the nature of that claim.

43. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).

44. Personal tobacco history, as required by Section VI (C):

    a.   Did not provide plaintiff's personal tobacco history.

    b.   Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.

    c.   Indicated past smoker, but did not state when tobacco use ended.

45. Did not provide other tobacco use history, as required by Section VI (D):

46. Pregnancy, as required by Section VI (E):

    a.   Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit.

    b.   Indicated plaintiff was pregnant, but did not state date of birth.

    c.   Indicated plaintiff was pregnant, but did not state whether pregnancy terminated in miscarriage or stillborn birth.

47. Lung/respiratory disease, as required by Section VI (F)(1):

    a.   Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease.

    b.   Did not indicate name of illness.

    c.   Did not indicate date of illness.

48. Infectious disease, as required by Section VI (F)(2):

    a.   Did not indicate whether plaintiff has ever suffered from infectious disease.

    b.   Did not indicate name of illness.

    c.   Did not indicate date of illness.

49. Long-term stomach or bowel disease, as required by Section VI (F)(3):

    a.   Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease.

    b.   Did not indicate name of illness.

    c.   Did not indicate date of illness.

50. Skin disease, as required by Section VI (F)(4):

    a.   Did not indicate whether plaintiff has ever suffered from skin disease.

    b.   Did not indicate name of illness.

    c.   Did not indicate date of illness.

51. X-rays/CT/MRI, as required by Section VI (G):

    a.   Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.

    b.   Did not indicate when scan was performed.

    c.   Did not indicate treating physician.

    d.   Did not indicate hospital.

    e.   Did not indicate reason.

52. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).

    a.   Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit.

    b.   Did not identify specialty.

     c.  Did not identify address.

     d.  Did not identify phone.

     e.  Did not identify treatment received.

     f.  Did not identify dates of treatment.

53. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

54. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).

55. Did not answer Section VIII (A)-(G).

56. Plaintiff's current primary care physician, as required by Section IX (A):

     a.  Did not provide the identity of plaintiff's current primary care physician.

     b.  Did not provide full address.

57. Primary care physicians for the last 7 years, as required by Section IX (B):

     a.  Did not provide the identity of plaintiff's primary care physicians for the last seven years.

     b.  Did not provide full address.

     c.  Did not provide the range of dates of treatment.

58. Inpatient Care, as required by Section IX(C):

     a.  Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years.

     b.  Did not provide full address.

     c.  Did not provide admission dates.

     d.  Did not provide reason for admission.

59. Outpatient Care, as required by Section IX(D):

     a.  Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years.

     b.  Did not provide full address.

     c.  Did not provide admission dates.

     d.  Did not provide reason for admission.

60. Each physician or health care provider during last 7 years, as required by Section IX (E).

     a.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.

     b.  Did not provide full address.

     c.  Did not provide the range of dates of treatment.

61. Pharmacies, as required by Section IX (F).

     a.  Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years.

     b.  Did not provide the full address.

62. Did not sign the certification.

63. Did not sign a HIPAA Authorization for medical records.

64. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

65. Did not provide an executed Authorization for Release of Employment Records.

66. Did not sign the PHI Release

67. Did not sign the Privacy Act Release.

**Hagan, Carol**
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide a current street address, as required in Section II (C).
3. Did not provide telephone number(s), as required in Section II (D).
4. Did not provide email address, as required in Section II (E).
5. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
6. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
7. Information regarding cancer, as required by Section III (C)(4):
    a. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer.
8. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
9. Pre-existing condition information, as required by Section III (C)(6):
    a. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer.
10. Condition worsened by trailer, as required by Section III (C)(7):
    a. Did not provide a response to whether FEMA trailer worsened a pre-existing condition.
11. Claims for emotional and/or mental damages, as required by Section III (C)(8):
    a. Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer.
    b. Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer.
    c. Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer.
    d. Did not state dates of treatment.
    e. Did not list medications.
12. Medical expense information, as required by Section III (C)(9):
    a. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
    b. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
13. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
14. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
15. Did not provide date and/or place of birth, as required by Section IV (C).
16. Did not indicate plaintiff's sex, s required by Section IV (D).
17. Educational Background, as required by Section IV (E):
    a. Did not provide plaintiff's educational background.

      b.  Did not provide name of institution.
      c.  Did not provide dates attended.
      d.  Did not provide course of study.
      e.  Did not provide diploma/degree received.

