UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS * | | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: * | | |
| | * | MAG: CHASEZ |
| *Wallace, et al v. Cavalier Home Builders,* * | | |
| *Inc.*, *et al*; **Docket No. 10-2438** | * | |

*******************************************************************************

## ORDER

**IT IS ORDERED** that Defendant's Motion for Expedited Hearing on its Motion to Compel Independent Medical Examination is hereby **GRANTED** and set for hearing on the 16th day of May, 2012 at 11:00 o'clock a.m. via telephone.

_____
United States Magistrate Judge

00376414-1