**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER FORMALDEHYDE            MDL NO. 1873
     PRODUCT LIABILITY LITIGATION

                                   SECTION "N-5"

                                   JUDGE ENGELHARDT
                                   MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*The Member Case Nos. Listed Herein*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION
### FOR ENTRY OF PRELIMINARY DEFAULT

     MAY IT PLEASE THE COURT:

     Plaintiffs in the below listed matters have previously moved for entry of default

judgment, pursuant to Orders of this Court regarding service issues (Rec. Docs. 24551 & 24554).

This earlier motion was denied without prejudice for Plaintiffs' failure to secure a preliminary

default through Rule 55(a) affidavit. Rec. Doc. 25494.

     Plaintiffs have cured this procedural defect, as reflected in the attached Affidavit of Justin

I. Woods. Accordingly, Plaintiffs respectfully request that the Clerk enter preliminary default

against the below listed defendants, as contemplated by Rule 55(a) of the Federal Rules of Civil

Procedure.

| Defendant | Member Case No. | Plaintiff Attorney | Rec. Doc. No. Showing Summons Returned Executed |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-3922 | Lambert | 12013 |
| Stewart Park Homes, Inc. | 09-3993 | Centola | 13434 |
| Stewart Park Homes, Inc. | 09-3994 | Centola | 13433 |
| Stewart Park Homes, Inc. | 09-4016 | Centola | 13432 |
| Stewart Park Homes, Inc. | 09-4065 | Centola | 13431 |
| Stewart Park Homes, Inc. | 09-4741 | Hilliard | 7759 |
| Stewart Park Homes, Inc. | 09-4824 | Meunier | 12060 |

| Stewart Park Homes, Inc. | 09-4927 | Centola | 13435 |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-4975 | Meunier | 12061 |
| Stewart Park Homes, Inc. | 09-4993 | Meunier | 12057 |
| Stewart Park Homes, Inc. | 09-5251 | Meunier | 12065 |
| Stewart Park Homes, Inc. | 09-5523 | Centola | 13436 |
| Stewart Park Homes, Inc. | 09-5524 | Centola | 13438 |
| Stewart Park Homes, Inc. | 09-5738 | Centola | 7962, 13441 |
| Stewart Park Homes, Inc. | 09-5752 | Centola | 7960, 13440 |
| Stewart Park Homes, Inc. | 09-5767 | Centola | 13437 |
| Stewart Park Homes, Inc. | 09-5965 | Centola | 8695, 13439 |
| Stewart Park Homes, Inc. | 09-6167 | Hilliard | 7779 |
| Stewart Park Homes, Inc. | 09-6282 | Andry | 4233 |
| Stewart Park Homes, Inc. | 09-6572 | Centola | 8697, 13442 |
| Stewart Park Homes, Inc. | 09-6775 | Centola | 8711, 13443 |
| Stewart Park Homes, Inc. | 09-6930 | Hilliard | 7756 |
| Stewart Park Homes, Inc. | 09-7746 | Woods | 12059 |
| Stewart Park Homes, Inc. | 09-7757 | Meunier | 12064 |
| Stewart Park Homes, Inc. | 09-8310 | Centola | 13444 |
| Stewart Park Homes, Inc. | 09-8331 | Centola | 13445 |
| Stewart Park Homes, Inc. | 09-8389 | Buzbee | 13727 |
| Stewart Park Homes, Inc. | 10-228 | Meunier | Member Case, Rec. Doc. 7 |
| Stewart Park Homes, Inc. | 10-543 | Woods | 13922 |
| Stewart Park Homes, Inc. | 10-1377 | D'Amico | 21749 |
| Stewart Park Homes, Inc. | 10-2217 | Hilliard | 18756 |
| Stewart Park Homes, Inc. | 10-2269 | Hilliard | 18750 |
| Stewart Park Homes, Inc. | 10-2393 | Meunier | 16751 |
| Stewart Park Homes, Inc. | 10-3441 | Lott | 20310 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 | Hilliard | 18745 |

Although summons have been returned executed in these cases, as reflected in the Record Documents listed above, Defendants have failed to plead, answer or otherwise defend as to Plaintiffs' Complaints, or serve a copy of any answer or other defense that they might have had upon attorneys of record for Plaintiffs.

Therefore, Plaintiffs respectfully request that the Clerk enter preliminary default against the above-listed Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    */s/Justin I. Woods*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 14, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713