UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*The Member Case Nos. Listed Herein*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Entry of Preliminary Default against certain Defendants,

**IT IS ORDERED** that Plaintiffs Motion for Entry of Preliminary Default against the below listed Defendants in the below listed actions is hereby **GRANTED**:

| **Defendant** | **Member Case No.** | **Plaintiff Attorney** | **Rec. Doc. No. Showing Summons Returned Executed** |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-3922 | Lambert | 12013 |
| Stewart Park Homes, Inc. | 09-3993 | Centola | 13434 |
| Stewart Park Homes, Inc. | 09-3994 | Centola | 13433 |
| Stewart Park Homes, Inc. | 09-4016 | Centola | 13432 |
| Stewart Park Homes, Inc. | 09-4065 | Centola | 13431 |
| Stewart Park Homes, Inc. | 09-4741 | Hilliard | 7759 |
| Stewart Park Homes, Inc. | 09-4824 | Meunier | 12060 |
| Stewart Park Homes, Inc. | 09-4927 | Centola | 13435 |
| Stewart Park Homes, Inc. | 09-4975 | Meunier | 12061 |
| Stewart Park Homes, Inc. | 09-4993 | Meunier | 12057 |
| Stewart Park Homes, Inc. | 09-5251 | Meunier | 12065 |
| Stewart Park Homes, Inc. | 09-5523 | Centola | 13436 |
| Stewart Park Homes, Inc. | 09-5524 | Centola | 13438 |
| Stewart Park Homes, Inc. | 09-5738 | Centola | 7962, 13441 |
| Stewart Park Homes, Inc. | 09-5752 | Centola | 7960, 13440 |
| Stewart Park Homes, Inc. | 09-5767 | Centola | 13437 |

| | | | |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-5965 | Centola | 8695, 13439 |
| Stewart Park Homes, Inc. | 09-6167 | Hilliard | 7779 |
| Stewart Park Homes, Inc. | 09-6282 | Andry | 4233 |
| Stewart Park Homes, Inc. | 09-6572 | Centola | 8697, 13442 |
| Stewart Park Homes, Inc. | 09-6775 | Centola | 8711, 13443 |
| Stewart Park Homes, Inc. | 09-6930 | Hilliard | 7756 |
| Stewart Park Homes, Inc. | 09-7746 | Woods | 12059 |
| Stewart Park Homes, Inc. | 09-7757 | Meunier | 12064 |
| Stewart Park Homes, Inc. | 09-8310 | Centola | 13444 |
| Stewart Park Homes, Inc. | 09-8331 | Centola | 13445 |
| Stewart Park Homes, Inc. | 09-8389 | Buzbee | 13727 |
| Stewart Park Homes, Inc. | 10-228 | Meunier | Member Case, Rec. Doc. 7 |
| Stewart Park Homes, Inc. | 10-543 | Woods | 13922 |
| Stewart Park Homes, Inc. | 10-1377 | D'Amico | 21749 |
| Stewart Park Homes, Inc. | 10-2217 | Hilliard | 18756 |
| Stewart Park Homes, Inc. | 10-2269 | Hilliard | 18750 |
| Stewart Park Homes, Inc. | 10-2393 | Meunier | 16751 |
| Stewart Park Homes, Inc. | 10-3441 | Lott | 20310 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 | Hilliard | 18745 |

Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), preliminary default is hereby entered against defendants in the above listed cases.

THIS DONE the _____ day of _____, 2012, New Orleans, Louisiana.

_____
CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA