UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*The Member Case Nos. Listed in Attached Exhibit "A"*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**State of Louisiana**
**Parish of Orleans**

## AFFIDAVIT OF JUSTIN I. WOODS

Before me, the undersigned notary on this day personally appeared Justin I. Woods, the affiant, a person whose identity is known to me, who, after being duly sworn, testified:

1. My name is Justin I. Woods. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an Associate with the firm of Gainsburgh, Benjamin, David, Meunier, & Warshauer, L.L.C. and I am Plaintiffs' Co-Liaison Counsel for Plaintiffs' Steering Committee in the FEMA Trailer Formaldehyde Products Liability Multidistrict Litigation.

3. The attached returns of service are proof that summons were returned executed in each of the cases listed on Exhibit "A."

4. The time to serve responsive pleadings in each of the above listed cases has passed.

5.  This affidavit is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiffs to obtain an entry of default against the Defendants, for their failure to answer or otherwise defend as to the Plaintiffs' complaints.

*Justin Woods*
Justin Woods

Sworn and subscribed before me on this 14th day of May, 2012.

NOTARY PUBLIC IN AND FOR
THE STATE OF LOUISIANA
M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life

# Exhibit "A" to Affidavit of Justin I. Woods, dated May 14, 2012

| Defendant | Member Case No. | Plaintiff Attorney | Rec. Doc. No. Showing Summons Returned Executed |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-3922 | Lambert | 12013 |
| Stewart Park Homes, Inc. | 09-3993 | Centola | 13434 |
| Stewart Park Homes, Inc. | 09-3994 | Centola | 13433 |
| Stewart Park Homes, Inc. | 09-4016 | Centola | 13432 |
| Stewart Park Homes, Inc. | 09-4065 | Centola | 13431 |
| Stewart Park Homes, Inc. | 09-4741 | Hilliard | 7759 |
| Stewart Park Homes, Inc. | 09-4824 | Meunier | 12060 |
| Stewart Park Homes, Inc. | 09-4927 | Centola | 13435 |
| Stewart Park Homes, Inc. | 09-4975 | Meunier | 12061 |
| Stewart Park Homes, Inc. | 09-4993 | Meunier | 12057 |
| Stewart Park Homes, Inc. | 09-5251 | Meunier | 12065 |
| Stewart Park Homes, Inc. | 09-5523 | Centola | 13436 |
| Stewart Park Homes, Inc. | 09-5524 | Centola | 13438 |
| Stewart Park Homes, Inc. | 09-5738 | Centola | 7962, 13441 |
| Stewart Park Homes, Inc. | 09-5752 | Centola | 7960, 13440 |
| Stewart Park Homes, Inc. | 09-5767 | Centola | 13437 |
| Stewart Park Homes, Inc. | 09-5965 | Centola | 8695, 13439 |
| Stewart Park Homes, Inc. | 09-6167 | Hilliard | 7779 |
| Stewart Park Homes, Inc. | 09-6282 | Andry | 4233 |
| Stewart Park Homes, Inc. | 09-6572 | Centola | 8697, 13442 |
| Stewart Park Homes, Inc. | 09-6775 | Centola | 8711, 13443 |
| Stewart Park Homes, Inc. | 09-6930 | Hilliard | 7756 |
| Stewart Park Homes, Inc. | 09-7746 | Woods | 12059 |
| Stewart Park Homes, Inc. | 09-7757 | Meunier | 12064 |
| Stewart Park Homes, Inc. | 09-8310 | Centola | 13444 |
| Stewart Park Homes, Inc. | 09-8331 | Centola | 13445 |
| Stewart Park Homes, Inc. | 09-8389 | Buzbee | 13727 |
| Stewart Park Homes, Inc. | 10-228 | Meunier | Member Case, Rec. Doc. 7 |
| Stewart Park Homes, Inc. | 10-543 | Woods | 13922 |
| Stewart Park Homes, Inc. | 10-1377 | D'Amico | 21749 |
| Stewart Park Homes, Inc. | 10-2217 | Hilliard | 18756 |
| Stewart Park Homes, Inc. | 10-2269 | Hilliard | 18750 |
| Stewart Park Homes, Inc. | 10-2393 | Meunier | 16751 |

| Stewart Park Homes, Inc. | 10-3441 | Lott | 20310 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 | Hilliard | 18745 |