UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## SHOW CAUSE ORDER

**IT IS ORDERED** that any party opposed to this Court entering the attached Suggestion of Remand with the Judicial Panel on Multidistrict Litigation must show cause in writing **on or before May 30, 2012**, why this Court should not enter such Suggestion of Remand.

**IT IS FURTHER ORDERED** that the parties review carefully the information contained in Appendix A and inform the Court promptly as to any errors contained therein.

**IT IS FURTHER ORDERED** that **on or before May 30, 2012**, the applicable parties shall file a joint, proposed Final Pre-Trial Order which shall describe the events that have taken place to date in MDL 1873.[1]  The proceedings shall be chronicled, and the key evidentiary and legal rulings that will affect further proceedings shall be set forth.  This joint Pre-Trial Order will be sent to the

---

[1] For examples of such orders, counsel are referred to MDL No. 1769, *In re: Seroquel Prods. Liab. Litig*. *See* Final Pretrial Order and Suggestion of Remand, M.D. Fla., No. 6:06md1769( May 13, 2012) (doc. no. 1640). Counsel are also referred to MDL No. 1507, *In re: Prempro Prods. Liab. Litig*. *See* MDL Pretrial Order for Remanded Cases and Second Suggestion of Remand, E.D. Ark., No. 4:03cv1507 (Dec. 6 2010) (doc. no. 2501), 2011 WL 124188 (E.D. Ark. 2011).

MDL Panel, along with this Court's Suggestion of Remand. This final Pre-Trial Order, along with the case files and materials (see further discussion, *infra*, p. 2) will also be sent to all transferor courts receiving cases following the remand of any such cases by the MDL Panel.

At a <u>minimum</u>, the joint, proposed Final Pre-Trial Order shall include a thorough discussion of the following:

(1) Background: A discussion of any applicable Pre-trial Orders governing the pre-trial management of MDL 1873, including reference to and discussion of the roles of appointed liaison counsel and steering committees; reference to and discussion of status conferences; reference to and discussion of the common benefit fund, etc.

(2) Bellwether Trials/Summary Jury Trials: A discussion of the results of all non-confidential bellwether trials, as well as a discussion of the use of the summary jury trial procedure agreed to by the parties.

(3) Discovery: A discussion of all orders governing pre-trial discovery in this litigation, both in globo and case specific, including the plaintiff fact sheet process.

(4) Other key evidentiary and legal rulings that will affect further proceedings.

(5) Further Proceedings: Identification of any remaining discovery or other pretrial issues that have yet to be resolved, including an estimate of the time needed to resolve such issues and make the remanded cases ready for trial.

**IT IS FINALLY ORDERED** that the parties shall begin the process of "designating the record," as set forth in Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. Upon receipt of an order to remand from the Clerk of the Panel, a "record on remand," including a designation of the contents of the record or part thereof to be remanded,

shall be furnished by the parties to the Clerk of this Court.

New Orleans, Louisiana, this 15th day of May, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**