# APPENDIX A

**CASES SUGGESTED FOR REMAND**
**(LISTED BY DISTRICT)**

**(1)      ALABAMA SOUTHERN DISTRICT (Mobile):**

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6496 | Baker v. Forest River, Inc. | 09-473 | Forest River, Inc. | CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6633 | Barbour v. Forest River, Inc. | 09-393 | Forest River, Inc. | CH2M Hill Constructors, Inc. |
| 09-6634 | Carter v. Forest River, Inc. | 09-394 | Forest River, Inc. | CH2M Hill Constructors, Inc. |
| 09-7525 | Allison v. Gulf Stream Coach, Inc. | 09-390 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency (FEMA) |
| 09-7526 | Armstrong v. Gulf Stream Coach, Inc. | 09-391 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-7531 | Harris v. Monaco Coach Corporation | 09-475 | Monaco Coach Corporation; American International Specialty Lines; Insurance Co. of the State of Pennsylvania; Lexington Insurance Company | Bechtel National, Inc |
| 10-534 | Edwards v. Gulf Stream Coach, Inc. | 09-474 | Gulf Stream Coach, Inc. | CH2M Hill Construction, Inc.; Fluor Enterprises, Inc.; Bechtel National, Inc |
| 10-2876 | Cain v. Dutchmen Manufacturing, Inc. | 10-400 | Forest River, Inc.; Gulf Stream Coach, Inc. | Dutchmen Manufacturing, Inc.; Keystone Industries, Inc.; Fluor Enterprises, Inc.; CH2M Hill Constructors, Inc.; Bechtel National, Inc.; Shaw Environmental, Inc., |
| 11-211 | Hall v. Gulf Stream Coach, Inc. | 10-712 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |
| 11-217 | Davall v. Gulfstream Coach Incorporated | 10-724 | Gulfstream Coach Incorporated | CH2M Hill Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; United States of America through the Federal Emergency Management Agency |
| 11-218 | Cherry v. Forest River, Inc. | 10-725 | Forest River, Inc. | CH2M Hill Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; United States of America through the Federal Emergency Management Agency |

(2)      **LOUISIANA MIDDLE DISTRICT:**

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 07-9141 | Collins v. Forest River, Inc. | 07-417 | Forest River, Inc. | |
| 09-3615 | Carrier v. Gulf Stream Coach Inc. | 09-201 | Gulf Stream Coach, Inc. | United States of America through the Federal Emergency Management Agency; Shaw Environmental, Inc |
| 09-3619 | Cinco v. Gulf Stream Coach, Inc. | 09-206 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-5522 | Davis v. Gulf Stream Coach, Inc. | 09-421 | Gulf Stream Coach, Inc. | |
| 09-5527 | Tate v. Forest River, Inc. | 09-427 | Forest River, Inc. | Fluor Enterprises, Inc. |
| 09-5531 | Joseph v. Gulf Stream Coach, Inc. | 09-433 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc. |
| 09-5972 | Basquine v. Vanguard Industries of Michigan, Inc. | 09-459 | Vanguard Industries of Michigan, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-5976 | Taylor v. Keystone Coach, Inc. | 09-486 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-5992 | Shorty v. Gulf Stream Coach, Inc. | 09-527 | Gulf Stream Coach, Inc.; Forest River, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-5995 | Hartford v. Gulf Stream Coach, Inc. | 09-548 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; Shaw Environmental, Inc; CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-5996 | Parker v. American International Group, Inc. | 09-549 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-5999 | Dukes v. Forest River, Inc. | 09-554 | Forest River, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6001 | Napoleon v. Forest River, Inc. | 09-556 | Forest River, Inc. | Fluor Enterprises, Inc.;  United States of America through the Federal Emergency Management Agency |
| 09-6004 | Farria v. American International Group | 09-559 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6006 | Allen v. Vanguard Industries of Michigan, Inc. | 09-563 | Vanguard Industries of Michigan, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-6011 | Overton v. Monaco Coach Corporation | 09-576 | Monaco Coach Corporation; Lexington Insurance Company; Insurance Company of the State of Pennsylvania; American International Specialty Lines Co. | Shaw Environmental, Inc; Fluor Enterprises, Inc.; CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6013 | Gross v. Forest River, Inc. | 09-578 | Forest River, Inc. | Shaw Environmental, Inc; Fluor Enterprises, Inc.; CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6156 | Parkman v. Gulf Stream Coach, Inc. | 09-521 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6163 | Mack v. Recreation By Design, LLC | 09-534 | Monaco Coach Corporation; American International Specialty Lines Insurance Company; Insurance Company of the State of Pennsylvania; Lexington Insurance Company | Recreation By Design, LLC; Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6165 | Caronia v. Forest River, Inc. | 09-536 | Forest River, Inc.; Gulf Stream Coach, Inc. | Shaw Environmental, Inc |
| 09-6170 | Clark v. Keystone RV Company | 09-543 | Gulf Stream Coach, Inc. | Keystone RV Company; Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-6173 | Anderson v. Forest River, Inc. | 09-546 | Forest River, Inc.; Gulf Stream Coach, Inc. | Shaw Environmental, Inc; Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6174 | Lopez v. Gulf Stream Coach, Inc. | 09-547 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc |
| 09-6177 | Banks v. Vanguard Industries of Michigan, Inc. | 09-561 | Vanguard Industries of Michigan, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |

