UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
|         FORMALDEHYDE PRODUCTS | § | SECTION "N" (5) |
|         LIABILITY LITIGATION | § | |
| | § | JUDGE ENGELHARDT |
| | § | MAG. JUDGE CHASEZ |
| This Document relates to: | | |
| All Cases | | |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Jayco, Inc., Jayco Enterprises, Inc. and Starcraft RV, Inc. are **GRANTED** leave of Court to file Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this  11th  day of _____May_____, 2012.

_____
UNITED STATES DISTRICT JUDGE