IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO.: 1873 |
| This Document Relates to: *Bachemin v. Gulfstream Coach, Inc.* Docket No. 09-8701 Plaintiff: Jerry Parker | ) ) ) ) ) ) | SECTION: N (4) JUDGE: ENGELHARDT |
| | ) | MAG.: ROBY |

### ORDER

Considering the foregoing Rule 12 Motion to Dismiss for Insufficiency of Service of Process filed by C. Martin Company and/or for failure to state a claim upon which relief can be granted;

**IT IS ORDERED THAT** the Unopposed Rule 12 Motion be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiff(s) are dismissed with prejudice against Defendant, C. Martin Company, Inc. as to the listed causes of action:

*Bachemin v. Gulfstream Coach, Inc.*, Docket No. 09-8701
    Plaintiff: Jerry Parker

New Orleans, Louisiana this 15th day of May, 2012.

UNITED STATES DISTRICT JUDGE