UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Bean, et al v. Gulf Stream Coach, Inc.,* | * | MAG: CHASEZ |
| *et al*; Docket No. 09-6070 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## GULF STREAM COACH, INC. SUPPLEMENTAL WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Gulf Stream Coach, Inc. who hereby submits the following supplemental witness list in the above captioned matter:

| | WITNESS | TYPE OF WITNESS | MAY/WILL CALL[1] |
|---|---|---|---|
| GS1 | James Shea<br>Gulf Stream Coach, Inc. | Fact Witnesses | May Call<br>(by deposition) |
| GS2 | Daniel Shea<br>Gulf Stream Coach, Inc. | Fact Witnesses | May Call<br>(by deposition) |
| GS3 | Phil Sarvari<br>Gulf Stream Coach, Inc. | Fact Witnesses | May Call<br>(by deposition) |
| GS4 | Jeff Zumbrun<br>Gulf Stream Coach, Inc. | Fact Witnesses | May Call<br>(by deposition) |
| GS5 | Scott Pullin<br>Gulf Stream Coach, Inc. | Fact Witness | May Call<br>(by deposition) |
| GS6 | David Porter<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS7 | Joseph Little<br>FEMA Employee-ATSDR Centers for Disease Control-NIOSH Employee | Fact Witness | May Call<br>(by deposition) |
| GS8 | David Garrett<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |

---

[1]     Witnesses called will either testify live or by deposition.

| | | | |
|---|---|---|---|
| GS9 | Joseph Little<br>FEMA Employee- ATSDR<br>Center for Disease Control-<br>NIOSH Employee<br>(6/23/09) | Fact Witness | May Call<br>(by deposition) |
| GS10 | Brian McCreary<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS11 | Stephen Miller<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS12 | Michael Lapinski<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS13 | Martin McNeese<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS14 | Guy Nicholas Bonomo<br>FEMA EMPLOYEE | Fact Witness | May Call<br>(by deposition) |
| GS15 | Stanley Larsen<br>FEMA EMPLOYEE | Fact Witness | May Call<br>(by deposition) |
| GS16 | Kevin Souza<br>FEMA EMPLOYEE | Fact Witness | May Call<br>(by deposition) |
| GS17 | Christina Bean<br>(Plaintiff) | Fact Witness | Will Call |
| GS18 | Clyde Bean<br>(Plaintiff) | Fact Witness | Will Call |
| GS19 | Meghan Bean<br>(Plaintiff) | Fact Witness | Will Call |
| GS20 | Spencer Bean<br>(Plaintiff) | Fact Witness | Will Call |
| GS21 | Christianne McDavitt<br>(Plaintiff) | Fact Witness | Will Call |
| GS22 | James Wedner, MD, FAAAI<br>GulfStream Coach, Inc. Expert –<br>Allergic and Immunologic<br>Diseases | Expert Witness | Will Call |
| GS23 | Philip Cole<br>Gulf Stream Coach, Inc. Expert –<br>Epidemiologist | Expert Witness | Will Call |
| GS24 | Robert James, Ph.D.<br>Gulf Stream Coach, Inc. Expert-<br>Toxicologist | Expert Witness | Will Call |
| GS25 | Betsy Natz | | May Call<br>(by deposition) |
| GS26 | Dr. Dana Fouchi<br>(Christianne McDavitt) physician | Expert/Fact Witness | May Call |

