# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
**NEW ORLEANS, LOUISIANA 70139-4800**
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Sidney D. Torres, III, Esq.
Roberta L. Burns, Esq.
David C. Jarrrell, Esq.
Law Office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

      Re:    *FEMA Trailer Formaldehyde Product Liability Litigation*
             USDC, EDLA, MDL № 09-1873
             Our Ref №: 0200-24-7

Dear Counsel:

     Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**10-3675**         **Adams, Lester v. Forest River**

| | |
|---|---|
| Adams, Lester | Joseph, Boyd Thomas |
| Alexander, Juanita M. | Joseph, Jarvon J. |
| Bailey, Ashley Marie | Joseph, Jerel |
| Bailey, Beatrice o/b/o A.B. | Joseph, Tammy A. |
| Bienemy, Dynel | Kenney, Tania o/b/o B.T. |
| Bradley, Amy o/b/o J.B. | Kenney, Tania o/b/o K.W. |
| Brancaccio, Robert | Kenney, Tania W. |
| Brightman, Brittany L. | Migliore, Gary R. |



GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Law Office of Sidney D. Torres, III*
*May 2, 2011*
*Page 2 of 4*

|  |  |
|---|---|
| Cheramie, Jack Blanchard | Migliore, Stacey and Gary o/b/o A.M. |
| Cheramie, Jeffery | Migliore, Stacey o/b/o G.M. |
| Corley, JoAnn | Migliore, Stacey S. |
| Daggs, Latonia | Redditt, Michael |
| Daggs, Latonia o/b/o M.R. | Reynolds, Lewis |
| Fecke, Thomas Joseph | Thomas, Corey Andrew |
| Forsythe, Blaise A. | Thomas, Denise Gurtner |
| Glorioso, Crissy Lea | Thomas, Kevin Joseph |
| Glorioso, Crissy o/b/o K.G. | Thomas, Kristin Lynn |
| Hartman, Yvonne R. | Thornley, Mindy Lynn |
| Howard, Bettina M. | Wagner, Brenda & Kristy o/b/o A.W. |
| Howard, James W. | Weiskopf, Ida M. |
| Howard, Mary E | Weiskopf, Stanley |

**10-740   Allo, Edward v. Forest River**

| Allo, Edward | Johnson, Tessi R. |
|---|---|
| Allo, Kathy | Moore, Alex |
| Couget, Coleen M. | Nunez, Gladys |
| Encalade, Vernell | Peters, Kentrell R. |
| Estopinal, Roger III o/b/o D.E. | Rando-Short, Belinda J. |
| Estopinal, Roger III o/b/o D.E. | Sterling, James |
| Estopinal, Roger J. | Woodruff, John o/b/o M.W. |

**10-3572   Arbour, Charles v. Vanguard Ind.**

| Arbour, Charles o/b/o J.A. | Laris, Lisa M. |
|---|---|
| Laris, Ernest F. | Tircuit, Catherine |
| Laris, Gayle & Russell Baldo o/b/o C.B. | Tircuit, Jonathan |
| Laris, Gayle H. | Laris, Gayle |

**10-3733   Atwood, Gretchen v. Forest River**

| Carson, Chad | Davidson, Stacy Ann |
|---|---|
| Carson, Madison | Kenny, John |
| Crosby, Carmella Gioiello | Miller, Wendy |
| Davidson, Richard E. | Authement, Jay J. |

**10-3674   Authement, Jay J. v. Forest River**

| Duplantis, Roy J. | Watts, Mary L. |
|---|---|
| Jenevein, Gary Paul | |

**10-3731   Authement, Jay J. v. Forest River**

Morise, Mark

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Law Office of Sidney D. Torres, III*
*May 2, 2011*
*Page 3 of 4*

| | | |
|---|---|---|
| **09-3588** | **Bailey, Ashley v. Forest River** | |
| | Bailey, Beatrice | Kellum, Eugene Joseph |
| | Brock, Courtney | Kenney, Tania W. |
| | Daggs, Latonia | Simmons, Sharon |
| | Davidson, Ricky | Terry, William Larry |
| | Forsythe, Patsy M. | |
| | | |
| **10-3847** | **Basile, Christopher v. Forest River** | |
| | Dwyer, Larry A. | Jenevein, Janice Shoemaker |
| | Fecke, Michelle L. | Lala, Daniel Paul |
| | Fernandez, Debbie | Sullivan, Jade |
| | Fernandez, Debbie | Terminie, Debbie |
| | Gadwaw, Jamie Elizabeth | Theaux, George Milton |
| | Jenevein, Gary Paul | Theaux, Susan Hotard |
| | | |
| **10-3687** | **Binder, David M. v. Forest River** | |
| | Campo, Cynthia Frances | Reed, Ronald |
| | Carson, Chad & Jeanne o/b/o C.C. | Reed, Ryan |
| | Cure, Joylin R. | Reeves, Tonya |
| | Reed, Mary | Robichaux, Rusty |
| | | |
| **10-3766** | **Borrouso, Jacob v. Forest River** | |
| | Borrouso, Jacob Joseph | Mumphrey, Lynell Ann |
| | | |
| **10-3975** | **Chalaire, Diane v. Forest River** | |
| | Chalaire, Diane Alice | Palmer, John |
| | | |
| **09-6717** | **Chalaire, Diane v. Forest River** | |
| | Sistrunk, Nina | |
| | | |
| **10-3573** | **Fernandez, Inez v. Vanguard Ind.** | |
| | Fernandez, Inez R. | Hernandez, Shannon o/b/o B.H. |
| | Hernandez, James | Hernandez, Shannon o/b/o K.H. |
| | Hernandez, Shannon | Knoten, Carrie L. |
| | | |
| **10-3735** | **Harvey, Earl J. v. Forest River** | |
| | Harvey, Earl J. | Peters, Eurdel Eugene |
| | | |
| **10-4003** | **Neumann, Shari v. Forest River** | |
| | Neumann, Shari Coleman | Sistrunk, Nina Marie |
| | Neumann, Shari o/b/o Ashley Neumann | Sistrunk, Nina o/b/o Denielle Sistrunck |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Law Office of Sidney D. Torres, III*
*May 2, 2011*
*Page 4 of 4*

| | |
|---|---|
| Neumann, Shari o/b/o Brendon A. Neumann | Sistrunk, Nina o/b/o Hunter Sistrunck |
| Neumann, Shari o/b/o Nathan Neumann | Sistrunk, Royce Dalton |
| Neumann, Todd | Thompson, Brandylynn |
| Sistrunk, Mindy | |

**10-3818**   **Tircuit, Catherine v. Vanguard**
            Tircuit, Catherine                        Tircuit, Raymond

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz