UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE PRODUCT | * | | |
| LIABILITY LITIGATION | * | SECTION "N-5" | |
| | * | | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT | |
| Case No. 10-3573 | * | | |
| | * | | |
| | * | MAG. JUDGE CHASEZ | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Vanguard Industries of Michigan, Inc.'s Motion to

Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact

Sheets and the Matching Requirements of Pre-Trial Orders No. 38, 49, and 68 will be submitted

to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of

Louisiana, on June 13, 2012 at 9:30 a.m., or as soon thereafter as may be submitted.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR VANGUARD**
**INDUSTRIES OF MICHIGAN, INC**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 16, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.