MINUTE ENTRY
CHASEZ, M.J.
MAY 16, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER PRODUCT         CIVIL ACTION
LIABILITY LITIGATION
                                    MDL NO. 07-1873

                                    SECTION: "N"(5)

HEARING ON MOTION

APPEARANCES: Andy Weinstock, Matt Moreland, Jennifer Crose

MOTION:

(1) Gulf Stream's Motion to Compel Responses to Discovery (Rec. doc. 25,510);
(2) Gulf Stream's Motion to Compel Independent Medical Examination (Rec. doc. 25,596)

_____ :   Continued to

_____ :   No Opposition

_____ :   Opposition

MJSTAR(00:10)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted. Plaintiffs are to submit to IME's by defendant's doctor on June 4, 2012. By that same date, plaintiffs are to have completely responded to defendant's written discovery requests.

_____ : Denied.

_____ : Other.

                                                ALMA L. CHASEZ
                                      UNITED STATES MAGISTRATE JUDGE

2