UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced Herein

## SHOW CAUSE ORDER

It has come to this Court's attention that certain cases transferred in to this Court from other districts remain unmatched. Accordingly,

**IT IS ORDERED** that **on or before May 30, 2012**, the plaintiffs in the following cases shall **SHOW CAUSE** in writing why these cases should not be **DISMISSED** for failure to comply with Pre-trial Order 49 (Rec. Doc. 8908):

- Member case no. 09-6396
- Member case no. 10-433
- Member case no. 10-553
- Member case no. 10-2606
- Member case no. 10-2893
- Member case no. 10-2894
- Member case no. 10-2895
- Member case no. 10-3126

- Member case no. 11-221

New Orleans, Louisiana, this 17th day of May, 2012.

_____
**KURT D. ENGELHARDT
United States District Court**