UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3704 | * | |
| Plaintiffs:  Hazel Mizzelle, Hilda Mae Narcissse, | * | |
| Martin D. Onidas, Stacey Ragan, Shykra Hepburn, | * | |
| Joseph L. Perry, Kentrell R. Peters, Ralph J. Pitre, | * | |
| Derrick Richard, Schwanda Richard, L.H. Rooney | * | |

**************************************************************************

## UNOPPOSED MOTION TO DISMISS CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gulf Stream Coach,

Inc. ("Gulf Stream"), who requests that this Honorable Court dismiss the following Plaintiffs who

have failed to produce a Plaintiff Fact Sheet in accordance with the Court-ordered deadlines for

doing so:

1. Hazel Catherine Mizzelle
2. Hilda Mae Narcisse
3. Martin D. Onidas
4. Stacey Ragan
5. Shykra Hepburn
6. Joseph L. Perry
7. Kentrell R. Peters
8. Ralph J. Pitre
9. Derrick Richard
10. Schwanda Richard
11. L.H. Rooney

00380033-1

Undersigned counsel has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 18th day of May, 2012, a copy of the above and

foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


s/ Andrew D. Weinstock


_____

**ANDREW D. WEINSTOCK**