UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE: ENGELHARDT |
| This Document Relates to: *Alfonso, et al v. Gulf Stream Coach, Inc., et al* Docket No. 10-3704 Plaintiffs: Hazel Mizzelle, Hilda Mae Narcissse, Martin D. Onidas, Stacey Ragan, Shykra Hepburn, Joseph L. Perry, Kentrell R. Peters, Ralph J. Pitre, Derrick Richard, Schwanda Richard, L.H. Rooney | * * * * * * * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is hereby **GRANTED**, as to the following plaintiffs only:

1. Hazel Catherine Mizzelle
2. Hilda Mae Narcisse
3. Martin D. Onidas
4. Stacey Ragan
5. Shykra Hepburn
6. Joseph L. Perry
7. Kentrell R. Peters
8. Ralph J. Pitre
9. Derrick Richard
10. Schwanda Richard
11. L.H. Rooney

_____
UNITED STATES DISTRICT JUDGE

00380036-1