# EXHIBIT A

**CASES TO BE TRANSFERRED**

| CASE NO. | CASE NAME | SEVERED FROM | TRANSFER TO |
|---|---|---|---|
| 12-cv-01209 | *Albus, et al v. Gulf Stream Coach* | 09-4716, 09-4717, 09-4718, 09-4719, 09-7075, 09-7076, 09-7078, 09-7081 09-7856, 09-7833, 09-7831, 09-7890, 09-7891, 09-7893, 09-7894, 09-7925, 09-7903, 09-7904, 09-7899, 09-7895, 09-7896, 09-7076, 10-1280, 10-1281, 10-1282, 10-2249, 10-2261, 10-2246, 10-2229, 10-2231, 10-2232, 10-2233, 10-2234, 10-2297, 10-2327, 10-3639 | S.D. Miss. |
| 12-cv-01210 | *Major, et al v. Gulf Stream Coach* | 09-4717, 09-4718, 09-4719, 09-7075, 09-7076, 09-7079, 09-7081, 09-7891, 09-7894, 09-7893, 09-7904, 09-7903, 09-7899, 09-7895, 09-7896, 09-7925, 10-1282, 10-1281, 10-2249, 10-2246, 10-2231, 10-2233, 10-2234, 10-2297 | W.D. La. |

| | | | |
|---|---|---|---|
| 12-cv-01211 | *Burnett, et al v. Forest River, Inc.* | 09-4713, 09-7070, 09-7072, 09-7857, 09-7855, 09-7889, 09-7892, 09-7835, 10-1265, 10-2184, 10-2190, 10-3640 | S.D. Miss. |
| 12-cv-01212 | *Barber, et al v. Gulf Stream Coach* | 09-7075, 09-7078, 09-7079, 09-7856, 09-7833, 09-7831, 09-7890, 09-7891, 09-7894, 09-7893, 09-7904, 09-7903, 09-7899, 09-7896, 10-1281, 10-2261, 10-2246, 10-2232, 10-2233, 10-2234, 10-2297 | S.D. Ala. |
| 12-cv-01213 | *Seaman, et al v. Vanguard LLC* | 09-7117, 09-7834, 10-1296 | S. D. Ala. |
| 12-cv-01214 | *Fierson, et al v. Vanguard LLC* | 09-7117, 09-7810, 09-7834, 10-1296 | S. D. Miss. |
| 12-cv-01215 | *Ralleigh, et al v. Monaco Coach* | 09-4727, 09-7093, 09-7794, 09-7815, 10-1258, 10-2204, 10-2265 | S. D. Miss. |
| 12-cv-01216 | *Jones, et al v. Monaco Coach* | 09-4727, 09-7815, 10-1258, 10-2265 | W. D. La. |
| 12-cv-01218 | *Lennette, et al v. Vanguard LLC* | 09-7834, 10-1296 | E. D. Tex. |
| 12-cv-01220 | *Savoy, et al v. Vanguard LLC* | 09-7834 | W. D. La. |
| 12-cv-01221 | *Gibbens, et al v. Forest River, Inc.* | 09-4713, 09-7072, 09-7889, 09-7892, 09-7835, 09-7924, 10-1265, 10-2184, 10-2190 | W.D. La. |
| 12-cv-01222 | *Minor, et al v. Gulf Stream Coach* | 09-4716, 09-7081, 09-7890, 10-2249 | E.D. Tex. |
| 12-cv-01223 | *Johnson, et al v. Gulf Stream Coach* | 10-1282, 10-2233, 10-2297 | S.D. Tex. |

| | | | |
|---|---|---|---|
| 12-cv-01224 | *Reed, et al v. Gulf Stream Coach* | 10-2246, 10-2297 | N.D. Tex. |
| 12-cv-01225 | *Barnhill, et al v. Gulf Stream Coach* | 09-7075, 09-7856, 09-7893, 09-7904, 10-2246, 10-2231, 10-2232, 10-2234 | N.D. Ala. |
| 12-cv-01226 | *Bosarge, et al v. Forest River, Inc.* | 09-7072, 09-7857, 09-7855, 09-7889, 09-7892, 09-7835, 10-1265, 10-2184, 10-2190, 10-2324 | S.D. Ala. |
| 12-cv-01227 | *Crockett, et al v. Gulf Stream Coach* | 09-7078, 09-7856, 09-7833, 09-7890, 09-7891, 09-7899, 10-2232 | M.D. Ala. |
| 12-cv-01228 | *Morris, et al v. Gulf Stream Coach* | 09-4717, 10-2234 | N.D. Miss. |
| 12-cv-01229 | *Sheldon, et al v. Gulf Stream Coach* | 09-4716, 09-7075, 09-7076, 09-7081, 09-7833, 09-7890, 09-7894, 09-7893, 09-7904, 09-7899, 09-7896, 10-1281, 10-2261, 10-2246, 10-2231, 10-2232, 10-2233, 10-2234, 10-2297, 09-7925 | M.D. La. |
| 12-cv-01230 | *Lowrey, et al v. Monaco Coach* | 09-4727, 09-7093, 09-7794, 09-7815, 10-1258, 10-2265 | M. D. La. |
| 12-cv-01231 | *Davis, et al v. Forest River, Inc.* | 09-7070, 09-7072, 09-7889, 09-7892, 10-1265 | M.D. La. |