UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 98

On May 18, 2012, the Court held a status conference at 9:30 a.m. with liaison counsel and steering committee members. The following individuals were in attendance: Amanda Ballay, Gerardo Barrios, Robert Bechnel, Raúl Bencomo, Anthony Buzbee, Frank D'Amico, Jr., Ernest Gieger, Jr., John J. Hainkel, Ryan Johnson, M. David Kurtz, Charles Leche, Gerald Meunier, Matthew Moreland, Charles Penot, Jr., Dennis Reich, John Stewart Tharp, Mikal Watts, Andrew Weinstock, and Justin Woods.

Following that conference, at 10:00 a.m., the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) <u>Last Committee Meeting and General Status Conference</u>:  Today's conference shall be the last regularly scheduled committee meeting and general status conference in this MDL.   Should issues arise that require further meetings, the Court will issue notice scheduling such meetings as needed.

(2) <u>Proposed Class Settlements</u>:

(a) The date for the Fairness Hearings in the two proposed class settlements (the manufacturer settlement and the contractor settlement) shall be Thursday, September 27, 2012, at 10:30 a.m. for the manufacturer settlement and 1:30 p.m. for the contractor settlement;

(b) A Joint Motion for Preliminary Approval of Proposed Class Settlement regarding the contractor settlement shall be filed not later than Friday, May 25, 2012; and

(c) All pleadings necessary to amend to the Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement for the manufacturer settlement (Rec. Doc. 25226) and related documents shall be filed not later than Friday, May 25, 2012.

(3) <u>Claims Against Non-Settling Defendants</u>:

(a) Counsel for the plaintiffs and the non-settling defendants (Gulf Stream, Forest River, and Monaco Coach with its insurers) shall confer regarding the grouping of member cases for trial; and

(b) The Court will set a Joint Pretrial Conference, to be attended by all counsel with member cases set for trial.

New Orleans, Louisiana, this 18th day of May, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**