PTO Received: _____

Trial Set: _____
                        Jury/Non-Jury

_____      CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**                                _____

                                 Magistrate: _____
_____
**DEFENDANT(S)**

# MDL 1873

************************************************************************

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: **MAY 18, 2012**       TIME: **10:00 A.M.**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Gerard Barousse | Baker Donelson | Ch2m Hill |
| Mikal Watts | Watts Guerra Craft | PSC |
| Dennis Reich | Reich & Binstock | PSC |
| Buzbee | Buzbee | PSC |
| Amanda Ballay | | |
| Jerry Meunier | Gainsburgh | PSC |

PTO Received: _____

Trial Set: _____
    Jury/Non-Jury

_____    CIVIL/CRIMINAL ACTION NO.:
   **PLAINTIFF(S)**

**VERSUS**                    _____

_____    Magistrate: _____
   **DEFENDANT(S)**

# MDL 1873

*******************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **May 18, 2012**    TIME: **10:00 A.M.**

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

NAME                      FIRM                      REPRESENT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Matt Moreland | Becnel | π |
| Ernie Gieger | Gieger Laborde (?) | Forest River |
| David Kurtz | Baker Donelson | Shaw |
| Charles Penot | Middleberg | Fluor |
| Raul R. Bencomo | Bencomo & Assoc. | PSC |
| Tim Scandurro | Scandurro & Layrisson | Gulf Stream |

PTO Received: _____

Trial Set: _____
                   Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.: 
**PLAINTIFF(S)**

**VERSUS**                        _____

_____          Magistrate: _____
**DEFENDANT(S)**

# MDL 1873

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: **May 18, 2012**              TIME: **10:00 A.M.**

**PLEASE PRINT**            **PLEASE PRINT**            **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jenn L Saponito | Reable & Andersson | D.C. Recovery |
| T.J. & W Becnel | Becnel | PSC |
| Tom Cougill | W,F&C | Jayco & Starcraft |
| Larry Feldman | McGlinchey | Skyline/Zayton |
| Janet MacDonell | Same | Agbayani, SRS |
| Meelic Brown | Pranosty & Gankendorff | C. Martin |

PTO Received: _____

Trial Set: _____
　　　　　　　　　Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS   _____

_____   Magistrate: _____
DEFENDANT(S)

# MDL 1873

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **MAY 18, 2012**   TIME: **10:00 A.M.**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| MARK E. SEAMSTER | Galloway Johnson | Sunnybrook R.V. |
| Emily Jeffcott | Watts Guerra Craft | Pls |
| Gregory Currier | Adams, Hoefer, et al | Arch Insurance Co. |
| Denis Vega | Hurricane Legal | Plantiff |
| Rana Smith | Degan Blanchard Nash | T-MCC |
| Emily C. Adler | Degan Blanchard Nash | TKTMJ |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____     CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                     _____

_____     Magistrate: _____
DEFENDANT(S)

**MDL 1873**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **May 18, 2012**      TIME: **10:00 A.M.**

## PLEASE PRINT          PLEASE PRINT          PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Randall Mulcahy | Garrison, Yount, et al | Recreation By Design, LLC |
| Anne Briard | Lugenbuhl | Liberty Mutual |
| Mary Cryar | Duggan | Burlington |
| Kathi Marksbury | Barry Law Co. | MLU services |
| Kevin Kress | McCranie Sistrunk | RSUI |
| Theresa Anderson | MMP | Athens |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                   _____

_____   Magistrate: _____
DEFENDANT(S)

# MDL 1873

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **May 18, 2012**          TIME: **10:00 A.M.**

**PLEASE PRINT**              **PLEASE PRINT**              **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Palmer Lambert | Gainsburgh | PSC |
| Lamont Domestleury | Bardin Haspel | Scottsdale |
| Ralph Hubbard | Lugenbuhl | Liberty Mutual |
| David Moragas | Galloway Johnson Tompkins Burr & Smith | Del-Jen, Inc. |
| Amanda Stout | McGlinchey Stafford | Skyline |
| Candice Sirmon | Lambert & Nelson | TI |

PTO Received: _____

Trial Set: _____
                  Jury/Non-Jury

_____                    CIVIL/CRIMINAL ACTION NO.:
      PLAINTIFF(S)

VERSUS                                    _____

_____                    Magistrate: _____
      DEFENDANT(S)

# MDL 1873

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: **May 18, 2012**        TIME: **10:00 A.M.**

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Peter Bourgeois | BJTBS | Davis Professional Services |
| Stewart Tharp | Taylor Porter | Coachmen |
| Dewey Scandurro | Scandurro & Layrisson, LLC | Gulf Stream Coach |
| Ryan Johnson | Jones Walker | A's - Thor, Sentry |