PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                          _____

_____   Magistrate: _____
DEFENDANT(S)

# MDL 1873

*********************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **May 18, 2012**           TIME: **10:00 A.M.**

## PLEASE PRINT          PLEASE PRINT          PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Gerardo Barrios | Baker Donelson | Gulf Stream |
| Mikal Watts | Watts Guerra Craft | PSC |
| Dennis Reich | Reich & Binstock | PSC |
| Buzbee | Buzbee | PSC |
| Amanda Ballay | | |
| Jerry Meunier | Gainsburgh | PSC |

PTO Received: _____

Trial Set: _____
            Jury/Non-Jury

_____         CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                         _____

_____         Magistrate: _____
DEFENDANT(S)

# MDL 1873

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: May 18, 2012            TIME: 10:00 A.M.

**PLEASE PRINT**        **PLEASE PRINT**        **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Matt Moreland | Becnel | π |
| Ernie Gieger | Gieger Laborde | Forest River |
| David Kurtz | Baker Donelson | Shaw |
| Charles Penot | Middleberg | Fluor |
| Raul R. Bencomo | Bencomo & Assoc. | PSC |
| Tim Scandurro | Scandurro & Layrisson | Gulf Stream |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**                              _____

_____   Magistrate: _____
**DEFENDANT(S)**

# MDL 1873

*******************************************************************

CONFERENCE: _____ PRE-TRIAL   ___✓___ STATUS   _____ SETTLEMENT

DATE: **May 18, 2012**          TIME: **10:00 A.M.**

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jenn L Saporito | Reahr & Andersson | D.C. Recovery |
| J.H. Bernel | Bernel | PSC |
| Tom Cougill | W,F&C | Jayco & Starcraft |
| Larry Feldman | McGlinchey | Skyline/Zayton |
| Janet MacDonell | Same | Agbayani, SRS |
| Meelie Brown | Pronosty & Gankendorff | C. Martin |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____    CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                       _____

_____    Magistrate: _____
DEFENDANT(S)

# MDL 1873

*********************************************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: **May 18, 2012**   TIME: **10:00 A.M.**

## PLEASE PRINT        PLEASE PRINT        PLEASE PRINT

### NAME               FIRM                REPRESENT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| MARK E. SEAMSTER | Galloway Johnson | Sunnybrook R.V. |
| Emily Jeffcott | Watts Guerra Craft | Pltf |
| Gregory Currier | Adams, Hoefer, et al | Arch Insurance Co. |
| Denis Vega | Hurricane Legal | Plantiff |
| Rene Smith | Degan Blanchard Nash | T-MCC |
| Emily A. Adler | Degan Blanchard Nash | TKTMJ |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                        _____

_____        Magistrate: _____
DEFENDANT(S)

# MDL 1873

*******************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: May 18, 2012            TIME: 10:00 A.M.

## PLEASE PRINT            PLEASE PRINT            PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Randall Mulcahy | Garrison, Yount, et al | Recreation By Design, LLC |
| Anne Briard | Lugenbuhl | Liberty Mutual |
| Mary Cryar | Duggan | Burlington |
| Kathi Marksbury | Barry Law Co. | MLU Services |
| Kevin Kress | McCranie Sistrunk | RSUI |
| Theresa Anderson | MMP | Athens |

PTO Received: _____

Trial Set: _____
                 Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**  _____

_____  Magistrate: _____
**DEFENDANT(S)**

# MDL 1873

*************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **May 18, 2012**   TIME: **10:00 A.M.**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Palmer Lambert | Gainsburgh | PSC |
| Laurent Demosthenidy | Baldwin Haspel | Scottsdale |
| Ralph Hubbard | Lugenbuhl | Liberty Mutual |
| David Moragas | Galloway Johnson Tompkins Burr & Smith | Del-Jen, Inc. |
| Amanda Stout | McGlinchey Stafford | Skyline |
| Candice Sirmon | Lambert & Nelson | TL |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                    _____

_____  Magistrate: _____
DEFENDANT(S)

# MDL 1873

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **May 18, 2012**   TIME: **10:00 A.M.**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Peter Bourgeois | BJTBS | Davis Professional Services |
| Stewart Tharp | Taylor Porter | Coachmen |
| Dewey Scandurro | Scandurro & Layrisson, LLC | Gulf Stream Coach |
| Ryan Johnson | Jones Walker | A's - Thor, Sentry |