168-7024

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE: ENGLEHARD |
| *Cutrer, et al. v. Gulf Stream Coaches, et al.* | * | MAGISTRATE: CHASEZ |
| Docket No.: 2:10-cv-03554 | | |
| Plaintiff: Cody Lawrence Cutrer | * | |
| *Cutrer v. American International Group, et al.* | * | |
| Docket No.: 2:10-cv-03690 | | |
| Plaintiff: Cody Lawrence Cutrer | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, T-Mac, which respectfully moves this Honorable Court to withdraw the name of Laura M. Mayes formerly of the law firm of Degan, Blanchard & Nash, as counsel of record and substitute Renee F. Smith of the law firm of Degan, Blanchard & Nash.

-1-

**WHEREFORE**, Defendant, T-Mac, prays that this Court allow Laura M. Mayes formally of the law firm of Degan, Blanchard & Nash, to be permitted to withdraw as counsel from this matter and that the law firm of Degan, Blanchard & Nash be allowed to substitute and enroll Renee F. Smith as counsel of record.

Degan, Blanchard & Nash respectfully request that copies of all pleadings, notices, motions and other documents that are required to be served on counsel of record shall be served at the address below.

Respectfully submitted,

**DEGAN, BLANCHARD & NASH**

  __/s/ Laura M. Mayes_____
SIDNEY W. DEGAN, III (#04804)
LAURA M. MAYES (#32197)
RENEE F. SMITH (#23568)
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone:  504-529-3333
Facsimile:  504-529-3337
E-Mail:  sdegan@degan.com
         lmayes@degan.com
         rsmith@degan.com

*Attorneys for T-Mac, Inc.*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 21st day of May, 2012.

                                            ___*/s/ Laura M. Mayes*_____
                                               Laura M. Mayes

L:\168\7024\Doc\07 Motion to Withdraw and Substitute.doc