168-7024

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE:  ENGLEHARD |
| *Cutrer, et al. v. Gulf Stream Coaches, et al.* Docket No.: 2:10-cv-03554 Plaintiff:  Cody Lawrence Cutrer | * * | MAGISTRATE:  CHASEZ |
| *Cutrer v. American International Group, et al.* Docket No.: 2:10-cv-03690 Plaintiff:  Cody Lawrence Cutrer | * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

# O R D E R

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS ORDERED** that Laura M. Mayes be allowed to withdraw from this matter and that Renee F. Smith of the law firm of Degan, Blanchard & Nash, be substituted as counsel of record for Defendant, T-Mac, in the captioned matter, and that copies of all notices and pleadings that

-1-

are required to be served on counsel of record shall be served on Renee F. Smith and the law firm of Degan, Blanchard Nash.

     **THUS DONE AND SIGNED** this _____ day of May, 2012 at New Orleans, Louisiana.

                                             _____
                                                                                     **JUDGE**

L:\168\7024\Doc\07.1 Proposed Order for Motion to Withdraw and Substitute.doc