UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Payton, et al., v. Coachmen Industries, Inc., et al.*
*Civil Action No. 09-8666*
*************************************************************************

<u>FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above

captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the

allegations, claims and prayers for relief contained in their Complaint for Damages filed on their

behalf with this Court on December 30, 2009.

1.

This First Supplemental and Amending Complaint for Damages names Benjamin Stewart

III, as previously identified Plaintiff (hereinafter referred to as "Previously Identified Plaintiff"),

in the above-captioned matter.

2.

Consistent with the above, Plaintiff requests that Previously Identified Plaintiff be added

to Exhibit "A" of the above captioned matter.

3.

Previously Identified Plaintiff was originally placed in matched suits against an erroneously named manufacturer and only recently was able to correctly identify his manufacturer.  Plaintiff seeks to remedy this and in doing so comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiff resided in the same type of emergency housing unit manufactured by Coachmen Industries, Inc., as the other Plaintiffs who are named in the operative complaint.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiff to a First Supplemental and Amending Complaint for Damages against the same manufacturer (Coachmen Industries, Inc.).

5.

Previously Identified Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604))
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.


/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)