

**DEUTSCH,
KERRIGAN
& STILES**

755 Magazine Street
New Orleans, LA 70130
*Direct* (504) 593-0697
*Main* (504) 581-5141
*Fax* (504) 566-4077
rlewis@dkslaw.com
www.dkslaw.com

RAYMOND C. LEWIS
*Counselor at Law*

March 20, 2012

**Via: facsimile (504.525.9522) & email (danny@damicolaw.net)**
Danny D. Russell, Esq.
Frank J. D'Amico, Jr., APLC
4731 Canal Street
New Orleans, LA 70119

    RE:    Thomas Clark v. Williams Scotsman, Inc.
             U.S. District Court for the Eastern District of Louisiana 07-md-1873 (09-cv-8563)
             Our File No.: 52250-00411

Dear Danny:

    Our firm represents Williams Scotsman in the above-referenced matter. William Scotsman is not a manufacturer, but they have been sued by your client as the manufacturer of his emergency housing unit. As such, we ask that you please produce his Plaintiff Fact Sheet so that we are able to utilize the information contained therein to confirm the allegations in Plaintiff's Complaint.

    If you are unable to provide the requested information within the next fourteen (14) days, please advise me of same.

    With kindest regards, I remain,

                                  Sincerely yours,

                                  Raymond C. Lewis

RCL/mk
Ltr - 3_20_2012 - Clark - Fact Sheet Request (2).WPD

Deutsch, Kerrigan & Stiles, L.L.P.

*New Orleans • Monroe • Gulfport*


EXHIBIT A

```
** Transmit Conf.Report **
```

P.1                                                           Mar 20 2012 08:51am

| Fax/Phone Number | Mode   | Start      | Time  | Page | Result | Note |
|------------------|--------|------------|-------|------|--------|------|
| 95259522         | Normal | 20:08:51am | 0'33" | 2    | # O K  |      |



**DK&S**
DEUTSCH,
KERRIGAN
& STILES

# FAX

| To:   | DANNY RUSSELL                                                              | Fax:      | 525-9522  |
|-------|----------------------------------------------------------------------------|-----------|-----------|
| From: | RAY LEWIS                                                                  | Ext:      | 327       |
| Date: | March 20, 2012                                                             | Pages:    |  |
| Re:   | THOMAS CLARK V. WILLIAMS SCOTSMAN, INC. USDC EDLA # 07-MD-1873 (09-CV-8563) | File No.: | 52250-411 |

NOTES/COMMENTS:

755 Magazine Street • New Orleans, LA 70130 • (504) 581-5141 • Fax (504) 566-1201
www.dkslaw.com

This facsimile transmission contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (800-467-5141) and return the original facsimile to us by mail without retaining any copies. Thank you.



# DK&S
## DEUTSCH, KERRIGAN & STILES

755 Magazine Street
New Orleans, LA 70130
*Direct* (504) 593-0697
*Main* (504) 581-5141
*Fax* (504) 566-4077
rlewis@dkslaw.com
www.dkslaw.com

**RAYMOND C. LEWIS**
*Counselor at Law*

April 10, 2012

**Via: facsimile (504.525.9522) & email (danny@damicolaw.net)**
Danny D. Russell, Esq.
Frank J. D'Amico, Jr., APLC
4731 Canal Street
New Orleans, LA 70119
phone: 504.525.7272
fax: 504.525.9522

RE: Thomas Clark v. Williams Scotsman, Inc.
U.S. District Court for the Eastern District of Louisiana 07-md-1873 (09-cv-8563)
Our File No.: 52250-00411

Dear Danny:

Pursuant to Pre-Trial Order No. 32, please allow this letter to serve as written notice that the undersigned has not received a copy of the plaintiff fact sheet for Thomas Clark in suit No. 09-8563 filed on December 29, 2009. According to Pre-Trial Order No. 32, we shall file a motion to dismiss for failure to comply with said order and produce a plaintiff's fact sheet within thirty (30) days, on or before May 11, 2012.

With kindest regards, I remain,

Sincerely yours,

Raymond C. Lewis

RCL/mk

---

## ** Transmit Conf. Report **

P.1                                                                 Apr 10 2012 11:36am

| Fax/Phone Number | Mode   | Start      | Time   | Page | Result | Note |
|------------------|--------|------------|--------|------|--------|------|
| 95259522         | Normal | 10:11:36am | 0'39"  | 3    | # O K  |      |

**DKS**
DEUTSCH,
KERRIGAN
& STILES

**FAX**

To: Danny Russell         Fax: 525-9522
From: Ray Lewis           Ext: 327
Date: 4/10/12             Pages: 3
Re: Thomas Clark &        File No.: 52250-411
Devonte Britton                     4/10

NOTES/COMMENTS:

755 Magazine Street • New Orleans, LA 70130 • (504) 581-5141 • Fax (504) 566-1201
www.dkslaw.com

This facsimile transmission contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (800-467-5141) and return the original facsimile to us by mail without retaining any copies. Thank you.