UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Clark v. William Scotsman, Inc., et al.*, | * | |
| Civil Action No. 09-8563 | * | MAGISTRATE CHASEZ |

**************************************************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, William Scotsman, Inc., will bring the attached Motion to Dismiss for Failure to Comply with Pre-Trial Order 32 for hearing before this Honorable Court on the **13TH day of June, 2012, at 9:30am**.

Respectfully submitted,

/s/ Raymond C. Lewis
**ROBERT E. KERRIGAN, JR. (#7350)(T.A.)**
**RAYMOND C. LEWIS (#31236)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
RKerrigan@dkslaw.com
Counsel for Defendant, William Scotsman, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system for the United States District Court for the Eastern District of Louisiana. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non- CM/ECF participants on this the 22nd day of May, 2012.

/s/ Raymond C. Lewis
Raymond C. Lewis