UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Britton v. William Scotsman, Inc., et al.*, Civil Action No. 09-8565 | * * | MAGISTRATE CHASEZ |

**************************************************************************

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE TRIAL ORDER 32

NOW INTO COURT, through undersigned counsel, comes defendant, William Scotsman, Inc., who for reasons more fully set forth in the memorandum in support, moves this court to dismiss the above referenced matter with prejudice and at plaintiff's cost as a result of plaintiff's failure to produce his plaintiff fact sheet pursuant to Pre-Trial Order 32.

Respectfully submitted,

/s/ Raymond C. Lewis
**ROBERT E. KERRIGAN, JR. (#7350)(T.A.)**
**RAYMOND C. LEWIS (#31236)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile: (504) 566-1201
RKerrigan@dkslaw.com
Counsel for Defendant, William Scotsman, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system for the United States District Court for the Eastern District of Louisiana. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non- CM/ECF participants on this 22nd day of May 2012.

   /s/ Raymond C. Lewis
**Raymond C. Lewis**