UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Britton v. William Scotsman, Inc., et al.*, | * | |
| Civil Action No. 09-8565 | * | MAGISTRATE CHASEZ |

****************************************************************************

**ORDER**

Considering the Motion to Dismiss for Failure to Comply with Pre-Trial Order 32 and the attachments thereto filed on behalf of defendant, William Scotsman, Inc.;

**IT IS ORDERED** that any and all claims against William Scotsman, Inc. are hereby dismissed with prejudice and at plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT**


Respectfully submitted,

/s/ Raymond C. Lewis
**ROBERT E. KERRIGAN, JR. (#7350)(T.A.)**
**RAYMOND C. LEWIS (#31236)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile: (504) 566-1201
RKerrigan@dkslaw.com
Counsel for Defendant, William Scotsman, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system for the United States District Court for the Eastern District of Louisiana. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non- CM/ECF participants on this the 22nd day of May 2012.

                                                  **/s/ Raymond C. Lewis**
                                                    **Raymond C. Lewis**