UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

**O R D E R**

Considering the request by the Manufacturing Defendants' Liaison Counsel that the Court extend the deadlines contained in the Order to Reimburse Costs Relating to Census Database (Rec.Doc. 25626), and the statement by a representative of the Watts Firm that the firm has no objection to such extension; accordingly,

**IT IS ORDERED** that the deadlines contained in the Order to Reimburse Costs Relating to Census Database (Rec.Doc. 25626) are hereby extended by twenty-five (25) days.

New Orleans, Louisiana, this 22nd day of May, 2012.

                                                _____
                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**