UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## O R D E R

**IT IS ORDERED** that the submission dates for the following motions, presently set for May 30, 2012, are hereby continued to June 27, 2012, without oral argument:

| | |
|---|---|
| Rec. Doc. 25311 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Michelle Abram, et al*; Docket No. 10-196); |
| Rec. Doc. 25330 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cynthia Abney, et al*; Docket No. 09-7856); |
| Rec. Doc. 25334 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cynthia Abney, et al*; Docket No. 09-7856); |
| Rec. Doc. 25363 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cynthia Abney, et al*; Docket No. 09-7856); |
| Rec. Doc. 25364 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Jessica Jackson, et al*; Docket No. 10-2231); |
| Rec. Doc. 25365 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Wilma Necaise, et al*; Docket No. 10-2229); |

Rec. Doc. 25366  Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cheryl Treaudo, et al*; Docket No. 09-7831);

Rec. Doc. 25393  Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Shera Borne, et al*; Docket No. 10-1280);

Rec. Doc. 25394  Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Maria Turner, et al*; Docket No. 10-1281);

Rec. Doc. 25398  Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Marguerite Jiles, et al*; Docket No. 09-7833);

Rec. Doc. 25446  Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Williams, et al*; Docket No. 09-7070; *Burks, et al*; Docket No. 09-7072; *Stallworth, et al*; Docket No. 10-2190; *Clements, et al*; Docket No. 10-2184);

Rec. Doc. 25447  Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Clements, et al*; Docket No. 10-2184);

Rec. Doc. 25530  Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Rogers, et al*; Docket No. 10-1265);

Rec. Doc. 25531  Vanguard Industries' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pre-Trial Order Nos. 38, 49 and 68 (*Ratliff, et al*; Docket No. 10-1296);

Rec. Doc. 25540  Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Tolliver, et al*; Docket No. 09-8635);

Rec. Doc. 25541    Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Champagne, et al*; Docket No. 09-4797);

Rec. Doc. 25589    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Favre, et al*; Docket No. 10-3410);

Rec. Doc. 25590    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Brown, et al*; Docket No. 09-4716);

Rec. Doc. 25594    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Turner, et al*; Docket No. 10-1281);

Rec. Doc. 25595    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Decouracy, et al*; Docket No. 10-2297);

Rec. Doc. 25599    Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Chambers, et al*; Docket No. 09-8057; *Austin, et al*; Docket No. 10-2166);

Rec. Doc. 25600    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Brooks, et al*; Docket No. 09-8367);

Rec. Doc. 25601    Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Clements, et al*; Docket No. 10-2184; *Stallworth, et al*; Docket No. 10-2190);

Rec. Doc. 25602    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Allen, et al*; Docket No. 09-7925);

Rec. Doc. 25603    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Shavers, et al*; Docket No. 09-7760); and

Rec. Doc. 25613    Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (Docket No. 09-8467).

New Orleans, Louisiana, this 22nd day of May, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**