UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT REPORT NO. 31 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), and Settling Defendants' Liaison Counsel, subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 31.

**I.      REPORT OF CLAIMS AND CASE INVENTORY:**

Since the inception of this MDL in 2007, 1060 cases have been transferred in from other courts, pursuant to MDL panel orders. 882 of those cases are currently pending, and 178 cases have been closed. Further, 3,632 cases have been filed in this court. 3,056 cases of those are currently pending, and 576 cases have been closed. Still further, 124 cases have been removed to this Court from state courts. 118 cases of those are currently pending, and 6 cases have been closed. In all, 4816 cases are associated with this MDL. 4056 cases of those are currently pending, and 760 cases have been closed. The attached appendix lists the complaints that were filed or transferred into the MDL.

## II. PLAINTIFF FACT SHEETS (PFS)

Counsel representing parties are obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87), 32 (Rec. Doc. 1180) and 88 (Rec. Doc. 22153) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines) and 94 (Rec. Doc. 24065) (further setting forth PFS requirements).  Plaintiff attorneys are required to forward copies of PFSs to the PSC, as well as Liaison and Government Counsel pursuant to Pretrial Order Nos. 2, 32 and 88.

## III. MOTION PRACTICE

The following Motions are pending:

### SUBMITTED:

| | |
|---|---|
| Rec. Doc. 25227 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Aldridge, et al*; Docket No. 07-9228) |
| Rec. Doc. 25228 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Angela Pittman, et al*; Docket No. 10-2249) |
| Rec. Doc. 25229 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Tanika Woods, et al*; Docket No. 10-2261) |
| Rec. Doc. 25230 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*George Burns, et al*; Docket No. 10-2246) |
| Rec. Doc. 25510 | Gulf Stream's Motion to Compel Responses to Discovery (*Wallace, et al*; Docket No. 10-2438) |

### PENDING SUBMISSION:

| | |
|---|---|
| Rec. Doc. 25311 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Michelle Abram, et al*; Docket No. 10-196) |

| | |
|---|---|
| Rec. Doc. 25330 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cynthia Abney, et al*; Docket No. 09-7856) |
| Rec. Doc. 25334 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cynthia Abney, et al*; Docket No. 09-7856) |
| Rec. Doc. 25363 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cynthia Abney, et al*; Docket No. 09-7856) |
| Rec. Doc. 25364 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Jessica Jackson, et al*; Docket No. 10-2231) |
| Rec. Doc. 25365 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Wilma Necaise, et al*; Docket No. 10-2229) |
| Rec. Doc. 25366 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Cheryl Treaudo, et al*; Docket No. 09-7831) |
| Rec. Doc. 25379 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Ussin, et al*; Docket No. 10-3624) |
| Rec. Doc. 25393 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Shera Borne, et al*; Docket No. 10-1280) |
| Rec. Doc. 25394 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Maria Turner, et al*; Docket No. 10-1281) |
| Rec. Doc. 25398 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (*Marguerite Jiles, et al*; Docket No. 09-7833) |
| Rec. Doc. 25445 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Mitchell, et al*; Docket No. 09-7705; *Hunter, et al*; Docket No. 09-8634; *Tolliver, et al*; Docket No. 09-8635; *Butler, et al*; Docket No. 09-8636; *Armwood, et al*; Docket No. 09-8637; *White, et al*; Docket No. 10-2546) |

| | |
|---|---|
| Rec. Doc. 25446 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Williams, et al*; Docket No. 09-7070; *Burks, et al*; Docket No. 09-7072; *Stallworth, et al*; Docket No. 10-2190; *Clements, et al*; Docket No. 10-2184) |
| Rec. Doc. 25447 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Clements, et al*; Docket No. 10-2184) |
| Rec. Doc. 25449 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Green, et al*; Docket No. 10-3436) |
| Rec. Doc. 25454 | USA's Motion to Dismiss Plaintiffs' Claims for Lack of Subject Matter Jurisdiction (*Brouilette, et al*; Docket No. 09-3200) |
| Rec. Doc. 25455 | USA's Motion to Dismiss Plaintiffs' Claims for Lack of Subject Matter Jurisdiction (*Airhart, et al*; Docket No. 09-5477) |
| Rec. Doc. 25456 | USA's Motion for Entry of a Fed. R. Civ. P. 54(b) Judgment (*Airhart, et al*; Docket No. 09-5477) |
| Rec. Doc. 25530 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Rogers, et al*; Docket No. 10-1265) |
| Rec. Doc. 25531 | Vanguard Industries' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pre-Trial Order Nos. 38, 49 and 68 (*Ratliff, et al*; Docket No. 10-1296) |
| Rec. Doc. 25540 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Tolliver, et al*; Docket No. 09-8635) |
| Rec. Doc. 25541 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Champagne, et al*; Docket No. 09-4797) |
| Rec. Doc. 25589 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Favre, et al*; Docket No. 10-3410) |

