UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | **MDL NO. 07-1873**<br><br>SECTION N (4)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENTS RELATES TO: CIVIL ACTION NO. 08-1094 | * * * | MAGISTRATE: CHASEZ |

****************************************************************************

## CERTIFICATE OF NO OPPOSITION

I, Amber E. Cisney, have contacted all counsel of record regarding the Plaintiff's Fourth Supplemental and Amended Complaint. Defendants do not oppose the filing of the Fourth Supplemental and Amended Complaint.

   /s/ Amber E Cisney
Amber E. Cisney