UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | **MDL NO. 07-1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (4) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENTS RELATES TO: | * | |
| CIVIL ACTION NO. 08-1094 | * | MAGISTRATE: CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **HENRY GAUTREAUX,** who respectfully requests this court grant leave to file a Fourth Supplemental and Amended Complaint adding Defendants, **Lexington Insurance Company, Axis Specialty Insurance Co., Steadfast Insurance Co., and Westchester Surplus Lines Inc.,** the insurers of Gulf Stream Coach, Inc. during the relevant time period.   Plaintiffs' learned of the relationship between these insurers and Gulf Stream Coach through discovery in this Multidistrict Litigations:  *In Re: Fema Trailer Formaldehyde Products Liability Litigation.*

Plaintiff represents that the Amended Complaint will cause neither prejudice to the parties nor undue delay.

WHEREFORE, premises considered, Plaintiffs prays that this Court issue an order granting Plaintiffs' Motion for Leave of Court to File a Fourth Supplemental and Amended Complaint.

Respectfully submitted,


 /s/ Amber E. Cisney
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
rick@rjfernandez.net
amber@amlbenzene.net

&

L. ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
433 Metairie Rd., Suite 302
Metairie, Louisiana  70002
Telephone: (504) 832-9898
Facsimile:  (504) 832-9811
eric@amlbenzene.net

**ATTORNEY FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding by ECMF  on this 23rd  day of May, 2012

____/s/Amber E. Cisney_____
Amber E. Cisney