UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | **MDL NO. 07-1873** SECTION N (4) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENTS RELATES TO: CIVIL ACTION NO. 08-1094 | * * * | MAGISTRATE: CHASEZ |

***************************************************************************

## ORDER

CONSIDERING THE FOREGOING; Motion for Leave of Court to File Fourth Supplemental and Amended Complaint,

IT IS ORDERED, that **HENRY GAUTREAUX** is hereby granted leave to file a Fourth Supplemental and Amended Complaint.

Orleans Parish, signed this _____ day of _____, 2012

_____
Judge