UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | **MDL NO. 07-1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (4) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENTS RELATES TO: | * | |
| CIVIL ACTION NO. 08-1094 | * | MAGISTRATE: CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOURTH SUPPLEMENTAL AND AMENDED PETITION**

Plaintiff, Henry Gautreaux, through undersigned counsel supplements and amends the

Original complaint, First amended Complaint Second Amended Complaint and Third Amended

Complaint as follows.

**I.**
**Parties**
**Defendants**

Plaintiff Amended as follows:

"The Defendants are:

1. **Gulf Stream Coach's, Inc**., a foreign corporation organized in the State of Indiana,

   authorized  to do and doing business in the State of Louisiana;

2. **Fluor Enterprises, Inc.;** a foreign corporation organized in the state of California,

   authorized  to do and doing business in the State of Louisiana;

3. **Lexington Insurance Company**, 100 summer St., Boston, MA 02110, a foreign

   corporation authorized to do and doing business in the State of Louisiana;

4. **Axis Specialty Insurance Co.,** 11680 Great Oaks Way, Suite 500, Alpharetta, GA 30222, a foreign corporation authorized to do and doing business in the State of Louisiana;

5. **Steadfast Insurance Co.,** 1400 American Lane Tower 1, 19th Floor, Schaumberg, IL 60196, a foreign corporation authorized to do and doing business in the State of Louisiana;

6. **Westchester Surplus Lines Inc.**, P.O. Box 1000, 436 Walnut St., Philadelphia, PA 19101, a foreign corporation authorized to do and doing business in the State of Louisiana."

Plaintiff Supplements as follows:

**II.**

Plaintiffs herein incorporate in extenso all allegations in Plaintiffs' Original Complaint. [Rec. Doc. 1, Docket No. 08-1094].

**III.**

Plaintiffs herein incorporate in extenso all allegations in Plaintiffs' First Supplemental Complaint for Damages.

**IV.**

Plaintiffs herein incorporate in extenso all allegations in Plaintiffs' Second Amended Complaint for Damages [Rec. Doc. 1084, MDL 07-1873].

**V.**

Plaintiffs herein incorporate in extenso all allegations in Plaintiffs' Third Supplemental and Amended Complaint.

**VI.**

Insurers**, Lexington Insurance Company**, **Axis Specialty Insurance Co., Steadfast Insurance Co., and Westchester Surplus Lines Inc.**, all provided liability  insurance coverage to Gulf Stream Coach between  2005 and 2007.

## VII.

Insurers, **Lexington Insurance Company**, **Axis Specialty Insurance Co., Steadfast Insurance Co., and Westchester Surplus Lines Inc.**, are liable for the damages alleged by Plaintiff, as a result of the negligence of their insured, Gulf Stream Coach, Inc.

## VIII.

Wherefore, Plaintiff respectfully Supplements and amends the Original, First, Second and Third Complaints in the foregoing respects, and otherwise reiterates and re-avers all of the allegations and prayers for relief contained therein.

Respectfully submitted,

s/ L. Eric Williams
L. ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
433 Metairie Rd, Suite 404
Metairie, Louisiana  70006
Telephone: (504) 832-9898
Facsimile:   (504) 834-9811
eric@amlbenzene.net

&

/s/ Richard J. Fernandez
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
rick@rjfernandez.net

amber@amlbenzene.net
**ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding by ECMF, email  or facsimile on this 22nd day of May, 2012.


_____/s/Richard J. Fernandez_____
Richard J. Fernandez