UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER         MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## O R D E R

**IT IS ORDERED** that the deadline for filing all pleadings necessary to amend to the Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement for the manufacturer settlement (Rec. Doc. 25226) and related documents, presently set for Friday, May 25, 2012, is hereby extended to Tuesday, May 29, 2012 at 9:00 a.m.

If the parties fail to meet this deadline, the Court will issue an order to show cause why monetary sanctions should not be imposed upon any counsel or party determined to be responsible for the delay.

New Orleans, Louisiana, this 24th day of May, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**