MINUTE ENTRY
ENGELHARDT, J.
May 18, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                         SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


     A status conference was conducted on Friday, May 18, 2012 at 10:00 a.m.  Participating were Gerald E. Meunier, Andrew D. Weinstock and Ernest P. Gieger, Jr.

JS10(0:10)