MINUTE ENTRY
ENGELHARDT, J.
May 18, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                                     SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, May 18, 2012, at 9:30 a.m. with liaison counsel, steering committee members, and counsel for the Government. Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Mikal C. Watts, Matthew B. Moreland, John Stewart Tharp, Amanda J. Ballay, Robert M. Becnel, Charles E. Leche, Ryan Johnson, Dennis C. Reich, Andrew D. Weinstock, Gerald E. Meunier, Raul R. Bencomo and Anthony G. Buzbee.

**Court Reporter: Cathy Pepper**

JS10(0:30)