MINUTE ENTRY
ENGELHARDT, J.
May 18, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                          SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, May 18, 2012, at 10:00 a.m. Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Mikal C. Watts, Matthew B. Moreland, John Stewart Tharp, Amanda J. Ballay, Robert M. Becnel, Charles E. Leche, Ryan Johnson, Dennis C. Reich, Andrew D. Weinstock, Gerald E. Meunier, Raul R. Bencomo and Anthony G. Buzbee.

      A complete list of attendees is attached as a supplement to the Court's Pretrial Order #98 dated May 18, 2012 (Rec. Doc. No. 25623).

**Court Reporter: Cathy Pepper**

JS10(0:30)