UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(4) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: ALL CASES | * | |
| | * | MAG: CHASEZ |

## JOINT UNOPPOSED MOTION TO AMEND AND SUPPLEMENT EXISTING MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

Plaintiffs, appearing through liaison counsel, Defendants Fairmont Homes, Inc., Forest River, Inc., Gulf Stream Coach, Inc., Jayco, Inc., Jayco Enterprises, Monaco Coach Corporation, Inc. (through its insurer), Starcraft RV, Inc., Vanguard LLC, and Vanguard Industries of Michigan, Inc. (the "Newly Settling Defendants") and the Settling Defendants (i.e., those defendants who appeared in the previously filed Motion for Preliminary Approval of Class Settlement, Rec. Doc. No. 25226), jointly move the Court to amend the pending Motion for Preliminary Approval of Class Settlement, including the amendment of certain documents submitted in connection with that motion, and to add additional documents in support of that motion.

In support of this motion, the moving parties represent the following:

1.

On April 13, 2012, the Plaintiffs and Settling Defendants filed the "Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement." Rec. Doc. No. 25226. That

1

motion is still pending and the Court has not yet issued any orders granting preliminary approval of the proposed class.

2.

Included in the April 13, 2012 filing were a number of exhibits that included proposed notices and proposed orders related to the proposed class settlement.

3.

Since the April 13, 2012 filing date, additional defendants (i.e., the "Newly Settling Defendants") have reached settlements with the Plaintiffs. For purposes of efficiency and judicial economy, those Newly Settling Defendants wish to join in the existing class settlement framework.

4.

The Plaintiffs and Settling Defendants have no opposition to the Newly Settling Defendants' request to join into the existing class settlement framework.

5.

To permit the Newly Settling Defendants to be added into the existing proposed settlement framework and to allow all parties to complete the proposed class settlement process timely based on the Court's September 27, 2012 Fairness Hearing date, the parties jointly propose and request that the Court allow the following amendments and supplements to the previously-filed documents:

    (a)    Addition of an Individual Settlement Sheet for each of the Newly Settling Defendants. These sheets will be added to the already existing package of Individual Settlement Sheets included as Exhibit "A" to the Stipulation of Settlement.[1]

---

[1] The additional Individual Settlement Sheets for the Newly Settling Defendants are submitted with this motion as Attachment 1.

 (b) Substitution of revised versions of Exhibits "E" (the Class Notice Package) and "I" (the Legal Notice), the purpose of which is to: (i) add the names of the Newly Settling Defendants to the notices; and (ii) revise certain dates for various deadlines in the notices to be consistent with the Court's September 27, 2012 Fairness Hearing date.[2]

 (c ) Substitution of a newly proposed Preliminary Approval order, the purpose of which is to reflect a revised set of deadlines to be consistent with the Court's September 27, 2012 Fairness Hearing date.[3]

 (d) To amend four specific dates set out in the Stipulation of Settlement previously filed by the parties (Rec. Doc. No. 25226-1) to make those dates consistent with the newly proposed Preliminary Approval Order and the Court's September 27, 2012 Fairness hearing.  Those dates would be amended as follows:

   (i) Opt-Out Date:

    Original date:  June 25, 2012
    Amended date:  August 17, 2012

   (ii) PSC Creation of Class Member List:

    Original date: April 27, 2012
    Amended Date:  June 15, 2012

   (iii) Date to Mail Out Class Notice Package:

    Original date:  May 11, 2012
    Amended Date:  July 3, 2012

   (iv) Objections due date:

    Original date:  July 13, 2012
    Amended date:  August 31, 2012

 (e) To substitute revised Declaration of Gerald Meunier, substituted Declaration of John Perry (with Declaration of Daniel J. Balhoff) and revised Declaration of James C. Percy, issued after the joinder of the Newly Settling Defendants.[4]

---

[2] The revised versions of these two exhibits are submitted with this motion as Attachments 2 and 3, respectively.

[3] The revised Preliminary Approval Order is submitted with this motion as Attachment 4.

[4] The revised declarations are submitted with this motion as Attachments 5, 6 and 7.

 (f) To substitute a revised claim form.[5]

 (g) To substitute a revised Public Service announcement.[6]

 (h) To substitute a revised Settlement Notice Plan.[7]

 (i) To substitute a revised list of Class Representatives.[8]

 (j) To substitute a revised list of Filed Cases.[9]

 (k) To substitute a revised memorandum in support of the Motion for Preliminary Approval of Class Settlement.[10]

6.

Additionally, defendant KZRV, LP individually moves to substitute a revised Individual Settlement Sheet related to its settlement with the plaintiffs.[11]

7.

The parties have submitted a proposed order in connection with this motion.

---

[5] The revised claim form is submitted with this motion as Attachment 8.

[6] The revised Public Service Announcement is submitted with this motion as Attachment 9.

[7] The revised Settlement Notice Plan is submitted with this motion as Attachment 10.

[8] The revised list of Class Representatives is submitted with this motion as Attachment 11.

[9] The revised list of Filed Cases is submitted with this motion as Attachment 12.

[10] The revised supporting memorandum is submitted with this motion as Attachment 13.

[11] The revised Individual Settlement Sheet for defendant KZRV, LP and its insurers is submitted with this motion as Attachment 14.

Respectfully Submitted:


*/s/Gerald E. Meunier*
*/s/Justin I. Woods*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

*Plaintiffs, through liaison counsel*

*/s/Andrew D. Weinstock*
ANDREW D. WEINSTOCK, #18495
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:    504/837-3119
andreww@duplass.com

*Counsel for Defendants Gulf Stream Coach, Fairmont Homes, Inc., and Monaco Coach Corporation, Inc.*


*/s/Ernest P. Gieger, Jr.*
ERNEST P. GIEGER, JR.
MIKE DIGIGLIA
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, LA 70139
561-0400
egieger@glllaw.com
mdigiglia@glllaw.com

*Counsel for Defendants, Forest River, Inc., Vanguard Industries of Michigan, Inc., and Vanguard, LLC*

*s/Thomas L. Cougill*
THOMAS L. COUGILL
JEFFREY P. FULTZ
WILLINGHAM, FULTZ & COUGILL, LLP
Neil Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002
(713) 333-7600
(713) 333-7601 (FAX)
tomc@willingham-law.com

*Counsel for Defendants Jayco, Inc. and Starcraft RV, Inc.*


*/s/Ryan E. Johnson*
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

*Co-Liaison counsel for Settling Defendants*

Dated:  May 28, 2012

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of this pleading and the attachments to it have been filed through the Court's CM/ECF system, and that all parties will receive service of this filing, through that system.

 New Orleans, Louisiana, this 28th day of May, 2012.

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
