## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )

| | |
|---|---|
| **NAME OF SETTLOR:** | Forest River, Inc., Vanguard Industries of Michigan, Inc., Vanguard, LLC, their liability insurers and all released parties as set forth in their Memorandum of Understanding executed on May 25, 2012. |
| | Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement. |
| **SETTLOR'S COUNSEL:** | ERNEST P. GIEGER, JR. (6154)<br>ANDREW A. BRAUN (#3415)<br>J. MICHAEL DIGIGLIA (24378)<br>GIEGER, LABORDE & LAPEROUSE, L.L.C.<br>One Shell Square<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139-4800 |
| **SETTLEMENT AMOUNT:** | Amount being deposited under seal per terms of Memorandum of Understanding executed on May 25, 2012. |
| **OTHER APPLICABLE PROVISIONS:** | Memorandum of Understanding executed on May 25, 2012. |

_____  5/25/12
Plaintiffs' Counsel            Date

_____  May 24, 2012
Settlors' Counsel              Date

{B0788935.1}                       1

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )

NAME OF SETTLOR: Gulf Stream Coach, Inc., Fairmont Homes, Inc., their liability insurers and all released parties as set forth in their Memorandum of Understanding executed on May 24, 2012.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

SETTLOR'S COUNSEL: ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002

and

Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
SCANDURRO & LAYRISSON
607 St. Charles Avenue
New Orleans, LA 70130

SETTLEMENT AMOUNT: Amount being deposited per terms of Memorandum of Understanding.

OTHER APPLICABLE PROVISIONS: Memorandum of Understanding executed on May 24, 2012.

This settlement is subject to the following conditions which supplement, and supersede where appropriate, the terms contained in the Stipulation of Settlement (R. Doc. 25226-1):

1. To ensure that there is no ambiguity, the terms concerning settlement relief contained in Section III.B. and concerning Notice Cost contained in Section V.D. of the Stipulation of Settlement are intended to cap this Settlement Group's potential pro-rata contribution (divided by Settlement Groups) to a single $35,000.00 cap for the cost of class notice and charges of the Special Master,

00382148-1                                    1

combined (i.e., if 16 Settlement Groups, $35,000/16 = $2,187.50 total potential contribution for cost of class notice and charges of special master).

_____   5/25/12
Plaintiffs' Counsel              Date

_____   5/25/2012
Settlors' Counsel                Date

INDIVIDUAL SETTLEMENT SHEET

(Exhibit A to Stipulation of Settlement)

SETTLING SETTLOR: Jayco, Inc., Jayco Enterprises, Inc., Jayco Corp., Starcraft RV, Inc., Interstate Fire and Casualty Company, Lexington Insurance Company, Westchester Specialty Insurance Company and Arch Specialty Insurance Company

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

COUNSEL: Thomas L. Cougill, Bar No. 04877300
R. Mark Willingham, Bar No. 21641500
Willingham, Fultz, & Cougill, LLP
Neil Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002

SETTLEMENT FUND: Amount being deposited under seal per terms of Memorandum of Understanding

OTHER APPLICABLE PROVISIONS: Memorandum of Understanding executed on May 8th, 2012.

_____  5/21/12
Plaintiff's Counsel                Date

_____  5/21/12
Settlors' Counsel                  Date

# INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement)

**NAME OF SETTLOR:** Monaco Coach Corporation, its liability insurers and all released parties as set forth in its Memorandum of Understanding executed on May 24, 2012.

Settling Settlor also includes, but is not limited to, those Settlors, Released Parties, and/or Releasees as more fully defined in the Stipulation of Settlement.

**SETTLOR'S COUNSEL:** ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002

**SETTLEMENT AMOUNT:** Amount being deposited per terms of Memorandum of Understanding.

**OTHER APPLICABLE PROVISIONS:** Memorandum of Understanding executed on May 24, 2012.

This settlement is subject to the following conditions which supplement, and supersede where appropriate, the terms contained in the Stipulation of Settlement (R. Doc. 25226-1):

1. To ensure that there is no ambiguity, the terms concerning settlement relief contained in Section III.B. and concerning Notice Cost contained in Section V.D. of the Stipulation of Settlement are intended to cap this Settlement Group's potential pro-rata contribution (divided by Settlement Groups) to a single $35,000.00 cap for the cost of class notice <u>and</u> charges of the Special Master, combined (i.e., if 16 Settlement Groups, $35,000/16 = $2,187.50 total potential contribution for cost of class notice and charges of special master).

2. The settlement of Monaco Coach Corporation is contingent upon approval of the United States Bankruptcy Court for the District of Delaware.

_____  5/27/2012
Plaintiffs' Counsel              Date

00383126-1                                   1

2

_____      5/27/2012
Settlors' Counsel                Date