# INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement)

**NAME OF SETTLORS:**

    KZRV, LP
    Sentry Insurance a Mutual Company
    Lexington Insurance Company

**SETTLOR'S COUNSEL:**

    James C. Percy
    Ryan E. Johnson
    Jones Walker
    8555 United Plaza Blvd., Fifth Floor
    Baton Rouge, Louisiana 70809
    (Counsel for KZRV, LP)

    Charles E. Leche
    Deutsche, Kerrigan & Stiles, L.L.P.
    755 Magazine Street
    New Orleans, Louisiana 70130
    (Counsel for Lexington Insurance Company)

    Heidi Vogt
    von Briesen & Roper, S.C.
    411 East Wisconsin Avenue
    Suite 700
    Milwaukee, WI 53202
    (Counsel for Sentry Insurance a Mutual Company)

**SETTLEMENT AMOUNT:**

    $1,250,000

| *signed* Justin I. Woods | 5-28-12 | *signed* Heidi Vogt / by REJ | 4-13-12 |
|---|---|---|---|
| Plaintiffs' Counsel | Date | Settlor's Counsel<br>(Heidi Vogt for Sentry) | Date |
| *signed* Ryan E. Johnson | 4-13-12 | *signed* Charles E. Leche / by REJ | 4-13-12 |
| Settlor's Counsel<br>(Ryan E. Johnson for KZ) | Date | Settlor's Counsel<br>(Charles E. Leche for Lexington) | Date |

{B0789786.1}    1