UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**

NOW INTO COURT, through undersigned counsel, come the Settling Contractor Defendants and Plaintiffs' Steering Committee (PSC), who, for the reasons more fully set forth in the Memorandum filed herewith, respectfully move this Honorable Court for preliminary approval of a proposed class settlement of all claims asserted in this MDL against these Settling Contractor Defendants.[1]  The undersigned certify that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163

---

[1] Attached as Exhibit 1 is the Stipulation of Settlement (including exhibits thereto) between the PSC and the Settling Contractor Defendants.

Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820


s/ M. David Kurtz
M. DAVID KURTZ (#23821)
CONTRACTOR LIAISON COUNSEL
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com


**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713