## INDIVIDUAL SETTLEMENT SHEET

## (EXHIBIT A TO STIPULATION OF SETTLEMENT)

**NAMES OF SETTLORS:**

Bechtel National, Inc., and its insurer, American Home Assurance Company;

CH2M HILL Constructors, Inc. and its insurers, Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, and CH2M HILL subcontractors Babcock Services, Inc. and Airmart, Inc./Style Crest Products, Inc.;

Fluor Enterprises, Inc., and its insurers, American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, and Continental Casualty Company;

Shaw Environmental, Inc. and its insurer, Zurich American Insurance Company.

Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more fully defined in the Stipulation of Settlement.

**SETTLORS' COUNSEL:**

JOHN J. HAINKEL, III
On behalf of Bechtel National, Inc.

GERARDO R. BARRIOS
On behalf of CH2M HILL Constructors, Inc.

CHARLES R. PENOT, JR.
On behalf of Fluor Enterprises, Inc.

M. DAVID KURTZ
On behalf of Shaw Environmental, Inc.

**SETTLEMENT AMOUNT:**

Five Million Dollars and no cents ($5,000,000.00)

1

**OTHER APPLICABLE PROVISIONS:**

Allocation of the total of Five million dollars of the fund from this group is undifferentiated and confidential to the members of this group and their insurers.

_____     _5/28/2012_
GERALD E. MEUNIER  *JUSTIN I. WOODS*      Date
Counsel for Plaintiffs

_____     _5/28/12_
JOHN J. HAINKEL, III                Date
On behalf of Bechtel National, Inc.

_____     _____
GERARDO R. BARRIOS                  Date
On behalf of CH2M HILL Constructors, Inc.

_____     _____
CHARLES R. PENOT, JR.               Date
On behalf of Fluor Enterprises, Inc.

_____     _____
M. DAVID KURTZ                      Date
On behalf of Shaw Environmental, Inc.

## INDIVIDUAL SETTLEMENT SHEET
## (EXHIBIT A TO STIPULATION OF SETTLEMENT)

**NAMES OF SETTLORS:**

Bechtel National, Inc., and its insurer, American Home Assurance Company;

CH2M HILL Constructors, Inc. and its insurers, Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, and CH2M HILL subcontractors Babcock Services, Inc. and Airmart, Inc./Style Crest Products, Inc.;

Fluor Enterprises, Inc., and its insurers, American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, and Continental Casualty Company;

Shaw Environmental, Inc. and its insurer, Zurich American Insurance Company.

Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more fully defined in the Stipulation of Settlement.

**SETTLORS' COUNSEL:**

JOHN J. HAINKEL, III
On behalf of Bechtel National, Inc.

GERARDO R. BARRIOS
On behalf of CH2M HILL Constructors, Inc.

CHARLES R. PENOT, JR.
On behalf of Fluor Enterprises, Inc.

M. DAVID KURTZ
On behalf of Shaw Environmental, Inc.

**SETTLEMENT AMOUNT:**

Five Million Dollars and no cents ($5,000,000.00)

1

**OTHER APPLICABLE PROVISIONS:**

Allocation of the total of Five million dollars of the fund from this group is undifferentiated and confidential to the members of this group and their insurers.

_Justin M. Woods_
GERALD E. MEUNIER  JUSTIN I. WOODS
Counsel for Plaintiffs

5/28/2012
Date

JOHN J. HAINKEL, III
On behalf of Bechtel National, Inc.

Date

_Gerardo R. Barrios_
GERARDO R. BARRIOS
On behalf of CH2M HILL Constructors, Inc.

May 28, 2012
Date

CHARLES R. PENOT, JR.
On behalf of Fluor Enterprises, Inc.

Date

M. DAVID KURTZ
On behalf of Shaw Environmental, Inc.

Date

2

## INDIVIDUAL SETTLEMENT SHEET

## (EXHIBIT A TO STIPULATION OF SETTLEMENT)

### NAMES OF SETTLORS:

Bechtel National, Inc., and its insurer, American Home Assurance Company;

CH2M HILL Constructors, Inc. and its insurers, Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, and CH2M HILL subcontractors Babcock Services, Inc. and Airmart, Inc./Style Crest Products, Inc.;

Fluor Enterprises, Inc., and its insurers, American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, and Continental Casualty Company;

Shaw Environmental, Inc. and its insurer, Zurich American Insurance Company.

Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more fully defined in the Stipulation of Settlement.

### SETTLORS' COUNSEL:

JOHN J. HAINKEL, III
On behalf of Bechtel National, Inc.

GERARDO R. BARRIOS
On behalf of CH2M HILL Constructors, Inc.

CHARLES R. PENOT, JR.
On behalf of Fluor Enterprises, Inc.

M. DAVID KURTZ
On behalf of Shaw Environmental, Inc.

### SETTLEMENT AMOUNT:

Five Million Dollars and no cents ($5,000,000.00)

1

**OTHER APPLICABLE PROVISIONS:**

Allocation of the total of Five million dollars of the fund from this group is undifferentiated and confidential to the members of this group and their insurers.

_____   _____
~~GERALD E. MEUNIER~~ JUSTIN I. WOODS        5/28/2012
Counsel for Plaintiffs                                            Date

_____   _____
JOHN J. HAINKEL, III                                    Date
On behalf of Bechtel National, Inc.

_____   _____
GERARDO R. BARRIOS                                 Date
On behalf of CH2M HILL Constructors, Inc.

_____   _____
CHARLES R. PENOT, JR.                    May 25, 2012
On behalf of Fluor Enterprises, Inc.                 Date

_____   _____
M. DAVID KURTZ                                          Date
On behalf of Shaw Environmental, Inc.

2

## INDIVIDUAL SETTLEMENT SHEET

## (EXHIBIT A TO STIPULATION OF SETTLEMENT)

### NAMES OF SETTLORS:

Bechtel National, Inc., and its insurer, American Home Assurance Company;

CH2M HILL Constructors, Inc. and its insurers, Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company; and CH2M HILL subcontractors Babcock Services, Inc. and Airmart, Inc./Style Crest Products, Inc.;

Fluor Enterprises, Inc., and its insurers, American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, and Continental Casualty Company;

Shaw Environmental, Inc. and its insurer, Zurich American Insurance Company.

Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more fully defined in the Stipulation of Settlement.

### SETTLORS' COUNSEL:

JOHN J. HAINKEL, III
On behalf of Bechtel National, Inc.

GERARDO R. BARRIOS
On behalf of CH2M HILL Constructors, Inc.

CHARLES R. PENOT, JR.
On behalf of Fluor Enterprises, Inc.

M. DAVID KURTZ
On behalf of Shaw Environmental, Inc.

### SETTLEMENT AMOUNT:

Five Million Dollars and no cents ($5,000,000.00)

1

**OTHER APPLICABLE PROVISIONS:**

Allocation of the total of Five million dollars of the fund from this group is undifferentiated and confidential to the members of this group and their insurers.

_____     5/28/2012
GERALD E. MEUNIER   JUSTIN I. WOODS          Date
Counsel for Plaintiffs

_____     _____
JOHN J. HAINKEL, III                         Date
On behalf of Bechtel National, Inc.

_____     _____
GERARDO R. BARRIOS                           Date
On behalf of CH2M HILL Constructors, Inc.

_____     _____
CHARLES R. PENOT, JR.                        Date
On behalf of Fluor Enterprises, Inc.

_____     May 25, 2012
M. DAVID KURTZ                               Date
On behalf of Shaw Environmental, Inc.

2

## INDIVIDUAL SETTLEMENT SHEET

**NAMES OF SETTLOR:**

American Radiation Services, Inc.,

Settlor also includes, but is not limited to, those Settlors, Direct Insurers, Releasees, and

Released Parties as more fully defined in the Stipulation of Settlement.

**SETTLOR'S COUNSEL:**

JOHN J. HAINKEL, III
On behalf of American Radiation Services, Inc.

**SETTLEMENT AMOUNT:**

An amount known to the Plaintiffs' Steering Committee and American Radiation

Services, Inc., the allocation of which is undifferentiated and confidential.

