# EXHIBIT F

## Class Representatives

| Defendant(s) | Class Representative | Case Information |
|---|---|---|
| Bechtel National, Inc. | Nathaniel Fairley | *Knight, et al v. Bechtel National, Inc., et al*, E.D. La. No. 10-3128 |
| CH2M HILL Constructors, Inc. | Nettie Haynes | *Blunt, et al v. Lakeside Park Homes, Inc., et al*, E.D. La. No. 09-4341 |
| Fluor Enterprises, Inc. | Solomon Thompson | *Thompson, et al v. Stewart Park Homes, Inc., et al*, E.D. La. No. 09-4993 |
| Shaw Environmental, Inc. | Geryal R. Davis | *Davis, et al v. Lakeside Park Homes, Inc., et al*, E.D. La. No. 09-5226 |
| American Radiation Services, Inc.; B&I Services, LLC; Davis Professional Services, LLC; Multitask, LLC; DC Recovery Systems, Inc.; Jacquet Construction Services, LLC; MLU Services, Inc.; PRI/DJI; Del-Jen, Inc.; Project Resources, Inc.; Smith Research Corporation, Inc.; TKTMJ, Inc.; T-Mac, Inc. | Lawrence Robertson, Sr. | *Jones, et al. v. Gulf Stream Coach, Inc., et al*, E.D. La. No. 09-8700 |

9/26/2012