UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES** | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT

Before, me, the undersigned notary public came:

**M. David Kurtz**

who, after being duly sworn, did say:

1. My name is M. David Kurtz. I am a shareholder with the law firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C.

2. I was appointed as Liaison Counsel for the Contractor Defendants in the MDL proceeding referenced above. The matters in this affidavit are based on my personal knowledge.

3.  In this litigation, issues of both fact and law are strenuously contested as between the plaintiffs, on the one hand, and the defendants generally, on the other hand. Defendants would likely seek JNOV and/or appeal and/or otherwise vigorously oppose by all appropriate means any adverse verdict that might be obtained by any plaintiff in any matter now or formerly before this Court in the captioned MDL proceeding.

New Orleans, Louisiana, this 25th day of May, 2012.

_____
M. DAVID KURTZ

Sworn and Subscribed before me,
This 25th day of May, 2012.

_____
NOTARY PUBLIC

STEVEN F. GRIFFITH, JR.
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
LSBA 27232
My Commission is Issued for Life.