UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION N (4) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENTS RELATES TO: CIVIL ACTION NO. 08-1094 | * * * | MAGISTRATE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING; Motion for Leave of Court to File Fourth Supplemental and Amended Complaint,

IT IS ORDERED, that **HENRY GAUTREAUX** is hereby granted leave to file a Fourth Supplemental and Amended Complaint.

New Orleans, Louisiana this 29th day of May, 2012.

_____
United States District Judge