UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                *     MDL No. 1873
FORMALDEHYDE                *
PRODUCTS LIABILITY LITIGATION   *     JUDGE ENGELHARDT
                                    *
                                    *     MAGISTRATE CHASEZ
THIS DOCUMENT RELATED TO:     *
*Payton, et al., v. Coachmen Industries, Inc., et al.*
*Civil Action No. 09-8666*
***************************************************************************

**ORDER**

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiff be GRANTED leave to file his Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___29th___ day of _____May_____, 2012, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE