UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Member Case Nos. listed herein

### O R D E R

Certain service issues were detailed in this Court's Orders at Rec. Docs. 24551 and 24554. In this Court's May 4, 2012 Order (Rec. Doc. 25495), this Court noted that service issues relating to the defendants in certain specified member cases were the subject of a Motion for Entry of Default Judgment (Rec. Doc. 25074) and would be addressed in a separate Order. The motion at Rec. Doc. 25074 was ultimately denied without prejudice, based on Plaintiffs' failure to initially seek a preliminary default through the Clerk, pursuant to Federal Rule of Civil Procedure 55(a). (Rec. Doc.25494). A Motion for Entry of Preliminary Default (Rec. Doc. 25605) has recently been filed; however, many cases with service issues addressed in the original Motion for Entry of Default Judgment (Rec. Doc. 25074) are not addressed in the motion at Rec. Doc. 25605.  Accordingly, after considering the memoranda and filings of counsel and the applicable law, the Court rules as set forth herein:

**A.**

A review of the record indicates that service of the complaint has been made upon the defendants in the member cases listed below and the time to file responsive pleadings/Notice of

Preservation of Defenses has expired. Further, no preliminary default has been sought by Plaintiffs.

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Lakeside Park Homes | 10-2242 |
| Lakeside Park Homes | 10-2254 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 09-7852 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2177 |
| Biscayne RV, Inc. | 09-8304 |
| Integrity Midwest Inc., d/b/a U.S. Adventure RV | 10-2273 |
| Tom Stinnett Holiday RV Center | 10-2287 |
| Murillo Modular Group, Ltd. | 09-3745 |
| Murillo Modular Group, Ltd. | 09-8650 |
| Murillo Modular Group, Ltd. | 09-8654 |

| Murillo Modular Group, Ltd. | 09-8658 |
|---|---|
| Superior RV Manufacturing | 09-4637 |

Thus, as warned in Rec. Docs. 24551 and 24554,

**IT IS ORDERED** that, based on Plaintiffs' failure to obtain a responsive pleading/Notice of Preservation of Defenses or a preliminary default, the defendants in the cases listed above are hereby **DISMISSED**, for failure to prosecute, in accordance with Rule 41 (b) of the Federal Rules of Civil Procedure.

**B.**

Specifically in reference to Plaintiffs' claims against Superior RV Manufacturing in member case no. 10-758:

On February 29, 2012, Special Master Ballay received an email sent on behalf of Roberta Burns, Plaintiff attorney in this matter, explaining that Rec. Doc. 10195, reflected in the Order at Rec. Doc. 24554 as proof of service, was not filed by Burns' office. The email indicated that Burns' office has no proof of service upon Superior RV Manufacturing in this matter. Accordingly, **IT IS ORDERED** that the claims of Plaintiffs in member case no. 10-758 against Superior RV Manufacturing are **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as more than 120 days have elapsed since the filing of the Complaint in these action. Counsel for Plaintiffs has failed to show good cause why service of process has not been effected upon Superior RV Manufacturing. See *Redding v. Essex Crane Rental Corp. Of Alabama*, 752 F.2d 1077 (5th Cir. 1985).

**C.**

Last, the Court notes that service issues relating to the defendants in the following member cases are the subject of a Motion for Entry of Preliminary Default (Rec. Doc. 25605) and will be addressed in a separate Order.

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-3922 |
| Stewart Park Homes, Inc. | 09-3993 |
| Stewart Park Homes, Inc. | 09-3994 |
| Stewart Park Homes, Inc. | 09-4016 |
| Stewart Park Homes, Inc. | 09-4065 |
| Stewart Park Homes, Inc. | 09-4741 |
| Stewart Park Homes, Inc. | 09-4824 |
| Stewart Park Homes, Inc. | 09-4927 |
| Stewart Park Homes, Inc. | 09-4975 |
| Stewart Park Homes, Inc. | 09-4993 |
| Stewart Park Homes, Inc. | 09-5251 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 09-5523 |
| Stewart Park Homes, Inc. | 09-5524 |
| Stewart Park Homes, Inc. | 09-5738 |
| Stewart Park Homes, Inc. | 09-5752 |
| Stewart Park Homes, Inc. | 09-5767 |
| Stewart Park Homes, Inc. | 09-5965 |
| Stewart Park Homes, Inc. | 09-6167 |
| Stewart Park Homes, Inc. | 09-6282 |
| Stewart Park Homes, Inc. | 09-6572 |
| Stewart Park Homes, Inc. | 09-6775 |
| Stewart Park Homes, Inc. | 09-6930 |
| Stewart Park Homes, Inc. | 09-7746 |
| Stewart Park Homes, Inc. | 09-7757 |
| Stewart Park Homes, Inc. | 09-8310 |
| Stewart Park Homes, Inc. | 09-8331 |

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-8389 |
| Stewart Park Homes, Inc. | 10-228 |
| Stewart Park Homes, Inc. | 10-543 |
| Stewart Park Homes, Inc. | 10-1377 |
| Stewart Park Homes, Inc. | 10-2217 |
| Stewart Park Homes, Inc. | 10-2269 |
| Stewart Park Homes, Inc. | 10-2393 |
| Stewart Park Homes, Inc. | 10-3441 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 |

New Orleans, Louisiana, this 29th day of May, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE