# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION  ) ) ) ) | MDL NO. 1873  SECTION "N" (4) |
| This applies to *All Cases* ) ) | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

### DEFENDANTS' *EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendants Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor California, a/k/a/ MPV RV, Inc. (collectively "Thor") seek leave of Court to deposit settlement funds into the Court's registry. Thor and its insurers have recently reached an agreement of settlement with representatives of the Plaintiffs' Steering Committee ("PSC") of claims asserted in this MDL and now seek permission to deposit the appropriate settlement amount into the registry of the Court. The proposed deposit is made in connection with the pending Motion for Preliminary Approval of Proposed Class Settlement. *See* Rec. Doc. Nos. 25226 (April 13, 2012 filing) and 25646 (May 28, 2012 filing).

The amount of the proposed deposit is $6,250,000, to be provided through two checks, one in the amount of $4,687,500.00 and the other in the amount of

{B0800200.1}

$1,562,500.00.  Both of these checks are made payable to the "Clerk of Court, United States District Court for the Eastern District of Louisiana."

Thor has submitted a proposed order in connection with this motion.  Counsel for Thor advises that Mr. Justin Woods, a member of the PSC, advises that the PSC does not oppose this motion.

>Respectfully submitted,
>
>*s/Ryan E. Johnson*
>_____
>James C. Percy (La. Bar No. 10413)
>Ryan E. Johnson (La. Bar No. 26352)
>Jones, Walker, Waechter, Poitevent,
>  Carrère & Denègre, L.L.P.
>8555 United Plaza Blvd., 5th floor
>Building Four
>Baton Rouge, LA  70809
>Telephone: (225) 248-2000
>Facsimile:  (225) 248-3080
>
>*Attorneys for Defendants Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor California, a/k/a/ MPV RV, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel, via liaison counsel, by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 29th day of May, 2012.

>*s/Ryan E. Johnson*
>_____
>Ryan E. Johnson

{B0800200.1}