UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

EX PARTE CONSENT MOTION OF PSC TO
SUBSTITUTE REVISED EXHIBITS ATTACHED
TO MANUFACTURER CLASS SETTLEMENT
PRELIMINARY APPROVAL MOTION AND ORDER

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering

Committee (PSC) herein, which, for the reasons more fully set forth in the memorandum filed

herewith, respectfully moves the Court for an order to substitute a revised class representative list

and notice documents as exhibits to the previously-filed Ex Parte/Consent Joint Motion to

Amend and Supplement Existing Motion for Preliminary Approval of Proposed Class Settlement

(Doc. 25646), and which further represents to the Court that all parties to the class settlement in

question are in agreement with the proposed substitution of these revised exhibits, and

accordingly there is no opposition to the instant motion.

                         Respectfully submitted:

                         FEMA TRAILER FORMALDEHYDE
                         PRODUCT LIABILITY LITIGATION

                         BY:    s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471
                                PLAINTIFFS' CO-LIAISON COUNSEL
                                Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas ##09677700

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2012, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.  I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471