UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF MOTION TO
SUBSTITUTE REVISED EXHIBITS ATTACHED
TO MANUFACTURER CLASS SETTLEMENT
PRELIMINARY APPROVAL MOTION AND ORDER

MAY IT PLEASE THE COURT:

       Attached as exhibits to the parties' Joint Motion to Amend and Supplement Existing Motion for Preliminary Approval of the Proposed Class Settlement (Doc. 25646) filed on 5/28/12, were proposed notices of the settlement to the plaintiff class. Specifically, attached to the motion as Exhibit 2 is a "Class Notice Package," and attached as Exhibit 3 is a "Legal Notice (Short Form)." Neither of these proposed class notices, however, reflects the total amount of the proposed class settlement with all manufacturers, i.e., $ 37,468,574.16; and the PSC respectfully submits that this figure should be included in the class notice. Counsel for settling defendants have been contacted and pose no objection to this motion.

       The settling defendants also agree that Exhibit 11, the List of Proposed Class Representatives should be amended to include a representative matched to the defendant Jayco/Starcraft.

       Therefore, revised versions of both class notices — now specifying the total amount of

the proposed manufacturer settlement — are submitted herewith, as well as the revised list of class representatives, with the request that the Court order the substitution of these revised exhibits to the earlier-filed motion for preliminary approval of the settlement. Following this substitution, Your Honor will be in a position to address the parties' Joint Motion for Preliminary Settlement Approval with the appropriate and agreed-upon class notices and list of class representatives as exhibits.

        Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT M. BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, JR., #17519

MATT MORELAND, #24567  
DENNIS REICH, Texas #16739600  
MIKAL C. WATTS, Texas #20981820  
ROBERT C. HILLIARD, Texas ##09677700

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier  
GERALD E. MEUNIER, #9471