UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the attached "Class Notice Package" as Exhibit 2, "Legal Notice (Short Form)" as Exhibit 3, and "List of Class Representatives" as Exhibit 11, be substituted for the versions of these documents (Exhibits 2, 3 and 11) which were attached to the Joint Motion to Amend and Supplement Existing Motion for Preliminary Approval of the Proposed Class Settlement (Doc. 25646) filed on May 28, 2012.

THIS DONE the _____ day of _____, 2012.

_____
J U D G E