UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| | * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: ALL CASES | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## JOINT UNOPPOSED MOTION TO SUPPLEMENT DOCUMENT

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee (PSC), the Manufactured Housing Defendants and plaintiff James D. Burge, respectfully move this Honorable Court to supplement the previously filed list of cases from which the settling manufactured housing defendants were dismissed (Rec. Doc. 23972-3) by the Order granting approval to the manufactured housing class settlement (Rec. Doc. 23565), to identify those settling defendants who were inadvertently omitted from the list as dismissed from the matter of *James D. Burge v. Cavalier Home Builders, LLC*, EDLA No. 10-1041 (the "Burge Case").

A list of pending actions and the settling defendants to be dismissed from those actions was originally filed as "Exhibit G" to the Stipulation of Settlement (Rec. Doc. 20481-8, the "Original List"), which were filed in support of the motion for preliminary approval of the manufactured housing class settlement (the "Settlement"). After the Order granting approval of the settlement was entered, the parties moved to substitute the Original List with an updated and corrected list of actions from which the settling defendants were dismissed. (Rec. Doc. 23972.) This Court granted the motion (Rec. Doc. 23993) and the updated/corrected list (Rec. Doc. 23972-3, the "New List") was substituted for the Original List.

The Burge Case was included on both the Original List and the New List as a matter from which the settling manufactured housing defendants were dismissed by the Order approving the Settlement. However, the only settling defendants identified on either list as dismissed were Cavalier Home Builders, LLC and Cavalier Homes, Inc. The dismissal of Cavalier by the Order approving the settlement is reflected on the Docket Report for the Burge Case by the reference "*TERMINATED: 11/17/2011*". This termination date is the date of the Order approving the Settlement. The Order/Settlement is the only basis upon which the Cavalier defendants were dismissed from the Burge Case. The only plaintiff in the Burge Case, James D. Burge, filed a claim for benefits from the Settlement fund with the Special Master ("Exhibit 1" to Rec. Doc. 23922, filed under seal) without objection from any party, his claim was determined to be valid and approved for benefits from the fund when it is distributed and he did not object to the Special Master's allocation. (Rec. Doc. 25435.) Mr. Burge agrees that he is a member of the class that settled their claims against the manufactured housing defendants and joins in this motion to supplement the list of settling defendants who were dismissed from his case by the Order approving the Settlement.

As a result of the foregoing, the list of cases from which the manufactured housing defendants have been dismissed should be supplemented with the attached Exhibit A to include the following manufactured housing defendants identified in the Order approving class settlement as dismissed from the Burge Case:

> Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Athens Park Homes, LLC; CMH Manufacturing Inc.; Destiny Industries, LLC; Dutch Housing, Inc. (subsequently merged into Redman Homes, Inc.); Fairmont Homes, Inc; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Horton Homes, Inc.; Indiana Building Systems, LLC d/b/a Holly Park Homes; Lexington Homes, Inc.; Liberty Homes, Inc.; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; Palm Harbor Albemarle, LLC; River Birch Homes., Inc. and/or River Birch Homes, LLC; ScotBilt Homes, Inc.; Silver Creek Homes, Inc.; Southern Energy Homes, Inc.; TownHomes, LLC; Waverlee Homes, Inc.

The Manufactured Housing Defendants, the PSC and James D. Burge pray that the Joint Unopposed Motion to Supplement Document be granted and that this Court order that the list of cases from which the Manufactured Housing Defendants were dismissed by the Order approving the manufactured housing class settlement be supplemented with the attached Exhibit A to identify all manufactured housing defendants dismissed from the Burge Case that were inadvertently omitted from the previous list of dismissed defendants.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Lamont P. Domingue
LAMONT P. DOMINGUE, #20787
**MANUFACTURED HOUSING DEFENDANTS' LIAISON COUNSEL**
Voorhies & Labbe'
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE: 337-232-9700 FAX: 337-235-4943
E-Mail:  lpd@volalaw.com

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
PHONE: 504/522-2304 FAX: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

BY: s/Edward Gibson
EDWARD GIBSON, MS# 100640
**ATTORNEY FOR JAMES D. BURGE**
HAWKINS|GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
PHONE: 228/467-4225 FAX: 228/467-4212
egibson@hgattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 30, 2012.

/s/ Lamont P. Domingue
LAMONT P. DOMINGUE