# EXHIBIT A

| Manufacturers | Cause # | Style | Attorney |
|---|---|---|---|
| Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Athens Park Homes, LLC; CMH Manufacturing Inc.; Destiny Industries, LLC; Dutch Housing, Inc. (subsequently merged into Redman Homes, Inc.); Fairmont Homes, Inc; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Horton Homes, Inc.; Indiana Building Systems, LLC d/b/a Holly Park Homes; Lexington Homes, Inc.; Liberty Homes, Inc.; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; Palm Harbor Albemarle, LLC; River Birch Homes., Inc. and/or River Birch Homes, LLC; ScotBilt Homes, Inc.; Silver Creek Homes, Inc.; Southern Energy Homes, Inc.; TownHomes, LLC; Waverlee Homes, Inc. | 10-1041 | James D. Burge v. Cavalier Home Builders, LLC, et al | Hawkins\|Gibson |