UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: ALL CASES | * * | |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Joint Unopposed Motion to Supplement Document is hereby GRANTED. Further, the list of cases from which the Manufactured Housing Defendants were dismissed (Rec. Doc. 23972-3) by the Order approving the Manufactured Housing Class Settlement (Rec. Doc. 23565) is herby supplemented with the attached "Exhibit A."

New Orleans, Louisiana this ____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT

## EXHIBIT A

| Manufacturers | Cause # | Style | Attorney |
|---|---|---|---|
| Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Athens Park Homes, LLC; CMH Manufacturing Inc.; Destiny Industries, LLC; Dutch Housing, Inc. (subsequently merged into Redman Homes, Inc.); Fairmont Homes, Inc; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Horton Homes, Inc.; Indiana Building Systems, LLC d/b/a Holly Park Homes; Lexington Homes, Inc.; Liberty Homes, Inc.; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; Palm Harbor Albemarle, LLC; River Birch Homes., Inc. and/or River Birch Homes, LLC; ScotBilt Homes, Inc.; Silver Creek Homes, Inc.; Southern Energy Homes, Inc.; TownHomes, LLC; Waverlee Homes, Inc. | 10-1041 | James D. Burge v. Cavalier Home Builders, LLC, et al | Hawkins\|Gibson |