UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO
SUBSTITUTE REVISED EXHIBITS ATTACHED
TO CONTRACTOR CLASS SETTLEMENT
PRELIMINARY APPROVAL MOTION AND ORDER**

**MAY IT PLEASE THE COURT:**

　　Attached as exhibits to the parties' Joint Motion to Amend and Supplement Existing Motion for Preliminary Approval of the Proposed Class Settlement (Doc. 25647) filed on 5/29/12, were proposed notices of the settlement to the plaintiff class. Specifically, attached to the motion as Exhibit E is a "Class Notice Package," and attached as Exhibit H is a "Legal Notice (Short Form)." Neither of these proposed class notices, however, reflects the total amount of the proposed class settlement with all contractors, i.e., $ 5,129,250.00; and the PSC respectfully submits that this figure should be included in the class notice. Counsel for the settling contractor defendants have been contacted and pose no objection to this motion.

　　Therefore, revised versions of both class notices — now specifying the total amount of the proposed contractor settlement — are submitted herewith, with the request that the Court order the substitution of these revised notices as exhibits to the earlier-filed motion for preliminary

approval of the settlement. Following this substitution, Your Honor will be in a position to address the parties' Joint Motion for Preliminary Settlement Approval with the appropriate and agreed-upon class notices as exhibits.

    Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      ROBERT M. BECNEL, #14072
      RAUL BENCOMO, #2932
      FRANK D'AMICO, JR., #17519
      MATT MORELAND, #24567
      DENNIS REICH, Texas #16739600
      MIKAL C. WATTS, Texas #20981820
      ROBERT C. HILLIARD, Texas ##09677700

## CERTIFICATE OF SERVICE

     I hereby certify that on May 31, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   s/Gerald E. Meunier
                                                   GERALD E. MEUNIER, #9471