CONTRACTORS SETTLEMENT LEGAL NOTICE

*Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and <u>installed, maintained or refurbished</u> by one of the below-listed Contractors following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice.  This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita.  The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made.  The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing.  Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member.  To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below.  The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer.


Manufactured Home

If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

### WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.;  Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

### WHAT DOES THE SETTLEMENT PROVIDE?

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above.  The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors.  If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information.  The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement.  If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.


Travel Trailer or Park Model Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case.  If you ask to be excluded, you can't get a payment from this settlement.  If you stay in the settlement, you may object to it by **August 31, 2012**.  The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation,* No. 2:07-MDL-1873, Section "N" (5), on DATE to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses.  You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund.  If the settlement is approved, the Contractors listed above will be released from all liability for the claims.  The Settlement Agreement explains this fully.  You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to.  For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com          1-800-728-1628