UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

                                                            JUDGE ENGELHARDT
                                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the attached "Class Notice Package" as Exhibit E and "Legal Notice (Short Form)" as Exhibit H, be substituted for the versions of these documents (Exhibits E and H) which were attached to the Joint Motion to Amend and Supplement Existing Motion for Preliminary Approval of the Proposed Class Settlement (Doc. 25647) filed on May 29, 2012.

THIS DONE the _____ day of _____, 2012.

_____
J U D G E