UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION N-5
                                                                      JUDGE ENGELHARDT
                                                                      MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*Brouilette, et. al. v. United States*, Case No. 09-3200

## ORDER

Considering United States of America's Motion To Dismiss Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction, and it being shown that the trailer at temporary emergency housing unit at issue in this action was installed and occupied in the State of Louisiana, this Court **GRANTS** that motion for all of the reasons set forth in the following Court Orders: (1) Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); (2) Order and Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); (3) Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124).; (4) Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961). *See also In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012). F.3d ----, 2012 WL 171898 (Jan. 5, 2012).

Accordingly, **IT IS ORDERED** that claims against United States of America in this

action are dismissed for lack of subject matter jurisdiction.

**DONE AND SIGNED** this ___31st___ day of _____May_____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**