UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION N-5
                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

*Airhart et al. v. United States*, Case No. 09-5477

### ORDER

Considering United States of America's Motion to Dismiss Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction, this Court **GRANTS** that motion. This action involves claims by one Plaintiff who occupied a FEMA issued trailer in the State of Mississippi and seventy-four Plaintiffs who occupied a FEMA issued trailer in the State of Louisiana.

Plaintiff Evelyn Estingoy occupied a FEMA issued trailer in the State of Mississippi. Pursuant to this Court's prior Order, and for the reasons set forth in that Order, the Court lacks subject matter jurisdiction over this Plaintiffs' claims against the United States. *See* Order and Reasons (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012).

The remaining seventy-four Plaintiffs in this action occupied FEMA issued trailers in the State of Louisiana. Pursuant to this Court's prior Orders, and for the reasons set forth in those Orders, the Court lacks subject matter jurisdiction over these Plaintiffs' claims against the United States. *See* Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); Order and

Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124).; Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961).

Accordingly, **IT IS ORDERED** that claims against United States of America in this action are dismissed for lack of subject matter jurisdiction.

**DONE AND SIGNED** this ___31st___ day of _____May_____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**