UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION N-5
                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*Airhart et al. v. United States*, Case No. 09-5477

## JUDGMENT

Considering Defendant United States of America's motion for entry of Fed. R. Civ. P.

54(b) Judgment and this Court's Order and Reasons (Rec. Doc. 14486), *aff'd, In Re: FEMA*

*Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5,

2012), Order and Reasons (Doc. Rec. 717, 2671, 14124, 24961), dismissing all Mississippi and

Louisiana Plaintiffs' claims against the United States for lack of subject matter jurisdiction, this

Court finds that there is no just reason for delay, and

        **IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b)

judgment in favor of the defendant, United States of America, and that any and all claims

asserted by Plaintiffs in this action against the United States of America are hereby

*DISMISSED WITH PREJUDICE*.

        **DONE AND SIGNED** this ___31st___ day of _____May_____, 2012.

                        _____
                        **HONORABLE KURT D. ENGELHARDT**
                        **JUDGE, UNITED STATES DISTRICT COURT**
                        **EASTERN DISTRICT OF LOUISIANA**