UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

# O R D E R

**IT IS ORDERED** that the Show Cause Orders at Rec. Docs. 25606 and 25622 and all deadlines therein are hereby **CONTINUED** to **Wednesday October 17, 2012,** without oral argument.

New Orleans, Louisiana, this 31st day of May, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**