UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(4) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:  ALL CASES | * | |
| | * | MAG: CHASEZ |

# ORDER

Considering the Joint Unopposed Motion to Amend and Supplement Existing Motion for Preliminary Approval of Proposed Class Settlement,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** as follows:

1. The Individual Settlement Sheets attached to the instant motion shall be filed into the record, and made part of Exhibit "A" to the parties' Stipulation of Settlement. *See* Rec. Doc. No. 25226-1.

2. The revised "Class Notice Package" and "Legal Notice," copies of which were submitted as Attachments 2 and 3 to the instant motion, shall be filed into the record and substituted in place of the previously-filed "Class Notice Package" and "Legal Notice." *See* Rec. Doc. Nos. 25226-6 and 25226-10.

3. The revised "Preliminary Approval Order, a copy of which was submitted as Attachment 4 to the instant motion, shall be filed into the record and substituted in place of the previously-filed "Preliminary Approval Order." *See* Rec. Doc. No. 25226-4.

4. The revised Declaration of Gerald Meunier, substituted Declaration of John Perry (with Declaration of Daniel J. Balhoff) and revised Declaration of James C. Percy, copies of which were submitted as Attachments 5, 6 and 7 to the instant motion, shall be filed into the record and substituted in place of the previously-filed Declarations.  *See* Rec. Doc. Nos. 25226-14, 25226-15 and 25226-16.

5. The revised Claim Form, a copy of which was submitted as Attachment 8 to the instant motion, shall be filed into the record and substituted in place of the previously-filed Claim Form.  *See* Rec. Doc. No. 25226-3.

6. The revised Public Service Announcement, a copy of which was submitted as Attachment 9 to the instant motion, shall be filed into the record and substituted in place of the previously-filed Public Service Announcement.  *See* Rec. Doc. No. 25226-11.

7. The revised Settlement Notice Plan, a copy of which was submitted as Attachment 10 to the instant motion, shall be filed into the record and substituted in place of the previously-filed Settlement Notice Plan.  *See* Rec. Doc. No. 25226-5.

8. The revised list of Class Representatives, a copy of which was submitted as Attachment 11 to the instant motion, shall be filed into the record and substituted in place of the previously-filed list of Class Representatives.  *See* Rec. Doc. No. 25226-7.

9. The revised list of Filed Cases, a copy of which was submitted as Attachment 12 to the instant motion, shall be filed into the record and substituted in place of the previously-filed list of Filed Cases.  *See* Rec. Doc. No. 25226-9.

10. The revised Memorandum in Support of the Motion for Preliminary Approval of Class Settlement, a copy of which was submitted as Attachment 13 to the instant motion, shall be filed into the record and substituted in place of the previously-filed memorandum.  *See* Rec. Doc. No. 25226-12.

11. The revised Individual Settlement Sheet for defendant KZRV, LP and its insurers, a copy of which was submitted as Attachment 14 to the instant motion, shall be filed into the record of this matter and substituted in place of the previously filed Individual Settlement Sheet for KZRV, LP.  *See* Rec. Doc. No. 25226-2, p. 14 of 16.

IT IS FURTHER ORDERED that, based on the consent and request of the parties, the following dates contained in the previously submitted Stipulation of Settlement (Rec. Doc. No. 25226-1):  shall be amended as follows:

(i) <u>Opt-Out Date</u>:

Original date:  June 25, 2012

Amended date:  August 17, 2012

(ii) <u>PSC Creation of Class Member List</u>:

Original date: April 27, 2012

Amended Date:  June 15, 2012

(iii) <u>Date to Mail Out Class Notice Package</u>:

Original date:  May 11, 2012

Amended Date:  July 3, 2012

      (iv)    <u>Objections due date</u>:

                Original date:  July 13, 2012

                Amended date:  August 31, 2012

New Orleans, Louisiana, this  31st  day of ____May____, 2012.

_____
United States District Judge