UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

          JUDGE ENGELHARDT
          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the attached "Class Notice Package" as Exhibit E and "Legal Notice (Short Form)" as Exhibit H, be substituted for the versions of these documents (Exhibits E and H) which were attached to the Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement (Doc. 25647) filed on May 29, 2012.

THIS DONE the 31st day of May, 2012.

_____
JUDGE