UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION  ) ) ) ) | MDL NO. 1873 SECTION "N" (4) |
| | ) JUDGE ENGELHARDT |
| This applies to *All Cases* ) | MAGISTRATE CHASEZ |

ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor California, a/k/a/ MPV RV, Inc. (collectively "Thor").

**IT IS HEREBY ORDERED** that Thor's motion is granted.

**IT IS FURTHER ORDERED** that, when presented, the Clerk shall deposit the settlement checks described in the attached Motion, in the amounts of $4,687,500.00 and $1,562,500.00, respectively, into the Court's registry.

New Orleans, Louisiana, this   31st   day of May, 2012.

_____
United States District Judge

{B0800200.1}