UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
the Member Case Nos. listed herein

O R D E R

In this Court's May 4, 2012 Order (Rec. Doc. 25495), the undersigned allowed the plaintiffs in the following member cases until Monday, May 14, 2012 to obtain a responsive pleading/Notice of Preservation of Defenses or preliminary default on the served defendants listed below:

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-8591 | D'Amico | 24675 |
| Stewart Park Homes, Inc. | 09-8593 | D'Amico | 24676 |
| Stewart Park Homes, Inc. | 09-8595 | D'Amico | 24677 |
| Lakeside Park Homes | 11-370 | D'Amico | 24673 |
| Lakeside Park Homes | 11-375 | D'Amico | 24674 |
| B & B Enterprises | 10-4126 | Gibson | 24698 |
| B & B Enterprises | 10-4127 | Gibson | 24695 |
| Motex Enterprises, Inc. | 10-4125 | Hawkins | 24699 |

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | REC. DOC. NO. SHOWING SUMMONS RETURNED EXECUTED |
|---|---|---|---|
| Razz Electrical Services | 09-3746 | Lambert | 24701 |
| Razz Electrical Services | 09-4455 | Lambert | 24702 |

The undersigned warned that failure to obtain a responsive pleading/Notice of Preservation of Defenses or preliminary default on the served defendants listed above would result in the dismissal of any such defendant for failure to prosecute, without any further notice, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

A review of the record indicates that the plaintiffs have failed to obtain a responsive pleading/Notice of Preservation of Defenses or preliminary default on the served defendants listed above. Accordingly,

**IT IS ORDERED** that, based on Plaintiffs' failure to obtain a responsive pleading/Notice of Preservation of Defenses or a preliminary default, the defendants in the cases listed above are hereby **DISMISSED**, for failure to prosecute, in accordance with Rule 41 (b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 31st day of May, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

2