UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case Nos.10-3461, 10-3527,  
10-3540, 10-3788, 10-3958

O R D E R

**IT IS ORDERED** that this Court's May 4, 2012 Order (Rec. Doc. 25495) is **AMENDED** as follows:

- On pages 26-27 of Rec. Doc. 25495, defendant UFAS-Mu, Inc. was incorrectly specified as the dismissed defendant in member case nos. 10-3461, 10-3527, 10-3540, 10-3788, and 10-3958. The dismissed defendant in member case nos. 10-3461, 10-3527, 10-3540, 10-3788, and 10-3958 is UFAS-TKTMJ, Inc.

**This Court's May 4, 2012 Order (Rec. Doc. 25495) remains unchanged in all other respects**.

New Orleans, Louisiana, this 31st day of May, 2012.

KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE