UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*The Member Case Nos. Listed Herein*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Entry of Preliminary Default against certain Defendants,

**IT IS ORDERED** that Plaintiffs Motion for Entry of Preliminary Default against the below listed Defendants in the below listed actions is hereby **GRANTED**:

| Defendant | Member Case No. | Plaintiff Attorney | Rec. Doc. No. Showing Summons Returned Executed |
|---|---|---|---|
| Stewart Park Homes, Inc. | 09-3922 | Lambert | 12013 |
| Stewart Park Homes, Inc. | 09-3993 | Centola | 13434 |
| Stewart Park Homes, Inc. | 09-3994 | Centola | 13433 |
| Stewart Park Homes, Inc. | 09-4016 | Centola | 13432 |
| Stewart Park Homes, Inc. | 09-4065 | Centola | 13431 |
| Stewart Park Homes, Inc. | 09-4741 | Hilliard | 7759 |
| Stewart Park Homes, Inc. | 09-4824 | Meunier | 12060 |
| Stewart Park Homes, Inc. | 09-4927 | Centola | 13435 |
| Stewart Park Homes, Inc. | 09-4975 | Meunier | 12061 |
| Stewart Park Homes, Inc. | 09-4993 | Meunier | 12057 |
| Stewart Park Homes, Inc. | 09-5251 | Meunier | 12065 |
| Stewart Park Homes, Inc. | 09-5523 | Centola | 13436 |
| Stewart Park Homes, Inc. | 09-5524 | Centola | 13438 |
| Stewart Park Homes, Inc. | 09-5738 | Centola | 7962, 13441 |
| Stewart Park Homes, Inc. | 09-5752 | Centola | 7960, 13440 |
| Stewart Park Homes, Inc. | 09-5767 | Centola | 13437 |

| Stewart Park Homes, Inc. | 09-5965 | Centola | 8695, 13439 |
| Stewart Park Homes, Inc. | 09-6167 | Hilliard | 7779 |
| Stewart Park Homes, Inc. | 09-6282 | Andry | 4233 |
| Stewart Park Homes, Inc. | 09-6572 | Centola | 8697, 13442 |
| Stewart Park Homes, Inc. | 09-6775 | Centola | 8711, 13443 |
| Stewart Park Homes, Inc. | 09-6930 | Hilliard | 7756 |
| Stewart Park Homes, Inc. | 09-7746 | Woods | 12059 |
| Stewart Park Homes, Inc. | 09-7757 | Meunier | 12064 |
| Stewart Park Homes, Inc. | 09-8310 | Centola | 13444 |
| Stewart Park Homes, Inc. | 09-8331 | Centola | 13445 |
| Stewart Park Homes, Inc. | 09-8389 | Buzbee | 13727 |
| Stewart Park Homes, Inc. | 10-228 | Meunier | Member Case, Rec. Doc. 7 |
| Stewart Park Homes, Inc. | 10-543 | Woods | 13922 |
| Stewart Park Homes, Inc. | 10-1377 | D'Amico | 21749 |
| Stewart Park Homes, Inc. | 10-2217 | Hilliard | 18756 |
| Stewart Park Homes, Inc. | 10-2269 | Hilliard | 18750 |
| Stewart Park Homes, Inc. | 10-2393 | Meunier | 16751 |
| Stewart Park Homes, Inc. | 10-3441 | Lott | 20310 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 | Hilliard | 18745 |

Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), preliminary default is hereby entered against defendants in the above listed cases.

THIS DONE the 1st day of June, 2012, New Orleans, Louisiana.

LORETTA G. WHYTE, Clerk

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATED TO:　　　　　　　SECTION "N" (5)
*The Member Case Nos. Listed Herein*

LAST KNOWN ADDRESS OF DEFENDANT(S) IN DEFAULT

DEFENDANT:

    STEWART PARK HOMES, INC.
    219 Industrial Blvd.
    Thomasville, GA  31792

    and

    STEWART PARK HOMES, INC.
    1207 Sunset Blvd.
    Thomasville, GA  31792

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCT<br>LIABILITY LITIGATION | MDL NO. 1873 |
| THIS DOCUMENT RELATED TO:<br>*The Member Case No (10-2205)* | SECTION "N" (5) |

## LAST KNOWN ADDRESS OF DEFENDANT(S) IN DEFAULT

DEFENDANT:

    AMERICAN CAMPER MANUFACTURING, LLC d/b/a Ameri-Camp
    Through Registered Agent: Peter J. Recchio
    1406 Greenleaf Blvd
    Elkhardt, IN 46567

    and

    AMERICAN CAMPER MANUFACTURING, LLC d/b/a Ameri-Camp
    72440 State Road 13 North
    Syracuse, IN 46567