**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: STEWART PARK HOMES, INC.
Street, Apt. No. or PO Box No.: 1207 Sunset Blvd.
City, State, ZIP: Thomasville, GA 31792

PS Form 3800, August 2006

7009 0080 0002 2464 3577

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: STEWART PARK HOMES, INC.
Street, Apt. No. or PO Box No.: 219 Industrial Blvd.
City, State, ZIP+4: Thomasville, GA 31792

PS Form 3800, August 2006

7009 0080 0002 2464 3584

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

AMERICAN CAMPER MANUFACTURING, LLC
d/b/a Ameri-Camp
Through Registered Agent: Peter J. Recchio
1406 Greenleaf Blvd.
Elkhardt, IN 46567

7009 0080 0002 2464 3560

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

AMERICAN CAMPER MANUFACTURING, LLC
d/b/a Ameri-Camp
72440 State Road 13 North
Syracuse, IN 46567

7009 0080 0002 2464 3553