AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | |
|---|---|
| In Re: Fema Trailer Formaldehyde Products Liailbity Litigation | ) ) ) ) |
| | ) Civil Action No. 07md1873 "N" (5) |
| This Document Relates to Civil Action No. 08-1094 | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lexington Insurance Company
thorugh the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge , LA 70809

SERVED ON
TOM SCHEDLER

MAY 3 1 2012

SECRETARY OF STATE
COMMERCIAL DIVISION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard J. Fernandez,
Law Offices of Richard J. Fernandez
3000 W. Esplanade Ave., Suite 200
Metiarie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Bregouy*
Deputy clerk's signature

Date: __May 29 2012__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  07md1873 "N" (5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*  *Louisiana Secretary of State* , who is

designated by law to accept service of process on behalf of *(name of organization)*  *Lexington*

*Insurance Co.*                                   on *(date)*  *5/31/2012* ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  *5/31/2012*

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: