UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
   FORMALDEHYDE PRODUCTS  
   LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
the Member Case Nos. listed herein

O R D E R

  As this Court indicated in its May 17, 2012 Show Cause Order (Rec. Doc. 25617), certain cases transferred in to this Court from other districts remain unmatched. In the following cases, plaintiffs failed to timely show cause why these cases should not be dismissed for failure to comply with Pre-trial Order No. 49 (Rec. Doc. 8908). Accordingly,

  **IT IS ORDERED** that the following cases[1] are hereby **DISMISSED** for failure to comply with Pre-trial Order No. 49 (Rec. Doc. 8908):

- Member case no. 09-6396

- Member case no. 10-433

- Member case no. 10-553

---

[1]  Member case no. 10-3126, originally listed in the May 17, 2012 Show Cause Order (Rec. Doc. 25617), is not included in this Order as Plaintiffs' counsel timely notified the Court that the case was included in error, as all parties except Liberty Homes, Inc. and Bechtel National, Inc. were dismissed. (See Rec. Doc. 19894).

- Member case no. 10-2606

- Member case no. 10-2893

- Member case no. 10-2894

- Member case no. 10-2895

- Member case no. 11-221

New Orleans, Louisiana, this 5th day of June, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE