UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Member Case Nos. listed herein

## O R D E R

Certain service issues were detailed in this Court's Order at Rec. Doc. 25618. None of these service issues have been timely addressed and remedied by counsel. Accordingly, after considering the applicable law, the Court rules as set forth herein:

**A.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs against the specified defendants in the following member cases are hereby **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as more than 120 days have elapsed since the filing of the Complaints in these actions. Counsel for Plaintiffs have failed to show good cause why service of process has not been effected upon the defendants listed below. Indeed, counsel offered no response whatsoever to this Court's service order. See *Redding v. Essex Crane Rental Corp. Of Alabama*, 752 F.2d 1077 (5th Cir. 1985):

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Superior Homes, LLC | 10-2548 |
| Superior Homes, LLC | 10-4094 |
| Mitchell County Industries | 09-3717 |
| Mitchell County Industries | 10-758 |
| Mitchell County Industries | 10-3717 |
| Mitchell County Industries | 10-3799 |
| Mitchell County Industries, LLC | 10-478 |
| Mitchell County Industries, LLC | 10-1354 |
| Mitchell County Industries, LLC | 10-2387 |

2

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Mitchell County Industries, LLC | 10-2397 |
| Mitchell County Investments, LLC | 09-5292 |
| Mitchell County Investments, LLC | 09-7861 |

**B.**

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs against the specified defendants in the following member cases are hereby **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as service has not been effected, evidenced in these member cases by the unexecuted returns in the record. More than 120 days have elapsed since the filing of the Complaints in these actions, and counsel for Plaintiffs have failed to show good cause why service of process has not been effected upon the defendants listed below. See *Redding*, 752 F.2d 1077:

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Mitchell County Industries, LLC | 09-4742 |

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Mitchell County Industries, LLC | 09-6639 |
| Mitchell County Industries, LLC | 09-7098 |
| Mitchell County Industries, LLC | 09-7820 |
| Mitchell County Industries, LLC | 09-7829 |
| Mitchell County Industries, LLC | 10-1293 |
| Mitchell County Industries, LLC | 10-2181 |
| Mitchell County Industries, LLC | 10-2274 |

**C.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs against the specified defendants in the following member cases are hereby **DISMISSED WITHOUT**


**PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, as more than 120 days have elapsed since the filing of the Complaints in these actions and counsel for Plaintiffs have failed to show good cause why service of process has not been effected upon the defendants listed below. Indeed, although summons has been issued, no executed return has been timely placed in the record. See *Redding*, 752 F.2d 1077:

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Superior Homes, LLC | 09-8395 |
| Superior Homes, LLC | 09-8428 |
| Superior Homes, LLC | 09-8429 |
| Superior Homes, LLC | 09-8430 |
| Mitchell County Industries, LLC | 09-6341 |
| Mitchell County Industries, LLC | 09-7266 |
| Mitchell County Industries, LLC | 09-8719 |
| Mitchell County Industries, LLC | 09-8728 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Mitchell County Industries, LLC | 10-2694 |
| Mitchell County Investments, LLC | 10-921 |

**D.**

**IT IS FINALLY ORDERED** that, because Mitchell County Industries, LLC failed to timely obtain licensed counsel to represent it in member case no. 09-3629, its Preservation of Defenses (Rec. Doc. 2609) is hereby **STRICKEN** from the record. Plaintiffs in this member case shall file a motion seeking to obtain a preliminary default on Mitchell County Industries, LLC **on or before Monday, June 18, 2012**. Failure to do so timely will result in the DISMISSAL of this defendant, for failure to prosecute, without any further notice, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 5th day of June, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE