AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In Re: Fema Trailer Formaldehyde Products Liailbity Litigation )
)
)
) Civil Action No. 07md1873 "N" (5)
This Document Relates to Civil Action No. 08-1094 )
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fluor Enterprises, Inc.
through its agent for Service of Process
Corporation Service Company
320 Somerulos St.,
Baton Rouge, La 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard J. Fernandez,
Law Offices of Richard J. Fernandez
3000 W. Esplanade Ave., Suite 200
Metiarie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 29 2012



Case 2:07-md-01873-KDE-MBN   Document 25682   Filed 06/11/12   Page 2 of 2
Case 2:08-cv-01094-KDE-ALC   Document 11-4   Filed 05/29/12   Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 07md1873 "N" (5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Fluor Enterprises, Inc**
was received by me on *(date)* **5/31/2012**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Ms. Paula Glaser**, who is designated by law to accept service of process on behalf of *(name of organization)* **Fluor Enterprises, Inc - 320 Somerulos St, Baton Rouge, LA** on *(date)* **6/4/2012** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/4/12**

*Server's signature*

**Carol S Cassisa, Process Server**
*Printed name and title*

**CAPITAL PROCESS SERVICE**
**5916 SOUTH SHORE DRIVE**
**BATON ROUGE, LA 70817-3982**
**225-756-2537**
*Server's address*

Additional information regarding attempted service, etc: