UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 10-3573

## **O R D E R**

**IT IS ORDERED** that the submission date for Vanguard Industries of Michigan, Inc.'s Motion to Dismiss for Failure to Comply with Pre-trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pre-trial Orders No. 38, 49 and 68, presently set for June 13, 2012, is hereby continued to June 27, 2012, without oral argument.

New Orleans, Louisiana, this 11th day of June, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**