UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
       FORMALDEHYDE PRODUCTS  
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
the Member Case Nos. listed herein

O R D E R

The record reflects that a preliminary default was entered against the following defendants in the following member cases (Rec. Doc. 25674):

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-3922 |
| Stewart Park Homes, Inc. | 09-3993 |
| Stewart Park Homes, Inc. | 09-3994 |
| Stewart Park Homes, Inc. | 09-4016 |
| Stewart Park Homes, Inc. | 09-4065 |
| Stewart Park Homes, Inc. | 09-4741 |

| DEFENDANT | MEMBER CASE NO. |
|---|---|
| Stewart Park Homes, Inc. | 09-4824 |
| Stewart Park Homes, Inc. | 09-4927 |
| Stewart Park Homes, Inc. | 09-4975 |
| Stewart Park Homes, Inc. | 09-4993 |
| Stewart Park Homes, Inc. | 09-5251 |
| Stewart Park Homes, Inc. | 09-5523 |
| Stewart Park Homes, Inc. | 09-5524 |
| Stewart Park Homes, Inc. | 09-5738 |
| Stewart Park Homes, Inc. | 09-5752 |
| Stewart Park Homes, Inc. | 09-5767 |
| Stewart Park Homes, Inc. | 09-5965 |
| Stewart Park Homes, Inc. | 09-6167 |
| Stewart Park Homes, Inc. | 09-6282 |
| Stewart Park Homes, Inc. | 09-6572 |
| Stewart Park Homes, Inc. | 09-6775 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 09-6930 |
| Stewart Park Homes, Inc. | 09-7746 |
| Stewart Park Homes, Inc. | 09-7757 |
| Stewart Park Homes, Inc. | 09-8310 |
| Stewart Park Homes, Inc. | 09-8331 |
| Stewart Park Homes, Inc. | 09-8389 |
| Stewart Park Homes, Inc. | 10-228 |
| Stewart Park Homes, Inc. | 10-543 |
| Stewart Park Homes, Inc. | 10-1377 |
| Stewart Park Homes, Inc. | 10-2217 |
| Stewart Park Homes, Inc. | 10-2269 |
| Stewart Park Homes, Inc. | 10-2393 |
| Stewart Park Homes, Inc. | 10-3441 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 |

To date, no motion for default judgment has been submitted.

**IT IS ORDERED** that **on or before Tuesday, June 26, 2012**, counsel for Plaintiffs shall submit a motion for default judgment or show cause in writing why these cases should not be dismissed for failure to prosecute.

New Orleans, Louisiana, this 14th day of June, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE