UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced in Motions
Listed Herein

## O R D E R

Considering the proposed manufacturer class settlement (Rec. Doc. 25226, as amended and supplemented in Rec. Docs. 25646, 25655, 25664, 25665), which has been preliminarily approved by the Court (Rec. Doc. 25666); accordingly,

**IT IS ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE** to the movants' right to re-urge the motions in full should the proposed class settlement fail for any reason:

| | |
|---|---|
| Rec. Doc. 25227 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (07-9228); |
| Rec. Doc. 25228 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-2249); |
| Rec. Doc. 25229 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-2261); |
| Rec. Doc. 25230 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-2246); |
| Rec. Doc. 25311 | Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-196); |

Rec. Doc. 25330    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (09-7856);

Rec. Doc. 25334    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (09-7856);

Rec. Doc. 25363    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (09-7856);

Rec. Doc. 25364    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-2231);

Rec. Doc. 25365    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-2229);

Rec. Doc. 25366    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (09-7831);

Rec. Doc. 25393    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-1280);

Rec. Doc. 25394    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (10-1281);

Rec. Doc. 25398    Gulf Stream's Rule 12(b)(6) Motion to Dismiss Certain Plaintiffs' Claims for Prescription (09-7833);

Rec. Doc. 25446    Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (09-7070; 09-7072; 10-2190; 10-2184);

Rec. Doc. 25447    Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (10-2184);

Rec. Doc. 25530    Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (10-1265);

Rec. Doc. 25531    Vanguard Industries' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to

|  |  |
|---|---|
|  | Plaintiff Fact Sheets and the Matching Requirements of Pre-Trial Order Nos. 38, 49 and 68 (10-1296); |
| Rec. Doc. 25540 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (09-8635); |
| Rec. Doc. 25541 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (09-4797); |
| Rec. Doc. 25589 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (10-3410); |
| Rec. Doc. 25590 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (09-4716); |
| Rec. Doc. 25594 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (10-1281); |
| Rec. Doc. 25595 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (10-2297); |
| Rec. Doc. 25599 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (09-8057; 10-2166); |
| Rec. Doc. 25600 | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (09-8367); |
| Rec. Doc. 25601 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (10-2184; 10-2190); |
| Rec. Doc. 25602 | Gulf Stream's Motion to Dismiss for Failure to Comply with |

|                  |                                                                                                                                                                                                          |
| ---------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|                  | Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (09-7925);                                                                                                                       |
| Rec. Doc. 25603  | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (09-7760);                                                            |
| Rec. Doc. 25613  | Gulf Stream's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 86 and 88 Relating to Plaintiff Fact Sheets (09-8467); and                                                        |
| Rec. Doc. 25615  | Vanguard Industries of Michigan, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pretrial Orders No. 38, 49 and 68 (10-3573). |

This ruling is for administrative purposes only and in no way addresses the merits of any motion.

New Orleans, Louisiana, this 14th day of June, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**