UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (4) |
| | * | |
| versus | * | JUDGE: ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| CIVIL ACTION NO. 08-1094 | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendant, Steadfast Insurance Company, who moves for an order for an extension of twenty days in which to file responsive pleadings in the above-captioned matter. This is the first extension of time requested by Steadfast Insurance Company.

WHEREFORE, Steadfast Insurance Company prays for the granting of the motion for extension of time of twenty days in which to file responsive pleadings in the above-captioned matter.

1

        Respectfully submitted,

        GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.

        */s/Thomas W. Darling*

        _____
        THOMAS W. DARLING, T.A. (#23020)
        2223 Quail Run, Suite C-2
        Baton Rouge, LA 70808
        Telephone: (225) 7663-6016
        Facsimile: (225) 663-6102

And

        MICHAEL D. PEYTAVIN (#14315)
        401 Whitney Ave., Ste. 500
        Gretna, LA 70056-2588
        Telephone: (504) 362-2466
        Facsimile: (504) 362-5938
        *Attorneys for Steadfast Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        */s/Thomas W. Darling*
        _____
        Thomas W. Darling    (#23020) (TA)

G:\0262\2149\PLEADINGS\Motion for Extension of Time.wpd