UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (4) |
| | * | |
| versus | * | JUDGE: ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| CIVIL ACTION NO. 08-1094 | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Extension of Time filed by Steadfast Insurance Company:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is **GRANTED**, and that Steadfast Insurance Company is granted an additional twenty days in which to file responsive pleadings in this matter.

New Orleans, Louisiana, this _____ day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

G:\0262\2149\PLEADINGS\Order for Motion for Extension of Time.wpd

1