UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On October 24, 2011, this Court appointed Amanda J. Ballay as a Special Master in this MDL, giving her the authority to undertake certain tasks. (See Rec. Doc. 23284). According to the Order, this appointment was for one year or until the MDL concluded. Given the recent progress in this MDL (i.e, the settlement of claims against most defendants) and the successful completion of the enumerated tasks by Special Master Ballay, as set forth by the Court and counsel for the parties,

**IT IS ORDERED** that the term specified in this Court's October 24, 2011 Order (Rec. Doc. 23284) is hereby modified to terminate on **Friday, June 15, 2012.**

New Orleans, Louisiana, this 15th day of June, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**