## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION: N, 5** |
| | * | |
| **This document relates to:** | * | **JUDGE ENGELHARDT** |
| | * | |
| **ALL CASES** | * | **MAGISTRATE CHASEZ** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CRUM AND FORSTER SPECIALTY INSURANCE COMPANY'S MOTION TO ENFORCE MEMORANDUM OF UNDERSTANDING AND OBJECTION TO ORDER OF MAY 18, 2012

NOW INTO COURT, through undersigned counsel, comes Crum & Forster Specialty Insurance Company, and for Moving to Enforce its Settlement Memorandum of Understanding and objecting to this Court's Order of May 18, 2012 (#25626) which is titled the "Order to Reimburse Costs Relating to Census Database", respectfully moves that the Order be modified the limitations on expenses to be paid by the Mover for the reasons set forth in the Memorandum of Understanding.

Counsel for plaintiffs, Watts, Guerra, Craft, LLP, and Hilliard, Munoz, Gonzales, LLP, were contacted pursuant to Pre-Trial Order 10 § 1.   Counsel for plaintiff opposes the Motion.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL

THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM

ON THIS __19th__ DAY OF __June__, 2012.

_____/s Eric B .Berger_____

_____*/s Eric B. Berger*_____

SIDNEY J. ANGELLE, #1002

ERIC B. BERGER, #26196

LOBMAN, CARNAHAN, BATT,

  ANGELLE & NADER

400 POYDRAS STREET, SUITE 2300

NEW ORLEANS, LOUISIANA  70130

(504) 586-9292    FAX (504) 586-1290