**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION: N, 5** |
| | * | |
| **This document relates to:** | * | **JUDGE ENGELHARDT** |
| | * | |
| **ALL CASES** | * | **MAGISTRATE CHASEZ** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUBMISSION**

TO: All counsel of Record

PLEASE TAKE NOTICE that Defendant, Crum & Forster Specialty Insurance Company, will bring forth for hearing its <u>Motion To Enforce Memorandum Of Understanding And Objection To Order Of May 18, 2012</u>, which will be brought for hearing on the 11th day of July, 2012 at 9:00 o'clock a. m. before the Honorable Kurt Engelhardt in the United States District Court, Eastern District of Louisiana, Section N (5), 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL

THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM

ON THIS ___20th___ DAY OF ___June___, 2012.

_____/s Eric B .Berger_____

_____*/s Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
   ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290