UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION N (4) |
| versus | * * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 08-1094 | * * | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Motion for Extension of Time filed by Steadfast Insurance Company:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is **GRANTED**, and that Steadfast Insurance Company is granted an additional twenty days in which to file responsive pleadings in this matter.

New Orleans, Louisiana, this __19th__ day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

G:\0262\2149\PLEADINGS\Order for Motion for Extension of Time.wpd

1