UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Terrell v. Gulf Stream Coach, Inc., et al., EDLA 12-0548*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ann M. Terrell, who pursuant to Local Rule 83.2.11 moves the Court to substitute L. Eric Williams, Jr. as her counsel of record in place of her former attorneys Gerald E. Meunier, Justin I. Woods, and M. Palmer Lambert.

WHEREFORE, Plaintiff respectfully requests that L. Eric Williams, Jr. and the Williams Law Office, LLC be added as her counsel of record and that Gerald E. Meunier, Justin I. Woods, M. Palmer Lambert, and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be removed and withdrawn as counsel in the above captioned matter.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

BY:   */s/M. Palmer Lambert*
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      M. PALMER LAMBERT, #33228
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.

2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com
plambert@gainsben.com

*/s/ L Eric Williams, Jr.*
L. Eric Williams, Jr.
Williams Law Office, LLC
433 Metairie Road, Suite 302
Metairie, Louisiana 70005
Telephone: (504) 832-9898
Facsimile:   (504) 832-9811
eric@amlbenzene.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/M. Palmer Lambert*
M. PALMER LAMBERT, #33228