UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Terrell v. Gulf Stream Coach, Inc., et al., EDLA 12-0548*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Considering Plaintiff's *Ex Parte* Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** that L. Eric Williams, Jr. and the Williams Law Office, LLC be enrolled as Plaintiff's counsel of record;

**IT IS FURTHER ORDERED** that Gerald E. Meunier, Justin I. Woods, M. Palmer Lambert, and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be removed and withdrawn as counsel in the above captioned matter.

New Orleans, Louisiana, this _____ day of June, 2012

_____
JUDGE KURT D. ENGELHARDT