UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Terrell v. Gulf Stream Coach, Inc., et al., EDLA 12-0548*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiff's *Ex Parte* Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** that L. Eric Williams, Jr. and the Williams Law Office, LLC be enrolled as Plaintiff's counsel of record;

**IT IS FURTHER ORDERED** that Gerald E. Meunier, Justin I. Woods, M. Palmer Lambert, and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be removed and withdrawn as counsel in the above captioned matter.

New Orleans, Louisiana, this __20th__ day of June, 2012

JUDGE KURT D. ENGELHARDT