274-12292/ 62632

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS PLEADING APPLIES TO ALL CASES | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE UNOPPOSED REQUEST OF JACQUET CONSTRUCTION SERVICES, LLC FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendant Jacquet Construction Services, LLC requests that it be granted leave to deposit settlement funds into the registry of the court. It submits herewith a check in the amount of $20,000.00 issued by its insurer, Scottsdale Insurance Company, made payable to the Clerk of Court, United States District Court for the Eastern District of Louisiana. All claims against Jacquet Construction Services, LLC, both present and potential, have been completely and fully compromised and settled for that amount. The Memorandum of Understanding of May 22, 2012 requires that the settlement funds be placed into the registry of the court within 30 days of

B0571993.1

-2-

execution. Accordingly, plaintiffs consent to the deposit, and there is no objection to the request for leave.

*S/ John A. Stewart, Jr.*
JOHN A. STEWART, JR. (#8164)
BALDWIN HASPEL BURKE & MAYER, LLC
1100 POYDRAS STREET, SUITE 3600
NEW ORLEANS, LA 70163-2200
(504) 569-2900 Fax (504) 569-2099
*jstewart@bhbmlaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2012 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ John A. Stewart, Jr.*
JOHN A. STEWART, JR. (#8164)
BALDWIN HASPEL BURKE & MAYER, LLC
1100 POYDRAS STREET, SUITE 3600
NEW ORLEANS, LA 70163-2200
(504) 569-2900 Fax (504) 569-2099
*jstewart@bhbmlaw.com*