UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * * | SECTION "N-4" |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAG. JUDGE CHASEZ |

******************************************************************

### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT**, through undersigned counsel, come defendants, Project Resources, Inc., Del-Jen, Inc., and PRI/DJI, a Reconstruction Joint Venture and their liability insurers (hereafter "PRI/DJI"), and moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

Respectfully submitted,

**ADAMS AND REESE, LLP**

/s/ Kathleen F. Drew
Kathleen F. Drew (#5079)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

        **Attorney for Defendants, Project Resources, Inc., and PRI/DJI, a Reconstruction Joint Venture**

        **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**

        /s/ David M. Moragas
        David M. Moragas (#29633)
        Richard E. King (#25128)
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, LA 70139
        Telephone: (504) 525-6802
        Facsimile: (504) 525-2456
        **Attorney for Defendant, Del-Jen, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

        /s/ Kathleen F. Drew
        Kathleen F. Drew

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 SECTION "N-4" JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAG. JUDGE CHASEZ |

**************************************************************************

**MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL
MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT
FUNDS INTO THE REGISTRY OF THE COURT**

**MAY IT PLEASE THE COURT:**

Project Resources, Inc., Del-Jen, Inc., and PRI/DJI, a Reconstruction Joint Venture and their insurers (hereafter "PRI/DJI"), move this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On May 24, 2012, the plaintiffs *via* the Plaintiffs Steering Committee, on the one hand and PRI/DJI and its insurers, entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1] In order to comply with the terms

---

[1] Courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality.  *State Farm Fire and Casualty Company, et al. v. Jim Hood, et al.*, 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg,* 23 F.3d 772, 788 (3rd Cir. 1994).

of the aforementioned MOU, PRI/DJI request that its Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

WHEREFORE, Project Resources, Inc., Del-Jen, Inc., and PRI/DJI, a Reconstruction Joint Venture and their liability insurers respectfully move this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully submitted,

**ADAMS AND REESE, LLP**

/s/ Kathleen F. Drew
Kathleen F. Drew (#5079)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA  70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
**Attorney for Defendants, Project Resources, Inc., and PRI/DJI, a Reconstruction Joint Venture**

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**

/s/ David M. Moragas
David M. Moragas (#29633)
Richard E. King (#25128)
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA  70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Attorney for Defendant, Del-Jen, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

/s/ Kathleen F. Drew
Kathleen F. Drew