UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Project Resources, Inc., Del-Jen, Inc., and PRI/DJI, a Reconstruction Joint Venture and their liability insurers are **GRANTED** leave of Court to file Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this the _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE