UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| This Document Relates to All Cases | * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT**, through undersigned counsel, comes defendant, T-Mac, Inc. ("T-Mac"), who moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

1

Respectfully submitted,

 /s/ Jennifer S. Kilpatrick
Sidney W. Degan, III (No. 4804)
Jennifer S. Kilpatrick (No. 26510)
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: 504-529-3333
Facsimile:  504-529-3337
**Attorneys for T-Mac, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2012, a copy of the foregoing Unopposed Motion to Deposit Settlement Funds Into the Registry of the Court was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:  **No manual participants.**

 /s/ Jennifer S. Kilpatrick
Jennifer S. Kilpatrick (La. Bar No. 26510)