UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| **This Document Relates to** | * | |
| **All Cases** | * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court:

**IT IS ORDERED** that T-Mac, Inc. is granted leave of Court to file Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court.

New Orleans, Louisiana, this _____ day of June, 2012.

_____
United States District Court

L:\375\8362\Doc\06 Order re Mtn for Leave.doc

1