274-12292/ 62632

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5"<br>JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS PLEADING APPLIES TO ALL CASES | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the unopposed request for leave of Jacquet Construction Services, LLC to deposit funds for the settlement of all claims against it, LET THE REQUEST BE GRANTED. Jacquet Construction Services, LLC is hereby granted leave to deposit the settlement funds into the registry of the court.

New Orleans, Louisiana this __21st__ day of June, 2012.

_____
JUDGE

B0571995.1