UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| This Document Relates to All Cases | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court:

**IT IS ORDERED** that TKTMJ, Inc. and its liability insurers are granted leave of Court to file Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court.

New Orleans, Louisiana, this  21st  day of June, 2012.

_____
United States District Court

L:\375\8362\Doc\06 Order re Mtn for Leave.doc

1