**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL NO.: 1873 |
| | ) | |
| This Document Relates to: | ) | SECTION: N (4) |
| *Barbarin v. Forest River, Inc.* | ) | |
| Docket No. 09-8699 | ) | JUDGE: ENGELHARDT |
| Plaintiff: Janet Bracy | ) | |
| | ) | MAG.:  ROBY |
| *Frank v. R-Vision, Inc.* | ) | |
| Docket No. 09-8691 | ) | |
| Plaintiff: Earnestine Frank | ) | |
| | ) | |
| *Thomas v. Frontier RV, Inc.* | ) | |
| Docket No. 09-8658 | ) | |
| Plaintiff: Gerty Richardson | ) | |
| | ) | |
| *Hendrix v. Lakeside Park Homes, Inc.* | ) | |
| Docket No. 09-8654 | ) | |
| Plaintiff: Ablioncia Lindsey | ) | |
|     Sierra Bright | ) | |
|     Demetria Winchester, minor, by Lydia | ) | |
| Hunter | ) | |
|     Lydia C. Hunter | ) | |
|     Janet Bracy | ) | |
|     George Butler, Jr. | ) | |
| | ) | |

**DEFENDANT, C. MARTIN COMPANY INC.'S RULE 12 MOTIONS AND
ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin

Company, Inc., who moves this Honorable Court to dismiss the claims of Plaintiffs in these suits

with prejudice pursuant to Rule 12(b) for: (a) prescription; (b) insufficiency of process; (c)

insufficiency of service of process: (d) because Plaintiffs have failed to state a cause of action

against Defendant, C. Martin Company and/or cannot prove a cause of action against C. Martin Company; and, in the further alternative, for summary judgment on the grounds that, as will appear from the pleadings, Memorandum in Support of Motion for Summary Judgment and exhibits filed contemporaneously herewith, there is no genuine issue as to any material fact, insofar as Plaintiffs' demands against Defendant, C. Martin Company are concerned, and that Defendant, C. Martin Company is therefore entitled to summary judgment as a matter of law, dismissing Plaintiffs' claims that Defendant, C. Martin Company is liable to them for the damages alleged in Plaintiffs' Complaints.

WHEREFORE, Defendant, C. Martin Company, Inc., prays that its Motion to Dismiss Pursuant to Rule 12 and/or Motion for Summary Judgment be granted, dismissing the claims of Plaintiffs, with prejudice as against Defendant, C. Martin Company.

Respectfully submitted,

PROVOSTY & GANKENDORFF, L.L.C.


 __/s/ Edgar D. Gankendorff_____
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the ____ day of June, 2012.

_/s/ Edgar D. Gankendorff_
Edgar D. Gankendorff

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on June 19, 2012, via an email correspondence to counsel, with the following results: Plaintiffs' counsel, Bruno Law Firm, has advised that Plaintiffs do not intend to oppose same.

_/s/ Lena D. Giangrosso_
Lena D. Giangrosso