**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> *Barbarin v. Forest River, Inc.* ) <br> Docket No. 09-8699 ) <br> Plaintiff: Janet Bracy ) <br> ) <br> *Frank v. R-Vision, Inc.* ) <br> Docket No. 09-8691 ) <br> Plaintiff: Earnestine Frank ) <br> ) <br> *Thomas v. Frontier RV, Inc.* ) <br> Docket No. 09-8658 ) <br> Plaintiff: Gerty Richardson ) <br> ) <br> *Hendrix v. Lakeside Park Homes, Inc.* ) <br> Docket No. 09-8654 ) <br> Plaintiff: Ablioncia Lindsey ) <br>         Sierra Bright ) <br>         Demetria Winchester, minor, by Lydia ) <br> Hunter ) <br>         Lydia C. Hunter ) <br>         Janet Bracy ) <br>         George Butler, Jr. ) | MDL NO.: 1873 <br><br> SECTION: N (4) <br><br> JUDGE: ENGELHARDT <br><br> MAG.:  ROBY |

**<u>ORDER</u>**

Considering the foregoing Rule 12 Motion to Dismiss with Alternative Motion for Summary Judgment filed by Defendant, C. Martin Company; and having found that Plaintiffs have failed to state a cause of action as against Defendant. C. Martin Company, and that there is no genuine issue of material fact that Defendant, C. Martin Company was not involved in

installing, blocking, refurbishing, restoring or re-installing the emergency housing units in the instant matter;

And having further found that Plaintiffs claims were prescribed on their face prior to the filing of suit in these matters;

And having further found insufficient process and insufficient service of process on the part of the Plaintiffs herein;

**IT IS ORDERED THAT** the Unopposed Rule 12 Motion to Dismiss with Alternative Motion for Summary Judgment be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs are dismissed with prejudice against Defendant, C. Martin Company, Inc. as to the listed causes of action:

*Barbarin v. Forest River, Inc.*, Docket No. 09-8699
Plaintiff: Janet Bracy

*Frank v. R-Vision, Inc.,* Docket No. 09-8691
Plaintiff: Earnestine Frank

*Thomas v. Frontier RV, Inc.*, Docket No. 09-8658
Plaintiff: Gerty Richardson

*Hendrix v. Lakeside Park Homes, Inc.*, Docket No. 09-8654
Plaintiff: Ablioncia Lindsey
      Sierra Bright
      Demetria Winchester, minor, by Lydia Hunter

      Lydia C. Hunter
      Janet Bracy
      George Butler, Jr.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE