UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to: | * * | JUDGE ENGELHARDT |
| ALL CASES | * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Mover and Defendant, Crum & Forster Specialty Insurance Company, who, pursuant to Local Rule 78.1, respectfully requests oral argument on the [#25692] <u>Motion to Enforce Memorandum of Understanding and Objection To Order of May 18, 2012</u> set for hearing before this Honorable Court on the 11th day of July, 2012, at 9:00 a.m. or at a time set by this court so as to more fully address any questions the court may have concerning Crum & Forster Specialty Insurance Company's Motion.

Respectfully submitted,

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM ON THIS __26th__ DAY OF __June__, 2012.<br><br>_____/s Eric B .Berger_____ | _____/s Eric B. Berger_____<br>SIDNEY J. ANGELLE, #1002<br>ERIC B. BERGER, #26196<br>LOBMAN, CARNAHAN, BATT,<br>  ANGELLE & NADER<br>400 POYDRAS STREET, SUITE 2300<br>NEW ORLEANS, LOUISIANA  70130<br>(504) 586-9292    FAX (504) 586-1290 |