UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                    MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3629

O R D E R

In this Court's June 5, 2012 Order (Rec. Doc. 25680), the undersigned allowed the plaintiffs in the referenced case until June 18, 2012 to obtain a preliminary default on Mitchell County Industries, LLC. The undersigned warned that failure to obtain such default would result in dismissal of this defendant for failure to prosecute, without any further notice, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. A review of the record indicates that the plaintiffs have failed to obtain preliminary default on Mitchell County Industries, LLC. Accordingly,

**IT IS ORDERED** that, based on the plaintiffs' failure to obtain a preliminary default, the plaintiffs' claims against Mitchell County Industries, LLC are hereby **DISMISSED** for failure to prosecute, in accordance with Rule 41 (b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 25th day of June, 2012.

                              KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE