UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 08-4630

## SHOW CAUSE ORDER

It has come to this Court's attention that certain cases in this litigation remain unmatched. Accordingly,

**IT IS ORDERED** that **on or before July 11, 2012**, the plaintiffs in the following case(s) shall **SHOW CAUSE** in writing why the case(s) should not be **DISMISSED** for failure to comply with Pre-trial Order 49 (Rec. Doc. 8908):

- *Phyllis Laney, et al v. United States of America, et al* **(08-4630).**

New Orleans, Louisiana, this 25th day of June, 2012.

**KURT D. ENGELHARDT**
**United States District Court**