# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO.: 1873 |
| ) | |
| This Document Relates to: ) | SECTION: N (4) |
| *Barbarin v. Forest River, Inc.* ) | |
| Docket No. 09-8699 ) | JUDGE: ENGELHARDT |
| Plaintiff: Janet Bracy ) | |
| ) | MAG.: ROBY |
| *Frank v. R-Vision, Inc.* ) | |
| Docket No. 09-8691 ) | |
| Plaintiff: Earnestine Frank ) | |
| ) | |
| *Thomas v. Frontier RV, Inc.* ) | |
| Docket No. 09-8658 ) | |
| Plaintiff: Gerty Richardson ) | |
| ) | |
| *Hendrix v. Lakeside Park Homes, Inc.* ) | |
| Docket No. 09-8654 ) | |
| Plaintiff: Ablioncia Lindsey ) | |
|     Sierra Bright ) | |
|     Demetria Winchester, minor, by Lydia ) | |
| Hunter ) | |
|     Lydia C. Hunter ) | |
|     Janet Bracy ) | |
|     George Butler, Jr. ) | |

## **ORDER**

Considering the foregoing Rule 12 Motion to Dismiss with Alternative Motion for Summary Judgment filed by Defendant, C. Martin Company;

IT IS ORDERED THAT the Unopposed Rule 12 Motion to Dismiss with Alternative Motion for Summary Judgment be and is hereby GRANTED and the claims and causes of action of the

following Plaintiffs are dismissed with prejudice against Defendant, C. Martin Company, Inc., as to the listed causes of action:

    Barbarin v. Forest River, Inc., Docket No. 09-8699
    Plaintiff: Janet Bracy

    Frank v. R-Vision, Inc., Docket No. 09-8691
    Plaintiff: Earnestine Frank

    Thomas v. Frontier RV, Inc., Docket No. 09-8658
    Plaintiff: Gerty Richardson

    Hendrix v. Lakeside Park Homes, Inc., Docket No. 09-8654
    Plaintiff:  Ablioncia Lindsey
          Sierra Bright
          Demetria Winchester, minor, by Lydia Hunter
          Lydia C. Hunter
          Janet Bracy
          George Butler, Jr.

New Orleans, Louisiana, this  25th  day of    June   , 2012.

                                                _____
                                                United States District Judge