UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION

                SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Cases listed herein

## O R D E R

In this Court's June 14, 2012 Order (Rec. Doc. 25686), the undersigned allowed the plaintiffs in the referenced case until June 26, 2012 to submit a motion for default judgment or show cause in writing why their claims against the following defendants in the referenced member cases should not be dismissed for failure to prosecute in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

| **DEFENDANT** | **MEMBER CASE NO.** |
| --- | --- |
| Stewart Park Homes, Inc. | 09-3922 |
| Stewart Park Homes, Inc. | 09-3993 |
| Stewart Park Homes, Inc. | 09-3994 |
| Stewart Park Homes, Inc. | 09-4016 |
| Stewart Park Homes, Inc. | 09-4065 |
| Stewart Park Homes, Inc. | 09-4741 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 09-4824 |
| Stewart Park Homes, Inc. | 09-4927 |
| Stewart Park Homes, Inc. | 09-4975 |
| Stewart Park Homes, Inc. | 09-4993 |
| Stewart Park Homes, Inc. | 09-5251 |
| Stewart Park Homes, Inc. | 09-5523 |
| Stewart Park Homes, Inc. | 09-5524 |
| Stewart Park Homes, Inc. | 09-5738 |
| Stewart Park Homes, Inc. | 09-5752 |
| Stewart Park Homes, Inc. | 09-5767 |
| Stewart Park Homes, Inc. | 09-5965 |
| Stewart Park Homes, Inc. | 09-6167 |
| Stewart Park Homes, Inc. | 09-6282 |
| Stewart Park Homes, Inc. | 09-6572 |
| Stewart Park Homes, Inc. | 09-6775 |

| **DEFENDANT** | **MEMBER CASE NO.** |
|---|---|
| Stewart Park Homes, Inc. | 09-6930 |
| Stewart Park Homes, Inc. | 09-7746 |
| Stewart Park Homes, Inc. | 09-7757 |
| Stewart Park Homes, Inc. | 09-8310 |
| Stewart Park Homes, Inc. | 09-8331 |
| Stewart Park Homes, Inc. | 09-8389 |
| Stewart Park Homes, Inc. | 10-228 |
| Stewart Park Homes, Inc. | 10-543 |
| Stewart Park Homes, Inc. | 10-1377 |
| Stewart Park Homes, Inc. | 10-2217 |
| Stewart Park Homes, Inc. | 10-2269 |
| Stewart Park Homes, Inc. | 10-2393 |
| Stewart Park Homes, Inc. | 10-3441 |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | 10-2205 |

A review of the record indicates that the plaintiffs have failed to either file a motion for default judgment or show cause in writing why the above listed claims should not be dismissed. Accordingly,

**IT IS ORDERED** that the plaintiffs' claims against the above referenced defendants in the referenced cases are hereby **DISMISSED** for failure to prosecute, in accordance with Rule 41 (b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 29th day of June, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE