UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                                         JUDGE ENGELHARDT
                                                         MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT UNOPPOSED MOTION TO AMEND/SUBSTITUTE DOCUMENT

NOW INTO COURT, through undersigned counsel, come the Contractor Defendants and Plaintiffs' Steering Committee (PSC), who, for the reasons more fully set forth in the Memorandum filed herewith, respectfully move this Honorable Court to amend/substitute a revised version of the Contractors Settlement Legal Notice, or "Exhibit H" to the Stipulation of Settlement (Rec. Doc. No. 25647-9). This motion is necessary to correct the notice approved to appear in publications informing of the correct date of the scheduled fairness hearing. The undersigned certify that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

                               Respectfully submitted:

                               **FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

                               BY:     s/Justin I. Woods
                                           GERALD E. MEUNIER, #9471
                                           JUSTIN I. WOODS, #24713
                                           **PLAINTIFFS' CO-LIAISON COUNSEL**
                                           Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
                                           2800 Energy Centre, 1100 Poydras Street

        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820


        s/ M. David Kurtz
        M. DAVID KURTZ (#23821)
        CONTRACTOR LIAISON COUNSEL
        Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000
        dkurtz@bakerdonelson.com


**CERTIFICATE OF SERVICE**

     I hereby certify that on July 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Justin I. Woods
        JUSTIN I. WOODS, # 24713