UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION       SECTION "N-5"

                                               JUDGE ENGELHARDT
                                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANUDM IN SUPPORT OF JOINT UNOPPOSED
MOTION TO AMEND/SUBSTITUTE DOCUMENT

MAY IT PLEASE THE COURT:

       Plaintiffs, through the Plaintiffs' Steering Committee (PSC), and the Contractor Defendants respectfully move this Honorable Court to amend/substitute a modified version of their previously filed Contractors Settlement Legal Notice, or "Exhibit H" to the Stipulation of Settlement, (Rec. Doc. No. 25647-9) to their motion for preliminary approval of a proposed class settlement of all claims asserted in the MDL against the Settling Contractor Defendants. This motion is necessary to correct the date of the scheduled fairness hearing that appears in the advertisement that will appear in publications providing notice of the proposed class settlement.

       Your Honor has already granted preliminary approval of the proposed class settlement (Rec. Doc. No. 25668). The Contractors Settlement Legal Notice was approved as part of the Settlement Notice Plan (Rec. Doc. No. 25647-5) to appear in major newspapers serving the areas affected by Hurricanes Katrina and Rita. The modified version of Exhibit H (attached hereto as Exhibit 1) revises the original Exhibit H by replacing the word "DATE" with "September 27, 2012."

WHEREFORE, Plaintiffs and Defendants respectfully pray that this Honorable Court grant their Joint Unopposed Motion to Amend/Substitute Document.

    Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

    s/ M. David Kurtz
    M. DAVID KURTZ (#23821)
    CONTRACTOR LIAISON COUNSEL
    Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Facsimile: (504) 636-4000
    dkurtz@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/Justin I. Woods  
                                            JUSTIN I. WOODS, # 24713