UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. Listed Herein

## SHOW CAUSE ORDER

**IT IS ORDERED** that on or before **July 17, 2012**, the plaintiffs in the following cases shall **SHOW CAUSE** in writing why the listed cases should not be **DISMISSED** for failure to comply with the matching requirements of Pre-trial Order 49 (Rec. Doc. 8908):

- *Alexander, et al v. American Camper Manufacturer LLC, et al* **(09-4633)**

- *Alexander, et al v. American Camper Manufacturer LLC, et al* **(09-4634)**

- *Buckley, et al v. American Camper Manufacturer LLC, et al* **(09-4785)**

- *Alford, et al v. American Camper Manufacturer LLC, et al* **(09-4788)**

- *Brock, et al v. CH2M Hill Constructors, Inc., et al* **(09-4941)**

- *Anderson, et al v. Alliance Homes, Inc., et al* **(09-5252)**

- *Savoy, et al v. Alliance Homes, Inc., et al* **(09-7164)**

New Orleans, Louisiana, this 2nd day of July, 2012.

**KURT D. ENGELHARDT**
**United States District Court**