**Chris Pinedo**

| | |
|---|---|
| From: | April_Flanagan@laed.uscourts.gov |
| Sent: | Thursday, March 01, 2012 12:01 PM |
| To: | ANDREW WEINSTOCK |
| Cc: | cleche@dkslaw.com; Kurtz, Dave; David Watts (dwatts@wgclawfirm.com); Gerald E. Meunier; 'Henry Miller (Henry.Miller@usdoj.gov)'; Justin Woods; Mikal C Watts (mcwatts@wgclawfirm.com); 'Ralph S. Hubbard III (rhubbard@lawla.com)' |
| Subject: | Re: Payment for Census |

Counsel,

In the interest of conserving the resources that would be spent in motion practice on this issue, Judge Engelhardt has asked me to tell you his thoughts on the matter of who should bear the costs of preparing the census. Absent some new and surprising facts, this is how Judge Engelhardt would rule were the matter before him on motion.

The $34,337.92 that the Watts firm spent on labor (putting the data of certain firms into a usable format) should be reimbursed by the plaintiffs'
counsel whose data was not submitted in proper form. Most plaintiffs'
firms paid their internal employees to put their clients' data into the form ordered by the Court. A handful of firms, however, avoided this internal expense by submitting the data without proper formatting. It is the Court's understanding that, after repeated efforts by the PSC, the Watts firm, and the Court to motivate the delinquent firms to properly format their data, in the interest of moving the entire litigation toward resolution and meeting deadlines promised to the defendants and the Court, the Watts firm paid its own employees to format this data. With the help of the Watts firm, the PSC should determine what proportion of the
$34,337.92 is attributable to each particular plaintiffs' firm and arrange for payment to the Watts' firm. If the PSC disagrees with this analysis and is of the opinion that these firms should not bear this cost alone, the PSC is free to reach an agreement among plaintiffs' counsel as to how this expense should be shared. However, the Watts firm must be reimbursed this amount at this time.

Regarding the $134,246 that the Watts firm paid to Selectronic Equipment (the Indian company who prepared the census database), five percent (5%) of that amount -- $6,712.30 -- should be paid by the contractor defendants. Although the database does not contain data specific to them, it is believed that they will derive some benefit from it, even if that benefit proves to be small. Hopefully, they can agree among themselves as to how to share this expense without spending considerable billable time in the process.

The remaining $127,533.70 should be divided equally between the plaintiffs and the manufacturing defendants, with each to bear $63,766.85. The manufacturing defendants should share this expense in proportion to the census attached to Andy's email, unless they can agree to a different arrangement without spending considerable billable time in the process.
However, reimbursement to the Watts firm must not be delayed to due discussions regarding how the defendants will share the expense.

Hopefully, this information will resolve the issue so that counsel can re-focus their energies and resources on efforts that move this litigation toward resolution.

April

April Dulaney Flanagan
Law Clerk to the Hon. Kurt D. Engelhardt United States District Court, Eastern District of Louisiana
500 Poydras Street, Room C-367
Telephone: (504) 589-7645
Facsimile: (504) 589-4457

From: ANDREW WEINSTOCK <andreww@duplass.com>
To: "April_Flanagan@laed.uscourts.gov" <April_Flanagan@laed.uscourts.gov>
Cc: "Gerald E.Meunier (gmeunier@gainsben.com)" <gmeunier@gainsben.com>, "Justin Woods (jwoods@gainsben.com)" <jwoods@gainsben.com>, "Kurtz, Dave" <dkurtz@bakerdonelson.com>, "Whitfield, Karen (kwhitfield@bakerdonelson.com)" <kwhitfield@bakerdonelson.com>, "Mikal C Watts (mcwatts@wgclawfirm.com)" <mcwatts@wgclawfirm.com>, "David Watts (dwatts@wgclawfirm.com)" <dwatts@wgclawfirm.com>, "cleche@dkslaw.com" <cleche@dkslaw.com>, "'Ralph S. Hubbard III (rhubbard@lawla.com)'" <rhubbard@lawla.com>, "'Henry Miller (Henry.Miller@usdoj.gov)'" <Henry.Miller@usdoj.gov>
Date: 02/29/2012 03:31 PM
Subject: Payment for Census

April,

On February 3, 2012 the Judge asked us to try and agree on a plan to pay the costs in the spreadsheet (the Document attached as PTO #88). The costs are separated into costs from India ($134,246) and labor costs from Mikal's firm ($34,246). I suggest that the individual plaintiff's law firms pay the $34,246 since these costs were generated by those firms failure to put the data in the correct format. This expense seems to come from only several hundred plaintiffs (see tabs 8-12). After that I suggest we split the $134,246 50/50 between the plaintiffs and the defendants.

That leaves $67,123 for the defendants. I suggest $17,123 be paid by the contractors and $50,000 by the manufacturing defendants in proportion to the spreadsheet prepared by Palmer Lambert that I have attached. I do not accept these numbers as necessarily correct, but I presume they are equally incorrect for all, and thus a fair ratio. If the court agrees, I will perform the calculation for whatever amount is assigned to the manufacturing defendants.

Neither the plaintiffs nor the contractors nor all the manufacturing defendants agree to this approach. Therefore, I can only make my recommendation and let the others present their positions. Sorry, I could not bring about a complete resolution, but at least the court has the necessary information to enter whatever order the Judge considers appropriate. If you need any additional information, please let me know.

Andy[attachment "00168033.XLSX" deleted by April Flanagan/LAED/05/USCOURTS] [attachment "PTO # 88.pdf" deleted by April Flanagan/LAED/05/USCOURTS]