**EXHIBIT "3"**

## Chris Pinedo

| | |
|---|---|
| **From:** | ANDREW WEINSTOCK <andreww@duplass.com> |
| **Sent:** | Wednesday, May 23, 2012 4:20 PM |
| **To:** | Chris Pinedo; David Watts (dwatts@wgclawfirm.com) |
| **Subject:** | Activity in Case 2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation Order |
| **Attachments:** | PTO#88 Final Costs Spreadsheet 2.0 (00381079).XLSX |

| Manufacturing Defendant | Defense Atty | Defense Phone | Census | Group # | Group ID | Cost Due |
|---|---|---|---|---|---|---|
| Gulf Stream Coach, Inc. | Andy Weinstock | 504-832-8700 | 25,984 | | | $34,469.77 |
| Forest River, Inc | Ernie Gieger | 504-654-1300 | 5,533 | 5,742 | Forest River | $7,616.76 |
| Vanguard Industries of Michigan, Inc. a/k/a | Ernie Gieger | 504-654-1300 | 209 | | | |
| Jayco Enterprises, Inc. a/k/a Bottom Line RV | Tom Cougill | 713-333-7600 | 1,655 | 2,107 | Jayco | $2,794.94 |
| Starcraft RV, Inc. (subsidiary of Jayco) | Tom Cougill | 713-333-7600 | 452 | | | |
| Monaco Coach Corporation | Charles Leche | 504-573-0790 | 1,389 | | | $1,842.51 |
| Pilgrim and/or its insurers (Crum & Forster, | Ryan Johnson; Terry | 225-248-2080 | 2,400 | | Pilgrim | $3,183.60 |
| Sunline Acquisition Co. Ltd. d/b/a Sunline Coach | Billy Parker (Allen | 337-291-1000 | 57 | | | $75.61 |
| Thor -Keystone RV Company | Jim Percy | 225-248-2130 | 2,330 | 5,402 | Thor | $7,165.75 |
| Thor - Dutchmen | Jim Percy | 225-248-2130 | 1,219 | | | |
| Thor | Jim Percy | 225-248-2130 | 851 | | | |
| DS Corp. d/b/a CrossRoads RV, Inc. | Jim Percy | 225-248-2130 | 988 | | | |
| Four Winds International | Jim Percy | 225-248-2130 | 12 | | | |
| Damon Motor Coach | Jim Percy | 225-248-2130 | 1 | | | |
| Komfort Corporation | Jim Percy | 225-248-2130 | 1 | | | |
| Layton Homes, Skyline Corp. | Larry Feldman | 504-596-2887 | 567 | | | $752.13 |
| Heartland Recreational Vehicles, L.L.C. | Brent Maggio | 504-836-5260 | 307 | | | $407.24 |
| Hy-Line Enters., Inc. n/k/a FRH, Inc. (out of | Thomas Buck (Blue | 504-831-4091 | 79 | | | $104.79 |
| Timberland RV Co. d/b/a Adventure | Thomas Buck (Blue | 504-831-4091 | 366 | | | $485.50 |
| R-Vision | Ralph Hubbard | 504-568-1990 | 780 | | | $1,034.67 |
| Sunnybrook R.V., Inc. | Jim Sutterfield | 504-598-2715 | 156 | | | $206.93 |
| Sun Ray Investments & Sunray RV, LLC | Tom Thaggard | 205-254-1091 | 137 | | | $181.73 |
| Frontier RV, Inc. | Randy Mulcahy | 504-527-0680 | 488 | | | $647.33 |
| Recreation By Design, LLC | Randy Mulcahy | 504-527-0680 | 1,089 | 1,341 | RBD | $1,778.84 |
| TL Industries, Inc. | Randy Mulcahy | 504-527-0680 | 252 | | | |
| Cruiser RV, LLC | Randall Mulcahay | 504-527-0680 | 7 | | | $9.28 |
| Play'Mor | Randall Mulcahay | 504-527-0680 | 3 | | | $3.98 |
| Morgan Building & Spas, Inc., and/or Morgan | Christine Lipsey | 225-382-3683 | 84 | | | $111.43 |
| Northwood Manufacturing d/b/a Northwood of | Sandy Duplantier | | 81 | | | $107.45 |
| Allen Camper Manufacturing Company, Inc. | Sandy Duplantier | | 17 | | | $22.55 |
| KZRV, LP | Jim Percy | | 443 | | | $587.64 |
| Sun Valley, Inc. | Jim Sutterfield | | 133 | | | $176.42 |
| TOTALS | | | 48,070 | | | 63,766.85 |