**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. ALMA L. CHASEZ |
| ALL CASES ("Louisiana Plaintiffs") | * | |
| *Fifth Circuit No. 12-30635* | * | |
| | * | |
| | * | |
| *    *    *    *    *    *    *    * | | |

**JOINT RECORD DESIGNATIONS FOR**
**FIFTH CIRCUIT APPELLATE REVIEW**

NOW INTO COURT, through undersigned counsel, come the United States of America and Louisiana Plaintiffs, who submit the following record designations for Fifth Circuit No. 12-30635.  The designation of a docket entry constitutes designation of all attachments and exhibits filed in support and conjunction with the designated docket entry.

1.  Case No. 2:07-MD-1873-Doc #109 -- Administrative Master Complaint;

2.  Case No. 2:07-MD-1873-Doc # 379 -- First Supplemental Master Complaint;

3.  Case No. 2:07-MD-1873-Doc #722 -- Second Supplemental and Amended Master Complaint;

4.  Case No. 2:07-MD-1873-Doc #759 -- Master Answer;

5.  Case No. 2:07-MD-1873-Doc #4486 -- Third Supplemental and Amended Master Complaint;

6.  Case No. 2:07-MD-1873-Doc #7688 -- Fourth Supplemental and Amended Master Complaint;

7.  Case No. 2:07-MD-1873-Doc #1 -- Transfer Order;

8.  Case No. 2:07-MD-1873-Doc #87 -- Pretrial Order No. 2;

9.  Case No. 2:07-MD-1873-Doc #196 -- United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Discretionary Function #1) ;

10. Case No. 2:07-MD-1873-Doc #348 -- Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Discretionary Function #1);

11. Case No. 2:07-MD-1873-Doc #419 -- Reply Memorandum in Support of Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Discretionary Function #1);

12. Case No. 2:07-MD-1873-Doc #644 -- Preservation of Defenses;

13. Case No. 2:07-MD-1873-Doc #717 -- Order and Reasons for granting in part Motion to Dismiss (Doc #196) (Discretionary Function #1);

14. Case No. 2:07-MD-1873-Doc #764 -- Plaintiffs' Motion for Class Certification;

15. Case No. 2:07-MD-1873-Doc # 904 -- United States' Opposition to Class Certification;

16. Case No. 2:07-MD-1873-Doc # 977 -- United States' Supplemental Response to Plaintiffs' Motion for Class Certification;

17. Case No. 2:07-MD-1873-Doc # 1014 -- Order and Reasons on Class Certification;

18. Case No. 2:07-MD-1873-Doc # 1115 -- Amended Preservation of Defenses;

19. Case No. 2:07-MD-1873-Doc #1386 -- Pretrial Order No. 36;

20. Case No. 2:07-MD-1873 -- Doc #1545 -- Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Discretionary Function #2);

21. Case No. 2:07-MD-1873 -- Doc #1551 -- Ex parte/Consent Motion to Amend/Correct Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Discretionary Function #2);

22. Case No. 2:07-MD-1873 -- Doc #1554 -- Order granting Motion to Amend/Correct Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Discretionary Function #2);

23. Case No. 2:07-MD-1873 -- Doc # 2001 -- Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Discretionary Function #2);

24. Case No. 2:07-MD-1873-Doc # 2064 -- Reply Memorandum in Support of Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Discretionary Function #2);

25. Case No. 2:07-MD-1873 – Doc # 2317 -- Motion to Dismiss for Lack of Jurisdiction (SOL);

26. Case No. 2:07-MD-1873 – Doc # 2505 -- Supplemental Memorandum in Support of Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Discretionary Function #2);

27. Case No. 2:07-MD-1873 – Doc #2616 -- Order granting Motion for Leave to File Reply Memorandum in Support of the Motion (SOL);

28. Case No. 2:07-MD-1873 – Doc. #2617 -- Reply in Support of Motion to Dismiss for Lack of Jurisdiction (SOL);

29. Case No. 2:07-MD-1873 – Doc #2621 -- Order and Reasons denying defendant United States of America's Motion to Dismiss (Discretionary Function #2);

30. Case No. 2:07-MD-1873 – Doc # 2718 -- Motion to Dismiss for Lack of Jurisdiction Alexander/Cooper Remaining FTCA Claims (Discretionary Function #3);

