UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## O R D E R

Considering the Request for Oral Argument (Rec. Doc. 25719) regarding the Motion to

Enforce Memorandum of Understanding and Objection to Order of May 18, 2012, filed by Crum

& Forster Specialty Insurance Company (Rec. Doc. 25692),

**IT IS ORDERED** that the Request for Oral Argument (Rec. Doc. 25719) is hereby

**DENIED**.

New Orleans, Louisiana, this 3rd day of July, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**