## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| ALL CASES | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COPNSENT MOTION AND INCORPORATED MEMORANDUM
## FOR LEAVE OF COURT TO FILE REPLY

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court for leave of court to file the attached Reply.  Mover filed a Motion to Enforce Settlement [#25692] on June 19, 2012.   On July 3, 2012, oppositions were filed by the plaintiffs [#25728] and by Burlington Insurance Company [#25772].   The motion has a submission date of July 11, 2012.

Mover now seeks leave of court to provide a brief rebuttal to both of the oppositions filed in this matter.  Opposing counsel for plaintiffs and Burlington Insurance Company do not oppose leave to file this Reply.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion for Leave be granted and the Reply to the Motion to Enforce Settlement [Rec. Doc. No. 25692] be granted and the Reply be filed in the above-captioned matter.

Respectfully submitted:

_____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY

EMAILING THE SAME TO EACH, PROPERLY

THROUGH THE COURT'S E-FILING SYSTEM

ON THIS _9th_ DAY OF __July_, 2012.
_____/s Eric B. Berger_____