# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| | * | |
| ALL CASES | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing **CONSENT MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE REPLY,**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and leave of court is given for the filing of the attached REPLY.

This ____ day of _____, 2012,

_____
United States District Judge