UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                   SECTION "N-5"

                                               JUDGE ENGELHARDT
                                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

-------------------------------------------------------------------------------------------------------------------

CATLIN SPECIALTY INSURANCE COMPANY'S
*EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO DEPOSIT FUNDS
INTO THE REGISTRY OF THE COURT

Catlin Specialty Insurance Company ("Catlin"), on behalf of Defendant, DC Recovery Systems ("DC Recovery"), seeks leave of Court to deposit settlement funds into the Court's registry.  Catlin, as insurer for DC Recovery, has recently reached a settlement of claims related to DC Recovery and now seeks permission to deposit the appropriate settlement amount into the registry of the Court.  Catlin's proposed deposit is also made in connection with the pending Motion for Preliminary Approval of Proposed Class Settlement. *See* Rec. Doc. 25647.

The amount of the proposed deposit is $11,500.00, to be provided through check number 1029920, made payable to the "Clerk, U.S. District Court".

Catlin has submitted a proposed order in connection with this motion.  Counsel for Catlin

advises that counsel for the PSC, Mr. Justin Woods, does not oppose this motion.

Respectfully submitted,

**LEAKE & ANDERSSON, L.L.P.**

____/s/ Amanda W. Vonderhaar_____

Jerry L. Saporito, T.A. (LA Bar No. 11717)
Amanda W. Vonderhaar (LA Bar No. 31350)
1700 Energy Centre
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585- 7775

*Attorneys for Catlin Specialty Insurance Company and DC Recovery Systems*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery           ( )   Prepaid U.S. Mail

( )   Facsimile               ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 9th day of July, 2012.

_____/s/ Amanda W. Vonderhaar_____
Amanda W. Vonderhaar

cp:/40564/Motion for Leave to Deposit Funds into the Registry of the Court.doc#4624

2