UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

-----------------------------------------------------------------------------------------------------------------

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by Catlin Specialty Insurance Company on behalf of DC Recovery Systems,

**IT IS HEREBY ORDERED** THAT Catlin's motion is granted.

**IT IS FURTHER ORDERED** that Catlin's settlement check in the amount of $11,500.00 shall be deposited into the Court's registry.

New Orleans, Louisiana, this _____ day of July, 2012.

_____

**UNITED STATES DISTRICT JUDGE**