UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                       SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

-------------------------------------------------------------------------------------------------------------------

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by Catlin Specialty Insurance Company on behalf of DC Recovery Systems,

**IT IS HEREBY ORDERED** THAT Catlin's motion is granted.

**IT IS FURTHER ORDERED** that Catlin's settlement check in the amount of $11,500.00 shall be deposited into the Court's registry.

New Orleans, Louisiana, this ___10th___ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE