# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N, 5 |
| This document relates to: | * * | JUDGE ENGELHARDT |
| ALL CASES | * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing **CONSENT MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE REPLY,**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and leave of court is given for the filing of the attached REPLY.

This 10th day of  July , 2012,

_____
United States District Judge