UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 10-1041

# O R D E R

For the defendant(s) in the member cases listed below, the following service issues exist:

service has not been made at all.

| DEFENDANT | MEMBER CASE NO. | PLAINTIFF ATTORNEY | NO SERVICE OF SUMMONS | SUMMONS ISSUED BUT NO EXECUTED RETURN IN RECORD | SUMMONS RETURNED "UNEXECUTED" |
|-----------|-----------------|--------------------|-----------------------|--------------------------------------------------|-------------------------------|
| Murillo Modular Group, Ltd. | 10-1041 | Hawkins | ✔ | | |

Fed R. Civ. P. 4(m) provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, unless service is made on Murillo Modular Group, Ltd. on or before **July 18, 2012** or unless within that time plaintiff shows good cause **in writing** for having failed to do so, the plaintiff's claims against Murillo Modular Group, Ltd. in the above member case will be dismissed without further notice.

New Orleans, Louisiana, this 10th day of July, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE