UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. Listed Herein

# O R D E R

In the cases listed below, claims against unidentified parties remain pending, in addition to claims against a named manufacturer defendant and/or contractor defendant. Such claims are contrary to this Court's matching requirements specified in Pre-Trial Orders Nos. 40, 49, 53, and 68 (Rec. Docs. 1781, 8908, 9073, 14779). Accordingly,

**IT IS ORDERED** that on or before **July 18, 2012**, the plaintiffs in the following cases shall **SHOW CAUSE** in writing why the claims against "Unidentified Parties" or "Unidentified Party" in the following cases should not be **DISMISSED**:

| Member Case | Defendant |
|---|---|
| 2:2006-cv-02576<br>**Hillard v. United States of America**<br>Filed: 05/18/2006 | **Unidentified Parties** |
| 2:2007-cv-02961<br>**Oldenburg v. United States of America**<br>Filed: 05/18/2007 | **Unidentified Parties** |

| | |
|---|---|
| 2:2007-cv-03893<br>**Seal v. Fleetwood Enterprises, Inc.**<br>Filed: 07/30/2007 | **Unidentified Parties** |
| 2:2007-cv-04012<br>**Kahl et al v. Fleetwood Enterprises, Inc. et al**<br>Filed: 08/07/2007 | **Unidentified Parties** |
| 2:2007-cv-05709<br>**Pujol v. Pilgrim International, Inc.**<br>Filed: 09/19/2007 | **Unidentified Parties** |
| 2:2007-cv-07494<br>**Nelson v. Gulf Stream Coach, Inc.**<br>Filed: 11/13/2007 | **Unidentified Parties** |
| 2:2007-cv-09248<br>**Pizani v. Gulf Stream Coach, Inc.**<br>Filed: 12/03/2007 | **Unidentified Parties** |
| 2:2008-cv-04630<br>**Laney v. United States of America**<br>Filed: 10/10/2008 | **Unidentified Parties** |
| 2:2009-cv-08024<br>**Luvene v. Coachman Industries Inc**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08032<br>**Heidleberg v. Coachmen Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08050<br>**Robertson v. Thor Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08051<br>**Williams v. Vanguard Industries of Michigan, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08052<br>**White v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08083<br>**Fagan v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08105<br>**Andrews v. Thor Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08106<br>**James v. Coachman Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08162 | |

| | |
|---|---|
| **Stork v. Monaco Coach Corporation**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08163<br>**Lewis v. Dutchmen Manufacturing, Inc**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08167<br>**Mason v. Coachman Industries Inc**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08168<br>**Smith v. Sunray RV, LLC**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08169<br>**Thomas v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08181<br>**Ball v. Dawson**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08183<br>**Acey v. DS Corp.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08184<br>**Anderson v. Forest River, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08222<br>**Hobbs v. Jayco, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08270<br>**Deflanders v. Monaco Coach Corporation**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08273<br>**Davis v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08275<br>**Freeman v. Starcraft RV, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08276<br>**Roth v. R-Vision, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08277<br>**Cunningham v. Gulf Stream Coach, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08458<br>**Arnold v. Crum & Forster Specialty Insurance Co.** | **Unidentified Parties** |

| | |
|---|---|
| Filed: 12/29/2009 | |
| 2:2010-cv-00487<br>**Sellers v. Gulf Stream Coach, Inc**<br>Filed: 02/23/2010 | **Unidentified Parties** |
| 2:2010-cv-00572<br>**Jackson v. Recreation By Design, LLC**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00574<br>**Childs v. Heartland Recreational Vehicles, LLC**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00576<br>**Moody v. Stewart Park Homes, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00577<br>**Johnson v. CMH Manufacturing, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00578<br>**Carroll v. Coachmen Industries, Inc.**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00579<br>**Anderson v. Forest River, Inc.**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00580<br>**Barksdale v. Keystone RV Company**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00582<br>**Roberson v. TL Industries, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00583<br>**Acker v. Gulf Stream Coach, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00584<br>**Hendricks v. Gulf Stream Coach, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00917<br>**Caporelli v. Coachmen Industries, Inc.**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00918<br>**Dulier v. KZRV, LP**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00919<br>**Epps v. Palm Harbor Homes, Inc.** | **Unidentified Parties** |

