UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO 10-1258
*George Jones, et al v. Monaco Coach Corporation*

## O R D E R

Considering the proposed manufacturer class settlement (Rec. Doc. 25226, as amended and supplemented in Rec. Docs. 25646, 25655, 25664, 25665), which has been preliminarily approved by the Court (Rec. Doc. 25666), and considering the proposed contractor class settlement (Rec. Doc. 25647, as amended and supplemented in Rec. Docs. 25658, 25667, 25725, 25731), which has been preliminarily approved by the Court (Rec. Doc. 25668), both of which proposed class settlements shall be considered at fairness hearings on September 27, 2012; accordingly,

**IT IS ORDERED** that the jury trial, presently set for October 15, 2012, and the final pretrial conference, presently set for October 4, 2012, are hereby **CONTINUED** without date, to be reset should trial remain necessary following the fairness hearings.

New Orleans, Louisiana, this 11th day of July, 2012.

**KURT D. ENGELHARDT**
**United States District Court**