IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> *Beverly et al v. Recreation by Design, LLC, et al* ) <br> Docket No. 09-8650 ) <br> Plaintiffs: Vincent Beverly ) <br>            Wanda Martin ) <br> ) | MDL NO.: 1873 <br><br> SECTION: N (4) <br><br> JUDGE: ENGELHARDT <br><br> MAG.: ROBY |

### ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets filed by C. Martin Company;

**IT IS ORDERED THAT** the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating to Plaintiff Fact Sheets be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs in the following actions, are hereby dismissed with prejudice:

- Vincent Beverly (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al, 09-CV-8650)*

- Wanda Martin (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al, 09-CV-8650)*

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE