UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

    SECTION "N" (5)

THIS DOCUMENT RELATES TO 09-4727
*Earl Ralleigh, et al v. Monaco Coach Corporation*

### O R D E R

Considering the proposed manufacturer class settlement (Rec. Doc. 25226, as amended and supplemented in Rec. Docs. 25646, 25655, 25664, 25665), which has been preliminarily approved by the Court (Rec. Doc. 25666), and considering the proposed contractor class settlement (Rec. Doc. 25647, as amended and supplemented in Rec. Docs. 25658, 25667, 25725, 25731), which has been preliminarily approved by the Court (Rec. Doc. 25668), both of which proposed class settlements shall be considered at fairness hearings on September 27, 2012; accordingly,

**IT IS ORDERED** that the jury trial, presently set for September 4, 2012, and the final pretrial conference, presently set for August 16, 2012, are hereby **CONTINUED** without date, to be reset should trial remain necessary following the fairness hearings.

New Orleans, Louisiana, this 11th day of July, 2012.

                         **KURT D. ENGELHARDT**
                         **United States District Court**