# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL NO.: 1873 |
| | ) | |
| This Document Relates to: | ) | SECTION: N (4) |
| | ) | |
| *Serpas et al v. Keystone RV Company et al* | ) | |
| Docket No. 09-8696 | ) | JUDGE: ENGELHARDT |
| Plaintiff: Earnestine Frank | ) | |
| | ) | MAG.:  ROBY |
| *Adams, et al. v. Stewart Park Homes, Inc. et al* | ) | |
| Docket No. 09-8669 | ) | |
| Plaintiff:  Sheilah DeGruy | ) | |
| | ) | |

## ORDER

Considering the foregoing Rule 12 Motion to Dismiss with Alternative Motion for Summary Judgment filed by Defendant, C. Martin Company; and having found that Plaintiffs, Earnestine Frank and Sheilah DeGruy have failed to state a cause of action as against Defendant. C. Martin Company, and that there is no genuine issue of material fact that Defendant, C. Martin Company was not involved in installing, blocking, refurbishing, restoring or re-installing the emergency housing units in the instant matter;

And having further found that Plaintiffs claims were prescribed on their face prior to the filing of suit in these matters;

And having further found insufficient process and insufficient service of process on the part of the Plaintiffs herein;

**IT IS ORDERED THAT** the Unopposed Rule 12 Motion to Dismiss with Alternative Motion for Summary Judgment be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs, Earnestine Frank and Sheilah DeGruy are dismissed with prejudice against Defendant, C. Martin Company, Inc. as to the listed causes of action:

> *Serpas et al v. Keystone RV Company et al*
> Docket No. 09-8696
> Plaintiff: Earnestine Frank
>
> *Adams, et al. v. Stewart Park Homes, Inc. et al,*
> Docket No. 09-8669
> Plaintiff: Sheilah DeGruy

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE