UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>          FORMALDEHYDE PRODUCTS<br>          LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION õNö (5) |
| THIS DOCUMENT RELATES TO<br>Johnson, et al v. Stewart Park Homes, Inc., et al<br>2:12-cv-00197 | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

## PROOF OF SERVICE

I, Peter R. Borstell 3264, undersigned counsel took the summons and complaint directed to the Managing Partner of Stewart Park Homes, Inc. with the address õ1207 Sunset Drive, Thomasville, GA 31792ö to Royal Mail located on Metairie Road in Metairie, LA on April 16, 2012 to be served pursuant to the Louisiana Long Arm Statute and The Federal Rules of Civil Procedure. On April 18, 2012 as evidenced by the tracking documents attached, service was made on Mr. Pendegrast at 11:56 a.m.

New Orleans, Louisiana this  13th   day of July, 2012.


                                            /s/Peter R. Borstell
                                            Peter R. Borstell