UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                  SECTION õNö (5)

THIS DOCUMENT RELATES TO                                          JUDGE ENGELHARDT
Johnson, et al v. Stewart Park Homes, Inc., et al
2:12-cv-00197                                                     MAG. JUDGE CHASEZ

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the order of dismissal, without prejudice, contained in the July 3, 2012 Order (Document No. 25730 ) is hereby **rescinded** as to the above referenced matter and in particular, the case õJohnson, et al v. Stewart Park Homes, Inc., et alö, Civil Action No. 2:12-cv-00197.

New Orleans, Louisiana this _____ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE