UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| ALL CASES | MAGISTRATE CHASEZ |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### *EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendant, American Radiation Services, Inc. ("ARS") seeks leave of Court to deposit settlement funds into the Court's registry.  ARS has recently reached a settlement of all claims related to ARS and now seeks permissions to deposit the appropriate settlement amount into the registry of the Court.  Defendant's proposed deposit is also made in connection with the pending Motion for Preliminary Approval of Proposed Class Settlement.  *See*, Rec. Do. No. 25647.

The amount of the proposed deposit is $5,750.00 to be provided through check number 0510036689, made payable to the "U.S. District Court."

ARS has submitted a proposed order in connection with this motion.  Counsel for ARS advises that counsel for the PSC, Mr. Palmer Lambert, does not oppose this motion.

1

Respectfully submitted,

**FRILOT, L.L.C.**

/s/ *Peter R. Tafaro*
JOHN J. HAINKEL, III – La. Bar No. 18246
PETER R. TAFARO – La. Bar No. 28776
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
T: (504) 599-8000; F: (504) 599-8100
E-Mail: ptafaro@frilot.com

**ATTORNEYS FOR DEFENDANT:**
**AMERICAN RADIATION SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 16th day of July, 2012.

/s/ *Peter R. Tafaro*
PETER R. TAFARO
E-mail: ptafaro@frilot.com