UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| ALL CASES | MAGISTRATE CHASEZ |

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by American Radiation Services, Inc.,

IT IS HEREBY ORDERED that American Radiation Services Inc.'s motion is GRANTED.

IT IS FURTHER ORDERED that American Radiation Services, Inc.'s settlement check in the amount of $5,750.00 shall be deposited into the Court's registry.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE