UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE | * | |
| | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | |
| THIS APPLIES TO ALL CASES | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MLU SERVICES, INC., *EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendant MLU Services, Inc., ("MLU") seeks leave of Court to deposit settlement funds into the Court's registry. MLU, has recently reached a settlement of claims related to MLU and now seeks permission to deposit the appropriate settlement amount into the registry of the Court. MLU's proposed deposit is also made in connection with the Pending Motion for Preliminary Approval of Proposed Class Settlement. *See* Rec. Doc. No. 25647.

The amount of the proposed deposit is $22,000.00 to be provided through check numbers 0040101222 and 0040101223, made payable to the "United States District Court - Eastern District of Louisiana."

MLU has submitted a proposed order in connection with this motion. Counsel for MLU advises that counsel for the Plaintiff Steering Committee, Mr. Justin Woods, does not oppose this motion.

**BARRY & COMPANY, LLC**

/s/ *Stephen R. Barry*
STEPHEN R. BARRY (#21465)
*A Professional Law Corporation*
KATHLEEN C. MARKSBURY (#1902)
612 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 525-5553
Facsimile: (504) 525-1909
sbarry@barrylawco.com
kmarksbury@lawco.com
**Attorneys for MLU Services, Inc.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court and is available for viewing and downloading from the CM/ECT system.  Notice of Electronic Case Filing has been sent automatically to all counsel on the electronic service list on this 17th day of July 2012.

/s/ *Stephen R. Barry*
STEPHEN R. BARRY