UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE | * | |
| | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | |
| THIS APPLIES TO ALL CASES | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, Filed by Defendant MLU Services, Inc.

**IT IS HEREBY ORDERED,** that MLU's motion is granted.

**IT IS FURTHER ORDRED** that MLU's settlement check in the amount of $22,000.00 shall be deposited into the Court's registry.

New Orleans, Louisiana, this ___ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE