UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| *Johnson, et al v. Stewart Park Homes, Inc., et al* | * | MAG. JUDGE CHASEZ |
| 2:12-cv-00197 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROOF OF SERVICE

I, Peter R. Borstell 3264, undersigned counsel took the summons and complaint directed to the Managing Partner of Stewart Park Homes, Inc. with the address "1207 Sunset Drive, Thomasville, GA 31792" to Royal Mail located on Metairie Road in Metairie, LA on April 16, 2012 to be served pursuant to the Louisiana Long Arm Statute and The Federal Rules of Civil Procedure. On April 18, 2012 as evidenced by the tracking documents attached, service was made on Mr. Pendegrast at 11:56 a.m.

New Orleans, Louisiana this  13th  day of July, 2012.


/s/Peter R. Borstell
Peter R. Borstell



/s/Denis E. Vega
**DENIS E. VEGA**
Mississippi State Bar No. 100000
Louisiana Bar No. 26740

**DOUGLAS M. SCHMIDT**
Louisiana Bar No. 11789

**PETER R. BORSTELL**
Louisiana Bar No. 3264

DOUGLAS M. SCHMIDT, APLC
335 City Park Avenue
New Orleans, LA 70119
Tel. (504) 482-5711
Fax. (504) 482-5755
**ATTORNEYS FOR PLAINTIFFS**