**Customer:**

DOUGLAS SCHMIDT - MISC

**Ship To:**

STEWART PARK HOMES, INC
1207 SUNSET DRIVE

THOMASVILLE, GA 31792

**Details:**

UPS Ground - Commercial
Date/Time:        4/16/2012 8:19:24 AM
[User Defined]:
Package ID:       60260343
Shipment ID:      178400
Tracking Number: 1Z08W7730362610867
Weight(MAN WT): 1 LB 0.00 OZ
Rating Weight:   1 LB 0.00 OZ
Dimensions:      0.00 x 0.00 x 0.00
Declared Value: $0.00

Contents:

**Charges:**

| | |
|---|---:|
| Shipping: | 12.02 |
| Labor: | 0.00 |
| Packing Materials: | 0.00 |
| Discount: | -2.02 |
| Sales Tax: | $0.00 |
| **Total:** | **$10.00** |

PC 8.4.3.7 UPS Thers

# UPS

United States

New User | Log-In | Contact UPS | The UPS Store    Search

My UPS    Shipping    **Tracking**    Freight    Locations    Support    UPS Solutions

| Tracking Number | | Track | Log-In for additional tracking details. | Other Tracking Options ▼ |

## Tracking Detail

**1Z08W7730362610867**

Updated: 07/13/2012 11:36 A.M. Eastern Time

### Delivered

**Shipping Information**

**To:  THOMASVILLE, GA, US**

**Delivered On:**
Wednesday,  04/18/2012 at 11:56 A.M.

**Left At:**
Dock

**Signed By:**
PENDERGAST

Proof of Delivery

Request Status Updates »

**Shipped By**

**UPS Ground**

UPS MY CHOICE™

TIRED OF GETTING THIS?

UPS  ▶ Sign up now

### Additional Information

| | |
|---|---|
| **Shipped/Billed On:** | 04/16/2012 |
| **Type:** | Package |
| **Weight:** | 1.00 lb |

### Shipment Progress

What's This?

Subscribe to UPS E-mail:  Enter e-mail address    Sign Up »    View Examples

Site Feedback

**Contact UPS**
Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

**Support**
Get Started
Register
Open a Shipping Account
Change Your Delivery

**Solutions for:**
Healthcare
Small Business
High Tech
More...

**Other UPS Sites:**
Select a website ▼

WE ♥ LOGISTICS

Home    About UPS    Site Guide    Investors    Careers    Pressroom    UPS Global    UPS Mobile    UPS Blog

Service Terms and Conditions    Website Terms of Use    Privacy Notice    Your California Privacy Rights    Protect Against Fraud
Copyright © 1994-2012 United Parcel Service of America, Inc. All rights reserved.