UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| *Johnson, et al v. Stewart Park Homes, Inc., et al* | * | MAG. JUDGE CHASEZ |
| 2:12-cv-00197 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs, W. C. Johnson, et al, Motion is set for hearing on __August 8_, 2012 at 9:30 a.m. before the Honorable Kurt L. Engelhardt, Section N of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/Denis E. Vega
**DENIS E. VEGA**
Mississippi State Bar No. 100000
Louisiana Bar No. 26740

**DOUGLAS M. SCHMIDT**
Louisiana Bar No. 11789

**PETER R. BORSTELL**
Louisiana Bar No. 3264

**DOUGLAS M. SCHMIDT, APLC**
335 City Park Avenue
New Orleans, LA 70119
Tel. (504) 482-5711
Fax. (504) 482-5755
**ATTORNEYS FOR PLAINTIFFS**