UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION:  N |
| This document relates to:<br>*Johnson, et al v. Stewart Park Homes, Inc., et al*<br>2:12-cv-00197 | * * * * | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the order of dismissal, without prejudice, contained in the July 3, 2012 Order (Document No. 25730 ) is hereby **rescinded** as to the above referenced matter and in particular, the case "Johnson, et al v. Stewart Park Homes, Inc., et al", Civil Action No. 2:12-cv-00197.

New Orleans, Louisiana this _____ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE