**Customer:**
DOUGLAS SCHMIDT - MISC

**Ship To:**
STEWART PARK HOMES, INC
1207 SUNSET DRIVE

THOMASVILLE, GA 31792

**Details:**
UPS Ground - Commercial
Date/Time:          4/16/2012 8:19:24 AM
[User Defined]:
Package ID:         60260343
Shipment ID:        178400
Tracking Number:    1Z08W7730362610867
Weight(MAN WT):     1 LB 0.00 OZ
Rating Weight:      1 LB 0.00 OZ
Dimensions:         0.00 x 0.00 x 0.00
Declared Value:     $0.00

Contents:

**Charges:**

| | |
|---|---|
| Shipping: | 12.02 |
| Labor: | 0.00 |
| Packing Materials: | 0.00 |
| Discount: | -2.02 |
| Sales Tax: | $0.00 |
| Total: | $10.00 |

PC 8.4.3.7 UPS There

**UPS** United States | New User | Log-In | Contact UPS | The UPS Store | Search

My UPS | Shipping | **Tracking** | Freight | Locations | Support | UPS Solutions

Tracking Number [ Track ]   Log-In for additional tracking details.   Other Tracking Options ▼

## Tracking Detail

Print | Help | A A A

**1Z08W7730362610867**

Updated: 07/13/2012 11:36 A.M. Eastern Time

### Delivered

**Shipping Information**
To: THOMASVILLE, GA, US

**Delivered On:**
Wednesday, 04/18/2012 at 11:56 A.M.

**Left At:**
Dock

**Signed By:**
PENDERGAST

Proof of Delivery

Request Status Updates »

**Shipped By**
UPS Ground

UPS MY CHOICE℠
TIRED OF GETTING THIS?
▶ Sign up now

### Additional Information

**Shipped/Billed On:** 04/16/2012
**Type:** Package
**Weight:** 1.00 lb

### Shipment Progress

What's This?

---

Subscribe to UPS E-mail: Enter e-mail address [ Sign Up » ]   View Examples   Site Feedback

**Contact UPS**
- Browse Online Support
- E-mail UPS
- Live Chat
- Call Customer Service

**Support**
Get Started
Register
Open a Shipping Account
Change Your Delivery

**Solutions for:**
Healthcare
Small Business
High Tech
More...

**Other UPS Sites:**
Select a website ▼

WE ♥ LOGISTICS

Home | About UPS | Site Guide | Investors | Careers | Pressroom | UPS Global | UPS Mobile | UPS Blog

Service Terms and Conditions | Website Terms of Use | Privacy Notice | Your California Privacy Rights | Protect Against Fraud

Copyright © 1994-2012 United Parcel Service of America, Inc. All rights reserved.