

# Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue  
New Orleans, LA 70119  
Phone: (504) 482-5711  
Fax: (504) 482-5755  
Toll Free: 1-800-375-1193

Douglas M. Schmidt *  
Peter R. Borstell, of Counsel  
Denis E. Vega, of Counsel**  
Rachel C. Schmidt, of Counsel  
*Also admitted to practice in South Carolina  
** Also admitted to practice in Mississippi

April 12, 2012

James R. Sutterfield  
Sutterfield and Webb, LLC  
Suite 2715  
650 Poydras St.  
New Orleans, LA 70130-6111

Re: Anthony Capsel, et al vs. Sun Valley, Inc. et al  
Civil Action No. 2:12-cv-00116-KDE-ALC;  
USDC, SDMS  
Your File No. C1460-1013

Dear Jim:

As per our telephone conversation on Wednesday morning, April 11, 2012, I am writing this letter to inform your client and the other settling defendants that this office will not serve summons and/or complaints in the following cases:

1. We will not serve the defendant, Frontier RV, Inc. in the case "Howard vs. Frontier RV, Inc., et al" with USDC No. 12-cv-00054 (Document No. 25075 summons requested, Document No. 25103 summons issued).

2. We will not serve the defendant, TL Industries, Inc. in the case, "McCovery vs. TL Industries, Inc., et al" with USDC No. 12-cv-00055 ((Document No. 25076 summons requested, Document No. 25104 summons issued).

3. We will not serve the defendant, Recreation By Design, LLC in the case "Davis, et al vs. Recreation By Design, LLC, et al" with USDC No. 12-cv-00109 (Document No. 25079 summons requested, Document No. 25107 summons issued).

4. We will not serve the defendant, DS Corp d/b/a Crossroads RV, Inc. in the case "Boone, et al vs. DS Corp d/b/a Crossroads RV, Inc., et al" with USDC No. 12-cv-00110 (Document No. 25080 summons requested, Document No. 25108 summons issued).

5. We will not serve the defendant, Dutchmen Manufacturing, Inc. in the case "Lewis, et al vs. Dutchmen Manufacturing, Inc., et al" with USDC No. 12-cv-00111 (Document No. 25081 summons requested, Document No. 25109 summons issued).

6. We will not serve the defendant, Heartland Recreational Vehicles, LLC in the case "Goudy, et al vs. Heartland Recreational Vehicles, LLC, et al" with USDC No. 12-cv-00113 (Document No. 25082 summons requested, Document No. 25110 summons issued). (This case is entered incorrectly on the docket report as "Goudy vs. Goudy")

7. We will not serve the defendant, Keystone RV Company in the case "Anderson, et al vs. Keystone RV Company, et al" with USDC No. 12-cv-00114 (Document No. 25083 summons requested, Document No. 25111 summons issued).

8. We will not serve the defendants, Crum & Foster Specialty Insurance Company, Sentry Insurance, A Mutual Company, and Burlington Insurance Company, in the case "Allen, et al vs. Crum & Foster Specialty Ins. Co., et al" with USDC No. 12-cv-00115 (Document No. 25084 summons requested, Document No. 25112 summons issued).

9. We will not serve the defendant Sun Valley, Inc. in the case "Capsel, et al vs. Sun Valley, Inc., et al with the USDC No. 12-cv-116. It should be noted that this office requested a summons for Sun Line Acquisitions Company, LTD but the clerk did not issue a summons and they will not be served unless this office is otherwise directed. (Document No. 25085 summons requested, Document No. 25113 summons issued).

10. We will not serve the defendant, Thor Industries, Inc. in the case, "Alsworth, et al vs.Thor Industries, Inc., et al" with the USDC No. 12-cv-00117 (Document No. 25086 summons requested, Document No. 25114 summons issued).

11. We will not serve the defendant, KZRV, LP in the case, "Armstrong, et al vs KZRV, LP, et al" with USDC No. 12-cv-00149 (Document No. 25087 summons requested, Document No. 25115 summons issued).

12. We will not serve the defendants, Layton Homes Corporation and Skyline Corporation in the case "DeGruy, et al vs. Layton Homes Corporation, et al" with

USDC No. 12-cv-00151 (Document No. 25088 summons requested, Document No. 25116 summons issued).

13. We will not serve the defendants, Morgan Building and Spas, Inc. and Morgan Building Systems, Inc., in the case "Jackson, et al vs. Morgan Building and Spas, Inc., et al" with USDC No. 12-cv-00184 (Document No. 25092 summons requested, Document No. 25120 summons issued).

14. We will not serve the defendant, Sunny Brook RV, Inc. in the case "Bolton, et al vs. Sunny Brook RV, Inc., et al" with USDC No. 12-cv-00185 (Document No. 25093 summons requested, Document No. 25121 summons issued).

15. We will not serve the defendants, Coachmen Industries and Coachman Recreational Vehicle Company, LLC, in the case "Green, et al vs. Coachman Recreational Vehicle Company, LLC, et al" with USDC No. 12-cv-00196 (Document No. 25096 summons requested, Document No. 25124 summons issued).

16. We will not serve the defendant, Timberland RV Company d/b/a Adventure Manufacturing in the case "Flowers, et al vs. Timberland RV Company d/b/a Adventure Manufacturing, et al" with USDC No. 12-cv-00198 (Document No. 25098 summons requested, Document No. 25126 summons issued).

17. We will not serve the defendant, Liberty Insurance Corporation in the case "Dedeaux, et al vs. Liberty Ins. Corporation, et al" with USDC No. 12-cv-00199 (Document No. 25099 summons requested, Document No. 25127 summons issued).

As we discussed, you will forward this letter to the other settling defendants. If any of the settling defendants are not listed, please contact me immediately and I will issue a supplemental letter and make sure that defendant is not served. If any of the defendants have not settled, please let me know. If you have any questions or comments, please call me immediately.

Thanking you for your assistance in this matter, I remain,

Very truly yours,

Peter R. Borstell

PRB/cvs