UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE:
*Robin Oldenburg, et al v. United States of*
*America, et al; Number 2:2007-cv-02961*

**************************************************************************

### PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY CLAIMS AGAINST UNIDENTIFIED PARTIES SHOULD NOT BE DISMISSED

     NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, in compliance with the Court's Order dated July 11, 2012 (Document 25745), provides the following matching information regarding the named Plaintiffs in the above captioned matter:

(a) Robin Oldenburg, Austin Sicard and Cindy McDonald:

- Fleetwood Enterprises, Inc. and Fleetwood Canada, Ltd.- These Defendants were named in the Original Complaint and are not considered "unidentified."

- Fluor Enterprises, Ltd.- Upon information and belief of Plaintiffs, the correct contractor associated with these claims is Fluor Enterprises, Ltd. This Defendant is currently being amended into the above captioned matter subject to leave of Court.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE         :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        rgp@rgplaw.com


           s/Ronnie G. Penton
By:    Ronnie G. Penton (10462)
        Trial Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

      July 18, 2012.

                                  s/Ronnie G. Penton
                                  Ronnie G. Penton