IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:
*Oldenburg, et al v. United States of America, et al;*
*2:2007-cv-02961*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE OF COURT TO
### FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Robin Oldenburg, Austin Sicard and Cindy McDonald, appearing herein individually and who request Leave of Court to file their First Supplemental and Amending Complaint.

WHEREFORE, Plaintiffs pray that they be granted Leave of Court to file their First Supplemental and Amending Complaint.

s/Ronnie G. Penton
Ronnie G. Penton Bar Roll Number 10462
Attorney for Plaintiffs
The Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana   70427
Telephone     :     (985) 732-5651
Fax                 :     (985) 735-5579
E-Mail           :     fedcourtmail@rgplaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

July 19, 2012.

           s/Ronnie G. Penton
           Ronnie G. Penton

## **CERTIFICATE OF NO OPPOSITION**

This is to certify that there has been no appearance made by any party in this action, therefore, no counsel were contacted regarding whether they had opposition to the filing of the above First Supplemental and Amending Complaint.

July 19, 2012.

                                          s/Ronnie G. Penton
                                          Ronnie G. Penton