IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>           FORMALDEHYDE PRODUCTS<br>           LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

**THIS DOCUMENT RELATES TO:**
*Oldenburg, et al v. United States of America, et al;*
*2:2007-cv-02961*

**********************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

MAY IT PLEASE THE COURT

I.

The Named Plaintiffs herein request Leave of Court to file their First Supplemental and Amending Complaint for the reasons set forth below:

II.

The Original Complaint in the above numbered cause was filed on May 18, 2007.

III.

The Original Complaint set forth the names of the following Defendants:

- United States of America
- Fleetwood Enterprises, Inc.
- Fleetwood Canada, Ltd.
- And Other, As Yet Unnamed Travel Trailer Vendors To The Federal Emergency Management Agency

IV.

Since the filing of the Original Complaint, the Plaintiffs' claims have been matched to Fluor Enterprises, Inc., the government contractor used to setup and assemble their FEMA travel trailers.  As such, the "As Yet Unnamed Travel Trailer Vendors To The Federal Emergency Management Agency" are now specifically identified.

V.

To date, and following a search of PACER, no Answer or Motions pursuant to Federal Rule of Civil Procedure 12 have been filed in this matter.  As such, Plaintiffs request Leave of Court to File First Supplemental and Amending Complaint according to Federal Rule of Civil Procedure 15.

WHEREFORE, Plaintiffs pray their Motion is well-taken and the relief requested be GRANTED.

s/Ronnie G. Penton
Ronnie G. Penton Bar Roll Number 10462
Attorney for Plaintiffs
The Penton law Firm
209 Hoppen Place
Bogalusa, Louisiana  70427
Telephone : (985) 732-5651
Fax : (985) 735-5579
E-Mail : fedcourtmail@rgplaw.com