IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                      MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION                SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Oldenburg, et al v. United States of America, et al;*
*2:2007-cv-02961*

************************************************************************

# O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be granted Leave of Court to file their First Supplemental and Amending Complaint.

Signed in New Orleans, Louisiana this the _____ day of July, 2012.

_____
J U D G E