IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                           MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION                             SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Oldenburg, et al v. United States of America, et al;*
*2:2007-cv-02961*

******************************************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Robin Oldenburg, Austin Sicard and Cindy McDonald, who do desire to amend their Original Complaint, as follows:

**I.**

By supplementing **Paragraph 3**, to add Section (e) to read as follows:

(e)    FLUOR ENTERPRISES, INC.; a non-Louisiana corporation authorized to do and doing business in the State of Louisiana, and in the parish of St. Bernard, with its domicile and its principle place of business in States other than Louisiana, but maintains a principle place of business establishment in Louisiana.

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

1

WHEREFORE, Plaintiffs pray that they be granted Leave of Court and that their First Supplemental and Amending Complaint be filed and amended thereby.

```
                          s/Ronnie G. Penton
                          Ronnie G. Penton Bar Roll Number 10462
                          Attorney for Plaintiff
                          The Penton Law Firm
                          209 Hoppen Place
                          Bogalusa, Louisiana  70427
                          Telephone   :    (985) 732-5651
                          Fax         :    (985) 735-5579
                          E-Mail      :    fedcourtmail@rgplaw.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

July 19, 2012.

```
                          s/Ronnie G. Penton
                          Ronnie G. Penton
```

2