# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 1873 |
| This Document Relates to: | SECTION: N (4) |
| *Beverly et al v. Recreation by Design, LLC, et al* | |
| Docket No. 09-8650 | JUDGE: ENGELHARDT |
| Plaintiffs: Vincent Beverly | |
| Wanda Martin | MAG.: ROBY |

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2, 32 AND 88 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who, moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2, 32 and 88 relating to the production of Plaintiff Fact Sheets. The Plaintiffs are:

- Vincent Beverly (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al, 09-CV-8650)*

- Wanda Martin (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al, 09-CV-8650)*

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion requesting that counsel advised whether the motion was opposed. To date, opposing counsel has failed to offer or provide any opposition to the motion herein.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

By:     */s/ Edgar D. Gankendorff*
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 19th day of July, 2012.

               */s/ Edgar D. Gankendorff*
               Edgar D. Gankendorff

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on July 16, 2012, via an email correspondence to counsel, with the following results: Plaintiffs' counsel, Bruno Law Firm, has advised that Plaintiffs do not oppose this motion.

               */s/ Edgar D. Gankendorff*
               Edgar D. Gankendorff