IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) *Beverly et al v. Recreation by Design, LLC, et al* ) Docket No. 09-8650 ) Plaintiffs: Vincent Beverly ) Wanda Martin ) ) | SECTION: N (4) JUDGE: ENGELHARDT MAG.: ROBY |

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets filed by C. Martin Company;

**IT IS ORDERED THAT** the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating to Plaintiff Fact Sheets be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs in the following actions, are hereby dismissed with prejudice:

- Vincent Beverly (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al, 09-CV-8650)*

- Wanda Martin (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al, 09-CV-8650)*

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE