**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO.: 1873 |
| This Document Relates to: | ) ) | SECTION: N (4) |
| *Serpas et al v. Keystone RV Company et al* Docket No. 09-8696 Plaintiff: Earnestine Frank | ) ) ) ) ) | JUDGE: ENGELHARDT  MAG.: ROBY |
| *Adams, et al. v. Stewart Park Homes, Inc. et al* Docket No. 09-8669 Plaintiff: Sheilah DeGruy | ) ) ) | |

**NOTICE OF SUBMISSION**

**IT IS HEREBY ORDERED** that C. Martin Company's Motion to Dismiss Pursuant to Rule 12(b), with alternative Motion for Summary Judgment is hereby set for submission on the 8th day of August, at 9:30 a.m.

                                              Respectfully submitted,

                                              PROVOSTY & GANKENDORFF, L.L.C.

                                                  /s/ Edgar D. Gankendorff
                                            Edgar D. Gankendorff, Louisiana Bar No.: 20550
                                            Henry S. Provosty, Louisiana Bar No. 2056
                                            Lena D. Giangrosso, Louisiana Bar No. 31464
                                            650 Poydras Street, Suite 2700
                                            New Orleans, Louisiana 70130
                                            (504) 410-2795 • (504) 410-2796 Fax

                                            *Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the electronic mail. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 20th day of July, 2012.

                                              */s/ Edgar D. Gankendorff*
                                              Edgar D. Gankendorff