# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> *Serpas et al v. Keystone RV Company et al* ) <br> Docket No. 09-8696 ) <br> Plaintiff: Earnestine Frank ) <br> ) <br> *Adams, et al. v. Stewart Park Homes, Inc. et al* ) <br> Docket No. 09-8669 ) <br> Plaintiff: Sheilah DeGruy ) <br> ) | MDL NO.: 1873 <br><br> SECTION: N (4) <br><br><br> JUDGE: ENGELHARDT <br><br> MAG.: ROBY |

## DEFENDANT, C. MARTIN COMPANY INC.'S RULE 12 MOTIONS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who moves this Honorable Court to dismiss the claims of Plaintiffs, Earnestine Frank and Sheilah DeGruy in these suits with prejudice pursuant to Rule 12(b) for: (a) prescription; (b) insufficiency of process; (c) insufficiency of service of process: (d) because Plaintiffs have failed to state a cause of action against Defendant, C. Martin Company and/or cannot prove a cause of action against C. Martin Company; and, in the further alternative, for summary judgment on the grounds that, as will appear from the pleadings, Memorandum in Support of Motion for Summary Judgment and exhibits filed contemporaneously herewith, there

is no genuine issue as to any material fact, insofar as Plaintiffs' demands against Defendant, C. Martin Company are concerned, and that Defendant, C. Martin Company is therefore entitled to summary judgment as a matter of law, dismissing Plaintiffs' claims that Defendant, C. Martin Company is liable to them for the damages alleged in Plaintiffs' Complaints.

     WHEREFORE, Defendant, C. Martin Company, Inc., prays that its Motion to Dismiss Pursuant to Rule 12 and/or Motion for Summary Judgment be granted, dismissing the claims of Plaintiffs, Earnestine Frank and Sheilah DeGruy with prejudice as against Defendant, C. Martin Company.

     Respectfully submitted,

     PROVOSTY & GANKENDORFF, L.L.C.

     __/s/ Edgar D. Gankendorff_____
     Edgar D. Gankendorff, LA Bar No.: 20550
     Henry S. Provosty, LA Bar No. 2056
     Lena D. Giangrosso, LA Bar No. 31464
     650 Poydras Street, Suite 2700
     New Orleans, Louisiana 70130
     (504) 410-2795 • (504) 410-2796 Fax

     *Attorneys for C. Martin Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 19th day of July, 2012.

                                                                                          */s/ Edgar D. Gankendorff*
                                                                                          Edgar D. Gankendorff

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with opposing counsel about the merits of this motion on July 16, 2012, via a faxed letter to counsel, with the following results: Plaintiffs' counsel, Bruno Law Firm, has failed to provide any opposition to the within Motion within the time period set forth for same.

                                                                                         */s/ Lena D. Giangrosso*
                                                                                         Lena D. Giangrosso