UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
          FORMALDEHYDE PRODUCTS
          LIABILITY LITIGATION

                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. Listed Herein

**O R D E R**

        In this Court's Order of July 11, 2012 (Rec. Doc. 25745), the Court noted that certain claims

against unidentified parties remain pending, in addition to claims against a named manufacturer

defendant and/or contractor defendant, in violation of the Court's matching requirements specified

in Pre-Trial Orders Nos. 40, 49, 53, and 68 (Rec. Docs. 1781, 8908, 9073, 14779).   The Court

warned that such claims would be dismissed if the plaintiffs failed to show cause on or before July

18, 2012.

**A.**

        In the following cases, plaintiffs failed to timely show cause why the following claims should

not be dismissed for failure to comply with Pre-trial Order No. 49 (Rec. Doc. 8908):

| Member Case | Defendant |
|---|---|
| 2:2006-cv-02576<br>**Hillard v. United States of America**<br>Filed: 05/18/2006 | **Unidentified Parties** |

| | |
|---|---|
| 2:2007-cv-03893<br>**Seal v. Fleetwood Enterprises, Inc.**<br>Filed: 07/30/2007 | **Unidentified Parties** |
| 2:2007-cv-04012<br>**Kahl et al v. Fleetwood Enterprises, Inc. et al**<br>Filed: 08/07/2007 | **Unidentified Parties** |
| 2:2007-cv-05709<br>**Pujol v. Pilgrim International, Inc.**<br>Filed: 09/19/2007 | **Unidentified Parties** |
| 2:2007-cv-07494<br>**Nelson v. Gulf Stream Coach, Inc.**<br>Filed: 11/13/2007 | **Unidentified Parties** |
| 2:2007-cv-09248<br>**Pizani v. Gulf Stream Coach, Inc.**<br>Filed: 12/03/2007 | **Unidentified Parties** |
| 2:2008-cv-04630<br>**Laney v. United States of America**<br>Filed: 10/10/2008 | **Unidentified Parties** |
| 2:2009-cv-08024<br>**Luvene v. Coachman Industries Inc**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08032<br>**Heidleberg v. Coachmen Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08050<br>**Robertson v. Thor Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08051<br>**Williams v. Vanguard Industries of Michigan, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08052<br>**White v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08083<br>**Fagan v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08105<br>**Andrews v. Thor Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08106<br>**James v. Coachman Industries, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |

| | |
|---|---|
| 2:2009-cv-08162<br>**Stork v. Monaco Coach Corporation**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08163<br>**Lewis v. Dutchmen Manufacturing, Inc**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08167<br>**Mason v. Coachman Industries Inc**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08168<br>**Smith v. Sunray RV, LLC**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08169<br>**Thomas v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08181<br>**Ball v. Dawson**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08183<br>**Acey v. DS Corp.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08184<br>**Anderson v. Forest River, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08222<br>**Hobbs v. Jayco, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08270<br>**Deflanders v. Monaco Coach Corporation**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08273<br>**Davis v. Pilgrim International, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08275<br>**Freeman v. Starcraft RV, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08276<br>**Roth v. R-Vision, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |

| | |
|---|---|
| 2:2009-cv-08277<br>**Cunningham v. Gulf Stream Coach, Inc.**<br>Filed: 12/24/2009 | **Unidentified Parties** |
| 2:2009-cv-08458<br>**Arnold v. Crum & Forster Specialty Insurance Co.**<br>Filed: 12/29/2009 | **Unidentified Parties** |
| 2:2010-cv-00487<br>**Sellers v. Gulf Stream Coach, Inc**<br>Filed: 02/23/2010 | **Unidentified Parties** |
| 2:2010-cv-00572<br>**Jackson v. Recreation By Design, LLC**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00574<br>**Childs v. Heartland Recreational Vehicles, LLC**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00576<br>**Moody v. Stewart Park Homes, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00577<br>**Johnson v. CMH Manufacturing, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00578<br>**Carroll v. Coachmen Industries, Inc.**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00579<br>**Anderson v. Forest River, Inc.**<br>Filed: 02/26/2010 | **Unidentified Parties** |
| 2:2010-cv-00580<br>**Barksdale v. Keystone RV Company**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00582<br>**Roberson v. TL Industries, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00583<br>**Acker v. Gulf Stream Coach, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |

