UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Cases No. 07-2961

## O R D E R

Considering Plaintiffs' Motion for Leave of Court to File First Supplemental and Amending Complaint (Rec. Doc. **25765**),

**IT IS ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with Pretrial Order No. 10 (Rec. Doc. 301).

New Orleans, Louisiana, this 23rd day of July, 2012.

                        **KURT D. ENGELHARDT**  
                        **UNITED STATES DISTRICT JUDGE**