UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF SHAW ENVIRONMENTAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO <u>DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT</u>**

**MAY IT PLEASE THE COURT:**

Defendant, Shaw Environmental, Inc. ("Shaw"), moves this Honorable court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On May 28, 2012, the plaintiffs, via the Plaintiffs' Steering Committee, Shaw, and the other Contractor Defendants entered into a Stipulation of Settlement that memorialized the terms of a confidential settlement agreement reached among and between the parties as it concerns this

MDL Litigation.[1]  A copy of this Stipulation of Settlement was filed as part of the parties' Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement (Rec. Doc. 25647), which was granted by this Court on May 31, 2012 (Rec. Doc. 25668).  The Stipulation of Settlement provided that the allocation of the total settlement amount from the Contractor Defendants group and their individual contributions thereto are undifferentiated and confidential to the members of the Contractor Defendants group and their insurers.

In order to comply with the terms of the aforementioned Stipulation of Settlement, Shaw requests that its Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

WHEREFORE, Shaw respectfully moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully submitted,

**BAKER DONELSON BEARMAN  
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz  
M. DAVID KURTZ (#23821)  
KAREN KALER WHITFIELD (#19350)  
CATHERINE N. THIGPEN (#30001)  
201 St. Charles Avenue, Suite 3600  
New Orleans, Louisiana 70170  
Telephone:  (504) 566-5200  
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,  
SHAW ENVIRONMENTAL, INC.**

---

[1] Courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality.  *See State Farm Fire & Cas. Co., et al. v. Jim Hood, et al.,* 2010 WL 3522445, *citing Pansy v. Borough of Stroudsburg,* 23 F.3d 772, 788 (3rd Cir. 1994).

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                                                /s/ M. David Kurtz