UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE           MDL NO. 07-1873
PRODUCTS LIABILITY LITIGATION
                                                                            SECTION N(5)

                                                                            JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO:
ALL CASES                                                                   MAGISTRATE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed by Shaw Environmental, Inc.:

**IT IS HEREBY ORDERED** that Shaw Environmental, Inc. is **GRANTED** leave of Court to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this _____ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE