UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
CH2M HILL CONSTRUCTORS, INC.'S UNOPPOSED MOTION FOR LEAVE
TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT
SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**MAY IT PLEASE THE COURT:**

Defendant CH2M HILL Constructors, Inc. ("CH2M HILL") moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On May 28, 2012, the plaintiffs, via the Plaintiffs Steering Committee, CH2M HILL, and the other Contractor Defendants entered into a Stipulation of Settlement that memorialized the terms of a confidential settlement agreement reached among and between the parties as it concerns this MDL Litigation.[1] A copy of this Stipulation of Settlement was filed as part of the parties' Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement (Rec. Doc. 25647), which was granted by this Court on May 31, 2012 (Rec. Doc. 25668). The Stipulation of Settlement provided that the allocation of the total settlement amount from the

---

[1] Courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *See State Farm Fire & Cas. Co., et al. v. Jim Hood, et al.*, 2010 WL 3522445, *citing Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 788 (3rd Cir. 1994).

Contractor Defendants group and their individual contributions thereto are undifferentiated and confidential to the members of the Contractor Defendants group and their insurers.

In order to comply with the terms of the aforementioned Stipulation of Settlement, CH2M HILL requests that its Motion for Authority to Deposit Settlement Funds into the Registry of the Court be sealed.

**WHEREFORE,** CH2M HILL respectfully moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

/s/ M. David Kurtz
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
BEATRIZ Q. RICHMOND (Bar No. 33336)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
brichmond@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2012, the foregoing pleading was electronically filed using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

/s/ M. David Kurtz