UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
|     ALL CASES | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT
SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Gulf Stream Coach, Inc., Fairmont Homes, Inc., Forest River, Inc., Vanguard Industries of Michigan, Inc. and Vanguard, LLC ("Defendants"), who move this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are full set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

                                        Respectfully Submitted,

                                        **DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

                                        s/Andrew D. Weinstock
                                        _____
                                        **ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
                                        3838 N. Causeway Boulevard, Suite 2900
                                        Metairie, Louisiana  70002
                                        Telephone: (504) 832-3700

Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendants, Gulf Stream Coach, Inc. and Fairmont Homes, Inc.**

**GIEGER, LABORDE & LAPEROUSE, LLC**

s/Ernest P. Gieger, Jr.
_____
**ERNEST P. GIEGER, JR. #6154**
**ANDREW A. BRAUN #3415**
**J. MICHAEL DIGIGLIA #24378**
701 Poydras Street, Suite 4800
New Orleans, LA 70139-4800
(504) 561-0400
(504) 561-1011 (FAX)
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**Counsel for Defendants, Forest River, Inc., Vanguard Industries of Michigan, Inc. and Vanguard, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                              s/Andrew D. Weinstock
                              _____
                              **ANDREW D. WEINSTOCK**