IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 1873 |
| This Document Relates to: *Beverly et al v. Recreation by Design, LLC, et al* Docket No. 09-8650 Plaintiffs: Vincent Beverly Wanda Martin | SECTION: N (4) JUDGE: ENGELHARDT MAG.: ROBY |

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets filed by C. Martin Company;

**IT IS ORDERED THAT** the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating to Plaintiff Fact Sheets be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs in the following actions, are hereby dismissed with prejudice:

- Vincent Beverly (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al, 09-CV-8650)*

• Wanda Martin (plaintiff in *Beverly et al v. Recreation by Design, LLC, et al,* 09-CV-8650).

New Orleans, Louisiana, this __24th__ day of __July__, 2012.

_____
UNITED STATES DISTRICT JUDGE