UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed by CH2M HILL Constructors, Inc.:

**IT IS HEREBY ORDERED** that CH2M HILL Constructors, Inc. is **GRANTED** leave of Court to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this  26th  day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE