# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed by Shaw Environmental, Inc.:

**IT IS HEREBY ORDERED** that Shaw Environmental, Inc. is **GRANTED** leave of Court to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this  26th  day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE