UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION
                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-8696, 09-8669

## O R D E R

Considering Defendant C. Martin Company Inc.'s Rule 12 Motions and Alternative

Motion for Summary Judgment (Rec. Doc. 25767), and considering the amended certificate of

conference attached to Rec. Doc. 25772, indicating that counsel for the plaintiffs does not

oppose the motion; accordingly,

**IT IS ORDERED** that the **"Defendant C. Martin Company Inc.'s Rule 12 Motions**

**and Alternative Motion for Summary Judgment" (Rec. Doc. 25767)** is hereby **GRANTED**,

dismissing the claims of the following plaintiffs against defendant C. Martin Company, Inc.:

- Earnestine Frank (09-8696)

- Sheilah DeGruy (09-8669)

This Order does not affect the claims of the plaintiffs against any other defendant.

New Orleans, Louisiana, this 26th day of July 2012.


**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**