UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| ALL CASES | * | MAG: CHASEZ |

********************************************************************************

# ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Gulf Stream Coach, Inc., Fairmont Homes, Inc., Forest River, Inc., Vanguard Industries of Michigan, Inc. and Vanguard, LLC are **GRANTED** leave of Court to file under seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this 26th day of _____July_____, 2012

_____
UNITED STATES DISTRICT JUDGE

00412046-1                                                                 1