UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Cases Listed Herein

# O R D E R

Considering the "PSC Motion of Dismissal Pursuant to Fleetwood Settlement" (Rec. Doc. 16174), and the Order granting it at Rec. Doc. 19057,

**IT IS ORDERED** that the following named defendants are hereby **DISMISSED** from the member cases listed below:

**09-3880**
American International Group, Inc.
American International Specialty Lines Insurance
Gibraltar Insurance Company, Ltd.
Starr Excess Liability Insurance Company, Ltd.

**09-3883**
American International Group, Inc.
American International Specialty Lines Insurance
Gibraltar Insurance Company, Ltd.
Starr Excess Liability Insurance Company, Ltd.

**09-4018**
American International Group, Inc.
American International Specialty Lines Insurance
Gibraltar Insurance Company, Ltd.
Starr Excess Liability Insurance Company, Ltd.

**09-4022**
American International Group, Inc.
American International Specialty Lines Insurance
Gibraltar Insurance Company, Ltd.
Starr Excess Liability Insurance Company, Ltd.

**09-4024**
American International Group, Inc.
American International Specialty Lines Insurance
Gibraltar Insurance Company, Ltd.
Starr Excess Liability Insurance Company, Ltd.

**09-4851**
American International Specialty Lines Insurance

**09-5717**
American Specialty Lines Insurance Company

**09-7818**
Starr Excess Liability Insurance Company, Ltd.

**09-8007**
Starr Excess Liability Insurance Company, Ltd.

New Orleans, Louisiana, this 27th day of July 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**