UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| ALL CASES | MAGISTRATE CHASEZ |

### *EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO FILE UNDER SEAL MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendant, Bechtel National, Inc. ("Bechtel") seeks leave of Court to deposit settlement funds under seal into the Court's registry. Bechtel has recently reached a settlement of all claims related to Bechtel and now seeks permissions to deposit the appropriate settlement amount into the registry of the Court. Defendant's proposed deposit is also made in connection with the pending Motion for Preliminary Approval of Proposed Class Settlement. *See*, Rec. Do. No. 25647. The stipulation of settlement provided that the allocation of the total amount from the Contractor Defendants group and their individual contributions thereto are undifferentiated and confidential. In order to comply, Bechtel requests that its Motion for Authority to Deposit Funds into the Registry of the Court be sealed.

The amount of the proposed deposit is confidential and will be provided through check to the clerk of court.

1

Bechtel has submitted a proposed order in connection with this motion. Counsel for Bechtel advises that counsel for the PSC, Mr. Palmer Lambert, does not oppose this motion.

Respectfully submitted,

**FRILOT, L.L.C.**

/s/ *Peter R. Tafaro*
JOHN J. HAINKEL, III – La. Bar No. 18246
PETER R. TAFARO – La. Bar No. 28776
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
T: (504) 599-8000; F: (504) 599-8100
E-Mail: ptafaro@frilot.com

**ATTORNEYS FOR DEFENDANT:
BECHTEL NATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 27th day of July, 2012.

*/s/ Peter R. Tafaro*
PETER R. TAFARO
E-mail: ptafaro@frilot.com

1