UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE            MDL NO. 07-1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

THIS DOCUMENT RELATES TO:                   JUDGE ENGELHARDT

ALL CASES                                   MAGISTRATE CHASEZ

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by Bechtel National, Inc.,

IT IS HEREBY ORDERED that Bechtel National, Inc.'s motion is GRANTED.

IT IS FURTHER ORDERED that Bechtel National, Inc.'s settlement check shall be deposited into the Court's registry.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE