UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                      MDL NO. 1873
FORMALDEHYDE PRODUCTS                          SECTION N MAG. 5
LIABILITY LITIGATION

                                                                          JUDGE ENGELHARDT
                                                                          MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Chance et al v. Phillips Products, Inc. et al*          JURY DEMANDED
*No. 09-6337*


**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF PHILLIPS PRODUCTS, INC. WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendant, Phillips Products, Inc., in the Complaint previously filed in these proceedings on September 15, 2009, Case No. 09-cv-6337.


                        By:    /s/Matthew B. Moreland
                                   Daniel E. Becnel, Jr. (La. Bar #2926)
                                   Matthew B. Moreland (La. Bar No. 24567)
                                   **BECNEL LAW FIRM, LLC**
                                   106 W. Seventh Street
                                   P. O. Drawer H
                                   Reserve, Louisiana 70084
                                   Telephone: (985) 536-1186
                                   Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
