UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| ALL CASES | MAGISTRATE CHASEZ |

## **ORDER**

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court, filed by Bechtel National, Inc.,

IT IS HEREBY ORDERED that Bechtel National, Inc.'s motion is GRANTED.

IT IS FURTHER ORDERED that Bechtel National, Inc.'s settlement check shall be deposited into the Court's registry.

New Orleans, Louisiana this 30th day of July, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE