# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION "N" (5)** |
| | **JUDGE: ENGELHARDT** |
| **This Document Relates to:** | **MAGISTRATE: CHASEZ** |
| **All Cases** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FLUOR ENTERPRISES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS UNOPPOSED MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

Fluor Enterprises, Inc. (FEI) moves the Court for leave to file under seal its Unopposed Motion for Authority to Deposit Settlement Funds into the Registry of the Court, as the motion for authority to deposit contains confidential settlement information. The reasons for this Motion to File under Seal are more fully set forth in the Non-Confidential Memorandum in Support filed contemporaneously with this Motion. Undersigned counsel represents that he has contacted Liaison Counsel for all parties and the all stated that they do not oppose this Motion to File under Seal.

**WHEREFORE**, for the reasons set forth in the accompanying non-confidential memorandum in support, FEI respectfully requests that it be granted leave

to file its Unopposed Motion for Authority to Deposit Settlement Funds into the Registry of the Court under seal.

        Respectfully Submitted,

        /s/ *Charles R. Penot, Jr.*
        Charles R. Penot, Jr., LA #01530, TX #24062455
        **Middleberg Riddle & Gianna**
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Telephone: (214) 220-6334;
        Facsimile: (214) 220-6807

        Richard A. Sherburne, Jr., #2106
        **Middleberg Riddle & Gianna**
        450 Laurel Street, Suite 1101
        Baton Rouge, La. 70801
        Telephone: (225) 381-7700;
        Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all liaison counsel in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

        /s/ *Charles R. Penot, Jr.*