UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION "N" (5)** |
| | **JUDGE: ENGELHARDT** |
| **This Document Relates to:** | **MAGISTRATE: CHASEZ** |
| **All Cases** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed by Fluor Enterprises, Inc., the Court hereby finds that interest of the public in accessing the information in the Motion for Authority to Deposit is outweighed by the interests of Fluor Enterprises, Inc. and plaintiffs in this multidistrict litigation in protecting the confidentiality of this aspect of the terms of the settlement. Therefore, the sealing of the Motion for Authority to Deposit Settlement Funds into the Registry of the Court is appropriate. Accordingly:

**IT IS ORDERED** that Fluor Enterprises, Inc.'s Unopposed Motion for Leave to File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court is GRANTED and that Fluor Enterprises, Inc. is hereby granted leave to file under seal its Unopposed Motion for Authority to Deposit Settlement Funds into the Registry of the Court in the manner prescribed by Local Rule 5.6(E).

**IT IS FURTHER ORDERED** that the Clerk of Court shall maintain the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed under seal until the final adjudication of this action, including the resolution of any appeals, at which time such documents are to be returned to counsel for Fluor Enterprises, Inc. or destroyed, except as otherwise provided by further order of this Court.

**IT IS FURTHER ORDERED** that no person other than Fluor Enterprises, Inc., its counsel, Plaintiffs' Liaison Counsel, Court personnel and any special master appointed by this court shall be allowed access to the documents or records filed under seal pursuant to this Order, except as otherwise provided by further order of this Court. Any person seeking to access the documents or records filed under seal pursuant to this Order shall seek leave by filing a contradictory motion.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE