## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Gonzales et al v. Philips Products, Inc. et al* | * | |
| Civil Action No. 09-8434 | * | |

**************************************************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER

### FEDERAL RULE 41(a)(1)(A)(I)

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for Philips Products, Inc. as well as the substance of a previously filed and uncontested Motion for Summary Judgment filed by this defendant in a related matter (see Rec.Docs. 779 and 893) that this defendant has never manufactured, brokered, sold or supplied EHU's but, rather, sold only certain component parts for use in recreational vehicles, none of which incorporated any formaldehyde-containing materials, hereby give notice of named Plaintiffs' Voluntary Dismissal of all claims asserted within the Eastern District of Louisiana against Philips Products, Inc. in the above-entitled suit previously filed in these proceedings.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)