## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Gonzales et al v. Philips Products, Inc. et al* | * | |
| *Civil Action No. 09-8434* | * | |

**********************************************************************

### ORDER

Considering the foregoing Notice,

**IT IS ORDERED** that the Plaintiffs' Notice of Voluntary Dismissal is hereby **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT