UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

                              JUDGE ENGELHARDT
                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF VOLUNTARY DISMISSAL OF
NORTH AMERICAN CATASTROPHE SERVICES, INC.

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the attached Affidavit executed by Brian A. Dekle on July 26, 2012, hereby give notice of plaintiffs' voluntary dismissal of all claims asserted against the defendant North American Catastrophe Services, Inc. ("NACS") in the Administrative Master Complaints previously filed in these proceedings.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   */s/Justin I. Woods*
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:  504/522-2304
      Facsimile:  504/528-9973
      gmeunier@gainsben.com
      jwoods@gainsben.com

                              2

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

     I hereby certify that on July 30, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                           s/Justin I. Woods
                                           JUSTIN I. WOODS, #24713