STATE OF __FLORIDA__

COUNTY OF __BREVARD__

## AFFIDAVIT OF BRIAN DEKLE

Before me, the undersigned Notary in and for the State and County mentioned above, personally came and appeared, BRIAN A. DEKLE, who after being duly sworn and deposed did attest to the following:

1. My name is Brian A. Dekle, I am over 18 years of age, my address is __864B WASHBURN RD., MELBOURNE, FL 32934__, and I have personal knowledge of the following facts:

2. I am the President of North American Catastrophe Services, Inc., and have held the office of President since 2000;

3. North American Catastrophe Services, Inc. only procured temporary housing for __FEMA__ and did not manufacture or design the housing;

4. North American Catastrophe Services, Inc is not and never has been a designer or manufacturer of any product and, specifically, did not design or manufacture any manufactured home, recreational vehicle, park model home, or any other temporary housing unit;

5. The statements made in this affidavit are true and correct and are based on my personal knowledge.

Signed this __26__ day of __JULY__, 2012.

_____
Brian A. Dekle, President
North American Catastrophe Services, Inc

SWORN TO AND SUBSCRIBED before me, on this __26__ day of __July__, 2012.

_____
NOTARY PUBLIC   (Signature)

Brenda Jones Anderson
NOTARY PUBLIC   (Printed Name)
Notary Number: DD956565
Commissions Expires __January 28, 2014__

#2849047v1<DKS> - Affidavit of Dekle