UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Aldridge v. Gulf Stream Coach, Inc. et al* | * | |
| Case Number:  07-9228 | * | |

**************************************************************************

## ORDER

Considering the foregoing Notice,

**IT IS ORDERED** that the Plaintiffs' Notice of Voluntary Dismissal of North America Catastrophe Services, Inc. is hereby **GRANTED**.

New Orleans, Louisiana, this  31st  day of       July       , 2012.

_____
HONORABLE KURT D. ENGELHARDT