UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| *See Exhibit "A"* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Settling Contractor Defendants ("Contractors") submit the following statement of uncontested material facts in connection with their motion for summary judgment, which seeks the dismissal of all claims against them in this MDL that purport to arise from the installation of manufactured housing units ("Manufactured Homes").

1. Manufactured Homes are different than park model trailers and travel trailers. Among other things, Manufactured Homes are larger and do not have Vehicle Identification Numbers.

2. Manufactured Homes are designed to be installed on permanent foundations. More specifically, as uniformly indicated in manufacturers' instructions, they are intended to be raised by jacks and installed on piers generally made of concrete

   blocks, which piers rest on the permanent foundations. They are not intended to be hauled around once installed.

3. Manufactured Homes are built for use, and are generally used, as permanent housing by the people who live there.

4. Manufactured Homes are regulated by federal laws and by standards and regulations promulgated by the United States Department of Housing and Urban Development ("HUD").

5. Each of the Settling Contractor Defendants had a contract with FEMA setting out their duties with regard to the installation of emergency housing units.

6. To the extent that any Settling Contractor Defendants were required to install Manufactured Homes, specific instructions were called out for the installation process in the Settling Contractors' contracts with FEMA.

7. In the case of Shaw Environmental, Inc., the instructions are found in Exhibit "6" to the Performance Work Statement that is a part of Shaw's contract with FEMA. A copy of this document is attached to the Memorandum in Support of the instant motion as Exhibit "B."  Copies of the Manufactured Home installation requirements contained in the contracts between FEMA and Bechtel National, Inc.; CH2M HILL Constructors, Inc.; and Fluor Enterprises, Inc. are attached as Exhibits "C," "D," and "E," respectively.

8. Moreover, manufacturers of Manufactured Homes typically provide specific installation instructions that detail how Manufactured Homes are to be installed onto foundations and piers.

9. Such installation instructions are incorporated by reference into the Contractors' respective contracts with FEMA.

10. Moreover, the American National Standard for Manufactured Home Installations is also incorporated by reference into the Contractors' contracts.

11. State and local laws pertaining to the installation of Manufactured Homes are further incorporated by reference.

12. These instructions, laws and regulations uniformly discuss "installation" of Manufactured Homes onto foundations and piers.

13. Conversely, there is no law, regulation, or instruction (other than from FEMA) requiring that travel trailers or park model trailers be installed on piers.

14. Moreover, by state law, Manufactured Homes may only be installed by those who are licensed to do so.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**LIAISON COUNSEL FOR CONTRACTOR DEFENDANTS**

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                                                    /s/ M. David Kurtz