UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT IS RELATED TO:  09-2926 | * | JUDGE ENGELHARDT |
| *Sinegar, et al. v. Forest River, Inc., et al.* | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF VOLUNTARY DISMISSAL OF
NORTH AMERICAN CATASTROPHE SERVICES, INC.

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the attached Affidavit executed by Brian A. Dekle on July 26, 2012, hereby give notice of plaintiffs' voluntary dismissal without prejudice of all claims asserted against the defendant North American Catastrophe Services, Inc. ("NACS") in the above-captioned matter.

        Respectfully submitted:

         /s/ Hugh P. Lambert
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        CANDICE C. SIRMON, ESQ. (LA Bar #30728)
        CAYCE C. PETERSON, ESQ. (LA Bar #32217)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lamnel.com
        candices@lamnel.com
        cpeterson@lamnel.com
        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 1, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

              */s/ Hugh P. Lambert*
              HUGH P. LAMBERT, ESQ. (LA Bar #7933)