UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras Street, NOLA 70130

JULY 25, 2012

Lyon H. Garrison
GARRISON, YOUNT, FORTE, MULCAHY & LEHNER
909 Poydras St, Ste 1800
New Orleans, LA   70112

Re:   MDL 1873 "N" - In Re: Fema Trailer Formaldehyde Products
      Liability Litigation
   (*Earline Castanel vs Recreation by Design*, Case No. 09-3251)

Dear Sir:

Rule 79.3 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana provides that all exhibits placed in the custody of the Clerk be removed within thirty (30) days of the final disposition of the case in which they were submitted.

Our records indicate that the following exhibits offered by you in the above numbered and entitled case still remain in our custody, and therefore are hereby being returned.

Please acknowledge receipt of said exhibits by signing the enclosed copy of this letter in the space provided and returning same to this office.

Joint Exhibits

(see list   attached)
(1 box)

Sincerely,

LORETTA G. WHYTE, CLERK

BY: _____

DEPUTY CLERK

RECEIVED THE ABOVE EXHIBITS:

_____
Signature

Garrison Yount Forte Mulcahy & Lehner
Name of firm

7/25/2012
Date

AO 187(Rev. 7/87) Case 2:07-md-01873-KDE-ALC Document 14268-1 Filed 05/24/10 Page 1 of 7

**EXHIBIT LIST**

| Recreation by Design Bellwether Trial (Earline Castanel vs Recreation by Design) | VS. | | | | | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Mikal Watts Dennis Reich | | DEFENDANT'S ATTORNEY Lyon Garrison, Scott Young Randall Mulcahy, Andrew Weinstock | | | | DOCKET NUMBER MDL 1873 "N" (ref:09-3251) |
| | | | | | | TRIAL DATE(S) 5-17-10 - 5-24-10 |
| PRESIDING JUDGE Kurt D. Engelhardt | | COURT REPORTER Cathy Pepper Jodi Simcox, Toni Tusa, Karen Thos | | | | COURTROOM DEPUTY Tanya Lee, Pam Radosta |

| | | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS | |
|---|---|---|---|---|---|---|
| π-Batson Challenge Exh-1 | | 5-17-10 | ✓ | ✓ | (21 jury questionnaires) | [not for jury] |
| | | | | | | |
| Jnt Exh 264-1107 | | | ✓ | ✓ | See list attached | |

*Final List*

*OR 5-24-10 All Admitted*

# Earline Castanel V. Recreation By Design, LLC

## Joint Exhibit List

| Exhibit Number | Exhibit Description |
|---|---|
| 264 ✓ | Photographs of the Castanel Unit taken by Stephen Smulski |
| 274 ✓ | Recreation By Design Owner's Manual |
| 278 ✓ | Morgan Buildings & Spas Purchase Order |
| 279 ✓ | Recreation By Design, LLC 33FH Trailer Specifications |
| 343 ✓ | Medical Records from The Family Doctors (Dr. Alan Bowers) |
| 349 ✓ | Medical Records from P.M.A. Medical Treatment Centers (Dr. Joseph Gautreaux) |
| 352 ✓ | Medical Records from Dr. Gautreaux's Office |
| 353 ✓ | Additional Medical Records from Dr. Gautreaux's Office |
| 362 ✓ | BlueLinx Corporation Materials Safety Data Sheet #3 |

1

| 367 | Recreation by Design Website Image "About Recreation by Design" |
|---|---|
| 368 | Recreation by Design Website Image "Imagine the Possibilities" |
| 372 | Recreation by Design Website Image "RBD's Self-Contained Travel Trailers" |
| 374 | Recreation by Design Website Image "Travel Trailer Options & Accessories" |
| 390 | Operative Report from Dr. Joseph Gautreaux regarding Ms. Castanel's March 31, 2010 surgery |
| 403 | Earline Castanel's Plaintiff Fact Sheet with Attachments |
| 405 | Earline Castanel's Plaintiff Fact Sheet - Revised, dated November 18, 2009 |
| 413 | Curriculum Vitae of Dr. Alan Bowers |
| 416 | Earline Castanel's Walgreen Pharmacy Records |
| 443 | Agreement to Rules of Occupancy |

| | |
|---|---|
| 454 ✓ | RBD (Plant #2) 25294 Morgan 33FH No. 294 |
| 455 ✓ | Trailer Floor Plan |
| 489 (M 416) | Recreation By Design Invoice |
| 498 ✓ | FEMA Model Travel Trailer Procurement Specifications, August 12, 2004 |
| 520 ✓ | FEMA Flyer Distributed 2006 |
| 521 ✓ | FEMA Important Formaldehyde Information for FEMA Housing Occupants Distributed July 2007 |
| 569 ✓ | Curriculum Vitae of Robert C. James, Ph.D. |
| 583 ✓ | Billing Records of Plaintiff's Expert Witness, Alexis Mallet |
| 628 ✓ | ATSDR Selected Pages: Cover (628-001), #6 (628-502), #299-300 (628-792 - 628-793), A-1 (628-914), A-7 - A-9 (628-920 - 628-922). |
| 858 ✓ | Federal Register: Notice of Housing and Urban Development Rule on Manufactured Housing |

| | |
|---|---|
| 884 ✓ | Dr. Joseph Gautreaux Medical Records |
| 1000 ✓ | Summary of Wood Composite Products that Emit Formaldehyde in the Castanel Trailer |
| 1001 ✓ | Animation Still Shots |
| 1002 ✓ | 2005 Where to Buy Hardwood Plywood Veneer and Engineering Hardwood Flooring Catalog |
| 1005 ✓ | List of Testimony of Dr. Philip Cole |
| 1006 ✓ | 2006 IARC - Selected Pages (Cover Page, 274, 280) |
| 1007 ✓ | IARC 2009 (Single Page) |
| 1100 ✓ | Dr. Lawrence Miller's Harvard Inquiry |
| 1101 ✓ | Dr. Lawrence Miller *National Law Journal* Advertisement |
| 1102 ✓ | Guidelines for Expert Witnesses for the American College of Physicians |
| 1104 ✓ | *Allen* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |

4

| 1105 ✓ | *Christofferson* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |
|---|---|
| 1106 ✓ | *Berry* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |
| 1107 ✓ | *Lofgren* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |