UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| **This Document Relates to** | * | |
| **All Cases** | * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTOIN FOR LEAVE TO FILE UNDER SEAL MOTION TO DEPOSIT SETTLEMENT FUNDS <u>INTO THE REGISTRY OF THE COURT</u>**

MAY IT PLEASE THE COURT:

Timberland RV Company ("Timberland") moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court.

On April 2, 2012, the plaintiffs via the Plaintiffs Steering Committee, on the one hand, and Timberland entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1] In order to comply with the terms of the aforementioned MOU,

---

[1] Courts have held that a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al. v. Jim Hood, et al.*, 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 788 (3rd Cir. 1994).

1

Timberland requests that its Motion to Deposit Settlement Funds Into the Registry of the Court be sealed.

WHEREFORE, Timberland respectfully moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court.

Respectfully submitted,

/s/ Mary K. Cryar
Sidney W. Degan, III (No. 4804)
Mary K. Cryar (No. 24062)
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: 504-529-3333
Facsimile:  504-529-3337

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2012, a copy of the foregoing Unopposed Motion to Deposit Settlement Funds Into the Registry of the Court was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:  **No manual participants.**

/s/ Mary K. Cryar
Mary K. Cryar (La. Bar No. 24062)

L:\375\8362\Doc\04 Mtn for Leave.doc