UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 12-197

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the "Motion for Relief from Judgment or Order and/or for New Trial and/or Reconsideration" (Rec. Doc. 25762), noticed for submission on August 8, 2012, was filed. Accordingly,

**IT IS ORDERED** that:

(1) the **"Motion for Relief from Judgment or Order and/or for New Trial and/or Reconsideration" (Rec. Doc. 25762)**, filed by plaintiffs, is hereby **GRANTED**;

(2) This Court's Order at Rec. Doc. 25730 is hereby **VACATED IN PART**, in that it is vacated solely insofar as it dismisses the plaintiffs' claims against Stewart Park Homes, Inc. in the above referenced member case, and shall remain in full effect in all other respects; and

(3) Given that plaintiffs have now filed an executed return establishing that

service was made on Stewart Park Homes, Inc. on April 18, 2012, and the record now reflects that the time for obtaining a responsive pleading or notice of preservation of defenses has expired,[1] plaintiffs in the referenced member case shall either obtain a responsive pleading (or notice of preservation of defenses) from Stewart Park Homes, Inc. or file a motion seeking to obtain a preliminary default on Stewart Park Homes, Inc. by **August 30, 2012**.  Failure to do so timely will result in the DISMISSAL of this defendant, for failure to prosecute, without any further notice, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  See FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 14th day of August 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* Fed. R. Civ. P. 12(1); *see also* Pretrial Order No. 36 (Rec. Doc. 1386).