IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Beaty et al v Home Choice USA, Inc.*
*Civil Action # 2009-07692*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF VOLUNTARY DISMISSAL OF
HOME CHOICE USA, INC. DOING BUSINESS AS
FLEETWOOD HOMES OF SLIDELL

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the attached Affidavit executed by SCOTT PATRICK KENNEDY, PRESIDENT OF HOME CHOICE USA, INC. DOING BUSINESS AS FLEETWOOD HOMES OF SLIDELL.    Furthermore, no answer or Motion for Summary Judgment has been filed by this defendant. On August 29, 2012, Plaintiffs hereby give notice of plaintiffs' voluntary dismissal of all claims asserted against the defendant, HOME CHOICE USA, INC. DOING BUSINESS AS FLEETWOOD HOMES OF SLIDELL   in the Complaint previously filed in these proceedings on December 15, 2009 under 2:09-cv-7692.

Respectfully submitted,

TAGGART MORTON, L.L.C.

*s/ Charles M. Raymond*
Charles M. Raymond (#11407)

2100 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2100
Telephone:  (504) 599-8500
Facsimile:  (504) 599-8501

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2012, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and notice of electronic filing by first class mail to all known counsel of record who are not CM/ECF participants or that I electronically mailed the foregoing document to all known counsel of record not receiving a CM/ECF notice to their last know e-mail address.

*s/Charles M. Raymond*
CHARLES M. RAYMOND