UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION |
| | * | NO. 07-1873 |
| | * | RELATES TO: 09-7692 "N"(5) |

*********************************************************************

PARISH OF ST. TAMMANY
STATE OF LOUISIANA

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, duly authorized in and for the Parish of St. Tammany, State of Louisiana, came and appeared:

### SCOTT PATRICK KENNEDY

who, after being duly sworn does attest and state, as follows:

1. At all material times herein, I have been the President of Home Choice USA, Inc. (hereinafter "Home Choice" or "Fleetwood Homes of Slidell");

2. Home Choice was a retail business engaged in the sale of manufactured or mobile homes in Slidell, Louisiana and operated under the business trade name of Fleetwood Homes of Slidell;

3. From May 2001 until July 2005, shortly before Hurricane Katrina, which occurred on 29 August 2005, Home Choice operated its manufactured housing dealership lot at but one business location: 288 East Howze Beach Boulevard in Slidell, Louisiana 70458;

4. Home Choice was licensed to act as a retailer of manufactured homes licensed to do business through the Louisiana Manufactured Housing Commission (hereinafter "LMHC") and held a license through calendar year 2005 and the sole business location in which Home Choice was allowed to operate its business by the LMHC was 288 East Howze Beach Boulevard in Slidell, Louisiana 70458;

5. At no time after Hurricane Katrina on 29 August 2005 did Home Choice ever manufacture or perform services of any kind or nature upon any manufactured or mobile home to anyone, or sell, convey or transfer title, ownership or possession of any manufactured or mobile home to anyone; rather, Home Choice did not engage in any busines of any kind or nature after 7 July 2005, when Home Choice made its last sale (Exhibit "A");

6. At no time after 29 August 2005 did Home Choice engage in any business activity nor did it sell any manufactured housing units of any kind following 29 August 2005; rather, it ceased to do business and was no longer a viable entity effective 29 July 2005, as per the official notification by Home Choice to the LHMC (Exhibit "B");

7. At no time did Home Choice ever manufacture or assist in any way in the manufacture of manufactured or mobile homes at any time while it existed;

8. At no time did Home Choice ever sell, transfer or otherwise convey title, ownership or possession of any manufactured or mobile houses to the Federal Emergency Management Agency (hereinafter "FEMA");

9. At no time was Home Choice ever owned, a subsidiary, or otherwise affiliated with Fleetwood Enterprises, Inc., a manufacturer of manufactured or mobile homes. Home

2

Choice did sell manufactured or mobile homes manufactured by Fleetwood Enterprises, Inc. until June 2005 under the business trade name of Fleetwood Homes of Slidell (Exhibit "C"); and

10. Lastly, with regard to the named complainants in this proceeding, Home Choice has never sold, transferred, or otherwise conveyed to any of the aforesaid complainants in this proceeding any manufactured home, mobile home, or any other product.

*[signature]*
**SCOTT PATRICK KENNEDY**
**AFFIANT**

**SWORN TO AND SUBSCRIBED THIS**
**11ᵀᴴ DAY OF JUNE 2012.**

*[signature]*

**NOTARY PUBLIC**
**ANTONIO LE MON**
**LSBA #17320**

3

# ADVANTAGE
## AIR CONDITIONING & HEATING, INC.
P.O. Box 73094 • Metairie, LA 70033
(504) 840-9961 • 1-800-647-9961

ORDER NO. 7950

REFERENCE NO.
DATE RECEIVED
DATE PROMISED
TAKEN BY

NAME: Robert Holloway
ADDRESS: Diamond B
  Deer Park 2
PHONE NO.:

AIR COND. MAKE: Thetford    SERIAL NUMBER: 711    SIZE: 28x58    ELEC.    DATE SOLD
                                                                              MODEL NUMBER: CR949-1
HEATER: Coleman    SERIAL NUMBER: 250233627                                   CR949-1
        Thomas    WD526675   xx     GAS   NAT.  LP.  MODEL NUMBER: CR976

