UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| *See Exhibit "A"* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SETTLING CONTRACTOR DEFENDANTS'
UNOPPOSED MOTION TO SUBSTITUTE
EXHIBIT "A" TO MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned liaison counsel, come the Settling Contractor Defendants,[1] and move this Court for an Order to substitute a revised version of the previously filed list of manufactured housing cases, or "Exhibit A" to their Motion for Summary Judgment, which seeks dismissal of all claims against them in this MDL that purport to relate to manufactured housing units [R. Doc 25802-2]. This motion is necessary to amend the list of

---

[1] The Settling Contractor Defendants are: Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

matters from which the settling Contractor Defendants should be dismissed.[2]  The undersigned certifies that the Plaintiffs' Steering Committee have been advised of this motion through Liaison Counsel, and there is no opposition.

          Respectfully submitted,

          **BAKER DONELSON BEARMAN**
          **CALDWELL & BERKOWITZ, PC**

            /s/ M. David Kurtz
          M. DAVID KURTZ (#23821)
          KAREN KALER WHITFIELD (#19350)
          CATHERINE N. THIGPEN (#30001)
          201 St. Charles Avenue, Suite 3600
          New Orleans, Louisiana 70170
          Telephone:  (504) 566-5200
          Facsimile:  (504) 636-4000

          **LIAISON COUNSEL FOR CONTRACTOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

            /s/ M. David Kurtz

---

[2]  A revised and updated list of all such cases is attached as Exhibit "A."