UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| *See Exhibit "A"* | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Substitute Exhibit "A" to Motion for Summary Judgment, filed by the Settling Contractor Defendants:

**IT IS HEREBY ORDERED** that the Settling Contractor Defendants' Unopposed Motion to Substitute Exhibit "A" to Motion for Summary Judgment is hereby **GRANTED.**

**IT IS HEREBY FURTHER ORDERED** that the list of cases attached as Exhibit "A" shall be substituted for the original Exhibit [R. Doc. 25802-2].

New Orleans, Louisiana, this _____ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE