UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced in Exhibit A

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the "Settling Contractor Defendants' Motion for Summary Judgment" (Rec. Doc. 25802), noticed for submission on August 15, 2012, was filed.   Further, it appears to the Court that the motion has merit.  Accordingly,

**IT IS ORDERED** that the **"Settling Contractor Defendants' Motion for Summary Judgment" (Rec. Doc. 25802)** is hereby **GRANTED**, and the plaintiffs' claims against the settling contractor defendants are hereby **DISMISSED** in the referenced cases involving manufactured homes, as set forth in Exhibit A hereto.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 16th day of August 2012.

                                                  _____
                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**