IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Beaty et al v Home Choice USA, Inc.*
*Civil Action # 2009-07692*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

CONSIDERING THE FOREGOING NOTICE:

**IT IS ORDERED** that the Plaintiffs' Notice of Voluntary Dismissal of Home Choice USA, Inc. doing businsess as Fleetwood Homes of Slidell is hereby **GRANTED.**

New Orleans, Louisiana this 16th day of August, 2012

_____
HONORABLE KURT D. ENGLEHARDT