# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER         *    MDL NO. 1873
FORMALDEHYDE           *
PRODUCT LIABILITY LITIGATION   *    SECTION "N-5"
                              *
                              *    JUDGE ENGELHARDT
                              *    MAG. JUDGE CHASEZ
                              *

THIS DOCUMENT IS RELATED TO:   *

| |
|---|
| **2:2009-cv-04973-KDE-ALC**<br>**Ayers v. Forest River, Inc.**<br>**Filed: 07/31/2009** |
| **2:2009-cv-07957-KDE-ALC**<br>**Adams v. American International Group**<br>**Filed: 12/28/2009** |
| **2:2009-cv-07981-KDE-ALC**<br>**Chilton v. CMH Manufacturing, Inc.**<br>**Filed: 12/29/2009** |
| **2:2009-cv-07992-KDE-ALC**<br>**Degelos v. Insurco, Ltd.**<br>**Filed: 12/29/2009** |
| **2:2009-cv-07995-KDE-ALC**<br>**Fahm v. Shaw Environmental, Inc.**<br>**Filed: 12/29/2009** |
| **2:2009-cv-07996-KDE-ALC**<br>**Robin v. Insurco, Ltd.**<br>**Filed: 12/29/2009** |
| **2:2009-cv-08414-KDE-ALC**<br>**DeGeorge v. Oak Creek Homes, L.P.**<br>**Filed: 12/29/2009** |
| **2:2009-cv-08417-KDE-ALC**<br>**Winding v. Liberty Homes, Inc.**<br>**Filed: 12/29/2009** |
| **2:2009-cv-08419-KDE-ALC**<br>**Annis v. American International Group**<br>**Filed: 12/29/2009** |
| **2:2009-cv-08420-KDE-ALC**<br>**Carriere v. American International Group** |

| |
|---|
| **Filed: 12/29/2009** |
| **2:2010-cv-00503-KDE-ALC** <br> **Aguilera v. KZRV, LP** <br> **Filed: 02/19/2010** |
| **2:2010-cv-00506-KDE-ALC** <br> **Alexis v. American International Group** <br> **Filed: 02/19/2010** |
| **2:2010-cv-00736-KDE-ALC** <br> **Holley v. Coachmen Industries, Inc.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00737-KDE-ALC** <br> **Vallelungo v. Destiny Industries, LLC** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00739-KDE-ALC** <br> **Arcement v. American International Group** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00740-KDE-ALC** <br> **Allo v. Forest River, Inc.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00742-KDE-ALC** <br> **Allen v. Gulf Stream Coach, Inc.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00745-KDE-ALC** <br> **Winding v. Liberty Homes, Inc.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00747-KDE-ALC** <br> **Hill v. Oak Creek Homes, L.P.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00748-KDE-ALC** <br> **Ford v. Insurco, Ltd.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00750-KDE-ALC** <br> **Buckel v. Arch Specialty Insurance Corp.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00753-KDE-ALC** <br> **Florane v. Scotbilt Homes, Inc.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00754-KDE-ALC** <br> **Sand v. Silver Creek Homes, Inc.** <br> **Filed: 03/01/2010** |
| **2:2010-cv-00755-KDE-ALC** |

| |
|---|
| **Victoriana v. Southern Energy Homes, Inc.**<br>**Filed: 03/01/2010** |
| **2:2010-cv-00758-KDE-ALC**<br>**Kieff v. Superior Homes, LLC**<br>**Filed: 03/01/2010** |
| **2:2010-cv-00761-KDE-ALC**<br>**Bacques-Maggio v. Timberland RV**<br>**Company**<br>**Filed: 03/01/2010** |
| **2:2010-cv-00764-KDE-ALC**<br>**Haindel v. KZRV, LP**<br>**Filed: 03/01/2010** |
| **2:2010-cv-00766-KDE-ALC**<br>**Armstrong v. Starcraft RV, Inc.**<br>**Filed: 03/01/2010** |
| **2:2010-cv-00767-KDE-ALC**<br>**Burns v. Timberland RV Company**<br>**Filed: 03/01/2010** |
| **2:2010-cv-00774-KDE-ALC**<br>**Becnel v. Stewart Park Homes, Inc.**<br>**Filed: 03/01/2010** |
| **2:2010-cv-00995-KDE-ALC**<br>**Augustine v. American International**<br>**Group**<br>**Filed: 03/29/2010** |
| **2:2010-cv-00997-KDE-ALC**<br>**Annis v. American International Group**<br>**Filed: 03/29/2010** |
| **2:2010-cv-00998-KDE-ALC**<br>**Audibert v. Coachmen Industries, Inc.**<br>**Filed: 03/29/2010** |
| **2:2010-cv-00999-KDE-ALC**<br>**Gagliano v. Southern Energy Homes, Inc.**<br>**Filed: 03/29/2010** |
| **2:2010-cv-01001-KDE-ALC**<br>**Arbour v. Recreation By Design, LLC**<br>**Filed: 03/29/2010** |
| **2:2010-cv-01002-KDE-ALC**<br>**Akrias v. American International Group**<br>**Filed: 03/29/2010** |
| **2:2010-cv-03461-KDE-ALC** |

