UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER            * | | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS   * | | |
| LIABILITY LITIGATION          * | | SECTION "N" (5) |
| * | | |
| * | | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:   * | | |
| * | | |
| *Lillian Triplett, et al v. Forest River, Inc.,*   * | | MAG: CHASEZ |
| *et al*   * | | |
| **Docket No. 09-6914**   * | | |

*******************************************************************************

<u>**FOREST RIVER, INC.'S MOTION FOR SUMMARY JUDGMENT
REGARDING CAUSATION**</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Forest River, Inc. ("Forest River"), and moves this Honorable Court for Summary Judgment in its favor, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that plaintiff is unable to prove a vital part of his claim.  Specifically, plaintiff is unable to carry his burden of proof regarding general causation.  For this reason, Forest River is entitled to summary judgment as a matter of law, dismissing plaintiff's claims against it, with prejudice and at plaintiff's cost.

**Trial in this matter has not been set**.  In support of this Motion, Forest River attaches the following Exhibits:

   A.   Plaintiff Fact Sheet of Wilbert W. Linscheid;

   B.   Plaintiff's Correspondence Regarding Opt Out, dated August 3, 2012;

   C.   Affidavit of Philip Cole, MD, DrPH, dated August 15, 2012;

Wherefore, for the foregoing reasons and the reasons more fully set out in its Memorandum in Support of Motion for Summary Judgment Regarding Causation, Forest River respectfully requests that summary judgment be granted in its favor, dismissing Plaintiff's claims, with prejudice and at Plaintiff's cost.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**


BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR., T.A. (#6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (#24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com

**ATTORNEYS FOR FOREST RIVER, INC.**


**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the forgoing document has been served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on the 20th day of August, 2012 via electronic filing.


/s/ Ernest P. Gieger, Jr.