UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION ) ) ) ) _____ ) ) ) THIS RELATES TO: ) ) Plaintiff: _____ ) ) Wilbert W. Linscheid ) _____ ) | MDL NO. 1873 SECTION: N(4) JUDGE: ENGELHARDT MAG: ROBY |

## PLAINTIFF FACT SHEET

### I. INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1



EXHIBIT A

## II. PERSONAL INFORMATION

A. Name (person completing form): Wilbert W. Linscheid

B. Maiden or other names used or by which you have been known: _____

C. Current Street Address: 3452 E. James Circle Pass Christian, MS 39571

D. Home Telephone No.: 601-427-3011
   Cell Phone No.: 228-341-0094
   Work Telephone No: 228-822-0799
   Other Telephone Nos.: 228-263-0055

E. Email address: willinscheid@cableone.net

## III. CASE INFORMATION

A. If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1. State which individual or estate you are representing:
      n/a

   2. Maiden Or Other Names Used or By Which Such Person Has Been Known:

   3. Address (or last known address if deceased): _____

   4. Home Telephone No.: n/a
      Cell Phone No.: n/a
      Work Telephone No: n/a
      Other Telephone Nos. n/a

   5. E-mail address: n/a

   6. If you were appointed as a representative by a court, state the:

2

Court: _____        Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? n/a

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:
   n/a

B. Please state the name and address of the attorney representing you:

Jim Hall / Jim Hall
   Attorney's Name/Law Firm
Metairie, LA 70001
   City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
   Yes ☒        No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? Throat closure, could not digest solid food, Esophgeal Cancer squamous cell carcionoma

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

☒ irritation to eyes
☒ burning of eyes
☒ tearing of eyes
☐ irritation to nasal membranes (inside of nose)
☐ burning of nasal membranes (inside of nose)
☒ bleeding of nasal membranes (inside of nose)
☐ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☐ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☐ headaches
☒ nausea
☒ vomiting
☐ bloody vomiting
☐ abdominal pain
☒ diarrhea
☒ difficulty in breathing
☒ wheezing
☒ shortness of breath
☒ persistent cough
☐ tightness of the chest

3

- ☐ bronchitis
- ☒ throat irritation
- ☒ hoarseness
- ☒ laryngitis
- ☐ pneumonia
- ☐ upper respiratory tract infections
- ☐ pulmonary edema
- ☐ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☐ allergies for the first time in your life
- ☐ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☒ dizziness
- ☒ unconsciousness
- ☐ convulsions or seizures
- ☐ blood in urine
- ☐ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☒ low blood pressure
- ☒ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☒ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____
Memory loss, dehydration _____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ____Yes____

If yes, which kind of cancer?
Head, neck and esophegeal cancer

5. When do you claim this injury or disease first occurred? 3/2007

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐   No ☒

*If "Yes,"* when and who diagnosed the condition at that time?
_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐   No ☒

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. n/a

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐    No ☒

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

To your understanding, describe the condition for which treated:
Irratability, depression, fear of cancer

State when you were treated for this psychological, psychiatric or emotional problem
n/a

List the medications prescribed or recommended by the physician or counselor
none

9. **Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?**
Yes ☒    No ☐

*If "Yes,"* state the amount of your claim: 600000

5

## IV. BACKGROUND INFORMATION

A. Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 3452 E James Circle Pass Christian, MS 39571 | 10/2002 -8/2005 |
| 222 Cherry Bark Drive Brandon, MS 39042 | 10/2005 -9/2006 |
| 3452 E James Circle Pass Christian, MS 39571 | 10/2002 -8/2005 |
| 5610 Akamu Ct Diamondhead, MS 39525 | 4/2007 -7/2007 |
| 3452 E James Circle Pass Christian, MS 39571 | 8/2007 -present |

B. State Driver's License Number and State Issuing License: _____
   800860852                              MS

C. Date and Place of Birth _____         Place: Norman, OK

D. Sex: Male ☒     Female ☐

E. Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Wichita State | 1958 -1964 | Areonautical Engineering | B.S. |
| | | | |
| | | | |

