Ronnie G. Penton  
Trial Attorney  
rgp@rgplaw.com  
Licensed in LA, TX

MaryAnna Penton  
Trial Attorney  
mpenton@rgplaw.com  
Licensed in LA, MS



# THE PENTON LAW FIRM
Trial Lawyers  
Since 1981

---

REPRESENTING PEOPLE WORLDWIDE SINCE 1981  
August 3, 2012

**VIA FACSIMILE (504) 561-1011**  
Mr. Ernest P. Gieger, Jr.  
Gieger, Laborde & Laperouse, L.L.C.  
701 Poydras Street  
Suite 4800, One Shell Square  
New Orleans, LA 70139

    RE: **FEMA Trailer Formaldehyde Products Litigation; MDL 07-1873**

Dear Mr. Gieger:

    I write to you today to inform you about my client, Wilbert Linscheid. Mr. Linscheid is a plaintiff in the aforementioned litigation.

## Medical History

    On April 17, 2007, approximately one (1) month after his symptoms arose, Mr. Linscheid presented to Ochsner with complaints of difficulty swallowing. As a result of this complication, he was forced to adapt to a diet that consisted of only liquids and experienced a twenty-five (25) pound decrease in body weight during this short time period. His voice became hoarse and raspy, and he often experienced shortness of breath and difficulty breathing. During this visit to Ochsner, it was discovered that Mr. Linscheid had a 3-cm mass protruding into his esophagus at 15 cm from the incisors causing significant dysphagia and weight loss.

    The following day on April 18, 2012, an ultrasound guided biopsy was performed which revealed positive findings for a high suspicion of squamous cell carcinoma. Following an open biopsy on May 7, 2007, Mr. Linscheid was then diagnosed with squamous cell carcinoma of the upper respiratory tract. In anticipation of radiation and chemotherapy treatments, Mr. Linscheid received a PEG tube. He began a series of chemotherapy and radiation treatments five (5) days a week between May 21, 2007 and July 9, 2007. As of December 12, 2007, Mr. Linscheid was in complete remission; however, due to continued problems swallowing, the PEG tube was not removed until sometime around July or August 2008.

**EXHIBIT B**

---

Page -2-

After completing radiation and chemotherapy treatments, Mr. Linscheid continued to experience difficulty swallowing and began periodic esophageal dilatation procedures every four (4) to five (5) months to improve his ability to swallow; the last procedure having occurred on June 12, 2012. He continues to receive periodic check-ups and is now under the care of Dr. Panunti for thyroid dysfunction caused by the radiation. Over the course of his treatment, Mr. Linscheid's body weight decreased by fifty-five (55) pounds. His medical history is negative for cancer, smoking and drinking.

## FEMA Trailer History

Following Hurricane Katrina, Mr. Linscheid resided in a FEMA trailer manufactured by Forest River from December 2005 until April 2007. The trailer was tested by FEMA for formaldehyde levels on August 1, 2008. The test results yielded a formaldehyde level of 200 parts per billion (ppb). On the same day, separate testing was performed by the Scott Group on the trailer which yielded a formaldehyde level of 320 parts per billion (ppb).

## Formaldehyde Research, Studies and Litigation

As we both know, many studies have been conducted over the years regarding formaldehyde exposure and the potential harmful effects it can have on people following exposure, especially for extended periods of time. The EPA released its findings in a report entitled *Toxicological Review of Formaldehyde- Inhalation Assessment* that formaldehyde exposure causes nasopharyngeal and sinonasal cancers, as well as all leukemias, myeloid leukemia and lymphohematopoietic cancers.

Despite favorable studies linking formaldehyde exposure to some forms of cancer and other medical problems, the history of this litigation has not proven favorable to the plaintiffs. Given this fact and the proposed settlement of these claims, I welcome the opportunity to speak with you regarding this claim prior to and after the August 17, 2012 opt-out deadline; however, in order to protect my client, I am prepared to opt him out of the proposed settlement.

With best regards, I remain

Sincerely,

Ronnie G. Penton

RGP/mp
cc: Mr. Daniel J. Balhoff, Special Master (Via facsimile to 225.767.7967)