AFFIDAVIT OF PHILIP COLE, MD, DrPH

August 15, 2012

I. Qualifications

I am a physician licensed to practice medicine in Alabama and am Board Certified in Preventive Medicine.  I have committed my professional career to research and teaching in cancer epidemiology, the study of the causes of cancer in human beings.

I received my medical degree from the University of Vermont.  I obtained the Master of Public Health and the Doctor of Public Health degrees in Epidemiology from Harvard University.  In 1969, I joined the Department of Epidemiology at the Harvard School of Public Health and became a full Professor in 1978.  In 1979 I became Professor and Chairman of the Department of Epidemiology at the School of Public Health, and Associate Director for Epidemiology at the Comprehensive Cancer Center, at the University of Alabama at Birmingham (UAB).  I am now a professor *emeritus* at UAB.

I have authored or co-authored more than 200 papers, most of which are published in the peer-reviewed literature and relate to cancer epidemiology. These papers include, for example, the first report of the decline of cancer mortality in the United States (1).  Another of my publications describes the use of epidemiology for evaluating both general and specific causation in diseases such as cancer (2).  Many of my publications relate to occupational exposures and cancer.  One of these is a Commentary that reviews the two major epidemiologic studies of formaldehyde and cancer (3).  My publications are listed in the bibliography that is part of the curriculum vitae attached to this Affidavit.

Through more than 40 years of epidemiologic research, teaching and consulting I have become very familiar with all forms of epidemiologic research



EXHIBIT

C

and with the scientifically accepted methods for reaching conclusions regarding cancer causation.

II. Materials Reviewed

1. Documents relating to Mr. Wilbert Linscheid and provided to me by the Gieger, Laborde and Laperouse law firm on August 13 and 14, 2012. These consisted primarily of Mr. Linscheid's "Plaintiff Fact Sheet" and his medical records.

2. The 15 references listed at the end of this Affidavit.

III. Formaldehyde

Formaldehyde is a single-carbon, organic molecule that is a normal constituent of the cells of most life forms, including human beings.  It was first synthesized in the late nineteenth century and today is one of the most widely-used commercial agents in the world.  It is a common chemical feedstock and has many applications in dozens of industries.  In 1995 in the USA, there were approximately 2.1 million people with occupational exposure to formaldehyde in the workplace (4).

IV. Cancer of the Esophagus

Cancer of the esophagus is characteristically a cancer of middle-aged and elderly men (5).  In the United States it is the seventh most common form of cancer among men (6).

Most cancers of the esophagus are caused by alcohol abuse, cigarette smoking and the combination of the two.  Obesity is strongly suspect as a cause of cancer of the esophagus.  Other suspect causes, or associated conditions, include Barrett's esophagus and some dietary deficiencies (7).

V. Mr. Wilbert Linscheid

Mr. Linscheid is a white man who was born on                    . He is
a college graduate and was employed for most of his life as an engineer.  It
is stated that he did not smoke or use alcohol in excess.

Mr. Linscheid has a long and remarkable history of esophageal
difficulties.  In 1980 he was operated on for a Zenker's diverticulum of the
esophagus, a condition that may partially obstruct the passage of food from
the mouth to the stomach.  Since then, and intermittently, he has had
episodes of difficulty swallowing.  His most recent difficulties probably
began in 2007 with a sensation of fullness in his throat and difficulty
swallowing.  This led to repeated examinations and procedures (biopsies,
dilatations) on his esophagus.

I have reviewed the reports of biopsies of Mr. Linscheid's esophagus,
or of a mass near it, taken in September, 2007 and in June, 2008.  Both
biopsies were interpreted by the pathologist of record as showing "no
neoplasia".  However, on at least one occasion a washing of Mr. Linscheid's
esophagus demonstrated the presence of "atypical" (not necessarily malignant)
squamous cells. In sum, it is clear that Mr. Linscheid had a mass in or near
the upper end of his esophagus and that this mass may have been, or may have
harbored, a malignancy.  It is not clear that he had an actual malignancy of
the esophagus.

The fact that Mr. Linscheid is still living five years after his first
esophageal biopsy suggests that he may not have had cancer of the esophagus.
About 90% of men with cancer of the esophagus die within 5 years of their
diagnosis (5).

Mr. Linscheid is six feet, zero inches tall and typically weighed about
235 pounds.  These figures equate to a body mass index of 32.  The American
Cancer Society categorizes persons with a BMI of 32 as being "Grade 2
overweight" (8).  This level of obesity, and the associated gastroesophageal

reflux, is associated with a two-to-three fold increase in risk for cancer of the esophagus (8).

Mr. Linscheid moved into a temporary housing unit (THU) supplied to him by the U. S. Federal Emergency Management Administration in December, 2005. He left the THU in April, 2007, a total duration of stay of 17 months. Mr. Linscheid states that he spent an average of 24 hours per day in his THU during the time he lived there. The levels of formaldehyde in Mr. Linscheid's THU are not known to me.


VI. Formaldehyde and Cancer of the Esophagus

Although Mr. Linscheid's diagnosis of cancer of the esophagus may not be correct, I understand that disease to be the issue in the present matter. I have written the following under the assumption that Mr. Linscheid did, in fact, have cancer of the esophagus. The possible association of formaldehyde with cancer in human beings has been studied extensively, particularly over the past nine years. It has been suggested that formaldehyde is associated with cancer of the nasopharynx and with leukemia. However, these associations, and especially that with leukemia have been disputed (3,9).

