UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Lillian Triplett, et al v. Forest River, Inc., et al* | * | MAG: CHASEZ |
| | * | |
| **Docket No. 09-6914** | * | |

*****************************************************************************

**MOTION FOR EXPEDITED SUBMISSION BY DEFENDANT FOREST RIVER, INC.**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River") and respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of Forest River's Motion for Summary Judgment Regarding Causation[1] recently filed in this MDL.

The reasons and authority for the instant Motion are more fully set forth in the attached Memorandum, filed contemporaneously herewith. Consequently, after consideration, Forest River respectfully requests that the Court expedite the submission date for its Motion for Summary Judgment.

---

[1] Rec. Doc. No. 25818.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR., T.A. (#6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (#24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com

**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on the 20th day of August, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.

2