UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * * | |
| *Lillian Triplett, et al v. Forest River, Inc., et al*<br>**Docket No. 09-6914** | * * * | MAG: CHASEZ |

*********************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED SUBMISSION BY DEFENDANT FOREST RIVER, INC.

**MAY IT PLEASE THE COURT:**

Defendant, Forest River, Inc. ("Forest River"), submits this memorandum in support of its Motion for Expedited Submission filed with respect to its Motion for Summary Judgment Regarding Causation[1] recently filed in the captioned matter.

Forest River respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of Forest River's Motion for Summary Judgment Regarding Causation. The Settlement Fairness Hearing regarding the proposed class settlement in this MDL is set to take place on September 27, 2012. Forest River has recently received informal notification that the plaintiff in the above matter intends to opt out of the settlement. Under the Stipulation of Settlement (Rec. Doc. No. 25647-1) and the Court's Preliminary Approval Order (Rec. Doc. No. 25666), the PSC is required to file a formal opt out notice on or before September 6, 2012, and the filing of that notice triggers a 14 day period for the affected defendant(s) to withdraw from the settlement. Withdrawal of one

---
[1] Rec. Doc. No.25818

or more defendants from the settlement will, of course, negatively affect the fairness hearing set for September 27, 2012 as well as the settlement itself.

The determination of Forest River's Motion for Summary Judgment Regarding Causation will greatly assist Forest River in making its determination as to whether or not to withdraw from the settlement in light of the plaintiff's apparent decision to opt out of it.  Without a determination of the motion in advance of the expiration of the opt out period and the 14 day period for the defendants to determine whether or not to withdraw from the settlement, Forest River will be forced to make its determination based upon incomplete information, which will result in substantial prejudice to Forest River.  On the other hand, this litigation has been pending for years, and it would thus not be unfair for the Court at this point in time to require the plaintiff to file his opposition to Forest River's Motion for Summary Judgment on an expedited basis, considering that plaintiff should have the information and documentation necessary to file an opposition in his possession already in his possession, and in fact should have had it at the time he decided to file his lawsuit against Forest River.

For these reasons, Forest River respectfully requests that its Motion for Expedited Submission be granted and that its Motion for Summary Judgment Regarding Causation be submitted for determination without delay.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR., T.A. (#6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (#24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com

**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on the 20th day of August, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.