UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Lillian Triplett, et al v. Forest River, Inc.,* | * | MAG: CHASEZ |
| *et al* | * | |
| **Docket No. 09-6914** | * | |

****************************************************************************

## ORDER

Considering the Motion for Expedited Submission filed herein by Defendant, Forest River, Inc.:

IT IS ORDERED that Forest River, Inc.'s Motion for Expedited Submission of its Motion for Summary Judgment Regarding Causation is hereby GRANTED.  Forest River Inc.'s Motion for Summary Judgment Regarding Causation will be submitted on the _____ day of_____, 2012.

New Orleans, Louisiana, this _____ day of _____, 2012.


                                                       _____
                                                     KURT D. ENGELHARDT
                                                     UNITED STATES DISTRICT JUDGE