UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Henry Oliver, e al v. Keystone RV Company, et al*
*No. 11-3906*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT come Gerald E. Meunier, Justin I. Woods and M. Palmer Lambert of the firm of Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC whom respectfully move to be withdrawn as counsel of record for plaintiff Henry A. Oliver, Sr. by this Honorable Court.

Movants represent that plaintiff Henry A. Oliver, Sr. will continue to be represented by co-counsel of record, Ronnie G. Penton for all matters pertinent to this pending litigation.

Respectfully submitted:

BY: s/Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
M. PALMER LAMBERT, #33228
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                             s/Justin I. Woods
                                             JUSTIN I. WOODS, #24713