# DOCUMENT RECORD FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

N 12-30635

No. **07-MD-1873** Short Title **FEMA** Date **8-13-12**

To: **Gerald Meunier**
Name: **Gainsburgh, Benjamin, David, Meunier & Warshauer**
Address: **1100 Poydras St., Ste. 2800**
City **NO,** State **LA** Zip **70163**
(504) 522-2304
Contact - Helen (504) 297-1770

**Documents Enclosed:**
- ☑ Record Vols: **21 vols.**
- ☐ Transcripts
- ☐ Exhibits ☐ Env.
- ☐ Box:
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 14 2012
LORETTA G. WHYTE
CLERK

Complete the area below and return this form with the documents to 5th Circuit.
- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐
Records listed above are returned to Clerk
ATTORNEY NAME
DATE

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title _____
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐
Records listed above have been received by Clerk
NAME
DATE

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title _____
TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐
Records listed above have been forwarded to:
ATTORNEY NAME
ADDRESS
CITY, STATE, ZIP
SIGNED
DATE

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title _____
TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐
Case records listed above received by:
JUDGE/ATTY NAME
DATE