

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to District Court Clerk's Office.

No. 12-30635 N
07-MD-1873 Short Title IN RE: FEMA TRAILERS

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG 15 2012
LORETTA G. WHYTE
CLERK

mm√

☒ Record Vols. 21
☐ Supp. Record Vols. ____
☐ Exhibits ☐

Case records listed above received by:
JUDGE/ATTY NAME Justin I. Woods
DATE 8/14/12

Eastern District of Louisiana
ATTN: Clerks Office
500 Poydras St.
New Orleans, LA 70130

7013 0336 726