UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Henry Oliver, e al v. Keystone RV Company, et al*
No. 11-3096

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Gerald E. Meunier, Justin I. Woods and M. Palmer Lambert of the firm of Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC be withdrawn as counsel of record for plaintiff Henry A. Oliver, Sr. and that he will continue to be represented by Ronnie G. Penton for all matters pertinent to this pending litigation.

New Orleans, Louisiana this 23rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE