UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-6914
*Lillian Triplett, et al v. Forest River, Inc.*

## O R D E R

Considering the "Motion for Expedited Submission by Defendant Forest River, Inc." (Rec. Doc. 25819), seeking an expedited submission date for Forest River, Inc.'s Motion for Summary Judgment Regarding Causation (Rec. Doc. 25818),

**IT IS ORDERED** that the **"Motion for Expedited Submission by Defendant Forest River, Inc." (Rec. Doc. 25819)** is hereby **DENIED**. As it stands, Forest River's motion for summary judgment is noticed for submission on September 5, 2012. Thus, Mr. Linscheid's response already is due on August 28, 2012, a mere eight days after Forest River's motion was filed. *See* LR 7.5. The Court finds shortening this response time to be unwarranted.

New Orleans, Louisiana, this 24th day of August, 2012.

                                                        _____
                                                        KURT D. ENGELHARDT
                                                        UNITED STATES DISTRICT JUDGE