UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>      FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-5847

**O R D E R**

Considering the correspondence received by the Court documenting compliance with this Court's Order of March 6, 2012 (Rec. Doc. 24739),

**IT IS ORDERED** that the Show Cause Order, issued on January 24, 2012 and presently set for September 5, 2012 **(Rec. Doc. 24245)**, is hereby deemed **SATISFIED**.  No further response shall be required.

New Orleans, Louisiana, this 24th day of August, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**