UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

**Alabama Plaintiffs**

*Keyes v. Fleetwood Enterprises, Inc., et al*, 10-cv-00222
*White v. Coachmen Industries, Inc., et al*, 11-cv-00212
*Brown et al v. Dutch Housing, Inc., et al*, 11-cv-00213
*Finley v. Keystone RV Co.*, et al 11-cv-00215
*Crockett v. Liberty Homes, Inc., et al* 11-cv-00216
*Davall et al v. Gulfstream Coach Inc., et al* 11-cv-00217
*Cherry et al v. Forest River, Inc., et al* 11-cv-00218
*Bailey et al v. Starcraft RV, Inc., et al* 11-cv-00220

### UNITED STATES OF AMERICA'S MOTION TO DISMISS ALABAMA PLAINTIFFS' CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America ("United States") pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3) hereby moves to dismiss Alabama Plaintiffs' claims against the United States for lack of subject matter jurisdiction. The Court should grant this Motion for the reasons set forth in the Memorandum filed in support hereof.

Dated: August 31, 2012.

| | |
|---|---|
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| | |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch |

P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2012, via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)