UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

**Alabama Plaintiffs**

*Keyes v. Fleetwood Enterprises, Inc., et al*, 10-cv-00222
*White v. Coachmen Industries, Inc., et al*, 11-cv-00212
*Brown et al v. Dutch Housing, Inc., et al*, 11-cv-00213
*Finley v. Keystone RV Co.*, et al 11-cv-00215
*Crockett v. Liberty Homes, Inc., et al* 11-cv-00216
*Davall et al v. Gulfstream Coach Inc., et al* 11-cv-00217
*Cherry et al v. Forest River, Inc., et al* 11-cv-00218
*Bailey et al v. Starcraft RV, Inc., et al* 11-cv-00220

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS
MOTION TO DISMISS ALABAMA PLAINTIFFS' CLAIMS FOR
LACK OF SUBJECT MATTER JURISDICTION**

The United States of America ("United States"), submits this Memorandum in support of its Motion to dismiss Alabama Plaintiffs' Claims for Lack of Subject Matter Jurisdiction. The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, constitutes a limited waiver of sovereign immunity is expressly limited to "circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." 28 U.S.C. §§ 1346(b), 2674. In each of the actions that are the subject of the government's motion, Plaintiffs assert in their Complaint, that they occupied a temporary emergency housing unit in the State of Alabama. *See* Exhibit 1, Declaration of Troy Lowe. Furthermore, the undisputed facts show that the government after Hurricanes Katrina and Rita,

voluntarily and without compensation, provided temporary emergency housing units that are the alleged cause of Plaintiffs' injuries at issue in these actions.[1] The Court lacks subject matter jurisdiction over these claims because the Fifth Circuit and this Court have held that the Alabama emergency statute, Alabama Code § 31-9-17, "abrogate[s] the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, [and therefore] the Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute." *In re FEMA Trailer Formaldehyde Products Liability Litigation*, -- F.3d ----, 2012 WL 171898 *6 (5th Cir., Jan. 23, 2012); Order and Reasons (Rec. Doc. 15061), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898.

Accordingly, for these reasons the Court should grant the United States' Motion and dismiss these Alabama Plaintiffs' FTCA claims for lack of subject matter jurisdiction.

Dated: August 31, 2012.

STUART F. DELERY                                        ADAM BAIN
Acting Assistant Attorney General                       Senior Trial Counsel

---

[1] The United States incorporates by reference in support of its argument: (1) Defendant United States of America's Memorandum in Support of its Motion to Dismiss for Lack of Jurisdiction the FTCA Claims of All "Alabama Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 10656-1); (2) Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Alabama Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 10656-2); (3) Defendant United States of America's Exhibits 1-10 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Alabama Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 10656-4 to 10656-13); and (4) Defendant United States of America's Reply Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Alabama Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec.11870).

| | |
|---|---|
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | *//S// Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)