UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

*******************************************************************

## DECLARATION OF TROY D. LOWE

I, Troy D. Lowe, state and declare as follows:

1. I am employed as a Law Clerk and have been assigned to work on the above-referenced action. As part of my duties and responsibilities I was tasked with identifying Complaints that assert claims by Plaintiffs against the United States for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Alabama.

2. I have reviewed the Complaints that the following cases that have been filed or transferred to the Eastern District of Louisiana:

> *Keyes v. Fleetwood Enterprises, Inc., et al*, 10-cv-00222
> *White v. Coachmen Industries, Inc., et al*, 11-cv-00212
> *Brown et al v. Dutch Housing, Inc., et al*, 11-cv-00213
> *Finley v. Keystone RV Co.*, et al 11-cv-00215
> *Crockett v. Liberty Homes, Inc., et al* 11-cv-00216
> *Davall et al v. Gulfstream Coach Inc., et al* 11-cv-00217
> *Cherry et al v. Forest River, Inc., et al* 11-cv-00218
> *Bailey et al v. Starcraft RV, Inc., et al* 11-cv-00220

3. The Complaints in each of these actions assert that the Plaintiffs in these actions occupied temporary emergency housing units in the State of Alabama.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of August, 2012.

TROY D. LOWE
Law Clerk
Washington, D.C. 20004