UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT RELATES:**

**Alabama Plaintiffs**

*Keyes v. Fleetwood Enterprises, Inc., et al*, 10-cv-00222
*White v. Coachmen Industries, Inc., et al*, 11-cv-00212
*Brown et al v. Dutch Housing, Inc., et al*, 11-cv-00213
*Finley v. Keystone RV Co.*, et al 11-cv-00215
*Crockett v. Liberty Homes, Inc., et al* 11-cv-00216
*Davall et al v. Gulfstream Coach Inc., et al* 11-cv-00217
*Cherry et al v. Forest River, Inc., et al* 11-cv-00218
*Bailey et al v. Starcraft RV, Inc., et al* 11-cv-00220

NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Defendant United States of America's Motion for to Dismiss for Lack of Subject Matter Jurisdiction is set for submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument on, the 3rd day of October at 9:30 a.m.

| | |
|---|---|
| Dated: August 31, 2012. | Respectfully Submitted, |
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK | United States Department of Justice |

1

Assistant Director                                        Civil Division – Torts Branch
                                                          P.O. Box 340, Ben Franklin Station
                                                          Washington, D.C. 20004
                                                          Telephone No:  (202) 616-4223
                                                          E-mail:  Henry.Miller@USDOJ.Gov

                                                          Attorneys for the United States of America

## CERTIFICATE OF SERVICE

     I hereby certify that on August 31, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                                       *//S// Henry T. Miller*
                                                                       HENRY T. MILLER (D.C. Bar No. 411885)