UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                             MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION N-5

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

Mississippi Plaintiffs

*Boudreaux v. Coachmen Industries, Inc.,* **09-cv-06911**
*Barnes v. Pilgrim International, Inc.,* **09-cv-06912**
*Antoine v. Skyline Corporation,* **09-cv-06889**
*Barrett v. Gulf Stream Coach, Inc.,* **09-cv-06913**
*Triplett v. Forest River Inc,* **09-cv-06914**
*Smith v. Frontier RV, Inc. et al,* **10-cv-01355**
*Gonzales et al v. Forest River, Inc. et al,* **10-cv-01358**
*Abdelhafiz et al v. Thor Industries, Inc. et al,* **10-cv-01378**
*Martin et al v. Lakeside Park Homes, Inc. et al,***10-cv-02597**
*Lenoir et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02615**
*Dubose et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02881**
*Huckabee v. Fleetwood Enterprises, Inc.,* **08-cv-04095**
*Flynn v. United States of America,* **09-cv-03941**
*Denson v. Gulf Stream Coach, Inc.,* **09-cv-05543**
*Allen v. Keystone RV Company,* **09-cv-05550**
*Davison v. KZRV, LP,* **09-cv-05554**
*Galloway v. Champion Home Builders Co.,* **09-cv-05560**
*Bardwell v. Redman Homes Inc,* **09-cv-05594**
*Terrel v. Skyline Corporation et al,* **10-cv-00256**
*Thompson v. Skyline Corporation et al,* **10-cv-00275**
*Crawford et al v. Thor California Inc et al,* **10-cv-00472**
*Ellzey et al v. Coachmen Industries, Inc. et al,* **10-cv-00477**
*Holmes et al v. DS Corp. et al,* **10-cv-00483**
*Laird v. Keystone Industries, Inc. et al,* **10-cv-00490**
*Dixon et al v. Keystone Industries, Inc. et al,* **10-cv-00907**
*Fountain et al v. Superior Homes, LLC et al,* **10-cv-01354**
*Hawkins v. Gulf Stream Coach, Inc. et al,* **10-cv-01361**
*Narcisse v. Gulf Stream Coach, Inc. et al,* **10-cv-01405**
*Acevedo et al v. CH2M Hill Constructors, Inc,* **10-cv-02032**
*Fulkerson v. CH2M Hill Constructors, Inc. et al,* **10-cv-02033**

*Lucas et al v. Starcraft RV, Inc. et al*, **10-cv-02598**
*Johnson et al v. Coachmen Industries, Inc. et al*, **10-cv-02599**
*Williams v. Waverlee Homes, Inc. et al*, **10-cv-02600**
*Shambarger v. Skyline Corporation et al*, **10-cv-02601**
*Dillon et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02602**
*Benefield et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02604**
*Keyes et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02605**
*Geisel et al v. Sun Valley, Inc. et al*, **10-cv-02607**
*Stogner et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02608**
*Dedeaux v. Hy-Line Enterprises, Inc. et al*, **10-cv-02610**
*Quinn et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02611**
*Bridges et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02612**
*Brent v. Heartland Recreational Vehicles, LLC et al*, **10-cv-02616**
*Johnson v. Northwood Manufacturing, Inc. et al*, **10-cv-02617**
*Manning v. CH2M Hill Constructors, Inc. et al*, **10-cv-02687**
*Buckhalter et al v. Bechtel National, Inc et al*, **10-cv-02688**
*Booth et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02695**
*Armstrong et al v. Allen Camper Manufacturing Company, Inc., et al*, **10-cv-02877**
*Antoine et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02878**
*Thompson et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02879**
*Bianchi et al v. CH2M Hill Constructors, Inc. et al*, **10-cv-02880**
*Rider et al v. Bechtel National, Inc., et al.*, **10-cv-02883**
*Sibley v. Keystone Industries, Inc., et al*, **10-cv-02907**
*Powell et al v. Bechtel National, Inc. et al*, **10-cv-04405**
*Bourgeois et al v. Townhomes, LLC et al*, **10-cv-04406**
*Stewart et al v. KZRV LP et al*, **10-cv-04407**
*Norman et al v. Dutchmen Manufacturing, Inc. et al*, **10-cv-04408**
*Poole v. Lexington Homes, Inc. et al*, **10-cv-04612**
*Johnson v. Fleetwood Enterprises, Inc.*, **09-cv-06910**
*Williams v. Southern Energy Homes, Inc. et al*, **10-cv-02689**
*Evans v. Alliance Homes, Inc.*, **10-cv-03126**

### UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS MISSISSIPPI  PLAINTIFFS' CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

The United States of America ("United States"), submits this Memorandum in support of

its Motion to dismiss Mississippi Plaintiffs' Claims for Lack of Subject Matter Jurisdiction. The

Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, constitutes a limited

waiver of sovereign immunity is expressly limited to "circumstances where the United States, if a

private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."  28 U.S.C. §§ 1346(b), 2674. In each of the actions that are the subject of the government's motion, Plaintiffs assert in their Complaint, that they occupied a temporary emergency housing unit in the State of Mississippi. *See* Exhibit 1, Declaration of Troy Lowe. Furthermore, the undisputed facts show that the government after Hurricanes Katrina and Rita, voluntarily and without compensation, provided temporary emergency housing units that are the alleged cause of Plaintiffs' injuries at issue in these actions.[1]   The Court lacks subject matter jurisdiction because the Fifth Circuit and this Court have held that the Mississippi emergency statute, Miss. Code §33-15-21(b), "abrogate[s] the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, [and therefore] the Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute."  *In re FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281 (5th Cir. 2012); *see also* Order and Reasons (Rec. Doc. 14486).

---

[1] The United States incorporates by reference in support of its argument: (1) Defendant United States of America's Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-1); (2) Defendant United States of America's Statement of Facts in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 7690-2); (3) Defendant United States of American's Exhibits 1-14 Submitted in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec.7690-4 to 7680-17); and (4) Defendant United States of America's Reply Memorandum in Support of its Motion to Dismiss the Remaining FTCA Claims of All "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Doc. Rec. 9828).

Accordingly, for these reasons the Court should grant the government's Motion and dismiss these actions for lack of subject matter jurisdiction.

Dated: August 31, 2012.                    Respectfully Submitted,

STUART F. DELERY                           ADAM BAIN
Acting Assistant Attorney General          Senior Trial Counsel

J. PATRICK GLYNN                           //S// *Henry T. Miller*_____
Director, Torts Branch, Civil Division     HENRY T. MILLER (D.C. Bar No. 411885)
                                           Senior Trial Counsel
DAVID S. FISHBACK                          United States Department of Justice
Assistant Director                         Civil Division – Torts Branch
                                           P.O. Box 340, Ben Franklin Station
                                           Washington, D.C. 20004
                                           Telephone No: (202) 616-4223
                                           E-mail: Henry.Miller@USDOJ.Gov

                                           Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                            //S// *Henry T. Miller*_____
                            HENRY T. MILLER (D.C. Bar No. 411885)