UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

*********************************************************************

## DECLARATION OF TROY D. LOWE

I, Troy D. Lowe, state and declare as follows:

1. I am employed as a Law Clerk and have been assigned to work on the above-referenced action. As part of my duties and responsibilities I was tasked with identifying Complaints that assert claims by Plaintiffs against the United States for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Mississippi .

2. I have reviewed the Complaints in the following actions:

*Boudreaux v. Coachmen Industries, Inc.*, 09-cv-06911
*Barnes v. Pilgrim International, Inc.*, 09-cv-06912
*Antoine v. Skyline Corporation*, 09-cv-06889
*Barrett v. Gulf Stream Coach, Inc.*, 09-cv-06913
*Triplett v. Forest River Inc*, 09-cv-06914
*Smith v. Frontier RV, Inc. et al*, 10-cv-01355
*Gonzales et al v. Forest River, Inc. et al*, 10-cv-01358
*Abdelhafiz et al v. Thor Industries, Inc. et al*, 10-cv-01378
*Martin et al v. Lakeside Park Homes, Inc. et al*, 10-cv-02597
*Lenoir et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02615
*Dubose et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02881
*Huckabee v. Fleetwood Enterprises, Inc.*, 08-cv-04095
*Flynn v. United States of America*, 09-cv-03941
*Denson v. Gulf Stream Coach, Inc.*, 09-cv-05543
*Allen v. Keystone RV Company*, 09-cv-05550
*Davison v. KZRV, LP*, 09-cv-05554
*Galloway v. Champion Home Builders Co.*, 09-cv-05560
*Bardwell v. Redman Homes Inc*, 09-cv-05594
*Terrel v. Skyline Corporation et al*, 10-cv-00256

*Thompson v. Skyline Corporation et al*, 10-cv-00275
*Crawford et al v. Thor California Inc et al*, 10-cv-00472
*Ellzey et al v. Coachmen Industries, Inc. et al*, 10-cv-00477
*Holmes et al v. DS Corp. et al*, 10-cv-00483
*Laird v. Keystone Industries, Inc. et al*, 10-cv-00490
*Dixon et al v. Keystone Industries, Inc. et al*, 10-cv-00907
*Fountain et al v. Superior Homes, LLC et al*, 10-cv-01354
*Hawkins v. Gulf Stream Coach, Inc. et al*, 10-cv-01361
*Narcisse v. Gulf Stream Coach, Inc. et al*, 10-cv-01405
*Acevedo et al v. CH2M Hill Constructors, Inc*, 10-cv-02032
*Fulkerson v. CH2M Hill Constructors, Inc. et al*, 10-cv-02033
*Lucas et al v. Starcraft RV, Inc. et al*, 10-cv-02598
*Johnson et al v. Coachmen Industries, Inc. et al*, 10-cv-02599
*Williams v. Waverlee Homes, Inc. et al*, 10-cv-02600
*Shambarger v. Skyline Corporation et al*, 10-cv-02601
*Dillon et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02602
*Benefield et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02604
*Keyes et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02605
*Geisel et al v. Sun Valley, Inc. et al*, 10-cv-02607
*Stogner et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02608
*Dedeaux v. Hy-Line Enterprises, Inc. et al*, 10-cv-02610
*Quinn et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02611
*Bridges et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02612
*Brent v. Heartland Recreational Vehicles, LLC et al*, 10-cv-02616
*Johnson v. Northwood Manufacturing, Inc. et al*, 10-cv-02617
*Manning v. CH2M Hill Constructors, Inc. et al*, 10-cv-02687
*Buckhalter et al v. Bechtel National, Inc et al*, 10-cv-02688
*Booth et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02695
*Armstrong et al v. Allen Camper Manufacturing Company, Inc., et al*, 10-cv-02877
*Antoine et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02878
*Thompson et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02879
*Bianchi et al v. CH2M Hill Constructors, Inc. et al*, 10-cv-02880
*Rider et al v. Bechtel National, Inc., et al.*, 10-cv-02883
*Sibley v. Keystone Industries, Inc., et al*, 10-cv-02907
*Powell et al v. Bechtel National, Inc. et al*, 10-cv-04405
*Bourgeois et al v. Townhomes, LLC et al*, 10-cv-04406
*Stewart et al v. KZRV LP et al*, 10-cv-04407
*Norman et al v. Dutchmen Manufacturing, Inc. et al*, 10-cv-04408
*Poole v. Lexington Homes, Inc. et al*, 10-cv-04612
*Johnson v. Fleetwood Enterprises, Inc.*, 09-cv-06910
*Williams v. Southern Energy Homes, Inc. et al*, 10-cv-02689
*Evans v. Alliance Homes, Inc.*, 10-cv-03126

3. The Complaints in each of these actions assert that the Plaintiffs

in these actions occupied temporary emergency housing units in the State of Mississippi.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of August, 2012.

TROY D. LOWE
Law Clerk
Washington, D.C. 20004