UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION N-5
                                                              JUDGE ENGELHARDT
                                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

*Boudreaux v. Coachmen Industries, Inc.,* **09-cv-06911**
*Barnes v. Pilgrim International, Inc.,* **09-cv-06912**
*Antoine v. Skyline Corporation,* **09-cv-06889**
*Barrett v. Gulf Stream Coach, Inc.,* **09-cv-06913**
*Triplett v. Forest River Inc,* **09-cv-06914**
*Smith v. Frontier RV, Inc. et al,* **10-cv-01355**
*Gonzales et al v. Forest River, Inc. et al,* **10-cv-01358**
*Abdelhafiz et al v. Thor Industries, Inc. et al,* **10-cv-01378**
*Martin et al v. Lakeside Park Homes, Inc. et al,* **10-cv-02597**
*Lenoir et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02615**
*Dubose et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02881**
*Huckabee v. Fleetwood Enterprises, Inc.,* **08-cv-04095**
*Flynn v. United States of America,* **09-cv-03941**
*Denson v. Gulf Stream Coach, Inc.,* **09-cv-05543**
*Allen v. Keystone RV Company,* **09-cv-05550**
*Davison v. KZRV, LP,* **09-cv-05554**
*Galloway v. Champion Home Builders Co.,* **09-cv-05560**
*Bardwell v. Redman Homes Inc,* **09-cv-05594**
*Terrel v. Skyline Corporation et al,* **10-cv-00256**
*Thompson v. Skyline Corporation et al,* **10-cv-00275**
*Crawford et al v. Thor California Inc et al,* **10-cv-00472**
*Ellzey et al v. Coachmen Industries, Inc. et al,* **10-cv-00477**
*Holmes et al v. DS Corp. et al,* **10-cv-00483**
*Laird v. Keystone Industries, Inc. et al,* **10-cv-00490**
*Dixon et al v. Keystone Industries, Inc. et al,* **10-cv-00907**
*Fountain et al v. Superior Homes, LLC et al,* **10-cv-01354**
*Hawkins v. Gulf Stream Coach, Inc. et al,* **10-cv-01361**
*Narcisse v. Gulf Stream Coach, Inc. et al,* **10-cv-01405**
*Acevedo et al v. CH2M Hill Constructors, Inc,* **10-cv-02032**
*Fulkerson v. CH2M Hill Constructors, Inc. et al,* **10-cv-02033**
*Lucas et al v. Starcraft RV, Inc. et al,* **10-cv-02598**
*Johnson et al v. Coachmen Industries, Inc. et al,* **10-cv-02599**
*Williams v. Waverlee Homes, Inc. et al,* **10-cv-02600**

*Shambarger v. Skyline Corporation et al,* **10-cv-02601**
*Dillon et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02602**
*Benefield et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02604**
*Keyes et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02605**
*Geisel et al v. Sun Valley, Inc. et al,* **10-cv-02607**
*Stogner et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02608**
*Dedeaux v. Hy-Line Enterprises, Inc. et al,* **10-cv-02610**
*Quinn et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02611**
*Bridges et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02612**
*Brent v. Heartland Recreational Vehicles, LLC et al,* **10-cv-02616**
*Johnson v. Northwood Manufacturing, Inc. et al,* **10-cv-02617**
*Manning v. CH2M Hill Constructors, Inc. et al,* **10-cv-02687**
*Buckhalter et al v. Bechtel National, Inc et al,* **10-cv-02688**
*Booth et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02695**
*Armstrong et al v. Allen Camper Manufacturing Company, Inc., et al,* **10-cv-02877**
*Antoine et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02878**
*Thompson et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02879**
*Bianchi et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02880**
*Rider et al v. Bechtel National, Inc., et al.,* **10-cv-02883**
*Sibley v. Keystone Industries, Inc., et al,* **10-cv-02907**
*Powell et al v. Bechtel National, Inc. et al,* **10-cv-04405**
*Bourgeois et al v. Townhomes, LLC et al,* **10-cv-04406**
*Stewart et al v. KZRV LP et al,* **10-cv-04407**
*Norman et al v. Dutchmen Manufacturing, Inc. et al,* **10-cv-04408**
*Poole v. Lexington Homes, Inc. et al,* **10-cv-04612**
*Johnson v. Fleetwood Enterprises, Inc.,* **09-cv-06910**
*Williams v. Southern Energy Homes, Inc. et al,* **10-cv-02689**
*Evans v. Alliance Homes, Inc.,* **10-cv-03126**

## ORDER

Considering Defendant United States of America's Motion to Dismiss Mississippi Plaintiffs' Claims Against the United States in the above-referenced actions, the Fifth Circuit Court of Appeals decision in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281 (5th Cir. 2012), and this Court's Order and Reasons (Rec. Doc. 14486) this Court **GRANTS** the government's the motion and

**IT IS ORDERED** that Plaintiffs' claims against United States of America are dismissed

2

for lack of subject matter jurisdiction.

      **DONE AND SIGNED** this _____ day of _____, 2012.

                                                    _____
                                                    **HONORABLE KURT D. ENGELHARDT**
                                                    **JUDGE, UNITED STATES DISTRICT COURT**
                                                    **EASTERN DISTRICT OF LOUISIANA**