UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"
                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES:

**Mississippi Plaintiffs**

*Boudreaux v. Coachmen Industries, Inc.,* **09-cv-06911**
*Barnes v. Pilgrim International, Inc.,* **09-cv-06912**
*Antoine v. Skyline Corporation,* **09-cv-06889**
*Barrett v. Gulf Stream Coach, Inc.,* **09-cv-06913**
*Triplett v. Forest River Inc,* **09-cv-06914**
*Smith v. Frontier RV, Inc. et al,* **10-cv-01355**
*Gonzales et al v. Forest River, Inc. et al,* **10-cv-01358**
*Abdelhafiz et al v. Thor Industries, Inc. et al,* **10-cv-01378**
*Martin et al v. Lakeside Park Homes, Inc. et al,* **10-cv-02597**
*Lenoir et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02615**
*Dubose et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02881**
*Huckabee v. Fleetwood Enterprises, Inc.,* **08-cv-04095**
*Flynn v. United States of America,* **09-cv-03941**
*Denson v. Gulf Stream Coach, Inc.,* **09-cv-05543**
*Allen v. Keystone RV Company,* **09-cv-05550**
*Davison v. KZRV, LP,* **09-cv-05554**
*Galloway v. Champion Home Builders Co.,* **09-cv-05560**
*Bardwell v. Redman Homes Inc,* **09-cv-05594**
*Terrel v. Skyline Corporation et al,* **10-cv-00256**
*Thompson v. Skyline Corporation et al,* **10-cv-00275**
*Crawford et al v. Thor California Inc et al,* **10-cv-00472**
*Ellzey et al v. Coachmen Industries, Inc. et al,* **10-cv-00477**
*Holmes et al v. DS Corp. et al,* **10-cv-00483**
*Laird v. Keystone Industries, Inc. et al,* **10-cv-00490**
*Dixon et al v. Keystone Industries, Inc. et al,* **10-cv-00907**
*Fountain et al v. Superior Homes, LLC et al,* **10-cv-01354**
*Hawkins v. Gulf Stream Coach, Inc. et al,* **10-cv-01361**
*Narcisse v. Gulf Stream Coach, Inc. et al,* **10-cv-01405**
*Acevedo et al v. CH2M Hill Constructors, Inc,* **10-cv-02032**
*Fulkerson v. CH2M Hill Constructors, Inc. et al,* **10-cv-02033**

*Lucas et al v. Starcraft RV, Inc. et al,* **10-cv-02598**
*Johnson et al v. Coachmen Industries, Inc. et al,* **10-cv-02599**
*Williams v. Waverlee Homes, Inc. et al,* **10-cv-02600**
*Shambarger v. Skyline Corporation et al,* **10-cv-02601**
*Dillon et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02602**
*Benefield et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02604**
*Keyes et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02605**
*Geisel et al v. Sun Valley, Inc. et al,* **10-cv-02607**
*Stogner et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02608**
*Dedeaux v. Hy-Line Enterprises, Inc. et al,* **10-cv-02610**
*Quinn et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02611**
*Bridges et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02612**
*Brent v. Heartland Recreational Vehicles, LLC et al,* **10-cv-02616**
*Johnson v. Northwood Manufacturing, Inc. et al,* **10-cv-02617**
*Manning v. CH2M Hill Constructors, Inc. et al,* **10-cv-02687**
*Buckhalter et al v. Bechtel National, Inc et al,* **10-cv-02688**
*Booth et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02695**
*Armstrong et al v. Allen Camper Manufacturing Company, Inc., et al,* **10-cv-02877**
*Antoine et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02878**
*Thompson et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02879**
*Bianchi et al v. CH2M Hill Constructors, Inc. et al,* **10-cv-02880**
*Rider et al v. Bechtel National, Inc., et al.,* **10-cv-02883**
*Sibley v. Keystone Industries, Inc., et al,* **10-cv-02907**
*Powell et al v. Bechtel National, Inc. et al,* **10-cv-04405**
*Bourgeois et al v. Townhomes, LLC et al,* **10-cv-04406**
*Stewart et al v. KZRV LP et al,* **10-cv-04407**
*Norman et al v. Dutchmen Manufacturing, Inc. et al,* **10-cv-04408**
*Poole v. Lexington Homes, Inc. et al,* **10-cv-04612**
*Johnson v. Fleetwood Enterprises, Inc.,* **09-cv-06910**
*Williams v. Southern Energy Homes, Inc. et al*, **10-cv-02689**
*Evans v. Alliance Homes, Inc.,* **10-cv-03126**

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Defendant United States of America's Motion for to Dismiss for Lack of Subject Matter Jurisdiction is set for submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument, on the 3rd day of October at 9:30 a.m.

| | |
|---|---|
| Dated: August 31, 2012. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | *//S// Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                  *//S// Henry T. Miller*
                                                  HENRY T. MILLER (D.C. Bar No. 411885)