UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*McKinzy et al v. Sunray RV, LLC et al*, 10-cv-04528
*Anderson et al v. Frontier RV, Inc. et al*, 11-cv-00409

**UNITED STATES OF AMERICA'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m) AND EFFECT SERVICE OF THE COMPLAINT IN A TIMELY MANNER**

Defendant the United States of America ("United States") submits this Motion to Dismiss two actions brought by Texas Plaintiffs for failure to comply with Fed. R. Civ. P. 4(m) and effect service in a timely manner. The Court should grant this Motion for the reasons set forth in the Memorandum filed in support hereof.

Dated: August 31, 2012.

| | |
|---|---|
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2012, via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                  *//S// Henry T. Miller*
                                                  HENRY T. MILLER (D.C. Bar No. 411885)