**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 07-1873** |
| | **SECTION N-5** |
| | **JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**

***McKinzy et al v. Sunray RV, LLC et al*, 10-cv-04528**
***Anderson et al v. Frontier RV, Inc. et al*, 11-cv-00409**

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m) AND EFFECT SERVICE OF THE COMPLAINT IN A TIMELY MANNER**

Defendant the United States of America ("United States") submits this Memorandum in support of its Motion to Dismiss these two actions for failure to comply with Fed. R. Civ. P. 4(m) and effect service of the Complaint and upon the United States Attorney General and the United States Attorney for the district where the action was commenced in a timely manner *See* Fed. R. Civ. P. 4(i)(1)(A) & (m).

Rule 4 of the Federal Rules of Civil Procedure is quite clear on the proper method for serving an agency of the United States. Under Rule 4 to effectuate service on the United States the plaintiff must serve the United States as specified in Rule 4(i)(1). *See* Fed. R. Civ. P. 4(i)(1)(A). This rule required service of the summons and the complaint upon the United States Attorney for the district where the action is brought and upon the Attorney General of the United States. *See* Fed. R. Civ. P. 4(i)(1)(A). The Court has provided ample notice to Counsel in this action of the requirement that they comply with the Rule 4 and complete service. *See* Order (Doc.

Rec. 25687); Order (Doc. Rec. 25730). Furthermore, on August 20, 2012, the undersigned government counsel notified Plaintiffs' Liaison Counsel of the Plaintiffs failure to perfect service in these actions, and has received no response or indication from Plaintiffs that they will remedy their failure to perfect service and file required documentation with the Court. *See* Ex. 1, Declaration Troy Lowe.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Well more than 120 days have passed since plaintiffs filed their complaints – all of these actions were initiated on or before 2011; therefore the claims against the United States are subject to dismissal. There is no good cause for Plaintiffs failure to perfect service in these actions and file the required documentation with the Court. On June 14, 2012, the Court placed all Plaintiff's counsel on notice of the Court's intent to enforce the requirements of Fed. R. Civ. P. 4, and that failure to comply with the requirement will result in dismissal of their action. *See* Order (Doc. Rec. 25687); Order (Doc. Rec. 25730). Furthermore, on August 20, 2012, undersigned government counsel provided Plaintiffs Liaison Counsel with notice that the Plaintiffs in these actions had failed comply with requirements of Fed. R. Civ. P. 4.

Accordingly, because Plaintiffs have failed to demonstrate good cause for failing to comply with the requirements of Fed. R. Civ. P. 4(i)(1) and (m), the Court should grant the United States' motion and dismiss these actions without prejudice.

Dated: August 31, 2012.

STUART F. DELERY
Acting Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

ADAM BAIN
Senior Trial Counsel

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2012, via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)