UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

*******************************************************************

## DECLARATION OF TROY D. LOWE

I, Troy D. Lowe, state and declare as follows:

1. I am employed as a Law Clerk and have been assigned to work on the above-referenced action. As part of my duties and responsibilities I was tasked with identifying whether Plaintiffs in those actions have filed documentation showing that the Complaint has been served on the United States Attorney General and United States Attorney for the district where the Complaint was originally filed..

2. I have reviewed the docket sheet in the originating district where the Complaint was filed, the docket sheet for the Multi-District Litigation action, Docket number 07-MD-1873 (E.D La.), and the docket sheet maintained by the Eastern District of Louisiana for the following actions:

*McKinzy et al v. Sunray RV, LLC et al*, 10-cv-04528
*Anderson et al v. Frontier RV, Inc. et al*, 11-cv-00409

3. Based upon my review of docket sheets Plaintiffs in these actions have not filed documents with the Court showing that the United States Attorney General, and the United States Attorney for the district where the complaint was originally filed, have been served with the Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of August, 2012.

_____
TROY D. LOWE
Law Clerk
Washington, D.C. 20004