UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*McKinzy et al v. Sunray RV, LLC et al*, 10-cv-04528
*Anderson et al v. Frontier RV, Inc. et al*, 11-cv-00409

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel contacted and conferred by e-mail with Plaintiffs' Liaison Counsel Gerald Meunier and Justin Woods, Manufacturer's Litigation Liaison Counsel Andy Weinstock, Manufacturer's Settling Liaison Counsel Ryan Johnson, Government Contractors' Liaison Counsel David Kurtz, and Insurers' Liaison Counsel Charles Leche. Manufacturer's Settling Liaison Counsel, Ryan Johnson and Government Contractor's Liaison Counsel responded and have indicated that their respective groups do not oppose the Government's Motion. Other Liaison Counsel have not responded, and accordingly the United States has assumes that they intend to oppose the instant Motion.

| | |
|---|---|
| Dated: August 31, 2012. | Respectfully, |
| | |
| STUART F. DELERY | ADAM BAIN |
| Acting Assistant Attorney General | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | //S// *Henry T. Miller* |
| Director, Torts Branch, Civil Division | HENRY T. MILLER (D.C. Bar No. 411885) |
| | Senior Trial Counsel |
| DAVID S. FISHBACK | United States Department of Justice |
| Assistant Director | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| | Washington, D.C. 20004 |

           Telephone No:  (202) 616-4223
           E-mail:  Henry.Miller@USDOJ.Gov

           Attorneys for the United States of America

## CERTIFICATE OF SERVICE

  I hereby certify that on August 31, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

           *//S// Henry T. Miller*
           HENRY T. MILLER (D.C. Bar No. 411885)