UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　　SECTION N-5
　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*McKinzy et al v. Sunray RV, LLC et al*, 10-cv-04528
*Anderson et al v. Frontier RV, Inc. et al*, 11-cv-00409

ORDER

Considering United States of America's Motion to Dismiss and because Plaintiffs have filed these actions well more than eight months ago and having failed to perfect service upon the government as required by Fed. R. Civ. P. (I)(1)(A), notwithstanding having had ample notice and opportunity to perfect their claims, the Court, consistent with Fed. R. Civ. P. 4(m) **GRANTS** the motion dismiss.

Accordingly, **IT IS ORDERED** that claims against United States of America in these actions are dismissed without prejudice.

**DONE AND SIGNED** this _____ day of _____, 2012.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**HONORABLE KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　**JUDGE, UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　**EASTERN DISTRICT OF LOUISIANA**