UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

**Louisiana Plaintiffs,** *see* **Exhibit 1, Attachment 1.**

**UNITED STATES OF AMERICA'S MOTION TO DISMISS LOUISIANA PLAINTIFFS' CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION, AND TO DISMISS CERTAIN LOUISIANA ACTIONS FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m) AND EFFECT SERVICE OF THE COMPLAINT IN A TIMELY MANNER**

Defendant the United States of America submits this Motion to Dismiss Louisiana Plaintiffs' claims against the United States for lack of subject matter jurisdiction, and certain Louisiana actions for failure to comply with Fed. R. Civ. P. 4(m) and effect service of the Complaint in a timely manner. The United States request to dismiss for lack of subject matter jurisdiction relates to all actions listed in Exhibit 1, Attachment 1. *See* Exhibit 1, Attachment 1, Louisiana Complaints. The United States' request to dismiss certain Louisiana actions for failure to comply with Fed. R. Civ. P. 4(m) applies to all actions listed in Exhibit 1, Attachment 2. *See* Exhibit 1, Declaration of Troy Lowe, Attachment 2, List of Louisiana Complaints No Service Recorded.

The Court should grant this Motion for the reasons set forth in the Memorandum filed in support hereof.

Dated: August 31, 2012.

| | |
|---|---|
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | *//S// Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2012, via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                           *//S// Henry T. Miller*
                                           HENRY T. MILLER (D.C. Bar No. 411885)