**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                        MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION N-5

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

**All Louisiana Plaintiffs,** *see* **Exhibit 1, Attachment 1.**

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel contacted and conferred by e-mail with

Plaintiffs' Liaison Counsel Gerald Meunier and Justin Woods, Manufacturer's Litigation Liaison

Counsel Andy Weinstock, Manufacturer's Settling Liaison Counsel Ryan Johnson, Government

Contractors' Liaison Counsel David Kurtz, and Insurers' Liaison Counsel Charles Leche.

Manufacturer's Settling Liaison Counsel, Ryan Johnson and Government Contractor's Liaison

Counsel responded and have indicated that their respective groups do not oppose the

Government's Motion. Other Liaison Counsel have not responded, and accordingly the United

States has assumes that they intend to oppose the instant Motion.

Dated:  August 31, 2012.                   Respectfully,

STUART F. DELERY                           ADAM BAIN
Acting Assistant Attorney General          Senior Trial Counsel

J. PATRICK GLYNN                           //S// *Henry T. Miller*
Director, Torts Branch, Civil Division     HENRY T. MILLER (D.C. Bar No. 411885)
                                           Senior Trial Counsel
DAVID S. FISHBACK                          United States Department of Justice
Assistant Director                         Civil Division – Torts Branch
                                           P.O. Box 340, Ben Franklin Station
                                           Washington, D.C. 20004

Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)

2