UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES:

**Louisiana Plaintiffs,** *see* **Exhibit 1, Attachment 1.**

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Defendant United States of America's Motion for to Dismiss for Lack of Subject Matter Jurisdiction and to Dismiss Certain Actions for Failure to Comply with Fed. R. Civ. P. 4(m) is set for submission before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument, on the 3rd day of October at 9:30 a.m.

| | |
|---|---|
| Dated: August 31, 2012. | Respectfully Submitted, |
| STUART F. DELERY<br>Acting Assistant Attorney General | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | //S// Henry T. Miller<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2012, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                       *//S// Henry T. Miller*
                                       HENRY T. MILLER (D.C. Bar No. 411885)