UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         FORMALDEHYDE PRODUCTS         LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * * | |
| *Lillian Triplett, et al v. Forest River, Inc., et al*  **Docket No. 09-6914** | * * * | MAG: CHASEZ |

*************************************************************************

## UNOPPOSED MOTION TO WITHDRAW FOREST RIVER, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING CAUSATION

On Monday, August 20, 2012 Defendant Forest River, Inc. ("Forest River") moved this Court for Summary Judgment, dismissing the claims of Plaintiff Wilbert W. Linscheid from the above referenced-suit based on his inability to establish causation, an essential element of his claim. [Rec. Doc. 25818].

After Forest River filed its Motion for Summary Judgment, Plaintiff informed counsel for Forest River that he would no longer be opting-out from the upcoming class settlement, and requested Forest River to withdraw its Motion for Summary Judgment. With that assurance, Forest River no longer wishes to pursue their previously filed Motion for Summary Judgment against Mr. Linscheid and moves for it to be withdrawn.

**WHEREFORE**, Forest River, Inc. prays that its Motion for Summary Judgment Regarding Causation is hereby granted.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR., T.A. (#6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (#24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com

**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on the 4th day of September, 2012 via electronic filing.

/s/ Ernest P. Gieger, Jr.