UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Lillian Triplett, et al v. Forest River, Inc.,* | * | MAG: CHASEZ |
| *et al* | * | |
| **Docket No. 09-6914** | * | |

**************************************************************************

### CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10, the undersigned hereby certifies that Plaintiff's counsel requested that Forest River, Inc. withdraw its previously filed Motion for Summary Judgment Regarding Causation, and therefore there is no opposition to the filing of this Motion to Withdraw.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com

**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the forgoing document has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on the 4th day of September, 2012 via electronic filing.

                                      /s/ Ernest P. Gieger, Jr.