UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER             * | | MDL NO. 1873 |
|          FORMALDEHYDE PRODUCTS  * | | |
|          LIABILITY LITIGATION   * | | SECTION "N" (5) |
| * | | |
| * | | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:   * | | |
| * | | |
| *Lillian Triplett, et al v. Forest River, Inc.,*   * | | MAG: CHASEZ |
| *et al*                         * | | |
| **Docket No. 09-6914**          * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Forest River's Motion for Summary Judgment Regarding Causation;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Withdraw Forest River's Motion for Summary Judgment Regarding Causation is granted and, accordingly, the previously filed Motion for Summary Judgment is hereby withdrawn.

NEW ORLEANS, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT