UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br><br>*Lillian Triplett, et al v. Forest River, Inc.,<br>et al*<br>**Docket No. 09-6914** | * * * * * | <br><br>MAG: CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Forest River's Motion for Summary Judgment Regarding Causation;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Withdraw Forest River's Motion for Summary Judgment Regarding Causation is granted and, accordingly, the previously filed Motion for Summary Judgment is hereby withdrawn.

NEW ORLEANS, Louisiana, this  5th  day of    September   , 2012.

_____
HONORABLE KURT D. ENGELHARDT