FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 SEP -4 PM 12:18

LORETTA G. WHYTE
CLERK

August 20, 2012

Napoleon Taylor
420 SW 154th St Apt 106
Burien, WA 98166

I Have written your office several time. Telling your office about a sewer over flow in golden court next to my trail in N-6. where the fire department were there along with other worker from other company. I have past out in these 2 trailer that I lived in about up to ten time. For as a settlement ment I have recieved a letter offering me one dollar. And since I stayed in two different trail I would get more from the other trailer. is this one of two settlement or is the a second settlement from the other trailer is included in this one offer. And also I would like to know How many people is involved in settlement. If the settlement is Reasonable I will settle cause I do not think is would be fair. I need more information and if not fair I would like A PSC and we can take it from there. I'm disable and I have been evicted from my Apartment Raymond Jr. Walter phone 206) 634-2660 FAX 206 632-3863 took me to court for eviction. My Brother stay in this apartment. But when I was stay in golden court my neighbor die. There is no treatment for formaldehyde we the victim get sicker as we live in the long term. And I am pushing for PSC and you may Refer my names list now. And for hurricane Katrina I was in New Orleans Parish Prison And they which issuing out check for people in jail in this building 3800 Ere Centre on Poydras st. Could you get that info for me or pass it along. I'm homeless I didn't Have a home or place to live now And there are A lot of people in this position.

MD-2:07 MD-1873 Section N"(5) Pass Information to court 206 574-8?
Address my settlement to Kid And Family   206 371-1861

__ Fee
__ Process
X Dktd
__ CtRmDep
__ Doc. No.

August 26, 2012

Napoleon Foster
420 154th St Apt 106
Burien, WA 98166

I have Been offer 1 to 25 dollars of this settlement so far. I have spent more time and money than what they have offer me. I sent a letter to one of your court P.S.C. Representative of Poydras and I have a copy on reverse side but I miss the Aug 17 date. I would like to settle Because of that Reason of do that make a different But I need and want a fair settlement. I have pass out a least 10 time Reported sewer leak that over flowed on golden coast, which the fire department there along with other worker which I sent sign statement to Buzbee from signed with security and residencial people who stay there. I just been Rent evicted out of my apartment. I have chronic pain that metaly Bother me. Have Hardship upon me I can not afford to come there now. And people who I know or which they know about problem that I had in trailer. I do know where they are and can't Reach them. I do not know How many people are involved in settlement and I talk to one of the ligation department on this letter said I can go with their settlement plan and recieved more money with out the Buzbee lawyer fee. There is not enough information that is given to the client. So I feel the settlement would not Be fair. I file a suit against NOPP prison for Hurricane Katrina and had a Attorney and my attorney never showed up for court and my case was dismiss. And went to the NACP and ACLU and could not get any help. If there person age can be figure out why can our the victim be ? I want to be at to have some one address these issue I been asking. I have problem and the is no treatment for this and ask for PROOF I have none but signed statement which I sent Buzbee and that I live there and long term effect problem will come.

I still want to remain in Class. I'm not knowing enough information and A Time frame of How long if you object. How long after that and if the settlement offer will stand. I object to settlement, But I would like the issue to Be settlement fair with me included. I am give my address and phone # (206) 574-8439 or (206) 371-1861 Mailing address: 420 154th St Apt 106 Burien, WA 98166  signature Napoleon Foster  and I do want to be apart of settlement and I will give them a call this week I just need to get this letter to your office    Thank you.

Napoleon Foster
820 SW 154th St Apt 106
Burien, WA 98166

SEATTLE WA 980
29 AUG 2012 PM 2 L

7013 0800 0001 3083 0357

Clerk of Court
Eastern District of Louisiana
North Division
Hale Boggs Federal Building
United States Courthouse
500 Poydras St. Room C
70130.140.17.0.1130...