August 27, 2012

In Re: FEMA Trailer Formaldehyde Product Liability Litigation
No. 2:07-MD-1873, Section "N" (5)

Miss Danielle Semien
5861 Elliott Road
Lake Charles,      LA      70605



In regards to the case outlined above I submit this document in objections to any settlement that dilutes or segregate the settlement amount. This class action lawsuit was filed on behalf of defendants who have suffered symptoms, injuries or incurred health issues due to the exposure of formaldehyde while living in government installed, maintained or refurbished trailers during hurricanes Katrina and Rita.

I have received documentation from "The BuzzBee Law Firm" as attached where there intention is to segregate the settlement amount based on the contractor or manufacturer of the trailer. Thereby this action making my family and me only eligible for a share of the settlement reached with the contractors.

This class action lawsuit was filed on behalf of "all" defendants and the court should not allow the attorney(s) to segregate the settlement among defendants based on the contractor or manufacturer. Class action means all together and on behalf of all.

My family incurred significant medical issues including my mother and grandmother having a mastectomy due to being diagnosed with Breast CA. My father, brother and myself have incurred asthma with increased asthmatic episodes which now require medical attention twice a day for a life time. Before seeking refuge in the government provided trailers our symptoms were controlled and only required medication as needed. This as the court knows is a life threatening issue that we will have to confront for the rest of our life.

The pain and suffering that my family has endured are real and are life time health issues that we will have to manage. To allow dilution of this settlement would be a grave injustice to this case and to the justice system. We were never informed there were two class action lawsuits and we were never informed there were two different settlements being sought.

We placed our faith in "The BuzzBee Law Firm" to seek justice and the information obtained from me and each of my family members was to be used in this single class action law suit.

I ask that this court throws out any judgment if the "claimants" attorney tends to dilute this settlement through the method they have proposed as outlined in the attached document.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

August 27, 2012

In Re: FEMA Trailer Formaldehyde Product Liability Litigation
No. 2:07-MD-1873, Section "N" (5)

Miss Danielle Semien
5861 Elliott Road
Lake Charles,    LA    70605


I look forward to the court ruling on this matter and sincerely hope that the court will review this objection in its entirety.

Sincerely,

*Danielle Semien*

Danielle Semien

If you are not sure whether you are included in the Class, you may call the toll free number 1-800-728-1628 with questions. Also, even if you are not sure if you are included in the Class, you should submit a timely Claim Form if you do not wish to be excluded from the Class.

# The Settlement Benefits—What You Get

## 9. What does the settlement provide?

This settlement, in the total amount of **$5,129,250.00**, will provide money to Class Members who submit timely and valid Claim Forms. A Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, describes all of the details about the proposed settlement.

## 10. How much will my payment be?

The money from the settlement will be distributed according to a Class Benefit Formula approved by the Court. **If you received any Medicare/Medicaid/TRICARE/Veteran's Administration/Indiana Health Services benefits, some or all of these amounts may be deducted from your settlement.**

# How to Get a Payment—Submitting A Claim Form

## 11. How can I get a payment?

To ask for a payment, you must complete and submit a Claim Form. A Claim Form is included with this Notice. You can also get a Claim Form at www.femaformaldehydelitigation.com or by calling 1-800-728-1628. Please read the instructions carefully, fill out the Claim Form and mail it, **postmarked by October 12, 2012**, to:

FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana 70884

## 12. When will I get my payment?

The payments will be mailed to Class Members who send in timely and valid Claim Forms, after the Court grants "final approval" of the settlement, and any appeals are resolved. If Judge Engelhardt approves the settlement after an upcoming hearing (*see* the section "The Court's Fairness Hearing" below), there may be appeals. If there are any appeals, resolving them can take time. Please be patient.

## 13. What am I giving up to get a payment or stay in the Class?

If the settlement becomes final, you will be releasing the Defendants or other Released Parties who settled, for all the claims identified in Section IX of the Settlement Agreement. These are called "Released Claims." The Settlement Agreement is available at www.femaformaldehydelitigation.com. The Settlement Agreement describes the Released Claims with specific descriptions, in necessarily accurate legal terminology, so read it carefully. Talk to your attorneys (*see* the section on "The Lawyers Representing You" below) or your own lawyer if you have questions about the Released Claims or what they mean.

5861 Elliott Rd
L.C., LA. 70605

LAFAYETTE LA 705
30 AUG 2012 PM 2 T

Clerk of Court
Eastern District of Louisiana,
North Division
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street, Room C
New Orleans, LA 70130

70130+3Aew