UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>ALL CASES | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SECOND JOINT UNOPPOSED MOTION TO SUPPLEMENT DOCUMENT**

NOW INTO COURT, through undersigned counsel, come the Manufactured Housing Defendants and Plaintiffs' Steering Committee (PSC), who, for the reasons set forth in the Memorandum filed herewith, respectfully move this Honorable Court to order that the list of matters from which the settling manufactured housing defendants were dismissed, as supplemented (Rec. Docs. 23993, 23972-3, and 25669 and 25669-1) be further supplemented with the attached Exhibit A to identify settling manufactured housing defendants who were dismissed from the matters set forth in Exhibit A, but were inadvertently omitted from previous dismissal lists associated with the manufactured housing class settlement. This motion is necessary to correct the list of matters from which the settling defendants were dismissed pursuant to the Order (Rec. Doc. 23565) granting final approval to the manufactured housing class settlement. The undersigned certify that the non-moving parties have been advised of this motion through Liaison Counsel and no opposition has been expressed.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

*BY: s/Lamont P. Domingue*
LAMONT P. DOMINGUE, #20787
**MANUFACTURED HOUSING DEFENDANTS' LIAISON COUNSEL**
Voorhies & Labbe'
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE: 337-232-9700 FAX: 337-235-4943
E-Mail: lpd@volalaw.com

*BY: s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
PHONE: 504/522-2304 FAX: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on September 10, 2012.

/s/ Lamont P. Domingue
LAMONT P. DOMINGUE

435906