UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: ALL CASES | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF
SECOND JOINT UNOPPOSED MOTION TO SUPPLEMENT DOCUMENT

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee (PSC), and the Manufactured Housing Defendants respectfully move this Honorable Court to further supplement the previously filed list of cases from which the settling manufactured housing defendants were dismissed (Rec. Docs. 23993, 23972-3, and 25669 and 25669-1) by the Order granting approval to the manufactured housing class settlement (Rec. Doc. 23565), to identify those settling defendants who were inadvertently omitted from the list as dismissed from certain matters pending in this MDL.

A list of pending actions and the settling defendants to be dismissed from those actions was originally filed as "Exhibit G" to the Stipulation of Settlement (Rec. Doc. 20481-8, the "Original List"), which were filed in support of the motion for preliminary approval of the manufactured housing class settlement (the "Settlement"). After the Order granting approval of the settlement was entered, the parties moved to substitute the Original List with an updated and corrected list of actions from which the settling defendants were dismissed. (Rec. Doc. 23972.) This Court granted the motion (Rec. Doc. 23993) and the updated/corrected list (Rec. Doc.

23972-3, the "New List") was substituted for the Original List.

The parties then jointly moved to supplement the New List to add certain manufactured housing defendants who were inadvertently omitted from the Original List and New List as dismissed from the matter of *James D. Burge v. Cavalier Home Builders*, LLC, EDLA No. 10-1041 (the "Burge Case"). (Rec. Doc. 25657.) This Court granted the motion (Rec. Doc. 25699) and supplemented the New List (Rec. Doc. 25699-1; the "First Supplemental List") to correctly identify all of the manufactured housing defendants who were dismissed by the Order approving the Settlement.

The parties have recently confirmed that there are additional actions from which the manufactured housing defendants were dismissed by the Order approving the Settlement, but which were inadvertently omitted from Original List, the New List and the Supplemental List. The parties agree that Order approving the Settlement dismissed the manufactured housing defendants identified under the column titled "Manufacturers" on Exhibit A attached hereto, from the corresponding actions identified under the columns titled "Cause #" and "Style" on Exhibit A. As a result of the foregoing, the list of cases from which the manufactured housing defendants have been dismissed should be supplemented with the attached Exhibit A.

The Manufactured Housing Defendants and the PSC pray that the Joint Unopposed Motion to Supplement Document be granted and that this Court order that the list of cases from which the Manufactured Housing Defendants were dismissed by the Order approving the manufactured housing class settlement be supplemented with the attached Exhibit A to identify all manufactured housing defendants dismissed from specified actions, that were inadvertently omitted from the previous lists of actions from which the manufactured housing defendants were dismissed.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

*BY: s/Lamont P. Domingue*
LAMONT P. DOMINGUE, #20787
**MANUFACTURED HOUSING
DEFENDANTS' LIAISON COUNSEL**
Voorhies & Labbe'
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE: 337-232-9700 FAX: 337-235-4943
E-Mail: lpd@volalaw.com

*BY: s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
PHONE: 504/522-2304 FAX: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on September 10, 2012.

/s/ *Lamont P. Domingue*
LAMONT P. DOMINGUE

435906