# EXHIBIT A

| Manufacturers | Cause # | Style | Attorney |
|---|---|---|---|
| Alliance Homes, Inc., | 09-7164 | Savoy v Alliance Homes, Inc. | Becnel |
| Alliance Homes, Inc. d/b/a Adrian Homes | 09-7164 | Savoy v Alliance Homes, Inc. | Becnel |
| Arch Specialty Insurance Company | 09-6179 | Mayfield, et al v Patriot Homes, Inc., et al | Hall |
| Cavalier Home Builders, LLC | 12-1856 | Rankin, et al v Cavalier Home Builders, LLC, et al | Meunier |
| Cavalier Home Builders, LLC | 11-768 | Lennon v. Cavalier Home Builders, LLC, et al | Priest |
| Cavalier Homes, Inc | 11-768 | Lennon v Cavalier Home Builders, LLC, et al | Priest |
| Clayton Homes of Lafayette, Inc. | 10-1041 | Burge v Cavalier Home Builders, LLC, et al | Hawkins |
| Clayton Homes, Inc. | 10-2199 | Williams, et al v CMH Manufacturing, Inc., et al | Hilliard |
| Clayton Homes, Inc. | 09-7122 | Page, et al v CMH Manufacturing, Inc., et al | Hilliard |
| Clayton Homes, Inc. | 10-1307 | Ratcliff, et al v. CMH Manufacturing, Inc., et al | Hilliard |
| CMH Manufacturing, Inc. | 09-8494 | Marshall, et al v Clayton Homes of Lafayette, Inc., et al | D'Amico |
| CMH Manufacturing, Inc. | 09-8664 | Bienemy, et al v Clayton Homes of Lafayette, Inc., et al | Bruno |
| CMH Manufacturing, Inc. | 10-2271 | Juarez v Clayton Homes of Lafayette, Inc. | Hilliard |
| CMH Manufacturing, Inc. | 10-4062 | Milton, et al v Clayton Homes of Lafayette, Inc., et al | Schmidt |
| CMH Manufacturing, Inc. | 10-4063 | Duplessis, et al v Clayton Homes of Lafayette, Inc., et al | Schmidt |
| CMH Manufacturing, Inc. | 10-4081 | Brumfield, et al v Clayton Homes of Lafayette, Inc., et al | D'Amico |
| CMH Manufacturing, Inc. | 10-4082 | Milton, et al v Clayton Homes of Lafayette, Inc., et al | D'Amico |
| CMH Manufacturing, Inc. | 11-2040 | Lee, et al v Clayton Homes, Inc., et al | Ladner |

| Illinois National Insurance Company | 09-7771 | Woods v Palm Harbor Homes, Inc., et al | Meunier |
|---|---|---|---|
| Indiana BuildingSystems, L.L.C. d/b/a Holly Park | 08-4630 | Laney v United States of America, et al | Harang |
| Insurco, Limited | 09-6179 | Mayfield, et al v Patriot Homes, Inc., et al | Hall |
| Insurco, Limited | 09-6182 | Enclarde v Patriot Homes, Inc., et al | Hall |
| Insurco, Ltd. | 09-3950 | Hartle, et al v Patriot Homes of Texas, L P | Torres |
| Insurco, Ltd. | 09-4047 | Johnson, et al v Fluor Enterprises, Inc. | Centola |
| Insurco, Ltd. | 09-4729 | Alexander, et al v Patriot Homes, Inc., et al | Hilliard |
| Insurco, Ltd. | 09-4756 | Brecheen, et al v Patriot Homes of Texas, L.P., et al | Hilliard |
| Insurco, Ltd. | 09-4757 | Anderson, et al v Patriot Manufacturing, Inc., et al | Hilliard |
| Insurco, Ltd. | 09-5281 | Encalade, et al v Patriot Homes, et al | Watson |
| Insurco, Ltd. | 09-5984 | Banks, et al v Patriot Manufacturing, Inc., et al | Ieyoub |
| Insurco, Ltd. | 09-6918 | Paige, et al v Patriot Manufacturing, Inc., et al | Ware |
| Insurco, Ltd. | 09-6954 | Bilbo, et al v Patriot Homes, Inc., et al | Ware |
| Insurco, Ltd. | 09-7096 | Mackey, et al v Patriot Homes, Inc., et al | Hilliard |
| Insurco, Ltd. | 09-7121 | Coleman, et al v Patriot Homes of Texas, LP, et al | Hilliard |
| Insurco, Ltd. | 09-7809 | Edgerton, et al v Patriot Homes, Inc., et al | Hilliard |
| Insurco, Ltd. | 09-7910 | Mackey, et al v Patriot Homes, Inc., et al | Hilliard |
| Insurco, Ltd. | 10-1254 | Jones, et al v Patriot Homes, Inc., et al | Hilliard |
| Insurco, Ltd. | 10-1306 | Brown, et al v Patriot Homes of Texas, LP, et al | Hilliard |
| Insurco, Ltd. | 10-2216 | Brown v. Patriot Homes of Texas, L.P., et al | Hilliard |
| Insurco, Ltd. | 10-2226 | Allison, et al v Patriot Homes, Inc., et al | Hilliard |
| Lexington Insurance Company | 09-6179 | Mayfield, et al v Patriot Homes, Inc., et al | Hall |
| Liberty Homes, Inc. | 10-3126 | Evans v Alliance Homes, Inc. | Penton |

