UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*ALL CASES* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Joint Unopposed Motion to Supplement Document is hereby GRANTED. Further, the list of cases from which the Manufactured Housing Defendants were dismissed (Rec. Doc. 23972-3, as supplemented by Rec. Doc. 25669-1) by the Order approving the Manufactured Housing Class Settlement (Rec. Doc. 23565) is herby supplemented with the attached "Exhibit A."

New Orleans, Louisiana this 10th day of September, 2012.

_____
HONORABLE KURT D. ENGELHARDT

435906