UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE           MDL NO. 1873
      PRODUCT LIABILITY LITIGATION

                                                                         SECTION "N-5"

                                                                         JUDGE ENGELHARDT
                                                                         MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PSC MOTION TO APPROVE DEDUCTION OF COMMON BENEFIT FEES
AND EXPENSES FROM MANUFACTURER CLASS SETTLEMENT FUND**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure and for the reasons more fully set forth in the memorandum attached hereto, respectfully moves the Court to approve the deduction of common benefit fees and expenses from the manufacturer class settlement fund. The PSC has circulated this motion with all liaison counsel and has received no objection to the relief sought.

                                    Respectfully submitted:

                                    **FEMA TRAILER FORMALDEHYDE
                                    PRODUCT LIABILITY LITIGATION**

                                    BY:    s/Gerald E. Meunier
                                                 GERALD E. MEUNIER, #9471
                                                 JUSTIN I. WOODS, #24713
                                        **PLAINTIFFS' CO-LIAISON COUNSEL**
                                        Gainsburgh, Benjamin, David, Meunier &
                                        Warshauer, L.L.C.
                                        2800 Energy Centre, 1100 Poydras Street
                                        New Orleans, Louisiana 70163
                                        Telephone:    504/522-2304
                                        Facsimile:     504/528-9973
                                        gmeunier@gainsben.com
                                        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ROBERT M. BECNEL #14072
        RAUL BENCOMO, #2932
        ANTHONY BUZBEE, Texas #24001820
        FRANK D'AMICO, JR., #17519
        ROBERT C. HILLIARD, Texas #09677700
        MATT MORELAND, #24567
        DENNIS C. REICH Texas #16739600
        MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471