UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

---

### AFFIDAVIT OF GERALD MEUNIER
### CO-LIAISON COUNSEL FOR PLAINTIFFS

BEFORE ME, the undersigned Notary Public, personally came and appeared GERALD E. MEUNIER on the 10th day of September, 2012 who, as Court-appointed Co-Liaison Counsel for Plaintiffs in this MDL, attested and swore that, based upon his first-hand review of common benefit time and cost submissions to, and reports received from, the CPA firm of Bourgeois Bennett in this matter, all pursuant to this Court's protocol regarding same, a total of 160,763 hours in common benefit legal services, and a total of $2,433,059.04 in "held" common benefit costs, were submitted by counsel through June 2012, and who further attested and swore that the Plaintiffs' Steering Committee's records reflect that common benefit counsel and their firms have been assessed, but not yet reimbursed, the total amount of $6,379,449.10 in order to cover shared common benefit expenses in the prosecution of plaintiffs' claims in this MDL, bringing the total of all unreimbursed common benefit costs (held and shared) to $8,812,508.14.

_____
GERALD E. MEUNIER

SWORN TO AND SUBSCRIBED before me, this 10th day of September, 2012.

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life.

_____
NOTARY PUBLIC

**EXHIBIT I**

01978891.1