UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the PSC Motion to Approve Deduction of Common Benefit Fees and Expenses from Contractor Class Settlement Fund is hereby set for submission on the 27th day of September, 2012, at 1:30 p.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com
        jwoods@gainsben.com

                                  **COURT-APPOINTED PLAINTIFFS'**
                                  **STEERING COMMITTEE**
                                  ROBERT M. BECNEL #14072
                                  RAUL BENCOMO, #2932
                                  ANTHONY BUZBEE, Texas #24001820
                                  FRANK D'AMICO, JR., #17519
                                  ROBERT C. HILLIARD, Texas #09677700
                                  MATT MORELAND, #24567
                                  DENNIS C. REICH Texas #16739600
                                  MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on September 11, 2012.

                                        s/Gerald E. Meunier
                                        GERALD E. MEUNIER, #9471