UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
       PRODUCT LIABILITY LITIGATION
                                          SECTION "N-5"

                                          JUDGE ENGELHARDT
                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC MOTION TO APPROVE DEDUCTION OF COMMON BENEFIT FEES AND
EXPENSES FROM NON-CLASS MANUFACTURER SETTLEMENT FUNDS**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, for the reasons more fully set forth in the memorandum attached hereto, respectfully moves the Court to approve the deduction of common benefit fees and expenses from the six non-class manufacturer[1] settlement funds. The PSC has circulated this motion with all liaison counsel and has received no objection to the relief sought.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973

---

[1] Plaintiffs, through the PSC, have reached six separate settlement agreements with the following manufacturers: (1) Allen Camper Manufacturing Company, Inc.; (2) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.; (3) Northwood Manufacturing, Inc.; (4) Sun Valley, Inc. d/b/a Sun-Lite; (5) Sunline Acquisition Company, Ltd. d/b/a Sunline Coach; and, (6) Sunnybrook RV, L.L.C.

gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471