UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                          JUDGE ENGELHARDT
                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion by the Plaintiffs' Steering Committee (PSC), the legal authority supporting same, and the arguments concerning the Motion presented in open Court at a hearing in this matter on _____, 2012,

**IT IS ORDERED** that the PSC's Motion to Approve Deduction of Common Benefit Fees and Expenses from Non-Class Manufacturer Settlement Funds[1] is hereby **GRANTED**, and that accordingly, the Court-Appointed Disbursing Agent ("CADA") deduct from the settlement fund established by the plaintiffs' settlements with the non-class manufacturer defendants 19.5% of the settlement fund, i.e., the total amount of $172,380.00, for the reimbursement of common benefit expenses, and deposit these funds in an account maintained by the CADA pending further orders of this Court;

**IT IS FURTHER ORDERED** that in no event shall such common benefit expenses be paid or reimbursed by the CADA until five (5) days after both of the following have occurred: (1) the Order granting dismissal of the non-class manufacturer defendants is signed; and (2)

---

[1] As referenced herein, the Non-Class Manufacturer Settlement Fund refers to funds deposited in the registry of the Court by Allen Camper Manufacturing Company, Inc., Morgan Buildings & Spas, Inc., Northwood Manufacturing, Inc., Sun Valley, Inc. d/b/a Sun-Lite, Sunline Acquisition Company, Ltd. d/b/a Sunline Coach, Sunnybrook RV, L.L.C.

Defendants and their insurers have obtained from all Governmental Authority Third Party Payer/Providers satisfactory proof of satisfaction and discharge of (a) all statutory Medicare claims asserted as to any settling plaintiff, (b) all statutory liens asserted by a state Medicaid agency or agencies as to any settling plaintiff and (c) any statutory reimbursement or subrogation right asserted by any other Governmental Third Party Payer/Provider, along with a certification from the LRA as to the same; and

**IT IS FURTHER ORDERED** that the CADA additionally deduct 28.5% of the aforesaid settlement fund, i.e., $251,940.00, for the payment of all legal fees, allocating 14.25% of aforesaid settlement fund, i.e., the total amount of $125,970.00, for the payment of common benefit fees, and the same amount of $125,970.00 for the payment of individual attorney fees, depositing these funds in an account maintained by the CADA pending further orders of this Court, including, as to common benefit fees, further disposition pursuant to a protocol this Court will approve for allocation among eligible attorneys/firms.

THIS DONE the ____ day of _____, 2012, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE