# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Knightshead et al v. American International* | * | |
| *Specialty Lines Ins. Co. et al* | * | |
| C.A. No. 09-cv-08377 | * | |
| Plaintiffs Angelina C. St. Blanc, | * | |
| individually and on behalf of | * | |
| Liam St. Blanc and Lori Ann St. Blanc only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF PLAINTIFFS ANGELINA C. ST. BLANC, INDIVIDUALLY AND ON BEHALF OF LIAM ST. BLANC AND LORI ANN ST. BLANC'S NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff Plaintiffs Angelina C. St. Blanc, individually and on behalf of Liam St. Blanc and Lori Ann St. Blanc only, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), hereby gives notice of her dismissal of all claims, made in her individual capacity and on behalf of Liam St. Blanc and Lori Ann St. Blanc, that she makes in this lawsuit without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit.

        Respectfully submitted:

        By: */s/ Peter K. Taaffe*
           Anthony G. Buzbee
           Texas Bar No. 24001820
           Peter K. Taaffe
           Texas Bar No. 24003029
           THE BUZBEE LAW FIRM
           600 Travis, Suite 7300
           Houston, Texas 77002
           Tel.:  (713) 223-5393
           Fax:  (713) 223-5909

                    JOHN MUNOZ (#9830)
                    GARNER & MUNOZ
                    1010 Common Street, Suite 3000
                    New Orleans, LA 70112-2411
                    Tel: (504) 581-7070
                    Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                    */s/ Peter K. Taaffe*
                    Peter K. Taaffe