UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3604 | * | |
| *James, et al. v. FRH , Inc.* | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER AND REASONS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who respectfully request that this Honorable Court reconsider its Order and Reasons (Rec. Doc. 25813) dismissing Plaintiffs' claims against the contractor defendant, CH2M HILL Constructors, Inc. (CH2M HILL), that installed the travel trailer manufactured by Hy-line Enterprises, Inc. that Plaintiffs resided in.

Plaintiffs believe that defendant, CH2M HILL, was inadvertently added to the list of contractor defendants dismissed from Plaintiffs' claim in this Court's Order and Reasons.  Furthermore, Plaintiffs' Counsel has conferred with Counsel for CH2M HILL and CH2M HILL does not oppose Plaintiffs' motion.  Therefore, and for the reasons more fully set out in Plaintiffs' accompanying memorandum, Plaintiffs respectfully urge this Honorable Court to reconsider its Order and Reasons and reinstate Plaintiffs' claims against settling contractor defendant, CH2M HILL Constructors, Inc.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  13th  day of September, 2012.

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)