## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3604 | * | |
| *James, et al. v. FRH , Inc.* | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION
## FOR RECONSIDERATION OF ORDER AND REASONS

MAY IT PLEASE THE COURT:

Plaintiffs in the above referenced matter did not, and do not, oppose the dismissal of

the contractor defendants, MLU Services, Inc. (MLU), Fluor Enterprises, Inc. (Fluor) and

Shaw Environmental, Inc. (Shaw), responsible for the transportation, installation and

maintenance of the mobile home manufactured by Indiana Building Systems, LLC d/b/a

Holly Park (Holly Park).  However, Plaintiffs request that this Honorable Court reconsider

its dismissal of Plaintiffs' claims against the settling contractor defendant, CH2M HILL

Constructors, Inc. (CH2M HILL) that transported, installed and maintained the travel trailer

manufactured by Hy-Line Enterprises, Inc. (Hy-Line).

Plaintiffs lived in two emergency housing units (EHUs) provided by FEMA following

hurricanes Katrina and Rita.  One of the EHUs was a travel trailer manufactured by Hy-Line

and the other EHU was a mobile home manufactured by Holly Park.  *See,* Exhibit A, FEMA

Matching Information for Plaintiff Jeanette Craft.  Plaintiffs' Original Complaint for

Damages (Civil Action No. 09-3604) paragraph fourteen (14) states that Plaintiffs resided

in a travel trailer manufactured by Hy-Line and installed by CH2M HILL from November

2006 to February 2007 and a mobile home manufactured by Holly Park and installed by MLU from February 2007 to January 2008. *See,* Exhibit B. Plaintiffs later supplemented and amended their Complaint for Damages (Rec. Doc. 2838) to add claims against Fluor and Shaw because these defendants had entered into contracts with MLU to transport, install, inspect and maintain EHUs provided by FEMA. *See,* Exhibit B, Plaintiffs' First Supplemental and Amending Complaint For Damages, paragraphs 7, 8 and 18.

Settling Contractor Defendants' Motion for Summary Judgment (Rec. Doc. 25802) moved this Court to dismiss claims "that purport to relate to manufactured housing units" and "leaving aside . . . claims as applied to travel trailers and park models" and "urged this Court to dismiss all claims against them in cases involving manufactured housing" as listed in Exhibit A to Defendants' Motion for Summary Judgment. *See*, Exhibit C. Exhibit A to Defendants' Motion for Summary Judgment lists only the manufactured home defendant, Holly Park, for Plaintiffs' case (09-3604), the exhibit does not list Hy-line, the manufacturer of the travel trailer installed by CH2M HILL. *See,* Exhibit C. Therefore, Plaintiffs' did not oppose Defendants' Motion for Summary Judgment based upon Defendants' assertions in their motion that they sought to dismiss only claims related to manufactured homes and did not list in their attached exhibit the manufacturer of Plaintiffs' travel trailer, Hy-Line, which was installed by CH2M HILL.

In this Honorable Court's Order and Reasons (Rec. Doc. 25813) Plaintiffs claims against all contractor defendants listed in their complaint were dismissed, including claims against CH2M HILL, even though CH2M HILL was the contractor for Plaintiffs' travel trailer manufactured by Hy-line and Hy-Line was not listed in Defendants' Exhibit A to their

Motion for Summary Judgment. *See,* Exhibit D.

Accordingly, Plaintiffs respectfully request that this Honorable Court reconsider its dismissal of the Plaintiffs' claims against Defendant, CH2M HILL, the installer of the Hy-Line travel trailer Plaintiffs resided in. Plaintiffs further request that this Honorable Court reinstate Plaintiffs claims against Defendant, CH2M HILL.

Respectfully submitted,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  13th  day of September, 2012.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)