UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3604 | * | |
| *James, et al. v. FRH , Inc.* | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned Counsel for Plaintiffs certifies that counsel of record for CH2M HILL Constructors, Inc. has been contacted and does not oppose Plaintiffs' Motion for Reconsideration of Order and Reasons.

                        Respectfully submitted,

                        */s/ Hugh P. Lambert*
                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                        CANDICE C. SIRMON, ESQ. (LA Bar #30728)
                        CAYCE C. PETERSON, ESQ. (LA Bar #32217)
                        LAMBERT & NELSON, PLC
                        701 Magazine Street
                        New Orleans, Louisiana 70130
                        Telephone: (504) 581-1750
                        Facsimile: (504) 529-2931
                        hlambert@lamnel.com
                        candices@lamnel.com
                        cpeterson@lamnel.com

                        COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  13th  day of September, 2012.

                                                 /s/ Hugh P. Lambert
                                                HUGH P. LAMBERT, ESQ. (LA Bar #7933)