UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE       *<br>           PRODUCTS LIABILITY LITIGATION    *<br>                                                                       *<br>THIS DOCUMENT RELATES TO:   09-3604   *<br>*James, et al. v. FRH , Inc.*                                  *<br>                                                                       * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that Plaintiffs' Motion For Reconsideration of Order and Reasons (Rec. Doc. 25813) is hereby GRANTED.  Further, Plaintiffs' claims against defendant, CH2M HILL Constructors, Inc., the installer of Plaintiffs' FEMA-provided travel trailer are hereby reinstated.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT