Exhibit P - Becnel Law Firm, LLC et al. Client List with THU Addresses Sent to FEMA on March 16, 2009

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | DOB | SSN | FEMA ID # | THU Address: | City | State | Zip | Attorney | Manufacturer | Model | VIN Number | Installer | Manufacturer | Model | VIN Number | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexander,Mary Jan | Alexander | Mary | Jane | 7/24/1949 | 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 | 9311099975 | 7811 Good Drive New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2061047144 | Fluor | | | | |
| Aperwhite,Patricia | Aperwhite | Don | Anthony | 5/20/1960 | 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 | 9211323338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR2751021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Jonathan | Thomas | 7/18/1997 | 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 | 9211323338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR2751021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Luke | R. | 10/13/1987 | 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 | 9211323338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR2751021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Nicholas | Anthony | 11/20/1994 | 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 | 9211323338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR2751021445 | Fluor |
| Augustine, Jack | Augustine | Lorelei | Maria | 11/19/1978 | 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 | 9407580044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0RS28276T001019 | Fluor | | | | |
| Augustine, Jack | Augustine | Savanna | Jade | 10/31/1997 | 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 | 9407580044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0RS28276T001019 | Fluor | | | | |
| Augustine, Jack | Augustine, Jr. | Jack | Joseph | 4/20/1975 | 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 | 9407580044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0RS28276T001019 | Fluor | | | | |
| Barnes, Harvey | Barnes | Gail | B. | 11/6/1948 | 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 | 9391600903 | 3625 N. Claiborne Ave. New Orleans, LA 70117/ 3625 N. Claiborne Ave. New Orleans | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2961084113 | Shaw | Thor | TT - Regular | 47C702N286 M425134 | Davis Pro |
| Bass, Lola | Bass | Lola | M. | 7/26/1939 | 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 | 9212201152 | 4742 Perelli Dr. New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Recreation by Design | TT - Regular | 5CZ200R2361125187 | Fluor | | | | |
| Bell, Minor L | Bell | Minor | L, | 9/26/1942 | 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 | 9212141482 | 2745 Metropolitan St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2761033564 | Fluor | | | | |
| Bell, Raymond Jr | Bell, Jr. | Raymond | Jr | 1/31/1957 | 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 | 9396083055 | 105 Lockeed Dr. Kenner, LA 70062 | Kenner | LA | 70062 | Becnel Law Firm, LLC et al. | Keystone | TT - Regular | 4YDT291266C127108 | Shaw | | | | |
| Vaughn, Michael G | Bowser | Michael | | 8/31/1993 | 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 | 9212566482 | 1629 Simon Blvd. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61047037 | Shaw | Lake Side | TT - Regular | LSPH7012948 086A06 | Shaw |
| Brown, Elaine | Brown | Elaine | | 6/26/1950 | 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 | 9212388803 | 311 West Pine Street Amite, LA 70422 | Amite | LA | 70422 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2861048077 | Fluor | | | | |
| Brown, Gregory | Brown | Gregory | Rudolph | 1/6/1953 | 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 | 9120022646 | 2520 Wall Blvd. Algiers, LA 70114 | Algiers | LA | 70114 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5L4TF33206302O579 | CH2MHILL | | | | |
| Bryant, Earle Vincent III | Bryant, III | Earle | Vincent | 9/26/1974 | 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 | 9397564000 | 1924 Pelopidas St. New Orleans. LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5l4tf33216301S178 | Fluor | | | | |
| Buras, Calvin J | Buras | Calvin | P. | 12/23/1925 | 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 | 9375618830 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SYBB35386P000775 | CH2MHILL | | | | |
| Buran, Calvin J | Buras | Calvin | J. | 9/30/1964 | 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 | 9320688006 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SYBB35386P000775 | CH2MHILL | | | | |
| Buras, Calvin J | Buras | Jane | R | 8/19/1938 | 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 | 9375618830 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SYBB35386P000775 | CH2MHILL | | | | |
| Carson, Vedora L | Carson | Vedora | Lee | 8/2/1949 | 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 | 9119262553 | 4 Gary Court, New Orleans, LA 70121 | New Orleans | LA | 70121 | Becnel Law Firm, LLC et al. | | TT - Regular | IEB1F32226249188I | Shaw | | | | |
| Carter, Ruth Rogers | Carter | Ruth | Rogers | 12/29/1929 | 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 | 9119749000 | 3819 Louisiana Avenue Pkwy., New Orleans, LA 70125 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1nl1gtr2261017269 | Shaw | | | | |
| Chapman, John Sr | Chapman | Bertha | | 5/13/1954 | 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 | 9118819994 | 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | TT - Regular | 5C1TR32206P008740 | Fluor | | | | |
| Chapman, John Jr | Chapman, Jr. | John | L | 9/3/1985 | 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 | 9315618879 | 190 Cash Point, Lot 63, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Forest River | TT - Regular | 4X4TCKF266P098499 | Fluor | | | | |
| Charles, Easton | Charles | Gail | Esteen | 7/16/1957 | 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 | 9397151211 | 4314 Stephen Girard Ave. New Orleans, LA 70126 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2661084883 | Fluor | | | | |
| Charles, Easton | Charles | Easton | Eli | 6/16/1957 | 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 | 9397151211 | 4314 Stephen Girard Ave. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2661084883 | Fluor | | | | |
| Coleman, Curtis, Sr | Coleman | Keith | | 8/4/1962 | 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 | 9384682296 | 1703 Garden Street New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F32206150642B | CH2MHILL | | | | |
| Coleman, Curtis, Sr. | Coleman, Sr. | Curtis | | 3/12/1931 | 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 | 9384682296 | 639 Flood Street New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F32206150642B | CH2MHILL | | | | |
| Craft, Jeanette | Craft | Dorell | Keith | 4/24/1997 | 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 | 9211700032 | 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Mentuer Hwy New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | TT - Regular | 19LBA02P06A063611 | CH2MHILL | Holly Park | MH - 3BR - Regular | 4X4TSMC296 R394642 | Unknown |
| Craft, Jeanette | Craft | Jeanette | | 10/8/1965 | 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 | 9211700032 | 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Mentuer Hwy New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | TT - Regular | 19LBA02P06A063611 | CH2MHILL | Holly Park | MH - 3BR - Regular | 4X4TSMC296 R394642 | Unknown |
| Clara, Darjean | Darjean | Clara | | 7/11/1941 | 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 | 9199098828 | 3749 Virgil Blvd New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2461046398 | Fluor | | | | |
| Davis, Sylvia | Davis | Keiara | Shenika | 9/5/1984 | 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 | 9311441338 | 1630 Simon Bolivar Ave. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61018086 | Shaw | | | | |
| Davis, Sylvia | Davis | Sylvia | | 11/22/1954 | 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 | 9311441338 | 1630 Simon Bolivar Ave. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61018086 | Shaw | | | | |

**EXHIBIT A**