UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| *See Exhibit "A"* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SETTLING CONTRACTOR DEFENDANTS' <u>MOTION FOR SUMMARY JUDGMENT</u>

NOW INTO COURT, through undersigned liaison counsel, come the Settling Contractor Defendants,[1] and move this Court for summary judgment dismissing all claims against them in this MDL that purport to relate to manufactured housing units. The plaintiffs' claims in this MDL against contractors largely stem from allegations that the contractors did something wrong in the course of, or merely by the fact of, installing emergency housing units onto piers made of concrete blocks. Leaving aside the barely colorable nature of such claims as applied to travel trailers and park models, these claims simply have no relevance to manufactured housing units,

---

[1] The Settling Contractor Defendants are: Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**EXHIBIT C**

which are, after all, designed to be installed on piers made of concrete blocks and then lived in. Therefore, and for the reasons more fully set out in the accompanying memorandum, the Settling Contractor Defendants respectfully urge this Court to dismiss all claims against them in cases involving manufactured housing.[2]

                Respectfully submitted,

                **BAKER DONELSON BEARMAN**
                **CALDWELL & BERKOWITZ, PC**

                /s/ M. David Kurtz
                M. DAVID KURTZ (#23821)
                KAREN KALER WHITFIELD (#19350)
                CATHERINE N. THIGPEN (#30001)
                201 St. Charles Avenue, Suite 3600
                New Orleans, Louisiana 70170
                Telephone: (504) 566-5200
                Facsimile: (504) 636-4000

                **LIAISON COUNSEL FOR CONTRACTOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                /s/ M. David Kurtz

---

[2] These cases are listed on Exhibit "A."

2

Case 2:07-md-01873-KDE-ALC   Document 25802-2   Filed 02/21/12   Page 3 of 74

| | | | |
|---|---|---|---|
| Oak Creek Homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Oak Creek Homes, LP | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Palm Harbor Homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Patriot Homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Redman Homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| River Birch Homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| River Birch Homes, LLC | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Scotbilt homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Silver Creek Homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Southern Energy Homes, Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Waverlee Homes Inc. | 08-4630 | Laney, et al v. United States of America, et al | Harang |
| Cavalier Home Builders, LLC | 09-2165 (WDLA) | Rankin, et al v. Cavalier Home Builders, LLC, et al | GBDMW |
| Cavalier Home Builders, LLC | 09-3562 | Adams, et al v. Cavalier Home Builder, LLC, et al | Torres |
| Cavalier Homes, Inc. | 09-3562 | Adams, et al v. Cavalier Home Builders, LLC, et al | Torres |
| Fairmont Homes, Inc | 09-3591 | Penny, et al v. Fairmont Homes, Inc, et al | Torres |
| CMH Manufacturing, Inc. | 09-3592 | Salande, et al v. CMH Manufacturing, Inc. | Torres |
| Indiana Building Systems d/b/a Holly Park Homes | 09-3604 | James, et al v. FRH, Inc, et al | Lambert & Nelson |

Case 2:07-md-01873-KDE-ALC   Document 25802-2   Filed 02/31/12   Page 4 of 74

| | | | |
|---|---|---|---|
| Alliance Homes d/b/a Adrian Homes | 09-3622 | Fountain, et al v. USA, et al | Simien |
| American Homestar Corp. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Cavalier Home Builders, LLC | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Cavalier Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Champion Home Builders, Co. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Destiny Industries LLC | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Dutch Housing, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Fairmont Homes, Inc | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Giles Family Holdings, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Giles Industries of Tazewell, Incorporated | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Giles Industries, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Homes of Merit Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Horton Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Indiana Building Systems d/b/a Holly Park Homes | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Lexington Homes | 09-3622 | Fountain, et al v. USA, et al | Semien & Semien |
| Liberty Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Oak Creek Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Oak Creek Homes, LP | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Palm Harbor Albermarle LLC | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Palm Harbor Homes Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Palm Harbor Manufacturing Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Patriot Homes of Texas LP | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Patriot Manufacturing, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Redman Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| River Birch Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Semien & Semien |
| River Birch Homes, LLC | 09-3622 | Fountain, et al v. USA, et al | Semien & Semien |
| Scotbilt homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Silver Creek Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Simien |
| Southern Energy Homes, Inc. | 09-3622 | Fountain, et al v. USA, et al | Semien & Semien |