UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced in Exhibit A

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the "Settling Contractor Defendants' Motion for Summary Judgment" (Rec. Doc. 25802), noticed for submission on August 15, 2012, was filed. Further, it appears to the Court that the motion has merit. Accordingly,

**IT IS ORDERED** that the **"Settling Contractor Defendants' Motion for Summary Judgment" (Rec. Doc. 25802)** is hereby **GRANTED**, and the plaintiffs' claims against the settling contractor defendants are hereby **DISMISSED** in the referenced cases involving manufactured homes, as set forth in Exhibit A hereto.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not

**EXHIBIT D**

have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule

54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later

than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 16th day of August 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2

*In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
**USDC, E.D. La., MDL No. 07-1873**

| CASE NAME | CASE NUMBER | CONTRACTOR DEFENDANT |
|---|---|---|
| Nelson v. Gulf Stream Coach, Inc. | 07-7494 | CH2M HILL Constructors, Inc. |
| Nelson v. Gulf Stream Coach, Inc. | 07-7494 | Shaw Environmental, Inc. |
| Nelson v. Gulf Stream Coach, Inc. | 07-7494 | Fluor Enterprises, Inc. |
| Nelson v. Gulf Stream Coach, Inc. | 07-7494 | Bechtel Corporation |
| Aldridge v. Gulf Stream Coach, Inc. | 07-9228 | CH2M HILL Constructors, Inc. |
| Aldridge v. Gulf Stream Coach, Inc. | 07-9228 | Shaw Environmental, Inc. |
| Aldridge v. Gulf Stream Coach, Inc. | 07-9228 | Fluor Enterprises, Inc. |
| Huckabee v. Fleetwood Enterprises, Inc. | 08-4095 | CH2M HILL Constructors, Inc. |
| Huckabee  v. Fleetwood Enterprises, Inc. | 08-4095 | Bechtel National, Inc. |
| Adams v. Cavalier Home Builders, LLC | 09-3562 | CH2M HILL Constructors, Inc. |
| Adams v. Cavalier Home Builders, LLC | 09-3562 | Shaw Environmental, Inc. |
| Adams v . Cavalier Home Builders, LLC | 09-3562 | Fluor Enterprises, Inc. |
| Penny v. Fairmont Homes, Inc. | 09-3591 | CH2M HILL Constructors, Inc. |
| Penny v. Fairmont Homes, Inc. | 09-3591 | Shaw Environmental, Inc. |
| Penny v. Fairmont Homes, Inc. | 09-3591 | Fluor Enterprises, Inc. |
| Salande v. CMH Manufacturing, Inc. | 09-3592 | CH2M HILL Constructors, Inc. |
| Salande v. CMH Manufacturing, Inc. | 09-3592 | Shaw Environmental, Inc. |
| Salande v. CMH Manufacturing, Inc. | 09-3592 | Fluor Enterprises, Inc. |
| James v. FRH, Inc. | 09-3604 | CH2M HILL Constructors, Inc. |
| James v. FRH, Inc. | 09-3604 | Shaw Environmental, Inc. |
| James v. FRH, Inc | 09-3604 | Fluor Enterprises, Inc. |
| James v. FRH, Inc. | 09-3604 | MLU Services, Inc. |
| Fountain v. USA | 09-3622 | Fluor Enterprises, Inc. |
| Karcher v. Horton Homes, Inc. | 09-3723 | Fluor Enterprises, Inc. |
| Bruno v. Scotbilt Homes, Inc. | 09-3724 | CH2M HILL Constructors, Inc. |
| Bruno v. Scotbilt Homes, Inc. | 09-3724 | Shaw Environmental, Inc. |
| Bruno v. Scotbilt Homes, Inc. | 09-3724 | Fluor Enterprises, Inc. |
| Dubreuil v. Silver Creek Homes, Inc. | 09-3725 | Fluor Enterprises, Inc. |
| Winding v. Liberty Homes Inc. | 09-3735 | CH2M HILL Constructors, Inc. |
| Winding v. Liberty Homes Inc. | 09-3735 | Shaw Environmental, Inc. |
| Winding v. Liberty Homes Inc. | 09-3735 | Fluor Enterprises, Inc. |

**EXHIBIT "A"**