UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: "N" (5) |
| This document relates to:<br>   *ALL CASES* | *<br>* | JUDGE ENGELHARDT |
| * * * * * * * * * * * * * * * * * * * | | MAGISTRATE CHASEZ |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc. ("Liberty Mutual Insurance"), who moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiffs' liaison counsel regarding this Motion, and counsel has stated that he has no objection to this Motion.

Respectfully submitted,

  ___/s/ Anne E. Briard_____
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
    **HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

  I hereby certify that on September 19, 2012 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

     _____s/Anne E. Briard_____

     Anne E. Briard, La. Bar No. 29102