UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER <br> FORMALDEHYDE PRODUCTS <br> LIABILITY LITIGATION <br> <br> This document relates to: <br>    *ALL CASES* <br> \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* | MDL NO. 1873 <br> <br> SECTION: "N" (5) <br> <br> JUDGE ENGELHARDT <br> <br> MAGISTRATE CHASEZ |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE
TO FILE UNDER SEAL MOTION TO DEPOSIT
<u>SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT</u>**

**MAY IT PLEASE THE COURT:**

Liberty Mutual Insurance Company as alleged insurer of R-Vision, Inc. ("Liberty Mutual Insurance"), moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court.

On or about March 27, 2012, the Plaintiffs via Plaintiffs' Steering Committee, on the one hand, and Liberty Mutual Insurance entered into a Memorandum of Understanding ("MOU") which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1]  In order to comply with the terms of the

---

[1] Courts have held that a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement that should be a factor weighing in favor of granting or maintaining an order of confidentiality.  *State Farm Fire and Casualty Company, et al. v. Jim Hood, et al.,* 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 788 (3rd Cir. 1994).

aforementioned MOU, Liberty Mutual Insurance requests that its Motion to Deposit Settlement Funds Into the Registry of the Court be sealed.

WHEREFORE, Liberty Mutual Insurance respectfully moves this Honorable Court for leave to file under seal its Motion to Deposit Settlement Funds Into the Registry of the Court.

Respectfully submitted,

    /s/ Anne E. Briard
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
    **HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2012 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

    s/Anne E. Briard

Anne E. Briard, La. Bar No. 29102