# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | | |
| **LIABILITY LITIGATION** * | | **SECTION: "N" (5)** |
| * | | |
| **This document relates to:** * | | **JUDGE ENGELHARDT** |
| *ALL CASES* * | | |
| * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE CHASEZ** |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Liberty Mutual Insurance Company is granted leave of Court to file Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court.

New Orleans, Louisiana, this \_\_\_\_ day of September, 2012.

_____
**United States District Court**