UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N" (4) |
| This applies to: | JUDGE ENGELHARDT |
| *Oliver v. Keystone RV Company, et al*, No. 11-3095 | MAGISTRATE CHASEZ |

**KEYSTONE RV COMPANY'S
MOTION FOR SUMMARY JUDGMENT REGARDING CAUSATION**

Defendant Keystone RV Company ("Keystone") moves for summary judgment under Federal Rule 56. As more fully explained in Keystone's supporting memorandum, plaintiff Henry Oliver, Sr. ("Oliver") lacks evidence to establish his alleged injuries were caused by exposure to formaldehyde contained in his Keystone travel trailer. Without causation evidence, Oliver cannot prove a critical element of his claims and his claims should be dismissed.

In support of this motion, Keystone submits the following exhibits that demonstrate the absence of evidence to support Mr. Oliver's claims.

| Exhibit | Description |
|---|---|
| 1 | List identifying Henry Oliver, Sr., as Keystone opt-out plaintiff |
| 2 | Plaintiff Fact Sheet of Henry Oliver, Sr. |

Under Federal Rule 56 (c), because Keystone has noted the absence of evidence to support one or more elements of Mr. Oliver's claims, the burden shifts to Oliver to bring forward evidence to support his claims (in particular as to causation).  If he fails to do so, the Court should grant summary judgment for Keystone.

Pursuant to Pretrial Order No. 10 (Rec. Doc. No. 301), counsel for Keystone has contacted Ms. MaryAnna Penton, counsel for the plaintiff.  Ms. Penton advised that her client opposes this motion.

Therefore, for the reasons set out in this motion, the attached exhibits, and more fully explained in its supporting memorandum, defendant Keystone RV Company requests that the Court grant summary judgment in its favor, and against the plaintiff, with prejudice and at plaintiff's cost.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

*Attorneys for Defendant Keystone RV Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel, via liaison counsel, by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 19th day of September, 2012.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson