In Re: FEMA Formaldehyde Trailer Products Liability Litigation - MDL 1873

Final List of Requests for Exclusion from Class Settlements Received by PSC



| Name of Plaintiff | Manufacturer | Contractor | Attorney Repress | Date Opt-Out Received | EDLA # |
|---|---|---|---|---|---|
| Johnson, Theodore | | | | 6-Aug-12 | 09-cv-7333 |
| Oliver, Henry | Keystone | Bechtel | Penton | 17-Aug-12 | 11-cv-3096 |
| | | | | | 2561 |
| Sonnier, Drusilla | Gulf Stream | Fluor | Watts/Hilliard | 5-Sep-12 | 12-cv-1210 |

Exhibit "1"

9/6/2012

Blue - Plaintiffs have requested that their complaints be dismissed
Red - Requests for exclusion were not postmarked by the August 17, 2012 deadline