UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This applies to:<br><br>*Oliver v. Keystone RV Company, et al, No. 11-3095* | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

### LIST OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Local Rule 56.1, Keystone states that the following material facts are not in dispute:

1. No doctor or other medical expert has given a diagnosis that links the plaintiff's alleged injuries to his alleged exposure to formaldehyde contained in his Keystone-manufactured travel trailer. *See* Exhibit "2," p. 14.

2. Plaintiff has not produced any evidence to show that his alleged injuries are linked to his alleged exposure to formaldehyde in his Keystone-manufactured travel trailer.

{B0820864.1}