# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

This applies to:

*Oliver v. Keystone RV Company, et al, No.
11-3095*

MDL NO. 1873

SECTION "N" (4)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

)
)
)
)
)

## NOTICE OF HEARING

Notice is hereby given that Keystone RV Company's Motion for Summary Judgment Regarding Causation will be submitted for decision before Judge Kurt Engelhardt at 9:30 a.m. on **October 17, 2012**.

Baton Rouge, Louisiana, this 19th day of September, 2012.

*/s/ Ryan E. Johnson*
_____
Ryan E. Johnson

{B0820864.1}