UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO: Case Nos. 11-03095; 11-03096;
11-03097; 11-03098; 12-119; 12-120;
12-121; 12-122; 12-123; 12-124; 12-125;
12-126; 12-127; 12-128; 12-129; 12-130;
12-131; 12-132; 12-133; 12-152; 12-153;
12-154; 12-155; 12-157; 12-158; 12-159;
12-160; 12-161; 12-162; 12-186; 12-201;
12-202; 12-203; 12-204; 12-205; 12-206;
12-207; 12-208; 12-209; 12-210; 12-211;
12-212; 12-213; 12-214; 12-215; 12-216;
12-218; 12-219; 12-220; 12-221; 12-222;
12-223; 12-224; 12-225; 12-226; 12-227;
12-228; 12-229; 12-230; 12-231; 12-253;
12-254; 12-255; 12-256

JURY DEMANDED

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suits, who move this Honorable Court for an order allowing Maryanna Penton and Ronnie G. Penton of the Law Offices of Ronnie G. Penton, 209 Hoppen Place, Bogalusa, LA 70427, to withdraw as counsel of record and allowing Matthew B. Moreland of the Becnel Law Firm, L.L.C., 106 West 7th Street, P.O. Drawer H, Reserve, LA 70084 to enroll as counsel of record for the Plaintiff. This request for substitution of counsel will not delay the progress of this case nor prejudice any of the parties hereto.

**WHEREFORE,** Plaintiffs respectfully request that Maryanna Penton and Ronnie G. Penton of the Law offices of Ronnie G. Penton be allowed to withdraw as counsel of record and that Matthew B. Moreland of the Becnel Law Firm, L.L.C. be enrolled as counsel of record.

Respectfully submitted:

By: /s/Maryanna Penton
Maryanna Penton (La. Bar #32920)
Ronnie G. Penton (La. Bar #10462)
**Law Offices of Ronnie G. Penton**
209 Hoppen Place
Bogalusa, LA 70427
Telephone: (985) 732-5651
Facsimile: (985) 735-5579

By: /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 20, 2012.

                               s/MaryAnna Penton
                               MaryAnna Penton