UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO: Case Nos. 11-03095; 11-03096;
11-03097; 11-03098; 12-119; 12-120;
12-121; 12-122; 12-123; 12-124; 12-125;
12-126; 12-127; 12-128; 12-129; 12-130;
12-131; 12-132; 12-133; 12-152; 12-153;
12-154; 12-155; 12-157; 12-158; 12-159;
12-160; 12-161; 12-162; 12-186; 12-201;
12-202; 12-203; 12-204; 12-205; 12-206;
12-207; 12-208; 12-209; 12-210; 12-211;
12-212; 12-213; 12-214; 12-215; 12-216;
12-218; 12-219; 12-220; 12-221; 12-222;
12-223; 12-224; 12-225; 12-226; 12-227;
12-228; 12-229; 12-230; 12-231; 12-253;
12-254; 12-255; 12-256

JURY DEMANDED

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Matthew B. Moreland of the Becnel Law Firm, L.L.C.

be enrolled as counsel of record for Plaintiffs, and that Maryanna Penton and Ronnie G. Penton

of the Law Offices of Ronnie G. Penton, be allowed to and is hereby withdrawn as counsel of

record in the above captioned proceedings.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**JUDGE**