UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | | |
| **LIABILITY LITIGATION** * | | **SECTION: "N" (5)** |
| * | | |
| **This document relates to:** * | | **JUDGE ENGELHARDT** |
| *ALL CASES* * | | |
| * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE CHASEZ** |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Under Seal the Motion to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Liberty Mutual Insurance Company is granted leave of Court to file Under Seal the Motion to Deposit Settlement Funds Into the Registry of the Court.

New Orleans, Louisiana this 20th day of September, 2012.

_____
United States District Judge