UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3604

## O R D E R

Considering "Plaintiffs' Motion for Reconsideration of Order and Reasons" (Rec. Doc. 25845), which is unopposed,

**IT IS ORDERED** that **"Plaintiffs' Motion for Reconsideration of Order and Reasons" (Rec. Doc. 25845)** is hereby **GRANTED**, and this Court's Order and Reasons at Rec. Doc. 25813 is hereby **VACATED IN PART**, in that it is vacated solely insofar as it dismisses the plaintiffs' claims against CH2M Hill Constructors, Inc. in the above referenced member case, and shall remain in full effect in all other respects.

New Orleans, Louisiana, this 20th day of September 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**