**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-5" |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | |
| | § | |
| Civil Action No. 10-2249 | § | |
| *Angela Pittman, as Next Friend of C.R.* | § | |
| *a minor, et. al. vs. Gulf Stream* | § | |
| *Coach, et. al.* | § | |

**ORDER ON PLAINTIFF'S, CAROL BECNEL, NOTICE OF**
**VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, CAROL BECNEL, Notice of Voluntary

Dismissal, without prejudice, is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 20th day of _____ September _____, 2012.

_____
HONORABLE KURT ENGELHARDT