UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br><br>Civil Action No. 12-1209<br>*Kenneth Albus, et al. v.*<br>*Gulf Stream Coach, Inc., et al.* | § § § § § | |

### ORDER ON PLAINTIFF'S, BRITTNEY DEWEY, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, BRITTNEY DEWEY, Notice of Voluntary Dismissal, without prejudice, is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 20th day of September, 2012.

_____
HONORABLE KURT ENGELHARDT