**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| **Civil Action No. 12-1211** | § | |
| ***Tennille Burnett, et al. v.*** | § | |
| ***Forest River, Inc., et al.*** | § | |

## ORDER ON PLAINTIFF'S, MARIE GREEN, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, MARIE GREEN, Notice of Voluntary

Dismissal, without prejudice, is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 20th day of _____September_____, 2012.

_____
HONORABLE KURT ENGELHARDT