UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Holmes et al v. Gulf Stream Coach, Inc. et al* | * | |
| 2:09-cv-07999-KDE-ALC | * | |
| | * | |
| Plaintiff Theodore Johnson, only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION
TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW INTO COURT, come John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and The Buzbee Law Firm , who for the reasons set forth in the attached memorandum, respectfully submit this Consent Motion to Withdraw as Counsel for Plaintiff, Theodore Johnson.

The undersigned inquired of counsel for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. as to whether they oppose the motion. They do not oppose.  Counsel also advised all liaison counsel of Counsel's intent to file this motion, and none expressed objection.

WHEREFORE, movants respectfully request that this Honorable Court grant their Motion to Withdraw as Counsel for Plaintiff.

1

Respectfully submitted,

  /s/Peter K. Taaffe
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
**THE BUZBEE LAW FIRM**
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (409) 762-5393
Fax: (409) 762-0538

JOHN MUNOZ (#9830)
**GARNER & MUNOZ**
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

## CERTIFICATE OF SERVICE

     I certify that my office has previously notified Theodore Johnson of all deadlines and pending court appearances, via U.S. mail and certified mail. I hereby certify that on September 21, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document via certified mail to Theodore Johnson and via first-class mail to all counsel of record who are non-CM/ECF participants.

  /s/Peter K. Taaffe
Peter K. Taaffe