UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Holmes et al v. Gulf Stream Coach, Inc. et al* | * | |
| 2:09-cv-07999-KDE-ALC | * | |
| | * | |
| Plaintiff Theodore Johnson, only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION**
**TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and The Buzbee Law Firm ("Counsel"), pursuant to Local Rule 83.2.11, respectfully request permission of this Court to withdraw as counsel for Plaintiff Theodore Johnson.

Counsel and Mr. Johnson have recently terminated their professional relationship. Counsel previously confirmed the termination by letter to Mr. Johnson.  Mr. Johnson did not object to the withdrawal and has been informed of all deadlines and dates currently scheduled in this matter.[1]

Mr. Johnson's current address and phone number are:

Theodore Johnson
 219 Patterson Drive
Bogalusa, LA  70427
(985) 750-0723

---

[1] Mr. Johnson has been provided with all materials regarding the proposed class settlements, which include information on various deadlines and hearing dates.  Currently, his suit does not have any deadlines or hearing dates.

1

Counsel inquired of counsel for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. as to whether they oppose the motion. They do not. Counsel also advised all liaison counsel of Counsel's intent to file this motion, and none expressed objection.

Permitting Counsel's withdrawal from representation of Mr. Johnson will not delay these proceedings as Mr. Johnson's claim does not yet have a docket control order or trial setting.

Therefore, Counsel respectfully request that they be permitted to withdraw from representing Theodore Johnson in this case and for such other relief to which they are entitled.

Respectfully submitted,

 /s/Peter K. Taaffe
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
**THE BUZBEE LAW FIRM**
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (409) 762-5393
Fax: (409) 762-0538

JOHN MUNOZ (#9830)
**GARNER & MUNOZ**
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**CERTIFICATE OF SERVICE**

      I certify that my office has previously notified Theodore Johnson of all deadlines and pending court appearances, via U.S. mail and certified mail. I hereby certify that on September 24, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document via certified mail to Theodore Johnson and via first-class mail to all counsel of record who are non-CM/ECF participants.

                                                         /s/Peter K. Taaffe
                                                    Peter K. Taaffe