UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Holmes et al v. Gulf Stream Coach, Inc. et al* | * | |
| 2:09-cv-07999-KDE-ALC | * | |
| | * | |
| Plaintiff Theodore Johnson, only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Motion to Withdraw as Counsel for Plaintiff Theodore Johnson is hereby GRANTED. Accordingly, the docket clerk shall remove John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and The Buzbee Law Firm as counsel of record for Plaintiff Theodore Johnson.

IT IS FURTHER ORDERED that Counsel shall provide a copy of this Order to Mr. Johnson and his counsel, if known.

New Orleans, Louisiana, this____day of_____, 2012.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

1