Paul Benson
1920 2nd Ave
Lake Charles, LA
70601



Aug 4 2012

To Whom this concern's I recently found that Jury that were selected for this case sided with the defendants. I were told that they were certain attorneys who were appointed for the case to scan through claims to determine whether or not if a claim had enough merits to be heard. However Am shocked and disappointed that my claim wasn't heard. I wanted to be able to be called to the stand to show and prove to the court on how many times that I've been warning those defendants about strong fumes while seeking further assistance and medical attention with regard to the formaldehyde exposures on many occasions. Based on the information I was provided I will object to this settlement because I thought that there were very important witnesses as well as for important pieces of information with direct concerns to this matter that wasn't heard that I feel should of been heard. I have more than fifty witnesses from Fema on several correspondent notes that I thought should of gotten called. Because other than for the attorneys the defendants were unaware of these notes had either one of them testified otherwise then the acting attorney would of been able to present to them as well as the court copies of the correspondant notes that shows their names, date and time of event along with what was being said. In addition there were two seperate inspectors that came by the trailer one of whom that thought the stove was leaking gas because of the strong odor. He then made a few adjustments to the stove and wrote up his report gaved me a copy then left without saying a word.

About two weeks later there comes the second inspector with a air monitor to check the quality of the air. Upon his completion he also found what thought to be Carbon monoxide but listed on his report that there were no carbon Monoxide detector. According to the U.S. Department of Health and Human Profile Edition for formaldehyde indicates that after formaldehyde reaches a certain concentration level it turns to Carbon Monoxide. It was found that the air sample taken from this trailer indicates that a smoker would of have to smoke at least 142 packs of cigarettes per day over a three month period to be able to reach an air reading number of 23,200 as shown on the report at the top right. Therefore in my opinion those inspectors should of been brought to the stand to explain those findings and to explain why would you need a air monitor if you're claiming you know nothing about exposure limits being too high, and why wasn't that trailer declared unsafe to occupy. I visited several trailers that were identical to mine to compare the odor and what I found was that those trailers even when closed all day the smell didn't come close to the trailer that I had, even while being occupied. Based on those facts I've suffered and remains suffering from the additional damages that were caused by formaldehyde.

EXHIBIT 1

Paul Beason
1920 2nd Av
Lake Charles LA 70601



8/4/12

Am having to live with laryngocele a larynx disorder which can only be removed by surgery, an operation that my Pulmonary doctor won't endorse because of too much damage that has been done to the lungs. The defendants refused and failed to provide me with further assistance throughout the evacuation period all the while knowing about my pre-existing conditions that could be fatal with these hazardous levels of formaldehyde. However I feel that after the defendants were aware of the levels of formaldehyde and that it was causing further damages it would appear as if all the more one would want to assist with further assistance to avoid further damage but unfortunately it didn't happened.

Then after the formaldehyde story was made public and brought to trial I'm being told and from my understanding is that they're using my pre-existing condition against me to help better their best interest although before and throughout most of the evacuation period when I was informing them about the situation to help better my best interest and to try to avoid any further damage they wanted nothing to do with it. Now they're claiming it and want to have it both ways, they're avoiding accountability on both fronts therefore in my opinion they appeared in court with dirty hands Therefore I feel that most of their testimonies shouldn't of been allowed particular when the defense testimony contradicts everything that's been recorded by the clients that they represents. Am forwarding two out of about thirty pages of correspondant notes to you that was in my opinion accidently sent. Because from being denied from further assistance soo many times for unknown reasons I decided to write a written request letter demanding that all of my appeal letters be forwarded back to me. I was suggesting that I may have been writing the wrong words in terms of a request.

However when they did responded to the request, they forwarded everything which includes the names and time of person and persons who were recieving the complaints with regards to this matter. Then later when the formaldehyde story broke I made a similar request to find out whether or not would they provide the same information. As expected they sent back may be five pages that were self serving oppose to about the thirty incriminating pages that they hadn't realized was sent to me earlier. I wanted to opt out of this settlement but were told by Parker-Waichman that I would have to hire an attorney however since Jerry sided with them four times it would be a minimal chance of prevailing from what I was told. On the other

Paul Beason
1920 2nd Ave
Lake Charles LA

8/4/12

hand if I had my own money there would be someone out there that would be willing to take the chance. I'm going to close by saying thanks for taking the time to read these letters. Ive sent part of medical evidence that shows I was getting treatment and hospitalized long before the formaldehyde story became public. Keep in mind had I not used my own judgement in deciding whether or not that the trailer was unsafe to live this story would be a lot different. Also keep in mind is that during all of this I had no place safe to live for the entire evacuation period. Should you have any questions regarding these letters please call at 337-432-7249

