04Sept12

In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MD-1873, Section"N" (5)

Dear Nicole,

Thank you for your call today informing me of the most recent FEMA litigation settlement involving the contractors who installed the faulty FEMA trailers and for the document detailing my options, which I received following our phone conversation.

I would like it to be made known that my brother, Joseph Mauldin, and I object to this settlement with the FEMA trailer contractors. We believe that the settlement, IN NO WAY, compensates for the loss of our mother, Agnes B. Mauldin, to acute lymphocytic leukemia, an acquired, not inherited, disease that she suffered as a result of living in the formaldehyde contaminated FEMA trailers after Hurricane Katrina.

I am curious to know how many of the plaintiffs in this class action lawsuit actually died as a result of this negligence. Our mother did. Agnes B. Mauldin, DIED as a result of living in the faulty FEMA trailers. My brother and I are completely offended that such a settlement would even be suggested as compensation for the loss of life. I cannot stress this enough. It is insulting and beyond ridiculous to even consider such a settlement as a resolution to wrongful death.

**Let it be known that Joseph Mauldin and Lydia Mauldin Greenlees completely OBJECT to the currently proposed settlement with FEMA trailer contractors.**

We can be contacted regarding this matter in the following ways:

| | |
|---|---|
| Lydia Mauldin Greenlees | Joseph Mauldin |
| 11205 Yardley Place | CMR #405, Box 2843 |
| Ijamsville, MD 21754 | APO AE 09034 |

Cell: 248-881-3523
Home: 301-363-5024

Email: lgreenleespalau@gmail.com
and josephmauldin3@gmail.com

Thank you,

*Lydia M Grne* (signature)

Lydia M. Greenlees

EXHIBIT 2