6820 Manchester St.
New Orleans, LA 70126

August 26, 2012

Bruno and Bruno
855 Baronne St.
New Orleans, LA 70113

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 SEP 10 PM 3: 15

LORETTA G. WHYTE
CLERK

RE: FEMA Trailer Formaldehyde Products Liability Litigation USDC, Eastern District of Louisiana, MDL No.1873

To Whom It May Concern:

My name is Bobby Ray Magee. This letter is being written in response to the communication I received concerning the suit brought against the manufacturers of the travel trailers provided to Hurricanes Katrina and Rita victims.

I would like to contest the amount offered as a result of the agreement. The illnesses I have suffered amount to far more than the stated amount. Since living in the trailer I have suffered from sinus and asthma. I have had two sinus surgeries and have been hospitalized on numerous occasions due to asthma episodes.

I have missed several days of work. I have had to downsize my lawn care business substantially, as a result of this condition. Furthermore, I am still under doctor's care for asthma.

Thank you,

*[signature]*
Bobby R. Magee

EXHIBIT
3

DATE OF OPERATION: 04/22/2009

SURGEON: Mary A Fazekas-May, M.D.

ASSISTANT: Karen P. Miller, M.D.

PREOPERATIVE DIAGNOSIS: Chronic rhinosinusitis with polyposis

POSTOPERATIVE DIAGNOSIS: Chronic rhinosinusitis with polyposis

PROCEDURE PERFORMED:
1. Stealth-guided endoscopic sinus surgery.
2. Bilateral maxillary antrostomies.
3. Bilateral total ethmoidectomies.
4. Reduction bilateral concha bullosa.
5. Out-fracturing of the inferior turbinates.

ANESTHESIA: General endotracheal anesthesia.

PROCEDURE IN DETAIL: The patient was brought to the operating suite, laid supine on the table. General endotracheal anesthesia was performed without difficulty. Afrin soaked pledgets were placed in the nasal cavities bilaterally and the patient was prepped and draped in sterile fashion for stealth-endoscopic sinus surgery. The stealth tracking system was placed and calibrated and the nasal packing removed. Bilateral middle turbinates, uncinate processes, inferior turbinates and septum were injected with 1% lidocaine with 1:100,000 epinephrine.

Endoscopic examination of both nasal cavities and revealed extensive polyposis. Using straight biting forceps, representative specimens were obtained from polyps within the middle meatus and the posterior nasal cavities and submitted for permanent pathological analysis. Upon initially entering the right middle meatus, purulent material was encountered. This was submitted for culture.

A right uncinectomy was performed using a caudal elevator, straight biting forceps and endoscopic microdebrider. Following the uncinectomy, the ethmoid bulla was entered opening the anterior ethmoids. Under stealth guidance, dissection was continued into the posterior ethmoids, removing diseased mucosa and involved bone. The right concha bullosa was reduced by crushing the middle turbinate with a hemostat until it was significantly reduced in size. The medial surface of the middle turbinate on the opposing septal mucosa were abraded with a suction tip to facilitate scarring of the middle turbinate to the septum in the medial position. Using a curved suction, the maxillary ostium was located and entered. A large antrostomy was created by removing adjacent mucosa and bone with both manual forceps and the microdebrider. The frontal sinus duct was located and obstructing polypoid tissue was removed along with the mucosa until the duct was widely patent. The right nasal cavity was copiously irrigated and suctioned and a Merogel pack was placed between the middle turbinate and the maxillary antrostomy.

Attention was turned to left nasal cavity where an uncinectomy was performed followed by a maxillary antrostomy. Polypoid changes were sampled with manual up-biters and further reduced with the microdebrider. Ethmoid bulla was entered and a total ethmoidectomy performed under self-guidance. The left concha bullosa was

Run: 12/17/10-04:01 by 0

Additional copy                                                         Page 1 of 2

followed by placement of a Merogel pack between the middle turbinate and the maxillary antrostomy.

The inferior turbinates were outfractured bilaterally with a Goldman elevator. Antibiotic coated rolled Telfa packing was placed bilaterally for hemostasis and secured with an external suture between the two rolls.

The patient was taken back over to anesthesia who extubated him without difficulty. He was taken to the Post Anesthesia Care Unit where his packing was removed. Examination in the PACU revealed no visual changes. Dr. Fazekas-May was scrubbed and participated in the entire case. No complications were noted.

After criteria were met, the patient was discharged home in stable condition on antibiotics and pain medication. He was placed also placed on a steroid taper. He will follow up with Dr. Fazekas-May in 1 week.

DICTATED BY: Karen P. Miller, M.D.
IN:         / MEDQ  / REV:  / 421469  / WT:  D.MEDIPR-OR

DD:  04/22/2009 21:33:18  DT:  04/22/2009 21:55:44  HIS#: 369155867
                                              (Signature on File)
                                              Mary A Fazekas-May, MD

04/22/09 213318
04/22/09 2155

Electronically Signed by Mary A Fazekas-May, MD on 04/23/09 at 1036

Run: 12/17/10-04:01 by 0

Additional copy                                              Page 2 of 2



Return address:
Mzee
Manchester St.
70126

Addressed to:
Clerk of Court
Eastern District of LA.
North Division
Hale Boggs Federal Building
United States Courthouse
500 Poydras St., Room C-151
New Orleans, LA, 70130