August 20, 2012

Napoleon Felix
420 SW 154th St Apt 106
Burien, WA 98166

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2012 SEP -4 PM 12:18
LORETTA G. WHYTE
CLERK

I have written your office several time telling your office about a sewer over flow in golden count next to my trail in N-6. Where the fire department were there along with other worker from other company. I have past out in these 2 trailer that I lived in about up to ten time. For as a settlement ment I have recieved a letter offering me one dollar. And since I stayed in two different trail I would get more from the other trailer. Is this one of two settlement or is the a second settlement from the other trailer is included in this one offer. And also I would like to know how many people is involved in settlement. If the settlement is reasonable I will settle cause I do not think is would be fair. I need more information and if not fair I would like a PSC and we can take it from there. I'm disable and I have been evicted from my apartment Raymond J. Walter phone (206) 634-2660 Fax 206 632-3863 took me to court for eviction. My Brother stay in this apartment. But when I was stay in golden count my neigbor die. There is no treatment for formaldehyde we the victim get sicker as we live in the long term. And I am pushing for PSC and you may refer my name on list now. And for hurricane Katrina I was in New Oleon Parish Prison And they which issuing out chick for people in jail in this building 3800 free center on Poydras st. Could you get that infor for me or pass it along. I'm homeless I ain't have a home on plant to live now And there are a lot of people in this position.

Napoleon Felix

MD-2:07 MD-1873 Section N (5) Pass Information to court 206 577-
loss my settlement to kid and family 206 371-18

EXHIBIT 4

August 26, 2012

Napoleon Foster
420 154th St Apt 106
Burien, WA 98166

I have Been offer 1 to 25 dollars of this settlement so far. I have spent more time and money than what they have offer me. I sent A letter to one of your court P.S.C. Representative of Pogdras and I have a copy on reverse side But I miss the Aug 17 date. I would like to settle Because of that Reason or do that make a different But I need and want a fair settlement. I have put out a least 10 time Reported sewa leak that over flowed on golden court, which the fire department was there along with other worker which I sent sign statement to Buzbee from signed with security and residencial people who stay there. I just been Recent evicted out of my apartment. I have chronic pain that metally bother me. Have Hardship Apon me I can not afford to come there now. And people who I know or which they know about problem that I had in trailer. I do know where they are and can't reach them. I do not know How many people are involved in settlement and I talk to one of the ligation depart ment on this letter said I can go with there settlement plan and recieved more money with out the Buzbee lawyer fee. There is not enough information that is given to the client. So I feel the settlement would not Be fair I file a suit against NOPPrison for Hurricane Katrina and had a Attorney and my attorney never showed up for court and my case was dismiss And went to the NAACP And ACLU and could not get any help. If there percen age can be figured out why can our the victim be? I want to he At to hear some one address these issue I been asking. I have problem and there is No treatment for this and ask for proof I have none but signed statement which I sent Buzbee and that I live there and long term effect problem which come.

I still want to remain in Class. I'm not knowing enough information and a time frame of how long if you object. How long after that and if the settlement offer will stand. I object to settlement, But I would like the issue to Be settlement fair with me included. I am give my address and phone # (206) 574-8439 or (206) 371-1861 mailing address: 420 154th St Apt 106 Burien, WA 98166 signature Napoleon Foster and I 98166 NAPOLEON FOSTER
do want to be apart of settlement and I will give them a call this week I just need to get this letter to your office            you.

Napoleon Foster
820 SW 154th St Apt 106
Burien, WA 98166

7013030003367



SEATTLE WA 980
29 AUG 2012 PM 2 L

Clerk of Court
Eastern District of Louisiana
North Division
Hale Boggs Federal Building
United States Courthouse
500 Poydras St. Room C
70...130...