UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED<br>TO: Case Nos. 11-03095; 11-03096;<br>11-03097; 11-03098; 12-119; 12-120;<br>12-121; 12-122; 12-123; 12-124; 12-125;<br>12-126; 12-127; 12-128; 12-129; 12-130;<br>12-131; 12-132; 12-133; 12-152; 12-153;<br>12-154; 12-155; 12-157; 12-158; 12-159;<br>12-160; 12-161; 12-162; 12-186; 12-201;<br>12-202; 12-203; 12-204; 12-205; 12-206;<br>12-207; 12-208; 12-209; 12-210; 12-211;<br>12-212; 12-213; 12-214; 12-215; 12-216;<br>12-218; 12-219; 12-220; 12-221; 12-222;<br>12-223; 12-224; 12-225; 12-226; 12-227;<br>12-228; 12-229; 12-230; 12-231; 12-253;<br>12-254; 12-255; 12-256 | JURY DEMANDED |

**ORDER**

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Matthew B. Moreland of the Becnel Law Firm, L.L.C. be enrolled as counsel of record for Plaintiffs, and that Maryanna Penton and Ronnie G. Penton of the Law Offices of Ronnie G. Penton, be allowed to and is hereby withdrawn as counsel of record in the above captioned proceedings.

New Orleans, Louisiana, this __24th__ day of __September__, 2012.

_____
**JUDGE**