UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DAVIS PROFESSIONAL ACCOUNTING SERVICES LLC'S
MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO
DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

**NOW INTO COURT,** through undersigned counsel, comes defendant Davis Professional Accounting Services LLC ("Davis"), who moves this Honorable Court for leave to file under seal their Motion for Authority to Deposit Settlement Funds into the Registry of the Court as it contains confidential settlement information. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Plaintiffs' liaison counsel does not oppose this motion.

**WHEREFORE**, for the reasons set forth in the accompanying non-confidential memorandum in support, Davis Professional Accounting Services LLC respectfully requests that it be granted leave to file its Motion for Authority to Deposit Settlement Funds into the Registry of the Court under seal.

1

Respectfully submitted,

*s/ Richard G. Duplantier, Jr.*

**Richard G. Duplantier, Jr**. (#18874)
**Duplantier@gjtbs.com**
**Peter A. Bourgeois** (#27389)
**pbourgeois@gjtbs.com**
**Stephanie Dovalina** (#31137)
**sdovalina@gjtbs.com**
GALLOWAY, JOHNSON, TOMPKINS,
    BURR& SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Fax: (504) 525-2456
*Attorneys for Defendant, Davis Professional Accounting Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of September, 2012, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

           *s/ Richard G. Duplantier, Jr.*
           **RICHARD G. DUPLANTIER, JR.**