UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion for Leave To File Under Seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed by defendant, Davis Professional Accounting Services, LLC, the Court hereby finds that interest of the public in assessing the terms and conditions of the settlement is outweighed by the interest of Davis Professional Accounting Services, LLC, and plaintiffs in this multidistrict litigation in protecting the confidentiality of the terms of the settlement. Therefore, the sealing of the Motion for Authority to Deposit Settlement Funds into the Registry of the Court is necessary.

**IT IS ORDERED** that Davis Professional Accounting Services, LLC's motion is GRANTED and that Davis Professional Accounting Services, LLC is granted leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court in the manner prescribed by Local Rule 5.6(E).

**IT IS FURTHER ORDERED** that the Clerk of Court shall maintain the Motion for Authority to Deposit Settlement Funds into the Registry of the Court filed under seal until the final adjudication of this action, including the resolution of any appeals, at which time such

documents are to be returned to Davis Professional Accounting Services, LLC or destroyed , except as otherwise provided by further order of this Court.

**IT IS FURTHER ORDERED** that no person other than Davis Professional Accounting Services, LLC, its counsel, Plaintiffs' Liaison Counsel, Court personnel and any special master appointed by this court shall be allowed access to the documents or records filed under seal pursuant to this Order, except as otherwise provided by further order of this Court. Any person seeking to access the documents or records filed under seal pursuant to this Order shall seek leave by filing a contradictory motion.

New Orleans, Louisiana, this _____ day of_____, 2012.


_____
U.S. DISTRICT COURT JUDGE