UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                                                    JUDGE ENGELHARDT
                                                                    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION FOR FINAL APPROVAL
OF MANUFACTURER CLASS SETTLEMENT**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs' Steering Committee ("PSC"), on behalf of the Class,[1] and settling Manufacturer Defendants, who for the reasons more fully set forth in the memorandum submitted herewith, respectfully request that the Court give final approval to this class settlement pursuant to the provisions of Federal Rules of Civil Procedure 23 and the applicable jurisprudence.

                                        Respectfully submitted:

                                        **FEMA TRAILER FORMALDEHYDE PRODUCT
                                        LIABILITY LITIGATION**

                      BY:     s/Gerald E. Meunier
                               GERALD E. MEUNIER, #9471
                               JUSTIN I. WOODS, #24713
                               **PLAINTIFFS' CO-LIAISON COUNSEL**
                               Gainsburgh, Benjamin, David, Meunier &
                               Warshauer, L.L.C.
                               2800 Energy Centre, 1100 Poydras Street
                               New Orleans, Louisiana 70163
                               Telephone:     504/522-2304
                               Facsimile:     504/528-9973
                               gmeunier@gainsben.com
                               jwoods@gainsben.com

---

[1] Any capitalized term used herein shall have the meaning set forth in the "Definitions" section of the Stipulation of Settlement (Rec. Doc. 25226-1).

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            ROBERT M. BECNEL, #14072
            RAUL BENCOMO, #2932
            FRANK D'AMICO, JR., #17519
            MATT MORELAND, #24567
            DENNIS REICH, Texas #16739600
            MIKAL C. WATTS, Texas #20981820
            ROBERT C. HILLIARD, Texas ##09677700

s/ James C. Percy
James C. Percy
Ryan E. Johnson
DEFENDANTS' SETTLEMENT LIAISON COUNSEL
Jones Walker
8555 United Plaza Boulevard
5th Floor
Baton Rouge, Louisiana 70809
Telephone: 225-248-2130
Facsimile: 225-248-3130
jpercy@joneswalker.com
rjohnson@joneswalker.com

## CERTIFICATE OF SERVICE

     I hereby certify that on September 25, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                  s/Gerald E. Meunier
                                  GERALD E. MEUNIER, #9471