EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

## Second Declaration of Daniel J. Balhoff

In order to comply with the requirements set forth in the Court's Preliminary Approval Orders of May 31, 2012, Special Master, Daniel J. Balhoff, being of sound mind and lawful age, and subject to the penalties of perjury, deposes and states the following:

1. On May 31, 2012, the Court appointed me as Special Master for the two settlements described in the Preliminary Approval Orders entered that same day.

2. The Special Master has coordinated with the CADA (Postlethwaite & Netterville), the PSC and the attorneys for the defendants.

3. The Special Master drew upon his experience in other class actions to develop and implement the notice plan in accordance with the requirements of this Court's order and the Stipulation of Settlement.

4. The Special Master is satisfied that the notice plan as formulated and implemented satisfies the requirements of Rule 23, i.e., it was the best notice practicable under the circumstances, including individual notice to all members who could be identified through reasonable effort. The notice, in the experience of the Special Master, was fair, adequate, and reasonable.

5. The Special Master is convinced that virtually all of the claims (as indicated by the claim forms and the plaintiff fact sheet) represent claims for physical injury allegedly due to formaldehyde exposure such as respiratory ailments. The allegations in the claim forms and plaintiff fact sheets (including those of the class representatives) appear to satisfy the requirements of commonality, predominance, and typicality.

6. I have personal knowledge of the matters declared herein.

Baton Rouge, Louisiana, this 25th day of September, 2012.

_____
Daniel J. Balhoff (#18776)

_____
Notary Public