## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| EXHIBIT |
|:---:|
| **E** |

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### <u>AFFIDAVIT OF CLASS REPRESENTATIVE</u>

STATE OF LOUISIANA

PARISH OF TANGIPAHOA

    BEFORE ME, the undersigned authority, personally came and appeared:

### GLENDA B. MORELAND

who, upon being duly sworn, did depose and state as follows:

1.

    Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

    Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

    Affiant is a proposed Class Representative for the FRONTIET RV, INC.; FRONTIER RV GEORGIA, L.L.C. Settlement Group in the proposed manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____

GLENDA B. MORELAND

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 14th day of September, 2012.

_____

NOTARY PUBLIC: Matthew B. Moreland
LOUISIANA BAR ROLL NO. 24567
MY COMMISSION EXPIRES: AT DEATH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF ORLEANS

        BEFORE ME, the undersigned authority, personally came and appeared:

                        **ANTHONY DIXON**

who, upon being duly sworn, did depose and state as follows:

                              1.

        Affiant is a proposed member of the travel trailer settlement class in this litigation.

                              2.

        Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

                              3.

        Affiant is a proposed Class Representative for the Coachman Industries, Inc., Coachman

RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C.,

                              -1-

Coachmen Recreational Vehicles of Georgia, LLC; and the Viking Recreational Vehicles, LLC Settlement Group(s) in the proposed manufacturer settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
**ANTHONY DIXON**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 18 day of September, 2012.

_____
NOTARY PUBLIC: DENIS E. VEGA
LOUISIANA BAR ROLL NO. 26740
MY COMMISSION EXPIRES: AT DEATH

DENIS E. VEGA
Notary Public for Parish of Jefferson
State of Louisiana
My Commission Issued for Life

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _Orleans_

BEFORE ME, the undersigned authority, personally came and appeared:

**DOROTHY G. CARR**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Jayco, Inc.; Jayco Enterprises, Inc.; Jayco Corp.; Starcraft RV, Inc. Settlement Group in the proposed manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Dorothy Carr_

DOROTHY G. CARR

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 19th day of September, 2012.

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life.

NOTARY PUBLIC: _M. Palmer LAMBERT_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

-3-

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>AFFIDAVIT OF CLASS REPRESENTATIVE</u>

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### MELVIN MACKEY

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the KZRV, LP Settlement Group in the proposed manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
**MELVIN MACKEY**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this \_\_\_\_ day of September, 2012.

_____

**DENIS E. VEGA**
Notary Public for Parish of Jefferson
State of Louisiana
My Commission Issued for Life

NOTARY PUBLIC: DENIS E. VEGA
LOUISIANA BAR ROLL NO. 26740
MY COMMISSION EXPIRES:AT DEATH

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF *Orleans*

BEFORE ME, the undersigned authority, personally came and appeared:

### TONI GARNER

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Monaco Coach Corporation Settlement

Group in the proposed manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

-2-

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
TONI GARNER

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 17th day of September, 2012.

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life

_____
NOTARY PUBLIC: M. Palmer Lambert
LOUISIANA BAR ROLL NO. 33228
MY COMMISSION EXPIRES: with life

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _Orleans_

BEFORE ME, the undersigned authority, personally came and appeared:

**PETER DAUNOY, III**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Skyline Corporation, Inc.; Skyline

Homes, Inc.; Layton Homes Corp.; Homette Corporation Settlement Group in the proposed

manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of

proceeding with this case in light of the verdicts entered in the bellwether trials that have been

conducted. Affiant believes that this information also supports the approval of this settlement as

fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and

therefore endorses the settlement and recommends that the Court approve same.


_____
PETER DAUNOY, III

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _13th_ day of

September, 2012.

_____
NOTARY PUBLIC: _M. Palmer Lambert_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life

-3-

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO:    09-3868 | * | |
| *Gregory Brown, et al. v. Pilgrim International, Inc., et al.* | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF CLASS REPRESENTATIVE, GREGORY R. BROWN

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

### GREGORY R. BROWN

who, upon being duly sworn, did depose and state as follows:

#### 1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

#### 2.

Affiant is familiar with and knowledgeable of the status of this litigation, all

significant developments that have occurred, and the key legal issues.

#### 3.

Affiant is a proposed Class Representative for the Pilgrim International, Inc.

Settlement Group in the proposed manufacturer settlement class.

#### 4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will

faithfully discharge same.

