EXHIBIT F

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>This applies to *All Cases* | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## AFFIDAVIT

Before me, the undersigned notary public came:

**Ryan E. Johnson**

who after being duly sworn, did say:

1. My name is Ryan E. Johnson. I am a partner with the law firm of Jones, Walker, Waechter, Poitevent, Carrere and Denegre, L.P.

2. I was appointed as Co-Liaison Counsel for the Settling Defendants in the MDL proceeding referenced above. The matters in this affidavit are based on my personal knowledge.

3. On behalf of all the Settling Defendants, on April 20, 2012, notice of the proposed class settlement, as required under the Class Action Fairness Act, §28 U.S.C. 1715, *et seq.* ("CAFA"), was sent to the following governmental entities:

{B0824392.1}

- Hon. Luther Strange (Alabama Attorney General)
- Hon. Jim L. Ridling (Alabama Insurance Commissioner)
- Hon. Eric Holder (Unites States Attorney General)
- Mr. Chuck Nelms (Executive Director of the Mississippi Motor Vehicle Commission)
- Hon. Mike Chaney (Mississippi Insurance Commissioner)
- Hon. Jim Hood (Mississippi Attorney General)
- Lessie A. House (Executive Director of the Louisiana Motor Vehicle Commission)
- Hon. James J. Donelon (Louisiana Insurance Commissioner)
- Hon. James D. Caldwell (Louisiana Attorney General)
- Mr. Bill Harbeson (Interim Director at the Department of Transportation, Motor Vehicles Division)
- Hon. Eleanor Kitzman (Texas Insurance Commissioner)
- Hon. Greg Abbott (Texas Attorney General)

4. Then, on June 5, 2012, I sent an updated notice of the proposed class settlement, as required by CAFA, to the same governmental entities listed in Paragraph 4 above. The purpose of the updated notice was to add additional settling defendants who had not reached a settlement (and therefore were not included), when I sent the initial notice on April 20, 2012.

5. The April 20, 2012 and June 5, 2012 notices were both sent by Federal Express.

6. I have attached as Exhibit "1" to this affidavit, true and correct copies of the cover letters I sent on April 20, 2012, along with the Federal Express delivery receipts for each letter.

7. I have attached as Exhibit "2" to this affidavit, true and correct copies of the cover letters I sent on June 5, 2012, along with the Federal Express delivery receipts for each letter.

Baton Rouge, Louisiana, this 24th day of September, 2012.

_____
Ryan E. Johnson

Sworn and Subscribed before me,
this 24th day of September, 2012.

_____
Kevin O. Ainsworth, Notary Public
La. Bar Roll No. 26777
My Commission Expires at
Death

**Kevin O. Ainsworth**
Notary Public
Parish of East Baton Rouge
State of Louisiana
My Commission is for Life
LA Bar Roll No. 26777

{B0824392.1}                              3