

# JONES WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

April 20, 2012

**BY FEDERAL EXPRESS**

The Honorable Luther Strange
Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36104

**BY FEDERAL EXPRESS**

The Honorable Jim L. Ridling
State Insurance Commissioner
Alabama Department of Insurance
201 Monroe Street, Suite 502
Montgomery, Alabama 36104

Re:     **CAFA Notice of Proposed Settlement of Manufactured Defendants and Insurers** *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873, in the United States District Court for the Eastern District of Louisiana**

Dear Mr. Strange and Mr. Ridling:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles, LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St. Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company,  Interstate Fire and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC, Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation, and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa., SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, and Westchester Insurance Company.

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-2010 · E-MAIL info@joneswalker.com · www.joneswalker.com

ALABAMA     ARIZONA     DISTRICT OF COLUMBIA     FLORIDA     LOUISIANA     TEXAS

{B0790845.1}

April 20, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The proposed Preliminary Approval Order to be issued by the Court.

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

{B0790845.1}

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | TrackingUpdates@emails.fedex.com |
| **Sent:** | Tuesday, April 24, 2012 9:39 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798310674440 Delivered |

fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# Your shipment has been delivered.

## Tracking # 798310674440

**Friday 4/20/2012**

Ryan E. Johnson
Jones Walker
8555 United Plaza Blvd
Baton Rouge
LA
US
70809

Delivered

**Tuesday 4/24/2012**

Hon. Luther Strange
Alabama Office of the Attny
General
501 Washington Avenue
Montgomery
AL
US
36104

## Shipment Facts

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 798310674440 |
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 24, 2012 9:33 AM |
| Sign for by: | D.SELF |
| Delivery location: | Montgomery, AL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |

Keep your emails fresh.



Send us your feedback ▸



Use FedEx Home Delivery® to ship to family and friends.

Learn more ▸

1

Deliver Weekday



**Click and ask.
Click and watch.**

More ▶

## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | Jones Walker |
| **Name:** | Ryan E. Johnson |
| **Email:** | joropesa@joneswalker.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:38 AM CDT on 04/24/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requester and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Tuesday, April 24, 2012 10:18 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793480170931 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 24, 2012 10:16 AM |
| Sign for by: | S.GLOVER |
| Delivery location: | Montgomery, AL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793480170931 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Hon. Jim L. Ridling |
| Jones Walker | Alabama Department of Insurance |
| 8555 United Plaza Blvd | 201 Monroe Street |
| Baton Rouge | Suite 502 |
| LA | Montgomery |
| US | AL |
| 70809 | US |
| | 36104 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:18 AM CDT on 04/24/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



# JONES WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

April 20, 2012

**BY FEDERAL EXPRESS**

The Honorable Eric Holder
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

> Re:   **CAFA Notice of Proposed Settlement of Manufactured Defendants and Insurers *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, MDL 07-1873, in the United States District Court for the Eastern District of Louisiana**

Dear General Holder:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles, LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St. Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company, Interstate Fire and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC, Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation, and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa., SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, and Westchester Insurance Company.

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-2010 · E-MAIL info@joneswalker.com · www.joneswalker.com

ALABAMA      ARIZONA      DISTRICT OF COLUMBIA      FLORIDA      LOUISIANA      TEXAS

{B0790681.1}

April 20, 2012
Page 2

referenced Multidistrict Litigation proceeding.  This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The proposed Preliminary Approval Order to be issued by the Court.

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes.  *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER:  Rec. Doc. Nos.   109, 379, 722, 4486, and 7688.  These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl).  These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

{B0790681.1}

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | TrackingUpdates@emails.fedex.com |
| **Sent:** | Monday, April 23, 2012 8:29 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793480170346 Delivered |

fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# Your shipment has been delivered.
## Tracking # 793480170346

**Friday 4/20/2012**

Ryan E. Johnson
Jones Walker
8555 United Plaza Blvd
Baton Rouge
LA
US
70809

Delivered

**Monday 4/23/2012**

Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington
DC
US
20530

## Shipment Facts

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| **Tracking number:** | 793480170346 |
| **Reference:** | 111607-14 |
| **Ship (P/U) date:** | Apr 20, 2012 |
| **Delivery date:** | Apr 23, 2012 9:21 AM |
| **Sign for by:** | A.OWENS |
| **Delivery location:** | Washington, DC |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Standard Overnight |
| **Packaging type:** | FedEx Box |
| **Number of pieces:** | 1 |
| **Weight:** | 2.00 lb. |
| **Special handling/Services:** | Direct Signature Required |
| | Deliver Weekday |



**Keep your emails fresh.**

Send us your feedback ▶



**Solutions. Offers. News.**

FedEx Updates has it all.