18. Current employment information, as required by Section IV (F)(1):
      a.  Did not provide plaintiff's current employment information.
      b.  Did not provide name of employer.
      c.  Did not provide employer's address.
      d.  Did not provide dates of employment.
      e.  Did not provide occupation/job duties.

19. Employment information for the past ten years, as required by Section IV (F)(2):
      a.  Did not provide plaintiff's employment information for the past ten years.
      b.  Did not provide name of employer.
      c.  Did not provide employer's address.
      d.  Did not provide dates of employment.
      e.  Did not provide occupation/job duties.

20. Lost Wage Information, as required by Section IV (F)(3).
      a.  Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.
      b.  Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
      c.  Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).

21. Previous lawsuits/claims, as required by Section IV (G).
      a.  Did not provide information about previous lawsuits or claims.

22. Family information, as required by Section IV.
      a.  Did not provide response to whether any family member has suffered from disease/illness.
      b.  Did not provide name.
      c.  Did not provide relationship.
      d.  Did not provide current age (or age at death).
      e.  Did not provide medical condition.
      f.  Did not provide cause of death.
      g.  Did not state whether plaintiff is making claim for wrongful death of family member.
      h.  Did not state the name of the deceased on whose behalf plaintiff is making claim.

23. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

24. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

25. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

26. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

27. Did not provide a response to whether plaintiff's temporary housing unit was located on private property or a trailer park, as required by Section V (A)(9).

28. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)

29. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).

30. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).

31. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).

32. Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14).

33. Did not indicate whether the FEMA housing unit was hooked up to a sewer line, as required by Section V (A)(15).

34. Did not indicate whether the FEMA housing unit was hooked up to an electrical line, as required by Section V (A)(16).

35. Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17).

36. Did not indicate whether propane gas was used in the FEMA housing unit, as required by Section V (A)(18).

37. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).

38. Did not respond whether plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20).

39. Air quality tests, as required by Section V (B):
    a. Did not respond whether air quality tests were performed on the FEMA housing unit.
    b. Did not respond when the test was performed.
    c. Did not respond who performed the test.

40. Fumigation, as required by Section V (C):
    a. Did not respond whether the FEMA housing unit was ever fumigated.
    b. Did not respond when the fumigation was performed.
    c. Did not respond with the reason for fumigation.

41. Repairs, service or maintenance, as required by Section V (D):
    a. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
    b. Did not state the date of the repair, service or maintenance.
    c. Did not state the reason for the repair, service or maintenance.

42. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide information of other persons who resided in the FEMA housing unit.
    b. Did not provide name.
    c. Did not provide age.
    d. Did not provide address.
    e. Did not provide telephone.
    f. Did not provide dates lived in trailer.

      g.   Did not indicate whether person was making personal injury claim.

      h.   Indicated person is making personal injury claim, but did not state the nature of that claim.

43. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).

44. Personal tobacco history, as required by Section VI (C):

      a.   Did not provide plaintiff's personal tobacco history.

      b.   Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.

      c.   Indicated past smoker, but did not state when tobacco use ended.

45. Did not provide other tobacco use history, as required by Section VI (D):

46. Pregnancy, as required by Section VI (E):

      a.   Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit.

      b.   Indicated plaintiff was pregnant, but did not state date of birth.

      c.   Indicated plaintiff was pregnant, but did not state whether pregnancy terminated in miscarriage or stillborn birth.