6

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6181 | James v. Gulf Stream Coach, Inc. | 09-582 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-6183 | Bogen v. Gulf Stream Coach, Inc. | 09-594 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-6189 | Blount v. Gulf Stream Coach, Inc. | 09-594 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; CH2M Hill Constructors, Inc.; Fluor Enterprises, Inc. |
| 09-6195 | Caston v. Gulf Stream Coach, Inc. | 09-600 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6197 | Campbell v. Gulf Stream Coach, Inc. | 09-602 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-6206 | Matthews v. Gulf Stream Coach, Inc. | 09-617 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 09-6393 | Blackburn v. Gulf Stream Coach, Inc. | 09-461 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6395 | Tanner v. Gulf Stream Coach, Inc. | 09-522 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; CH2M Hill Construction, Inc.; Shaw Environmental, Inc |
| 09-6406 | Johnson v. Forest River, Inc. | 09-669 | Forest River, Inc. | Shaw Environmental, Inc |
| 09-6407 | Williams v. Vanguard Industries of Michigan, Inc. | 09-670 | Vanguard Industries of Michigan, Inc. also known as Palomino RV | Shaw Environmental, Inc |
| 09-6409 | Burke v. Forest River, Inc. | 09-677 | Forest River, Inc. | Shaw Environmental, Inc |
| 09-6411 | Burns v. Gulf Stream Coach, Inc. | 09-680 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc |
| 09-6700 | Wilson v. Gulf Stream Coach, Inc. | 09-667 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc |
| 09-6704 | Chatman v. Forest River, Inc. | 09-754 | Forest River, Inc. | Fluor Enterprises, Inc.; Shaw Environmental, Inc; CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-7353 | Bundridge v. Gulf Stream Coach, Inc. | 09-839 | Gulf Stream Coach, Inc. | United States of America through the Federal Emergency Management Agency; Shaw Environmental, Inc |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-227 | McLaughlin v. Shaw Environmental, Inc | 09-1031 | Forest River, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 10-415 | McGee v. Forest River, Inc. | 09-1070 | Forest River, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 10-419 | Tenner v. Gulf Stream Coach, Inc. | 09-1080 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 10-423 | James v. Forest River, Inc. | 09-1088 | Forest River, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |
| 10-424 | Dupre v. Gulfstream Coach, Inc. | 09-1091 | Gulfstream Coach, Inc. | Fluor Enterprises, Inc. |
| 10-425 | Mitchell v. Forest River, Inc. | 09-1092 | Forest River, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-428 | Cavalier v. Gulf Stream Coach Inc | 09-1097 | Gulf Stream Coach Inc | United States of America through the Federal Emergency Management Agency |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-447 | Brumfield v. Gulfstream Coach, Inc. | 09-1122 | Gulfstream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-535 | Galle v. Gulfstream Coach, Inc. | 09-1089 | Gulfstream Coach, Inc. | Shaw Environmental, Inc; United States of America through the Federal Emergency Management Agency |

**(3)     LOUISIANA WESTERN DISTRICT (Alexandria)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-7354 | Hawkins v. Forest River, Inc. | 09-996 | Forest River, Inc. | Fluor Enterprises, Inc. |
| 10-539 | Fifi v. Gulf Stream Coach, Inc. | 09-1304 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |

**(4)     LOUISIANA WESTERN DISTRICT (Lafayette)**:

10

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 07-7494 | Nelson v. Gulf Stream Coach, Inc. | 07-921 | Gulf Stream Coach, Inc.; North American Catastrophe Services, Inc. | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc.; Fluor Enterprises, Inc.; Bechtel Corporation; CH2M Hill, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6883 | Ellis v. Forest River, Inc. | 09-1177 | Forest River, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-7357 | Carpenter v. Forest River, Inc. | 09-1007 | Forest River, Inc. | CH2M Hill Constructors, Inc. |
| 10-247 | Levine v. Gulf Stream Coach, Inc. | 09-1174 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-250 | Gamble v. Gulf Stream Coach, Inc. | 09-1302 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-253 | Stamps v. Forest River, Inc. | 09-1364 | Forest River, Inc. | United States of America through the Federal Emergency Management Agency; Shaw Environmental, Inc; CH2M Hill Constructors, Inc.; Fluor Enterprises, Inc. |
| 10-468 | Marcelin v. Gulf Stream Coach, Inc. | 09-1330 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc. |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-559 | Schexnayder v. Forest River, Inc. | 09-1345 | Forest River, Inc. | Shaw Environmental, Inc; CH2M Hill Constructors, Inc.; Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-561 | Breaux v. Gulf Stream Coach, Inc. | 09-1359 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-565 | Bertrand v. Gulf Stream Coach, Inc. | 09-1367 | Gulf Stream Coach, Inc. | United States of America through the Federal Emergency Management Agency; Shaw Environmental, Inc; CH2M Hill Constructors, Inc.; Fluor Enterprises, Inc. |
| 10-1038 | Ursin-Seymour v. Gulf Stream Coach, Inc. | 09-1294 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-2025 | Ewing v. Vanguard Industries of Michigan, Inc. | 09-2202 | Vanguard Industries of Michigan, Inc. also known as Palomino RV | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-2030 | Cain v. Gulfstream Coach, Inc. | 09-2215 | Gulfstream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-2686 | Colletti v. Gulfstream Coach, Inc. | 09-2213 | Gulfstream Coach, Inc. | CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency |

**(5)    LOUISIANA WESTERN DISTRICT (Lake Charles)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-3622 | Fountain v. USA | 09-466 | Forest River Inc.; North American Catastrophe Services, Inc. | Fluor Enterprises, Inc. |
| 09-6500 | Thomas v. Forest River Inc | 09-1318 | Forest River Inc | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6879 | Shepherd v. Gulf Stream Coach, Inc. | 09-1516 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 09-7355 | Jones v. Forest River, Inc. | 09-995 | Forest River, Inc. | |

13

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-236 | Shepherd v. Gulf Stream Coach, Inc. | 09-1298 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-545 | Broussard v. Gulf Stream Coach, Inc. | 09-1305 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America |
| 10-550 | Stewart v. Gulf Stream Coach, Inc. | 09-2176 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |

**(6)     LOUISIANA WESTERN DISTRICT (Monroe)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-242 | Davis v. Gulf Stream Coach, Inc. | 09-1347 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc; Fluor Enterprises, Inc.; CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-2684 | Dumas v. Gulfstream Coach, Inc. | 09-2214 | Gulfstream Coach, Inc. | Shaw Environmental, Inc.; United States of America through the Federal Emergency Management Agency |

**(7)     LOUISIANA WESTERN DISTRICT (Shreveport)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-4426 | Chapman v. Forest River Inc. | 09-782 | Forest River Inc | Fluor Enterprises, Inc.; United States of America through the Federal Emergency Management Agency |

**(8)     MISSISSIPPI SOUTHERN DISTRICT (Eastern)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-1409 | Coleman v. Forest River, Inc. | 10-30 | Forest River, Inc. | CH2M Hill Constructors, Inc. |