| GS27 | Dr. Saravanan Balamuthusamy (Christianne McDavitt) physician | Expert/Fact Witness | May Call |
|------|---------------------------------------------------------------|---------------------|----------|
| GS28 | Dr. Kirk Bellard (Christianne McDavitt) physician | Expert/Fact Witness | May Call |
| GS29 | Dr. Jesus Lovera (Christianne McDavitt) physician | Expert/Fact Witness | May Call |
| GS30 | Dr. Tammy Senentz (Christianne McDavitt) physician | Expert/Fact Witness | May Call |
| GS31 | East Jefferson Hospital Staff Doctors (Christianne McDavitt, Clyde R. Bean, Christina Bean and Meghan Bean) physician | Expert/Fact Witness | May Call |
| GS32 | Dr. Ross Gallo (Clyde R. Bean and Christina Bean)- Psychiatrist | Expert/Fact Witness | May Call |
| GS33 | Dr. Mack Holdiness (Clyde R. Bean and Christina Bean) physician | Expert/Fact Witness | May Call |
| GS34 | Dr. Kiran Zaveri (Clyde R. Bean and Christina Bean) physician | Expert/Fact Witness | May Call |
| GS35 | Dr. Roland Bourgeois (Clyde Bean)-physician | Expert/Fact Witness | May Call |
| GS36 | Dr. Dennis Occhipinti (Christina Bean)-physician | Expert/Fact Witness | May Call |
| GS37 | Pelican State Outpatient Staff Doctors (Christina Bean and Meghan Bean)-physician | Expert/Fact Witness | May Call |
| GS38 | Dr. Joseph Puente (Christina Bean)-Physician | Expert/Fact Witness | May Call |
| GS39 | East Jefferson After Hours Clinic staff doctors (Christina Bean and Meghan Bean) | Expert/Fact Witness | May Call |
| GS40 | Dr. Clay Boyd (Christina Bean)-physician | Expert/Fact Witness | May Call |
| GS41 | Dr. Paul Giorlando (Spencer Bean)-physician | Expert/Fact Witness | May Call |
| GS42 | Dr. Don Fontenelle (Spencer Bean)-physician | Expert/Fact Witness | May Call |
| GS43 | Dr. Culberson (Spencer Bean)-physician | Expert/Fact Witness | May Call |
| GS44 | Dr. Samuel Alexander (Christina Bean) | Expert/Fact Witness | May Call |

| GS45 | Dr. John T. Lindsey (Christina Bean) | Expert/Fact Witness | May Call |
|------|--------------------------------------|---------------------|----------|
| GS46 | Dr. Thomas Murphy (Christina Bean) | Expert/Fact Witness | May Call |
| GS47 | Dr. Alex Hoang (Christina Bean) | Expert/Fact Witness | May Call |
| GS48 | Dr. Robert Treuting (Christina Bean) | Expert/Fact Witness | May Call |
| GS49 | Dr. Nimes Patel (Christina Bean) | Expert/Fact Witness | May Call |
| GS50 | Dr. Terry Creel (Christina Bean) | Expert/Fact Witness | May Call |
| GS51 | Dr. John Barbara (Christina Bean) | Expert/Fact Witness | May Call |
| GS52 | Dr. Charles Preston (Christina Bean) | Expert/Fact Witness | May Call |
| GS53 | Dr. Richard Corales (Christina Bean) | Expert/Fact Witness | May Call |
| GS54 | Dr. Charles White (Christina Bean) | Expert/Fact Witness | May Call |
| GS55 | Dr. Ivan Sherman (Christina Bean) | Expert/Fact Witness | May Call |
| GS56 | Dr. Robert L. Mimeles (Christina Bean) | Expert/Fact Witness | May Call |
| GS44 | A representative for Walgreen's Pharmacy | Fact Witness | May Call |
| GS45 | A representative for CVS Pharmacy | Fact Witness | May Call |
| GS46 | Any other medical provider that pertains to Christina Bean, Clyde Bean, Spencer Bean, Meghan Bean and Christianne McDavitt | Fact/Expert Witness | May Call |
| GS47 | Mike Berzai (Robert Weed) | Fact Witness | May/Will Call |
| GS48 | Tony Watson Consultant in Industrial Hygiene Workplace Hygiene, Inc. | Expert Witness | May/Will Call |
| GS49 | Al Lynch Consultant in Industrial Hygiene Workplace Hygiene, Inc. | Expert Witness | May/Will Call |
| GS50 | Don Snell Senior Forensic Consultant Liberty Building Forensics Group | Expert Witness | May/Will Call |
| GS51 | Norman Nelson Liberty Building Forensics Group | Expert Witness | May/Will Call |

00378050-1                               4

| GS52 | Any witness listed in any other party's witness list. | Fact/Expert Witness List | May Call |

Respectfully Submitted:
**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/ Andrew D. Weinstock
_____

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: 504-832-3700
Facsimile: 504-837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2012, a copy of the foregoing Witness List on behalf of Defendant, Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com