| | |
|---|---|
| Rec. Doc. 25590 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Brown, et al*; Docket No. 09-4716) |
| Rec. Doc. 25593 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Alexander, et al*; Docket No. 09-8647) |
| Rec. Doc. 25594 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Turner, et al*; Docket No. 10-1281) |
| Rec. Doc. 25595 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Decouracy, et al*; Docket No. 10-2297) |
| Rec. Doc. 25599 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Chambers, et al*; Docket No. 09-8057; *Austin, et al*; Docket No. 10-2166) |
| Rec. Doc. 25600 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Brooks, et al*; Docket No. 09-8367) |
| Rec. Doc. 25601 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Clements, et al*; Docket No. 10-2184; *Stallworth, et al*; Docket No. 10-2190) |
| Rec. Doc. 25602 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Allen, et al*; Docket No. 09-7925) |
| Rec. Doc. 25603 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (*Shavers, et al*; Docket No. 09-7760) |
| Rec. Doc. 25605 | Plaintiffs' Motion for Entry of Preliminary Default |

**MATTERS ON APPEAL**

| | |
|---|---|
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011. |

> On February 8, 2012, the Clerk of the U.S. Fifth Circuit notified counsel that the appeal had been placed in abeyance pending settlement negotiations. Appellant's counsel is required to provide the Clerk's office with a status report regarding settlement negotiations every thirty (30) days. The parties have submitted status reports on March 8, 2012, April 11, 2012 and May 9, 2012.

## IV.  MANUFACTURED HOUSING NON-LITIGATION "TRACK"

The Court entered an Order approving the Special Master's Recommendations on Methodology and Allocations on January 13, 2012 (Rec Doc No. 24134). On January 16, 2012, the Special Master sent notices of individual allocation amounts and notice of rights to all identified settlement class members. The deadline to object to an individual allocation was January 31, 2012. On March 23, 2012, Special Master Dan Balhoff held a hearing to address individual objections. On April 27, 2012, Special Master Balhoff submitted the Special Master's Rulings and Report on Objections and Appeals (Document No. 25435). On May 4, 2012, the Court adopted the Special Master's recommendations (Document No. 25507).

## V.  TRIALS

   A.  Jury trials scheduled at this time:

   1. Trial will begin on July 23, 2012 in the matter of *Christina Bean, et al v. Gulf Stream Coach;* Docket No. 09-6070

   2. Trial will begin on August 13, 2012 in the matter of *James Wallace, III, et al v. Gulf Stream coach, Inc.*; Docket No. 10-2438

   3. Trial will begin on September 4, 2012 in the matter of *Earl Ralleigh, et al v. Monaco Coach Corporation*; Docket No. 09-4727

   4. Trial will begin on October 9, 2012 in the matter of *Johnnie Helmsetter, et al. v. Forest River, Inc.*; Docket No. 09-8630

5. Trial will begin on October 15, 2012 in the matter of *George Jones, et al v. Monaco Coach Corporation*; Docket No. 10-1258

6. Trial will begin on November 26, 2012 in the matter of *Michelle Abram, et al v. Gulf Stream Coach, Inc.*; Docket No. 10-196

7 Trial will begin on January 14, 2013 in the matter of *Ponthieux, et al v. Forest River, Inc., et al*; Docket No. 09-5298

8. Trial will begin on January 28, 2013 in the matter of *Stephanie A. Pizani v. Gulf Stream Coach, Inc.*; Docket No. 09-2944

9. Trial will begin on January 28, 2013 in the matter of *Phillpott, et al v. Forest River, Inc.;* Docket No. 09-7970

10. Trial will begin on February 25, 2013 in the matter of *Trang Dang, et al v. Gulf Stream Coach, Inc.*; Docket No. 08-4161

11. Trial will begin on February 25, 2013 in the matter of *Hattie Wagner, et al v. Gulf Stream Coach, Inc.*; Docket No. 09-2916

12. Trial will begin on March 11, 2013 in the matter of *Henry Gautreaux, et al v. Gulf Stream Coach, Inc.*; Docket No. 08-1094

13. Trial will begin on March 11, 2013 in the matter of *Joseph, et al v. Forest River, Inc.;* Docket No. 09-4449

14. Trial will begin on March 18, 2013 in the matter of *Carolyn Doiron, et al v. Gulf Stream Coach, Inc.*; Docket No. 09-2889

15. Trial will begin on March 25, 2013 in the matter of *Verna Major, et al v. Gulf Stream Coach, Inc.*; Docket No. 09-2949

16. Trial will begin on March 25, 2013 in the matter of *Gioiello, et al v. Vanguard Industries of Michigan, Inc., et al*; Docket No. 09-8534

17. Trial will begin on April 8, 2013 in the matter of *Babineaux, et al v. Forest River, et al*; Docket No. 09-4820

18. Trial will begin on April 29, 2013 in the matter of *Ann Terrell v. Gulf Stream Coach, Inc., et al;* Docket No. 12-548

B. Discovery of Information such as Individual Assistance Files from FEMA

All requests for Individual Assistance Files from the United States/FEMA will be facilitated through Co-Liaison Counsel for Plaintiffs.