_____          5/28/12
JOHN J. HAINKEL, III                      _____
Frilot L.L.C.                             Date
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
On behalf of American Radiation Services, Inc.

1

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement )


NAMES OF SETTLORS:  B & I Services, L.L.C., and its insurer Admiral Insurance Company


Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more

fully defined in the Stipulation of Settlement.


SETTLEMENT AMOUNT:  $5,500.00


_Justin µ. Woods_     _5/28/2012_
Plaintiffs' Counsel              Date


B & I Services, L.L.C.

_[signature]_     _5/25/12_
Michael P. Mentz #09438          Date
John C. Duplantier #18191
Hailey, McNamara, Hall,
Larmann & Papale, LLP
One Galleria Blvd., Ste 1400
Metairie, LA  70001
(504) 836-6500

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement)


NAMES OF SETTLORS:

Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., and its

insurer, Penn-America Insurance Company

Multi-Task LLC and its insurer Penn-America Insurance Company

SETTLORS' COUNSEL:

Richard G. Duplantier, Jr.
Peter Bourgeois
Stephanie Dovalina
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Fax: (504) 525-2456
*Attorneys for Defendants, Davis Professional Accounting Services LLC & Multi-Task LLC*

SETTLEMENT AMOUNT:

Ten Thousand Dollars and no cents ($10,000.00)


_____     5/28/12
Plaintiffs' Counsel                              Date



_____     5/25/12
Richard Duplantier, Jr. (#18874)                 Date
Peter A. Bourgeois (#27389)
Stephanie Dovalina (#31137)
Counsel for Davis Professional Accounting Services, Inc &
Multi-Task LLC


1

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement)

NAMES OF SETTLORS:

DC Recovery Systems

Catlin Specialty Insurance Company

Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more fully defined in the Stipulation of Settlement.

SETTLEMENT AMOUNT:

ELEVEN THOUSAND FIVE HUNDRED DOLLARS ($11,500.00)

OTHER APPLICABLE PROVISIONS:

Allocation of the total of $11,500.00 of the fund from this group is undifferentiated and confidential to the members of this group and their insurers.

_Justin M. Woods_   5/25/12
Plaintiffs' Counsel                          Date

_[signature]_   5/25/12
Settlors' Counsel (DC Recovery Systems       Date
and Catlin Specialty Insurance Company )

1

INDIVIDUAL SETTLEMENT SHEET

NAMES OF SETTLORS: Jacquet Construction Services, Inc. And Scottsdale Insurance
    Company, insurer of Jacquet Construction Services, Inc.

SETTLORS' COUNSEL:
    John A. Stewart, Jr.
    Baldwin Haspel Burke & Mayer
    1100 Poydras Street, Suite 3600
    New Orleans, LA 70163
    (504) 569-2900 Fax (504) 569-2099

SETTLEMENT AMOUNT: Twenty-thousand Dollars and no cents ($20,000.00)

OTHER APPLICABLE PROVISIONS:
Allocation of the total of twenty-thousand ($20,000.00) for the defendant is undifferentiated and
confidential to the Settlors for the class settlement and their insurers.


Settlors' Counsel (Jacquet Construction          _____
Services, Inc. and Scottsdale Insurance Company,    Date
insurer of Jacquet Construction Services, Inc.

_____
John A. Stewart, Jr.
Baldwin Haspel Burke & Mayer
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
(504) 569-2900 Fax (504) 569-2099

## INDIVIDUAL SETTLEMENT SHEET

NAMES OF SETTLORS:

MLU Services, Inc.

Landmark American Insurance Company

Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more fully defined in the Stipulation of Settlement.

SETTLORS' COUNSEL:

BARRY & CO, LLC
*A Professional Law Corporation*
STEPHEN R. BARRY (#21465)
KATHLEEN C. MARKSBURY (#1902)
612 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 525-5553
Facsimile: (504) 525-1909
**Attorneys for MLU Services, Inc. and
Landmark American Insurance Company**

SETTLEMENT AMOUNT:

Twenty Two Thousand dollars and no cents ($22,000)

OTHER APPLICABLE PROVISIONS:

Allocation of the total of Twenty Two Thousand dollars of the fund from this group is undifferentiated and confidential to the members of this group and their insurers.