31. Case No. 2:07-MD-1873 – Doc # 2733 -- Motion to Dismiss for Lack of Jurisdiction Based Upon No Analogous Private Liability;

32. Case No. 2:07-MD-1873 – Doc # 2759 -- Pretrial Order No. 44;

33. Case No. 2:07-MD-1873 – Doc # 2789 -- Order and Reasons (SOL);

34. Case No. 2:07-MD-1873 – Doc # 2973 -- Order denying as moot Motion to Dismiss Alana Alexander and Chris Cooper's Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Discretionary Function #3); denying as moot Motion to Dismiss for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability;

35. Case No. 2:07-MD-1873 – Doc # 3029 -- Order and Reasons;

36. Case No. 2:07-MD-1873 – Doc # 3945 -- Preservation of Defenses;

37. Case No. 2:07-MD-1873 – Doc # 6970 -- Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All Louisiana Plaintiffs;

38. Case No. 2:07-MD-1873 – Doc # 7368 -- Motion to Dismiss Wright's Claims for Lack of Subject Matter Jurisdiction;

39. Case No. 2:07-MD-1873 – Doc #8304 -- Objections by Defendant Fleetwood Enterprises, Inc. in Opposition to Plaintiff's Objections, with Counter-Designations, as to Depositions of Dr. Christopher DeRosa and David Garratt;

40. Case No. 2:07-MD-1873 – Doc #7690 -- United States of America's Motion to Dismiss Mississippi Plaintiffs FTCA Negligence Claims for Lack of Subject Matter Jurisdiction Based on No Analogous Private Liability;

41. Case No. 2:07-MD-1873 – Doc # 8629 -- Motion to Dismiss Castanel for Lack of Jurisdiction;

42. Case No. 2:07-MD-1873 – Doc # 9403 -- Response/Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability;

43. Case No. 2:07-MD-1873 – Doc #9405 -- Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss Mississippi Plaintiffs FTCA Negligence Claims for Lack of Subject Matter Jurisdiction Based on No Analogous Private Liability;

44. Case No. 2:07-MD-1873 – Doc # 9719 -- Ex parte/Consent Motion to Amend/Correct Response/Memorandum in Opposition to Motion;

45. Case No. 2:07-MD-1873 – Doc #  9815 -- Reply as to Motion to Dismiss for Lack of Jurisdiction Plaintiff Earline Castanel's FTCA Claims;

46. Case No. 2:07-MD-1873 – Doc # 9824 -- Reply Memorandum in Support of defendant United States of America's Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability;

47. Case No. 2:07-MD-1873 – Doc #9828 -- Reply Memorandum in Support of defendant United States of America's Motion to Dismiss "Mississippi Plaintiffs" FTCA Negligence Claims for Lack of Subject Matter Jurisdiction Based on No Analogous Private Liability;

48. Case No. 2:07-MD-1873 – Doc # 10493 – Order and Reasons Granting Motion to Dismiss for Lack of Jurisdiction Lyndon Wright's FTCA Claims For Failure To

Exhaust His Administrative Remedy And For Failure To Present His Administrative
Claim To FEMA In A Timely Manner;

49. Case No. 2:07-MD-1873 – Doc # 10626 -- Order and Reasons Granting Motion to
Dismiss for Lack of Jurisdiction (*Castanel*);

50. Case No. 2:07-MD-1873 – Doc # 10656 -- Motion to Dismiss the FTCA Claims of All
"Alabama Plaintiffs" Based Upon No Analogous Private Liability;

51. Case No. 2:07-MD-1873 – Doc #11470 -- Response/Memorandum in Opposition to
Motion to Dismiss for Lack of Jurisdiction the FTCA Claims of All "Alabama
Plaintiffs" Based Upon No Analogous Private Liability;

52. Case No. 2:07-MD-1873 – Doc # 11870 -- Reply Memorandum ins Support of United
States of America's Motion to Dismiss for Lack of Jurisdiction the FTCA Claims of All
"Alabama Plaintiffs" Based Upon No Analogous Private Liability;

53. Case No. 2:07-MD-1873 – Doc # 12264 -- Motion to Dismiss for Lack of Jurisdiction
Plaintiff David McGraw's FTCA Claims;