| | |
|---|---|
| Filed: 03/19/2010 | |
| 2:2010-cv-00920<br>**Moran v. FRH, Inc.**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00921<br>**Powell v. Lucas Investments, LLC**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00922<br>**Hamilton v. KZRV, LP**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-01042<br>**Breland v. Forest River, Inc.**<br>Filed: 04/12/2010 | **Unidentified Parties** |
| 2:2010-cv-01044<br>**Draper v. Southern Energy Homes, Inc.**<br>Filed: 04/12/2010 | **Unidentified Parties** |
| 2:2010-cv-01045<br>**Cuevas v. Cavalier Homes, Inc.**<br>Filed: 04/08/2010 | **Unidentified Parties** |
| 2:2010-cv-01049<br>**Foxworth v. Southern Energy Homes, Inc.**<br>Filed: 04/08/2010 | **Unidentified Parties** |
| 2:2010-cv-01360<br>**Anders v. Gulf Stream Coach, Inc.**<br>Filed: 05/07/2010 | **Unidentified Parties** |
| 2:2010-cv-01366<br>**Coles v. DS Corp.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01367<br>**Chatman v. Jayco, Inc**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01368<br>**Cowan v. Dutchmen Manufacturing, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01369<br>**Bradley v. River Birch Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01371<br>**Beemon v. Jayco, Inc**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01372<br>**DiEugenio v. Destiny Industries, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |

| | |
|---|---|
| 2:2010-cv-01373<br>**Anderson v. Northwood Investments Corporation**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01374<br>**Johnson v. Timberland RV Company**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01375<br>**Copeland v. American Camper Manufacturing, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01377<br>**Fairley v. Stewart Park Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01380<br>**Breaux v. Gulf Stream Coach, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01381<br>**Wesley v. Sunray RV, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01383<br>**Beverly Frizzell v. DS Corp.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01384<br>**Jerkins v. Recreation By Design, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01385<br>**Wilborn v. River Birch Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01386<br>**Armstrong v. Starcraft RV, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01388<br>**Hudson v. Sunline Acquisition Company Ltd.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01389<br>**Harbin v. Scotbilt Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01402<br>**Kendrick v. Forest River, Inc.**<br>Filed: 05/07/2010 | **Unidentified Parties** |
| 2:2010-cv-01403<br>**Brewer v. Coachmen Industries, Inc.**<br>Filed: 05/07/2010 | **Unidentified Parties** |
| 2:2010-cv-01409 | |

| | |
|---|---|
| **Coleman v. Forest River, Inc.**<br>Filed: 05/10/2010 | **Unidentified Parties** |
| 2:2010-cv-01685<br>**Bultman v. Forest River, Inc.**<br>Filed: 06/09/2010 | **Unidentified Parties** |
| 2:2010-cv-01686<br>**Barnes v. Keystone RV Company**<br>Filed: 06/09/2010 | **Unidentified Parties** |
| 2:2010-cv-02032<br>**Acevedo v. CH2M Hill Constructors, Inc.**<br>Filed: 07/21/2010 | **Unidentified Parties** |
| 2:2010-cv-02033<br>**Fulkerson v. CH2M Hill Constructors, Inc.**<br>Filed: 07/22/2010 | **Unidentified Parties** |
| 2:2010-cv-02599<br>**Johnson v. Coachmen Industries, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02600<br>**Williams v. Waverlee Homes, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02601<br>**Shambarger v. Skyline Corporation**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02603<br>**Davison v. CH2M Hill Constructors, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02604<br>**Benefield v. CH2M Hill Constructors, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02605<br>**Keyes v. CH2M Hill Constructors, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02688<br>**Buckhalter v. Bechtel National, Inc**<br>Filed: 08/13/2010 | **Unidentified Parties** |
| 2:2010-cv-02887<br>**Allen v. Gulfstream Coach, Inc.**<br>Filed: 09/03/2010 | **Unidentified Parties** |
| 2:2010-cv-04118<br>**Carpenter v. Doug Boyd Enterprises, LLC**<br>Filed: 10/28/2010 | **Unidentified Parties** |
| 2:2008-cv-04161<br>**Dang v. Gulf Stream Coach, Inc.** | **Unidentified Party** |