4

| | |
|---|---|
| 2:2010-cv-00584<br>**Hendricks v. Gulf Stream Coach, Inc.**<br>Filed: 02/25/2010 | **Unidentified Parties** |
| 2:2010-cv-00917<br>**Caporelli v. Coachmen Industries, Inc.**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00918<br>**Dulier v. KZRV, LP**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00919<br>**Epps v. Palm Harbor Homes, Inc.**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00920<br>**Moran v. FRH, Inc.**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00921<br>**Powell v. Lucas Investments, LLC**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-00922<br>**Hamilton v. KZRV, LP**<br>Filed: 03/19/2010 | **Unidentified Parties** |
| 2:2010-cv-01042<br>**Breland v. Forest River, Inc.**<br>Filed: 04/12/2010 | **Unidentified Parties** |
| 2:2010-cv-01044<br>**Draper v. Southern Energy Homes, Inc.**<br>Filed: 04/12/2010 | **Unidentified Parties** |
| 2:2010-cv-01045<br>**Cuevas v. Cavalier Homes, Inc.**<br>Filed: 04/08/2010 | **Unidentified Parties** |
| 2:2010-cv-01049<br>**Foxworth v. Southern Energy Homes, Inc.**<br>Filed: 04/08/2010 | **Unidentified Parties** |
| 2:2010-cv-01360<br>**Anders v. Gulf Stream Coach, Inc.**<br>Filed: 05/07/2010 | **Unidentified Parties** |
| 2:2010-cv-01366<br>**Coles v. DS Corp.**<br>Filed: 05/06/2010 | **Unidentified Parties** |

| | |
|---|---|
| 2:2010-cv-01367<br>**Chatman v. Jayco, Inc**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01368<br>**Cowan v. Dutchmen Manufacturing, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01369<br>**Bradley v. River Birch Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01371<br>**Beemon v. Jayco, Inc**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01372<br>**DiEugenio v. Destiny Industries, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01373<br>**Anderson v. Northwood Investments Corporation**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01374<br>**Johnson v. Timberland RV Company**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01375<br>**Copeland v. American Camper Manufacturing, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01377<br>**Fairley v. Stewart Park Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01380<br>**Breaux v. Gulf Stream Coach, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01381<br>**Wesley v. Sunray RV, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01383<br>**Beverly Frizzell v. DS Corp.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01384<br>**Jerkins v. Recreation By Design, LLC**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01385<br>**Wilborn v. River Birch Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |

| | |
|---|---|
| 2:2010-cv-01386<br>**Armstrong v. Starcraft RV, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01388<br>**Hudson v. Sunline Acquisition Company Ltd.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01389<br>**Harbin v. Scotbilt Homes, Inc.**<br>Filed: 05/06/2010 | **Unidentified Parties** |
| 2:2010-cv-01402<br>**Kendrick v. Forest River, Inc.**<br>Filed: 05/07/2010 | **Unidentified Parties** |
| 2:2010-cv-01403<br>**Brewer v. Coachmen Industries, Inc.**<br>Filed: 05/07/2010 | **Unidentified Parties** |
| 2:2010-cv-01409<br>**Coleman v. Forest River, Inc.**<br>Filed: 05/10/2010 | **Unidentified Parties** |
| 2:2010-cv-01685<br>**Bultman v. Forest River, Inc.**<br>Filed: 06/09/2010 | **Unidentified Parties** |
| 2:2010-cv-01686<br>**Barnes v. Keystone RV Company**<br>Filed: 06/09/2010 | **Unidentified Parties** |
| 2:2010-cv-02032<br>**Acevedo v. CH2M Hill Constructors, Inc.**<br>Filed: 07/21/2010 | **Unidentified Parties** |
| 2:2010-cv-02033<br>**Fulkerson v. CH2M Hill Constructors, Inc.**<br>Filed: 07/22/2010 | **Unidentified Parties** |
| 2:2010-cv-02599<br>**Johnson v. Coachmen Industries, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02600<br>**Williams v. Waverlee Homes, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02601<br>**Shambarger v. Skyline Corporation**<br>Filed: 08/11/2010 | **Unidentified Parties** |

| | |
|---|---|
| 2:2010-cv-02603<br>**Davison v. CH2M Hill Constructors, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02604<br>**Benefield v. CH2M Hill Constructors, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02605<br>**Keyes v. CH2M Hill Constructors, Inc.**<br>Filed: 08/11/2010 | **Unidentified Parties** |
| 2:2010-cv-02688<br>**Buckhalter v. Bechtel National, Inc**<br>Filed: 08/13/2010 | **Unidentified Parties** |
| 2:2010-cv-02887<br>**Allen v. Gulfstream Coach, Inc.**<br>Filed: 09/03/2010 | **Unidentified Parties** |
| 2:2010-cv-04118<br>**Carpenter v. Doug Boyd Enterprises, LLC**<br>Filed: 10/28/2010 | **Unidentified Parties** |
| 2:2008-cv-04161<br>**Dang v. Gulf Stream Coach, Inc.**<br>Filed: 08/12/2008 | **Unidentified Party** |
| 2:2010-cv-02517<br>**White v. American International Specialty Lines Ins. Co.**<br>Filed: 08/02/2010 | **Unidentified Party** |
| 2:2010-cv-02691<br>**Bradshaw v. Cavalier Home Builders, LLC**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02693<br>**Manning v. Lakeside Park Homes, Inc.**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02694<br>**Alexander v. Mitchell County Industries, LLC**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02695<br>**Booth v. CH2M Hill Constructors, Inc.**<br>Filed: 08/13/2010 | **Unidentified Party** |
| 2:2010-cv-02878<br>**Antoine v. CH2M Hill Constructors, Inc.**<br>Filed: 09/03/2010 | **Unidentified Party** |