METHOD OF PAYMENT:  WARRANTY ☐   C.O.D. ☐   DEALER ☐   CUSTOMER ☐

SERVICE REQUESTED:

SERVICE RENDERED:

### NECESSARY PARTS

| QTY | PART NO. | DESCRIPTION | PER | TOTAL |
|---|---|---|---|---|
| 1 | CR951 | coverset | | |
| 1 | 262402 | Eyebolt | | |
| 1 | 390679B | housing | | |
| 1 | 20401 | | | |
| 1 | AW643 | Chip | | |
| 1 | 2A103 | Slab | | |
| 1 | 2103 | 4F.2 | | |
| 1 | 603060 | Lot | | |
| 1 | 603060 | C-5p | | |

TOTAL PRICE

STATEMENT OF SATISFACTION
I/WE THE UNDERSIGNED ACKNOWLEDGE THAT THE EQUIPMENT, LABOR, AND MATERIALS HEREIN DESCRIBED HAVE BEEN RECEIVED AND AFTER MY/OUR EXAMINATION HAVE FOUND ALL TO BE SATISFACTORY.

CUSTOMER SIGNATURE: X

DATE: 7-7-05
SERVICE TECHNICIAN:

TECHNICIAN'S TRAVEL TIME  HOURS @ $        PER HOUR
TECHNICIAN'S JOB TIME     HOURS @ $        PER HOUR
MILEAGE TO AND FROM COACH LOCATION:  MILES @          PER
                                     TOTAL PARTS
                                     SUB TOTAL
                                     % SALES TAX
                                     TOTAL INVOICE

EXHIBIT

TOTAL P.002

JUL-11-2005 MON 12:52 PM HOME CHOICE USA          FAX NO. 9856459322           P. 01

From: 480 984 3983   Page: 3/3   Date: 6/29/2005 4:32:53 PM

# HOME CHOICE USA, INC.
## 288 E. HOWZE ROAD, SLIDELL, LA 70461

June 29 2005

Attention: Agency over Manufactured Housing for the state of Louisiana

RE: Termination of business operations at a specific address

To whom it may concern:

Please be advised that as of **July 29, 2005, HOME CHOICE USA, INC. will no longer be operating at 288 E. Howze Road, Slidell, LA 70461.**

This letter is not notification that I am requesting cancellation of my license; rather it is notification that I will no longer be operating my business at the address indicated above.

Sincerely,

Scott P. Kennedy - Owner
HOME CHOICE USA, INC.

EXHIBIT B

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| HOME CHOICE USA, INC. | Business Corporation | SLIDELL | Inactive |

| | |
|---|---|
| **Business:** | HOME CHOICE USA, INC. |
| **Charter Number:** | 35085323 D |
| **Registration Date:** | 5/8/2001 |
| **State Of Origin:** | |
| **Domicile Address** | 288 E. HOWZE BEACH ROAD |
| | SLIDELL, LA 70461 |
| **Mailing Address** | C/O SCOTT P. KENNEDY |
| | 469 KATHLEEN ST. |
| | PONCHATOULA, LA 70454 |

## Status

| | |
|---|---|
| **Status:** | Inactive |
| **Inactive Reason:** | Voluntary Action |
| **File Date:** | 5/8/2001 |
| **Last Report Filed:** | 4/28/2006 |
| **Type:** | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| Agent: | SCOTT P. KENNEDY |
| Address 1: | 469 KATHLEEN DRIVE |
| City, State, Zip: | PONCHATOULA, LA 70454 |
| Appointment Date: | 5/8/2001 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| Officer: | SCOTT P. KENNEDY |
| Title: | Director |
| Address 1: | 469 KATHLEEN DRIVE |
| City, State, Zip: | PONCHATOULA, LA 70454 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Affidavit to Dissolve | 12/22/2006 |

Print