3

| |
|---|
| **Verdon v. Lakeside Park Homes, Inc.**<br>Filed: 10/13/2010 |
| **2:2010-cv-03463-KDE-ALC**<br>**Miller v. Lakeside Park Homes, Inc.**<br>Filed: 10/13/2010 |
| **2:2010-cv-03464-KDE-ALC**<br>**Aguilera v. KZRV, LP**<br>Filed: 10/13/2010 |
| **2:2010-cv-03465-KDE-ALC**<br>**Ahl v. KZRV, LP**<br>Filed: 10/13/2010 |
| **2:2010-cv-03468-KDE-ALC**<br>**White v. Lakeside Park Homes, Inc.**<br>Filed: 10/13/2010 |
| **2:2010-cv-03469-KDE-ALC**<br>**Ronquille v. KZRV LP**<br>Filed: 10/13/2010 |
| **2:2010-cv-03470-KDE-ALC**<br>**Meyer v. Lakeside Park Homes, Inc.**<br>Filed: 10/13/2010 |
| **2:2010-cv-03472-KDE-ALC**<br>**Ben v. Thor California Inc**<br>Filed: 10/13/2010 |
| **2:2010-cv-03473-KDE-ALC**<br>**Bowman v. Thor California Inc**<br>Filed: 10/13/2010 |
| **2:2010-cv-03474-KDE-ALC**<br>**Karcher v. Thor California, Inc.**<br>Filed: 10/13/2010 |
| **2:2010-cv-03475-KDE-ALC**<br>**Bouquard v. Thor California, Inc.**<br>Filed: 10/13/2010 |
| **2:2010-cv-03476-KDE-ALC**<br>**Bourquard v. Thor California Inc**<br>Filed: 10/13/2010 |
| **2:2010-cv-03477-KDE-ALC**<br>**Barcia v. Thor California, Inc.**<br>Filed: 10/13/2010 |
| **2:2010-cv-03478-KDE-ALC**<br>**Bourquard v. Thor California Inc**<br>Filed: 10/13/2010 |

**2:2010-cv-03479-KDE-ALC**
**Bourquard v. Thor California Inc**
**Filed: 10/13/2010**

**2:2010-cv-03480-KDE-ALC**
**Davis v. Thor California, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03481-KDE-ALC**
**Cummins v. Frontier RV, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03482-KDE-ALC**
**Stephany v. Thor California Inc**
**Filed: 10/13/2010**

**2:2010-cv-03484-KDE-ALC**
**Hill v. Silver Creek Homes, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03485-KDE-ALC**
**Sand v. Silver Creek Homes, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03486-KDE-ALC**
**Bailey v. Cavalier Home Builders, LLC**
**Filed: 10/13/2010**

**2:2010-cv-03487-KDE-ALC**
**Miller v. Cavalier Home Builders, LLC**
**Filed: 10/13/2010**

**2:2010-cv-03490-KDE-ALC**
**Aguilar v. Skyline Corporation**
**Filed: 10/13/2010**

**2:2010-cv-03491-KDE-ALC**
**Gallardo v. Jayco, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03492-KDE-ALC**
**Dixon v. Frontier RV, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03493-KDE-ALC**
**Baltazar v. Skyline Corporation**
**Filed: 10/13/2010**

**2:2010-cv-03494-KDE-ALC**
**Casanova v. Skyline Corporation**
**Filed: 10/13/2010**

**2:2010-cv-03497-KDE-ALC**
**Ahl v. Frontier RV, Inc.**

| |
|---|
| **Filed: 10/13/2010** |
| **2:2010-cv-03498-KDE-ALC** <br> **Ruiz v. Frontier RV, Inc.** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03500-KDE-ALC** <br> **Legendre v. Recreation By Design, LLC** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03501-KDE-ALC** <br> **Baynes v. Recreation By Design, LLC** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03502-KDE-ALC** <br> **Drewes v. Recreation By Design, LLC** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03503-KDE-ALC** <br> **Thomas v. Recreation By Design, LLC** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03504-KDE-ALC** <br> **Gaspard v. Crum & Forster Specialty** <br> **Insurance** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03505-KDE-ALC** <br> **Alvarez v. Crum & Forster Specialty** <br> **Insurance** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03506-KDE-ALC** <br> **Green v. Crum & Forster Specialty** <br> **Insurance** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03507-KDE-ALC** <br> **Bienemy v. Crum & Forster Specialty** <br> **Insurance** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03508-KDE-ALC** <br> **Assevedo v. Crum & Forster Specialty** <br> **Insurance** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03509-KDE-ALC** <br> **Mims v. Gulf Stream Coach, Inc.** <br> **Filed: 10/13/2010** |
| **2:2010-cv-03510-KDE-ALC** <br> **Macalusa v. Gulf Stream Coach, Inc.** <br> **Filed: 10/13/2010** |

**2:2010-cv-03511-KDE-ALC**
**Matheny v. Gulf Stream Coach Inc**
**Filed: 10/13/2010**

**2:2010-cv-03512-KDE-ALC**
**Duplessis v. Gulf Stream Coach, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03513-KDE-ALC**
**Adubato v. Skyline Corporation**
**Filed: 10/13/2010**

**2:2010-cv-03514-KDE-ALC**
**Alberez v. Skyline Corporation**
**Filed: 10/13/2010**

**2:2010-cv-03515-KDE-ALC**
**Clausell v. River Birch Homes, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03516-KDE-ALC**
**Blanchard v. River Birch Homes, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03517-KDE-ALC**
**Jackler v. Gulf Stream Coach, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03519-KDE-ALC**
**Demolle v. CMH Manufacturing, Inc.**
**Filed: 10/13/2010**

**2:2010-cv-03520-KDE-ALC**
**Armstrong v. American International**
**Group**
**Filed: 10/13/2010**

**2:2010-cv-03521-KDE-ALC**
**Bush v. American International Group**
**Filed: 10/13/2010**

**2:2010-cv-03522-KDE-ALC**
**Alvarez v. American International Group**
**Filed: 10/13/2010**

**2:2010-cv-03523-KDE-ALC**
**Saubat v. American International Group**
**Filed: 10/13/2010**

**2:2010-cv-03524-KDE-ALC**
**Hirschey v. American International Group**
**Filed: 10/13/2010**

**2:2010-cv-03525-KDE-ALC**

| |
|---|
| **Alexis v. American International Group**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03526-KDE-ALC**<br>**Davis v. American International Group,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03527-KDE-ALC**<br>**Victoriana v. American International**<br>**Goup, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03528-KDE-ALC**<br>**Caruso v. American International Group,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03529-KDE-ALC**<br>**Adams v. American International Goup,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03530-KDE-ALC**<br>**Ament v. American International Goup,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03531-KDE-ALC**<br>**Martin v. American International Group,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03532-KDE-ALC**<br>**Nunez v. Northwood Manufacturing, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03533-KDE-ALC**<br>**Cavat v. Northwood Manufacturing, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03534-KDE-ALC**<br>**Randall v. American International Group**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03535-KDE-ALC**<br>**Dipadova v. American International Group**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03536-KDE-ALC**<br>**Carriere v. American International Group**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03537-KDE-ALC** |

| |
|---|
| **Jackson v. Gulf Stream Coach, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03538-KDE-ALC**<br>**Johnson v. Gulf Stream Coach, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03539-KDE-ALC**<br>**Arcement v. American International**<br>**Group, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03540-KDE-ALC**<br>**Kunzli v. American International Group,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03541-KDE-ALC**<br>**LaFrance v. American International**<br>**Group, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03542-KDE-ALC**<br>**Daigre v. Giles Family Holdings, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03543-KDE-ALC**<br>**Thornton v. Giles Family Holdings Inc**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03544-KDE-ALC**<br>**LaFuentes v. Gulf Stream Coach Inc**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03545-KDE-ALC**<br>**Flores v. American International Group**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03546-KDE-ALC**<br>**Adams v. American International Group,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03547-KDE-ALC**<br>**Howard v. American International Group,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03548-KDE-ALC**<br>**Kelly v. Arch Specialty Insurance Corp.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03549-KDE-ALC** |

| |
|---|
| **Jackson v. Gulf Stream Coach, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03550-KDE-ALC**<br>**Jones v. Gulf Stream Coach Inc**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03551-KDE-ALC**<br>**Acosta v. Gulf Stream Coach Inc**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03552-KDE-ALC**<br>**Bush v. Gulf Stream Coach Inc**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03553-KDE-ALC**<br>**Alkurd v. Gulf Stream Coach, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03554-KDE-ALC**<br>**Cutrer v. Gulf Stream Coach, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03555-KDE-ALC**<br>**Ancalade v. Gulf Stream Coach, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03556-KDE-ALC**<br>**Diaz v. Gulf Stream Coach Inc**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03557-KDE-ALC**<br>**Arbour v. Starcraft RV, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03559-KDE-ALC**<br>**Meyers v. TL Industries, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03560-KDE-ALC**<br>**Rodi v. American International Group, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03561-KDE-ALC**<br>**Biddie v. American International Group, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03562-KDE-ALC**<br>**Deogracias v. Starcraft RV, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03563-KDE-ALC**<br>**Rome-Cutrer v. American International Group, Inc.** |

| |
|---|
| **Filed: 10/13/2010** |
| **2:2010-cv-03564-KDE-ALC**<br>**Longo v. American International Group,**<br>**Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03565-KDE-ALC**<br>**Wild v. American International Group, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03566-KDE-ALC**<br>**Navarrete v. American International**<br>**Group, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03567-KDE-ALC**<br>**Alexander-Cornett v. Jayco, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03568-KDE-ALC**<br>**Fincher v. Jayco, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03569-KDE-ALC**<br>**Bailes v. Thor California, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03571-KDE-ALC**<br>**Baker v. Jayco, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03572-KDE-ALC**<br>**Arbour v. Vanguard Industries of**<br>**Michigan, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03573-KDE-ALC**<br>**Fernandez v. Vanguard Industries of**<br>**Michigan, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03574-KDE-ALC**<br>**Rodrigue v. Sunline Acquisition Company**<br>**Ltd.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03575-KDE-ALC**<br>**Hood v. Sunline Acquisition Company Ltd.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03576-KDE-ALC**<br>**Herbert v. Timberland RV Company**<br>**Filed: 10/13/2010** |

| |
|---|
| **2:2010-cv-03577-KDE-ALC**<br>**Michel v. Timberland RV Company**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03578-KDE-ALC**<br>**Bastoe v. Dutch Housing, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03579-KDE-ALC**<br>**Boudreaux v. Dutch Housing, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03580-KDE-ALC**<br>**Battaglia v. Destiny Industries, LLC**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03581-KDE-ALC**<br>**Chelette v. Destiny Industries, LLC**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03582-KDE-ALC**<br>**Authement v. TL Industries, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03583-KDE-ALC**<br>**Authement v. TL Industries, Inc.**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03584-KDE-ALC**<br>**Bindom v. Arch Specialty Insurance Company**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03585-KDE-ALC**<br>**Aguilar v. Arch Specialty Insurance Company**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03586-KDE-ALC**<br>**Held v. Arch Specialty Insurance Company**<br>**Filed: 10/13/2010** |
| **2:2010-cv-03662-KDE-ALC**<br>**Adams v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03663-KDE-ALC**<br>**Falgout v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03664-KDE-ALC**<br>**Fetter v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |

| |
|---|
| **2:2010-cv-03665-KDE-ALC**<br>**Flynn v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03666-KDE-ALC**<br>**Douglas v. Oak Creek Homes, L.P.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03667-KDE-ALC**<br>**Harvey v. Coachmen Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03668-KDE-ALC**<br>**Barrilleaux v. Coachmen Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03669-KDE-ALC**<br>**Kline v. Starcraft RV, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03670-KDE-ALC**<br>**Brodmyer v. Starcraft RV, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03671-KDE-ALC**<br>**Simmon-Narcisse v. Shaw Environmental, Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03672-KDE-ALC**<br>**Blappert v. Layton Homes Corp.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03673-KDE-ALC**<br>**Riley v. Arch Specialty Insurance Company**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03674-KDE-ALC**<br>**Authement v. Forest River, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03675-KDE-ALC**<br>**Adams v. Forest River, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03676-KDE-ALC**<br>**Hernandez v. Arch Specialty Insurance Company**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03677-KDE-ALC**<br>**Alphonso v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |

**2:2010-cv-03678-KDE-ALC**
**Bienemy v. Insurco, Ltd.**
**Filed: 10/15/2010**

**2:2010-cv-03679-KDE-ALC**
**Acosta v. Gulf Stream Coach, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03680-KDE-ALC**
**Aguilar v. Layton Homes Corp.**
**Filed: 10/15/2010**

**2:2010-cv-03681-KDE-ALC**
**Bader v. Gulf Stream Coach, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03682-KDE-ALC**
**Armitage v. Keystone Industries, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03683-KDE-ALC**
**Brown v. Gulf Stream Coach, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03684-KDE-ALC**
**Merwin v. Bechtel National, Inc**
**Filed: 10/15/2010**

**2:2010-cv-03685-KDE-ALC**
**Ben v. Keystone Industries, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03686-KDE-ALC**
**Aguilar v. Layton Homes Corp.**
**Filed: 10/15/2010**

**2:2010-cv-03687-KDE-ALC**
**Binder v. Forest River, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03688-KDE-ALC**
**Albarado v. Keystone Industries, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03689-KDE-ALC**
**Neumann v. CH2M Hill Constructors, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03690-KDE-ALC**
**Cutrer v. American International Group,**
**Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03691-KDE-ALC**

| |
|---|
| **Adams v. American International Group, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03692-KDE-ALC**<br>**Authement v. TL Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03693-KDE-ALC**<br>**Alberez v. Layton Homes Corp.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03694-KDE-ALC**<br>**Alkurd v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03695-KDE-ALC**<br>**Custer v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03696-KDE-ALC**<br>**Adubato v. Layton Homes Corp.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03697-KDE-ALC**<br>**Winding v. Liberty Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03699-KDE-ALC**<br>**Pierre v. Arch Specialty Insurance Company**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03701-KDE-ALC**<br>**Cummins v. Frontier RV, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03702-KDE-ALC**<br>**Albarado v. Morgan Buildings & Spas, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03703-KDE-ALC**<br>**Augustine v. Fluor Enterprises, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03704-KDE-ALC**<br>**Alfonso v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03705-KDE-ALC**<br>**Baumy v. American International Group, Inc.**<br>**Filed: 10/15/2010** |

| |
|---|
| **2:2010-cv-03706-KDE-ALC**<br>**Kline v. Bechtel National, Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03707-KDE-ALC**<br>**Chilton v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03708-KDE-ALC**<br>**Alexis v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03709-KDE-ALC**<br>**Scott v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03710-KDE-ALC**<br>**Alphonso v. American International**<br>**Group, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03711-KDE-ALC**<br>**Gonzales v. Crum & Forster Specialty**<br>**Insurance**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03712-KDE-ALC**<br>**Bonnecarre v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03713-KDE-ALC**<br>**Alphonso v. Stewart Park Homes, Inc.**<br>**Filed: 10/28/2010** |
| **2:2010-cv-03714-KDE-ALC**<br>**Chilton v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03715-KDE-ALC**<br>**Arbour v. Recreation By Design, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03716-KDE-ALC**<br>**Bastoe v. Dutchmen Manufacturing, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03717-KDE-ALC**<br>**Khan v. Superior Homes, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03718-KDE-ALC**<br>**Baker v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |

16

| |
|---|
| **2:2010-cv-03719-KDE-ALC**<br>**Salande v. CMH Manufacturing, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03720-KDE-ALC**<br>**Penny v. Fairmont Homes Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03721-KDE-ALC**<br>**Basile v. Scotbilt Homes Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03722-KDE-ALC**<br>**Gould v. Liberty Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03723-KDE-ALC**<br>**Berndt v. Dutch Housing, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03724-KDE-ALC**<br>**Andrews v. Heartland Recreational**<br>**Vehicles, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03725-KDE-ALC**<br>**Denoux v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03726-KDE-ALC**<br>**Peterson v. Palm Harbor Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03727-KDE-ALC**<br>**Keaton v. American International Goup,**<br>**Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03728-KDE-ALC**<br>**Alphonso v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03730-KDE-ALC**<br>**Casanova v. Northwood Manufacturing,**<br>**Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03732-KDE-ALC**<br>**Aguilar v. Morgan Buildings Systems, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03733-KDE-ALC**<br>**Atwood v. Forest River, Inc.** |

| |
|---|
| **Filed: 10/15/2010** |
| **2:2010-cv-03734-KDE-ALC**<br>**Mackles v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03735-KDE-ALC**<br>**Harvey v. Forest River, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03736-KDE-ALC**<br>**Bell v. American International Goup, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03737-KDE-ALC**<br>**Macaluso v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03738-KDE-ALC**<br>**Froeba v. CMH Manufacturing, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03739-KDE-ALC**<br>**Estrada v. American International Group,**<br>**Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03740-KDE-ALC**<br>**Richard v. CMH Manufacturing, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03741-KDE-ALC**<br>**Fava v. Keystone Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03742-KDE-ALC**<br>**Demolle v. CMH Manufacturing, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03743-KDE-ALC**<br>**Gervais v. Morgan Buildings & Spas, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03744-KDE-ALC**<br>**Cody v. Lexington Homes**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03745-KDE-ALC**<br>**Conrad v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03746-KDE-ALC**<br>**Berndt v. Dutch Housing, Inc.**<br>**Filed: 10/15/2010** |

| |
|---|
| **2:2010-cv-03747-KDE-ALC**<br>**Miller v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03748-KDE-ALC**<br>**Demolle v. CMH Manufacturing, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03749-KDE-ALC**<br>**Frught v. Timberland RV Company**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03751-KDE-ALC**<br>**Boudreaux v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03752-KDE-ALC**<br>**Austin v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03753-KDE-ALC**<br>**Boudreaux v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03754-KDE-ALC**<br>**Banks v. Keystone Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03755-KDE-ALC**<br>**Creger v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03756-KDE-ALC**<br>**Creger v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03757-KDE-ALC**<br>**Alford v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03758-KDE-ALC**<br>**Jones v. American International Group,**<br>**Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03759-KDE-ALC**<br>**Karcher v. Horton Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03760-KDE-ALC**<br>**Hyde v. Starcraft RV, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03761-KDE-ALC** |

| |
|---|
| **Adams v. Fluor Enterprises, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03762-KDE-ALC**<br>**Perera v. Coachmen Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03763-KDE-ALC**<br>**Borrouso v. Coachmen Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03764-KDE-ALC**<br>**Robin v. Insurco, Ltd.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03765-KDE-ALC**<br>**Jackler v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03766-KDE-ALC**<br>**Borrouso v. Forest River, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03767-KDE-ALC**<br>**Brignac v. Hy-Line Enterprises, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03769-KDE-ALC**<br>**Audibert v. Coachmen Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03770-KDE-ALC**<br>**Ford v. Insurco, Ltd.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03772-KDE-ALC**<br>**Gonzales v. Silver Creek Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03773-KDE-ALC**<br>**Candebat v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03774-KDE-ALC**<br>**Kennair v. Lexington Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03775-KDE-ALC**<br>**Brignac v. Hy-Line Enterprises, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03776-KDE-ALC**<br>**Legendre v. Shaw Environmental Services,**<br>**Inc.** |

| |
|---|
| **Filed: 10/15/2010** |
| **2:2010-cv-03777-KDE-ALC**<br>**Jackler v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03778-KDE-ALC**<br>**Bienemy v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03780-KDE-ALC**<br>**Alvarez v. TL Industries, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03781-KDE-ALC**<br>**Sakobie v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03782-KDE-ALC**<br>**Smith v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03783-KDE-ALC**<br>**Ruffino v. Bechtel National, Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03784-KDE-ALC**<br>**Simmons v. Recreation By Design, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03785-KDE-ALC**<br>**Fourtunia v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03786-KDE-ALC**<br>**Brown v. Lexington Homes**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03787-KDE-ALC**<br>**Couch v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03788-KDE-ALC**<br>**Dibetta v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03789-KDE-ALC**<br>**Creel v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03790-KDE-ALC**<br>**Ruiz v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03791-KDE-ALC** |

| |
|---|
| **Durham v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03792-KDE-ALC**<br>**DeGeorge v. Oak Creek Homes, L.P.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03793-KDE-ALC**<br>**Gras v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03794-KDE-ALC**<br>**Fincher v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03795-KDE-ALC**<br>**Blanchard v. Recreation By Design, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03796-KDE-ALC**<br>**Geraci v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03797-KDE-ALC**<br>**Becnel v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03798-KDE-ALC**<br>**Campo v. Recreation By Design, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03799-KDE-ALC**<br>**Lemoine v. Superior Homes, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03800-KDE-ALC**<br>**Blanchard v. Recreation By Design, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03801-KDE-ALC**<br>**Wilson v. Forest River Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03802-KDE-ALC**<br>**Ricouard v. CH2M Hill Constructors, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03803-KDE-ALC**<br>**Baynes v. Recreation By Design, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03805-KDE-ALC**<br>**Gonzales v. Gulf Stream Coach, Inc.**<br>**Filed: 10/15/2010** |

**2:2010-cv-03806-KDE-ALC**
**Hall v. Cavalier Home Builders, LLC**
**Filed: 10/15/2010**

**2:2010-cv-03807-KDE-ALC**
**Antoine v. Layton Homes Corp.**
**Filed: 10/15/2010**

**2:2010-cv-03808-KDE-ALC**
**Antoine v. Layton Homes Corp.**
**Filed: 10/15/2010**

**2:2010-cv-03809-KDE-ALC**
**Blappert v. Layton Homes Corp.**
**Filed: 10/15/2010**

**2:2010-cv-03810-KDE-ALC**
**Casanova v. Oak Creek Homes, L.P.**
**Filed: 10/15/2010**

**2:2010-cv-03812-KDE-ALC**
**Esteves v. Oak Creek Homes, L.P.**
**Filed: 10/15/2010**

**2:2010-cv-03813-KDE-ALC**
**Audibert v. Coachmen Industries, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03814-KDE-ALC**
**Robeson v. Coachmen Industries, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03816-KDE-ALC**
**Adams v. Cavalier Home Builders, LLC**
**Filed: 10/15/2010**

**2:2010-cv-03817-KDE-ALC**
**Brown v. Stewart Park Homes, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03818-KDE-ALC**
**Tircuit v. Vanguard Industries of Michigan**
**Inc**
**Filed: 10/15/2010**

**2:2010-cv-03819-KDE-ALC**
**Simmons v. Insurco, Ltd.**
**Filed: 10/15/2010**

**2:2010-cv-03820-KDE-ALC**
**Breckenridge v. Skyline Corporation**
**Filed: 10/15/2010**

**2:2010-cv-03821-KDE-ALC**

23

**Hartle v. Insurco, Ltd.**
**Filed: 10/15/2010**

**2:2010-cv-03822-KDE-ALC**
**Antoine v. Skyline Corporation**
**Filed: 10/15/2010**

**2:2010-cv-03823-KDE-ALC**
**Vandenborre v. Gulf Stream Coach, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03824-KDE-ALC**
**Vaccarella v. Gulf Stream Coach, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03825-KDE-ALC**
**Breckenridge v. Skyline Corporation**
**Filed: 10/15/2010**

**2:2010-cv-03826-KDE-ALC**
**Mixon v. Keystone RV Company**
**Filed: 10/15/2010**

**2:2010-cv-03827-KDE-ALC**
**White v. Gulf Stream Coach, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03830-KDE-ALC**
**Noel v. Gulf Stream, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03831-KDE-ALC**
**Legendre v. Morgan Buildings & Spas, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03832-KDE-ALC**
**Johnston v. Timberland RV Company**
**Filed: 10/15/2010**

**2:2010-cv-03833-KDE-ALC**
**Forsythe v. Sun Valley, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03834-KDE-ALC**
**Gagliano v. Southern Energy Homes, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03835-KDE-ALC**
**Florane v. Stewart Park Homes, Inc.**
**Filed: 10/15/2010**

**2:2010-cv-03836-KDE-ALC**
**Oltmann v. Cavalier Home Builders, LLC**
**Filed: 10/15/2010**

| |
|---|
| **2:2010-cv-03837-KDE-ALC**<br>**Karcher v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03838-KDE-ALC**<br>**Gabriel v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03839-KDE-ALC**<br>**Augustine v. American International Group**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03840-KDE-ALC**<br>**Hood v. Sunline Acquisition Company Ltd.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03841-KDE-ALC**<br>**Rhodes v. Scotbuilt Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03842-KDE-ALC**<br>**Degelos v. Insurco, Ltd.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03843-KDE-ALC**<br>**Gould v. Liberty Homes Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03844-KDE-ALC**<br>**Boudreaux v. Lakeside Park Homes Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03845-KDE-ALC**<br>**Vodanovich v. Gulf Stream Coach Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03846-KDE-ALC**<br>**Vucinovich v. Gulf Stream Coach Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03847-KDE-ALC**<br>**Basile v. Forest River, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03849-KDE-ALC**<br>**Graves v. Fluor Enterprises, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03850-KDE-ALC**<br>**Boudreaux v. Lakeside Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03851-KDE-ALC** |

| |
|---|
| **Sigur v. Gulf Stream Coach Inc**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03852-KDE-ALC**<br>**Topey v. Sunline Acquisition Company Ltd.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03855-KDE-ALC**<br>**Greco v. Jayco, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03856-KDE-ALC**<br>**Vucinovich v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03857-KDE-ALC**<br>**Bienemy v. Insurco, Ltd.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03859-KDE-ALC**<br>**Guillotte v. Jayco, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03860-KDE-ALC**<br>**Sylvester v. Cavalier Home Builders, LLC**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03878-KDE-ALC**<br>**Gras v. Stewart Park Homes, Inc.**<br>**Filed: 10/15/2010** |
| **2:2010-cv-03937-KDE-ALC**<br>**Geissler v. River Birch Homes, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03938-KDE-ALC**<br>**Berndt v. Dutch Housing, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03939-KDE-ALC**<br>**Alexis v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03940-KDE-ALC**<br>**Bader v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03941-KDE-ALC**<br>**Kieff v. DS Corp.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03942-KDE-ALC**<br>**Deano v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |

| |
|---|
| **2:2010-cv-03943-KDE-ALC**<br>**Andrews v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03944-KDE-ALC**<br>**Blanchard v. Crum & Forster Specialty**<br>**Insurance**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03945-KDE-ALC**<br>**Ben v. DS Corp.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03946-KDE-ALC**<br>**Anglin v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03947-KDE-ALC**<br>**Stewart v. Crum & Forster Specialty**<br>**Insurance**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03948-KDE-ALC**<br>**Reeves v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03949-KDE-ALC**<br>**Robin v. Insurco, Ltd.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03950-KDE-ALC**<br>**Wilson v. Gulf Stream Coach Inc**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03952-KDE-ALC**<br>**Sentilles v. American International Group**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03953-KDE-ALC**<br>**Decourcy v. Insurco, Ltd.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03954-KDE-ALC**<br>**Gonzales v. Heartland Recreational**<br>**Vehicles, LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03955-KDE-ALC**<br>**Hill v. Heartland Recreational Vehicles,**<br>**LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03956-KDE-ALC**<br>**Audibert v. Coachmen Industries, Inc.** |

**Filed: 10/19/2010**

**2:2010-cv-03957-KDE-ALC**
**Boudreaux v. Travelers Property Casualty**
**Company of America TIL**
**Filed: 10/19/2010**

**2:2010-cv-03958-KDE-ALC**
**Victoriana v. UFAS-TKTMJ, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03959-KDE-ALC**
**Karcher v. Cavalier Home Builders, LLC**
**Filed: 10/19/2010**

**2:2010-cv-03960-KDE-ALC**
**Jackler v. CH2M Hill Constructors, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03961-KDE-ALC**
**Phillips v. Insurco, Ltd.**
**Filed: 10/19/2010**

**2:2010-cv-03962-KDE-ALC**
**Martin v. UFAS-Mu, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03963-KDE-ALC**
**Davis v. CH2M Hill Constructors, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03966-KDE-ALC**
**Sino v. Travelers Property Casualty**
**Company of America TIL**
**Filed: 10/19/2010**

**2:2010-cv-03967-KDE-ALC**
**Baker v. Morgan Buildings and Spas, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03968-KDE-ALC**
**Atkinson v. Morgan Buildings & Spas, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03969-KDE-ALC**
**Dow v. Fluor Enterprises, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03971-KDE-ALC**
**Authement v. TL Industries, Inc.**
**Filed: 10/19/2010**

**2:2010-cv-03972-KDE-ALC**
**Hughes v. Coachmen Industries, Inc.**

| |
|---|
| **Filed: 10/19/2010** |
| **2:2010-cv-03973-KDE-ALC**<br>**Deroche v. Keystone RV Company**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03974-KDE-ALC**<br>**Perez v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03975-KDE-ALC**<br>**Chalaire v. Forest River, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03976-KDE-ALC**<br>**Blappert v. Skyline Corporation**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03977-KDE-ALC**<br>**Noel v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03980-KDE-ALC**<br>**Fernandez v. Recreation By Design, LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03981-KDE-ALC**<br>**Cargo v. Coachmen Industries, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03982-KDE-ALC**<br>**Mascaro v. Gulf Stream Coach, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03983-KDE-ALC**<br>**Morain v. Coachmen Industries, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03986-KDE-ALC**<br>**Ladner v. Coachmen Industries, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03987-KDE-ALC**<br>**Acosta v. Gulf Stream Coach Inc**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03988-KDE-ALC**<br>**Durham v. Cavalier Home Builders, LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03989-KDE-ALC**<br>**Adams v. Fluor Enterprises, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03990-KDE-ALC** |

| |
|---|
| **Ament v. Shaw Environmental, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03991-KDE-ALC**<br>**Nata v. River Birch Homes, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03992-KDE-ALC**<br>**Alfonso v. Jayco, Inc**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03993-KDE-ALC**<br>**Borne v. DS Corp.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03994-KDE-ALC**<br>**Johnson v. Shaw Environmental, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03995-KDE-ALC**<br>**Decourcy v. Fluor Enterprises, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03996-KDE-ALC**<br>**Gagliano v. Southern Energy Homes, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03997-KDE-ALC**<br>**Andrews v. Cavalier Home Builders, LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03998-KDE-ALC**<br>**Boudreaux v. Travelers Property Casualty**<br>**Company of America TIL**<br>**Filed: 10/19/2010** |
| **2:2010-cv-03999-KDE-ALC**<br>**Clark v. River Birch Homes, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04000-KDE-ALC**<br>**Borrouso v. Coachmen Industries, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04001-KDE-ALC**<br>**Graves v. Fluor Enterprises, Inc.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04002-KDE-ALC**<br>**Blappert v. Skyline Corporation**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04003-KDE-ALC**<br>**Neumann v. Forest River, Inc.** |

30

| |
|---|
| **Filed: 10/19/2010** |
| **2:2010-cv-04004-KDE-ALC**<br>**Adams v. Cavalier Home Builders, LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04005-KDE-ALC**<br>**Gadwaw v. DS Corp.**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04006-KDE-ALC**<br>**Cabrera v. Cavalier Home Builders, LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04007-KDE-ALC**<br>**Bell v. Cavalier Home Builders, LLC**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04008-KDE-ALC**<br>**Gonzales v. Travelers Property Casualty**<br>**Company of America TIL**<br>**Filed: 10/19/2010** |
| **2:2010-cv-04022-KDE-ALC**<br>**Blanchard v. Gulf Stream Coach, Inc.**<br>**Filed: 10/20/2010** |
| **2:2010-cv-04023-KDE-ALC**<br>**Sigur v. Fluor Enterprises, Inc.**<br>**Filed: 10/20/2010** |
| **2:2010-cv-04024-KDE-ALC**<br>**Candebat v. Gulf Stream Coach, Inc.**<br>**Filed: 10/20/2010** |
| **2:2010-cv-04025-KDE-ALC**<br>**Wilson v. Gulf Stream Coach Inc**<br>**Filed: 10/20/2010** |
| **2:2010-cv-04027-KDE-ALC**<br>**Bell v. Gulf Stream Coach, Inc.**<br>**Filed: 10/20/2010** |
| **2:2010-cv-04028-KDE-ALC**<br>**Booze v. Gulf Stream Coach Inc**<br>**Filed: 10/20/2010** |
| **2:2010-cv-04029-KDE-ALC**<br>**Cabrera v. Gulf Stream Coach, Inc.**<br>**Filed: 10/20/2010** |
| **2:2010-cv-04030-KDE-ALC**<br>**Melan v. Cavalier Home Builders, LLC**<br>**Filed: 10/20/2010** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL OF
## NORTH AMERICAN CATASTROPHE SERVICES, INC.

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-caption ed matters who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the attached Affidavit executed by Brian A. Dekle on July 26, 2012, hereby give notice of plaintiffs' voluntary dismissal without prejudice of all claims asserted against the defendant North American Catastrophe Services, Inc. ("NACS") in the above-captioned matter.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

By:    s / Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
Email:  storres@torres-law.com
          rburns@torres-law.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 17, 2012**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Roberta L. Burns
**ROBERTA L. BURNS**