F. Employment Information

   1. Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| O' Reily Auto Parts | 198 West Railroad Long Beach, MS 39560 | 1/2008 - present | Delivering auto parts |
| Wayne Studios, LLC | 3452 E James Circle Pass Christian, MS 39571 | 11/2004 -present | Owner |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| O' Reily Auto Parts | 198 West Railroad Long Beach, MS 39560 | 1/2008 - present | Delivering auto parts |
| Wayne Studios, LLC | 3452 E James Circle | 11/2004 -present | Owner |

6

| | Pass Christian, MS 39571 | | |
|---|---|---|---|
| Signature Works | 1 Signature Dr<br>Hazlehurst, MS 39083 | 6/2002 -2/2003 | Plant Manager |
| Pioneer Areospace | 1 Pioneer Drive<br>Columbia, MS 39429 | 12/1995 -10/2001 | Engineer |
| | | | |
| | | | |

3. Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
   Yes ☒   No ☐   To Be Determined

   *If "Yes,"* state the following:

   a. If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

   | Year | Income |
   |---|---|
   | 2008 | $ 16,500 |
   | 2007 | $ 0 |
   | 2006 | $ 0 |
   | 2005 | $ 0 |
   | 2004 | $ 0 |

   b. Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:
   Compiling records   11 months
   $60,000

G. Previous Claims Information

   1. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
      Yes ☐   No ☒   Don't recall ☐

      *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____
      n/a _____

7

IV. **FAMILY INFORMATION**

    A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☒    No ☐    Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
| Norman Linscheid | Brother | 66 | Prostate Cancer | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

    B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐    No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: n/a

V. **FEMA TRAILER OR MOBILE HOME UNIT**

Please respond to Sections V. A-E below, including all subparts, with respect to <u>each</u> FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

    A. Please provide the following information regarding the FEMA trailer or mobile home:

        1. Manufacturer of trailer or mobile home: Forest River

        2. VIN: 4X4TCKD226P101286

        3. FEMA Identification No.: 921127661

        4. Bar Code Number on FEMA housing unit: 1242736

8

5. Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☒    Mobile Home ☐

6. Move-in Date: 12/2005

7. Move-out Date: 4/2007

8. Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
   3452 E James Circle Pass Christian, MS 39571    FEMA Has Custody

9. Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property

10. State the reason you stopped living in the FEMA trailer or mobile home:
    Illness

11. Please state the approximate square footage of the FEMA housing unit: 220

12. Please state the approximate length and width of the FEMA housing unit: 8 x 32

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☒     No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☒     No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☒     No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐     No ☒

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☒     No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 0

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
    Yes ☒    No ☐

    *If "Yes,"* please state the following:

    Where did you temporarily live? 222 Cherry Bark Brandon Ms 39042

    For what period of time did you temporarily live in another location?
    12/2005 - 9/2006 4-5 days a week spent in trailer

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
   Yes ☒    No ☐

   *If "Yes,"* please state when the test was performed and who prepared this testing: 8/1/2008. The Scott Group

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
   Yes ☐    No ☒

   *If "Yes,"* please state the following:

   Date and reason for fumigation: Date: _____ Reason: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
   Yes ☒    No ☐

   *If "Yes,"* please state the date and reason for repair, service or maintenance:
   Date: 3/2006  Reason: a/c filter not working

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Marilyn Linscheid | 60 | 3452 E James Circle Pass Christian, MS 39571 (601) 427-3011 | From 12/2005 To 3/2007 | Yes ☒ No ☐ Don't Know ☐ | Formaldehyde Exposure |
| Wilbert W. Linscheid | 70 | 3452 E James Circle Pass Christian, MS 39571 (601) 427-3011 | From 12/2005 To 3/2007 | Yes ☒ No ☐ Don't Know ☐ | Formaldehyde Exposure |
| | | | From ___ To ___ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From ___ To ___ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From ___ To ___ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From ___ To ___ | Yes ☐ No ☐ Don't Know ☐ | |

## VI. MEDICAL BACKGROUND

A. Height: 6ft

B. Current Weight: 185 lb

Weight prior to living in a FEMA trailer or mobile home: 220 lb

C. Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

11

☒ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    1. Date on which smoking/tobacco use ended:_____
    2. Amount smoked or used on average:
       _____ per day for _____ years.

☐ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1. Amount currently smoked or used on average:
       _____ per day for _____ years.

D. Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1. Amount smoked or used on average, if you know:
       _____ per day for _____ years.
    2. Relationship to you: n/a
    3. Please state whether the smoking occurred inside, outside or both. N/A

E. Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐   No ☐   N/A

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐   No ☐   N/A

F. Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1. Lung or other respiratory disease
       Yes ☐   No ☒

12

*If "Yes,"* please indicate the following:

Name and description of each illness, disease, or abnormal condition:
n/a

The date of illness:

2. Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
   Yes ☐   No ☒

   *If "Yes,"* please indicate the following.

   Name and description of each illness, disease, or abnormal condition:
   n/a

   The date of illness:

3. Long-term stomach or bowel disease
   Yes ☐   No ☒

   *If "Yes,"* please indicate the following.

   Name and description of each illness, disease, or abnormal condition:
   n/a

   The date of illness:

4. Skin disease
   Yes ☐   No ☒

   *If "Yes,"* please indicate the following.

   Name and description of each illness, disease, or abnormal condition:
   n/a

   The date of illness:

G. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

   Yes ☒   No ☐   Don't Recall ☐

   *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| CT Scan | 4/9/2007 - present | Dr. Keith L. KREUTZIGER | Ochsner | Swallowing, cancer treatment |
| PET Scan | 4/27/2007 - present | Dr. Jyotsna Floria | Ochsner | Cancer observation |
| MRI | 5/4/2007 - present | Dr. Jyotsna Floria | Ochsner | Inflamation in wrist watching for cancer |

## VII. MEDICAL DIAGNOSIS

A. Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B. Doctor's Name: Dr. Keith L. KREUTZIGER
   Specialty, if any: _____
   Address: 1516 Jefferson Hwy  New Orleans, LA 70121
   Phone: _____
   Treatment received: Diagnosis, treatment and post treatment of Cancer
   Dates of treatment: 4/2007 - present

   Doctor's Name: Dr. Jyotsna Fuloria
   Specialty, if any: Oncology
   Address: 1516 Jefferson Hwy  New Orleans, LA 70121
   Phone: _____
   Treatment received: Diagnosis, treatment and post treatment of Cancer
   Dates of treatment: 4/2007 - present

   Doctor's Name: Kimberly A. Drake NP
   Specialty, if any: _____
   Address: 1516 Jefferson Hwy  New Orleans, LA 70121
   Phone: _____
   Treatment received: Diagnosis, treatment and post treatment of Cancer
   Dates of treatment: 4/2007 - present
   ********** See Appendix 1

C.  If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.
n/a

D.  Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☒    No ☐

*If "Yes,"* please provide the name and address of the health care professional.
Jyotsna Fuloria, MD
1516 Jefferson Hwy New Orleans, LA 70121

## VIII. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach a copy of the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☒    No ☐

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒    No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☒    No ☐

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☒    No ☐

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐    No ☒

F.  Decedent's death certificate, if applicable.
Yes ☐    No ☐    N/A

G.  Report of autopsy of decedent, if applicable.
Yes ☐    No ☐    N/A

15

IX. **LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION**

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A. Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| none | |
| | |

B. Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| none | | |
| | | |
| | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner Clinic Foundation | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/18/2007 – 4/19/2007 | Biopsy of thyroid |
| | | | |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner Clinic Foundation | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 –present | Diagnosis, treatment and post treatment of Cancer |
| Gulfport Memorial | 4500 Thirteenth Street Gulfport, MS 39501 | 8/2007 or 9/2007 | Throat closed up |
| | | | |

16

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E.  Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Ochsner Clinic Foundation | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 - present |
| Dr. Keith KREUTZIGER | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 - present |
| Dr. Jyotsna Fuloria | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 - present |
| Dr. Kimberly Drake | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 - present |
| Dr. Roland Hawkins | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 - present |
| Dr. Robert Butcher | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 - present |
| Dr. Gerald Zakem | 1516 Jefferson Hwy New Orleans, LA 70121 | 4/2007 - present |

********** See Appendix 2

F.  Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| Rite Aid | 200 West Railroad St Suite B   Long Beach, MS 39560 |
|  |  |
|  |  |
|  |  |

17

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Wilbert W. Linscheid*       WILBERT W. LINSCHEID       FEB. 27, 2009
**Signature of Plaintiff**          **Print Your Name**              **Date**