I am aware of no information that links formaldehyde to cancer of the esophagus. Six epidemiologic studies (10-15) that evaluated a possible association between formaldehyde and cancer of the esophagus found none. In a series of four early studies (10-13), epidemiologists at the U.S. National Cancer Institute reported the esophageal cancer mortality experience of embalmers, funeral directors and anatomists. These groups consist of persons who would have moderate to heavy occupational exposure to formaldehyde. In each one of these four papers the esophageal cancer mortality experience of the formaldehyde-exposed subjects was *lower* than normal.

Two large, modern follow-up studies (14,15) also have been reported and, just as in the early studies, neither of them found any link between formaldehyde and cancer of the esophagus. In the first of these, Coggan et al (14) reported the results of the long-term follow-up of chemical workers in England who had heavy industrial exposure to formaldehyde. These workers had a risk of death from esophageal cancer that was increased by about 28%. This slight increase was not statistically significant and may have arisen by chance alone. In 2004, Pinkerton et al (15) reported the long term follow-up of garment workers with moderate occupational exposure to formaldehyde. The workers had a 32% *deficit* of deaths from cancer of the esophagus.

The available epidemiological research on exposure to formaldehyde and cancer of the esophagus is summarized in this table:

Observed and expected numbers of deaths among persons with occupational exposure to formaldehyde. Also shown is the ratio of the observed to expected numbers. Six studies published from 1983 to 2004.

### No. of Esoph. Cancer Deaths

| Senior Author | Year | Observed | Expected | RATIO | Reference No. |
|---|---|---|---|---|---|
| J. Walrath | 1983 | 5 | 5.3 | 94 | 10 |
| J. Walrath | 1984 | 3 | 4.1 | 73 | 11 |
| N. Stroup | 1986 | 2 | 4.6 | 43 | 12 |
| R. Hayes | 1990 | 23 | 24.1 | 95 | 13 |
| D. Coggan | 2003 | 23 | 18.0 | 128 | 14 |
| L. Pinkerton | 2004 | 6 | 8.8 | 68 | 15 |
| Total | -- | 62 | 64.9 | *96* | -- |

*The column "RATIO" shows the ratio of the observed to the expected number of deaths from cancer of the esophagus among each study's subjects. A RATIO of "100" would indicate an entirely typical esophageal cancer mortality experience. Note that, overall, the RATIO of 96 indicates a slight deficit of deaths from cancer of the esophagus among formaldehyde-exposed workers.*

In sum, the epidemiologic literature indicates that persons with moderate to heavy occupational exposure to formaldehyde have no increased risk of developing cancer of the esophagus.

## VII. Summary and Opinion

Mr. Wilbert Linscheid is a 73 year old man who lived in a FEMA-supplied temporary housing unit (THU) for about 17 months from December, 2005 to April, 2007.

The levels of formaldehyde in Mr. Linscheid's THU are unknown.

It is considered that Mr. Linscheid was diagnosed with cancer of the esophagus, probably in September, 2007.  Cancer of the esophagus is caused by cigarette smoking, by alcohol abuse and, probably, by obesity.

Formaldehyde has been studied in detail as a possible cause of cancer in human beings.  None of the available research suggests that persons with formaldehyde exposure — even heavy occupational exposure — have an increased risk of cancer of the esophagus.

It is my opinion to a reasonable degree of scientific certainty that formaldehyde is not a cause of cancer of the esophagus.

It is also my opinion to a reasonable degree of scientific certainty that formaldehyde did not cause Mr. Linscheid's case of cancer of the esophagus.

*Philip Cole MD   Aug 15, 2012*

Philip Cole, MD. DrPH          (Date)

## VIII. References

1. Cole P, Rodu B: Declining cancer mortality in the United States. *Cancer*. 78:2045-2048, 1996.

2. Cole P: Causality in epidemiology, health policy and law. *Environmental Law Reporter*. 26:10279-10285, 1997.

3. Cole P *et al*: Formaldehyde and lymphohematopoietic cancers: A review of two recent studies. ***Regul Toxicol and Pharm***. 58:161-166, 2010.

4. Occupational Safety and Health Administration. ***Occupational Exposure to Formaldehyde***. U.S. Department of Labor. OSHA Fact Sheet No.92-27, 1996.

5. Surveillance, Epidemiology and End Results (SEER) Program (www.seer.cancer.gov) SEER Program. Released April, 2012 based on the November, 2011 submission.

6. American Cancer Society. ***Cancer Facts & Figures 2012***. American Cancer Society Website: www.cancer.org

7. Blot W *et al*: Esophageal Cancer, Chapter 36 in: ***Cancer Epidemiology and Prevention***, Schottenfeld D, Fraumeni J (eds.), Third edition, New York: Oxford University Press, 2006.

8. Calle E, Thun M: Obesity and cancer. ***Oncogene***. 23:6365-6378, 2004.

9. National Research Council: ***Review of the Environmental Protection Agency's Draft IRIS Assessment of Formaldehyde***. Washington, DC: National Academies Press, 2011.

10. Walrath J, Fraumeni J: Mortality patterns among embalmers. ***Int J Cancer***. 31:407-411, 1983.

11. Walrath J, Fraumeni J: Cancer and other causes of death among embalmers. ***Cancer Res***. 44:4638-4641, 1984.

12. Stroup N *et al*: Brain cancer and other causes of death in anatomists. ***J Natl Cancer Inst***. 77:1217-1224, 1986.

13. Hayes R *et al*: Mortality of U.S. embalmers and funeral directors. ***Am J Ind Med***. 18(6):641-652, 1990.

14. Coggon D *et al*: Extended follow-up of a cohort of British chemical workers exposed to formaldehyde. ***J Natl Cancer Inst***. 95:1608-1615, 2003.

15. Pinkerton L *et al*: Mortality among a cohort of garment workers exposed to formaldehyde: An update. ***Occup Environ Med***. 61:193-200, 2004.