| | | | |
|---|---|---|---|
| Oak Creek Homes, LLC | 09-7306 | Brown v Oak Creek Homes, L.P., et al | Becnel |
| Oak Creek Homes, LLC | 09-8365 | Sartin, et al v Oak Creek Homes, L.P., et al | Buzbee |
| Oak Creek Homes, LLC | 10-2303 | Cincore, et al v Oak Creek Homes, LP, et al | Buzbee |
| Palm Harbour Homes, Inc. | 09-4796 | Batiste v. Palm Harbour Homes, Inc., et al | Harang |
| Redman Homes, Inc. f/k/a Dutch Homes | 08-4630 | Laney v United States of America, et al | Harang |
| Scotbuilt Homes, Inc. | 09-4006 | Jones v Scotbuilt Homes, Inc., et al | Centola |
| Travelers Property Casualty Company of America TIL | 09-4709 | Nickelson, et al v Dutch Housing, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-4732 | Bourgeois, et al v Redman Homes, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-4750 | Boudreaux, et al v Champion Home Builders Co., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-4754 | Street, et al v Homes of Merit, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-5367 | Langsford, et al v Champion Enterprises, Inc., et al | Becnel |
| Travelers Property Casualty Company of America TIL | 09-7066 | Carrillo, et al v Dutch Housing, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7108 | Calhoun, et al v Champion Home Builders Co., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7112 | Brothern, et al v Homes of Merit, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7796 | Cuevas, et al v Redman Homes, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7806 | White v Redman Homes, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7843 | Bodry, etal v Dutch Housing, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7846 | Fountain, et al v Homes of Merit, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7965 | Bello, et al v Homes of Merit, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7978 | Hart, et al v Dutch Housing, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7990 | Manuel, et al v Champion Home Builders Co., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 09-7991 | Shavers, et al v Champion Home Builders Co., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 10-1251 | Hunter, et al v Redman Homes, Inc., et al | Hilliard |

| Travelers Property Casualty Company of America TIL | 10-1286 | Erwin, et al v Champion Home Builders Co., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 10-1303 | King, et al v Homes of Merit, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 10-2195 | Williams, et al v Champion Home Builders Co., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 10-2196 | Williams, et al v Redman Homes, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 10-2212 | Williams, et al v Homes of Merit, Inc., et al | Hilliard |
| Travelers Property Casualty Company of America TIL | 10-2519 | Dyson v Morgan Buildings & Spas, Inc,, et al | D'Amico |
| Westchester Surplus Lines Insurance Company | 09-6179 | Mayfield, et al v Patriot Homes, Inc., et al | Hall |

435906