Sincerly
Paul Beason

|  DEL-JEN, INC. A Fluor Company | DEL-JEN, a Fluor Company<br>Project Number: FEMA_IA_01<br>Hurricane's Katrina & Rita Relief Project |
|---|---|
| Residential RFO Package – DEL-JEN Inspection Report ||

**Additional Remarks**

* NO CARBON MONOXIDE ALARM (RB) AP 23 20C
* FT DOOR TRIM NEED TO BE REPAIRED (RB)

| Address/Park | 1920 2ND AVE LAKE CHARLES | | |
|---|---|---|---|
| Park Name | N/A | Lot Number | N/A |
| UDT/Work Order No | 1607-0001-03312-1PR | Site Control No | 3C-07-004591 |
| Trailer VIN | 1NL1GTR206105 1324 | Trailer Bar Code # | 1124249 |
| Contractor | P25 | | |

| | Contractor QC | | |
|---|---|---|---|
| Name | [signature] | Signature BRIAN OLIVIER | Date 12/28/05 |
| | QA Inspector | | |
| Name | RICHARD BUENDIA | Signature R. Buendia | Date JAN 07 06 |
| | Kip Jordan | [signature] Kip Jordan | 12-28-05 |

Document Name: DEL-JEN Inspection Report Form.doc    Section: 4

(5-D)

Fax Server

**Lake Charles Memorial Hospital**
Department of Radiology
1701 Oak Park Blvd, Lake Charles, LA 70601
(337) 494-3070

PAX Ace.
Pain
mama
337
984
1632

## BEASON, PAUL

MRN: 000306526
DOB: 10/26/1957
Sex: M

Ordering MD: BERGERON, NICKLES          Attending MD: BERGERON, NICKLES
                                        Admitting MD: BERGERON, NICKLES

| Study Date | Accession # | Procedure Code | Procedure |
|---|---|---|---|
| 10/15/2010 | 2004468 | 4220491 | CT NECK SOFT TISSUE/CONTR |

### *** Final Report ***

CT scan soft tissue neck with contrast.

HISTORY: Hard to swallow. Hoarseness.

Images of the neck were obtained following administration of 100 cc Omnipaque-350 intravenously. Sagittal and coronal reformatted images were produced.

There is dilatation of the submandibular ducts bilaterally symmetrically. Etiology unclear. No definite obstructing stones are seen. Submandibular glands are unremarkable. Visualized brain and visualized orbits are normal. Nasopharynx and oropharynx appear normal. There are atherosclerotic changes of the cervical vasculature with some narrowing mildly at the carotid bifurcations. There are emphysematous changes at the visualized lung apices.

There are large pockets of air in the neck bilaterally at level of the pharynx and larynx. The air collections appear to extend from the level of the paraglottic larynx and extend laterally between the thyroid cartilage and hyoid bone right larger than left. On the right side, the air collection is about 5 x 3.7 cm and on the left it is about 2.7 x 2.1 cm. There is a little complex material also within the left-sided air pocket. These are compatible with laryngoceles.

IMPRESSION: Bilateral large laryngoceles right greater than left.

Prominence of the parotid ducts.

Films Reviewed with:
Dictated on:   10/15/2010  11:30:01 AM

Printed - 10/15/2010 12:00:52 PM                                     Page 1 of 1

Page (4)

## Pulmonary Associates of Southwest Louisiana
### Progress Notes

Chart # 05-11076

Patient Name: Paul Beason   Date: 3/17/04   Height: ___   SaO2 Rest: 98%
Blood Pressure: 132/92   Pulse: 90   Weight: 163   Prior Weight: 171   SaO2 Ex.: ___
Resp. rate: Current / Prior

Age: ___   Pain: ___   Location: ___   Scale: ___

Peak Flow / FVC / FEV1 / Dlco — Current / Prior

**Diagnoses:** COPD, CHF, HTN, Diabetes, ASCVD, IPF, Asthma, Abn. Xray, Cough, Lung CA, Arrhythmia, Asbestosis, Other Diagnoses

**Chief Complaint/HPI:** ↑ SOB, ↑ DOE — worse today — off + on c̄ s/s. feels like "fixing to faint"

Apparently in FEMA trailer but "new smell" too strong — currently staying in apartment.

**EXAM:**
- HEENT: pupils ___   Normal
- Neck: JVD ___   Adenopathy ___   Carotids: R/L /4  /4   Bruits /
- Lungs: ↑ wheeze
- Heart: ___ R₂ S M
- Abdomen: ___ /soft/ BS ⊕
- Extremities: edema
- Skin:
- Lymphatics:
- Neuro:

**CXR/CT Scan/PET:** COPD. ↑?

**Assessment:**

**Plan/Recommendations:** steroids / bronchodilator

f/u in @ 10-14d — if no improvement → Hosp

Injection Drug:   Call With:
Dose:             Revisit/with:
Copy To:          Doctor: ___

| Date | Name | Type | Notes |
|---|---|---|---|
| | Cartwright | | NAME.<br><br>APP CONCERN IS TRAVEL TRAILOR THAT AFFECTING IS HEALTH; APPHAS LEFT TRAVEL TRAILOR AND NOW RENTING A ROOM FROM PRIVATE ONWER.<br><br>APP REQUESTING FOR RA. INFORM APP SUNMITT IN DOCUMENTATION SHOWING HAEATH ISSUES THE TRAVEL TRAILOR HAS CAUSE IN REFERENCE TO AFFECTING HIS HEALTH.<br><br>SUMMITT IN RENT RECEIPTS AND LEASE FROM PRIVATE OWNER OR LANDLORD AGREEMENT WITH THE APP.<br><br>AND CREATE A HOUSING PLAN FOR NEAR FUTURE AND SHOW THE SELF SUFFICIENCY IN HOUSING PLAN.<br><br>APP IDV-FAILED.<br><br>REF. APP TO DRC FOR INSPECTION REPORT ABOUT EFFECETED TRAVEL TRAILOR OR CONTACT MAINTANCE FOR REPORT. |
| 08/25/06 | Samuel Brown iii | 92 FAX INFO | APP CALLED TO GET FAX NUMBER AND WAS GIVEN IT<br><br>APP STATED THAT HE WAS UNABLE TO LIVE IN TT BECAUSE OF FUMES AND IS LIVING BACK AT DD.<br><br>APP INFO VER. |
| 09/05/06 | April Gooding | 92 STAT OF MAILED DOCS | RENT RECEIPTS,UTILITY BILL AND A LETTER REQ FOR RENTAL ASSISTANCE APP STATED HE SPOKE TO TT FOLK THE TT HAS BEEN DEACTIVATED BUT HAS NOT BEEN PICKED UP AND TOLD HIM TOCALL BACK IF TT NOT PICKED UP BY THE SEP.25TH |

1-202-646-1913

| | | | |
|---|---|---|---|
| | | | THEN HE WILL RETURN. APP HAS BEENS TO THE HOSPITAL ON SEVERAL OCCASIONS DUE TO THIS FACT. |
| 08/22/06 | Valerie Prescott | AFO/ASCC DEACTIVATION REQUEST | DEACTIVATION REQUEST WAS DONE......BECAUSE APP SUFFERS FROM COPD AND THE CHEMICAL SMELL IN THE TT MAKES HIS CONDITION WORSE.....APP WOULD LIKE TO RECIEVE SOME RENTAL ASST. |
| 08/22/06 | Billy Mceachern | 92 HA STATUS CHECK | APP CALLED TO CHECK STATUS ON CASE. INFORMED APP THAT CORRESPONDENCE WILL BE MAILED OUT TO FILL OUT FOR RA. ADVISE APP TO FILL-OUT FORM AND SEND TO INTO FEMA. |
| 08/22/06 | Rosa Evans | 92 STATUS =TT LEASE -OUT | APP CALLED TO SEE IF INFORMATION CONCERNING TT LEASE OUT IS IN SYSTEM APP WAS ADVISED OF HIS STATUS INFO VERIFIED 92/RE |
| 08/22/06 | Keesha Samuel | JFO/ AS/ CC | APP CALLED ABOUT DEACTIVATION NUMBER BUT REQUEST WAS SENT IN ON TODAY AND DEACTIVATION NUMBER HAS NOT BEEN ASSIGNED YET. CALL WAS GIVEN TO SUPERVISOR AND SUPERVISOR EXPLAINED PROCESS TO APP. |
| 08/23/06 | Santrecia Davis | BRJFO ASCC | APP CALLED TO CHECK THE DEACT. STATUS....INFORMED APP THAT HE WOULD NEED TO ALLOW MORE TIME FOR PROCESSING....WANTED TO SPEAK TO A SUPERVISOR..SUPERVISOR EXPLAINED THE SAME TO HIM.. |
| 08/23/06 | Love Newman | 92 HA INQUIRY | APP CALLED TO ASK IF HE CAN GET RENTAL ASSISTANCE APP STATED HE DEACTIVATED TT/MH I INFORMED APP WHEN HE DEACTIVATED TT/MH HE GAVE UP RA APP DISCONNECTED THE CALL |
| 08/25/06 | Keith | 92 INQUIRY TT. | VERIFIED SS# CMA CPH DMA |

9 of 23