**5.**

Affiant states that his interests are not antagonistic to the interests of the Class.

**6.**

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

**7.**

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

**8.**

Affiant declares there has been no collusion affecting the agreement.

**9.**

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residing in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

**10.**

Affiant further declares that, in his opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

**11.**

Affiant has been advised by class counsel specifically about the risks and costs of

proceeding with this case in light of the verdicts entered in the bellwether trials that have

been conducted.  Affiant believes that this information also supports the approval of this

settlement as fair and reasonable.

**12.**

Affiant is of the opinion that this settlement is in the best interest of the Class and

therefore endorses the settlement and recommends that the Court approve same.

**GREGORY R. BROWN**

SWORN TO AND SUBSCRIBED before me,

Notary Public, on this 11th day of September, 2012.

**CANDICE C. SIRMON, Notary Public**
Louisiana Bar Roll No. 30728
My commission expires with life.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>AFFIDAVIT OF CLASS REPRESENTATIVE</u>

STATE OF LOUISIANA

PARISH OF _JEFFERSON_

 BEFORE ME, the undersigned authority, personally came and appeared:

<b>KIM SIVERIO</b>

who, upon being duly sworn, did depose and state as follows:

1.

 Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

 Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

 Affiant is a proposed Class Representative for the Cruiser RV, LLC; Doubletree RV,

L.L.C. Settlement Group in the proposed manufacturer settlement class.

4.

-1-

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
KIM SIVERIO

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _17th_ day of September, 2012.

commission is issued for life.
L.A. Bar No. 33228
State of Louisiana
NOTARY PUBLIC
M. Palmer Lambert

NOTARY PUBLIC: _M. PALMER LAMBERT_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _ORLEANS_

    BEFORE ME, the undersigned authority, personally came and appeared:

**RAYMOND BELL, JR.**

who, upon being duly sworn, did depose and state as follows:

1.

    Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

    Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

    Affiant is a proposed Class Representative for the Thor Industries, Inc., Thor California,

Inc., Citair, Inc., Damon Motor Coach, DS Corp. d/b/a CrossRoads RV, Inc., Dutchmen

-1-

Manufacturing, Inc., Four Winds International Corporation, Keystone RV Company, and Komfort Corp. Settlement Group in the proposed manufacturer settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____

RAYMOND BELL, JR.

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _17TH_ day of September, 2012.

_____

NOTARY PUBLIC: _JUSTIN I. WOODS_

LOUISIANA BAR ROLL NO. _24713_

MY COMMISSION EXPIRES: _AT MY DEATH_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _ORLEANS_

 BEFORE ME, the undersigned authority, personally came and appeared:

## CLYDE R. BEAN

who, upon being duly sworn, did depose and state as follows:

1.

 Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

 Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

 Affiant is a proposed Class Representative for the Gulf Stream Coach, Inc. Settlement Group in the proposed manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
CLYDE R. BEAN

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _19th_ day of September, 2012.

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life.

NOTARY PUBLIC: _M. Palmer Lambert_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                   SECTION "N-5"

                                               JUDGE ENGELHARDT
                                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _Orleans_

    BEFORE ME, the undersigned authority, personally came and appeared:

### ABBIE J. WEST

who, upon being duly sworn, did depose and state as follows:

1.

    Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

    Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

    Affiant is a proposed Class Representative for the Forest River, Inc.; Vanguard Industries of Michigan, Inc.; Vanguard, Inc. Settlement Group in the proposed manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

-2-

11.

Affiant has been advised by class counsel specifically about the risks and costs of

proceeding with this case in light of the verdicts entered in the bellwether trials that have been

conducted. Affiant believes that this information also supports the approval of this settlement as

fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and

therefore endorses the settlement and recommends that the Court approve same.

ABBIE J. WEST

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 22nd day of

September, 2012.

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life

NOTARY PUBLIC: M. PALMER LAMBERT

LOUISIANA BAR ROLL NO. 33228

MY COMMISSION EXPIRES: with life

-3-

-1-

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>AFFIDAVIT OF CLASS REPRESENTATIVE</u>

STATE OF TEXAS

COUNTY OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

### CRAIG RAY SR.

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the PLAY-MOR Trailers Inc. Settlement Group in the proposed manufacturer settlement class.

-2-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

-3-

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____

Craig Ray Sr.

SWORN TO AND SUBSCRIBED before me, Notary Public, on this  19th  day of September, 2012.

NOTARY PUBLIC: Texas

TEXAS BAR ROLL NO. Jefferson

MY COMMISSION EXPIRES: June 22, 2013

BELINDA A. PELTIER
Notary Public, State of Texas
My Commission Expires
JUNE 22, 2013

-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### MARY HARRIS

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the SunRay R.V., L.L.C. and SunRay Investments, L.L.C. Settlement Group in the proposed manufacturer settlement class.

-2-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

-3-

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
Mary Harris

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _18th_ day of September, 2012.

_____
NOTARY PUBLIC: _____
LOUISIANA BAR ROLL NO. _6030_
MY COMMISSION EXPIRES: _At death_

-1-

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION       SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF ORLEANS

       BEFORE ME, the undersigned authority, personally came and appeared:

### TRINA BROWN

who, upon being duly sworn, did depose and state as follows:

1.

       Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

       Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

       Affiant is a proposed Class Representative for the Heartland Recreational Vehicles, L.L.C. Settlement Group in the proposed manufacturer settlement class.

-2-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

-3-

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Trina Brown_
Trina Brown

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _____ day of September, 2012.

NOTARY PUBLIC: _____
LOUISIANA BAR ROLL NO. _6030_
MY COMMISSION EXPIRES: _At Death_

-1-

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

### LISA BROOME

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Timberland R. V. Company, Inc. d/b/a Adventure Manufacturing Settlement Group in the proposed manufacturer settlement class.

-2-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

-3-

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Lisa Broome_
Lisa Broome

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _20th_ day of September, 2012.

NOTARY PUBLIC: _____36417_____
LOUISIANA BAR ROLL NO. _____3072_____
MY COMMISSION EXPIRES: ___At Death___

**J. HUNTER BIENVENU**
**A PROFESSIONAL LAW CORPORATION**
**718 THIRD STREET**
**GRETNA, LA  70053**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
R-Vision, Inc. Settlement Group

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**AFFIDAVIT OF CLASS REPRESENTATIVE**</u>

STATE OF LOUISIANA

PARISH OF _Orleans_

BEFORE ME, the undersigned authority, personally came and appeared:

**CYNTHIA DEVORE**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the R-Vision, Inc. Settlement Group in the

proposed manufacturer settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**CYNTHIA DEVORE**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 24th day of September, 2012.

NOTARY PUBLIC
LOUISIANA BAR ROLL NO. _____
MY COMMISSION EXPIRES: _____

Frank J. D'Amico, Jr., Esq.
La. Bar No. 17519
My Commission is for Life
622 Baronne Street
New Orleans, LA 7011?
(504) 525-727?

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Recreation By Design, LLC; TL Industries, Inc. Settlement Group*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF Orleans

        BEFORE ME, the undersigned authority, personally came and appeared:

### CHRISTOPER LOVE,

who, upon being duly sworn, did depose and state as follows:

1.

        Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

        Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

        Affiant is a proposed Class Representative for the Recreation By Design, LLC; TL

Industries, Inc. Settlement Group in the proposed manufacturer settlement class.

4.

-1-

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

CHRISTOPER LOVE

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 24<u><sup>th</sup></u> day of September, 2012.

NOTARY PUBLIC: _____
LOUISIANA BAR ROLL NO. _____
MY COMMISSION EXPIRES: _____

**Frank J. D'Amico, Jr., Esq.**
**La. Bar No. 17519**
**My Commission is for Life**
**622 Baronne Street**
**New Orleans, LA   70113**
**(504) 525-7272**

-1-

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER              **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**       **SECTION "N-5"**

                                 **JUDGE ENGELHARDT**
                                 **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF TEXAS

COUNTY OF NEWTON

    BEFORE ME, the undersigned authority, personally came and appeared:

**CENTRA MYERS**

who, upon being duly sworn, did depose and state as follows:

1.

    Affiant is a proposed member of the travel trailer settlement class in this litigation.

2.

    Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

    Affiant is a proposed Class Representative for the Hy-Line Enterprises, Inc., n/k/a FRH, Inc.Settlement Group in the proposed manufacturer settlement class.

-2-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

-3-

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.


Centra Myers

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 19th day of

September, 2012.

ANGELIA BROWN
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-18-2012

NOTARY PUBLIC: Angelia Brown
TEXAS BAR ROLL NO. _____
MY COMMISSION EXPIRES: 10-18-2012