Subscribe today ▶

## This tracking update has been requested by:

**Save time, save effort**
with FedEx
Ship Manager®
**Learn more ▸**

| | |
|---|---|
| **Company name:** | Jones Walker |
| **Name:** | Ryan E. Johnson |
| **Email:** | joropesa@joneswalker.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:28 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



# JONES WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

April 20, 2012

**BY FEDERAL EXPRESS**

Mr. Chuck Nelms, Executive Director
Mississippi Motor Vehicle Commission
1755 Lelia Drive, Suite 200
Jackson, Mississippi 39216

**BY FEDERAL EXPRESS**

The Honorable Jim Hood
Mississippi Attorney General's Office
Walter Sillers Building
550 High Street, Suite 1200
Jackson, Mississippi 39201

The Honorable Mike Chaney
Mississippi Insurance Department
1001 Woolfolk State Office Building
501 North West Street
Jackson, Mississippi 39201

Re:    **CAFA Notice of Proposed Settlement of Manufactured Defendants and Insurers** *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873, in the United States District Court for the Eastern District of Louisiana**

Dear Mr. Nelms, Mr. Hood, and Mr. Chaney:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles, LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St. Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company, Interstate Fire and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC, Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation, and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa.,

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-2010 · E-MAIL info@joneswalker.com · www.joneswalker.com
ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    TEXAS

{B0790843.1}

April 20, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The proposed Preliminary Approval Order to be issued by the Court.

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

---

SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, and Westchester Insurance Company.

April 20, 2012
Page 3

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, April 23, 2012 9:04 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793480170806 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 23, 2012 8:40 AM |
| Sign for by: | L.ORDONO |
| Delivery location: | Jackson, MS |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793480170806 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Mr. Chuck Nelms |
| Jones Walker | Mississippi Motor Vehicle Commissio |
| 8555 United Plaza Blvd | |
| Baton Rouge | 1755 Lelia Drive |
| LA | Suite 200 |
| US | Jackson |
| 70809 | MS |
| | US |
| | 39216 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:44 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

1

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | TrackingUpdates@emails.fedex.com |
| **Sent:** | Monday, April 23, 2012 10:00 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798310674484 Delivered |

fedex.com  |  Ship  |  Track  |  Manage  |  Learn  |  Office/Print Services

# Your shipment has been delivered.
Tracking # <u>798310674484</u>

**Friday 4/20/2012**          Delivered          **Monday 4/23/2012**

Ryan E. Johnson                              Hon. Mike Chaney
Jones Walker                                 Mississippi Insurance
8555 United Plaza Blvd                       Department
Baton Rouge                                  1001 Woolfolk State Office
LA                                           Building
US                                           501 North West Street
70809                                        Jackson
                                             MS
                                             US
                                             39201

## Shipment Facts

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | <u>798310674484</u> |
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 23, 2012 9:55 AM |
| Sign for by: | H.ERVIN |
| Delivery location: | Jackson, MS |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |



Keep your emails fresh.

Send us your feedback ▸



Use FedEx Home Delivery® to ship to family and friends.

Learn more ▸

1

| | |
|---|---|
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |

See the newest FedEx ads.

You Tube  Watch now ▶

## This tracking update has been requested by:

| | |
|---|---|
| Company name: | Jones Walker |
| Name: | Ryan E. Johnson |
| Email: | joropesa@joneswalker.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:59 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, April 23, 2012 9:38 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793480170688 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 23, 2012 9:34 AM |
| Sign for by: | D.HARDIN |
| Delivery location: | Jackson, MS |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793480170688 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Hon. Jim Hood |
| Jones Walker | Mississippi Office of Atty General |
| 8555 United Plaza Blvd | 550 High Street |
| Baton Rouge | Suite 1200 |
| LA | Jackson |
| US | MS |
| 70809 | US |
| | 39201 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:38 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.


This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.
For tracking results and fedex.com's terms of use, go to fedex.com.


Thank you for your business.



# JONES
# WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

April 20, 2012

**BY FEDERAL EXPRESS**

Lessie A. House, Executive Director
Louisiana Motor Vehicle Commission
3519 12th Street
Metairie, Louisiana 70002

The Honorable James J. Donelon
Commissioner
Louisiana Department of Insurance
1702 N. Third Street
Baton Rouge, Louisiana 70802

**BY FEDERAL EXPRESS**

The Honorable James D. Caldwell
Louisiana Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802

Re:     **CAFA Notice of Proposed Settlement of Manufactured Defendants and
        Insurers** *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, **MDL
        07-1873, in the United States District Court for the Eastern District of
        Louisiana**

Dear Ms. House, Mr. Caldwell, and Mr. Donelon:

        Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"),
this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty
Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor
Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational
Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles,
LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St.
Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company,  Interstate Fire
and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC,
Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation,
and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV,
Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor
Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American
International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa.,
SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 225-248-2000 • FAX 225-248-2010 • E-MAIL info@joneswalker.com • www.joneswalker.com

ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    TEXAS

{B0790839.1}

April 20, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The proposed Preliminary Approval Order to be issued by the Court.

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

---

FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, and Westchester Insurance Company.

April 20, 2012
Page 3

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

**Oropesa, Jessica**

| | |
|---|---|
| From: | trackingupdates@fedex.com |
| Sent: | Monday, April 23, 2012 1:40 PM |
| To: | Oropesa, Jessica |
| Subject: | FedEx Shipment 793480170758 Delivered |

This tracking update has been requested by:

Company Name:          Jones Walker
Name:                        Ryan E. Johnson
E-mail:                       joropesa@joneswalker.com

Our records indicate that the following shipment has been delivered:

Reference:                        111607-14
Ship (P/U) date:               Apr 20, 2012
Delivery date:                   Apr 23, 2012 1:33 PM
Sign for by:                       D.WILLIAMS
Delivery location:             Metairie, LA
Delivered to:                     Receptionist/Front Desk
Service type:                     FedEx Standard Overnight
Packaging type:                FedEx Box
Number of pieces:            1
Weight:                            2.00 lb.
Special handling/Services:   Direct Signature Required
                                        Deliver Weekday

Tracking number:              793480170758


Shipper Information                    Recipient Information
Ryan E. Johnson                        Lessie A. House
Jones Walker                            Louisiana Motor Vehicle Commission
8555 United Plaza Blvd            3519 12th Street
Baton Rouge                            Metairie
LA                                          LA
US                                          US
70809                                     70002


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 1:40 PM CDT on
04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at <u>fedex.com</u>.


This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.

**Oropesa, Jessica**

---

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, April 23, 2012 9:50 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798310674212 Delivered |

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 23, 2012 9:46 AM |
| Sign for by: | J.BROCK |
| Delivery location: | Baton Rouge, LA |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798310674212 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Hon. James J. Donelon |
| Jones Walker | Louisiana Department of Insurance |
| 8555 United Plaza Blvd | 1702 North Third Street |
| Baton Rouge | Baton Rouge |
| LA | LA |
| US | US |
| 70809 | 70802 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:50 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above.  FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | TrackingUpdates@emails.fedex.com |
| **Sent:** | Monday, April 23, 2012 9:55 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793480170622 Delivered |

fedex.com  |  Ship  |  Track  |  Manage  |  Learn  |  Office/Print Services

# Your shipment has been delivered.

Tracking # <u>793480170622</u>

| Friday 4/20/2012 | Delivered | Monday 4/23/2012 |
|---|---|---|
| **Ryan E. Johnson** | | **Hon. James D. Caldwell** |
| Jones Walker | | Office of the Attorney General |
| 8555 United Plaza Blvd | | 1885 North Third Street |
| Baton Rouge | | Baton Rouge |
| LA | | LA |
| US | | US |
| 70809 | | 70802 |

## Shipment Facts

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | <u>793480170622</u> |
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 23, 2012 9:50 AM |
| Sign for by: | C.BLANCHARD |
| Delivery location: | Baton Rouge, LA |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |



Keep your emails fresh.

Send us your feedback ▸



Save up to 16% on FedEx Express® services.

Learn more ▸

1

## This tracking update has been requested by:



**Go Global.**
Learn how to be an ace
at international shipping,
and take your business global.

More ►

| | |
|---|---|
| **Company name:** | Jones Walker |
| **Name:** | Ryan E. Johnson |
| **Email:** | joropesa@joneswalker.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:54 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



# JONES WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

April 20, 2012

**BY FEDERAL EXPRESS**

Mr. Bill Harbeson, Interim Director
Department of Transportation—
Motor Vehicles Division
4000 Jackson Avenue
Austin, Texas 78731

The Honorable Eleanor Kitzman
Commissioner
Texas Department of Insurance
333 Guadalupe
Austin, Texas 78701

**BY FEDERAL EXPRESS**

The Honorable Greg Abbott
Office of the Attorney General
300 W. 15th Street
Austin, Texas 78711-2548

Re:     **CAFA Notice of Proposed Settlement of Manufactured Defendants and Insurers** *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873, in the United States District Court for the Eastern District of Louisiana**

Dear Mr. Harbeson, Mr. Abbott, and Ms. Kitzman:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles, LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St. Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company, Interstate Fire and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC, Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation, and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa.,

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-2010 · E-MAIL info@joneswalker.com · www.joneswalker.com

ALABAMA     ARIZONA     DISTRICT OF COLUMBIA     FLORIDA     LOUISIANA     TEXAS

{B0790830.1}

April 20, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The proposed Preliminary Approval Order to be issued by the Court.

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos.  109, 379, 722, 4486, and 7688.  These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl).  These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

---

SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, and Westchester Insurance Company.

{B0790830.1}

April 20, 2012
Page 3

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, April 23, 2012 10:02 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793480170574 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 23, 2012 9:57 AM |
| Sign for by: | P.MONCADA |
| Delivery location: | Austin, TX |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793480170574 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Mr. Bill Harbeson |
| Jones Walker | Texas Department of Motor Vehicles |
| 8555 United Plaza Blvd | 4000 Jackson Avenue |
| Baton Rouge | Austin |
| LA | TX |
| US | US |
| 70809 | 78731 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:01 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at <u>fedex.com</u>.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, April 23, 2012 7:45 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798310674153 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Apr 20, 2012 |
| Delivery date: | Apr 23, 2012 7:42 AM |
| Sign for by: | E.CANTU |
| Delivery location: | Austin, TX |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798310674153 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Hon. Eleanor Kitzman |
| Jones Walker | Texas Department of Insurance |
| 8555 United Plaza Blvd | 333 Guadalupe |
| Baton Rouge | Austin |
| LA | TX |
| US | US |
| 70809 | 78701 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:45 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.


This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.
For tracking results and fedex.com's terms of use, go to fedex.com.


Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | TrackingUpdates@emails.fedex.com |
| **Sent:** | Monday, April 23, 2012 9:16 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793480170471 Delivered |

fedex.com | Ship | Track | Manage | Learn | Office/Print Services



# Your shipment has been delivered.

Tracking # <u>793480170471</u>

**Friday 4/20/2012**

Ryan E. Johnson
Jones Walker
8555 United Plaza Blvd
Baton Rouge
LA
US
70809

Delivered

**Monday 4/23/2012**

Hon. Greg Abbott
Office of the Attorney General
300 W. 15th Street
Austin
TX
US
78711

## Shipment Facts

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| **Tracking number:** | <u>793480170471</u> |
| **Reference:** | 111607-14 |
| **Ship (P/U) date:** | Apr 20, 2012 |
| **Delivery date:** | Apr 23, 2012 8:51 AM |
| **Sign for by:** | J.STERLING |
| **Delivery location:** | Austin, TX |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Standard Overnight |
| **Packaging type:** | FedEx Box |
| **Number of pieces:** | 1 |
| **Weight:** | 2.00 lb. |
| **Special handling/Services:** | Direct Signature Required Deliver Weekday |



Help us serve better emails.
Share your feedback ▸

## Stay in the know.

Receive a text, a call or an email regarding a delivery that requires your signature.



Sign up now ▸



## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | Jones Walker |
| **Name:** | Ryan E. Johnson |
| **Email:** | joropesa@joneswalker.com |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:56 AM CDT on 04/23/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requester's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.