47. Lung/respiratory disease, as required by Section VI (F)(1):

      a.   Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease.

      b.   Did not indicate name of illness.

      c.   Did not indicate date of illness.

48. Infectious disease, as required by Section VI (F)(2):

      a.   Did not indicate whether plaintiff has ever suffered from infectious disease.

      b.   Did not indicate name of illness.

      c.   Did not indicate date of illness.

49. Long-term stomach or bowel disease, as required by Section VI (F)(3):

      a.   Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease.

      b.   Did not indicate name of illness.

      c.   Did not indicate date of illness.

50. Skin disease, as required by Section VI (F)(4):

      a.   Did not indicate whether plaintiff has ever suffered from skin disease.

      b.   Did not indicate name of illness.

      c.   Did not indicate date of illness.

51. X-rays/CT/MRI, as required by Section VI (G):

      a.   Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.

      b.   Did not indicate when scan was performed.

      c.   Did not indicate treating physician.

      d.   Did not indicate hospital.

      e.   Did not indicate reason.

52. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).

      a.   Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit.

      b.   Did not identify specialty.

     c.  Did not identify address.
     d.  Did not identify phone.
     e.  Did not identify treatment received.
     f.  Did not identify dates of treatment.

53. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

54. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).

55. Did not answer Section VIII (A)-(G).

56. Plaintiff's current primary care physician, as required by Section IX (A):
     a.  Did not provide the identity of plaintiff's current primary care physician.
     b.  Did not provide full address.

57. Primary care physicians for the last 7 years, as required by Section IX (B):
     a.  Did not provide the identity of plaintiff's primary care physicians for the last seven years.
     b.  Did not provide full address.
     c.  Did not provide the range of dates of treatment.

58. Inpatient Care, as required by Section IX(C):
     a.  Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years.
     b.  Did not provide full address.
     c.  Did not provide admission dates.
     d.  Did not provide reason for admission.

59. Outpatient Care, as required by Section IX(D):
     a.  Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years.
     b.  Did not provide full address.
     c.  Did not provide admission dates.
     d.  Did not provide reason for admission.

60. Each physician or health care provider during last 7 years, as required by Section IX (E).
     a.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.
     b.  Did not provide full address.
     c.  Did not provide the range of dates of treatment.

61. Pharmacies, as required by Section IX (F).
     a.  Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years.
     b.  Did not provide the full address.

62. Did not sign the certification.

63. Did not sign a HIPAA Authorization for medical records.

64. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

65. Did not provide an executed Authorization for Release of Employment Records.

66. Did not sign the PHI Release

67. Did not sign the Privacy Act Release.

**Harris, Earl**
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide a current street address, as required in Section II (C).
3. Did not provide telephone number(s), as required in Section II (D).
4. Did not provide email address, as required in Section II (E).
5. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
6. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
7. Information regarding cancer, as required by Section III (C)(4):
   a. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer.
8. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
9. Pre-existing condition information, as required by Section III (C)(6):
   a. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer.
10. Condition worsened by trailer, as required by Section III (C)(7):
    a. Did not provide a response to whether FEMA trailer worsened a pre-existing condition.
11. Claims for emotional and/or mental damages, as required by Section III (C)(8):
    a. Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer.
    b. Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer.
    c. Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer.
    d. Did not state dates of treatment.
    e. Did not list medications.
12. Medical expense information, as required by Section III (C)(9):
    a. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
    b. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
13. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
14. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
15. Did not provide date and/or place of birth, as required by Section IV (C).
16. Did not indicate plaintiff's sex, s required by Section IV (D).
17. Educational Background, as required by Section IV (E):
    a. Did not provide plaintiff's educational background.

     b. Did not provide name of institution.

     c. Did not provide dates attended.

     d. Did not provide course of study.

     e. Did not provide diploma/degree received.

18. Current employment information, as required by Section IV (F)(1):

     a. Did not provide plaintiff's current employment information.

     b. Did not provide name of employer.

     c. Did not provide employer's address.

     d. Did not provide dates of employment.

     e. Did not provide occupation/job duties.

19. Employment information for the past ten years, as required by Section IV (F)(2):

     a. Did not provide plaintiff's employment information for the past ten years.

     b. Did not provide name of employer.

     c. Did not provide employer's address.

     d. Did not provide dates of employment.

     e. Did not provide occupation/job duties.

20. Lost Wage Information, as required by Section IV (F)(3).

     a. Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

     b. Did not provide income information for the past five years, as required by Section IV (F)(3)(a).

     c. Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).

21. Previous lawsuits/claims, as required by Section IV (G).

     a. Did not provide information about previous lawsuits or claims.

22. Family information, as required by Section IV.

     a. Did not provide response to whether any family member has suffered from disease/illness.

     b. Did not provide name.

     c. Did not provide relationship.

     d. Did not provide current age (or age at death).

     e. Did not provide medical condition.

     f. Did not provide cause of death.

     g. Did not state whether plaintiff is making claim for wrongful death of family member.

     h. Did not state the name of the deceased on whose behalf plaintiff is making claim.

23. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

24. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

25. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

26. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

27. Did not provide a response to whether plaintiff's temporary housing unit was located on private property or a trailer park, as required by Section V (A)(9).

28. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)

29. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).

30. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).

31. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).

32. Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14).

33. Did not indicate whether the FEMA housing unit was hooked up to a sewer line, as required by Section V (A)(15).

34. Did not indicate whether the FEMA housing unit was hooked up to an electrical line, as required by Section V (A)(16).

35. Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17).

36. Did not indicate whether propane gas was used in the FEMA housing unit, as required by Section V (A)(18).

37. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).

38. Did not respond whether plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20).

39. Air quality tests, as required by Section V (B):
    a. Did not respond whether air quality tests were performed on the FEMA housing unit.
    b. Did not respond when the test was performed.
    c. Did not respond who performed the test.

40. Fumigation, as required by Section V (C):
    a. Did not respond whether the FEMA housing unit was ever fumigated.
    b. Did not respond when the fumigation was performed.
    c. Did not respond with the reason for fumigation.

41. Repairs, service or maintenance, as required by Section V (D):
    a. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
    b. Did not state the date of the repair, service or maintenance.
    c. Did not state the reason for the repair, service or maintenance.

42. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide information of other persons who resided in the FEMA housing unit.
    b. Did not provide name.
    c. Did not provide age.
    d. Did not provide address.
    e. Did not provide telephone.
    f. Did not provide dates lived in trailer.

     g.  Did not indicate whether person was making personal injury claim.

     h.  Indicated person is making personal injury claim, but did not state the nature of that claim.

43. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).

44. Personal tobacco history, as required by Section VI (C):

     a.  Did not provide plaintiff's personal tobacco history.

     b.  Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.

     c.  Indicated past smoker, but did not state when tobacco use ended.

45. Did not provide other tobacco use history, as required by Section VI (D):

46. Pregnancy, as required by Section VI (E):

     a.  Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit.

     b.  Indicated plaintiff was pregnant, but did not state date of birth.

     c.  Indicated plaintiff was pregnant, but did not state whether pregnancy terminated in miscarriage or stillborn birth.

47. Lung/respiratory disease, as required by Section VI (F)(1):

     a.  Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

48. Infectious disease, as required by Section VI (F)(2):

     a.  Did not indicate whether plaintiff has ever suffered from infectious disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

49. Long-term stomach or bowel disease, as required by Section VI (F)(3):

     a.  Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

50. Skin disease, as required by Section VI (F)(4):

     a.  Did not indicate whether plaintiff has ever suffered from skin disease.

     b.  Did not indicate name of illness.

     c.  Did not indicate date of illness.

51. X-rays/CT/MRI, as required by Section VI (G):

     a.  Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.

     b.  Did not indicate when scan was performed.

     c.  Did not indicate treating physician.

     d.  Did not indicate hospital.

     e.  Did not indicate reason.

52. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).

     a.  Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit.

     b.  Did not identify specialty.

     c.  Did not identify address.

     d.  Did not identify phone.

     e.  Did not identify treatment received.

     f.  Did not identify dates of treatment.

53. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

54. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).

55. Did not answer Section VIII (A)-(G).

56. Plaintiff's current primary care physician, as required by Section IX (A):

     a.  Did not provide the identity of plaintiff's current primary care physician.

     b.  Did not provide full address.

57. Primary care physicians for the last 7 years, as required by Section IX (B):

     a.  Did not provide the identity of plaintiff's primary care physicians for the last seven years.

     b.  Did not provide full address.

     c.  Did not provide the range of dates of treatment.

58. Inpatient Care, as required by Section IX(C):

     a.  Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years.

     b.  Did not provide full address.

     c.  Did not provide admission dates.

     d.  Did not provide reason for admission.

59. Outpatient Care, as required by Section IX(D):

     a.  Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years.

     b.  Did not provide full address.

     c.  Did not provide admission dates.

     d.  Did not provide reason for admission.

60. Each physician or health care provider during last 7 years, as required by Section IX (E).

     a.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.

     b.  Did not provide full address.

     c.  Did not provide the range of dates of treatment.

61. Pharmacies, as required by Section IX (F).

     a.  Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years.

     b.  Did not provide the full address.

62. Did not sign the certification.

63. Did not sign a HIPAA Authorization for medical records.

64. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

65. Did not provide an executed Authorization for Release of Employment Records.

66. Did not sign the PHI Release

67. Did not sign the Privacy Act Release.

**Crawford, Kathleen o/b/o Owen Crawford Jr.**
1. Did not provide a maiden or other name, as required in Section II (B).
2. Did not provide a current street address, as required in Section II (C).
3. Did not provide email address, as required in Section II (E).
4. The represented party's information, as required by Section III (A):
    a. Did not provide name.
    b. Did not provide maiden/other name.
    c. Did not provide address.
    d. Did not provide phone number.
    e. Did not provide email address.
    f. Did not provide court or date of appointment, if appointed by court.
    g. Did not provide relationship to represented party.
    h. Did not provide date or place of decedent's death, if representing an estate.
5. Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2).
6. Did not provide responses to the symptom check list for symptoms experienced or reported to a physician during the time lived in a FEMA Trailer, as required by Section III (C)(3).
7. Information regarding cancer, as required by Section III (C)(4):
    a. Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer.
8. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
9. Pre-existing condition information, as required by Section III (C)(6):
    a. Did not provide a response to whether plaintiff suffered with this type of illness/disease prior to living in a FEMA trailer.
10. Condition worsened by trailer, as required by Section III (C)(7):
    a. Did not provide a response to whether FEMA trailer worsened a pre-existing condition.
11. Claims for emotional and/or mental damages, as required by Section III (C)(8):
    a. Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer.
    b. Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer.
    c. Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer.
    d. Did not state dates of treatment.
    e. Did not list medications.
12. Medical expense information, as required by Section III (C)(9):
    a. Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.
    b. Did not state the amount of plaintiff's claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

13. Did not provide the complete identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A).
14. Driver's License information, as required by Section IV (B):
    a. Did not provide plaintiff's State Driver's License Number.
    b. Did not provide state that issued plaintiff driver's license.
15. Did not provide date and/or place of birth, as required by Section IV (C).
16. Did not indicate plaintiff's sex, s required by Section IV (D).
17. Educational Background, as required by Section IV (E):
    a. Did not provide plaintiff's educational background.
    b. Did not provide name of institution.
    c. Did not provide dates attended.
    d. Did not provide course of study.
    e. Did not provide diploma/degree received.
18. Current employment information, as required by Section IV (F)(1):
    a. Did not provide plaintiff's current employment information.
    b. Did not provide name of employer.
    c. Did not provide employer's address.
    d. Did not provide dates of employment.
    e. Did not provide occupation/job duties.
19. Employment information for the past ten years, as required by Section IV (F)(2):
    a. Did not provide plaintiff's employment information for the past ten years.
    b. Did not provide name of employer.
    c. Did not provide employer's address.
    d. Did not provide dates of employment.
    e. Did not provide occupation/job duties.
20. Lost Wage Information, as required by Section IV (F)(3).
    a. Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer.
    b. Did not provide income information for the past five years, as required by Section IV (F)(3)(a).
    c. Did not provide information about total time lost from work, as required by Section IV (F)(3)(b).
21. Previous lawsuits/claims, as required by Section IV (G).
    a. Did not provide information about previous lawsuits or claims.
22. Family information, as required by Section IV.
    a. Did not provide response to whether any family member has suffered from disease/illness.
    b. Did not provide name.
    c. Did not provide relationship.
    d. Did not provide current age (or age at death).
    e. Did not provide medical condition.
    f. Did not provide cause of death.
    g. Did not state whether plaintiff is making claim for wrongful death of family member.
    h. Did not state the name of the deceased on whose behalf plaintiff is making claim.

23. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).

24. Did not provide a response to whether plaintiff's temporary housing unit was a travel trailer or a mobile home, as required by Section V (A)(5).

25. Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6).

26. Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7).

27. Did not provide a response to whether plaintiff's temporary housing unit was located on private property or a trailer park, as required by Section V (A)(9).

28. Did not provide a reason why plaintiff ceased living in the temporary housing unit, as required by Section V (A)(10)

29. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).

30. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).

31. Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13).

32. Did not provide a response to whether the FEMA housing unit was jacked up, as required by Section V (A)(14).

33. Did not indicate whether the FEMA housing unit was hooked up to a sewer line, as required by Section V (A)(15).

34. Did not indicate whether the FEMA housing unit was hooked up to an electrical line, as required by Section V (A)(16).

35. Did not indicate whether the FEMA housing unit was hooked up to a natural gas line, as required by Section V (A)(17).

36. Did not indicate whether propane gas was used in the FEMA housing unit, as required by Section V (A)(18).

37. Did not indicate how many days per week worked outside of the FEMA housing unit, as required by Section V (A)(19).

38. Did not respond whether plaintiff lived temporarily in another location during the time plaintiff resided in the FEMA housing unit, as required by Section V (A)(20).

39. Air quality tests, as required by Section V (B):
    a. Did not respond whether air quality tests were performed on the FEMA housing unit.
    b. Did not respond when the test was performed.
    c. Did not respond who performed the test.

40. Fumigation, as required by Section V (C):
    a. Did not respond whether the FEMA housing unit was ever fumigated.
    b. Did not respond when the fumigation was performed.
    c. Did not respond with the reason for fumigation.

41. Repairs, service or maintenance, as required by Section V (D):
    a. Did not respond whether repairs, service or maintenance was performed on the FEMA housing unit.
    b. Did not state the date of the repair, service or maintenance.
    c. Did not state the reason for the repair, service or maintenance.

42. Information of other persons who resided in the unit, as required by Section V (E):
    a. Did not provide information of other persons who resided in the FEMA housing unit.
    b. Did not provide name.
    c. Did not provide age.
    d. Did not provide address.
    e. Did not provide telephone.
    f. Did not provide dates lived in trailer.
    g. Did not indicate whether person was making personal injury claim.
    h. Indicated person is making personal injury claim, but did not state the nature of that claim.

43. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).

44. Personal tobacco history, as required by Section VI (C):
    a. Did not provide plaintiff's personal tobacco history.
    b. Did not state amount smoked (or currently smoked), including number of cigarettes and number of years.
    c. Indicated past smoker, but did not state when tobacco use ended.

45. Did not provide other tobacco use history, as required by Section VI (D).

46. Pregnancy, as required by Section VI (E):
    a. Did not respond whether plaintiff was pregnant during the time plaintiff resided in the FEMA housing unit.
    b. Indicated plaintiff was pregnant, but did not state date of birth.
    c. Indicated plaintiff was pregnant, but did not state whether pregnancy terminated in miscarriage or stillborn birth.

47. Lung/respiratory disease, as required by Section VI (F)(1):
    a. Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease.
    b. Did not indicate name of illness.
    c. Did not indicate date of illness.

48. Infectious disease, as required by Section VI (F)(2):
    a. Did not indicate whether plaintiff has ever suffered from infectious disease.
    b. Did not indicate name of illness.
    c. Did not indicate date of illness.

49. Long-term stomach or bowel disease, as required by Section VI (F)(3):
    a. Did not indicate whether plaintiff has ever suffered from long-term stomach or bowel disease.
    b. Did not indicate name of illness.
    c. Did not indicate date of illness.

50. Skin disease, as required by Section VI (F)(4):
    a. Did not indicate whether plaintiff has ever suffered from skin disease.
    b. Did not indicate name of illness.
    c. Did not indicate date of illness.

51. X-rays/CT/MRI, as required by Section VI (G):
    a. Did not indicate whether plaintiff has received a chest x-ray, CT scan or MRI.
    b. Did not indicate when scan was performed.

    c.  Did not indicate treating physician.

    d.  Did not indicate hospital.

    e.  Did not indicate reason.

52. Doctor or health care provider who treated plaintiff, as required by Section VII (A-B).

    a.  Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit.

    b.  Did not identify specialty.

    c.  Did not identify address.

    d.  Did not identify phone.

    e.  Did not identify treatment received.

    f.  Did not identify dates of treatment.

53. Did not identify the doctor(s) or health care provider(s) that provided psychological health care to plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (C).

54. Did not indicate whether any health care professional told plaintiff that the alleged illness/disease or injury was related to living in a FEMA housing unit, as required by Section VII (D).

55. Did not provide medical records, which plaintiff indicated was in his possession, as required by Section VIII (A).

56. Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B).

57. Did not provide test results, which plaintiff indicated was in his possession, as required by Section VIII (C).

58. Did not provide medical bills, which plaintiff indicated was in his possession, as required by Section VIII (D).

59. Did not provide the questionnaire, which plaintiff indicated was in his possession, as required by Section VIII (E).

60. Did not provide decedent's death certificate, which plaintiff indicated was in his possession, as required by Section VIII (F).

61. Plaintiff's current primary care physician, as required by Section IX (A):

    a.  Did not provide the identity of plaintiff's current primary care physician.

    b.  Did not provide full address.

62. Primary care physicians for the last 7 years, as required by Section IX (B):

    a.  Did not provide the identity of plaintiff's primary care physicians for the last seven years.

    b.  Did not provide full address.

    c.  Did not provide the range of dates of treatment.

63. Inpatient Care, as required by Section IX(C):

    a.  Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years.

    b.  Did not provide full address.

    c.  Did not provide admission dates.

    d.  Did not provide reason for admission.

64. Outpatient Care, as required by Section IX(D):

    a.  Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years.

    b.  Did not provide full address.

    c.  Did not provide admission dates.

    d.  Did not provide reason for admission.

65. Each physician or health care provider during last 7 years, as required by Section IX (E).

    a.  Did not provide names of each physician or health care provider who treated plaintiff during the last seven years.

    b.  Did not provide full address.

    c.  Did not provide the range of dates of treatment.

66. Pharmacies, as required by Section IX (F).

    a.  Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years.

    b.  Did not provide the full address.

67. Did not sign the certification.

68. Did not sign a HIPAA Authorization for medical records.

69. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.

70. Did not provide an executed Authorization for Release of Employment Records.

71. Did not sign the PHI Release

72. Did not sign the Privacy Act Release.

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**Andrew Weinstock**
ANDREW D. WEINSTOCK

ADW/cvm