**(9)      MISSISSIPPI SOUTHERN DISTRICT (Hattiesburg):**

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-4430 | Craft v. Gulf Stream Coach Inc | 09-113 | Gulf Stream Coach Inc | CH2M Hill Constructors Inc. |
| 10-476 | Silas v. Gulf Stream Coach, Inc. | 09-265 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 10-482 | Magee v. Forest River, Inc. | 09-271 | Forest River, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 10-485 | Clark v. Gulf Stream Coach, Inc. | 09-274 | Gulf Stream Coach, Inc. | Bechtel National Inc. |
| 10-486 | Markham v. Forest River, Inc. | 09-275 | Forest River, Inc. | Bechtel National Inc. |
| 10-487 | Sellers v. Gulf Stream Coach, Inc | 09-277 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 10-584 | Hendricks v. Gulf Stream Coach, Inc. | 10-12 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |
| 10-1402 | Kendrick v. Forest River, Inc. | 10-11 | Forest River, Inc. | Bechtel National, Inc |

**(10)     MISSISSIPPI SOUTHERN DISTRICT (Jackson):**

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-276 | Shanks v. Gulf Stream Coach, Inc. | 09-724 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |
| 10-1405 | Narcisse v. Gulf Stream Coach, Inc. | 09-790 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-1406 | May v. Gulf Stream Coach, Inc. | 09-792 | Gulf Stream Coach, Inc. | Bechtel National Inc. |
| 10-4130 | Hammons v. Vanguard Industries of Michigan | 10-529 | Vanguard Industries of Michigan also known as Palomino RV | Bechtel National, Inc |

**(11)    MISSISSIPPI SOUTHERN DISTRICT (Southern)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-3941 | Flynn v. United States of America | 09-257 | Gulf Stream Coach, Inc. | United States of America |
| 09-3943 | Bartel v. Gulf Stream Coach, Inc. | 09-281 | Gulf Stream Coach, Inc. | Bechtel National Inc.; CH2M Hill Constructors Inc. |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-5543 | Denson v. Gulf Stream Coach, Inc. | 09-400 | Gulf Stream Coach, Inc. | Bechtel National Inc.; United States of America through FEMA; CH2M Hill Constructors, Inc. |
| 09-5544 | Haley v. Bechtel National Inc. | 09-401 | Monaco Coach Corporation | Bechtel National Inc. |
| 09-5549 | Maynard v. Gulf Stream Coach, Inc. | 09-406 | Gulf Stream Coach, Inc. | Bechtel National Inc.; United States of America through the Federal Emergency Management Agency |
| 09-5552 | Ladner v. Forest River, Inc. | 09-409 | Forest River, Inc. | Bechtel National Inc. |
| 09-5569 | Bradley v. Monaco Coach Corporation | 09-435 | Monaco Coach Corporation | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 09-5585 | Levy v. Gulf Stream Coach, Inc. | 09-451 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 09-5597 | Ables v. Gulf Stream Coach, Inc. | 09-463 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 09-5599 | Payton v. Vanguard Industries of Michigan, Inc. | 09-465 | Vanguard Industries of Michigan, Inc. also known as Palomino RV | Bechtel National Inc. |
| 09-5600 | Abercrombie v. Forest River, Inc. | 09-466 | Forest River, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6502 | Young v. Forest River, Inc. | 09-581 | Forest River, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6503 | Walton v. Forest River, Inc. | 09-583 | Forest River, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6504 | Bradley v. Forest River, Inc. | 09-585 | Forest River, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc. |
| 09-6505 | Wells-Thompson v. Forest River, Inc. | 09-586 | Forest River, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6638 | Casey v. Vanguard, LLC | 09-553 | Vanguard, LLC | Bechtel National Inc. |
| 09-6717 | Chalaire v. Forest River, Inc. | 09-527 | Forest River, Inc. | Fluor Enterprises, Inc.; CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 09-6894 | Andrews v. Gulf Stream Coach, Inc. | 09-518 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 09-6913 | Barrett v. Gulf Stream Coach, Inc. | 09-536 | Gulf Stream Coach, Inc. | Bechtel National Inc.; United States of America through the Federal Emergency Management Agency |
| 09-6914 | Triplett v. Forest River Inc | 09-537 | Forest River Inc | Bechtel National Inc.; United States of America through the Federal Emergency Management Agency |

19

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6944 | Lott v. Gulf Stream Coach, Inc. | 09-572 | Gulf Stream Coach, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6945 | Beard v. Gulf Stream Coach, Inc. | 09-573 | Gulf Stream Coach, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6947 | Gyins v. Gulf Stream Coach, Inc. | 09-575 | Gulf Stream Coach, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6948 | Barnes v. Monaco Coach Corporation | 09-577 | Monaco Coach Corporation; American International Specialty Lines; Insurance Company of the State of PA; Lexington Insurance Company | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 09-6949 | Bullock v. Gulf Stream Coach, Inc. | 09-578 | Gulf Stream Coach, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc. |
| 09-6951 | Johnson v. Gulf Stream Coach, Inc. | 09-580 | Gulf Stream Coach, Inc. | Bechtel National Inc.; CH2M Hill Construction, Inc.; Fluor Enterprises, Inc. |
| 10-262 | Peterson v. Vanguard Industries of Michigan | 09-790 | Vanguard Industries of Michigan also known as Palomino RV | Bechtel National Inc. |
| 10-579 | Anderson v. Forest River, Inc. | 10-16 | Forest River, Inc. | Bechtel National Inc.; CH2M Hill Constructors, Inc. |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-583 | Acker v. Gulf Stream Coach, Inc. | 10-21 | Gulf Stream Coach, Inc. | Bechtel National Inc.; CH2M Hill Constructors, Inc. |
| 10-913 | Carter v. Gulf StreamCoach, Inc. | 09-842 | Gulf Stream Coach, Inc. | Bechtel National Inc. |
| 10-914 | Hawkins v. Gulf Stream Coach, Inc. | 09-845 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc. |
| 10-916 | Booth v. Gulf Stream Coach, Inc. | 09-846 | Gulf Stream Coach, Inc. | Bechtel National Inc. |
| 10-1041 | Burge v. Cavalier Home Builders, LLC | 09-819 | Gulf Stream Coach, Inc.; Vanguard Industries of Michigan also known as Palomino RV; Alliance Homes, Inc. doing business as Adrian Homes; American Camper Manufacturing, LLC doing business as Ameri-Camp; American Homestar Corporation; Athens Park Homes, L.L.C.; Circle B Enterprises, Inc.; Clayton Homes of Lafayette, Inc.; CHM Manufacturing, Inc.; Design Homes, Inc.; | Allen Camper Manufacturing Company, Inc.; Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC; Coachmen Recreational Vehicle Company of Georgia, LLC; Cruiser RV, LLC; Damon Corporation; Del-Jen, Inc.; DS Corporation; DS Corporation doing business as Crossroads RV; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc.; Four Winds International Corporation; Frontier RV, Inc.; Heartland Recreational Vehicles, LLC; Hy-Line Enterprises, Inc. n/k/a FRH, Inc.; Jayco, Inc.; Jayco Enterprises, Inc.; Keystone Industries, Inc.; Keystone RV Company, Inc.; Komfort Corporation; KZRV, LP; Layton Homes Corporation; Morgan Buildings & Spas, Inc.; Morgan Building Systems, Inc.; |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| | | | Destiny Industries, LLC; Dreams R.V. Sales, Inc.; Dutch Housing, Inc. doing business as Champion Homes; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Horton Homes, Inc.; Indiana Building Systems, LLC doing business as Holly Park; Lakeside Park Homes, Inc.; Lexington Homes; Liberty Homes, Inc.; Liberty RV & Marine, Inc.; Mitchell County Industries, LLC;  Murillo Modular Group, LTD; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, Inc.; Palm Harbor Albermarle, LLC; River Birch Homes, Inc. and/or; River Birch Homes, | Northwood Manufacturing, Inc.; Play'Mor Trailers, Inc.; Project Resources, Inc. of California; Recreation By Design, LLC; Skyline Corporation; Starcraft RV, Inc.; Sun Valley, Inc.; Sunline Acquisition Company Ltd.; Sunnybrook R V, Inc.; Sunray RV, LLC; Thor California, Inc. doing business as Thor Manufacturing; Timberland RV Company doing business as Adventure Manufacturing; TL Industries, Inc.; Viking Recreational Vehicles, LLC |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| | | | L.L.C.; Scotbuilt Homes, Inc.; Silver Creek Homes, Inc.;  Southern Energy Homes, Inc.;  Stewart Park Homes, Inc.; Superior Homes, LLC; Superior RV Manufacturing, Inc.; Townhomes, LLC; Waverlee Homes, Inc. | |
| 10-1042 | Breland v. Forest River, Inc. | 09-834 | Forest River, Inc. | CH2M Hill Constructors, Inc.; Bechtel National Inc. |
| 10-1043 | Murray v. Gulf Stream Coach, Inc. | 09-841 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc. |
| 10-1356 | Mosley v. Gulf Stream Coach, Inc. | 09-824 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel National, Inc; Fluor Enterprises, Inc. |
| 10-1358 | Gonzales v. Forest River, Inc. | 09-829 | Forest River, Inc. | CH2M Hill Constructors, Inc.; Bechtel National, Inc; United States of America through the Federal Emergency Management Agency |
| 10-1360 | Anders v. Gulf Stream Coach, Inc. | 09-833 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel National, Inc |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-1361 | Hawkins v. Gulf Stream Coach, Inc. | 09-837 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc.; United States of America through the Federal Emergency Management Agency |
| 10-1363 | Otis v. Gulf Stream Coach, Inc. | 09-840 | Gulf Stream Coach, Inc. | Bechtel National, Inc |
| 10-1380 | Breaux v. Gulf Stream Coach, Inc. | 10-78 | Gulf Stream Coach, Inc. | Bechtel National, Inc; CH2M Hill Constructors, Inc. |
| 10-1685 | Bultman v. Forest River, Inc. | 10-129 | Forest River, Inc. | Bechtel National, Inc |
| 10-2887 | Allen v. Gulfstream Coach, Inc. | 10-325 | Gulfstream Coach, Inc. | Bechtel National, Inc; CH2M Hill Constructors, Inc. |
| 10-2892 | Zeigensus v. Gulf Stream Coach, Inc. | 10-338 | Gulf Stream Coach, Inc., Monaco Coach Corporation; | Bechtel National, Inc. |
| 10-2900 | Walker v. Forest River, Inc. | 10-364 | Forest River, Inc. | Bechtel National, Inc |
| 10-2906 | Newsome v. Gulf Stream Coach, Inc. | 10-380 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |
| 10-2911 | Dillon v. Forest River, Inc. | 10-188 | Forest River, Inc. | CH2M Hill Constructors, Inc.; Bechtel National, Inc |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-3122 | Easterling v. Gulf Stream Coach, Inc. | 10-346 | Gulf Stream Coach, Inc. | Bechtel National, Inc |
| 10-3124 | Anderson v. Forest River, Inc. | 10-347 | Forest River, Inc. | Bechtel National, Inc |
| 10-3138 | Beaugez v. Gulf Stream Coach, Inc. | 10-369 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |
| 10-3144 | Morris v. Gulf Stream Coach, Inc. | 10-375 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |
| 10-4116 | Francisco v. Gulf Stream Coach, Inc. | 10-384 | Gulf Stream Coach, Inc. | Bechtel National, Inc |
| 10-4117 | Barnes v. Forest River, Inc. | 10-408 | Forest River, Inc. | Bechtel National, Inc |
| 10-4118 | Carpenter v. Doug Boyd Enterprises, LLC | 10-424 | Gulf Stream Coach, Inc.; Doug Boyd Enterprises, LLC; Mitchell County Industries, LLC formerly known as Superior Park Model Homes | Dutchmen Manufacturing, Inc.; Bechtel National, Inc; CH2M Hill Constructors, Inc.; |
| 10-4119 | Sommerville v. Gulf Stream Coach, Inc. | 10-425 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 10-4120 | Ammentorp v. Gulf Stream Coach, Inc. | 10-426 | Gulf Stream Coach, Inc. | Bechtel National, Inc |
| 10-4126 | Cook v. Forest River, Inc. | 10-450 | Forest River, Inc.; B&B Enterprises; Sims Construction | Bechtel National, Inc |
| 10-4127 | Crawford v. Forest River, Inc. | 10-451 | Forest River, Inc.; B&B Enterprises; Sims Construction | Bechtel National, Inc |
| 11-762 | Pittman v. Forest River, Inc. | 11-106 | Forest River, Inc. | Bechtel National, Inc. |
| 11-763 | Pittman v. Forest River, Inc. | 11-107 | Forest River, Inc. | Bechtel National, Inc. |
| 11-764 | Kennedy v. Forest River, Inc. | 11-108 | Forest River, Inc. | Bechtel National, Inc |
| 11-766 | Harris v. Forest River, Inc. | 11-110 | Forest River, Inc. | Bechtel National, Inc. |
| 11-767 | Nguyen v. Forest River, Inc. | 11-111 | Forest River, Inc. | Bechtel National, Inc |
| 11-769 | Beschen v. Forest River, Inc. | 11-113 | Forest River, Inc. | Bechtel National, Inc. |

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 11-836 | Patrick v. Forest River, Inc. | 11-131 | Forest River, Inc. | Pilgrim International, Inc.; Bechtel National, Inc. |
| 11-838 | Cole v. Forest River, Inc. | 11-133 | Forest River, Inc. | Bechtel National, Inc |
| 11-842 | Graham v. Monaco Coach Corporation | 11-136 | Monaco Coach Corporation | Bechtel National, Inc |
| 11-1044 | Chandler v. Gulf Stream Coach, Inc. | 11-155 | Gulf Stream Coach, Inc. | Bechtel National, Inc. |
| 11-1965 | Cole v. Forest River, Inc. | 11-266 | Forest River, Inc. | Bechtel National, Inc. |
| 11-3095 | Warrick v. Gulf Stream Coach, Inc. | 11-448 | Gulf Stream Coach, Inc. | Bechtel National Inc. |
| 12-108 | Markham v. Gulfstream Coach, Inc. | 11-483 | Gulfstream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel International, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc. |
| 12-112 | Abney v. Gulf Stream Coach, Inc. | 11-494 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc.; Bechtel International, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc. |
| 12-130 | Acklin v. Gulf Stream Coach, Inc. | 11-548 | Gulf Stream Coach, Inc. | Shaw Environmental, Inc. |

27

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 12-131 | Brickley v. Gulf Stream Coach, Inc. | 11-550 | Gulf Stream Coach, Inc. | Fluor Enterprises, Inc. |
| 12-133 | Acker v. Gulf Stream Coach, Inc. | 11-575 | Gulf Stream Coach, Inc. | Bechtel National, Inc. |
| 12-195 | Allen v. Forest River, Inc. | 11-480 | Forest River, Inc. | CH2M Hill Constructors, Inc.; Bechtel International, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc. |
| 12-205 | Carter v. Forest River, Inc. | 11-522 | Forest River, Inc. | Fluor Enterprises, Inc. |
| 12-227 | Cunningham v. Forest River, Inc. | 11-566 | Forest River, Inc. | CH2M Hill Constructors, Inc. |
| 12-228 | Booth v. Forest River, Inc. | 11-568 | Forest River, Inc. | Bechtel National, Inc. |
| 12-230 | Allen v. Gulf Stream Coach, Inc. | 11-572 | Gulf Stream Coach, Inc. | CH2M Hill Constructors, Inc. |
| 12-231 | Anderson v. Gulf Stream Coach, Inc. | 11-576 | Gulf Stream Coach, Inc. | Bechtel National, Inc. |
| 12-256 | Anderson v. Gulf Stream Coach, Inc. | 11-574 | Gulf Stream Coach, Inc. | Bechtel National, Inc. |

**(12)    MISSISSIPPI SOUTHERN DISTRICT (Western)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 09-6215 | Singleton v. Forest River, Inc. | 09-129 | Forest River, Inc. | CH2M Hill Constructors, Inc. |
| 09-6216 | Singleton v. Forest River, Inc. | 09-130 | Forest River, Inc. | CH2M Hill Constructors, Inc. |
| 10-277 | Doss v. Forest River, Inc. | 09-203 | Forest River, Inc. | CH2M Hill Constructors, Inc. |
| 10-278 | Singleton v. Forest River, Inc. | 09-204 | Forest River, Inc. | CH2M Hill Constructors, Inc. |

**(13)    TEXAS EASTERN DISTRICT (Beaumont)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 11-410 | Gums v. Forest River, Inc. | 11-49 | Forest River, Inc. | |
| 11-412 | Clark v. Gulf Stream Coach, Inc. | 11-51 | Gulf Stream Coach, Inc. | |

**(14)    TEXAS SOUTHERN DISTRICT (Galveston)**:

| EDLA CASE NO. | CASE TITLE | CASE NO. IN OTHER COURT | DEFENDANTS TO BE REMANDED | DEFENDANTS TO REMAIN IN EDLA |
|---|---|---|---|---|
| 11-850 | Jones v. Forest River, Inc. | 10-631 | Forest River, Inc. | |
| 11-851 | Bateman v. Gulf Stream Coach, Inc. | 10-632 | Gulf Stream Coach, Inc. | |