## VI. CLAIMS AGAINST THE UNITED STATES.

The Court has dismissed the claims of all Alabama and Mississippi plaintiffs against the United States. These rulings were entered as final Rule 54(b) judgments and have been affirmed by the United States Court of Appeals for the Fifth Circuit. *See* Rec. Doc. 14486, *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281 (5th Cir. 2012) (Mississippi plaintiffs); Rec. Doc. 15061, *aff'd*, In Re: FEMA Trailer Formaldehyde Products Liability Litigation, 668 F.3d 281 (5th Cir. 2012) (Alabama plaintiffs); *see also* Rec. Docs. 24808, 24809. In a series of separate rulings, the Court also dismissed the claims of all Louisiana plaintiffs against the United States. *See* Rec. Docs. 717, 2671, 14124, 24961. The Court recently entered a Rule 54(b) judgment on these rulings. *See* Rec. Doc. 25175. The only remaining claims against the United States are two actions involving three Texas Plaintiffs.

**VII.  SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.**

Settlement proceeds have been distributed to claimants however, Plaintiffs' Liaison counsel have been notified by the CADA that several claimants have incorrect mailing addresses and therefore certain settlement checks have been returned as undeliverable. The CADA has contacted counsel of record for such individuals to alert them to these occurrences and to request proper mailing instructions. Special Master Amanda Ballay has been tasked with the duty of contacting individual attorneys representing unreachable claimants and to report to the Court on the status of her efforts.

**VIII.  SETTLEMENT OF CLAIMS AGAINST CONTRACTOR DEFENDANTS**

A tentative settlement regarding the claims pending against the four major IA/TAC contractors (Shaw, Fluor, Bechtel and CH2M Hill) has been reached. The parties anticipate filing a joint motion for approval of a class settlement regarding these claims shortly. Additionally, several installation, haul and maintenance sub-contractors have settled the claims pending against them and will participate in the proposed joint motion for approval.

**IX.  PRETRIAL ORDER NO. 96, RECOMMENDATION FOR REMAND AND MOTIONS TO SEVER**

    A.  **PTO NO. 96**. The Court has appointed James C. Percy and Ryan E. Johnson as Settlement Co-Liaison Counsel to represent the Settling Defendants' Group. (Rec. Doc. 24856)

On April 13, 2012, the PSC and the Settling Defendants Group filed a "Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement." (Rec. Doc. 25226). The names of Settling Defendants are set out in the Exhibit "A" documents attached to that motion. (Rec. Doc. 25226-2). The Joint Motion is presently pending before the Court. Since the filing of

the joint motion, Jayco, Inc., Jayco Enterprises, Inc. and Starcraft RV, Inc. have executed a Memorandum of Understanding with the PSC settling all claims pending against each and will join in the joint unopposed motion. The filing of the amended/modified motion is to be filed by no later than May 21, 2012.

Certain Contractor Defendants expect to join in the manufacturers' motion or file a similar, parallel motion.

### B.    REMAND AND MOTIONS TO SEVER.

With regard to all cases against manufacturing defendants other than the Settling Defendants in which venue is proper in a district other than the Eastern District of Louisiana, the Court intends to file a Notice of Suggestion of Remand with the Judicial Panel on Multidistrict Litigation pursuant to Rule 10.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. The court has entered a Show Cause Order (Rec. Doc. 25606) stating that by May 30, 2012, any party should show cause why the Court should not enter a Suggestion of Remand to the MDL Panel.

### C.    TRIAL DATES FOR EASTERN DISTRICT OF LOUISIANA CASES.

Additionally, Member cases for which venue is proper in the Eastern District of Louisiana shall be promptly set for trial, except that trial shall not be set in any case against a Settling Defendant.

## X.    MISCELLANEOUS

A.   John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all non-government defendants in this MDL (Rec. Doc. 13236 and Rec. Doc. 22206).

B.   Amanda J. Ballay has been appointed as Special Master in this MDL (Rec. Doc. 23284).

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:    504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
**ATTORNEY FOR THE UNITED STATES OF AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Suite 800-S

Washington, D.C. 20004
Telephone: 202/616-4223
Henry.Miller@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: 566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, 27th Floor
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com