_____     5/28/12
Plaintiffs' Counsel                            Date

_____     5/25/12
Settlors' Counsel (MLU Services Inc.          Date
and Landmark American Insurance
Company)

1

## INDIVIDUAL SETTLEMENT SHEET

(EXHIBIT A to Stipulation of Settlement)

**NAMES OF SETTLORS:**

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., and its insurers.

Del-Jen, Inc., and its insurer, The Hartford Fire Insurance Company

Settlor also includes, but is not limited to, those Settlors, Releasees, and Released Parties as more fully defined in the Stipulation of Settlement.

**SETTLORS' COUNSEL:**

KATHLEEN F. DREW
Counsel for PRI/DRI, a Reconstruction Joint Venture, and its Principals, Project Resources, Inc., and Del-Jen, Inc.

RICHARD E. KING
DAVID M. MORAGAS
Counsel for Del-Jen, Inc.

**SETTLEMENT AMOUNT:**

Fourteen Thousand and no cents ($14,000.00)

**OTHER APPLICABLE PROVISIONS:**

Allocation of the total of Fourteen Thousand dollars of the fund from this group is undifferentiated and confidential to the members of this group and their insurers.

Plaintiffs' Counsel                           5/28/2012
                                              Date

SETTLORS' COUNSEL (PRI/DRI, a              5/25/2012
Reconstruction Joint Venture, and its Principals,
Project Resources, Inc. and Del-Jen, Inc.)
KATHLEEN F. DREW

SETTLORS' COUNSEL (Del-Jen, Inc.)          5/25/12
RICHARD E. KING                             Date
DAVID M. MORAGAS

## INDIVIDUAL SETTLEMENT SHEET

### (EXHIBIT A to Stipulation of Settlement)

NAMES OF SETTLORS:

Smith Research Corp. and its insurer, Maryland Casualty Company

SETTLORS' COUNSEL:

Robert E. Kerrigan
Joshua G. Keller
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
504-581-5141

SETTLEMENT AMOUNT:

Fifteen Thousand Five Hundred and no cents ($15,500.00)

OTHER APPLICABLE PROVISIONS:

_____     _____
Plaintiff's Counsel                         5/28/12
                                             Date

_____     _____
Joshua G. Keller                           5/25/12
Settlor's Counsel (Smith Research Corp.)     Date

## INDIVIDUAL SETTLEMENT SHEET

(Exhibit A to Stipulation of Settlement)

NAMES OF SETTLORS:

T-Mac, Inc. and its insurers Gemini Insurance Company and Scottsdale Insurance Company

SETTLORS' COUNSEL:

Sidney W. Degan, III and Jennifer S. Kilpatrick
On behalf of T-Mac, Inc.

SETTLEMENT AMOUNT:

$10,000.00

OTHER APPLICABLE PROVISIONS:

Allocation of the total $10,000 of the fund from this group is undifferentiated and confidential to the member of the group and its insurers.

*Jennifer Kilpatrick*
JENNIFER S. KILPATRICK
On behalf of T-Mac, Inc.

Date: May 25, 2012

## INDIVIDUAL SETTLEMENT SHEET

(Exhibit A to Stipulation of Settlement)

NAMES OF SETTLORS:

TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ") and its insurers Gemini Insurance Company; Markel Service, Incorporated as claims manager for Essex Insurance Company; Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

SETTLORS' COUNSEL:

Sidney W. Degan, III and Jennifer S. Kilpatrick
On behalf of TKTMJ, Inc.

SETTLEMENT AMOUNT:

$15,000.00

OTHER APPLICABLE PROVISIONS:

Allocation of the total $15,000 of the fund from this group is undifferentiated and confidential to the member of the group and its insurers.

_Jennifer Kilpatrick_
JENNIFER S. KILPATRICK
On behalf of TKTMJ, INC.

Date: May 25, 2012