54. Case No. 2:07-MD-1873 – Doc # 13095 -- Reply Memorandum in Support of Motion
to Dismiss for Lack of Jurisdiction Plaintiff David McGraw's FTCA Claims;

55. Case No. 2:07-MD-1873 – Doc # 13852 -- Motion to Dismiss for Lack of Jurisdiction
Bellwether Plaintiff David McGraw's FTCA Claims Because They Are Barred By The
Discretionary Function Exception (Discretionary Function #4);

56. Case No. 2:07-MD-1873 – Doc # 14124 -- Order and Reasons granting Motion to
Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana
Plaintiffs" Based Upon No Analogous Private Liability filed by United States of
America;

57. Case. No. 2:07-MD-1873 – Doc # 14197-1 -- Louisiana Plaintiffs' Motion for Entry of Judgment under Rule 54(b) (Louisiana Plaintiffs);

58. Case No. 2:07-MD-1873 – Doc. #14322 -- United States' Response/Memorandum in Opposition to Motion for Entry of Judgment under Rule 54(b) (Louisiana Plaintiffs);

59. Case No. 2:07-MD-1873 – Doc #14486 -- Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction Claims of "Mississippi Plaintiffs" Based Upon No Analogous Private Liability filed by United States of America;

60. Case No. 2:07-MD-1873 – Doc #15040 -- Ex parte/Consent Motion for Entry of Judgment under Rule 54(b) Dismissing Mississippi Plaintiffs' Claims Against The United States by United States of America;

61. Case No. 2:07-MD-1873 – Doc #15058 -- Order entering 54(b) Judgment (Mississippi Plaintiffs);

62. Case No. 2:07-MD-1873 – Doc # 15061 -- Order and Opinion granting Motion to Dismiss for Lack of Jurisdiction the FTCA Claims of All "Alabama Plaintiffs" Based Upon No Analogous Private Liability;

63. Case No. 2:07-MD-1873 – Doc.#15777 -- Ex parte/Consent Motion for Entry of Judgment under Rule 54(b) Dismissing Alabama Plaintiffs' Claims Against the United States of America;

64. Case No. 2:07-MD-1873 – Doc # 15827 -- Order granting Motion for Entry of Rule 54(b) Judgment (Alabama Plaintiffs);

65. Case No. 2:07-MD-1873 – Doc #15976 -- Motion to Certify for Interlocutory Review the Court's May 18, 2010 Order Dismissing FTCA Negligence Claims of All Louisiana Plaintiffs;

66. Case No. 2:07-MD-1873 – Doc # 16049 -- Notice of Appeal (Mississippi Plaintiffs);

67. Case No. 2:07-MD-1873 – Doc #16055 -- Notice of Appeal (Mississippi Plaintiffs);

68. Case No. 2:07-MD-1873 – Doc # 16239 -- Notice of Appeal (Alabama Plaintiffs);

69. Case No. 2:07-MD-1873 – Doc # 16621 -- Appeal Transcript Request;

70. Case No. 2:07-MD-1873 – Doc # 16932 -- Order Directing Joint Designation of Record;

71. Case No. 2: 07-MD-1873-Doc # 16598 -- Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs," or, in the Alternative, Motion for Summary Judgment;

72.  Case No. 2:07-MD-1873 – Doc. #16077 -- United States' Response/Memorandum in Opposition to Motion to Certify for Interlocutory Review the Court's May 18, 2010 Order Dismissing FTCA Negligence Claims of All Louisiana Plaintiffs;

73.  Case No. 2: 07-MD-1873 -- Doc # 17325 -- Order and Reasons denying Motion for Entry of Judgment under Rule 54(b) of Judgment under Rule 54(b) filed by Louisiana Plaintiffs; granting Motion to Certify for Interlocutory Review the Court's May 18, 2010 Order Dismissing FTCA Negligence Claims of All Louisiana Plaintiffs;

74.  Case No. 2: 07-MD-1873 -- Doc #18603 -- Order of United States Court of Appeals denying leave to appeal from the interlocutory order of the United States District Court for Eastern District of Louisiana (Louisiana Plaintiffs);

75. Case No. 2:07-MD-1873 -- Doc # 18714 -- Memorandum in Opposition to Dismiss the remaining FTCA Claims of all "Louisiana Plaintiffs," or, in the Alternative, for Summary Judgment;

76. Case No. 2:07-MD-1873 – Doc #19925 -- Reply Memorandum in Support of Motion to Dismiss the Remaining FTCA Claims of All "Louisiana Plaintiffs," or, in the Alternative, for Summary Judgment;

77. Case No. 2:07-MD- 1873 – Doc # 24884 -- United States Court of Appeals Judgment issued as mandate on March 16, 2012 (Alabama & Mississippi Plaintiffs);

78. Case No. 2: 07-MD-Doc #24961 -- Order and Reasons Dismissing the Remaining FTCA Claims of All Louisiana Plaintiffs;

79. Case No. 2: 07-MD-1873 -- Doc #25149 -- Ex parte/Consent Motion to Dismiss for Lack of Jurisdiction Louisiana Plaintiffs' Claims Against the United States of America;

80. Case No. 2:07-MD-1873 – Doc #25150–Exparte/Consent Motion for Entry of Fed. R. Civ. P. 54(b) Judgment (Louisiana Plaintiffs);

81. Case No. 2:07-MD-1873 – Doc #25173 -- Order granting Motion to Dismiss Louisiana Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction for reasons set forth in Court Orders (717, 2671, 14124, 24961); Ordered that claims against United States of America in these actions are dismissed for lack of subject matter jurisdiction;

82. Case No. 2:07-MD-1873 – Doc #25175, 25175-1 -- Order entering 54(b) Judgment (Louisiana Plaintiffs);

83. Case No. 2:07-MD-1873 – Doc #25186 -- Ex parte/Consent Motion to Dismiss for Lack of Jurisdiction Alabama Plaintiffs' Claims Against the United States of America;

84. Case No. 2:07-MD-1873 – Doc #25187 -- Ex parte/Consent Motion for Entry of Judgment under Rule 54(b) Dismissing Alabama Plaintiffs' Claims Against the United States of America;

85. Case No. 2:07-MD-1873 – Doc #25200 -- Order granting Motion to Dismiss Alabama Plaintiffs' Claims Against the United States;

86. Case No. 2:07-MD-1873 – Doc #25201 -- Order entering Judgment under Rule 54(b) (Alabama Plaintiffs);

87. Case No. 2:07-MD-1873 – Doc #25455 -- Motion to Dismiss for Lack of Jurisdiction Plaintiffs Claims (*Airhart*).

88. Case No. 2:07-MD-1873 – Doc #25456 -- Motion for Entry of Fed. R. Civ. P. 54(b) Judgment (*Airhart*);

89. Case No. 2:07-MD-1873 – Doc #25660 -- Order granting Motion to Dismiss for Lack of Jurisdiction Plaintiffs' Claims Against the United States of America (*Airhart*).

90. Case No. 2:07-MD-1873 – Doc #25661 -- Order entering 54(b) Judgment (*Airhart*);

91. Case No. 2:07-MD-1873 – Doc #25663 -- Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction Plaintiffs Claims Against the United States of America (*Airhart*), 25454 Motion to Dismiss for Lack of Jurisdiction Plaintiffs' Claims Against the United States of America, and 25456 Motion for Entry of Judgment under Rule 54(b) (*Airhart*).

92. Case No. 2:07-MD- 1873 -- Doc #25689 -- Notice of Appeal (appealing Judgments 25175, 25201 (as to Case No. 09-4789), 25661).

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/ Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier & Warshuer, L.L.C.
2800 Engery Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facismile:      504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**UNITED STATES OF AMERICA**

BY:      s/ *Henry T. Miller*
         HENRY T. MILLER
         Senior Trial Counsel
         Adam M. Dinnell
         Trial Attorney
         **UNITED STATES DEPARTMENT OF**
         **JUSTICE**
         Civil Division, Torts Branch
         P.O. Box 340, Ben Franklin Station
         Washington, D.C. 20004
         Telephone:      202/616-4223
         Henry.Miller@USDOJ.Gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I electronically filed the foregoing with the clerk of Court using CM/ECF system which will send a notice of electronic filing to all counsel of record who are not CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713