| | |
|---|---|
| Filed: 08/12/2008 | |
| 2:2010-cv-02517<br>**White v. American International Specialty Lines Ins. Co.**<br>Filed: 08/02/2010 | **Unidentified Party** |
| 2:2010-cv-02691<br>**Bradshaw v. Cavalier Home Builders, LLC**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02693<br>**Manning v. Lakeside Park Homes, Inc.**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02694<br>**Alexander v. Mitchell County Industries, LLC**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02695<br>**Booth v. CH2M Hill Constructors, Inc.**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02878<br>**Antoine v. CH2M Hill Constructors, Inc.**<br>Filed: 09/03/2010 | **Unidentified Party** |
| 2:2010-cv-04119<br>**Sommerville v. Gulf Stream Coach, Inc.**<br>Filed: 10/29/2010 | **Unidentified Party** |
| 2:2010-cv-04120<br>**Ammentorp v. Gulf Stream Coach, Inc.**<br>Filed: 10/29/2010 | **Unidentified Party** |
| 2:2010-cv-04125<br>**Spiers v. Motex Enterprises, Inc.**<br>Filed: 10/28/2010 | **Unidentified Party** |
| 2:2010-cv-04126<br>**Cook v. Forest River, Inc.**<br>Filed: 10/28/2010 | **Unidentified Party** |
| 2:2010-cv-04127<br>**Crawford v. Forest River, Inc.**<br>Filed: 10/27/2010 | **Unidentified Party** |
| 2:2012-cv-00054<br>**Howard v. Frontier RV, Inc.**<br>Filed: 01/09/2012 | **Unidentified Party** |
| 2:2012-cv-00108<br>**Markham v. Gulfstream Coach, Inc.**<br>Filed: 01/19/2012 | **Unidentified Party** |
| 2:2012-cv-00109<br>**Davis v. Recreation By Design, LLC**<br>Filed: 01/18/2012 | **Unidentified Party** |

| | |
|---|---|
| 2:2012-cv-00110<br>**Boone v. DS Corp.**<br>Filed: 01/18/2012 | Unidentified Party |
| 2:2012-cv-00111<br>**Lewis v. Dutchmen Manufacturing, Inc.**<br>Filed: 01/19/2012 | Unidentified Party |
| 2:2012-cv-00112<br>**Abney v. Gulf Stream Coach, Inc.**<br>Filed: 01/19/2012 | Unidentified Party |
| 2:2012-cv-00113<br>**Goudy v. Heartland Recreational Vehicles, LLC**<br>Filed: 01/18/2012 | Unidentified Party |
| 2:2012-cv-00114<br>**Anderson v. Keystone RV Company**<br>Filed: 01/18/2012 | Unidentified Party |
| 2:2012-cv-00115<br>**Allen v. Crum & Forster Specialty Insurance Company**<br>Filed: 01/18/2012 | Unidentified Party |
| 2:2012-cv-00116<br>**Capsel v. Sun Valley, Inc.**<br>Filed: 01/18/2012 | Unidentified Party |
| 2:2012-cv-00149<br>**Armstrong v. KZRV, LP**<br>Filed: 01/20/2012 | Unidentified Party |
| 2:2012-cv-00181<br>**Anderson v. Jayco Enterprises, Inc.**<br>Filed: 01/25/2012 | Unidentified Party |
| 2:2012-cv-00183<br>**Anderson v. American International Specialty Lines**<br>Filed: 01/25/2012 | Unidentified Party |
| 2:2012-cv-00184<br>**Jackson v. Morgan Buildings & Spas, Inc.**<br>Filed: 01/25/2012 | Unidentified Party |
| 2:2012-cv-00194<br>**Brown v. American Camper Manufacturing, LLC**<br>Filed: 01/25/2012 | Unidentified Party |
| 2:2012-cv-00195<br>**Allen v. Forest River, Inc.**<br>Filed: 01/25/2012 | Unidentified Party |
| 2:2012-cv-00196<br>**Green v. Coachmen Industries, Inc.**<br>Filed: 01/25/2012 | Unidentified Party |

| | |
|---|---|
| 2:2012-cv-00197<br>**Johnson v. Stewart Park Homes, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00200<br>**Brazzle v. Starcraft RV, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |

      Failure to do so will result in dismissal of the claims against "Unidentified Parties" or "Unidentified Party" from the above listed cases.

      New Orleans, Louisiana, this 11th day of July, 2012.

                                    **KURT D. ENGELHARDT**
                                    **United States District Court**