| | |
|---|---|
| 2:2010-cv-04119<br>**Sommerville v. Gulf Stream Coach, Inc.**<br>Filed: 10/29/2010 | **Unidentified Party** |
| 2:2010-cv-04120<br>**Ammentorp v. Gulf Stream Coach, Inc.**<br>Filed: 10/29/2010 | **Unidentified Party** |
| 2:2010-cv-04125<br>**Spiers v. Motex Enterprises, Inc.**<br>Filed: 10/28/2010 | **Unidentified Party** |
| 2:2010-cv-04126<br>**Cook v. Forest River, Inc.**<br>Filed: 10/28/2010 | **Unidentified Party** |
| 2:2010-cv-04127<br>**Crawford v. Forest River, Inc.**<br>Filed: 10/27/2010 | **Unidentified Party** |
| 2:2012-cv-00054<br>**Howard v. Frontier RV, Inc.**<br>Filed: 01/09/2012 | **Unidentified Party** |
| 2:2012-cv-00108<br>**Markham v. Gulfstream Coach, Inc.**<br>Filed: 01/19/2012 | **Unidentified Party** |
| 2:2012-cv-00109<br>**Davis v. Recreation By Design, LLC**<br>Filed: 01/18/2012 | **Unidentified Party** |
| 2:2012-cv-00110<br>**Boone v. DS Corp.**<br>Filed: 01/18/2012 | **Unidentified Party** |
| 2:2012-cv-00111<br>**Lewis v. Dutchmen Manufacturing, Inc.**<br>Filed: 01/19/2012 | **Unidentified Party** |
| 2:2012-cv-00112<br>**Abney v. Gulf Stream Coach, Inc.**<br>Filed: 01/19/2012 | **Unidentified Party** |
| 2:2012-cv-00113<br>**Goudy v. Heartland Recreational Vehicles, LLC**<br>Filed: 01/18/2012 | **Unidentified Party** |
| 2:2012-cv-00114<br>**Anderson v. Keystone RV Company**<br>Filed: 01/18/2012 | **Unidentified Party** |
| 2:2012-cv-00115<br>**Allen v. Crum & Forster Specialty Insurance Company**<br>Filed: 01/18/2012 | **Unidentified Party** |

| | |
|---|---|
| 2:2012-cv-00116<br>**Capsel v. Sun Valley, Inc.**<br>Filed: 01/18/2012 | **Unidentified Party** |
| 2:2012-cv-00149<br>**Armstrong v. KZRV, LP**<br>Filed: 01/20/2012 | **Unidentified Party** |
| 2:2012-cv-00181<br>**Anderson v. Jayco Enterprises, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00183<br>**Anderson v. American International Specialty Lines**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00184<br>**Jackson v. Morgan Buildings & Spas, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00194<br>**Brown v. American Camper Manufacturing, LLC**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00195<br>**Allen v. Forest River, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00196<br>**Green v. Coachmen Industries, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00197<br>**Johnson v. Stewart Park Homes, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |
| 2:2012-cv-00200<br>**Brazzle v. Starcraft RV, Inc.**<br>Filed: 01/25/2012 | **Unidentified Party** |

Accordingly,

**IT IS ORDERED** that the claims against "Unidentified Parties" and "Unidentified Party"

are hereby **DISMISSED** from the above listed cases.

**B.**

With regard to the following case, the plaintiffs have filed a response to the show cause order (Rec. Doc. 24764), stating that they are in the process of filing a motion to amend their complaint, seeking to substitute Fluor Enterprises, Ltd. in the place of "Unidentified Parties." *See* Rec. Doc. 24764.

| Member Case | Defendant |
|---|---|
| 2:2007-cv-02961<br>**Oldenburg v. United States of America**<br>Filed: 05/18/2007 | **Unidentified Parties** |

Accordingly, **IT IS ORDERED** that with regard to this case only (No. 07-2961), the show cause order at Rec. Doc. 25745 is hereby continued to August 7, 2012, so that the Court may consider the anticipated motion to amend.

New Orleans, Louisiana, this 19th day of July, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE